

## Appendix A
## List of Actions with Mark D. Allison Serving as Lead Counsel

|  | Plaintiff | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | SKAT | The Valerius LLC Solo 401K Plan and Roger Lehman | D. Conn. | 3:18-cv-00987-SRU | Judge Stefan R. Underhill |
| 2. | SKAT | The 78 Yorktown Pension Plan and Roger Lehman | D. Mass. | 1:18-cv-10890-WGY | Judge William G. Young |
| 3. | SKAT | The Cambridge Town Line Pension Plan and Roger Lehman | D. Mass. | 1:18-cv-10891-WGY | Judge William G. Young |
| 4. | SKAT | The Diamond Scott Capital Pension Plan and Roger Lehman | D. Mass. | 1:18-cv-10892-WGY | Judge William G. Young |
| 5. | SKAT | The Hotel Fromance Pension Plan and Roger Lehman | D. Mass. | 1:18-cv-10893-WGY | Judge William G. Young |
| 6. | SKAT | The Mountain Air LLC 401K Plan and Roger Lehman | D. Mass. | 1:18-cv-10894-WGY | Judge William G. Young |
| 7. | SKAT | The SKSL LLC Pension Plan and Roger Lehman | D. Mass. | 1:18-cv-10895-WGY | Judge William G. Young |
| 8. | SKAT | The Snow Hill Pension Plan and Roger Lehman | D. Mass. | 1:18-cv-10896-WGY | Judge William G. Young |
| 9. | SKAT | The Westridge Ave LLC 401K Plan and Roger Lehman | D. Mass. | 1:18-cv-10897-WGY | Judge William G. Young |
| 10. | SKAT | The Shapiro Blue Management LLC 401K Plan and Roger Lehman | D. Mass. | 1:18-cv-11008-WGY | Judge William G. Young |
| 11. | SKAT | The Patrick Partners Conglomerate Pension Plan and Roger Lehman | D. Mass. | 1:18-cv-11011-WGY | Judge William G. Young |
| 12. | SKAT | CSCC Capital Pension Plan and Roger Lehman | D. Mass. | 1:18-cv-11012-WGY | Judge William G. Young |
| 13. | SKAT | The Cardinal Consulting Pension Plan and Matthew Tucci | D.N.J. | 3:18-cv-08878-FLW-LHG | Judge Freda L. Wolfson |
| 14. | SKAT | The Egret Associates LLC 401K Plan and Matthew Tucci | D.N.J. | 3:18-cv-08880-FLW-LHG | Judge Freda L. Wolfson |
| 15. | SKAT | The Crow Associates Pension Plan and Matthew Tucci | D.N.J. | 3:18-cv-08881-FLW-LHG | Judge Freda L. Wolfson |

Caplin & Drysdale
CHARTERED

| | | | | | |
|---|---|---|---|---|---|
| 16. | SKAT | The Heron Advisors Pension Plan and Matthew Tucci | D.N.J. | 3:18-cv-08882-FLW-LHG | Judge Freda L. Wolfson |
| 17. | SKAT | The Hoboken Advisors LLC 401K Plan and Matthew Tucci | D.N.J. | 3:18-cv-08883-FLW-LHG | Judge Freda L. Wolfson |
| 18. | SKAT | The Jayfran Blue Pension Plan and Matthew Tucci | D.N.J. | 3:18-cv-08884-FLW-LHG | Judge Freda L. Wolfson |
| 19. | SKAT | The JT Health Consulting LLC 401K Plan and Matthew Tucci | D.N.J. | 3:18-cv-08885-FLW-LHG | Judge Freda L. Wolfson |
| 20. | SKAT | The Lakeview Advisors 401K Plan and Matthew Tucci | D.N.J. | 3:18-cv-08886-FLW-LHG | Judge Freda L. Wolfson |
| 21. | SKAT | The Osprey Associates LLC 401K Plan and Matthew Tucci | D.N.J. | 3:18-cv-08887-FLW-LHG | Judge Freda L. Wolfson |
| 22. | SKAT | The Sandpiper Pension Plan and Matthew Tucci | D.N.J. | 3:18-cv-08888-FLW-LHG | Judge Freda L. Wolfson |
| 23. | SKAT | The Zen Training LLC 401(K) Plan and Matthew Tucci | D.N.J. | 3:18-cv-08889-FLW-LHG | Judge Freda L. Wolfson |
| 24. | SKAT | The Everything Clean LLC 401K Plan and Matthew Tucci | D.N.J. | 3:18-cv-09439-FLW-LHG | Judge Freda L. Wolfson |
| 25. | SKAT | The Jump Group LLC 401K Plan and Matthew Tucci | D.N.J. | 3:18-cv-09442-FLW-LHG | Judge Freda L. Wolfson |
| 26. | SKAT | The Oaks Group Pension Plan and Matthew Tucci | D.N.J. | 3:18-cv-09444-FLW-LHG | Judge Freda L. Wolfson |
| 27. | SKAT | The Wave Maven LLC 401K Plan and Matthew Tucci | D.N.J. | 3:18-cv-09445-FLW-LHG | Judge Freda L. Wolfson |
| 28. | SKAT | The Balmoral Management LLC 401K Pension Plan and John Lachance | D.N.J. | 3:18-cv-10098-FLW-LHG | Judge Freda L. Wolfson |
| 29. | SKAT | The Beech Tree Partners 401K Plan and Matthew Tucci | D.N.J. | 3:18-cv-10108-FLW-LHG | Judge Freda L. Wolfson |
| 30. | SKAT | The Blackbird 401K Plan and Matthew Tucci | D.N.J. | 3:18-cv-10109-FLW-LHG | Judge Freda L. Wolfson |
| 31. | SKAT | The Chambers Property Management LLC 401K Plan and Matthew Tucci | D.N.J. | 3:18-cv-10110-FLW-LHG | Judge Freda L. Wolfson |

