# Exhibit 5

United States District Court
District of Connecticut

SKAT,

        Plaintiff
VS

RANDOM HOLDINGS 401K PLAN, ET AL.,

        Defendant

**AFFIDAVIT OF ATTEMPTED SERVICE**

File/Index No.: 3:18 - CV - 00758
Issued On:
Alt File/Index No.:
Calendar No.:

**SERVICE UPON: Random Holdings 401K Plan**

STATE OF Connecticut, COUNTY OF Hardford: ss

Carrie-Jo McGuffey being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of Connecticut.

I was unable to effect service of process of the following documents: Summons; Complaint - Jury Trial Demanded; Order On Pretrial Deadlines; Notice To Counsel And Pro Se Parties upon Random Holdings 401K Plan after due diligent efforts to do so at the following dates and times and at the following places:

On 7/30/2018 at 3:45 PM at 200 Henry Street, Apt 1501, Stamford, CT 06902. This building is made up of condominiums and lofts. I went to apartment 1501, knocked on the door and rang the bell, but there was no response. On my way out of the building, I entered the names of Random Holdings 401K Plan, and Robert Klugman into the electronic directory. Neither name came up. There is also a system to allow calling up to the units. I put in #1501, but it would not connect. A message came up stating there was no dial tone.

Subscribed and sworn before me on

Notary Public
Notary #:  Qualified in County:
My Commission expires on:

Laurie Seger
Notary Public-Connecticut
My Commission Expires
March 31, 2022

Carrie-Jo McGuffey
Target Research & Investigation
233 Broadway, Suite 2065,
New York, NY 10279
(212) 227-9600

AFFIDAVIT OF NON SERVICE



Order #:TB4115