# Exhibit 8

# Business Inquiry

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | **AEROVANE LOGISTICS LLC** | Citizenship/State Inc: | **Foreign/DE** |
| Business ID: | **1162346** | Last Report Filed Year: | **NONE** |
| Business Address: | **1811 SILVERSIDE ROAD, WILMINGTON, DE, 19801** | Business Type: | **Foreign Limited Liability Company** |
| Mailing Address: | **NONE** | Business Status: | **Cancelled** |
| Date Inc/Registration: | **Dec 19, 2014** | Name in Place of Formation: | **AEROVANE LOGISTICS LLC** |
| Commence Business Date: | **Aug 01, 2014** | | |
| Annual Report Due Date: | **12/19/2015** | | |

## Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| ROBERT KLUGMAN  MANAGING MEMBER | 75 TRESSER BLVD, 411, STAMFORD, CT, 06901 | 75 TRESSER BLVD, 411, STAMFORD, CT, 06901 |

`

## Agent Summary

| | |
|---|---|
| Agent Name | **SECRETARY OF THE STATE OF CONNECTICUT** |
| Agent Business Address | **30 TRINITY STREET, HARTFORD, CT, 06106** |
| Agent Residence Address | **NONE** |
| Agent Mailing Address | **NONE** |

## OTHER ADDRESSES:

| | |
|---|---|
| Address in the State of Formation: | **NONE** |
| Mailing Address in the State of Formation: | **NONE** |