# Exhibit 10



**Department of State: Division of Corporations**

[Allowable Characters](#)

### HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

### SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

Loading...

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 4482575 | Incorporation Date / Formation Date: | 1/1/2008 (mm/dd/yyyy) |
| Entity Name: | RANDOM HOLDINGS, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | Series |
| Residency: | Domestic | State: | DELAWARE |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | THE DELAWARE CORPORATION AGENCY, INC. |
| Address: | 600 N. KING STREET SUITE 400 |
| City: | WILMINGTON |
| County: | New Castle |
| State: | DE |
| Postal Code: | 19801 |
| Phone: | 302-429-4246 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [Submit]

[Back to Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov