# Exhibit 11

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:52 PM 10/09/2012
FILED 03:50 PM 10/09/2012
SRV 121112366 - 5224953 FILE

# STATE *of* DELAWARE
## LIMITED LIABILITY COMPANY
## CERTIFICATE *of* FORMATION

**First:** The name of the limited liability company is _____
Raubritter, LLC

**Second:** The address of its registered office in the State of Delaware is One Commerce
Center - 1201 Orange St. #600 ___ in the City of Wilmington .

Zip code ___ 19899 ___ . The name of its Registered agent at such address is
Incorp Services, Inc.

**Third:** (Use this paragraph only if the company is to have a specific effective date of dissolution: "The latest date on which the limited liability company is to dissolve is
_____.")

**Fourth:** (Insert any other matters the members determine to include herein.)

In Witness Whereof, the undersigned have executed this Certificate of Formation this

27th ___ day of August ___ , 2012 .

By: _____
Authorized Person (s)

Name: Alexander C. Burns

State of Delaware
Secretary of State
Division of Corporations
Delivered 05:30 PM 10/02/2013
FILED 05:30 PM 10/02/2013
SRV 131156933 - 5224953 FILE

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1.    Name of Limited Liability Company: RAUBRITTER, LLC

2.    The Certificate of Formation of the limited liability company is hereby amended as follows:

> The name of the company shall be HEARTLAND FAMILY GROUP, LLC as of the date herein.

**IN WITNESS WHEREOF,** the undersigned have executed this Certificate on the 2nd _____ day of October _____, A.D. 2013 _____.

By: _A B_____
                          Authorized Person(s)

Name: _ALEXANDER BURNS_
                          Print or Type



Delaware.gov                                                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

<u>Allowable Characters</u>

| | |
|---|---|
| HOME | |
| About Agency | |
| Secretary's Letter | |
| Newsroom | |
| Frequent Questions | |
| Related Links | |
| Contact Us | |
| Office Location | |

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| File Number: | 5224953 | Incorporation Date / Formation Date: | 10/9/2012 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | HEARTLAND FAMILY GROUP, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

### REGISTERED AGENT INFORMATION

| Name: | INCORP SERVICES, INC. | | |
|---|---|---|---|
| Address: | 919 NORTH MARKET STREET, SUITE 950 | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 800-246-2677 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history

Division of Corporations - Filing

and more for a fee of $20.00.

Would you like ◯ Status ◯ Status,Tax & History Information [ Submit ]

[ Back to Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.