

## Certification of Proofreading

I, the undersigned, Elena Michalski, Production Manager of Compass Languages, a professional translation agency based at 147 Old Solomons Island Rd, Suite 302, Annapolis, MD 21401 (EIN: 13-4194307) certify that the content of the following original document:

- legal guide DK Skattestyrelsen im prozess2_EN

has been accurately proofread from according to the standards laid out by the American Translators Association.

Signed: *E. Michalski*
**Elena Michalski**
Production Manager

Date: **October 29, 2018**

*[Notary seal: Cindy A. Galloway, Notary Public, Anne Arundel Co., MD, My Commission Expires June 28, 2020]*

*Cindy A. Galloway*
10-29-2018

147 Old Solomons Island Rd | Suite 302 | Annapolis, Maryland 21401 | USA
Telephone 410 451 4297 | Fax 443 782 0215
www.compasslanguages.com

**EXHIBIT 63B**