# Exhibit 17

2024. Motions to preclude expert testimony shall be filed by June 28, 2024. Opposition to such motions shall be filed by July 19, 2024. Any replies shall be filed by August 2, 2024.

4. The parties shall file any motions in limine and any motions for summary judgment (other than those based on statute of limitations issues) by June 28, 2024. Oppositions to any such motions shall be filed by July 19, 2024. Any replies shall be filed by August 2, 2024.

5. The joint pretrial order, requests to charge, voir dire requests, and any trial briefs shall be filed by September 20, 2024.

6. The final pretrial conference shall be held on January 6, 2025 at 2:30 p.m.

7. Trial shall commence on January 13, 2025 at 9:30 a.m.

SO ORDERED.

Dated: April 1, 2024

/s/ Lewis A. Kaplan
_____
Lewis A. Kaplan
United States District Judge

2024.

4.  All notices pursuant to Rule 44.1 shall be filed by May 31, 2024. The parties shall also serve notice of intent to assert the application of any non-New York law not otherwise required by Rule 44.1 by May 31, 2024. The parties shall file any briefs on disputed issues of foreign law or choice of law by June 24, 2024. Such briefs should include reproductions of the foreign laws in dispute as well as any foreign law declarations and materials that may aid the Court's review.

5.  The parties shall file any *Daubert* motions by June 21, 2024. The parties shall file any oppositions by July 5, 2024. The parties shall file any replies by July 19, 2024.

6.  The parties shall file any motions *in limine* by August 15, 2024. The parties shall file any oppositions by August 26, 2024. There shall be no replies absent leave of the Court.

7.  The parties shall file a joint proposed special verdict form by August 15, 2024. If the parties cannot agree entirely to a joint proposal, the plaintiff shall file that part of the proposal to which the parties agree as well as each party's proposal with respect to those parts to which the parties cannot agree by August 15, 2024.

8.  The following shall govern preparation of the pretrial order:

    (a) Plaintiff shall provide the following to defendants by October 22, 2024: any general provisions governing conduct of trial; brief statement of the case; proposed fact stipulations; deposition designations; exhibit list; witness list.

    (b) Defendants shall provide the following to plaintiff by November 5, 2024: any proposed revisions to general provisions governing conduct of trial; objections to/revisions to brief statement of case; objections to/revisions to fact stipulations; deposition designations; objections to plaintiff's deposition designations; deposition counter designations; exhibit list; objections to plaintiff's exhibits; objections to plaintiff's witnesses.

    (c) Plaintiff shall provide to defendants the following by November 19, 2024: any further proposed revisions to statement of case, factual stipulations, exhibit list, witness list; objections to deposition designations; deposition counter designations; objections to defendants' exhibits; objections to defendants' witnesses.

    (d) The parties shall file a final joint pretrial order with the Court by December 2, 2024.

SO ORDERED.

Dated:   April 1, 2024

_____
Lewis A. Kaplan
United States District Judge