UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:    18-cv-09797<br>                                              18-cv-10100 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN C. BLESSINGTON**

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, John C. Blessington respectfully move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for (i) Defendants Newsong Fellowship Church 401K Plan and Alexander Jamie Mitchell III in the above-captioned lead case (Civ. No. 18-md-2865) and the related case (Civ. No. 18-cv-10100), and (ii) Defendants Kamco Investments, Inc. Pension Plan; Kamco LP Profit Sharing Pension Plan; Linden Associates Defined Benefit Plan; Moira Associates LLC 401K Plan; Riverside Associates Defined Benefit Plan; American Investment Group Of New York, L.P. Pension Plan; Joan Schulman; and David Schulman in the lead case (Civ. No. 18-md-2865) and in the related case (Civ. No. 18-cv-09797).

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

This motion is supported by my affidavit containing the information required by Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York and a true copy of a Certificate of Good Standing issued by the Supreme Judicial

Court of the Commonwealth of Massachusetts.  Plaintiff SKAT has indicated that it does not object to the relief sought by this motion.

Dated: November 19, 2018    Respectfully Submitted,

/s/ John C. Blessington
John C. Blessington
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
T: 617.261.3108
F: 617.261.3175
E: john.blessington@klgates.com