UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:  18-cv-09797<br>                                          18-cv-10100 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**AFFIDAVIT OF JOHN C. BLESSINGTON IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

STATE OF NEW YORK   )
                                      ss.:
COUNTY OF NEW YORK)

John C. Blessington, being duly sworn, hereby deposes and says:

1. I am an attorney at the law firm of K&L Gates LLP, located at State Street Financial Center, One Lincoln Street, Boston, Massachusetts 02111.

2. I submit this affidavit in support of my Motion for Admission *Pro Hac Vice*, in which I seek to appear as counsel for (i) Defendants Newsong Fellowship Church 401K Plan and Alexander Jamie Mitchell III in the above-captioned lead case (Civ. No. 18-md-2865) and the related case (Civ. No. 18-cv-10100), and (ii) Defendants Kamco Investments, Inc. Pension Plan; Kamco LP Profit Sharing Pension Plan; Linden Associates Defined Benefit Plan; Moira Associates LLC 401K Plan; Riverside Associates Defined Benefit Plan; American Investment Group Of New York, L.P. Pension Plan; Joan Schulman; and David Schulman in the lead case (Civ. No. 18-md-2865) and in the related case (Civ. No. 18-cv-09797).

3. I am a member in good standing of the Bar of the Commonwealth of Massachusetts. Attached as Exhibit A to this affidavit is a true copy of the Certificate of Good Standing issued by the Supreme Judicial Court of the Commonwealth of Massachusetts.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

_____
John C. Blessington

Sworn to and subscribed before me
On this 19th day of November, 2018.

_____
Notary Public

ROXANA I. CIULEI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CI6234360
Qualified In Queens County
My Commission Expires 01-18-2019

# Exhibit A

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **tenth** day of **June** A.D. **1987**, said Court being the highest Court of Record in said Commonwealth:

## John C. Blessington

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixteenth** day of **November** in the year of our Lord **two thousand and eighteen.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116