UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:   18-cv-09797<br>                                           18-cv-10100 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**[PROPOSED] ORDER**

The motion of John C. Blessington for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the Commonwealth of Massachusetts and that his contact information is as follows:

John C. Blessington
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
T: 617.261.3108
F: 617.261.3175
E: john.blessington@klgates.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for (i) Defendants Newsong Fellowship Church 401K Plan and Alexander Jamie Mitchell III in the above-captioned lead case (Civ. No. 18-md-2865) and the related case (Civ. No. 18-cv-10100), and (ii) Defendants Kamco Investments, Inc. Pension Plan; Kamco LP Profit Sharing Pension Plan; Linden Associates Defined Benefit Plan; Moira Associates LLC 401K Plan; Riverside Associates Defined Benefit Plan; American Investment Group Of New York, L.P.

Pension Plan; Joan Schulman; and David Schulman in the lead case (Civ. No. 18-md-2865) and in the related case (Civ. No. 18-cv-09797);

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned cases in the United States District Court for the Southern District of New York for all purposes on behalf of (i) Defendants Newsong Fellowship Church 401K Plan and Alexander Jamie Mitchell III in the above-captioned lead case (Civ. No. 18-md-2865) and the related case (Civ. No. 18-cv-10100), and (ii) Defendants Kamco Investments, Inc. Pension Plan; Kamco LP Profit Sharing Pension Plan; Linden Associates Defined Benefit Plan; Moira Associates LLC 401K Plan; Riverside Associates Defined Benefit Plan; American Investment Group Of New York, L.P. Pension Plan; Joan Schulman; and David Schulman in the lead case (Civ. No. 18-md-2865) and in the related case (Civ. No. 18-cv-09797).

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT COURT JUDGE