UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION<br>OF THE KINGDOM OF DENMARK (SKAT)<br>TAX REFUND SCHEME LITIGATION<br><br>This document relates to:    18-cv-09797<br>                                                    18-cv-10100 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**AFFIDAVIT OF BRANDON R. DILLMAN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

COMMONWEALTH OF MASSACHUSETTS    )
                                                                        ss.:
COUNTY OF SUFFOLK    )

Brandon R. Dillman, being duly sworn, hereby deposes and says:

1. I am an attorney at the law firm of K&L Gates LLP, located at State Street Financial Center, One Lincoln Street, Boston, Massachusetts 02111.

2. I submit this affidavit in support of my Motion for Admission *Pro Hac Vice*, in which I seek to appear as counsel for (i) Defendants Newsong Fellowship Church 401K Plan and Alexander Jamie Mitchell III in the above-captioned lead case (Civ. No. 18-md-2865) and the related case (Civ. No. 18-cv-10100), and (ii) Defendants Kamco Investments, Inc. Pension Plan; Kamco LP Profit Sharing Pension Plan; Linden Associates Defined Benefit Plan; Moira Associates LLC 401K Plan; Riverside Associates Defined Benefit Plan; American Investment Group Of New York, L.P. Pension Plan; Joan Schulman; and David Schulman in the lead case (Civ. No. 18-md-2865) and in the related case (Civ. No. 18-cv-09797).

3. I am a member in good standing of the Bar of the Commonwealth of Massachusetts. Attached as Exhibit A to this affidavit is a true copy of the Certificate of Good Standing issued by the Supreme Judicial Court of the Commonwealth of Massachusetts.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

_____
Brandon R. Dillman

Sworn to and subscribed before me
On this 19th day of November, 2018.

_____
Notary Public



LAURA E. MARKLEY
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires Oct. 31, 2019

# Exhibit A

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **sixteenth** day of **November** A.D. **2016**, said Court being the highest Court of Record in said Commonwealth:

**Brandon Reece Dillman**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixteenth** day of **November** in the year of our Lord **two thousand and eighteen.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116