**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION<br><br>This document relates to all cases | MASTER DOCKET<br><br>18-md-2865 (LAK)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Neil J. Oxford of the law firm Hughes Hubbard & Reed LLP hereby appears on behalf of plaintiff SKAT, the Customs and Tax Administration of the Kingdom of Denmark. The undersigned hereby certifies that he is admitted to practice in this Court.

Dated: New York, New York
       November 20, 2018

HUGHES HUBBARD & REED LLP

By: /s/ Neil J. Oxford
    Neil J. Oxford
    One Battery Park Plaza
    New York, New York 10004-1482
    Telephone: (212) 837-6000
    Fax: (212) 422-4726
    neil.oxford@hugheshubbard.com

*Counsel for Plaintiff SKAT (Customs and Tax Administration of the Kingdom of Denmark)*