

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Sarah Cave
Partner
Direct Dial: +1 (212) 837-6559
Direct Fax: +1 (212) 299-6559
sarah.cave@hugheshubbard.com

November 20, 2018

VIA ECF

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    In re Customs and Tax Administration of the Kingdom of Denmark (SKAT) Tax Refund Scheme Litigation, 18-md-2865 (LAK)

Dear Judge Kaplan:

    This letter relates to *SKAT v. Newsong Fellowship Church 401K Plan, et al.*, Case No. 18-cv-10100, which has been transferred to this Court and consolidated within this Master Docket.

    We write on behalf of Plaintiff SKAT to submit the attached Notice of Partial Voluntary Dismissal, which dismisses without prejudice Counts I (Fraud), II (Aiding and Abetting Fraud), and VI (Negligent Misrepresentation) of the June 12, 2018 Complaint filed against Defendants Newsong Fellowship Church 401K Plan and Alexander Jamie Mitchell III.

Respectfully submitted,

*s/ Sarah Cave*
Sarah Cave

Attachment

cc:    John C. Blessington, Counsel for Defendants Newsong Fellowship Church 401K Plan and Alexander Jamie Mitchell III, via ECF