UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-10100 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## PLAINTIFF'S NOTICE OF PARTIAL VOLUNTARY DISMISSAL

Plaintiff SKAT, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, notifies the Court that SKAT voluntarily dismisses without prejudice Counts I (Fraud), II (Aiding and Abetting Fraud), and VI (Negligent Misrepresentation) against Defendants Newsong Fellowship Church 401K Plan and Alexander Jamie Mitchell III. The Defendants have not answered, moved, or otherwise responded to the Complaint. Therefore, SKAT's dismissal of Counts I, II, and VI is permitted by Fed. R. Civ. P. 41(a)(1)(A)(i) without a Court Order. SKAT's dismissal is not intended to and does not affect any of the other claims asserted in the Complaint or any of its claims against other defendants in this multi-district litigation.

Dated: New York, New York
       November 20, 2018

                                  HUGHES HUBBARD & REED LLP

                                  By:   /s/ Sarah L. Cave
                                      Sarah L. Cave
                                  One Battery Park Plaza
                                  New York, New York 10004-1482
                                  Telephone: (212) 837-6000
                                  Fax: (212) 422-4726

                                  *Counsel for Plaintiff SKAT (Customs and Tax Administration of the Kingdom of Denmark)*