# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:   18-cv-5053<br>   18-cv-9797<br>   18-cv-10100 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## OPPOSITION TO SKAT'S MOTION FOR ISSUANCE OF A REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE IN DENMARK

December 21, 2018

| | |
|---|---|
| K&L GATES LLP<br>John C. Blessington<br>Brandon R. Dillman<br>One Lincoln Street<br>Boston, MA  02111<br>T: 617.951.9185<br><br>*Attorneys for Defendants DW Construction, Inc. Retirement Plan, Riverside Associates Defined Benefit Plan, Kamco Investments, Inc. Pension Plan, Kamco Investments, Inc. Profit Sharing Pension Plan, Linden Associates Defined Benefit Plan, American Investments Group of New York, L.P. Pension Plan, Newsong Fellowship Church 401(k) Plan, Stacey Kaminer, David Schulman, Joan Schulman, and Alexander Jamie Mitchell III* | GUSRAE KAPLAN NUSBAUM PLLC<br>Martin H. Kaplan<br>J. Christopher Albanese<br>120 Wall Street, 25th Floor<br>New York, New York  10005<br>T: 212.269.1400<br><br>*Attorneys for Defendants The Goldstein Law Group, PC 401(k) Profit Sharing Plan and Sheldon Goldstein* |

# TABLE OF CONTENTS

**TABLE OF AUTHORITIES** ..................................................................................................... ii

**INTRODUCTION** ........................................................................................................................ 1

**RELEVANT BACKGROUND** .................................................................................................. 2

**ARGUMENT** ............................................................................................................................... 3

    I.    SKAT should be prohibited from obtaining discovery from ▮▮▮▮▮▮▮ because the requested information is irrelevant to SKAT's claims. ............................ 3

    II.    Under the prevalent case law, SKAT should be prohibited from taking discovery ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. ....................................................... 5

    III.    SKAT's requested discovery is premature. ................................................... 8

**CONCLUSION** ............................................................................................................................ 9

**FILED UNDER SEAL**

December 21, 2018

*/s/ John C. Blessington*
John C. Blessington (*pro hac vice*)
  john.blessington@klgates.com
Brandon R. Dillman (*pro hac vice*)
  brandon.dillman@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
T: 617.951.9185
F: 617.261.3175

*Attorneys for Defendants DW Construction, Inc. Retirement Plan, Riverside Associates Defined Benefit Plan, Kamco Investments, Inc. Pension Plan, Kamco Investments, Inc. Profit Sharing Pension Plan, Linden Associates Defined Benefit Plan, American Investments Group of New York, L.P. Pension Plan, Newsong Fellowship Church 401(k) Plan, Stacey Kaminer, David Schulman, Joan Schulman, and Alexander Jamie Mitchell III*


*/s/ Martin H. Kaplan*
Martin H. Kaplan
  mkaplan@gusraekaplan.com
J. Christopher Albanese
  calbanese@gusraekaplan.com
GUSRAE KAPLAN NUSBAUM PLLC
120 Wall Street, 25th Floor
New York, New York  10005
T: 212.269.1400
F: 212.809.4147

*Attorneys for Defendants The Goldstein Law Group, PC 401(k) Profit Sharing Plan and Sheldon Goldstein*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and copies will be sent to those indicated as nonregistered participants on December 21, 2018.

*/s/ Brandon R. Dillman*
Brandon R. Dillman