UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND LITIGATION<br><br>This document relates to: 18-cv-10119 (LAK)<br>18-cv-10122 (LAK)<br>18-cv-10123 (LAK)<br>18-cv-10124 (LAK)<br>18-cv-10125 (LAK)<br>18-cv-10126 (LAK)<br>18-cv-10133 (LAK)<br>18-cv-10134 (LAK)<br>18-cv-10135 (LAK)<br>18-cv-10136 (LAK) | 18-MD-2865 (LAK)<br><br>ECF Case |

## DECLARATION OF MARK D. ALLISON

I, MARK D. ALLISON, declare as follows:

1. I am a Member of the law firm of Caplin & Drysdale, Chartered and am counsel for the following Defendants:

   a. The Bella Consultants Pension Plan and Roger Lehman;

   b. The Sinclair Pension Plan and Roger Lehman;

   c. The Mueller Investments Pension Plan and Roger Lehman;

   d. The Green Group Site Pension Plan and Roger Lehman;

   e. Blackrain Pegasus LLC Solo 401K Plan and Doston Bradley;

   f. Pegasus Fox 23 LLC Solo 401K Plan and Doston Bradley;

   g. Delgado Fox LLC Solo 401K Plan and Doston Bradley;

   h. Gyos 23 LLC Solo 401K Plan and Doston Bradley;

1

   i. The Joanne E. Bradley Solo 401K Plan and Doston Bradley; and

   j. The Oak Tree One 401K Plan and Doston Bradley.

  2. I have personal knowledge of the matters stated in this declaration.

  3. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint filed by SKAT against The Bella Consultants Pension Plan and Roger Lehman, on May 4, 2018 (SDNY Dkt. No. 1:18-cv-10136-LAK; S.D. Ohio Dkt. No. 1:18-cv-00309-MRB).

  4. Attached hereto as Exhibit 2 is a true and correct copy of the Complaint filed by SKAT against The Sinclair Pension Plan and Roger Lehman, on May 22, 2018 (SDNY Dkt. No. 1:18-cv-10133-LAK; S.D. Ohio Dkt. No. 1:18-cv-00351-SJD).

  5. Attached hereto as Exhibit 3 is a true and correct copy of the Complaint filed by SKAT against The Green Group Site Pension Plan and Roger Lehman, on May 4, 2018 (SDNY Dkt. No. 1:18-cv-10134-LAK; S.D. Ohio Dkt. No. 1:18-cv-00311-MRB).

  6. Attached hereto as Exhibit 4 is a true and correct copy of the Complaint filed by SKAT against The Mueller Investments Pension Plan and Roger Lehman, on May 4, 2018 (SDNY Dkt. No. 1:18-cv-10135-LAK; S.D. Ohio Dkt. No. 1:18-cv-00310-TSB).

  7. Attached hereto as Exhibit 5 is a true and correct copy of the Complaint filed by SKAT against Blackrain Pegasus LLC Solo 401K Plan and Doston Bradley, on June 8, 2018 (SDNY Dkt. No. 1:18-cv-10119-LAK; S.D. Tex. Dkt. No. 4:18-cv-01889).

  8. Attached hereto as Exhibit 6 is a true and correct copy of the Complaint filed by SKAT against Gyos 23 LLC Solo 401K Plan and Doston Bradley, on June 8, 2018 (SDNY Dkt. No. 1:18-cv-10122-LAK; S.D. Tex. Dkt. No. 4:18-cv-01895).

9. Attached hereto as Exhibit 7 is a true and correct copy of the Complaint filed by SKAT against The Oak Tree One 401K Plan and Doston Bradley, on June 8, 2018 (SDNY Dkt. No. 1:18-cv-10123-LAK; S.D. Tex. Dkt. No. 4:18-cv-01897).

10. Attached hereto as Exhibit 8 is a true and correct copy of the Complaint filed by SKAT against The Joanne E. Bradley Solo 401K Plan and Doston Bradley, on June 8, 2018 (SDNY Dkt. No. 1:18-cv-10124-LAK; S.D. Tex. Dkt. No. 4:18-cv-01898).

11. Attached hereto as Exhibit 9 is a true and correct copy of the Complaint filed by SKAT against Delgado Fox LLC Solo 401K Plan and Doston Bradley, on June 8, 2018 (SDNY Dkt. No. 1:18-cv-10125-LAK; S.D. Tex. Dkt. No. 4:18-cv-01899).

12. Attached hereto as Exhibit 10 is a true and correct copy of the Complaint filed by SKAT against Pegasus Fox 23 LLC Solo 401K Plan and Doston Bradley, on June 8, 2018 (SDNY Dkt. No. 1:18-cv-10126-LAK; S.D. Tex. Dkt. No. 4:18-cv-01900).

I, MARK D. ALLISON, hereby declare under penalty of perjury that the forgoing is true and correct.

Dated: New York, New York

January 31, 2019

                                                                s/ Mark D. Allison
Mark D. Allison
Zhanna A. Ziering
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Ave., 21st Floor
New York, NY 10022
Tel: (212) 379-6000
mallison@capdale.com
zziering@capdale.com

*Attorneys for Defendants*
*The Bella Consultants Pension Plan*
*The Sinclair Pension Plan*
*The Mueller Investments Pension Plan*

*The Green Group Site Pension Plan*
*Roger Lehman*
*Blackrain Pegasus LLC Solo 401K Plan*
*Pegasus Fox 23 LLC Solo 401K Plan*
*Delgado Fox LLC Solo 401K Plan*
*Gyos 23 LLC Solo 401K Plan*
*The Joanne E. Bradley Solo 401K Plan*
*The Oak Tree One 401K Plan*
*Doston Bradley*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2019, true and correct copies of the Declaration of Mark D. Allison and its Exhibits were served by CM/ECF or as indicated below on the following:

Sarah L. Cave
Marc A. Weinstein
William R. Maguire
John T. McGoey
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
sarah.cave@hugheshubbard.com
marc.weinstein@hugheshubbard.com
bill.maquire@hugheshubbard.com
john.mcgoey@hugheshubbard.com
*Attorneys for Plaintiff SKAT*

s/ Mark D. Allison

Mark D. Allison
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Ave., 21st Floor
New York, NY 10022
(212) 379-6000
mallison@capdale.com