

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Sarah Cave
Partner
Direct Dial: +1 (212) 837-6559
Direct Fax: +1 (212) 299-6559
sarah.cave@hugheshubbard.com

February 4, 2019

VIA ECF & BY HAND

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  In re Customs and Tax Administration of the Kingdom of Denmark (SKAT) Tax Refund Scheme Litigation, 18-md-2865 (LAK)

Dear Judge Kaplan:

    We write on behalf of Plaintiff SKAT, the Customs and Tax Administration of the Kingdom of Denmark ("SKAT"), to provide the Court with a Proposed Stipulated Protective Order Governing Confidentiality of Discovery Materials ("Proposed Protective Order"). As evidenced by the signature page of the attached Proposed Protective Order, counsel for SKAT and counsel for all of the Defendants have stipulated to the Proposed Protective Order in its current form.

                      Respectfully submitted,

                       Sarah L. Cave

Attachment

cc:  Counsel of record (via ECF)

    Raubritter LLC Pension Plan (via first class mail)

93168782_3