**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK (SKAT) TAX
REFUND SCHEME LITIGATION

This document relates to all cases.

MASTER DOCKET

18-md-2865 (LAK)

<u>**STIPULATION AND [PROPOSED] ORDER**</u>

WHEREAS, Plaintiff SKAT has sued 141 pension plans and their representatives in this multidistrict litigation; and

WHEREAS, Plaintiff represents that pursuant to Danish legal order 804, entered on June 6, 2018, Plaintiff SKAT, the Customs and Tax Administration of the Kingdom of Denmark, underwent an internal reorganization and changed its legal name to Skatteforvaltningen; and

WHEREAS, Plaintiff represents that Skatteforvaltningen's name change became effective on July 1, 2018; and

WHEREAS, Plaintiff represents that Skatteforvaltningen, as the Customs and Tax Administration of the Kingdom of Denmark, retains the same authority, rights and obligations it held while operating under the name SKAT and that the name change in this proceeding does not affect the rights of any Defendant in any tax proceeding in Denmark;

NOW, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, by and through their duly authorized respective counsel, that:

1.      The title and caption for the multidistrict litigation shall be amended to *In re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*.

2.      The titles and captions for all actions consolidated within this multidistrict

litigation, listed in the attached Schedule of Actions, shall be amended to reflect Plaintiff's name

change to Skatteforvaltningen.


Dated:  New York, New York
        February 22, 2019


CAPLIN & DRYSDALE, LLP                    HUGHES HUBBARD & REED LLP


By: /s/ Mark D. Allison                   By: /s/ Sarah L. Cave
Mark D. Allison                           William R. Maguire
Zhanna A. Ziering                         Marc A. Weinstein
600 Lexington Avenue                      Sarah L. Cave
New York, NY 10022                        John T. McGoey
Tel: (212) 379-6060                       Hughes Hubbard & Reed LLP
Fax: (860) 493-6290                       One Battery Park Plaza
E-mail: mallison@capdale.com              New York, NY  10004-1482
                                          Tel.: (212) 837-6000
                                          Fax: (212) 422-4726
                                          Email: Sarah.cave@hugheshubbard.com

                                          *Attorneys for Plaintiff*


HANAMIRIAN LAW FIRM, P.C.


By: /s/ John Hanamirian
John Hanamirian
30 Wall St.
New York, NY 10005
Tel: (856) 793-9092
E-mail: jmh@hanamirian.com

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.


By: /s/ Edward M. Spiro
Edward M. Spiro
Audrey Feldman
565 Fifth Ave.
New York, NY 10017
Tel: (212) 856-9600
E-mail: espiro@maglaw.com


WILLIAMS & CONNOLLY LLP


By: /s/ Stephen Andrews
Stephen Andrews
Amy B. McKinlay
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5291
E-mail: SAndrews@wc.com


KOSTELANETZ & FINK, LLP


By: /s/ Eric Smith
Bryan C. Skarlatos
Eric Smith
250 Greenwich St.
New York, NY 10007
Tel: (212) 808-8100
E-mail: bskarlatos@kflaw.com


DEWEY, PEGNO & KRAMARSKY


By: /s/ Thomas E.L. Dewey
Thomas E.L. Dewey
David S. Pegno
777 Third Avenue
New York, NY 10017
Tel: (212) 943-9000
E-mail: tdewey@dpklaw.com

LAW OFFICE OF SHELDON S. TOLL PLLC


By: *S. S. Toll*
Sheldon S. Toll
29580 Northwestern Hwy., Ste. 1000
Southfield, MI 48034
Tel: (248) 797-9111
E-mail: sst@lawtoll.com

SEWARD & KISSEL LLP


By: /s/ Mark J. Hyland
Mark J. Hyland
One Battery Park Plaza
New York, NY 10004
Tel: (212) 574-1200
E-mail:hyland@sewkis.com

K&L GATES LLP


By: /s/ John C. Blessington
John C. Blessington
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3108
E-mail:john.blessington@klgates.com

*Attorneys for Defendants*



SO ORDERED:


