# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

| | | |
|---|---|---|
| ELKAN ABRAMOWITZ<br>RICHARD F. ALBERT<br>ROBERT J. ANELLO*<br>LAWRENCE S. BADER<br>BENJAMIN S. FISCHER<br>CATHERINE M. FOTI<br>PAUL R. GRAND<br>CHRISTOPHER B. HARWOOD<br>LAWRENCE IASON<br>BRIAN A. JACOBS<br>TELEMACHUS P. KASULIS<br>JODI MISHER PEIKIN<br>ROBERT M. RADICK**<br>JONATHAN S. SACK**<br>EDWARD M. SPIRO<br>JEREMY H. TEMKIN<br>RICHARD D. WEINBERG | 565 FIFTH AVENUE<br>NEW YORK, NEW YORK 10017<br>(212) 856-9600<br>FAX: (212) 856-9494<br><br>www.maglaw.com<br><br>WRITER'S CONTACT INFORMATION<br>(212) 880-9460<br>espiro@maglaw.com | COUNSEL<br>JASMINE JUTEAU<br>CURTIS B. LEITNER<br>DANIEL F. WACHTELL<br><br>ROBERT G. MORVILLO<br>1938-2011<br>MICHAEL C. SILBERBERG<br>1940-2002<br>JOHN J. TIGUE, JR.<br>1939-2009<br><br>*ALSO ADMITTED IN WASHINGTON, D.C.<br>**ALSO ADMITTED IN CONNECTICUT |

February 22, 2019

**BY ECF AND FED-EX**

The Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: In re: Customs and Tax Administration of the Kingdom of Denmark (SKAT) Tax Refund Litigation, 18-md-2685 (LAK)

Dear Judge Kaplan:

  We are counsel to defendant Adam LaRosa in the above matter.

  We write to notify the Court that Mr. LaRosa today filed his Answer via ECF in the individual docket for *SKAT v. Raubritter LLC Pension Plan & Adam LaRosa*, 18 Civ. 4833 (LAK). We attempted in good faith to comply with Paragraph 1 of the Court's Pretrial Order No. 4, dated October 10, 2018 (ECF Dkt. 2), which requires each filing to be made in the master docket and "spread" to each additional action to which such filing applies. However, as previously noted by other counsel, it is not possible to "spread" the Answer on ECF.

  We are attaching Mr. LaRosa's Answer, filed today, as an exhibit to this letter in order to ensure that the Answer appears on the master docket. In accordance with Your Honor's Individual Rules of Practice, we are also enclosing duplicate copies of the Answer with the overnighted copy of this letter.

               Respectfully yours,

               Edward M. Spiro

Attachment
cc: Counsel of record (via ECF)