

February 27, 2019

*Via ECF*
Honorable Lewis A. Kaplan, U.S.D.J.
United States Courthouse
500 Pearl Street, Courtroom 21B
New York, NY 10007

Re:   In re: Customs and Tax Administration of the Kingdom of Denmark (SKAT) Tax Refund Litigation, Docket Number 18-md-2865 (LAK)

Dear Judge Kaplan:

I have reviewed the form of Proposed Order Governing the Role of Lead Counsel filed on February 25, 2019, and the Transcript of the Proceedings dated January 24, 2019 ("the Transcript"), and offer the following:

1. Paragraph 4 should be stricken as inconsistent with the Transcript; and
2. Paragraph 7, line 4, after the words "ten (10) days)", the words "after written email notice" should be added.

I have no other objection to the Proposed Form of Order.

Thank you.

Respectfully,

John M. Hanamirian

JMH/lmt

cc:   All Counsel of Record (via ECF)