**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 19-cv-1781<br>19-cv-1783<br>19-cv-1785<br>19-cv-1788<br>19-cv-1791<br>19-cv-1792<br>19-cv-1794<br>19-cv-1798<br>19-cv-1800<br>19-cv-1801<br>19-cv-1803<br>19-cv-1806<br>19-cv-1808<br>19-cv-1809<br>19-cv-1810<br>19-cv-1812<br>19-cv-1813<br>19-cv-1815<br>19-cv-1818<br>19-cv-1865<br>19-cv-1866<br>19-cv-1867<br>19-cv-1868<br>19-cv-1869<br>19-cv-1870<br>19-cv-1871<br>19-cv-1873<br>19-cv-1893<br>19-cv-1894<br>19-cv-1895<br>19-cv-1896<br>19-cv-1898<br>19-cv-1904<br>19-cv-1906<br>19-cv-1911<br>19-cv-1918 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

| |
|---|
| 19-cv-1922 |
| 19-cv-1924 |
| 19-cv-1926 |
| 19-cv-1928 |
| 19-cv-1929 |
| 19-cv-1930 |
| 19-cv-1931 |

## NOTICE OF FILING WAIVERS OF SERVICE

PLEASE TAKE NOTICE that Plaintiff Skatteforvaltningen hereby files 65 waivers of service with respect to certain defendants in the above-captioned actions. The waivers of service executed by Allison Stoddart of the law firm WilmerHale are attached as Exhibit A;[1] the waivers of service executed by Caroline Ciraolo of the law firm Kostelanetz & Fink, LLP are attached as Exhibit B;[2] and the waivers of service executed by Thomas E.L. Dewey of the law firm Dewey Pegno & Kramarsky LLP are attached as Exhibit C.[3]

*[Remainder of page intentionally left blank]*

---

1. Allison Stoddart executed waivers of service on behalf of the plan defendants Avanix Mangement LLC Roth 401K Plan, Hadron Industries LLC Roth 401(K) Plan, Cavus Systems LLC Roth 401(K) Plan, Batavia Capital Pension Plan, Routt Capital Pension Plan, RJM Capital Pension Plan, and Calypso Investments Pension Plan and on behalf of the individual defendants Richard Markowitz and Jocelyn Markowitz.

2. Caroline Ciraolo executed waivers of service on behalf of the plan defendants Bernina Pension Plan, Basalt Ventures LLC Roth 401(K) Plan, Starfish Capital Management LLC Roth 401(K) Plan, Voojo Productions LLC Roth 401(K) Plan, Azalea Pension Plan, Omineca Pension Plan, Michelle Investments Pension Plan, Remece Investments LLC Pension Plan, Xiphias LLC Pension Plan, and Tarvos Pension Plan and on behalf of the individual defendants John van Merkensteijn and Elizabeth van Merkensteijn.

3. Thomas E.L. Dewey executed waivers of service on behalf of the individual defendant Michael Ben-Jacob.

Dated: New York, New York
April 2, 2019

HUGHES HUBBARD & REED LLP

By: /s/ Sarah L. Cave
William R. Maguire
Marc A. Weinstein
Sarah L. Cave
John T. McGoey
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: Sarah.cave@hugheshubbard.com

*Attorneys for Plaintiff Skatteforvaltningen*