**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 18-cv-10100

MASTER DOCKET

18-md-2865 (LAK)

## NOTICE OF WITHDRAWAL OF COUNSEL

TO:  The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that Brittany Gigliotti is no longer associated with the law firm

Conrad O'Brien PC, Pennsylvania counsel for Plaintiff Skatteforvaltningen in the action

referenced above, and should be removed from the official docket of this Multi-district Litigation

and the specific action referenced above.  Patricia Hamill, a partner with the law firm Conrad

O'Brien PC, will continue to serve as Pennsylvania counsel for Plaintiff Skatteforvaltningen in

the action referenced above.  All future correspondence and papers in this action should continue

to be directed to Patricia Hamill and the undersigned.

*[Remainder of page intentionally left blank]*

Dated: New York, New York
        April 22, 2019

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s/ Sarah L. Cave
William R. Maguire
Marc A. Weinstein
Sarah L. Cave
John T. McGoey
One Battery Park Plaza
New York, NY  10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: Sarah.cave@hugheshubbard.com

*Attorneys for Plaintiff Skatteforvaltningen*