**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 19-cv-1781<br>19-cv-1783<br>19-cv-1785<br>19-cv-1788<br>19-cv-1791<br>19-cv-1792<br>19-cv-1794<br>19-cv-1798<br>19-cv-1800<br>19-cv-1801<br>19-cv-1803<br>19-cv-1806<br>19-cv-1808<br>19-cv-1809<br>19-cv-1810<br>19-cv-1812<br>19-cv-1813<br>19-cv-1815<br>19-cv-1818<br>19-cv-1870<br>19-cv-1918<br>19-cv-1922<br>19-cv-1926<br>19-cv-1928<br>19-cv-1929<br>19-cv-1931 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## **NOTICE OF FILING WAIVERS OF SERVICE**

PLEASE TAKE NOTICE that Plaintiff Skatteforvaltningen hereby files 52 waivers of service with respect to certain defendants in the above-captioned actions, attached to this Notice as Exhibit A.  These waivers of service were executed by Michelle A. Rice of the law firm Kaplan Rice LLP on behalf of the Defendants identified in Schedule A to this Notice.

Dated: New York, New York
April 23, 2019

        HUGHES HUBBARD & REED LLP

        By: /s/ Sarah L. Cave
        William R. Maguire
        Marc A. Weinstein
        Sarah L. Cave
        John T. McGoey
        Hughes Hubbard & Reed LLP
        One Battery Park Plaza
        New York, NY  10004-1482
        Tel.: (212) 837-6000
        Fax: (212) 422-4726
        Email: Sarah.cave@hugheshubbard.com

        *Attorneys for Plaintiff Skatteforvaltningen*

## SCHEDULE A

Albedo Management LLC Roth 401(K) Plan

Ballast Ventures LLC Roth 401(K) Plan

Bareroot Capital Investments LLC Roth 401(K) Plan

Battu Holdings LLC Roth 401K Plan

Cantata Industries LLC Roth 401(K) Plan

Cedar Hill Capital Investments LLC Roth 401(K) Plan

Crucible Ventures LLC Roth 401(K) Plan

David Zelman

Dicot Technologies LLC Roth 401(K) Plan

Eclouge Industry LLC Roth 401(K) Plan

Edwin Miller

Fairlie Investments LLC Roth 401(K) Plan

First Ascent Worldwide LLC Roth 401(K) Plan

Fulcrum Productions LLC Roth 401(K) Plan

Green Scale Management LLC Roth 401(K) Plan

Joseph Herman

Keystone Technologies LLC Roth 401(K) Plan

Limelight Global Productions LLC Roth 401(K) Plan

Loggerhead Services LLC Roth 401(K) Plan

Monomer Industries LLC Roth 401(K) Plan

PAB Facilities Global LLC Roth 401(K) Plan

Perry Lerner

Pinax Holdings LLC Roth 401(K) Plan

Plumrose Industries LLC Roth 401K Plan

Roadcraft Technologies LLC Roth 401(K) Plan

Robin Jones

Ronald Altbach

Sternway Logistics LLC Roth 401(K) Plan

Trailing Edge Productions LLC Roth 401(K) Plan

True Wind Investments LLC Roth 401(K) Plan

Tumba Systems LLC Roth 401(K) Plan

Vanderlee Technologies Pension Plan