**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 19-cv-1781
                          19-cv-1783
                          19-cv-1785
                          19-cv-1788
                          19-cv-1791
                          19-cv-1792
                          19-cv-1794
                          19-cv-1798
                          19-cv-1800
                          19-cv-1801
                          19-cv-1803
                          19-cv-1806
                          19-cv-1808
                          19-cv-1809
                          19-cv-1810
                          19-cv-1812
                          19-cv-1813
                          19-cv-1815
                          19-cv-1818
                          19-cv-1865
                          19-cv-1866
                          19-cv-1867
                          19-cv-1868
                          19-cv-1869
                          19-cv-1870
                          19-cv-1871
                          19-cv-1873
                          19-cv-1893
                          19-cv-1894
                          19-cv-1895
                          19-cv-1896
                          19-cv-1898
                          19-cv-1904
                          19-cv-1906
                          19-cv-1911
                          19-cv-1918

MASTER DOCKET

18-md-2865 (LAK)

19-cv-1922
19-cv-1924
19-cv-1926
19-cv-1928
19-cv-1929
19-cv-1930
19-cv-1931

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff

Skatteforvaltningen in the above-captioned actions and requests that a copy of all future papers

be served on the undersigned at the address below.  I certify that I am admitted to practice before

this Court.


Dated:  New York, New York
        April 23, 2019


HUGHES HUBBARD & REED LLP


By:  /s/ John T. McGoey
William R. Maguire
Marc A. Weinstein
Sarah L. Cave
Neil J. Oxford
John T. McGoey
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: john.mcgoey@hugheshubbard.com

*Attorneys for Plaintiff Skatteforvaltningen*

2