**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 19-cv-1781<br>19-cv-1783<br>19-cv-1785<br>19-cv-1788<br>19-cv-1791<br>19-cv-1792<br>19-cv-1794<br>19-cv-1798<br>19-cv-1800<br>19-cv-1801<br>19-cv-1803<br>19-cv-1806<br>19-cv-1808<br>19-cv-1809<br>19-cv-1810<br>19-cv-1812<br>19-cv-1813<br>19-cv-1815<br>19-cv-1818<br>19-cv-1865<br>19-cv-1866<br>19-cv-1867<br>19-cv-1868<br>19-cv-1869<br>19-cv-1870<br>19-cv-1871<br>19-cv-1873<br>19-cv-1893<br>19-cv-1894<br>19-cv-1895<br>19-cv-1896<br>19-cv-1898<br>19-cv-1904<br>19-cv-1906<br>19-cv-1911<br>19-cv-1918 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

|  |
|---|
| 19-cv-1922 |
| 19-cv-1924 |
| 19-cv-1926 |
| 19-cv-1928 |
| 19-cv-1929 |
| 19-cv-1930 |
| 19-cv-1931 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff Skatteforvaltningen in the above-captioned actions and requests that a copy of all future papers be served on the undersigned at the address below. I certify that I am admitted to practice before this Court.

Dated: New York, New York
April 23, 2019

HUGHES HUBBARD & REED LLP

By: /s/ Sarah L. Cave
William R. Maguire
Marc A. Weinstein
Sarah L. Cave
Neil J. Oxford
John T. McGoey
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: sarah.cave@hugheshubbard.com

*Attorneys for Plaintiff Skatteforvaltningen*

2