**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to case no. 18-CV-05053 (LAK). | MASTER DOCKET<br><br>18-MD-2865 (LAK) |

**NOTICE OF PLAINTIFF-COUNTERCLAIM-DEFENDANT**
**SKATTEFORVALTNINGEN'S MOTION TO DISMISS**
**THE AMENDED COUNTERCLAIMS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated May 6, 2019, and the Declaration of Sarah L. Cave, dated May 6, 2019, with all exhibits thereto, Plaintiff-Counterclaim-Defendant Skatteforvaltningen, by its undersigned attorneys, will move the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the Court, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing Defendants-Counterclaimants Goldstein Law Group PC 401(K) Profit Sharing Plan and Sheldon Goldstein's Amended Counterclaims Against Skatteforvaltningen with prejudice, and for such other and further relief as the Court deems just and proper. Skatteforvaltningen respectfully requests that the Court hold oral argument regarding this Motion.

Dated: New York, New York
May 6, 2019

                          HUGHES HUBBARD & REED LLP

                          By:  /s/ Sarah L. Cave
                              William R. Maguire
                              Marc A. Weinstein
                              Sarah L. Cave
                              John T. McGoey
                         One Battery Park Plaza
                         New York, New York 10004-1482
                         Telephone: (212) 837-6000
                         Fax:  (212) 422-4726
                         bill.maguire@hugheshubbard.com
                         marc.weinstein@hugheshubbard.com
                         sarah.cave@hugheshubbard.com
                         john.mcgoey@hugheshubbard.com

                         *Counsel for Plaintiff Skatteforvaltningen*
                         *(Customs and Tax Administration of the*
                         *Kingdom of Denmark)*