# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 1:19-cv-01867-LAK,
1:19-cv-01868-LAK, 1:19-cv-01869-LAK,
1:19-cv-01895-LAK, 1:19-cv-01896-LAK,
1:19-cv-01898-LAK, 1:19-cv-01904-LAK

Master Docket 18-md-02865 (LAK)
ECF Case

## Rule 7.1 Corporate Disclosure Statement

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Avanix Management LLC
Roth 401(K) Plan, Batavia Capital Pension Plan, Calypso Investments Pension Plan, Cavus
Systems LLC Roth 401(K) Plan, Hadron Industries LLC Roth 401(K) Plan, RJM Capital
Pension Plan, and Routt Capital Pension Plan hereby certify that they have no corporate parent
and no publicly held corporation owning 10% or more of their stock.

Dated: June 12, 2019
    New York, New York

*/s/ Alan E. Schoenfeld*
ALAN E. SCHOENFELD
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 937-7294
alan.schoenfeld@wilmerhale.com