UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION,

This document relates to 1:18-cv-05053-LAK

MASTER DOCKET

Case No. 1:18-md-02865-LAK

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Kristen G. Niven, Esq. of the law firm of Akerman LLP, 666 Fifth Avenue, 20th Floor, New York, New York, 10103, who is admitted to practice before this Court, hereby enters an appearance in the above-captioned matter on behalf of Third-Party Defendant ED&F Man Capital Markets, Ltd.

Undersigned counsel appears without waiver of ED&F Man Capital Markets, Ltd.'s defenses to the allegations of The Goldstein Law Group PC 401(K) Profit Sharing Plan's and Sheldon Goldstein's Third-Party Complaint against ED&F Man Capital Markets, Ltd., including but not limited to the defense of lack of personal jurisdiction.

Dated: New York, New York
       June 11, 2019

**AKERMAN LLP**

By: */s/ Kristen G. Niven, Esq.*
Kristen G. Niven, Esq.
666 Fifth Avenue, 20th Floor
New York, NY 10103
Phone: (212) 880-3800
Fax: (212) 880-8965
Email: kristen.niven@akerman.com

*Attorneys for Third-Party Defendant ED&F Man Capital Markets, Ltd.*