UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION,

This document relates to 1:18-cv-05053-LAK

MASTER DOCKET

Case No. 1:18-md-02865-LAK

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Third-Party Defendant ED&F Man Capital Markets Ltd. ("ED&F Man") provides the following disclosure statement:

1. ED&F Man is a privately-held corporation.

2. There are no publicly-held affiliates owning more than 10% of ED&F Man.

Dated: New York, New York
       June 11, 2019

**AKERMAN LLP**
By: */s/ Brian S. Fraser, Esq.*
Brian S. Fraser, Esq.
Kristen G. Niven, Esq.
Tara L. Raghavan, Esq.
666 Fifth Avenue, 20th Floor
New York, NY 10103
Phone: (212) 880-3800
Fax: (212) 880-8965
Email: brian.fraser@akerman.com

*Attorneys for Third-Party Defendant ED&F Man Capital Markets, Ltd.*