# EXHIBIT E

L 1984-03-28 nr 131

**Statsregnskabsvæsensloven**

### § 2

Reglerne om statens regnskabsvæsen omfatter samtlige ministerier, institutioner mv., hvis driftsbudget er optaget på bevillingslov.

*Stk. 2*. Vedkommende minister kan bestemme, at lovens regler om regnskabsvæsen og regler, der udstedes efter loven herom, skal finde anvendelse for institutioner, foreninger, fonde mv.,
1) hvis udgifter eller regnskabsmæssige underskud dækkes ved statstilskud eller ved bidrag, afgift eller anden indtægt i henhold til lov, eller

2) som modtager kapitalindskud, tilskud, lån, garanti eller anden støtte fra staten eller en institution mv., som er omfattet af nr. 1, såfremt kapitalindskuddet mv. har væsentlig betydning for modtageren.

*Stk. 3*. Stk. 2 finder dog ikke anvendelse i det omfang, der i anden lovgivning er regler om regnskabsvæsen, som ikke er forenelige med loven eller regler fastsat efter loven.

L 1984-03-28 no. 131

**The State Account's Act**

**§2**

The rules on state accounting include all ministries, institutions, etc., if the operating budget is admitted to the granting act.

*Paragraph 2.* The relevant minister may decide that the statutory rules on accounting and rules issued according to the law on this, must apply to institutions, associations, foundations, etc.,

1) if expenses or accounting losses are covered by government grants or by contributions, tax or other income under the law, or

2) that receive capital contributions, grants, loans, guarantees or other support from the state or an institution, etc., covered by subsection1, if the capital contribution etc. has a significant impact on the recipient.

*Paragraph 3.* Paragraph 2 does not apply to the extent that other legislation containing rules on accounting are contradictory with the law or with the rules laid down by law.