# EXHIBIT I

## Lovbekendtgørelse 2010-06-22 nr. 849 om bemyndigelse til optagelse af statslån

§ 1

Finansministeren kan optage lån inden for et samlet gældsmaksimum på 2.000 mia. kr.

*Stk. 2.* I gældsmaksimum efter stk. 1 indgår den til enhver tid værende restgæld efter statslån optaget i henhold til gældende love om bemyndigelse til optagelse af indenlandske statslån og statslån i udlandet.

*Stk. 3.* I forbindelse med låntagningen og den løbende gældsforvaltning kan finansministeren opkøbe egne værdipapirer og indgå aftaler om bytte af rente- eller valutabetalingsstrømme (swapaftaler) og andre finansielle transaktioner.

**Consolidated Act No. 849 of June 22, 2010 on authorization for admission of government loans**

**§ 1**

The Minister of Finance can raise loans within a total debt limit of 2000 billion kroner.

*Paragraph 2.* The maximum debt according to paragraph 1 includes the residual debt incurred at any time after state loans have been admitted in accordance with applicable laws on authorization for admission of domestic government loans and government loans abroad.

*Paragraph 3.* In connection with the borrowing and the current debt management, the finance minister can acquire their own securities and enter into agreements for the exchange of interest rates or cash flows (swap agreements) and other financial transactions.