# EXHIBIT J

LBKG 2019-01-22 nr 66

**Ligningsloven**

### § 14 G

Som senest ændret ved:   L 2005 428 § 42 stk. 1 nr. 14 ,   L 2005 428 § 42 stk. 1 nr. 15 ,   L 2005 428 § 42 stk. 1 nr. 16 ,   L 2005 428 § 42 stk. 1 nr. 17   og   L 2005 428 § 42 stk. 1 nr. 18

**I kraft: 2005-06-08**

Ejeren af en udlejningsejendom skal ikke medregne den del af lejeindtægten, der svarer til beløb, der skal afsættes efter lejelovens § 63 a eller efter boligreguleringslovens § 18 b, ved opgørelsen af den skattepligtige indkomst. Det samme gælder for godtgørelser, der efter § 4 i lov om kommunal anvisningsret afsættes på ejendommens konto i Grundejernes Investeringsfond efter boligreguleringslovens § 18 b.

*Stk. 2*. Renter af beløb, der er bundet efter lejelovens § 63 a eller boligreguleringslovens § 18 b, medregnes ikke ved opgørelsen af den skattepligtige indkomst.

*Stk. 3*. Beløb til vedligeholdelse og forbedring af ejendommen, som fradrages i den årlige indbetaling til ejendommens konto i Grundejernes Investeringsfond efter boligreguleringslovens § 22 a, stk. 2, og udgifter, der afholdes af beløb, der udbetales af kontoen efter lejelovens § 63 e eller boligreguleringslovens § 22 b, kan ikke fradrages ved opgørelsen af den skattepligtige indkomst eller medregnes ved opgørelsen af grundlaget for skattemæssige afskrivninger og til anskaffelsessummen ved opgørelse af skattepligtig fortjeneste ved afståelse af ejendommen. Udgifter til vedligeholdelse og forbedring af ejendommen anses for fortrinsvis at være afholdt af de beløb, der er nævnt i 1. pkt.

*Stk. 4*. Hvis de samlede udgifter til vedligeholdelse og forbedring af en udlejningsejendom, som ejeren har afholdt i et indkomstår, overstiger summen af de fratrukne og udbetalte beløb efter stk. 3 vedr. samme indkomstår, anses de i stk. 3 nævnte beløb for fortrinsvis at være anvendt til forbedring af ejendommen.

*Stk. 5*. Hvis summen af de fratrukne og udbetalte beløb efter stk. 3 vedr. et indkomstår overstiger de samlede udgifter til vedligeholdelse og forbedring af ejendommen i samme indkomstår, medregnes det overskydende beløb i ejerens skattepligtige indkomst for dette indkomstår. Beløb, der udbetales efter lejelovens § 63 f, eller boligreguleringslovens § 22 e, medregnes i ejerens skattepligtige indkomst i det indkomstår, hvori beløbet kan kræves udbetalt. Det beløb, der herefter kommer til beskatning efter 1. og 2. pkt., nedsættes dog først med et beløb svarende til de udgifter, der er afholdt til forbedring af ejendommen efter den 1. januar 1983, i det omfang disse i de enkelte indkomstår har oversteget summen af de i stk. 3 nævnte beløb og ikke i tidligere indkomstår er anvendt til nedsættelse af de beløb, der kommer til beskatning efter 1. og 2. pkt. i disse eller senere indkomstår.

*Stk. 6*. Skatteministeren kan bestemme, at der for ejendomme, der er omfattet af lejelovens § 63 a eller boligreguleringslovens § 18 b, føres en særlig konto over beløb, der anvendes til ejendommens vedligeholdelse og forbedring, og over de beløb, der er nævnt i stk. 3 og 5.

*Stk. 7*. Skatteministeren kan fastsætte bestemmelser om, at Grundejernes Investeringsfond skal give skattemyndighederne underretning om ind- og udbetalinger af beløb på ejendommens konto efter lejelovens § 63 a og boligreguleringslovens § 18 b samt om kontoens indestående. I denne forbindelse kan skatteministeren fastsætte bestemmelser om, at kontohaverne skal give Grundejernes Investeringsfond oplysninger om personnummer (CPR-nr.) eller arbejdsgivernummer efter kildeskatteordningen (SE- eller cvr-nr.).

LBKG 2019-01-22 no 66

Tax Assessment Act

§ 14 G

As last amended by: **L 2005 428 § 42 paragraph 1 no. 14** , **L 2005 428 § 42 paragraph 1 no. 15** , **L 2005 428 § 42 paragraph 1 no. 16** , **L 2005 428 § 42 paragraph. 1 no. 17 and L 2005 428 § 42 paragraph 1 no. 18**

**Effective: 2005-06-08**

When calculating taxpayer income, the owner of a rental property shall not include the portion of rental income corresponding to the amount that shall be disposed of pursuant to § 63a of the Rental Act or pursuant to § 18b of the Housing Regulation Act. The same applies to allowances which, pursuant to §4 of the Local Authorization Act, are allocated to the property's account in the Landowners' Investment Fund pursuant to §18b of the Housing Regulation Act.

*Paragraph 2.* Interest on amounts that are claimed under §63a of the Rental Act or §18b of the Housing Regulation Act is not included in the calculation of the taxable income.

*Paragraph 3.* The amount for maintenance and improvement of the property, which is deducted from the annual payment to the property's account in the Landowners' Investment Fund created pursuant to §22a paragraph 2 of the Housing Regulation Act, and expenses, which are paid for from the account created pursuant to §63e of the Rental Act or §22b of the Housing Regulation Act, cannot be deducted from the calculation of the taxable income or be included in the calculation of the basis for tax depreciation and in the purchase price when calculating taxpayers profit on the sale of the property. The cost of maintenance and improvement of the property is ideally calculated according to the first point.

*Paragraph 4.* If the total cost of maintenance and improvement of a rental property held by an owner during an income year exceeds the sum of the deducted and paid amounts pursuant to paragraph 3 for the same income year, then the amounts referred to in paragraph 3 shall go primarily towards the improvement of the property.

*Paragraph. 5.* If the sum of the deducted and paid amounts pursuant to paragraph 3 for an income year exceeds the total maintenance and improvement of the property in the same income year, the excess shall be included in the owner's taxable income for that income year. Amounts paid pursuant to § 63f of the Rental Act, or § 22e of the Housing Regulation Act, are included in the owner's taxable income for the income year, in which said amounts may require payment. However, after applying the principles of the 1st and 2nd paragraphs, the taxable amount is first reduced by an amount equal to the expenses, held for improvement of the property after January 1, 1983, to the extent prior income years have exceeded the sum of the amounts referred to in paragraph 3 and have not been used in previous income years to reduce the taxable amounts post-applications of paragraph 1 and 2.

*Paragraph. 6.* The Minister of Taxation may decide that for properties covered by § 63a of the Rental Act or § 18b of the Housing Regulation Act, a special account be kept for amounts used for property maintenance and improvement and for the amounts referred to in paragraphs 3 and 5.

*Paragraph. 7.* The Minister of Taxation may stipulate that the Landowners' Investment Fund must

provide information to tax authorities about payments to and from the property's account pursuant to §63a of the Rental Act and §18b of the Housing Regulation Act and about the account's balance. In this regard, the Minister of Taxation can stipulate that the account holders must provide the Landowners' Investment Fund information with social security numbers (Social Security no.) or employer number associated with the withholding tax scheme (SE or Reg.no.).