# EXHIBIT K

**LBKG 2019-01-22 nr 66**

**Ligningsloven**

### § 32 D

Som senest ændret ved: L 2017 1555 § 4 stk. 1 nr. 24

**I kraft: 2019-01-01**

Skatteministeren fastsætter regler om:
1) Optagelse af mandtal over skattepligtige personer og dødsboer.

2) I hvilken kommune en skattepligtig person eller et skattepligtigt dødsbo skal ansættes til statsskat.

3) Oplysninger, som skal afgives til told- og skatteforvaltningen efter skattekontrollovens § 2, og skatteligning samt opkrævning, inddrivelse og forrentning mv. af skat i følgende tilfælde:

a) Hvor der for en person i årets løb er sket ændringer i skattepligtsforholdene.

b) Hvor en person efter bestemmelserne i en dobbeltbeskatningsoverenskomst bliver hjemmehørende i en fremmed stat, Færøerne eller Grønland.

c) Vedr. dødsboer.

LBKG 2019-01-22 no 66

**Tax Assessment Act**

§ 32 D

As last amended by: L 2017 1555 § 4 paragraph. 1 no. 24

Effective: 2019-01-01

The Minister of Taxation sets the rules on:

1) Census collection of taxable persons and estates.

2) In which municipality a taxable person resides or where a taxable estate is located for state tax purposes.

3) Information to be submitted to the Customs and Tax Administration pursuant to section 2 of the Tax Control Act, and taxation, collection, recovery and remuneration, etc. of tax in the following cases:

a) Where a person has incurred changes in tax liability conditions during the year

b) Where a person, according to a double taxation treaty, becomes a resident of a foreign state, the Faroe Islands or Greenland.

c) matters relating to estates.