# EXHIBIT L

**LBKG 2019-01-22 nr 66**

**Ligningsloven**

### § 33 A

Som senest ændret ved: L 2012 1395 § 3 stk. 1 nr. 2

**I kraft: 2012-12-29**

Har en person, der er skattepligtig efter kildeskattelovens § 1, under ophold uden for riget i mindst 6 måneder uden andre afbrydelser af opholdet end nødvendigt arbejde her i riget i direkte forbindelse med udlandsopholdet, ferie el.lign. af en sammenlagt varighed på højst 42 dage erhvervet lønindkomst ved personligt arbejde i tjenesteforhold, nedsættes den samlede indkomstskat med det beløb, der forholdsmæssigt falder på den udenlandske indkomst. Nedsættelsen omfatter ikke den del af lønindkomsten, der kan henføres til arbejde her i landet. Ved opgørelsen af den nævnte 6-månedersperiode anses ophold om bord på et dansk skib, der er registreret i Dansk Internationalt Skibsregister, jf. lov om beskatning af søfolk, for at være ophold uden for riget. Ophører skattepligten efter kildeskattelovens § 1 inden udløbet af 6-månedersperioden, finder reglerne i denne bestemmelse tilsvarende anvendelse på lønindkomst erhvervet i den periode, hvor skattepligten bestod, såfremt betingelserne i 1. pkt. i øvrigt er opfyldt.

*Stk. 2*. Stk. 1 finder ikke anvendelse for lønindkomst ved tjeneste uden for riget for den danske stat eller anden dansk offentlig myndighed, såfremt erhververen af den nævnte lønindkomst modtager ydelser efter § 7, nr. 15, eller § 9 A. Tilsvarende finder stk. 1 ikke anvendelse for lønindkomst erhvervet fra den danske stat eller anden offentlig myndighed, hvis lønnen er fastsat i henhold til en kollektiv aftale og det ikke udtrykkeligt fremgår af denne aftale, at lønnen er fastsat under hensyn til lempelse efter stk. 1.

*Stk. 3*. Har en dobbeltbeskatningsoverenskomst for en person, der ikke er udsendt af den danske stat eller en anden offentlig myndighed, tillagt Danmark beskatningsretten til indkomsten, nedsættes den samlede indkomstskat med halvdelen af det beløb, der forholdsmæssigt falder på den udenlandske indkomst. Tilsvarende gælder for personer udsendt til udførelse af systemeksport for den danske stat eller anden dansk offentlig myndighed.

*Stk. 4*. Skatteministeren kan fastsætte regler om henstand med opkrævning af skatten.

*Stk. 5*. Stk. 1-4 finder tilsvarende anvendelse på dødsboer omfattet af dødsboskattelovens § 1, stk. 2.

LBKG 2019-01-22 no 66
Tax Assessment Act

§ 33 A

As last amended by:  **L 2012 1395 § 3 paragraph. 1 no. 2**

**Effective: 2012-12-29**

A person, who is liable under the withholding tax law §1, and who resides abroad for at least 6 months for no other reason than to work in direct connection with the stay abroad, and without any sort of disruptions to said residency, including vacation and the like, and who accumulates no more than 42 days of earned income from self-employment, will have their income tax reduced proportionally for the amount that is classified as foreign income. The reduction does not include any wages that can be attributed for work in the kingdom (of Denmark). In calculating the aforementioned 6 month period, stays onboard a Danish vessel registered in the Danish International Ship Register, cf. the Act on the Taxation of Seafarers, are considered as a residency abroad. If the 6 month requirement is not attained, the tax liability pursuant to the rules in §1 of the withholding tax law shall be pro-rated for the wages acquired in the period during which the tax liability existed if the conditions in the first sentence is otherwise fulfilled.

*Paragraph 2*. Paragraph 1 shall not apply to earnings from employment outside the realm of the Danish state or other Danish public authority, if the transferee of the said wage income receives benefits under §7, no. 15 or §9A. Similarly, paragraph 1 does not apply to wages acquired from the Danish state or other public authority if the salary is determined under a collective agreement and it does not expressly state in the agreement that the salary is fixed in accordance with paragraph 1.

*Paragraph 3*. If there exists a double taxation agreement for a person who is not employed by the Danish state or another public authority gives Denmark the right to tax income, the total income tax is reduced by half of the amount that is proportionally reduced on the foreign income. The same applies to persons undertaking system exports for the Danish state or other Danish public authorities.

*Paragraph 4*. The Minister of Taxation may establish rules on the postponement of tax collection.

*Paragraph. 5*. Paragraphs 1-4 correspondingly applies to deaths covered by the Estate Tax Act §1, paragraph. 2