# EXHIBIT T

**L 2017-12-19 nr 1535**

**Skattekontrollov**

### § 41

Efter indstilling fra Skatterådet bestemmer skatteministeren, hvilke oplysninger om kontrollerede transaktioner oplysningsskemaet skal indeholde.

L 2017-12-19 no 1535

**Tax Control Act**

**§ 41**

Upon recommendation from the Tax Council, the Minister of Taxation decides what information about the controlled transactions the information sheet must contain.