# EXHIBIT Y

**LBKG 2016-01-29 nr 117**

**Kildeskatteloven**

**§ 114**

Skatteministeren fastsætter de nærmere regler, der er nødvendige til lovens gennemførelse.

LBKG 2016-01-29 no 117

**Tax at Source Act**

**§ 114**

The Minister of Taxation shall establish comprehensive rules necessary for the implementation of the Act.