UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>SKAT TAX REFUND SCHEME LITIGATION<br>This document relates to: 1:19-cv-01781-LAK,<br>1:19-cv-01783-LAK, 1:19-cv-01785-LAK,<br>1:19-cv-01788-LAK, 1:19-cv-01791-LAK,<br>1:19-cv-01792-LAK, 1:19-cv-01794-LAK,<br>1:19-cv-01798-LAK, 1:19-cv-01800-LAK,<br>1:19-cv-01801-LAK, 1:19-cv-01803-LAK,<br>1:19-cv-01806-LAK, 1:19-cv-01808-LAK,<br>1:19-cv-01809-LAK, 1:19-cv-01810-LAK,<br>1:19-cv-01812-LAK, 1:19-cv-01813-LAK,<br>1:19-cv-01815-LAK, 1:19-cv-01818-LAK,<br>1:19-cv-01869-LAK, 1:19-cv-01870-LAK,<br>1:19-cv-01894-LAK, 1:19-cv-01918-LAK,<br>1:19-cv-01922-LAK, 1:19-cv-01926-LAK,<br>1:19-cv-01928-LAK, 1:19-cv-01929-LAK,<br>1:19-cv-01931-LAK | 18-MD-2865 (LAK)<br><br>ECF Case<br><br>**NOTICE OF JOINDER** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

     PLEASE TAKE NOTICE that Defendant Michael Ben-Jacob hereby joins in the motion to dismiss for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), filed on June 12, 2019, in Master Docket No. 18-MD-2865 (LAK) (ECF No. 134), and the supporting memorandum of law and documents therewith.

Dated: June 12, 2019
New York, New York

                                                                           _____
                                                                           Thomas E.L. Dewey
                                                                           DEWEY PEGNO & KRAMARSKY LLP
                                                                           777 Third Avenue – 37th Floor
                                                                           New York, New York 10017

(212) 943-9000
tdewey@dpklaw.com

*Attorney for Defendant
Michael Ben-Jacob*