# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re:

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION

This document relates to: 1-19-cv-01781-LAK, 1-19-cv-01783, 1-19-cv-01785-LAK, 1-19-cv-01788-LAK, 1-19-cv-01791-LAK, 1-19-cv-01792-LAK, 1-19-cv-01794-LAK, 1-19-cv-01798-LAK, 1-19-cv-01800-LAK, 1-19-cv-01801-LAK, 1-19-cv-1803-LAK, 1-19-cv-01806-LAK, 1-19-cv-01808-LAK, 1-19-cv-01809-LAK, 1-19-cv-1810-LAK, 1-19-cv-01812-LAK, 1-19-cv-01813-LAK, 1-19-cv-01815-LAK, 1-19-cv-01818-LAK, 1-19-cv-01870-LAK, 1-19-cv-01918-LAK, 1-19-cv-01922-LAK, 1-19-cv-01926-LAK, 1-19-cv-01928-LAK, 1-19-cv-1929-LAK, 1-19-cv-01931-LAK

MASTER DOCKET

Case No. 1-18-MD-02865-LAK

NOTICE OF APPEARANCE

---------------------------------------------------------------X

PLEASE TAKE NOTICE that MICHELLE A. RICE of Kaplan Rice LLP hereby appears as counsel for defendants, Joseph Herman, David Zelman, Edwin Miller, Ronald Altbach, Perry Lerner, Robin Jones, Ballast Ventures LLC Roth 401(K) Plan, Bareroot Capital Investments LLC Roth 401(K) Plan, Albedo Management LLC Roth 401(K) Plan, Dicot Technologies LLC Roth 401(K) Plan, Fairlie Investments LLC Roth 401(K) Plan, First Ascent Worldwide LLC Roth 401(K) Plan, Battu Holdings LLC Roth 401(K) Plan, Contata Industries LLC Roth 401(K) Plan, Crucible Ventures LLC Roth 401(K) Plan, Monomer Industries LLC Roth 401(K) Plan, Limelight Global Productions LLC Roth 401(K) Plan, Loggerhead Services LLC Roth 401(K) Plan, PAB Facilities Global LLC Roth 401(K) Plan, Plumrose Industries LLC Roth 401(K) Plan, Pinax Holdings LLC Roth 401(K) Plan, Roadcraft Technologies, LLC Roth 401(K) Plan, Sternway Logistics LLC Roth 401(K) Plan, Trailing Edge Productions LLC Roth 401(K) Plan, True Wind

Investments LLC Roth 401(K) Plan, Eclouge Industry LLC Roth 401(K) Plan, Vanderlee Technologies Pension Plan, Cedar Hill Capital Investments LLC Roth 401(K) Plan, Green Scale Management LLC Roth 401(K) Plan, Fulcrum Productions LLC Roth 401(K) Plan, Keystone Technologies LLC Roth 401(K) Plan and Tumba Systems LLC Roth 401(K) Plan.

    I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         June 12, 2019

                                KAPLAN RICE LLP

                                By:_/s/Michelle A. Rice_____
                                    Michelle A. Rice
                                142 West 57th Street, Suite 4A
                                New York, New York 10019
                                (212) 333-0227
                                mrice@kaplanrice.com