# Exhibit A:
# Employment Contract

# SKAT

# CONTRACT FOR TERM EMPLOYMENT IN SKAT

### 1. Hiring Authority

The Ministry of Taxation, SKAT
0stbanegade 123
2100 Copenhagen

### 2. Hereby enters into an Employment Contract with

Name:
Address:
ID No.:

### 3. The Employment is Effective

From:      June 1, 2018

As:        Office Manager (*Kontorchef*)

Employment is for the following fixed-term period: June 1, 2018 to May 31, 2023.

There is no agreement on the right to convert to a permanent position.

The employment is made in accordance with the framework agreement for contractual hiring of managers for the state (Circular No. 9204 of April 9, 2014). For term employees, the principles in the circular concerning term employment (Modst. No. 022-16) and in the agreement on term extension and term reemployment (Perst. No. 084-03) shall apply for the employment relationship.

### 4. Working Hours

Working hours are on average 37 hours per week. There is however no working hour maximum in the employment relationship.

### 5. Area of Employment

The Ministry of Taxation and related institutions.

### 6. Place of Employment

The place of employment is until further notice: Helgeshøj Allé 9, 2630 Taastrup

1

In connection with the establishment of the new Tax Administration, as of July 1, 2018, the department will organizationally belong under the Danish Tax Agency.

## 7. Salary excl. Pension Contributions at the Time of Employment (Level 01.12.17)

|  | Annual base amount 31.03.2012 | Level pay per month 1.12.2017 | Level pay per year 1.12.2017 |
|---|---|---|---|
| **Base Salary Level: 1** | | | |
| Monthly resp. annual base salary | 521,094.00 | DKK 45,930.22 | DKK 551,162.69 |
| **Manager Salary Supplement*:** | | | |
| Monthly resp. annual base salary | 99,600.00 | DKK 8,778.93 | DKK 105,347.22 |
| **Term Supplement** Percent: 17 pct. Monthly/Term Supplement | 105,517.98 | DKK 9,300.56 | DKK 111,606.68 |
| The term supplement cannot be renegotiated during the employment term | | | |
| **Total Monthly Term Salary Excluding Pension Contribution** | 726,211.98 | DKK 64,009.72 | DKK 768,116.59 |

## 8. Pension Contribution

| There is an agreed pension contribution of: 17.1 %, of which 1/3 is considered as employee's own contribution | 124,182.25 | DKK 10,945.66 | DKK 131,347.94 |
|---|---|---|---|
| The Pension will be paid to JØP [Lawyers and Economists Pension Fund] | | | |
| **Total Salary including Pension Contribution** | 850,394.23 | DKK 74,955.38 | DKK 899,464.53 |

*\* The supplement is temporary and will be reassessed in accordance with the then applicable policies in SKAT.*
*In addition, there will be potential remuneration for special efforts in accordance with the then applicable rules for managers in SKAT.*

It can be agreed upon that pension contributions exceeding 16.8% may be paid as salary. If you do not apply for this, there will be full retirement contribution.

## 9. Payment

The salary shall be paid monthly in arrears.

2

## 10. Holidays

The employment shall also be subject to the then applicable law on holidays and agreements on holidays entered into by the Ministry of Finance and the central organizations.

## 11. Notice of Termination

The term of appointment will terminate automatically without notice on May 30, 2023, unless a contractual extension is negotiated. The agreement to extend the contract must occur six month prior to the contract's termination.

Notice of termination from the authorities will occur in accordance with the general rules of the Danish Act on Salaried Employees.

## 12. Severance Compensation

Severance compensation shall be provided in accordance with the rules of the Danish Act on Salaried Employees.

## 13. Severance Amount

*Severance at the end of the term*
Severance will not be paid at the end of the term.

*Severance before the end of the term*
If the manager faces involuntary termination due to reasons other than illness or breach of contract (disciplinary grounds), severance shall be provided corresponding to one month's salary in the position, excluding pension contributions, for each year commenced in the term position.

Severance shall not be paid if the respective manager is terminated due to misuse of contractual authority (disciplinary or criminal circumstances or similar).

Severance is not provided for voluntary resignation before the expiration of the term.

## 14. Other Special or Essential Terms

It is a condition that the employee is able to undergo security clearance and maintain this security clearance throughout the period of employment.

It is a prerequisite for the employment that you have read the included code of conduct and thus are familiar with the rules on confidentiality, conflicts of interest, outside activity/secondary employment, receipt of gifts, etc.

## 15. Date and Signature

*employer*

3



# KONTRAKT VED ÅREMÅLSANSÆTTELSE I SKAT

### 1. Ansættelsesmyndighed

Skatteministeriet, SKAT
Østbanegade 123
2100 København Ø

### 2. Indgår hermed kontrakt om ansættelse med

Navn:
Adresse:
Cpr nr.:

### 3. Ansættelsen sker med virkning

Fra:    1. juni 2018

Som:    Kontorchef

Ansættelsen sker på åremålsvilkår i perioden: 1. juni 2018 til 31. maj 2023.

