# Exhibit B:
# Selected Pages From SKAT
# Danske Bank Account Statement

`



Danske Bank
Statens Betalinger
Girostrøget 1
0800 Høje Taastrup
Telefon (+45) 70 12 13 13
Telefax (+45) 45 14 99 85
SWIFT-BIC: DABADKKK
www.danskebank.dk/skbobs

| | | | |
|---|---|---|---|
| Konto: | 0025_92912_FF1_UDB | Saldo pr. 30.04.2014 | 0,00 |
| | 4069063330 DKK | Sum hævet | 10.377.606.139,43 |
| IBAN: | DK74 0216 4069 0633 30 | Sum indsat | 9.881.016.110,25 |
| BIC/SWIFT: | DABADKKK | Saldo til overførsel | -496.590.029,18 |
| Kontohaver: | SKAT, NORDSJ./ KBH | | |
| Periode: | 01.05.2014 - 31.12.2015 | | |

Kontoen indgår i Koncern Cash Pool. Oplysningerne udtrykker ikke et mellemværende med banken.

| Bogførings- og rentedato | Tekst | | Beløb i DKK | Koncernintern bogført saldo i DKK |
|---|---|---|---|---|
| ███ | ███ | ✉ | ███ | ███ |
| ███ | ███ | ✉ | ███ | ███ |
| ███ | ███ | ✉ | ███ | ███ |
| ███ | ███ | ✉ | ███ | ███ |
| ███ | ███ | ✉ | ███ | ███ |
| ███ | ███ | ✉ | ███ | ███ |
| ███ | ███ | ✉ | ███ | ███ |
| ███ | ███ | ✉ | ███ | ███ |
| ███ | ███ | ✉ | ███ | ███ |
| ███ | ███ | ✉ | ███ | ███ |
| ███ | ███ | ✉ | ███ | ███ |
| ███ | ███ | ✉ | ███ | ███ |
| ███ | ███ | ✉ | ███ | ███ |
| ███ | ███ | ✉ | ███ | ███ |
| ███ | ███ | ✉ | ███ | ███ |

Danske Bank A/S
CVR-nr 61 12 62 28 - København

1395 P

| Bogførings- og rentedato | Tekst | | | Beløb i DKK | Koncernintern bogført saldo i DKK |
|---|---|---|---|---|---|
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| 19.05.2015 21.05.2015 | DBT.35615 | | ✉ | -488.269.280,93 | -976.105.265,25 |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ ▆▆▆▆ | | | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ ▆▆▆▆ | | | ▆▆▆▆ | ▆▆ |
| ▆▆▆▆ | ▆▆▆▆ ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | | ✉ | ▆▆▆▆ | ▆▆▆▆ |