# Exhibit C:
# Batch Transfer Confirmation



Danske Bank
Statens Betalinger
Girostrøget 1
0800 Høje Taastrup
Telefon 70121313
Telefax 45149985
SWIFT-BIC: DABADKKK
www.danskebank.dk/skbobs

| | |
|---|---|
| Konto: | 0025_92912_FF1_UDB |
| | 4069063330 DKK |
| IBAN: | DK7402164069063330 |
| Kontohaver: | SKAT, NORDSJÆLLAND-KØBENHAVN |

## Ifølge Deres ordre har vi foretaget følgende overførsel:

### Posteringsoplysninger

| | |
|---|---|
| Ordregiver: | SKAT, NORDSJÆLLAND-KØBENHAVN |
| | HELGESHØJ ALLE 49 |
| | 2630  TAASTRUP |
| Modtager: | ACUPAY SYSTEM LLC |
| Modtagers konto/IBAN: | LU380022181907905700 |
| Via bank: | BILLLULL |
| | BANQUE INTERNATIONALE A |
| | LUXEMBOURG S.A. |
| | ROUTE D'ESC 69 |
| | 2953  LUXEMBOURG |

### Afregningsoplysninger

| | |
|---|---|
| Overført beløb: | 488.269.280,93 DKK |
| Overførselstype: | Standard overførsel |
| Bestilt beløb: | 488.269.280,93 DKK |
| Omkostninger: | Ordregiver betaler lokale gebyrer |
| Bankens gebyr: | 5,00 DKK |
| Gebyr i alt: | 5,00 DKK |
| Gebyr i alt: | Gebyrer vil blive opkrævet separat i henhold til aftale. |
| Hævet på Deres konto: | 488.269.280,93 DKK |
| Bogført dato: | 19.05.2015 |
| Rentedato: | 21.05.2015 |
| Rådighedsdato for vores | |
| korrespondentbank: | 21.05.2015 |

### Meddelelse

| | |
|---|---|
| Meddelelse til modtager: | REFUND OF DANISH DIVIDEND |
| | TAX/NO.35615 |
| Bankens reference: | 4069-51399673240 |
| Bankens betalingsreference: | 6229361418 |
| Egen reference: | DBT.35615 |

*Banken er uden ansvar for mulige fejl, forsømmelser og forsinkelser begået af den valgte korrespondentbank og for dennes soliditet*

### Tekniske posteringsoplysninger

| | |
|---|---|
| Afsendende registreringsnummer: | 4069 |
| | Danske Bank |
| | Statens Betalinger |
| | Girostrøget 1 |
| | 0800  Høje Taastrup |
| | (+45) 70 12 13 13 |
| System: | OVERFØRSEL TIL UDLANDET |

Danske Bank A/S
CVR-nr 61 12 62 28 · København

1393 P



| | |
|---|---|
| **Oprindelse:** | OT151399673240 |
| **Afsendt den:** | 19.05.2015 |
| **Dannet den:** | 2015-05-19-11.13.06.128136 |
| **Modtaget den:** | 2015-05-19-11.13.06.179035 |

1393 P