**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-10100 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**NOTICE OF MOTION AND MOTION**
**FOR WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern District of New York, I, Sarah L. Cave, a partner with the law firm Hughes Hubbard & Reed LLP, hereby notify the Court that Brittany Gigliotti is no longer associated with the law firm Conrad O'Brien PC, Pennsylvania counsel for Plaintiff Skatteforvaltningen.  Patricia M. Hamill, a partner with the law firm Conrad O'Brien PC, will continue to serve as Pennsylvania counsel for Plaintiff Skatteforvaltningen.  Accordingly, I hereby request that Ms. Gigliotti's name and email address be removed from the official docket of this multi-district litigation and the specific action referenced above.

*[Remainder of page intentionally left blank]*

|  |  |
|---|---|
| Dated: New York, New York<br>July 23, 2019 | Respectfully submitted,<br><br>HUGHES HUBBARD & REED LLP<br><br>By: /s/ Sarah L. Cave<br>William R. Maguire<br>Marc A. Weinstein<br>Sarah L. Cave<br>John T. McGoey<br>One Battery Park Plaza<br>New York, NY  10004-1482<br>Tel.: (212) 837-6000<br>Fax: (212) 422-4726<br>Email: Sarah.cave@hugheshubbard.com<br><br>*Attorneys for Plaintiff Skatteforvaltningen* |

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge

2