Case 1:18-md-02865-LAK   Document 163   Filed 07/23/19   Page 1 of 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 30 2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 18-cv-10100

MASTER DOCKET

18-md-2865 (LAK)

## NOTICE OF MOTION AND MOTION
## FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern District of New York, I, Sarah L. Cave, a partner with the law firm Hughes Hubbard & Reed LLP, hereby notify the Court that Brittany Gigliotti is no longer associated with the law firm Conrad O'Brien PC, Pennsylvania counsel for Plaintiff Skatteforvaltningen. Patricia M. Hamill, a partner with the law firm Conrad O'Brien PC, will continue to serve as Pennsylvania counsel for Plaintiff Skatteforvaltningen. Accordingly, I hereby request that Ms. Gigliotti's name and email address be removed from the official docket of this multi-district litigation and the specific action referenced above.

*[Remainder of page intentionally left blank]*

Dated: New York, New York
July 23, 2019

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s/ Sarah L. Cave
William R. Maguire
Marc A. Weinstein
Sarah L. Cave
John T. McGoey
One Battery Park Plaza
New York, NY 10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: Sarah.cave@hugheshubbard.com

*Attorneys for Plaintiff Skatteforvaltningen*

SO ORDERED

_____
Hon. Lewis A. Kaplan
United States District Judge

7/30/19