AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Skatteforvaltningen | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 18-md-2865 (LAK), 18-cv-10100 |
| Newsong Fellowship Church 401K Plan et ano. | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| ED&F Man Capital Markets Ltd. | ) | |
| *Third-party defendant* | ) | |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)* ED&F Man Capital Markets, Ltd.
3 London Bridge Street
London, SE1 9SG
United Kingdom

    A lawsuit has been filed against defendant  Newsong Fellowship Church 401K Plan et ano. , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Skatteforvaltningen .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
John C. Blessington, K&L Gates LLP
State Street Financial Center, One Lincoln Street
Boston, MA 02111

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Sarah Cave, Hughes Hubbard & Reed LLP
One Battery Park Plaza, 17th Floor
New York, NY 10004-1482

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: August 14, 2019

*CLERK OF COURT*

/s/ S. James
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 18-md-2865 (LAK), 18-cv-10100

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Add Attachment]  [Reset]