AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Skatteforvaltningen | ) |
| *Plaintiff* | ) |
| v. | ) |
| DW Construction, Inc. Retirement Plan et al. | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| ED&F Man Capital Markets Ltd. | ) |
| *Third-party defendant* | ) |

Civil Action No.  18-md-2865 (LAK), 18-cv-09797

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   ED&F Man Capital Markets, Ltd.
3 London Bridge Street
London, SE1 9SG
United Kingdom

A lawsuit has been filed against defendant   DW Construction, Inc. Retirement Plan et al.   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Skatteforvaltningen   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
John C. Blessington, K&L Gates LLP
State Street Financial Center, One Lincoln Street
Boston, MA 02111

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Sarah Cave, Hughes Hubbard & Reed LLP
One Battery Park Plaza, 17th Floor
New York, NY 10004-1482

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: **August 14, 2019**

*CLERK OF COURT*

/s/  S. James

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No.  18-md-2865 (LAK), 18-cv-09797

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: