# EXHIBIT A

## Bloomberg: RE: Hi Rich, looking to BUY some more DNORD DC if you can help..

| | |
|---|---|
| From: | Richard GOODWIN <rgoodwin@volcafe.ch> |
| To: | "Bottomley, Oliver (LDN)" <obottomley@edfmancapital.com> |
| Date: | Wed, 23 Apr 2014 10:09:15 +0100 |

Yours 860,000 @ 223.405(g) 223.40779 (net) value 29/04

Many thanks,

Richard.

-----Original Message-----
From: obottomley2@bloomberg.net [mailto:obottomley2@bloomberg.net]
Sent: 23 April 2014 11:06
To: GOODWIN, Richard (CH Volcafe)
Subject: Hi Rich, looking to BUY some more DNORD DC if you can help..

Hi Rich, looking to BUY some more DNORD DC if you can help..

BUY 860k DNORD DC @ 223.405 T+4

thanks,
Oli

---

Click https://www.mailcontrol.com/sr/oa0q+PT!5WnGX2PQPOmvUnk1PR6ftzo0u3rRmgBswl!l2lvRWKqx!5k98vY1Ll4IW2iipbvjqaTGKFQ3ec5RLg== to report this email as spam.

---

**Sent By :**

▫ Richard GOODWIN, RGOODWIN@volcafe.ch, Unknown Company

**Recipients :**

▫ OLIVER BOTTOMLEY, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

---

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 2021 | 2014-04-23 11:07:42 PM (EDT)

CONFIDENTIAL

| | |
|---|---|
| **From:** | GOODWIN, Richard (Volcafe) |
| **To:** | Henstock, Chris (DUB) |
| **Cc:** | Mina, Sara (LDN); Foster, Victoria (LDN) |
| **Subject:** | Confirm DNORD DC 860,000 T+4 |
| **Date:** | Wednesday, April 23, 2014 5:21:16 AM |
| **Attachments:** | image001.jpg<br>23042014NDORDDC(EDFDubai1).pdf |

Chris:

## Volcafe Cash Equity Confirmation

| | |
|---|---|
| **Trade Date** | 23-Apr |
| **Value Date** | 29-Apr |
| | |
| **ED&F MCM obo ED&F Man Professional Trading Dubai** | **SELLS** |
| **Trader** | CHRIS HENSTOCK |
| | |
| **Stock** | **D/S NORDEN** |
| | DNORD DC Equity |
| **ISIN** | DK0060083210 |
| | |
| **Number Shares** | 860,000 |
| | |
| **Splits** | 1 x 325,000 |
| | 1 x 535,000 |
| | |
| **CCY** | DKK |
| **Gross Price** | 223.40500 |
| | |
| **Notional** | 192,128,300.00 |
| | |
| **Net Price** | 223.40500 |
| | |
| **Net Notional** | 192,128,300.00 |
| | |
| **Invoice at month End** | NA |
| | |
| **Additional information:** | **Clearing JP Morgan #3** |
| | |
| **Volcafe Clearing** | ICBC |

CONFIDENTIAL



## Volcafe Cash Equity Confirmation

| | |
|---|---|
| Trade Date | 23-Apr |
| Value Date | 29-Apr |
| | |
| ED&F MCM obo ED&F Man Professional Trading Dubai | |
| Trader | SELLS |
| | CHRIS HENSTOCK |
| | |
| Stock | D/S NORDEN |
| | DNORD DC Equity |
| ISIN | DK0060083210 |
| | |
| Number Shares | 860,000 |
| | |
| Splits | 1 x 325,000 |
| | 1 x 535,000 |
| | |
| CCY | DKK |
| Gross Price | 223.40500 |
| | |
| Notional | 192,128,300.00 |
| | |
| Net Price | 223.40500 |
| | |
| Net Notional | 192,128,300.00 |
| | |
| Invoice at month End | NA |
| | |
| Additional information: | Clearing JP Morgan #3 |
| | |
| Volcafe Clearing | ICBC |

Trade Time
11:09:20
C.E.T

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

CONFIDENTIAL