# EXHIBIT B

| | |
|---|---|
| **From:** | Stacey Kaminer |
| **To:** | Bottomley, Oliver (LDN) |
| **Cc:** | Mina, Sara (LDN); Foster, Victoria (LDN) |
| **Subject:** | Re: ACER DNORD DC (780,000) |
| **Date:** | Thursday, April 24, 2014 2:33:21 PM |

That works thank you

Sent from my iPhone

On Apr 24, 2014, at 11:37 AM, "Bottomley, Oliver (LDN)" <obottomley@edfmancapital.com> wrote:

> Hi Stacey,
> We have seen Liquidity today to trade your futures out and replace with a SWAP.
> Please find your confirms attached.
> We would recommend the below TRS trade to replace. Please confirm.
> Riverside Associates Defined Benefit Plan
> 322,500
> SELL Performance
> Px: 225.4248
> TD: 24/04/14
> VD: 29/04/14
> Final VD: 21/07/2014
> SD: 24/07/2014
> DNORD DC
> Goldstein Law Group 401k Plan
> SELL Performance
> Px: 225.4248
> 215,000
> TD: 24/04/14
> VD: 29/04/14
> Final VD: 21/07/2014
> SD: 24/07/2014
> DNORD DC
> Linden Associates Defined Benefits Plan
> SELL Performance
> Px: 225.4248
> 322,500
> TD: 24/04/14
> VD: 29/04/14
> Final VD: 21/07/2014
> SD: 24/07/2014
> Thanks,
> Oli
> **Oliver Bottomley**

**Equity Finance Trader**
**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7633
obottomley@edfmancapital.com | www.edfman.com

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.