UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION

This document relates to: 18-cv-04833

MASTER DOCKET

18-md-2865 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-12-19

## STIPULATION OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Skatteforvaltningen ("SKAT") and Defendant Adam LaRosa and their respective counsel that the above-captioned action is dismissed as against Defendant Adam LaRosa with prejudice and without costs or attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation is signed by counsel for all parties who have appeared. SKAT's dismissal is not intended to and does not affect any of the claims asserted against Defendant Raubritter LLC Pension Plan, which has not yet appeared in this action.

Dated: New York, New York
August 20, 2019

| MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C. | HUGHES HUBBARD & REED LLP |
|---|---|
| By: *Edward Spiro by RV* <br> Edward M. Spiro <br> 565 Fifth Avenue <br> New York, NY 10017 <br> Telephone: (212) 880-9460 <br> Fax: (212) 856-9494 <br> espiro@maglaw.com | By: *[signature]* <br> Sarah L. Cave <br> One Battery Park Plaza <br> New York, New York 10004-1482 <br> Telephone: (212) 837-6000 <br> Fax: (212) 422-4726 <br> sarah.cave@hugheshubbard.com |
| *Counsel for Defendant Adam LaRosa* | *Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)* |

SO ORDERED

*[signature]*

LEWIS A. KAPLAN, USDJ

9/11/19

2