# EXHIBIT 2

# ACER INVESTMENT GROUP, LLC

Update this Business

**Entity Number:** 7165922-0161
**Company Type:** LLC - Foreign
**Address:** 3372 WOODS EDGE CIRCLE STE 104 BONITA SPRINGS, FL 34134
**State of Origin:** DE
**Registered Agent:** STACEY KAMINER
**Registered Agent Address:**
5532 LILLEHAMMER LN STE 103
Park City, UT 84098

View Management Team

## Status: Active

Purchase Certificate of Existence

**Status:** Active ● *as of 10/20/2008*
**Renew By:** 10/31/2019
**Status Description:** Current
The "Current" status represents that a renewal has been filed, within the most recent renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** Not Registered with Verify Utah

## History

View Filed Documents

**Registration Date:** 10/20/2008
**Last Renewed:** 11/19/2018

## Additional Information

**NAICS Code:** 5231 **NAICS Title:** 5231-Securities and Commodity Contracts

<< Back to Search Results

Search by:   Business Name   Number   Executive Name   Search Hints

Business Name: