UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 18-cv-9565
18-cv-9570
18-cv-9587
18-cv-9588
18-cv-9589
18-cv-9590
18-cv-9650
18-cv-9665

**MEMO ENDORSED**

MASTER DOCKET

18-md-2865 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-16-19

### NOTICE OF MOTION AND MOTION
### FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern District of New York, I, Marc A. Weinstein, a partner with the law firm Hughes Hubbard & Reed LLP, hereby notify the Court that Markus A. Stadler is no longer associated with the law firm Hughes Hubbard & Reed LLP. Jonathan W. Fitch and Jared L. Hubbard, partners with the law firm Fitch Law Partners LLP, will continue to serve as Massachusetts counsel for Plaintiff Skatteforvaltningen, and I and William R. Maguire, a partner with the law firm Hughes Hubbard & Reed LLP, will continue to serve as lead counsel for Plaintiff Skatteforvaltningen. Accordingly, I hereby request that Mr. Stadler's name and email address be removed from the official docket of this multi-district litigation and the specific actions referenced above.

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ

9/16/19