

Brian S. Fraser

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

D: 212 259 6472
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7197

September 27, 2019

**BY ECF AND HAND DELIVERY**

Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
500 Pearl Street
New York, NY  10007

      Re:    *In re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation*, 18-md-2865-LAK; *Skatteforvaltningen v. The Goldstein Law Group PC 401(K) Profit Sharing Plan et al.*, 18-cv-5053-LAK

Dear Judge Kaplan,

      We represent the third-party defendant ED&F Man Capital Markets Limited ("ED&F Man") in the above-referenced action.

      ED&F Man filed a motion to dismiss the Third-Party Complaint of Defendants the Goldstein Law Group PC 401(K) Profit Sharing Plan and Sheldon Goldstein (the "Goldstein Defendants") pursuant to Rule 12(b)(2) or for *forum non conveniens* on August 5, 2019 (the "Motion"). We submitted with the Motion a true and correct copy of ED&F Man's original Defence dated December 13, 2018, in an action pending in the United Kingdom by the Plaintiff SKAT against ED&F Man and others, *SKAT v. Solo Capital Partners LLP & Others*, [2018] EWHC (Comm), Claim No's. CL-2018-000297; CL-2018-000404; CL-2018-000590 (Eng.) (the "English Action"). *See* ECF Doc. No. 170-9 (Exhibit "I" to the Affirmation of Kristen G. Niven). The original Defence was the operative pleading by ED&F Man at the time the Motion was filed.

      We write to notify the Court that ED&F Man has filed and served an Amended Defence in the English Action on September 6, 2019. A true and correct copy of the Amended Defence is attached hereto as <u>Exhibit A</u>. The Amended Defence does not present any new fact or law that is material to the resolution of ED&F Man's Motion. Nevertheless, we respectfully submit the attached Amended Defence solely for the purpose of keeping the Court apprised of the most recent pleadings in the English Action, which is referenced throughout ED&F Man's Motion in support of its arguments for dismissal for lack of personal jurisdiction or on the grounds of *forum non*

Hon. Lewis A. Kaplan
September 27, 2019
Page 2

_____

*conveniens*, or alternatively a stay of the third-party action against ED&F Man pending the resolution of the English Action.

                                                      Respectfully Submitted,

                                                     */s/ Brian S. Fraser*

                                                    Brian S. Fraser

cc:    All counsel of record (via ECF)