UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION,<br><br>This document relates to: 1:18-cv-05053 | MASTER DOCKET<br><br>Case No. 1:18-md-02865-LAK<br><br>**PROPOSED PROTECTIVE ORDER** |

WHEREAS Third-Party Defendant ED&F Man Capital Markets Ltd. ("ED&F"), moves pursuant to Fed. R. Civ. P. 26(c) for a Protective Order to protect it from being required to respond to the Requests for Production of Documents that Plaintiff Skatteforvaltningen ("SKAT") served on ED&F's New York counsel on September 30, 2019 while ED&F's Motion to Dismiss the Third Party Complaint for lack of personal jurisdiction is pending;

THEREFORE, it is ORDERED that a protective order is granted pending resolution of ED&F's Motion to Dismiss, and ED&F shall not be required to respond to SKAT's discovery requests unless and until ED&F's motion to dismiss is denied.

Dated: October 18, 2019

                                                      United States District Judge