# EXHIBIT A



9-13 St Andrew Street, London EC4A 3AF
T +44 (0)20 7955 0880 | F +44 (0)20 7955 0888
DX LDE 493
www.rosenblatt-law.co.uk

Pinsent Masons LLP
**DX: 703167**
**BIRMINGHAM 12**

**BY EMAIL ONLY:**    Gary.Coleman@pinsentmasons.com
Jessica.Goosman@pinsentmasons.com
Ann.Yarrington@pinsentmasons.com
Andrew.Herring@pinsentmasons.com
Jonathan.Amior@pinsentmasons.com

Our Ref:  JN/TS/CHW/EDF/1/57
Your Ref: 98081290.2/GC12/668205.07000

**Second Letter**

10 October 2019

Dear Sirs

**SKAT (the Danish Customs & Tax Administration) v Solo Capital Partners LLP (in Special Administration) & Others ("the Proceedings")**
**Our Client: ED&F Man Capital Markets Limited**

We refer to your client's 30 September 2019 Request for Documents to the New York Southern District Court (the "**US Disclosure Request**").

As you are aware, our clients are currently seeking to agree a List of Issues for Disclosure (the "**LOID**") in accordance with Practice Direction 51 of the CPR.  We refer in this regard to SKAT's initial draft LOID of 29 August 2019, our respective correspondence of 2, 4 and 7 October 2019, the meeting at your offices of 1 October 2019 and the forthcoming CMC before Mr Justice Andrew Baker listed for 14-16 January 2020.

In such circumstances, it is wholly inappropriate and an abuse of process for SKAT to be simultaneously seeking wide-ranging disclosure against our client of largely the same documents in another jurisdiction. Please confirm by return that SKAT's US Disclosure Request will be withdrawn.

Yours faithfully

**ROSENBLATT**

Authorised and regulated by the Solicitors Regulation Authority.

Rosenblatt is the trading name of Rosenblatt Limited. Company number 09986118 (Registered in England and Wales)
A list of the directors, together with a list of those persons who are designated as partners, is available for inspection at the registered office of Rosenblatt Limited,
9-13 St. Andrew Street, London, EC4A 3AF

2837403