

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

October 22, 2019

<u>BY ECF</u>

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:  *In re Customs and Tax Administration of the Kingdom of Denmark*
       *<u>(Skatteforvaltningen) Tax Refund Scheme Litigation</u>, 18-md-2865 (LAK)*

Dear Judge Kaplan:

   We write on behalf of Plaintiff Skatteforvaltningen ("SKAT") concerning the Court's
Pretrial Order No. 9 ("Order," ECF No. 212) that, *inter alia*, granted the motion by ED&F Man
Capital Markets, Ltd. ("ED&F") for a protective order to the extent set forth therein.

   The Court's Order states that ED&F moved for a protective order "staying Goldstein's
outstanding document requests." (Order at 1.) The outstanding document requests that ED&F
sought to stay, however, were SKAT's, rather than Goldstein's. Accordingly, we respectfully
request leave to submit the enclosed opposition to ED&F's motion, which we had intended to
file today pursuant to Your Honor's Individual Practices. As set forth in the opposition, ED&F
is a custodian that falsely certified holdings of Danish shares. ED&F holds documents critical to
the parties' claims and defenses in 31 actions pending before the Court in this multi-district
litigation. It has admitted to date that 89 of the "tax vouchers" it issued were false. It is critical
to the parties' claims to understand how ED&F issued the 89 tax vouchers that it has now
admitted were false and to test the truth of its assertions that the remainder of its vouchers were
accurate.

Accordingly, SKAT respectfully requests leave to submit its enclosed opposition to ED&F's motion for a protective order.

Respectfully submitted,

/s/ Marc A. Weinstein
Marc A. Weinstein

Enclosure

Cc:  All counsel of record (via email, with attachment)