UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND      18-md-2865 (LAK)
LITIGATION

This paper applies to: 18-cv-05053 (LAK)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PRETRIAL ORDER NO. 10**
(ED&F Man's Motions to Dismiss and for Protective Order)

LEWIS A. KAPLAN, *District Judge.*

  Insofar as the PTO 9 ruled on ED&F's motion for a protective order [18-md-2865 Dkt. 208, 18-cv-5053 Dkt. 90], it is vacated. The Clerk shall restore EDF's motion to the docket. The Court will rule on it promptly following the receipt of any reply papers ED&F may file in its support, which shall be filed no later than October 28, 2019.

  SO ORDERED.

Dated:  October 23, 2019

                Lewis A. Kaplan
              United States District Judge