USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12-2-19_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION

This document relates to 1:18-cv-05053-LAK

MASTER DOCKET

Case No. 1:18-md-02865-LAK

**STIPULATION EXTENDING TIME
TO RESPOND**

Third-Party Plaintiffs the Goldstein Law Group PC 401(k) Profit Sharing Plan and Sheldon
Goldstein (collectively, the "Third-Party Plaintiffs") and Third-Party Defendant ED&F Man
Capital Markets, Ltd. ("ED&F" or "Third-Party Defendant" and with Third-Party Plaintiffs, the
"Parties"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

**WHEREAS** on November 5, 2019 Third-Party Plaintiffs filed their Amended Answer,
Affirmative Defenses, and Counterclaims Against Skatteforvaltningen and Amended Third-Party
Complaint against ED&F Man Capital Markets, Ltd. and John Does 1–10 (Dkt. 219) (the
"Amended Third-Party Complaint");

**WHEREAS** the Parties have agreed that ED&F will file and serve its responsive pleading
or motion to the Amended Third-Party Complaint on or before December 6, 2019;

**NOW THEREFORE**, the Parties, hereby Stipulate and Agree as follows:

1.      ED&F will file and serve its responsive pleading or motion to the Amended Third-

Party Complaint on or before December 6, 2019.

Dated: November 19, 2019

GUSRAE KAPLAN NUSBAUM PLLC
120 Wall Street, 25th Floor
New York, NY 10005
(212) 269-1400

By:___*/s/ Kari Parks*_____

*Attorneys for Third-Party Plaintiffs*

AKERMAN LLP
666 Fifth Avenue, 20th Floor
New York, NY 10103
(212) 880-3800

By:___*/s/ Brian S. Fraser*___

*Attorneys for Third-Party Defendant*

SO ORDERED:

United States District Judge