| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION,<br><br>This document relates to 1:18-cv-10100-LAK | MASTER DOCKET<br><br>Case No. 1:18-md-02865-LAK<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO AMENDED THIRD-PARTY COMPLAINT** |

      Third Party Plaintiffs Newsong Fellowship Church 401(k) Plan and Alexander Jamie Mitchell (collectively, the "Third-Party Plaintiffs"), and Third-Party Defendant, ED&F Man Capital Markets, Ltd. ("ED&F" or "Third-Party Defendant") (collectively, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

      **WHEREAS** on August 12, 2019 Third-Party Plaintiffs filed their Third-Party Complaint against ED&F (Dkt. 173);

      **WHEREAS** counsel for Third-Party Plaintiffs requested that ED&F waive service on October 3, 2019;

      **WHEREAS** counsel for ED&F accepted service on October 22, 2019, and counsel for Third-Party Plaintiffs filed the waiver on October 23, 2019 (Dkt. 216);

      **WHEREAS** Third-Party Plaintiffs filed their Amended Third-Party Complaint on November 12, 2019 (Dkt. 225);

      **WHEREAS** the Parties have agreed that ED&F will file a pleading responsive to the Third-Party Complaint on or before January 16, 2019; and

      **WHEREAS** this is the Parties' first request to modify ED&F's response date to the Amended Third-Party Complaint;

50732663;1

**NOW THEREFORE**, the Parties hereby Stipulate and Agree that ED&F will serve a responsive pleading to the Amended Third-Party Complaint on or before January 16, 2020.

Dated: December 02, 2019

| | |
|---|---|
| K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>(617) 261-3100 | AKERMAN LLP<br>666 Fifth Avenue, 20th Floor<br>New York, NY 10103<br>(212) 880-3800 |
| By: /s/ Brandon Dillman | By: /s/ Brian S. Fraser |
| *Attorneys for Third-Party Plaintiffs* | *Attorneys for Third-Party Defendant* |

SO ORDERED:

_____
United States District Judge

50732663;1