UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION,

This document relates to 1:18-cv-09797-LAK

MASTER DOCKET

Case No. 1:18-md-02865-LAK

**STIPULATION EXTENDING TIME
TO RESPOND TO AMENDED
THIRD-PARTY COMPLAINT**

Third-Party Plaintiffs DW Construction, Inc. Retirement Plan, Kamco Investments, Inc. Pension Plan, Kamco LP Profit Sharing Pension Plan, Linden Associates Defined Benefit Plan, Moira Associates 401(k) LLC Plan, Riverside Associates Defined Benefit Plan, American Investment Group of New York, L.P. Pension Plan, Stacey Kaminer, Joan Schulman, and David Schulman (collectively, the "Third-Party Plaintiffs") and Third-Party Defendant, ED&F Man Capital Markets, Ltd. ("ED&F" or "Third-Party Defendant") (collectively, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

**WHEREAS** on August 12, 2019 Third-Party Plaintiffs filed their Third-Party Complaint against ED&F (Dkt. 172);

**WHEREAS** counsel for Third-Party Plaintiffs requested that ED&F waive service on October 3, 2019;

**WHEREAS** counsel for ED&F accepted service on October 22, 2019, and counsel for Third-Party Plaintiffs filed the waiver on October 23, 2019 (Dkt. 215);

**WHEREAS** Third-Party Plaintiffs filed their Amended Third-Party Complaint on November 13, 2019 (Dkt. 226);

**WHEREAS** the Parties have agreed that ED&F will file a pleading responsive to the Amended Third-Party Complaint on or before January 16, 2019; and

**WHEREAS** this is the Parties' first request to modify ED&F's response date to the Amended Third-Party Complaint;

**NOW THEREFORE**, the Parties hereby Stipulate and Agree that ED&F will file and serve a responsive pleading to the Amended Third-Party Complaint on or before January 16, 2020.

Dated: December 02, 2019

K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100

By: _/s/ Brandon Dillman_

_Attorneys for Third-Party Plaintiffs_

AKERMAN LLP
666 Fifth Avenue, 20th Floor
New York, NY 10103
(212) 880-3800

By: _/s/ Brian S. Fraser_

_Attorneys for Third-Party Defendant_

SO ORDERED:

United States District Judge

12/5/19