**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION,<br><br>This document relates to 1:18-cv-05053-LAK | MASTER DOCKET<br><br>Case No. 1:18-md-02865-LAK |

### NOTICE OF THIRD-PARTY DEFENDANT ED&F MAN CAPITAL MARKETS, LTD.'S MOTION TO DISMISS THE THIRD-PARTY COMPLAINT

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Kristen G. Niven, dated December 6, 2019, and all of the exhibits attached thereto; and upon the accompanying Memorandum of Law, dated December 6, 2019; and upon all prior pleadings and proceedings had herein, Third-Party Defendant ED&F Man Capital Markets Limited ("ED&F Man"), through its undersigned counsel, will move this Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the court, for an order dismissing Defendants-Third Party Plaintiffs' Amended Third Party Complaint against ED&F Man with prejudice pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure or for *forum non conveniens*, or in the alternative staying all proceedings against ED&F Man, and for such other and further relief as the Court deems just and proper. ED&F Man respectfully requests oral argument regarding this motion.

Dated: December 6, 2019
New York, New Yok

                            **AKERMAN LLP**

                    By:     */s/ Brian S. Fraser*
                              Brian S. Fraser
                              Kristen G. Niven
                              brian.fraser@akerman.com
                              kristen.niven@akerman.com
                              666 Fifth Avenue, 20th Floor
                              New York, NY 10103
                              Telephone: (212) 880-3800
                              *Attorneys for Third-Party Defendant ED&F Man*
                              *Capital Markets, Ltd.*

TO: All Counsel of Record (via ECF)