USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 1 9 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASTER DOCKET

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION,

This document relates to 1:18-cv-05374 / 1:18-08655

Case No. 1:18-md-02865-LAK

**STIPULATION EXTENDING TIME TO RESPOND TO THIRD-PARTY COMPLAINT**

Third-Party Plaintiffs Del Mar Asset Management Savings and Retirement Plan, Federated Logistics LLC 401K Plan, and David Freelove (collectively, the "Third-Party Plaintiffs") and Third-Party Defendant, ED&F Man Capital Markets, Ltd. ("ED&F" or "Third-Party Defendant") (collectively, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

**WHEREAS** on November 12, 2019 Third-Party Plaintiffs filed their Third-Party Complaint against ED&F (Dkt. 220);

**WHEREAS** counsel for Third-Party Plaintiffs requested that ED&F waive service on December 2, 2019;

**WHEREAS** counsel for ED&F accepted service on December 11, 2019, and counsel for Third-Party Plaintiffs filed the waiver on December 17, 2019 (Dkt. 244);

**WHEREAS** the Parties have agreed that ED&F will file a pleading or motion responsive to the Third-Party Complaint on or before January 16, 2019; and

**WHEREAS** this is the Parties' first request to modify ED&F's response date to the Third-Party Complaint;

**NOW THEREFORE**, the Parties hereby Stipulate and Agree that ED&F will file and serve a pleading or motion responsive to the Amended Third-Party Complaint on or before January 16, 2020.

Dated: December 17, 2019

| | |
|---|---|
| KOSTELANETZ & FINK LLP | AKERMAN LLP |
| 7 World Trade Center, 34th Floor | 666 Fifth Avenue, 20th Floor |
| New York, NY 10007 | New York, NY 10103 |
| (212) 808-8100 (phone) | (212) 880-3800 |
| | |
| By: *s/ Bryan C. Skarlatos* | By: */s Brian S. Fraser* |
| *Attorneys for Third-Party Plaintiffs* | *Attorneys for Third-Party Defendant* |

SO ORDERED:

_____
United States District Judge

12/19/19

2