UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 19-cv-10713 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## NOTICE OF FILING WAIVERS OF SERVICE

PLEASE TAKE NOTICE that Plaintiff Skatteforvaltningen hereby files four waivers of service with respect to Defendants Richard Markowitz, RJM Capital Pension Plan Trust, John van Merkensteijn, and Bernina Pension Plan Trust in the above-captioned action.  The waivers of service executed by Allison Stoddart of the law firm WilmerHale are attached as Exhibit A,[1] and the waivers of service executed by Nicholas S. Bahnsen of the law firm Kostelanetz & Fink, LLP are attached as Exhibit B.[2]

*[Remainder of page intentionally left blank]*

---

1. Allison Stoddart executed waivers of service on behalf of Defendants Richard Markowitz and RJM Capital Pension Plan Trust.

2. Nicholas S. Bahnsen executed waivers of service on behalf of Defendants John van Merkensteijn and Bernina Pension Plan Trust.

Dated: New York, New York
       January 14, 2020

        HUGHES HUBBARD & REED LLP

        By: /s/ John T. McGoey
        William R. Maguire
        Marc A. Weinstein
        John T. McGoey
        Hughes Hubbard & Reed LLP
        One Battery Park Plaza
        New York, NY 10004-1482
        Tel.: (212) 837-6000
        Fax: (212) 422-4726
        Email: John.mcgoey@hugheshubbard.com

        *Counsel for Plaintiff Skatteforvaltningen*