UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re

SKAT TAX REFUND SCHEME LITIGATION

This paper applies to: 18cv5053(LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2020

18 **MD** 2865 (LAK)

**JUDGMENT**

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 23, 2020, Plaintiff's motion to dismiss is granted.

**Dated:** New York, New York
January 24, 2020

RUBY J. KRAJICK
_____
Clerk of Court

BY:     *KMango*
_____
**Deputy Clerk**