KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER, 34TH FLOOR

NEW YORK, NEW YORK 10007

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001

TEL: (202) 875-8000
FAX: (202) 844-3500

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

February 3, 2020

**Via ECF and Personal Service**

Honorable Lewis A. Kaplan, United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

RE:   In re: Customs and Tax Administration of the Kingdom of Denmark (SKAT) Tax Refund Litigation, Master Docket 18-md-2865 (LAK)

Dear Judge Kaplan:

We write to inform you that Defendants in the cases set forth below filed Answers today with the Court on the dockets for their respective actions. It has come to our attention, via a letter to Your Honor from counsel for other Defendants (ECF No. 81, February 22, 2019) that there is no ability to file an answer on the Master Docket and then "spread" the filing to the individual related action. Therefore, the Answers were filed in their respective dockets, and in an effort to comply with the Court's Pretrial Order No. 4, we are attaching the following Answers, filed today, as exhibits to this Letter:

1. Answer to the Complaint by Azalea Pension Plan and Elizabeth van Merkensteijn, *SKAT v. Azalea Pension Plan et al.*, Docket Number 1:19-CV-01893-LAK;
2. Answer to the Complaint and Counterclaims by Basalt Ventures LLC Roth 401(K) Plan and John van Merkensteijn, *SKAT v. Basalt Ventures LLC Roth 401(K) Plan et al.*, Docket Number 1:19-CV-01866-LAK;
3. Answer to the Complaint by Bernina Pension Plan and John van Merkensteijn, *SKAT v. Bernina Pension Plan et al.*, Docket Number 1:19-CV-01865-LAK;
4. Answer to the Complaint by John van Merkensteijn and Bernina Pension Plan Trust, *SKAT v. John van Merkensteijn et al.*, Docket Number 1:19-CV-10713-LAK;
5. Answer to the Complaint by Michelle Investments Pension Plan and John van Merkensteijn, *SKAT v. Michelle Investments Pension Plan et al.*, Docket Number 1:19-CV-01906-LAK;
6. Answer to the Complaint by Omineca Pension Plan and John van Merkensteijn, *SKAT v. Omineca Pension Plan et al.*, Docket Number 1:19-CV-01894-LAK;

7. Answer to the Complaint by Remece Investments LLC Pension Plan and John van Merkensteijn, *SKAT v. Remece Investments LLC Pension Plan et al.*, Docket Number 1:19-CV-01911-LAK;
8. Answer to the Complaint and Counterclaims by Starfish Management LLC Roth 401(K) Plan and John van Merkensteijn, *SKAT v. Starfish Management LLC Roth 401(K) Plan et al.*, Docket Number 1:19-CV-01871-LAK;
9. Answer to the Complaint by Tarvos Pension Plan and John van Merkensteijn, *SKAT v. Tarvos Pension Plan et al.*, Docket Number 1:19-CV-01930-LAK;
10. Answer to the Complaint by Voojo Productions LLC Roth 401(K) Plan and John van Merkensteijn, *SKAT v. Voojo Productions LLC Roth 401(K) Plan et al.*, Docket Number 1:19-CV-01873-LAK;
11. Answer to the Complaint by Xiphias LLC Pension Plan and John van Merkensteijn, *SKAT v. Xiphias LLC Pension Plan et al.*, Docket Number 1:19-CV-01924-LAK;

Two copies of this letter and each of the filed Answers set forth above will also be delivered to your Chambers.

Respectfully submitted,

KOSTELANETZ & FINK, LLP

By: _____
SHARON L. MCCARTHY
CAROLINE CIRAOLO
NICHOLAS S. BAHNSEN
7 World Trade Center, 34th Floor
New York, New York 10007
Tel:   (212) 808-8100
Fax:   (212) 808-8108
cciraolo@kflaw.com
smccarthy@kflaw.com
nbahnsen@kflaw.com

*Attorneys for the Defendants John van Merkensteijn, Elizabeth van Merkensteijn, Azalea Pension Plan, Basalt Ventures LLC Roth 401(K) Plan, Bernina Pension Plan, Michelle Investments Pension Plan, Omineca Pension Plan, Remece Investments LLC Pension Plan, Starfish Management LLC Roth 401(K) Plan, Tarvos Pension Plan,*

*Voojo Productions LLC Roth 401(K) Plan, and Xiphias LLC Pension Plan*

cc:     Plaintiff's Counsel via ECF.