AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| SKAT | ) |
| *Plaintiff* | ) |
| v. | ) |
| Del Mar Asset Management Saving & Retirement Plan et al | ) |
| *Defendant* | ) |

Case No.    18-cv-05374-LAK

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEL MAR ASSET MANAGEMENT SAVING & RETIREMENT PLAN and DAVID FREELOVE          .

Date:    02/24/2020

*Attorney's signature*

Eric Smith (ES-8723)
*Printed name and bar number*

Kostelanetz & Fink, LLP
7 World Trade Center, 34th Floor
New York, NY
10007
*Address*

esmith@kflaw.com
*E-mail address*

(212) 808-8100
*Telephone number*

(212) 808-8108
*FAX number*