AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| SKAT | ) |
|---|---|
| Plaintiff | ) |
| v. | )   Case No.   1:18-cv-08655-LAK |
| Federated Logistics LLC 401K et al | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FEDERATED LOGISTICS LLC 401K and DAVID FREELOVE

Date:   02/24/2020

*Attorney's signature*

Eric Smith (ES-8723)
*Printed name and bar number*

Kostelanetz & Fink, LLP
7 World Trade Center, 34th Floor
New York, NY 10007
*Address*

esmith@kflaw.com
*E-mail address*

(212) 808-8100
*Telephone number*

(212) 808-8108
*FAX number*