AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SKAT<br>*Plaintiff*<br>v.<br>Sterling Alpha LLC 401K Profit Sharing Plan et al<br>*Defendant* | )<br>)<br>) Case No. 18-cv-04894-LAK<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STERLING ALPHA LLC 401K PROFIT SHARING PLAN and JOHN DOSCAS.

Date: 02/24/2020

*Attorney's signature*

Eric Smith (ES-8723)
*Printed name and bar number*

Kostelanetz & Fink, LLP
7 World Trade Center, 34th Floor
New York, NY
10007
*Address*

esmith@kflaw.com
*E-mail address*

(212) 808-8100
*Telephone number*

(212) 808-8108
*FAX number*