**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 19-cv-10713 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## NOTICE OF FILING WAIVERS OF SERVICE

PLEASE TAKE NOTICE that Plaintiff Skatteforvaltningen hereby files fourteen waivers of service with respect to Defendants 2321 Capital Pension Plan, Bowline Management Pension Plan, California Catalog Company Pension Plan, Clove Pension Plan, Davin Investments Pension Plan, Delvian LLC Pension Plan, DFL Investments Pension Plan, Laegeler Asset Management Pension Plan, Lion Advisory Inc. Pension Plan, Mill River Capital Management Pension Plan, Next Level Pension Plan, Rajan Investments LLC Pension Plan, Spirit on the Water Pension Plan, and Traden Investments Pension Plan in the above-captioned action.  The waivers of service executed by Robert H. Pees of the law firm Akin, Gump, Strauss, Hauer & Feld LLP are attached as Exhibit A,[1] the waivers of service executed by Gabrielle S. Friedman of the law firm Lankler Siffert & Wohl LLP are attached as Exhibit B,[2] the waivers of service executed by Edward M. Spiro of the law firm Morvillo Abramowitz Grand Iason & Anello PC

---

1. Mr. Pees executed waivers of service on behalf of Defendants 2321 Capital Pension Plan, Bowline Management Pension Plan, and Lion Advisory Inc. Pension Plan.

2. Ms. Friedman executed waivers of service on behalf of Defendants California Catalog Company Pension Plan, Davin Investments Pension Plan, DFL Investments Pension Plan, Laegeler Asset Management Pension Plan, Next Level Pension Plan, Rajan Investments LLC Pension Plan, and Spirit on the Water Pension Plan.

are attached as Exhibit C[3], and the waiver of service executed by Linda Imes of the law firm Spears & Imes LLP is attached as Exhibit D.[4]

Dated: New York, New York
February 26, 2020

          HUGHES HUBBARD & REED LLP

          By: /s/ Marc A. Weinstein
          William R. Maguire
          Marc A. Weinstein
          John T. McGoey
          Hughes Hubbard & Reed LLP
          One Battery Park Plaza
          New York, NY  10004-1482
          Tel.: (212) 837-6000
          Fax: (212) 422-4726
          Email: marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen*

---

3. Mr. Spiro executed waivers of service on behalf of Defendants Clove Pension Plan, Mill River Capital Management Pension Plan, and Traden Investments Pension Plan.

4. Ms. Imes executed a waiver of service on behalf of Defendant Delvian LLC Pension Plan.