# EXHIBIT 1



*BY EMAIL ONLY*

To: All Defendants

Our Ref 113153364.1\JG18\668205.07000

23 March 2020

Dear Sirs

**SKATTEFORVALTNINGEN (THE DANISH CUSTOMS AND TAX ADMINISTRATION) ("SKAT") v SOLO CAPITAL PARTNERS LLP (IN SPECIAL ADMINISTRATION) & OTHERS**

**Claim numbers: CL-2018-000297, CL-2018-000404 and CL-2018-000590 (Consolidated) (the "Claims")**

We refer to paragraph 11(a) of the Order of Mr Justice Andrew Baker dated 16 January 2020 ("**January CMC Order**"), which directed that the parties give disclose on a rolling basis on each of 1 May 2020, 31 July 2020, 1 September 2020 and 2 October 2020.

We also refer to Stephenson Harwood's letter dated 16 March 2020.

The current Covid-19 pandemic has, inevitably, had an impact on working practices, including slowing the pace of disclosure review (referred to by Stephenson Harwood in their letter dated 16 March 2020) and resulting in all the parties having difficulties taking instructions from clients and in meeting deadlines.

The Claimant has also suffered some unforeseen delays and complications with respect to obtaining and reviewing the SCP Defendants' disclosure due to the very large volume of potential data. A further letter on this specific point will be sent to all Defendants very soon.

In light of this, we propose a three month extension to all disclosure deadlines, as follows:

A. 1 May 2020 becomes 1 August 2020;
B. 31 July 2020 becomes 31 October 2020;
C. 1 September 2020 becomes 1 December 2020; and
D. 2 October 2020 becomes 15 January 2021.

We note that point D above is slightly more than 3 months. However, this is a realistic date taking into account the festive period.

Please let us know whether you agree or disagree with this proposal.

Yours faithfully

*Pinsent Masons LLP*

**Pinsent Masons LLP**

Pinsent Masons LLP

55 Colmore Row   Birmingham   B3 2FG   United Kingdom

**T**  +44 (0)121 200 1050   **F**  +44 (0)121 626 1040   **DX**  703167 Birmingham 12

Pinsent Masons LLP is a limited liability partnership, registered in England and Wales (registered number: OC333653) authorised and regulated by the Solicitors Regulation Authority and the appropriate jurisdictions in which it operates.  Reference to "Pinsent Masons" is to Pinsent Masons LLP and/or one or more of the affiliated entities that practise under the name "Pinsent Masons" as the context requires.  The word "partner", used in relation to the LLP, refers to a member or an employee or consultant of the LLP or any affiliated firm, with equivalent standing.  A list of members of Pinsent Masons, those non-members who are designated as partners, and non-member partners in affiliated entities, is available for inspection at our offices or at www.pinsentmasons.com
For a full list of the jurisdictions where we operate, see www.pinsentmasons.com