# EXHIBIT 6



9-13 St Andrew Street, London EC4A 3AF
T +44 (0)20 7955 0880 | F +44 (0)20 7955 0888
DX LDE 493
www.rosenblatt-law.co.uk

Pinsent Masons LLP
**DX: 703167**
**BIRMINGHAM 12**

<u>**BY EMAIL ONLY:**</u>   Gary.Coleman@pinsentmasons.com
Jessica.Goosman@pinsentmasons.com
Ann.Yarrington@pinsentmasons.com
Andrew.Herring@pinsentmasons.com

Our Ref:  JN/TS/CHW/EDF/1/57
Your Ref: 98081290.2/GC12/668205.07000

13 January 2020

Dear Sirs

**SKAT (the Danish Customs & Tax Administration) v Solo Capital Partners LLP (in Special Administration) & Others**
<u>**Our Client: ED&F Man Capital Markets Limited**</u>

We refer to your second letter dated 12 September 2019 and your enquiry as to whom ED&F Man paid those sums received from agents in respect of the WHT Applications which included the Annex E Tax Vouchers and the quantum of each payment.

In respect of the Annex E Tax Vouchers, we can confirm that upon receipt of withholding tax ("WHT") funds from the paying agent, ED&F Man credits all sums to the respective Pension Plans' cash accounts held at ED&F Man in accordance with their Custody Agreements.

As we have previously informed you, ED&F Man instructed FTI Consulting ["FTI"] to carry out a review to identify how the WHT funds received by each of the Pension Plans in respect of the Annex E Tax Vouchers were then applied by each Pension Plan.

We enclose a spreadsheet at Appendix 1 which details the analysis of this review. In summary, the spreadsheet shows that in relation to each WHT payment:

1. The paying agents' fees were deducted by the paying agents prior to receipt of the WHT by ED&F Man.
2. A proportion of the WHT was used to offset the Pension Plans' trading losses.
3. 3rd Party fees in relation to each transaction including brokerages fees and futures fees were charged directly to the Pension Plan's account.
4. MCM was paid a fee by the Pension Plan for acting as broker and custodian on each transaction.
5. Save for WHT funds received from ED&F Man by Tveter LLC Pension Plan and Del Mar Asset Management Saving & Retirement Plan, a payment was made from the Pension Plans' account to their investment managers or to a vehicle managed by these investment managers, such payments were made upon instruction on the investment manager in accordance with the terms of agreements entered into between the Pension Plans and their investment managers or a vehicle managed by these investment managers. With respect to those Pension Plans managed by Hollbeach, sums were paid monthly to Hollbeach with reference to the trading performance of the

Authorised and regulated by the Solicitors Regulation Authority.

Rosenblatt is the trading name of Rosenblatt Limited. Company number 09986118 (Registered in England and Wales)
A list of the directors, together with a list of those persons who are designated as partners, is available for inspection at the registered office of Rosenblatt Limited,
9-13 St. Andrew Street, London, EC4A 3AF

……/2

      Pension Plans' entire Custody Accounts. Such sums cannot be directly referenced to the Annex E trades and thus do not appear in Appendix 1.

6. Any balance either remained to the credit of the Pension Plans' in their cash accounts or was remitted to the Pension Plan.

We make the following additional comments by way explanation:

1. The information is separated in different worksheets in the spreadsheet by reference to the Investment Manager who acted for Pension Plans;

2. We have not been able to ascertain at present to whom the "Trading Fees" were paid.

For the avoidance of doubt, general cash payments made from a Pension Plan's cash account are not identifiable as relating to WHT funds received in respect of the Annex E Tax Voucher, but are a mixture of funds from all of the trading brokered by ED&F Man for the Pension Plans (including their trades in other jurisdictions).

