# Exhibit E

```
 1          UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF NEW YORK
 2

 3   _____
     IN RE:                              )
 4                                       )
     CUSTOMS AND TAX ADMINISTRATION OF   )
 5   THE KINGDOM OF DENMARK              )   CASE NO.
     (SKATTEFORVALTNINGEN) TAX REFUND    )   18-MD-2865 (LAK))
 6   SCHEME LITIGATION                   )
                                         )
 7   This document relates to case nos.  )
     18-CV-05308; 18-CV-05309; 18-CV-05305; )
 8   18-CV-05299; and 18-CV-05300        )
     _____)
 9

10

11

12

13

14

15       VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF

16                        SVETLIN PETKOV

17                       February 5, 2020

18

19

20

21

22

23

24   REPORTED BY: MICHAEL FRIEDMAN, CCR

25
```

Svetlin Petkov - February 5, 2020

Page 10

```
1      S V E T L I N   P E T K O V,
2              called as a witness, having been first
3      duly sworn according to law, testifies as follows:
4
5
6              MR. WEINSTEIN:  Great.  Before we
7          start, just -- I had a discussion with
8          Mr. Allison about objections for
9          depositions, so we'll just put it on the
10         record that we agree that an objection
11         by one counsel will be an objection for
12         all counsel to preserve it for everybody
13         so that we don't need to have multiple
14         folks chiming in with objections.
15              And so, unless I hear an objection
16         to that, we'll proceed on that basis.
17         Okay, great.
18
       EXAMINATION BY MR. WEINSTEIN:
19
20         Q    Good morning, Mr. Petkov?
21         A    Good morning.
22         Q    You get the prize for being the
23     first.  Somebody had to do it, so thank you
24     for doing that.
25              So as we proceed today, I'm going
```

Svetlin Petkov - February 5, 2020

Page 68

```
1          Q    Where there's discussion about the
2    power of attorney.
3               Do you see that?
4          A    I do.
5          Q    In that e-mail, Mr. Toffel is
6    stating to Mr. Protass that perhaps he should
7    call the lawyer "and see what they can do to
8    make you comfortable."
9               Do you see that?
10         A    I do.
11         Q    Do you recall having any
12   discussions with Mr. Protass about that?
13         A    I do not.
14         Q    Having seen this e-mail, do you now
15   recall having any discussions with
16   Mr. Protass about the limited power of
17   attorney?
18         A    I don't remember that far back.  I
19   mean, I see the e-mail, but I don't remember.
20         Q    Do you recall him expressing any
21   concerns to you?
22         A    I do not.
23         Q    Do you recall how many pension
24   plans you established in connection with this
25   dividend arbitrage strategy?
```

Svetlin Petkov - February 5, 2020

Page 69

```
1      A    In which year?  2014?
2      Q    Let's start with that, sure.
3      A    Two in 2014.
4      Q    Which ones were those?
5      A    The Petkov Management, and I
6  believe it was the SPP or the SPKK.
7           I'm not sure.
8      Q    Did you establish any additional
9  plans after 2014 in connection with the
10 dividend arbitrage strategy?
11     A    I established three more plans that
12 were a part of the dividend strategy, yes.
13     Q    Do you recall the names of those
14 plans?
15     A    SVP, KASV, and Petkov Partners, I
16 believe.
17     Q    So you had mentioned earlier one
18 name, SPKK?
19     A    Yes.
20     Q    What did that stand for?
21     A    My initials and my wife's initials.
22     Q    And her name is Kara Kennedy?
23     A    That's right.
24     Q    The SVP Plan, what does that stand
25 for?
```

Svetlin Petkov - February 5, 2020

Page 73

```
1     consulting fees for services provided to
2     Mr. Godson through this LLC?
3          A    I mean, they were paid to me.  I
4     don't know what do you mean, "earned."
5          Q    For what reason did you get paid
6     consulting fees?
7          A    I don't remember exactly how
8     my agreement -- what conversations I had with
9     Mr. Godson at the time.
10         Q    When did you establish this
11    consulting arrangement?
12         A    Somewhere around 2014.  I don't
13    remember exactly.
14         Q    How much did he pay you?
15         A    $50,000, around $50,000.
16         Q    Was that a one-time payment?
17         A    It was, yes.
18         Q    Other than the $50,000 that
19    Mr. Godson paid this LLC, did the LLC earn
20    any other money?
21         A    I don't remember, no.
22         Q    Did the LLC have any employees?
23         A    Just me.
24         Q    Did it issue any W-2s?
25         A    No.
```

