# Exhibit F

Carl Andrew Vergari – February 12, 2020

```
1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF NEW YORK

3      _____
       IN RE:                            )
4                                         )
       CUSTOMS AND TAX ADMINISTRATION OF  )
5      THE KINGDOM OF DENMARK             )   CASE NO.
       (SKATTEFORVALTNINGEN) TAX REFUND   )   18-MD-2865 (LAK))
6      SCHEME LITIGATION                  )
                                          )
7      This document relates to case nos. )
       18-CV-05308; 18-CV-05309; 18-CV-05305; )
8      18-CV-05299; and 18-CV-05300       )
       _____)
9

10

11

12

13     VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF

14                  CARL ANDREW VERGARI

15              DATE: February 12, 2020

16

17

18

19

20

21

22

23

24     REPORTED BY:

25     MICHAEL FRIEDMAN, CCR
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

Carl Andrew Vergari - February 12, 2020

Page 9

```
1    C A R L    A N D R E W    V E R G A R I,
2              called as a witness, having been first
3    duly sworn according to law, testifies as follows:
4
5
6
7    EXAMINATION BY MR. WEINSTEIN:
8         Q    Good morning, Mr. Vergari.
9    Throughout the day today, I'll be asking you
10   questions.   Mike here will be taking it down
11   on the stenographic record.
12              Because of that, we ask that you
13   verbalize any answers as opposed to nodding
14   or any other form of communication.
15        A    Okay.
16        Q    If you don't understand a question
17   or you didn't quite hear it, just ask us and
18   we can read it back or try again.
19        A    Okay.
20        Q    The goal will be to take a break
21   around every hour to hour, 15 minutes.   But
22   if you need to take a break before that for
23   some reason, just let us know and we'll
24   accommodate.
25              We just ask that if I've asked you
```

Carl Andrew Vergari - February 12, 2020

Page 16

1    however you just worded it, yes.  But I did

2    not know the logistics of it or who was

3    involved.

4         Q    But you did know that claims were

5    being submitted to Denmark for tax refunds on

6    behalf of the NYCATX Plan?

7         A    Yes.

8         Q    What prompted you to create the

9    NYCATX Plan?

10            MR. ALLISON:  Object to form.

11        A    I was told to create a plan to be

12   involved in an investment opportunity.

13        Q    Who told you that?

14        A    My bosses at the time.

15        Q    Who were they?

16        A    Matthew Tucci, Dawson Bradley, and

17   Danny Fletcher.

18        Q    When you say they were your bosses

19   at the time, was that at Tradition?

20        A    Yes.

21        Q    Can you describe each of their

22   roles at Tradition?

23        A    They were the co-heads of the desk,

24   is the best way to put it, of our group.

25        Q    Was that the emerging markets

Carl Andrew Vergari - February 12, 2020

Page 31

1              Is that right?

2        A    Yes.

3        Q    Okay.  Was that LLC formed for any

4    other purpose other than to take advantage of

5    this investment opportunity?

6        A    No, it wasn't.

7        Q    Have you met with Mr. Shah any

8    other times, other than that meeting that you

9    described?

10       A    Just that one time.

11       Q    Have you had any conversations with

12   him other than that in-person meeting?

13       A    In person?  No.

14       Q    Other than that hotel meeting, have

15   you talked to him by phone or other means?

16       A    I believe I e-mailed him once,

17   asking him to explain the trade in detail,

18   just in writing.

19       Q    Okay.

20       A    And he told me to go over it with

21   Roger Lehman.

22       Q    Did it concern you that he didn't

23   give you a response in writing about an

24   explanation for the trades?

25            MR. ALLISON:  Object to form.

Carl Andrew Vergari - February 12, 2020

1        A    I don't.

2        Q    When you say a "holder" of a

3    401(k), what do you mean by that?

4        A    They were the -- I'm not sure how

5    to put it.  Like they were the 401(k)

6    platform or -- yeah, I'm not quite sure how

7    to word it.

8        Q    Did Mr. Lehman give you

9    instructions to open up an LLC in this form?

10            MR. ALLISON:  Object to form.

11        A    This, I believe it was just

12    everything in that binder that we had to fill

13    out to -- as part of the onboarding process.

14    And if I remember correctly, this is just one

15    of those pieces.

16        Q    Who owned this LLC?

17        A    I did.

18        Q    Any other owners?

19        A    No.

20        Q    Did NYCATX, LLC conduct any

21    business?

22        A    No.

23        Q    Did it employ anyone?

24        A    No.

25        Q    Does it still exist?

Carl Andrew Vergari - February 12, 2020

1          How did you understand that plans

2     would be able to purchase securities without

3     providing any cash?

4          MR. ALLISON:  Object to form.

5     A    Well, I was under the understanding

6     that Solo Capital was a hedge fund that had

7     already existed, and I assumed that a hedge

8     fund has capital to -- already to partake in

9     investments.

10    Q    So was it your understanding that

11    Solo Capital would provide the money to

12    purchase shares on the plan's behalf?

13         MR. ALLISON:  Object to form.

14    A    Yes.

15    Q    Have you ever invested in hedge

16    funds before?

17    A    No, I haven't.

18    Q    Is it your general understanding

19    that in order to have a hedge fund trade on

20    your behalf as an investor, that the investor

21    would have to put money into the hedge fund

22    first before it would execute trades on the

23    investor's behalf?

24         MR. ALLISON:  Object to form.

25    A    I know that now.  But at the time,

Carl Andrew Vergari - February 12, 2020

1    portion of the refunds that were paid by SKAT

2    as a result of those claims?

3                MR. ALLISON:  Object to form.

4        A    The plan itself did not, no.

5        Q    Who got the refunds?

6        A    I'm not sure.  I would imagine Solo

7    did on behalf of my plan, all the plans.

8        Q    Did Solo then provide any of those

9    to the plan, or no?

10       A    The dividends?

11       Q    The refunds.

12       A    Oh, I'm not sure.

13       Q    So as a result of the various

14   trading that happened on behalf of the plan,

15   did the plan get any money?

16       A    Not to my knowledge, no.

17       Q    As a result of the trading that was

18   done on behalf of the plan, did you

19   personally get any money?

20       A    Yes.

21       Q    How much did you get?

22       A    Around $130,000.  Two payments of

23   60 and a payment of ten, I believe.

24               MR. WEINSTEIN:  Tell you what?

25       Let's break for lunch.  It's a little

Carl Andrew Vergari - February 12, 2020

