**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION

This document relates to:    18-cv-09797[1]
18-cv-10100

MASTER DOCKET

18-md-2865 (LAK)

---

**NOTICE OF THIRD-PARTY PLAINTIFFS/COUNTERCLAIM-DEFENDANTS'**
**MOTION TO DISMISS ED&F MAN CAPITAL MARKETS LTD.'S COUNTERCLAIM**

**PLEASE TAKE NOTICE THAT**, upon the accompanying memorandum of law and

declaration of John C. Blessington, Plaintiffs and Defendants-in-Counterclaim DW Construction,

Inc. Retirement Plan, Kamco Investments, Inc. Pension Plan, Kamco LP Profit Sharing Pension

Plan, Linden Associates Defined Benefit Plan, Moira Associates 401(K) LLC Plan, Riverside

Associates Defined Benefit Plan, American Investment Group of New York, L.P. Pension Plan,

and Newsong Fellowship Church 401(k) Plan (the "Plans") named in the above-captioned

multidistrict litigation (18-md-02865) and the related actions (18-cv-09797 and 18-cv-10100),

hereby move this Court for an order dismissing ED&F's Counterclaims against the Plans with

---

[1] SKAT's actions first filed in Utah federal court were consolidated and then transferred to this
Court. The above-captioned related action, 18-cv-09797, comprises the following actions: *SKAT
v. DW Construction, Inc. Retirement Plan*, 18-cv-09797 (S.D.N.Y.); *SKAT v. Kamco Investments
Inc. Pension Plan*, 18-cv-09836 (S.D.N.Y.); *SKAT v. Kamco LP Profit Sharing Pension Plan*, 18-
cv-09837 (S.D.N.Y.); *SKAT v. Linden Associates Defined Benefit Plan*, 18-cv-09838 (S.D.N.Y.);
*SKAT v. Moira Associates LLC 401K Plan*, 18-cv-09839 (S.D.N.Y.); *SKAT v. Riverside Associates
Defined Benefit Plan*, 18-cv-09840 (S.D.N.Y.); and *SKAT v. American Investment Group of New
York, L.P. Pension Plan*, 18-cv-09841 (S.D.N.Y.).

prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) and for such other, further, or different relief as the Court deems just and proper.

March 30, 2020                                    Respectfully submitted,

                                                K&L GATES LLP


                                                */s/ John C. Blessington*
                                                John C. Blessington (*pro hac vice*)
                                                 john.blessington@klgates.com
                                                Brandon R. Dillman (*pro hac vice*)
                                                 brandon.dillman@klgates.com
                                                K&L GATES LLP
                                                State Street Financial Center
                                                One Lincoln Street
                                                Boston, MA  02111
                                                T: 617.261.3100
                                                F: 617.261.3175

                                                *Attorneys for Defendants / Third-Party Plaintiffs*
                                                *DW Construction, Inc. Retirement Plan,*
                                                *Kamco Investments, Inc. Pension Plan,*
                                                *Kamco LP Profit Sharing Pension Plan,*
                                                *Moira Associates LLC 401(k) Plan, Linden*
                                                *Associates Defined Benefit Plan, Riverside*
                                                *Associates Defined Benefit Plan, American*
                                                *Investment Group of New York, L.P. Pension*
                                                *Plan, Stacey Kaminer, Joan Schulman,*
                                                *David Schulman, Newsong Fellowship*
                                                *Church 401(k) Plan, and Alexander Jamie*
                                                *Mitchell III*

2