**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-05374; 1:18-cv-08655 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### NOTICE OF THIRD-PARTY PLAINTIFFS/COUNTERCLAIM-DEFENDANTS MOTION TO DISMISS ED&F MAN CAPITAL MARKETS LTD.'S COUNTERCLAIM

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated March 30, 2020, and the Declaration of Eric Smith, dated March 30, 2020, with all exhibits thereto, Third-Party Plaintiffs and Defendants-in-Counterclaim Del Mar Asset Management Savings and Retirement Plan and Federated Logistics LLC 401(K) Plan (together, the "Plans"), by its undersigned attorneys, will move the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United Sates Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a time and date to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Third-Party Defendant and Counterclaimant ED&F Man Capital Markets Ltd.'s First Counter-Claim Against Third-Party Plaintiffs Del Mar Asset Management Savings and Retirement Plan and Federated Logistics LLC 401(K) Plan (as stated at ¶¶ 114–123 of Third-Party Defendant ED&F Man Capital Markets LTD.'s Answer to Third-Party Plaintiffs Del Mar Asset Management Savings and Retirement Plan's, Federated Logistics LLC 401K Plan's, and David Freelove's Third-Party Complaint, Dkt. No. 283) with

prejudice, and for such other and further relief as the Court deems just and proper. The Plans respectfully request that the Court hold oral argument regarding this Motion.

Dated: New York, New York
      March 30, 2020

Respectfully submitted,

KOSTELANETZ & FINK LLP

/s/ Eric Smith
Bryan Skarlatos
 bskarlatos@kflaw.com
Eric Smith
 esmith@kflaw.com
7 World Trade Center, 34th Floor
250 Greenwich Street
New York, NY 10007
T: 212-808-8100
F: 212-808-8108

*Attorneys for Defendants / Third-Party Plaintiffs Del Mar Asset Management Savings and Retirement Plan and Federated Logistics LLC 401(K) Plan*