## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: All Cases | Master Docket 18-md-02865 (LAK) |

## CONSOLIDATED DEFENDANTS' JOINT STATEMENT AND RESERVATION OF RIGHTS REGARDING PLAINTIFF'S MOTION TO AMEND ITS COMPLAINTS

Defendants in each of the individual cases brought by plaintiff Skatteforvaltningen ("SKAT") (collectively, the "Consolidated Defendants")[1], by and through undersigned counsel, submit this statement in response to Plaintiff's Motion for Leave to Amend Its Complaints (Dkt. No. 294).  Specifically, the Consolidated Defendants state as follows:

1)      Beginning in May 2018, SKAT filed complaints against certain defendants (the "May 2018 Defendants").

2)      On February 26, 2019, SKAT filed additional complaints against some of the defendants (the "February 2019 Defendants").

3)      The May 2018 Defendants have completed substantial document production and started depositions, and discovery is underway for the February 2019 Defendants, who continue to produce documents.

4)      On March 27, 2020, nearly two years after filing its first complaint, SKAT filed a motion with supporting memorandum and declaration of Marc Weinstein, with exhibits, seeking

---

[1]      "Consolidated Defendants" refers to all defendants in the 184 consolidated actions pending before this Court in the above-captioned Multi-District Litigation.

leave of the Court to amend the complaints in all of the individual matters.  *See* Dkt. Nos. 294–296.

5)      Drafts of the individual amended complaints were not shared with Consolidated Defendants prior to SKAT's motion, nor did SKAT provide amended complaints for all of the individual matters in support of its motion.[2]

6)      Counsel for SKAT and the Consolidated Defendants reached an agreement permitting the latter to file any response to the motion by April 17, 2020, which agreement was memorialized in a stipulation and proposed order filed at Dkt. No. 313.

7)      On April 13, 2020, the Court summarily granted SKAT's motion.

8)      In light of the lenient standards governing amendment of pleadings, the Consolidated Defendants would have elected not to object to the relief sought in SKAT's motion, notwithstanding the delay, for some defendants, of nearly two years and after substantial discovery has already been completed.   Accordingly, and for the avoidance of any doubt, the Consolidated

---

[2] Courts routinely deny motions to amend complaints where the movant failed to provide the proposed amended complaint.  *See, e.g.*, *Burrell-Hamilton v. Oden*, 2020 WL 1271366, at *1 (S.D.N.Y. March 16, 2020) ("[plaintiff]'s motion to amend will be denied because he has not submitted a proposed amended complaint").  The requirement that movant supply a copy of the proposed amended pleading applies equally in consolidated multidistrict litigation.  *See In re Tribune Co. Fraudulent Conveyance Litig.*, 2017 WL 82391, at *20 (S.D.N.Y. Jan. 6, 2017) (Second Circuit Judge Sullivan, sitting by designation, denying request to amend in MDL where plaintiff failed to submit proposed amended complaint).  This is because "it is difficult to evaluate a request to amend pleadings in the abstract."  *Separzadeh v. Iconix Brand Grp., Inc.*, 2017 WL 1330331, at *2 (S.D.N.Y. April 10, 2017).  Here, SKAT only provided four sample complaints, suggesting those samples provided enough notice to the defendants of the types of new allegations and claims that SKAT intended to add to all 184 cases in this MDL.  Unfortunately, that is simply not true given the different fact patterns for some of the cases, and at a minimum, SKAT should have provided more than just four samples.  Under these circumstances, the Consolidated Defendants have been forced to speculate what SKAT's new allegations will actually be.  The Consolidated Defendants should not have been forced to consider SKAT's amendments "in the abstract."  *See id.*

Defendants state for the record that they take no position on SKAT's request for relief nor regarding the sufficiency of their application therefor.

9)      The Consolidated Defendants' withholding of any objection(s) is expressly limited to the relief sought in SKAT's motion, and it does not extend to any of the bases enumerated in SKAT's memorandum in support.  Nothing herein should be construed as any agreement, concession, or statement by any Consolidated Defendant as to the correctness or validity of any argument in support of SKAT's motion.

10)      In addition, nothing herein should be construed as any agreement, concession, or statement by any Consolidated Defendant as to the truth or relevance of any proposed amendment to any complaint.  To the extent that SKAT's proposed amended complaints restate allegations to which Consolidated Defendants have previously responded, any and all of such responses are incorporated by reference and restated as if set forth herein.  The Consolidated Defendants hereby reserve all rights to respond to any new allegations and to raise any and all objections, defenses and/or other challenges to any amended complaint in whatever manner is deemed appropriate, including, without limitation, via timely answer or motion to dismiss.

