# Exhibit 3



E D & F MAN CAPITAL MARKETS LIMITED

21 June 2012

**D W Construction, INC Retirement Plan**
**5532 Lillehammer Lane**
**Suite 103**
**Park City**
**UT 84098**
**USA**

Dear Sirs:

We refer to:

(a) the Security and Set-Off Deed dated 21 June 2012 between E D & F Man Capital Markets Limited (hereinafter "**us**") and D W Construction, INC Retirement Plan (hereinafter "**you**") ("**Security and Set-Off Deed**");

(b) the ISDA Master Agreement entered into between us and you on 21 June 2012 ("**ISDA Master Agreement**");

(c) the Custody Agreement entered into between us and you on 21 June 2012 ("**Custody Agreement**"); and

(d) any applicable terms of business under which you receive services from us in any capacity ("**Terms of Business**").

The purpose of this letter is to confirm our agreement that in consideration of the custodian and related services provided by us in connection with our entering into with, or arranging for you the above agreements and transactions (including any related or supporting transactions), together with our effecting with or for you any subsequent, similar transactions (each, a "**Transaction**"), you shall pay to us a fee (each, a "**Custodian Fee**"). Prior to entering into a Transaction, we will agree the specific amount of the Custodian Fee to be payable and confirm this with you in writing. Each Custodian Fee shall become payable upon settlement of all amounts for each Transaction, and we will subsequently either invoice you or alternatively at our discretion deduct such amounts from any funds you hold on account with us.

For the purposes of:

(a) the Security and Set-off Deed, this letter agreement is a "Transaction Document";

(b) the ISDA Master Agreement, this letter agreement, the Custody Agreement, the Security and Set-Off Deed and any Terms of Business will constitute Bridged Agreements and be subject to the Cross-Agreement Bridge; and

(c) any Terms of Business, the services and consideration provided under this letter agreement is deemed to be a "Netting Transaction".



Please confirm your agreement to be bound by the terms of this letter agreement by executing a copy of the letter agreement and returning it to us.

We are very pleased to have concluded this Transaction with you.

Yours sincerely,

**E D & F Man Capital Markets:**

By: ______________ Sharon Heath
Name: Verrona Browne Compliance / Documentation
Title: COO Operations

Accepted and agreed for and on behalf of
**D W Construction, INC Retirement Plan:**

By: ______________
Name: DARREN WITTWER
Title: TRUSTEE



E D & F MAN CAPITAL MARKETS LIMITED

21 June 2012

**Kamco Investments Inc. Pension Plan**
**5532 Lillehammer Lane**
**Suite 103**
**Park City**
**UT 84098**
**USA**

Dear Sirs:

We refer to:

(a) the Security and Set-Off Deed dated 21 June 2012 between E D & F Man Capital Markets Limited (hereinafter "**us**") and Kamco Investments Inc. Pension Plan (hereinafter "**you**") ("**Security and Set-Off Deed**");

(b) the ISDA Master Agreement entered into between us and you on 21 June 2012 ("**ISDA Master Agreement**");

(c) the Custody Agreement entered into between us and you on 21 June 2012 ("**Custody Agreement**"); and

(d) any applicable terms of business under which you receive services from us in any capacity ("**Terms of Business**").

The purpose of this letter is to confirm our agreement that in consideration of the custodian and related services provided by us in connection with our entering into with, or arranging for you the above agreements and transactions (including any related or supporting transactions), together with our effecting with or for you any subsequent, similar transactions (each, a "**Transaction**"), you shall pay to us a fee (each, a "**Custodian Fee**"). Prior to entering into a Transaction, we will agree the specific amount of the Custodian Fee to be payable and confirm this with you in writing. Each Custodian Fee shall become payable upon settlement of all amounts for each Transaction, and we will subsequently either invoice you or alternatively at our discretion deduct such amounts from any funds you hold on account with us.

For the purposes of:

(a) the Security and Set-off Deed, this letter agreement is a "Transaction Document";

(b) the ISDA Master Agreement, this letter agreement, the Custody Agreement, the Security and Set-Off Deed and any Terms of Business will constitute Bridged Agreements and be subject to the Cross-Agreement Bridge; and

(c) any Terms of Business, the services and consideration provided under this letter agreement is deemed to be a "Netting Transaction".



