# Exhibit 10

## SANJAY SHAH DIRECT (NON-ELYSIUM GLOBAL) HOLDINGS

**MASTER SPREADSHEET 3** 3-Apr-16

| Legal Name | Previous Name | Entity Type | Company No. | Date of Inc. | Country of Inc. | Webfiling code | Registered Address | Directors | Shareholders | Accounting year end | Auditors | Nature of Business | Subsidiaries/ Branches/Assets | VAT Number | Tax ID Number | Regulated | FCA Firm Reference Number/Renewa | Other Licenses/Renewal Dates/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FGC Elysium Holdings Limited** | N/A | BVI Business Company | 1882624 | 13 July 2015 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Sanjay Shah | Decision for the directors of the Company | No audit required | Holding company of DXB Elysium Inc. (DXB Elysium Inc. being the proposed acquisition vehicle for aborted purchase of FGC Securities LLC). | DXB Elysium Inc. | N/A | N/A | Non-regulated | N/A | N/A |
| **DXB Elysium Inc.** | FGC Elysium Inc | Delaware Incorporated Company | Not Applicable | 27 July 2015 | Delaware | n/a | DXB Elysium Inc., 750 3rd Avenue, 9th Floor, NY, NY, 10017, US | Sanjay Shah & [Peter Echanique] | FGC Elysium Holdings Limited | 31-Dec | [To be appointed] | Proposed Acquisition Vehicle for aborted purchase of FGC Securities LLC | [Bank Account details and cash balance as at today's date] | N/A | [US Tax number currently subject to change following name-change.] | Non-regulated | N/A | [TBC] |
| **Hooloomooloo Holdings Limited** | N/A | BVI Business Company | 1647571 | 10 May 2011 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Sanjay Shah | Decision for the directors of the Company | No audit required | Holding Company. Will be wound down | 100% Copella Offshore Fund SPC<br>100% Copella Investment Management (Cayman) | N/A | N/A | Non-regulated | N/A | N/A |
| **Aesa Sarl** | N/A | Societe a responsabilite limitee | B 170000 | 12 June 2012 | Luxembourg | [TBC in light of Alter Domus' resignation] | 1A, rue Thomas Edison, L-1445 Strassen, Luxembourg | Genevieve Koschnicke<br>Class B Manager<br>Sara Speed,<br>Class B Manager<br>Sanjay Shah Class A Manager | Sanjay Shah | 31-Dec | Alter Domus | Holding Company. Will be liquidated | 100% Solo Group (Holdings) Limited<br><br>[100%] Varengold Holding GmbH | N/A | 5 275 | Non-regulated | N/A | N/A |
| **Cielo Global Limited** | N/A | BVI Business Company | 1841155 | 15 September 2014 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Sanjay Shah | Decision for the directors of the Company | No audit required | Holding Company. Will be wound down | VEM Holding Sarl - Cielo holds 45.05% shareholding in VEM Holding Sarl (13,515,000 shares out of 30,000,000 | N/A | N/A | Non-regulated | N/A | N/A |
| **OPL Capital Holdings Limited** | N/A | BVI Business Company | 1888363 | 1 September 2015 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Ceylon International Group Holding sLimited | Decision for the directors of the Company | No audit required | Proposed replacement vehicle for Old Park Lane Capital Limited as part of proposed (now aborted) reorganization.<br><br>To be wound-down in context of Solo group reorganization. | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Novus Ultimate Holdings Limited** | N/A | BVI Business Company | 1888367 | 1 September 2015 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Ceylon International Group Holdings Limited | Decision for the directors of the Company | No audit required | Proposed replacement vehicle for Novus Capital Markets Limited as part of proposed (now aborted) reorganization.<br><br>To be wound-down in context of Solo group reorganization. | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Telesto Holdings Limited** | N/A | BVI Business Company | 1888390 | 1 September 2015 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Ceylon International Group Holdings Limited | Decision for the directors of the Company | No audit required | Proposed replacement vehicle for Telesto Markets LLP as part of proposed (now aborted) reorganization.<br><br>To be wound-down in context of Solo group reorganization. | Telesto Capital Limited | N/A | N/A | Non-regulated | N/A | N/A |
| **Callisto Lycaon Holdings Limited** | N/A | BVI Business Company | 1888385 | 1 September 2015 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Ceylon Internatinal Group Holdings Limited | Decision for the directors of the Company | No audit required | Proposed replacement vehicle for Callisto Asset Management LLP as part of proposed (now aborted) reorganization.<br><br>To be wound-down in context of Solo group reorganization. | Callisto Lycaon Capital Limited - to be dissolved | N/A | N/A | Non-regulated | N/A | N/A |
| **WP Capital Holdings Limited** | N/A | BVI Business Company | 1888377 | 1 September 2015 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Ceylon International Group Holdings Limited | Decision for the directors of the Company | No audit required | Proposed replacement vehicle for West Point Derivatives Limited as part of proposed (now aborted) reorganization.<br><br>To be wound-down in context of Solo group reorganization. | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **SCP Capital Holdings Limited** | N/A | BVI Business Company | 1888379 | 1 September 2015 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Ceylon International Group Holdings Limited | Decision for the directors of the Company | No audit required | Proposed replacement vehicle for Solo Capital Partners LLP as part of proposed (now aborted) reorganization.<br><br>To be wound-down in context of Solo group reorganization | SCP Capital Limited | N/A | N/A | Non-regulated | N/A | N/A |
| **Ceylon International Group Holdings Limited** | N/A | BVI Business Company | 1887740 | 26 August 2015 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Sanjay Shah | Decision for the directors of the Company | No audit required | Proposed holding vehicle for reorganised regulated entities (Solo Group).<br><br>To be wound-up in context of broader Solo group dissolution. | WP Capital Holdings Limited<br>Callisto Lycaon Holdings Limited<br>SCP Capital Holdings Limited<br>Telesto Holdings Limited<br>Novus Ultimate Holdings Limited<br>OPL Capital Holdings Limited | N/A | N/A | Non-regulated | N/A | N/A |

