# Exhibit 11

# Elysium Global Group Structure Chart
## 22 February 2015



Trading Group

Media/IT & Leisure Group

SS Direct Holdings A

Real Estate Group

SS Holdings B

Orphan/Shelf/Dormant/Under Dissolution