# Exhibit 12-B



**First Alton Inc.**
*450 Alton Rd. Ste 1603*
*Miami Beach, FL 33139 USA*

### INVOICE

| | |
|---|---|
| Date: | 7-23-2015 |
| Invoice Number: | 07231501 |
| Due Date: | 08/15/15 |

| FROM: | | TO: | |
|---|---|---|---|
| | First Alton Inc. | | Acai Investments Limited |
| | 450 Alton Rd #1603 | | Craigmuir Chambers |
| | Miami Beach, FL 33139 USA | | Road Town, Tortola |
| | | | VG 1110, British Virgin Islands |

**TAX NOT APPLICABLE**

| Description | Total |
|---|---|
| Consultancy Fees | USD 3,977,888.05 |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Wells Fargo
Account: ▓▓▓▓0267
SWIFT Code: WFBIUS6S
Bank Address: Wells Fargo
784 Broadway
New York, NY 10003 USA

Thank you,

*R. L.*

Roger Lehman
Director, First Alton Inc.