# **Exhibit 1**

In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation, 18-md-2865 (LAK)
Partial Privilege Log of ED&F Man Capital Markets, Ltd. Regarding Requests for "Written Explanations"

| Doc ID | Parent Date | From | To | CC | Subject | File Name | Document Type | Basis for Claim of Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|
| HAS1_002_1_00000040-0197 | 7/5/2019 15:03 | Ian Rosenblatt OBE <ian.rosenblatt@rosenblatt-law.co.uk> | Steve hawksworth <shawksworth@edfmancapital.com> | | Fwd: Private and Confidential | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000040-0284-1 | 6/20/2019 17:32 | | | | | Draft FCA report - 17.06.19 (clean)-JK.pdf | Report | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000040-0350 | 7/11/2019 15:48 | justin.nimmo@rosenblatt-law.co.uk | shawksworth@edfmancapital.com | anthony.field@rosenblatt-law.co.uk | Update for the FCA - Can you please approve | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000040-0350-1 | 7/11/2019 15:48 | | | | | 0000001Z1_3.DOCX | Letter | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000040-0884-5 | 6/21/2019 16:03 | | | | | Note to FCA 21.6.19.pdf | Report | U.K. Financial Services and Markets Act 2000 § 348; Work Product | Prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000040-1310-1-1 | 6/18/2019 12:04 | | | | Anoa Capital PowerPoint presentation | Board Presentation - 17.06.2019_2789812.pptx | Powerpoint | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000040-1310-2-1 | 6/18/2019 12:04 | | | | | Draft FCA report - 17.06.19 (clean).pdf | Report | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000040-1310-3-1 | 6/18/2019 12:04 | | | | | Draft Board Report - 17.06.19.pdf | Report | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000040-1475 | 6/24/2019 10:30 | Hawksworth, Stephen (LDN) <shawksworth@edfmancapital.com> | Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk> | Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk> | RE: URGENT - RE FCA | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000040-2018 | 6/21/2019 14:23 | Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk> | Hawksworth, Stephen (LDN) <shawksworth@edfmancapital.com> | Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk> | FW: URGENT - RE FCA | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000040-2060 | 7/11/2019 17:17 | Ian Rosenblatt OBE <ian.rosenblatt@rosenblatt-law.co.uk> | Steve hawksworth <shawksworth@edfmancapital.com> | | Fwd: Strictly Private & Confidential | | Email | U.K. Financial Services and Markets Act 2000 § 348; Work Product | Prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000040-2345 | 6/14/2019 13:46 | Ian Rosenblatt OBE <ian.rosenblatt@rosenblatt-law.co.uk> | Chris Smith <csmith@edfmancapital.com>;Steve hawksworth <shawksworth@edfmancapital.com> | Anthony Field <anthony.field@rosenblatt-law.co.uk>;Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk>;Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk>;Luther Kisanga <luther.kisanga@rosenblatt-law.co.uk>;Tom Spiller OBE <tom.spiller@rosenblatt-law.co.uk> | Fwd: Strictly Private & Confidential | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |

In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation, 18-md-2865 (LAK)
Partial Privilege Log of ED&F Man Capital Markets, Ltd. Regarding Requests for "Written Explanations"

| Doc ID | Parent Date | From | To | CC | Subject | File Name | Document Type | Basis for Claim of Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|
| HAS1_002_1_00000040-2463 | 7/5/2019 11:12 | Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk> | shawksworth@edfmancapital.com <shawksworth@edfmancapital.com> | Anthony Field <anthony.field@rosenblatt-law.co.uk>;Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk>;Tom Spiller OBE <tom.spiller@rosenblatt-law.co.uk> | Response to the FCA | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000040-2574 | 6/21/2019 9:27 | justin.nimmo@rosenblatt-law.co.uk | csmith@edfmancapital.com;jkligou r@edfmancapital.com;shawkswort h@edfmancapital.com | charlotte.woodward@rosenblatt-law.co.uk;ian.rosenblatt@rosenblatt-law.co.uk | | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000040-2574-1 | 6/21/2019 9:27 | | | | Amended Report to the FCA | 00000127_9.doc | Report | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000040-3572 | 7/4/2019 17:12 | Ian Rosenblatt OBE <ian.rosenblatt@rosenblatt-law.co.uk> | Steve hawksworth <shawksworth@edfmancapital.com> | | Fwd: victoria | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000040-3716 | 6/21/2019 12:47 | Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk> | Hawksworth, Stephen (LDN) <shawksworth@edfmancapital.com> | | URGENT - RE FCA | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000040-4163 | 7/5/2019 11:25 | Hawksworth, Stephen (LDN) <shawksworth@edfmancapital.com> | Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk> | Anthony Field <anthony.field@rosenblatt-law.co.uk>;Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk>;Tom Spiller OBE <tom.spiller@rosenblatt-law.co.uk> | Re: Response to the FCA | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-0166 | 6/11/2019 16:09 | Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk> | Hawksworth, Stephen (LDN) <shawksworth@edfmancapital.com> | | FW: Strictly Private & Confidential | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-0219 | 6/12/2019 13:20 | justin.nimmo@rosenblatt-law.co.uk | shawksworth@edfmancapital.com | anthony.field@rosenblatt-law.co.uk;charlotte.woodward@rosenblatt-law.co.uk | Amended letter to the FCA | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-0219-1 | 6/12/2019 13:20 | | | | | 00000128_1.DOC | Letter | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-0236 | 6/12/2019 16:12 | Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk> | 'Csmith@edfmancapital.com' <Csmith@edfmancapital.com>;Ian Rosenblatt OBE <ian.rosenblatt@rosenblatt-law.co.uk> | Anthony Field <anthony.field@rosenblatt-law.co.uk>;'Hawksworth, Stephen (LDN)' <shawksworth@edfmancapital.com> | Letter to FCA | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-0239-3 | 6/12/2019 17:19 | | | | | Letter to FCA 12.6.19.pdf | Letter | U.K. Financial Services and Markets Act 2000 § 348; Work Product | Prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |

