# Exhibit 2

**ED&F MAN CAPITAL MARKETS LIMITED'S (69th Defendant to CL-2018-00297) LIST OF DOCUMENTS DATED 14 MAY 2020**

**ED&F Man Capital Markets Limited have control of the documents numbered and listed here,**

**but object to the Claimant inspecting them:**

| No. | Document Type | Date |
|---|---|---|
| (i) | All communications sent to and received from the Financial Conduct Authority (the "**FCA**") by Rosenblatt from 7 May 2019. | Various |
| (ii) | Rosenblatt Report to the FCA. | 21 June 2019 |
| (iii) | Rosenblatt Report to the FCA. | 16 September 2019 |
| (iv) | Internal Rosenblatt communications and drafts in relation to (1) the Rosenblatt Reports dated 21 June 2019 and 16 September 2019; and (2) other communications with the FCA after 7 May 2019. | Various |
| (v) | Internal ED&F Man communications and drafts in relation to (1) the Rosenblatt Reports dated 21 June 2019 and 16 September 2019; and (2) other communications with the FCA after 7 May 2019. | Various |
| | **ED&F Man Capital Markets Limited object to the Claimant inspecting these documents because:** The documents in categories (i) to (v) above are by their nature privileged. | |