**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-05374; 1:18-cv-08655 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**NOTICE OF THIRD-PARTY PLAINTIFFS/COUNTERCLAIM-DEFENDANTS MOTION TO DISMISS ED&F MAN CAPITAL MARKETS LTD.'S AMENDED COUNTERCLAIMS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated May 18, 2020, and the Declaration of Eric Smith, dated May 18, 2020, with all exhibits thereto, Third-Party Plaintiffs and Defendants-in-Counterclaim Del Mar Asset Management Savings and Retirement Plan and Federated Logistics LLC 401(K) Plan (together, the "Plans"), by its undersigned attorneys, will move the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United Sates Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a time and date to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Third-Party Defendant and Counterclaimant ED&F Man Capital Markets Ltd.'s Amended Counterclaims (Dkt. No. 326) with prejudice, and for such other and further relief as the Court deems just and proper. The Plans respectfully request that the Court hold oral argument regarding this Motion.

Dated: New York, New York
       May 18, 2020                        Respectfully submitted,

                                      KOSTELANETZ & FINK LLP

                                      /s/ Eric Smith
                                    Bryan Skarlatos
                                      bskarlatos@kflaw.com
                                   Eric Smith
                                    esmith@kflaw.com
                                   7 World Trade Center, 34th Floor
                                   250 Greenwich Street
                                   New York, NY  10007
                                   T: 212-808-8100
                                   F: 212-808-8108

                                   *Attorneys for Defendants / Third-Party Plaintiffs Del Mar Asset Management Savings and Retirement Plan and Federated Logistics LLC 401(K) Plan*