# Exhibit 2

| | |
|---|---|
| **From:** | Greg Pruden |
| **To:** | Oxford, Neil |
| **Cc:** | Weinstein, Marc A.; Smith, Dustin; Cahan, Valerie; Neil Binder; Wendy Schwartz |
| **Subject:** | RE: In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation, 18-md-2865 - Second Letter re Meet and Confer |
| **Date:** | Wednesday, May 27, 2020 10:07:24 AM |

> **CAUTION: This email was sent by someone outside of the Firm.**

Neil,

We have reviewed the letter you sent last night responding to our May 19 letter and see no point to a call today since it is clear we are at an impasse.

With respect to the other letter you sent last night concerning ED&F's response, we are reviewing and expect to send you a substantive response by Friday.

Best,
Greg

**Gregory C. Pruden**
Binder & Schwartz LLP
366 Madison Avenue, Sixth Floor
New York, NY 10017
Tel: 212.510.7239
Fax: 212.510.7299
gpruden@binderschwartz.com
www.binderschwartz.com

---

**From:** Oxford, Neil <neil.oxford@hugheshubbard.com>
**Sent:** Tuesday, May 26, 2020 3:49 PM
**To:** Greg Pruden <gpruden@binderschwartz.com>
**Cc:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; Cahan, Valerie <valerie.cahan@hugheshubbard.com>; Neil Binder <nbinder@binderschwartz.com>; Wendy Schwartz <wschwartz@binderschwartz.com>
**Subject:** Re: In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation, 18-md-2865 - Second Letter re Meet and Confer

Thanks Greg. That should be fine.

Best,

Neil


**Neil Oxford** | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor | New York, NY 10004-1482
Office +1 (212) 837-6843 | Cell +1 (646) 709-1424 | | Fax +1 (212) 299-6843
neil.oxford@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

On May 22, 2020, at 3:22 PM, Greg Pruden <gpruden@binderschwartz.com> wrote:

**CAUTION: This email was sent by someone outside of the Firm.**

Neil,

How about 11:00am on Wednesday?

Best,
Greg

**Gregory C. Pruden**
Binder & Schwartz LLP
366 Madison Avenue, Sixth Floor
New York, NY 10017
Tel: 212.510.7239
Fax: 212.510.7299
gpruden@binderschwartz.com
www.binderschwartz.com

---

**From:** Oxford, Neil <neil.oxford@hugheshubbard.com>
**Sent:** Friday, May 22, 2020 7:59 AM
**To:** Greg Pruden <gpruden@binderschwartz.com>
**Cc:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; Cahan, Valerie <valerie.cahan@hugheshubbard.com>; Neil Binder <nbinder@binderschwartz.com>; Wendy Schwartz <wschwartz@binderschwartz.com>
**Subject:** RE: In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation, 18-md-2865 - Second Letter re Meet and Confer

Greg,

Happy to move it up.  Can you suggest times on Wednesday?

Best,

Neil

**Neil Oxford** | Partner

**Hughes Hubbard & Reed LLP**

One Battery Park Plaza, 16th floor | New York, NY 10004-1482
Office +1 (212) 837-6843 | Cell +1 (646) 709-1424 | | Fax +1 (212) 299-6843
neil.oxford@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Greg Pruden <gpruden@binderschwartz.com>
**Sent:** Thursday, May 21, 2020 6:05 PM
**To:** Oxford, Neil <neil.oxford@hugheshubbard.com>
**Cc:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; Cahan, Valerie <valerie.cahan@hugheshubbard.com>; Neil Binder <nbinder@binderschwartz.com>; Wendy Schwartz <wschwartz@binderschwartz.com>
**Subject:** RE: In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation, 18-md-2865 - Second Letter re Meet and Confer

**CAUTION: This email was sent by someone outside of the Firm.**

Neil,

Thanks for your email.  We look forward to the response, but we'd like to speak sooner than Friday if we can.  We're available anytime between 12:00 and 5:00 on Tuesday to discuss.  Hope you all enjoy the holiday weekend.

Best,
Greg


**Gregory C. Pruden**
Binder & Schwartz LLP
366 Madison Avenue, Sixth Floor
New York, NY 10017
Tel: 212.510.7239
Fax: 212.510.7299
gpruden@binderschwartz.com
www.binderschwartz.com

---

**From:** Oxford, Neil <neil.oxford@hugheshubbard.com>
**Sent:** Thursday, May 21, 2020 4:45 PM
**To:** Greg Pruden <gpruden@binderschwartz.com>
**Cc:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; Cahan, Valerie <valerie.cahan@hugheshubbard.com>; Neil

Binder <nbinder@binderschwartz.com>; Wendy Schwartz <wschwartz@binderschwartz.com>
**Subject:** Re: In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation, 18-md-2865 - Second Letter re Meet and Confer

Greg, Neil,

We have prepared a full and substantive response to your letters but today was a holiday in Denmark, and with the holiday here on Monday it may be early Tuesday before we can send to you. Can you suggest some times on Friday May 29 to meet and confer?

Best,

Neil

**Neil Oxford** | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor | New York, NY 10004-1482
Office +1 (212) 837-6843 | Cell +1 (646) 709-1424 | | Fax +1 (212) 299-6843
neil.oxford@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

On May 19, 2020, at 4:25 PM, Greg Pruden <gpruden@binderschwartz.com> wrote:

**CAUTION: This email was sent by someone outside of the Firm.**

Counsel,

Please see the attached correspondence regarding our previous meet and confer efforts.

Thanks,
Greg

**Gregory C. Pruden**
Binder & Schwartz LLP
366 Madison Avenue, Sixth Floor
New York, NY 10017
Tel: 212.510.7239
Fax: 212.510.7299
gpruden@binderschwartz.com
www.binderschwartz.com

<2020.05.19 - Second Letter from N Binder to N Oxford re Meet and Confers.pdf>