

Binder & Schwartz LLP
366 Madison Avenue  6th Floor
New York, NY 10017

(T) 212.510.7008
(F) 212.510.7299
binderschwartz.com

June 4, 2020

**By ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation*, 18-md-2865 (LAK) – ED&F's Letter Motion to Compel Discovery from SKAT

Dear Judge Kaplan:

      We submit this letter motion on behalf of ED&F Man Capital Markets, Ltd. ("ED&F") to request that the Court include the attached two documents in consideration of ED&F's Letter Motion to Compel, dated June 1, 2020 [ECF No. 351] so that there will be a complete record before the Court.

      In its opposition letter dated June 3, 2020 [ECF No. 352], Skatteforvaltningen ("SKAT") submitted two exhibits: (A) a May 26, 2020 letter from SKAT's counsel responding to April 29, 2020 and May 19, 2020 letters from ED&F's counsel, and (B) an email chain between counsel regarding, among other things, the May 19, 2020 letter. SKAT did not include in its submission the letters to which its letter responded. So that the Court may have a complete record, we attach for the Court's consideration the April 29, 2020 and May 19, 2020 letters from ED&F's counsel, attached as Exhibits A and B, respectively.

                              Respectfully submitted,

                                Neil S. Binder