UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION

MASTER DOCKET

Case No.: 1:18-md-02865-LAK

This document relates to: 1:18-cv-10119-LAK; 1:18-cv-10122-LAK; 1:18-cv-10123-LAK; 1:18-cv-10124-LAK; 1:18-cv-10125-LAK; 1:18-cv-10126-LAK

## NOTICE OF CHANGE OF ADDRESS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

                                      Plaintiff,        Case No.

    -against-

                                   Defendant.
-------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Michael A. Walsh**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MW-2534    My State Bar Number is 2032191

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Clark Hill Strasburger PLC
                  FIRM ADDRESS: 901 Main Street, Suite 6000, Dallas, TX 75202
                  FIRM TELEPHONE NUMBER: (214) 651-4300
                  FIRM FAX NUMBER: (214) 651-4330

NEW FIRM:    FIRM NAME: Parsons McEntire McCleary LLP
                    FIRM ADDRESS: 1700 Pacific Avenue, Suite 4400, Dallas, TX 75201
                  FIRM TELEPHONE NUMBER: (214) 237-4300
                  FIRM FAX NUMBER: (214) 237-4340

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: June 4, 2020

                                            ATTORNEY'S SIGNATURE