**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to 1:18-CV-05053-LAK. | MASTER DOCKET<br><br>Case No. 1:18-MD-02865-LAK |

**DECLARATION OF KARI PARKS IN SUPPORT OF THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN'S AND SHELDON GOLDSTEIN'S MOTION TO DISMISS AMENDED COUNTERCLAIM**

I, Kari Parks, depose and say as follows:

1. I am an associate of the law firm Gusrae Kaplan Nusbaum PLLC, which is counsel for Defendants–Third-Party Plaintiffs–Third-Party Counterclaim Defendants The Goldstein Law Group PC 401(K) Profit Sharing Plan and Sheldon Goldstein (the "**Goldstein Parties**") in this action.

2. I submit this declaration in support of the Goldstein Parties' Reply Memorandum in Further Support of Their Motion to Dismiss Amended Counterclaim (the "**Reply**").

3. The Reply cites a Southern District of New York case that cites the English case Askey v. Golden Wine Co. Ltd. [1948] 2 All E.R. 35.

4. I have not located a copy of Askey.

5.  Annexed as Exhibit 1 are all of the unpublished and foreign cases that the Goldstein Parties cite in their Reply, except for <u>Askey</u>:

    a. <u>Arkwright Mut. Ins. Co. v. Bojoirve, Inc.</u>, No. 93 Civ 3068 (WK), 1996 WL 361535 (S.D.N.Y. June 27, 1996) (Knapp, J.)
    b. <u>Capita (Banstead 2011) Ltd v. RFIB Grp. Ltd</u> [2015] EWCA Civ 1310
    c. <u>Dresser-Rand Co. v. Ingersoll Rand Co.</u>, No. 14 Civ. 7222 KPF, 2015 WL 4254033 (S.D.N.Y. July 14, 2015) (Failla, J.)
    d. <u>Katz v. Berisford Int'l PLC</u>, No. 96 Civ. 8695 (JGK), 2000 WL 959721 (S.D.N.Y. July 10, 2000) (Koeltl, J.)
    e. <u>Lafarge Canada Inc. v. Am. Home Assurance Co.</u>, No. 15-CV-8957 (RA), 2018 WL 1634135 (S.D.N.Y. Mar. 31, 2018) (Abrams, J.)
    f. <u>U.S. Bank Nat. Ass'n v. Commonwealth Land Title Ins. Co.</u>, No. 13 Civ. 7626 NRB, 2015 WL 1291151 (S.D.N.Y. Mar. 23, 2015) (Buchwald, J.)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2020
    New York, New York

                                            /s/ Kari Parks