**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 19-cv-01918-LAK; 19-cv-01931-LAK; 19-cv-01813-LAK; 19-cv-01788-LAK; 19-cv-01810-LAK; 19-cv-01928-LAK; 19-cv-01798-LAK; 19-cv-01800-LAK; 19-cv-01803-LAK; 19-cv-01794-LAK; 19-cv-01801-LAK; 19-cv-01818-LAK; 19-cv-01809-LAK | Master Docket 18-md-02865 (LAK)<br>ECF Case |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Omineca Trust hereby certifies that it has no corporate parent and no publicly held corporation owning 10% or more of its stock.

Dated: June 29, 2020
      New York, New York

                                       /s/ Sharon L. McCarthy
                                      SHARON L. MCCARTHY
                                      CAROLINE D. CIRAOLO
                                      NICHOLAS S. BAHNSEN
                                      KOSTELANETZ & FINK, LLP
                                      7 World Trade Center, 34th Fl.
                                      New York, NY 10007
                                      (212) 808-8100
                                      smccarthy@kflaw.com
                                      cciraolo@kflaw.com
                                      nbahnsen@kflaw.com
                                      *Attorneys for Defendant Omineca Trust*