UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 19-cv-01785-LAK; 19-cv-01781-LAK; 19-cv-01783-LAK; 19-cv-01922-LAK; 19-cv-01870-LAK; 19-cv-01791-LAK; 19-cv-01792-LAK; 19-cv-01926-LAK; 19-cv-01929-LAK; 19-cv-01806-LAK; 19-cv-01808-LAK; 19-cv-01812-LAK; 19-cv-01815-LAK. | Master Docket 18-md-02865 (LAK)<br>ECF Case |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Avanix Management LLC, Hadron Industries LLC, Cavus Systems LLC, and Routt Capital Trust hereby certify that they have no corporate parent and no publicly held corporation owning 10% or more of their stock.

Dated: June 29, 2020
New York, New York

/s/ Alan Schoenfeld
ALAN E. SCHOENFELD
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
(212) 230-8800
Alan.Schoenfeld@wilmerhale.com
*Attorney for Defendants Avanix Management LLC, Hadron Industries LLC, Cavus Systems LLC, and Routt Capital Trust*