UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:   18-cv-09797<br>                                                18-cv-10100<br>                                                18-cv-05053 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN L. GAVIN**

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, John L. Gavin, respectfully move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for (i) Defendants Newsong Fellowship Church 401K Plan; Alexander Jamie Mitchell III; and Acer Investment Group, LLC in the above-captioned lead case (Civ. No. 18-md-2865) and the related case (Civ. No. 18-cv-10100), (ii) Defendant Acer Investment Group, LLC in the lead case (Civ. No. 18-md-2865) and the related case (Civ. No. 18-cv-05053), and (iii) Defendants Kamco Investments, Inc. Pension Plan; Kamco LP Profit Sharing Pension Plan; Linden Associates Defined Benefit Plan; Moira Associates LLC 401K Plan; Riverside Associates Defined Benefit Plan; American Investment Group Of New York, L.P. Pension Plan; DW Construction, Inc. Retirement Plan; Joan Schulman; David Schulman; Robert Crema; Darren Wittwer; Louise Kaminer; Stacey Kaminer; and Acer Investment Group, LLC in the lead case (Civ. No. 18-md-2865) and in the related case (Civ. No. 18-cv-09797).

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

This motion is supported by my affidavit containing the information required by Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York and a true copy of a Certificate of Good Standing issued by the Supreme Judicial Court of the Commonwealth of Massachusetts. Plaintiff SKAT has indicated that it does not object to the relief sought by this motion.

Dated: July 1, 2020                                             Respectfully Submitted,

                                                                */s/ John L. Gavin*
                                                                John L. Gavin
                                                                K&L GATES LLP
                                                                State Street Financial Center
                                                                One Lincoln Street
                                                                Boston, MA 02111
                                                                T: 617. 951.9204
                                                                F: 617.261.3175
                                                                E: john.gavin@klgates.com