# K&L GATES

July 2, 2020

John C Blessington
john.blessington@klgates.com

T +1 617 261 3108
F +1 617 261 3175

**Via ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re:** In Re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation, 18-md-2865 (LAK); related actions 18-cv-05053, 18-cv-09797, 18-cv-09836, 18-cv-09837, 18-cv-09838, 18-cv-09839, 18-cv-09840, 18-cv-09841, 18-cv-10100

Dear Judge Kaplan:

This letter is to inform you that defendants DW Construction, Inc. Retirement Plan, Kamco Investments, Inc. Pension Plan, Kamco LP Profit Sharing Pension Plan, Moira Associates LLC 401(k) Plan, Linden Associates Defined Benefit Plan, Riverside Associates Defined Benefit Plan, American Investment Group of New York, L.P. Pension Plan, Stacey Kaminer, Joan Schulman, David Schulman, Newsong Fellowship Church 401(k) Plan, and Alexander Jamie Mitchell III (collectively, the "Defendants") filed their Answers to Skatteforvaltningen's ("SKAT") Amended Complaints on July 2, 2020.

Counsel for the Defendants made a good faith effort to comply with Paragraph 1 of the Court's Pretrial Order No. 4, dated October 10, 2018 (ECF No. 2; 18-md-02865), which requires any filing to be made in the master docket (18-md-02865) and "spread" to the action to which it applies. However, filing a pleading in the master docket would not allow the filing to be "spread" to the underlying related actions. This ECF feature has been documented by defense counsel in this multidistrict litigation. *See e.g.,* Letter from Mark Allison, dated July 26, 2019 (ECF Doc. No. 165).

Counsel for the Defendants filed the Answers on July 2, 2020 in the related actions set forth above. This letter is being filed separately in the master docket, with the Answers attached.

Respectfully submitted,

*/s/ John C. Blessington*
John C. Blessington

cc: Counsel of record, via ECF

K&L GATES LLP
STATE STREET FINANCIAL CENTER   ONE LINCOLN STREET   BOSTON   MA 02111
T +1 617 261 3100  F +1 617 261 3175  klgates.com