**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:     18-cv-05053, 18-cv-09797, 18-cv-09836, 18-cv-09837, 18-cv-09838, 18-cv-09839, 18-cv-09840, 18-cv-09841, 18-cv-10100 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**NOTICE OF DEFENDANTS DARREN WITTWER, LOUISE KAMINER, ROBERT CREMA, AND ACER INVESTMENT GROUP, LLC'S** <u>**MOTION TO DISMISS SKAT'S AMENDED COMPLAINTS**</u>

**PLEASE TAKE NOTICE THAT**, upon the accompanying memorandum of law and declaration of John C. Blessington, Acer Investment Group, LLC, Darren Wittwer, Louise Kaminer, and Robert Crema (collectively, the "Defendants") named in the above-captioned multidistrict litigation (18-md-02865) and the related actions (18-cv-05053, 18-cv-09797, 18-cv-09836, 18-cv-09837, 18-cv-09838, 18-cv-09839, 18-cv-09840, 18-cv-09841, and 18-cv-10100), hereby move this Court for an order dismissing Skatteforvaltningen's Amended Complaints against the Defendants with prejudice pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(2), and 12(b)(6), and for such other, further, or different relief as the Court deems just and proper.

| | |
|---|---|
| July 2, 2020 | Respectfully submitted, |
| | K&L GATES LLP |

*/s/ John C. Blessington*
John C. Blessington (*pro hac vice*)
 john.blessington@klgates.com
Brandon R. Dillman (*pro hac vice*)
 brandon.dillman@klgates.com
Michael R. Creta (*pro hac vice*)
 michael.creta@klgates.com
John L. Gavin (*pro hac vice*)
 john.gavin@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
T: 617.261.3100
F: 617.261.3175

*Attorneys for Defendants Louise Kaminer, Darren Wittwer, Robert Crema, and Acer Investment Group, LLC*