# EXHIBIT 1

## Index of SKAT's Amended Complaints

| Case Name | Case No. | Doc. No. | Pages in Ex. 2 to Blessington Decl. |
|---|---|---|---|
| *SKAT v. DW Construction, Inc. Retirement Plan* | 18-cv-09797 | 131 | 001-020 |
| *SKAT v. The Goldstein Law Group PC 401(k) Profit Sharing Plan* | 18-cv-05053 | 155 | 021-040 |
| *SKAT v. Kamco Investments, Inc. Pension Plan* | 18-cv-09836 | 87 | 041-060 |
| *SKAT v. Kamco LP Profit Sharing Pension Plan* | 18-cv-09837 | 87 | 061-080 |
| *SKAT v. Linden Associates Defined Benefit Plan* | 18-cv-09838 | 82 | 081-099 |
| *SKAT v. Moira Associates LLC 401(k) Plan* | 18-cv-09839 | 88 | 100-118 |
| *SKAT v. Riverside Associates Defined Benefit Plan* | 18-cv-09840 | 88 | 119-138 |
| *SKAT v. American Investment Group of New York, L.P. Pension Plan* | 18-cv-09841 | 89 | 139-158 |
| *SKAT v. Newsong Fellowship Church 401k Plan* | 18-cv-10100 | 126 | 159-176 |