**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to 1:18-CV-05053-LAK.

MASTER DOCKET

Case No. 1:18-MD-02865-LAK

**NOTICE OF THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING
PLAN'S, SHELDON GOLDSTEIN'S, AND SCOTT GOLDSTEIN'S
MOTION TO DISMISS AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying July 3, 2020 Memorandum

of Law and July 3, 2020 Declaration of Kari Parks with all exhibits thereto, Defendants

The Goldstein Law Group PC 401(K) Profit Sharing Plan, Sheldon Goldstein, and Scott

Goldstein (together, the "**Goldstein Parties**"), by their undersigned attorneys, will move

the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United

States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and

time to be determined by the Court, for an order dismissing Plaintiff

Skatteforvaltningen's Amended Counterclaim pursuant to Federal Rule of Civil

Procedure 12(b)(6), and for such other and further relief as the Court deems just and

proper.

The Goldstein Parties respectfully request that the Court hold oral argument on

this motion.

Dated: July 3, 2020
　　　New York, New York

GUSRAE KAPLAN NUSBAUM PLLC
By: /s/ Martin H. Kaplan
Martin H. Kaplan
Kari Parks
120 Wall Street
New York, New York, 10005
Telephone: (212) 269-1400
Fax: (212) 809-4147
mkaplan@gusraekaplan.com
kparks@gusraekaplan.com

*Counsel for Defendants The Goldstein Law
Group PC 401(K) Profit Sharing Plan,
Sheldon Goldstein, and Scott Goldstein*

2