UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-05053, 18-cv-09797, 18-cv-09836, 18-cv-09837, 18-cv-09838, 18-cv-09839, 18-cv-09840, 18-cv-09841, 18-cv-10100. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULES FOR MOTIONS TO DISMISS AMENDED COMPLAINTS**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that the briefing schedules for the respective motions to dismiss the amended complaints (the "Motions," and each a "Motion") filed by Defendants Acer Investment Group, LLC, Darren Wittwer, Louise Kaminer, and Robert Crema on July 2, 2020 (ECF No. 392), and by Defendants The Goldstein Law Group PC 401(k) Profit Sharing Plan, Sheldon Goldstein, and Scott Goldstein on July 3, 2020 (ECF No. 396), are modified as follows:

1. Plaintiff Skatteforvaltningen's current July 16 and July 17, 2020 deadlines to submit its responses to the Motions are hereby extended by twenty-one (21) and twenty (20) days, respectively, up to and including August 6, 2020.

2. Defendants' deadline to submit replies in further support of their Motions shall be August 20, 2020.

This is the parties' first request to modify the briefing schedule for either Motion.

Dated: New York, New York
      July 14, 2020

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen*

By: /s/ John C. Blessington
   (*e-signed with consent*)
   John C. Blessington (*pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Fax: (617) 261-3175
john.blessington@klgates.com

*Counsel for Defendants Acer Investment Group, LLC, Louise Kaminer, Darren Wittwer and Robert Crema*

By: /s/ Kari Parks
   (*e-signed with consent*)
   Martin H. Kaplan
   Kari Parks
GUSRAE KAPLAN NUSBAUM PLLC
120 Wall Street
New York, NY 10005
Telephone: (212) 269-1400
Fax: (212) 809-5449
mkaplan@gusraekaplan.com
kparks@gusraekaplan.com

*Counsel for Defendants The Goldstein Law Group PC 401(k) Profit Sharing Plan, Sheldon Goldstein, and Scott Goldstein*

SO ORDERED:

_____
    Hon. Lewis A. Kaplan
    United States District Judge