KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 260
WASHINGTON, DC 20001

TEL: (202) 875-8000
FAX: (202) 844-3500

July 29, 2020

**Via ECF and Electronic Mail**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      RE:    <u>In re: Customs and Tax Administration of the Kingdom of Denmark (SKAT) Tax Refund Litigation, Master Docket 18-md-2865 (LAK)</u>

Dear Judge Kaplan:

      John van Merkensteijn and the Bernina Pension Plan Trust filed an Answer to Amended Complaint (the "Answer") today in the matter of *Skatteforvaltningen v. John van Merkensteijn, et al.*, Docket Number 1:19:cv-10713-LAK. As there is no ability to file an answer on the Master Docket and then "spread" the filing to the individual related action, the Answer was filed on the aforementioned docket. A copy of the Answer is also attached to this Letter as Exhibit 1.

      Respectfully submitted,

      KOSTELANETZ & FINK, LLP

      By:  /s/ Nicholas S. Bahnsen
           SHARON L. MCCARTHY
           CAROLINE CIRAOLO
           NICHOLAS S. BAHNSEN
           7 World Trade Center, 34th Floor
           New York, New York 10007
           Tel:    (212) 808-8100

July 29, 2020
Page 2

    Fax:   (212) 808-8108
cciraolo@kflaw.com
smccarthy@kflaw.com
nbahnsen@kflaw.com

*Attorneys for Defendants*
*John van Merkensteijn and Bernina*
*Pension Plan Trust*

cc:      Plaintiff's Counsel via ECF.