# Exhibit 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

SKATTEFORVALTNINGEN,

                Plaintiff,

        vs.

JOHN VAN MERKENSTEIJN, et al.,

                Defendants.

MASTER DOCKET

18-md-02865-LAK

**ANSWER TO AMENDED COMPLAINT**

**<u>JURY TRIAL DEMANDED</u>**

This document relates to:
Case No. 1:19-CV-10713-LAK

---

      Defendants, John van Merkensteijn ("van Merkensteijn") and Bernina Pension Plan Trust ("Bernina" and together with van Merkensteijn, "Defendants"), by and through their undersigned attorneys, hereby answer and assert affirmative defenses and other defenses as follows to the Amended Complaint (ECF No. 58, April 27, 2020) of Skatteforvaltningen ("SKAT"). Except as hereinafter expressly admitted, qualified, or otherwise answered, Defendants deny each and every allegation and assertion set forth in the Amended Complaint. The paragraphs that follow align with the numbered paragraphs in the Amended Complaint.

      1.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 1.

      2.     Defendants deny the allegations in Paragraph 2, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

3.      Defendants deny the allegations in Paragraph 3, except refer to the double taxation treaties between Denmark and other countries for a complete and accurate account of their contents, and deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning other parties.

4.      Defendants deny submitting any fraudulent applications to SKAT and otherwise deny the allegations in Paragraph 4, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

5.      Defendants deny participating in any fraudulent scheme and otherwise deny the allegations in Paragraph 5, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

6.      Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 6.

7.      Defendants deny making any false claims and deny the allegations in the first sentence of Paragraph 7, but otherwise deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 7.

8.      Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 8.

9.      Defendants deny any knowledge of or participation in a fraud and deny the allegations in Paragraph 9, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

10.     Defendants deny the allegations in Paragraph 10.

11.     Defendants deny any knowledge of or participation in a fraud and deny the allegations in Paragraph 11, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

12.     Defendants deny any knowledge of or participation in a fraud and otherwise deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 12.

13.     Defendants deny the allegations in Paragraph 13.

14.     Paragraph 14 states legal conclusions to which no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 14.

15.     Paragraph 15 states legal conclusions to which no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 15.

16.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 16.

17.     Defendants admit the allegations in the first sentence of Paragraph 17. Defendants deny any knowledge of or participation in a fraud and deny submitting any fraudulent refund claims to SKAT.  The remainder of Paragraph 17 states legal conclusions to which no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 17.

18.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 18.

19.     Paragraph 19 states legal conclusions to which no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 19.

20.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 20.

21.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 21.

22.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 22.

23.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 23.

24.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 24.

25.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 25.

26.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 26.

27.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 27.

28.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 28.

29.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 29.

30.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 30.

31.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 31.

32.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 32.

33.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 33.

34.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 34.

35.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 35.

36.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 36.

37.     Paragraph 37 states legal conclusions to which no response is required.  To the extent a response is required, Defendants refer to the Danish Withholding Tax Act for a complete and accurate account of its contents.

38.     Paragraph 38 states legal conclusions to which no response is required.  To the extent a response is required, Defendants refer to the double taxation treaties between Denmark and other countries for a complete and accurate account of their contents.

39.     Paragraph 39 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 39, except refer to the Convention and Protocol between the United States and Denmark for the Avoidance of Double Taxation and the Prevention of Fiscal Evasion with Respect to Taxes on Income for a complete and accurate account of its contents.

40.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 40.

41.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 41.

42.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 42.

43.     Defendants deny that they submitted any fraudulent claims and deny the allegations in Paragraph 43, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

44.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations of Paragraph 44.

45.     Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 45, except refer to the documents referenced in Paragraph 45 for a complete and accurate account of their contents.

46.     Defendants deny submitting any false claims and deny the allegations in Paragraph 46, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

47.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 47.

48.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 48.

49.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 49.

50.     Defendants deny any knowledge of or participation in a fraud and deny the allegations in Paragraph 50, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

51.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 51.

52.     Defendants deny submitting any fraudulent claims and deny the allegations in Paragraph 52, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

53.     Defendants deny submitting any fraudulent claims and deny the allegations in Paragraph 53, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

54.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 54.

55.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 55.

56.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 56.

57.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 57.

58.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 58.

59.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 59.

60.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 60.

61.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 61.

62.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 62.

63.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 63.

64.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 64.

65.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 65.

66.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 66.

67.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 67.

68.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 68.

69.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 69.

70.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 70.

71.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 71

72.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 72.

73.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 73.

74.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 74.

75.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 75.

76.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 76.

77.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 77.

78.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 78.

79.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 79.

80.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 80.

81.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 81.

82.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 82.

83.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 83.

84.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 84.

85.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 85.  Defendants further note that Paragraph 85 states legal conclusions to which no response is required.

86.     Defendants deny any knowledge of or participation in any fraud, and deny the allegations in Paragraph 86, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

87.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 87.

