UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-05053; 18-cv-09797; 18-cv-09836; 18-cv-09837; 18-cv-09838; 18-cv-09839; 18-cv-09840; 18-cv-09841; 18-cv-10100. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### DECLARATION OF MARC A. WEINSTEIN

I, Marc A. Weinstein, hereby declare as follows:

1.      I am a partner at Hughes Hubbard & Reed LLP, counsel for Plaintiff Skatteforvaltningen ("SKAT") in this action. I am fully familiar with the matters set forth in this Declaration.

2.      I submit this Declaration in support of SKAT's Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Amended Complaints.

3.      Attached hereto as "Exhibit 1" is a true and correct copy of SKAT's original complaint in *Skatteforvaltningen v. DW Construction, Inc. Retirement Plan & Stacey Kaminer*, No. 18-cv-09797.

4.      Attached hereto as "Exhibit 2" is a true and correct copy of excerpts from the transcript of the May 14, 2020 deposition of defendant Alexander Jamie Mitchell III.

2

I, Marc A. Weinstein, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 6, 2020

/s/ Marc A. Weinstein
Marc A. Weinstein