UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION | Consolidated Multidistrict Action<br><br>Docket No. 1:18-md-02865-LAK |
| SKATTEFORVALTNINGEN,<br><br>                Plaintiff,<br>     v.<br><br>JOHN VAN MERKENSTEIJN, RICHARD MARKOWITZ, BERNINA PENSION PLAN TRUST, RJM CAPITAL PENSION PLAN TRUST, 2321 CAPITAL PENSION PLAN, BOWLINE MANAGEMENT PENSION PLAN, CALIFORNIA CATALOG COMPANY PENSION PLAN, CLOVE PENSION PLAN, DAVIN INVESTMENTS PENSION PLAN, DELVIAN LLC PENSION PLAN, DFL INVESTMENTS PENSION PLAN, LAEGELER ASSET MANAGEMENT PENSION PLAN, LION ADVISORY INC. PENSION PLAN, MILL RIVER CAPITAL MANAGEMENT PENSION PLAN, NEXT LEVEL PENSION PLAN, RAJAN INVESTMENTS LLC PENSION PLAN, SPIRIT ON THE WATER PENSION PLAN, and TRADEN INVESTMENTS PENSION PLAN,<br><br>                Defendants. | This document relates to:<br>1:19-cv-10713-LAK |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO ANSWER THE AMENDED COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

counsel for the parties, that the current August 28, 2020 deadline for defendants 2321 Capital

Pension Plan, Bowline Management Pension Plan, Clove Pension Plan, Davin Investments

Pension Plan, Delvian LLC Pension Plan, DFL Investments Pension Plan, Laegeler Asset

Management Pension Plan, Lion Advisory Inc. Pension Plan, Mill River Capital Management Pension Plan, Next Level Pension Plan, Rajan Investments LLC Pension Plan, Spirit on the Water Pension Plan, and Traden Investments Pension Plan (together, the "Defendants") to answer the Amended Complaint in this action is hereby extended thirty (30) days up to and including September 28, 2020.

No provision of this Stipulation and Order shall be construed as a waiver of, and the Defendants expressly reserve, any and all defenses.

This is the Defendants' fourth request for an extension of time to answer or otherwise respond to the Complaint. The Court granted the Defendants' previous requests.

Dated: New York, New York
       August 26, 2020

| | |
|---|---|
| MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C. | HUGHES HUBBARD & REED LLP |
| By: /s/ Edward M. Spiro<br>    Edward M. Spiro | By: /s/ Marc A. Weinstein<br>    (*e-signed with consent*)<br>    Marc A. Weinstein |
| 565 Fifth Avenue<br>New York, New York 10017<br>Telephone: (212) 856-9600<br>Fax: (212) 856-9494<br>espiro@maglaw.com | One Battery Park Plaza<br>New York, New York 10004-1482<br>Telephone: (212) 837-6000<br>Fax: (212) 422-4726<br>marc.weinstein@hugheshubbard.com |
| *Counsel for Defendants Clove Pension Plan, Delvian LLC Pension Plan, Mill River Capital Management Pension Plan, and Traden Investments Pension Plan* | *Counsel for Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)* |

| | |
|---|---|
| LANKLER SIFFERT & WOHL LLP | AKIN, GUMP, STRAUSS, HAUER & FELD LLP |
| By: /s/ Gabrielle S. Friedman<br>     (*e-signed with consent*)<br>     Gabrielle S. Friedman | By:  /s/ Robert H. Pees<br>     (*e-signed with consent*)<br>     Robert H. Pees |
| 500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 921-8399<br>gfriedman@lswlaw.com | One Bryant Park<br>Bank of America Tower<br>New York, New York 10036<br>Telephone: (212) 872-1072<br>rpees@akingump.com |
| *Authorized only to sign this stipulation on behalf of Defendants Davin Investments Pension Plan, DFL Investments Pension Plan, Laegeler Asset Management Pension Plan, Next Level Pension Plan, Rajan Investments LLC Pension Plan, and Spirit on the Water Pension Plan* | *Counsel for Defendants 2321 Capital Pension Plan, Bowline Management Pension Plan, and Lion Advisory Inc. Pension Plan* |

SO ORDERED:

_____
        Lewis A. Kaplan
    United States District Judge