# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION | Consolidated Multidisciplinary Action<br><br>Docket No. 1:18-md-02865-LAK |
| SKATTEFORVALTNINGEN,<br><br>                Plaintiff,<br>     v.<br><br>RAUBRITTER LLC PENSION PLAN, ALEXANDER BURNS, RICHARD MARKOWITZ, AND JOHN VAN MERKENSTEIJN,<br><br>                Defendants. | This document relates to:<br>1:18-cv-04833-LAK |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO ANSWER THE AMENDED COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, that the current September 12, 2020 deadline for defendant Alexander Burns to answer the Amended Complaint in this action is hereby extended forty-five (45) days up to and including October 27, 2020.

No provision of this Stipulation and Order shall be construed as a waiver of, and Mr. Burns expressly reserves, any and all defenses.

This is Mr. Burns's first request for an extension of time to answer or otherwise respond to the Complaint.

Dated:  New York, New York
        September 12, 2020

| | |
|---|---|
| SHER TREMONTE LLP | HUGHES HUBBARD & REED LLP |
| By: /s/ Michael Tremonte<br>　　Michael Tremonte | By: /s/ Marc A. Weinstein<br>　　(*e-signed with consent*)<br>　　Marc A. Weinstein |
| 90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Telephone: (212) 202-2603<br>Fax: (212) 202-4156<br>mtremonte@shertremonte.com | One Battery Park Plaza<br>New York, New York 10004-1482<br>Telephone: (212) 837-6000<br>Fax: (212) 422-4726<br>marc.weinstein@hugheshubbard.com |
| *Counsel for Defendant Alexander Burns* | *Counsel for Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)* |

SO ORDERED:

/s/ Lewis A. Kaplan
───────────────────────
Lewis A. Kaplan
United States District Judge

September 14, 2020