# Exhibit A

# Neil Binder

| | |
|---|---|
| **From:** | Neil Binder |
| **Sent:** | Friday, September 4, 2020 3:49 PM |
| **To:** | Oxford, Neil; Mark Allison |
| **Cc:** | Greg Pruden; Smith, Dustin; Weinstein, Marc A.; Pamukcu, Erin; Tom Murphy |
| **Subject:** | RE: SKAT: Letters Rogatory |

Neil,

(a) We confirm that the revised language addresses the concern we raised regarding the definition of Defendants.

(b) We do **not** confirm that ED&F is not objecting to BNP's compliance with SKAT's requests for documents and testimony.  ED&F is not waiving any objections to BNP's compliance whether on the basis of French bank secrecy laws or otherwise.

However, although ED&F does not waive and reserves all rights with respect to document production or testimony by BNP, ED&F will not object to SKAT requesting that the Court issue the Request directed to BNP.

Regards,

Neil


**Neil S. Binder**
Binder & Schwartz LLP
366 Madison Avenue, 6th Floor
New York, NY 10017
Tel: 212.510.7031
Cell: 917.946.5245
Fax: 212.510.7299
email: nbinder@binderschwartz.com

binderschwartz.com

* * *

The information contained in this communication is confidential, may be legally privileged and is intended for the exclusive use of the above named addressee(s). If you are not the intended recipient(s), you are on notice of its status and should not copy it, use it for any purposes, or disclose its contents to any other person.  Please contact the sender by telephone or by reply email and then delete this message from your system.  Thank you for your cooperation.

* * *

To ensure compliance with Treasury Department regulations, we inform you that, unless otherwise indicated in writing, any U.S. Federal tax advice contained in this communication  (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** Oxford, Neil <neil.oxford@hugheshubbard.com>
**Sent:** Friday, September 4, 2020 2:12 PM

**To:** Neil Binder <nbinder@binderschwartz.com>; Mark Allison <mallison@capdale.com>
**Cc:** Greg Pruden <gpruden@binderschwartz.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Pamukcu, Erin <Erin.pamukcu@hugheshubbard.com>; Tom Murphy <tmurphy@binderschwartz.com>
**Subject:** RE: SKAT: Letters Rogatory

Neil,

Thanks for your response. I attach revised drafts. Please confirm (a) that these versions address the concern your raised on September 2, and (b) that ED&F does not object to BNP complying with SKAT's requests for documents and (if necessary) testimony, on the basis of French bank secrecy laws or otherwise.

Best,

Neil

**Neil Oxford** | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor | New York, NY 10004-1482
Office +1 (212) 837-6843 | Cell +1 (646) 709-1424 | | Fax +1 (212) 299-6843
neil.oxford@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Neil Binder <nbinder@binderschwartz.com>
**Sent:** Thursday, September 3, 2020 11:59 AM
**To:** Oxford, Neil <neil.oxford@hugheshubbard.com>; Mark Allison <mallison@capdale.com>
**Cc:** Greg Pruden <gpruden@binderschwartz.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Pamukcu, Erin <Erin.pamukcu@hugheshubbard.com>; Tom Murphy <tmurphy@binderschwartz.com>
**Subject:** RE: SKAT: Letters Rogatory

**CAUTION: This email was sent by someone outside of the Firm.**

Neil,

Subject to the change in my earlier email, ED&F will not object to SKAT requesting that the Court issue the Request seeking documents from BNP. In not objecting, please note that ED&F does not agree with the characterization of the Nature of the Proceedings and certain other statements in the Requests.

Please send us the revised Requests so we may review before you file.

