# EXHIBIT "A"



July 2, 2018

Via Email (cnowell30@gmail.com and Oaktreeoperations@mail.com)
Christopher Nowell

Re:   **SKAT v. Tveter LLC Pension Plan & Christopher Nowell**
      **Case No.: 3:18-cv-00985-MPS**

Dear Mr. Nowell:

Thank you for engaging us as your counsel in the above-referenced matter. Pursuant to our telephone conversations and your request, we will also coordinate representation within Denmark. Our charges for fees and disbursements and our billing and collecting procedures are detailed below.

**Billing Rates:**

Our current hourly rates for Partners are between $425.00 and $500.00. Associates are between $375.00 to $400.00, and Paralegals are billed $125.00 to $175.00. These rates will change from time to time reflecting either the upward costs of providing legal services or, in the case of a particular individual, reflecting the advancing qualifications of the attorney or paralegal. This matter will primarily be handled by me.

**Billing Procedures:**

It is our practice to bill clients on a monthly basis. Invoices are due upon presentation, and we will expect payment within ten (10) days of receipt of the invoice. Our bills include our services and any disbursements made on your behalf, including telephone toll calls, traveling expenses, filing fees and other out-of-pocket expenses. We reserve the right, to the extent permitted under applicable Rules of Ethics, to withdraw our representation or stop all services until our bills are paid. If there are any questions concerning any of our bills, we ask that you communicate with us promptly so that those questions can be expeditiously addressed and resolved.

This representation requires that you provide our firm with an initial retainer fee of $5,000.00 before we begin work on the case. As I stated, we will hold your funds in our firm's

HANAMIRIAN LAW FIRM P.C.
40 E. MAIN STREET MOORESTOWN NJ 08057    30 WALL STREET NEW YORK NY 10005
O 856 793 9092    F 856 793 9121    W hgklawyers.com



Lawyer's Trust Account. We will provide you with a monthly statement of fees, costs, and expenses. After send you our monthly statement, we will apply the funds to fees earned costs, and expenses incurred with your advance approval. You also agree to replenish the retainer after each invoice so that the balance remains at $5,000.00. Any unused portion will be returned to you upon the completion or termination of our services.

To the extent any invoice exceeds the amount of the retainer held in our firm's Lawyer's Trust Account, you agree to pay the invoices within fifteen (15) days of the date on the invoice and replenish the retainer of $5,000.00. We reserve the right to withdraw from representing you for nonpayment of fees and costs if the retainer is not replenished as you have agreed herein.

We greatly appreciate the confidence you have shown in us by engaging us to represent your interests and we look forward to a long and mutually beneficial relationship.

Sincerely,

HANAMIRIAN LAW FIRM, PC

John M. Hanamirian

JMH/lmt

AGREED TO:

_____

____ Please bill me via email only at: Cnowell30@gmail.com

HANAMIRIAN LAW FIRM P.C.
40 E MAIN STREET MOORESTOWN NJ 08057    30 WALL STREET NEW YORK NY 10005
o 856 793 9092  f 856 793 9123  W hgklawyers.com