UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKATTEFORVALTNINGEN<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TVETTER LLC PENSION PLAN &<br>CHRISTOPHER NOWELL | **MEMO ENDORSED**<br>Case No.: 18-cv-10130-LAK<br>Honorable Lewis A. Kaplan |

### NOTICE OF MOTION OF JOHN M. HANAMIRIAN, ESQUIRE TO WITHDRAW AS COUNSEL TO DEFENDANTS TVETTER LLC PENSION PLAN & CHRISTOPHER NOWELL

PLEASE TAKE NOTICE THAT Hanamirian Law Firm, will and hereby does move this Court, before the Honorable Lewis A. Kaplan, Courtroom 21B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a date and time convenient for the Court, for an Order, pursuant to Local Civil Rule 1.4 of the Rules of the United States District Court for the Southern District of New York, granting the withdrawal of John M. Hanamirian of Hanamirian Law Firm, P.C. as attorney of record for Defendants Tvetter LLC Pension Plan and Christopher Nowell. The Motion is made and based upon the accompanying Declaration of John M. Hanamirian, Esquire and the Memorandum of Law in Support of the Motion to Withdraw, on the grounds of nonpayment of fees.

Dated: Moorestown, New Jersey
　　　　September 23, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　John M. Hanamirian
　　　　　　　　　　　　　　　　　　　　　　　　　HANAMIRIAN LAW FIRM, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D.: 4339149
　　　　　　　　　　　　　　　　　　　　　　　　　40 E. Main Street
　　　　　　　　　　　　　　　　　　　　　　　　　Moorestown, New Jersey 08057
　　　　　　　　　　　　　　　　　　　　　　　　　(856) 793-9092 – o
　　　　　　　　　　　　　　　　　　　　　　　　　(856) 793-9121 – f
　　　　　　　　　　　　　　　　　　　　　　　　　jmh@hanamirian.com

1

Memo Endorsement          In re Customs and Tax Administration etc., 18-md-2865 (LAK)

Motion denied without prejudice to renewal on papers (1) containing the proper form of caption, including all docket numbers to which the motion applies, and (2) including proof of service on the parties whom the attorney wishing to withdraw is counsel of record.

SO ORDERED.

Dated:     September 24, 2020

_____
Lewis A. Kaplan
United States District Judge