UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DEMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:<br>18-cv-10130 | :    Master Docket 18-md-02865 (LAK)<br>:    ECF Case<br>:<br>:    Honorable Lewis A. Kaplan<br>:<br>:<br>: |

### NOTICE OF MOTION OF JOHN M. HANAMIRIAN, ESQUIRE TO WITHDRAW AS COUNSEL TO DEFENDANTS TVETTER LLC PENSION PLAN & CHRISTOPHER NOWELL

PLEASE TAKE NOTICE THAT Hanamirian Law Firm, will and hereby does move this Court, before the Honorable Lewis A. Kaplan, Courtroom 21B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a date and time convenient for the Court, for an Order, pursuant to Local Civil Rule 1.4 of the Rules of the United States District Court for the Southern District of New York, granting the withdrawal of John M. Hanamirian of Hanamirian Law Firm, P.C. as attorney of record for Defendants Tvetter LLC Pension Plan and Christopher Nowell. The Motion is made and based upon the accompanying Declaration of John M. Hanamirian, Esquire and the Memorandum of Law in Support of the Motion to Withdraw, on the grounds of nonpayment of fees.

Dated: Moorestown, New Jersey
        September 25, 2020

                                       John M. Hanamirian
                                       HANAMIRIAN LAW FIRM, P.C.
                                       Attorney I.D.: 4339149
                                       40 E. Main Street
                                       Moorestown, New Jersey 08057
                                       (856) 793-9092 – o
                                       (856) 793-9121 – f
                                       jmh@hanamirian.com