## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2020, a copy of the Notice of Motion to Withdraw as Counsel, Memorandum of Law in Support of Motion to Withdraw as Counsel and Declaration of John M. Hanamirian in Support of Motion to Withdraw as Counsel to be filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

_____
John M. Hanamirian

Dated: September 25th, 2020