UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DEMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION : : : : : This document relates to: : 18-cv-10130 : | Master Docket 18-md-02865 (LAK) ECF Case<br><br>Honorable Lewis A. Kaplan |

## PROOF OF SERVICE

I hereby certify that on the 28th day of September, 2020, a copy of the Notice of Motion to Withdraw as Counsel, Memorandum of Law in Support of Motion to Withdraw as Counsel and Declaration of John M. Hanamirian in Support of Motion to Withdraw as Counsel electronically filed with this Court on September 25, 2020, was served via electronic mail and Federal Express, Standard Overnight to: :

Christopher Nowell
123 Colonial Road
New Canaan, CT 06840
cnowell30@gmail.com

Tvetter LLC Pension Plan
C/O Christopher Nowell
New Canaan, CT 08640
cnowell30@gmail.com

The Federal Express Delivery and E-Mail Confirmations are attached as Exhibit "A". Also, attached as Exhibit "B" is an email from Christopher Nowell, sent after service of the Motion to Withdraw as Counsel, informing me that Mark Allison, Esquire has been retained to represent both he and the Tveter LLC Pension Plan.

Dated: September 29, 2020

John M. Hanamirian