**EXHIBIT "A"**

FedEx

September 29, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 771629566748

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | NEW CANAAN, CT, |
| **Special Handling:** | Deliver Weekday; Residential Delivery | **Delivery date:** | Sep 28, 2020 15:56 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 771629566748 | **Ship Date:** | Sep 25, 2020 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
NEW CANAAN, CT, US,

**Shipper:**
Moorestown, NJ, US,

**Reference**  Nowell/Tveter LLC Pension Plan

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

**Laura Temoyan**

**From:** TrackingUpdates@fedex.com
**Sent:** Monday, September 28, 2020 3:58 PM
**To:** Laura Temoyan
**Subject:** FedEx Shipment 771629566748: Your package has been delivered



# Hi. Your package was delivered Mon, 09/28/2020 at 3:56pm.



Delivered to 123 COLONIAL ROAD, NEW CANAAN, CT 06840

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 771629566748 |
| **FROM** | Hanamirian Law Firm, P.C.<br>40 E. Main Street<br>Moorestown, NJ, US, 08057 |
| **TO** | Christopher Nowell<br>123 Colonial Road<br>NEW CANAAN, CT, US, 06840 |

1

| | |
|---:|:---|
| **REFERENCE** | Nowell/Tveter LLC Pension Plan |
| **SHIPPER REFERENCE** | Nowell/Tveter LLC Pension Plan |
| **SHIP DATE** | Fri 9/25/2020 06:21 PM |
| **DELIVERED TO** | Residence |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Moorestown, NJ, US, 08057 |
| **DESTINATION** | NEW CANAAN, CT, US, 06840 |
| **SPECIAL HANDLING** | Residential Delivery |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |



# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

**FOLLOW FEDEX**



2

📭 Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:57 PM CDT 09/28/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**IMPORTANT!**
**FedEx is closely monitoring the remnants from the Gulf Coast Storms and Wildfires in the Northwest.** Learn More

771629536594

# Delivered
## Monday 9/28/2020 at 3:56 pm

**DELIVERED**

Signature not required

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Moorestown, NJ US | NEW CANAAN, CT US |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 771629536594 | FedEx Standard Overnight | 0.5 lbs / 0.23 kgs |

| DELIVERED TO | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|
| Residence | 1 | 0.5 lbs / 0.23 kgs |

| TERMS | SHIPPER REFERENCE | PACKAGING |
|---|---|---|
| Shipper | Nowell/Tveter LLC Pension Plan | FedEx Envelope |

| SPECIAL HANDLING SECTION | STANDARD TRANSIT | SHIP DATE |
|---|---|---|
| Deliver Weekday, Residential Delivery | 9/28/2020 by 8:00 pm | Fri 9/25/2020 |

**ACTUAL DELIVERY**
Mon 9/28/2020 3:56 pm

## Travel History

Local Scan Time

**Monday, 9/28/2020**

| Time | Location | Status |
|---|---|---|
| 3:56 pm | NEW CANAAN, CT | Delivered |
| | | Left at side door Package delivered to recipient address - release authorized |
| 7:08 am | STAMFORD, CT | On FedEx vehicle for delivery |
| 6:35 am | STAMFORD, CT | At local FedEx facility |

**Saturday, 9/26/2020**

| Time | Location | Status |
|---|---|---|
| 9:29 am | STAMFORD, CT | At local FedEx facility |
| | | Package not due for delivery |
| 3:00 am | NEWARK, NJ | Departed FedEx location |
| 12:23 am | NEWARK, NJ | Arrived at FedEx location |
| Friday, 9/25/2020 | | |
| 8:15 pm | MOUNT LAUREL, NJ | Left FedEx origin facility |
| 6:21 pm | MOUNT LAUREL, NJ | Picked up |
| 10:30 am | | Shipment information sent to FedEx |

**FedEx**

September 29, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 771629536594

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | NEW CANAAN, CT, |
| **Special Handling:** | Deliver Weekday; Residential Delivery | **Delivery date:** | Sep 28, 2020 15:56 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 771629536594 | **Ship Date:** | Sep 25, 2020 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

NEW CANAAN, CT, US,

**Shipper:**

Moorestown, NJ, US,

**Reference**  Nowell/Tveter LLC Pension Plan

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx