# EXHIBIT "B"

**Laura Temoyan**

**From:** Chris Nowell <cnowell30@gmail.com>
**Sent:** Sunday, September 27, 2020 4:56 PM
**To:** John Hanamirian
**Cc:** Operations Oaktree
**Subject:** Termination of Engagement

John,
I have retained the services of Mark Allison in the matter concerning SKAT. Please consider our engagement terminated.
Regards,
Chris Nowell

Sent from my iPad

1