# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND LITIGATION<br><br>This document relates to: 18-cv-10130 (LAK) | 18-MD-2865 (LAK)<br><br>ECF Case |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Tveter LLC Pension Plan.

Respectfully submitted,

Dated: September 30, 2020

S/Mark D. Allison
MARK D. ALLISON
Bar No.: MA6060
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Avenue, Floor 21
New York, NY 10022
mallison@capdale.com
Telephone: 212-379-6060
Fax: 212-379-6000