**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-10130 (LAK) | 18-MD-2865 (LAK)<br><br>ECF Case |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR MOVE THE AMENDED COMPLAINT FILED BY PLAINTIFF SKATTEFORVALTNINGEN**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that the time within which the Defendants Tveter LLC Pension Plan and Christopher Nowell may answer or otherwise respond to the Amended Complaint filed by Plaintiff Skatteforvaltningen in the above-captioned case is hereby extended up to and including October 23, 2020.

This is the Defendant's sixth request for an extension of time to answer or otherwise respond to the Amended Complaint. The Court granted the Defendants' previous requests.

No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants expressly reserve, any and all defenses.

Dated: New York, New York
      September 30, 2020

| | |
|---|---|
| S/ Mark D. Allison | S/Marc A. Weinstein (e-signed with consent) |
| Mark D. Allison | Marc A. Weinstein |
| CAPLIN & DRYSDALE, CHARTERED | HUGHES HUBBARD & REED LLP |
| 600 Lexington Avenue, 21st Floor | One Battery Park Plaza |
| New York, New York 10022 | New York, New York 10004 |
| Phone: (212) 379-6060 | Phone: (212) 837-6000 |
| Email: mallison@capdale.com | Email: marc.weinstein@hugheshubbard.com |
| *Counsel for Defendants* | *Counsel for Plaintiff* |
| *Tveter LLC Pension Plan* | *Skatteforvaltningen* |
| *Christopher Nowell* | |

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge