UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-04434; 18-cv-04833; 18-cv-04899; 18-cv-05053; 18-cv-05151; 18-cv-05185; 18-cv-05186; 18-cv-05190; 18-cv-05194; 18-cv-07824; 18-cv-07827; 18-cv-07828; 18-cv-07829; 18-cv-09797; 18-cv-09836; 18-cv-09837; 18-cv-09838; 18-cv-09839; 18-cv-09840; 18-cv-09841; 18-cv-10100; 18-cv-10118; 18-cv-10137; 19-cv-01781; 19-cv-01783; 19-cv-01785; 19-cv-01788; 19-cv-01791; 19-cv-01792; 19-cv-01794; 19-cv-01798; 19-cv-01800; 19-cv-01801; 19-cv-01803; 19-cv-01806; 19-cv-01808; 19-cv-01809; 19-cv-01810; 19-cv-01812; 19-cv-01813; 19-cv-01815; 19-cv-01818; 19-cv-01866; 19-cv-01867; 19-cv-01868; 19-cv-01870; 19-cv-01871; 19-cv-01873; 19-cv-01896; 19-cv-01918; 19-cv-01922; 19-cv-01926; 19-cv-01928; 19-cv-01929; 19-cv-01931 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## NOTICE OF FILING WAIVERS OF SERVICE

PLEASE TAKE NOTICE that Plaintiff Skatteforvaltningen hereby files one hundred and forty (140) waivers of service with respect to Defendants Acer Investment Group LLC, Alexander Burns, Avanix Management LLC, Bradley Crescenzo, Cavus Systems LLC, Darren Wittwer, Hadron Industries LLC, John van Merkensteijn, Kevin Kenning, Louise Kaminer, Michael Ben-Jacob, Omineca Trust, RAK Investment Trust, Richard Markowitz, Robert Crema, Robert Klugman, Routt Capital Trust, Sander Gerber, Scott Goldstein, Todd Bergeron, and Vanderlee Technologies Pension Plan Trust in the above-captioned actions. The waivers of service executed by Mark D. Allison of the law firm Caplin & Drysdale, Chartered are attached

as Exhibit A,[1] the waivers of service executed by Thomas E.L. Dewey of the law firm Dewey Pegno & Kramarsky LLP are attached as Exhibit B,[2] the waiver of service executed by Kari Parks of the law firm Gusrae Kaplan Nusbaum PLLC is attached as Exhibit C,[3] the waivers of service executed by Brandon R. Dillman of the law firm K&L Gates LLP are attached as Exhibit D,[4] the waiver of service executed by Michelle Rice of the law firm Kaplan Rice LLP is attached as Exhibit E,[5] the waivers of service executed by Nicholas S. Bahnsen of the law firm Kostelanetz & Fink, LLP are attached as Exhibit F,[6] the waiver of service executed by Michael Tremonte of the law firm Sher Tremonte LLP is attached as Exhibit G,[7] the waiver of service executed by Stephen D. Andrews of the law firm Williams & Connolly LLP is attached as Exhibit H,[8] and the waivers of service executed by Alan E. Schoenfeld of the law firm WilmerHale are attached as Exhibit I.[9]

---

1. Mr. Allison executed waivers of service on behalf of Defendants Bradley Crescenzo, Kevin Kenning, Robert Klugman, Todd Bergeron, and RAK Investment Trust.

2. Mr. Dewey executed waivers of service on behalf of Defendant Michael Ben-Jacob.

3. Ms. Parks executed a waiver of service on behalf of Defendant Scott Goldstein.

4. Mr. Dillman executed waivers of service on behalf of Defendants Darren Wittwer, Louise Kaminer, Robert Crema, and Acer Investment Group LLC.

5. Ms. Rice executed a waiver of service on behalf of Defendant Vanderlee Technologies Pension Plan Trust.

6. Mr. Bahnsen executed waivers of service on behalf of Defendants John van Merkensteijn and Omineca Trust.

7. Mr. Tremonte executed a waiver of service on behalf of Defendant Alexander Burns.

8. Mr. Andrews executed a waiver of service on behalf of Defendant Sander Gerber.

9. Mr. Schoenfeld executed waivers of service on behalf of Defendants Richard Markowitz, Avanix Management LLC, Cavus Systems LLC, Hadron Industries LLC, and Routt Capital Trust.

Dated: New York, New York
November 11, 2020

HUGHES HUBBARD & REED LLP

By: /s/ Marc A. Weinstein
William R. Maguire
Marc A. Weinstein
John T. McGoey
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen*