UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-04833. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### DECLARATION OF MARC A. WEINSTEIN

I, Marc A. Weinstein, hereby declare as follows:

1.  I am a partner at Hughes Hubbard & Reed LLP, counsel for Plaintiff Skatteforvaltningen ("SKAT") in this action. I am fully familiar with the matters set forth in this Declaration.

2.  I submit this Declaration in support of SKAT's Memorandum of Law in Opposition to Defendant Alexander Burns' Motion to Dismiss the Amended Complaint.

3.  Attached hereto as "Exhibit 1" is a true and correct copy of SKAT's complaint in *Skatteforvaltningen v. Raubritter LLC Pension Plan* (No. 18-cv-04833).

4.  Attached hereto as "Exhibit 2" is a true and correct copy of SKAT's amended complaint in *Skatteforvaltningen v. Raubritter LLC Pension Plan* (No. 18-cv-04833).

5.  Attached hereto as "Exhibit 3" is a true and correct copy of Litigation & Enforcement in Denmark: Overview, Practical Law Country Q&A 0-594-0727.

6.  Attached hereto as "Exhibit 4" is a true and correct copy of Bang & Regnarsen Advokatfirma – Denmark, The New Danish Limitations Act, LexUniversal (Mar. 31, 2008).

I, Marc A. Weinstein, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
November 24, 2020

        /s/ Marc A. Weinstein
        Marc A. Weinstein