**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
SCHEME LITIGATION

Consolidated Multidistrict Action

Docket No. 1:18-md-02865-LAK

SKATTEFORVALTNINGEN,

            Petitioner,

    v.

RAUBRITTER LLC PENSION PLAN, ALEXANDER
BURNS, RICHARD MARKOWTIZ, AND JOHN VAN
MERKENSTEIJN,

            Defendants.

This document relates to:
1:18-cv-04833-LAK

## NOTICE OF DEFENDANT ALEXANDER BURNS'S
## MOTION TO DISMISS SKAT'S AMENDED COMPLAINT

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law, dated

October 27, 2020, Defendant Alexander Burns, by and through his undersigned counsel, will

move the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United

States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to

be determined by the Court, for an order dismissing Plaintiff Skatteforvaltningen's claims

pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and for such

other and further relief as the Court deems just and proper.

Date:  New York, New York
       October 27, 2020

By: */s/ Michael Tremonte*
Michael Tremonte
Anna Estevao
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Email: mtremonte@shertremonte.com

*Attorneys for Defendant Alexander Burns*