**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 19-cv-10713 (LAK) | Consolidated Multidistrict Action<br><br>Docket No. 1:18-md-2865 (LAK) |

## STIPULATION AND [PROPOSED] ORDER
## EXTENDING TIME TO ANSWER THE AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the current deadline for Defendant California Catalog Company Pension Plan ("California Catalog") to answer the Amended Complaint in this action is hereby extended thirty-five (35) days up to and including January 6, 2021.

No provision of this Stipulation and Order shall be construed as a waiver of, and California Catalog expressly reserves, any and all defenses.

This is Defendant's seventh request for an extension of time to answer or otherwise respond to the Amended Complaint. The Court has granted Defendant's previous requests.

Dated: New York, New York
       December 2, 2020

| LANKLER, SIFFERT & WOHL LLP | HUGHES HUBBARD & REED LLP |
|---|---|
| By: /s/ Gabrielle S. Friedman<br>   Gabrielle S. Friedman | By: /s/ Marc A. Weinstein<br>   (*e-signed with consent*)<br>   Marc A. Weinstein |
| 500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 921-8399<br>gfriedman@lswlaw.com | One Battery Park Plaza<br>New York, New York 10004-1482<br>Telephone: (212) 837-6000<br>Fax: (212) 422-4726<br>marc.weinstein@hugheshubbard.com |
| *Counsel for Defendant California Catalog Company Pension Plan* | *Counsel for Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)* |

SO ORDERED:

/s/ Lewis A. Kaplan  /BT    12/3/2020
_____
    Lewis A. Kaplan
    United States District Judge