UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-10130. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen ("SKAT") and Defendants Tveter LLC Pension Plan ("Tveter") and Christopher Nowell ("Nowell") hereby stipulate and agree that SKAT's action against Defendants Tveter and Nowell, captioned *Skatteforvaltningen v. Tveter LLC Pension Plan, et al.*, No. 18-cv-10130-LAK, that is part of these consolidated proceedings is hereby voluntarily dismissed by SKAT, with prejudice, with each party bearing its own costs and attorney's fees.

Dated: New York, New York
       January 28, 2021

By: _Marc A. Weinstein_ /KJH
    Marc A. Weinstein
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004-1482
    Telephone: (212) 837-6000
    Fax: (212) 422-4726
    marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: _____
    Mark D. Allison
    CAPLIN & DRYSDALE, CHARTERED
    600 Lexington Avenue, 21st Fl.
    New York, NY 10022
    Telephone: (212) 379-6060
    Fax: (212) 379-6001
    mallison@capdale.com

*Counsel for Defendants Tveter LLC Pension
Plan and Christopher Nowell*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge