UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-04833-LAK, 1:19-cv-01781-LAK, 1:19-cv-01783-LAK, 1:19-cv-01785-LAK, 1:19-cv-01791-LAK, 1:19-cv-01792-LAK, 1:19-cv-01806-LAK, 1:19-cv-01808-LAK, 1:19-cv-01812-LAK, 1:19-cv-01815-LAK, 1:19-cv-01867-LAK, 1:19-cv-01868-LAK, 1:19-cv-01869-LAK, 1:19-cv-01870-LAK, 1:19-cv-01895-LAK, 1:19-cv-01896-LAK, 1:19-cv-01898-LAK, 1:19-cv-01904-LAK, 1:19-cv-01906-LAK, 1:19-cv-01911-LAK, 1:19-cv-01922-LAK, 1:19-cv-01924-LAK, 1:19-cv-01926-LAK, 1:19-cv-01929-LAK, 1:19-cv-10713-LAK | Master Docket 18-md-02865 (LAK)<br>ECF Case<br><br>**DECLARATION OF ANDREW S. DULBERG IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Andrew S. Dulberg, declare under the penalty of perjury that the following is true and correct:

1.      I am a Partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am eligible to practice and a member in good standing of the bar of the Commonwealth of Massachusetts.  A Certificate of Good Standing from the Commonwealth of Massachusetts is appended hereto.  I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

2.      I have not been convicted of a felony.

3.      I have not been censured, suspended, disbarred or denied admission or readmission by any court.

4.      There are no pending disciplinary proceedings against me in any state or federal court.

Wherefore your declarant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in the above-captioned case.

Dated: January 28, 2021  /s/ Andrew S. Dulberg
     Boston, Massachusetts  Andrew S. Dulberg
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6352
Fax: (617) 526-5000
andrew.dulberg@wilmerhale.com

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **first** day of **December** A.D. **2009**, said Court being the highest Court of Record in said Commonwealth:

**Andrew Dulberg**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-second** day of **January** in the year of our Lord **two thousand and twenty-one.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116