UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:19-cv-01865-LAK, 1:19-cv-01866-LAK, 1:19-cv-01871-LAK, 1:19-cv-01873-LAK, 1:19-cv-01894-LAK, 1:19-cv-01930-LAK, 1:19-cv-01893-LAK, 1:19-cv-01906, 1:19-cv-01911, and 1:19-cv-01924-LAK | Master Docket 18-md-02865 (LAK)<br>ECF Case |

## NOTICE OF WITHDRAWAL OF COUNSEL AND [~~PROPOSED~~] ORDER

PLEASE TAKE NOTICE that I, Stephanie Simon, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), hereby withdraw as counsel for Defendants Richard Markowitz, Jocelyn Markowitz, Avanix Management LLC Roth 401(K) Plan, Batavia Capital Pension Plan, Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries LLC Roth 401(K) Plan, RJM Capital Pension Plan, and the Routt Capital Pension Plan (the "Markowitz Defendants") in the above-captioned matters. As of February 5, 2021, I will no longer be employed by WilmerHale and will no longer have any association with the above-captioned matters. WilmerHale will continue as counsel for the Markowitz Defendants.

Dated: February 2, 2021  
    New York, New York

/s/ Stephanie Simon  
Stephanie Simon  
WILMER CUTLER PICKERING  
  HALE AND DORR LLP  
7 World Trade Center  
New York, New York 10007  
Tel: (212) 937-7210  
Fax: (212) 230-8888  
stephanie.simon@wilmerhale.com

SO ORDERED.  
Dated: _____February 3_, 2021

/s/ Lewis A. Kaplan / PCM
_____
Honorable Lewis A. Kaplan  
United States District Judge

2