**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

|  |  |
|---|---|
| CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION | MASTER DOCKET 18-md-02865-LAK |

This document relates to:     The cases identified in
                             Appendix A.

## MOTION FOR ISSUANCE OF A REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE IN DENMARK

PLEASE TAKE NOTICE that the undersigned attorneys for the individual and entity

defendants identified in Appendix A (collectively, "Defendants"), will apply before the

Honorable Lewis A. Kaplan of the Southern District of New York at the Daniel Patrick

Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time

and date to be determined by the Court, for the issuance of a Request for International Judicial

Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence

Abroad in Civil and Commercial Matters and 28 U.S.C. § 1781(b)(2).  In support of this motion,

Defendants rely upon the accompanying Memorandum of Law and Declaration of Sharon L.

McCarthy dated February 15, 2021 and the exhibits attached thereto.

1

Dated: New York, New York
      February 15, 2021

Respectfully submitted,

KOSTELANETZ & FINK, LLP

By:  /s/ Sharon L. McCarthy
     SHARON L. MCCARTHY
     7 World Trade Center, 34th Floor
     New York, New York 10007
     Tel:    (212) 808-8100
     Fax:   (212) 808-8108
     smccarthy@kflaw.com

*Attorneys for Defendants John van Merkensteijn, III, Elizabeth van Merkensteijn, Azalea Pension Plan, Basalt Ventures LLC Roth 401(K) Plan, Bernina Pension Plan, Bernina Pension Plan Trust, Michelle Investments Pension Plan, Omineca Pension Plan, Omineca Trust, Remece Investments LLC Pension Plan, Starfish Capital Management LLC Roth 401(K) Plan, Tarvos Pension Plan, Voojo Productions LLC Roth 401(K) Plan,Xiphias LLC Pension Plan*

WILMER CUTLER PICKERING
 HALE AND DORR LLP

By:  /s/ Alan E. Schoenfeld
     ALAN E. SCHOENFELD
     7 World Trade Center
     250 Greenwich Street
     New York, NY 10007
     Telephone: (212) 230-8800
     alan.schoenfeld@wilmerhale.com

*Attorneys for Defendants Richard Markowitz, Jocelyn Markowitz, Avanix Management LLC Roth 401(K) Plan, Batavia Capital*

*Pension Plan, Calypso Investments
Pension Plan, Cavus Systems LLC
Roth 401(K) Plan, Hadron Industries
LLC Roth 401(K) Plan, RJM Capital
Pension Plan, RJM Capital Pension
Plan Trust, Routt Capital Pension
Plan, Routt Capital Trust*

CAPLIN & DRYSDALE,
CHARTERED

By:   /s/ Mark D. Allison
     Mark D. Allison
     CAPLIN & DRYSDALE,
     CHARTERED
     600 Lexington Avenue, 21st Floor
     New York, New York 10022
     Phone: (212) 379-6060
     Email: mallison@capdale.com

*Attorneys for Defendants Robert
Klugman, RAK Investment Trust,
Aerovane Logistics LLC Roth 401K
Plan, Edgepoint Capital LLC Roth
401K Plan, Headsail Manufacturing
LLC Roth 401K Plan, The Random
Holdings 401K Plan, The Stor
Capital Consulting LLC 401K Plan*

KAPLAN RICE LLP

By:   /s/ Michelle A. Rice
     Michelle A. Rice
     Kaplan Rice LLP
     142 West 57th Street
     Suite 4A
     New York N.Y. 10019
     (212) 333-0227
     mrice@kaplanrice.com

*Attorneys for Defendants Joseph
Herman, David Zelman, Edwin
Miller, Ronald Altbach, Perry
Lerner, Robin Jones, Ballast
Ventures LLC Roth 401(K) Plan,*

