Exhibit 10

Tidligere skatteminister om udbytteskandalen: Embedsværket har svigtet | DR

**AFSLØRING AF SKATTESKANDALE**

SE TEMA ⟩

**PENGE**

# Tidligere skatteminister om udbytteskandalen:
Embedsværket har svigtet

Vigtig information nåede aldrig til ministeren, siger Benny Engelbrecht (S).



Nuværende transportminister og tidligere skatteminister Benny Engelbrecht (S) ankommer til Kommissionen om Skat i Retten på Frederiksberg. (Foto: liselotte sabroe © Scanpix)

AF **JAKOB USSING**
25. NOV 2020    BEMÆRK: ARTIKLEN ER MERE END 30 DAGE GAMMEL

[ **?** ] FORKLAR ORD    [ **AA** ] STØRRE TEKST    [ **O** ] LÆS OP

Det er ikke så tit, at en minister retter kritik mod embedsværket offentligt.

Case 1:18-md-02865-LAK Document 535-10 Filed 02/15/21 Page 3 of 15

Men tidligere skatteminister Benny Engelbrecht (S) var klar i mælet, da han i dag blev afhørt af Skattekommissionen.

En kommission, som forsøger at komme til bunds i, hvordan udenlandske finansfolk i perioden fra 2012 til august 2015 kunne lænse den danske statskasse for svimlende 12,7 milliarder kroner i refusion af udbytteskat. Vel at mærke uden at Skat opdagede det, selv om der internt var talrige advarsler om problemer med kontrollen på området.

- Jeg havde en forventning om, at hvis der havde været alvorlige sager, så ville det være blevet lagt op til mig. Men jeg blev ikke orienteret på noget tidspunkt. Der er nogen, der har svigtet i den her sammenhæng, siger Benny Engelbrecht efter dagens afhøring.

*Så du fik på intet tidspunkt nogen advarsler om, at der kunne være noget galt på udbytteområdet?*

- Desværre ikke. Det ville jeg have ønsket, at jeg havde fået advarsler om.

### Minister ville have grebet ind

Benny Engelbrecht var skatteminister fra september 2014 til juni 2015 og dermed i den periode, hvor den formodede svindel kørte i det allerhøjeste tempo, og milliarder fossede ud af statskassen.

Ifølge de danske myndigheder er der tale om et stort svindelnummer, som udenlandske finansfolk stod bag.



**Jeg gav en klar instruks til Skat om, at hvis der kom anmeldelser om udenlandske skattesager, så skulle ministeren orienteres.**

BENNY ENGELBRECHT (S), TIDL. SKATTEMINISTER

Men det er også en sag, hvor talrige advarsler gennem en lang årrække om manglende kontrol på området aldrig førte til brugbare løsninger.

Og Benny Engelbrecht er ikke i tvivl om, at de advarsler burde have nået både hans og forgængernes ministerbord – og ansvaret ligger et sted blandt embedsfolkene, mener den tidligere skatteminister.

- Selvfølgelig burde man have involveret de ministre, der var, og det handler jo ikke kun om mig, siger han med reference til, at der i alt sad seks skatteministre i perioden fra 2012 til 2015.

- Uanset hvilken minister der havde siddet, så er jeg overbevist om, at den siddende minister ville have valgt at gribe ind, hvis man havde kendt til alvorligheden i det her område.

## Konkrete fejl

Den tidligere skatteminister peger på tre konkrete fejl.

Udbetalingerne af refusion til udenlandske aktionærer steg drastisk måned for måned, mens han var skatteminister, men udviklingen i de månedlige opgørelser blev aldrig præsenteret for ministeren.

Desuden var betalingsområdet, hvor udbytteadministrationen lå, betragtet som forbundet med høj risiko, hvilket Benny Engelbrecht heller aldrig fik at vide.

Og endelig så gav Benny Engelbrecht i foråret 2015 klar besked til Skat om, at ministeren skulle orienteres, hvis der kom oplysninger om problemer med udenlandsk beskatning.

