Exhibit 12

**AFSLØRING AF SKATTESKANDALE**  SE TEMA ›

PENGE

# Tidligere skatteminister om udbyttesvindel: Man burde have prioriteret kontrol højere

Hensyn til investorer blev tillagt for stor vægt, siger Kristian Jensen i dag.



- I bagklogskabens lys så skulle man have lavet en række initiativer, som skulle have beskyttet vores udbytteskatteprovenu noget bedre, fortalte Kristian Jensen i dag.

AF **EMIL SØNDERGÅRD INGVORSEN**, **JAKOB USSING** OG **JESPER TYNELL**
11. NOV 2020     BEMÆRK: ARTIKLEN ER MERE END 30 DAGE GAMMEL

[?] FORKLAR ORD     [AA] STØRRE TEKST     [O] LÆS OP

Den nu tidligere kronprins i Venstre, Kristian Jensen, blev i dag som den første af i alt ni tidligere skatteministre afhørt i Skattekommissionen i Retten på

Frederiksberg.

Og her sagde Kristian Jensen, der var skatteminister fra 2004 til 2010, at problemer med kontrollen af udlændinge, som gjorde krav på at få refunderet dansk skat af udbytte, ikke var noget, der fyldte på hans ministerbord.

Problemer, der ifølge de danske myndigehder mellem 2012 og 2015 har kostet den danske statskasse 12,7 milliarder kroner. Og hvor den britiske forretningsmand Sanjay Shah er den mistænkte hovedbagmand.

I Kristian Jensens tid som skatteminister havde hensyn til færre byrder og til at tiltrække udenlandske investorer til gengæld stort fokus.

Efter afhøringen fortæller han til DR, at han ville ønske, at der var blevet lagt mere vægt på hensynet til bedre kontrol.

- I bagklogskabens lys så skulle man have lavet en række initiativer, som skulle have beskyttet vores udbytteskatteprovenu noget bedre. Det skulle have været prioriteret højere end hensynet til at tiltrække udenlandske investorer til Danmark, fordi vi kan se nu, at det har kostet den danske statskasse 12,5 milliarder, siger den tidligere skatteminister.

> **Jeg føler ikke, at jeg på det her punkt kunne reagere anderledes, når jeg ikke blev advaret om de ting, der foregår nede i systemet.**
>
> KRISTIAN JENSEN

# De hemmelige aktionærer

**Advarsler om problemer stod på i årevis**

I kommissionen er hovedfokus på, hvad der skete på udbytteområdet i perioden fra 2010 og frem.

SAGEN KORT

Flere gange i 00'erne advarede embedsmænd i Skat om

Den formodede svindel er ifølge de danske myndigheder sket ved, at virksomheder og personer har udfyldt blanketter om refusion af udbytteskat uden reelt at eje aktier i danske selskaber - og dermed havde de aldrig betalt dansk udbytteskat og derfor heller ikke ret til at få penge tilbage.

Podcast-serien <https://www.dr.dk/nyheder/penge/udbytteskandale-kunne-formentlig-vaere-undgaaet-loesningskatalog-laa-klar-i-aarevis> *De Hemmelige Aktionærer <https://www.dr.dk/nyheder/penge/udbytteskandale-kunne-formentlig-vaere-undgaaet-loesningskatalog-laa-klar-i-aarevis>* kan dog nu fortælle, at

4

der allerede tilbage i midten af 00'erne var store advarsler om problemer på udbytteområdet.

Konkret udarbejdede embedsmænd i Skat i 2006 et næsten 30 sider langt katalog med forslag til, hvordan de mange huller i udbytteskattesystemet kunne lukkes.

Og ikke nok med det. Gang på gang advarede de også om, at de ikke have mulighed for at kontrollere, hvem der egentlig ejede aktierne - og dermed ikke kunne se, om kravene om refusion af udbytteskat var retmæssige.

Embedsmænd bad derfor om at få adgang til oplysninger om, hvem der ejer og tjener penge på danske aktier for at kunne kontrollere de mange refusioner af udbytteskat.

### Krav om at nedbringe byrder

Men forslagene, der skulle forbedre kontrollen, stødte mod en mur højere oppe i systemet, blandt andet fordi de ville øge byrderne for bankerne.

Det var nemlig en stor politisk prioritet netop at nedbringe de administrative byrder.

Også hensynet til, at det skulle være attraktivt for udenlandske investorer at købe danske aktier, vejede tungt og gjorde det svært at komme igennem med ønsket om bedre kontrol.



Kristian Jensen (V) var skatteminister fra 2004 til 2010.

Efter dagens afhøring i kommissionen fortalte den daværende skatteminister, at han ærgrer sig over, at advarslerne ikke allerede i midten af 00erne blev taget alvorligt nok.

- Men jeg føler ikke, at jeg på det her punkt kunne reagere anderledes, når jeg ikke blev advaret om de ting, der foregår nede i systemet, siger Kristian Jensen og udybede:

- Hvis vi havde haft en situation, hvor det var kommet op på mit skrivebord, at der var et problem med udbytteskat, og at vi så ind i, at der var et potentielt hul på 12,5 milliarder, så havde vi naturligvis reageret. Men advarslerne kom ikke til mig på daværende tidspunkt.

En konkret sag fik særligt alarmklokkerne i embedsværket i Skat til at ringe helt tilbage i 2006.

Et lille fransk selskab i Paris krævede over en halv milliard kroner udbetalt i refusion af udbytteskat fra den danske statskasse.

