Exhibit 14

AFSLØRING AF SKATTESKANDALE                                                      SE TEMA >

PENGE

# Tidligere skatteminister: I sidste ende er skandalerne politikernes ansvar

Karsten Lauritzen (V) fortryder dog ikke sin håndtering af udbytteskandalen.



Kommissionen om Skat holder afhøring af tidligere skatteminister Karsten Lauritzen ved Retten på Frederiksberg, tirsdag den 8. december 2020. (Foto: Claus Bech/Scanpix 2020) (Foto: Claus bech © Scanpix)

AF JAKOB USSING
8. DEC 2020   BEMÆRK: ARTIKLEN ER MERE END 30 DAGE GAMMEL

[?] FORKLAR ORD   [AA] STØRRE TEKST   [O] LÆS OP

2

Skattekommissionen har i mere end halvandet år gravet i, hvem der har ansvaret for, at udenlandske finansfolk kunne lænse den danske statskasse for 12,7 milliarder kroner i formodet svindel med udbytteskat.

Mens Benny Engelbrecht (S) har fortalt, at han mener, at embedsværket har svigtet <https://www.dr.dk/nyheder/penge/tidligere-skatteminister-om-udbytteskandalen-embedsvaerket-har-svigtet> både ham og de andre skatteministre ved aldrig at bringe problemerne op på ministrenes bord, så placerer Engelbrechts efterfølger, Karsten Lauritzen (V), en stor del af ansvaret hos politikerne selv.

Han er som den sidste af i alt ni skatteministre nu blevet afhørt af Skattekommissionen, og i morgen har kommissionen de to sidste afhøringer af embedsfolk.

- Ansvaret for, at Skat ikke fungerede som forvaltning, er et politisk ansvar fra skiftende regeringer. Og det var en af grundene til, at regeringen, mens jeg var minister, brugte et tocifret milliardbeløb på at opbygge Skat. Jeg synes ikke, at det er fair at sige, at det er en eller anden specifik medarbejders skyld eller ansvar, siger Karsten Lauritzen til DR efter afhøringen.

Skattekommissionen er i timelange afhøringer gået kritisk til den øverste embedsmand i Skatteministeriet, departementschef Jens Brøchner <https://www.dr.dk/nyheder/penge/haarde-konfrontationer-i-skattekommissionen-departementschef-afviser-ansvar-i> , men ham vil Karsten Lauritzen ikke dømme.

- Der er givetvis masser af ting, som jeg kunne have gjort anderledes, han kunne have gjort anderledes, nogle af de røde skatteministre eller den tidligere departementschef kunne have gjort anderledes <https://www.dr.dk/nyheder/penge/tidligere-skatte-topchef-jeg-har-et-medansvar-men-det-er-der-flere-der-har> , men det er ikke min opgave at fælde dom. Det er kommissionens opgave.

**Meget kostbar sommer**

Karsten Lauritzen er kritisk over for, at det daværende Skat modtog anmeldelser om mulig svindel fra en dansk advokat i midten af juni 2015, men

først den 6. august 2015 smækkede kassen i, og først den 24. august orienterede ham som minister.

I de syv uger frem til den 6. august 2015 fossede der hele 2,6 milliarder kroner ud af statskassen til de formodede svindlere <https://www.dr.dk/nyheder/penge/ferieramt-skat-tager-let-paa-klokkeklare-tip-koster-26-milliarder-i-udbytteskat> .

**MILLIARDSVINDEL MOD DEN DANSKE STAT**

Den formodede svindel for 12,7 milliarder kroner er startet i

Men i modsætning til Benny Engelbrecht føler Karsten Lauritzen sig ikke svigtet af embedsværket.

- Med det vi ved i dag, så kunne man have stoppet noget af svindlen tidligere, hvis man havde grebet de her anmeldelser anderledes an. Og det er stærk kritisabelt. Jeg er ked af det på medarbejderne og det gamle Skats vegne. I lyset af, at en af personerne, der sad med det, nu afsoner en fængselsstraf <https://www.dr.dk/nyheder/penge/tioeren-faldt-aldrig-skat-gennemskuede-ikke-sven-nielsens-udbyttefusk> , og hvor få ressourcer, der var til rådighed, så går min kritik ikke af de menige medarbejdere. Men jeg synes, at det er helt rimeligt, at der er truffet nogle ledelsesmæssige konsekvenser.

### Står på mål for beslutninger

Især hjemsendelser af en række chefer i kølvandet på, at Skat opdagede den formodede svindel, har vakt stærke følelser i Skattekommissionen, hvor flere af de hjemsendte har kritiseret forløbet kraftigt.

En af de hjemsendte har angrebet Karsten Lauritzen for at blande sig politisk i hjemsendelserne <https://www.dr.dk/nyheder/penge/tidligere-chef-i-skat-beskylder-karsten-lauritzen-politisk-indblanding-i-hjemsendelser> , men det afviste Karsten Lauritzen kategorisk at have gjort over for Skattekommissionen.

