UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:19-cv-01865-LAK, 1:19-cv-01866-LAK, 1:19-cv-01871-LAK, 1:19-cv-01873-LAK, 1:19-cv-01894-LAK, 1:19-cv-01930-LAK, 1:19-cv-01893-LAK, 1:19-cv-01906, 1:19-cv-01911, and 1:19-cv-01924-LAK | Master Docket 18-md-02865 (LAK)<br>ECF Case |

## MOTION TO WITHDRAW AS COUNSEL

COME NOW, Defendants Richard Markowitz, Jocelyn Markowitz, Avanix Management LLC Roth 401(K) Plan, Batavia Capital Pension Plan, Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries LLC Roth 401(K) Plan, RJM Capital Pension Plan, and the Routt Capital Pension Plan (the "Markowitz Defendants") in the above-captioned matters, by counsel, pursuant to Local Rule 1.4 of the United States District Court for the Southern District of New York, and respectfully request the Court enter an order permitting Michael Posada to withdraw as counsel for Defendant in the above-captioned matters. In support of this motion, Defendant states as follows:

1. On May 30, 2019, Alan Schoenfeld filed his notice of appearance on behalf of the Markowitz Defendants.

2. On June 12, 2019, Michael G. Bongiorno filed his notice of appearance on behalf of the Markowitz Defendants.

3. On June 12, 2019, Michael Posada filed his notice of appearance on behalf of the Markowitz Defendants.

4. On January 28, 2021, Julia C. Pilcer filed her notice of appearance on behalf of the Markowitz Defendants.

5. On January 29, 2021, the Court granted the motion of Andrew S. Dulberg, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, to appear *pro hac vice* on behalf of the Markowitz Defendants.

6. Mr. Posada's employment and association with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP has concluded and thus Mr. Posada is no longer serving as counsel to Defendant.

7. Defendant will continue to be represented by attorneys including, but not limited to, Mr. Schoenfeld, Mr. Bongiorno, Mr. Dulberg, and Ms. Pilcer from Wilmer Cutler Pickering Hale and Dorr LLP.

8. As such, Mr. Posada's withdrawal will not result in prejudice or delay to any party.

WHEREFORE, for the reasons set forth above, the Markowitz Defendants respectfully request that the Court grant this motion and order that Mr. Posada is withdrawn as counsel for the Markowitz Defendants so that Mr. Posada no longer receives electronic notices from the Court's CM/ECF system.

Dated: February 19, 2021  
New York, New York

/s/ Julia C. Pilcer  
Julia C. Pilcer  
WILMER CUTLER PICKERING  
   HALE AND DORR LLP  
7 World Trade Center  
New York, New York 10007  
Tel: (212) 295-6545  
Fax: (212) 230-8888  
julia.pilcer@wilmerhale.com