UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME  LITIGATION<br><br>This document relates to:  1:18-cv-10028 (LAK); 1:18-cv-10030 (LAK); 1:18-cv-10031 (LAK); 1:18-cv-10032 (LAK); 1:18-cv-10035 (LAK); 1:18-cv-10036 (LAK); 1:18-cv-10039 (LAK); 1:18-cv-10049 (LAK); 1:18-cv-10060 (LAK); 1:18-cv-10061 (LAK;) 1:18-cv-10062 (LAK); 1:18-cv-10063 (LAK) ; 1:18-cv-10064 (LAK); 1:18-cv-10065 (LAK); 1:18-cv-10066 (LAK); 1:18-cv-10069 (LAK); 1:18-cv-10070 (LAK); 1:18-cv-10071 (LAK); 1:18-cv-10073 (LAK); 1:18-cv-10074 (LAK); 1:18-cv-10076 (LAK); 1:18-cv-10077 (LAK); 1:18-cv-10080 (LAK); 1:18-cv-10082 (LAK); 1:18-cv-10083 (LAK); 1:18-cv-10086 (LAK); 1:18-cv-10096 (LAK). | 18-MD-2865 (LAK)<br><br>ECF Case |

**PROOF OF SERVICE**

I hereby certify that on the 8th day of January, 2021, the Notice of Motion to Withdraw as Counsel, the Memorandum of Law in Support of Motion to Withdraw as Counsel, and the Declaration of Mark D. Allison, Esquire, filed through the ECF system, were electronically sent to the registered participants as identified on the Notice of Electronic Filing.

Further, on the 8th day of January, 2021, copies of the documents were also sent via electronic mail and Federal Express, Standard Overnight on Defendants Matthew Tucci, FiftyEightSixty LLC Solo 401K Plan, OneZeroFive LLC Solo 401K Plan, The Beech Tree Partners 401K Plan, The Blackbird 401K Plan, The Cardinal Consulting Pension Plan, The Chambers Property Management LLC 401K Plan, The Crow Associates Pension Plan, The Egret

Associates LLC 401K Plan, The Everything Clean LLC 401K Plan, The Hawk Group Pension Plan, The Heron Advisors Pension Plan, The Hibiscus Partners LLC 401K Plan, The Hoboken Advisors LLC 401K Plan, The Jayfran Blue Pension Plan, The JT Health Consulting LLC 401K Plan, The Jump Group LLC 401K Plan, The Lakeview Advisors 401K Plan, The Maple Advisors LLC 401K Plan, The Oaks Group Pension Plan, The Osprey Associates LLC 401K Plan, The Robin Daniel Pension Plan, The Sandpiper Pension Plan, The Sea Bright Advisors LLC 401K Plan, The Tag Realty Advisors LLC 401K Plan, The Throckmorton Advisors 401K Plan, The Wave Maven LLC 401K Plan, and The Zen Training LLC 401K Plan at:

> Matthew Tucci and Associated Pension Plans
> ███████████████
> Palm Beach Gardens, FL 33410
> tuccim1@gmail.com

The Palm Beach Gardens, Florida address is the last known address for Defendant Tucci. Federal Express made numerous attempts to deliver the package containing the above-mentioned documents, but the delivery was ultimately unsuccessful. A copy of the Federal Express delivery log is attached hereto as Exhibit A.

After the initial Federal Express package was unable to be delivered, two alternative addresses were found. A copy of Defendant Tucci's former New Jersey driver's license contained the following address:

> ███████████████
> West Long Branch, NJ 07764

As such, on the 10th day of February, 2021, copies of the above-mentioned documents were sent by Federal Express, Standard Overnight to the West Long Branch, New Jersey address. Federal Express made numerous attempts to deliver the package, but the delivery was ultimately unsuccessful. A copy of the Federal Express delivery log is attached hereto as Exhibit

B.

A post office box address was found for Defendant Tucci. On the 10th day of February, 2021, copies of the above-mentioned documents were sent by certified mail, return receipt requested to:

W Long Branch, NJ 07764

To date, no return receipt has been returned. A copy of the certified mail receipt is attached hereto as Exhibit C.

Although Defendant Tucci has not received the documents by mail or Federal Express, he confirmed that he received copies of the Notice of Motion to Withdraw as Counsel, the Memorandum of Law in Support of Motion to Withdraw as Counsel, and the Declaration of Mark D. Allison, Esquire, when sent to him by electronic mail.

February 25, 2021

          CAPLIN & DRYSDALE, CHARTERED

          s/ Mark D. Allison
          By: Mark D. Allison

          Mark D. Allison
          600 Lexington Avenue, 21st Floor
          New York, New York 10022
          (212) 379-6000
          mallison@capdale.com