FedEx.

Exhibit A

TRACK ANOTHER SHIPMENT

772577225594

ADD NICKNAME

 Unable to deliver shipment, returned to shipper
Recommended action: No action is required. The package is being returned to the shipper.

 No scheduled delivery date available at this time.

# Scheduled delivery: Pending



**DELIVERY EXCEPTION**
RIVIERA BEACH, FL

**GET STATUS UPDATES**

Want to know when your package will arrive?
See your estimated delivery time with FedEx Delivery Manager. Sign up or Log in

| FROM | TO |
|---|---|
| NEW YORK CITY, NY US | PALM BEACH GARDENS, FL US |

**MANAGE DELIVERY** ⌄

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
| 772577225594 | FedEx Priority Overnight | 0.5 lbs / 0.23 kgs |
| **TOTAL PIECES** | **TOTAL SHIPMENT WEIGHT** | **TERMS** |
| 1 | 0.5 lbs / 0.23 kgs | Shipper |
| **SHIPPER REFERENCE** | **PACKAGING** | **SPECIAL HANDLING SECTION** |
| 9013 | FedEx Envelope | Deliver Weekday |
| **SHIP DATE** | **STANDARD TRANSIT** | **SCHEDULED DELIVERY** |
| 1/8/21 | 1/11/21 by 12:00 pm | Pending |

# Travel History

| TIME ZONE | |
|---|---|
| Local Scan Time | ⌄ |

**Wednesday, January 20, 2021**

| 3:35 PM | RIVIERA BEACH, FL | Returning package to shipper<br>Return tracking number  772682004960 |
|---|---|---|
| 12:43 PM | RIVIERA BEACH, FL | At local FedEx facility |

**Tuesday, January 19, 2021**

| 8:57 PM | RIVIERA BEACH, FL | At local FedEx facility |
|---|---|---|

**Monday, January 18, 2021**

| 6:26 PM | RIVIERA BEACH, FL | At local FedEx facility |
|---|---|---|

**Saturday, January 16, 2021**

| 4:17 PM | RIVIERA BEACH, FL | At local FedEx facility |
|---|---|---|

**Friday, January 15, 2021**

| 11:14 AM | RIVIERA BEACH, FL | At local FedEx facility |
|---|---|---|

**Thursday, January 14, 2021**

| 8:48 PM | RIVIERA BEACH, FL | At local FedEx facility |
|---|---|---|

**Wednesday, January 13, 2021**

| 9:24 PM | RIVIERA BEACH, FL | At local FedEx facility |
|---|---|---|

**Tuesday, January 12, 2021**

| 8:32 PM | RIVIERA BEACH, FL | At local FedEx facility |
|---|---|---|

**Monday, January 11, 2021**

| 4:24 PM | RIVIERA BEACH, FL | At local FedEx facility |
|---|---|---|
| 9:44 AM | RIVIERA BEACH, FL | Delivery exception<br>Incorrect address - Recipient moved |
| 7:49 AM | RIVIERA BEACH, FL | On FedEx vehicle for delivery |
| 7:30 AM | RIVIERA BEACH, FL | At local FedEx facility |

**Saturday, January 9, 2021**

| 8:15 AM | RIVIERA BEACH, FL | At local FedEx facility<br>Package not due for delivery |
|---|---|---|
| 8:15 AM | RIVIERA BEACH, FL | At local FedEx facility |
| 7:58 AM | RIVIERA BEACH, FL | At local FedEx facility |
| 7:58 AM | RIVIERA BEACH, FL | At local FedEx facility<br>Package not due for delivery |
| 7:15 AM | WEST PALM BEACH, FL | At destination sort facility |
| 4:28 AM | MEMPHIS, TN | Departed FedEx location |

| 12:00 AM | MEMPHIS, TN | Arrived at FedEx location |

**Friday, January 8, 2021**

| 10:50 PM | NEWARK, NJ | Departed FedEx location |
| 8:59 PM | NEWARK, NJ | Arrived at FedEx location |
| 8:40 PM | NEW YORK, NY | Left FedEx origin facility |
| 5:27 PM | NEW YORK, NY | Picked up |
| 5:26 PM | NEW YORK, NY | Picked up<br>Tendered at FedEx Office |
| 1:28 PM | | Shipment information sent to FedEx |

Collapse History ∧