

Exhibit B

TRACK ANOTHER SHIPMENT

772877899215
ADD NICKNAME

Unable to deliver shipment, returned to shipper
Recommended action: No action is required. The package is being returned to the shipper.

No scheduled delivery date available at this time.

## Scheduled delivery: Pending



**DELIVERY EXCEPTION**
EATONTOWN, NJ

GET STATUS UPDATES

Want to know when your package will arrive?
See your estimated delivery time with FedEx Delivery Manager. Sign up or Log in

| FROM | TO |
|---|---|
| NEW YORK CITY, NY US | 210 INDUSTRIAL WAY WEST EATONTOWN, NJ US 07724 |

MANAGE DELIVERY

## Shipment Facts

| TRACKING NUMBER | SERVICE | DOOR TAG NUMBER |
|---|---|---|
| 772877899215 | FedEx Priority Overnight | DT105898888381 |

| WEIGHT | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|
| 0.5 lbs / 0.23 kgs | 1 | 0.5 lbs / 0.23 kgs |

| TERMS | SHIPPER REFERENCE | PACKAGING |
|---|---|---|
| Shipper | NYO Delivery 6940-02 | FedEx Envelope |

| SPECIAL HANDLING SECTION | SHIP DATE | SHIPMENT-FACTS.RECIPIENT-ADDRESS |
|---|---|---|
| Deliver Weekday, Residential Delivery | 2/10/21 | |

WEST LONG BRANCH, NJ, US

**STANDARD TRANSIT**
2/11/21 by 12:00 pm

**SCHEDULED DELIVERY**
Pending

Travel History

**TIME ZONE**
Local Scan Time

**Friday, February 19, 2021**

| 7:19 AM | EATONTOWN, NJ | Returning package to shipper Return tracking number 905464753858 |

**Monday, February 15, 2021**

| 2:09 PM | EATONTOWN, NJ | Ready for recipient pickup Package available for pickup at FedEx Facility: 210 INDUSTRIAL WAY WEST |
| 10:15 AM | EATONTOWN, NJ | Delivery exception FedEx redirected your package to a nearby FedEx location |
| 10:14 AM | EATONTOWN, NJ | Delivery exception Customer not available or business closed |
| 7:51 AM | EATONTOWN, NJ | On FedEx vehicle for delivery |
| 6:03 AM | EATONTOWN, NJ | At local FedEx facility |

**Saturday, February 13, 2021**

| 9:19 AM | EATONTOWN, NJ | At local FedEx facility |

**Friday, February 12, 2021**

| 7:49 PM | EATONTOWN, NJ | At local FedEx facility |
| 10:17 AM | EATONTOWN, NJ | On FedEx vehicle for delivery |
| 7:53 AM | EATONTOWN, NJ | At local FedEx facility |

**Thursday, February 11, 2021**

| 4:10 PM | EATONTOWN, NJ | At local FedEx facility |
| 11:01 AM | EATONTOWN, NJ | Delivery exception Customer not available or business closed |
| 9:21 AM | EATONTOWN, NJ | On FedEx vehicle for delivery |
| 8:12 AM | EATONTOWN, NJ | At local FedEx facility |
| 3:06 AM | NEWARK, NJ | Departed FedEx location |

**Wednesday, February 10, 2021**

| 10:25 PM | NEWARK, NJ | Arrived at FedEx location |
| 9:47 PM | NEW YORK, NY | Left FedEx origin facility |
| 6:06 PM | NEW YORK, NY | Picked up |
| 2:33 PM | | Shipment information sent to FedEx |

Collapse History