Exhibit 23

AFSLØRING AF SKATTESKANDALE  SE TEMA ›

PENGE

# Tidligere leder i Skat om udbyttesagen: Det hele var så uvirkeligt

- Det har været et helvede at gå derhjemme, siger tidligere hjemsendt chef i Skat.



Da Dorthe Pannerup Madsen i 2014 får personaleansvar for udbytteafdelingen i Høje Taastrup, er hendes eneste fokus, at det lille, underbemandede kontor skal flyttes til Horsens. Samtidig fosser pengene ud af statskassen. (Foto: ERik Refner © Scanpix)

AF **MATHIAS SOMMER**
24. SEP 2019    BEMÆRK: ARTIKLEN ER MERE END 30 DAGE GAMMEL

[?] FORKLAR ORD    [AA] STØRRE TEKST    [O] LÆS OP

Da Skat i 2015 kollapsede under enorme sager om udbyttesvindel og et dysfunktionelt inddrivelsessystem, blev fem skattechefer sendt hjem.

En af dem var Dorthe Pannerup Madsen, der tirsdag er til afhøring i Undersøgelseskommissionen om Skat, hvor hun sidder og vugger lidt usikkert på sin stol foran de tre kommissionsmedlemmer i et lokale fyldt med advokater og journalister.

Dorthe Pannerup Madsen har noget på hjerte.

- I dag er jo en ganske særlig dag. Jeg skal til afhøring. Men det er også årsdagen for min hjemsendelse fra Skat. Det er nu fire år siden, at jeg blev sendt hjem. Jeg brød sammen og græd med mine kollegaer. Jeg forstod ikke situationen, det hele var så uvirkeligt, siger Dorthe Pannerup, der nåede at være ansat i Skat i 37 år, inden hun lod sig pensionere i en tidlig alder, fordi hun ikke kunne vriste sig fri at udbyttesagen.

- Det har været et helvede at gå derhjemme. Jeg har altid haft godt styr på opgaverne og et godt netværk. Men pludselig var der stilhed, lederkollegaerne trak sig. Jeg fik migræneanfald, jeg har heller ikke sovet meget i nat, fortæller Dorthe Pannerup Madsen i Retten i Frederiksberg.

## Politiet gennemgik økonomien

Da udbyttesagen brød ud i efteråret 2015, krævede ledelsen i Skat handling. Udenlandske pengemænd havde berøvet danskerne for mindst 12,7 milliarder kroner i udbytteskat, og nu skulle der rulle hoveder.

Og da Dorthe Pannerup Madsen var leder af den afdeling, som udbetalte de enorme millionbeløb til udlandet, blev hun hjemsendt, mistænkt for grov tjenesteforsømmelse.

- Det har haft store konsekvenser for mig og min familie. Både personligt og økonomisk, og jeg har måttet opleve, at politiet har gennemtrawlet vores økonomi ti år tilbage, siger Dorthe Pannerup Madsen, som senere er blevet renset i en undersøgelse af Kammeradvokaten <https://www.dr.dk/nyheder/penge/skat-dropper-forhoer-af-hjemsendte-chefer> .

Efter halvandet år som hjemsendt - og mistænkt - vendte Dorthe Pannerup Madsen tilbage til Skat. Men her blev hun indplaceret i kommunikationsafdelingen "Godt sprog".

- Jeg kan huske, at jeg ikke havde nogle erfaringer med kommunikation. Jeg havde arbejdet med bogføring i 37 år i Skat, siger Dorthe Pannerup Madsen, der endeligt sagde farvel til den danske skatteforvaltning i december sidste år.

### Skulle flytte til Horsens

Under dagens afhøring blev det endnu en gang klart, at ingen rigtigt ville kendes ved den lille afdeling i Høje Taastrup, hvorfra milliarderne vældede ud på konti tilhørende udenlandske rigmænd.

> **Hvis der bare var nogen, som havde ringet til mig og sagt, at noget var galt, så kunne jeg jo have stoppet det og ikke sendt så mange penge ud af kassen.**
>
> DORTHE PANNERUP MADSEN.

