Exhibit 28

| AFSLØRING AF SKATTESKANDALE | SE TEMA > |

PENGE

# Tidligere skatte-topchef: Jeg har et medansvar – men det er der flere, der har

Peter Loft frikender til gengæld tidligere skatteministre i udbytteskandalen.



- Jeg var den øverste administrative chef, så objektivt set er det mit ansvar, forklarede Peter Loft i dag. (Foto: ASGER LADEFOGED © Scanpix)

AF JAKOB USSING
27. OKT 2020   BEMÆRK: ARTIKLEN ER MERE END 30 DAGE GAMMEL

[?] FORKLAR ORD    [AA] STØRRE TEKST    [O] LÆS OP

Det var ikke noget, der skete tit.

Men i 2009 fik Skatteministeriets øverste embedsmand, departementschef Peter Loft, nogle så bekymrende oplysninger, at han bad ministeriets Interne Revision om at granske det.

En medarbejder havde nemlig opdaget, at Skat i de foregående år havde refunderet så meget udbytteskat til udenlandske aktionærer i danske selskaber, at det næsten svarede til al den udbytteskat, som de udenlandske aktionærerne havde betalt. Og det kunne ikke umiddelbart stemme.

### MILLIARDSVINDLEN MOD DEN DANSKE STATSKASSE

Den britiske rigmand Sanjay Shah er hovedmistænkt i sagen,

- Refusionerne var meget højere, end de burde være. Det skulle undersøges, for det var klart, at der var et eller andet problem, men jo slet ikke i den størrelsesorden, vi senere hen så, siger Peter Loft til DR efter dagens afhøring i Skattekommissionen.

En undersøgelseskommission, der forsøger at komme til bunds i skandalen om formodet svindel med udbytteskat, hvor udenlandske finansfolk ifølge de danske myndigheder svindlede sig til 12,7 milliarder kroner i uretmæssig refusion af udbytteskat i perioden 2012-2015.

### Ingen kontrol

Og da rapporten fra de interne revisorer landede på Peter Lofts bord i maj 2010, var det mildt sagt bekymrende læsning.

Konklusionen var klar. Der føres ingen kontrol med, om de udenlandske aktionærer overhovedet har ejet danske aktier, og det kontrolleres ikke, om der søges om refusion af udbytteskat mere end en gang per aktie.

Præcis de problemer, som siden skulle vise sig at være kernen i hele sagen om formodet svindel med udbytteskat.

3

- De skriver, at man udbetaler nærmest i blinde, og det skal man ikke være voldsomt langt inde i skattemæssige aspekter for at kunne se, at det er ikke holdbart. Så jeg var ikke et sekund i tvivl om, at noget måtte gøres, siger Peter Loft.

### Central advarsel

Netop på grund af den interne revisions præcise påpegning af hullerne i kontrollen har Skattekommissionen i efterhånden flere end 100 afhøringer boret i, hvorfor hullerne ikke blev lappet, så den store udbytteskandale måske kunne have været undgået - eller i hvert fald begrænset.

> **- Når man ved, hvordan det hele endte fem-seks år senere, så kan man ikke andet end ærgre sig over, at jeg ikke var lidt mere aggressiv i min opfølgning.**
>
> PETER LOFT

Derfor var dagens afhøring af Peter Loft også imødeset. For han var både den øverste embedsmand i ministeriet indtil marts 2012 – altså i perioden op til at


4

den formodede svindel begyndte. Og han var også formand for det revisionsudvalg, der skulle holde øje med, om der blev fulgt tilstrækkeligt op på kritikpunkterne fra den interne revision.

Og her erkendte Peter Loft, at han havde svigtet. Revisionsudvalget afsluttede simpelthen opfølgningen i 2011 på baggrund af et notat, som Loft selv kaldte en "midtvejsrapportering" under afhøringen. Og opfølgningen i en arbejdsgruppe løb derefter mere eller mindre ud i sandet.

- Når man ved, hvordan det hele endte fem-seks år senere, så kan man ikke andet end ærgre sig over, at jeg ikke var lidt mere aggressiv i min opfølgning. Vi startede vældig godt, men endte uden en løsning, siger han i dag.

*Er det dit ansvar?*

- Jeg var den øverste administrative chef, så objektivt set er det mit ansvar, men kigger vi på de konkrete handlinger, så er jeg én af flere, der sagtens kunne have sparket lidt hårdere til systemet.

