Exhibit 30

Torsdag 25.02.2021

LOG IND   eller   **KØB ABONNEMENT**



NYHEDER                OPINION                BUSINESS                AOK

BUSINESS

# Afhøringer i udbyttesagen: Knappe ressourcer, rodede IT-systemer og manglende kontrol skabte kaos

Tirsdag fortsatte Undersøgelseskommissionen om Skat sine afhøringer i forbindelse med sagen om svindel med udbytteskat. Denne gang kom turen til tidligere medarbejdere i Skats administration, der kunne fortælle om en løbende kaotisk situation gennem mange år affødt af nedskæringer og affolkning.





NYHEDER                OPINION                BUSINESS                AOK

Tirsdag d. 19. marts 2019, kl. 18.50

Del denne artikel



**ASGER SKOVDAL JEPSEN**
Journalist

Rodede IT-systemer. Manglende ledelsesansvar. Nedskæringer og færre medarbejdere til at løfte opgaver. Resultatet: En kaotisk administration i Skat, som udenlandske svindlere gennem mange år udnyttede til at lænse statskassen for 12,1 mia. kr. Således lød konklusionen fra tidligere medarbejdere i Skats administration, da Undersøgelseskommissionen for Skat tirsdag udførte endnu en runde afhøringer i Retten på Frederiksberg.

Undervejs kunne medarbejderne fortælle om en administration, der var plaget af mange problemer, som kun blev forstærket med årene, da der kom flere nedskæringer i Skat og færre hænder på rattet i administrationen. Alt fra rod i IT-systemer til manglende ledelsesinvolvering og kontrol med de mange udbetalinger kom for dagens lys under afhøringerne, hvilket skabte grobund for en kaotisk administration.

»Ressourcerne var hele tiden nedadgående. Vi blev hele tiden færre og færre,« sagde tidligere ansat i Skats administration af udbytterefusion, Bente Klein Fridberg.

## Kun én i bogholderi til sidst

Undersøgelseskommissionen om Skat har som opgave at kulegrave de sidste 15 års skandalesager i Skat, inklusiv svindlen med udbytteskat. Det er meningen, at kommissionen skal afholde i alt 106 afhøringer inden årets udgang.

De første afhøringer startede tidligere i marts måned, og indtil nu har det været tidligere ansatte i Skatteministeriets Interne Revision (SIR), som har skullet forklare om de mange advarsler, de gav til Skat om den manglende kontrol med udbytteskat. Nu var turen så kommet til det administrative kontor, der i sin tid sad med udbytteområdet.

De tidligere administrationsmedarbejdere kunne oplyse om et vingeskudt mandskab, og situationen blev kun værre jo flere år, der gik. Afdelingen blev ifølge medarbejderne løbende affolket på grund af automatisering og besparelser. Dette havde en afgørende effekt på, hvor god kvalitet af bogføring og kontrol administrationen kunne præstere.

»Vi blev færre og færre. Til sidst var det jo kun mig, der sad i bogholderiet,« fortalte Birgitte Normann Grevy, der i sin tid stod for bogføringen af indberetninger og udbetalinger af udbytteskatten.

Ifølge Jette Knudsen, endnu en tidligere medarbejder i administrationen, var de forskellige IT-systemer, som medarbejderne indtastede oplysningerne i, en stor kilde til frustration i det daglige arbejde. Nogle gange kunne det nemlig hænde, fortalte hun, at der gik så meget kuk i systemerne, at den gemte historik om indberetninger vedrørende udbytteskat røg ud af systemet. Det gjorde det kun sværere for administrationen at kontrollere de milliarder, der blev udbetalt, hvilket løbende blev diskuteret på kontoret, sagde Jette Knudsen.

Det er en oplevelse, som Birgitte Normann Grevy under afhøringen sagtens kunne genkende. Kontrollen med udbytteskatten var et tilbagevendende bekymringspunkt for administrationen,



»Det var kontrollen, man primært var bekymret over. Lisbeth Rømer (tidligere afdelingschef i Skat, *red.*) sagde, at man udbetalte i blinde, fordi der ikke var nogen kontrol,« tilføjede Birgitte Normann Grevy.

Set i bagklogskabens lys, sagde Jette Knudsen, skulle man have ført en mere stringent kontrol over, hvilke bankkonti pengerefusionerne havnede på. Det var nemlig, fordi man kunne føre refusionerne mellem forskellige konti, at der kunne snydes så stort med udbetalingerne, forklarede hun. Men fordi det ikke var et krav fra Skats side, at man skulle have refusionerne på en bestemt konto, blev der ikke gjort noget ved det, fortalte Jette Knudsen.

