Exhibit 32

**AFSLØRING AF SKATTESKANDALE** SE TEMA >

PENGE

# Tidligere chef i Skat beskylder Karsten Lauritzen for politisk indblanding i hjemsendelser

Karsten Lauritzen afviser den alvorlige beskyldning og kalder det en konspirationsteori.



(ARKIV) Skatteminister Karsten Lauritzen (V) afviser at have haft noget med hjemsendelser af chefer fra Skat at gøre. (Foto: Mads Claus Rasmussen © Scanpix)

AF **JAKOB USSING**
22. MAJ 2019    BEMÆRK: ARTIKLEN ER MERE END 30 DAGE GAMMEL

[?] FORKLAR ORD    [AA] STØRRE TEKST    [O] LÆS OP

2

En alvorlig beskyldning om usaglig indblanding i hjemsendelsen af chefer i Skat blev rettet mod skatteminister Karsten Lauritzen (V) under dagens afhøring i Skattekommissionen.

Beskyldningen kom fra den tidligere underdirektør i Skat, Richard Hanlov, der forklarede, hvordan han oplevede at blive sendt hjem den 24. september 2015, fordi han skulle undersøges for et muligt ansvar i sagen om formodet svindel med udbytteskat for mindst 12,7 milliarder kroner.

Ifølge Hanlov kom beskeden som et chok, fordi han aldrig havde ansvar for tilbagebetalingen af udbytteskat til udenlandske aktionærer, og fordi Skats ledelse afviste hans ønske om at bruge penge på et IT-projekt, der muligvis kunne have hjulpet på nogle af problemerne.

- Da jeg fik at vide, at det var på grund af udbytteskat, så var det en gåde. Jeg havde jo slet ikke beskæftiget mig med udbytteskat, sagde Hanlov.

**LÆS OGSÅ:** Ødelæggende nedskæringer og manglende ørenlyd hos chefer: 5 ting, vi har lært om skattesvindel for milliarder

Allerede dagen inden havde han fået at vide, at tre andre chefer ville blive hjemsendt for deres mulige ansvar for udbytteskatteskandalen. Så Richard Hanlov troede, at hastemødet med Skats daværende øverste direktør, Jesper Rønnow Simonsen, skulle handle om at håndtere situationen, nu hvor der manglede en række chefer. Men i stedet blev han også selv sendt hjem.

Og da Skattekommissionens udspørger, advokat Jens Lund Mosbek, i dag spurgte til, om han siden har fundet ud af, hvorfor også han blev hjemsendt, tog Richard Hanlov bladet fra munden.

- Der er ingen tvivl om, at det her er sket på et rigtigt højt plan. Jeg har gode kilder højt oppe. Mit gæt er, at det her har ministeren og departementschefen besluttet.

*Hvad får dig til at tro, at der var politisk indblanding?*

- Jeg har gravet i det i fire år. Der har været et møde i regeringstoppen - i Venstre-regeringen - og jeg tror også, at Rigsrevisionen og toneangivende folk i Skat har været involveret. Det har jeg fået at vide.

Dokumentation kunne Hanlov ikke fremlægge over for Skattekommissionen, men han mente, at ministeren havde blandet sig for at få løftet antallet af hjemsendelser.

Richard Hanlov fremhævede i den forbindelse, at Karsten Lauritzen på et pressemøde dagen efter hjemsendelsen understregede, at antallet af hjemsendte chefer var større end i tidligere sager.

## Lauritzen afviser beskyldning

Karsten Lauritzen kan på ingen måde genkende Richard Hanlovs udlægning, som han afviser blankt.

- De chefer, der blev hjemsendt, var en beslutning fra den daværende skattechef. Jeg har som minister ønsket, at alle dem, der har haft ansvar på chefniveau, at der skulle det undersøges, om de havde gjort deres arbejde. Det er en del af at være offentlig leder, at det skal undersøges, når der ruller en skandale for et milliardbeløb. Så jeg har blot gjort, hvad skatteborgerne kunne forvente af mig, siger skatteministeren.

**LÆS OGSÅ:** Skatteminister vil ændre regler: Embedsmænd skal ikke finde beviser mod sig selv

Ministeren afviser også, at antallet af hjemsendelser har været diskuteret på et møde i regeringstoppen forud for beslutningen og kalder Hanlovs beskyldning for en konspirationsteori.

- Nej, jeg har ikke bestemt antallet af chefer, der skulle hjemsendes. Det er en ren konspirationsteori. Jeg forstår godt, at det er svært for dem, der har været hjemsendt, men det er en del af det at være chef. Når der ruller en stor milliardskandale som på udbytteområdet, så skal det undersøges, om der kan gøres et juridisk ansvar gældende, ligesom det er helt naturligt, at undersøgelseskommissionen undersøger, om der skal gøres et ansvar gældende over for den lange række af skatteministre, der sad i perioden, hvor udbytteskattetyveriet fandt sted.

## Skyts rettet mod Finansministeriet

Richard Hanlov var i det hele taget mere åbenmundet, end de fleste andre har været under afhøringerne i Skattekommissionen.

Han forklarede, at han som underdirektør i Skat med ansvaret for udvikling var chef for 160-180 ansatte, der reelt drev en IT-virksomhed, som var sat i verden for at gennemføre de store sparerunder, som Skat skulle igennem.

