Exhibit 33

DISCLOSURE OF TAX SCANDAL　　　　SEE THEME

MONEY

# Former head of Tax accuses Karsten Lauritzen of political interference in repatriations

Karsten Lauritzen rejects the serious accusation and calls it a conspiracy theory.



(ARCHIVE) Minister of Taxation Karsten Lauritzen (V) denies having anything to do with repatriations of managers from Tax. (Photo: Mads Claus Rasmussen © Scanpix)

BY **JAKOB USSING**
MAY 22, 2019    NOTE: THE ARTICLE IS MORE THAN 30 DAYS OLD

[?] EXPLAIN WORDS    [AA] LARGER TEXT    [O] READ UP

A serious allegation of unfair interference in the repatriation of bosses in Tax was directed at Minister of Taxation Karsten Lauritzen (V) during today's hearing in the Tax Commission.

The accusation came from the former deputy director of Tax , Richard Hanlov, who explained how he experienced being sent home on September 24, 2015 because he was to be investigated for a possible liability in the case of the allegedfraud with dividend tax for at least DKK 12.7 billion.

According to Hanlov, the message came as a shock because he was never responsible for the refund of dividend tax to foreign shareholders, and because Skat's management rejected his desire to spend money on an IT project that could possibly have helped on some of the issues.

- When I was told that it was due to dividend tax, it was a mystery. I had not dealt with dividend tax at all, Hanlov said.

**READ ALSO :** Destructive cuts and lack of ear noise in bosses: 5 things we've learned about tax evasion for billions

Already the day before, he had been told that three other bosses would be sent home for their possible responsibility for the dividend tax scandal. So Richard Hanlov thought thatthe emergency meeting withSkat's then chief executive, Jesper Rønnow Simonsen, was to be about thathandle the situation now that a number of bosses were missing. But instead, he was also sent home himself.

And when the Tax Commission's interrogator, lawyer Jens Lund Mosbek, today asked if he has since found out why he was also sent home, Richard Hanlov took the magazine by the mouth.

- There is no doubt that this has happened at a really high level. I have good sources high up. My guess is that this has the Minister andthe head of department decided.

*What makes you think there was political interference?*

- I've been digging into it for four years. There has been a meeting in the top government - in the Liberal government - and I also think thatRigsrevisionen

and leading people in Tax has been involved . I've been told that.

Documentation could Hanlov not disclose to the Tax Commission, but he believed that the minister had intervened to elevate the number of repatriations.

Richard Hanlov emphasized in this connection that Karsten Lauritzen on a press conference the day after the repatriation stressed that the number of repatriated bosses was greater than in previous cases.

### Lauritzen denies the allegation

Karsten Lauritzen can in no way recognize Richard Hanlov's interpretation as he flatly rejects .

- The bosses who were repatriated were a decision of the then tax chief. As Minister, I have wanted all those who have had responsibilities at managerial level to be investigated whether they have done their job. It is part of being a public leader that it must be investigated when a scandal for a billion dollars rolls around. So I have just done what the taxpayers could expect from me, says the Minister of Taxation.

**ALSO READ :**  Minister of Taxation will change rules: Officials should not find evidence against themselves

The Minister also denies that the number of repatriations has been discussed at a government summit prior to the decision, calling Hanlov's accusation a conspiracy theory.

- No, I have not determined the number of bosses to be repatriated. It's a pure conspiracy theory. I understand well that it is difficult for those who have been repatriated, but it is part of being a boss. When a major billion-dollar scandal rolls around, as in the area of dividends, it must be examined whether legal liability can be asserted, just as it is only natural that the Commission of Inquiry investigates whether liability should be asserted against the long line of tax ministers who sat during the period in which the dividend tax theft took place.

### Shooter aimed at the Ministry of Finance

4

Richard Hanlov was, on the whole, more open-mouthed than most others have been during the interrogations in the Tax Commission.

He explained that as deputy director of Tax with responsibility for development was the head of 160-180 employees, who actually ran an IT company, which was set in the world to implement the major savings rounds, whichTax had to go through.

- It was almost every year that people in black suits came from Ministry of Finance and demanded that we should save a billion kroner more. Now we're talking about dividend tax, but in reality you have to see it together. It starts inThe Ministry of Finance , where these savings were decided, Hanlov said.

