Exhibit 36

AFSLØRING AF SKATTESKANDALE                             SE TEMA >

**PENGE**

# Tidligere medarbejder i Skat om milliardsvindel: - Det var en åben ladeport

En centralt placeret tidligere medarbejder i Skat står som den første åbent frem og fortæller, hvordan udenlandske svindlere kunne slippe af sted med milliarder.



Tidligere chefkonsulent i Skat, Laurits Cramer, står nu frem og fortæller, hvor lidt kontrol der var med udbetalingen af refusion af udbytteskat. (© dr)

AF **RASMUS BØTTCHER CHRISTENSEN**
3. SEP 2015    BEMÆRK: ARTIKLEN ER MERE END 30 DAGE GAMMEL

[?] FORKLAR ORD    [AA] STØRRE TEKST    [O] LÆS OP

Medarbejderne i Skat handlede i blinde, når de udbetalte milliarder af kroner til udenlandske aktionærer i skatterefusion af aktieudbytte. Og de advarede i årevis deres chefer om, at der var kæmpe problemer med kontrollen.

- Der var en ladeport og den var åben. Hele tiden.

Sådan siger Laurits Cramer, der indtil udgangen af 2013 arbejdede som chefkonsulent i Skats center for udbytteskat. Han blev pensioneret året efter, at svindlen med udbytteskat for 6,2 milliarder skattekroner for alvor tog fart.

LÆS OGSÅ: GRAFIK Sådan snød svindlerne Skat

Han står som den første åbent frem, og fortæller sin version af, hvordan den omfattende svindel kunne foregå. Og det var ifølge den tidligere chefkonsulent ikke svært for svindlerne at franarre statskassen milliarder.

- Hvis de sendte os to stykker papir, så fik de pengene. Hvis det havde et stempel fra noget, der kunne se ud til at være et skattevæsen, og hvis der var en udbyttenota, siger Laurits Cramer.

*Se interviewet med Laurits Cramer i TV AVISEN 21.30*



**Hvis de sendte os to stykker papir, så fik de pengene.**

LAURITS CRAMER, TIDL. CHEFKONSULENT I SKAT

### Tjekkede ikke stempler på fremmedsprog

Tyveriet af de mange milliarder kroner er sket ved, at svindlere har foregivet at have modtaget udbytte af danske aktier, som de reelt aldrig har ejet. Og det krævede altså blot en udbyttenota, som er en dokumentation fra en virksomhed om, at den har udbetalt udbytte, og et stempel fra et udenlandsk skattevæsen at få udbetalt penge.

Et af problemerne, bestod i, at de medarbejdere, der skulle udbetale skatterefusionerne, ikke vidste, hvordan stemplerne fra udenlandske skattemyndigheder skulle se ud.

**LÆS OGSÅ:** Skat: Fem personer sad med refusionsanmodningerne

Der var nemlig ingen i Laurits Cramers tidligere afdeling, der beherskede japansk, koreansk, kinesisk eller russisk.

- Jeg kan ikke se forskel på, om der står, at der er billige gulerødder i dag eller at en virksomhed er omfattet af dobbeltbeskatningsaftaler, siger Laurits Cramer.

- Hvis det kom fra Korea, så skulle der bare være et stempel, vil jeg sige.

## Chefer reagerede ikke på advarsler

Laurits Cramer og hans kollegaer i Skat gjorde gentagne gange chefer opmærksomme på, at der ikke foregik en tilstrækkelig kontrol med udbetalingerne.

- Vi fornemmede, at der kunne snydes, og vi forsøgte at gøre kontrolafdelingen opmærksomme på, at vi ikke anede, hvordan stemplerne skulle se ud, siger han.

**LÆS OGSÅ:** Afsløring: Skat lukkede særlig afdeling lige inden milliardsvindel eskalerede

Den store fejl bestod i, at udbyttenota og stempler fra de udenlandske skattevæsener var ganske lette at forfalske, mener Laurits Cramer.



> **Hvis det kom fra Korea, så skulle der bare være et stempel**
> 
> LAURITS CRAMER, TIDL. CHEFKONSULENT, SKAT

- Følelsen var, at vi var afskåret fra at kontrollere noget som helst, udover et stempel og en udbyttenota, som alle jo ved, det er en snæver sag selv at producere, siger Laurits Cramer.

