Exhibit 37

tidligere_medarbejder i Skat om milliardsvindel: - Det var en åben ladeport | Penge | DR

**DISCLOSURE OF TAX SCANDAL**                                                                 SEE THEME ›

**MONEY**

# Former employee of Skat about billion fraud : - It was an open charging port

A centrally located former employee of Skat is the first to come forward and tell how foreign fraudsters could get away with billions.



Former chief consultant at Skat, Laurits Cramer, now stands up and tells how little control there was with the payment of dividend tax refunds. (© dr)

BY RASMUS BØTTCHER CHRISTENSEN
SEP 3, 2015     NOTE: THE ARTICLE IS MORE THAN 30 DAYS OLD

[?] EXPLAIN WORDS     [AA] LARGER TEXT     [O] READ UP

---

The employees in Tax traded blindly when they paid billions of dollars to foreign shareholders in tax refunds of stock dividends. And they warned their

bosses for years that there were huge problems with control.

- There was a charging port and it was open. Continually.

This is what Laurits Cramer says, who until the end of 2013 worked as chief consultant in Tax center for dividend tax. He retired the year after that the dividend tax fraud for 6.2 billion tax dollars really took off.

ALSO READ : GRAPHIC How the scammers cheated Tax

He stands as the first openly, and tells his version of how the comprehensive fraud could take place. And that, according to the former chief consultant, was not difficult the scammers to defraud treasury billions.

- If they sent us two pieces of paper, they got the money. If it had a stamp from something that could appear to be a tax haven, and if there was a dividend note, Laurits Cramer says.

*Watch the interview with Laurits Cramer in TV AVISEN 21.30*



## If they sent us two pieces of paper, they got the money.

LAURITS CRAMER, FORMER CHIEF CONSULTANT IN TAXATION

## Did not check stamps in foreign languages

The theft of the many billions of kroner has happened by that scammers have pretended to have received dividends from Danes shares that they have never actually owned. And so it just required a dividend note, which is one documentation from a company that it has paid dividends, and a stamp from a foreign tax authorities to get paid money.

One of the problems was that the employees who were to pay the tax refunds did not know what the stamps from foreign tax authorities were to look like.

ALSO READ : Tax: Five people sat with the refund requests

3

tidligere_medarbejdere i skat om milliardsvindel: - Det var en åben ladeport | Penge | DR

There was no one in Laurits Cramer's former department who spoke Japanese, Korean, Chinese or Russian.

- I do not see a difference between whether it says that there are cheap carrots today or that a company is covered by double taxation agreements, says Laurits Cramer.

- If it came from Korea, then there should just be a stamp, I would say.

## Managers did not respond to warnings

Laurits Cramer and his colleagues in Tax didrepeatedly bosses note that there was not enough control over the payouts.

- We sensed that there could be cheating, and we tried to make the control department aware that we had no idea what the stamps should look like, he says.

ALSO READ : <span style="color:red">Disclosure: Tax Closed Special Department Just Before Billion Scams Escalated</span>

The big mistake was that the dividend note and stamps from the foreign tax authorities were quite easy to falsify, Laurits Cramer believes.



# If it came from Korea, then there should only be one stamp

LAURITS CRAMER, FORMER CHIEF CONSULTANT, TAX

- The feeling was that we were cut off from controlling anything, apart from a stamp and a dividend note, which everyone knows is a narrow matter to produce ourselves, says Laurits Cramer.

## Payouts smoked right through

The employees in The Tax Dividend Tax Department or 'Accounting 2', as Laurits Cramer's previous department was called until it closed in 2013, was

4

well aware that foreign shareholders could easily cheatunjustified to get tax dollars paid out, as long as they had the two piecesdocumentation .

- There was no opportunity to investigate anything else, says Laurits Cramer.

**READ ALSO :**  Expert: Scandal in Tax can be even bigger

The former chief consultant also says that there were only quite a few employees to process the thousands of applications to get tax dollars refunded. And there were no options to check the information.

- It was completely unmanageable for the two or three pieces we were, who might have to try to trace through foreign banks in languages we did not master, says Laurits Cramer.

## FACTS: This is how the scam took place

- When a foreign shareholder is paid dividends on a share in a Danish company, the company automatically pays 27 or 42 percent in tax to the Danish tax authorities.

- However, some countries have an agreement with Denmark, which means that the foreign shareholders do not have to pay tax to Denmark or that they have to pay a lower tax.

- Shareholders from countries with such a tax agreement contact Skat i Danmark to get the tax paid refunded.

- *This is where the fraud took place:* Scammers pretended to own Danish shares, from which they had received dividends and received tax money refunded. The problem was simply that they had never owned the shares in question and thus had not paid anything in tax on a dividend.

## MONEY RIGHT NOW



**MONEY**  |  TODAY AT 13:56

**Construction market chain rages :** Why can we only have 32 customers at a time?



**MONEY**  |  TODAY AT 10:44

Clothing stores abound with unsold winter clothing

6



**MONEY** | YESTERDAY AT 13:58

## Spectacular case against one of Denmark's richest fishermen begins today

## OTHERS READ

**INLAND** | TODAY AT 18:25

### After revelations : Help on the way to victims of NemID scams



**CULTURE** | TODAY AT 13:51

### 'It's downright harmful' : Hollywood star's advice on corona is sabotaged by doctors



**POLITICS** | TODAY AT 18:23

### Following a violation case in the Social Democratic summit : Parties demand a showdown with secrecy clauses



tidligere-medarbejder-i-skat-om-milliardsvindel: - Det var en åben ladeport | Penge | DR

**POLITICS** | TODAY AT 18:28

## Sick Morten Østergaard stops in politics : 'It is with wet corners of my eyes and sadness that I write these words'



**INLAND** | FEB 10, 2020

## Status of coronavirus right now



**WEATHER** | FEB 23 AT 18:17

## WATCH THE VIDEO : Fascinating and dangerous weather phenomenon caught by Ringkøbing Fjord



## TOP STORIES



8

Tidligere medarbejder i Skat om milliardsvindel: - Det var en åben ladeport | Penge | DR

**MONEY** | TODAY AT 13:56

# Construction market chain rages : Why can we only have 32 customers at a time?



**CULTURE** | TODAY AT 13:51

**'Det er direkte skadeligt':** Hollywood-stjernes råd om corona sables ned af læger



**INDLAND** | I DAG KL. 10:36

**På Ældrecentret Æblehaven har de ansatte endelig fået stikket:** 'Jeg har set, hvad corona kan gøre'



**INDLAND** | I DAG KL. 05:40

**Behandlingsgarantien genindføres sammen med genåbningen:** 'Det hænger simpelthen ikke sammen'



**INDLAND** | I DAG KL. 14:03

**Vi får (stadig) for få børn - og det er skidt:** Her er hvorfor, og hvad du selv kan gøre



**INDLAND** | I DAG KL. 13:49

**Politiet fandt satellitkort og video af mål hos tiltalt i**



**PENGE** | I DAG KL. 10:44

**Tøjbutikker bugner med usolgt vintertøj**

stor røverisag

Tidligere medarbejder i Skat om milliardsvindel: - Det var en åben ladeport | DR

---

**SENESTE NYT**  |  I DAG KL. 10:59

# Total fertility in Denmark has fallen for the fourth year in a row

---

10

Case 1:18-md-02865-LAK   Document 550-37   Filed 03/06/21   Page 11 of 11

11