Exhibit 38

2/25/2021 Rigsrevisor revser vigtig vagthund: Risiko for milliardsvindel nåede aldrig frem til de ansvarlige | Penge | DR

Case 1:18-md-02865-LAK    Document 550-39    Filed 03/06/21    Page 2 of 13

AFSLØRING AF SKATTESKANDALE                                    SE TEMA ›

**PENGE**

# Rigsrevisor revser vigtig vagthund: Risiko for milliardsvindel nåede aldrig frem til de ansvarlige

Der er uenighed om en vigtig vagthund, der påpegede risiko for udbyttesvindel.



Ifølge Lone Strøm var Skatteministeriets Interne Revision under skærpet tilsyn i 2012, da hun blev ansat som rigsrevisor. Tidligere chef afviser den udlægning. (Foto: Philip Davali © Scanpix)

AF **MATHIAS SOMMER**
10. NOV 2020    BEMÆRK: ARTIKLEN ER MERE END 30 DAGE GAMMEL

[ ? ] FORKLAR ORD    [AA] STØRRE TEKST    [ O ] LÆS OP

2

Det stod skidt til med Skatteministeriets egen vagthund, den interne revision (SIR), da den nyudpegede departementschef, Jens Brøchner, i 2012 satte sig for bordenden i Skatteministeriet.

Faktisk var kvaliteten af SIR's arbejde så ringe, at Jens Brøchner i mere end et år ignorerede chefen for afdelingen, Kjeld Rasmussen, som ellers officielt refererede til selvsamme Brøchner.

Sådan har forklaringen hidtil lydt fra departementchef Jens Brøchner, der over to dage er blevet afhørt i skattekommissionen, som er ved at undersøge, hvordan 12,7 milliarder kroner kunne blive franarret den danske stat. <https://www.dr.dk/nyheder/penge/tema/kuppet-mod-europa>

> **Vi fik store udfordringer i samarbejdet med Kurt Wagner (revisionschef, red.). Det blev sværere og sværere at få det materiale, vi bad om. Han holdt på rapporterne.**
>
> LONE STRØM, RIGSREVISOR

Kjeld Rasmussen kunne ellers have fortalt Jens Brøchner om de mange skeletter i skabene i Skat, og måske kunne han også have nævnt, at flere kritiske revisionsrapporter <http://dr.dk/nyheder/penge/vidner-i-skattesag-advarede-tidligt-om-manglende-kontrol-med-udbytteskat-det-var-en> pegede på en overhængende risiko for svindel med udbytteskat.

Noget, der blev til skinbarlig virkelighed, da Skat fra 2012 til 2015 fejlagtigt pumpede over 12,7 milliarder kroner ud i favnen på udenlandske spekulanter.

### Rigsrevisor indkaldt

Under sin afhøring i kommissionen i oktober <https://www.dr.dk/nyheder/penge/haarde-konfrontationer-i-skattekommissionen-departementschef-afviser-ansvar-i> forklarede Jens Brøchner, at rigsrevisor Lone Strøm ikke var tilfreds med SIR, som også reviderede Skatteministeriets regnskab på vegne af Rigsrevisionen.

Og derfor valgte han ikke at prioritere et møde med revisionschefen. En kritisk rapport om udbytteområdet fra 2013 nåede heller ikke frem til departementschefens bord.

- Noget af det første, Rigsrevisionen sagde til mig, var, at det arbejde, Skatteministeriets Interne Revision foretog, ikke havde tilpas høj kvalitet, lød det fra Jens Brøchner.

I dag var Lone Strøm indkaldt til at vidne for kommissionen for at uddybe Brøchners kritik af SIR, som ellers senest i en rapport fra 2013 pegede på de store problemer på udbytteområdet.

- Vi så med stor alvor på Skatteministeriets Interne Revision, og vi var ikke tilfredse med det arbejde, der blev lavet, sagde Lone Strøm i kommissionen i dag.

Lone Strøm blev ansat som rigsrevisor i maj 2012, cirka samtidig med at Jens Brøchner blev øverste embedsmand i Skatteministeriet.

