Exhibit 39

2/25/2021  Auditor General reprimands important watchdog: Risk of billion-dollar fraud never reached those responsible | Money | DR

| DISCLOSURE OF TAX SCANDAL | SEE THEME > |

MONEY

# Auditor General reprimands important watchdog : Risk of billion-dollar fraud never reached those responsible

There is disagreement about an important watchdog that pointed out the risk of dividend fraud.



According to Lone Strøm, the Ministry of Taxation's Internal Audit was under stricter supervision in 2012, when she was hired as Auditor General. Former boss rejects that interpretation. (Photo: Philip Davali © Scanpix)

BY **MATHIAS SOMMER**
10 NOV 2020    NOTE: THE ARTICLE IS MORE THAN 30 DAYS OLD

[?] EXPLAIN WORDS   [AA] LARGER TEXT   [O] READ UP

2

Case 1:18-md-02865-LAK Document 550-89 Filed 03/06/21 Page 3 of 13

The Ministry of Taxation's own watchdog, the Internal Audit (SIR), was in trouble when the newly appointed head of department , Jens Brøchner, in 2012 sat at the end of the table in the Ministry of Taxation.

In fact, the quality of SIR's work was so poor that Jens Brøchner for more than a year ignored the head of the department, Kjeld Rasmussen, who otherwise officially referred to the same Brøchner.

This is the explanation so far from department head Jens Brøchner, who has been questioned over two days in the tax commission, which is investigating how DKK 12.7 billion could be defrauded of the Danish state. <https://www.dr.dk/nyheder/penge/tema/kuppet-mod-europa>



> **We faced major challenges in the collaboration with Kurt Wagner (Chief Audit Officer, ed.). It got harder and harder to get the material we asked for. He kept to the reports.**
>
> LONE STRØM, AUDITOR GENERAL

Kjeld Rasmussen could otherwise have told Jens Brøchner about the many skeletons in the cupboards in Tax , and perhaps he could also have mentioned that several critical audit <http://dr.dk/nyheder/penge/vidner-i-skattesag-advarede-tidligt-om-manglende-kontrol-med-udbytteskat-det-var-en> reports pointed to an imminent risk of dividend tax fraud .

Something that became apparent reality then Taxes from 2012 to 2015 mistakenly pumped over $ 12.7 billion into the arms of foreign speculators.

### Auditor General convened

During his questioning in the commission in October <https://www.dr.dk/nyheder/penge/haarde-konfrontationer-i-skattekommissionen-departementschef-afviser-ansvar-i> , Jens Brøchner explained that Auditor General Lone Strøm was not satisfied with SIR, which also audited the Ministry of Taxation's accounts on behalf of Rigsrevisionen .

3

2/25/2021 Auditor-General reproaches Important watchdog: Risk of billion-dollar fraud never reached those responsible | Money | DR

Case 1:18-md-02865-LAK Document 550-89 Filed 03/06/21 Page 4 of 13

And therefore he chose not to prioritize a meeting with the chief auditor. A critical report on the dividend area from 2013 did not reach eitherdepartment board.

- Some of the first, The National Audit Office told me that the work carried out by the Ministry of Taxation's Internal Audit was not of sufficiently high quality, Jens Brøchner said.

Today, Lone Strøm was called to testify the Commission to elaborate on Brøchner's criticism of the SIR, which otherwise most recently in a 2013 report pointed to the major problems in the area of dividends.

- We took the Ministry of Taxation's Internal Audit very seriously, and we were not satisfied with the work that was done, said Lone Strøm in Commission today.

Lone Strøm was appointed Auditor General in May 2012, around the same time as Jens Brøchner became chief official in the Ministry of Taxation.

Shortly afterwards, she told Jens Brøchner that SIR's work was of poor quality:

- The message to Brøchner was that the Ministry of Taxation's Internal Audit was under stricter supervision and that we paid special attention to the work that came in. At that time, there were a large number of places where we were not satisfied, it sounded from Lone Strøm.

2/25/2021 Auditor General reproaches important watchdog: Risk of billion-dollar fraud never reached those responsible | Money | DR

Case 1:18-md-02865-LAK    Document 550-89    Filed 03/06/21    Page 5 of 13

# The secret shareholders

During the interrogation, it emerged that there were also problems with the later head of the Ministry of Taxation's Internal Audit, Kurt Wagner.

- We got big challenges in the collaboration with Kurt Wagner. It got harder and harder to get the material we asked for. He kept to the reports, said Lone Strøm.

In 2016, the audit task with the Ministry of Taxation's accounts - and five other ministries - was transferred to Rigsrevisionen .

### Never heard of tightened supervision

Kjeld Rasmussen, the now retired former head of auditing, does not buy that there should have been major problems with the competencies in the Ministry of Taxation's Internal Audit.

Because then he had probably been told that while he was head of SIR from 2010 to 2013.

He tells that DR during a break from the interrogations.

- I've never been told that Internal Audit has been under stricter supervision. In fact, I have never been told that people were not satisfied with my work, says Kjeld Rasmussen.

2/25/2021　　　　　　　　　　　Auditor-General reproaches important watchdog: Risk of billion-dollar fraud never reached those responsible | Money | DR

Case 1:18-md-02865-LAK   Document 550-89   Filed 03/06/21   Page 6 of 13

On the other hand, he points out that the focus with Jens Brøchner and Lone Strøm's appointments was changed away from a broader focus on whether Tax lived up to the legislation in the case processing, to a narrow focus on whether the numbers went up.

