**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF            MASTER DOCKET
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND            18-md-02865-LAK
SCHEME LITIGATION

This document relates to:     The cases identified in
                              Appendix A

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR**
**ISSUANCE OF A REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**
**<u>TO OBTAIN EVIDENCE IN THE UK</u>**

Three years into this litigation, SKAT is no closer to proving its allegations of fraud than it was when it filed suit.  Despite having received hundreds of thousands of pages of documents and taken more than two dozen depositions, SKAT essentially admits that it has no evidence to support its claim that the defendants were not "the actual holders of the Danish Securities that they asserted as the basis of their claims for dividend withholding tax refunds."  Accordingly, with the period for fact discovery waning, SKAT seeks to resort to foreign discovery in an effort to obtain documents that may or may not show transactions in Danish shares from some, but not all, of the non-party sub-custodians that purportedly held assets for Solo Capital Partners LLP ("Solo Capital").  SKAT's motion is misguided.  It seeks information that is not relevant to its claims in this case, and it is not timely.  It ought to be denied.

## I.   THE DISCOVERY SKAT SEEKS IS NOT RELEVANT

The defendants have produced thousands of pages of documents that clearly establish their ownership of Danish securities.  They have produced confirmations showing trades in Danish securities (*e.g.*, Declaration of Andrew S. Dulberg ("Dulberg Decl.") Ex. A); custodial account statements reflecting the purchase and sale of Danish securities (*e.g.*, Dulberg Decl., Ex. B); custodial account statements reflecting the receipt of dividends based on the ownership of Danish securities (*e.g.*, Dulberg Decl., Ex. C); and even filings with the United States Department of Treasury attesting to their ownership of Danish securities (*e.g.*, Dulberg Decl., Ex. D).  All of the evidence available to the defendants establishes that they bought and sold Danish securities and were the legal owner of those securities.

In a last-ditch effort to undermine this evidence, SKAT brings this motion, but its argument in support of the relevance of the information it seeks is fatally flawed.  As an initial matter, SKAT says that certain defendants it has sued in England "have represented that the Referenced Sub-Custodians allegedly held Danish Securities on behalf of Solo Capital ***for the***

2

***benefit of the Plan Defendants in this MDL***.”  ECF No. 562 at 2 (emphasis added).  Not true.

Not a single one of the three citations SKAT supplies in support of that claim actually supports

it.  *Compare id.* (citing Oxford Decl. Ex. 3 at 21, Ex. 4 at 4, and Ex. 5 at 2), *with* ECF No. 563-3

at 21 (noting that Solo Capital “***cleared future contracts*** through JP Morgan, SEB and Citi

Bank,” but not mentioning any of the defendants in this litigation or suggesting that any sub-

custodian held Danish shares for the benefit of any defendant) (emphasis added), *and* ECF No.

563-4 at 4 (no mention of Danish securities or defendants in this litigation), *and* ECF No. 563-5

at 2 (no mention of defendants in this litigation).  This alone is dispositive.[1]  Moreover, even if

Solo Capital cleared futures contracts through the Referenced Sub-Custodians, that has nothing

to do with SKAT’s claims or the discovery SKAT seeks through its motion, which relates not to

futures contracts at all, but to whether the Referenced Sub-Custodians held Danish securities on

behalf of the defendants.

  Desperate for discovery that might support its claims, SKAT resorts to sheer speculation.

After misrepresenting what Solo Capital has said about the so-called “Referenced Sub-

Custodians,” SKAT guesses that a completely different set of custodians—which it calls the

“Solo Custodians”—“*may similarly claim* that the Referenced Sub-Custodians served as a Sub-

Custodian for them.”  ECF No. 562 at 2 (emphasis added).  This hypothesis is nowhere near

enough to warrant discovery into the Solo Custodians.  *See, e.g.*, *In re Welspun Litig.*, 2018 WL

4693586, at *3 (S.D.N.Y. Mar. 4, 2018) (denying motion to compel where “Plaintiffs have

provided no basis for this hypothesis [that the requested information was relevant] other than

---

[1]  SKAT’s assertion also fundamentally misconstrues the nature of custodial relationships.  A sub-custodian of a custodian does not hold assets “for the benefit” of the custodian’s clients, but for the benefit of the custodian. The client—in this case US pension plans—may never know that its custodian has transferred its assets to the sub-custodian.  Nor does it matter; the client never has a contractual relationship with any Referenced Sub-Custodian, and the client’s accounts accurately reflect the client’s assets regardless of whether those assets are being held by the sub-custodian on behalf of the custodian.

pure speculation, and it is settled law that parties may not roam in shadow zones of relevancy to explore matter which does not presently appear germane on the theory that it might conceivably become so") (cleaned up).

