UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND LITIGATION<br><br>Pertains to case numbers:<br><br>18-CV-5053, 18-CV-9797, 18-CV-9836, 18-18-CV-9837, 18-CV-9838, 18-CV-9839, 18-CV-9840, 18-CV-9841, 18-cv-10100 | Case No. 1:18-MD-2865 (LAK) |

**NOTICE OF THIRD-PARTY DEFENDANT ED&F MAN CAPITAL MARKETS, LTD.'S MOTION TO DISMISS**
**THE THIRD-PARTY COMPLAINT OF ACER INVESTMENT GROUP, LLC**

PLEASE TAKE NOTICE that, in accordance with Federal Rules of Civil Procedure 12(b)(2), 12(b)(6) and 14, Third-Party Defendant ED&F Man Capital Markets, Ltd. ("ED&F") hereby respectfully moves this Court, before the Honorable Lewis A. Kaplan, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21B, New York, NY 10007, for an order dismissing the Third-Party Complaint of Acer Investment Group, LLC ("Acer") (ECF No. 527) in its entirety.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order entered by the Court on February 18, 2021 (ECF No. 537), Acer's response is due on or before May 14, 2021, and ED&F's reply is due on or before June 4, 2021.

**BINDER & SCHWARTZ LLP**

Dated: April 15, 2021
      New York, NY

By: */s/ Neil S. Binder*
    Neil S. Binder
    M. Tomas Murphy
    Gregory C. Pruden
    366 Madison Avenue, Sixth Floor
    New York, NY 10017
    Tel: 212.510.7008
    Fax: 212.510.7299
    nbinder@binderschwartz.com
    tmurphy@binderschwartz.com
    gpruden@binderschwartz.com