# Exhibit G

Ronald Altbach — October 30, 2020

```
1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
2           Master docket No. 18-MD-2865(LAK)
                 Case Nos. 18-cv-09505
3    _____)
                                        )
4    IN RE:                             )
                                        )
5    CUSTOMS AND TAX ADMINISTRATION OF  )
     THE KINGDOM OF DENMARK (SKATTEFOR  )
6    VALTNINGEN) TAX REFUND SCHEME      )
     LITIGATION,                        )
7                                       )
     _____)
8

9

10

11

12

13

14      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                   EXAMINATION OF

16                   RONALD ALTBACH

17              DATE: October 30, 2020

18

19

20

21

22

23

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Ronald Altbach — October 30, 2020

```
 1            THE VIDEOGRAPHER:  Stand by.  This
 2       is the remote video recorded deposition
 3       of Ronald Altbach.
 4            Today is Friday, October 30, 2020.
 5       The time is now 10:03 a.m. in the
 6       Eastern time zone.
 7            We're here in the matter of In Re,
 8       Customs and Tax Administration of the
 9       Kingdom of Denmark et al.  All counsel
10       have been noted on record.
11            My name is Jose Rivera, remote
12       video technician, on behalf of Gregory
13       Edwards LLC.
14            At this time, will the reporter
15       Michael Friedman, on behalf of Gregory
16       Edwards LLC, please swear in the
17       witness.
18       ///
19       ///
20       ///
21       ///
22       ///
23       ///
24       ///
25       ///
```

Ronald Altbach - October 30, 2020

Page 14

```
1      R O N A L D   A L T B A C H,

2              called as a witness, having been first

3      duly sworn according to law, testifies as follows:

4

5

6

7

8      EXAMINATION BY MR. MCGOEY:

9          Q    Good morning, Mr. Altbach.  We

10     spoke briefly earlier, but let me introduce

11     myself.  My name is John McGoey from the law

12     firm of Hughes, Hubbard & Reed, and we

13     represent plaintiff SKAT in this matter.

14             Have you ever been deposed before?

15         A    Yes.

16         Q    Okay.  How recently?

17         A    I would say 1986.

18         Q    Okay.  So probably worth going over

19     some ground rules then.

20             The first is, you've heard Mike's

21     voice today.  He's our court reporter.  So

22     he's going to be take down everything that

23     you're saying.

24             So to assist him with that, if you

25     could let me finish my questions before you
```

Ronald Altbach - October 30, 2020

1          And then I certainly did not pay

2    Kaye Scholer anything after that.  I don't

3    know if I had before.

4          I have no idea.

5    Q    Understood.

6          So it's your testimony that LLCs

7    were established before they had any

8    connection to you?

9    A    I believe so.

10   Q    And the pension plans that related

11   to you, do you know if they paid any fees to

12   Kaye Scholer in 2014 to 2015?

13        MS. RICE:  Objection.  You can

14        answer.

15   A    I don't -- I don't know.

16   Q    Did you have an understanding that

17   Kaye Scholer represented you personally in

18   2014/2015?

19        MS. RICE:  Hold on.  Ron Altbach,

20        individually, as a -- personally?

21        MR. MCGOEY:  Yes.  I said

22        personally.

23        MS. RICE:  Okay.  All right.  You

24        can answer.

25   A    I don't think so.