# Exhibit I

**From:** Richard Markowitz <rmarkowitz@argremgt.com>
**Sent:** Tuesday, June 10, 2014 11:14 AM
**To:** John H. van Merkensteijn, III; Wells, Peter
**Cc:** Ben-Jacob, Michael
**Subject:** Re: Argre/KS Call

Also, we should not make all the names financial sounding (Capital, Management, Investments etc.).

We should add words like "Manufacturing", "Productions", "Technology"

Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:     (212) 247-2600
Fax:    (212) 247-2753
Mobile: (917) 848-5675

RMarkowitz@Argremgt.com

---

**From:** "<John H. van Merkensteijn>", "John Van Merkensteijn, III" <JHVM@Argremgt.com>
**Date:** Tuesday, June 10, 2014 at 11:11 AM
**To:** Peter Wells <peter.wells@kayescholer.com>
**Cc:** Richard MARKOWITZ <rmarkowitz@argremgt.com>, Michael Ben-Jacob <michael.ben-jacob@kayescholer.com>
**Subject:** Re: Argre/KS Call

Good but only one name from rocks one from fish. Etc. We want to make them sound dissimilar

Sent from my iPhone

John H van Merkensteijn III
Argre Management
40 West 57th Street
New York, N.Y. 10019
1 212 247 2600
Jhvm@argremgt.com

On Jun 10, 2014, at 10:06 AM, "Wells, Peter" <Peter.Wells@kayescholer.com> wrote:

> John,
>
> Thank you for the update.
>
> Amy's email and phone number are as follows:
>
> Amy.gregory@kayescholer.com

1

RICHARD MARKOWITZ
EXHIBIT 2265
04 - 09 - 2021

CONFIDENTIAL                                                                WH_MDL_00297405

(212) 836-7745

I was thinking about some ideas for names – the primary names were just random, but as we discussed I was pairing them with names that sound like financial entities (e.g., Starfish Capital LLC, Granite Partners LLC, Basalt Ventures LLC, Dolomite Management LLC). In any case, to the extent there are particular names that you are partial to, let me know.

Regards,
Peter

\*\*\*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells
Kaye Scholer LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

**From:** John H. van Merkensteijn, III [mailto:jhvm@argremgt.com]
**Sent:** Tuesday, June 10, 2014 9:30 AM
**To:** Wells, Peter; Richard Markowitz
**Cc:** Ben-Jacob, Michael
**Subject:** Re: Argre/KS Call

Peter

what is Amy's email and phone number— I have lost the contact information

Among other things we are talking with london on Friday to review on boarding information required and process

We are making a list of LLC and Plan names (any suggestions?)

Cant make much progress on mechanics till we get these things done

best

JHvMIII

2

**From:** <Wells>, Peter Wells <Peter.Wells@kayescholer.com>
**Date:** Sunday, June 8, 2014 at 9:59 PM
**To:** Richard Markowitz <rmarkowitz@argremgt.com>, John van Merkensteijn <jhvm@argremgt.com>
**Cc:** Michael Ben-Jacob <michael.ben-jacob@kayescholer.com>
**Subject:** RE: Argre/KS Call

Richard and John,

I wanted to follow-up with you both on the status of the additional information regarding the new ex-dividend trades. As you we recall, you were going to provide us with, among other things, a list who is going to be involved in the various partnerships and related LLCs, along with one or more sample Forms 8802 from one of the most recent structures etc.

Please let me know where this stands.

Regards,
Peter


\*\*\*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells
<image001.png>
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com


This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

**From:** Robert Klugman [mailto:rklugman@storcapital.com]
**Sent:** Tuesday, June 03, 2014 4:07 PM
**To:** Wells, Peter
**Cc:** Richard Markowitz; John H. van Merkensteijn III
**Subject:** Re: Argre/KS Call

Contact Details:

Rob Klugman
STOR Capital Consulting LLC
200 Henry Street - #1501
Stamford, CT 06902
rklugman@STORCapital.com
914-450-7280

3

CONFIDENTIAL    WH_MDL_00297407

CV:

4

CONFIDENTIAL

WH_MDL_00297408