# Exhibit J

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.  18-MD-2865 (LAK)

 3   _____
                                        )
 4   IN RE:                             )
                                        )
 5   CUSTOMS AND TAX ADMINISTRATION OF  )
     THE KINGDOM OF DENMARK             )
 6   (SKATTEFORVALTNINGEN) TAX REFUND   )
     SCHEME LITIGATION                  )
 7                                      )
     This document relates to case nos. )
 8   19-cv-01783; 19-cv-01788; 19-cv-01794; )
     19-cv-01798; 19-cv-01918           )
 9   _____)

10

11

12

13

14       REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                     EXAMINATION OF

16                      DAVID ZELMAN

17                 DATE: December 11, 2020

18

19

20

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

David Zelman - December 11, 2020

Page 13

| | |
|---|---|
| 1 | THE VIDEOGRAPHER: This is the |
| 2 | remote video recorded deposition of |
| 3 | David Zelman. |
| 4 | Today is Friday, December 11, 2020. |
| 5 | The time is now 10:51 a.m. New York |
| 6 | time. |
| 7 | We're here in the matter of In Re, |
| 8 | Customs and Tax Administration of the |
| 9 | Kingdom of Denmark, et al. All counsel |
| 10 | have been noted on record. |
| 11 | My name is Jose Rivera, remote |
| 12 | video technician on behalf of Gregory |
| 13 | Edwards LLC. |
| 14 | At this time, will the reporter |
| 15 | Michael Friedman, on behalf of Gregory |
| 16 | Edwards LLC, please swear in the |
| 17 | witness. |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |

David Zelman - December 11, 2020

Page 14

1     D A V I D  Z E L M A N,
2           called as a witness, having been first
3     duly sworn according to law, testifies as follows:
4
5
6
7     EXAMINATION BY MR. WEINSTEIN:
8         Q    Good morning, Mr. Zelman.  My name
9     is Marc Weinstein.  I'm with the firm Hughes,
10    Hubbard & Reed, and we represent the
11    plaintiff SKAT in these actions.
12              Throughout the day, I'll be asking
13    you questions.  And we want to make sure that
14    the record that's created as a result of the
15    deposition is one where your answers are
16    knowing answers, you've understood the
17    questions, and we get the complete answers
18    down.
19              So in order to do that, if you
20    don't understand any of my questions, please
21    ask to clarify or repeat them, or if you
22    haven't heard them as well.  If you do
23    answer, we will assume that you've heard and
24    understood the question.
25              Is that okay?

David Zelman - December 11, 2020

Page 39

1     A    Yes.

2     Q    Was that the entity that was formed
3  that was discussed in the e-mail that you had
4  with Ms. O'Donnell?

5     A    Say the question again?

6     Q    Sure.  Was Vanderlee Technologies
7  LLC the company that was formed for -- that
8  you were discussing with Ms. O'Donnell in the
9  prior exhibit?

10     A    Yes.

11     Q    Do you know what significance, if
12  any, the name Vanderlee Technologies has?

13     A    I do not.

14     Q    All right.  At the time that
15  Vanderlee Technologies LLC was formed, did
16  you have any intention to use it as a company
17  to conduct business?

18     A    No.

19     Q    Did you ever subsequently use
20  Vanderlee Technologies LLC to conduct any
21  business?

22     A    Yes.

23     Q    And when did you use that entity to
24  conduct business?

25     A    Time frame?  Are you asking me when

David Zelman - December 11, 2020

Page 40

```
1      in time?
2          Q    Yes.  Yes.
3          A    I really can't recall exactly.
4          Q    What business did you conduct
5      through Vanderlee Technologies LLC?
6          A    The same services that I would
7      provide through Transitions Institute.
8          Q    Why did you use Vanderlee
9      Technologies to provide the services you had
10     been providing through your established
11     Transitions company?
12         A    It came to my attention that it was
13     useful to have business through
14     these -- through Vanderlee.
15              Excuse me.
16         Q    Who brought that to your attention?
17         A    John Van Merkensteijn.
18         Q    And what did he tell you about
19     that?
20         A    Basically that it would be good to
21     have business transacting through the
22     company.
23         Q    Why?
24         A    For -- I'm not exactly sure why.  I
25     mean, I -- I think that --
```

