# Exhibit K

Robin Jones - November 4, 2020

1                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
2              Master docket No. 18-MD-2865(LAK)
                       Case Nos. 18-cv-09505
3        _____)
                                             )
4        IN RE:                              )
                                             )
5        CUSTOMS AND TAX ADMINISTRATION OF )
         THE KINGDOM OF DENMARK (SKATTEFOR )
6        VALTNINGEN) TAX REFUND SCHEME       )
         LITIGATION,                         )
7                                            )
         _____)
8

9

10

11

12

13

14          REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                         EXAMINATION OF

16                           ROBIN JONES

17                     DATE: November 4, 2020

18

19

20

21

22

23

24

25              REPORTED BY:  MICHAEL FRIEDMAN, CCR

1           THE VIDEOGRAPHER:  This is the

2    remote video recorded deposition of

3    Robin Jones.

4           Today is Wednesday November 4,

5    2020.  The time is now 10:03 a.m. in the

6    Eastern time zone.  We're here in the

7    matter of In Re, Customs and Tax

8    Administration of the Kingdom of Denmark

9    et al.  All counsel have been noted on

10   record.

11          My name is Jose Rivera, remote

12   video technician on behalf of Gregory

13   Edwards LLC.

14          At this time, will the reporter,

15   Michael Friedman, on behalf of Gregory

16   Edwards LLC, please swear in the

17   witness.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

```
1    R O B I N   J O N E S,

2           called as a witness, having been first

3    duly sworn according to law, testifies as follows:

4

5

6

7    EXAMINATION BY MR. WEINSTEIN:

8       Q    Good morning, Ms. Jones?

9       A    Good morning.

10      Q    My name is Marc Weinstein.  I'm

11   with the law firm Hughes, Hubbard & Reed.  We

12   represent the plaintiff, SKAT, in this

13   litigation.

14           I will be asking you the questions

15   throughout the day.  A few rules of the road

16   just to make the day a little bit easier, and

17   I promise there are easier to follow then the

18   Electoral College rules.

19           Basically, the main thing is we

20   want to get down your testimony, make sure

21   the answers that you give are based on your

22   full understanding of the questions, and that

23   perhaps the most person in our virtual room,

24   Mike, the court reporter, can get down

25   everything that everybody is saying.
```

Robin Jones - November 4, 2020

1              Is that about the time frame that

2     you understood that the company was formed?

3              MS. RICE:  Objection.  You can

4         answer.

5         A    Yeah, yes.

6         Q    And there's a reference to a

7     company called Vcorp Services LLC, which is

8     the registered agent.

9              Have you ever heard of Vcorp

10    before?

11        A    I have not.

12        Q    Okay.  So I take it, have you ever

13    communicated, as far as you know, with anyone

14    at Vcorp in order to help establish entities

15    on your behalf?

16        A    Not to my knowledge, no.

17        Q    All right.  Do you know if anyone

18    else on your behalf communicated with Vcorp

19    Services in order to form any entities on

20    your behalf?

21        A    Not that I remember, no.  Not to my

22    knowledge.

23        Q    At the time that Monomer Industries

24    LLC was formed, did you intend to conduct any

25    business using that entity?

1      A    There was some business conducted.

2      Q    Okay.  And what business was that?

3      A    It was advertising advice.  It was

4  my -- of what I do for a living.

5      Q    All right.  And so is

6  this -- withdrawn.

7           The advertisement advice that you

8  just described, did that work separate from

9  your role at Omnicom?

10     A    Yes.

11     Q    All right.  Can you tell us what

12 kind of jobs you did using the Monomer

13 Industries LLC entity?

14     A    Other than what I just mentioned?

15     Q    Well, no.  If you could just more

16 fully describe what you did just mention, the

17 advertising advice?

18     A    Oh, I just -- I gave advice on

19 behalf -- on -- on different markets, what --

20 the different mediums that are involved.

