# Exhibit G

```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2            Master docket No. 18-MD-2865(LAK)
                  Case Nos. 18-cv-09505
3      _____
                                              )
4      IN RE:                                 )
                                              )
5      CUSTOMS AND TAX ADMINISTRATION OF      )
       THE KINGDOM OF DENMARK (SKATTEFOR      )
6      VALTNINGEN) TAX REFUND SCHEME          )
       LITIGATION,                            )
7                                             )
       _____)
8

9

10

11

12

13

14       REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                      EXAMINATION OF

16                      RONALD ALTBACH

17                   DATE: October 30, 2020

18

19

20

21

22

23

24

25           REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

1       THE VIDEOGRAPHER:  Stand by.  This
2  is the remote video recorded deposition
3  of Ronald Altbach.
4       Today is Friday, October 30, 2020.
5  The time is now 10:03 a.m. in the
6  Eastern time zone.
7       We're here in the matter of In Re,
8  Customs and Tax Administration of the
9  Kingdom of Denmark et al.  All counsel
10 have been noted on record.
11      My name is Jose Rivera, remote
12 video technician, on behalf of Gregory
13 Edwards LLC.
14      At this time, will the reporter
15 Michael Friedman, on behalf of Gregory
16 Edwards LLC, please swear in the
17 witness.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///

1   R O N A L D   A L T B A C H,
2           called as a witness, having been first
3   duly sworn according to law, testifies as follows:
4
5
6
7
8   EXAMINATION BY MR. MCGOEY:
9       Q   Good morning, Mr. Altbach.  We
10  spoke briefly earlier, but let me introduce
11  myself.  My name is John McGoey from the law
12  firm of Hughes, Hubbard & Reed, and we
13  represent plaintiff SKAT in this matter.
14          Have you ever been deposed before?
15      A   Yes.
16      Q   Okay.  How recently?
17      A   I would say 1986.
18      Q   Okay.  So probably worth going over
19  some ground rules then.
20          The first is, you've heard Mike's
21  voice today.  He's our court reporter.  So
22  he's going to be take down everything that
23  you're saying.
24          So to assist him with that, if you
25  could let me finish my questions before you

Ronald Altbach - October 30, 2020

Page 62

```
 1            And then I certainly did not pay
 2   Kaye Scholer anything after that.  I don't
 3   know if I had before.
 4            I have no idea.
 5       Q    Understood.
 6            So it's your testimony that LLCs
 7   were established before they had any
 8   connection to you?
 9       A    I believe so.
10       Q    And the pension plans that related
11   to you, do you know if they paid any fees to
12   Kaye Scholer in 2014 to 2015?
13            MS. RICE:  Objection.  You can
14       answer.
15       A    I don't -- I don't know.
16       Q    Did you have an understanding that
17   Kaye Scholer represented you personally in
18   2014/2015?
19            MS. RICE:  Hold on.  Ron Altbach,
20       individually, as a -- personally?
21            MR. MCGOEY:  Yes.  I said
22       personally.
23            MS. RICE:  Okay.  All right.  You
24       can answer.
25       A    I don't think so.
```