# Exhibit 2

Joseph Herman - July 9, 2020

1    involved with them, certainly after the

2    lawsuits.  I just sort of stopped really

3    using them.

4         Q    So let's turn to Fairlie

5    Investments, LLC.

6              Do you know who selected the name

7    for that entity?

8         A    I do not.

9         Q    Does the name have any significance

10   to you?

11        A    No.

12        Q    Did you use that entity for

13   any -- to conduct any business?

14        A    There was some business conducted

15   in that entity.

16        Q    What was that?

17        A    I designed a website and a logo.

18        Q    And you were hired by somebody to

19   design a website and logo?

20        A    Yes.

21        Q    And did that customer of yours hire

22   Fairlie Investments, LLC?

23        A    I suppose so, yes.

24        Q    Was there a contract between

25   Fairlie and the customer?