# Exhibit 5



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: March 9, 2015



000085

Taxpayer: FAIRLIE INVESTMENTS LLC ROTH 401K PLAN
TIN: 47-1940443
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is a trust forming part of a pension, profit sharing, or stock bonus plan qualified under section 401(a) of the U.S. Internal Revenue Code, which is exempt from U.S. taxation under section 501(a), and is a resident of the United States of America for purposes of U.S. taxation.

*Nancy J Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 6 2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 109-05-17

Confidential Pursuant to Protective Order                SKAT_MDL_001_00057581



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: March 9, 2015



000035

Taxpayer: FAIRLIE INVESTMENTS LLC ROTH 401K PLAN
TIN: 47-1940443
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is a trust forming part of a pension, profit sharing, or stock bonus plan qualified under section 401(a) of the U.S. Internal Revenue Code, which is exempt from U.S. taxation under section 501(a), and is a resident of the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 109-05-18

Confidential Pursuant to Protective Order

SKAT_MDL_001_00057582