# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2          Master docket No. 18-MD-2865(LAK)
                  Case Nos. 18-cv-09505
 3    _____
                                         )
 4    IN RE:                             )
                                         )
 5    CUSTOMS AND TAX ADMINISTRATION OF  )
      THE KINGDOM OF DENMARK (SKATTEFOR  )
 6    VALTNINGEN) TAX REFUND SCHEME      )
      LITIGATION,                        )
 7                                       )
      _____)
 8

 9

10

11

12

13

14        REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                      EXAMINATION OF

16                       JOAN SCHULMAN

17                   DATE: October 22, 2020

18

19

20

21

22

23

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

```
1              THE WITNESS:  Good.  Thank you.
2        Wait, no, sorry.
3              MR. BLESSINGTON:  Does anybody else
4        have any questions?
5              MR. BINDER:  I do, John.  Neil
6        Binder.  Do you have a copy of the
7        document that I sent around earlier
8        today?
9              Mrs. Schulman, this will be two
10       minutes of your time.  I just resent it
11       to you.
12             MR. BLESSINGTON:  I got it, yeah.
13       Just pulling it up.  Joan can see it.
14             MR. BINDER:  Okay.  Great.
15
         EXAMINATION BY MR. BINDER:
16
17       Q    So Mrs. Schulman, I'm Neil Binder.
18  I'm an attorney with Binder & Schwartz and we
19  represent ED&F Man Capital Markets, Limited.
20       A    Okay.
21       Q    So, in front of you is a document
22  with the Bates numbers LIND 314 through 316,
23  which is going to be marked as Exhibit 880.
24       A    Okay.
25             MR. BINDER:  Mark this as 880.
```

```
 1              (Whereupon the above mentioned was
 2         marked for Identification.)
 3         Q    Do you see on the first page, that
 4     that is a letter addressed to ED&F Man
 5     Capital Markets, Limited?
 6         A    Not yet, but I will in a minute.
 7              MR. BLESSINGTON:  Hold on, Neil.
 8         A    Yes.
 9         Q    You testified earlier that you
10     never heard of ED&F Man.
11              Correct?
12         A    Correct.
13         Q    Okay.  Have you ever spoken to
14     anyone at ED&F Man?
15         A    I doubt it.
16         Q    But not that you know of?
17         A    Not that I know of at all.
18         Q    And if you could, just scroll down
19     to the last page?
20         A    Yes.
21         Q    Do you see, there's a signature
22     there?
23         A    Yes.
24         Q    And that is -- you didn't sign
25     that.
```

```
 1              Correct?
 2        A     I don't think I did, no.
 3        Q     But your husband had authority to
 4   sign documents like this for you?
 5        A     Yes.
 6        Q     Okay.  And you believe that that's
 7   your husband signing for you?
 8        A     I think so.
 9              MR. BINDER:  Thank you.  I have no
10        other questions.
11              THE WITNESS:  Okay.
12              MR. BLESSINGTON:  I just have a few
13        quick questions.
14
     EXAMINATION BY MR. BLESSINGTON:
15
16        Q     Good morning, Mrs. Schulman?
17        A     Yes.
18        Q     You can look at the camera.
19        A     I don't have to stare at the
20   screen.
21        Q     Ms. Cahan showed you a bunch of
22   documents and, in fact, Mr. Binder, as well,
23   showed you one document, asking whether that
24   was your signature.
25              Do you recall that?
```