# EXHIBIT C

Louise Kaminer - October 27, 2020

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2            Master docket No. 18-MD-2865(LAK)
                   Case Nos. 18-cv-09505
 3     _____
                                        )
 4     IN RE:                           )
                                        )
 5     CUSTOMS AND TAX ADMINISTRATION OF )
       THE KINGDOM OF DENMARK (SKATTEFOR )
 6     VALTNINGEN) TAX REFUND SCHEME    )
       LITIGATION,                      )
 7                                      )
       _____)
 8

 9

10

11

12

13

14        REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                       EXAMINATION OF

16                       LOUISE KAMINER

17                   DATE: October 27, 2020

18

19

20

21

22

23

24

25            REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Louise Kaminer - October 27, 2020

Page 136

```
1        any questions?
2            MR. BINDER:  Yes, John.  I have one
3        question.
4            I sent around documents.
5            (Whereupon a discussion was held
6        off the record.)
7            MR. BINDER:  I have questions.
8
         EXAMINATION BY MR. BINDER:
9
10       Q    Good afternoon, Mrs. Kaminer.  My
11   name is Neil Binder.  I'm with the firm of
12   Binder & Schwartz, and we represent ED&F Man
13   Capital Markets, Limited.  I have a quick
14   question for you.
15           So we sent around, and your lawyer
16   should have, a document Bates numbered
17   AAMINB 525 through 527.
18           Do you have that?
19       A   Yes, we do.
20       Q   Okay.  And we're going to mark that
21   as Exhibit Number 920.
22           MR. BINDER:  Mark this as 920.
23           (Whereupon the above mentioned was
24       marked for Identification.)
25       Q   And do you see that that is --
```

```
1    that's a letter addressed to ED&F Man Capital
2    Markets, Limited.
3            Do you see that?
4       A   Yes.
5       Q   Okay.  And it's -- the first
6    sentence, it says, "I'm a fiduciary with the
7    discretion and authority to cause Kaminer
8    Investments, Inc. Pension Plan to enter
9    into," and then they list certain agreements.
10           Do you see that?  That are listed
11   in the letter?
12      A   I do.
13      Q   Can you just look at the last page
14   where there's a signature?
15      A   Yes.
16      Q   Okay.  Did your daughter Stacey
17   sign that for you?
18      A   Yes, she did.
19      Q   And she had your authority to sign
20   that?
21      A   Yes.  She has my authority to sign
22   whatever she feels is necessary.
23      Q   And that would include this letter.
24           Correct?
25      A   Yes.
```

Louise Kaminer - October 27, 2020

Page 138

```
 1        Q    Okay.
 2             MR. BINDER:  Thank you.  I have no
 3        other questions.
 4             MR. BLESSINGTON:  All right.  I
 5        have -- well, does anybody else have any
 6        questions?  All right.  Hearing none,
 7        all right.
 8
          EXAMINATION BY MR. BLESSINGTON:
 9
10        Q    Good afternoon, Ms. Kaminer?
11        A    Good afternoon.
12        Q    We're right here.  I will leave the
13   screen so we can look at each other while I
14   ask you questions.
15        A    Go ahead.
16        Q    I appreciate that.  All right.
17             MR. BLESSINGTON:  Can you hear me
18        all right, Mike?  All right.
19        Q    I'm going to direct your attention
20   again to Exhibit 917.
21             Do you see that?
22        A    Yes.
23        Q    All right.  And right before
24   Mr. Binder asked you questions, Ms. Cahan had
25   asked you a few questions about these
```