# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND LITIGATION<br><br>This document relates to: 1:18-cv-05053-LAK | MASTER DOCKET<br><br>Case No.: 1:18-md-02865-LAK |
| THE GOLDSTEIN LAW GROUP PC 401(K) PROFIT SHARING PLAN and SHELDON GOLDSTEIN,<br><br>    Third-Party Plaintiffs,<br><br>  -against-<br><br>ED&F MAN CAPITAL MARKETS, LTD.,<br><br>    Third-Party Defendant. | |

### THIRD-PARTY DEFENDANT ED&F MAN CAPITAL MARKETS, LTD.'S NOTICE OF DEPOSITION TO SHELDON GOLDSTEIN

PLEASE TAKE NOTICE that Third-Party Defendant ED&F Man Capital Markets Limited ("ED&F Man"), by its attorneys and pursuant to Rule 30 of the Federal Rules of Civil Procedure, shall take the testimony by deposition upon oral examination of Sheldon Goldstein on October 29, 2020 at 9:00 am and continuing thereafter from day to day until completed. The deposition will take place via WebEx remote videoconferencing pursuant to Rule 30(b)(4). You are invited to attend and participate in the taking of said deposition.

PLEASE TAKE FURTHER NOTICE that this deposition will be recorded by stenographic means and videotaped pursuant to Rule 30(b)(3)(A).

Dated:       New York, New York
               October 1, 2020

                                    **BINDER & SCHWARTZ LLP**

                         By:   */s/ Neil S. Binder*

                              Neil S. Binder
                              Binder & Schwartz LLP
                              366 Madison Avenue, 6th Floor
                              New York, NY 10017
                              Telephone:   212-510-7031
                              Facsimile:    212-510-7299
                              nbinder@binderschwartz.com

                              *Attorneys for Third-Party Defendant ED&F*
                              *Man Capital Markets, Ltd.*

## **CERTIFICATE OF SERVICE**

      I, Gregory C. Pruden, declare under penalty of perjury that I caused to be served upon all counsel of record in the above-captioned litigation by email, as well as to unrepresented parties in the above-captioned litigation by first-class mail, the attached Notice of Deposition on October 1, 2020.

                                                            */s/ Gregory C. Pruden*
                                                             Gregory C. Pruden