# EXHIBIT H

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND LITIGATION<br><br>This document relates to: 18-cv-05053, 18-cv-09797, 18-cv-09836, 18-cv-09837, 18-cv-09838, 18-cv-09839, 18-cv-09840, 18-cv-09841, 18-cv-10100 | MASTER DOCKET<br><br>Case No.: 1:18-md-02865-LAK |

**THIRD-PARTY DEFENDANT ED&F MAN CAPITAL MARKETS, LTD.'S**
**<u>NOTICE OF DEPOSITION OF STACEY KAMINER</u>**

PLEASE TAKE NOTICE that Third-Party Defendant ED&F Man Capital Markets Ltd., by its attorneys and pursuant to Rule 30 of the Federal Rules of Civil Procedure, shall take the testimony by deposition upon oral examination of Stacey Kaminer on April 19 and 20, 2021 at 9:30 am and continuing thereafter from day to day until completed. The deposition will take place via WebEx remote videoconferencing pursuant to Rule 30(b)(4). You are invited to attend and participate in the taking of said deposition.

PLEASE TAKE FURTHER NOTICE that this deposition will be recorded by stenographic means and videotaped pursuant to Rule 30(b)(3)(A).

Dated:   New York, New York
        April 14, 2021

**BINDER & SCHWARTZ LLP**

By: */s/ Neil S. Binder*

Neil S. Binder
Binder & Schwartz LLP
366 Madison Avenue, 6th Floor
New York, NY 10017
Telephone:   212-510-7031
Facsimile:    212-510-7299
nbinder@binderschwartz.com

*Attorneys for Third-Party Defendant*
*ED&F Man Capital Markets, Ltd.*

## CERTIFICATE OF SERVICE

      I, Gregory C. Pruden, declare under penalty of perjury that I caused to be served upon all counsel of record in the above-captioned litigation by email the attached Notice of Deposition on April 14, 2021.

                                              */s/ Gregory C. Pruden*
                                              Gregory C. Pruden