EXHIBIT I

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND LITIGATION

MASTER DOCKET

Case No.: 1:18-md-02865-LAK

### THIRD-PARTY DEFENDANT ED&F MAN CAPITAL MARKETS, LTD.'S
### NOTICE OF DEPOSITION OF CHRISTIAN EKSTRAND

PLEASE TAKE NOTICE that Third-Party Defendant ED&F Man Capital Markets, Ltd., by its attorneys and pursuant to Rule 30 of the Federal Rules of Civil Procedure, shall take the testimony by deposition upon oral examination of Christian Ekstrand on May 6 and 7, 2021 at 6:00 am Eastern Time and continuing thereafter from day to day until completed, in both his individual capacity and as the designated corporate representative of Skatteforvaltningen of the attached Schedule A on topics other than topics 16 and 17 and subject to the Court's order dated April 12, 2021. The deposition will take place via WebEx remote videoconferencing pursuant to Rule 30(b)(4). You are invited to attend and participate in the taking of said deposition.

PLEASE TAKE FURTHER NOTICE that this deposition will be recorded by stenographic means and videotaped pursuant to Rule 30(b)(3)(A).

Dated:      New York, New York
              May 4, 2021

**BINDER & SCHWARTZ LLP**

By:  */s/ Neil S. Binder*

Neil S. Binder
Binder & Schwartz LLP
366 Madison Avenue, 6th Floor
New York, NY 10017
Telephone:  212-510-7031
Facsimile:   212-510-7299
nbinder@binderschwartz.com

*Attorneys for Third-Party Defendant*
*ED&F Man Capital Markets, Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I, Gregory C. Pruden, declare under penalty of perjury that I caused to be served upon all counsel of record in the above-captioned litigation by email the attached Notice of Deposition on May 4, 2021.


*/s/ Gregory C. Pruden*
Gregory C. Pruden

**SCHEDULE A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re                                                  :

SKAT TAX REFUND SCHEME LITIGATION  :    Master Docket 18-md-2865 (LAK)
                                                              ECF Case
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## <u>NOTICE TO TAKE DEPOSITION OF SKATTEFORVALTNINGEN</u>

Please take notice that, pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendants

listed on Schedule B, appended hereto, will take the deposition upon oral examination of Plaintiff

Skatteforvaltningen ("SKAT") on the matters listed in the attached Schedule A, on December 22

and December 23, 2020, or such other date as agreed to by the parties or ordered by the Court,

commencing at 9:00 am and continuing from day to day thereafter until completed.  The deposition

will be taken before a court reporter authorized by law to administer oaths for use in the above

litigation as provided in the Federal Rules of Civil Procedure.  The deposition shall be recorded by

stenographic and videotape methods, as well as Live Note.


Dated: November 13, 2020                    S/ Mark D. Allison

                                                         Mark D. Allison
                                                         CAPLIN & DRYSDALE, CHARTERED
                                                         600 Lexington Avenue, 21st Floor
                                                         New York, New York 10022
                                                         Email: mallison@capdale.com
                                                         Phone: (212) 379-6060
                                                         Fax: (212) 379-6001

                                                         *Lead Counsel for Defendants*

## SCHEDULE A

## DEFINITIONS

Notwithstanding any definition set forth below, each word, term, or phrase used in this Schedule is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York. As used in this Schedule, the following terms are to be interpreted in accordance with these definitions:

1.     "**Claims**" means any dividend withholding tax refund claims that any Defendant Pension Plan submitted to SKAT, including but not limited to the dividend withholding tax refund claims that the Payment Agent(s) submitted to SKAT on behalf of the any Defendant Pension Plan, whether such claim is the subject matter of SKAT's Complaints or the payment of which was denied by SKAT.

2.     "**Complaints**" means the Complaints or Amended Complaints in the matters listed in Schedule B.

3.     "**Dividend-arbitrage trading**" means the trading of securities to capture the dividend payment.

4.     "**Dividends**" means the dividends identified in the Claims concerning the Shares.

5.     "**Defendant Pension Plan**" means any pension plan named as a defendant in the actions listed in Schedule B.

6.     "**Refunds**" means any amounts of the withholding tax paid by SKAT pursuant to any Claims.

7.     "**Relevant Time Period**" refers to the time period from March 1, 2005 to present.

8.     "**Shares**" means the shares of Danish stock identified in the Claims.

2

9.    "**SKAT**" refers to the Customs and Tax Administration of the Kingdom of Denmark, including its predecessors and successors, and its representatives, attorneys, agents, servants, employees, investigators, consultants, and counsel (including but not limited to Kammeradvokaten).

10.    "**SOIK**" refers to the Danish Public Prosecutor for Serious Economic and International Crimes, including its predecessors and successors, and its representatives, attorneys, agents, servants, employees, investigators, consultants, and counsel.

11.    "**You**," "**Your**" and "**Yourself**" refer to the party or non-party to whom the following discovery requests are addressed, and to such party or non-party's representatives, agents, servants, employees, investigators, consultants, and counsel.

## INSTRUCTIONS

In addition to the requirements set forth in the Federal Rules of Civil Procedure, the following instructions apply to each of the deposition topics set forth herein:

1.    Each topic shall be construed independently, and no topic shall be viewed as limiting the scope of any other topic.

2.    If You object to a portion or aspect of a deposition topic, state the grounds for Your objection with specificity.

3.    Unless otherwise specified, the time period for all matters is March 1, 2005 to the present.

## AREAS OF DESIGNATION AND INQUIRY

You are required pursuant to Rule 30(b)(6) to produce one or more person or persons who consent to testify on Your company's behalf, to testify to all facts known or reasonably available to Your company concerning the matters identified below.

1.    The factual basis for allegations in the Complaints and the complaints filed by

SKAT in the High Court of Justice Business and Property Court of England and Wales, captioned *Skatteforvaltningen (the Danish Customs and Tax Administration) v. Solo Capital Partners LLP et al.*, Claim Nos. CL-2018-000297, CL-2018-000404, CL-2018-000590, and CL-2019-000487 (High Ct. of Justice, Bus. & Prop. Cts. of England & Wales).

