UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND          18-md-2865 (LAK)
LITIGATION

This paper applies to:   19-cv-1781, 19-cv-1783,
19,cv-1785, 19-cv-1788, 19-cv-1791, 19-cv-1792,
19-cv-1794, 19-cv-1798. 19-cv-1800, 19-cv-1801.
19-cv-1803, 19-cv-1806, 19-cv-1808, 19-cv-1809,
19-cv-1810, 19-cv-1812, 19-cv-1813, 19-cv-1815,
19-cv-1818, 19-cv-1870, 19-cv-1918, 19-cv-1922,
19-cv-1926, 19-cv-1928, 19-cv-1929, 19-cv-1931

------------------------------------x

### PRETRIAL ORDER NO. 21
(Ruling on Plaintiff's Motion to Compel)

LEWIS A. KAPLAN, *District Judge.*

      The motion 18-md-2865 (Dkts 589 and 590) is granted and defendants' objections are overruled. The documents are relevant. The fact that the plaintiff in some sense may "know" some of the facts to which the requested documents relate is not a valid objection.

      SO ORDERED.

Dated:    May 22, 2021

                                         Lewis A. Kaplan
                                    United States District Judge