**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: The cases identified in Appendix A. | MASTER DOCKET<br><br>18-md-02865-LAK |

**MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE IN DENMARK**

PLEASE TAKE NOTICE that the undersigned attorneys for the Defendants identified in Appendix A (collectively, "Defendants"), will apply before the Honorable Lewis A. Kaplan of the Southern District of New York at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time and date to be determined by the Court, for the issuance of Requests for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil and Commercial Matters and 28 U.S.C. § 1781(b)(2). In support of this motion, Defendants rely upon the accompanying Memorandum of Law and Declaration of Sharon L. McCarthy dated May 25, 2021 and the exhibits attached thereto.

1

Dated: New York, NY
       May 25, 2021

                              Respectfully submitted,

                              KOSTELANETZ & FINK, LLP

By:  /s/ Sharon L. McCarthy
      SHARON L. MCCARTHY
      7 World Trade Center, 34th Floor
      New York, New York 10007
      Tel:   (212) 808-8100
      Fax:  (212) 808-8108
      smccarthy@kflaw.com

*Attorneys for Defendants John van Merkensteijn, III, Elizabeth van Merkensteijn, Azalea Pension Plan, Basalt Ventures LLC Roth 401(K) Plan, Bernina Pension Plan, Bernina Pension Plan Trust, Michelle Investments Pension Plan, Omineca Pension Plan, Omineca Trust, Remece Investments LLC Pension Plan, Starfish Capital Management LLC Roth 401(K) Plan, Tarvos Pension Plan, Voojo Productions LLC Roth 401(K) Plan,Xiphias LLC Pension Plan*

                              WILMER CUTLER PICKERING HALE
                                AND DORR LLP

By:  /s/ Alan E. Schoenfeld
      ALAN E. SCHOENFELD
      7 World Trade Center
      250 Greenwich Street
      New York, NY 10007
      Telephone: (212) 230-8800
      alan.schoenfeld@wilmerhale.com

*Attorneys for Defendants Richard Markowitz, Jocelyn Markowitz, Avanix Management LLC Roth 401(K) Plan, Batavia Capital Pension Plan, Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries*

*LLC Roth 401(K) Plan, RJM Capital Pension Plan, RJM Capital Pension Plan Trust, Routt Capital Pension Plan, Routt Capital Trust*

CAPLIN & DRYSDALE, CHARTERED

By: /s/ Mark D. Allison
Mark D. Allison
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Avenue, 21st Floor
New York, New York 10022
Phone: (212) 379-6060
Email: mallison@capdale.com

*Attorneys for Defendants Robert Klugman, RAK Investment Trust, Aerovane Logistics LLC Roth 401K Plan, Edgepoint Capital LLC Roth 401K Plan, Headsail Manufacturing LLC Roth 401K Plan, The Random Holdings 401K Plan, The Stor Capital Consulting LLC 401K Plan*

KAPLAN RICE LLP

By: /s/ Michelle A. Rice
Michelle A. Rice
Kaplan Rice LLP
142 West 57th Street
Suite 4A
New York N.Y. 10019
(212) 333-0227
mrice@kaplanrice.com

*Attorneys for Defendants Joseph Herman, David Zelman, Edwin Miller, Ronald Altbach, Perry Lerner, Robin Jones, Ballast Ventures LLC Roth 401(K) Plan, Bareroot Capital Investments LLC Roth 401(K)Plan, Albedo Management LLC Roth 401(K) Plan, Dicot Technologies LLC Roth 401(K) Plan, Fairlie Investments LLC Roth 401(K) Plan, First Ascent Worldwide LLC Roth 401(K) Plan, Battu Holdings LLC Roth 401(K) Plan, Cantata Industries LLC Roth 401(K) Plan, Crucible Ventures LLC Roth 401(K)*

