# EXHIBIT 9



SKATTEMINISTERIET

Departementschef Jens Brøchner

**Rapport**

Intern Revision

Revisionscenter Næstved

internrevision@skm.dk

30. maj 2013

J.nr. 13-0005403

Plannr. 12-014

Finansår 2012

# Revision af udbytte- og royaltyskat for 2012

Læst
31.5.13

## 1. Indledning

Skatteministeriets Interne Revision (SIR) har gennemført en revision af udbytte- og royaltyskat for 2012.

Formålet med revisionen er at vurdere:

- Om SKAT har tilrettelagt regnskabsfunktionen på en tilfredsstillende måde, herunder etableret forretningsgange og interne kontroller, der medvirker til at sikre en korrekt regnskabsaflæggelse.
- Om de initiativer som SKAT har sat i værk som følge af tidligere undersøgelser er dækkende og tilstrækkelige, jfr. SIRs revisionsrapport af området d. 10. maj 2010 jnr. 09-272022, hvori der blev givet en række anbefalinger.

## 2. Forudsætninger

Revisionen har omfattet:

- Udbytteskat (Forretningsområde 1156, 1157 og 1158)
- Royaltyskat (Forretningsområde 1160 og 1161)

I regnskabet for 2012 er nettoindtægterne for udbytteskat på i alt 6.363,5 mio. kr., mens indtægterne for royaltyskat er på i alt 130,0 mio. kr.

SIR har holdt møder med Regnskab 2, Proces og Administration, Afregning Person eKapital, Afregning Erhverv samt Afregning Erhverv og Vejledning.

Revisionen har endvidere omfattet besøg hos Regnskab 2, hvor vi blev orienteret om arbejdstilrettelæggelsen og sammen med relevante medarbejdere gennemgik bogførings- og afstemningsrutiner samt efterprøvede forretningsgange og kontroller som sikrer regnskabets rigtighed.

SKAT_MDL_001_00281103

Ved siden af gennemgang af bogførings- og afstemningsmateriale har SIR foretaget indsamling, gennemgang og vurdering af relevant materiale i form af interne beskrivelser, vejledninger og forretningsgange.

Revisionen har ikke omfattet revision af IT-systemer.

Revisionen er gennemført af Søren Kristensen og Lars Kørvell i perioden januar til maj 2013.

## 3. Observationer

### 3.1 Debitorer

SIR har gennemgået debitorkontiene. Alle angivelser kommer i 3S, via TastSelv eller ved tastning af Regnskab 2. Angivelser, hvor der skal betales udbytteskat, overføres dagligt automatisk fra 3S til SAP38[1]. Det er ved tidspunktet for registrering af angivelsen, at indtægten registres i SAP38 med modpost på et debitornummer under debitorkonto 3000.

Ved indbetaling af udbytteskat, efter indsendelse af papirangivelse, foretages en automatisk registrering på bank med modpost teknisk debitor. Medarbejdere i Regnskab 2 sørger løbende for at flytte poster fra teknisk debitor til de rigtige debitornumre på debitorkonto 3000. SIR har gennemgået Regnskab 2´s forretningsgange omkring behandling af debitorer. Gennemgangen har vist, at langt de fleste fordringer bliver udlignet inden for relativ kort tid. Ved brug af TastSelv får udlodder en OCR linje, som medfører at betalingen går direkte på debitorkonto 3000.

Revisionen har vist, at Regnskab 2 rykker løbende for fordringer. Regnskab 2 rykker 2 gange inden fordringen overdrages til Inddrivelse.

Fordringerne bliver stående på de enkelte firmakoder, selvom de bliver overdraget til Inddrivelse. I SAP 38 foretages en automatisk ændring af status på disse fordringer, så de fremkommer på de rapporter Inddrivelse trækker.

Revisionen har vist, at der henstår få saldi af ældre dato. Ved gennemgang af de væsentligste åbentstående saldi konstaterede SIR, at de alle var retskraftige og under behandling. Heriblandt en fordring inkl. renter på 620 mio. kr. som vedrører en konkurssag som endnu ikke er afsluttet.

Under gennemgang af Regnskab 2´s månedlige kontroller i forbindelse med regnskabsgodkendelsen konstaterede SIR, at Regnskab 2 undersøgte og opløste åbentstående poster på teknisk debitorer, indbetalingskonti mv.

---

[1] Selskaber skal angive udlodningen til SKAT. Samtidig skal den indeholdte udbytteskat af udlodningen indbetales til SKAT.

Det er derudover SIRs opfattelse, at udbyttekontrollen[2] ligeledes bidrager til at få opløst ældre åbenstående poster. En væsentlig del af de fejl Regnskab 2 konstaterer under udbyttekontrollen skyldes, at selskaber har betalt og indberettet oplysning om udbyttemodtagere[3] i TastSelv, men ved en fejl mangler at angive beløbet. Det er SIRs opfattelse, at den type fejl behøvede Regnskab 2 ikke at vente med at finde ved den halvårlige udbyttekontrol. Efter SIRs opfattelse kunne det ske ved løbende at holde debitorkonti med åbentstående kreditposter op imod indberetninger i 3S.

*Regnskab 2 har hertil oplyst, at "I forbindelse med behandlingen af åbne poster rykkes for angivelser, som vedrører perioder, som ikke indgår i forstkommende udbyttekontrol. TastSelv fra juli 2010 har været udformet på en måde, så selskaberne troede de havde angivet, når de havde indberettet udbyttemodtagere, hvilket har øget mængden af åbne poster. Rykning for angivelser har altid altovervejende været i forbindelse med udbyttekontrollen, hvor udsøgningen altovervejende sker maskinelt".*

### Delkonklusion
Det er SIRs vurdering, at de åbentstående fordringer pr. 31.12.2012 var til stede og retskraftige.

Det er SIRs opfattelse, at Regnskab 2 løbende bør opløse de poster, hvor selskaber har betalt og indberettet oplysning om udbyttemodtagere, men mangler at angive.

