# EXHIBIT 12

| AFSLØRING AF SKATTESKANDALE | SE TEMA › |

PENGE

# Tidligere leder i Skat om udbyttesagen: Det hele var så uvirkeligt

- Det har været et helvede at gå derhjemme, siger tidligere hjemsendt chef i Skat.



Da Dorthe Pannerup Madsen i 2014 får personaleansvar for udbytteafdelingen i Høje Taastrup, er hendes eneste fokus, at det lille, underbemandede kontor skal flyttes til Horsens. Samtidig fosser pengene ud af statskassen. (Foto: ERik Refner © Scanpix)

LÆS OP     ORDBOG     TEKST

AF
**Mathias Sommer**

24. SEP 2019

Da Skat i 2015 kollapsede under enorme sager om udbyttesvindel og et dysfunktionelt inddrivelsessystem, blev fem skattechefer sendt hjem.

En af dem var Dorthe Pannerup Madsen, der tirsdag er til afhøring i Undersøgelseskommissionen om Skat, hvor hun sidder og vugger lidt usikkert på sin stol foran de tre kommissionsmedlemmer i et lokale fyldt med advokater og journalister.

Dorthe Pannerup Madsen har noget på hjerte.

- I dag er jo en ganske særlig dag. Jeg skal til afhøring. Men det er også årsdagen for min hjemsendelse fra Skat. Det er nu fire år siden, at jeg blev sendt hjem. Jeg brød sammen og græd med mine kollegaer. Jeg forstod ikke situationen, det hele var så uvirkeligt, siger Dorthe Pannerup, der nåede at være ansat i Skat i 37 år, inden hun lod sig pensionere i en tidlig alder, fordi hun ikke kunne vriste sig fri at udbyttesagen.

- Det har været et helvede at gå derhjemme. Jeg har altid haft godt styr på opgaverne og et godt netværk. Men pludselig var der stilhed, lederkollegaerne trak sig. Jeg fik migræneanfald, jeg har heller ikke sovet meget i nat, fortæller Dorthe Pannerup Madsen i Retten i Frederiksberg.

## Politiet gennemgik økonomien

Da udbyttesagen brød ud i efteråret 2015, krævede ledelsen i Skat handling. Udenlandske pengemænd havde berøvet danskerne for mindst 12,7 milliarder kroner i udbytteskat, og nu skulle der rulle hoveder.

Og da Dorthe Pannerup Madsen var leder af den afdeling, som udbetalte de enorme millionbeløb til udlandet, blev hun hjemsendt, mistænkt for grov tjenesteforsømmelse.

- Det har haft store konsekvenser for mig og min familie. Både personligt og økonomisk, og jeg har måttet opleve, at politiet har gennemtrawlet vores økonomi ti år tilbage, siger Dorthe Pannerup Madsen, som senere er blevet renset i en undersøgelse af Kammeradvokaten <https://www.dr.dk/nyheder/penge/skat-dropper-forhoer-af-hjemsendte-chefer> .

Efter halvandet år som hjemsendt - og mistænkt - vendte Dorthe Pannerup Madsen tilbage til Skat. Men her blev hun indplaceret i kommunikationsafdelingen "Godt sprog".

- Jeg kan huske, at jeg ikke havde nogle erfaringer med kommunikation. Jeg havde arbejdet med bogføring i 37 år i Skat, siger Dorthe Pannerup Madsen, der endeligt sagde farvel til den danske skatteforvaltning i december sidste år.

### Skulle flytte til Horsens

Under dagens afhøring blev det endnu en gang klart, at ingen rigtigt ville kendes ved den lille afdeling i Høje Taastrup, hvorfra milliarderne vældede ud på konti tilhørende udenlandske rigmænd.

> 
>
> **Hvis der bare var nogen, som havde ringet til mig og sagt, at noget var galt, så kunne jeg jo have stoppet det og ikke sendt så mange penge ud af kassen.**
>
> DORTHE PANNERUP MADSEN.

Udbytteafdelingen i Høje Taastrup menes fra 2012 til 2015 at have fejlrefunderet over 12,7 milliarder kroner i udbytteskat.

Da den hidtidige leder for udbytteafdelingen, Lisbeth Rømer, ved udgangen af 2013 gik på pension, overtog Dorthe Pannerup Madsen flere af hendes opgaver.

Men det formelle ansvar lå hos en anden chef - i Horsens.

- Efterhånden som lederne forsvandt, tog jeg mig af dem på den måde, at de blev inddraget i det sociale netværk og blev inviteret med til at deltage i vores fredagsmøder, siger Dorthe Pannerup Madsen.

- Jeg var deres forlængede arm i Horsens. Jeg leverede praktisk bistand.

Senere fik Dorthe Pannerup Madsen flere ledelsesopgaver over for det tre mand store udbyttekontor.

Men Pannerup fik ikke en overlevering og interesserede sig ikke nærmere for, at udbytterefusionerne på det tidspunkt var på himmelfart.

