# EXHIBIT 13

| DISCLOSURE OF TAX SCANDAL | SEE THEME > |

MONEY

# Former head of Tax on the dividend case: It was all so unreal

- It has been hell to go home, says previously repatriated boss in Skat.



When Dorthe Pannerup Madsen in 2014 will be given personnel responsibility for the dividend department in Høje Taastrup, her only focus is that the small, understaffed office will be moved to Horsens. At the same time, the money is flowing out of the treasury. (Photo: ERik Refner © Scanpix)

READ UP            DICTIONARY            TEXT

OF
**Mathias Sommer**

SEP 24, 2019

As Tax in 2015collapsed during huge cases of dividend fraud and a dysfunctional recovery system, five tax executives were sent home.

One of them was Dorthe Pannerup Madsen, who will be questioned by the Commission of Inquiry on Skat , where she sits rocking a little uncertainly on her chair in front of the three commissioners in a room filled with lawyers and journalists.

Dorthe Pannerup Madsen has something on her mind.

- Today is a very special day. I'm going for questioning. But it's also the anniversary of my repatriation fromHoney . It's now four years since I was sent home. I broke down and cried with my colleagues. I did not understand the situation, it was all so unreal, says Dorthe Pannerup, who managed to be employed inTax for 37 years before retiring at an early age because she could not wrestle herself free to the dividend case.

- It's been hell to go home. I have always had good control of the tasks and a good network. But suddenly there was silence, the management colleagues withdrew. I had a migraine attack, I also did not sleep much last night, says Dorthe Pannerup Madsen in the Court in Frederiksberg.

## Police reviewed the economy

When the dividend case broke out in the fall of 2015, management demanded in Tax action. Foreign moneymen had deprived the Danes of at least DKK 12.7 billion in dividend tax, and now heads had to roll.

And when Dorthe Pannerup Madsen was head of the department that paid out the huge sums of millions abroad, she was sent home, suspected of gross negligence.

- It has had major consequences for me and my family. Both personally and financially, and I have had to experience that the police have trawled our finances ten years back, says Dorthe Pannerup Madsen, who has later been cleared in an investigation by the Chamber Advocate <https://www.dr.dk/nyheder/penge/skat-dropper-forhoer-af-hjemsendte-chefer> .

After a year and a half as a repatriation - and suspect - Dorthe Pannerup Madsen returned to Honey . But here she was placed in the communication department "Good language".

- I remember that I had no experience with communication. I had been working with bookkeeping for 37 years inTax , says Dorthe Pannerup Madsen, who finally said goodbye to the Danish tax administration in December last year.

### Should move to Horsens

During today's interrogation, it became clear once again that no one really wanted to be known at the small department in Høje Taastrup, from where the billions poured into accounts belonging to foreign rich men .

> **If only someone had called me and said something was wrong, I could have stopped it and not sent so much money out of the box.**
>
> DORTHE PANNERUP MADSEN.

From 2012 to 2015, the dividend department in Høje Taastrup is believed to have misfunded more than DKK 12.7 billion in dividend tax.

When the previous head of the dividend department, Lisbeth Rømer, retired at the end of 2013, Dorthe Pannerup Madsen took over several of her tasks.

But the formal responsibility lay with another boss - in Horsens.

- As the leaders disappeared, I took care of them in such a way that they were involved in the social network and were invited to participate in our Friday meetings, says Dorthe Pannerup Madsen.

- I was their extended arm in Horsens. I delivered convenientlyassistance .

Later, Dorthe Pannerup Madsen was given several management tasks in front of the three-man dividend office.

5/17/2021 Former head of tax on the dividend case: It was all so unreal. Money | DR

Case 1:18-md-02865-LAK   Document 600-13   Filed 05/25/21   Page 5 of 14

But Pannerup did not receive a handover and was not interested in the fact that the dividend refunds were skyrocketing at the time.

- When I take over the tasks in 2014, I only intend that the department will be moved to Jutland. So I have taken over the task and continued it as it has been running in, I do not know for how many years.

## Skats udbetalinger til refusion af udbytte

Næsten 100 procent om året. Så meget steg udbetalinger til refusion af udbytteska

*Dækker over udbetalinger frem til den 1. august 2015.

Kilde: Advokatundersøgelse om udbytteskattesagen, Bech Bruun.

According to the plan, the dividend department should have moved to Horsens at the end of 2015.

### Wrong department

On top of the fact that the small department in Høje Taastrup was heavily understaffed and stood with one leg in Horsens, it was also in the wrong place in Skat's organization chart .

The department belonged to Payment and Accounting, where no control was carried out, but work was done to ensure that the balance in the accounts and the disbursements were in order.

> **COMMISSION OF INQUIRY INTO TAX**
>
> Undersøgelseskommissionen blev nedsat i sommeren 2017.

