# EXHIBIT 18

Rigsrevisor revser vigtig vagthund: Risiko for milliardsvindel nåede aldrig frem til de ansvarlige | Penge | DR

**MONEY**

# **Auditor General reprimands important watchdog:** Risk of billion-dollar fraud never reached those responsible

There is disagreement about an important watchdog that pointed out the risk of dividend fraud.



According to Lone Strøm, the Ministry of Taxation's Internal Audit was under stricter supervision in 2012, when she was hired as Auditor General. Former boss rejects that interpretation. (Photo: Philip Davali © Scanpix)

🔊 READ UP          📖 DICTIONARY          ᴬA TEXT

OF
**Mathias Sommer**

NOV 10, 2020

5/19/2021
Rigsrevisor revser vigtig vagthund: Risiko for milliardsvindel nåede aldrig frem til de ansvarlige | Penge | DR

Case 1:18-md-02865-LAK    Document 600-20    Filed 05/25/21    Page 3 of 13

The Ministry of Taxation's own watchdog, the Internal Audit (SIR), was in trouble when the newly appointed head of department , Jens Brøchner, in 2012 sat at the end of the table in the Ministry of Taxation.

In fact, the quality of SIR's work was so poor that Jens Brøchner for more than a year ignored the head of the department, Kjeld Rasmussen, who otherwise officially referred to Brøchner himself.

This is the explanation so far from head of department Jens Brøchner, who has been questioned over two days in the tax commission, which is investigating how DKK 12.7 billion could be defrauded of the Danish state. <https://www.dr.dk/nyheder/penge/tema/kuppet-mod-europa>



## We faced major challenges in the collaboration with Kurt Wagner (Chief Audit Officer, ed.). It got harder and harder to get the material we asked for. He kept to the reports.

LONE STRØM, AUDITOR GENERAL

Kjeld Rasmussen could otherwise have told Jens Brøchner about the many skeletons in the cupboards in Tax , and perhaps he could also have mentioned that severalcritical audit <http://dr.dk/nyheder/penge/vidner-i-skattesag-advarede-tidligt-om-manglende-kontrol-med-udbytteskat-det-var-en> reports pointed to an imminent risk ofdividend tax fraud .

Something that became apparent reality then Taxes from 2012 to 2015 mistakenly pumped over $ 12.7 billion into the arms of foreign speculators.

## Auditor General convened

During his questioning in the commission in October <https://www.dr.dk/nyheder/penge/haarde-konfrontationer-i-skattekommissionen-departementschef-afviser-ansvar-i> , Jens Brøchner

Rigsrevisor revser vigtig vagthund: Risiko for milliardsvindel nåede aldrig frem til de ansvarlige | Penge | DR

explained that Auditor General Lone Strøm was not satisfied with SIR, which also audited the Ministry of Taxation's accounts on behalf ofRigsrevisionen .

And therefore, he chose not to prioritize a meeting with the chief auditor. A critical report on the dividend area from 2013 did not reach eitherdepartment board.

- Some of the first, The National Audit Office told me was that the work carried out by the Ministry of Taxation's Internal Audit was not of sufficiently high quality, said Jens Brøchner.

Today, Lone Strøm was called to testify the Commission to deepen Brøchner's criticism of the SIR, which otherwise most recently in a 2013 report pointed to the major problems in the area of dividends.

- We took the Ministry of Taxation's Internal Audit very seriously, and we were not satisfied with the work that was done, said Lone Strøm in Commission today.

Lone Strøm was appointed Auditor General in May 2012, approximately at the same time as Jens Brøchner became chief official in the Ministry of Taxation.

Shortly afterwards, she told Jens Brøchner that SIR's work was of poor quality:

- The message to Brøchner was that the Ministry of Taxation's Internal Audit was under stricter supervision and that we paid special attention to the work that came in. At that time, there were a large number of places where we were not satisfied, it sounded from Lone Strøm.

Rigsrevisor revser vigtig vagthund: Risiko for milliardsvindel nåede aldrig frem til de ansvarlige | Penge | DR

# The secret shareholders

During the interrogation, it emerged that there were also problems with the later head of the Ministry of Taxation's Internal Audit, Kurt Wagner.

- We got big challenges in the collaboration with Kurt Wagner. It got harder and harder to get the material we asked for. He kept to the reports, said Lone Strøm.

In 2016, the audit task with the Ministry of Taxation's accounts - and five other ministries - was transferred to Rigsrevisionen .

## Never heard of tightened supervision

Kjeld Rasmussen, the now retired former head of auditing, does not buy that there should have been major problems with the competencies in the Ministry of Taxation's Internal Audit.

Because then he had probably been told that while he was head of SIR from 2010 to 2013.

He tells that DR during a break from the interrogations.

- I've never been told that Internal Audit has been under stricter supervision. In fact, I have never been told that people were not satisfied with my work, says Kjeld Rasmussen.

5/19/2021
Rigsrevisor revser vigtig vagthund: Risiko for milliardsvindel nåede aldrig frem til de ansvarlige | Penge | DR

Case 1:18-md-02865-LAK    Document 600-20    Filed 05/25/21    Page 6 of 13

On the other hand, he points out that the focus with Jens Brøchner and Lone Strøm's appointments was changed away from a broader focus on whether Tax lived up to the legislation in the case processing, to a narrow focus on whether the numbers went up.

