# EXHIBIT 19

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER DOCKET 18-MD-2865(LAK)
CASE NO. 18-CV-09797

_____
                                   )
IN RE:                             )
                                   )
CUSTOMS AND TAX ADMINISTRATION OF  )
THE KINGDOM OF DENMARK             )
(SKATTEFORVALTNINGEN) TAX REFUND   )
SCHEME LITIGATION                  )
                                   )
_____)


```
*************************************
*                                   *
*            CONFIDENTIAL           *
*                                   *
*************************************
```

REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
EXAMINATION OF
JENS BROCHNER
DATE: April 29, 2021




REPORTED BY: MICHAEL FRIEDMAN, CCR

Page 2

1           TRANSCRIPT of the videotaped deposition
2   of the witness, called for Oral Examination in the
3   above-captioned matter, said deposition being taken
4   by and before MICHAEL FRIEDMAN, a Notary Public and
5   Certified Court Reporter of the State of New Jersey,
6   via WEBEX, ALL PARTIES REMOTE, on April 29, 2021,
7   commencing at approximately 6:05 in the morning,
8   EST, and 12:00 p.m., Denmark time.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1   A P P E A R A N C E S:
2
    HUGHES, HUBBARD & REED
3   One Battery Park Plaza
    New York, NY  10004
4   BY:    NEIL OXFORD, ESQ.
           BILL MAGUIRE, ESQ.
5          MARC A. WEINSTEIN, ESQ.
           CAROLYN HARBUS, ESQ.
6          JAMES HENSELER, ESQ.
           JOHN MCGOEY, ESQ.
7          VALERIE CAHAN, ESQ.
           ERIN PAMUKCU, ESQ.
8          VICTOR SANDOVAL, ESQ.
           MAUREEN HOWLEY, ESQ.
9          GREGORY FARRELL, ESQ.
           ELIZABETH ZHOU, ESQ.
10         Via VTC
    Attorneys for SKAT
11
12  HANAMIRIAN LAW FIRM
    40 E. Main Street
13  Moorestown, NJ  08057
    BY:    JOHN M. HANAMIRIAN, ESQ.
14         ELZA GRIGORYAN
           Via VTC
15  Attorneys for Acorn Capital
16
    CAPLIN & DRYSDALE
17  600 Lexington Avenue
    New York, NY  10022
18  BY:    ZHANNA A. ZIERING, ESQ.
           MARK ALLISON, ESQ.
19         Via VTC
    Attorneys for Klugman
20
21
    KAPLAN RICE
22  142 West 57th Street
    New York, NY  10019
23  BY:    Y. KATIE WANG, ESQ.
           MICHELLE RICE, ESQ.
24         Via VTC
    Attorneys for Albedo, et al
25

Page 4

1   A P P E A R A N C E S:
2
    KOSTELANETZ & FINK
3   250 Greenwich Street
    New York, NY  10007
4   BY:    NICHOLAS H. BAHNSEN, ESQ.
           BRYAN C. SKARLATOS, ESQ.
5          CAROLINE CIRAOLO, ESQ.
           ERIC SMITH, ESQ.
6          DANIEL DAVIDSON, ESQ.
           SHARON L. MCCARTHY, ESQ.
7          JULIET L. FINK, ESQ.
           Via VTC
8   Attorneys for Azalea, et al
9
    K&L GATES
10  One Lincoln Street
    Boston, MA  02111
11  BY:    JOHN GAVIN, ESQ.
           BRANDON DILLMAN, ESQ.
12         DAVID FINE, ESQ.
           JOHN BLESSINGTON, ESQ.
13         MOLLY MAIDMAN, ESQ.
           ANNA E. L'HOMMEDIEU, ESQ.
14         Via VTC
    Attorneys for Alexander Jamie Mitchell, et al
15
16
    GUSRAE, KAPLAN & NUSBAUM
17  120 Wall Street
    New York, NY  10005
18  BY:    KARI PARKS, ESQ.
           MARTIN H. KAPLAN, ESQ.
19         Via VTC
    Attorneys for Goldstein
20
21
22
23
24
25

Page 5

1   A P P E A R A N C E S:
2
    WILMER HALE
3   7 World Trade Center - 250 Greenwich Street
    New York, NY  10007
4   BY:    ALAN SCHOENFELD, ESQ.
           MICHAEL BONGIORNO, ESQ.
5          CARY GLYNN, ESQ.
           JULIA C. PILCER, ESQ.
6          RACHEL CRAFT, ESQ.
           ANDREW DULBERG, ESQ.
7          Via VTC
    Attorneys for Avanix, et al
8
9
10  BINDER & SCHWARTZ
    366 Madison Avenue
11  New York, NY  10017
    BY:    NEIL S. BINDER, ESQ.