Caplin & Drysdale
CHARTERED

| 32. | SKAT | FiftyEightSixty LLC Solo 401K Plan and Matthew Tucci | D.N.J. | 3:18-cv-10111-FLW-LHG | Judge Freda L. Wolfson |
| --- | --- | --- | --- | --- | --- |
| 33. | SKAT | The Hawk Group Pension Plan and Matthew Tucci | D.N.J. | 3:18-cv-10112-FLW-LHG | Judge Freda L. Wolfson |
| 34. | SKAT | The Hibiscus Partners LLC 401K Plan and Matthew Tucci | D.N.J. | 3:18-cv-10113-FLW-LHG | Judge Freda L. Wolfson |
| 35. | SKAT | The Maple Advisors LLC 401K Plan and Matthew Tucci | D.N.J. | 3:18-cv-10114-FLW-LHG | Judge Freda L. Wolfson |
| 36. | SKAT | OneZeroFive LLC Solo 401K Plan and Matthew Tucci | D.N.J. | 3:18-cv-10115-FLW-LHG | Judge Freda L. Wolfson |
| 37. | SKAT | The Robin Daniel Pension Plan and Matthew Tucci | D.N.J. | 3:18-cv-10116-FLW-LHG | Judge Freda L. Wolfson |
| 38. | SKAT | The Sea Bright Advisors LLC 401K Plan and Matthew Tucci | D.N.J. | 3:18-cv-10117-FLW-LHG | Judge Freda L. Wolfson |
| 39. | SKAT | The Tag Realty Advisors LLC 401K and Matthew Tucci | D.N.J. | 3:18-cv-10118-FLW-LHG | Judge Freda L. Wolfson |
| 40. | SKAT | The Throckmorton Realty Advisors 401K Plan and Matthew Tucci | D.N.J. | 3:18-cv-10119-FLW-LHG | Judge Freda L. Wolfson |
| 41. | SKAT | The Dink14 LLC 401K Plan and Vincent Natoli | D.N.J. | 3:18-cv-10466-FLW-LHG | Judge Freda L. Wolfson |
| 42. | SKAT | JML Capital LLC 401K Plan, Roger Lehman, and John Lachance | D.N.J. | 3:18-cv-10468-FLW-LHG | Judge Freda L. Wolfson |
| 43. | SKAT | Natoli Management Pension Plan, Roger Lehman, and Vincent Natoli | D.N.J. | 3:18-cv-10469-FLW-LHG | Judge Freda L. Wolfson |
| 44. | SKAT | Nova Fonta Trading LLC 401K Plan, Roger Lehman, and Vincent Natoli | D.N.J. | 3:18-cv-10470-FLW-LHG | Judge Freda L. Wolfson |
| 45. | SKAT | The Skybax LLC 401K Plan and Bradley Crescenzo | D.N.J. | 3:18-cv-10592-FLW-LHG | Judge Freda L. Wolfson |
| 46. | SKAT | Cole Enterprises USA Retirement Plan & Trust and Todd Bergeron | N.D. Ill | 1:18-cv-03206 | Judge Virginia M. Kendall |