_____
U.S. District Judge Lewis A. Kaplan

## SCHEDULE OF ACTIONS

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|-----|--------------|-------------------|------------------|---------------------|
| 1. | SKAT,<br>Plaintiff,<br>vs.<br>The Bradley London Pension Plan & Doston Bradley,<br>Defendants. | 18-cv-04047 | N.A.[1] | N.A. |
| 2. | SKAT,<br>Plaintiff,<br>vs.<br>The DMR Pension Plan & Doston Bradley,<br>Defendants. | 18-cv-04049 | N.A. | N.A. |
| 3. | SKAT,<br>Plaintiff,<br>vs.<br>The Houston Rocco LLC 401K Plan & Doston Bradley,<br>Defendants. | 18-cv-04050 | N.A. | N.A. |
| 4. | SKAT,<br>Plaintiff,<br>vs.<br>The Proper Pacific LLC 401K Plan & Doston Bradley,<br>Defendants. | 18-cv-04051 | N.A. | N.A. |
| 5. | SKAT,<br>Plaintiff,<br>vs.<br>The LBR Capital Pension Plan & Doston Bradley,<br>Defendants. | 18-cv-04052 | N.A. | N.A. |

---

[1] The cases where the fields for "Transferor Court" and "Transferor Case No" are marked as "N.A." were filed in or transferred to the Southern District of New York before the cases were consolidated in a multidistrict litigation.