Der er ikke aftalt tilbagegangsret til en varig stilling.

Ansættelsen sker i henhold til rammeaftale for kontraktansættelse af chefer i staten (Cirk. nr. 9204 af 09.04.2014). For ansættelse på åremål gælder endvidere principperne i Cirkulære om åremålsansættelse (Modst.nr. 022-16) og i aftale om forlængelse af åremål og genansættelse på åremål (Perst.nr.084-03) for ansættelsesforholdet.

### 4. Arbejdstid

Arbejdstiden udgør gennemsnitligt 37 timer om ugen. Der er dog ingen højeste arbejdstid i ansættelsesforholdet.

### 5. Ansættelsesområde

Skatteministeriet med tilhørende institutioner.

### 6. Arbejdssted

Tjenestestedet er indtil videre: Helgeshøj Allé 9, 2630 Taastrup

1

I forbindelse med etablering af den nye Skatteforvaltning, vil afdelingen organisatorisk høre under Skattestyrelsen fra den 1. juli 2018.

## 7. Løn ekskl. pensionsbidrag på ansættelsestidspunktet (niveau 01.12.17)

| | Årligt grundbeløb 31.03.2012 | Aktuelt niveau pr. md. 01.12.2017 | Aktuelt niveau pr. år 01.12.2017 |
|---|---|---|---|
| **Grundlønsgruppe: 1** | | | |
| Månedlig hhv. årlig grundløn | 521.094,00 | kr. 45.930,22 | kr. 551.162,69 |
| **Chefløntillæg*:** Månedligt hhv. årligt tillæg | 99.600,00 | kr. 8.778,93 | kr. 105.347,22 |
| **Åremålstillæg:** Procent: 17 pct. Månedligt hhv. årligt åremålstillæg | 105.517,98 | kr. 9.300,56 | kr. 111.606,68 |
| Åremålstillægget kan ikke genforhandles under åremålsansættelsen | | | |
| **Samlet månedlig hhv. årlig løn ekskl. pensionsbidrag** | **726.211,98** | **kr. 64.009,72** | **kr. 768.116,59** |

## 8. Pensionsbidrag

| | | | |
|---|---|---|---|
| Der er aftalt et pensionsbidrag på: 17,1 pct., hvoraf 1/3 anses som egetbidrag. | 124.182,25 | kr. 10.945,66 | kr. 131.347,94 |
| Pensionen indbetales til JØP | | | |
| **Samlet løn inkl. pensionsbidrag** | **850.394,23** | **kr. 74.955,38** | **kr. 899.464,53** |

*Tillægget er midlertidig og vil blive revurderet i overensstemmelse med de til enhver tid gældende politikker i SKAT.
Der vil desuden være mulighed for honorering af særlig indsats efter den til enhver tid gældende ordning for chefer i SKAT.*

Det kan aftales, at pensionsbidraget fra 16,8 % og opefter udbetales som løn. Hvis du ikke anmoder om dette, sker der fuld pensionsindbetaling.

## 9. Udbetaling

Lønnen udbetales månedsvis bagud.

2

## 10. Ferie

For ansættelsen gælder den til enhver tid gældende lov om ferie og aftale om ferie indgået mellem Finansministeriet og centralorganisationerne.

## 11. Opsigelsesvarsler

Åremålsansættelsen ophører uden yderligere opsigelsesvarsel 30. maj 2023, hvis ikke forlængelse af kontrakten er aftalt. Aftale om forlængelse skal ske senest 6 måneder inden kontraktens udløb.

Opsigelse fra myndighedens side i løbet af perioden kan ske med funktionærlovens almindelige varsler.

## 12. Fratrædelsesgodtgørelse

Der ydes fratrædelsesgodtgørelse efter funktionærlovens regler.

## 13. Fratrædelsesbeløb

*Fratrædelse ved åremålets udløb*
Der udbetales ikke fratrædelsesbeløb ved udløb af åremålet.

*Fratrædelse for åremålets udløb*
Hvis chefen opsiges uansøgt fra sin stilling af anden årsag end sygdom eller misligholdelse af kontrakten (disciplinære forhold), ydes der en godtgørelse svarende til en måneds løn i stillingen ekskl. pensionsbidrag for hver påbegyndt års ansættelse i åremålsstillingen.

Der udbetales ikke et fratrædelsesbeløb, hvis den pågældende chef bliver afskediget på grund af misligholdelse af ansættelseskontrakten (disciplinære og strafbare forhold eller lignende).

Ved ansøgt afsked før åremålets udløb ydes der ikke fratrædelsesbeløb.

## 14. Andre særlige eller væsentlige vilkår

Det er en betingelse, at den ansatte kan sikkerhedsgodkendes og bevare denne sikkerhedsgodkendelse under hele ansættelsen.

Det er en forudsætning for ansættelsen, at du har læst vedlagte adfærdskodeks og således er bekendt med reglerne om tavshedspligt, habilitet, bibeskæftigelse, modtagelse af gaver med mere.

## 15. Dato og underskrift

_____
Arbejdsgiver

3