Yours faithfully

**ROSENBLATT**

| Shareholder (Pension Plan) | Claimed Withheld dividend tax | Share | Dividend (DKK) | Number of shares | Ex-date | WHT received from agent (DKK) | WHT received from agent - combined (DKK) | Trading loss on share acquisitions and hedging transactions (DKK) | Trading fees (DKK) | MCM's fees (DKK) | Payments to Acer Investment Group, LLC (DKK) | WHT retained in PPs cash account (DKK) | WHT retained in PPs cash account individual (DKK) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN INVESTMENT GROUP OF NEW YORK, L.P. P | 2,970,000.00 | TDC A/S | 11,000,000 | 5,000,000 | 3/7/2014 | 2,944,755 | | | | | | | 624,571 |
| DW CONSTRUCTION, INC. RETIREMENT PLAN | 1,960,200.00 | TDC A/S | 7,260,000 | 3,300,000 | 3/7/2014 | 1,943,538 | | | | | | | 70,738 |
| KAMCO INVESTMENTS, INC. PENSION PLAN | 1,188,000.00 | TDC A/S | 4,400,000 | 2,000,000 | 3/7/2014 | 1,177,902 | | | | | | | 403,410 |
| KAMCO LP PROFIT SHARING PENSION PLAN | 2,970,000.00 | TDC A/S | 11,000,000 | 5,000,000 | 3/7/2014 | 2,944,755 | | | | | | | 624,770 |
| LINDEN ASSOCIATES DEFINED BENEFIT PLAN | 1,277,100.00 | TDC A/S | 4,730,000 | 2,150,000 | 3/7/2014 | 1,266,245 | 17,845,215 | -5,596,998 | -539,456 | -5,725,174 | -3,126,354 | 2,857,233 | 261,469 |
| MOIRA ASSOCIATES LLC 401 (K) PLAN | 3,564,000.00 | TDC A/S | 13,200,000 | 6,000,000 | 3/7/2014 | 3,533,706 | | | | | | | 289,178 |
| NEWSONG FELLOWSHIP CHURCH 401 (K) PLAN | 1,485,000.00 | TDC A/S | 5,500,000 | 2,500,000 | 3/7/2014 | 1,472,378 | | | | | | | 53,372 |
| RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 1,277,100.00 | TDC A/S | 4,730,000 | 2,150,000 | 3/7/2014 | 1,266,245 | | | | | | | 261,996 |
| THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARI | 1,306,800.00 | TDC A/S | 4,840,000 | 2,200,000 | 3/7/2014 | 1,295,692 | | | | | | | 267,729 |
| | | | | | | | | | | | | | |
| AMERICAN INVESTMENT GROUP OF NEW YORK, L.P. P | 4,252,500.00 | Novo Nordisk A/S - B | 15,750,000 | 3,500,000 | 3/21/2014 | 4,216,354 | | | | | | | 114,174 |
| DW CONSTRUCTION, INC. RETIREMENT PLAN | 4,677,750.00 | Novo Nordisk A/S - B | 17,325,000 | 3,850,000 | 3/21/2014 | 4,637,989 | | | | | | | 1,468,711 |
| KAMCO INVESTMENTS, INC. PENSION PLAN | 2,430,000.00 | Novo Nordisk A/S - B | 9,000,000 | 2,000,000 | 3/21/2014 | 2,409,345 | | | | | | | 479,084 |
| KAMCO LP PROFIT SHARING PENSION PLAN | 5,346,000.00 | Novo Nordisk A/S - B | 19,800,000 | 4,400,000 | 3/21/2014 | 5,300,559 | 27,587,000 | -7,800,172 | -512,163 | -9,387,692 | -5,595,615 | 4,291,358 | 414,306 |
| LINDEN ASSOCIATES DEFINED BENEFIT PLAN | 2,430,000.00 | Novo Nordisk A/S - B | 9,000,000 | 2,000,000 | 3/21/2014 | 2,409,345 | | | | | | | 67,339 |