Svetlin Petkov - February 5, 2020

Page 82

```
 1            But I don't remember exactly why I
 2   used these specific banks.
 3        Q   I'm going to hand you a document to
 4   be marked as Exhibit 11.
 5            (Whereupon the above mentioned was
 6        marked for Identification.)
 7        Q   Exhibit 11 has the Bates number
 8   SPKK 251 through 380.  I do not plan on
 9   having you look at each page unless you need
10   to.
11        A   Okay.
12        Q   What is Exhibit 11?
13        A   It looks like it's the documents
14   for the SPKK 401(k) Plan.
15        Q   Did you execute this document, if
16   you look at the last page?
17        A   Yes, I did.
18        Q   Was the plan established in July of
19   2014?
20        A   It looks that way, yes.
21        Q   Why did you establish a second plan
22   in July of 2014?
23        A   I don't remember exactly.
24        Q   Do you recall any purpose other
25   than to implement the dividend arbitrage
```

```
 1    strategy?
 2          MR. ALLISON:  Object to form.
 3      A   No, I don't remember what I was
 4    thinking exactly back then.
 5      Q   Was at least one purpose the
 6    implementation of the dividend arbitrage
 7    strategy?
 8      A   Yes, that's right.
 9      Q   Okay.  And as you sit here today,
10    you just don't recall any other purposes?
11      A   I mean, I don't specifically recall
12    anything else, no.
13      Q   Who were the plan participants of
14    the SPKK, LLC 401(k) Plan?
15      A   I was.
16      Q   Anyone else?
17      A   No.
18      Q   And it states at the top that
19    SPKK, LLC is a Missouri LLC?
20      A   That's right.
21      Q   And why was this particular LLC
22    established in Missouri?
23      A   I forget exactly, but I believe it
24    had to do with the expediency or the cost of
25    opening an LLC, which is cheaper there.  It
```

1    may have been faster as well.
2         Q    Was SPKK, LLC, other than being a
3    mouthful, the plan sponsor for the SPKK, LLC
4    401(k) Plan?
5         A    Yeah, it was.
6         Q    Did the SPKK, LLC have any
7    business?
8         A    I don't remember.
9         Q    Do you recall if that LLC generated
10   any income?
11        A    I don't remember.
12        Q    Did it have any employees?
13        A    Just me.
14        Q    What were you employed to do by the
15   SPKK, LLC?
16        A    I believe I was the owner, the
17   managing partner.  I forget exactly what my
18   title was for it.
19        Q    Did you operate any kind of
20   business through the SPKK, LLC?
21        A    I don't recall, no.
22        Q    Do you see in Paragraph B on the
23   first page, it's entitled "Exclusive
24   Benefit"?
25             And it says, "The plan shall be

```
1            MR. ALLISON:  Object to form.
2       A    I didn't put up any of my personal
3    money upfront, no.
4       Q    Okay.  And did the plans that you
5    formed put up any money --
6            MR. ALLISON:  Object to form.
7       Q    -- for the trading?
8            MR. ALLISON:  Object to form.
9       A    I don't know.  I'm not sure how the
10   trading happened.
11      Q    As far as you know, though, the
12   plan -- you didn't provide any liquidity or
13   funding to the plan for it to enter into an
14   investment?
15           MR. ALLISON:  You mean,
16      Mr. Petkov --
17           (Whereupon a discussion was held
18      off the record.)
19      A    Sorry.  Could you repeat?
20      Q    Sure.  You personally did not put
21   up any funding or capital in order to cause
22   the plans to trade.
23           Is that right?
24           MR. ALLISON:  Object to form.
25      A    I did not put any personal money
```