```
 1        Q    Down towards the bottom of that

 2   statement, on September 2nd, there's a

 3   deposit of $10,696.

 4             Do you see that?

 5        A    Yes.

 6        Q    Is that related at all to the

 7   investment program?

 8        A    No.

 9        Q    Okay.  In connection with the

10   re-claims submitted on behalf of the NYCATX

11   Plan, and those submissions are Exhibits 47

12   and 74 to 75, SKAT paid out to Acupay

13   approximately 5.5 million U.S. dollars based

14   on the approximate exchange rates at the

15   time.

16             Okay?

17        A    In regards --

18             MR. ALLISON:  Let him finish the

19        question first.

20        Q    So in connection with those five

21   claim forms, SKAT paid an approximate

22   equivalent of 5.5 million U.S. dollars.

23             And your testimony is that what you

24   or your plan received at the end of the day

25   from that was a little under $140,000.
```

Carl Andrew Vergari - February 12, 2020

Page 163

```
 1              Is that right?
 2      A    Yes.
 3      Q    Okay.  You know, from your
 4  perspective, were you or was your plan
 5  actually involved in an investment
 6  opportunity or was this more like you rented
 7  out a plan to Solo Capital --
 8              MR. ALLISON:  Object to form.
 9      Q    -- for a fee?
10      A    I don't know.  I -- these numbers
11  that I received, I just kind of went along
12  with it.  That that was my cut or my -- you
13  know, my share of the -- whatever was
14  profited.
15      Q    And during the course of the
16  trading that happened on behalf of the plan
17  for the year prior to those payments, you did
18  not pay much attention to what was actually
19  being traded and how much was coming in.
20              Is that right?
21      A    Correct.
22      Q    Is that because you didn't expect
23  to receive specific percentages of any
24  trading profits?
25      A    I didn't know what to expect in
```