WHEREFORE, the Consolidated Defendants respectfully reserve all rights in connection with SKAT's motion for leave to amend its complaints and ask that the Court take such other and further action as it determines are just and proper.

Dated: April 17, 2020
        New York, New York

                              CAPLIN & DRYSDALE, CHARTERED

                              By: /s/ Mark D. Allison
                              Mark D. Allison
                              Zhanna A. Ziering
                              600 Lexington Avenue
                              21st Floor

New York, New York 10022
Tel: (212) 379-6000
mallison@capdale.com
zziering@capdale.com
*Attorneys for Defendants:*
*Ackview Solo 401K Plan; Aerovane*
*Logistics LLC Roth 401K Plan; Blackrain*
*Pegasus LLC Solo 401K Plan; Blue Ocean*
*Equity LLC Retirement Plan; Cole*
*Enterprises USA Retirement Plan and Trust;*
*CSCC Capital Pension Plan; Delgado Fox*
*LLC Solo 401K Plan; Edgepoint Capital*
*LLC Roth 401K Plan; FiftyEightSixty LLC*
*Solo 401K Plan; Gyos 23 LLC Solo 401K*
*Plan; Headsail Manufacturing LLC Roth*
*401K Plan; JML Capital LLC 401K Plan;*
*KK Law Firm Retirement Plan Trust; Natoli*
*Management Pension Plan; Nova Fonta*
*Trading LLC 401K Plan; OneZeroFive LLC*
*Solo 401K Plan; Pegasus Fox 23 LLC Solo*
*401K Plan; Sanford Villa Pension Plan; The*
*Aston Advisors LLC 401K Plan; The Aria*
*Pension Plan; The Atlantic DHR 401K*
*Plan; The Balmoral Management LLC 401K*
*Pension Plan; The Belforte Pension Plan;*
*The Bella Consultants Pension Plan; The*
*Beech Tree Partners 401K Plan; The*
*Blackbird 401K Plan; The Bradley London*
*Pension Plan; The Bravos Advisors 401K*
*Plan; The Busby Black 401K Plan; The*
*Cambridge Town Line Pension Plan; The*
*Canada Rock LLC 401K Plan; The Cardinal*
*Consulting Pension Plan; The Chambers*
*Property Management LLC 401K Plan; The*
*Costello Advisors Pension Plan; The Crow*
*Associates Pension Plan; The Diamond*
*Scott Capital Pension Plan; The Dink14*
*LLC 401K Plan; The DMR Pension Plan;*
*The Dosmon Bly Pension Plan; The Egret*
*Associates LLC 401K Plan; The Eskin*
*Pension Plan; The Everything Clean LLC*
*401K Plan; The Fieldcrest Pension Plan;*
*The FWC Capital LLC Pension Plan; The*
*Green Group Site Pension Plan; The Hawk*
*Group Pension Plan; The Heron Advisors*
*Pension Plan; The Hibiscus Partners LLC*

4

*401K Plan; The Hoboken Advisors LLC
401K Plan; The Hotel Fromance Pension
Plan; The Houston Rocco LLC 401K Plan;
The India Bombay LLC 401K Plan; The
ISDB Pension Plan; The Jayfran Blue
Pension Plan; The Joanne E. Bradley Solo
401K Plan; The JT Health Consulting LLC
401K Plan; The Jump Group LLC 401K
Plan; The KASV Group Pension Plan; The
Kodiak Capital Pension Plan; Krabi
Holdings LLC 401K Plan; The Kyber
Pension Plan; The Lakeview Advisors 401K
Plan; The LBR Capital Pension Plan; The
Lerici Capital Pension Plan; The Ludlow
Holdings 401K Plan; The M2F Wellness
LLC 401K Plan; The Maple Advisors LLC
401K Plan; The Monin Amper Pension
Plan; The Mountain Air LLC 401K Plan;
The MPQ Holdings LLC 401K Plan; The
Mueller Investments Pension Plan; The NYC
Stanismore Pension Plan; The NYCATX
LLC Solo 401K Plan; The Oak Tree One
401K Plan; The Oaks Group Pension Plan;
The Osprey Associates LLC 401K Plan; The
Patrick Partners Conglomerate Pension
Plan; The Petkov Management LLC 401K
Plan; The Petkov Partners Pension Plan;
The Proper Pacific LLC 401K Plan; The
Random Holdings 401K Plan; The RDL
Consulting Group LLC Pension Plan; The
Regoleth Pension Plan; The Robin Daniel
Pension Plan; The Saba Capital LLC 401K
Plan; The Sandpiper Pension Plan; The Sea
Bright Advisors LLC 401K Plan; The Sector
230 LLC 401K Plan; The Shapiro Blue
Management LLC 401K Plan; The Sinclair
Pension Plan; The Skybax LLC 401K Plan;
The SKSL LLC Pension Plan; The Snow Hill
Pension Plan; The SPKK LLC 401K Plan;
The Stark Pension Plan; The Stor Capital
Consulting LLC 401K Plan; The SVP 401K
Plan; The Tag Realty Advisors LLC 401K
Plan; The Texas Rocco LLC 401K Plan; The
Throckmorton Advisors 401K Plan; The
TKKJ LLC 401K Plan; The Valerius LLC
Solo 401K Plan; The Wave Maven LLC*