Please confirm your agreement to be bound by the terms of this letter agreement by executing a copy of the letter agreement and returning it to us.

We are very pleased to have concluded this Transaction with you.

Yours sincerely,

**E D & F Man Capital Markets:**

By: [signature] [signature]

Name: Verrona Browne Sharon Heath

Title: COO Operations Compliance / Documentatior

Accepted and agreed for and on behalf of

**Kamco Investments Inc. Pension Plan:**

By: Louise Kaminer

Name: LOUISE KAMINER

Title: TRUSTEE



E D & F MAN CAPITAL MARKETS LIMITED

21 June 2012

**Kamco, L.P. Profit Sharing Pension Plan FBO Stacey Kaminer**
**5532 Lillehammer Lane**
**Suite 103**
**Park City**
**UT 84098**
**USA**

Dear Sirs:

We refer to:

(a) the Security and Set-Off Deed dated 21 June 2012 between E D & F Man Capital Markets Limited (hereinafter "**us**") and Kamco, L.P. Profit Sharing Pension Plan FBO Stacey Kaminer (hereinafter "**you**") ("**Security and Set-Off Deed**");
(b) the ISDA Master Agreement entered into between us and you on 21 June 2012 ("**ISDA Master Agreement**");
(c) the Custody Agreement entered into between us and you on 21 June 2012 ("**Custody Agreement**"); and
(d) any applicable terms of business under which you receive services from us in any capacity ("**Terms of Business"**).

The purpose of this letter is to confirm our agreement that in consideration of the custodian and related services provided by us in connection with our entering into with, or arranging for you the above agreements and transactions (including any related or supporting transactions), together with our effecting with or for you any subsequent, similar transactions (each, a "**Transaction**"), you shall pay to us a fee (each, a "**Custodian Fee**"). Prior to entering into a Transaction, we will agree the specific amount of the Custodian Fee to be payable and confirm this with you in writing. Each Custodian Fee shall become payable upon settlement of all amounts for each Transaction, and we will subsequently either invoice you or alternatively at our discretion deduct such amounts from any funds you hold on account with us.

For the purposes of:

(a) the Security and Set-off Deed, this letter agreement is a "Transaction Document";
(b) the ISDA Master Agreement, this letter agreement, the Custody Agreement, the Security and Set-Off Deed and any Terms of Business will constitute Bridged Agreements and be subject to the Cross-Agreement Bridge; and
(c) any Terms of Business, the services and consideration provided under this letter agreement is deemed to be a "Netting Transaction".



Please confirm your agreement to be bound by the terms of this letter agreement by executing a copy of the letter agreement and returning it to us.

We are very pleased to have concluded this Transaction with you.

Yours sincerely,

**E D & F Man Capital Markets:**

By: ____________________

Name: Verrona Browne — Sharon Heath

Title: COO Operations — Compliance / Documentation

Accepted and agreed for and on behalf of

**Kamco, L.P. Profit Sharing Pension Plan FBO Stacey Kaminer:**

By: ____________________

Name: STACEY KAMINER

Title: TRUSTEE

Cottons Centre
Hay's Lane
London SE1 2QE

Telephone: +44 (0)20 7089 8000

Authorised and Regulated by the Financial Services Authority
Registered in England No.1292851



E D & F MAN CAPITAL MARKETS LIMITED

21 June 2012

**Linden Associates Defined Benefit Plan**
**5532 Lillehammer Lane**
**Suite 103**
**Park City**
**UT 84098**
**USA**

Dear Sirs:

We refer to:

(a) the Security and Set-Off Deed dated 21 June 2012 between E D & F Man Capital Markets Limited (hereinafter "**us**") and Linden Associates Defined Benefit Plan (hereinafter "**you**") ("**Security and Set-Off Deed**");
(b) the ISDA Master Agreement entered into between us and you on 21 June 2012 ("**ISDA Master Agreement**");
(c) the Custody Agreement entered into between us and you on 21 June 2012 ("**Custody Agreement**"); and
(d) any applicable terms of business under which you receive services from us in any capacity ("**Terms of Business"**).