| Legal Name | Previous Name | Entity Type | Company No. | Date of Inc. | Country of Inc. | Webfiling code | Registered Address | Directors | Shareholders | Accounting year end | Auditors | Nature of Business | Subsidiaries/ Branches/Assets | VAT Number | Tax ID Number | Regulated | FCA Firm Reference Number/Renewa | Other Licenses/Renewal Dates/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IT Services Holding Limited** | N/A | BVI Business Company | 1887361 | 21 August 2015 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Sanjay Shah | Decision for the directors of the Company | No audit required | Holding Company for IT Services Company based in UK. Will be wound down | Innercircle IT Services Limited | N/A | N/A | Non-regulated | N/A | N/A |
| **Copella Offshore Fund SPC - to be dissolved on 4 April 2016** | Callisto Offshore Fund SPC | Exempted Segregated Portfolio Company Limited by Shares | 273553 | 3 December 2012 | Cayman Islands | N/A | Harneys Services (Cayman) Limited, 4th Floor, Harbour Place, 103 South Church Street, P.O. Box 10240, Grand Cayman, KY1-1002, Cayman Islands | Sanjay Shah | Hooloomooloo Holdings Limited | No statutory requirement for Cayman Exempt Companies to produce financial statements | No audit required | SPC | Copella Master Fund NOTE: Assets will be distributed by Solo. | N/A | N/A | The fund is registered as a regulated mutual fund | N/A | N/A |
| **Copella Master Fund SPC - to be dissolved on 4 April 2016** | Callisto Master Fund SPC | Exempted Segregated Portfolio Company Limited by Shares | 273499 | 29 November 2012 | Cayman Islands | N/A | Harneys Services (Cayman) Limited, 4th Floor, Harbour Place, 103 South Church Street, P.O. Box 10240, Grand Cayman, KY1-1002, Cayman Islands | Sanjay Shah | Copella Offshore Fund SPC | No statutory requirement for Cayman Exempt Companies to produce financial statements | No audit required | SPC | NOTE: Assets will be distributed by Solo. | N/A | N/A | CIMA | N/A | N/A |
| **Copella Investment Management (Cayman) Limited - to be dissolved on 4 April 2016** | Callisto Investment Management (Cayman) Limited | Exempted Company Limited by Shares | CR 273410 | 26 November 2012 | Cayman Islands | N/A | Harneys Services (Cayman) Limited, P.O. Box 10240, 4th Floor Harbour Place, 103 South Church Street, George Town, Grand Cayman KY1-1002 Cayman Islands | Sanjay Shah | Hooloomooloo Holdings Limited | No statutory requirement for Cayman Exempt Companies to produce financial statements | No audit required | Investment Management | Copella Fund LP NOTE: Assets will be distributed by Solo. | N/A | N/A | CIMA | N/A | N/A |
| **Callisto Prime Fund (GP) Ltd** | N/A | TBC | GC-288508 | 2 June 2014 | Cayman Islands | N/A | 2nd Floor, Midtown Plaza, Elgin Avenue, PO Box 448, Grand Cayman, KY1-1106, Cayman Islands | Nicholas Gaze/Eric Lazear/Renato Guido | Callisto Cayman Management | No statutory requirement for Cayman Exempt Companies to produce financial statements | No audit required | TBC | TBC | N/A | N/A | TBC | N/A | TBC |
| **Callisto Prime Fund Ltd** | N/A | TBC | GC-288507 | 2 June 2014 | Cayman Islands | N/A | 2nd Floor, Midtown Plaza, Elgin Avenue, PO Box 448, Grand Cayman, KY1-1106, Cayman Islands | Nicholas Gaze/Eric Lazear/Renato Guido | Callisto Cayman Management | No statutory requirement for Cayman Exempt Companies to produce financial statements | No audit required | TBC | TBC | N/A | N/A | TBC | N/A | TBC |
| **Callisto Prime Master Fund LTD** | N/A | TBC | GC-288499 | 2 June 2014 | Cayman Islands | N/A | 2nd Floor, Midtown Plaza, Elgin Avenue, PO Box 448, Grand Cayman, KY1-1106, Cayman Islands | Nicholas Gaze/Eric Lazear/Renato Guido | Callisto Prime Fund LP (Delaware) and Callisto Prime Fund Ltd | No statutory requirement for Cayman Exempt Companies to produce financial statements | No audit required | TBC | TBC | N/A | N/A | TBC | N/A | TBC |
| **Solo Capital Limited** | N/A | Private Limited Company | 6790656 | 14 January 2009 | United Kingdom | Requested from CH | Mentor House, Ainsworth Street, Blackburn Lancashire, BB1 6AY | Sanjay Shah | Sanjay Shah | 31-Mar | Moore Stephens | Dormant - in the process of being wound down | TBC | 123 3462 56 | N/A | Non-Regulated | N/A | N/A |
| **Innercircle IT Services Limited - to be dissolved** | N/A | Limited Liability Company | 9752334 | 27 August 2015 | United Kingdom | 49HQW8 | 20-22 Wenlock Road, London, England, N1 7GU | Sanjay Shah | IT Services Holding Limited | 31-Aug | N/A | IT Services Company - Proposal to strike off | N/A | N/A | [redacted] 5587 | Non-regulated | N/A | N/A |
| **Telesto Markets LLP** | N/A | Limited Liability Partnership | OC388442 | 10 October 2013 | United Kingdom | 13BC5D | 27 Old Gloucester Street, London, WC1N 3AX | Solo Group (Holdings) Limited | Solo Group (Holdings) Limited | 31-Mar | Moore Stephens | Provision of Client Services.<br><br>[Members = Telesto Cayman Limited (prior to dissolution) (96%), Christian Yau (1%), Paul Kelly (1%), Mark Patterson (1%), Copella Cayman (prior to dissolution (1%)]<br><br>To be wound down in due course as part of Solo Group Dissolution. | N/A | 123346246 | N/A | Regulated | 609226 | Agreeing to carry on a regulated activity; Arranging (bringing about) deals in investments; Arranging safeguarding and administration of assets; Dealing in investments as agent; Making arrangements with a view to transactions in investments; Safeguarding and administration of assets (without arranging) |
| **Old Park Lane Capital Limited** | Old Park Lane Capital Limited | Private Limited Company | 6440879 | 29 November 2007 | United Kingdom | TBC | 190 High Street Tonbridge Kent England TN9 1BE | None - Charles Knott resigned 18/12/20015 | Solo Group Holdings Limited | 31-Mar | Moore Stephens | Provides stockbroking services. Will be wound down | N/A | 123346246 | [redacted] 5540 | Regulated | 477870 | Advising on investments (except on Pension Transfers and Pension Opt Outs); Agreeing to carry on a regulated activity; Arranging (bringing about) deals in investments; Arranging safeguarding and administration of assets; Causing dematerialised instructions to be sent; Dealing in investments as agent; Dealing in investments as principal; Making arrangements with a view to |