CONFIDENTIAL

In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation, 18-md-2865 (LAK)
Partial Privilege Log of ED&F Man Capital Markets, Ltd. Regarding Requests for "Written Explanations"

| Doc ID | Parent Date | From | To | CC | Subject | File Name | Document Type | Basis for Claim of Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|
| HAS1_002_1_00000049-0244 | 5/23/2019 14:18 | Anthony Field <anthony.field@rosenblatt-law.co.uk> | 'Foster, Victoria (LDN)' <vfoster@edfmancapital.com> | Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk>;Hawksworth, Stephen (LDN) <shawksworth@edfmancapital.com>;Ian Rosenblatt OBE <ian.rosenblatt@rosenblatt-law.co.uk>;Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk>;Kilgour, Jacqueline (LDN) <jkilgour@edfmancapital.com>;Meade, Michael (LDN) <mmeade@edfmancapital.com> | RE: Strictly Private & Confidential | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-0247 | 5/23/2019 13:44 | Foster, Victoria (LDN) <vfoster@edfmancapital.com> | Anthony Field <anthony.field@rosenblatt-law.co.uk> | Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk>;Hawksworth, Stephen (LDN) <shawksworth@edfmancapital.com>;Ian Rosenblatt OBE <ian.rosenblatt@rosenblatt-law.co.uk>;Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk>;Kilgour, Jacqueline (LDN) <jkilgour@edfmancapital.com>;Meade, Michael (LDN) <mmeade@edfmancapital.com> | Re: Strictly Private & Confidential | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-0396 | 5/13/2019 13:44 | Anthony Field <anthony.field@rosenblatt-law.co.uk> | 'Hawksworth, Stephen (LDN)' <shawksworth@edfmancapital.com> | Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk>;Foster, Victoria (LDN) <vfoster@edfmancapital.com>;Ian Rosenblatt OBE <ian.rosenblatt@rosenblatt-law.co.uk>;Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk>;Kilgour, Jacqueline (LDN) <jkilgour@edfmancapital.com>;Meade, Michael (LDN) <mmeade@edfmancapital.com>;Tom Spiller <tom.spiller@rosenblatt-law.co.uk> | FCA | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-0396-2 | 5/13/2019 13:44 | | | | | Letter to the FCA dated 14.05.2019.DOC | Letter | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-0768 | 6/12/2019 9:47 | Hawksworth, Stephen (LDN) <shawksworth@edfmancapital.com> | Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk> | Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk> | RE: Two urgent further questions re reply to FCA | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |

In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation, 18-md-2865 (LAK)
Partial Privilege Log of ED&F Man Capital Markets, Ltd. Regarding Requests for "Written Explanations"