88.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 88.  Defendants further note that Paragraph 88 states legal conclusions to which no response is required.

89.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 89.  Defendants further note that Paragraph 89 states legal conclusions to which no response is required.

90.     Defendants deny any knowledge of or participation in a fraud, and deny submitting false refund claims to SKAT, except deny knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations in Paragraph 90.

91.     Defendants deny any knowledge of or participation in any fraud, deny submitting fraudulent refund claims to SKAT, and deny the allegations in Paragraph 91, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

92.     Defendants any knowledge of or participation in any fraud, deny submitting any fraudulent refund claims, and deny the allegations in Paragraph 92, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

93.     Defendants deny the allegations in Paragraph 93, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

94.     Defendants deny the allegations in Paragraph 94, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

95.     Defendants deny any knowledge of or participation in any fraud and deny the allegations in Paragraph 95, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

96.     Defendants deny the allegations in Paragraph 96, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties, and refer to the partnership agreement referenced in Paragraph 96 for a more complete account of its contents.

97.     Defendants deny any knowledge of or participation in any fraud and deny the allegations in Paragraph 97, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

98.     Defendants deny the allegations in Paragraph 98, except admit that van Merkensteijn was a director of a financial services firm based at 40 West 57th Street, New York, NY 10019, and deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

99.     Defendants deny the allegations in Paragraph 99, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

100.     Defendants deny the allegations in Paragraph 100, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

101.     Defendants deny the allegations in Paragraph 101, except refer to the power of attorney form referenced in Paragraph 101 for a complete and accurate account of its contents and deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

102.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 102.

103.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 103.

104.     Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 104.

105.    Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 105.

106.    Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 106.

107.    Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 107.

108.    Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 108.

109.    Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 109.

110.    Defendants deny submitting any fraudulent refund claims and deny the allegations in Paragraph 110, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

111.    Defendants deny the allegations in Paragraph 111, except refer to the power of attorney form referenced in Paragraph 111 for a complete and accurate accounts of its contents and deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

112.    Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 112.

113.    Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 113.

114. Defendants deny participating in any fraud and deny the allegations in Paragraph 114, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

115. Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 115.

116. Defendants deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 116.

117. Defendants deny the allegations in Paragraph 117, except deny knowledge or information sufficient to form a belief about the truth or falsity of the allegations concerning other parties.

## COUNT I

118. To the extent any response to the allegations in this paragraph is required, Defendants restate their responses to Paragraphs 1 through 117, above, as if fully set forth herein.

119. Paragraph 119 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 119.

120. Paragraph 120 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 120.

121. Paragraph 121 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 121.

122. Paragraph 122 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 122.

## COUNT II

123. To the extent any response to the allegations in this paragraph is required, Defendants restate their responses to Paragraphs 1 through 122, above, as if fully set forth herein.

124. Paragraph 124 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 124.

125. Paragraph 125 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 125.

126. Paragraph 126 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 126.

127. Paragraph 127 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 127.

128. Paragraph 128 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 128.

129. Paragraph 129 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 129.

## COUNT III

130. To the extent any response to the allegations in this paragraph is required, Defendants restate their responses to Paragraphs 1 through 129, above, as if fully set forth herein.

131. Paragraph 131 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 131.

132. Paragraph 132 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 132.

133. Paragraph 133 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 133.

134.    Paragraph 134 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 134.

## COUNT IV

135.    To the extent any response to the allegations in this paragraph is required, Defendants restate their responses to Paragraphs 1 through 134, above, as if fully set forth herein.

136.    Paragraph 136 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 136.

137.    Paragraph 137 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 137.

138.    Paragraph 138 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 138.

139.    Paragraph 139 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 139.

140.    Paragraph 140 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 140.

## COUNT V

141.    To the extent any response to the allegations in this paragraph is required, Defendants restate their responses to Paragraphs 1 through 140, above, as if fully set forth herein.

142.    Paragraph 142 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 142.

143.    Paragraph 143 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 143.

144.     Paragraph 144 legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 144.

145.     Paragraph 145 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 145.

### COUNT VI

146.     To the extent any response to the allegations in this paragraph is required, Defendants restate their responses to Paragraphs 1 through 145, above, as if fully set forth herein.

147.     Paragraph 147 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 147.

148.     Paragraph 148 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 148.

### **REQUEST FOR RELIEF**

Defendants state that no response is required to Plaintiff's request for relief in the paragraph following Paragraph 148.  To the extent a response is required, Defendants deny that Plaintiff is entitled to the relief sought in the Amended Complaint, or any relief at all.

### **JURY DEMAND**

Defendants demand a trial by jury on all issues so triable.

### **AFFIRMATIVE AND OTHER DEFENSES**

Without assuming any burden of proof, persuasion or production not otherwise legally assigned to Defendants as to any element of any claim asserted in the Amended Complaint, Defendants assert the following affirmative and other defenses:

### **FIRST DEFENSE**

The Amended Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

SKAT's claims are barred by the doctrine of the Revenue Rule, which prohibits one sovereign from using courts of another sovereign to enforce its revenue laws.