Thanks,

Neil

**Neil S. Binder**

Binder & Schwartz LLP
366 Madison Avenue, 6th Floor
New York, NY 10017
Tel: 212.510.7031
Cell: 917.946.5245
Fax: 212.510.7299
email: nbinder@binderschwartz.com

binderschwartz.com

\* \* \*

The information contained in this communication is confidential, may be legally privileged and is intended for the exclusive use of the above named addressee(s). If you are not the intended recipient(s), you are on notice of its status and should not copy it, use it for any purposes, or disclose its contents to any other person.  Please contact the sender by telephone or by reply email and then delete this message from your system.  Thank you for your cooperation.

\* \* \*

To ensure compliance with Treasury Department regulations, we inform you that, unless otherwise indicated in writing, any U.S. Federal tax advice contained in this communication  (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** Oxford, Neil <neil.oxford@hugheshubbard.com>
**Sent:** Wednesday, September 2, 2020 7:37 PM
**To:** Neil Binder <nbinder@binderschwartz.com>; Mark Allison <mallison@capdale.com>
**Cc:** Greg Pruden <gpruden@binderschwartz.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Pamukcu, Erin <Erin.pamukcu@hugheshubbard.com>; Tom Murphy <tmurphy@binderschwartz.com>
**Subject:** Re: SKAT: Letters Rogatory

Thanks Neil.  That sounds like a good catch. Will take a look, and look forward to hearing from you tomorrow.

Mark, can you please report for the wider group?  I am assuming no news is good news...

Best,

Neil


**Neil Oxford** | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor | New York, NY 10004-1482
Office +1 (212) 837-6843 | Cell +1 (646) 709-1424 | | Fax +1 (212) 299-6843
neil.oxford@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

On Sep 2, 2020, at 4:55 PM, Neil Binder <nbinder@binderschwartz.com> wrote:

3

> **CAUTION:** This email was sent by someone outside of the Firm.

Neil,

Apologies for not being able to respond today, but I should be able to get back to you by noon tomorrow.

There is at least one change that we will want you to make. In both of the draft Requests for International Judicial Assistance, ED&F is included in the definition of Defendants by virtue of its inclusion on Exhibit A. Defendants are, in turn, characterized as "Claimants" in the body of the letter. Since ED&F was not a Claimant (nor is it a defendant with respect to SKAT), we ask that you revise the Request so that ED&F is removed from those definitions.

Thanks,

Neil


**Neil S. Binder**
Binder & Schwartz LLP
366 Madison Avenue, 6th Floor
New York, NY 10017
Tel: 212.510.7031
Cell: 917.946.5245
Fax: 212.510.7299
email: nbinder@binderschwartz.com

binderschwartz.com

\* \* \*

The information contained in this communication is confidential, may be legally privileged and is intended for the exclusive use of the above named addressee(s). If you are not the intended recipient(s), you are on notice of its status and should not copy it, use it for any purposes, or disclose its contents to any other person. Please contact the sender by telephone or by reply email and then delete this message from your system. Thank you for your cooperation.

\* \* \*

To ensure compliance with Treasury Department regulations, we inform you that, unless otherwise indicated in writing, any U.S. Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** Oxford, Neil <neil.oxford@hugheshubbard.com>
**Sent:** Friday, August 28, 2020 2:22 PM
**To:** Mark Allison <mallison@Capdale.com>; Neil Binder <nbinder@binderschwartz.com>
**Cc:** Greg Pruden <gpruden@binderschwartz.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Pamukcu, Erin <Erin.pamukcu@hugheshubbard.com>
**Subject:** SKAT: Letters Rogatory

Dear Mark and Neil,

4

SKAT intends to seek orders from Judge Kaplan granting the attached letters Rogatory directed to Societe Generale and BNP.  Mark, as lead defense counsel can you please confirm that no defendant has any objection to the relief sought?  Neil, can you please confirm ED&F Man consents to BNP providing the information sought?

Would appreciate confirmation by Wednesday September 2.  Happy to discuss if helpful.

Best,

Neil

**Neil Oxford** | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor | New York, NY 10004-1482
Office +1 (212) 837-6843 | Cell +1 (646) 709-1424 | | Fax +1 (212) 299-6843
neil.oxford@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.