3

*Bareroot Capital Investments LLC Roth 401(K)Plan, Albedo Management LLC Roth 401(K) Plan, Dicot Technologies LLC Roth 401(K) Plan, Fairlie Investments LLC Roth 401(K) Plan, First Ascent Worldwide LLC Roth 401(K) Plan, Battu Holdings LLC Roth 401(K) Plan, Cantata Industries LLC Roth 401(K) Plan, Crucible Ventures LLC Roth 401(K) Plan, Monomer Industries LLC Roth 401(K) Plan, Limelight Global Productions LLC Roth 401(K) Plan, Loggerhead Services LLC Roth 401(K) Plan, PAB Facilities Global LLC Roth 401(K) Plan, Plumrose Industries LLC Roth 401(K) Plan, Pinax Holdings LLC Roth 401(K) Plan, Roadcraft Technologies LLC Roth 401(K) Plan, Sternway Logistics LLC Roth 401(K) Plan, Trailing Edge Productions LLC Roth 401(K) Plan, True Wind Investments LLC Roth 401(K) Plan, Eclouge Industry LLC Roth 401(K) Plan, Vanderlee Technologies Pension Plan, Vanderlee Technologies Pension Plan Trust, Cedar Hill Capital Investments LLC Roth 401(K) Plan, Green Scale Management LLC Roth 401(K) Plan, Fulcrum Productions LLC Roth 401(K) Plan, Keystone Technologies LLC Roth 401(K) Plan, Tumba Systems LLC Roth 401(K) Plan*

DEWEY PEGNO & KRAMARSKY LLP

By:  /s/ Thomas E.L. Dewey
     Thomas E.L. Dewey
     777 Third Avenue – 37th Floor
     New York, New York 10017
     Tel.: (212) 943-9000

Fax: (212) 943-4325
E-mail:  tdewey@dpklaw.com

*Attorneys for Defendant*
*Michael Ben-Jacob*


WILLIAMS & CONNOLLY LLP

By:   /s/ Stephen D. Andrews
      Stephen D. Andrews
      Amy B. McKinlay
      Williams & Connolly LLP
      725 Twelfth Street, N.W.
      Washington, DC 20005
      (202) 434-5000
      amckinlay@wc.com
      sandrews@wc.com

*Attorneys for Defendants Sander*
*Gerber and Sander Gerber Pension*
*Plan*


K&L GATES LLP

By:   /s/ John D. Blessington
      John D. Blessington (*pro hac vice*)
      K&L GATES LLP
      State Street Financial Center
      One Lincoln Street
      Boston, MA  02111
      T: 617.261.3100
      F: 617.261.3175
      E: john.blessington@klgates.com

*Attorneys for Defendants / Third-*
*Party Plaintiffs Acer Investment*
*Group LLC, American Investment*
*Group of New York, L.P. Pension*
*Plan*, *DW Construction, Inc.*
*Retirement Plan*, *Kamco Investments*
*Inc. Pension Plan*, *Kamco LP Profit*
*Sharing Pension Plan*, *Linden*
*Associates Defined Benefit Plan*,
*Moira Associates LLC 401K Plan*,

5

*Newsong Fellowship Church 401K Plan*, *Riverside Associates Defined Benefit Plan*, *Robert Crema*, *Stacey Kaminer*, *Alexander Jamie Mitchell III*, *David Schulman*, *Joan Schulman,* and *Darren Wittwer*


GUSRAE KAPLAN NUSBAUM PLLC

By:   /s/ Martin H. Kaplan
      Martin H. Kaplan
      Kari Parks
      Gusrae Kaplan Nusbaum PLLC
      120 Wall Street
      New York, NY  10005
      T: (212) 269-1400
      Mkaplan@gusraekaplan.com
      Kparks@gusraekaplan.com

      *Attorneys for Defendants Sheldon Goldstein, Scott Goldstein, and the Goldstein Law Group PC 401(K) Profit Sharing Plan*