- Jeg gav en klar instruks til Skat om, at hvis der kom anmeldelser om udenlandske skattesager, så skulle ministeren orienteres, siger Engelbrecht.



Pressen interviewer Benny Engelbrecht, da han kom ud fra Skattekommissionen. (Foto: liselotte sabroe © Scanpix)

I midten af juni advarede en dansk advokat efter en samtale med en klient i England om, at der sandsynligvis var et stort svindelnummer med udbytteskat i gang, og at bagmanden var en vis Sanjay Shah, der i dag stadig er den hovedmistænkte i Bagmandspolitiets efterforskning af sagen.

> **MILLIARDSVINDEL MOD DEN DANSKE STAT**
>
> Den formodede svindel for 12,7 milliarder kroner er startet i

Men hverken i perioden frem til den 28. juni, hvor Karsten Lauritzen (V) blev ny skatteminister, eller over sommeren blev ministeren orienteret, som det burde være sket, ifølge Benny Engelbrecht.

Først syv uger efter anmeldelsen, da også de britiske skattemyndigheder havde advaret om svindelnummeret, stoppede Skat for udbetalingerne, og først i slutningen af august 2015 blev Karsten Lauritzen ifølge de mange afhøringer i Skattekommissionen orienteret.

**Ansvaret**

Departementschefen i Skatteministeriet hed dengang Jens Brøchner, og han er stadig den øverste embedsmand i Skatteministeriet.

Brøchner har forklaret over to lange afhøringer i Skattekommissionen, at advarslerne heller ikke nåede til ham. Om det er en troværdig forklaring, vil Benny Engelbrecht lade være op til Skattekommissionen at tage stilling til.

Men at departementschefen har ansvaret for, at systemet fungerer, så vigtige sager lander på ministerens bord, er Engelbrecht ikke i tvivl om.

- I sidste ende er det selvfølgelig det. Men det er også klart, at det præcise forløb skal Kommissionen træffe konklusioner om. Det skal jeg ikke blande mig i.

## Intet peger på ministre

Benny Engelbrechts udsagn om, at hverken han eller andre ministre blev advaret om problemerne, før skandalen blev offentlig kendt i august 2015, er foreløbigt blevet bekræftet af det store skriftlige materiale, som er præsenteret i Skattekommissionen.

I alt skal ni skatteministre, der sad i perioden 2010 til 2017 afhøres. Foreløbigt er Kristian Jensen (V), Troels Lund Poulsen (V), Peter Christensen (V), Thor Möger Pedersen (SF), Holger K. Nielsen (SF), Jonas Dahl (SF), Morten Østergaard (R) og Benny Engelbrecht (S) blevet afhørt.

Alle har de fortalt, at de aldrig blev præsenteret for problemer på udbytteområdet.

Også begge departementschefer i perioden, Peter Loft og Jens Brøchner, har bekræftet, at de ikke talte med ministrene om problemer på udbytteområdet.

Mens Peter Loft har erkendt et medansvar for, at der ikke blev fulgt tilstrækkeligt op på en kritisk revisionsrapport fra 2010, har Jens Brøchner over to afhøringer fastholdt, at han aldrig blev præsenteret for problemer i grad, hvor han skulle have reageret.

Efter flere end 100 afhøringer om udbytteskattesagen mangler Skattekommissionen nu kun at afhøre Karsten Lauritzen (V). Den afhøring er planlagt til den 8. december.

6

Case 1:18-md-02865-LAK Document 535-10 Filed 02/15/21 Page 7 of 15

Det er fortsat uvist, om Skattekommissionen kommer med en selvstændig beretning om udbytteskatteområdet, eller om Skattekommissionen venter og kommer med en samlet beretning, når den i 2023 også har undersøgt de andre problemer i Skat.

### Artikler fra afhøringer

- DR har dækket Skattekommissionen indgående. Du kan læse flere referater herunder:

- Departementschef Jens Brøchner <https://www.dr.dk/nyheder/penge/haarde-konfrontationer-i-skattekommissionen-departementschef-afviser-ansvar-i> .