Selskabet påstod, at det ejede en stor aktieandel i TDC, men ingen i Skat havde nogensinde hørt om det franske selskab, og embedsfolkene tvivlede meget stærkt på, at selskabet reelt ejede så mange aktier. Sagen blev aldrig forelagt ministeren, fortæller han.

Case 1:18-md-02865-LAK    Document 535-12    Filed 02/15/21    Page 7 of 18

- Hvis man ikke troede på, at selskabet ejede aktierne, så skulle man have gjort noget mere for at undersøge det dengang. Om man skulle have orienteret mig, er en smagssag, siger Kristian Jensen.

Sagen blev undersøgt i mange måneder - endda på direktørniveau i Skat. Men til sidst udbetalte Skat pengene til det franske selskab, fordi selskabet flere gange erklærede, at det skam var ejer af aktierne - og fordi der løb 160.000 kroner på i renter om dagen.

Direktion

**Tilbagesøgning af dansk udbytteskat - Frankrig**

Udbytteskat i SC Ballerup har modtaget en anmodning o
574 mill kr til Bankers Trust Opera Trading SA, Paris genn
London og Danske Bank. Bankers Trust Opera Trading SA
Danmark indeholdte udbytteskat på 28% i 33 danske sel

Af de 33 danske selskaber falder en post særligt i øjnene
TDC har udloddet 2.576.446.003 kr, hvoraf der er indeho
28% (721.404.881 kr). Tilbagesøgningen vedrørende 1.4
udbytteskatten er 405.465.448 kr. Dette er mere end 50
med normal udbytteskat!!!!!

…

Det er ikke muligt at se, hvem der er modtagere af udbyt
depoterne er nomineedepoter, og den endelige modtage
kendt.

… Det er et spørgsmål, hvor længe Danmark kan tillade et
skjule sin identitet i forbindelse med aktieudlodning og d
refusion, som egentlig ikke er der efter DBO og lovgivning

… Lisbeth Rømer

LUK

## En ond cirkel

Om balancen mellem kontrol og byrder siger Kristian Jensen:

- Det er korrekt, at byrdelettelser var et stort fokus. Men man kunne godt kunne lave nye byrder, hvis gevinsten for samfundet var højere, end byrderne var for virksomhederne.

Problemet for embedsfolkene i Skat var, at de ikke kunne sætte et præcist beløb på gevinsten ved en øget kontrol. Så længe aktionærerne var hemmelige, kunne det ikke dokumenteres, hvor meget der eventuelt blev snydt for. Og så længe der ikke kunne sættes tal på, kunne embedsfolkene i Skat ikke få gjort op med de hemmelige aktionærer.

Det var en ond cirkel, fortæller flere embedsfolk til podcasten *De Hemmelige Aktionærer.*

9



Den formodede svindel for 12,7 milliarder kroner omhandler alene perioden 2012 til 2015 - og altså ikke årene før, hvor der talrige gange blev påpeget problemer.

*Tror du, at der også skete svindel, da du var skatteminister, eller tror du, at det udelukkende fandt sted mellem 2012 og 2015?*

- Jeg kan ikke stå og afvise det. Der har været fortællinger om noget, der ser mærkeligt ud, men det er jeg sikker på, at kommissionen vil afdække i det omfang, det kan afdækkes, siger Kristian Jensen.

10

**Ikke på liste over problemer**

Over for Skattekommissionen sagde Kristian Jensen, at udbytteskat fyldte meget lidt i hans ministertid, og han aldrig blev advaret om risiko for et stort svindelnummer:

- Udbyttebeskatning var ikke på vores liste over problemer. Snyd i kiosker var et kæmpestort område. Vi lavede også kapitalfondsindgreb og alt muligt andet. Jeg kan ikke mindes, at vi havde drøftelser om udbyttebeskatning.

Kristian Jensens to efterfølgere i Skatteministeriet, Troels Lund Poulsen (V) og Peter Christensen (V), blev også afhørt i dag i kommissionen.

De fortalte begge, at de ikke var orienteret om, at var problemer på udbytteområdet.

**PENGE LIGE NU**



PENGE | I DAG KL. 18:19

**Buldrende boligmarked presser førstegangskøbere:** Sådan får du en fod indenfor



**PENGE** | 11. JAN KL. 20:48

**Virksomheder venter desperate på krisehjælp:** 'Det haster. Jeg er i alvorlig risiko for at lukke'



**PENGE** | 11. JAN KL. 18:17

**Klik, klik og go'daw:** Sådan har corona ændret danskernes indkøb

VIS FLERE

## ANDRE LÆSER

**UDLAND** | I DAG KL. 14:22

**LIVE:** Repræsentanternes Hus afgør, om Donald Trump skal stilles for en rigsret



**INDLAND** | I DAG KL. 19:11

**Heunicke:** Den britiske variant breder sig i Danmark



**MUSIK** | I DAG KL. 20:32

**Kontroversiel popstjerne ramt af heftig kritik efter venindebillede:** 'Hun er typen, der slår først'



VIS FLERE

## TOPHISTORIER



Liveblog



**UDLAND** | I DAG KL. 14:22

# LIVE: Repræsentanternes Hus afgør, om Donald Trump skal stilles for en rigsret



**GAMING** | I DAG KL. 18:15

**Legendarisk eventyrjæger nægter at dø:** Nu genopstår 'Indiana Jones' i ny satsning



**PENGE** | I DAG KL. 18:19

**Buldrende boligmarked presser førstegangskøbere:** Sådan får du en fod indenfor

VIS FLERE

15

16

18