# De hemmelige aktionærer

Og han mener i dag, at det var det rigtige, at Skats daværende direktør, Jesper Rønnow Simonsen, valgte at hjemsende cheferne.

- Det mener jeg, ja.

*Men de er blevet frikendt?*

- De er blevet frikendt for, at man kunne gøre et tjenesteretligt ansvar gældende. Men de er ikke blevet frikendt for at have begået fejl, og de er slet ikke blevet frikendt for, om de har løst den her opgave på tilfredsstillende vis.

- Jeg tror, at de selv godt kunne have tænkt sig at have gjort nogle ting anderledes med den viden, vi har i dag. De har haft meget svære betingelser for deres arbejde, men der er også nogle, der skulle have sagt fra på et langt tidligere tidspunkt.

Advokaten for en af hjemsendte chefer borede i kommissionen i, hvorfor Karsten Lauritzen mente, at Jesper Rønnow Simonsen kunne træffe den beslutning, og om ikke Jesper Rønnow Simonsen selv skulle være sendt hjem.

Men Karsten Lauritzen står fast på, at det var rigtig at lade Rønnow Simonsen fortsætte et år, inden han blev fyret.

- Det var den beslutning, jeg traf dengang, og den står jeg på mål for.

*Hvorfor var det den rigtige beslutning?*

- Der skulle være nogen til at rydde op fremadrettet, og der skulle være nogen til at sikre, at Skat fortsat kunne køre videre. En del af den øverste ledelse var gået selv, andre var blevet fyret eller afskediget tidligere, nogle blev hjemsendt. Så der havde ikke været nogen tilbage.

- Det er det dilemma, man er i som minister. På den ene side skal der være nogle konsekvenser. På den anden side skal det køre videre. Så jeg valgte at tage nogle tæsk i offentligheden. Jeg tror, at det var det bedste for at få påbegyndt oprydningen i skatteforvaltningen.

*Men du tog beslutningen om at sige farvel til ham året efter?*

- Ja. Og det fortryder jeg heller ikke.

## Hvad laver Bagmandspolitiet?

6

Karsten Lauritzen stoppede som skatteminister i forbindelse med regeringsskiftet i juni 2019 efter fire år på posten, og han er dybt forundret over, at Bagmandspolitiet efter mere end fem års arbejde med sagen stadig ikke er færdig med efterforskningen.

- Jeg er personligt ked af, at Bagmandspolitiets efterforskning skrider så langsomt frem, at vi her fem og et halvt år efter ikke er kommet videre med at få de ansvarlige stillet for en dommer – at der ikke er nogen, der er anholdt, og en retssag, der er i gang. Det forstår jeg ikke. Det er voldsomt lang tid, og jeg håber, at man snart er klar til at komme strafferetligt efter dem.

Den hovedmistænkte i sagen, Sanjay Shah, har også for nylig brokket sig over, at han ikke kan få afklaring om, hvorvidt han bliver tiltalt eller ej <https://www.dr.dk/nyheder/penge/bagmand-bag-formodet-milliardsvindel-jeg-er-klar-til-retssag-i-danmark> .

I morgen har Skattekommissionen de to sidste afhøringer af embedsfolk, og dermed har Skattekommissionen foretaget flere end 100 afhøringer om udbyttesagen.

Skattekommissionen skal derefter beslutte, om den kommer med konklusioner om udbyttesagen - en såkaldt delberetning – eller om den venter til de øvrige skandaler i skattevæsenet er undersøgt om nogle år.

## PENGE LIGE NU





**PENGE** | I DAG KL. 18:19

**Buldrende boligmarked presser førstegangskøbere:** Sådan får du en fod indenfor



**PENGE** | 11. JAN KL. 20:48

**Virksomheder venter desperate på krisehjælp:** 'Det haster. Jeg er i alvorlig risiko for at lukke'





**PENGE** | 11. JAN KL. 18:17

**Klik, klik og go'daw:** Sådan har corona ændret danskernes indkøb

VIS FLERE

# ANDRE LÆSER

**UDLAND** | I DAG KL. 14:22

**LIVE:** Repræsentanternes Hus afgør, om Donald Trump skal stilles for en rigsret



**MUSIK** | I DAG KL. 20:32

**Kontroversiel popstjerne ramt af heftig kritik efter venindebillede:** 'Hun er typen, der slår først'



**INDLAND** | I DAG KL. 19:11

**Heunicke:** Den britiske variant breder sig i Danmark



VIS FLERE

# TOPHISTORIER



Liveblog



**UDLAND** | I DAG KL. 14:22

# LIVE: Repræsentanternes Hus afgør, om Donald Trump skal stilles for en rigsret

 

VIS FLERE

11

13

14