Udbytteafdelingen i Høje Taastrup menes fra 2012 til 2015 at have fejlrefunderet over 12,7 milliarder kroner i udbytteskat.

Da den hidtidige leder for udbytteafdelingen, Lisbeth Rømer, ved udgangen af 2013 gik på pension, overtog Dorthe Pannerup Madsen flere af hendes opgaver.

Men det formelle ansvar lå hos en anden chef - i Horsens.

- Efterhånden som lederne forsvandt, tog jeg mig af dem på den måde, at de blev inddraget i det sociale netværk og blev inviteret med til at deltage i vores fredagsmøder, siger Dorthe Pannerup Madsen.

- Jeg var deres forlængede arm i Horsens. Jeg leverede praktisk bistand.

Senere fik Dorthe Pannerup Madsen flere ledelsesopgaver over for det tre mand store udbyttekontor.

Men Pannerup fik ikke en overlevering og interesserede sig ikke nærmere for, at udbytterefusionerne på det tidspunkt var på himmelfart.

- Da jeg overtager opgaverne i 2014, har jeg kun for øje, at afdelingen skal flyttes til Jylland. Så jeg har overtaget opgaven og videreført den, som den har kørt i, jeg ved ikke i hvor mange år.

## Skats udbetalinger til refusion af udbytte

Næsten 100 procent om året. Så meget steg udbetalinger til refusion af udbytteskat

*Dækker over udbetalinger frem til den 1. august 2015.

Kilde: Advokatundersøgelse om udbytteskattesagen, Bech Bruun.

Udbytteafdelingen skulle efter planen være flyttet til Horsens i slutningen af 2015.

### Forkert afdeling

Oven i at den lille afdeling i Høje Taastrup var stærkt underbemandet og stod med det ene ben i Horsens, så lå den også et forkert sted i Skats organisationsdiagram.

Afdelingen tilhørte Betaling og Regnskab, hvor der ikke blev ført kontrol, men arbejdet på, at der var styr på balancen i regnskabet og på udbetalingerne.

**UNDERSØGELSESKOMMISSIONEN OM SKAT**

Undersøgelseskommissionen blev nedsat i sommeren 2017.

Balance og Regnskab havde hverken muskler eller kompetencer til at kontrollere de hundredvis af refusionsanmodninger, som forvaltningen modtog

5

ugentligt.

Det fremgik af flere mails, som blev fremlagt under afhøringen, at kontoret for udbytterefusioner var blevet en varm kartoffel, som ingen ønskede at have under sine ledelsesvinger.

Dialogen mellem de forskellige afdelingschefer handlede ofte om, hvad det kostede i halve og hele årsværk at flytte opgaverne rundt i Skats apparat.

- Det har aldrig været meningen, at Betaling og Regnskab skulle lave sagsbehandling på den måde, siger Dorthe Pannerup Madsen, der i alle sine år i Skat har beskæftiget sig med bogholderi.

- Vi var så trykkede og skåret helt ind og også ind i benet. Jeg må nok sige, at hvis der bare var nogen, som havde ringet til mig og sagt, at noget var galt, så kunne jeg jo have stoppet det og ikke sendt så mange penge ud af kassen, siger Dorthe Pannerup Madsen.

## Amerikanske pensionskasser

Én af Pannerups opgaver var at sende de månedlige regnskaber op i systemet. Måned for måned kunne hele kæden af leder og chefer op i Skatteministeriet følge med i, hvordan refusionerne steg med over 100 procent om året - og i perioder om måneden.

Da Dorthe Pannerups overordnede bad om en forklaring, spurgte hun Sven Nielsen, der sad og godkendte refusionerne, som væltede ind, mens pengene væltede ud af statskassen.

Og så videresendte Dorthe Pannerup Madsen forklaringen om, at amerikanske pensionskasser havde fået øjnene op for danske børsnoterede selskaber. Det havde de også.

Men reelt ejede de ikke aktier i de danske selskaber, hvorfor de ikke havde ret til at få refunderet udbytteskat.