De øvrige, der har et medansvar ifølge Peter Loft, er de chefer, som skulle sikre, at arbejdsgruppen kom i mål.

5

- De, som skulle komme med tilbagemelding, bærer vel et vist ansvar for ikke at gøre det. Jeg havde en forventning om, at de kom og sagde: Her er svaret på det spørgsmål, du stillede i 2010.

## Det bedste forsøg

Men det skete aldrig, og i slutningen af 2011 blev der nedsat en anden kommission, der skulle granske en anden sag, nemlig behandlingen af daværende statsminister Helle Thorning-Schmidt (S) og ægtefællen Stephen Kinnocks skattesag. I marts 2012 blev Peter Loft hjemsendt, og han vendte aldrig tilbage til jobbet som departementschef i Skatteministeriet.



Peter Loft mener ikke, at der kan placeres et ansvar for udbytteskandalen hos de fire skatteministre, som Peter Loft arbejdede for, heriblandt Troels Lund Poulsen (V).
(Foto: MADS NISSEN © Scanpix)

Han mener dog, at det var i perioden 2010-2012, at der blev gjort det bedste forsøg på at rette op på den manglende kontrol med refusion af udbytteskat.

- Det eneste tidspunkt, hvor der er et koordineret forløb, hvor noget sker, er i den korte periode fra 2010 til 2012, hvor jeg havde været med til at skabe en organisation, der havde mulighed for at løse det her vanskeligt løsbare problem. Men desværre kom vi ikke i mål.

## Ministre har næppe ansvar

Nu venter afhøringen af den departementschef, der tog over efter Peter Loft, og var den øverste embedsmand i Skatteministeriet, mens den formodede svindel stod på. Nemlig Jens Brøchner, der skal afhøres i morgen, onsdag den 28. oktober.

Jens Brøchners håndtering af opgaven ønsker Peter Loft ikke at kommentere yderligere, end at han mener den bedste indsats var i årene 2010 til 2012.

Herefter skal alle de ni skatteministre, der varetog posten i perioden 2010-2017 afhøres i løbet af november. Men her mener Peter Loft ikke, at der kan placeres et ansvar for udbytteskandalen. I hvert fald ikke for de fire skatteministre, som Peter Loft arbejdede for: Kristian Jensen (V), Troels Lund Poulsen (V), Peter Christensen (V) og Thor Möger Pedersen (SF) frem til marts 2012.

- Når du spørger, om der er en minister, der har siddet et eller andet overhørig, så tror jeg, at jeg med stor sikkerhed kan sige nej. Der var ingen handlingsforpligtelse eller beslutninger fra nogen ministers side, der har forværret det her problem.

Så et ansvar ligger snarere i embedsværket?

- Ja.

### Ikke alene besparelsers skyld

De massive nedskæringer, som mange af de afhørte i Skattekommissionen har peget på som en hovedårsag til problemerne, er ifølge Peter Loft en for simpel forklaring.

- Besparelserne har bestemt ikke gjort situationen nemmere, og de har også medvirket til nogle af de fejl, der er begået. Men det er ikke hovedårsagen. Skatteforvaltning var i 2010 stadig ret velfungerende, mener han.

Peter Loft blev siden kommunaldirektør for Bornholms Regionskommune og arbejder i dag for advokatfirmaet Bachmann/Partners.

**TOPHISTORIER**



**PENGE** | I DAG KL. 13:56

## Byggemarkedskæde raser: Hvorfor må vi kun have 32 kunder ad gangen?



**KULTUR** | I DAG KL. 13:51

**'Det er direkte skadeligt':** Hollywood-stjernes råd om corona sables ned af læger



**INDLAND** | I DAG KL. 10:36

**På Ældrecentret Æblehaven har de ansatte endelig fået stikket:** 'Jeg har set, hvad corona kan gøre'







**INDLAND** | I DAG KL. 05:40

**Behandlingsgarantien genindføres sammen med genåbningen:** 'Det hænger simpelthen ikke sammen'



**INDLAND** | I DAG KL. 14:03

**Vi får (stadig) for få børn - og det er skidt:** Her er hvorfor, og hvad du selv kan gøre



**INDLAND** | I DAG KL. 13:49

**Politiet fandt satellitkort og video af mål hos tiltalt i stor røverisag**



**PENGE** | I DAG KL. 10:44

**Tøjbutikker bugner med usolgt vintertøj**

**SENESTE NYT** | I DAG KL. 10:59

**Den samlede fertilitet i Danmark er faldet for fjerde år i træk**

10