»Når man ser på det i dag, havde det været smart at få en kopi af bankudskriften, for så havde man kunnet se aktiviteterne på kontoen. Men det var aldrig på tale,« sagde hun.

### Svindeldømt ansat vil ikke vidne

Afslutningsvis under afhøringerne kom det frem, at en central hovedperson i hele miseren om Skat og sagen om udbytteskat ikke vil stå frem med sit vidnesbyrd. Det drejer sig om den tidligere Skat-ansatte Sven Jørgen Nielsen, der er blevet dømt ved by- og landsretten for groft bedrageri, skatteunddragelse, bestikkelse og for at have snydt med refusioner af udbytteskat. Dermed vil undersøgelseskommissionen ikke i denne omgang få indblik i Sven Jørgen Nielsens rolle i sagen om udbytteskattesvindel.

»Jeg skal bemærke, at Sven Jørgen Nielsen og hans bisidder har frameldt sig at møde op til kommissionens afhøringer, da Sven Jørgen Nielsen ikke ønsker at afgive forklaring på nuværende tidspunkt,« oplyste undersøgelseskommissionens formand, Michael Ellehauge, som afslutning på dagens vidneforklaringer.

Sven Jørgen Nielsen blev sidste år idømt fem års ubetinget fængsel for sit bedrageri, som han havde foretaget med sin ven Torben Wulff Dileng, der fik fire et halvt års fængsel.

Det var oprindeligt planlagt, at Sven Jørgen Nielsen skulle have stået skoleret for undersøgelseskommissionen og afgivet vidneforklaring 26. marts i år. Men nu er planerne altså blevet ændret, og det er uvist, hvornår og om den svindeldømte eks-medarbejder i Skat skal afhøres.

**FAKTA**

## Undersøgelseskommissionen om Skat

Tirsdag begyndte Undersøgelseskommissionen om Skat sine afhøringer. Kommissionen blev nedsat i 2017. Her kan du læse, hvem kommissionen består af, hvad den skal, og hvor meget det koster:

Medlemmer:

* Michael Ellehauge, landsdommer i Vestre Landsret

* Elsebeth Aaes-Jørgensen, advokat ved Norrbom Vinding

* Professor Søren Højgaard Mørup fra Aarhus Universitet



| NYHEDER | OPINION | BUSINESS | AOK |

Suppleanter:

* Rikke Holler, landsdommer ved Vestre Landsret

* Sune Troels Poulsen, advokat fra Mazanti-Andersen Korsø Jensen

* Professor Karsten Revsbech

Opgaver:

* Kommissionen skal undersøge i alt seks elementer i Skat i perioden fra 2002 til 2017. Først lød kommissionens opgave på at undersøge:

- Hvordan området for inddrivelse har været forvaltet. Herunder skal den undersøge forløbet omkring det kuldsejlede digitale inddrivelsessystem, EFI.

- Samlingen af inddrivelse fra stat og kommuner hos styrelsen Skat.

- Effektiviseringerne i Skat.

* I april 2018 blev der lavet et tillæg til kommissionens opgave, der indebærer, at yderligere tre spørgsmål skal undersøges:

- Hvordan håndterede Skat udbetalingerne af udbytteskat?

- Hvordan var Skats afdelinger, der håndterede udbytteskat, organiseret?

- Hvordan førte Skatteministeriet tilsyn med Skats håndtering af udbytteskat?

Det skal kommissionen munde ud i:

* En beskrivelse af forløbet.

* Forslag til lovændringer, administrative bestemmelser eller ny praksis.

* Retlig vurdering af, om nogen kan drages til ansvar.

Pris:

* Et overslag fra Justitsministeriet lyder på 308 millioner kroner. Den hidtil dyreste kommissionsundersøgelse var PET-Kommissionen på 77 millioner kroner.

*Kilder: Radio24syv, Undersøgelseskommissionen om Skat, Justitsministeriet*

FOLD IND

## Mens du læser Berlingske

... så brug et halvt minut på, hvorfor det er vigtigt at betale for Berlingske. Vi skal lære at leve med corona, forstå krænkelsesdebatten, acceptere at hundredes års slægtskab med USA smuldrer og samtidig forholde os til migrantstrømme, klima og offentlig velfærd. Det kræver, at vi er kritiske, oplyste borgere sammen – og det kræver et borgerligt medie, der giver dig journalistik om det, der er væsentligst for dig. Også når sandheden er ubekvem.