- Det var nærmest hvert år, at der kom folk i sorte habitter fra Finansministeriet og krævede, at vi skulle spare en milliard kroner mere. Nu sidder vi og snakker udbytteskat, men i virkeligheden er I nødt til at se det samlet. Det starter i Finansministeriet, hvor de her besparelser blev besluttet, sagde Hanlov.

Han tilføjede, at både han selv og flere andre højtplacerede chefer i både Skat og Skatteministeriet forsøgte at overbevise Finansministeriet om, at det ikke gik med så store besparelser. Men at der ikke blev lyttet.

Derefter valgte Skattekommissionens formand, landsretsdommer Michael Ellehauge, at holde en kort pause i afhøringen.

Der er allerede ni tidligere skatteministre fra perioden 2005-2017, som skal vidne til efteråret i Skattekommissionen. Spørgsmålet er efter dagens afhøring, om Skattekommissionen også vil afhøre en række tidligere finansministre.

## Frikendt i flere undersøgelser

Hanlov forklarede desuden, at ansvaret for den manglende kontrol med de udenlandske aktionærer, der uberettiget fik tilbagebetalt udbytteskat fra den danske statskasse, i udgangspunktet måtte ligge i selve den enhed, der udbetalte pengene.

- Og i sidste ende hos direktionen, som er løbet langt væk fra ansvaret i den her sag, sagde Hanlov.

Det blev ganske vist foreslået at flytte ansvaret til Hanlovs område, men det blev ifølge Hanlov aldrig implementeret, fordi der ikke fulgte de ekstra 70 ansatte med, som han mente, at opgaven krævede.

**LÆS OGSÅ:** Skattedirektør om årelange besparelser: Kontrollen var det eneste sted, man kunne skære ind til benet

Han kaldte det for "løgn", når hans navn står ud for det overordnede driftsmæssige ansvar for området i et dokument, som andre chefer lavede, efter at han var blevet hjemsendt. Og han understregede, at han er blevet frikendt i flere advokatundersøgelser allerede.

Han blev således frikendt for ansvar i Kammeradvokatens undersøgelse af sagen i 2016, hvorefter han vendte tilbage til en stilling som underdirektør i Skat, dog med et nyt ansvarsområde. I dag arbejder han i Erhvervsstyrelsen.

Richard Hanlov har ifølge eget udsagn aldrig modtaget en ordentlig forklaring på, hvorfor han blev hjemsendt. Han fik et brev få dage senere, som han under afhøringen kaldte "intetsigende". Det lovede han at fremsende til Skattekommissionen, så den selv kan vurdere det.

## PENGE LIGE NU



**PENGE** | I DAG KL. 13:56

**Byggemarkedskæde raser:** Hvorfor må vi kun have 32 kunder ad gangen?



**PENGE** | I DAG KL. 10:44

## Tøjbutikker bugner med usolgt vintertøj



**PENGE** | I GÅR KL. 13:58

## Spektakulær sag mod en af Danmarks rigeste fiskere begynder i dag

**ANDRE LÆSER**

INDLAND | I DAG KL. 18:25
**Efter afsløringer:** Hjælp på vej til ofre for NemID-svindel



KULTUR | I DAG KL. 13:51
**'Det er direkte skadeligt':** Hollywood-stjernes råd om corona sables ned af læger



POLITIK | I DAG KL. 18:23
**Efter krænkelsessag i den socialdemokratiske top:** Partier kræver opgør med tavshedsklausuler

POLITIK | I DAG KL. 18:28
**Sygemeldte Morten Østergaard stopper i politik:** 'Det er med våde øjenkroge og vemod, at jeg skriver disse ord'

SUPERLIGA | I DAG KL. 18:16
**Tomme tribuner vækker undren mange steder:** 'Fodboldstadions burde være det første, der åbnede'

INDLAND | I DAG KL. 14:03
**Vi får (stadig) for få børn - og det er skidt:** Her er hvorfor, og hvad du selv kan gøre

2/25/2021
Case 1:18-md-02865-LAK  Document 550-32  Filed 03/06/21  Page 9 of 12
Tidligere chef i Skat beskylder Karsten Lauritzen for politisk indblanding i hjemsendelser | Penge | DR

## TOPHISTORIER



PENGE | I DAG KL. 13:56

# Byggemarkedskæde raser: Hvorfor må vi kun have 32 kunder ad gangen?



KULTUR | I DAG KL. 13:51

**'Det er direkte skadeligt':** Hollywood-stjernes råd om corona sables ned af læger



INDLAND | I DAG KL. 10:36

**På Ældrecentret Æblehaven har de ansatte endelig fået stikket:** 'Jeg har set, hvad corona kan gøre'



**INDLAND** | I DAG KL. 05:40

**Behandlingsgarantien genindføres sammen med genåbningen:** 'Det hænger simpelthen ikke sammen'



**INDLAND** | I DAG KL. 14:03

**Vi får (stadig) for få børn - og det er skidt:** Her er hvorfor, og hvad du selv kan gøre



**INDLAND** | I DAG KL. 13:49

**Politiet fandt satellitkort og video af mål hos tiltalt i stor røverisag**



**PENGE** | I DAG KL. 10:44

**Tøjbutikker bugner med usolgt vintertøj**

**SENESTE NYT** | I DAG KL. 10:59

**Den samlede fertilitet i Danmark er faldet for fjerde år i træk**

11