He added that both he and several other high-ranking executives in boats The Ministry of Taxation tried to convinceThe Ministry of Finance said that it did not go with such large savings. But that was not listened to.

Thereafter, the chairman of the Tax Commission, District Court Judge Michael Ellehauge, chose to take a short break in the interrogation.

There are already nine former tax ministers from the period 2005-2017, who will testify in the autumn in the Tax Commission. The question after today's questioning is whether the Tax Commission will also question a number of former finance ministers.

## Acquired in several studies

Hanlov further explained that the responsibility for the lack of control over the foreign shareholders who unjustifiably received a refund of dividend tax from the Danish treasury, in principle had to lie in the unit that paid the money.

- And ultimately with the management, which has run far away from the responsibility in this case, Hanlov said.

It was admittedly proposed to move the responsibility to Hanlov's area, but according to Hanlov it was never implemented because the extra 70 employees that he thought the task required did not come with it.

5

**READ ALSO :** Director of Taxes on years of savings: The control was the only place you could cut to the bone

He called it a "lie" when his name stands for the overall operational responsibility of the area in a document made by other executives after he was repatriated. And he stressed that he has been acquitted in several law firms already.

He was thus acquitted of responsibility in the Chamber Advocate's investigation of the case in 2016, after which he returned to a position as Deputy Director in Tax , however, with a new area of responsibility. Today he works for the Danish Business Authority.

According to his own statement, Richard Hanlov has never received a proper explanation as to why he was sent home. He received a letter a few days later, which he called "bland" during the interrogation. He promised to forward it to the Tax Commission so that it can assess it itself.

## MONEY RIGHT NOW



**MONEY** | TODAY AT 13:56

**Construction market chain rages :** Why can we only have 32 customers at a time?



**MONEY** | TODAY AT 10:44

## Tøjbutikker bugner med usolgt vintertøj



PENGE | I GÅR KL. 13:58

**Spektakulær sag mod en af Danmarks rigeste fiskere begynder i dag**

## ANDRE LÆSER

INDLAND | I DAG KL. 18:25

**Efter afsløringer:** Hjælp på vej til ofre for NemID-svindel



KULTUR | I DAG KL. 13:51

**'Det er direkte skadeligt':** Hollywood-stjernes råd om corona sables ned af læger



POLITIK | I DAG KL. 18:23

**Efter krænkelsessag i den socialdemokratiske top:** Partier kræver opgør med tavshedsklausuler



POLITIK | I DAG KL. 18:28

**Sygemeldte Morten Østergaard stopper i politik:** 'Det er med våde øjenkroge og vemod, at jeg skriver disse ord'



SUPERLIGA | I DAG KL. 18:16

**Tomme tribuner vækker undren mange steder:** 'Fodboldstadions burde være det første, der åbnede'



INDLAND | I DAG KL. 14:03

**Vi får (stadig) for få børn - og det er skidt:** Her er hvorfor,



og hvad du selv kan gøre



## TOPHISTORIER



**PENGE** | I DAG KL. 13:56

# **Byggemarkedskæde raser:** Hvorfor må vi kun have 32 kunder ad gangen?



**KULTUR** | I DAG KL. 13:51

**'Det er direkte skadeligt':** Hollywood-stjernes råd om corona sables ned af læger



**INDLAND** | I DAG KL. 10:36

**På Ældrecentret Æblehaven har de ansatte endelig fået stikket:** 'Jeg har set, hvad corona kan gøre'



**INDLAND** | I DAG KL. 05:40

**Behandlingsgarantien genindføres sammen med genåbningen:** 'Det hænger simpelthen ikke sammen'



**INDLAND** | I DAG KL. 14:03

**Vi får (stadig) for få børn - og det er skidt:** Her er hvorfor, og hvad du selv kan gøre



**INDLAND** | I DAG KL. 13:49

**Politiet fandt satellitkort og video af mål hos tiltalt i stor røverisag**



**PENGE** | I DAG KL. 10:44

**Tøjbutikker bugner med usolgt vintertøj**

**SENESTE NYT** | I DAG KL. 10:59

**Total fertility in Denmark has fallen for the fourth year in a row**

11

12