## Udbetalinger røg lige igennem

Medarbejderne i Skats afdeling for udbytteskat eller 'Regnskab 2', som Laurits Cramers tidligere afdeling hed, indtil den lukkede i 2013, var udmærket godt klar over, at de udenlandske aktionærer nemt kunne snyde sig til uberettiget at få skattekroner udbetalt, blot de havde de to stykker dokumentation.

- Der var ingen mulighed for at undersøge noget som helst ellers, siger Laurits Cramer.

**LÆS OGSÅ:** Ekspert: Skandale i Skat kan være endnu større

Den tidligere chefkonsulent fortæller også, at der kun var ganske få medarbejdere til at behandle de tusindvis af ansøgninger om at få skattekroner refunderet. Og der var ingen muligheder for at tjekke oplysningerne.

- Det var fuldstændigt uoverskueligt for de to-tre stykker, vi var, der eventuelt skulle forsøge at spore igennem udenlandske pengeinstitutter på sprog, vi ikke beherskede, siger Laurits Cramer.

## FAKTA: Sådan foregik svindlen

- Når en udenlandsk aktionær får udbetalt udbytte af en aktie i en dansk virksomhed, betaler virksomheden automatisk 27 eller 42 procent i skat til det danske skattevæsen.

- Nogle lande har imidlertid aftale med Danmark, der betyder, at de udenlandske aktionærer ikke skal betale skat til Danmark eller at de skal betale en lavere skat

- Aktionærer fra lande med sådan en skatteaftale, henvender sig til Skat i Danmark, for at få den betalte skat refunderet.

- *Her skete svindlen:* Svindlere foregav at eje danske aktier, som de havde fået udbytte af og fik skattepenge refunderet. Problemet var blot, at de aldrig havde ejet de pågældende aktier og altså heller ikke havde betalt noget i skat af et udbytte.

## PENGE LIGE NU



**PENGE** | I DAG KL. 13:56

**Byggemarkedskæde raser:** Hvorfor må vi kun have 32 kunder ad gangen?



**PENGE** | I DAG KL. 10:44
## Tøjbutikker bugner med usolgt vintertøj



**PENGE** | I GÅR KL. 13:58
## Spektakulær sag mod en af Danmarks rigeste fiskere begynder i dag

## ANDRE LÆSER

**INDLAND** | I DAG KL. 18:25
### Efter afsløringer: Hjælp på vej til ofre for NemID-svindel



**KULTUR** | I DAG KL. 13:51
### 'Det er direkte skadeligt': Hollywood-stjernes råd om corona sables ned af læger



**POLITIK** | I DAG KL. 18:23

**Efter krænkelsessag i den socialdemokratiske top:** Partier kræver opgør med tavshedsklausuler



**POLITIK** | I DAG KL. 18:28

**Sygemeldte Morten Østergaard stopper i politik:** 'Det er med våde øjenkroge og vemod, at jeg skriver disse ord'



**INDLAND** | 10. FEB 2020

**Status på coronavirus lige nu**



**VEJRET** | 23. FEB KL. 18:17

**SE VIDEOEN:** Fascinerende og farligt vejrfænomen fanget ved Ringkøbing Fjord



## TOPHISTORIER





PENGE | I DAG KL. 13:56

# Byggemarkedskæde raser: Hvorfor må vi kun have 32 kunder ad gangen?



KULTUR | I DAG KL. 13:51

**'Det er direkte skadeligt':** Hollywood-stjernes råd om corona sables ned af læger



INDLAND | I DAG KL. 10:36

**På Ældrecentret Æblehaven har de ansatte endelig fået stikket:** 'Jeg har set, hvad corona kan gøre'



INDLAND | I DAG KL. 05:40

**Behandlingsgarantien genindføres sammen med genåbningen:** 'Det hænger simpelthen ikke sammen'



INDLAND | I DAG KL. 14:03

**Vi får (stadig) for få børn - og det er skidt:** Her er hvorfor, og hvad du selv kan gøre








**INDLAND** | I DAG KL. 13:49

**Politiet fandt satellitkort og video af mål hos tiltalt i stor røverisag**

**PENGE** | I DAG KL. 10:44

**Tøjbutikker bugner med usolgt vintertøj**

**SENESTE NYT** | I DAG KL. 10:59

**Den samlede fertilitet i Danmark er faldet for fjerde år i træk**

2/25/2021
Case 1:18-md-02865-LAK   Document 550-36   Filed 03/06/21   Page 11 of 11
Tidligere medarbejder i Skat om milliardsvindel: - Det var en åben ladeport | Penge | DR

11