Kort efter fortalte hun Jens Brøchner, at SIR's arbejde havde ringe kvalitet:

- Budskabet til Brøchner var, at Skatteministeriets Interne Revision var under skærpet tilsyn, og at vi havde særligt øje på det arbejde, der kom ind. På det tidspunkt var der en lang række steder, hvor vi ikke var tilfredse, lød det fra Lone Strøm.

# De hemmelige aktionærer

Under afhøringen kom det frem, at der også med den senere chef for Skatteministeriets Interne Revision, Kurt Wagner, var problemer.

- Vi fik store udfordringer i samarbejdet med Kurt Wagner. Det blev sværere og sværere at få det materiale, vi bad om. Han holdt på rapporterne, sagde Lone Strøm.

I 2016 blev revisionsopgaven med Skatteministeriets regnskab - og fem andre ministerier - flyttet over til Rigsrevisionen.

### Aldrig hørt om skærpet tilsyn

At der skulle have været store problemer med kompetencerne i Skatteministeriets Interne Revision, køber den nu pensionerede tidligere revisionchef Kjeld Rasmussen dog ikke.

For så havde han nok fået det at vide, mens han var chef for SIR fra 2010 til 2013.

Det fortæller han til DR i en pause fra afhøringerne.

- Jeg har aldrig nogensinde fået at vide, at Intern Revision har været under skærpet tilsyn. Jeg har faktisk aldrig fået at vide, at man ikke var tilfreds med mit arbejde, siger Kjeld Rasmussen.

5

2/25/2021	Rigsrevisor revser vigtig vagthund: Risiko for milliardsvindel nåede aldrig frem til de ansvarlige | Penge | DR

Case 1:18-md-02865-LAK   Document 550-39   Filed 03/06/21   Page 6 of 13

Han peger derimod på, at fokus med Jens Brøchner og Lone Strøms ansættelser blev ændret væk fra et bredere fokus på, om Skat levede op til lovgivningen i sagsbehandlingen, til et snævert fokus på, om tallene gik op.

Samme fokus har kommissionens udspørger Jens Lund Mosbek også haft i afhøringen af Jens Brøchner.

### MILLIARDSVINDEL MOD DEN DANSKE STAT

Den formodede svindel for 12,7 milliarder kroner er startet i

- Jeg er ikke selv revisor, og det protesterede Rigsrevisionen ikke imod, da jeg blev ansat i 2010. Kun omkring en tredjedel af de ansatte i Intern Revision var revisorer. Så det, det her handlede om, var, at man ville skylle alle juridiske kompetencer ud af Intern Revision og gøre det til en ren revisionsafdeling, siger Kjeld Rasmussen.

- Og det er jo et valg, man træffer. Men det har ikke noget med kvaliteten af vores arbejde at gøre, fortsætter han.

Kjeld Rasmussen og Kurt Wagner har under deres afhøringer kritiseret Jens Brøchner for manglende fokus på det vigtige arbejde i Intern Revision.

Kurt Wagner, der var chef for Skatteministeriets Interne Revision fra 2014 til 2019, har forklaret, at der efter et indledningsvist fint forhold udviklede sig et 'revisionsfjendsk miljø' under Jens Brøchner.

- Vi kunne se, at miljøet blev revisionsfjendsk. Vi havde meget svært ved at få startet vores revisioner op, fortalte han.

Brøchner har selv forklaret, at han på intet tidspunkt har nedprioriteret den interne kontrol i departementet, men at han har haft travlt med at opbygge en ny styrelsesmodel, som krævede al hans opmærksomhed, da han startede som departementschef i 2012.

6

2/25/2021 Rigsrevisor revser vigtig vagthund: Risiko for milliardsvindel nåede aldrig frem til de ansvarlige | Penge | DR

Case 1:18-md-02865-LAK   Document 550-39   Filed 03/06/21   Page 7 of 13

- Jeg kan ikke genkende det billede, at jeg ikke interesserede mig for Intern Revision. Tværtimod forsøgte jeg at bygge op, hvilket Rigsrevisionen også kvitterede for, siger han.