Same focus has the commission's questioner Jens Lund Mosbek also had in the interrogation of Jens Brøchner.

> ### BILLION WIND AGAINST THE DANISH STATE
>
> Den formodede svindel for 12,7 milliarder kroner er startet i

- I'm not an accountant myself, and it protested Rigsrevisionen did not oppose when I was hired in 2010. Only about a third of the employees in Internal Audit were auditors. So what this was all about was that one would flush all legalcompetencies out of Internal Audit and make it a pure auditing department, says Kjeld Rasmussen.

- And it is a choice you make. But it has nothing to do with the quality of our work, he continues.

During their interrogations, Kjeld Rasmussen and Kurt Wagner criticized Jens Brøchner for lack of focus on the important work in Internal Audit.

Kurt Wagner, who was head of the Ministry of Taxation's Internal Audit from 2014 to 2019, has explained that after an initially good relationship, an 'anti-audit environment' developed under Jens Brøchner.

- We could see that the environment became hostile to auditing. We had a very hard time getting our audits started up, he said.

Brøchner himself has explained that at no time has he downgraded the internal control in the department, but that he has been busy building a new governance model, which required all his attention when he started asHead of Department in 2012.

6

2/25/2021 Auditor-General reprimands important watchdog: Risk of billion-dollar fraud never reached those responsible | Money | DR

Case 1:18-md-02865-LAK    Document 550-39    Filed 03/06/21    Page 7 of 13

- I do not recognize the image that I was not interested in Internal Audit. On the contrary, I tried to build up, whichThe National Audit Office also acknowledged, he says.

Three former tax ministers have been summoned for questioning in Commission on Wednesday.

  54:09

**THE SECRET SHAREHOLDERS**   FRIDAY 6 NOV. 2020

# 1: 6 - Many refunds seem false

## MONEY RIGHT NOW



**MONEY** | TODAY AT 13:56

**Construction market chain rages :** Why can we only have 32 customers at a time?

2/25/2021 Auditor General reprimands important watchdog: Risk of billion-dollar fraud never reached those responsible | Money | DR

Case 1:18-md-02865-LAK Document 550-89 Filed 03/06/21 Page 8 of 13



MONEY | TODAY AT 10:44

Clothing stores abound with unsold winter clothing



MONEY | YESTERDAY AT 13:58

Spectacular case against one of Denmark's richest fishermen begins today

2/25/2021 Auditor General reproaches important watchdog: Risk of billion-dollar fraud never reached those responsible | Money | DR

Case 1:18-md-02865-LAK   Document 550-39   Filed 03/06/21   Page 9 of 13

## OTHERS READ

**ABROAD** | 16 MIN. SINCE

**Mette Frederiksen prepares for many years with corona :** 'We can not continue to be behind'



**MOVIES AND SERIES** | TODAY AT 10:49

**New streaming service revives iconic comedy series and more movie classics**



**INLAND** | TODAY AT 18:25

**After revelations :** Help on the way to victims of NemID scams



**MOVIES AND SERIES** | TODAY AT 05:45 | BY JUUL CARLSEN

**'Det er vildt at se':** Ny film om fodboldlegendes liv er romantik, så det basker



**KLIMA** | I DAG KL. 13:45

**Amerikansk firma laver kød ud af den blå luft:** 'Teknologien kan blive afgørende i fremtiden'



**INDLAND** | I GÅR KL. 13:58

**Få overblikket:** Sådan bliver første del af genåbningen



## TOPHISTORIER



**PENGE** | I DAG KL. 13:56

**Byggemarkedskæde raser:** Hvorfor må vi kun have 32 kunder ad gangen?



**KULTUR** | I DAG KL. 13:51

**'Det er direkte skadeligt':** Hollywood-stjernes råd om corona sables ned af læger



**INDLAND** | I DAG KL. 10:36

**På Ældrecentret Æblehaven har de ansatte endelig fået stikket:** 'Jeg har set, hvad corona kan gøre'





**INDLAND** | I DAG KL. 05:40

**Behandlingsgarantien genindføres sammen med genåbningen:** 'Det hænger simpelthen ikke sammen'



**INDLAND** | I DAG KL. 14:03

**Vi får (stadig) for få børn - og det er skidt:** Her er hvorfor, og hvad du selv kan gøre



**INDLAND** | I DAG KL. 13:49

**Politiet fandt satellitkort og video af mål hos tiltalt i stor røverisag**



**PENGE** | I DAG KL. 10:44

**Tøjbutikker bugner med usolgt vintertøj**

**SENESTE NYT** | I DAG KL. 10:59

**Den samlede fertilitet i Danmark er faldet for fjerde år i træk**

2/25/2021 Auditor General reprimands important watchdog: Risk of billion-dollar fraud never reached those responsible | Money | DR

Case 1:18-md-02865-LAK    Document 550-39    Filed 03/06/21    Page 12 of 13

2/25/2021 Auditor General reprimands important watchdog: Risk of billion-dollar fraud never reached those responsible | Money | DR

Case 1:18-md-02865-LAK    Document 550-39    Filed 03/06/21    Page 13 of 13

13