SKAT has not articulated any connection between the account statements of the Referenced Sub-Custodians and the defendants in this case.  Again, the defendants have already produced their own relevant account statements, including statements from the Solo Custodians that prove their ownership of Danish securities.  Dulberg Decl., Ex. B.  Those statements reflect the Danish shares, and show that the defendants did receive the dividends.  There is no need to look to an account of a sub-custodian to figure out "whether the assertions of the Plans that they actually owned the Danish Securities, and received the dividends, are true or false" (ECF No. 562 at 7)—the Plan's own documents establish that they did own the shares and they did receive the dividends.  Whether a custodian acting on behalf of the defendants actually went into the market and consummated the transactions that are reflected on the defendants' statements (with or without the assistance of a sub-custodian) is a completely distinct issue.  Whatever the answer to that question, it does not change the fact that the defendants in this litigation owned the shares.[2]

The defendants' account statements alone will be relevant to SKAT's claims in this case; statements of a Solo Custodian—whatever they may show—will not be probative of any claim against the US defendants.  At most, they may bear on the liability of Solo Capital and/or Sanjay Shah, which SKAT has sued in other jurisdictions.  But Solo Capital is not a defendant in the US

---

[2]      By way of analogy, if I have a bank statement that shows $100 in a savings account, I am entitled to rely upon that statement and make the representation that I have $100.  One would never test that hypothesis by inspecting the vaults or records of the bank to ensure that it held, directly or indirectly, at least $100 in cash.  But even if the bank turned out to have no cash at all, that would not change my entitlement to the $100 reflected on my statement.

litigation.  The defendants in the US never would have seen the records of Solo Capital's sub-custodians.  Whatever those records reflect will have no bearing on SKAT's claim that the defendants in the United States defrauded SKAT.

Nor has SKAT provided any legitimate basis to support its request for discovery of correspondence between the Solo Custodians and the UK's Financial Conduct Authority ("FCA").  It claims that a letter from the Solo Custodians' former counsel to the FCA "made statements regarding the Solo Custodians' use of Sub-Custodians in relation to Danish Securities and Dividends."  ECF No. 562 at 4.  The actual letter barely supports that characterization, offering two ambivalent sentences about sub-custodians in the context of a five-page letter that was sent long after the time period that SKAT has deemed relevant in this case.[3]  This meager record provides no reason to think that the Solo Custodians had any correspondence with the FCA relating to their sub-custodians' holdings in Danish securities during the relevant time period.  Even if they did, again, the connection to the defendants in the US litigation is simply too attenuated to be relevant, and hardly warrants the production of all correspondence between multiple financial firms and their regulator.  *See, e.g.*, *Benn v. City of New York*, 2019 WL 4857339, at *5 (S.D.N.Y. Oct. 2, 2019) (holding a "fishing expedition" is not sufficient to support discovery).

## II.    SKAT'S MOTION IS ALSO UNTIMELY

SKAT's motion also should be rejected because—by SKAT's own logic—it comes too late.  Roughly three weeks ago, SKAT objected to defendants' motion seeking discovery through

---

[3]    The letter, dated March 11, 2016, says, "It is believed that . . . Societe General SA, Zurich Branch was the only sub-custodian used by the Firms.  We believe that if there were any other sub-custodians used in connection with transactions in Danish securities either Oram Arti and/or Martin Ward would have knowledge in that record." ECF No. 563-5 at 2.  In SKAT's Responses and Objections to Defendants' First Requests for Production of Documents, it stated that it would not produce any documents created after June 15, 2015.

the Hague Convention on the grounds that "Defendants could have made their motion months, if

not years, ago," chided "defendants' dilatory tactics," and urged this Court to prohibit defendants

from making use of any discovery that defendants obtained after June 30, 2021 as a result of

their motion.  ECF No. 553 at 1-2 (filed Mar. 15, 2021).  If it was too late—weeks ago—for

defendants to seek discovery through the Hague Convention, it is certainly too late now for

SKAT to do the same.  Especially where, unlike defendants, SKAT provides no explanation for

why it is seeking this discovery so late in the day.[4]  That is reason enough to deny this particular

request.  *See, e.g.*, *Skyline Steel, L.L.C. v. Pilepro, L.L.C.*, 2015 WL 13832108, at *1 (S.D.N.Y.

Jan. 28, 2015) (denying motion seeking discovery through Hague Convention as untimely).

      SKAT's motion should be denied.

Dated: New York, New York
      April 7, 2021

                Respectfully submitted,

                WILMER CUTLER PICKERING
                 HALE AND DORR LLP

            By:  /s/ Alan E. Schoenfeld          
                ALAN E. SCHOENFELD
                ANDREW S. DULBERG
                7 World Trade Center
                250 Greenwich Street
                New York, NY 10007
                Telephone: (212) 230-8800
                alan.schoenfeld@wilmerhale.com

                *Attorneys for Defendants Richard Markowitz,*
                *Jocelyn Markowitz, Avanix Management LLC Roth*
                *401(K) Plan, Batavia Capital Pension Plan,*

---

[4]      By contrast, as defendants explained, the timing of their motion for letters rogatory was influenced by the fact that it took counsel for SKAT many months to confirm which witnesses it represented and would tender for deposition without requiring defendants to resort to the Hague Convention.  *See* ECF No. 555 at 9.

*Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries LLC Roth 401(K) Plan, RJM Capital Pension Plan, RJM Capital Pension Plan Trust, Routt Capital Pension Plan, Routt Capital Trust*

KOSTELANETZ & FINK, LLP

By:  /s/ Sharon L. McCarthy
    SHARON L. MCCARTHY
    7 World Trade Center, 34th Floor
    New York, New York 10007
    Tel:   (212) 808-8100
    Fax:   (212) 808-8108
    smccarthy@kflaw.com

*Attorneys for Defendants John van Merkensteijn, III, Elizabeth van Merkensteijn, Azalea Pension Plan, Basalt Ventures LLC Roth 401(K) Plan, Bernina Pension Plan, Bernina Pension Plan Trust, Michelle Investments Pension Plan, Omineca Pension Plan, Omineca Trust, Remece Investments LLC Pension Plan, Starfish Capital Management LLC Roth 401(K) Plan, Tarvos Pension Plan, Voojo Productions LLC Roth 401(K) Plan, Xiphias LLC Pension Plan*

CAPLIN & DRYSDALE,
 CHARTERED

By:  /s/ Mark D. Allison
    Mark D. Allison
    CAPLIN & DRYSDALE, CHARTERED
    600 Lexington Avenue, 21st Floor
    New York, New York 10022
    Phone: (212) 379-6060
    Email: mallison@capdale.com

*Attorneys for Defendants Robert Klugman, Doston Bradley, Roger Lehman, Thomas Kertelits , Carl Andrew Vergari, Sean Driscoll, Gavin Crescenzo, Bradley Crescenzo, Svetlin Petkov, Matthew Tucci,*

*John LaChance, Vincent Natoli, Todd Bergeron, Kevin Kenning, RAK Investment Trust, Aerovane Logistics LLC Roth 401K Plan, Edgepoint Capital LLC Roth 401K Plan, Headsail Manufacturing LLC Roth 401K Plan, The Random Holdings 401K Plan, The Stor Capital Consulting LLC 401K Plan; The Bradley London Pension Plan, The DMR Pension Plan, The Houston Rocco LLC 401K Plan, The Proper Pacific LLC 401K Plan, The LBR Capital Pension Plan, The Atlantic DHR 401K Plan, The Busby Black 401K Plan, The Canada Rock LLC 401K Plan, The ISDB Pension Plan, The Monin Amper Pension Plan, The NYC Stanismore Pension Plan, The Texas Rocco LLC 401K Plan, Sanford Villa Pension Plan, The Aston Advisors LLC 401K Plan, The Sector 230 LLC 401K Plan, The M2F Wellness LLC 401K Plan, The MPQ Holdings LLC 401K Plan, The TKKJ LLC 401K Plan, NYCATX LLC Solo 401K Plan, Ackview Solo 401K Plan, The Dosmon Bly Pension Plan Doston, The India Bombay LLC 401K Pension Plan, The Aria Pension Plan, The Belforte Pension Plan, The Bravos Advisors 401K Plan, The Costello Advisors Pension Plan, The Eskin Pension Plan, The Fieldcrest Pension Plan, The Westport Advisors LLC 401K Plan, The Kodiak Capital Pension Plan, The Kyber Pension Plan, The Lerici Capital Pension Plan, The Ludlow Holdings 401K Plan, The Regoleth Pension Plan, The Saba Capital LLC 401K Plan, The West River Pension Plan, The Stark Pension Plan, The Petkov Partners Pension Plan, The Petkov Management LLC 401K Plan, The SVP 401K Plan, The Krabi Holdings LLC 401K Plan, The SPKK LLC 401K Plan, The KASV Group Pension Plan, The 78 Yorktown Pension Plan, The Cambridge Town Line Pension Plan, The Diamond Scott Capital Pension Plan, The Hotel Fromance Pension Plan, The Mountain Air LLC 401K Plan, The SKSL LLC Pension Plan, The Snow Hill Pension Plan, The Westridge Ave LLC 401K Plan, The Shapiro Blue Management LLC 401K Plan, The Patrick Partners Conglomerate Pension Plan, CSCC Capital Pension Plan, The Cardinal Consulting Pension Plan, The Egret Associates LLC 401K Plan, The Crow Associates Pension Plan, The Heron Advisors Pension Plan, The Hoboken*

*Advisors LLC 401K Plan, The Jayfran Blue Pension Plan, The JT Health Consulting LLC 401K Plan, The Lakeview Advisors 401K Plan, The Osprey Associates LLC 401K Plan, The Sandpiper Pension Plan, The Zen Training LLC 401(K) Plan, The Everything Clean LLC 401K Plan, The Jump Group LLC 401K Plan, The Oaks Group Pension Plan, The Wave Maven LLC 401K Plan, The Balmoral Management LLC 401K Pension Plan, The Beech Tree Partners 401K Plan, The Blackbird 401K Plan, The Chambers Property Management LLC 401K Plan, FiftyEightSixty LLC Solo 401K Plan, The Hawk Group Pension Plan, The Hibiscus Partners LLC 401K Plan, The Maple Advisors LLC 401K Plan, OneZeroFive LLC Solo 401K Plan, The Sea Bright Advisors LLC 401K Plan, The Tag Realty Advisors LLC 401K Plan, The Throckmorton Advisors 401K Plan, JML Capital LLC 401K Plan, The Dink 14 LLC 401K Plan, Natoli Management Pension Plan, Nova Fonta Trading LLC 401K Plan, The Skybax LLC 401K Plan, The Robin Daniel Pension Plan, The FWC Capital LLC Pension Plan, The RDL Consulting Group LLC Pension Plan, Cole Enterprises USA Retirement Plan Trust, Blackrain Pegasus LLC Solo 401K Plan, Gyos 23 LLC Solo 401K Plan, The Oak Tree One 401K Plan, The Joanne E. Bradley Solo 401K Plan, Delgado Fox LLC Solo 401K Plan, Pegasus Fox 23 LLC Solo 401K Plan, KK Law Firm Retirement Plan Trust, The Valerius LLC Solo 401K Plan, The Sinclair Pension Plan, The Green Group Site Pension Plan, The Mueller Investments Pension Plan, The Bella Consultants Pension Plan, Blue Ocean Equity LLC Retirement Plan Trust*