David Zelman - December 11, 2020

Page 41

1            MS. RICE:  Don't speculate, Mr.
2       Zelman, if you don't know.
3       A    I don't know.
4       Q    Well, I would like to hear what
5  your understanding was as to why it
6  would -- was a good idea for you to conduct
7  the business you had been conducting through
8  Transitions through Vanderlee Technologies
9  LLC.
10           MS. RICE:  And by "understanding,"
11       I want it to be clear to the witness,
12       that means by something that was said to
13       you, which is what I assume
14       Mr. Weinstein is asking, and not for you
15       to speculate in your own mind as to why
16       it would be a good idea.
17       A    If I -- I cannot recall any
18  specific content or the nature of that
19  conversation.  What I was left with is the
20  idea that it would be a good idea for me to
21  do business through these -- through the
22  Vanderlee program.
23       Q    When you were left with that
24  impression, was that because you thought it
25  would be a good idea because it would be

David Zelman - December 11, 2020

Page 42

```
 1     better for your executive coaching career?
 2          A    No.
 3          Q    So in what way did you understand
 4     it would be a good idea to do business
 5     through the Vanderlee entity?
 6          A    Just that it was a business, and it
 7     would therefore be appropriate to have
 8     business in the business.
 9          Q    It looks as though the entity was
10     formed in mid-February 2013?
11          A    Correct.
12          Q    Relative to that, can you tell us
13     when Mr. Van Merkensteijn informed you that
14     it would be a good idea to do business
15     through that entity?
16          A    It was much later.  Sometime
17     probably towards the end of 2014.
18          Q    2014?  Is that what you said?
19          A    Yes.
20          Q    The end of?  Okay.
21               Is it fair to say, Mr. Zelman,
22     that -- well, withdrawn.
23               Have you ever marketed your
24     executive coaching services under the banner
25     of Vanderlee Technologies LLC?
```

1        A    No.
2             MS. RICE:  Objection to form.  You
3        can answer.
4             THE WITNESS:  Sorry?
5             MS. RICE:  I objected to the form
6        of the question.  You can answer.
7             THE WITNESS:  Thank you.
8        A    No.
9        Q    As far as you know, have any of
10   your executive coaching clients been informed
11   that they were engaging Vanderlee
12   Technologies LLC for the services?
13       A    No.
14       Q    So when you performed services
15   under the Vanderlee Technologies LLC name,
16   what clients were being served with those
17   services?
18            MS. RICE:  Objection.
19       A    I can't remember.
20       Q    Were any actually provided services
21   using that name?
22            MS. RICE:  Objection.
23       A    Didn't hear the question.
24       Q    Yeah.  Were any clients actually
25   ever served -- provided services using the

David Zelman - December 11, 2020

Page 44

1    Vanderlee Technologies name?
2       A    I don't believe so.
3       Q    Did there come a time that Mr. Van
4    Merkensteijn suggested that you should
5    prepare invoices using Vanderlee Technologies
6    LLC to reflect business that that entity
7    conducted?
8       A    Yes.
9       Q    Okay. And when did he do that?
10      A    Again, the date I can't recall.
11      Q    Okay. Do you believe it's around
12   the end of 2014?
13      A    At that time or later, yeah.
14      Q    All right. Was it your
15   understanding that the purpose of generating
16   the invoices was to provide to your
17   accountant?
18           MS. RICE:  Is your question
19      completed, Marc?
20           MR. WEINSTEIN:  Yes.
21           MS. RICE:  Okay. Then I object to
22      it. You can answer it, Mr. Zelman, if
23      you're able to answer it.
24      A    I don't know how to answer that
25   question, sorry. I don't know the answer to