21 Again, it was a while ago.

22           I recall that there was discussion

23 about streaming because that was, you know,

24 starting to become much more relevant,

25 over-the-top, "OTT."

```
1          Q    Did you have any clients or

2    customers that engaged Monomer Industries LLC

3    in order to perform those services?

4          A    I don't understand the question.

5          Q    Sure.  Well, let's start with this.

6               Did Monomer Industries LLC have any

7    customers or clients?

8          A    Customers or clients?  Yes.  I

9    mean -- did they have any customers or

10   clients?

11              I believe so.

12         Q    Okay.  When did Monomer Industries

13   LLC get its first paying customer or client?

14         A    2000 -- I don't remember the exact

15   date of when the payment was -- was received.

16         Q    Okay.  How many customers or

17   clients has Monomer Industries LLC had over

18   time?

19         A    I believe there was just one.

20         Q    All right.  Do you recall

21   approximately when it was that that -- do you

22   recall the customer or client in this

23   industry?

24         A    It's a client.

25         Q    Okay.  Do you recall when that
```

```
 1    client first retained Monomer Industries LLC
 2    to perform services on its behalf?
 3         A    I don't recall the exact date.
 4         Q    All right.  Do you recall the year?
 5         A    2015, I want to say.
 6         Q    Okay.  Do you recall approximately
 7    how much Monomer Industries LLC was paid by
 8    this client?
 9         A    I believe it was about 13,000 or
10    so.
11         Q    Do you recall the name of that
12    client?
13         A    It was -- it was one of my
14    brother's companies.
15         Q    You don't recall the name of it?
16         A    I -- I believe it was RJM, but I
17    don't recall.  I think that's what it was.
18         Q    What kind of business did RJM
19    conduct?
20         A    I don't know.
21         Q    How were you able to provide
22    advertising advice to a company that you
23    didn't know what business it conducted?
24              MS. RICE:  I object.  Both
25         argumentative and hard to understand.
```

Robin Jones - November 4, 2020

1           If you can answer, Robin, answer.  If

2           you can't, I'm sure Mr. Weinstein will

3           rephrase it for you.

4       A    Yes.  If you can rephrase it, I

5   would appreciate it.

6       Q    Sure.  Well, do you recall what

7   kind of advertising advice the RJM company

8   requested of your company?

9       A    Just general advertising advice, as

10  I just told you.

11      Q    All right.  And typically, when you

12  provide advertising advice to a client, do

13  you have some understanding of the client's

14  business?

15      A    Sometimes.

16      Q    All right.  And at the time, did

17  you have any understanding of your brother's

18  business through RJM?

19      A    No.

20      Q    Other than -- well, withdrawn.

21          Do you have any -- any records or

22  documents reflecting the work that was done

23  by Monomer Industries LLC on behalf of your

24  brother's entity, RJM?

25      A    What type of documents?

Robin Jones - November 4, 2020

Page 41

```
 1        Q    Any type of documents.
 2        A    No.  It was conversation.
 3        Q    Okay.  So as far as you recall,
 4   there were never any documents that reflected
 5   the work that was done on behalf of RJM by
 6   your company?
 7        A    Again, I'm unclear what you mean by
 8   "documents."  I mean --
 9             MS. RICE:  Documents at her
10        companies, right?
11             MR. WEINSTEIN:  Yes, that's right.
12             MS. RICE:  So can you ask her
13        again, and be more specific?  It might
14        help.
15             MR. WEINSTEIN:  Sure.
16        Q    Let's start with this.
17             Do you have any e-mail
18   communications between yourself or your
19   company and your brother's company that
20   reflects any conversation about the work that
21   was being done?
22        A    I don't believe there were any
23   e-mails.
24        Q    All right.  Did you have to perform
25   any kind of written work plan in order to
```

1    execute the work that was going to be done on

2    behalf of RJM?

3         A    No.

4         Q    Were there -- was there any written

5    agreement between RJM and your company,

6    Monomer, regarding the terms of the

7    engagement of Monomer?

8         A    Not that I'm aware of.

9         Q    Were -- did Monomer Industries LLC

10   issue any invoices to RJM reflecting the

11   amount that was ultimately paid by RJM?

12        A    I don't believe so.

13        Q    Do you recall anything about the

14   actual advertising advice that you provided

15   to your brother's company?

16            MS. RICE:  Objection.  Other than

17        what she's already testified about?

18            MR. WEINSTEIN:  Well, I think other

19        than saying she provided advertising

20        advice, she actually hasn't testified

21        about what that advice was, so.

22            MS. RICE:  That's not -- that's not

23        accurate.

24            MR. WEINSTEIN:  Okay.  Well, then

25        indulge me.

Robin Jones - November 4, 2020

1        Q    Do you recall -- tell us everything

2    you can about the advertising advice provided

3    by your company to RJM.

4        A    Yes.  I gave -- I gave -- as I

5    mentioned, I gave -- I guess you would say

6    updates on the industry in regards to -- I

7    mentioned over-the-top, OTT, which streaming

8    was just coming into -- into being, I guess,

9    for lack of a better word -- what entities

10    were -- and companies were sold, and where

11    you could go to buy advertising time.

12        Q    And did you have any understanding

13    of what RJM's interest was in the streaming

14    space for which you were providing advice?

15        A    I did not.

16        Q    Do you know if RJM ever followed

17    your advice and purchased any advertising in

18    that space?

19        A    I do not.

20        Q    Other than what you've described,

21    have you performed other advertising services

22    or advice for RJM?

23        A    No.

24        Q    Again, other than what you've now

25    described, as far as you recall, has Monomer

Robin Jones - November 4, 2020

1      Industries conducted any other business?

2          A    No.  Not that I'm aware of, no.

3          Q    Did Monomer Industries LLC have a

4      bank account?