2.    SKAT's policies, procedures, practices, protocols, or processes for processing, reviewing, approving or denying, and paying dividend withholding tax refunds and/or claims during the Relevant Time Period.  This Topic should be understood to include, but not be limited to, any modifications made to the relevant policies, procedures, practices, protocols, or processes during the relevant time period; written policies and procedures governing that process; and personnel responsible for that process.

3.    Standards, rules, and protocols governing the entitlement to dividend withholding tax refunds, including but not limited to standards, rules, and protocols for determining ownership of shares and entitlement to dividends.

4.    SKAT's system(s) for verifying ownership of shares, receipt of dividends, and withholding of taxes paid for purpose of assessing entitlement to dividend withholding tax refunds.

5.    The factual basis for any allegation that any Defendant Pension Plan was not the owner (including the beneficial owner) of the shares in a Danish company for which a dividend reclaim application was submitted.

6.    The factual basis for any allegation that any Defendant Pension Plan never received and was not the beneficial owner of any dividend from a Danish company in respect of whose shares the Defendant Pension Plan submitted an application for dividend tax reclaim.

7.    SKAT's controls related to the collection and/or payment of withheld tax refunds and/or claims.

8.    The volume of dividend withholding tax refunds and/or claims processed by SKAT between 2010 and 2015, including but not limited to the total number of claims submitted, the number of claims approved, and the number of claims denied, and the reasons why claims may have been approved or denied.

9.    The dividend withholding tax collected by SKAT in connection with each of the dividends declared by the publicly traded Danish companies identified in RFP No. 18 of Defendants' Second Set of RFPs to SKAT at their Annual General Meetings held on the dates listed in that RFP.

10.    All investigations, reports, audits, or analyses drafted or conducted by or on behalf of SKAT or the Ministry of Taxation regarding the payment of dividend withholding taxes by listed Danish companies to SKAT and dividend withholding tax refunds paid to any claimants, including but not limited to the *Rigsrevisionen* report of SKAT's 2015 investigation of SKAT and the Ministry of Taxation's roles in the administration of dividend withholding tax refunds,[1] internal audit reports regarding the dividend withholding tax,[2] and the catalog produced in 2006 with suggestions on how the holes in the dividend tax could be closed ("Problemkatalog"),[3] as well as any remedial or other actions taken in response to any such investigation, report, audit, or analysis.

11.    Any "early warning" issued by SKAT to the Ministry of Taxation regarding SKAT's payment of dividend withholding tax refunds, any application of or decision not to apply any such early warning, and any response thereto by the Ministry of Taxation.

12.    Communications between employees or representatives of SKAT and employees

---

[1] *See* SKAT_MDL_001_0075124.
[2] *See* SKAT_MDL_001_00280953 (2001); SKAT_MDL_001_00281008 (2002);SKAT_MDL_001_00281025 (2006); SKAT_MDL_001_00281058 (2010); and SKAT_MDL_001_00281103 (2012, 2013); and SKAT_MDL_001_0075835 (2015).
[3] *See* https://www.dr.dk/nyheder/penge/udbytteskandale-kunne-formentlig-vaere-undgaaet-loesningskatalog-laa-klar-

or representatives of any arm of the Danish government, including but not limited to the Ministry of Taxation and SOIK, regarding SKAT's payment of dividend withholding tax refunds and/or claims.

13.     Communications between employees or representatives of SKAT and employees or representatives of any arm of the United States government, including but not limited to the United States Internal Revenue Service, regarding the Plans and/or the Claims.

14.     Agreements between SKAT and any arm of the Danish government, including but not limited to the Ministry of Taxation and SOIK, regarding SKAT's authority to bring claims on behalf of any arm of the Danish government regarding the payment of dividend withholding tax refunds and/or claims to U.S. pension plans or tax-exempt organizations, as defined by Section 501(c)(3) of the Internal Revenue Code.

15.     Communications between SKAT and foreign government officials (including but not limited to representatives of foreign governments, foreign regulators, foreign tax officials, and foreign criminal authorities) concerning dividend-arbitrage trading, including but not limited to dividend-arbitrage trading as a method of tax evasion or avoidance, proposals to curb or prohibit dividend-arbitrage trading, and potential damages caused by dividend-arbitrage trading.

16.     SKAT's ownership, possession, authority, or control over revenues received through the assessment and collection of taxes.

17.     SKAT's transfer or distribution of revenues received through the assessment and collection of taxes to any arm of the Danish government.

18.     All investigations, reports, or analyses, formal or informal, drafted or conducted by or on behalf of SKAT regarding any Defendant's ownership or beneficial ownership of shares in any Danish company.

i-aarevis.

19. The factual basis for the allegations in the Complaints that SKAT discovered in June 2015 that claimants may have submitted allegedly fraudulent tax refund claims.

20. The factual basis for the reporting by SKAT to SOIK of the "alleged fraud" on or about August 24, 2015.

21. The rationale and process for revoking the prior approval of the Defendants' dividend withholding tax claims and mechanism for enforcing that revocation.

22. The factual basis for any assertion in a Complaint that any Defendant Pension Plan "did not meet the criteria for a qualified pension plan set forth in section 401(a) of the Internal Revenue Code and purportedly carried on debt-financed activities in breach of the Treaty's prohibition on such activities by a pension plan."

23. The factual basis for any allegation that a Defendant Pension Plan "cannot have obtained funding from a proper source and cannot have complied with the contribution rules in section 401(a) of the Internal Revenue Code."

24. The factual basis for any allegation that SKAT paid monies to any Defendant Pension Plan on the basis of "mistaken understandings of fact" including, without limitation, the identification of the "mistaken understandings of fact" and the factual bases for the allegation that SKAT had a "mistaken understanding that the Defendants had submitted valid claims with supporting documentation."