3

*Plan, Monomer Industries LLC Roth 401(K) Plan, Limelight Global Productions LLC Roth 401(K) Plan, Loggerhead Services LLC Roth 401(K) Plan, PAB Facilities Global LLC Roth 401(K) Plan, Plumrose Industries LLC Roth 401(K) Plan, Pinax Holdings LLC Roth 401(K) Plan, Roadcraft Technologies LLC Roth 401(K) Plan, Sternway Logistics LLC Roth 401(K) Plan, Trailing Edge Productions LLC Roth 401(K) Plan, True Wind Investments LLC Roth 401(K) Plan, Eclouge Industry LLC Roth 401(K) Plan, Vanderlee Technologies Pension Plan, Vanderlee Technologies Pension Plan Trust, Cedar Hill Capital Investments LLC Roth 401(K) Plan, Green Scale Management LLC Roth 401(K) Plan, Fulcrum Productions LLC Roth 401(K) Plan, Keystone Technologies LLC Roth 401(K) Plan, Tumba Systems LLC Roth 401(K) Plan*


DEWEY PEGNO & KRAMARSKY LLP

By:   /s/ Thomas E.L. Dewey
     Thomas E.L. Dewey
     777 Third Avenue – 37th Floor
     New York, New York 10017
     Tel.:   (212) 943-9000
     Fax:   (212) 943-4325
     E-mail: tdewey@dpklaw.com

*Attorneys for Defendant Michael Ben-Jacob*


K&L GATES LLP

By:   /s/ John C. Blessington
     John C. Blessington (*pro hac vice*)
     K&L GATES LLP
     State Street Financial Center
     One Lincoln Street
     Boston, MA 02111
     T:  617.261.3100
     F:  617.261.3175
     E:  john.blessington@klgates.com

*Attorneys for Defendants / Third- Party Plaintiffs Acer Investment Group LLC, American Investment Group of New York, L.P. Pension Plan, DW Construction, Inc. Retirement Plan, Kamco Investments Inc. Pension Plan, Kamco LP Profit Sharing Pension Plan, Linden Associates Defined Benefit Plan, Moira Associates LLC 401K Plan, Newsong Fellowship Church 401K Plan, Riverside Associates Defined Benefit Plan, Robert Crema, Stacey Kaminer, Alexander Jamie Mitchell III, David Schulman, Joan Schulman, and Darren Wittwer*

KOSTELANETZ & FINK, LLP

By:  /s/ Bryan C. Skarlatos
Bryan C. Skarlatos
Eric Smith
Kostelanetz & Fink, LLP
7 World Trade Center, 34th Floor
New York, New York 10007
T:  (212) 808-8100
F:  (212) 808-8108
bskarlatos@kflaw.com
esmith@kflaw.com

*Attorneys for Defendants John Doscas, David Freelove, Sterling Alpha LLC 401(K) Profit Sharing Plan, Federated Logistics LLC 401(k) Plan, and Del Mar Asset Management & Retirement Plan*

5

**APPENDIX A**

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| John van Merkensteijn, III | Sharon L. McCarthy<br>Caroline Ciraolo<br>Nicholas S. Bahnsen<br>Kostelanetz & Fink LLP<br>7 World Trade Center, 34th Floor<br>New York, New York 10007<br>Tel: (212) 808-8100<br>Fax: (212) 808-8108<br>cciraolo@kflaw.com<br>smccarthy@kflaw.com<br>nbahnsen@kflaw.com | 19-cv-01866<br>19-cv-01865<br>19-cv-01906<br>19-cv-01894<br>19-cv-01911<br>19-cv-01871<br>19-cv-01930<br>19-cv-01873<br>19-cv-01794<br>19-cv-01798<br>19-cv-01788<br>19-cv-01918<br>19-cv-01928<br>19-cv-01931<br>19-cv-01800<br>19-cv-01803<br>19-cv-01809<br>19-cv-01818<br>19-cv-01801<br>19-cv-01810<br>19-cv-01813 |
| Elizabeth van Merkensteijn | | 19-cv-01893 |
| Azalea Pension Plan | | 19-cv-01893 |
| Basalt Ventures LLC Roth 401(K) Plan | | 19-cv-01866 |
| Bernina Pension Plan | | 19-cv-01865 |
| Bernina Pension Plan Trust | | 19-cv-10713 |
| Michelle Investments Pension Plan | | 19-cv-01906 |
| Omineca Pension Plan | | 19-cv-01894 |
| Omineca Trust | | 19-cv-01794<br>19-cv-01798<br>19-cv-01788<br>19-cv-01918<br>19-cv-01928<br>19-cv-01931 |