### 3.2 Regnskabspraksis - Indregningskriteriet
Selve bogføringen af indtægt for udbytteskat sker i forbindelse med registreringen af angivelsen. Udbytteskat bliver således bogført, når den er angivet uanset om den er betalt eller ej. Regnskab 2 foretager ikke nogen periodisering ved tastning af angivelser. Det er tidspunktet for registrering af angivelsen som afgør, hvornår indtægten bliver indtægtsført i regnskabet.[4]

Ved indbetalingen af udbytteskat er det ligeledes tidspunktet for registreringen der afgør, hvornår indbetalingen bliver indregnet i regnskabet. Registreringen af indbetalingen i SKATs regnskab sker samtidig med indbetalingen, idet alle indbetalinger, hver dag bliver registreret på bank med modkonto teknisk debitor.

Selskaber skal senest angive og betale udbytteskat den 10. i måneden efter, at det er vedtaget at udlodde udbytte – hvis selskabets frist for betaling af A-skat er den sidste bankdag i måneden, er fristen udsat til den sidste bankdag i måneden efter den måned, hvor udlodningen er vedtaget.

---

[2] SKAT foretager 2 gange om året en udbyttekontrol, hvor felt 37 på selskabernes selvangivelse holdes op imod angivet udbytte registreret i 3S – se afsnit 3.6.
[3] Udover at angive og betale udbytteskat, skal selskabet indberette oplysning om den enkelte udbyttemodtager.
[4] For selskaber som angiver via TastSelv er registreringstidspunktet lig med angivelsestidspunktet.

Rejser SKAT krav om indeholdelse af udbytteskat af en udlodning bogføres kravet som en indtægt i forbindelse med at kravet bliver rejst. Taber SKAT sagen udgiftsføres kravet på tidspunktet, hvor sagen tabes.

For Royaltyskat er det ligeledes tidspunktet for bogføring af royaltyskat som afgør, hvornår indtægten bliver indregnet i regnskabet. Der foretages ingen periodisering.

Ved renteberegning tages der udgangspunkt i betalingsfristen, som afhænger af vedtagelsesdatoen.

Ved refusion af udbytteskat er det tidspunktet for udbetaling af refusion, der afgør, hvornår refusionsbeløbet bliver udgiftsført. Det er SIRs vurdering, at der foretages løbende udbetaling af refusion, umiddelbart efter at sagsbehandlingen om anmodning er afsluttet.

Af regnskabsgodkendelsen for firmakode 6112 december 2012 fremgår, at Regnskab 2 ultimo 2012 havde knap 1.300 angivelser som manglede at blive tastet. Ultimo 2010 og 2011 manglede henholdsvis ca. 4.000 og 2.000 angivelser at blive tastet. SIR kan således konstatere, at antallet af angivelser der mangler at blive tastet, er faldende.

SIRs har analyseret bogføringen og foretaget et skøn af de samlede indtægter for de 1.300 angivelser, som først bliver tastet og indtægtsført i 2013. Skønnet er ca. 56 mio. kr. og er forbundet med en vis usikkerhed.

**Delkonklusion**
SIR finder, at SKATs nuværende måde at indtægtsføre udbytteskat på (angivelser som bliver tastet af Regnskab 2) ikke ligger indenfor de retningslinjer/regler som Budgetvejledningen og Moderniseringsstyrelsen har fastsat. SIR er bekendt med, at der er nedsat en arbejdsgruppe i SKAT som pt. arbejder med at komme med anbefalinger til regnskabspraksis og indregningskriterier for indtægter i SKAT. SKAT bør sikre sig, at udbytteskat bliver indregnet indenfor de retningslinjer/regler som Budgetvejledningen og Moderniseringsstyrelsen har fastsat.

### 3.3 Afstemning til fødesystemer

SIR har konstateret, at SKAT ikke foretager afstemning mellem 3S og SAP38. Ved gennemgang af de månedlige regnskabsgodkendelser fremgår, at der i maj måned 2012 er tastet angivelser svarende til ca. 1,6 mia. kr. i 3S som ved en fejl ikke tømmes til SAP38. Fejlen bliver opdaget ved at Regnskab 2 har mange indbetalinger fra debitorer som ikke bliver udlignet. Fejlen er efterfølgende blevet rettet.

SIR har fået oplyst, at SKAT ikke foretager afstemning mellem 3S og delsystemerne UDBY og IFPA under eKapital.

Det er ligeledes oplyst, at der ikke foretages afstemning eller anden form for kontrol af, at relevante oplysninger i UDBY og IFPA overføres korrekt til årsopgørelserne. I 2012 har der været poster i eKapital som SLUT-systemet ikke har hentet og som dermed i første omgang ikke kom med på årsopgørelser. Fejlen skyldes at udbytteskatteprocenten var blevet ændret fra 28% til 27%. Den konkrete fejl blev opdaget og SLUT-systemet er efterfølgende blevet rettet.

**Delkonklusion**
Revisionen har således vist, at der i 2012 er sket fejl, hvor ikke alle data i 3S er overført til SAP38, ligesom ikke alle relevante data i eKapital blev overført korrekt til årsopgørelser for personer. Fejlene er i begge tilfælde blevet opdaget af anden vej end egentlige afstemning mellem systemer.

Det er SIRs vurdering, at de konkrete tilfælde, hvor der er sket fejl i 2012 viser, hvor vigtigt det er, at der bliver foretaget afstemning mellem systemerne. SKAT bør etablerer afstemninger eller anden form for kontrol som sikrer, at alle data leveres nøjagtigt og fuldstændigt mellem systemerne.

### 3.4 Refusion af udbytteskat

For udlændige indeholdes der udbytteskat ved udlodningen. Udbyttemodtagere kan søge refusion, hvis de er omfattet af en dobbeltbeskatningsoverenskomst (DBO) eller er fra et EU land. Eneste undtagelse er den såkaldte "VP-ordning", for værdipapirer indskrevet i Værdipapircentralen. VP-ordningen er en aftale mellem depotbankerne, Værdipapircentralen, SKAT og depotkunden (udbyttemodtageren). Der er for 12 lande indgået en aftale som betyder, at Værdipapircentralen for de indskrevne danske aktier/beviser sørger for, at der ved udlodning sker indeholdelse af udbytteskat med den korrekte procent/beløb, således at udbyttemodtager ikke skal søge om refusion.