- Da jeg overtager opgaverne i 2014, har jeg kun for øje, at afdelingen skal flyttes til Jylland. Så jeg har overtaget opgaven og videreført den, som den har kørt i, jeg ved ikke i hvor mange år.

Udbytteafdelingen skulle efter planen være flyttet til Horsens i slutningen af 2015.

## Forkert afdeling

Oven i at den lille afdeling i Høje Taastrup var stærkt underbemandet og stod med det ene ben i Horsens, så lå den også et forkert sted i Skats organisationsdiagram.

Afdelingen tilhørte Betaling og Regnskab, hvor der ikke blev ført kontrol, men arbejdet på, at der var styr på balancen i regnskabet og på udbetalingerne.

> **UNDERSØGELSESKOMMISSIONEN OM SKAT**
>
> Undersøgelseskommissionen blev nedsat i sommeren 2017.

Balance og Regnskab havde hverken muskler eller kompetencer til at kontrollere de hundredvis af refusionsanmodninger, som forvaltningen modtog ugentligt.

Det fremgik af flere mails, som blev fremlagt under afhøringen, at kontoret for udbytterefusioner var blevet en varm kartoffel, som ingen ønskede at have under sine ledelsesvinger.

Dialogen mellem de forskellige afdelingschefer handlede ofte om, hvad det kostede i halve og hele årsværk at flytte opgaverne rundt i Skats apparat.

- Det har aldrig været meningen, at Betaling og Regnskab skulle lave sagsbehandling på den måde, siger Dorthe Pannerup Madsen, der i alle sine år i Skat har beskæftiget sig med bogholderi.

- Vi var så trykkede og skåret helt ind og også ind i benet. Jeg må nok sige, at hvis der bare var nogen, som havde ringet til mig og sagt, at noget var galt, så kunne jeg jo have stoppet det og ikke sendt så mange penge ud af kassen, siger Dorthe Pannerup Madsen.

## Amerikanske pensionskasser

Én af Pannerups opgaver var at sende de månedlige regnskaber op i systemet. Måned for måned kunne hele kæden af leder og chefer op i Skatteministeriet følge med i, hvordan refusionerne steg med over 100 procent om året - og i perioder om måneden.

Da Dorthe Pannerups overordnede bad om en forklaring, spurgte hun Sven Nielsen, der sad og godkendte refusionerne, som væltede ind, mens pengene væltede ud af statskassen.

Og så videresendte Dorthe Pannerup Madsen forklaringen om, at amerikanske pensionskasser havde fået øjnene op for danske børsnoterede selskaber. Det

havde de også.

Men reelt ejede de ikke aktier i de danske selskaber, hvorfor de ikke havde ret til at få refunderet udbytteskat.

## Mail fra Vargas

Under afhøringerne blev der også fremlagt flere mails fra den colombianske forretningsmand Camilo Vargas stilet til Dorthe Pannerup Madsen.

Vargas var chef for tilbagesøgningsagenten Syntax, som har krævet milliarder fra den danske stat i refusion af udbytteskat.

Vargas skrev for første gang til Dorthe Pannerup Madsen i april 2014, efter Lisbeth Rømer var gået på pension.

- Kære Dorthe. (...) Vi er i øjeblikket i færd med at udfylde dokumentation sendt til din afdeling. Hvis det er muligt, vil vi gerne arrangere et møde så hurtigt som muligt, skrev han til Dorthe Pannerup Madsen.

- Det var ikke noget, der fik nogen alarmklokker til at ringe hos mig, siger Dorthe Pannerup Madsen i dag.

Efter en kort korrespondance sendte Pannerup kontaktoplysningerne på Sven Nielsen, der var den egentlige sagsbehandler af anmodningerne.

Det er senere kommet frem, at Sven Nielsen og Camilo Vargas' relation udviklede sig til et venskab med flere våde byture i København. <https://www.dr.dk/nyheder/webfeature/milliardkuppet>

Sven Nielsen er i dag sigtet af dansk politi for sin rolle i udbyttesagen.

**TOPHISTORIER**

POLITIK | I GÅR KL. 20:54

# **Ringberg:** 'Arktis er og bliver den største attraktion ved Danmark, når man kigger ud ad vinduet i Det Hvide Hus'

INDLAND | I GÅR KL. 18:19

**2241 dødsattester afslører:** Så mange døde egentlig af corona

GAMING | I GÅR KL. 20:39

**Spilfirma bekræfter:** Kendt figur er transkønnet

SENESTE NYT | I GÅR KL. 19:22

**Sommerhusudlejere mister kunder efter nye rejsevejledninger**

UDLAND | I GÅR KL. 20:40

**Budapests grønne borgmester er klar til at fravriste Orbán magten**

SENESTE NYT | I GÅR KL. 13:18

**Ny rejsevejledning for Portugal:** Nu kan danske turister besøge hele landet

SENESTE NYT | I GÅR KL. 13:46

**USA's udenrigsminister:** Palæstinensere og israelere har ret til at leve i fred

POLITIK | I GÅR KL. 14:31

**9 tiltag skal forebygge seksuelle overgreb mod børn:**
'Loven har ikke fulgt med tiden'