Balance and Accounting had neither muscle nor competencies to control the hundreds of reimbursement requests that management receives weekly.

It emerged from several emails submitted during the interrogation that the Office of Dividend Refunds had become a hot potato that no one wanted to have under its management wings.

The dialogue between the various department heads was often about what it cost in half and full man-years to move the tasks around in Skats apparatus.

- It has never been the intention that Payment and Accounting should handle cases in this way, says Dorthe Pannerup Madsen, who in all her years in Tax has been engaged in bookkeeping.

- We were so pressed and cut all the way in and also into the leg. I must probably say that if there was just someone who had called me and said that something was wrong, then I could have stopped it and not sent so much money out of the box, says Dorthe Pannerup Madsen.

## American pension funds

One of Pannerup's tasks was to send the monthly accounts up to the system. Month by month, the entire chain of leaders and heads up in the Ministry of Taxation could follow how reimbursements increased by more than 100 percent per year - and in periods per month.

When Dorthe Pannerup's manager asked for an explanation, she asked Sven Nielsen, who sat and approved the refunds, which rolled in while the money rolled out. the treasury .

And then Dorthe Pannerup Madsen forwarded the explanation that American pension funds had opened their eyes to Danish listed companies. They had that too.

But in reality they did not own shares in the Danish companies, which is why they were not entitled to a refund of dividend tax.

## Mail from Vargas

During the interrogations, several emails were also presented from the Colombian businessman Camilo Vargas addressed to Dorthe Pannerup Madsen.

Vargas was head of the recovery agent Syntax, which has demanded billions from the Danish state in reimbursement of dividend tax.

Vargas wrote for the first time to Dorthe Pannerup Madsen in April 2014, after Lisbeth Rømer had retired.

- Dear Dorthe. (...) We are currently in the process of completingdocumentation sent to your department. If possible, we would like to arrange a meeting as soon as possible, he wrote to Dorthe Pannerup Madsen.

- It was not something that made any alarm bells ring with me, says Dorthe Pannerup Madsen today.

After a short correspondence, Pannerup sent the contact information to Sven Nielsen, who was the actual caseworker of the requests.

It has later emerged that [Sven Nielsen and Camilo Vargas' relationship developed into a friendship with several wet city trips in Copenhagen. <https://www.dr.dk/nyheder/webfeature/milliardkuppet>](https://www.dr.dk/nyheder/webfeature/milliardkuppet)

Sven Nielsen is today charged by the Danish police for his role in the dividend case.

## MONEY RIGHT NOW



**MONEY** | MAY 15 AT 06:54 | CASPER SCHRØDER

**CROWNS & CORONA:** Imagine a deep hole. This is what corona has done to the Danish economy.





**MONEY** | MAY 14 AT 20:45

## Are you planning a summer holiday abroad? Here's what you need to be aware of



**MONEY** | MAY 14 AT 16:00

## Itineraries? See where closed and open right now

## OTHERS READ

**INLAND** | MAY 15 AT 11:42

**Gave up the family's baroness' house for fear of a bridge to a neighbor:** 'Absolutely crazy that we are now talking about a tunnel'



**INLAND** | YESTERDAY AT 05:50

**21 patients miss out on possible compensation because their emergency doctor calls have been deleted**



**INLAND** | MAY 16 AT 20:45

**Doctors blur for years on call to emergency doctor:** Patients may have missed out on compensation



**INLAND** | JAN 13 AT 09:37

**End date for vaccines has been moved to August 29:** See your vaccination time here



**POLITICS** | YESTERDAY AT 14:31

**9 measures to prevent sexual abuse of children:** 'The law has not kept up with the times'



**MOVIES AND SERIES** | YESTERDAY AT 05:47

**'Touching, original and insanely entertaining':** One of the best series right now is a star - studded superhero brag



## TOP STORIES



POLITICS  |  YESTERDAY AT 20:54

# Ringberg: 'The Arctic is and will be the biggest attraction in Denmark when you look out the window in the White House'





INLAND  |  YESTERDAY AT 18:19

**2241 death certificates reveal:** So many actually died of corona

GAMING  |  YESTERDAY AT 20:39

**Game company confirms:** Well-known figure is transgender

LATEST NEWS  |  YESTERDAY AT 19:22

**Holiday home landlords are losing**



customers after new travel guides



**ABROAD** | YESTERDAY AT 20:40

**Budapest's green mayor is ready to snatch Orbán's power**

| **LATEST NEWS** | YESTERDAY AT 13:18 | **LATEST NEWS** | YESTERDAY AT 13:46 |

**New travel guide for Portugal:** Now Danish tourists can visit the whole country

**US Secretary of State:** Palestinians and Israelis have the right to live in peace



**POLITICS** | YESTERDAY AT 14:31

**9 measures to prevent sexual abuse of children:** 'The law has not kept up with the times'