Same focus has the commission's questioner Jens Lund Mosbek also had in the interrogation of Jens Brøchner.

## BILLION WINNING AGAINST THE DANISH STATE

Den formodede svindel for 12,7 milliarder kroner er startet i

- I'm not an accountant myself, and it protested Rigsrevisionen did not oppose when I was hired in 2010. Only about a third of the employees in Internal Audit were auditors. So what this was all about was that one would flush all legalcompetencies out of Internal Audit and make it a pure audit department, says Kjeld Rasmussen.

- And it is a choice you make. But it has nothing to do with the quality of our work, he continues.

During their interrogations, Kjeld Rasmussen and Kurt Wagner criticized Jens Brøchner for lack of focus on the important work in Internal Audit.

Kurt Wagner, who was head of the Ministry of Taxation's Internal Audit from 2014 to 2019, has explained that after an initially good relationship, an 'anti-audit environment' developed under Jens Brøchner.

- We could see that the environment became hostile to auditing. We had a very hard time getting our audits started up, he said.

Brøchner himself has explained that at no time has he downgraded the internal control in the department, but that he has been busy building a new governance model, which required all his attention when he started asHead of Department in 2012.

5/19/2021 Rigsrevisor revser vigtig vagthund: Risiko for milliardsvindel nåede aldrig frem til de ansvarlige | Penge | DR

Case 1:18-md-02865-LAK    Document 600-20    Filed 05/25/21    Page 7 of 13

- I do not recognize the image that I was not interested in Internal Audit. On the contrary, I tried to build up, whichThe National Audit Office also acknowledged, he says.

Three former tax ministers have been summoned for questioning in Commission on Wednesday.

 54:09

**THE SECRET SHAREHOLDERS**   FRIDAY 6 NOV. 2020

## 1: 6 - Many refunds seem false

**MONEY RIGHT NOW**



MONEY | TODAY AT 05:45

**Nurses shake their heads over collective bargaining solution:** Fear jam jar

Rigsrevisor revser vigtig vagthund. Risiko for milliardsvindel nåede aldrig frem til de ansvarlige | Penge | DR



**MONEY** | YESTERDAY AT 18:15

## Several municipalities near dangerous border: Now a number of mayors are calling



**MONEY** | YESTERDAY AT 18:14

## Nursing conflict postponed: Must vote on new proposal

## OTHERS READ

POLITICS | TODAY AT 14:01

### TV-klip udstiller regeringens kovending i sag om hjemtagning af syriske børn og deres mødre



FYN | I DAG KL. 12:38

### Vrede, frygt og frustration blandt naboer til nyt udrejse-center: Jeg sætter mit hus til salg på tirsdag



MUSIK | I DAG KL. 13:51

### Popstjerne vil ikke længere kaldes for hun eller hende: 'Det her er for dem, der ikke kan vise, hvem de virkelig er'



INDLAND | I DAG KL. 10:47

### Kender du de syv tegn på kræft? Halvdelen af os reagerer ikke hurtigt nok på dem



SUPERLIGA | I DAG KL. 13:49

### Tre guldkandidater i et vildt Superliga-drama: 'Den mest uforudsigelige afslutning de seneste 15 år'



DETEKTOR | I DAG KL. 11:19

### Left-wing politicians defended plan for one million electric cars "without having any idea" whether it was realistic



Rigsrevisor revser vigtig vagthund: Risiko for milliardsvindel naaede aldrig frem til de ansvaglige Inde DR

## TOP STORIES



**POLITICS** | TODAY AT 14:01

# TV-klip udstiller regeringens kovending i sag om hjemtagning af syriske børn og deres mødre





**INDLAND** | I DAG KL. 13:55

De danske småøer får testcentre før sommerens store rykind af turister

**FYN** | I DAG KL. 12:38

**Vrede, frygt og frustration blandt naboer til nyt udrejsecenter:** Jeg sætter mit hus til salg på tirsdag

**SENESTE NYT** | I DAG KL. 14:07

Der er registreret 1.088 nye

**SENESTE NYT** | I DAG KL. 16:11

Landsret afviser at dømme for særlig

Rigsrevisor revser vigtig vagthund: Risiko for milliardsvindel nåede aldrig frem til de ansvarlige | Penge | DR

**smittetilfælde det seneste døgn**

**coronaparagraf**



**SUPERLIGA** | I DAG KL. 13:49

**Tre guldkandidater i et vildt Superliga-drama:** 'Den mest uforudsigelige afslutning de seneste 15 år'

**POLITIK** | I DAG KL. 10:33

**Nyt udrejsecenter for kriminelle udlændinge skal ligge på Langeland**

**INDLAND** | I DAG KL. 10:47

**Kender du de syv tegn på kræft? Halvdelen af os reagerer ikke hurtigt nok på dem**

**UDLAND** | I DAG KL. 10:51

**Spanien indsætter soldater, efter tusindvis af migranter krydser grænsen til spansk enklave**



**PENGE** | I DAG KL. 05:45

**Sygeplejersker ryster på hovedet over overenskomstløsning:** Frygter syltekrukke

**POLITIK** | I DAG KL. 05:14

**Ny sommerhjælpepakke til 1,65 milliarder skal sætte gang i turismen og give billigere indenrigsrejser**

Case 1:18-md-02865-LAK Document 600-20 Filed 05/25/21 Page 12 of 18