12         GREGORY C. PRUDEN, ESQ.
           WENDY H. SCHWARTZ, ESQ.
13         M. TOMAS MURPHY, ESQ.
           Via VTC
14  ATTORNEYS for ED&F Man
15
    DEWEY, PEGNO & KRAMARSKY
16  777 Third Avenue
    New York, NY  10017
17  BY:    SEAN MULLEN, ESQ.
           DAVID PEGNO, ESQ.
18         THOMAS E.L. DEWEY, ESQ.
           Via VTC
19  Attorneys for Michael Ben-Jacob
20
    WILLIAMS & CONNOLLY
21  725 12th STREET, NW
    Washington, DC  20005
22  BY:    AMY B. MCKINLAY, ESQ.
           STEPHEN D. ANDREWS, ESQ.
23         Via VTC
    Attorneys for Sander Gerber Pension Plan
24
25

Page 6

```
 1   A P P E A R A N C E S:
 2
 3   KATTEN
     575 Madison Avenue
 4   New York, NY  10022
     BY:    DAVID GOLDBERG, ESQ.
 5          MICHAEL ROSENAFT, ESQ.
            Via VTC
 6   Attorneys for Klugman
 7
     SEWARD & KISSEL
 8   One Battery Park Plaza
     New York, NY  10004
 9   BY:    SHREY SHARMA, ESQ.
            THOMAS R. HOOPER, ESQ.
10          MARK J. HYLAND, ESQ.
            Via VTC
11   Attorneys for Bernard Tew
12
     LAW OFFICES OF SHELDON S. TOLL
13   2000 Town Center
     Southfield, MI  48075
14   BY:    SHELDON S. TOLL, ESQ.
            Via VTC
15   Attorneys for Hoffmeister
16
     MORVILLO, ABROMOWITZ, GRAND, IASON & ANELLO
17   565 5th Avenue
     New York, NY  10017
18   BY:    RICHARD WEINBERG, ESQ.
     Attorneys for Clove Pension Plan, Mill River
19   Pension Plan, Traden Investment Pension Plan
20
21
22
23
24
25
```

Page 7

```
 1   ALSO PRESENT:   JOSE RIVERA, Videographer
 2                   KIRSTEN MARIE DONATO, ESQ.
                     KAMMERADVOKATEN POUL SCHMITH
 3
                     THOMAS SPILLER
 4                   ROSENBLATT LAW
 5                   KATRINE HOVGAARD B□EGH, ESQ.
 6                   CHRISTINE P. VINTHOR
 7                   CHRISTIAN B□LOW
 8                   MARISE H□RBY SALVESEN
 9                   ANNE CHRISTINE K. EGHOLM
10                   ANNA L'HOMMEDIEU
11                   JENS KJAEGAARD
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 8

```
 1                    I N D E X
 2   WITNESS NAME                              PAGE
 3   JENS BROCHNER
 4
 5   Examination By:
 6              Mr. Schoenfeld                  12
 7
 8
 9                  E X H I B I T S
10   BROCHNER NO.                              PAGE
11   3000         Document                      17
12   3001         SKAT_MDL 521663 -             54
                  521666
13
     3003         SKAT_MDL 281058 -             89
14                281080
15   3005         SKAT_MDL 278652 -            102
                  278659
16
     3009         SKAT_MDL 281103 -            114
17                281120
18   3008         SKAT_MDL 75124 - 75161       134
19   3027         SKAT_MDL 281191 -            137
                  281194
20
     3021         SKAT_MDL 521041 -            142
21                521042
22   3012         SKAT_MDL 420463 -            153
                  420473
23
24
25
```

Page 9

```
 1                      - - -
 2              Deposition Support Index
 3                      - - -
 4
 5   Direction to Witness Not to Answer
 6   Page  Line      Page  Line      Page  Line
 7   None
 8
 9   Request for Production of Documents
10   Page  Line      Page  Line      Page  Line
11   None
12
13   Stipulations
14   Page  Line      Page  Line      Page  Line
15   None
16
17   Questions Marked
18   Page  Line      Page  Line      Page  Line
19   None
20
21
22
23
24
25
```

Page 38

1        MR. OXFORD:  Objection to form.
2    A    The question is disturbing or
3  unclear.  The job of the national office is
4  to audit the various ministries in Denmark.
5        And at the time, the National Audit
6  Office had so-called Section 9, a Section 9
7  grievance with the internal audit departments
8  of various ministries, which, on behalf of
9  the National Audit Office, carried out audits
10 of the ministries.
11       And that's why I had this
12 conversation with Lone Strøm where she told
13 me about the quality of SIR's work.
14   Q    Did she explain to you for sort of
15 how long the concern about SIR's work --
16 sorry, that's a badly-phrased question.