Caplin & Drysdale
CHARTERED

| | | | | | |
|---|---|---|---|---|---|
| 47. | SKAT | Blue Ocean Equity LLC Retirement Plan and Kevin Kenning | N.D. Ill | 1:18-cv-03207 | Judge Virginia M. Kendall |
| 48. | SKAT | KK Law Firm Retirement Plan Trust and Kevin Kenning | N.D. Ill | 1:18-cv-04082 | Judge Virginia M. Kendall |
| 49. | SKAT | The FWC Capital LLC Pension Plan and Roger Lehman | S.D. Fla | 1:18-cv-21801-JEM | Judge Jose E. Martinez |
| 50. | SKAT | The RDL Consulting Group LLC Pension Plan and Roger Lehman | S.D. Fla | 1:18-cv-22070-JEM | Judge Jose E. Martinez |
| 51. | SKAT | The Bradley London Pension Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04047-LAK | Judge Lewis A. Kaplan |
| 52. | SKAT | The DMR Pension Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04049-LAK | Judge Lewis A. Kaplan |
| 53. | SKAT | The Houston Rocco LLC 401K Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04050-LAK | Judge Lewis A. Kaplan |
| 54. | SKAT | The Proper Pacific LLC 401K Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04051-LAK | Judge Lewis A. Kaplan |
| 55. | SKAT | The LBR Capital Pension Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04052-LAK | Judge Lewis A. Kaplan |
| 56. | SKAT | The Atlantic DHR 401K Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04430-LAK | Judge Lewis A. Kaplan |
| 57. | SKAT | The Stor Capital Consulting LLC 401K Plan and Michael Ben-Jacob | S.D.N.Y. | 1:18-cv-04434-LAK | Judge Lewis A. Kaplan |
| 58. | SKAT | The Busby Black 401K Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04522-LAK | Judge Lewis A. Kaplan |
| 59. | SKAT | The Canada Rock LLC 401K Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04531-LAK | Judge Lewis A. Kaplan |
| 60. | SKAT | The ISDB Pension Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04536-LAK | Judge Lewis A. Kaplan |
| 61. | SKAT | The Monin Amper Pension Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04538-LAK | Judge Lewis A. Kaplan |
| 62. | SKAT | The NYC Stanismore Pension Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04541-LAK | Judge Lewis A. Kaplan |

| | | | | | |
|---|---|---|---|---|---|
| 63. | SKAT | The Texas Rocco LLC 401K Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04543-LAK | Judge Lewis A. Kaplan |
| 64. | SKAT | Sanford Villa Pension Plan and Roger Lehman | S.D.N.Y. | 1:18-cv-04767-LAK | Judge Lewis A. Kaplan |
| 65. | SKAT | The Aston Advisors LLC 401K Plan and Roger Lehman | S.D.N.Y. | 1:18-cv-04770-LAK | Judge Lewis A. Kaplan |
| 66. | SKAT | The Sector 230 LLC 401K Plan | S.D.N.Y. | 1:18-cv-04771-LAK | Judge Lewis A. Kaplan |
| 67. | SKAT | The M2F Wellness LLC 401K Plan and Mitchell Protass | S.D.N.Y. | 1:18-cv-04890-LAK | Judge Lewis A. Kaplan |
| 68. | SKAT | The MPQ Holdings LLC 401K Plan and Mitchell Protass | S.D.N.Y. | 1:18-cv-04892-LAK | Judge Lewis A. Kaplan |
| 69. | SKAT | The TKKJ LLC 401K Plan and Thomas Kertelits | S.D.N.Y. | 1:18-cv-04896-LAK | Judge Lewis A. Kaplan |
| 70. | SKAT | NYCATX LLC Solo 401K Plan and Carl Andrew Vergari | S.D.N.Y. | 1:18-cv-04898-LAK | Judge Lewis A. Kaplan |
| 71. | SKAT | Ackview Solo 401K Plan and Sean Driscoll | S.D.N.Y. | 1:18-cv-04900-LAK | Judge Lewis A. Kaplan |
| 72. | SKAT | The Dosmon Bly Pension Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-05045-LAK | Judge Lewis A. Kaplan |
| 73. | SKAT | The India Bombay LLC 401K Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-05057-LAK | Judge Lewis A. Kaplan |
| 74. | SKAT | The Aria Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05147-LAK | Judge Lewis A. Kaplan |
| 75. | SKAT | The Belforte Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05150-LAK | Judge Lewis A. Kaplan |
| 76. | SKAT | The Bravos Advisors 401K Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05151-LAK | Judge Lewis A. Kaplan |
| 77. | SKAT | The Costello Advisors Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05158-LAK | Judge Lewis A. Kaplan |
| 78. | SKAT | The Eskin Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05164-LAK | Judge Lewis A. Kaplan |