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 6. | SKAT,<br>Plaintiff,<br>vs.<br>The Atlantic DHR 401K Plan & Doston Bradley,<br>Defendants. | 18-cv-04430 | N.A. | N.A. |
| 7. | SKAT,<br>Plaintiff,<br>vs.<br>The Stor Capital Consulting LLC 401K Plan & Michael Ben-Jacob,<br>Defendants. | 18-cv-04434 | N.A. | N.A. |
| 8. | SKAT,<br>Plaintiff,<br>vs.<br>The Busby Black 401K Plan & Doston Bradley,<br>Defendants. | 18-cv-04522 | N.A. | N.A. |
| 9. | SKAT,<br>Plaintiff,<br>vs.<br>The Canada Rock LLC 401K Plan & Doston Bradley,<br>Defendants. | 18-cv-04531 | N.A. | N.A. |
| 10. | SKAT,<br>Plaintiff,<br>vs.<br>The ISDB Pension Plan & Doston Bradley,<br>Defendants. | 18-cv-04536 | N.A. | N.A. |
| 11. | SKAT,<br>Plaintiff,<br>vs.<br>The Monin Amper Pension Plan & Doston Bradley,<br>Defendants. | 18-cv-04538 | N.A. | N.A. |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 12. | SKAT,<br>Plaintiff,<br>vs.<br>The NYC Stanismore Pension Plan & Doston Bradley,<br>Defendants. | 18-cv-04541 | N.A. | N.A. |
| 13. | SKAT,<br>Plaintiff,<br>vs.<br>The Texas Rocco LLC 401K Plan & Doston Bradley,<br>Defendants. | 18-cv-04543 | N.A. | N.A. |
| 14. | SKAT,<br>Plaintiff,<br>vs.<br>Sanford Villa Pension Plan & Roger Lehman,<br>Defendants. | 18-cv-04767 | N.A. | N.A. |
| 15. | SKAT,<br>Plaintiff,<br>vs.<br>The Aston Advisors LLC 401K Plan & Roger Lehman,<br>Defendants. | 18-cv-04770 | N.A. | N.A. |
| 16. | SKAT,<br>Plaintiff,<br>vs.<br>The Sector 230 LLC 401K Plan,<br>Defendant. | 18-cv-04771 | N.A. | N.A. |
| 17. | SKAT,<br>Plaintiff,<br>vs.<br>Raubritter LLC Pension Plan & Adam LaRosa,<br>Defendants. | 18-cv-04833 | N.A. | N.A. |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 18. | SKAT, Plaintiff, vs. The M2F Wellness LLC 401K Plan & Mitchell Protass, Defendants. | 18-cv-04890 | N.A. | N.A. |
| 19. | SKAT, Plaintiff, vs. The MPQ Holdings LLC 401K Plan & Mitchell Protass, Defendants. | 18-cv-04892 | N.A. | N.A. |
| 20. | SKAT, Plaintiff, vs. Sterling Alpha LLC 401(K) Profit Sharing Plan & John C. Doscas, Defendants. | 18-cv-04894 | N.A. | N.A. |
| 21. | SKAT, Plaintiff, vs. The TKKJ LLC 401K Plan & Thomas Kertelits, Defendants. | 18-cv-04896 | N.A. | N.A. |
| 22. | SKAT, Plaintiff, vs. NYCATX LLC Solo 401K Plan & Carl Andrew Vergari, Defendants. | 18-cv-04898 | N.A. | N.A. |
| 23. | SKAT, Plaintiff, vs. Sander Gerber Pension Plan & John C. Doscas, Defendants. | 18-cv-04899 | N.A. | N.A. |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 24. | SKAT, Plaintiff, vs. Ackview Solo 401K Plan & Sean P. Driscoll, Defendants. | 18-cv-04900 | N.A. | N.A. |
| 25. | SKAT, Plaintiff, vs. The Dosmon BLY Pension Plan & Doston Bradley, Defendants. | 18-cv-05045 | N.A. | N.A. |
| 26. | SKAT, Plaintiff, vs. The Goldstein Law Group PC 401(K) Profit Sharing Plan & Sheldon Goldstein, Defendants. | 18-cv-05053 | N.A. | N.A. |
| 27. | SKAT, Plaintiff, vs. The India Bombay LLC 401K Pension Plan & Doston Bradley, Defendants. | 18-cv-05057 | N.A. | N.A. |
| 28. | SKAT, Plaintiff, vs. The Aria Pension Plan, Roger Lehman, & Gavin Crescenzo, Defendants. | 18-cv-05147 | N.A. | N.A. |
| 29. | SKAT, Plaintiff, vs. The Belforte Pension Plan, Roger Lehman & Gavin Crescenzo, Defendants. | 18-cv-05150 | N.A. | N.A. |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 30. | SKAT, <br> Plaintiff, <br><br> vs. <br><br> The Bravos Advisors 401K Plan, Roger Lehman, & Gavin Crescenzo, Defendants. | 18-cv-05151 | N.A. | N.A. |
| 31. | SKAT, <br> Plaintiff, <br><br> vs. <br><br> The Costello Advisors Pension Plan, Roger Lehman, & Gavin Crescenzo, Defendants. | 18-cv-05158 | N.A. | N.A. |