| MOIRA ASSOCIATES LLC 401 (K) PLAN | 3,827,250.00 | Novo Nordisk A/S - B | 14,175,000 | 3,150,000 | 3/21/2014 | 3,794,718 | | | | | | | 1,200,930 |
| RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 2,430,000.00 | Novo Nordisk A/S - B | 9,000,000 | 2,000,000 | 3/21/2014 | 2,409,345 | | | | | | | 67,339 |
| THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARI | 2,430,000.00 | Novo Nordisk A/S - B | 9,000,000 | 2,000,000 | 3/21/2014 | 2,409,345 | | | | | | | 479,473 |
| | | | | | | | | | | | | | |
| AMERICAN INVESTMENT GROUP OF NEW YORK, L.P. P | 4,185,000.00 | Danske Bank A/S | 15,500,000 | 7,750,000 | 3/19/2014 | 4,149,428 | | | | | | | 944,493 |
| DW CONSTRUCTION, INC. RETIREMENT PLAN | 1,080,000.00 | Danske Bank A/S | 4,000,000 | 2,000,000 | 3/19/2014 | 1,070,820 | | | | | | | 37,498 |
| KAMCO INVESTMENTS, INC. PENSION PLAN | 1,080,000.00 | Danske Bank A/S | 4,000,000 | 2,000,000 | 3/19/2014 | 1,070,820 | | | | | | | 37,498 |
| KAMCO LP PROFIT SHARING PENSION PLAN | 3,982,500.00 | Danske Bank A/S | 14,750,000 | 7,375,000 | 3/19/2014 | 3,948,649 | | | | | | | 879,023 |
| LINDEN ASSOCIATES DEFINED BENEFIT PLAN | 1,080,000.00 | Danske Bank A/S | 4,000,000 | 2,000,000 | 3/19/2014 | 1,070,820 | 15,593,816 | -4,661,660 | -706,851 | -4,959,852 | -2,551,350 | 2,714,103 | 215,616 |
| MOIRA ASSOCIATES LLC 401 (K) PLAN | 1,080,000.00 | Danske Bank A/S | 4,000,000 | 2,000,000 | 3/19/2014 | 1,070,820 | | | | | | | 131,244 |
| NEWSONG FELLOWSHIP CHURCH 401 (K) PLAN | 1,080,000.00 | Danske Bank A/S | 4,000,000 | 2,000,000 | 3/19/2014 | 1,070,820 | | | | | | | 215,616 |
| RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 1,080,000.00 | Danske Bank A/S | 4,000,000 | 2,000,000 | 3/19/2014 | 1,070,820 | | | | | | | 215,616 |
| THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARI | 1,080,000.00 | Danske Bank A/S | 4,000,000 | 2,000,000 | 3/19/2014 | 1,070,820 | | | | | | | 37,498 |
| | | | | | | | | | | | | | |
| DW CONSTRUCTION, INC. RETIREMENT PLAN | 1,890,000.00 | A.P. Møller Mærsk A/ | 7,000,000 | 5,000 | 4/1/2014 | 1,873,935 | | | | | | | 93,765 |
| KAMCO LP PROFIT SHARING PENSION PLAN | 1,890,000.00 | A.P. Møller Mærsk A/ | 7,000,000 | 5,000 | 4/1/2014 | 1,873,935 | 5,996,592 | -1,734,018 | -56,366 | -2,102,557 | -1,459,858 | 643,793 | 419,659 |
| MOIRA ASSOCIATES LLC 401 (K) PLAN | 1,890,000.00 | A.P. Møller Mærsk A/ | 7,000,000 | 5,000 | 4/1/2014 | 1,873,935 | | | | | | | 93,765 |
| AMERICAN INVESTMENT GROUP OF NEW YORK, L.P. P | 378,000 | A.P. Møller Mærsk A/ | 1,400,000 | 1,000 | 4/1/2014 | 374,787 | | | | | | | 36,604 |