1      into the custodian accounts at Solo.  No, I
2      did not.
3           Q    And did the LLCs, the plan
4      sponsors, provide funding for the plan in
5      order for it to enter into the transactions
6      that were done on its behalf?
7                MR. ALLISON:  Object to form.
8           A    No, no.
9           Q    So when you talk about potential
10     losses from the trading, if losses were
11     generated, who would pay?
12          A    Well, the plans would suffer
13     losses, right, and the plan, that would be --
14     would be in a deficit.  Also, you know, to
15     the extent that the trades were settled or
16     financed, there will be somebody who will
17     have to take that loss, either the provider
18     or the -- or whoever is providing financing
19     that would bear the economic loss, I would
20     imagine.
21          Q    To the extent that the plan would
22     bear the economic loss, did any of these
23     plans have the means to cover those losses?
24               MR. ALLISON:  Object to form.
25          A    There wasn't -- I mean, the

1    you were referring to the custody accounts.
2         I'm sorry.
3         Q    Okay.  So fair enough.  I want to
4    make sure we're on the same page.
5         How many custody accounts are you
6    aware of having been opened at -- on behalf
7    of your five plans?
8         A    I don't know.  I'm not aware.
9         Q    Okay.  Do you know if any were?
10        A    Not for a fact, no.
11        Q    Okay.  As far as you know, did any
12   of your plans' bank accounts, the bank
13   accounts that you're aware of, receive money
14   from any custodian related to this dividend
15   strategy?
16        A    Not that I'm aware of.
17        Q    Did you personally receive money
18   from any custodian in connection with the
19   dividend strategy?
20             MR. ALLISON:  I'm sorry.  You're
21        asking directly from the custodian to
22        him personally?
23             MR. WEINSTEIN:  Yeah.
24        A    No, I did not.
25        Q    Okay.  And other than the 600,000

Svetlin Petkov - February 5, 2020

Page 182

```
1      from Mr. Lehman, and then the 50,000 from
2      Mr. Godson, forgetting about where they may
3      have gotten the money, did you or your plans
4      receive money from any other entities in
5      connection with the dividend strategy?
6           A    No.
7           Q    Or from any other individuals?
8           A    No.
9           Q    I'm going to hand you a document
10     that will be marked as Exhibit 34.
11               (Whereupon the above mentioned was
12          marked for Identification.)
13          Q    Are you familiar with Exhibit 34?
14          A    (Witness reviewing.)
15               No, I'm not.
16          Q    Have you ever seen it before?
17          A    No, I don't believe so.
18          Q    It appears to be a statement of
19     some sort from Solo Capital for the Petkov
20     Management, LLC 401(k) plan.  And I'll just
21     identify the Bates on this.  It's
22     PETK_MAN 1295.
23               To the extent this was produced on
24     behalf of the Petkov Management Plan, did it
25     come from any -- well, did it come from you
```

Svetlin Petkov - February 5, 2020

Page 186

```
1       Q    This document has the backwards
2    Bates numbering of -- and that's our doing --
3    PETK_MAN 1292, and then an attachment that's
4    1291.
5            The cover e-mail starts with an
6    e-mail from Ganymede Cayman to the
7    Trading@Petkov Management.com e-mail account.
8            Do you see that?
9       A    I do.
10      Q    Do you know what Ganymede is?
11      A    No, I do not.
12      Q    In 2014, had you heard about
13   Ganymede?
14      A    I don't believe I had, no.
15      Q    It says that it's attaching an
16   invoice for amounts payable under the
17   services agreement.
18           Were you aware of any services
19   agreement between Ganymede and the Petkov
20   Management Plan?
21      A    No, I was not.
22      Q    And it refers specifically to an
23   "Invoice 366" which appears to be what's
24   attached.
25           Do you see that?
```

Svetlin Petkov - February 5, 2020

Page 187

```
 1       A    Yes, I do.
 2       Q    And it's for an amount that seems
 3   to match the amount that was on that account
 4   statement, the prior exhibit, which
 5   was -- said it was referencing an
 6   Invoice 366.
 7       A    Oh, okay.  Yes, I see it.
 8       Q    You see that?
 9       A    I do.
10       Q    Do you know why, according to these
11   documents, the Petkov Management Plan paid
12   Ganymede Cayman Limited 32.2 million kroner
13   in August of 2014?
14       A    I do not.
15       Q    Do you know anyone who is
16   associated with that entity?
17       A    I do not.
18       Q    If I were to ask you about the
19   trading activity for any of the five plans,
20   would your answers be the same, you weren't
21   aware of any of the specifics?
22            Is that fair?
23       A    That's fair.
24       Q    Okay.  We don't have to go through
25   a bunch of them that to determine that you
```