*401K Plan; The West River Pension Plan; The Westridge Ave LLC 401K Plan; The Westport Advisors LLC 401K Plan; The Zen Training LLC 401K Plan; The 78 Yorktown Pension Plan; Todd Bergeron; Doston Bradley; Gavin Crescenzo; Sean Driscoll; Kevin Kenning; Thomas Kertelits; Robert Klugman; John LaChance; Roger Lehman; Vincent Natoli; Matthew Tucci; Svetlin Petkov; Mitchell Protass; and Carl Andrew Vergari*

KOSTELANETZ & FINK LLP

By: /s/ Sharon L. McCarthy
(*e-signed with consent*)
Sharon L. McCarthy
Caroline D. Ciraolo
Nicholas S. Bahnsen
7 World Trade Center, 34th Floor
New York, NY  10007
212-808-8100 Tel.
smccarthy@kflaw.com
cciraolo@kflaw.com
nbahnsen@kflaw.com
*Attorneys for Defendants John van Merkensteijn, Elizabeth van Merkensteijn, Azalea Pension Plan, Bernina Pension Plan, Bernina Pension Plan Trust, Basalt Ventures LLC Roth 401(K) Plan, Starfish Capital Management LLC Roth 401(K) Plan, Voojoo Productions LLC Roth 401(K) Plan, Omineca Pension Plan, Michelle Investments Pension Plan, Remece Investments LLC Pension Plan, Xiphias LLC Pension Plan, and Tarvos Pension Plan*

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/  Michael G. Bongiorno
(*e-signed with consent*)
Michael G. Bongiorno
Alan E. Schoenfeld
Allison Stoddart
7 World Trade Center

250 Greenwich Street
New York, NY 10007
(212) 230-8800
Michael Posada
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
*Attorneys for Richard Markowitz, Jocelyn*
*Markowitz, Avanix Management LLC Roth*
*401(K) Plan, Batavia Capital Pension Plan,*
*Calypso Investments Pension Plan, Cavus*
*Systems LLC Roth 401(K) Plan, Hadron*
*Industries LLC Roth 401(K) Plan, RJM*
*Capital Pension Plan, and Routt Capital*
*Trust*

KAPLAN RICE LLP

By: /s/  Michelle A. Rice
(*e-signed with consent*)
Michelle A. Rice
127 West 57th Street
Suite 4A
New York, NY  10019
Telephone: (212) 333-0227
mrice@kaplanrice.com
*Counsel for Defendants Joseph Herman,*
*David Zelman, Edwin Miller, Ronald*
*Altbach, Perry Lerner, Robin Jones, Albedo*
*Management LLC Roth 401(K) Plan, Ballast*
*Ventures LLC Roth 401(K) Plan, Fairlie*
*Investments LLC Roth 401(K) Plan, Bareroot*
*Capital Investments LLC Roth 401(K) Plan,*
*Battu Holdings LLC Roth 401K Plan,*
*Cantata Industries LLC Roth 401(K) Plan,*
*Dicot Technologies LLC Roth 401(K) Plan,*
*Vanderlee Technologies Pension Plan, Cedar*
*Hill Capital Investments LLC Roth 401(K)*
*Plan, Fulcrum Productions LLC Roth 401(K)*
*Plan, Green Scale Management LLC Roth*
*401(K) Plan, Keystone Technologies LLC*
*Roth 401(K) Plan, Tumba Systems LLC Roth*
*401(K) Plan, Crucible Ventures LLC Roth*
*401(K) Plan, Limelight Global Productions*
*LLC Roth 401(K) Plan, Plumrose Industries*
*LLC Roth 401K Plan, Roadcraft*
*Technologies LLC Roth 401(K) Plan, True*