The purpose of this letter is to confirm our agreement that in consideration of the custodian and related services provided by us in connection with our entering into with, or arranging for you the above agreements and transactions (including any related or supporting transactions), together with our effecting with or for you any subsequent, similar transactions (each, a "**Transaction**"), you shall pay to us a fee (each, a "**Custodian Fee**"). Prior to entering into a Transaction, we will agree the specific amount of the Custodian Fee to be payable and confirm this with you in writing. Each Custodian Fee shall become payable upon settlement of all amounts for each Transaction, and we will subsequently either invoice you or alternatively at our discretion deduct such amounts from any funds you hold on account with us.

For the purposes of:

(a) the Security and Set-off Deed, this letter agreement is a "Transaction Document";
(b) the ISDA Master Agreement, this letter agreement, the Custody Agreement, the Security and Set-Off Deed and any Terms of Business will constitute Bridged Agreements and be subject to the Cross-Agreement Bridge; and
(c) any Terms of Business, the services and consideration provided under this letter agreement is deemed to be a "Netting Transaction".



Please confirm your agreement to be bound by the terms of this letter agreement by executing a copy of the letter agreement and returning it to us.

We are very pleased to have concluded this Transaction with you.

Yours sincerely,

**E D & F Man Capital Markets:**

By: ______________________

Name: Verrona **Browne** Sharon Heath

Title: COO **Operations** Compliance / Documentation

Accepted and agreed for and on behalf of

**Linden Associates Defined Benefit Plan:**

By: ______________________

Name: JOAN SCHULMAN

Title: TRUSTEE



E D & F MAN CAPITAL MARKETS LIMITED

21 June 2012

**Moira Associates, LLC 401(k) Plan**
**5532 Lillehammer Lane**
**Suite 103**
**Park City**
**UT 84098**
**USA**

Dear Sirs:

We refer to:

(a) the Security and Set-Off Deed dated 21 June 2012 between E D & F Man Capital Markets Limited (hereinafter "**us**") and Moira Associates, LLC 401(k) Plan (hereinafter "**you**") ("**Security and Set-Off Deed**");

(b) the ISDA Master Agreement entered into between us and you on 21 June 2012 ("**ISDA Master Agreement**");

(c) the Custody Agreement entered into between us and you on 21 June 2012 ("**Custody Agreement**"); and

(d) any applicable terms of business under which you receive services from us in any capacity ("**Terms of Business**").

The purpose of this letter is to confirm our agreement that in consideration of the custodian and related services provided by us in connection with our entering into with, or arranging for you the above agreements and transactions (including any related or supporting transactions), together with our effecting with or for you any subsequent, similar transactions (each, a "**Transaction**"), you shall pay to us a fee (each, a "**Custodian Fee**"). Prior to entering into a Transaction, we will agree the specific amount of the Custodian Fee to be payable and confirm this with you in writing. Each Custodian Fee shall become payable upon settlement of all amounts for each Transaction, and we will subsequently either invoice you or alternatively at our discretion deduct such amounts from any funds you hold on account with us.

For the purposes of:

(a) the Security and Set-off Deed, this letter agreement is a "Transaction Document";

(b) the ISDA Master Agreement, this letter agreement, the Custody Agreement, the Security and Set-Off Deed and any Terms of Business will constitute Bridged Agreements and be subject to the Cross-Agreement Bridge; and

(c) any Terms of Business, the services and consideration provided under this letter agreement is deemed to be a "Netting Transaction".



Please confirm your agreement to be bound by the terms of this letter agreement by executing a copy of the letter agreement and returning it to us.

We are very pleased to have concluded this Transaction with you.

Yours sincerely,

**E D & F Man Capital Markets:**

By: ______________________

Name: Verrona Brown / Sharon Heath

Title: COO Operations / Compliance / Documentation

Accepted and agreed for and on behalf of
**Moira Associates, LLC 401(k) Plan:**

By: ______________________

Name: STACEY KAMINER

Title: TRUSTEE



E D & F MAN CAPITAL MARKETS LIMITED

21 June 2012

**Riverside Associates Defined Benefit Plan**
**5532 Lillehammer Lane**
**Suite 103**
**Park City**
**UT 84098**
**USA**

Dear Sirs:

We refer to:

(a) the Security and Set-Off Deed dated 21 June 2012 between E D & F Man Capital Markets Limited (hereinafter "**us**") and Riverside Associates Defined Benefit Plan (hereinafter "**you**") ("**Security and Set-Off Deed**");

(b) the ISDA Master Agreement entered into between us and you on 21 June 2012 ("**ISDA Master Agreement**");

(c) the Custody Agreement entered into between us and you on 21 June 2012 ("**Custody Agreement**"); and

(d) any applicable terms of business under which you receive services from us in any capacity ("**Terms of Business**").