| **Solo Group Services Limited** | Aesa Services Limited | Private Limited Company | 9251303 | 7 October 2014 | United Kingdom | TBC | Level 11, 10 Exchange Square, Primrose Street, London EC2A 2EN | (1) Anthony Craig Jarmyn (2) Michael Murphy | Solo Group Holdings Limited | 31-Mar | Moore Stephens | Services Company. Will be wound down | N/a | 123346246 | N/A | N/A | N/A | N/A |
| **West Point Derivatives Limited** | Market Opportunity Limited | Private Limited Company | 4990389 | 9 December 2003 | United Kingdom | (00)7738 | 71-75 Shelton Street, Covent Garden, London, England, WC2H 9JQ | None - James Hoogewerf resigned effective 31 December 2015 | Solo Group Holdings Limited | 31-Mar | Moore Stephens | Brokerage House. Will be wound down | N/A | 123346246 | N/A | Regulated | 430967 | activity; Arranging (bringing about) deals in investments; Arranging safeguarding and administration of assets; Dealing in investments as agent; Dealing in investments as principal; Making arrangements with a view to transactions in |
| **Solo Capital Partners LLP** | N/A | Limited Liability Partnership | OC367979 | 13 September 2011 | United Kingdom | TBC | 10 Exchange Square, Primrose Street, London EC2A 2EN | Solo Group (Holdings) Limited | SG(H)L | 31-Mar | Moore Stephens | Financial Services. Will be wound down | N/A | 123346246 | [redacted] 9445 | Regulated | 566533 | Advising on investments (except on Pension Transfers and Pension Opt Outs); Agreeing to carry on a regulated activity; Arranging (bringing about) deals in investments; Arranging safeguarding and administration of assets; Dealing in investments as agent; Dealing in investments as principal; Making arrangements |
| **Callisto Asset Management LLP** | Callisto Advisors LLP | Limited Liability Partnership | OC375120 | 10 May 2012 | United Kingdom | 82722M | Level 11, 10 Exchange Square, Primrose Street, London EC2A 2EN | Solo Group (Holdings) Limited | SG(H)L | 31-Mar | Moore Stephens | Investment Advisor. Will be wound down | N/A | 123346246 | [redacted] 5881 | Regulated | 586517 | A firm that is given permission to provide regulated products and services |
| **Novus Capital Markets Limited - to be dissolved** | N/A | Private Limited Company | 5473481 | 7 June 2005 | United Kingdom | A52HZ6 | 29-30 Cornhill London EC3V 3NF | Anthony Jarmyn, Mark Stafford | SG(H)L | 31-Mar | Wilkins Kennedy | Investment and Financial Services Business. Corporate Advisory Share Trading. Will be wound down | N/A | 123346246 | [redacted] 6964 | Regulated | 451023 | A firm that is given permission to provide regulated products and services |

| Legal Name | Previous Name | Entity Type | Company No. | Date of Inc. | Country of Inc. | Webfiling code | Registered Address | Directors | Shareholders | Accounting year end | Auditors | Nature of Business | Subsidiaries/ Branches/Assets | VAT Number | Tax ID Number | Regulated | FCA Firm Reference Number/Renewa | Other Licenses/Renewal Dates/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Solo Group Holdings Limited** | Aesa Holdings (UK) Limited | Private Limited Company | 9101873 | 25 June 2014 | United Kingdom | TBC | Level 11, 10 Exchange Square, Primrose Street, London EC2A 2EN | (1) Anthony Craig Jarmyn (2) Michael Murphy | Aesa Sarl (100%) | 31-Mar | Moore Stephens | Holding company. Will be wound down | 100% Callisto Asset Management LLP | TBC | TBC | N/A | N/A | N/A |
| **Telesto Capital Limited** | N/A | Private Limited Company | 9813234 | 7 October 2015 | United Kingdom | CLRN6N | Parker Andrews Ltd, The Union Building 51-59 Rose Lane, Norwich, NR1 1BY | Sanjay Shah | Telesto Holdings Limited | 31-Oct | N/A | Proposed new regulated entity for Telesto Markets LLP.<br><br>To be wound down as part of Solo group dissolution. | N/A | N/A | N/A | N/A | N/A | Annual Return due 4 Nov 2016<br><br>**Currently in voluntary liquidation.** |
| **Callisto Lycaon Capital Limited** - TO BE DISSOLVED | N/A | Private Limited Company | 9813243 | 7 October 2015 | United Kingdom | BECDMB | 20-22 Wenlock Road, London, England, N1 7GU | Sanjay Shah | Callisto Lycaon Holdings Limited | 31-Oct | N/A | Proposed new regulated entity for Callisto Asset Management LLP.<br><br>To be wound down as part of Solo group dissolution. | N/A | N/A | N/A | N/A | N/A | Annual Return due 4 Nov 2016<br><br>[Query whether this entity has applied to be struck off - not showing on Companies House website]. |
| **SCP Capital Limited - TO BE DISSOLVED** | N/A | Private Limited Company | 9813309 | 7 October 2015 | United Kingdom | EC8DPJ | Parker Andrews Ltd, The Union Building 51-59 Rose Lane, Norwich, NR1 1BY | Sanjay Shah | SCP Capital Holdings Limited | 31-Oct | N/A | Proposed new regulated entity for Solo Capital Partners Limited.<br><br>To be wound down as part of Solo group dissolution. | N/A | N/A | N/A | N/A | N/A | Annual Return due 4 Nov 2016<br><br>**Currently in voluntary liquidation.** |
| **Paragon Securities Services** | N/A | Private Limited Company | 9850283 | 30 October 2015 | United Kingdom | TBC | 20-22 Wenlock Road, London, N1 7GU, England | Omar Arti and Nirav Patel | VG 49 shares, VEM Holding Sarl 49 shares and Barracuda EM Holdings Limited 2 shares | TBC | N/A | New services company | N/A | N/A | N/A | N/A | N/A | N/A |
| **Copella Fund L.P.** | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | Copella Investment Management (Cayman) Limited (which is owned by Hooloomooloo) | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC |
| **Elysium Properties Limited** | N/A | Special Purpose Company | 1873 | 7 June 2015 | Dubai. U.A.E | DIFC Login | Dubai International Financial Centre at the offices of Maples Fund Services (Middle East) Limited | Aaron Bennett, Andrew Millar, Greg John Nixon, Nishma Sanghvi, Sanjay Shah | Elysium Global Limited | TBC | No audit required | Limestone House, Properties, DIFC | TBC | TBC | TBC | TBC | TBC | TBC |