| Doc ID | Parent Date | From | To | CC | Subject | File Name | Document Type | Basis for Claim of Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|
| HAS1_002_1_00000049-0773 | 5/22/2019 15:14 | Anthony Field <anthony.field@rosenblatt-law.co.uk> | Foster, Victoria (LDN) <vfoster@edfmancapital.com> | Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk>;'Hawksworth, Stephen (LDN)' <shawksworth@edfmancapital.com>;Ian Rosenblatt OBE <ian.rosenblatt@rosenblatt-law.co.uk>;Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk>;'Kilgour, Jacqueline (LDN)' <jkilgour@edfmancapital.com> | FW: Strictly Private & Confidential | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-0797 | | | Anthony Field <anthony.field@rosenblatt-law.co.uk> | Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk>;'Hawksworth, Stephen (LDN)' <shawksworth@edfmancapital.com>;Ian Rosenblatt OBE <ian.rosenblatt@rosenblatt-law.co.uk>;Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk>;'Kilgour, Jacqueline (LDN)' <jkilgour@edfmancapital.com>;Meade, Michael (LDN) <mmeade@edfmancapital.com> | Re: Strictly Private & Confidential | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| | 5/23/2019 7:58 | Foster, Victoria (LDN) <vfoster@edfmancapital.com> | Anthony Field <anthony.field@rosenblatt-law.co.uk>;Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk>;Ian Rosenblatt OBE <ian.rosenblatt@rosenblatt-law.co.uk>;Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk>;Tom Spiller <tom.spiller@rosenblatt-law.co.uk> | Foster, Victoria (LDN) <vfoster@edfmancapital.com>;'Hawksworth, Stephen (LDN)' <shawksworth@edfmancapital.com> | Private & Confidential - Danske items | | | | |
| HAS1_002_1_00000049-0867 | 5/9/2019 14:12 | Meade, Michael (LDN) <mmeade@edfmancapital.com> | | | | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-1321 | 6/11/2019 15:24 | Hawksworth, Stephen (LDN) <shawksworth@edfmancapital.com> | Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk> | | FW: Strictly Private & Confidential | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-1427 | 5/24/2019 14:57 | Anthony Field <anthony.field@rosenblatt-law.co.uk> | Foster, Victoria (LDN) <vfoster@edfmancapital.com>;'Hawksworth, Stephen (LDN)' <shawksworth@edfmancapital.com>;'Kilgour, Jacqueline (LDN)' <jkilgour@edfmancapital.com> | Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk>;Ian Rosenblatt OBE <ian.rosenblatt@rosenblatt-law.co.uk>;Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk>;Luther Kisanga <luther.kisanga@rosenblatt-law.co.uk>;Tom Spiller <tom.spiller@rosenblatt-law.co.uk> | FW: Strictly Private & Confidential | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-1958 | 6/12/2019 15:03 | Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk> | 'Hawksworth, Stephen (LDN)' <shawksworth@edfmancapital.com> | Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk> | RE: Short selling | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |

In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation, 18-md-2865 (LAK)
Partial Privilege Log of ED&F Man Capital Markets, Ltd. Regarding Requests for "Written Explanations"

| Doc ID | Parent Date | From | To | CC | Subject | File Name | Document Type | Basis for Claim of Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|
| HAS1_002_1_00000049-1961 | 6/12/2019 15:22 | Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk> | 'Hawksworth, Stephen (LDN)' <shawksworth@edfmancapital.com> | Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk> | RE: Short selling | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-2179 | 5/14/2019 11:17 | anthony.field@rosenblatt-law.co.uk | shawksworth@edfmancapital.com | charlotte.woodward@rosenblatt-law.co.uk;ian.rosenblatt@rosenblatt-law.co.uk;tom.spiller@rosenblatt-law.co.uk | RE: Document1 | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-2179-1 | 5/14/2019 11:17 | | | | | Letter to the FCA dated 14.05.2019.DOC | Letter | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-2205-03 | 5/14/2019 16:18 | | | | | Letter to the FCA 14.5.19.pdf | Letter | U.K. Financial Services and Markets Act 2000 § 348; Work Product | Prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-2540 | 6/12/2019 15:14 | Hawksworth, Stephen (LDN) <shawksworth@edfmancapital.com> | Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk> | Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk> | RE: Short selling | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-2560 | 5/23/2019 15:52 | Anthony Field <anthony.field@rosenblatt-law.co.uk> | shawksworth@edfmancapital.com >; 'Kilgour, Jacqueline (LDN)' <jkilgour@edfmancapital.com> | | FW: Strictly Private & Confidential | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-2784 | 5/14/2019 4:18 | anthony.field@rosenblatt-law.co.uk | shawksworth@edfmancapital.com | law.co.uk;ian.rosenblatt@rosenblatt-law.co.uk;jkilgour@edfmancapital.com | Fw: Strictly Private & Confidential | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-2784-01 | 5/14/2019 16:18 | | | | | image009.png | Chart | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-3091 | 6/12/2019 10:06 | justin.nimmo@rosenblatt-law.co.uk | shawksworth@edfmancapital.com | charlotte.woodward@rosenblatt-law.co.uk | Draft to FCA | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-3091-1 | 6/12/2019 10:06 | | | | | 0000001 28_1.DOC | Letter | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-3124 | 6/12/2019 15:36 | justin.nimmo@rosenblatt-law.co.uk | csmith@edfmancapital.com;ian.rosenblatt@rosenblatt-law.co.uk;shawksworth@edfmancapital.com | anthony.field@rosenblatt-law.co.uk;charlotte.woodward@rosenblatt-law.co.uk | FCA Letter | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-3124-1 | 6/12/2019 15:36 | | | | | Letter to the FCA dated 14.05.2019_2788293.DOC | Letter | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-3574 | 6/10/2019 16:57 | Piper, Adam (LDN) <apiper@edfmancapital.com> | 'Hawksworth, Stephen (LDN)' <shawksworth@edfmancapital.com> | | Danske Bank example | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-3574-1 | 6/10/2019 16:57 | | | | | image001.png | Chart | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |

CONFIDENTIAL

In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation, 18-md-2865 (LAK)
Partial Privilege Log of ED&F Man Capital Markets, Ltd. Regarding Requests for "Written Explanations"

| Doc ID | Parent Date | From | To | CC | Subject | File Name | Document Type | Basis for Claim of Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|
| HAS1_002_1_00000049-3707 | 5/23/2019 9:54 | Meade, Michael (LDN) <mmeade@edfmancapital.com> | Anthony Field <anthony.field@rosenblatt-law.co.uk> | Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk>;Foster, Victoria (LDN) <vfoster@edfmancapital.com>;Hawksworth, Stephen (LDN) <shawksworth@edfmancapital.com>;Ian Rosenblatt OBE <ian.rosenblatt@rosenblatt-law.co.uk>;Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk>;Kilgour, Jacqueline (LDN) <jkilgour@edfmancapital.com> | RE: Strictly Private & Confidential | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-4454 | 5/13/2019 14:31 | Kilgour, Jacqueline (LDN) <jkilgour@edfmancapital.com> | Anthony Field <anthony.field@rosenblatt-law.co.uk>;Hawksworth, Stephen (LDN) <shawksworth@edfmancapital.com> | Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk>;Foster, Victoria (LDN) <vfoster@edfmancapital.com>;Ian Rosenblatt OBE <ian.rosenblatt@rosenblatt-law.co.uk>;Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk>;Meade, Michael (LDN) <mmeade@edfmancapital.com>;Tom Spiller <tom.spiller@rosenblatt-law.co.uk> | RE: FCA | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| HAS1_002_1_00000049-4454-1 | 5/13/2019 14:31 | | | | | Letter to the FCA dated 14.05.2019 JK.doc | Letter | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| KU_002_1_00000001-0694-1 | 8/28/2019 14:20 | | | | | MCM Minutes - 15 August 2019 (legal privileged draft).docx | Meeting Minutes | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| KU_002_1_00000001-0789 | 5/24/2019 15:24 | Anthony Field <anthony.field@rosenblatt-law.co.uk> | Kilgour, Jacqueline (LDN)' <jkilgour@edfmancapital.com> | Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk>;Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk> | FW: Strictly Private & Confidential | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| KU_002_1_00000001-0790 | 5/28/2019 8:42 | Kilgour, Jacqueline (LDN) <jkilgour@edfmancapital.com> | Justin Nimmo <justin.nimmo@rosenblatt-law.co.uk> | Charlotte Woodward <charlotte.woodward@rosenblatt-law.co.uk> | RE: FCA investigation | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| KU_002_1_00000001-1969-1 | 8/28/2019 14:58 | | | | | MCM Minutes - 15 August 2019 (legal privileged draft).docx | Meeting Minutes | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| KU_002_1_00000001-2787-4 | 8/13/2019 18:58 | | | | | Pack of documents relating to upcoming board meeting.pdf | Powerpoint | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |
| KU_002_1_00000001-3002 | 6/21/2019 10:32 | justin.nimmo@rosenblatt-law.co.uk | rgr23@cam.ac.uk | charlotte.woodward@rosenblatt-law.co.uk;ian.rosenblatt@rosenblatt-law.co.uk;jkilgour@edfmancapital.com | Amended Report to the FCA | | Email | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |

**In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation, 18-md-2865 (LAK)**
**Partial Privilege Log of ED&F Man Capital Markets, Ltd. Regarding Requests for "Written Explanations"**

| Doc ID | Parent Date | From | To | CC | Subject | File Name | Document Type | Basis for Claim of Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|
| KU_002_1_00000001-3002-1 | 6/21/2019 10:32 | | | | | 00000127_9.doc | Report | U.K. Financial Services and Markets Act 2000 § 348; Attorney-Client Privileged; Work Product | Reflecting legal advice of outside English counsel regarding written explanations to the FCA for documents underlying Annex E of ED&F's Amended Defence and prepared in anticipation of imminent litigation regarding the WHT tax vouchers set forth in Annex E of ED&F's Amended Defence |

7

CONFIDENTIAL