## THIRD DEFENSE

Defendants acted at all times reasonably and with due care; reasonably relied upon the actions and statements of others; and did not directly or indirectly cause, induce, aid, or abet any acts constituting the claims asserted by SKAT.

## FOURTH DEFENSE

Defendants did not engage in any unlawful conduct, and Defendants are not liable for any unlawful acts that may have been committed by others.

## FIFTH DEFENSE

SKAT has failed to mitigate, minimize, or avoid any alleged damages.

## SIXTH DEFENSE

SKAT is barred from relief by the doctrines of unclean hands, estoppel, laches, release, unjust enrichment, and/or waiver due to SKAT's own acts and/or omissions with reference to the subject matter of the Amended Complaint.

## SEVENTH DEFENSE

The alleged damages sought by SKAT are barred, in whole or in part, by the applicable statute(s) of limitations.

## EIGHTH DEFENSE

The proximate cause of SKAT's injuries, if any, is the conduct of SKAT or others and not any act or omission by Defendants.

## NINTH DEFENSE

The claims alleged in the Amended Complaint are barred in whole or in part for failure to join indispensable or necessary parties.

**TENTH DEFENSE**

The recovery by SKAT, if any, should be barred because the subject matter of this lawsuit is the subject of another pending legal proceeding.

**ELEVENTH DEFENSE**

SKAT's action is barred because of SKAT's failure to exhaust administrative and other legal remedies available to it.

**TWELFTH DEFENSE**

Defendants hereby adopt and incorporate by reference any and all other legally valid defenses to be asserted by any other defendant in this action to the extent they are applicable to Defendants.

**THIRTEENTH DEFENSE**

The claims alleged in the Amended Complaint are barred in whole or in part by res judicata.

**FOURTEENTH DEFENSE**

The Amended Complaint fails to plead fraud with the adequate degree of specificity and particularity.

**FIFTEENTH DEFENSE**

If SKAT suffered any loss, damage, or injury, such loss, damage, or injury was caused in whole or in part by, and arose out of, SKAT's culpable conduct, including but not limited to, contributory negligence and assumption of the risk.

**SIXTEENTH DEFENSE**

If SKAT suffered any loss, damage, or injury, such alleged loss, damage, or injury was caused in whole or in part by the negligence, assumption of risk, and/or fault of other culpable parties and/or third parties to this action, other than Defendants, for whose acts or omissions or breaches of legal duty Defendants are not liable.

## SEVENTEENTH DEFENSE

The claims alleged in the Amended Complaint are barred in whole or in part by collateral estoppel.

## EIGHTEENTH DEFENSE

SKAT's recovery, if any, should be reduced by application of New York's General Obligations Law § 15-108.

## NINETEENTH DEFENSE

This Court lacks subject matter jurisdiction to hear this action.

## TWENTIETH DEFENSE

Defendants were entitled to any money received from SKAT.

## TWENTY-FIRST DEFENSE

Plaintiff lacks standing to bring this action.

## TWENTY-SECOND DEFENSE

Defendants complied with all applicable rules and regulations, including all applicable U.S. and Danish securities laws and all applicable SKAT policies and procedures, that were in effect when submitting reclaims for refunds of dividend-withholding tax.

## TWENTY-THIRD DEFENSE

Defendants hereby reserve and assert all affirmative and other defenses available under any applicable federal or state law. Defendants presently have insufficient knowledge or information upon which to form a basis as to whether they may have additional, as yet unstated, affirmative or other defenses available. Defendants have not knowingly or intentionally waived any applicable affirmative defenses and reserve the right to assert additional defenses, counterclaims, cross-claims, and third-party claims at any subsequent stage of this action in the event that discovery indicates that such additional defenses or claims would be appropriate.

WHEREFORE, having fully answered all of the allegations of the Amended Complaint to which any answer is required, and for the reasons set forth above, Defendants pray for relief and judgment:

A.    Dismissing the Amended Complaint with prejudice;

B.    Denying Plaintiff the relief sought in the Amended Complaint;

C.    Ordering that Plaintiff take nothing and that judgment be entered against Plaintiff;

D.    Awarding Defendants costs and expenses incurred as a result of having to defend this action; and

E.    Granting Defendants such other relief as the Court may deem just and proper.

Dated: New York, New York

July 29, 2020

Respectfully submitted,

KOSTELANETZ & FINK, LLP


By:  s/ Sharon L. McCarthy
     SHARON L. MCCARTHY
     CAROLINE CIRAOLO
     NICHOLAS S. BAHNSEN
     7 World Trade Center, 34th Floor
     New York, New York  10007
     Tel:    (212) 808-8100
     Fax:    (212) 808-8108
     cciraolo@kflaw.com
     smccarthy@kflaw.com
     nbahnsen@kflaw.com

     *Attorneys for Defendants John van Merkensteijn and Bernina Pension Plan Trust*