## APPENDIX A

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| John van Merkensteijn, III | Sharon L. McCarthy<br>Caroline Ciraolo<br>Nicholas S. Bahnsen<br>Kostelanetz & Fink LLP<br>7 World Trade Center, 34th Floor<br>New York, New York 10007<br>Tel: (212) 808-8100<br>Fax: (212) 808-8108<br>cciraolo@kflaw.com<br>smccarthy@kflaw.com<br>nbahnsen@kflaw.com | 19-cv-01866<br>19-cv-01865<br>19-cv-01906<br>19-cv-01894<br>19-cv-01911<br>19-cv-01871<br>19-cv-01930<br>19-cv-01873<br>19-cv-01794<br>19-cv-01798<br>19-cv-01788<br>19-cv-01918<br>19-cv-01928<br>19-cv-01931<br>19-cv-01800<br>19-cv-01803<br>19-cv-01809<br>19-cv-01818<br>19-cv-01801<br>19-cv-01810<br>19-cv-01813 |
| Elizabeth van Merkensteijn | | 19-cv-01893 |
| Azalea Pension Plan | | 19-cv-01893 |
| Basalt Ventures LLC Roth 401(K) Plan | | 19-cv-01866 |
| Bernina Pension Plan | | 19-cv-01865 |
| Bernina Pension Plan Trust | | 19-cv-10713 |
| Michelle Investments Pension Plan | | 19-cv-01906 |
| Omineca Pension Plan | | 19-cv-01894 |
| Omineca Trust | | 19-cv-01794<br>19-cv-01798<br>19-cv-01788<br>19-cv-01918<br>19-cv-01928 |

|  |  | 19-cv-01931 |
|  |  | 19-cv-01800 |
|  |  | 19-cv-01803 |
|  |  | 19-cv-01809 |
|  |  | 19-cv-01818 |
|  |  | 19-cv-01801 |
|  |  | 19-cv-01810 |
|  |  | 19-cv-01813 |
| Remece Investments LLC Pension Plan |  | 19-cv-01911 |
| Starfish Capital Management LLC Roth 401(K) Plan |  | 19-cv-01871 |
| Tarvos Pension Plan |  | 19-cv-01930 |
| Voojo Productions LLC Roth 401(K) Plan |  | 19-cv-01873 |
| Xiphias LLC Pension Plan |  | 19-cv-01924 |
| Richard Markowitz | Alan E. Schoenfield<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br>alan.schoenfeld@wilmerhale.com | 19-cv-01867<br>19-cv-01895<br>19-cv-01869<br>19-cv-01868<br>19-cv-01898<br>19-cv-10713<br>19-cv-01896<br>19-cv-01783<br>19-cv-01922<br>19-cv-01926<br>19-cv-01929<br>19-cv-01812<br>19-cv-01870<br>19-cv-01792<br>19-cv-01806<br>19-cv-01808<br>19-cv-01815 |
| Jocelyn Markowitz |  | 19-cv-01904 |
| Avanix Management LLC Roth 401(K) Plan |  | 19-cv-01867 |

| | | |
|---|---|---|
| Batavia Capital Pension Plan Calypso Investments Pension Plan | | 19-cv-01895<br>19-cv-01904 |
| Cavus Systems LLC Roth 401(K) Plan | | 19-cv-01869 |
| Hadron Industries LLC Roth 401(K) Plan | | 19-cv-01868 |
| RJM Capital Pension Plan | | 19-cv-01898 |
| RJM Capital Pension Plan Trust | | 19-cv-10713 |
| Routt Capital Pension Plan | | 19-cv-01896 |
| Routt Capital Trust | | 19-cv-01783<br>19-cv-01922<br>19-cv-01926<br>19-cv-01929<br>19-cv-01812<br>19-cv-01870<br>19-cv-01792<br>19-cv-01806<br>19-cv-01808<br>19-cv-01815 |
| Rob Klugman<br><br><br><br>RAK Investment Trust | Mark D. Allison<br>Caplin & Drysdale, Chartered<br>600 Lexington Avenue<br>21st Floor<br>New York, NY 10022<br>Tel: (212) 379-6000<br>mallison@capdale.com<br>zziering@capdale.com | 18-cv-07828<br>18-cv-07827<br>18-cv-07824<br>18-cv-07829<br>18-cv-04434 |
| Aerovane Logistics LLC Roth 401(K) Plan | | 18-cv-07828 |
| Edgepoint Capital LLC Roth 401(K) Plan | | 18-cv-07827 |
| Headsail Manufacturing LLC Roth 401(K) Plan | | 18-cv-07824 |