- Tidligere departementchef Peter Loft <https://www.dr.dk/nyheder/penge/tidligere-skatte-topchef-jeg-har-et-medansvar-men-det-er-der-flere-der-har> .

- Tidligere direktør for Skat Jesper Rønnow Simonsen <https://www.dr.dk/nyheder/penge/fyret-topchef-i-skat-om-milliardsvindel-jeg-havde-uddelegeret-ansvaret> .

- Tidligere afdelingschef Andreas Berggreen <https://www.dr.dk/nyheder/penge/skatteskandalen-alle-sender-aben-videre> .

- Tidligere inddrivelsesdirektør Jens Sørensen <https://www.dr.dk/nyheder/penge/arbejdsgruppe-i-skat-loeste-problemerne-samtidig-fossede-udbytte-milliarder-ud-af> .

- Tidligere afdelingsleder Lisbeth Rømer <https://www.dr.dk/nyheder/penge/udbyttechef-fortryder-ikke-have-taget-svindelmistaenkte-med-paa-sightseeing-det-tog> .

- Tidligere underdirektør René Frahm Jørgensen
  <https://www.dr.dk/nyheder/penge/tidligere-skattedirektoer-i-skudlinjen-godkendte-maanedsregnskaber-mens-pengene> .

- Tidligere underdirektør Richard Hanlov
  <https://www.dr.dk/nyheder/penge/tidligere-chef-i-skat-beskylder-karsten-lauritzen-politisk-indblanding-i-hjemsendelser> .

- Tidligere afdelingsleder Dorthe Pannerup Madsen
  <https://www.dr.dk/nyheder/penge/tidligere-leder-i-skat-om-udbyttesagen-det-hele-var-saa-uvirkeligt> .

- Tidligere indsatsdirektør Jim Sørensen
  <https://www.dr.dk/nyheder/penge/kendt-skattedirektoer-skulle-skaere-21-procent-samtidig-toppede-svindel-127-milliarder> .

- Tidligere skattedirektør Lars Nørding
  <https://www.dr.dk/nyheder/penge/skattedirektoer-om-aarelange-besparelser-kontrollen-var-det-eneste-sted-man-kunne> .

**PENGE LIGE NU**

Tidligere skatteminister om udbytteskandalen: Embedsværket har svigtet | Penge | DR

**PENGE** | I DAG KL. 18:19

**Buldrende boligmarked presser førstegangskøbere:** Sådan får du en fod indenfor

**PENGE** | 11. JAN KL. 20:48

**Virksomheder venter desperate på krisehjælp:** 'Det haster. Jeg er i alvorlig risiko for at lukke'

PENGE | 11. JAN KL. 18:17

**Klik, klik og go'daw:** Sådan har corona ændret danskernes indkøb

VIS FLERE

## ANDRE LÆSER

INDLAND | I DAG KL. 19:11

**Heunicke:** Den britiske variant breder sig i Danmark

UDLAND | I DAG KL. 14:22

**LIVE:** Repræsentanternes Hus afgør, om Donald Trump skal stilles for en rigsret

INDLAND | I DAG KL. 18:24

**Markant regnefejl:** Babyer født i år kan alligevel ikke forvente at blive 102 år gamle

VIS FLERE

## TOPHISTORIER

Liveblog

Tidligere skatteminister om udbytteskandalen: Embedsværket har svigtet | Penge | DR

**UDLAND** | I DAG KL. 14:22

# LIVE: Repræsentanternes Hus afgør, om Donald Trump skal stilles for en rigsret

---

**GAMING** | I DAG KL. 18:15

**Legendarisk eventyrjæger nægter at dø:** Nu genopstår 'Indiana Jones' i ny satsning

---

**PENGE** | I DAG KL. 18:19

**Buldrende boligmarked presser førstegangskøbere:** Sådan får du en fod indenfor

---

VIS FLERE

14

15