## Mail fra Vargas

Under afhøringerne blev der også fremlagt flere mails fra den colombianske forretningsmand Camilo Vargas stilet til Dorthe Pannerup Madsen.

Vargas var chef for tilbagesøgningsagenten Syntax, som har krævet milliarder fra den danske stat i refusion af udbytteskat.

Vargas skrev for første gang til Dorthe Pannerup Madsen i april 2014, efter Lisbeth Rømer var gået på pension.

- Kære Dorthe. (...) Vi er i øjeblikket i færd med at udfylde dokumentation sendt til din afdeling. Hvis det er muligt, vil vi gerne arrangere et møde så hurtigt som muligt, skrev han til Dorthe Pannerup Madsen.

- Det var ikke noget, der fik nogen alarmklokker til at ringe hos mig, siger Dorthe Pannerup Madsen i dag.

Efter en kort korrespondance sendte Pannerup kontaktoplysningerne på Sven Nielsen, der var den egentlige sagsbehandler af anmodningerne.

Det er senere kommet frem, at Sven Nielsen og Camilo Vargas' relation udviklede sig til et venskab med flere våde byture i København. <https://www.dr.dk/nyheder/webfeature/milliardkuppet>

Sven Nielsen er i dag sigtet af dansk politi for sin rolle i udbyttesagen.

**PENGE LIGE NU**

PENGE | I GÅR KL. 20:50

# 19 milliarder er mange penge - men hvor mange er det til hver? 6 ting, du skal vide om minkaftalen

PENGE | I GÅR KL. 10:44

**Minkavlere roser ny aftale - men dumper dvaleordning:** 'Det bliver næsten umuligt at starte op igen'

PENGE | I GÅR KL. 05:40

**Sådan ser minkavlernes erstatning ud:** 'De fleste vil få en større erstatning, end de har gæld'

# ANDRE LÆSER

POLITIK | I GÅR KL. 18:10

**Heunicke slår fast:** Regn ikke med genåbning i starten af februar

MAD | I GÅR KL. 20:42

**Dulfi er træt af hurtig madtrend:** 'Det er usundt og kedeligt'

UDLAND | I GÅR KL. 20:40

**Video om Putins påståede palads sætter internettet i kog:** Nærmer sig 100 millioner afspilninger

**VM HÅNDBOLD** | I GÅR KL. 20:51

**Bagkæden var første skridt for Nøvling-drengene Hald og Saugstrup:** 'Simon tror stadig, han er venstreback'

**INDLAND** | I GÅR KL. 10:33

**Stifter af 'Men In Black' står frem:** 'Der foregår en heksejagt på os lige nu'

**MIDT- OG VESTJYLLAND** | I GÅR KL. 18:17

**Elever holder kameraet slukket:** De kan reelt lægge sig tilbage og sove videre

# TOPHISTORIER

POLITIK | I GÅR KL. 19:19

# Heunicke slår fast: Regn ikke med genåbning i starten af februar

---

**UDLAND** | I GÅR KL. 20:40

**Video om Putins påståede palads sætter internettet i kog:** Nærmer sig 100 millioner afspilninger

**UDLAND** | I GÅR KL. 18:21

**Storbritannien runder 100.000 corona-døde.** Mød en bedemand og en sygeplejerske, der har meget travlt

---

**SJÆLLAND** | I GÅR KL. 20:40

**Bosted og kommune får sønderlemmende kritik:** Råddent byggeri og mistrivsel

**INDLAND** | I GÅR KL. 18:10

**Hård kritik af Rigspolitiet:** Ansatte i smitteopsporing blev stuvet sammen i for små rum uden ventilation

---

**MIDT- OG VESTJYLLAND** | I GÅR KL. 18:17

**Elever holder kameraet slukket:** De kan reelt lægge sig tilbage og sove videre

**POLITIK** | I GÅR KL. 18:10

**Efter sløset omgang med personfølsomme oplysninger:** Usikkerhed om 83.000 daglige lyntest fra på mandag

**SENESTE NYT** | I GÅR KL. 18:47

**Senatet godkender Bidens valg af udenrigsminister**

13

14