NYHEDER   OPINION   BUSINESS   AOK

Allerede abonnent? Log ind

    

## LÆS MERE

**BUSINESS** | ABONNEMENT

### Tidligere revisionschef i Skat: »Revisionen blev kørt ud på et sidespor«



**BUSINESS**

### Skat ignorerede den interne revisions anbefalinger



**POLITIK**

### Kort før milliardsvindel: Revision forbigik manglende kontrol

**ØKONOMI**

### Danmarks dyreste kommission i gang: Vidner advarede om udbyttesvindel



SPONSERET INDHOLD

# Webinar: Kan fremtidens for

**BUSINESS** | ABONNEMENT

### Boliglån får comeback fredag: »Det er en helt vild udvikling«



NYHEDER    OPINION    BUSINESS    AOK





NYHEDER | ABONNEMENT

# Vaccinen ingen vil have: Sådan ser den tyske vaccinationsskandale ud



NYHEDER | ABONNEMENT

# Alliancen fra Helvede er rystet: Biden gør regnskabet op med Saudi-Arabiens Mohammed bin Salman



NYHEDER             OPINION                 BUSINESS                    AOK

7



NYHEDER

## Thomas Larsen om Morten Østergaards exit: »Et af de mest brutale styrt, vi har set i dansk politik«

Morten Østergaard genopstiller ikke ved næste valg



NYHEDER

## Uenighed med Mette Frederiksen: »Der ér et meget stort problem med seksuelle krænkelser i Socialdemokratiet«



NYHEDER

## Er der flere sager om krænkelser fra Frank Jensens side? Svaret kommer i dag





2/25/2021
Case 1:18-md-02865-AK Document 550-30 Filed 03/06/21 Page 9 of 13
Knoldinger i udbyttesagen: Knappe ressourcer rodede IT-systemer og grundlæggende kollegialt kaos

# danske politikere vil kopiere

DIREKTE **CORONABLOG**

## Vaccineproducenter: »Vores ansatte arbejder non-stop«

| ABONNEMENT

### Det er bare vigtigt, at vi ikke fornærmer Kongehuset, fastslog Jesper Buch i »Løvens Hule«. Nu svarer Kongehuset

SPONSE

De gui

Indeholder shoppinglinks



| ABONNEMENT

### Det står lysende klart, hvorfor »Nikolaj« har valgt Maltes liv som madding til at lokke smukke kvinder til sig





| NYHEDER | OPINION | BUSINESS | AOK |



**NYHEDER**

### SF stemte for at holde skoleeleverne hjemme, men støtter nu op om en »norsk model« med åbne skoler – her er forklaringen



**NYHEDER**

### Støttepartier og læger kritiserer »absurd« tidspunkt for genindførelsen af patientrettigheder

Annonce



| ABONNEMENT

Du får andet end kuldegysninger



**NYHEDER**

Mette F: EUs vaccine



NYHEDER · OPINION · BUSINESS · AOK



NYHEDER

# Norske tilstande skal bremse smitte i udsatte boligområder: Stik folk en bøde på 14.000 kroner, hvis de bryder coronakarantæne



BUSINESS | ABONNEMENT

# Startup åbner for smuthul til årsopgørelsen: Her kan du smugkigge allerede i dag



| NYHEDER | OPINION | BUSINESS | AOK |

**Liveblog: Få seneste nyt om coronavirus**


**Tidligere minister springer ud som sexolog og underviser på sexologuddannelsen under Joan Ørting: »Det pirrer mig«**


3. **AOK**

**Jonatan Spang forsvarer brug af falsk Mette Frederiksen: »Det er den eneste måde, vi kan få hende med i programmet«**


4. **NYHEDER**

**Trump lider nederlag i højesteret: En kæmpe retssag kan være på vej**


5. **NYHEDER**

**EU er utilfreds med Danmark: I har ti dage til at ændre grænseregler**


6. **NYHEDER**

**Udlændingenævnet »skal beklage« fejl: Mureren Roberto får nu lov at blive i Danmark**


7. **NYHEDER**

**Disse dele af Danmark åbner fra på mandag**

8. **NYHEDER** | ABONNEMENT

**Han vil slet ikke være den magiske sorte mand. Han vil bare være rig og have en masse sex**

**Til forsiden**



Grundlagt 1749 af Ernst Henrich Berling

Berlingske Media A/S · Pilestræde 34
DK-1147 København K, Danmark

**OM BERLINGSKE**

**KUNDESERVICE**

**PRODUKTER**



NYHEDER · OPINION · BUSINESS · AOK

Følg Berlingske

  

© Berlingske Media | Generelle handelsbetingelser
Cookie- og Privatlivspolitik | Cookiedeklaration
CVR.nr.: 29 20 73 13

13