Tre tidligere skatteministre er indkaldt til afhøringer i kommissionen onsdag.

  54:09

**DE HEMMELIGE AKTIONÆRER** FREDAG D. 6. NOV. 2020

## 1:6 - Mange refusioner virker falske

## PENGE LIGE NU



**PENGE** | I DAG KL. 13:56

**Byggemarkedskæde raser:** Hvorfor må vi kun have 32 kunder ad gangen?

2/25/2021 Rigsrevisor revser vigtig vagthund: Risiko for milliardsvindel nåede aldrig frem til de ansvarlige | Penge | DR

Case 1:18-md-02865-LAK    Document 550-39    Filed 03/06/21    Page 8 of 13



**PENGE** | I DAG KL. 10:44

## Tøjbutikker bugner med usolgt vintertøj



**PENGE** | I GÅR KL. 13:58

## Spektakulær sag mod en af Danmarks rigeste fiskere begynder i dag

## ANDRE LÆSER

**UDLAND** | 16 MIN. SIDEN
**Mette Frederiksen forbereder sig på mange år med corona:** 'Vi kan ikke blive ved med at være på bagkant'



**FILM OG SERIER** | I DAG KL. 10:49
**Ny streaming-tjeneste genopliver ikonisk komedieserie og flere filmklassikere**



**INDLAND** | I DAG KL. 18:25
**Efter afsløringer:** Hjælp på vej til ofre for NemID-svindel



**FILM OG SERIER** | I DAG KL. 05:45 | PER JUUL CARLSEN
**'Det er vildt at se':** Ny film om fodboldlegendes liv er romantik, så det basker



**KLIMA** | I DAG KL. 13:45
**Amerikansk firma laver kød ud af den blå luft:** 'Teknologien kan blive afgørende i fremtiden'



**INDLAND** | I GÅR KL. 13:58
**Få overblikket:** Sådan bliver første del af genåbningen



2/25/2021
Rigsrevisor revser vigtig vagthund: Risiko for milliardsvindel nåede aldrig frem til de ansvarlige i Penge | DR
Case 1:18-md-02865-LAK    Document 550-38    Filed 03/06/21    Page 10 of 18

**TOPHISTORIER**



PENGE | I DAG KL. 13:56

# Byggemarkedskæde raser: Hvorfor må vi kun have 32 kunder ad gangen?



KULTUR | I DAG KL. 13:51

**'Det er direkte skadeligt':** Hollywood-stjernes råd om corona sables ned af læger



INDLAND | I DAG KL. 10:36

**På Ældrecentret Æblehaven har de ansatte endelig fået stikket:** 'Jeg har set, hvad corona kan gøre'



**INDLAND** | I DAG KL. 05:40

**Behandlingsgarantien genindføres sammen med genåbningen:** 'Det hænger simpelthen ikke sammen'



**INDLAND** | I DAG KL. 14:03

**Vi får (stadig) for få børn - og det er skidt:** Her er hvorfor, og hvad du selv kan gøre



**INDLAND** | I DAG KL. 13:49

**Politiet fandt satellitkort og video af mål hos tiltalt i stor røverisag**



**PENGE** | I DAG KL. 10:44

**Tøjbutikker bugner med usolgt vintertøj**

**SENESTE NYT** | I DAG KL. 10:59

**Den samlede fertilitet i Danmark er faldet for fjerde år i træk**

2/25/2021
Rigsrevisor revser vigtig vagthund: Risiko for milliardsvindel nåede aldrig frem til de ansvarlige | Penge | DR
Case 1:18-md-02865-LAK   Document 550-38   Filed 03/06/21   Page 12 of 18

12

2/25/2021 Rigsrevisor revser vigtig vagthund: Risiko for milliardsvindel nåede aldrig frem til de ansvarlige i Benge | DR

Case 1:18-md-02865-LAK    Document 550-38    Filed 03/06/21    Page 13 of 18

13