KAPLAN RICE LLP

By: /s/ Michelle A. Rice
    Michelle A. Rice
    Kaplan Rice LLP
    142 West 57th Street
    Suite 4A
    New York N.Y. 10019
    (212) 333-0227
    mrice@kaplanrice.com

9

*Attorneys for Defendants Joseph Herman, David Zelman, Edwin Miller, Ronald Altbach, Perry Lerner, Robin Jones, Ballast Ventures LLC Roth 401(K) Plan, Bareroot Capital Investments LLC Roth 401(K)Plan, Albedo Management LLC Roth 401(K) Plan, Dicot Technologies LLC Roth 401(K) Plan, Fairlie Investments LLC Roth 401(K) Plan, First Ascent Worldwide LLC Roth 401(K) Plan, Battu Holdings LLC Roth 401(K) Plan, Cantata Industries LLC Roth 401(K) Plan, Crucible Ventures LLC Roth 401(K) Plan, Monomer Industries LLC Roth 401(K) Plan, Limelight Global Productions LLC Roth 401(K) Plan, Loggerhead Services LLC Roth 401(K) Plan, PAB Facilities Global LLC Roth 401(K) Plan, Plumrose Industries LLC Roth 401(K) Plan, Pinax Holdings LLC Roth 401(K) Plan, Roadcraft Technologies LLC Roth 401(K) Plan, Sternway Logistics LLC Roth 401(K) Plan, Trailing Edge Productions LLC Roth 401(K) Plan, True Wind Investments LLC Roth 401(K) Plan, Eclouge Industry LLC Roth 401(K) Plan, Vanderlee Technologies Pension Plan, Vanderlee Technologies Pension Plan Trust, Cedar Hill Capital Investments LLC Roth 401(K) Plan, Green Scale Management LLC Roth 401(K) Plan, Fulcrum Productions LLC Roth 401(K) Plan, Keystone Technologies LLC Roth 401(K) Plan, Tumba Systems LLC Roth 401(K) Plan*

DEWEY PEGNO & KRAMARSKY LLP

By: /s/ Thomas E.L. Dewey
    Thomas E.L. Dewey
    777 Third Avenue – 37th Floor
    New York, New York 10017
    Tel.: (212) 943-9000
    Fax: (212) 943-4325
    E-mail:  tdewey@dpklaw.com

*Attorneys for Defendant Michael Ben-Jacob*

WILLIAMS & CONNOLLY LLP

By:  /s/ Stephen D. Andrews
    Stephen D. Andrews
    Amy B. McKinlay
    Williams & Connolly LLP
    725 Twelfth Street, N.W.
    Washington, DC 20005
    (202) 434-5000
    amckinlay@wc.com
    sandrews@wc.com