5          A    Yes.

6          Q    Where was that bank account

7      maintained?

8          A    At Wells Fargo.

9          Q    Who opened up the account?

10         A    I did.

11         Q    Did you do that at anybody's

12     instruction?

13         A    At the instruction of my brother.

14         Q    Okay.  What did he tell you about

15     opening up a bank account for the Monomer

16     entity?

17         A    Just to go open up a bank account.

18         Q    All right.  Did he tell you why

19     Monomer Industries LLC needed a bank account?

20         A    No, he did not.

21         Q    All right.  Do you recall if that

22     account was funded with any money at the time

23     that it was opened?

24         A    Yes, yes.

25         Q    How much?

Robin Jones - November 4, 2020

1      A    That, I don't recall.

2      Q    Who funded that account when it was

3  opened?

4      A    I don't recall.

5      Q    Do you recall if it was you?

6      A    I do not recall.

7      Q    After the account was opened and

8  initially funded, do you know if that account

9  received any other deposits?

10     A    Yes.

11     Q    And what deposits do you recall

12  having been received into that bank account?

13     A    It was a deposit of -- like I said,

14  around 15 or $13,000.

15     Q    From RJM?

16     A    I believe so, yes.

17     Q    All right.  Other than that money

18  received from RJM, do you recall if there

19  were other deposits into the Monomer LLC bank

20  account?

21     A    I don't believe so.

22     Q    Okay.  Is that account still in

23  existence today?

24     A    No.

25     Q    Okay.  What -- what happened to the

Robin Jones - November 4, 2020

Page 46

1    13,000, approximately, that was deposited

2    into that account?

3        A    It was spent on, I believe, to the

4    best of my knowledge, tuition for college for

5    my kids, some other -- I don't remember the

6    exact figures or places where it went.

7        Q    Okay.  Do you know if Monomer

8    Industries LLC filed any tax returns for the

9    year in which it received the money?

10       A    Yes.

11       Q    Okay.  And that -- meaning, it did?

12       A    It did, yes.

13       Q    If you look at the next two

14   exhibits -- so it's 1166, which has the Bates

15   number VCS 205, and 1167, which has the Bates

16   number VCS 229.

17            (Whereupon the above mentioned was

18        marked for Identification.)

19       Q    1166 is a Certificate of Formation

20   of Pinax Holdings, LLC.

21            Do you know what Pinax Holdings LLC

22   is?

23       A    Yes.  It's one of my companies.

24       Q    All right.  Do you know who set

25   that up on your behalf?

Robin Jones - November 4, 2020

```
 1        A    I believe it was Kaye Scholer.

 2        Q    At the time it was set up, were you

 3   the sole owner?

 4        A    Yes.

 5        Q    Had you been the sole owner the

 6   entire time?

 7        A    Yes.

 8        Q    All right.  With respect to the

 9   formation of Pinax Holdings LLC, did you

10   personally have any conversations with

11   Kaye Scholer prior to it being set up?

12        A    No.

13        Q    How about with respect to the

14   Monomer entity that we looked at before?

15        A    No.

16        Q    Does Pinax Holdings LLC conduct any

17   business?

18        A    Yes.

19        Q    What business did Pinax Holdings

20   LLC conduct?

21        A    Same business as the advertising.

22        Q    Did Pinax Holdings LLC have any

23   clients?

24        A    Yes, I believe so.

25        Q    Okay.  How many clients does Pinax
```

Robin Jones - November 4, 2020

1    Holdings LLC have?

2        A    Just one.

3        Q    What's the name of the client?

4        A    Well, it was -- I don't know which

5    company.  It was my brother.

6        Q    So it was a company that your

7    brother owned?

8        A    I believe so, yes.

9        Q    Do you know if it was the same

10   company as before, the RJM entity, or was it

11   a different entity?

12       A    I think it was the same, but I'm

13   not -- I'm not a hundred percent sure.

14       Q    And it looks as though Pinax

15   Holdings was formed at the same time as

16   Monomer Industries.

17           Were the services that it provided

18   to your brother's company around the same

19   time as the services provided by Monomer?

20       A    Yes.

21       Q    All right.  Was there any

22   difference in the services provided?

23       A    No.

24       Q    We went through different types of

25   records before.

Robin Jones - November 4, 2020

1            Do you know if Pinax Holdings had

2    any records relating to the services provided

3    to your brother's company?

4        A    No, not that I'm aware of.

5        Q    All right.  Were there e-mail

6    communications at the time about that?

7        A    No, not that I'm -- no, I don't

8    believe so.

9        Q    Okay.  And so why did your

10   brother's company require services from two

11   different companies that you had formed?

12            MS. RICE:  Objection.

13            MR. WEINSTEIN:  I will -- let me

14        reframe it.