7

**SCHEDULE B**

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker-Custodian(s) |
|---|---|---|---|---|---|
| 18-cv-04047 | The Bradley London Pension Plan | Doston Bradley | Doston Bradley | Syntax GIS | Solo Capital Partners LLP; Old Park Lane Capital PLC |
| 18-cv-04049 | The DMR Pension Plan | Doston Bradley | Doston Bradley | Syntax GIS; Acupay System LLC | Old Park Lane Capital PLC |
| 18-cv-04050 | The Houston Rocco LLC 401K Plan | Doston Bradley | Doston Bradley | Syntax GIS | Solo Capital Partners LLP; Old Park Lane Capital PLC |
| 18-cv-04051 | The Proper Pacific LLC 401K Plan | Doston Bradley | Doston Bradley | Goal TaxBack Limited | Telesto Markets LLP; Old Park Lane Capital PLC |
| 18-cv-04052 | The LBR Capital Pension Plan | Doston Bradley | Doston Bradley | Goal TaxBack Limited | West Point Derivatives Ltd; Old Park Lane Capital PLC |
| 18-cv-04430 | The Atlantic DHR 401K Plan | Doston Bradley | Doston Bradley | Acupay System LLC | Old Park Lane Capital PLC |
| 18-cv-04434 | The Stor Capital Consulting LLC 401K Plan | Michael Ben-Jacob | Michael Ben-Jacob; Robert Klugman | Goal TaxBack Limited | Telesto Markets LLP |
| 18-cv-04522 | The Busby Black 401K Plan | Doston Bradley | Doston Bradley | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-04531 | The Canada Rock LLC 401K Plan | Doston Bradley | Doston Bradley | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-04536 | The ISDB Pension Plan | Doston Bradley | Doston Bradley | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-04538 | The Monin Amper Pension Plan | Doston Bradley | Doston Bradley | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-04541 | The NYC Stanismore Pension Plan | Doston Bradley | Doston Bradley | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-04543 | The Texas Rocco LLC 401K Plan | Doston Bradley | Doston Bradley | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-04767 | Sanford Villa Pension Plan | Roger Lehman | Roger Lehman | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-04770 | The Aston Advisors LLC 401K Plan | Roger Lehman | Roger Lehman | Syntax GIS | Telesto Markets LLP; Old Park Lane Capital PLC |
| 18-cv-04771 | The Sector 230 LLC 401K Plan | Jonathan Godson | | Goal TaxBack Limited | Solo Capital Partners LLP |
| 18-cv-04833 | Raubritter LLC Pension Plan | | Alexander Burns; Richard Markowitz; John van Merkensteijn | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-04890 | The M2F Wellness LLC 401K Plan | Mitchell Protass | Mitchell Protass | Goal TaxBack Limited | Solo Capital Partners LLP |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker-Custodian(s) |
|---|---|---|---|---|---|
| 18-cv-04892 | The MPQ Holdings LLC 401K Plan | Mitchell Protass | Mitchell Protass | Goal TaxBack Limited | Solo Capital Partners LLP |
| 18-cv-04894 | Sterling Alpha LLC 401(K) Profit Sharing Plan | John Doscas | John Doscas | Acupay System LLC | ED & F Man Capital Markets Limited; Solo Capital Partners LLP |
| 18-cv-04896 | The TKKJ LLC 401K Plan | Thomas Kertelits | Thomas Kertelits | Goal TaxBack Limited | Solo Capital Partners LLP |
| 18-cv-04898 | NYCATX LLC Solo 401K Plan | Carl Andrew Vergari | Carl Andrew Vergari | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-04899 | Sander Gerber Pension Plan | John Doscas | Sander Gerber; John Doscas | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-04900 | Ackview Solo 401K Plan | Sean Driscoll | Sean Driscoll | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-05045 | The Dosmon Bly Pension Plan Doston | Doston Bradley | Doston Bradley | Goal TaxBack Limited | Telesto Markets LLP |
| 18-cv-05053 | The Goldstein Law Group PC 401(K) Profit Sharing Plan | Sheldon Goldstein | Sheldon Goldstein; Scott Goldstein; Acer Investment Group, LLC | Goal TaxBack Limited | ED & F Man Capital Markets Limited |
| 18-cv-05057 | The India Bombay LLC 401K Pension Plan | Doston Bradley | Doston Bradley | Syntax GIS | Telesto Markets LLP |
| 18-cv-05147 | The Aria Pension Plan | Roger Lehman | Roger Lehman; Gavin Crescenzo | Syntax GIS | Telesto Markets LLP |
| 18-cv-05150 | The Belforte Pension Plan | Roger Lehman | Roger Lehman; Gavin Crescenzo | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-05151 | The Bravos Advisors 401K Plan | Roger Lehman | Bradley Crescenzo; Roger Lehman; Gavin Crescenzo | Syntax GIS | Telesto Markets LLP |
| 18-cv-05158 | The Costello Advisors Pension Plan | Roger Lehman | Roger Lehman; Gavin Crescenzo | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-05164 | The Eskin Pension Plan | Roger Lehman | Roger Lehman; Gavin Crescenzo | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-05180 | The Fieldcrest Pension Plan | Roger Lehman | Roger Lehman; Gavin Crescenzo | Syntax GIS | Telesto Markets LLP |
| 18-cv-05183 | The Westport Advisors LLC 401K Plan | Roger Lehman | Roger Lehman; Gavin Crescenzo | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-05185 | The Kodiak Capital Pension Plan | Roger Lehman | Bradley Crescenzo; Roger Lehman; | Syntax GIS | Old Park Lane Capital PLC |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker-Custodian(s) |
|---|---|---|---|---|---|
| | | | Gavin Crescenzo | | |
| 18-cv-05186 | The Kyber Pension Plan | Roger Lehman | Bradley Crescenzo; Roger Lehman; Gavin Crescenzo | Acupay System LLC | Old Park Lane Capital PLC |