| | | |
|---|---|---|
| | | 19-cv-01800 |
| | | 19-cv-01803 |
| | | 19-cv-01809 |
| | | 19-cv-01818 |
| | | 19-cv-01801 |
| | | 19-cv-01810 |
| | | 19-cv-01813 |
| Remece Investments LLC Pension Plan | | 19-cv-01911 |
| Starfish Capital Management LLC Roth 401(K) Plan | | 19-cv-01871 |
| Tarvos Pension Plan | | 19-cv-01930 |
| Voojo Productions LLC Roth 401(K) Plan | | 19-cv-01873 |
| Xiphias LLC Pension Plan | | 19-cv-01924 |
| Richard Markowitz | Alan E. Schoenfield<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br>alan.schoenfeld@wilmerhale.com | 19-cv-01867<br>19-cv-01895<br>19-cv-01869<br>19-cv-01868<br>19-cv-01898<br>19-cv-10713<br>19-cv-01896<br>19-cv-01783<br>19-cv-01922<br>19-cv-01926<br>19-cv-01929<br>19-cv-01812<br>19-cv-01870<br>19-cv-01792<br>19-cv-01806<br>19-cv-01808<br>19-cv-01815 |
| Jocelyn Markowitz | | 19-cv-01904 |
| Avanix Management LLC Roth 401(K) Plan | | 19-cv-01867 |
| Batavia Capital Pension Plan | | |

- 2 -

| | | |
|---|---|---|
| Calypso Investments Pension Plan | | 19-cv-01895<br>19-cv-01904 |
| Cavus Systems LLC Roth 401(K) Plan | | 19-cv-01869 |
| Hadron Industries LLC Roth 401(K) Plan | | 19-cv-01868 |
| RJM Capital Pension Plan | | 19-cv-01898 |
| RJM Capital Pension Plan Trust | | 19-cv-10713 |
| Routt Capital Pension Plan | | 19-cv-01896 |
| Routt Capital Trust | | 19-cv-01783<br>19-cv-01922<br>19-cv-01926<br>19-cv-01929<br>19-cv-01812<br>19-cv-01870<br>19-cv-01792<br>19-cv-01806<br>19-cv-01808<br>19-cv-01815 |
| Rob Klugman | Mark D. Allison<br>Caplin & Drysdale, Chartered<br>600 Lexington Avenue<br>21st Floor<br>New York, NY 10022<br>Tel: (212) 379-6000<br>mallison@capdale.com<br>zziering@capdale.com | 18-cv-07828<br>18-cv-07827<br>18-cv-07824<br>18-cv-07829<br>18-cv-04434 |
| RAK Investment Trust | | |
| Aerovane Logistics LLC Roth 401(K) Plan | | 18-cv-07828 |
| Edgepoint Capital LLC Roth 401(K) Plan | | 18-cv-07827 |
| Headsail Manufacturing LLC Roth 401(K) Plan | | 18-cv-07824 |
| The Random Holdings | | |