*Afregning Person har hertil oplyst, at "den nedsatte udbytteskat kun kan ske, hvis både kunden og kundens depotbank har indgået en aftale. For at kontrollere dette, har eKapital med virkning fra 1. januar 2014 i Skattekontrolloven indført en pligt for depotføreren om at indberette en markering for den såkaldte VP-ordning. En efterfølgende kontrol/afstemning bliver herved mulig".*

For at opnå refusion skal udbyttemodtager indsende blanket til Regnskab 2 sammen med dokumentation for skattepligt til hjemlandet samt udbyttemeddelelse om modtaget udbytte og indeholdt udbytteskat.

For at reducere SKATs ressourceforbrug i forbindelse med anmodning om refusion, er der indgået en aftale med 3 pengeinstitutter kaldet "regnearksordningen", hvor disse pengeinstitutter sender refusionsanmodning på deres kunders vegne. Pengeinstitutterne står inde for det refusionsbeløb, som de anmoder om på kundernes vegne.

SIR har gennemgået og efterprøvet Regnskabs 2´s forretningsgange omkring behandling, bogføring og udbetaling af refusion. Revisionen viste, at der er etableret funktionsadskillelse. Derudover viste revisionen, at de modtagne refusionsanmodninger udenfor regnearksordningen vurderes før refusionsbeløbet bliver udbetalt. I de tilfælde, hvor der ikke var tilstrækkelig dokumentation blev der anmodet om yderligere materiale, ligesom anmodninger blev afslået, hvis betingelserne ikke var opfyldt.

Blanketterne tastes enkeltvis, således at der er et kontrolspor, mens refusion via regnearksordningen tastes som sumposter.

Regnearkene indeholder de samme oplysninger som fremgår af de øvrige anmodninger. Nogle regneark er vedlagt dokumentation for skattepligt og udbyttemeddelelse, mens andre ikke er. Regnskab 2 har oplyst, at de i vid udtrækning har tillid til pengeinstitutterne og bilag indkaldes sjældent. SIR har fået oplyst, at dette kun er sket 2 gange i den tid regnearksordningen har eksisteret[5].

Bliver der via blanket søgt refusion 2 gange for den samme aktie, er systemet sat således op, at der vil komme en advisering 2. gang. Men da refusioner via regnearksordningen tastes som sumposter, vil en udbyttemodtager kunne søge refusion mere end en gang for den samme aktie enten både via blanket og regnearksordningen eller flere gange via regnearksordningen uden at det ville blive opdaget af SKAT.

SIR har konstateret, at refunderet udbytteskat er steget fra ca. 680 mio. kr. i 2010 til ca. 1.452 mio. kr. i 2012. SKAT har overfor SIR oplyst, at stigningen kan skyldes, at danske selskaber udlodder større udbytte til udenlandske aktionærer, men ikke fremlagt dokumentation herfor.

Delkonklusion
Det er SIRs vurdering, at de tilrettelagte forretningsgange og interne kontroller sikrer en korrekt regnskabsmæssig registrering af refunderet udbytteskat til udlændige.

For refusionsanmodningerne udenfor regnearksordningen bliver grundlaget vurderet før der sker udbetaling af refusion, mens grundlaget under regnearksordningen kun sjældent vurderes. Det er SIRs vurdering, at SKATs kontrol med refusionsanmodninger, der kommer via regnearksordningen ikke er tilstrækkelig.

Det er SIRs opfattelse, at Regnskab 2 bør beskrive, hvad der skal kontrolleres/påses inden anmodning imødekommes og i højere grad påse grundlaget for refusion under regnearksordningen. Det er SKATs ansvar, at anmodning om refusion, under regnearksordningen, er korrekt inden der foretages udbetaling.

Det er SIRs vurdering, at SKAT bør sikre sig bedre imod, at der ikke sker uretmæssig refusion af udbytteskat. Muligheden herfor er blevet forbedret fra 1. ja-

---

[5] SKAT har indgået aftalerne omkring "regnearksordningen" med de 3 pengeinstitutter i henholdsvis 2001, 2005 og 2007.

nuar 2013, hvor alle udloddende selskaber skal angive udlodningen og indberette oplysning om udbyttemodtager samtidigt.

### 3.5 Regnskabsgodkendelse

SIR har gennemgået de kontroller Regnskab 2 har udført i forbindelse med regnskabsgodkendelsen for regnskabet ultimo 2012. Af *Vejledning regnskabsafslutning – lokale firmakoder* fremgår, hvilke interne kontroller Regnskab 2 skal foretage.

Revisionen har vist, at kontrollerne bliver udført, udskrevet, dateret og underskrevet, hvorefter de bliver afleveret til afdelingslederen, som opbevarer dem på sit kontor. Materialet opbevareres også elektronisk.

Det er SIRs vurdering at der løbende bliver fulgt op på de konti, som kontrollen omfatter. Åbentstående poster bliver løbende undersøgt, således at de kan blive opløst eller placeret de rigtige steder. Ultimo 2012 står der ikke væsentlige poster på tekniske debitorer, interimskonti mv., ligesom bankkontiene løbende bliver afstemt og udlignet med Moderniseringsstyrelsen.

Af de månedlige regnskabsgodkendelser for firmakode 6112 som fremsendes til Regnskab 1 fremgår, at månedens indtægter og udgifter, samt aktiver og passiver er gennemgået. Indbetalinger samt tastede værdi både for perioden samt år til dato er oplyst, ligesom antallet af angivelser, som mangler at blive tastet er oplyst. Af regnskabsgodkendelsen ultimo 2012 fremgår, at der år til dato er indbetalt knap 12 mia. kr. og den tastede værdi er på ca. 10,8 mia. kr. De oplyste tal svarer til henholdsvis kredit og debet bevægelsen på debitorkontoen (artskonto 3000 – Forretningsområde 1156 og 1157).

Det er SIRs opfattelse, at regnskabsgodkendelsen i sin nuværende form ikke giver tilstrækkelige informationer. Eksempelvis kan indbetalinger og tastede værdi ikke aflæses som henholdsvis kredit og debetbevægelserne på debitorkontoen, idet tilbageførte indtægter bliver posteret i modsat side på debitorkontoen. Den oplyst tastede værdi indeholder således ikke de tilbageførte indtægter, ligesom det oplyste beløb for indbetalinger også indeholder de udlignede beløb for tilbageførsler. Af regnskabet *Den endelige månedsrapport 2012* fremgår, at indtægterne for udbytteskat er på i alt 8.712 mio. kr. og for royaltyskat er på i alt 130,0 mio. kr.