17       Did Ms. Strøm convey whether this
18 concern about SIR's work was a new concern or
19 a longstanding concern?
20   A    It was a concern that had existed
21 for at least a couple of years.
22   Q    Did you discuss with her any
23 particular audits that SIR had performed or
24 their findings?
25   A    No, I didn't.  But generally, the

Page 39

1  National Audit Office considered reports
2  prepared by SIR to be difficult to read and
3  to -- to understand.
4    Q    Did you review any reports from SIR
5  or audit reports from SIR to determine
6  whether you agreed with that conclusion?
7    A    No, I didn't.  That's something
8  that doesn't matter in the case.
9         Because SIR was auditing and
10 working on behalf of the National Audit
11 Office.  And if they were not satisfied with
12 the quality of SIR's work, it was, of course,
13 a problem.
14   Q    I think you answered this question
15 previously, but let me just ask it again.
16       Did you have any conversations with
17 Peter Loft as part of your transition into
18 your new role?
19   A    No.  As I said before, he had left
20 his position several months before.
21   Q    Okay.  Between January 2012 and
22 August 2015 -- and that's the period I'm
23 going to focus on for most of these
24 questions.  So if I don't state that time
25 limitation, you should understand it to be

Page 40

1  the time period that I'm focused on.
2        Between January 2012 and August of
3  2015, which department at SKAT was
4  responsible for the processing of claims for
5  dividend withholding tax refunds?
6    A    It was a department under director
7  Jens Sørensen, who had the responsibility for
8  collection, payment, and accounting.  And my
9  answer here refers to a time period from the
10 1st of January of '13 until the end period
11 you referred to earlier.
12   Q    I was asking about January of 2012
13 to August of 2015.
14       Is there a reason you're answering
15 with respect to January 2013 to August 2015?
16   A    Yes, there's a reason.  Yes.
17       As of the first of January of '13
18 there was a restructuring, change of the
19 structure of the Ministry.
20   Q    And so, from January 2012 to
21 January 2013, did someone other than Jens
22 Sørensen have supervisory authority over
23 dividend withholding tax refunds?
24   A    Yes, but with the reservation that
25 it's eight years back in time.  I believe

Page 41

1  that it was a production director, Stefan
2  Normann, but I'm not quite certain.
3    Q    You said that -- you said that Jens
4  Sørensen had responsibility for collection,
5  payment, and accounting.
6        Is that specifically with respect
7  to dividend withholding tax, or was that
8  function broader than just dividend
9  withholding tax?
10       MR. OXFORD:  Objection to form.
11   A    Jens Sørensen had the
12 responsibility for the areas mentioned
13 before, and it was a much larger area than
14 dividend withholding tax.
15   Q    Am I correct that the specific
16 department or unit that was responsible for
17 the processing of claims for dividend
18 withholding tax refunds in the period January
19 of 2012 to August of 2015 was known as
20 "Accounting 2?"
21   A    I don't remember.
22   Q    Are you familiar with the unit
23 known as "Accounting 2?"
24   A    Well, I know that -- I know that
25 there was an entity in SKAT that handles

Page 70

1  head of SIR was supposed to be making risk
2  and materiality determinations about which
3  audits to pass on to you as head of the
4  committee?
5         MR. OXFORD:  Objection to form.
6     A   Yes, that's correct.
7     Q   And during that time period, Kjeld
8  Rasmussen was the head of SIR.
9         Is that correct?
10    A   Yes, it's correct.
11    Q   And is it also correct that you
12 never spoke with Kjeld Rasmussen during the
13 time that he was head of SIR?
14    A   I was hired on May 12th.  I took up
15 the position on May 12th.  There was so many
16 tasks that I had to look at.
17        And during the period, until we had
18 the new structure, I delegated the
19 chairmanship of the audit committee to the
20 finance director.  And it's against that
21 background that -- that's the reason why I
22 didn't talk to him, and because Lone Str☐m,
23 who was the head of the National Audit
24 Office, had told me that Kjeld's
25 qualifications were not satisfactory to be

Page 71

1  the head of SIR.
2         And here we have to remember that
3  SIR is handling tasks for the National Audit
4  Office.
5     Q   So the answer is no, you didn't
6  speak with Mr. Rasmussen during the time
7  period.
8         Correct?
9     A   Yes, that's correct, and that's the
10 answer I made before.  But I would like -- I
11 would like to give the background for it,
12 which I have just done.
13    Q   Who was the finance director to
14 whom you delegated the chairmanship of the
15 audit committee?
16    A   That was Karten Junker.
17 K-A-R-T-E-N is the first name, and next name
18 is J-U-N-K-E-R.
19    Q   Do you know whether Karten Junker
20 spoke with Mr. Rasmussen?