Caplin & Drysdale
CHARTERED

| | | | | | |
|---|---|---|---|---|---|
| 79. | SKAT | The Fieldcrest Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05180-LAK | Judge Lewis A. Kaplan |
| 80. | SKAT | The Westport Advisors LLC 401K Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05183-LAK | Judge Lewis A. Kaplan |
| 81. | SKAT | The Kodiak Capital Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05185-LAK | Judge Lewis A. Kaplan |
| 82. | SKAT | The Kyber Pension Plan, Roger Lehman and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05186-LAK | Judge Lewis A. Kaplan |
| 83. | SKAT | The Lerici Capital Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05188-LAK | Judge Lewis A. Kaplan |
| 84. | SKAT | The Ludlow Holdings 401K Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05189-LAK | Judge Lewis A. Kaplan |
| 85. | SKAT | The Regoleth Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05190-LAK | Judge Lewis A. Kaplan |
| 86. | SKAT | The Saba Capital LLC 401K Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05192-LAK | Judge Lewis A. Kaplan |
| 87. | SKAT | The West River Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05193-LAK | Judge Lewis A. Kaplan |
| 88. | SKAT | The Stark Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05194-LAK | Judge Lewis A. Kaplan |
| 89. | SKAT | The Petkov Partners Pension Plan, Roger Lehman, and Svetlin Petkov | S.D.N.Y. | 1:18-cv-05299-LAK | Judge Lewis A. Kaplan |
| 90. | SKAT | The Petkov Management LLC 401K Plan and Svetlin Petkov | S.D.N.Y. | 1:18-cv-05300-LAK | Judge Lewis A. Kaplan |
| 91. | SKAT | The SVP 401K Plan, Roger Lehman and Svetlin Petkov | S.D.N.Y. | 1:18-cv-05305-LAK | Judge Lewis A. Kaplan |

Caplin & Drysdale
CHARTERED

| | | | | | |
|---|---|---|---|---|---|
| 92. | SKAT | The Krabi Holdings LLC 401K Plan and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05307-LAK | Judge Lewis A. Kaplan |
| 93. | SKAT | The SPKK LLC 401K Plan, Roger Lehman, and Svetlin Petkov | S.D.N.Y. | 1:18-cv-05308-LAK | Judge Lewis A. Kaplan |
| 94. | SKAT | The KASV Group Pension Plan, Roger Lehman, and Svetlin Petkov | S.D.N.Y. | 1:18-cv-05309-LAK | Judge Lewis A. Kaplan |
| 95. | SKAT | The Bella Consultants Pension Plan and Roger Lehman | S.D. Ohio | 1:18-cv-00309-MRB | Judge Michael R. Barrett |
| 96. | SKAT | The Mueller Investments Pension Plan and Roger Lehman | S.D. Ohio | 1:18-cv-00310-MRB | Judge Michael R. Barrett |
| 97. | SKAT | The Green Group Site Pension Plan and Roger Lehman | S.D. Ohio | 1:18-cv-00311-MRB | Judge Michael R. Barrett |
| 98. | SKAT | The Sinclair Pension Plan and Roger Lehman | S.D. Ohio | 1:18-cv-00351-MRB | Judge Michael R. Barrett |
| 99. | SKAT | Blackrain Pegasus LLC Solo 401K Plan and Doston Bradley | S.D. Tex. | 4:18-cv-01889 | Judge Vanessa D. Gilmore |
| 100. | SKAT | Gyos 23 LLC Solo 401K Plan and Doston Bradley | S.D. Tex. | 4:18-cv-01895 | Judge Vanessa D. Gilmore |
| 101. | SKAT | The Oak Tree One 401 K Plan and Doston Bradley | S.D. Tex. | 4:18-cv-01897 | Judge Vanessa D. Gilmore |
| 102. | SKAT | The Joanne E. Bradley Solo 401K Plan and Doston Bradley | S.D. Tex. | 4:18-cv-01898 | Judge Vanessa D. Gilmore |
| 103. | SKAT | Delgado Fox LLC Solo 401K Plan and Doston Bradley | S.D. Tex. | 4:18-cv-01899 | Judge Vanessa D. Gilmore |
| 104. | SKAT | Pegasus Fox 23 LLC Solo 401K Plan and Doston Bradley | S.D. Tex. | 4:18-cv-01900 | Judge Vanessa D. Gilmore |