| 32. | SKAT, <br> Plaintiff, <br><br> vs. <br><br> The Eskin Pension Plan, Roger Lehman, & Gavin Crescenzo, Defendants. | 18-cv-05164 | N.A. | N.A. |
| 33. | SKAT, <br> Plaintiff, <br><br> vs. <br><br> The Fieldcrest Pension Plan, Roger Lehman, & Gavin Crescenzo, Defendants. | 18-cv-05180 | N.A. | N.A. |
| 34. | SKAT, <br> Plaintiff, <br><br> vs. <br><br> The Westport Advisors LLC 401K Plan, Roger Lehman, & Gavin Crescenzo, Defendants. | 18-cv-05183 | N.A. | N.A. |
| 35. | SKAT, <br> Plaintiff, <br><br> vs. <br><br> The Kodiak Capital Pension Plan, Gavin Crescenzo, & Roger Lehman, Defendants. | 18-cv-05185 | N.A. | N.A. |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 36. | SKAT,<br>Plaintiff,<br>vs.<br>The Kyber Pension Plan, Roger Lehman, & Gavin Crescenzo, Defendants. | 18-cv-05186 | N.A. | N.A. |
| 37. | SKAT,<br>Plaintiff,<br>vs.<br>The Lerici Capital Pension Plan, Roger Lehman, & Gavin Crescenzo, Defendants. | 18-cv-05188 | N.A. | N.A. |
| 38. | SKAT,<br>Plaintiff,<br>vs.<br>The Ludlow Holdings 401K Plan, Roger Lehman, & Gavin Crescenzo, Defendants. | 18-cv-05189 | N.A. | N.A. |
| 39. | SKAT,<br>Plaintiff,<br>vs.<br>The Regoleth Pension Plan, Roger Lehman, & Gavin Crescenzo, Defendants. | 18-cv-05190 | N.A. | N.A. |
| 40. | SKAT,<br>Plaintiff,<br>vs.<br>The Saba Capital LLC 401K Plan, Roger Lehman, & Gavin Crescenzo, Defendants. | 18-cv-05192 | N.A. | N.A. |
| 41. | SKAT,<br>Plaintiff,<br>vs.<br>The West River Pension Plan, Roger Lehman, & Gavin Crescenzo, Defendants. | 18-cv-05193 | N.A. | N.A. |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 42. | SKAT, Plaintiff, vs. The Stark Pension Plan, Roger Lehman, & Gavin Crescenzo, Defendants. | 18-cv-05194 | N.A. | N.A. |
| 43. | SKAT, Plaintiff, vs. The Petkov Partners Pension Plan, Roger Lehman & Svetlin Petkov, Defendants. | 18-cv-05299 | N.A. | N.A. |
| 44. | SKAT, Plaintiff, vs. The Petkov Management LLC 401K Plan & Svetlin Petkov, Defendants. | 18-cv-05300 | N.A. | N.A. |
| 45. | SKAT, Plaintiff, vs. The SVP 401K Plan, Roger Lehman & Svetlin Petkov, Defendants. | 18-cv-05305 | N.A. | N.A. |
| 46. | SKAT, Plaintiff, vs. The Krabi Holdings LLC 401K Plan & Gavin Crescenzo, Defendants. | 18-cv-05307 | N.A. | N.A. |
| 47. | SKAT, Plaintiff, vs. The SPKK LLC 401K Plan, Roger Lehman, & Svetlin Petkov, Defendants. | 18-cv-05308 | N.A. | N.A. |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|-----|--------------|-------------------|------------------|---------------------|
| 48. | SKAT, Plaintiff, vs. The KASV Group Pension Plan, Roger Lehman, & Svetlin Petkov, Defendants. | 18-cv-05309 | N.A. | N.A. |
| 49. | SKAT, Plaintiff, vs. Del Mar Asset Managment Saving & Retirement Plan & David W. Freelove, Defendants. | 18-cv-05374 | N.A. | N.A. |
| 50. | SKAT, Plaintiff, vs. Headsail Manufacturing LLC Roth 401K Plan & Robert Klugman, Defendants. | 18-cv-07824 | N.A. | N.A. |
| 51. | SKAT, Plaintiff, vs. Edgepoint Capital LLC Roth 401(K) Plan & Robert Klugman, Defendants. | 18-cv-07827 | N.A. | N.A. |
| 52. | SKAT, Plaintiff, vs. Aerovane Logistics LLC Roth 401(K) Plan & Robert Klugman, Defendants. | 18-cv-07828 | N.A. | N.A. |
| 53. | SKAT, Plaintiff, vs. The Random Holdings 401K Plan & Robert Klugman, Defendants. | 18-cv-07829 | N.A. | N.A. |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 54. | SKAT, Plaintiff, vs. Federated Logistics LLC 401(K) Plan & David Freelove, Defendants. | 18-cv-08655 | N.A. | N.A. |