Acer

| Shareholder (Pension Plan) | Claimed Withheld dividend tax | Share | Dividend (DKK) | Number of shares | Ex-date | WHT received from agent (DKK) | WHT received from agent - combined (DKK) | Trading loss on share acquisitions and hedging transactions (DKK) | Trading fees (DKK) | MCM's fees (DKK) | Payments to Acer Investment Group, LLC (DKK) | WHT retained in PPs cash account (DKK) | WHT retained in PPs cash account individual (DKK) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| LINDEN ASSOCIATES DEFINED BENEFIT PLAN | 1,275,750.00 | Tryg A/S | 4,725,000 | 175,000 | 4/4/2014 | 1,264,906 | | | | | | | 268,112 |
| MOIRA ASSOCIATES LLC 401 (K) PLAN | 1,640,250.00 | Tryg A/S | 6,075,000 | 225,000 | 4/4/2014 | 1,626,308 | | | | | | | 70,952 |
| NEWSONG FELLOWSHIP CHURCH 401 (K) PLAN | 1,640,250.00 | Tryg A/S | 6,075,000 | 225,000 | 4/4/2014 | 1,626,308 | 6,143,830 | -1,767,497 | -84,827 | -2,067,218 | -1,514,477 | 709,811 | 70,125 |
| RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 1,275,750.00 | Tryg A/S | 4,725,000 | 175,000 | 4/4/2014 | 1,264,906 | | | | | | | 269,410 |
| AMERICAN INVESTMENT GROUP OF NEW YORK, L.P. P | 364,500.00 | Tryg A/S | 1,350,000 | 50,000 | 4/4/2014 | 361,402 | | | | | | | 31,211 |
| | | | | | | | | | | | | | |
| LINDEN ASSOCIATES DEFINED BENEFIT PLAN | 435,375.00 | Dampskibsselskabet | 1,612,500 | 322,500 | 4/24/2014 | 431,674 | | | | | | | 21,153 |
| RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 435,375.00 | Dampskibsselskabet | 1,612,500 | 322,500 | 4/24/2014 | 431,674 | 1,151,132 | -303,571 | -30,344 | -380,643 | -333,205 | 103,369 | 21,153 |
| THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARI | 290,250.00 | Dampskibsselskabet | 1,075,000 | 215,000 | 4/24/2014 | 287,783 | | | | | | | 61,061 |
| | | | | | | | | | | | | | |
| DW CONSTRUCTION, INC. RETIREMENT PLAN | 1,404,000.00 | Coloplast A/S - B | 5,200,000 | 1,300,000 | 5/9/2014 | 1,392,066 | | | | | | | 81,840 |
| KAMCO INVESTMENTS, INC. PENSION PLAN | 1,404,000.00 | Coloplast A/S - B | 5,200,000 | 1,300,000 | 5/9/2014 | 1,392,066 | 4,604,526 | -1,358,499 | -102,894 | -1,461,990 | -1,416,030 | 265,113 | 80,885 |
| LINDEN ASSOCIATES DEFINED BENEFIT PLAN | 918,000.00 | Coloplast A/S - B | 3,400,000 | 850,000 | 5/9/2014 | 910,197 | | | | | | | 51,195 |
| RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 918,000.00 | Coloplast A/S - B | 3,400,000 | 850,000 | 5/9/2014 | 910,197 | | | | | | | 51,195 |
| | | | | | | | | | | | | | |
| NEWSONG FELLOWSHIP CHURCH 401 (K) PLAN | 40,500.00 | IC Group A/S | 150,000 | 50,000 | 9/25/2014 | 40,156 | 40,156 | -40,495 | | | | | |
| | | | | | | | | | | | | | |
| AMERICAN INVESTMENT GROUP OF NEW YORK, L.P. P | 607,500.00 | Novozymes A/S - B | 2,250,000 | 750,000 | 2/26/2015 | 602,336 | | | | | | | 13,066 |
| LINDEN ASSOCIATES DEFINED BENEFIT PLAN | 451,170.00 | Novozymes A/S - B | 1,671,000 | 557,000 | 2/26/2015 | 448,138 | 1,497,809 | -529,537 | -42,160 | -591,492 | -302,130 | 32,490 | 9,721 |
| THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARI | 451,980.00 | Novozymes A/S - B | 1,674,000 | 558,000 | 2/26/2015 | 447,335 | | | | | | | 9,703 |