7

*Wind Investments LLC Roth 401(K) Plan, Eclouge Industry LLC Roth 401(K) Plan, First Ascent Worldwide LLC Roth 401(K) Plan, Loggerhead Services LLC Roth 401(K) Plan, PAB Facilities Global LLC Roth 401(K) Plan, Trailing Edge Productions LLC Roth 401(K) Plan, Monomer Industries LLC Roth 401(K) Plan, Pinax Holdings LLC Roth 401(K) Plan, and Sternway Logistics LLC Roth 401(K) Plan*

WILLIAMS & CONNOLLY LLP

By: /s/ Stephen D. Andrews
*(e-signed with consent)*
Stephen D. Andrews
Amy B. McKinlay
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Amckinlay@wc.com
sandrews@wc.com
*Attorneys for Sander Gerber Pension Plan*

KOSTELANETZ & FINK LLP

By: /s/ Bryan C. Skarlatos
*(e-signed with consent)*
Bryan C. Skarlatos
Eric Smith
Seven World Trade Center, 34th Floor
New York, New York 10007
Tel: (212) 808-8100
bskarlatos@kflaw.com
esmith@kflaw.com
*Attorneys for Defendants Sterling Alpha LLC 401(K) Profit Sharing Plan, John C. Doscas, Del Mar Asset Management Saving & Retirement Plan, Federated Logistics LLC 401K Plan, David W. Freelove*

GUSRAE, KAPLAN, NUSBAUM, PLLC

By: /s/ Martin H. Kaplan
*(e-signed with consent)*
Martin H. Kaplan
Kari Parks
120 Wall Street
New York, NY 10005
Tel: (212) 369-1400
mkaplan@gusraekaplan.com
kparks@gusraekaplan.com
*Attorneys for Goldstein Law Group PC*
*401(k)*
*Profit Sharing Plan & Sheldon Goldstein*

KATTEN MUCHIN ROSENMAN LLP

By: /s/ David L. Goldberg
*(e-signed with consent)*
David L. Goldberg
575 Madison Avenue
New York, New York 10022-2585
(212) 940-6787
david.goldberg@kattenlaw.com
*Attorney for Robert Klugman*

DEWEY PEGNO & KRAMARSKY

By: /s/ Thomas E.L. Dewey
*(e-signed with consent)*
Thomas E.L. Dewey
Sean K. Mullen
777 Third Avenue, 37th Floor
New York, NY 10017
Tel: 212. 943-900
tdewey@dpklaw.com
dpegno@dpklaw.com
*Attorneys for Michael Ben-Jacob*

LAW OFFICE OF SHELDON S. TOLL
PLLC

By: /s/Sheldon S. Toll
(*e-signed with consent*)
Sheldon S. Toll (admitted pro hac vice)

29580 Northwestern Hwy., Ste. 1000
Southfield, MI 48034
Tel: (248) 797-9111
E-mail: sst@lawtoll.com
*Counsel for George S. Hofmeister, JSH
Farms LLC 401(K) Plan, KRH Farms LLC
401(K) Plan, MGH Farms LLC 401(K)
Plan, MSJJ Retirement Group Trust, SRH
Farms LLC 401(K) Plan, and Triton Farms
LLC 401(K) Plan*

K&L GATES LLP

By: /s/ John C. Blessington
*(e-signed with consent)*
John C. Blessington (*pro hac vice*)
  john.blessington@klgates.com
Brandon R. Dillman (*pro hac vice*)
  brandon.dillman@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
T: 617.261.3100
F: 617.261.3175
*Attorneys for Defendants DW Construction,
Inc. Retirement Plan, Kamco Investments,
Inc. Pension Plan, Kamco LP Profit Sharing
Pension Plan, Moira Associates LLC 401(k)
Plan, Linden Associates Defined Benefit
Plan, Riverside Associates Defined Benefit
Plan, American Investment Group of New
York, L.P. Pension Plan, Stacey Kaminer,
Joan Schulman, David Schulman, Newsong
Fellowship Church 401(k) Plan, and
Alexander Jamie Mitchell III*

HANAMIRIAN LAW FIRM, P.C.

By: /s/ John M. Hanamirian
*(e-signed with consent)*
John M. Hanamirian
N.J. Attorney I.D.: 002861992
40 E. Main Street
Moorestown, New Jersey 08057
(856) 793-9092 – o
(856) 793-9121 – f

jmh@hanamirian.com

*Counsel for Defendants Acorn Capital Corporation Employee Profit Sharing Plan, Acorn Capital Strategies LLC Employee Profit Sharing Plan, Gregory Summers, Christopher Nowell, Tveter LLC Pension Plan, Shreepal Shah, and Cambridge Way LLC 401K Profit Sharing Plan*