The purpose of this letter is to confirm our agreement that in consideration of the custodian and related services provided by us in connection with our entering into with, or arranging for you the above agreements and transactions (including any related or supporting transactions), together with our effecting with or for you any subsequent, similar transactions (each, a "**Transaction**"), you shall pay to us a fee (each, a "**Custodian Fee**"). Prior to entering into a Transaction, we will agree the specific amount of the Custodian Fee to be payable and confirm this with you in writing. Each Custodian Fee shall become payable upon settlement of all amounts for each Transaction, and we will subsequently either invoice you or alternatively at our discretion deduct such amounts from any funds you hold on account with us.

For the purposes of:

(a) the Security and Set-off Deed, this letter agreement is a "Transaction Document";

(b) the ISDA Master Agreement, this letter agreement, the Custody Agreement, the Security and Set-Off Deed and any Terms of Business will constitute Bridged Agreements and be subject to the Cross-Agreement Bridge; and

(c) any Terms of Business, the services and consideration provided under this letter agreement is deemed to be a "Netting Transaction".



Please confirm your agreement to be bound by the terms of this letter agreement by executing a copy of the letter agreement and returning it to us.

We are very pleased to have concluded this Transaction with you.

Yours sincerely,

**E D & F Man Capital Markets:**

By: ________________________
Name: Verrona Browne
Title: COO Operations

Accepted and agreed for and on behalf of
**Riverside Associates Defined Benefit Plan:**

By: ________________________
Name: DAVID SCHULMAN
Title: TRUSTEE



E D & F MAN CAPITAL MARKETS LIMITED

21 June 2012

**American Investment Group of New York, L.P. Pension Plan**
**75 Claremont Road**
**Suite 309**
**Bernardsville**
**NJ 07924**
**USA**

Dear Sirs:

We refer to:

(a) the Security and Set-Off Deed dated 21 June 2012 between E D & F Man Capital Markets Limited (hereinafter "**us**") and American Investment Group of New York, L.P. Pension Plan (hereinafter "**you**") ("**Security and Set-Off Deed**");
(b) the ISDA Master Agreement entered into between us and you on 21 June 2012 ("**ISDA Master Agreement**");
(c) the Custody Agreement entered into between us and you on 21 June 2012 ("**Custody Agreement**"); and
(d) any applicable terms of business under which you receive services from us in any capacity ("**Terms of Business**").

The purpose of this letter is to confirm our agreement that in consideration of the custodian and related services provided by us in connection with our entering into with, or arranging for you the above agreements and transactions (including any related or supporting transactions), together with our effecting with or for you any subsequent, similar transactions (each, a "**Transaction**"), you shall pay to us a fee (each, a "**Custodian Fee**"). Prior to entering into a Transaction, we will agree the specific amount of the Custodian Fee to be payable and confirm this with you in writing. Each Custodian Fee shall become payable upon settlement of all amounts for each Transaction, and we will subsequently either invoice you or alternatively at our discretion deduct such amounts from any funds you hold on account with us.

For the purposes of:

(a) the Security and Set-off Deed, this letter agreement is a "Transaction Document";
(b) the ISDA Master Agreement, this letter agreement, the Custody Agreement, the Security and Set-Off Deed and any Terms of Business will constitute Bridged Agreements and be subject to the Cross-Agreement Bridge; and
(c) any Terms of Business, the services and consideration provided under this letter agreement is deemed to be a "Netting Transaction".



Please confirm your agreement to be bound by the terms of this letter agreement by executing a copy of the letter agreement and returning it to us.

We are very pleased to have concluded this Transaction with you.

Yours sincerely,

**E D & F Man Capital Markets:**

By: ____________________

Name: Verrona Browne Sharon Heath

Title: COO Operations Compliance / Documentation

Accepted and agreed for and on behalf of

**American Investment Group of New York, L.P. Pension Plan:**

By: ____________________

Name: ROBERT CREMA

Title: TRUSTEE