| **Izar Holdings Limited** | N/A | Jafza entity (Jeb=l Ali Free Zone Authority Company Dubai, UAE) | 166550 | 7 July 2014 | Dubai, U.A.E | N/A | Kanaan Advocates and Legal Consultants, Maktoum Street, Al Maidan Tower 2, Office 202. Dubai-UAE | Sanjay Shah<br>Usha Shah | Sanjay Shah | TBC | TBC | Dubai Real Estate Holding Vehicle re Palm Jumeirah Plot Numbers 1622, 1624, 1626 | N/A | N/A | N/A | N/A | N/A | TBC |
| **Athena** | N/A | (Jeb=l Ali Free Zone Authority Company Dubai, UAE) | 166701 | 16 July 2014 | Dubai, U.A.E | N/A | Kanaan Advocates and Legal Consultants, Maktoum Street, Al Maidan Tower 2, Office 202. Dubai-UAE | Sanjay Shah<br>Usha Shah | Sanjay Shah | TBC | TBC | Dubai Real Estate Holding Vehicle re Palm Jumeirah Plot Numbers 1622, 1624, 1626, 1555, 1556 | N/A | N/A | N/A | N/A | N/A | TBC |
| **Nysa Holdings Limited** | N/A | (Jeb=l Ali Free Zone Authority Company Dubai, UAE) | 166532 | 7 July 2014 | Dubai, U.A.E | N/A | Kanaan Advocates and Legal Consultants, Maktoum Street, Al Maidan Tower 2, Office 202. Dubai-UAE | Sanjay Shah<br>Usha Shah | Sanjay Shah | TBC | TBC | Dubai Real Estate Holding Vehicle re Palm Jumeirah Plot Number 2350. Property Valuation AED417542380. | N/A | N/A | N/A | N/A | N/A | TBC |
| **Mau Po B Limited** | N/A | Limited Company | 1459446 | TBC | Hong Kong | N/A | 7/F, Kin On Commercial Building, 49-51 Jervois Street, Sheung Wan, HK | Sanjay Shah | Sanjay Shah | 31-Dec | Every company registered in Hong Kong must have its financial accounts audited by auditors registered annually. William | Only asset is property | N/A | N/A | N/A | N/A | N/A | N/A |
| **Varengold Holding GmBH** | N/A | Private Company | TBC | TBC | Hamburg, Germany | N/A | TBC | TBC | Aesa Sarl (160,000 VG shares on escrow)/Rivera One Limited/SilverCo (UK) Limited/Astella Capital Limited/PCM Capital Limited/Eris Investments Limited/Skyfall Financial Limited and Bellview Financial Limited | TBC | TBC | Holding Company for Varengold Bank AG | Varengold Bank AG | TBC | TBC | TBC | TBC | TBC |
| **Varengold Bank AG** | N/A | Stock Corporation | TBC | TBC | Hamburg, Germany | N/A | Varengold Bank AG, Grosse Elbstrasse 27 22767 Hamburg Germany/Varengold Bank AG The Gate Village 4, DIFC Dubai United Arab Emirates/Varengold Bank AG Brookfield House, 44 Davies Street, London, W1K 5JA | Dr. Bernhard Fuhrmann and Frank Otten | Varengold Holding GmbH | TBC | TBC | Varengold Bank AG is a private German bank with Asset Management, Commercial Banking, Investment Banking and Capital Markets Brokerage divisions. Varengold Bank FX provides service in the area of Forex and CFD trading | N/A | TBC | TBC | Regulated by BaFin | N/A | N/A |
| **Solo Capital Nevis LLC** | N/A | Nevis Limited Liability Company | L12339 | 13 August 2010 | Island of Nevis | n/a | Main Street, PO Box 556, Charlestown, Nevis (Registered Agent = Morning Star Holdings Limited) | N/a<br>(Management conducted under exclusive authority of members) | Sanjay Shah | TBC | TBC | TBC | TBc | TBC | TBC | TBC | n/a | **COMPANY DISSOLVED 7 JUNE 2012** |

| Legal Name | Previous Name | Entity Type | Company No. | Date of Inc. | Country of Inc. | Webfiling code | Registered Address | Directors | Shareholders | Accounting year end | Auditors | Nature of Business | Subsidiaries/ Branches/Assets | VAT Number | Tax ID Number | Regulated | FCA Firm Reference Number/Renewa | Other Licenses/Renewal Dates/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Telesto Cayman Limited** | N/A | Cayman Company Limited by Shares | WK-281466 | 27 September 2013 | Cayman Islands | N/A | Intertrust Corporate Services (Cayman) Limited, 190 Elgin Avenue, Georgge Town, Grand Cayman KY1-9005, Cayman Islands | Sanjay Shah, Anne Stratford Martin, Paul Kelly, Omar Arti | Sanjay Shah | TBC | TBC | TBC | Telesto Cayman Limited was a corporate member of Telesto Markets LLP. Telesto Cayman Limited held 100% voting share in Telesto Markets LLP (96% profit share) | TBC | TBC | TBC | N/A | **COMPANY DISSOLVED 30 JUNE 2015** |
| **Copella Cayman Limited - Dissolved on 30 June 2015** | N/A | Cayman Company Limited by Shares | WK-281465 | 27 September 2013 | Cayman Islands | N/A | Intertrust Corporate Services (Cayman) Limited, 190 Elgin Avenue, Georgge Town, Grand Cayman KY1-9005, Cayman Islands | Sanjay Shah, Anne Stratford Martin, Paul Kelly, Omar Arti | Sanjay Shah | TBC | TBC | TBC | Was a corporate member of Telesto Markets LLP with 0% voting rights, | TBC | TBC | TBC | N/A | **COMPANY DISSOLVED 30 JUNE 2015** |
| **Saymo Invest Ltd.** | N/A | BVI Business Company | 1863752 | 24-Feb-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Silviya Svilenova Ivanova | Sanjay Shah 33.33%<br>Yasin Sebastian Qureshi 33.33%<br>Mohammad Dastmaltchi 33.33% | Decision for the directors of the Company | No audit required | Proposed use: Film Investments | TBC | N/A | N/A | Non-regulated | N/A | N/A |
| **Elysium Global Limited** | N/A | BVI Business Company | 1811055 | 6-Feb-14 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Sanjay Shah | Decision for the directors of the Company | No audit required | Holding Company. Will be liquidated | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Equinox Security International Ltd** | N/A | Private Limited Company Limited by Guarantee | 9829227 | 19th October 2015 | United Kingdom | N/A | 20-22 Wenlock Road, London, England, N1 7GU | [Howard Leedham, Michael Murphy, Sanjay Shah] | [Howard Leedham, Michael Murphy, Sanjay Shah] | Decision for the directors of the Company | Grant Thornton | Professional Risks Consultancy | TBC. | N/A | N/A | Regulated | N/A | N/A |
| **Sayamo Invest Ltd.** | N/A | BVI Business Company | 1863752 | 24 February 2015 | BVI | TBC | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Silviya Svilenova Ivanova | Mohammed Dastmaltchi (34), Yasin Qureshi (34), Sanjay Shah (34) | Decision for the directors of the Company | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC |
| **Sirona Holdings Limited** | N/A | Jebel Ali Free Zone | 166701 | 16 July 2014 | UAE, Jebel Ali Free Zone | TBC | Registered Agent is Kanaan Advocates & Legal Consultants | Sanjay Shah, Usha Shah | Sanjay Shah | | TBC | solo | Plot 1555 (valued at AED27524153 pursuant to valuation certificates) & 1556 (valued at 28113369 pursuant to valuation certificates) on Palm Jumeriah. | TBC | TBC | TBC | TBC | TBC |