| | | |
|---|---|---|
| The Random Holdings 401(K) Plan | | 18-cv-07829 |
| The Stor Capital Consulting LLC 401(K) Plan | | 18-cv-04434 |
| Joseph Herman | Michelle A. Rice Kaplan Rice LLP 142 West 57th Street Suite 4A New York N.Y. 10019 (212) 333-0227 mrice@kaplanrice.com | 1:19-cv-01785 1:19-cv-01781 1:19-cv-01791 1:19-cv-01794 |
| David Zelman | | 1:19-cv-01918 1:19-cv-01783 1:19-cv-01798 1:19-cv-01788 |
| Edwin Miller | | 1:19-cv-01926 1:19-cv-01922 1:19-cv-01928 1:19-cv-01929 1:19-cv-01931 |
| Ronald Altbach | | 1:19-cv-01809 1:19-cv-01800 1:19-cv-01803 1:19-cv-01812 1:19-cv-01818 |
| Perry Lerner | | 1:19-cv-01806 1:19-cv-01870 1:19-cv-01792 1:19-cv-01808 1:19-cv-01815 |
| Robin Jones | | 1:19-cv-01801 1:19-cv-01810 1:19-cv-01813 |
| Ballast Ventures LLC Roth 401(K) Plan | | 1:19-cv-01781 |
| Bareroot Capital Investments LLC Roth 401(K) Plan | | 1:19-cv-01783 |

| | | |
|---|---|---|
| Albedo Management LLC Roth 401(K) Plan | | 1:19-cv-01785 |
| Dicot Technologies LLC Roth 401(K) Plan | | 1:19-cv-01788 |
| Fairlie Investments LLC Roth 401(K) Plan | | 1:19-cv-01791 |
| First Ascent Worldwide LLC Roth 401(K) Plan | | 1:19-cv-01792 |
| Battu Holdings LLC Roth 401(K) Plan | | 1:19-cv-01794 |
| Cantata Industries LLC Roth 401(K) Plan | | 1:19-cv-01798 |
| Crucible Ventures LLC Roth 401(K) Plan | | 1:19-cv-01800 |
| Monomer Industries LLC Roth 401(K) Plan | | 1:19-cv-01801 |
| Limelight Global Productions LLC Roth 401(K) Plan | | 1:19-cv-01803 |
| Loggerhead Services LLC Roth 401(K) Plan | | 1:19-cv-01806 |
| PAB Facilities Global LLC Roth 401(K) Plan | | 1:19-cv-01808 |
| Plumrose Industries LLC Roth 401(K) Plan | | 1:19-cv-01809 |
| Pinax Holdings LLC Roth 401(K) Plan | | 1:19-cv-01810 |
| Roadcraft Technologies LLC Roth 401(K) Plan | | 1:19-cv-01812 |
| Sternway Logistics LLC Roth 401(K) Plan | | 1:19-cv-01813 |

| | | |
|---|---|---|
| Trailing Edge Productions LLC Roth 401(K) Plan | | 1:19-cv-01815 |
| True Wind Investments LLC Roth 401(K) Plan | | 1:19-cv-01818 |
| Eclouge Industry LLC Roth 401(K) Plan | | 1:19-cv-01870 |
| Vanderlee Technologies Pension Plan | | 1:19-cv-01918 |
| Vanderlee Technologies Pension Plan Trust | | 1:19-cv-01918 |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan | | 1:19-cv-01922 |
| Green Scale Management LLC Roth 401(K) Plan | | 1:19-cv-01926 |
| Fulcrum Productions LLC Roth 401(K) Plan | | 1:19-cv-01928 |
| Keystone Technologies LLC Roth 401(K) Plan | | 1:19-cv-01929 |
| Tumba Systems LLC Roth 401(K) Plan | | 1:19-cv-01931 |
| Sander Gerber<br><br>Sander Gerber Pension Plan | Stephen D. Andrews<br>Amy B. McKinlay<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>(202) 434-5000<br>amckinlay@wc.com<br>sandrews@wc.com | 18-cv-4899<br><br>18-cv-4899 |
| Michael Ben-Jacob | Thomas E. L. Dewey<br>Dewey Pegno & Kramarsky LLP<br>777 Third Avenue – 37th Floor<br>New York, New York 10017<br>Tel.: (212) 943-9000<br>Fax: (212) 943-4325<br>E-mail: tdewey@dpklaw.com | 1:18-cv-04434<br>1:18-cv-07824<br>1:18-cv-07827<br>1:18-cv-07828<br>1:18-cv-07829<br>1:19-cv-01781<br>1:19-cv-01783 |