*Attorneys for Defendants Sander Gerber and*
*Sander Gerber Pension Plan*

## APPENDIX A

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| John van Merkensteijn, III | Sharon L. McCarthy<br>Caroline Ciraolo<br>Nicholas S. Bahnsen<br>Kostelanetz & Fink LLP<br>7 World Trade Center, 34th Floor<br>New York, New York 10007<br>Tel: (212) 808-8100<br>Fax: (212) 808-8108<br>cciraolo@kflaw.com<br>smccarthy@kflaw.com<br>nbahnsen@kflaw.com | 19-cv-01866<br>19-cv-01865<br>19-cv-01906<br>19-cv-01894<br>19-cv-01911<br>19-cv-01871<br>19-cv-01930<br>19-cv-01873<br>19-cv-01794<br>19-cv-01798<br>19-cv-01788<br>19-cv-01918<br>19-cv-01928<br>19-cv-01931<br>19-cv-01800<br>19-cv-01803<br>19-cv-01809<br>19-cv-01818<br>19-cv-01801<br>19-cv-01810<br>19-cv-01813 |
| Elizabeth van Merkensteijn | | 19-cv-01893 |
| Azalea Pension Plan | | 19-cv-01893 |
| Basalt Ventures LLC Roth 401(K) Plan | | 19-cv-01866 |
| Bernina Pension Plan | | 19-cv-01865 |
| Bernina Pension Plan Trust | | 19-cv-10713 |
| Michelle Investments Pension Plan | | 19-cv-01906 |
| Omineca Pension Plan | | 19-cv-01894 |
| Omineca Trust | | 19-cv-01794<br>19-cv-01798<br>19-cv-01788<br>19-cv-01918<br>19-cv-01928 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| | | 19-cv-01931 |
| | | 19-cv-01800 |
| | | 19-cv-01803 |
| | | 19-cv-01809 |
| | | 19-cv-01818 |
| | | 19-cv-01801 |
| | | 19-cv-01810 |
| | | 19-cv-01813 |
| Remece Investments LLC Pension Plan | | 19-cv-01911 |
| Starfish Capital Management LLC Roth 401(K) Plan | | 19-cv-01871 |
| Tarvos Pension Plan | | 19-cv-01930 |
| Voojo Productions LLC Roth 401(K) Plan | | 19-cv-01873 |
| Xiphias LLC Pension Plan | | 19-cv-01924 |
| Richard Markowitz | Alan E. Schoenfeld Wilmer Cutler Pickering Hale and Dorr LLP 7 World Trade Center 250 Greenwich Street New York, NY 10007 Telephone: (212) 230-8800 alan.schoenfeld@wilmerhale.com | 19-cv-01867 19-cv-01895 19-cv-01869 19-cv-01868 19-cv-01898 19-cv-10713 19-cv-01896 19-cv-01783 19-cv-01922 19-cv-01926 19-cv-01929 19-cv-01812 19-cv-01870 19-cv-01792 19-cv-01806 19-cv-01808 19-cv-01815 |
| Jocelyn Markowitz | | 19-cv-01904 |
| Avanix Management LLC Roth 401(K) Plan | | 19-cv-01867 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| Batavia Capital Pension Plan Calypso Investments Pension Plan | | 19-cv-01895 19-cv-01904 |
| Cavus Systems LLC Roth 401(K) Plan | | 19-cv-01869 |
| Hadron Industries LLC Roth 401(K) Plan | | 19-cv-01868 |
| RJM Capital Pension Plan | | 19-cv-01898 |
| RJM Capital Pension Plan Trust | | 19-cv-10713 |
| Routt Capital Pension Plan | | 19-cv-01896 |
| Routt Capital Trust | | 19-cv-01783 19-cv-01922 19-cv-01926 19-cv-01929 19-cv-01812 19-cv-01870 19-cv-01792 19-cv-01806 19-cv-01808 19-cv-01815 |
| Robert Klugman | Mark D. Allison Caplin & Drysdale, Chartered 600 Lexington Avenue 21st Floor New York, NY 10022 Tel: (212) 379-6000 mallison@capdale.com zziering@capdale.com | 18-cv-04434 18-cv-07824 18-cv-07827 18-cv-07828 18-cv-07829 19-cv-07829 19-cv-01783 19-cv-01785 19-cv-01788 19-cv-01791 19-cv-01792 19-cv-01798 19-cv-01800 19-cv-01801 19-cv-01803 19-cv-01806 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| | | 19-cv-01808 |
| | | 19-cv-01809 |
| | | 19-cv-01810 |
| | | 19-cv-01812 |
| | | 19-cv-01813 |
| | | 19-cv-01815 |
| | | 19-cv-01818 |
| | | 19-cv-01870 |
| | | 19-cv-01918 |
| | | 19-cv-01922 |
| | | 19-cv-01926 |
| | | 19-cv-01928 |
| | | 19-cv-01929 |
| | | 19-cv-01931 |
| RAK Investment Trust | | 18-cv-07828 |
| Aerovane Logistics LLC Roth 401(K) Plan | | 18-cv-07827 |
| Edgepoint Capital LLC Roth 401(K) Plan | | 18-cv-07824 |
| Headsail Manufacturing LLC Roth 401(K) Plan | | 18-cv-07829 |
| The Random Holdings 401(K) Plan | | |
| The Stor Capital Consulting LLC 401(K) Plan | | 18-cv-04434 |
| The Bradley London Pension Plan | | 18-cv-04047 |
| The DMR Pension Plan | | 18-cv-04049 |
| The Houston Rocco LLC 401K Plan | | 18-cv-04050 |
| The Proper Pacific LLC 401K Plan | | 18-cv-04051 |
| The LBR Capital Pension Plan | | 18-cv-04052 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| The Atlantic DHR 401K Plan | | 18-cv-04430 |
| The Busby Black 401K Plan | | 18-cv-04522 |
| The Canada Rock LLC 401K Plan | | 18-cv-04531 |
| The ISDB Pension Plan | | 18-cv-04536 |
| The Monin Amper Pension Plan | | 18-cv-04538 |
| The NYC Stanismore Pension Plan | | 18-cv-04541 |
| The Texas Rocco LLC 401K Plan | | 18-cv-04543 |
| Sanford Villa Pension Plan | | 18-cv-04767 |
| The Aston Advisors LLC 401K Plan | | 18-cv-04770 |
| The Sector 230 LLC 401K Plan | | 18-cv-04771 |
| The M2F Wellness LLC 401K Plan | | 18-cv-04890 |
| The MPQ Holdings LLC 401K Plan | | 18-cv-04892 |
| The TKKJ LLC 401K Plan | | 18-cv-04896 |
| NYCATX LLC Solo 401K Plan | | 18-cv-04898 |
| Ackview Solo 401K Plan | | 18-cv-04900 |
| The Dosmon Bly Pension Plan Doston | | 18-cv-05045 |
| The India Bombay LLC 401K Pension Plan | | 18-cv-05057 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| The Aria Pension Plan | | 18-cv-05147 |
| The Belforte Pension Plan | | 18-cv-05150 |
| The Bravos Advisors 401K Plan | | 18-cv-05151 |
| The Costello Advisors Pension Plan | | 18-cv-05158 |
| The Eskin Pension Plan | | 18-cv-05164 |
| The Fieldcrest Pension Plan | | 18-cv-05180 |