15       Q    Why did your brother's company

16   require two different companies of yours to

17   provide the same services?

18       A    I don't know.

19       Q    How much was Pinax Holdings paid by

20   your brother's company?

21       A    I believe it was around the same

22   amount of money that the other company was

23   paid.

24       Q    Other than that -- the services

25   provided to your brother's company, has Pinax

Robin Jones - November 4, 2020

1    Holdings ever conducted any business?

2         A    No, not that I'm aware of.

3         Q    At any time did your brother tell

4    you that these LLCs needed to be formed in

5    order to participate in that investment

6    opportunity you discussed earlier?

7         A    Yeah, I don't -- he -- he may have.

8    I don't recall that, though.

9         Q    Do you know if Pinax Holdings LLC

10   still exists?

11        A    Again, I don't -- I believe it

12   does.  I don't know.

13        Q    Did Pinax Holdings LLC have a bank

14   account?

15        A    Yes.

16        Q    Who opened that up?

17        A    I did.

18        Q    All right.  Was it funded at the

19   time it was opened?

20        A    Yes.

21        Q    Do you recall how much was put in?

22        A    I do not.

23        Q    Do you know what the source of the

24   money was that was used for that deposit?

25        A    I don't recall.

Robin Jones - November 4, 2020

Page 51

```
 1       Q     All right.  The money that your
 2   brother's company paid to Pinax, was it
 3   deposited into this bank account that you
 4   just talked about?
 5       A     Yes.
 6       Q     Other than that deposit, do you
 7   recall any other deposits going into the
 8   Pinax Holdings bank account?
 9       A     I don't recall any.
10       Q     What did you do with the money in
11   that account?
12       A     The same.  I mean, I don't recall
13   exactly, but I know tuition.
14       Q     Okay.  Do you know if there's any
15   money left in that bank account today?
16       A     There's not.
17       Q     Do you know who came up with the
18   name Monomer Industries for the LLC?
19       A     I do not.
20       Q     Is there any significance to the
21   name, in your mind?
22       A     No.
23       Q     Do you know who came up with the
24   name Pinax Holdings?
25       A     I do not.
```

Page 52

```
 1        Q    Is there any significance to that
 2   name to you?
 3        A    No.
 4        Q    All right.  If you look at
 5   Exhibit 1167?
 6             MR. WEINSTEIN:  That's the
 7        Certificate of Formation for Sternway
 8        Logistics LLC.
 9        Q    Do you know what that entity is?
10        A    A company I own.
11             MR. WEINSTEIN:  Exhibit 1167, Bates
12        numbers VCS 229, previously marked.
13        Q    At all times, were you the sole
14   owner of Sternway Logistics LLC?
15        A    Yes.
16        Q    Do you know who caused that entity
17   to be formed?
18        A    Again, I believe it was
19   Kaye Scholer law firm.
20        Q    All right.  Prior to its formation,
21   did you have any discussions with
22   Kaye Scholer about opening that entity?
23        A    No, I did not.
24        Q    Do you know who requested that
25   Kaye Scholer open that entity on your behalf?
```

Robin Jones - November 4, 2020

Page 53

```
1          A     No, I don't.  I don't recall, no.

2          Q     Did Sternway Logistics LLC conduct

3     any business?

4          A     Yes.

5          Q     What business did it conduct?

6          A     Again, it was advertising related.

7          Q     And did it have any clients?

8          A     Yes.

9          Q     How many clients has Sternway

10    Logistics LLC had?

11         A     One.

12         Q     Who was the client?

13         A     Again, it was -- it was a

14    conversation with my brother.

15         Q     And the conversation, was it one

16    conversation about all three of these

17    entities, or was it separate?

18         A     It was one conversation.  I recall

19    it was one conversation.

20         Q     Okay.  Do you know which entity was

21    the client of Sternway Logistics LLC?

22         A     Can you -- I don't understand the

23    question.

24         Q     Sure.  I think with respect to

25    Monomer, you thought that the entity that
```

Robin Jones - November 4, 2020

1    your brother owned was RJM?

2         A    Yes.

3         Q    All right.  Do you know if that's

4    the same entity that was the client of

5    Sternway Logistics, or was it a different

6    entity?

7         A    I don't recall that.

8         Q    All right.  But as far as you

9    recall, were there any documents in your

10   possession or Sternway's position concerning

11   business provided?

12        A    I don't recall.  I don't believe

13   so.

14        Q    All right.  Did your brother or his

15   entity ever pay Sternway Logistics for

16   services provided?

17        A    Yes.

18        Q    How much, if you recall?

19        A    Around the same, 13,000.

20        Q    Other than that payment, has

21   Sternway Logistics LLC earned any other

22   income over time?

23        A    No, I don't believe so.

24        Q    Did Sternway Logistics LLC have a

25   bank account?