| 18-cv-05188 | The Lerici Capital Pension Plan | Roger Lehman | Roger Lehman; Gavin Crescenzo | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-05189 | The Ludlow Holdings 401K Plan | Roger Lehman | Roger Lehman; Gavin Crescenzo | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-05190 | The Regoleth Pension Plan | Roger Lehman | Bradley Crescenzo; Roger Lehman; Gavin Crescenzo | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-05192 | The Saba Capital LLC 401K Plan | Roger Lehman | Roger Lehman; Gavin Crescenzo | Syntax GIS | Telesto Markets LLP |
| 18-cv-05193 | The West River Pension Plan | Roger Lehman | Roger Lehman; Gavin Crescenzo | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-05194 | The Stark Pension Plan | Roger Lehman | Bradley Crescenzo; Roger Lehman; Gavin Crescenzo | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-05299 | The Petkov Partners Pension Plan | Roger Lehman | Svetlin Petkov; Roger Lehman | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-05300 | The Petkov Management LLC 401K Plan | Svetlin Petkov | Svetlin Petkov | Goal TaxBack Limited | Solo Capital Partners LLP |
| 18-cv-05305 | The SVP 401K Plan | Roger Lehman | Svetlin Petkov; Roger Lehman | Syntax GIS | Telesto Markets LLP |
| 18-cv-05307 | The Krabi Holdings LLC 401K Plan | Jonathan Godson | Gavin Crescenzo | Goal TaxBack Limited | Solo Capital Partners LLP |
| 18-cv-05308 | The SPKK LLC 401K Plan | Roger Lehman | Svetlin Petkov; Roger Lehman | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-05309 | The KASV Group Pension Plan | Roger Lehman | Svetlin Petkov; Roger Lehman | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 18-cv-05374 | Del Mar Asset Management Saving & Retirement Plan | David Freelove | David Freelove | Goal TaxBack Limited | ED & F Man Capital Markets Limited |
| 18-cv-07824 | Headsail Manufacturing LLC Roth 401K Plan | Robert Klugman | Robert Klugman; Michael Ben-Jacob | Acupay System LLC | Solo Capital Partners LLP; Old Park Lane Capital PLC |
| 18-cv-07827 | Edgepoint Capital LLC Roth 401K | Robert Klugman | Robert Klugman; | Syntax GIS | West Point Derivatives Ltd; |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker-Custodian(s) |
|---|---|---|---|---|---|
| | Plan | | Michael Ben-Jacob | | Old Park Lane Capital PLC |
| 18-cv-07828 | Aerovane Logistics LLC Roth 401K Plan | Robert Klugman | Robert Klugman; Michael Ben-Jacob | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 18-cv-07829 | The Random Holdings 401K Plan | Robert Klugman | Robert Klugman; Michael Ben-Jacob | Syntax GIS | West Point Derivatives Ltd; Old Park Lane Capital PLC |
| 18-cv-08655 | Federated Logistics LLC 401(K) Plan | | David Freelove | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-09434 | SRH Farms LLC 401(K) Plan | Bluegrass Investment Management, LLC; Bernard Tew | Bluegrass Investment Management, LLC; Bernard Tew; George Hofmeister | Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09439 | MGH Farms LLC 401(K) Plan | Bluegrass Investment Management, LLC; Bernard Tew | Bluegrass Investment Management, LLC; Bernard Tew; George Hofmeister | Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09489 | JSH Farms LLC 401(K) Plan | Bluegrass Investment Management, LLC; Bernard Tew | Bluegrass Investment Management, LLC; Bernard Tew; George Hofmeister | Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09490 | Triton Farms LLC 401(K) Plan | Bluegrass Investment Management, LLC; Bernard Tew | Bluegrass Investment Management, LLC; Bernard Tew; George Hofmeister | Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09491 | KRH Farms LLC 401(K) Plan | Bluegrass Investment Management, LLC; Bernard Tew | Bluegrass Investment Management, LLC; Bernard Tew; George Hofmeister | Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09492 | Tew, LP Retirement Plan | Vincent Tew | Vincent Tew | Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09494 | Tew Enterprises, LLC Retirement Plan | Andrea Tew | Andrea Tew | Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09497 | Industrial Pensions Group Trust | Bluegrass Investment Management, LLC; Bernard Tew | Bluegrass Investment Management, LLC; Bernard Tew | Global Equities GmbH | ED & F Man Capital Markets Limited; BNP Paribus |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker-Custodian(s) |
|---|---|---|---|---|---|
| 18-cv-09498 | Casting Pensions Group Trust | Bluegrass Investment Management, LLC; Bernard Tew | Bluegrass Investment Management, LLC; Bernard Tew | Global Equities GmbH | ED & F Man Capital Markets Limited; BNP Paribas |
| 18-cv-09505 | SV Holdings, LLC Retirement Plan | Stephanie Tew | Stephanie Tew | Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09507 | Central Technologies Pensions Group Trust | Bluegrass Investment Management, LLC; Bernard Tew | Bluegrass Investment Management, LLC; Bernard Tew | Global Equities GmbH | ED & F Man Capital Markets Limited; BNP Paribas |
| 18-cv-09511 | Bluegrass Retirement Group Trust | Bluegrass Investment Management, LLC; Bernard Tew | Bluegrass Investment Management, LLC; Bernard Tew | Global Equities GmbH | ED & F Man Capital Markets Limited; Argon Markets |
| 18-cv-09515 | Bluegrass Investment Management, LLC Retirement Plan | Bernard Tew | Bernard Tew | Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09549 | Autoparts Pensions Group Trust | Bluegrass Investment Management, LLC; Bernard Tew | Bluegrass Investment Management, LLC; Bernard Tew | Global Equities GmbH | ED & F Man Capital Markets Limited; BNP Paribas |