- 3 -

| | | |
|---|---|---|
| 401(K) Plan | | 18-cv-07829 |
| The Stor Capital Consulting LLC 401(K) Plan | | 18-cv-04434 |
| Joseph Herman | Michelle A. Rice<br>Kaplan Rice LLP<br>142 West 57th Street<br>Suite 4A<br>New York N.Y. 10019<br>(212) 333-0227<br>mrice@kaplanrice.com | 1:19-cv-01785<br>1:19-cv-01781<br>1:19-cv-01791<br>1:19-cv-01794 |
| David Zelman | | 1:19-cv-01918<br>1:19-cv-01783<br>1:19-cv-01798<br>1:19-cv-01788 |
| Edwin Miller | | 1:19-cv-01926<br>1:19-cv-01922<br>1:19-cv-01928<br>1:19-cv-01929<br>1:19-cv-01931 |
| Ronald Altbach | | 1:19-cv-01809<br>1:19-cv-01800<br>1:19-cv-01803<br>1:19-cv-01812<br>1:19-cv-01818 |
| Perry Lerner | | 1:19-cv-01806<br>1:19-cv-01870<br>1:19-cv-01792<br>1:19-cv-01808<br>1:19-cv-01815 |
| Robin Jones | | 1:19-cv-01801<br>1:19-cv-01810<br>1:19-cv-01813 |
| Ballast Ventures LLC Roth 401(K) Plan | | 1:19-cv-01781 |
| Bareroot Capital Investments LLC Roth 401(K) Plan | | 1:19-cv-01783 |
| Albedo Management LLC Roth 401(K) Plan | | |

| | | |
|---|---|---|
| Dicot Technologies LLC Roth 401(K) Plan | | 1:19-cv-01785 |
| Fairlie Investments LLC Roth 401(K) Plan | | 1:19-cv-01788 |
| First Ascent Worldwide LLC Roth 401(K) Plan | | 1:19-cv-01791 |
| Battu Holdings LLC Roth 401(K) Plan | | 1:19-cv-01792 |
| Cantata Industries LLC Roth 401(K) Plan | | 1:19-cv-01794 |
| Crucible Ventures LLC Roth 401(K) Plan | | 1:19-cv-01798 |
| Monomer Industries LLC Roth 401(K) Plan | | 1:19-cv-01800 |
| Limelight Global Productions LLC Roth 401(K) Plan | | 1:19-cv-01801 |
| Loggerhead Services LLC Roth 401(K) Plan | | 1:19-cv-01803 |
| PAB Facilities Global LLC Roth 401(K) Plan | | 1:19-cv-01806 |
| Plumrose Industries LLC Roth 401(K) Plan | | 1:19-cv-01808 |
| Pinax Holdings LLC Roth 401(K) Plan | | 1:19-cv-01809 |
| Roadcraft Technologies LLC Roth 401(K) Plan | | 1:19-cv-01810 |
| Sternway Logistics LLC Roth 401(K) Plan | | 1:19-cv-01812 |
| Trailing Edge Productions LLC Roth 401(K) Plan | | 1:19-cv-01813 |

| | | |
|---|---|---|
| True Wind Investments LLC Roth 401(K) Plan<br><br>Eclouge Industry LLC Roth 401(K) Plan<br><br>Vanderlee Technologies Pension Plan<br><br>Vanderlee Technologies Pension Plan Trust<br><br>Cedar Hill Capital Investments LLC Roth 401(K) Plan<br><br>Green Scale Management LLC Roth 401(K) Plan<br><br>Fulcrum Productions LLC Roth 401(K) Plan<br><br>Keystone Technologies LLC Roth 401(K) Plan<br><br>Tumba Systems LLC Roth 401(K) Plan | | 1:19-cv-01815<br><br>1:19-cv-01818<br><br>1:19-cv-01870<br><br>1:19-cv-01918<br><br>1:19-cv-01918<br><br>1:19-cv-01922<br><br>1:19-cv-01926<br><br>1:19-cv-01928<br><br>1:19-cv-01929<br><br>1:19-cv-01931 |
| Michael Ben-Jacob | Thomas E. L. Dewey<br>Dewey Pegno & Kramarsky LLP<br>777 Third Avenue – 37th Floor<br>New York, New York 10017<br>Tel.: (212) 943-9000<br>Fax: (212) 943-4325<br>E-mail: tdewey@dpklaw.com | 1:18-cv-04434<br>1:18-cv-07824<br>1:18-cv-07827<br>1:18-cv-07828<br>1:18-cv-07829<br>1:19-cv-01781<br>1:19-cv-01783<br>1:19-cv-01785<br>1:19-cv-01788<br>1:19-cv-01791<br>1:19-cv-01792<br>1:19-cv-01794<br>1:19-cv-01798<br>1:19-cv-01800<br>1:19-cv-01801<br>1:19-cv-01803 |