Af SKATs *Vejledning regnskabsafslutning – lokale firmakoder* fremgår, hvorledes regnskabsgodkendelsen skal opbygges og hvad den skal indeholde.
Det fremgår heraf, at der i regnskabsgodkendelsen skal oplyses antal og beløb for de angivelser, som manglede at blive tastet. Efter SIRs opfattelse burde poster hvor SKAT risikerer at få en udgift, være nævnt. Eksempelvis har SKAT i 2011 indtægtsført ca. 620 mio. kr. inkl. renter vedrørende en ikke afgjort konkurssag, som muligvis skal tilbageføres, når sagen afsluttes.

SKAT_MDL_001_00281109

**Delkonklusion** Det er SIRs vurdering, at der løbende bliver fulgt op på relevante konti i forbindelse med den månedlige regnskabsgodkendelse. Åbentstående poster bliver løbende undersøgt, således at de kan blive opløst eller placeret de rigtige steder.

Det er SIRs vurdering, at de kontroller og afstemninger SKAT udfører i forbindelse med regnskabsgodkendelsen medvirker til at sikre regnskabets rigtighed for udbytte- og royaltyskat.

Det er dog SIRs opfattelse, at selve regnskabsgodkendelsen ikke giver tilstrækkelige informationer og dermed lever op til SKATs *Vejledning regnskabsafslutning – lokale firmakoder*. Derudover er det SIRs opfattelse, at regnskabsgodkendelsen burde nævne større sager, hvor SKAT med stor sandsynlighed risikerer at skulle tilbageføre tidligere indtægtsførte udbytteskatter.

### 3.6 Afstemninger/sandsynlighedskontrol – angivelse, indberetning og selskabets regnskab

Regnskab 2 foretager 2 gange om året en udbyttekontrol, hvor felt 37 på selskabernes selvangivelse (udloddet udbytte) holdes op imod angivet udbytte tastet i 3S. Et eksternt IT-firma bistår SKAT ved udsøgningen. Ved manglende angivelse udsender Regnskab 2 op til 2 rykkere. Forinden der udsendes rykkere kontrolleres det, at der er grundlag for at rykke. I 2. rykkerskrivelse anføres oplysning om mulige dagbøder. Adskillige selskaber, som ikke har reageret på rykkerne er sendt til Indsats.

SIR har konstateret, at muligheden for at pålægge dagbøder ikke har været taget i brug, ligesom muligheden for skønsmæssigt at fastsætte udbytteskatten heller ikke anvendes af SKAT.

Ved udbyttekontrollen finder SKAT de fejl, hvor selskaber har betalt og indberettet udbytte i TastSelv, men ved en fejl mangler at angive beløbet.

eKapital rykker de indberetningspligtige såfremt de indberetter færre udbyttemodtagere end året før eller hvis indberetningspligtige ikke har foretaget indberetning i indeværende år, men i tidligere år.

SKAT foretager ingen afstemning mellem angivet udbytte og indberetning.

Region København udførte i 2011 et indsatsprojekt for indkomståret 2008, for de selskaber, hvor der er forskel på angivelse og indberetning. Af 68.000 selskaber var der i alt ca. 20.000 selskaber, hvor der var en forskel. Af disse blev 1.500 udvalgt til udvidet kontrol. Projektet medførte, at 160 af de 1.500 selskaber fik en samlet forhøjelse på 58 mio. kr. Projektet førte ligeledes til, at revisorer for nogle af selskaberne blev anmeldt til Revisornævnet, hvor flere af sagerne endte med bøder til revisorerne.

SKAT_MDL_001_00281110

Der har tidligere været problemer med at kunne foretage afstemninger og kontroller, men det er delvis afhjulpet nu. Fra og med 2012 skulle de ikke VP-administrerede selskaber (ikke optaget til handel på reguleret marked og ikke indskrevet i VP) indberette og angive på samme tidspunkt. Fra og med 1. januar 2013 skal de depotførerne (bankerne) for de VP indskrevne selskaber/ investeringsforeninger/investeringsselskaber (optaget-/ikke optaget til handel på reguleret marked) indberette senest en måned efter at de udloddende selskaber/ investeringsforeninger/investeringsselskaber har indsendt deres angivelse. For 2012 kan der for de ikke indskrevne selskaber foretages afstemning mellem angivelse og indberetning.

*Afregning Person har hertil oplyst, at "at der også vil kunne foretages afstemning mellem angivelse og indberetning for de indskrevne selskaber/investeringsforeninger mv., men først i perioden efter den 20. januar 2013. Fra og med 2013, vil der kunne foretages afstemning ved udgangen af den efterfølgende måned".*

*Regnskab 2 har hertil oplyst, at "afstemning skal foretages manuelt for de ca. 75.000 selskaber, som udlodder udbytte ved sammenkøring af forskellige Business Objects universer".*

### Delkonklusion
Det er SIRs vurdering, at SKAT nu har mulighed for en effektiv kontrol mellem det som selskaberne angiver og det der bliver indberettet om den enkelte udbyttemodtager. Et tidligere indsatsprojekt for de ikke indskrevne selskaber har vist, at der er mange fejl og et væsentligt beløb bliver ikke angivet og betalt. Det er SIRs vurdering at SKAT bør foretage løbende afstemning af angivet udbytteskat og indberetning.

Det er SIRs opfattelse, at der ledelsesmæssigt bør tages stilling til, hvorvidt bestemmelserne for at pålægge dagbøder samt skønsmæssig fastsættelse tages i anvendelse som andre steder i organisationen.

### 3.7 Organisering og ansvar på udbytteområdet
Ansvaret for SKATs proces til håndtering af udbytteskat er delt på flere procesejere. Der er ikke defineret et overordnet ansvar for hele processen.