21    A   Yes, I know that he did so.  And I
22 remember having talked to -- with Karten
23 about Kjeld Rasmussen.
24    Q   What did you learn from -- from
25 Karten Junker about the work that SIR was

Page 72

1  doing during this period of time?
2     A   Broadly speaking, that he shared
3  the opinion that the work they were doing was
4  not always very good.
5     Q   Did he comment on specific audits
6  that SIR had performed?
7     A   No, I don't remember.
8     Q   At some point, Mr. Rasmussen was
9  let go as the head of SIR.
10        Correct?
11    A   Yes.  Because a new head of the
12 function was to be hired with the right
13 qualifications.
14    Q   When was that?
15    A   It's many years ago, and I don't
16 remember it precisely.
17    Q   Who replaced Mr. Rasmussen?
18    A   A new audits manager, head of the
19 audit function, at the beginning of 2014.
20        And his name was Kurt Wagner.
21    Q   When Mr. Wagner began his role, did
22 you meet with him on a regular basis to learn
23 what SIR was auditing and what it was
24 finding?
25    A   Yes, I did.

Page 73

1     Q   Do you know whether Mr. Wagner
2  performed any review of audits that had been
3  performed by SIR during the time that
4  Mr. Rasmussen was in charge?
5     A   I don't -- I don't know.
6     Q   Given the lack of confidence in
7  SIR's work, was any review undertaken to
8  determine whether the audits they had
9  performed had been adequate?
10    A   Yes.  So the National Audit Office
11 reviewed -- which SIR worked for -- made a
12 report to us.  And we made an analysis
13 ourselves, and Deloitte, which has a
14 worldwide specialty in the field, also
15 reviewed.
16    Q   I apologize.  I'm having trouble
17 understanding that.
18        A determination was made that SIR's
19 work was inadequate in the time period
20 preceding 2013.
21        Correct?
22    A   After my talk with Lone Str☐m, work
23 was started to evaluate SIR's work and
24 reports overall.  And Deloitte helped us do
25 that, as they have strong qualifications and

Page 90

1  says?
2      A    It has been read.  It says, "Read,
3  18 May 2010," it just says '10 -- 18 May
4  '10 -- and then there's a signature.
5      Q    Do you recognize that signature,
6  Mr. Brochner?
7      A    No, I don't recognize it, actually.
8      Q    So if you go to Page 8 of the
9  report?
10          Are you there?
11     A    Yes.
12     Q    And I'm going to draw your
13 attention to the paragraph
14 starting "Regnskat 2."  R-E-G-N-S-K-A-T 2.
15          Do you see that?
16     A    Yes.
17     Q    Okay.  And the reference to
18 "Accounting 2" here, that's the unit that, at
19 the time, was in charge of processing refund
20 claims for dividend withholding tax.
21          Is that correct?
22     A    I didn't work there in 2010, but I
23 presume that it was.  But I don't know
24 exactly whether it's --
25     Q    And this report -- I'm sorry?

Page 91

1          THE INTERPRETER:  No, what he said.
2      He presumes it was Accounting 2, but he
3      doesn't know for certain.
4      Q    And the report concludes that
5  Accounting 2 doesn't carry out checks on
6  whether the investor is actually a
7  shareholder in the company.
8           Is that right?
9           MR. OXFORD:  Objection to form.
10     A    Well, that's correct.
11     Q    And it also says that the form is
12 reviewed just to check whether all the
13 information is included.
14          Correct?
15          MR. OXFORD:  Objection to form.
16     A    Yes, that's correct.
17     Q    Do you know whether the process
18 that's being described here by SIR changed
19 between 2010 and August of 2015?
20          MR. OXFORD:  Objection.
21     A    I don't know.  I know that -- I
22 don't know, but I know -- I do know that on
23 the basis of this audit report, a task force
24 was established in order to investigate
25 whether the processes could be improved that

Page 92

1  were discussed in this report.
2      Q    As a result of this 2010 audit
3  report, a task force was created.
4           Is that what you're saying?
5      A    Yes, that's correct.
6      Q    When was that task force
7  established?
8      A    In 2010.
9      Q    And who was part of -- who was on
10 that task force?
11     A    Well, as I remember, but it's
12 difficult to remember names as it's a long
13 time ago, but that was several directors with
14 the responsibility for the area were members.
15     Q    And do you --
16          MR. OXFORD:  Can you let the
17     witness finish his answer and have it
18     translated, please?
19     A    So it's normal practice when you
20 have a report with criticism.  And the
21 director of the area is asked to handle it,
22 and implement the changes that are
23 recommended.
24     Q    Did that working group, did its
25 work result in some kind of written report

Page 93

1  about changes to be implemented?
2      A    Well, it's before my time, but as I
3  understand, reporting was made on it.