| 55. | SKAT, Plaintiff, vs. SRH Farms LLC 401(K) Plan, Bluegrass Investment Management, LLC, Bernard Tew, & George Hofmeister, Defendants. | 18-cv-09434 | E.D. Ky. | 18-cv-00395 |
| 56. | SKAT, Plaintiff, vs. MGH Farms LLC 401(K) Plan, Bluegrass Investment Management, LLC, Bernard Tew & George Hofmeister, Defendants. | 18-cv-09439 | E.D. Ky. | 18-cv-00396 |
| 57. | SKAT, Plaintiff, vs. JSH Farms LLC 401(K) Plan, Bluegrass Investment Management, LLC, Bernard Tew & George Hofmeister | 18-cv-09489 | E.D. Ky. | 18-cv-00397 |
| 58. | SKAT, Plaintiff, vs. Triton Farms LLC 401(K) Plan, Bluegrass Investment Management, LLC, Bernard Tew & George Hofmeister, Defendants. | 18-cv-09490 | E.D. Ky. | 18-cv-00398 |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 59. | SKAT,<br>Plaintiff,<br><br>vs.<br><br>KRH Farms LLC 401(K) Plan, Bluegrass Investment Management, LLC, Bernard Tew & George Hofmeister,<br>Defendants. | 18-cv-09491 | E.D. Ky. | 18-cv-00399 |
| 60. | SKAT,<br>Plaintiff,<br><br>vs.<br><br>Tew, LP Retirement Plan & Vincent Tew,<br>Defendants. | 18-cv-09492 | E.D. Ky. | 18-cv-00400 |
| 61. | SKAT,<br>Plaintiff,<br><br>vs.<br><br>Tew Enterprises, LLC Retirement Plan & Andrea Tew,<br>Defendants. | 18-cv-09494 | E.D. Ky. | 18-cv-00401 |
| 62. | SKAT,<br>Plaintiff,<br><br>vs.<br><br>Industrial Pensions Group Trust, Bluegrass Investment Management, LLC & Bernard Tew,<br>Defendants. | 18-cv-09497 | E.D. Ky. | 18-cv-00402 |
| 63. | SKAT,<br>Plaintiff,<br><br>vs.<br><br>Casting Pensions Group Trust, Bluegrass Investment Management, LLC & Bernard Tew,<br>Defendants. | 18-cv-09498 | E.D. Ky. | 18-cv-00403 |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|-----|--------------|-------------------|------------------|---------------------|
| 64. | SKAT, Plaintiff, vs. SV Holdings, LLC Retirement Plan & Stephanie Tew, Defendants. | 18-cv-09505 | E.D. Ky. | 18-cv-00404 |
| 65. | SKAT, Plaintiff, vs. Central Technologies Pensions Group Trust, Bluegrass Investment Management, LLC & Bernard Tew, Defendants. | 18-cv-09507 | E.D. Ky. | 18-cv-00405 |
| 66. | SKAT, Plaintiff, vs. Bluegrass Retirement Group Trust, Bluegrass Investment Management, LLC & Bernard Tew, Defendants. | 18-cv-09511 | E.D. Ky. | 18-cv-00406 |
| 67. | SKAT, Plaintiff, vs. Bluegrass Investment Management, LLC Retirement Plan & Bernard Tew, Defendants. | 18-cv-09515 | E.D. Ky. | 18-cv-00407 |
| 68. | SKAT, Plaintiff, vs. Autoparts Pensions Group Trust, Bluegrass Investment Management, LLC & Bernard Tew, Defendants. | 18-cv-09549 | E.D. Ky. | 18-cv-00408 |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 69. | SKAT,<br>Plaintiff,<br><br>vs.<br><br>MSJJ Retirement Group Trust, Bluegrass Investment Management, LLC, Bernard Tew & George Hofmeister,<br>Defendants. | 18-cv-09552 | E.D. Ky. | 18-cv-00409 |
| 70. | SKAT,<br>Plaintiff,<br><br>vs.<br><br>The 78 Yorktown Pension Plan & Roger Lehman,<br>Defendants. | 18-cv-09565 | D. Mass. | 18-cv-10890 |
| 71. | SKAT,<br>Plaintiff,<br><br>vs.<br><br>The Cambridge Town Line Pension Plan & Roger Lehman,<br>Defendants. | 18-cv-09570 | D. Mass. | 18-cv-10891 |
| 72. | SKAT,<br>Plaintiff,<br><br>vs.<br><br>The Diamond Scott Capital Pension Plan & Roger Lehman,<br>Defendants. | 18-cv-09587 | D. Mass. | 18-cv-10892 |
| 73. | SKAT,<br>Plaintiff,<br><br>vs.<br><br>The Hotel Fromance Pension Plan & Roger Lehman,<br>Defendants. | 18-cv-09588 | D. Mass. | 18-cv-10893 |