Not Annex E Tax Vouchers

Acer

| Shareholder (Pension Plan) | Claimed Withheld dividend tax | Share | Dividend (DKK) | Number of shares | Ex-date | WHT received from agent (DKK) | Trading loss on share acquisitions and hedging transactions (DKK) | Trading fees (DKK) | MCM's fees (DKK) | Net payments to Zeta Financial Partners Limited (€) | Net payments to Zeta Financial Partners Limited (converted to DKK) | WHT retained in PPs cash account (DKK) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN | 3,780,000.00 | Coloplast A/S - B | 14,000,000 | 2,000,000 | 12/6/2013 | 3,745,000 | -1,373,830 | -49,651 | -560,000 | 247,897 | -1,849,309 | -87,790 |
| CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN | 5,332,500.00 | Novozymes A/S - B | 19,750,000 | 7,900,000 | 2/27/2014 | 5,283,125 | -1,505,015 | -88,938 | -395,000 | 377,340 | -2,814,688 | 479,484 |
| CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN | 4,752,000.00 | TDC A/S | 17,600,000 | 8,000,000 | 3/7/2014 | 4,708,000 | -1,431,280 | -54,618 | -704,000 | 340,640 | -2,541,174 | -23,072 |
| CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN | 2,700,000.00 | Danske Bank A/S | 10,000,000 | 5,000,000 | 3/19/2014 | We cannot find any record of MCM having received the WHT | -759,000 | -47,611 | -400,000 | | | |
| CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN | 4,465,125.00 | Tryg A/S | 16,537,500 | 612,500 | 4/4/2014 | We cannot find any record of MCM having received the WHT | -1,327,220 | -17,368 | -661,500 | | | |
| CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN | 7,560,000.00 | A.P. Møller Mærsk A/S | 28,000,000 | 20,000 | 4/1/2014 | We cannot find any record of MCM having received the WHT | -1,976,688 | -16,737 | 1,120,000 | | | |
| CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN | 2,430,000.00 | Novo Nordisk A/S - B | 9,000,000 | 2,000,000 | 3/21/2014 | We cannot find any record of MCM having received the WHT | -636,180 | -27,526 | -360,000 | | | |
| CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN | 573,750.00 | Dampskibsselskabet N | 2,125,000 | 425,000 | 4/24/2014 | We cannot find any record of MCM having received the WHT | -149,932 | -11,546 | -42,500 | | | |
| CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN | 3,078,000.00 | Coloplast A/S - B | 11,400,000 | 2,850,000 | 5/9/2014 | We cannot find any record of MCM having received the WHT | -900,372 | -56,435 | -456,000 | | | |

| ACORN CAPITAL STRATEGIES LLC EMPLOYEE PENSION PROFIT SHARING PLAN & TRUST | 7,560,000.00 | A.P. Møller Mærsk A/S | 28,000,000 | 20,000 | 4/1/2014 | 7,490,000 | -1,976,663 | -16,737 | -1,120,000 | 469,168 | -4,270,581 | 106,019 |

Cambridge Way

| Shareholder (Pension Plan) | Claimed Withheld dividend tax | Share | Dividend (DKK) | Number of shares | Ex-date | WHT received from agent (converted to DKK) | Trading loss on share acquisitions and hedging transactions (DKK) | Trading fees (DKK) | MCM's fees (DKK) | Payments to Hertfordshire Ltd (€) | Payments to Hertfordshire Ltd (converted to DKK) | WHT retained in PPs cash account (DKK) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEDERATED LOGISTICS LLC 401(K) PLAN | 8,910,000.00 | Danske Bank A/S | 33,000,000 | 16,500,000 | 3/19/2014 | 8,854,313 | -2,671,515 | -268,922 | -1,980,000 | -520,000 | -3,879,200 | 54,676 |
| FEDERATED LOGISTICS LLC 401(K) PLAN | 12,150,000.00 | Novo Nordisk A/S - B | 45,000,000 | 10,000,000 | 3/21/2014 | 11,996,059 | -3,582,800 | -210,064 | -2,700,000 | -700,000 | -5,222,000 | 281,195 |
| FEDERATED LOGISTICS LLC 401(K) PLAN | 2,187,000.00 | Tryg A/S | 8,100,000 | 300,000 | 4/4/2014 | 2,157,015 | -650,082 | -22,932 | -405,000 | -120,000 | -895,200 | 183,801 |
| FEDERATED LOGISTICS LLC 401(K) PLAN | 6,804,000.00 | A.P. Møller Mærsk A/S - B | 25,200,000 | 18,000 | 4/1/2014 | 6,710,713 | -2,038,568 | -33,360 | -1,512,000 | -400,000 | -2,984,000 | 142,785 |
| FEDERATED LOGISTICS LLC 401(K) PLAN | 1,404,000.00 | Coloplast A/S - B | 5,200,000 | 1,300,000 | 5/9/2014 | 1,392,066 | -410,709 | -31,942 | -312,000 | | | 637,415 |