| **The Children's Fund for the Future** | N/A | Cayman Islands Exempted Company | WK-260345 | 4 August 2011 | Cayman Islands | TBC | TBC | Sanjah Shah, Rajen Shah | Sanjay Shah | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC |
| **Chance for Children** | N/A | Cayman Islands Exempted Company | WK-262048 | 14 September 2014 | Cayman Islands | TBC | TBC | Sanjah Shah, Rajen Shah | Sanjay Shah | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC |
| | | | | | | | | | | | | | | | | | | |
| **Autism Rocks** | Autism Rocks Ltd | Private Limited Company Limited by Guarantee | 9013164 | 28th April 2014 | United Kingdom | FL7B32 | 20-22 Wenlock Road, London, England, N1 7GU | Sanjay Shah, Peter Best, William Best | Sanjay Shah | 31-Mar | Moore Stephens | Charity | 2 x Autism Rocks Registered Trademark under No. UK00003123748 | N/A | N/A | Regulated by the Charities Commission | N/A | Annual Return 28 May |

# ELYSIUM GLOBAL

**MASTER SPREADSHEET 3 April 2016**

| Legal Name | Previous Name | Entity Type | Company No. | Date of Inc. | Country of Inc. | Webfiling code | Registered Address | Directors | Shareholders | Accounting year end | Auditors | Nature of Business | Subsidiaries/ Branches/Assets | VAT Number | Tax ID Number | Regulated | FCA Firm Reference Number/Renew | Other Licenses/Renewal Dates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |
| **Bostrent Trading Limited** | N/A | BVI Business Company | 1885505 | 7-Aug-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Property Holdings Limited | Decision for the directors of the Company | No audit required | Property Holding Vehicle - **AVAILABLE** | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Brinker Trading Limited** | N/A | BVI Business Company | 1885500 | 7-Aug-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Property Holdings Limited | Decision for the directors of the Company | No audit required | Property Holding Vehicle - **AVAILABLE** | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Exumtrent Trading Limited** | N/A | BVI Business Company | 1885501 | 7-Aug-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Property Holdings Limited | Decision for the directors of the Company | No audit required | Property Holding Vehicle - **AVAILABLE** | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **98 SHH Limited** | N/A | BVI Business Company | 1885583 | 7-Aug-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Property Holdings Limited | Decision for the directors of the Company | No audit required | Property Holding Vehicle | Sai Kung Hong Kong Property | N/A | N/A | Non-regulated | N/A | N/A |
| **Seventeen Dorset Limited** | N/A | BVI Business Company | 1884895 | 30-Jul-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Property Holdings Limited | Decision for the directors of the Company | No audit required | Property Holding Vehicle | Owns 100% of Dorset 17 Pte Limited | N/A | N/A | Non-regulated | N/A | N/A |
| **Bycor Capital Limited** | N/A | BVI Business Company | 1877533 | n | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Property Holdings Limited | Decision for the directors of the Company | No audit required | Property Holding Vehicle | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Rolten Capital Limited** | N/A | BVI Business Company | 1883078 | 16-Jul-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Property Holdings Limited | Decision for the directors of the Company | No audit required | Property Holding Vehicle | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Mala Holdings One Limited** | N/A | BVI Business Company | 1874036 | 14-May-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Property Holdings Limited | Decision for the directors of the Company | No audit required | Property Holding Vehicle | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Solten Holdings One Limited** | N/A | BVI Business Company | 1874037 | 14-May-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Property Holdings Limited | Decision for the directors of the Company | No audit required | Property Holding Vehicle | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Trixor Holdings One Limited** | N/A | BVI Business Company | 1871795 | 28-Apr-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | Property Holding Vehicle | Honey Jersey Limited | N/A | N/A | Non-regulated | N/A | N/A |
| **Sempra Universal Limited** | N/A | BVI Business Company | 1885504 | 7-Aug-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | **AVAILABLE** | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Glaceau Universal Limited** | N/A | BVI Business Company | 1885503 | 7-Aug-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Property Holdings Limited | Decision for the directors of the Company | No audit required | **AVAILABLE** | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Genoa Services London Limited** | N/A | BVI Business Company | 1846122 | 21-Oct-14 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | **AVAILABLE** | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Genoa Services London Limited** | N/A | BVI Business Company | 1876961 | 4-Jun-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | Property Holding Company - various | Various - Please refer to structure chart | N/A | N/A | Non-regulated | N/A | N/A |
| **Aralla Holdings Limited** | N/A | BVI Business Company | 1877259 | 8-Jun-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | Holding Company | Aralla Capital Limited - DISSOLVED 8 MARCH 2016 | N/A | N/A | Non-regulated | N/A | N/A |