| | | |
|---|---|---|
| | | 1:19-cv-01785 |
| | | 1:19-cv-01788 |
| | | 1:19-cv-01791 |
| | | 1:19-cv-01792 |
| | | 1:19-cv-01794 |
| | | 1:19-cv-01798 |
| | | 1:19-cv-01800 |
| | | 1:19-cv-01801 |
| | | 1:19-cv-01803 |
| | | 1:19-cv-01806 |
| | | 1:19-cv-01808 |
| | | 1:19-cv-01809 |
| | | 1:19-cv-01810 |
| | | 1:19-cv-01812 |
| | | 1:19-cv-01813 |
| | | 1:19-cv-01815 |
| | | 1:19-cv-01818 |
| | | 1:19-cv-01866 |
| | | 1:19-cv-01867 |
| | | 1:19-cv-01868 |
| | | 1:19-cv-01869 |
| | | 1:19-cv-01870 |
| | | 1:19-cv-01871 |
| | | 1:19-cv-01873 |
| | | 1:19-cv-01894 |
| | | 1:19-cv-01896 |
| | | 1:19-cv-01918 |
| | | 1:19-cv-01922 |
| | | 1:19-cv-01926 |
| | | 1:19-cv-01928 |
| | | 1:19-cv-01929 |
| | | 1:19-cv-01931 |
| Acer Investment Group LLC | John C. Blessington<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA  02111<br>T: 617.261.3100<br>F: 617.261.3175<br>E:  john.blessington@klgates.com | 18-cv-09841<br>18-cv-09797<br>18-cv-09836<br>18-cv-09837<br>18-cv-09838<br>18-cv-09839<br>18-cv-09840<br>18-cv-10100<br>18-cv-05053 |
| American Investment Group of New York, L.P. Pension Plan | | 18-cv-09841 |

| | | |
|---|---|---|
| DW Construction, Inc. Retirement Plan | | |
| | | 18-cv-09797 |
| Kamco Investments Inc. Pension Plan | | |
| | | 18-cv-09836 |
| Kamco LP Profit Sharing Pension Plan | | |
| | | 18-cv-09837 |
| Linden Associates Defined Benefit Plan | | |
| | | 18-cv-09838 |
| Moira Associates LLC 401K Plan | | |
| | | 18-cv-09839 |
| Newsong Fellowship Church 401K Plan | | |
| | | 18-cv-10100 |
| Riverside Associates Defined Benefit Plan | | |
| | | 18-cv-09840 |
| Robert Crema | | |
| | | 18-cv-09841 |
| Stacey Kaminer | | |
| | | 18-cv-09841 |
| | | 18-cv-09797 |
| | | 18-cv-09836 |
| | | 18-cv-09837 |
| Alexander Jamie Mitchell III | | 18-cv-09839 |
| David Schulman | | 18-cv-10100 |
| Joan Schulman | | 18-cv-09840 |
| Darren Wittwer | | 18-cv-09838 |
| | | 18-cv-09797 |
| Sheldon Goldstein | Martin H. Kaplan | 18-cv-5053 |
| | Kari Parks | |
| Scott Goldstein | Gusrae Kaplan Nusbaum PLLC | |
| | 120 Wall Street | |
| The Goldstein Law Group PC 401(k) Profit Sharing Plan | New York, NY 10005 | |
| | T: (212) 269-1400 | |
| | mkaplan@gusraekaplan.com | |

14

| | | |
|---|---|---|
| | kparks@gusraekaplan.com | |