| The Westport Advisors LLC 401K Plan | | 18-cv-05183 |
| The Kodiak Capital Pension Plan | | 18-cv-05185 |
| The Kyber Pension Plan | | 18-cv-05186 |
| The Lerici Capital Pension Plan | | 18-cv-05188 |
| The Ludlow Holdings 401K Plan | | 18-cv-05189 |
| The Regoleth Pension Plan | | 18-cv-05190 |
| The Saba Capital LLC 401K Plan | | 18-cv-05192 |
| The West River Pension Plan | | 18-cv-05193 |
| The Stark Pension Plan | | 18-cv-05194 |
| The Petkov Partners Pension Plan | | 18-cv-05299 |
| The Petkov Management LLC 401K Plan | | 18-cv-05300 |
| The SVP 401K Plan | | 18-cv-05305 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| The Krabi Holdings LLC 401K Plan | | 18-cv-05307 |
| The SPKK LLC 401K Plan | | 18-cv-05308 |
| The KASV Group Pension Plan | | 18-cv-05309 |
| The 78 Yorktown Pension Plan | | 18-cv-09565 |
| The Cambridge Town Line Pension Plan | | 18-cv-09570 |
| The Diamond Scott Capital Pension Plan | | 18-cv-09587 |
| The Hotel Fromance Pension Plan | | 18-cv-09588 |
| The Mountain Air LLC 401K Plan | | 18-cv-09589 |
| The SKSL LLC Pension Plan | | 18-cv-09590 |
| The Snow Hill Pension Plan | | 18-cv-09650 |
| The Westridge Ave LLC 401K Plan | | 18-cv-09665 |
| The Shapiro Blue Management LLC 401K Plan | | 18-cv-09666 |
| The Patrick Partners Conglomerate Pension Plan | | 18-cv-09668 |
| CSCC Capital Pension Plan | | 18-cv-09669 |
| The Dink 14 LLC 401K Plan | | 18-cv-10091 |
| JML Capital LLC 401K Plan | | 18-cv-10092 |
| Natoli Management Pension Plan | | 18-cv-10093 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| Nova Fonta Trading LLC 401K Plan | | 18-cv-10094 |
| The Skybax LLC 401K Plan | | 18-cv-10095 |
| The FWC Capital LLC Pension Plan | | 18-cv-10098 |
| The RDL Consulting Group LLC Pension Plan | | 18-cv-10099 |
| Cole Enterprises USA Retirement Plan Trust | | 18-cv-10118 |
| Blackrain Pegasus LLC Solo 401K Plan | | 18-cv-10119 |
| Gyos 23 LLC Solo 401K Plan | | 18-cv-10122 |
| The Oak Tree One 401K Plan | | 18-cv-10123 |
| The Joanne E. Bradley Solo 401K Plan | | 18-cv-10124 |
| Delgado Fox LLC Solo 401K Plan | | 18-cv-10125 |
| Pegasus Fox 23 LLC Solo 401K Plan | | 18-cv-10126 |
| KK Law Firm Retirement Plan Trust | | 18-cv-10127 |
| The Valerius LLC Solo 401K Plan | | 18-cv-10129 |
| The Sinclair Pension Plan | | 18-cv-10133 |
| The Green Group Site Pension Plan | | 18-cv-10134 |
| The Mueller Investments Pension Plan | | 18-cv-10135 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| The Bella Consultants Pension Plan | | 18-cv-10136 |
| Blue Ocean Equity LLC Retirement Plan Trust | | 18-cv-10137 |
| Doston Bradley | | 18-cv-04047 |
| | | 18-cv-04049 |
| | | 18-cv-04050 |
| | | 18-cv-04051 |
| | | 18-cv-04052 |
| | | 18-cv-04430 |
| | | 18-cv-04522 |
| | | 18-cv-04531 |
| | | 18-cv-04536 |
| | | 18-cv-04538 |
| | | 18-cv-04541 |
| | | 18-cv-04543 |
| | | 18-cv-05045 |
| | | 18-cv-05057 |
| | | 18-cv-10119 |
| | | 18-cv-10122 |
| | | 18-cv-10123 |
| | | 18-cv-10124 |
| | | 18-cv-10125 |
| | | 18-cv-10126 |
| Roger Lehman | | 18-cv-04767 |
| | | 18-cv-04770 |
| | | 18-cv-05147 |
| | | 18-cv-05150 |
| | | 18-cv-05151 |
| | | 18-cv-05158 |
| | | 18-cv-05164 |
| | | 18-cv-05180 |
| | | 18-cv-05183 |
| | | 18-cv-05185 |
| | | 18-cv-05186 |
| | | 18-cv-05188 |
| | | 18-cv-05189 |
| | | 18-cv-05190 |
| | | 18-cv-05192 |
| | | 18-cv-05193 |
| | | 18-cv-05194 |
| | | 18-cv-05299 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| | | 18-cv-05305 |
| | | 18-cv-05308 |
| | | 18-cv-05309 |
| | | 18-cv-09565 |
| | | 18-cv-09570 |
| | | 18-cv-09587 |
| | | 18-cv-09588 |
| | | 18-cv-09589 |
| | | 18-cv-09590 |
| | | 18-cv-09650 |
| | | 18-cv-09665 |
| | | 18-cv-09666 |
| | | 18-cv-09668 |
| | | 18-cv-09669 |
| | | 18-cv-10092 |
| | | 18-cv-10093 |
| | | 18-cv-10094 |
| | | 18-cv-10098 |
| | | 18-cv-10099 |
| | | 18-cv-10129 |
| | | 18-cv-10133 |
| | | 18-cv-10134 |
| | | 18-cv-10135 |
| | | 18-cv-10136 |
| Mitchell Protass | | 18-cv-04890 |
| | | 18-cv-04892 |
| Thomas Kertelits | | 18-cv-04896 |
| Carl Andrew Vergari | | 18-cv-04898 |
| Sean Driscoll | | 18-cv-04900 |
| Gavin Crescenzo | | 18-cv-05147 |
| | | 18-cv-05150 |
| | | 18-cv-05151 |
| | | 18-cv-05158 |
| | | 18-cv-05164 |
| | | 18-cv-05180 |
| | | 18-cv-05183 |
| | | 18-cv-05185 |
| | | 18-cv-05186 |
| | | 18-cv-05188 |
| | | 18-cv-05189 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| | | 18-cv-05190 |
| | | 18-cv-05192 |
| | | 18-cv-05193 |
| | | 18-cv-05194 |
| | | 18-cv-05307 |
| Bradley Crescenzo | | 18-cv-05151 |
| | | 18-cv-05185 |
| | | 18-cv-05186 |
| | | 18-cv-05190 |
| | | 18-cv-05194 |
| | | 18-cv-10095 |
| Svetlin Petkov | | 18-cv-05299 |
| | | 18-cv-05300 |
| | | 18-cv-05305 |
| | | 18-cv-05308 |
| | | 18-cv-05309 |
| Vincent Natoli | | 18-cv-10091 |
| | | 18-cv-10093 |
| | | 18-cv-10094 |
| John LaChance | | 18-cv-10093 |
| Kevin Kenning | | 18-cv-10127 |
| | | 18-cv-10137 |
| | | 18-cv-10118 |
| Todd Bergeron | | 18-cv-10118 |
| | | 18-cv-10137 |
| The Cardinal Consulting Pension Plan | | 18-cv-10028 |
| The Egret Associates LLC 401K Plan | | 18-cv-10030 |
| The Crow Associates Pension Plan | | 18-cv-10031 |
| The Heron Advisors Pension Plan | | 18-cv-10032 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| The Hoboken Advisors LLC 401K Plan | | 18-cv-10035 |