| 18-cv-09552 | MSJJ Retirement Group Trust | Bluegrass Investment Management, LLC; Bernard Tew | Bluegrass Investment Management, LLC; Bernard Tew; George Hofmeister | Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09565 | The 78 Yorktown Pension Plan | Roger Lehman | Roger Lehman | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-09570 | The Cambridge Town Line Pension Plan | Roger Lehman | Roger Lehman | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-09587 | The Diamond Scott Capital Pension Plan | Roger Lehman | Roger Lehman | Syntax GIS | Old Park Lane Capital PLC; Telesto Markets LLP |
| 18-cv-09588 | The Hotel Fromance Pension Plan | Roger Lehman | Roger Lehman | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-09589 | The Mountain Air LLC 401K Plan | Roger Lehman | Roger Lehman | Syntax GIS | Solo Capital Partners LLP; Old Park Lane Capital PLC |
| 18-cv-09590 | The SKSL LLC Pension Plan | Roger Lehman | Roger Lehman | Goal Taxback Limited | Old Park Lane Capital PLC; Telesto Markets LLP |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker-Custodian(s) |
|---|---|---|---|---|---|
| 18-cv-09650 | The Snow Hill Pension Plan | Roger Lehman | Roger Lehman | Goal Taxback Limited | West Point Derivative Ltd; Old Park Lane Capital PLC |
| 18-cv-09665 | The Westridge Ave LLC 401K Plan | Roger Lehman | Roger Lehman | Syntax GIS | Telesto Markets LLP |
| 18-cv-09666 | The Shapiro Blue Management LLC 401K Plan | Roger Lehman | Roger Lehman | Acupay System LLC | Old Park Lane Capital PLC |
| 18-cv-09668 | The Patrick Partners Conglomerate Pension Plan | Roger Lehman | Roger Lehman | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-09669 | CSCC Capital Pension Plan | Roger Lehman | Roger Lehman | Acupay System LLC | Old Park Lane Capital PLC |
| 18-cv-09797 | DW Construction, Inc. Retirement Plan | Stacey Kaminer | Stacey Kaminer; Acer Investment Group, LLC; Darren Wittwer | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-09836 | Kamco Investments, Inc. Pension Plan | Stacey Kaminer | Stacey Kaminer; Acer Investment Group, LLC; Louise Kaminer | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-09837 | Kamco LP Profit Sharing Pension Plan | Stacey Kaminer | Stacey Kaminer; Acer Investment Group, LLC | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-09838 | Linden Associates Defined Benefit Plan | Joan Schulman | Joan Schulman; Acer Investment Group, LLC | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-09839 | Moira Associates LLC 401 (K) Plan | Stacey Kaminer | Stacey Kaminer; Acer Investment Group, LLC | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-09840 | Riverside Associates Defined Benefit Plan | David Schulman | David Schulman; Acer Investment Group, LLC | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-09841 | American Investment Group of New York, L.P. Pension Plan | Stacey Kaminer | Stacey Kaminer; Acer Investment Group, LLC; Robert Crema | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-10028 | The Cardinal Consulting Pension Plan | Matthew Tucci | Matthew Tucci | Goal TaxBack Limited | Telesto Markets LLP |
| 18-cv-10030 | The Egret Associates LLC 401K Plan | Matthew Tucci | Matthew Tucci | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-10031 | The Crow | Matthew Tucci | Matthew Tucci | Syntax GIS | Solo Capital |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker-Custodian(s) |
|---|---|---|---|---|---|
| | Associates Pension Plan | | | | Partners LLP |
| 18-cv-10032 | The Heron Advisors Pension Plan | Matthew Tucci | Matthew Tucci | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-10035 | The Hoboken Advisors LLC 401K Plan | Matthew Tucci | Matthew Tucci | Goal TaxBack | Old Park Lane Capital PLC |
| 18-cv-10036 | The Jayfran Blue Pension Plan | Matthew Tucci | Matthew Tucci | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-10039 | The JT Health Consulting LLC 401K Plan | Matthew Tucci | Matthew Tucci | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-10049 | The Lakeview Advisors 401K Plan | Matthew Tucci | Matthew Tucci | Syntax GIS | Old Park Lane Capital PLC; Solo Capital Partners LLP |
| 18-cv-10060 | The Osprey Associates LLC 401K Plan | Matthew Tucci | Matthew Tucci | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-10061 | The Sandpiper Pension Plan | Matthew Tucci | Matthew Tucci | Syntax GIS | Telesto Markets LLP |
| 18-cv-10062 | The Zen Training LLC 401(K) Plan | Matthew Tucci | Matthew Tucci | Goal TaxBack Limited | Telesto Markets LLP; Old Park Lane Capital PLC |
| 18-cv-10063 | The Everything Clean LLC 401K Plan | Matthew Tucci | Matthew Tucci | Acupay System | West Point Derivatives Ltd; Old Park Lane Capital PLC |
| 18-cv-10064 | The Jump Group LLC 401K Plan | Matthew Tucci | Matthew Tucci | Acupay System LLC | Old Park Lane Capital PLC; Solo Capital Partners LLP |
| 18-cv-10065 | The Oaks Group Pension Plan | Matthew Tucci | Matthew Tucci | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-10066 | The Wave Maven LLC 401K Plan | Matthew Tucci | Matthew Tucci | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-10067 | The Balmoral Management LLC 401K Pension Plan | John LaChance | John LaChance | Goal TaxBack Limited | Solo Capital Partners LLP |
| 18-cv-10069 | The Beech Tree Partners 401K Plan | Matthew Tucci | Matthew Tucci | Goal TaxBack Limited | Solo Capital Partners LLP |