| | | |
|---|---|---|
| | | 1:19-cv-01806 <br> 1:19-cv-01808 <br> 1:19-cv-01809 <br> 1:19-cv-01810 <br> 1:19-cv-01812 <br> 1:19-cv-01813 <br> 1:19-cv-01815 <br> 1:19-cv-01818 <br> 1:19-cv-01866 <br> 1:19-cv-01867 <br> 1:19-cv-01868 <br> 1:19-cv-01869 <br> 1:19-cv-01870 <br> 1:19-cv-01871 <br> 1:19-cv-01873 <br> 1:19-cv-01894 <br> 1:19-cv-01896 <br> 1:19-cv-01918 <br> 1:19-cv-01922 <br> 1:19-cv-01926 <br> 1:19-cv-01928 <br> 1:19-cv-01929 <br> 1:19-cv-01931 |
| Acer Investment Group LLC <br><br><br><br><br> American Investment Group of New York, L.P. Pension Plan <br><br> DW Construction, Inc. Retirement Plan <br><br> Kamco Investments Inc. Pension Plan <br><br> Kamco LP Profit Sharing Pension Plan | John C. Blessington <br> K&L GATES LLP <br> State Street Financial Center <br> One Lincoln Street <br> Boston, MA  02111 <br> T: 617.261.3100 <br> F: 617.261.3175 <br> E:  john.blessington@klgates.com | 18-cv-09841 <br> 18-cv-09797 <br> 18-cv-09836 <br> 18-cv-09837 <br> 18-cv-09838 <br> 18-cv-09839 <br> 18-cv-09840 <br> 18-cv-10100 <br> 18-cv-05053 <br><br> 18-cv-09841 <br><br><br><br> 18-cv-09797 <br><br><br> 18-cv-09836 <br><br><br> 18-cv-09837 |

| | | |
|---|---|---|
| Linden Associates Defined Benefit Plan | | 18-cv-09838 |
| Moira Associates LLC 401K Plan | | 18-cv-09839 |
| Newsong Fellowship Church 401K Plan | | 18-cv-10100 |
| Riverside Associates Defined Benefit Plan | | 18-cv-09840 |
| Robert Crema | | 18-cv-09841 |
| Stacey Kaminer | | 18-cv-09841<br>18-cv-09797<br>18-cv-09836<br>18-cv-09837<br>18-cv-09839 |
| Alexander Jamie Mitchell III | | 18-cv-10100 |
| David Schulman | | 18-cv-09840 |
| Joan Schulman | | 18-cv-09838 |
| Darren Wittwer | | 18-cv-09797 |
| John Doscas<br><br>David Freelove<br><br>Sterling Alpha LLC 401(K) Profit Sharing Plan<br><br>Federated Logistics LLC 401(k) Plan<br><br>Del Mar Asset Management & Retirement Plan | Bryan C. Skarlatos<br>Eric Smith<br>Kostelanetz & Fink, LLP<br>7 World Trade Center, 34th Floor<br>New York, New York 10007<br>(212) 808-8100 (Office)<br>(212) 808-8108 (Fax)<br>bskarlatos@kflaw.com<br>esmith@kflaw.com | 18-cv-4894<br>18-cv-4899<br>18-cv-8655<br>18-cv-5374 |