Regnskab 2 varetager bogholderifunktionen omkring udbytteskat. Kontorets arbejdsopgaver er bl.a. at taste blanketter vedrørende indberetning og angivelse, foretage rykkerprocedure vedrørende manglende indberetninger og angivelser, behandling af ansøgninger om refusion, attestation af skattepligt for danskere med udenlandske aktier, bogholderiopgaven vedrørende udbytte samt kontrol og afstemning af betaling og angivelse mv.

Afregning Person er procesejer på eKapital. Center for eKapital drifter eKapital der omfatter de obligatoriske indberetningspligter efter skattekontrolloven, som ikke er omfattet af eIndkomst. Procesejer for eKapital har oplyst, at eKapital i sin

opbygning er en slags "lagerhotel". Et "lagerhotel" hvor alle oplysninger til brug for fx dannelsen af årsopgørelsen, til brug for servicebilaget, til SKATs automatiske opgørelses- og beregningssystem, til kontrol, til compliance, til brug for indsatsprojekter og afstemning af indkomster, udbytte mv. er samlet. eKapital består af en række delsystemer, der har hver sit afgrænsede oplysningsområde, fx renter, udbytter, køb og salg af værdipapirer, indskud på pensionsordninger. Det er op til brugerne, at hente og anvende de indsamlede data.

SLUT-systemet har adgang til at hente oplysninger i de relevante delsystemer i eKapital i forbindelse med dannelse og udskrivning af årsopgørelse for personer.

Afregning Erhverv, som er procesejer på udbytteangivelsen, varetager opgaven omkring udvikling af forbedrede muligheder for TastSelv, der køres som et projekt i Afregning Erhverv. Formålet med forbedringerne er, at etablere et andet indberetningsflow, således at det bliver lettere at foretage en korrekt indberetning.

**Delkonklusion**
Det er SIRs vurdering, at der er mange aktører og procesejere for området. Der bør efter SIRs opfattelse etableres et overordnet ansvar (ledelsesmæssig fokus) for hele processen til håndtering af udbytteskat.

### 3.8 Opfølgning på SIRs undersøgelse af Provenuet fra Kildebeskatning af udlændige – udbytteskat (maj 2010)

SIRs undersøgelse fra maj 2010 viste bl.a.:
- At der ikke foretages afstemning mellem de udbytter som selskaberne angiver og de udbytter som indberettes for udbyttemodtagerne.
- At der kun med stor usikkerhed kunne opgøres et tilnærmelsesvist korrekt nettoprovenu fra refusionsordningen ud fra de oplysninger, der var i SKATs systemer.
- At SKAT mangler indberetninger/oplysninger til at kunne opgøre et korrekt nettoprovenu fra refusionsordningen.
- At regnskabs- og IT-systemer ikke i tilstrækkelig grad understøtter en korrekt opgørelse af nettoprovenu fra refusionsordningen.
- At der kan refunderes udbytteskat før skatten er indbetalt/indberettet til SKAT.

SIR anbefalede bl.a.:
- At der blev etableret et overordnet ansvar for hele processen til håndtering af udbyttebeskatningen.
- At der blev etableret et kontrolmiljø, som sikrede at der var overensstemmelse mellem angivelse og indberetning af udbyttemodtagere.

På baggrund af revisionsrapporten besluttede Produktionsforum, at nedsætte en arbejdsgruppe, som skulle komme med forslag til administrative og systemmæssige ændringer, der kunne imødegå de uafklarede forhold i rapporten.

Arbejdsgruppen udarbejdede en række forslag til bedre håndtering af udbyttebeskatning. I arbejdsgruppens indstilling til Produktionsforum d. 27. juni 2011 er rapportens konklusioner opsummeret til 2 kerneområder:

1. Der mangler afstemning af den udbytteskat som udbyttemodtagere godskrives i forhold til udbytteskatten.
2. Refusion af dansk udbytteskat til udenlandske udbyttemodtagere og den tekniske behandling heraf mangler revisionsspor.

### Ad 1) Manglende afstemning af udbytteskat

Produktionsforum behandlede arbejdsgruppens forslag den 27. juni 2011 og besluttede, at Borger og Virksomheder samt Jura og Samfundsøkonomi arbejdede videre med forslaget om ændring af Kildeskattelovens § 66[6] samt de heraf følgende procesbeskrivelser og eventuelle feltlåsninger. Det blev endvidere indstillet at arbejde videre med forslaget om tvungen TastSelv.

I bekendtgørelse nr. 1315 af 15. december 2011 om indberetningspligter mv. efter skattekontrolloven er der foretaget ændring, således, at fristen for angivelse, betaling og indberetning af udbyttemodtagere er blevet den samme. For de selskaber som ikke er indskrevet i Værdipapircentralen er ændringen fortaget med virkning for 2012, mens ændringen for de selskaber/investeringsforeninger/ investeringsselskaber, som er indskrevet i Værdipapircentralen er foretaget med virkning fra 2013.

Afregning Erhverv har under denne revision oplyst, at håndteringen af forbedringerne af TastSelv køres som projekt i Afregning Erhverv. Det er ønsket, at den nye løsning for indberetning af udbytte overordnet set bl.a. skal indeholde følgende nye/forbedrede funktioner:
- Et nyt indberetnings flow som gør, at selskabet ved angivelse af udbytte samtidig skal oplyse om udbyttemodtager. Løsningen kontrollerer, at der er modtager på hele udlodningsbeløbet, således at der sker en beløbsmæssig afstemning inden indberetning kan foretages. Dvs. ét samlet indberetnings flow mod den nuværende løsnings to indberetnings flows[7].
- Der udvikles en kladdefunktion, hvor indtastede data kan gemmes, redigeres og indberettes senere.
- Tidligere indberettede udbyttemodtagere kan gemmes og hentes frem igen ved nye indberetninger.
- Der registreres årsag for den valgte udbytteprocent, hvis der er valgt en lavere udbytteprocent.

---

[6] Når Kildeskatteloven § 66 nævnes, skyldes det at der i indstillingen fra arbejdsgruppen anbefales at angivelsestidspunkt og indberetningstidspunktet skal være det samme.