4      Q    To whom was reporting made?
5      A    I assume the then audit committee.
6      Q    Do you know whether any changes
7  were implemented as a result of the working
8  group's report?
9           MR. OXFORD:  Objection to form.
10     A    I don't know, but I know that a
11 working group had been established, and
12 because it was with a view to improving
13 the -- these issues, these problems.
14     Q    Mr. Brochner, to the best of your
15 knowledge, does what's described in this 2010
16 SIR report accurately describe the process
17 for verifying ownership of shares as of
18 August of 2015?
19          MR. OXFORD:  Objection to the form,
20     asked and answered.  You can answer it
21     again.
22     A    I don't know, yeah, but I would
23 have to have you repeat that question.
24     Q    Sure.  To the best of your
25 knowledge, does what is described in this

Page 94

1   2019 SIR report accurately describe the
2   process for verifying ownership of shares as
3   of August of 2015?
4          MR. OXFORD:  Objection to the form,
5      asked and answered.
6          THE INTERPRETER:  Is there a
7      question there?  To me, it doesn't sound
8      like a question, yeah.
9      A    So this report --
10         MR. OXFORD:  I think we need a
11     break.
12         THE INTERPRETER:  I need a break to
13     understand the question so I can
14     translate it.  So it's probably time to
15     do a break and then repeat the question
16     when we resume, because I don't
17     understand.
18         MR. SCHOENFELD:  Let's answer this
19     question and then we can go on a break.
20     So Mike, do you want to read the
21     question back into the record, please?
22         (Whereupon the record was read back
23     by the reporter.)
24         MR. OXFORD:  Okay.  My objection is
25     on the record.  Asked and answered.  You

Page 95

1      can ask them this question 65 different
2      ways.  If you can answer it again a
3      different way, you can answer.
4      A    I don't have a basis of answering
5  or giving any comments on that.
6          MR. OXFORD:  Let's take a break.
7      Let's give our Madam Interpreter fresh
8      air.
9          THE INTERPRETER:  Are we talking
10     about a SIR report for --
11         THE VIDEOGRAPHER:  Stand by.  The
12     time is 10:31 a.m. New York time and
13     we're going off the record.
14         (Brief recess taken.)
15         THE VIDEOGRAPHER:  Stand by.  The
16     time is 10:58 a.m. New York time and
17     we're back on record.
18     Q    Mr. Brochner, apart from forming a
19  working group, are you able to identify a
20  single concrete action that was taken by the
21  Ministry of Taxation in response to the 2010
22  SIR report?
23         MR. OXFORD:  Objection to the form.
24     A    So the report and the working
25  group's recommendations are from before my

Page 96

1  time.  At least I understand they were
2  working -- work was done on bill to improve
3  the interaction interplay between
4  applications for refund and --
5          THE INTERPRETER:  I'm just trying
6      to really check with Mr. Brochner.
7      A    Yeah, so the claims for refund and
8  the reporting of dividends.
9      Q    Did that bill become law?
10     A    I believe so, in the fall of 2012.
11     Q    And were any changes made to the
12  process for refunding dividend withholding
13  tax as a result of that bill becoming law?
14     A    The act or the bill supports the
15  verification in SKAT.  So therefore, the
16  processes were enhanced.
17     Q    How were the processes enhanced?
18     A    That SKAT was not to process claims
19  for refunds of dividend before they were
20  certain that the company had actually
21  reported the dividend.
22     Q    Any other change to the process?
23         MR. OXFORD:  Objection to the form.
24     A    As I said before, it's before my
25  time.  But I presume that the recommendations

Page 97

1  of the working group were implemented in the
2  best way.
3      Q    This wasn't before -- I apologize.
4  Please continue.
5          We were talking about changes made
6  in the fall of 2012 as a result of this bill
7  becoming law.
8          You were the permanent secretary as
9  of the fall of 2012.
10         Correct?
11     A    Yes, that's correctly understood.
12  But you asked me to give an example of what
13  had come out of the working group from 2010.
14  And there, we had a bill in the fall of 2012.
15     Q    Okay.  So I want to make sure I
16  have this clear.
17         As a result of the working group, I
18  asked you to identify concrete changes.  And
19  you identified the bill that became law in
20  the fall of 2012.
21         Correct?
22     A    But you asked me to give examples
23  of concrete steps on the basis of -- on the
24  background of the working group's
25  recommendations.  And I gave you an example.

Page 114

1    Q    Okay.  I am about to transition
2 into a different area of questions, and we've
3 been going for a while.
4         Should we take a somewhat longer
5 break for dinner on your end and lunch on our
6 end?
7         MR. SCHOENFELD:  We can go off the
8    record.
9         THE VIDEOGRAPHER:  Stand by.  The
10   time is 11:54 a.m. New York time and
11   we're going off the record.