| 74. | SKAT,<br>Plaintiff,<br><br>vs.<br><br>The Mountain Air LLC 401K Plan & Roger Lehman,<br>Defendants. | 18-cv-09589 | D. Mass. | 18-cv-10894 |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 75. | SKAT, Plaintiff, vs. The SKSL LLC Pension Plan & Roger Lehman, Defendants. | 18-cv-09590 | D. Mass. | 18-cv-10895 |
| 76. | SKAT, Plaintiff, vs. The Snow Hill Pension Plan & Roger Lehman, Defendants. | 18-cv-09650 | D. Mass. | 18-cv-10896 |
| 77. | SKAT, Plaintiff, vs. The Westridge Ave LLC 401K Plan & Roger Lehman, Defendants. | 18-cv-09665 | D. Mass. | 18-cv-10897 |
| 78. | SKAT, Plaintiff, vs. The Shapiro Blue Management LLC 401K Plan & Roger Lehman, Defendants. | 18-cv-09666 | D. Mass. | 18-cv-11008 |
| 79. | SKAT, Plaintiff, vs. The Patrick Partners Conglomerate Pension Plan & Roger Lehman, Defendants. | 18-cv-09668 | D. Mass. | 18-cv-11011 |
| 80. | SKAT, Plaintiff, vs. CSCC Capital Pension Plan & Roger Lehman, Defendants. | 18-cv-09669 | D. Mass. | 18-cv-11012 |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 81. | SKAT, Plaintiff, vs. DW Construction, Inc. Retirement Plan & Stacey Kaminer, Defendants. | 18-cv-09797 | D. Utah | 18-cv-00452 |
| 82. | SKAT, Plaintiff, vs. Kamco Investments, Inc. Pension Plan & Stacey Kaminer, Defendants. | 18-cv-09836 | D. Utah | 18-cv-00454 |
| 83. | SKAT, Plaintiff, vs. Kamco LP Profit Sharing Pension Plan & Stacey Kaminer, Defendants. | 18-cv-09837 | D. Utah | 18-cv-00455 |
| 84. | SKAT, Plaintiff, vs. Linden Associates Defined Benefit Plan & Joan Schulman, Defendants. | 18-cv-09838 | D. Utah | 18-cv-00456 |
| 85. | SKAT, Plaintiff, vs. Moira Associates LLC 401 (K) Plan & Stacey Kaminer, Defendants. | 18-cv-09839 | D. Utah | 18-cv-00458 |
| 86. | SKAT, Plaintiff, vs. Riverside Associates Defined Benefit Plan & David Schulman, Defendants. | 18-cv-09840 | D. Utah | 18-cv-00460 |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 87. | SKAT,<br><br>Plaintiff,<br><br>vs.<br><br>American Investment Group of New York, L.P. Pension Plan & Stacey Kaminer,<br><br>Defendants. | 18-cv-09841 | D. Utah | 18-cv-00678 |
| 88. | SKAT,<br><br>Plaintiff,<br><br>vs.<br><br>The Cardinal Consulting Pension Plan & Matthew Tucci,<br><br>Defendants. | 18-cv-10028 | D.N.J. | 18-cv-08878 |
| 89. | SKAT,<br><br>Plaintiff,<br><br>vs.<br><br>The Egret Associates LLC 401K Plan & Matthew Tucci,<br><br>Defendants. | 18-cv-10030 | D.N.J. | 18-cv-08880 |
| 90. | SKAT,<br><br>Plaintiff,<br><br>vs.<br><br>The Crow Associates Pension Plan & Matthew Tucci,<br><br>Defendants. | 18-cv-10031 | D.N.J. | 18-cv-08881 |
| 91. | SKAT,<br><br>Plaintiff,<br><br>vs.<br><br>The Heron Advisors Pension Plan & Matthew Tucci,<br><br>Defendants. | 18-cv-10032 | D.N.J. | 18-cv-08882 |
| 92. | SKAT,<br><br>Plaintiff,<br><br>vs.<br><br>The Hoboken Advisors LLC 401K Plan & Matthew Tucci,<br><br>Defendants. | 18-cv-10035 | D.N.J. | 18-cv-08883 |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 93. | SKAT,<br>Plaintiff,<br>vs.<br>The Jayfran Blue Pension Plan &<br>Matthew Tucci,<br>Defendants. | 18-cv-10036 | D.N.J. | 18-cv-08884 |
| 94. | SKAT,<br>Plaintiff,<br>vs.<br>The JT Health Consulting LLC<br>401K Plan & Matthew Tucci,<br>Defendants. | 18-cv-10039 | D.N.J. | 18-cv-08885 |
| 95. | SKAT,<br>Plaintiff,<br>vs.<br>The Lakeview Advisors 401K Plan<br>& Matthew Tucci,<br>Defendants. | 18-cv-10049 | D.N.J. | 18-cv-08886 |
| 96. | SKAT,<br>Plaintiff,<br>vs.<br>The Osprey Assocs. LLC 401K Plan<br>& Matthew Tucci,<br>Defendants. | 18-cv-10060 | D.N.J. | 18-cv-08887 |
| 97. | SKAT,<br>Plaintiff,<br>vs.<br>The Sandpiper Pension Plan &<br>Matthew Tucci,<br>Defendants. | 18-cv-10061 | D.N.J. | 18-cv-08888 |