Federated

| Shareholder (Pension Plan) | Claimed Withheld dividend tax | Share | Dividend (DKK) | Number of shares | Ex-date | WHT received from agent (€) | WHT received from agent (converted to DKK) | Trading loss on share acquisitions and hedging transactions (DKK) | Trading fees (DKK) | MCM's fees (DKK) | WHT retained in PPs cash account (DKK) | Payments made to Pension Plans account at Scotia Bank (€) | Payments made to Pension Plans' account at Scotia Bank (converted to DKK) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEL MAR ASSET MANAGEMENT SAVING & RETIREMENT PLAN | 945,000.00 | Coloplast A/S - B | 3,500,000 | 500,000 | 12/6/2013 | 123,586 | 936,968 | -251,770 | -29,103 | | 656,095 | | |
| DEL MAR ASSET MANAGEMENT SAVING & RETIREMENT PLAN | 5,298,750.00 | Novozymes A/S - B | 19,625,000 | 7,850,000 | 2/27/2014 | 695,066 | 5,253,711 | -1,857,511 | -138,135 | -1,177,520 | 2,080,545 | 530,000 | 3,959,100.00 |
| DEL MAR ASSET MANAGEMENT SAVING & RETIREMENT PLAN | 14,256,000.00 | TDC A/S | 52,800,000 | 24,000,000 | 3/7/2014 | 1,872,643 | 14,165,228 | -4,116,840 | -278,996 | -3,168,000 | 6,601,392 | 875,000 | 6,536,250.00 |
| DEL MAR ASSET MANAGEMENT SAVING & RETIREMENT PLAN | 3,159,000.00 | Novo Nordisk A/S - | 11,700,000 | 2,600,000 | 3/21/2014 | 415,010 | 3,115,688 | -931,528 | -53,366 | -702,000 | 1,428,794 | | |
| DEL MAR ASSET MANAGEMENT SAVING & RETIREMENT PLAN | 2,551,500.00 | Tryg A/S | 9,450,000 | 350,000 | 4/4/2014 | 335,200 | 2,516,517 | -758,429 | -24,452 | -472,500 | 1,261,136 | | |
| DEL MAR ASSET MANAGEMENT SAVING & RETIREMENT PLAN | 4,536,000.00 | A.P. Møller Mærsk | 16,800,000 | 12,000 | 4/1/2014 | 595,911 | 4,473,809 | -1,359,045 | -22,249 | -1,008,000 | 2,084,515 | 485,000 | 3,622,950.00 |
| DEL MAR ASSET MANAGEMENT SAVING & RETIREMENT PLAN | 3,240,000.00 | Coloplast A/S - B | 12,000,000 | 3,000,000 | 5/9/2014 | 426,310 | 3,212,460 | -947,790 | -68,270 | -720,000 | 1,476,400 | 110,000 | 821,700.00 |