| **Araya Holdings Limited** | N/A | BVI Business Company | 1865104 | 10-Mar-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | Holding Company | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Mastic Trading Limited** | N/A | BVI Business Company | 1885502 | 7-Aug-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Property Holdings Limited | Decision for the directors of the Company | No audit required | **AVAILABLE** | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Elysium Global Trading Limited** | Elysium Trading One Limited | BVI Business Company | 1876177 | 29-May-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | Trading Vehicle | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Typhon Hydra Holdings Limited** | N/A | BVI Business Company | 1879012 | 23-Jun-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | Holds IP | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Expansa Capital Limited** | N/A | BVI Business Company | 1881871 | 7-Jul-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | **AVAILABLE** | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Gray Fall Investments Limited** | N/A | BVI Business Company | 1882093 | 8th July 2015 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | **AVAILABLE** | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Boa Global Limited** | N/A | BVI Business Company | 1882042 | 8-Jul-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | **AVAILABLE** | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Colombia Capital Limited** | N/A | BVI Business Company | 1882090 | 8-Jul-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | **AVAILABLE** | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Novaco Capital Limited** | N/A | BVI Business Company | 1881973 | 8-Jul-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | **AVAILABLE** | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Shallow River Limited** | N/A | BVI Business Company | 1882495 | 13-Jul-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah and Kasyap Vijender Rao | Elysium Global Limited | Decision for the directors of the Company | No audit required | Property Holding Vehicle | 100% Barracuda Holding | N/A | N/A | Non-regulated | N/A | N/A |
| **Halana Capital Limited** | N/A | BVI Business Company | 1882623 | 13-Jul-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | **AVAILABLE** | N/A | N/A | N/A | Non-regulated | N/A | N/A |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Acai Investments Limited - To be dissolved** | N/A | BVI Business Company | 1881673 | 7-Jul-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | Trading Vehicle | Loan from EGL to Acai dated 28 July 2015 in amount of USD6 million. Interest rate 1% on Bank of England bank rate. Repayment date 28 July 2018. | N/A | N/A | Non-regulated | N/A | N/A |
| **Philo Holdings Limited** | N/A | BVI Business Company | 1881972 | 8-Jul-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | Trading Vehicle | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Fire Capital One Limited** | N/A | BVI Business Company | 1876176 | 29-May-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | Trading Vehicle | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Parla Global Investments Limited** | N/A | BVI Business Company | 1882092 | 8-Jul-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | Trading Vehicle | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **TSR Trading Limited** | N/A | BVI Business Company | 1885694 | 10-Aug-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | Trading Vehicle | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Fentex Universal Limited** | N/A | BVI Business Company | 1885695 | 10-Aug-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | Trading Vehicle | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Transnet Capital Limited** | N/A | BVI Business Company | 1885763 | 10-Aug-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | Trading Vehicle | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Letren Trading Limited** | N/A | BVI Business Company | 1885771 | 10-Aug-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | Trading Vehicle | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Clay Street Limited** | N/A | BVI Business Company | 1888445 | 2-Sep-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Property Holdings Limited | Decision for the directors of the Company | No audit required | Property Holding Company | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **2 Clay St Limited** | N/A | BVI Business Company | 1893168 | 16-Oct-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Property Holdings Limited | Decision for the directors of the Company | No audit required | Property Holding Company | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **3 Clay St Limited** | N/A | BVI Business Company | 1893203 | 16-Oct-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Property Holdings Limited | Decision for the directors of the Company | No audit required | Property Holding Company | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **4 Clay St Limited** | N/A | BVI Business Company | 1893177 | 16-Oct-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Property Holdings Limited | Decision for the directors of the Company | No audit required | Property Holding Company | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Wentrest Holdings Limited** | N/A | BVI Business Company | 1889565 | 14-Sep-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | **AVAILABLE** | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Botrent Holdings Limited** | N/A | BVI Business Company | 1889564 | 14-Sep-15 | B.V.I. | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | Sanjay Shah | Elysium Global Limited | Decision for the directors of the Company | No audit required | **AVAILABLE** | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| | | | | | | | | | | | | | | | | | | |
| **Barracuda EM Holdings Limited** | Arche Cayman Limited | Exempted Company | 265197 | 12-May-15 | Cayman Islands | N/A | Genesis Trust & Corporate Services Ltd., 2nd Floor, Midtown Plaza, Elgin Avenue, PO Box 448, Grand Cayman KY1-1106, Cayman Islands | Sanjay Shah | Elysium Global Limited | No statutory requirement for Cayman Exempt Companies to produce financial statements | No audit required | Holding company for investments | IPIS UK (Battersea London 1) Limited/Audiosplitter/Syntax GIS Limited/Koji DMCC<br><br>[15% interest in Equinox Security International Limited] | N/A | N/A | Non-regulated | N/A | N/A |