| The Jayfran Blue Pension Plan | | 18-cv-10036 |
| The JT Health Consulting LLC 401K Plan | | 18-cv-10039 |
| The Lakeview Advisors 401K Plan | | 18-cv-10049 |
| The Osprey  Associates LLC 401K Plan | | 18-cv-10060 |
| The Sandpiper Pension Plan | | 18-cv-10061 |
| The Zen Training LLC 401(K) Plan | | 18-cv-10062 |
| The Everything Clean LLC 401K Plan | | 18-cv-10063 |
| The Jump Group LLC 401K Plan | | 18-cv-10064 |
| The Oaks Group Pension Plan | | 18-cv-10065 |
| The Wave Maven LLC 401K Plan | | 18-cv-10066 |
| The Beech Tree Partners 401K Plan | | 18-cv-10069 |
| The Blackbird 401K Plan | | 18-cv-10070 |
| The Chambers Property Management LLC 401K Plan | | 18-cv-10071 |
| FiftyEightSixty LLC Solo 401K Plan | | 18-cv-10073 |
| The Hawk Group Pension Plan | | 18-cv-10074 |
| The Hibiscus Partners LLC 401K Plan | | 18-cv-10076 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| The Maple Advisors LLC 401K Plan | | 18-cv-10077 |
| OneZeroFive LLC Solo 401K Plan | | 18-cv-10080 |
| The Sea Bright Advisors LLC 401K Plan | | 18-cv-10082 |
| The Tag Realty Advisors LLC 401K Plan | | 18-cv-10083 |
| The Throckmorton Advisors 401K Plan | | 18-cv-10086 |
| The Robin Daniel Pension Plan | | 18-cv-10096 |
| Matthew Tucci | | 18-cv-10028 |
| | | 18-cv-10030 |
| | | 18-cv-10031 |
| | | 18-cv-10032 |
| | | 18-cv-10035 |
| | | 18-cv-10036 |
| | | 18-cv-10039 |
| | | 18-cv-10049 |
| | | 18-cv-10060 |
| | | 18-cv-10061 |
| | | 18-cv-10062 |
| | | 18-cv-10063 |
| | | 18-cv-10064 |
| | | 18-cv-10065 |
| | | 18-cv-10066 |
| | | 18-cv-10069 |
| | | 18-cv-10070 |
| | | 18-cv-10071 |
| | | 18-cv-10073 |
| | | 18-cv-10074 |
| | | 18-cv-10076 |
| | | 18-cv-10077 |
| | | 18-cv-10080 |
| | | 18-cv-10082 |
| | | 18-cv-10083 |
| | | 18-cv-10086 |
| | | 18-cv-10096 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| Joseph Herman | Michelle A. Rice | 1:19-cv-01785 |
| | Kaplan Rice LLP | 1:19-cv-01781 |
| | 142 West 57th Street | 1:19-cv-01791 |
| | Suite 4A | 1:19-cv-01794 |
| David Zelman | New York N.Y. 10019 | 1:19-cv-01918 |
| | (212) 333-0227 | 1:19-cv-01783 |
| | mrice@kaplanrice.com | 1:19-cv-01798 |
| | | 1:19-cv-01788 |
| | | |
| | | 1:19-cv-01926 |
| Edwin Miller | | 1:19-cv-01922 |
| | | 1:19-cv-01928 |
| | | 1:19-cv-01929 |
| | | 1:19-cv-01931 |
| | | |
| | | 1:19-cv-01809 |
| Ronald Altbach | | 1:19-cv-01800 |
| | | 1:19-cv-01803 |
| | | 1:19-cv-01812 |
| | | 1:19-cv-01818 |
| | | |
| | | 1:19-cv-01806 |
| Perry Lerner | | 1:19-cv-01870 |
| | | 1:19-cv-01792 |
| | | 1:19-cv-01808 |
| | | 1:19-cv-01815 |
| | | |
| | | 1:19-cv-01801 |
| Robin Jones | | 1:19-cv-01810 |
| | | 1:19-cv-01813 |
| | | |
| Ballast Ventures LLC Roth 401(K) Plan | | 1:19-cv-01781 |
| | | |
| Bareroot Capital Investments LLC Roth 401(K) Plan | | 1:19-cv-01783 |
| | | |
| Albedo Management LLC Roth 401(K) Plan | | 1:19-cv-01785 |
| | | |
| Dicot Technologies LLC Roth 401(K) Plan | | 1:19-cv-01788 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| Fairlie Investments LLC Roth 401(K) Plan | | 1:19-cv-01791 |
| First Ascent Worldwide LLC Roth 401(K) Plan | | 1:19-cv-01792 |
| Battu Holdings LLC Roth 401(K) Plan | | 1:19-cv-01794 |
| Cantata Industries LLC Roth 401(K) Plan | | 1:19-cv-01798 |
| Crucible Ventures LLC Roth 401(K) Plan | | 1:19-cv-01800 |
| Monomer Industries LLC Roth 401(K) Plan | | 1:19-cv-01801 |
| Limelight Global Productions LLC Roth 401(K) Plan | | 1:19-cv-01803 |
| Loggerhead Services LLC Roth 401(K) Plan | | 1:19-cv-01806 |
| PAB Facilities Global LLC Roth 401(K) Plan | | 1:19-cv-01808 |
| Plumrose Industries LLC Roth 401(K) Plan | | 1:19-cv-01809 |
| Pinax Holdings LLC Roth 401(K) Plan | | 1:19-cv-01810 |
| Roadcraft Technologies LLC Roth 401(K) Plan | | 1:19-cv-01812 |
| Sternway Logistics LLC Roth 401(K) Plan | | 1:19-cv-01813 |
| Trailing Edge Productions LLC Roth 401(K) Plan | | 1:19-cv-01815 |
| True Wind Investments LLC Roth 401(K) Plan | | 1:19-cv-01818 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| Eclouge Industry LLC Roth 401(K) Plan | | 1:19-cv-01870 |
| Vanderlee Technologies Pension Plan | | 1:19-cv-01918 |
| Vanderlee Technologies Pension Plan Trust | | 1:19-cv-01918 |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan | | 1:19-cv-01922 |
| Green Scale Management LLC Roth 401(K) Plan | | 1:19-cv-01926 |
| Fulcrum Productions LLC Roth 401(K) Plan | | 1:19-cv-01928 |
| Keystone Technologies LLC Roth 401(K) Plan | | 1:19-cv-01929 |
| Tumba Systems LLC Roth 401(K) Plan | | 1:19-cv-01931 |
| Sander Gerber | Stephen D. Andrews<br>Amy B. McKinlay<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>(202) 434-5000<br>amckinlay@wc.com<br>sandrews@wc.com | 18-cv-4899 |
| Sander Gerber Pension Plan | | 18-cv-4899 |
| Michael Ben-Jacob | Thomas E. L. Dewey<br>Dewey Pegno & Kramarsky LLP<br>777 Third Avenue – 37th Floor<br>New York, New York 10017<br>Tel.: (212) 943-9000<br>Fax: (212) 943-4325<br>E-mail:  tdewey@dpklaw.com | 1:18-cv-04434<br>1:18-cv-07824<br>1:18-cv-07827<br>1:18-cv-07828<br>1:18-cv-07829<br>1:19-cv-01781<br>1:19-cv-01783<br>1:19-cv-01785<br>1:19-cv-01788<br>1:19-cv-01791<br>1:19-cv-01792<br>1:19-cv-01794<br>1:19-cv-01798<br>1:19-cv-01800 |