| 18-cv-10070 | The Blackbird 401K Plan | Matthew Tucci | Matthew Tucci | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-10071 | The Chambers Property Management LLC 401K Plan | Matthew Tucci | Matthew Tucci | Acupay System LLC | Old Park Lane Capital PLC; Telesto Markets LLP |
| 18-cv-10073 | FiftyEightSixty LLC Solo 401K Plan | Matthew Tucci | Matthew Tucci | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-10074 | The Hawk Group | Matthew Tucci | Matthew Tucci | Acupay System | Telesto Markets |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker-Custodian(s) |
|---|---|---|---|---|---|
| | Pension Plan | | | LLC | LLP |
| 18-cv-10076 | The Hibiscus Partners LLC 401K Plan | Matthew Tucci | Matthew Tucci | Goal TaxBack Limited | Old Park Lane Capital PLC; Solo Capital Partners LLP |
| 18-cv-10077 | The Maple Advisors LLC 401K Plan | Matthew Tucci | Matthew Tucci | Syntax GIS | Solo Capital Partners LLP; Telesto Markets LLP |
| 18-cv-10080 | OneZeroFive LLC Solo 401K Plan | Matthew Tucci | Matthew Tucci | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-10082 | The Sea Bright Advisors LLC 401K Plan | Matthew Tucci | Matthew Tucci | Goal TaxBack Limited | West Point Derivatives Ltd; Old Park Lane Capital PLC |
| 18-cv-10083 | The Tag Realty Advisors LLC 401K Plan | Matthew Tucci | Matthew Tucci | Syntax GIS | Old Park Lane Capital PLC; Solo Capital Partners LLP |
| 18-cv-10086 | The Throckmorton Advisors 401K Plan | Matthew Tucci | Matthew Tucci | Acupay System LLC | Solo Capital Partners LLP; West Point Derivatives Ltd |
| 18-cv-10088 | Acorn Capital Corporation Employee Profit Sharing Plan; and Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan & Trust | Gregory Summers | Gregory Summers | Acupay System LLC | Solo Capital Partners LLP; ED & F Man Capital Markets Limited |
| 18-cv-10090 | Cambridge Way LLC 401K Profit Sharing Plan | Shreepal Shah | Shreepal Shah | Acupay System LLC | ED & F Man Capital Markets Limited |
| 18-cv-10091 | The Dink 14 LLC 401K Plan | Jonathan Godson | Vincent Natoli | Goal TaxBack Limited | Solo Capital Partners LLP |
| 18-cv-10092 | JML Capital LLC 401K Plan | Roger Lehman | Roger Lehman; John LaChance | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-10093 | Natoli Management Pension Plan | Roger Lehman | Roger Lehman; Vincent Natoli | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-10094 | Nova Fonta Trading LLC 401K Plan | Roger Lehman | Roger Lehman; Vincent Natoli | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-10095 | The Skybax LLC 401K Plan | Jonathan Godson | Bradley Crescenzo | Goal TaxBack Limited | Solo Capital Partners LLP |
| 18-cv-10096 | The Robin Daniel Pension Plan | Matthew Tucci | Matthew Tucci | Goal TaxBack Limited | West Point Derivatives Ltd |
| 18-cv-10098 | The FWC Capital LLC Pension Plan | Roger Lehman | Roger Lehman | Syntax GIS | Solo Capital Partners LLP; Old Park Lane Capital |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker-Custodian(s) |
|---|---|---|---|---|---|
| | | | | | PLC |
| 18-cv-10099 | The RDL Consulting Group LLC Pension Plan | Roger Lehman | Roger Lehman | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-10100 | Newsong Fellowship Church 401(K) Plan | Alexander Jamie Mitchell III | Acer Investment Group, LLC; Alexander Jamie Mitchell III | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-10118 | Cole Enterprises USA Retirement Plan Trust | Todd Bergeron | Todd Bergeron; Kevin Kenning | Goal Taxback Limited | Salgado Capital |
| 18-cv-10119 | Blackrain Pegasus LLC Solo 401K Plan | Doston Bradley | Doston Bradley | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-10122 | Gyos 23 LLC Solo 401K Plan | Doston Bradley | Doston Bradley | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-10123 | The Oak Tree One 401K Plan | Doston Bradley | Doston Bradley | Goal Taxback Limited | Telesto Markets LLP |
| 18-cv-10124 | The Joanne E. Bradley Solo 401K Plan | Doston Bradley | Doston Bradley | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-10125 | Delgado Fox LLC Solo 401K Plan | Doston Bradley | Doston Bradley | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-10126 | Pegasus Fox 23 LLC Solo 401K Plan | Doston Bradley | Doston Bradley | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-10127 | KK Law Firm Retirement Plan Trust | Kevin Kenning | Kevin Kenning | Goal Taxback Limited | ED & F Man Capital Markets Limited; Investec |
| 18-cv-10129 | The Valerius LLC Solo 401K Plan | Roger Lehman | Roger Lehman | Goal Taxback Limited | Solo Capital Partners LLP |
| 18-cv-10130 | Tveter LLC Pension Plan | Christopher Nowell | Christopher Nowell | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-10133 | The Sinclair Pension Plan | Roger Lehman | Roger Lehman | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-10134 | The Green Group Site Pension Plan | Roger Lehman | Roger Lehman | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-10135 | The Mueller Investments Pension Plan | Roger Lehman | Roger Lehman | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-10136 | The Bella Consultants Pension Plan | Roger Lehman | Roger Lehman | Syntax GIS | Telesto Markets LLP |
| 18-cv-10137 | Blue Ocean Equity LLC Retirement Plan Trust | Kevin Kenning | Todd Bergeron; Kevin Kenning | Goal Taxback Limited | Salgado Capital |