[7] *Afregning Person har hertil oplyst, at "Denne løsning indeholder alene de ikke indskrevne selskaber i Værdipapircentralen, idet de har fælles pligt (angivelse og indberetning om udbyttemodtagere). De øvrige indskrevne selskaber, investeringsforeninger og investeringsselskaber har ikke samme pligt. De har alene pligten til at angive, hvor depotbanken har pligten til at indberette om udbyttemodtageren og pligten til at oplyse, hvilke kunder de har med de forskellige skatteprocentsatser, fx 0, 15, 25, 27 osv".*

SKAT_MDL_001_00281113

Udviklingen af ny TastSelv-løsning ved angivelse af udbytteskat er i proces. I projektet bliver der nu arbejdet på at kvalitetssikre og præcisere kravspecifikationen, med henblik på at få et mere præcist bud på prisen af fase 1. Projektet har på nuværende tidspunkt alene fokus på at færdiggøre kravspecifikation vedrørende den nye TastSelv-løsning (fase 1).[8]

Hensigten har været, at idriftsætte den forbedrede funktionalitet inden Skattekontoen går i drift. Den nye indberetningsløsning kan imidlertid ikke nå at blive sat i drift inden Skattekontoen sættes i gang efter planen i august 2013. Det forventes, at den nuværende TastSelv-løsning, som er 2 separate spor, for angivelse af udbytte og indberetning af modtagere bliver obligatorisk at anvende med virkning fra 1. juli 2013. Bekendtgørelser herom er i ekstern høring på nuværende tidspunkt. SKAT har oplyst, at der arbejdes hen imod at den nye TastSelv-løsning for angivelse af udbytteskat og indberetning af udbyttemodtagere kan sættes i drift omkring 1. april 2014. Der er dog ikke på nuværende tidspunkt taget endelig beslutning om gennemførelse af projektet efter den nuværende tidsplan.

**Ad 2) Refusion af dansk udbytteskat til udenlandske udbyttemodtagere**
Af beslutningsprotokollen for Produktionsforum den 27. juni 2011 fremgår, at Produktionsforum blev orienteret om, at der i OECD-regi er etableret en arbejdsgruppe, som arbejder på fælles nettoafregning af udbytte til udenlandske aktionærer. SKAT er med i et pilotprojekt med 7 andre lande, herunder flere store pengeinstitutter.

SKAT har over for SIR redegjort for, at arbejdet i OECD har stået på i flere år. Der er afleveret diverse rapporter og nedsat flere arbejdsgrupper, dels arbejdes der sideløbende i andre regi. EU har et projekt FATCA aftalen med USA om gensidig udveksling af oplysninger vedrørende depoter, konti m.v., som er blevet prioriteret højest. I OECD ligger en brugbar model klar, men det er uklart hvad EU's holdning er til denne. Modellen fordrer, at udenlandske pengeinstitutter skal være med, og det vil kræve IT-udvikling. Tyskland, der har et system som minder om den danske refusionsmodel, ved ikke helt endnu om de vil tilslutte sig modellen. Det er SKATs vurdering, at det først vil være attraktivt for de udenlandske pengeinstitutter at være med, hvis flere lande eller f.eks. et stort land som Tyskland beslutter at tilslutte sig modellen. Sideløbende arbejder SKAT på at udvide nettoafregningsmodellen til flere lande.

Delkonklusion
SKAT har oplyst, at den nye TastSelv-løsning for angivelse af udbytteskat og indberetning af udbyttemodtagere er i proces og der arbejdes hen imod en idriftsættelse omkring 1. april 2014. Når den nye TastSelv-løsning er implementeret vil angivelsen (registrering af indtægten) i højere grad følge betalingen.

Reglerne er nu blevet ændret således, at fristen for at angive udbytteskat og indberette udbytte er den samme, men at det forsat bliver foretaget i to flows.

---

[8] Der er pt. ikke taget endelig stilling til tidsplan for udviklingen af den nye TastSelv-løsnings øvrige faser, herunder om der skal være ét samlet indberetningsflow.

Der er i SKAT pt. ikke truffet endelig beslutning om at udvide TastSelv løsningen til ét flow, som arbejdsgruppen lagde op til i indstillingen til Produktionsforum[9]. SIR konstaterer, at SKAT i dag ikke foretager afstemning mellem angivelse og indberetning om udbyttemodtagere. Det er SIRs opfattelse, at nye regler med samme tidsfrist for at angive og indberette, har gjort det væsentligt nemmere at foretage en sådan afstemning. SIR finder det nødvendigt at SKAT foretager afstemning mellem angivet udbytte og indberetning om udbyttemodtagere, fordi angivelse og indberetning fortsat foretages i 2 flows.

SIR konstaterer, at SKAT sammen med andre OECD-lande arbejder på en fælles nettoafregning af udbytte til udenlandske aktionærer og at der ligger en brugbar model klar. SKAT er imidlertid afhængig af at udenlandske pengeinstitutter vil deltage samt at større lande tilslutter sig modellen. Det er SIRs opfattelse, at SKAT har gjort en tilfredsstillende indsats i forhold til at indføre en fælles nettoafregning af udbytte til udenlandske aktionærer.

I undersøgelsen af Provenuet fra Kildebeskatning af udlændige – udbytteskat (maj 2010) anbefalede SIR, at der blev etableret et overordnet ansvar for hele processen til håndtering af udbyttebeskatning. Det er fortsat SIRs opfattelse, at der bør etableres et overordnet ansvar.

SIR har herudover ingen bemærkninger i forhold til opfølgningen af undersøgelsen (maj 2010), samt de tiltag SKAT har foretaget i forhold til Produktionsforums indstilling.

## 4. Konklusion og bemærkninger

### 4.1 Konklusion

På baggrund af den gennemførte revision er det *samlet* SIRs vurdering, at forvaltningen på udbytte og royaltyområdet har fungeret *ikke helt tilfredsstillende*.

Overordnet set er det SIRs vurdering at der løbende bliver fulgt op på relevante konti i forbindelse med den månedlige regnskabsgodkendelse. Åbentstående poster bliver løbende undersøgt, således at de kan blive opløst eller placeret de rigtige steder. Det er SIRs vurdering, at de kontroller og afstemninger SKAT udfører i forbindelse med regnskabsgodkendelsen medvirker til at sikre regnskabets rigtighed. Derudover er det SIRs vurdering, at de åbentstående fordringer pr. 31.12.2012 var til stede samt var retskraftige.