12        (Brief recess taken.)
13        THE VIDEOGRAPHER:  Stand by.  The
14   time is 12:36 p.m. New York time and
15   we're back on record.
16   Q    Mr. Brochner, can you turn to
17 Exhibit 3009 in your binder, please?
18        MR. SCHOENFELD:  Mark this as 3009.
19        (Whereupon the above mentioned was
20   marked for Identification.)
21   Q    Are you there, Mr. Brochner?
22        THE INTERPRETER:  Yes, he is.
23   Q    Would you do me a favor, Ms.
24 Gregersen?  We're not seeing you in the main
25 video screen.

Page 115

1         Off the record for a second,
2 please?
3         THE VIDEOGRAPHER:  Stand by.  The
4    time is 12:37 p.m. New York time and
5    we're going off the record.
6         (Whereupon a discussion was held
7    off the record.)
8         THE VIDEOGRAPHER:  Stand by.  The
9    time is 12:38 p.m. New York time and
10   we're back on record.
11   Q    Mr. Brochner, before I go to
12 Exhibit 3009, you'll recall that we talked
13 about the 2010 audit report earlier this
14 morning?
15        Do you remember that?
16   A    Yes, that's correct.
17   Q    Who would I talk to if I wanted to
18 understand what steps were taken in response
19 to that report?
20   A    Are we talking about the report
21 from 2012 that we have here in front of me?
22   Q    No, the 2010 report we discussed
23 earlier, the one addressed to Peter Loft.
24        Do you recall that report?
25   A    Yes, I remember.

Page 116

1    Q    If I wanted to know what steps, if
2 any, were taken in response to that report,
3 who would I ask?
4         MR. OXFORD:  Object to the form.
5    You can answer.
6    A    I think it's somewhat a special
7 question, but audits and reports are building
8 on top of each other.  So this report I have
9 in front of me and the -- this report under
10 this tab that you just mentioned, an audit of
11 dividend and royalty tax from 2012 builds on
12 the 2010 report so that you don't have to go
13 back and read the 2010 report, is what it
14 says.
15   Q    Let me ask the question
16 differently.
17        You don't know what was done within
18 the Ministry of Taxation following the 2010
19 audit report because you didn't arrive until
20 May 2012.
21        Correct?
22        MR. OXFORD:  Objection to the form.
23   A    Yes, it's correct.  But as I
24 mentioned, a working group was set up and it
25 came with some recommendations as a follow-up

Page 117

1 to the 2010 report.
2         And now the internal audit is
3 reviewing that in this report.
4    Q    Were there more -- excuse me.
5         MR. OXFORD:  Alan, can you let him
6    finish, please?
7         MR. SCHOENFELD:  Sure.
8    A    So here, in this audit of dividend
9 royalty tax for '12, it says, in the second
10 bullet, that "the purpose of this report is
11 to follow up on the 2010 report and the steps
12 otherwise taken."
13   Q    Okay.  Have you seen this document
14 before?
15   A    I only saw it in the summer after
16 August/September '15.
17   Q    It's addressed to you as department
18 chief, correct?
19        Sorry?  I didn't hear the answer.
20 There was a glitch.
21   A    That's correct.
22   Q    And it's dated May 30, 2013.
23        Is that correct?
24   A    Yes, that's correct.
25   Q    And the handwritten notation on the

Page 126

1	So the responsibility of management
2 has to address the individual points of
3 criticism, and not necessarily agree to every
4 point.
5	Q	When you first read this report in
6 September of 2015, did you inquire as to what
7 steps were taken in May of 2013 to respond to
8 SIR's criticism?
9	A	Yes, I did.
10	Q	Did you ask why those action plans
11 were insufficient to prevent the fraud that
12 was disclosed to you as of the summer of
13 2015?
14		MR. OXFORD:  Objection to form.
15	A	I disagree on the grounds for the
16 question.  There's nowhere -- there's no
17 place in this report where they mention
18 fraud.
19	Q	The recommendation 3.4 on Page 15
20 says that --
21		MR. OXFORD:  You interrupted his
22	answer.
23		MR. SCHOENFELD:  I'm sorry?
24		MR. OXFORD:  He hasn't finished his
25	answer.  Please let him finish.

Page 127

1	A	So Item 3 states that "SKAT must
2 take a better position or secure itself
3 better to avoid incorrect payment or
4 disbursement of dividend withholding tax."
5		And that concern, specifically as
6 it's stated on Page 6 of the report, it
7 concerns that bank scheme, and not the
8 so-called forms scheme.  And the fraud took
9 place on the forms scheme.
10	Q	And that distinction of the form
11 scheme and the fraud scheme is in the basis
12 of this report.
13		Is that your testimony?
14	A	I'm sorry.  I couldn't hear what
15 you said.