| 98. | SKAT,<br>Plaintiff,<br>vs.<br>The Zen Training LLC 401(K) Plan<br>& Matthew Tucci,<br>Defendants. | 18-cv-10062 | D.N.J. | 18-cv-08889 |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 99. | SKAT,<br>Plaintiff,<br><br>vs.<br><br>The Everything Clean LLC 401K Plan & Matthew Tucci,<br>Defendants. | 18-cv-10063 | D.N.J. | 18-cv-09439 |
| 100. | SKAT,<br>Plaintiff,<br><br>vs.<br><br>The Jump Group LLC 401K Plan & Matthew Tucci,<br>Defendants. | 18-cv-10064 | D.N.J. | 18-cv-09442 |
| 101. | SKAT,<br>Plaintiff,<br><br>vs.<br><br>The Oaks Group Pension Plan & Matthew Tucci,<br>Defendants. | 18-cv-10065 | D.N.J. | 18-cv-09444 |
| 102. | SKAT,<br>Plaintiff,<br><br>vs.<br><br>The Wave Maven LLC 401K Plan & Matthew Tucci,<br>Defendants. | 18-cv-10066 | D.N.J. | 18-cv-09445 |
| 103. | SKAT,<br>Plaintiff,<br><br>vs.<br><br>The Balmoral Management LLC 401K Pension Plan & John LaChance,<br>Defendants. | 18-cv-10067 | D.N.J. | 18-cv-10098 |
| 104. | SKAT,<br>Plaintiff,<br><br>vs.<br><br>The Beech Tree Partners 401K Plan & Matthew Tucci,<br>Defendants. | 18-cv-10069 | D.N.J. | 18-cv-10108 |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|-----|--------------|-------------------|------------------|---------------------|
| 105. | SKAT, Plaintiff, vs. The Blackbird 401K Plan & Matthew Tucci, Defendants. | 18-cv-10070 | D.N.J. | 18-cv-10109 |
| 106. | SKAT, Plaintiff, vs. The Chambers Property Management, LLC 401K Plan & Matthew Tucci, Defendants. | 18-cv-10071 | D.N.J. | 18-cv-10110 |
| 107. | SKAT, Plaintiff, vs. FiftyEightSixty LLC Solo 401K Plan & Matthew Tucci, Defendants. | 18-cv-10073 | D.N.J. | 18-cv-10111 |
| 108. | SKAT, Plaintiff, vs. Cambridge Way LLC 401K Profit Sharing Plan and Shreepal Shah, Defendants. | 18-cv-10073 | D.N.J. | 18-cv-10465 |
| 109. | SKAT, Plaintiff, vs. The Hawk Group Pension Plan & Matthew Tucci, Defendants. | 18-cv-10074 | D.N.J. | 18-cv-10112 |
| 110. | SKAT, Plaintiff, vs. The Hibiscus Partners LLC 401K Plan & Matthew Tucci, Defendants. | 18-cv-10076 | D.N.J. | 18-cv-10113 |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 111. | SKAT, Plaintiff, vs. The Maple Advisors LLC 401K Plan & Matthew Tucci, Defendants. | 18-cv-10077 | D.N.J. | 18-cv-10114 |
| 112. | SKAT, Plaintiff, vs. OneZeroFive LLC Solo 401K Plan & Matthew Tucci, Defendants. | 18-cv-10080 | D.N.J. | 18-cv-10115 |
| 113. | SKAT, Plaintiff, vs. The Sea Bright Advisors LLC 401K Plan & Matthew Tucci, Defendants. | 18-cv-10082 | D.N.J. | 18-cv-10117 |
| 114. | SKAT, Plaintiff, vs. The Tag Realty Advisors LLC 401K Plan & Matthew Tucci, Defendants. | 18-cv-10083 | D.N.J. | 18-cv-10118 |
| 115. | SKAT, Plaintiff, vs. The Throckmorton Advisors 401K Plan & Matthew Tucci, Defendants. | 18-cv-10086 | D.N.J. | 18-cv-10119 |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|-----|--------------|-------------------|------------------|---------------------|
| 116. | SKAT, Plaintiff, vs. Acorn Capital Corporation Employee Profit Sharing Plan, Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan & Trust, and Gregory Summers, Defendants. | 18-cv-10088 | D.N.J. | 18-cv-10464 |
| 117. | SKAT, Plaintiff, vs. The Dink 14 LLC 401K Plan & Vincent Natoli, Defendants. | 18-cv-10091 | D.N.J. | 18-cv-10466 |
| 118. | SKAT, Plaintiff, vs. JML Capital LLC 401K Plan, Roger Lehman & John LaChance, Defendants. | 18-cv-10092 | D.N.J. | 18-cv-10468 |
| 119. | SKAT, Plaintiff, vs. Natoli Management Pension Plan, Roger Lehman & Vincent Natoli, Defendants. | 18-cv-10093 | D.N.J. | 18-cv-10469 |