Del Mar

| Shareholder (Pension Plan) | Claimed Withheld dividend tax | Share | Dividend (DKK) | Number of shares | Ex-date | WHT received from agent (DKK) | WHT received from agent combined (DKK) | Trading loss on share acquisitions and hedging transactions (DKK) | Trading fees (DKK) | MCM's fees (DKK) | WHT retained in PPs cash account (DKK) | WHT retained in PPs cash account individual (DKK) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTOPARTS PENSIONS GROUP TRUST | 2,200,771.00 | TDC A/S | 8,151,000 | 3,705,000 | 3/7/2014 | 2,200,770 | | | | | | 7,841,997 |
| BLUEGRASS INVESTMENT MANAGEMENT, LLC RETIREMENT PLAN | 2,523,312.00 | TDC A/S | 9,345,600 | 4,248,000 | 3/7/2014 | 2,523,312.00 | | | | | | 3,392,369 |
| BLUEGRASS RETIREMENT GROUP TRUST | 956,340.00 | TDC A/S | 3,542,000 | 1,610,000 | 3/7/2014 | 956,340 | | | | | | 8,926,344 |
| CASTING PENSIONS GROUP TRUST | 2,021,025.60 | TDC A/S | 7,485,280 | 3,402,400 | 3/7/2014 | 2,021,025.60 | | | | | | 7,161,919 |
| CENTRAL TECHNOLOGIES PENSIONS GROUP TRUST | 932,580.00 | TDC A/S | 3,454,000 | 1,570,000 | 3/7/2014 | 932,580.00 | 18,324,900 | 50,186,520 | -136,335 | 3,175,051 | 71,550,136 | 3,298,993 |
| INDUSTRIAL PENSIONS GROUP TRUST | 2,205,640.80 | TDC A/S | 8,169,040 | 3,713,200 | 3/7/2014 | 2,205,640.80 | | | | | | 7,810,585 |
| SV HOLDINGS, LLC RETIREMENT PLAN | 1,825,480.80 | TDC A/S | 6,761,040 | 3,073,200 | 3/7/2014 | 1,825,480.80 | | | | | | 6,468,456 |
| TEW ENTERPRISES, LLC RETIREMENT PLAN | 2,713,986.00 | TDC A/S | 10,051,800 | 4,569,000 | 3/7/2014 | 2,713,986.00 | | | | | | 9,598,358 |
| TEW, LP RETIREMENT PLAN | 2,945,764.80 | TDC A/S | 10,910,240 | 4,959,200 | 3/7/2014 | 2,945,764.80 | | | | | | 10,701,013 |

Holbeach

| Shareholder (Pension Plan) | Claimed Withheld dividend tax | Share | Dividend (DKK) | Number of shares | Ex-date | WHT received from agent (DKK) | Trading loss on share acquisitions and hedging transactions (DKK) | Trading fees (DKK) | MCM's fees (DKK) | WHT retained in PPs cash account (DKK) |
|---|---|---|---|---|---|---|---|---|---|---|
| TVETER LLC PENSION PLAN | 594,000.00 | TDC A/S | 2,200,000 | 1,000,000 | 3/7/2014 | 588,951 | -154,160 | -13,297 | -132,000 | 289,494 |
| TVETER LLC PENSION PLAN | 210,600.00 | Danske Bank A/S | 780,000 | 390,000 | 3/19/2014 | 208,810 | -55,306 | -10,875 | -46,800 | 95,829 |
| TVETER LLC PENSION PLAN | 273,375.00 | Novo Nordisk A/S - B | 1,012,500 | 225,000 | 3/21/2014 | 271,051 | -71,546 | -9,699 | -60,750 | 129,056 |
| TVETER LLC PENSION PLAN | 302,400.00 | A.P. Møller Mærsk A/S - B | 1,120,000 | 800 | 4/1/2014 | 299,830 | -79,010 | -1,381 | -67,200 | 152,239 |
| TVETER LLC PENSION PLAN | 729,000.00 | Tryg A/S | 2,700,000 | 100,000 | 4/4/2014 | 722,804 | -189,689 | -5,364 | -162,000 | 365,751 |
| TVETER LLC PENSION PLAN | 324,000.00 | Dampskibsselskabet Nordel | 1,200,000 | 240,000 | 4/24/2014 | 321,246 | -84,677 | -10,192 | -72,000 | 154,377 |
| TVETER LLC PENSION PLAN | 124,200.00 | Coloplast A/S - B | 460,000 | 115,000 | 5/9/2014 | 123,144 | -32,880 | -5,425 | -27,600 | 57,239 |

Tveter