| **Aduro Investments LP** | N/A | Exempted Limited Partnership | KY068339 | 22-Jul-13 | Cayman Islands | N/A | Intertrust Corporate Services (Cayman) Limited, 190 Elgin Avenue, George Town, Grand Cayman, KY1 9005, Cayman Islands | No Directors - Limited Partnership | General Partner: Ganymede Cayman Ltd/Limited Partner Valerius | No statutory requirement for Cayman Exempt Companies to produce financial statements | No audit required | Partnership's business is to purchase, hold, dispose of, or otherwise deal with investments for its own account and to engage or participate in any other lawful investment or related activities in which exempted limited partnerships formed in the Cayman Islands may engage or participate. In process of being wound down | N/A | N/A | N/A | Exempted | N/A | N/A |
| **Ganymede Cayman Ltd.** | N/A | Exempted Company | 242030 | 16-Jun-10 | Cayman Islands | N/A | Genesis Trust & Corporate Services Ltd. PO Box 448, George Town, Grand Cayman, KY1-1106, Cayman Islands | Sanjay Shah | Elysium Global Limited | No statutory requirement for Cayman Exempt Companies to produce financial statements | No audit required | Trading Vehicle (in process of being wound down) | General Partner in Aduro Investments LP | N/A | N/A | Non-regulated | N/A | N/A |
| **Callisto Cayman Management** | N/A | Exempted Company | GC-287101 | 14-Apr-14 | Cayman Islands | N/A | 2nd Floor, Midtown Plaza, Elgin Avenue, PO Box 448, Grand Cayman, KY1-1106, Cayman Islands | Sanjay Shah | Elysium Global Limited | No statutory requirement for Cayman Exempt Companies to produce financial statements | No audit required | Investment Management. In process of being wound down | CCM has a Dubai Branch | N/A | N/A | Non-regulated | N/A | N/A |
| **Kora Trading Limited** | N/A | Exempted Company | HS-292829 | 17-Oct-14 | Cayman Islands | N/A | Harneys Services (Cayman) Limited, 4th Floor, Harbour Place, 103 South Church Street, P.O. Box 10240, Grand Cayman, KY1-1002, Cayman Islands | Sanjay Shah | Elysium Global (Dubai) Limited | No statutory requirement for Cayman Exempt Companies to produce financial statements | No audit required | Trading Vehicle. Will be liquidated | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| **Altair Holdings Limited** | Agrius Holdings Limited | Exempted Company | 279453 | 9th July 2013 | Cayman Islands | N/A | Genesis Trust & Corporate Services Ltd. PO Box 448, George Town, Grand Cayman, KY1-1106, Cayman Islands | Sanjay Shah | Elysium Global Limited | No statutory requirement for Cayman Exempt Companies to produce financial statements | No audit required | Holding Company. Will be liquidated | Dionysus Limited and Altair Capital Limited | N/A | N/A | Non-regulated | N/A | N/A |
| **Dionysus Limited** | N/A | Exempted Company | 279454 | 9th July 2013 | Cayman Islands | N/A | Genesis Trust & Corporate Services Ltd. PO Box 448, George Town, Grand Cayman, KY1-1106, Cayman Islands | Sanjay Shah | Altair Holdings Limited | No statutory requirement for Cayman Exempt Companies to produce financial statements | No audit required | Holding Company. Will be liquidated | Altair Capital Limited | N/A | N/A | Non-regulated | N/A | N/A |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Altair Capital Limited** | Hyperion Capital Limited | Exempted Company | 279366 | 9th July 2013 | Cayman Islands | N/A | Genesis Trust & Corporate Services Ltd. PO Box 448, George Town, Grand Cayman, KY1-1106, Cayman Islands | Sanjay Shah | Dionysus Limited | No statutory requirement for Cayman Exempt Companies to produce financial statements | No audit required | Trading Vehicle. Will be liquidated | N/A | N/A | N/A | Non-regulated | N/A | N/A |
| | | | | | | | | | | | | | | | | | | |
| **Hydra Capital Limited** | N/A | Private Limited Company | 9398957 | 21-Jan-15 | United Kingdom | 2K4KTK | 20-22 Wenlock Road, London, England, N1 7GU | Sanjay Shah | Elysium Global Limited | 31-Jan-15 | Moore Stephens | Transferred IP to BVI Holding Company | N/A | N/A | N/A | Non-Regulated | N/A | N/A |
| **Elysium Global (UK) Limited** | N/A | Private Limited Company | 8996194 | 14-Apr-14 | United Kingdom | FK38BT | 20-22 Wenlock Road, London, England, N1 7GU | Sanjay Shah | Elysium Global (Dubai) Limited | 30-Apr | Moore Stephens | Subsidiary of Elysium Global (Dubai) Limited | N/A | N/A | N/A | Non-Regulated | N/A | N/A |
| **Theorem Technology Limited** | N/A | Private Limited Company | 9278393 | 23-Oct-14 | United Kingdom | PLRG6X | 20-22 Wenlock Road, London, England, N1 7GU | Sanjay Shah | Elysium Global Limited | 31-Oct-15 | Moore Stephens | Development and Technology Services | N/A | 123 3462 46 | N/A | Non-Regulated | N/A | N/A |
| **Genoa Services London Limited** | N/A | Private Limited Company | 9335527 | 1-Dec-14 | United Kingdom | 977F6G | 20-22 Wenlock Road, London, England, N1 7GU | Martin Jason Ward | Elysium Global Limited | 31-Dec | Moore Stephens | Client Services (in process of being wound down) | N/A | N/A | N/A | Non-Regulated | N/A | N/A |
| **Syntax GIS Ltd** | N/A | Private Limited Company | 8956766 | 3/25/2014 | United Kingdom | M2EP7N | 145-157 St John Street, London, EC1V 4PW | Camilo Enrique Vargas Manzanera | Arche Cayman Limited | 31-Mar | Howlader & Company FAO: Christopher Kelly | Financial Services. Will be liquidated | N/A | 185119890 | [redacted]178A | Non-Regulated | N/A | N/A |
| **Honey Jersey Limited** | N/A | Limited Company | 7982301 | 08.03.2012 | UK | YULCJ4 | 20-22 Wenlock Road London N1 7GU | Sanjay Shah | Trixor Holdings One Limited | 31-Mar | N/A | Holding Company for property | Property - 18 Hanover Terrace and 18 Hanover Terrace Mews, London. Title No. NGL921089 | N/A | [redacted]7979 | Non-regulated | N/A | N/A |
| **Audiosplitter** | N/A | Private Limited Company | 7956088 | 2/20/2012 | United Kingdom | TBC | 39A Lambton Road, London, England, N19 3QJ | Mr James Auton, William Best and Adam Goodwin | Name Ordinary shares of £0.01 each Aggregate nominal share capital of Ordinary Shares % Nominal share capital % Voting rights AUTON, James 30,875 30.88 17.62% 17.62% BEST, William 30,875 30.88 | 20-Feb | TBC | Music App Business | TBC | TBC | TBC | TBC | TBC | TBC |