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| | | 1:19-cv-01801 |
| | | 1:19-cv-01803 |
| | | 1:19-cv-01806 |
| | | 1:19-cv-01808 |
| | | 1:19-cv-01809 |
| | | 1:19-cv-01810 |
| | | 1:19-cv-01812 |
| | | 1:19-cv-01813 |
| | | 1:19-cv-01815 |
| | | 1:19-cv-01818 |
| | | 1:19-cv-01866 |
| | | 1:19-cv-01867 |
| | | 1:19-cv-01868 |
| | | 1:19-cv-01869 |
| | | 1:19-cv-01870 |
| | | 1:19-cv-01871 |
| | | 1:19-cv-01873 |
| | | 1:19-cv-01894 |
| | | 1:19-cv-01896 |
| | | 1:19-cv-01918 |
| | | 1:19-cv-01922 |
| | | 1:19-cv-01926 |
| | | 1:19-cv-01928 |
| | | 1:19-cv-01929 |
| | | 1:19-cv-01931 |

**CERTIFICATE OF SERVICE**

I certify that on April 7, 2021, I caused a true copy of the foregoing to be filed with the

Clerk of the United States District Court for the Southern District of New York by using the

Court's CM/ECF system.  I further certify that Plaintiff is represented by attorneys who are

registered CM/ECF users and that service will be accomplished by the CM/ECF system

April 7, 2021                                           /s/ Andrew S. Dulberg
Boston, MA                                             Andrew S. Dulberg