16

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker – Custodian(s) |
|---|---|---|---|---|---|
| 19-cv-01867 | Avanix Management LLC Roth 401(K) Plan | Richard Markowitz | Richard Markowitz; Michael Ben-Jacob | Acupay System LLC | Solo Capital Partners LLP; Old Park Lane Capital PLC |
| 19-cv-01895 | Batavia Capital Pension Plan | "Non-party Authorized Representative" | Richard Markowitz | Acupay System LLC | Solo Capital Partners LLP |
| 19-cv-01904 | Calypso Investments Pension Plan | "Non-party Authorized Representative" | Jocelyn Markowitz | Goal Taxback Limited | Solo Capital Partners LLP |
| 19-cv-01869 | Cavus Systems LLC Roth 401(K) Plan | Richard Markowitz | Richard Markowitz; Michael Ben-Jacob | Goal Taxback Limited | Telesto Markets LLP |
| 19-cv-01868 | Hadron Industries LLC Roth 401(K) Plan | Richard Markowitz | Richard Markowitz; Michael Ben-Jacob | Syntax GIS | West Point Derivatives Ltd; Old Park Lane Capital PLC |
| 19-cv-01898 | RJM Capital Pension Plan | "Non-party Authorized Representative" | Richard Markowitz | Goal Taxback Limited | Solo Capital Partners LLP |
| 19-cv-01896 | Routt Capital Pension Plan | Richard Markowitz | Richard Markowitz; Michael Ben-Jacob | Acupay System LLC; Syntax GIS | Old Park Lane Capital PLC; Indigo Securities Ltd |
| 19-cv-01906 | Michelle Investments Pension Plan | John van Merkensteijn | Richard Markowitz; John van Merkensteijn | Acupay System LLC | Solo Capital Partners LLP |
| 19-cv-01911 | Remece Investments LLC Pension Plan | "Non-party Authorized Representative" | Richard Markowitz; John van Merkensteijn | Goal Taxback Limited | Solo Capital Partners LLP |
| 19-cv-01924 | Xiphias LLC Pension Plan | John van Merkensteijn | Richard Markowitz; John van Merkensteijn | Acupay System LLC | Solo Capital Partners LLP |
| 19-cv-01893 | Azalea Pension Plan | "Non-party Authorized Representative" | Elizabeth van Merkensteijn | Acupay System LLC | Solo Capital Partners LLP |
| 19-cv-01866 | Basalt Ventures LLC Roth 401(K) Plan | John van Merkensteijn | John van Merkensteijn; Michael Ben-Jacob | Goal Taxback Limited | Telesto Markets LLP; Old Park Lane Capital PLC |
| 19-cv-01865 | Bernina Pension Plan | John van Merkensteijn | John van Merkensteijn | Acupay System LLC | Solo Capital Partners LLP |
| 19-cv-01894 | Omineca Pension Plan | Michael Ben-Jacob | John van Merkensteijn; Michael Ben-Jacob | Acupay System LLC; Goal TaxBack Limited | Solo Capital Partners LLP; Old Park Lane Capital PLC |
| 19-cv-01871 | Starfish Capital | John van | John van | Syntax GIS | Old Park Lane |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker – Custodian(s) |
|---|---|---|---|---|---|
| | Management LLC Roth 401(K) Plan | Merkensteijn | Merkensteijn; Michael Ben-Jacob | | Capital PLC |
| 19-cv-01930 | Tarvos Pension Plan | "Non-party Authorized Representative" | John van Merkensteijn | Goal Taxback Limited | Solo Capital Partners LLP |
| 19-cv-01873 | Voojo Productions LLC Roth 401(K) Plan | John van Merkensteijn | John van Merkensteijn; Michael Ben-Jacob | Acupay System LLC | Old Park Lane Capital PLC |
| 19-cv-01785 | Albedo Management LLC Roth 401(K) Plan | Michael Ben-Jacob | Joseph Herman; Michael Ben-Jacob; Robert Klugman; Richard Markowitz; Avanix Management LLC | Acupay System LLC | Solo Capital Partners LLP; Old Park Lane Capital PLC |
| 19-cv-01781 | Ballast Ventures LLC Roth 401(K) Plan | Michael Ben-Jacob | Joseph Herman; Michael Ben-Jacob; Robert Klugman; Richard Markowitz; RAK Investment Trust; Cavus Systems LLC | Acupay System LLC | Telesto Markets LLP; Old Park Lane Capital PLC |
| 19-cv-01791 | Fairlie Investments LLC Roth 401(K) Plan | Joseph Herman | Joseph Herman; Michael Ben-Jacob; Robert Klugman; Richard Markowitz; RAK Investment Trust; Hadron Industries LLC | Goal TaxBack Limited | West Point Derivatives Ltd; Old Park Lane Capital PLC |
| 19-cv-01783 | Bareroot Capital Investments LLC Roth 401(K) Plan | David Zelman | David Zelman; Michael Ben-Jacob; Robert Klugman; Richard Markowitz; RAK Investment Trust; Routt Capital Trust | Syntax GIS | Telesto Markets LLP; Old Park Lane Capital PLC |
| 19-cv-01794 | Battu Holdings LLC Roth 401K Plan | Michael Ben-Jacob | David Zelman; Michael Ben-Jacob; Robert | Acupay System LLC | Solo Capital Partners LLP; Old Park Lane Capital |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker – Custodian(s) |
|---|---|---|---|---|---|
| | | | Klugman; John van Merkensteijn; RAK Investment Trust; Omineca Trust | | PLC |
| 19-cv-01798 | Cantata Industries LLC Roth 401(K) Plan | David Zelman | David Zelman; Michael Ben-Jacob; Robert Klugman; John van Merkensteijn; RAK Investment Trust; Omineca Trust | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 19-cv-01788 | Dicot Technologies LLC Roth 401(K) Plan | David Zelman | David Zelman; Michael Ben-Jacob; Robert Klugman; John van Merkensteijn; RAK Investment Trust; Omineca Trust | Syntax GIS | West Point Derivatives Ltd; Old Park Lane Capital PLC |
| 19-cv-01918 | Vanderlee Technologies Pension Plan | Michael Ben-Jacob | Vanderlee Technologies Pension Plan Trust; David Zelman; Michael Ben-Jacob; Robert Klugman; John van Merkensteijn; RAK Investment Trust; Omineca Trust | Acupay System LLC; Goal TaxBack Limited | Solo Capital Partners LLP; Old Park Lane Capital PLC |
| 19-cv-01922 | Cedar Hill Capital Investments LLC Roth 401(K) Plan | Edwin Miller | Edwin Miller; Michael Ben-Jacob; Robert Klugman; Richard Markowitz; RAK Investment Trust; Routt Capital Trust | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 19-cv-01928 | Fulcrum Productions LLC Roth 401(K) Plan | Edwin Miller | Edwin Miller; Michael Ben-Jacob; Robert Klugman; | Syntax GIS | Telesto Markets LLP; Old Park Lane Capital PLC |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker – Custodian(s) |
|---|---|---|---|---|---|
| | | | John van Merkensteijn; RAK Investment Trust; Omineca Trust | | |