Om de initiativer som SKAT har sat i værk som følge af tidligere undersøgelse konstaterer SIR, at den nye TastSelv-løsning for angivelse af udbytteskat og indberetning om udbyttemodtagere er i proces og SKAT har oplyst, at der arbejdes

---

[9] I dag foretager de ikke VP-indskrevne selskaber både angivelse af udbytteskat samt indberetning om udbyttemodtagere. For de VP-indskrevne selskaber foretager det depotførende pengeinstitut/VP indberetningen til SKAT, mens selskabet selv angiver udbytteskatten til SKAT. Det depotførende pengeinstitut oplyser selskabet om det beløb der skal angives, da disse selskaber ikke kender sine aktionærerne og dermed det beløb der skal angives.

hen imod, at løsningen kan sættes i drift omkring 1. april 2014. Når den nye TastSelv-løsning er implementeret vil angivelsen (registrering af indtægten) i højere grad følge betalingen.

Reglerne er blevet ændret således, at fristen for at angive udbytteskat og indberette om udbyttemodtagere er den samme, men det bliver fortsat foretaget i to flows. Der er i SKAT pt. ikke truffet endelig beslutning om at udvide TastSelv løsningen til ét flow.

SIR konstaterer, at SKAT i dag ikke foretager afstemning mellem angivet udbytte og indberetning om udbyttemodtagere. Det er SIRs opfattelse, at nye regler med samme tidsfrist for at angive og indberette, har gjort det væsentligt nemmere at foretage en sådan afstemning. SIR finder det nødvendigt at SKAT foretager afstemning mellem angivet udbytte og indberetning om udbyttemodtagere, fordi angivelse og indberetning fortsat foretages i 2 flows.

Det er SIRs opfattelse, at SKAT har gjort en tilfredsstillende indsats i forhold til at indføre en fælles nettoafregning af udbytte til udenlandske aktionærer.

Ved bedømmelsen har SIR ligeledes lagt vægt på følgende:

- SIR finder, at SKATs nuværende måde at indtægtsføre udbytteskat på (angivelser som bliver tastet af Regnskab 2) ikke ligger indenfor de retningslinjer/regler som Budgetvejledningen og Moderniseringsstyrelsen har fastsat. SKAT bør sikre sig, at udbytteskat bliver indregnet indenfor de retningslinjer/regler som Budgetvejledningen og Moderniseringsstyrelsen har fastsat.
- Revisionen har vist, at der i 2012 er sket fejl, hvor ikke alle data i 3S er overført til SAP38, ligesom ikke alle data i eKapital blev overført korrekt til Årsopgørelserne. Fejlene er i begge tilfælde blevet opdaget af anden vej end egentlige afstemning mellem systemer. Det er SIRs vurdering, at de konkrete tilfælde, hvor der er sket fejl i 2012 viser, hvor vigtigt det er, at der bliver foretaget afstemning mellem systemerne. SKAT bør etablerer afstemninger eller anden form for kontrol, som sikrer, at alle data leveres nøjagtigt og fuldstændigt mellem systemerne.
- Det er SIRs vurdering, at de tilrettelagte forretningsgange og interne kontroller sikrer en korrekt regnskabsmæssig registrering af refunderet udbytteskat til udlændige.
- Det er SIRs opfattelse, at for refusionsanmodningerne udenfor regnearksordningen bliver grundlaget før udbetaling af refusion vurderet, mens grundlaget under regnearksordningen kun sjældent vurderes. Det er SIRs vurdering, at SKATs kontrol med refusionsanmodninger, der kommer via regnearksordningen ikke er tilstrækkelig. Det er SIRs opfattelse, at Regnskab 2 bør beskrive, hvad der skal kontrolleres/påses inden anmodning imødekommes og i højere grad påse grundlaget for refusion under regnearksordningen. Det er SKATs ansvar at anmodning om refusion, under regnearksordningen, er korrekt inden der foretages udbetaling.

- Det er SIRs vurdering, at selve regnskabsgodkendelsen ikke giver tilstrækkelige informationer og dermed lever op til SKATs *Vejledning regnskabsafslutning – lokale firmakoder*. Derudover er det SIRs opfattelse, at regnskabsgodkendelsen burde nævne større sager, hvor SKAT med stor sandsynlighed risikere at skulle tilbageføre tidligere indtægtsførte udbytteskatter.
- Det er SIRs opfattelse, at der ledelsesmæssigt bør tages stilling til hvorvidt bestemmelserne for at pålægge dagbøder samt skønsmæssig fastsættelse tages i anvendelse som andre steder i organisationen.
- Det er SIRs vurdering, at der er mange aktører og procesejere for udbytteområdet. Der bør efter SIRs opfattelse etableres et overordnet ansvar (ledelsesmæssig fokus) for hele processen til håndtering af udbytteskat.

### 4.2 Bemærkninger

SIR har under revisionen identificeret forhold, som SIR anbefaler, at SKAT følger op på.

Bemærkningerne, som er indeholdt i rapportteksten er gengivet nedenfor med angivelse af vigtigheden for opfølgning jf. skala i Bilag A.

| Afsnit | Bemærkninger | Vigtighed |
|---|---|---|
| 3.2. | Der er behov for at få fastlagt klare regler for regnskabspraksis. Indregning af indtægter for udbytteskat bør foretages, så de bliver indregnet indenfor de retningslinjer/regler som Budgetvejledningen og Moderniseringsstyrelsen har fastsat. | 1 |
| 3.7 | Der er behov for, at der bliver etableret et overordnet ansvar (ledelsesmæssig fokus) for hele processen til håndtering af udbytteskat. | 1 |
| 3.3 | Der er behov for, at der bliver etableret afstemning eller anden form for kontrol som sikrer, at alle data leveres nøjagtigt og fuldstændigt mellem systemerne. | 1 |
| 3.6 3.8 | Der er behov for at for at foretage afstemning mellem angivelse og indberetning. | 1 |
| 3.6 | Der er behov for, at der ledelsesmæssigt tages stilling til hvorvidt bestemmelserne for at pålægge dagbøder samt skønsmæssigt fastsættelse tages i anvendelse som andre steder i organisationen. | 1 |
| 3.4 | Der er behov for, at SKAT sikrer sig bedre imod, at der ikke sker uretmæssig refusion af udbytteskat. | 2 |
| 3.5 | Der er behov for at justere den månedlige regnskabsgodkendelse, således at informationsværdien øges og den lever op til SKATs *Vejledning Regnskabsafslutning – lokale firmakoder*. | 2 |
| 3.4 | Der er behov for, at der i forretningsgangene for udbetaling af refusion beskrives, hvad der skal kontrolleres/påses forinden anmodning imødekommes | 3 |

## 5. Høring

Rapporten har været i høring i Regnskab 2, Betaling & Regnskab, Afregning Person, Afregning Erhverv samt Proces og Administration.