16	Q	I said that that distinction
17 between the form scheme and the bank scheme
18 is clear from the face of this report.
19		Is that your testimony?
20	A	It's not something that I say.  It
21 can be read from Page 6 of the report.
22	Q	So SIR's report is pretty clear.
23		Correct?
24		THE INTERPRETER:  So what?
25	Q	SIR's report is pretty clear.

Page 128

1	Is that right?
2	A	I don't understand what you are
3 referring to.  But on Page 6, the
4 third-to-the-last paragraph --
5	Q	You testified -- go ahead.
6	A	It states clearly that it's the
7 bank scheme that doesn't have sufficient
8 control, and it was not on the bank scheme
9 that there was fraud.
10	Q	The last item on the list in the
11 table on Page 15 says that "the business
12 procedures for payment of refunds should
13 describe what needs to be verified before the
14 request is met."
15		Is that right?
16	A	That's correct.  And it's a point
17 of criticism with respect to lack of
18 procedures or forms of procedure, but it's
19 not critical.  And I refer to the number "3"
20 in the column regarding the materiality.
21	Q	Again, if you had received this
22 report -- go ahead.
23	A	I'd like to comment that this
24 report is not very critical of the
25 procedures.  There are many other audit

Page 129

1 reports with recommendations.
2		But the National Audit Office did
3 not read it as a report with serious
4 criticism and it doesn't say anything about
5 fraud in the report.
6	Q	Mr. Brochner, where on Page 6 are
7 you pointing for the fact that the criticism
8 was leveled only with respect to the bank
9 scheme and not the form scheme?
10		MR. OXFORD:  Objection.  You can
11	answer again.
12		THE INTERPRETER:  But he couldn't
13	hear the question.
14		MR. OXFORD:  Alan, can you repeat
15	the question, please?
16		THE INTERPRETER:  It was completely
17	blurred.
18	Q	You reference Page 6 as the basis
19 for your understanding that the -- you
20 reference Page 6 as the basis for your
21 understanding that the criticism we were
22 reviewing refers only to the bank scheme and
23 not the form scheme.
24		Correct?
25	A	Yes, that's correct.

Page 134

1        MR. OXFORD: I'll object to the
2    form, and it misstates the witness'
3    testimony. He referred to a specific
4    page and specific paragraphs, not the
5    whole report.
6    A    So the report is -- on Page 6 of
7 the report, and the conclusion on Page 6,
8 it's not my reading of it. It's SIR's
9 conclusion and SIR's thought.
10   Q    Let's look at Paragraph 76 of the
11 2016 National Audit Office report, which is
12 Exhibit 3008 in your binder.
13       MR. SCHOENFELD: Mark this as 3008.
14       (Whereupon the above mentioned was
15    marked for Identification.)
16   Q    So that paragraph, as I understand
17 it, says that the 2013 audit report dealt
18 first and foremost with reimbursement of
19 dividend tax through the bank program.
20       Is that right?
21   A    It's correct that this is the
22 conclusion by the National Audit Office. But
23 when you read the SIR report from 2013 and
24 Page 6, that's not the conclusion that's
25 stated there.

Page 135

1    Q    Do you disagree with the conclusion
2 in the second sentence of this paragraph that
3 says that "the audit report pointed to a
4 general need for SKAT to protect itself
5 better from wrongful reimbursement of
6 dividend tax?"
7        MR. OXFORD: Objection to the form.
8    You can answer.
9    A    I conclude that's the comment by
10 the National Audit Office and their
11 conclusion from the 2013 report.
12   Q    Do you disagree with that
13 conclusion?
14   A    I disagree with you presenting it
15 as a seriously criticizing report.
16   Q    I'm not presenting it as anything.
17       I'm asking whether you agree that
18 the audit report from 2013 pointed to a
19 general need for SKAT to protect itself
20 better from wrongful reimbursement of
21 dividend tax?
22       MR. OXFORD: Object to the form.
23    Asked and answered. You've asked the
24    witness half a dozen times now, but he
25    can answer again.

Page 136

1    A    So in the -- in the report from
2 '15, it says in Paragraph 34 that "SKAT needs
3 to protect itself better against wrongful
4 reimbursement of dividend tax," and that that
5 concerns the bank scheme.
6        And that appears on Page 6 of the
7 report.
8    Q    That's your answer to the question?
9    A    Yes.
10   Q    Okay. It's your testimony that you
11 never -- you didn't receive the 2013 report
12 in 2013.
13       Correct?
14       MR. OXFORD: Objection, asked and
15    answered.
16   A    So as I said before, by a
17 regrettable mistake, I did not receive the
18 report. The report was sent according to the
19 completely normal procedures.
20       It was sent to the responsible
21 management in SKAT and to the National
22 Office -- Audit Office. And according to
23 normal procedure, an action plan was
24 prepared.