| 120. | SKAT, Plaintiff, vs. Nova Fonta Trading LLC 401K Plan, Roger Lehman & Vincent Natoli, Defendants. | 18-cv-10094 | D.N.J. | 18-cv-10470 |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 121. | SKAT,<br>Plaintiff,<br>vs.<br>The Skybax LLC 401K Plan & Bradley Crescenzo,<br>Defendants. | 18-cv-10095 | D.N.J. | 18-cv-10592 |
| 122. | SKAT,<br>Plaintiff,<br>vs.<br>The Robin Daniel Pension Plan & Matthew Tucci,<br>Defendants. | 18-cv-10096 | D.N.J. | 18-cv-10116 |
| 123. | SKAT,<br>Plaintiff,<br>vs.<br>The FWC Capital LLC Pension Plan & Roger Lehman,<br>Defendants. | 18-cv-10098 | S.D. Fla. | 18-cv-21801 |
| 124. | SKAT,<br>Plaintiff,<br>vs.<br>The RDL Consulting Group LLC Pension Plan & Roger Lehman,<br>Defendants. | 18-cv-10099 | S.D. Fla. | 18-cv-22070 |
| 125. | SKAT,<br>Plaintiff,<br>vs.<br>Newsong Fellowship Church 401 (K) Plan & Alexander Jamie Mitchell III,<br>Defendants. | 18-cv-10100 | E.D. Pa. | 18-cv-02459 |
| 126. | SKAT,<br>Plaintiff,<br>vs.<br>Cole Enterprises USA Retirement Plan & Trust and Todd Bergeron,<br>Defendants. | 18-cv-10118 | N.D. Ill. | 18-cv-03206 |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 127. | SKAT, <br><br>Plaintiff, <br><br>vs. <br><br>Blackrain Pegasus LLC Solo 401K Plan & Doston Bradley, <br><br>Defendants. | 18-cv-10119 | S.D. Tex. | 18-cv-01889 |
| 128. | SKAT, <br><br>Plaintiff, <br><br>vs. <br><br>Gyos 23 LLC Solo 401K Plan & Doston Bradley, <br><br>Defendants. | 18-cv-10122 | S.D. Tex. | 18-cv-01895 |
| 129. | SKAT, <br><br>Plaintiff, <br><br>vs. <br><br>The Oak Tree One 401K Plan & Doston Bradley, <br><br>Defendants. | 18-cv-10123 | S.D. Tex. | 18-cv-01897 |
| 130. | SKAT, <br><br>Plaintiff, <br><br>vs. <br><br>The Joanne E. Bradley Solo 401K Plan & Doston Bradley, <br><br>Defendants. | 18-cv-10124 | S.D. Tex. | 18-cv-01898 |
| 131. | SKAT, <br><br>Plaintiff, <br><br>vs. <br><br>Delgado Fox LLC Solo 401K Plan & Doston Bradley, <br><br>Defendants. | 18-cv-10125 | S.D. Tex. | 18-cv-01899 |
| 132. | SKAT, <br><br>Plaintiff, <br><br>vs. <br><br>Pegasus Fox 23 LLC Solo 401K Plan & Doston Bradley, <br><br>Defendants. | 18-cv-10126 | S.D. Tex. | 18-cv-01900 |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|-----|--------------|-------------------|------------------|---------------------|
| 133. | SKAT, Plaintiff, vs. KK Law Firm Retirement Plan Trust & Kevin Kenning, Defendants. | 18-cv-10127 | N.D. Ill. | 18-cv-04082 |
| 134. | SKAT, Plaintiff, vs. The Valerius LLC Solo 401K Plan & Roger Lehman, Defendants. | 18-cv-10129 | D. Conn. | 18-cv-00987 |
| 135. | SKAT, Plaintiff, vs. Tveter LLC Pension Plan & Christopher Nowell, Defendants. | 18-cv-10130 | D. Conn. | 18-cv-00985 |
| 136. | SKAT, Plaintiff, vs. The Sinclair Pension Plan & Roger Lehman, Defendants. | 18-cv-10133 | S.D. Ohio | 18-cv-00351 |
| 137. | SKAT, Plaintiff, vs. The Green Group Site Pension Plan & Roger Lehman, Defendants. | 18-cv-10134 | S.D. Ohio | 18-cv-00311 |
| 138. | SKAT, Plaintiff, vs. The Mueller Investments Pension Plan & Roger Lehman, Defendants. | 18-cv-10135 | S.D. Ohio | 18-cv-00310 |

| No. | Case Caption | S.D.N.Y. Case No. | Transferor Court | Transferor Case No. |
|---|---|---|---|---|
| 139. | SKAT,<br><br>Plaintiff,<br><br>vs.<br><br>The Bella Consultants Pension Plan & Roger Lehman,<br><br>Defendants. | 18-cv-10136 | S.D. Ohio | 18-cv-00309 |
| 140. | SKAT,<br><br>Plaintiff,<br><br>vs.<br><br>Blue Ocean Equity LLC Retirement Plan & Trust and Kevin Kenning,<br><br>Defendants. | 18-cv-10137 | N.D. Ill. | 18-cv-03207 |