| **Aralla Capital Limited - DISSOLVED 8 MARCH 2016** | N/A | Private Limited Company | 9644863 | 17th June 2015 | England and Wales | W8X8YY | 20-22 Wenlock Road, London, England, N1 7GU | Anne Stratford-Martin | Aralla Holdings Limited | 30-Jun | N/A | Aralla Capital Limited has been established to take advantage of secured, short term lending opportunities that exist in the UK and overseas. The business will provide short term loan finance of tranches between £250,000 to £5,000,000 for the purposes of property purchases (residential, commercial or buy to let) | N/A | N/A | N/A | N/A | N/A | N/A |
| | | | | | | | | | | | | | | | | | | |
| **Athena Equity Trading S.a.r.l.** | N/A | Societe a responsabilite limitee | B 164265 | 28-Oct-11 | Luxembourg | Alter Domus | 121, Avenue de la Faiencerie L-1511 Luxembourg | Christina Van Den Berg (A Manager) Karin Janse Van Rensburg (B Manager) | Elysium Global Limited | 30-Jun | Alter Domus | Dormant. In process of being wound down | N/A | LU25928225 | [redacted]0 438 | Non-regulated | TBC | TBC |
| **solo capital limited** | N/A | Societe a responsabilite limitee | B 164251 | 27-Oct-11 | Luxembourg | Alter Domus | 5, rue Guillaume Kroll, L-1882 Luxembourg, Grand Duchy of Luxembourg | None appointed - Managers from Alter Domus resigned | Elysium Global Limited | 30-Jun | Alter Domus | Dormant. In process of being wound down. | N/A | LU25928124 | [redacted]0 357 | Non-regulated | TBC | TBC |
| **Pandia Equity Trading Sarl** | N/A | Societe a responsabilite limitee | B 164250 | 27-Oct-11 | Luxembourg | Alter Domus | 5, rue Guillaume Kroll, L-1882 Luxembourg, Grand Duchy of Luxembourg | Genevieve Koschnicke (Class B) Sara Speed (Class A) | Elysium Global Limited | 30-Jun | Alter Domus | Dormant. In process of being wound down | N/A | LU25928023 | [redacted]0 365 | Non-regulated | TBC | TBC |
| **VEM Holding Sarl** | N/A | Societe a responsabilite limitee | B 192216 | 1-Dec-14 | Luxembourg | Alter Domus | 5, rue Guillaume Kroll, L-1882 Luxembourg, Grand Duchy of Luxembourg | Robyn John Llewellyn Frank Przygodda Quentin de Neve de Roden | Kenna Investments Limited/Cielo Global Limited/Wong International Holdings Ltd/Serafine Investment Limited/Double Two Investments Limited/Woodfields Financial Limited/Polaris Capital Limited/Zuben Capital Limited | 31/12/2015 (first accounting year being from October 30, 2014 to December 31, 2015) | Alter Domus | Holding Company | VEM Aktienbank AG | N/A | [redacted]2 045 | Non-regulated | TBC | TBC |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Elysium Global (Dubai) Limited** | Solo Capital (Dubai) Limited | Company Limited by Shares | License No. CL1136 | 19-Dec-11 | Dubai. U.A.E | DIFC Login | Unit 3, Level 1, Gate Village 5, Dubai International Financial Centre, Dubai, 506699, United Arab Emirates | Sanjay Shah and Kasyap Rao | Elysium Global Limited | 31-Mar-15 | No audit required | Managing Office/Investment in Commercial Enterprises and Management | Elysium Global (UK) Limited/Kora Trading Limited and Ariston (Canada) Limited - Ariston to be wound-up. | N/A | N/A | N/A | DIFC License No 1136 | 31-Dec-15 |
| **Callisto Cayman Management** | N/A | Recognised Company | GC-287101 | 21-Jul-14 | Dubai, UAE | DIFC Login | Genesis Trust & Corporate Services Ltd., 2nd Floor, Midtown Plaza, Elgin Avenue, PO Box 448, Grand Cayman KY1-1106, Cayman Islands | Sanjay Shah | Elysium Global Limited | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC |
| | | | | | | | | | | | | | | | | | | |
| **Hyperion Capital (Hong Kong) Limited** | TBC | TBC | TBC | TBC | Hong Kong | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC |
| **HYR6** | N/A | International Business Company | 138,566 | TBC | Belize | N/A | Blake Building, Suite 106, Corner Eyre and Hutson Streets, Belize City, Belize | TBC | Elysium Global Limited | TBC | TBC | To be wound down | TBC | TBC | TBC | TBC | TBC | TBC |
| **Ariston (Canada) Limited - to be wound-up** | N/A | Limited Company | 671832 | 7-Aug-13 | Canada | N/A | 1 Germain Street, Suite 1500, Saint John NB E2L 4VI | Kasyap Vijender Rao | Elysium Global (Dubai) Limited | TBC | TBC | Trading Vehicle. Will be liquidated | Account at Varengold | N/A | N/A | N/A | N/A | N/A |
| **IPIS UK (Battersea London 1) Limited** | N/A | Non-Cellular Company Limited by Shares | 59172 | TBC | Guernsey | TBC | TBC | TBC | Timothy Paul Murphy and Barracuda EM Holings Limited | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC |
| **Max Holdings II ApS (NGC)** | N/A | Limited liability company | CVR No. 36949988 | TBC | Denmark | TBC | Rosenborggade 1, DK-1130 Copenhagen, Denmark | Pernille Padersen and Ashley Richardson | Capmartin Limited, PMP Holding ApS. Barracuda EM Holdings Limited holds an option to acquire an equity stake in Max Holdings II ApS of 25% for USD1.00 | TBC | TBC | Holding Company for the ICO group | The 25% stake is worth EUR3million | TBC | TBC | TBC | TBC | TBC |
| **VEM** | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC |
| **Pallas Equity Trading S.a.r.l.** | TBC | Societe a responsabilite limitee | B164251 | 27-Oct-11 | Luxembourg | TBC | 121, Avenue de la Faiencerie L-1511 Luxembourg | Christina Van Den Berg (A Manager), Karin Janse Van Rensburg (B Manager) | Elysium Global Limited | TBC | TBC | Acquisition of participations in Luxembourg or OS in companies or enterprises | TBC | TBC | TBC | TBC | TBC | TBC |
| **Bowtrest Trading Limited** | N/A | BVI Business Company | 1889564 | 14-Sep-15 | BVI | N/A | TBC | Sanjay Shah | Elysium Global Limited | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC |
| **IP Universal Limited** | N/A | BVI Business Company | 1846122 | 21-Oct-14 | BVI | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | [Usha Shah] | Elysium Global Limited | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC |
| **Columbia Capital Ltd** | N/A | BVI Business Company | 1882090 | 8-Jul-15 | BVI | N/A | Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands | [Usha Shah] | [Usha Shah] | TBC | TBC | Unallocated Shell Company | TBC | TBC | TBC | TBC | TBC | TBC |