| 19-cv-01926 | Green Scale Management LLC Roth 401(K) Plan | Michael Ben-Jacob | Edwin Miller; Michael Ben-Jacob; Robert Klugman; Richard Markowitz; RAK Investment Trust; Routt Capital Trust | Acupay System LLC | Solo Capital Partners LLP; Old Park Lane Capital PLC |
| 19-cv-01929 | Keystone Technologies LLC Roth 401(K) Plan | Edwin Miller | Edwin Miller; Michael Ben-Jacob; Robert Klugman; Richard Markowitz; RAK Investment Trust; Routt Capital Trust | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 19-cv-01931 | Tumba Systems LLC Roth 401(K) Plan | Edwin Miller | Edwin Miller; Michael Ben-Jacob; Robert Klugman; John van Merkensteijn; RAK Investment Trust; Omineca Trust | Syntax GIS | West Point Derivatives Ltd; Old Park Lane Capital PLC |
| 19-cv-01800 | Crucible Ventures LLC Roth 401(K) Plan | Ronald Altbach | Ronald Altbach; Michael Ben-Jacob; Robert Klugman; John van Merkensteijn; RAK Investment Trust; Omineca Trust | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 19-cv-01803 | Limelight Global Productions LLC Roth 401(K) Plan | Ronald Altbach | Ronald Altbach; Michael Ben-Jacob; Robert Klugman; John van Merkensteijn; RAK | Syntax GIS | Telesto Markets LLP; Old Park Lane Capital PLC |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker – Custodian(s) |
|---|---|---|---|---|---|
| | | | Investment Trust; Omineca Trust | | |
| 19-cv-01809 | Plumrose Industries LLC Roth 401K Plan | Michael Ben-Jacob | Ronald Altbach; Michael Ben-Jacob; Robert Klugman; John van Merkensteijn; RAK Investment Trust; Omineca Trust | Acupay System LLC | Old Park Lane Capital PLC |
| 19-cv-01812 | Roadcraft Technologies LLC Roth 401(K) Plan | Ronald Altbach | Ronald Altbach; Michael Ben-Jacob; Robert Klugman; Richard Markowitz; RAK Investment Trust; Routt Capital Trust | Goal TaxBack Limited | Solo Capital Partners LLP; Old Park Lane Capital PLC |
| 19-cv-01818 | True Wind Investments LLC Roth 401(K) Plan | Ronald Altbach | Ronald Altbach; Michael Ben-Jacob; Robert Klugman; John van Merkensteijn; RAK Investment Trust; Omineca Trust | Syntax GIS | West Point Derivatives Ltd; Old Park Lane Capital PLC |
| 19-cv-01870 | Eclouge Industry LLC Roth 401(K) Plan | Perry Lerner | Perry Lerner; Michael Ben-Jacob; Robert Klugman; Richard Markowitz; RAK Investment Trust; Routt Capital Trust | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 19-cv-01792 | First Ascent Worldwide LLC Roth 401(K) Plan | Perry Lerner | Perry Lerner; Michael Ben-Jacob; Robert Klugman; Richard Markowitz; RAK Investment Trust; Routt | Syntax GIS | Telesto Markets LLP; Old Park Lane Capital PLC |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker – Custodian(s) |
|---|---|---|---|---|---|
| | | | Capital Trust | | |
| 19-cv-01806 | Loggerhead Services LLC Roth 401(K) Plan | Michael Ben-Jacob | Perry Lerner; Michael Ben-Jacob; Robert Klugman; Richard Markowitz; RAK Investment Trust; Routt Capital Trust | Acupay System LLC | Solo Capital Partners LLP; Old Park Lane Capital PLC |
| 19-cv-01808 | PAB Facilities Global LLC Roth 401(K) Plan | Perry Lerner | Perry Lerner; Michael Ben-Jacob; Robert Klugman; Richard Markowitz; RAK Investment Trust; Routt Capital Trust | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 19-cv-01815 | Trailing Edge Productions LLC Roth 401(K) Plan | Perry Lerner | Perry Lerner; Michael Ben-Jacob; Robert Klugman; Richard Markowitz; RAK Investment Trust; Routt Capital Trust | Syntax GIS | West Point Derivatives Ltd; Old Park Lane Capital PLC |
| 19-cv-01801 | Monomer Industries LLC Roth 401(K) Plan | Robin Jones | Robin Jones; Michael Ben-Jacob; Robert Klugman; John van Merkensteijn; RAK Investment Trust; Omineca Trust | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 19-cv-01810 | Pinax Holdings LLC Roth 401(K) Plan | Robin Jones | Robin Jones; Michael Ben-Jacob; Robert Klugman; John van Merkensteijn; RAK Investment Trust; Omineca Trust | Syntax GIS | Telesto Markets LLP; Old Park Lane Capital PLC |
| 19-cv-01813 | Sternway Logistics LLC Roth 401(K) Plan | Robin Jones | Robin Jones; Michael Ben-Jacob; Robert Klugman; | Syntax GIS | West Point Derivatives Ltd; Old Park Lane Capital PLC |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker – Custodian(s) |
|---|---|---|---|---|---|
| | | | John van Merkensteijn; RAK Investment Trust; Omineca Trust | | |
| 19-cv-10713 | 2321Capital Pension Plan; Bowline Management Pension Plan; California Catalog Company Pension Plan; Clove Pension Plan; DFL Investments Pension Plan; Davin Investments Pension Plan; Delvian LLC Pension Plan; Laegeler Asset Management Pension Plan; Lion Advisory Inc. Pension Plan; Mill River Capital Management Pension Plan; Next Level Pension Plan; Rajan Investments LLC Pension Plan; Spirit on the Water Pension Plan; Traden Investments Pension Plan | | Richard Markowitz; John van Merkensteijn; Bernina Pension Plan Trust; RJM Capital Pension Plan Trust | Acupay System LLC; Goal TaxBack Limited | Solo Capital Partners LLP |

23

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on November 13, 2020, he caused a true copy of the foregoing to be served upon the following parties via electronic mail:

Marc Weinstein, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

*Counsel for Plaintiff SKAT*

Dated:   November 13, 2020                         S/ Mark D. Allison

                                                                Mark D. Allison
                                                                CAPLIN & DRYSDALE, CHARTERED
                                                                600 Lexington Avenue, 21st Floor
                                                                New York, New York 10022
                                                                Email: mallison@capdale.com
                                                                Phone: (212) 379-6060
                                                                Fax: (212) 379-6001

                                                                *Lead Counsel for Defendants*