Der er modtaget høringssvar fra Regnskab 2, Betaling & Regnskab, Afregning Person og Afregning Erhverv. Faktuelle præciseringer og bemærkninger er så vidt mulig indarbejdet eller indsat med kursiv i rapporten.

Derudover har Regnskab 2 og Afregning Person afgivet følgende høringssvar (del af høringssvar som er af mere oplysende karakter):

Regnskab 2 har oplyst, *"at når Tast Selv-løsningen, som forventes at blive indført 1. juli 2013 vil det være med de nuværende 2 flows. Der bør derfor fortsat være fokus på at få indført et nyt Tast Selv, som er i et flow"*.

Afregning Person har oplyst, *"at Afregning Person har fokus på, at forbedre muligheder for banker og andre indberetningspligtige til at foretage deres indberetninger. Afregning Person er ved at igangsætte et projekt der skal forny de gamle TS-Tele indberetningsordninger og erstatte disse med FTP-gateway og TastSelv løsninger. Det er tanken at se på om der for hele udbytteområdet kan findes en fælles holdbar løsning der kan tilgodese begge typer af indberetningspligtige (banker og selskaber) om udbyttemodtagerne.*

*eKapital har løbende fokus på om der kan tages yderligere tiltag til at sikre en korrekt indeholdelse af udbytteskat (den korrekte udbytteprocent). De seneste tiltag har taget fokus på bankernes kunderegistrering af depoterne, og dermed at sikre at modtageren at udbytteskatten nu også er den type som indeholdelsesprocenten peger på, fx*

▶ *en aktiv virksomhed/selskab mv.*
▶ *et investeringsselskab, en investeringsforening, et selskab osv.*
▶ *en person*
▶ *en person med et depot tilmeldt under den såkaldte VP-ordning*

*Ligeledes skal den faktiske indeholdte skat indberettes fra og med 1. januar 2011. Det betyder, at SKAT nu har mulighed for over årsopgørelsen at godskrive den faktisk indeholdte skat, og ikke som nu automatisk at godskrive 27 % for en person, eller en personlig erhvervsdrivende mv.*

*Siden sidste revisionsrapport har eKapital fået ændret skattekontrolloven således, at der er obligatorisk indberetningspligt om udbytte/udlodning til skattefrie pensionsdepoter samt at der generelt i den obligatoriske indberetning fra depotbanken om udlodning af udbytte, skal indberettes CVR/SE nr. på det selskab, eller den investeringsforening/afdeling udlodningen stammer fra. Sidstnævnte for at angivelsen fra den udlodningen stammer fra kan kobles op mod depotbankernes indberetninger om udbyttemodtagerne, og på den måde at kunne lave en afstemning af de to forskellige indberetninger.*

Sidst men ikke mindst, havde eKapital budt ind med som en del af skattereform kataloget med yderligere indberetninger, at kunne få indført en hjemmel til de udstedende selskaber af aktier og beviser, at de meget tidligt i indkomstårets start havde pligt til at fortælle SKAT og depotbankerne gennem VP-indskrivningen, hvem de var af type som udloddende for på den måde at binde administrationen af udbytteopgaven udenfor SKAT sammen med udbytteadministrationen i hele SKAT (Årsopgørelsen og godskrivningen, selskabsselvangivelsen og udbytteadministrationen i Regnskab 2 sammen).

Desværre ser det ud til, at dette tiltag ikke lykkedes med virkning fra og med indkomståret 2014, men er udskudt til 2015/2016".

Torben Ersbøll

Lars Kørvell

SKAT_MDL_001_00281119

Bilag A

**Konklusion**

De konklusioner, som er indeholdt i rapportteksten er gengivet med angivelse af nedennævnte karakterskala, jf. Rigsrevisionens Revisions Standard for årsrevision.

- **Meget tilfredsstillende**: *Virksomheden har opfyldt alle væsentlige standarder, og der er ikke behov for forbedringer på de undersøgte områder.*
- **Tilfredsstillende**: *Virksomheden har opfyldt hovedparten af de væsentlige standarder, men der er enkelte områder, hvor der er basis for forbedringer.*
- **Ikke helt tilfredsstillende**: *Virksomheden har ikke opfyldt flere af de væsentlige standarder. Der bør foretages forbedringer.*
- **Ikke tilfredsstillende**: *Virksomheden har ikke opfyldt hovedparten af de væsentligste standarder. Der skal snarest foretages forbedringer.*

**Bemærkninger**

De bemærkninger, som er indeholdt i rapportteksten er gengivet nedenfor med angivelse af vigtigheden for opfølgningen, efter følgende skala:

1. *Væsentlig svaghed:* Dette vurderes som et kritisk problem, som omgående bør vurderes af den ansvarlige direktør for regnskab, da det kan medføre;
    a. *betydelige fejloplysninger i regnskab / bogføring som følge af væsentlige fejl eller mangler og / eller*
    b. *overtrædelse af gældende love, regler og retningslinjer.*

2. *Betydelig svaghed:* Dette vurderes som et problem, der bør tages hånd om, da det kan føre til;
    a. *unøjagtigheder i regnskab/bogføring og / eller*
    b. *mangel på kontrol i den reviderede organisatoriske enhed eller proces*

3. *Mindre svaghed:* Dette er et problem af mere formel karakter, hvis løsning vil føre til;
    a. *forbedring af kvaliteten af det reviderede område og / eller*
    b. *forbedring af effektiviteten af det reviderede område*

SKAT_MDL_001_00281120