25   Q    If you had received the report in

Page 137

1 2013, would you have taken additional actions
2 with respect to the concerns identified in
3 the report?
4        MR. OXFORD: I object to the form
5    of the question.
6    A    It's a hypothetical question. As
7 the report did not raise particular
8 criticism, a special criticism, I wouldn't
9 believe that I would take separate steps or
10 specific steps in response to it.
11       And the National Audit Office read
12 the report in the same way.
13   Q    Let's look at Tab 3027 of your
14 binder, please.
15       MR. SCHOENFELD: Mark this as 3027.
16       (Whereupon the above mentioned was
17    marked for Identification.)
18       THE INTERPRETER: Yes, we have
19    found it, or he has found it.
20   Q    Have you seen this report
21 previously?
22   A    Yes.
23   Q    Did you receive this report in
24 2014?
25   A    Yes, I did.

Page 158

1 have you ever seen written policies and
2 procedures for handling dividend withholding
3 tax refund applications?
4     A    I don't recall.  But I remember
5 that the formal verification steps in
6 connection with withholding tax refunds were
7 written down as I recall it -- yeah, were
8 written down.
9         MR. SCHOENFELD:  Okay.  Let's take
10     a short break.  I may be done.  Let's
11     come back in five minutes.
12         MR. OXFORD:  That's fine.  Thanks.
13         THE VIDEOGRAPHER:  Stand by.  The
14     time is 3:16 p.m. New York time and
15     we're going off the record.
16         (Brief recess taken.)
17         THE VIDEOGRAPHER:  Stand by.  The
18     time is 3:22 p.m. New York time and
19     we're back on record.
20         MR. SCHOENFELD:  Mr. Brochner, I
21     have no further questions for you, so I
22     thank you for your time.  And I thank
23     you, Madam Translator, for your efforts
24     today as well.
25         I don't know if other defendants

Page 159

1 have questions for the witness.
2         THE INTERPRETER:  You're welcome.
3     We say both of us.
4         MR. SCHOENFELD:  Going once.
5         MR. OXFORD:  Going twice, going
6     three times.
7         THE VIDEOGRAPHER:  Stand by.  The
8     time is 3:23 p.m. and we're going off
9     the record.
10         THE COURT REPORTER:  Just recapping
11     orders, Hughes Hubbard, two realtime
12     hookups, rough draft, two-day final.
13         Hanamirian, standard delivery copy.
14         Kostelanetz, standard delivery
15     copy.
16         K&L Gates, rough draft, standard
17     delivery copy.
18         Wilmer Hale, six realtime hookups,
19     rough draft, standard delivery copy.
20         Binder & Schwartz, one realtime
21     hookup, rough draft, standard delivery
22     copy.
23         Dewey Pegno, rough draft, standard
24     delivery copy.
25         (Witness was excused.)

Page 160

1           C E R T I F I C A T E
2         I, MICHAEL FRIEDMAN, a Certified Court
3 Reporter and Notary Public, qualified in and for
4 the State of New Jersey do hereby certify that
5 prior to the commencement of the examination JENS
6 BROCHNER was duly sworn by me to testify to the
7 truth the whole truth and nothing but the truth.
8         I DO FURTHER CERTIFY that the foregoing
9 is a true and accurate transcript of the testimony
10 as taken stenographically by and before me at the
11 time, place and on the date hereinbefore set forth.
12         I DO FURTHER certify that I am neither a
13 relative of nor employee nor attorney nor counsel
14 for any of the parties to this action, and that I
15 am neither a relative nor employee of such attorney
16 or counsel, and that I am not financially
17 interested in the action.
18
19
20         _____
21
22         MICHAEL FRIEDMAN, CCR of the
23         State of New Jersey
24         License No:  30XI00228600
25         Date:  May 1, 2021

Page 161

1            LAWYER'S NOTES
2 PAGE  LINE
3 ____  ____  _____
4 ____  ____  _____
5 ____  ____  _____
6 ____  ____  _____
7 ____  ____  _____
8 ____  ____  _____
9 ____  ____  _____
10 ____  ____  _____
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23 ____  ____  _____
24 ____  ____  _____
25 ____  ____  _____

CONFIDENTIAL
Jens Brochner - April 29, 2021

42 (Pages 162 to 164)

Page 162

DEPOSITION ERRATA SHEET

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Signed on the _____ day of _____, 20____

_____
JENS BROCHNER

Page 163

DEPOSITION ERRATA SHEET
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____

SIGNATURE:_____DATE:_____
JENS BROCHNER

Page 164

DEPOSITION ERRATA SHEET
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____

SIGNATURE:_____DATE:_____
JENS BROCHNER