# EXHIBIT 20

5/19/2021 Hårde konfrontationer i skattekommissionen: Departementschef afviser ansvar i svindelsag for 12,7 milliarder | Penge | DR

Case 1:18-md-02865-LAK    Document 600-22    Filed 05/25/21    Page 2 of 16

**AFSLØRING AF SKATTESKANDALE**  SE TEMA >

PENGE

# Hårde konfrontationer i skatte-kommissionen: Departementschef afviser ansvar i svindelsag for 12,7 milliarder

Skatteministeriets departementschef mener ikke, at han har afsporet vigtigt kontrolorgan.



Departementschef i Skatteministeriet, Jens Brøchner, tiltrådte i maj 2012. Cirka samtidig begyndte milliarderne at trille ud af statskassen til udenlandske spekulanter. Den danske stat er blevet snydt for 12,7 milliarder kroner. (Foto: liselotte sabroe © Scanpix)

LÆS OP    ORDBOG    TEKST

AF
**Mathias Sommer**

5/19/2021 Haarde konfrontationer i skattekommissionen: Departementschef afviser ansvar i svindelsag for 12,7 milliarder. | Penge | DR

Case 1:18-md-02865-LAK    Document 600-22    Filed 05/25/21    Page 3 of 16

28. OKT 2020

Hvordan kunne det gå til, at statskassen fra 2012 til 2015 blev lænset for 12,7 milliarder kroner?

Et spørgsmål, som Undersøgelseskommissionen om Skat, Danmarks dyreste kommission <https://www.dr.dk/nyheder/penge/danmarks-dyreste-kommission-kulegravning-af-skatteskandaler-koster-308-millioner> , i disse måneder forsøger at finde svar på - og placere et ansvar for den enorme udbytteskandale.

Kommissionen har foretaget over 100 afhøringer, og i dag slog strømmen af vidner hovedet mod det hierarkiske loft i Skatteministeriet, da departementschef Jens Brøchner indtog den varme stol foran den seks mand høje kommission og omkring 30 bisiddende advokater, der af coronahensyn hver var buret inde af plexiglas i den store sal i Retten på Frederiksberg.

> **Jeg kan ikke genkende det billede, at jeg ikke interesserede mig for Intern Revision.**
>
> JENS BRØCHNER, DEPARTEMENTSCHEF I SKATTEMINISTERIET.

Jens Brøchner blev udnævnt til ny departementschef i Skatteministeriet i maj 2012.

Cirka samtidig begyndte milliarderne at flyde ud til udenlandske spekulanter, der havde luret, at der ingen kontrol var med anmodninger om tilbagebetaling af udbytteskat, som blev sendt til Skats lille udbytteafdeling i Høje Taastrup.

### 'Det er jeg ikke enig i'

Fælles for de mange afhørte har været, at ansvaret for de fejlagtige udbetalinger i hvert fald ikke lå hos den afhørte, og typisk har de peget på, at ansvaret skulle placeres højere oppe i systemet.

5/19/2021 Haarde konfrontationer i skattekommissionen: Departementschef afviser ansvar i svindelsag for milliarder i benge | DR

Case 1:18-md-02865-LAK    Document 600-22    Filed 05/25/21    Page 4 of 16

**CV - JENS BRØCHNER**

Uddannet cand. polit ved Københavns Universitet i 1998.

Da man ikke kommer højere op i embedsværket end Jens Brøchner, var der derfor lagt op til en større slagudveksling mellem kommissionens udspørger, Jens Lund Mosbek, og den skarptskårne og høje departementschef, Brøchner.

Og det skulle hurtigt vise sig, at kløerne var hvæssede hos begge parter.

Udspørger Jens Lund Mosbek og kommissionsformand Michael Ellehauge lagde en konfrontatorisk kurs over for Jens Brøchner, der omvendt svarede afvisende og korrigerende på meget:

- Det er jeg ikke enig i, og jeg anerkender ikke præmissen.

- Jeg synes ikke, det er en helt korrekt beskrivelse.

- Nej, det mener jeg ikke.

Blandt andet brød Jens Brøchner sig ikke om en række spørgsmål til hans nedlukning af Skatteministeriets revisionsudvalg i 2013; et udvalg der ellers havde til formål at holde øje med, om der blev fulgt tilstrækkeligt op på kritiske revisionsrapporter om problemer i Skat.

For eksempel at der ikke var kontrol med udbytteskatten.

- Jeg mener ikke, at man kan opstille det sådan. Når du siger, at jeg afvikler revisionsudvalget, lyder det som om, jeg fjerner noget og ikke sætter noget andet i stedet, og det er ikke korrekt, lød det fra Skatteministeriets departementschef, der hidtil har afvist at udtale sig om udbytteskattesagen.

### Trods advarsler: Kendte ikke til udbytteskat

Selv om Jens Brøchner hvert kvartal i svindelperioden fik en status på opfølgningen på revisionsrapporterne, herunder om problemer med kontrollen

5/19/2021
Haarde konfrontationer i skattekommissionen: Departementschef afviser ansvar i svindelsag for milliarder | DR
Case 1:18-md-02865-LAK    Document 600-22    Filed 05/25/21    Page 5 of 16

med udbytteskat, fortalte han under afhøringen, at han ikke havde forholdt sig til emnet, før telefonen ringede i august 2015:

Danmark var blevet udsat for det største kup nogensinde.

- Jeg kendte ikke noget til udbytteskat. Selvfølgelig kendte jeg lidt til udbytteskat og til reglerne på området. Men jeg kendte ikke noget til, at der skulle være risiko for svig, sagde Jens Brøchner.

> **MILLIARDSVINDEL MOD DEN DANSKE STAT**
>
> Den formodede svindel for 12,7 milliarder kroner er startet i

Han henviste under sin afhøring til en procedurefejl i ministeriet, som gjorde, at en kritisk revisionsrapport om udbytteskat fra 2013 ikke landede på hans bord, som den ellers skulle.

Og i de kvartalsvise status på revisionsrapporterne mente han ikke, at der stod noget, som skulle alarmere ham.

Og så forklarede Jens Brøchner, at han var hårdt spændt for i sine første år i Skatteministeriet, hvor han havde fået til opgave at stikke sparekniven dybt ind i organisationen.

- Jeg har fået omkring 7.000 sager på mit bord om året. Det svarer til mellem 20 og 30 sagsforelæggelser om dagen. Så jeg kan ikke gå ned i alle sager, det er praktisk og fysisk umuligt, sagde Jens Brøchner.

### Udkig efter ny revisionschef

I løbet af sit første år som departementschef fik Jens Brøchner indsat [Jesper Rønnow Simonsen <http://www.dr.dk/nyheder/penge/fyret-topchef-i-skat-om-milliardsvindel-jeg-havde-uddelegeret-ansvaret>](http://www.dr.dk/nyheder/penge/fyret-topchef-i-skat-om-milliardsvindel-jeg-havde-uddelegeret-ansvaret) som øverste direktør for Skat, og [Andreas Berggreen <https://www.dr.dk/nyheder/penge/skatteskandalen-alle-sender-aben-videre>](https://www.dr.dk/nyheder/penge/skatteskandalen-alle-sender-aben-videre) blev hyret som afdelingschef for den nye afdeling, Koncernstyring.

5/19/2021, Haarde konfrontationer i skattekommissionen: Departementschef afviser ansvar i svindelsag for milliarder af kroner | DR

Case 1:18-md-02865-LAK    Document 600-22    Filed 05/25/21    Page 6 of 16

Afdelingen skulle blandt andet sørge for, at kritiske revisionsrapporter landede på Brøchners bord med en klar besked om, at han skulle se på det.

Ingen af de tre topchefer havde erfaringer fra Skat.

Det havde til gengæld Kjeld Rasmussen, som var chef for Skatteministeriets Interne Revision, der i både 2010 og 2013 blinkede med advarselslamperne på grund af den manglende kontrol på udbytteområdet.

Kjeld Rasmussen havde arbejdet i Skat siden 1969, hvor han havde mange års erfaring med at se forvaltningen over skuldrene. Men ikke én eneste gang blev han inviteret til at klæde den nyslåede departementschef på.

Da Kjeld Rasmussen i 2019 blev afhørt af kommissionen, beskyldte han Jens Brøchner for at 'køre revisionen ud på et sidespor.'

- Jeg har aldrig talt med Jens Brøchner, selv om det var ham, som jeg refererede til og sendte ham adskillige rapporter. Jeg har mødt ham på gangen. Men det er den eneste kontakt, jeg har haft med ham, fortalte Kjeld Rasmussen, der stoppede i Skatteministeriet, da hans kontrakt udløb i 2014.

*Jens Brøchner ankommer til Retten på Frederiksberg. Han har afvist at stille op til interview.*

Men baggrunden for, at Kjeld Rasmussen aldrig blev inviteret ind på Jens Brøchners kontor var blandt andet, at Kjeld Rasmussen ikke havde de

5/19/2021  Haarde konfrontationer i skattekommissionen: Departementschef afviser ansvar i svindelsag for 12,7 milliarder | DR

Case 1:18-md-02865-LAK    Document 600-22    Filed 05/25/21    Page 7 of 16

nødvendige kompetencer, og derfor var Jens Brøchner på udkig efter en ny revisionschef, forklarede han i Retten på Frederiksberg:

- I forsommeren 2012 var der rigtig mange ting, der skulle laves, der skulle for eksempel laves en ny struktur, og i den sammenhæng holder jeg møder med Rigsrevisionen, og noget af det første, de sagde til mig, var, at det arbejde, Skatteministeriets Interne Revision foretog, ikke havde tilpas høj kvalitet, lød det fra Jens Brøchner, som også forklarede, at han havde svært ved at finde tiden til at mødes.

- Jeg synes, det bliver sat meget kantet op. Det var ikke sådan, at jeg ikke ville mødes med vedkommende. Men jeg havde helt ekstraordinært travlt i den periode.

*Men skulle det så ikke netop øge opmærksomheden, hvis der ikke var tilstrækkelig faglighed?*

- Jeg synes, tingene bliver blandet lidt sammen. Der arbejdes benhårdt på at få øget kompetencerne og på at finde en ny revisionschef på et klart opdrag fra rigsrevisoren. Der gør jeg alt, hvad jeg kan for at få kompetente kræfter ind, sagde Jens Brøchner.

## 'Revisionsfjendtligt miljø'

Kjeld Rasmussen står dog ikke alene med oplevelsen af, at den interne revision under Jens Brøchner blev kørt ud på et sidespor.

Også Rasmussens efterfølger, Kurt Wagner, der var chef for Skatteministeriets Interne Revision fra 2014 til 2019, har forklaret, at der efter et indledningsvist fint forhold udviklede sig et 'revisionsfjendsk miljø' under Jens Brøchner.

- Vi kunne se, at miljøet blev revisionsfjendsk. Vi havde meget svært ved at få startet vores revisioner op, fortalte han.

Men Jens Brøchner afviste, at han havde nedprioriteret Intern Revision og dermed tilsynet med Skat - og kontrollen med tilbagebetalinger af udbytteskat.

- Jeg kan ikke genkende det billede, at jeg ikke interesserede mig for Intern Revision. Tværtimod forsøgte jeg at bygge op, hvilket Rigsrevisionen også

5/19/2021 Haarde konfrontationer i skattekommissionen: Departementschef afviser ansvar i svindelsag for 12,7 milliarder | DR

Case 1:18-md-02865-LAK    Document 600-22    Filed 05/25/21    Page 8 of 16

kvitterede for, siger han.

Kommissionen kom ikke til bunds i spørgsmålene til Jens Brøchner, og derfor er han indkaldt til næste møde den 10. november.

### Artikler fra afhøringer:

- DR har dækket Skattekommissionen indgående. Du kan læse flere referater herunder:

- Tidligere departementchef Peter Loft. <https://www.dr.dk/nyheder/penge/tidligere-skatte-topchef-jeg-har-et-medansvar-men-det-er-der-flere-der-har>

- Tidligere direktør for Skat Jesper Rønnow Simonsen. <https://www.dr.dk/nyheder/penge/fyret-topchef-i-skat-om-milliardsvindel-jeg-havde-uddelegeret-ansvaret>

- Tidligere afdelingschef Andreas Berggreen. <https://www.dr.dk/nyheder/penge/skatteskandalen-alle-sender-aben-videre>

- Tidligere inddrivelsesdirektør Jens Sørensen. <https://www.dr.dk/nyheder/penge/arbejdsgruppe-i-skat-loeste-problemerne-samtidig-fossede-udbytte-milliarder-ud-af>

- Tidligere afdelingsleder Lisbeth Rømer. <https://www.dr.dk/nyheder/penge/udbyttechef-fortryder-ikke-have-taget-svindelmistaenkte-med-paa-sightseeing-det-tog>

- Tidligere underdirektør René Frahm Jørgensen. <https://www.dr.dk/nyheder/penge/tidligere-skattedirektoer-i-skudlinjen-godkendte-maanedsregnskaber-mens-pengene>

- Tidligere underdirektør Richard Hanlov. <https://www.dr.dk/nyheder/penge/tidligere-chef-i-skat-beskylder-karsten-lauritzen-politisk-indblanding-i-hjemsendelser>

5/19/2021 Haarde konfrontationer i skattekommissionen: Departementschef afviser ansvar i svindelsag for milliarder | Penge | DR

Case 1:18-md-02865-LAK    Document 600-22    Filed 05/25/21    Page 9 of 16

- [Tidligere afdelingsleder Dorthe Pannerup Madsen <https://www.dr.dk/nyheder/penge/tidligere-leder-i-skat-om-udbyttesagen-det-hele-var-saa-uvirkeligt>](https://www.dr.dk/nyheder/penge/tidligere-leder-i-skat-om-udbyttesagen-det-hele-var-saa-uvirkeligt) .

- [Tidligere indsatsdirektør Jim Sørensen. <https://www.dr.dk/nyheder/penge/kendt-skattedirektoer-skulle-skaere-21-procent-samtidig-toppede-svindel-127-milliarder>](https://www.dr.dk/nyheder/penge/kendt-skattedirektoer-skulle-skaere-21-procent-samtidig-toppede-svindel-127-milliarder)

- [Tidligere skattedirektør Lars Nørding. <https://www.dr.dk/nyheder/penge/skattedirektoer-om-aarelange-besparelser-kontrollen-var-det-eneste-sted-man-kunne>](https://www.dr.dk/nyheder/penge/skattedirektoer-om-aarelange-besparelser-kontrollen-var-det-eneste-sted-man-kunne)

## PENGE LIGE NU



**PENGE** | I DAG KL. 05:45

**Sygeplejersker ryster på hovedet over overenskomstløsning:** Frygter syltekrukke



**PENGE** | I GÅR KL. 18:15

**Flere kommuner nær faretruende grænse:** Nu kommer en række borgmestre med opråb



**PENGE** | I GÅR KL. 18:14

**Sygeplejekonflikt udskudt:** Skal stemme om nyt forslag

## ANDRE LÆSER

**POLITIK** | I DAG KL. 14:01

**TV-klip udstiller regeringens kovending i sag om hjemtagning af syriske børn og deres mødre**



**FYN** | I DAG KL. 12:38

**Vrede, frygt og frustration blandt naboer til nyt udrejsecenter:** Jeg sætter mit hus til salg på tirsdag



**MUSIK** | I DAG KL. 13:51

**Popstjerne vil ikke længere kaldes for hun eller hende:** 'Det her er for dem, der ikke kan vise, hvem de virkelig er'



**INDLAND** | I DAG KL. 10:47

**Kender du de syv tegn på kræft? Halvdelen af os reagerer ikke hurtigt nok på dem**



**SUPERLIGA** | I DAG KL. 13:49

**Tre guldkandidater i et vildt Superliga-drama:** 'Den mest uforudsigelige afslutning de seneste 15 år'



**DETEKTOR** | I DAG KL. 11:19

**Venstre-politiker forsvarede plan om én million elbiler "uden at have nogen som helst anelse", om den var realistisk**



5/19/2021 Haarde konfrontationer i skattekommissionen: Departementschef afviser ansvar i sandelsag for 12,7 milliarder | Penge | DR

Case 1:18-md-02865-LAK    Document 600-22    Filed 05/25/21    Page 12 of 16



**TOPHISTORIER**



**POLITIK** | I DAG KL. 14:01

# TV-klip udstiller regeringens kovending i sag om hjemtagning af syriske børn og deres mødre



**INDLAND** | I DAG KL. 13:55

**De danske småøer får testcentre før sommerens store rykind af turister**



**FYN** | I DAG KL. 12:38

**Vrede, frygt og frustration blandt naboer til nyt udrejsecenter:** Jeg sætter mit hus til salg på tirsdag

**SENESTE NYT** | I DAG KL. 14:07      **SENESTE NYT** | I DAG KL. 16:11

5/19/2021　Haarde konfrontationer i skattekommissionen: Departementschef afviser ansvar i sindelsag for 12,7 milliarder | Penge | DR

Case 1:18-md-02865-LAK   Document 600-22   Filed 05/25/21   Page 13 of 16

**SENESTE NYT** | I DAG KL. 14:07

### Der er registreret 1.088 nye smittetilfælde det seneste døgn

**SENESTE NYT** | I DAG KL. 10:11

### Landsret afviser at dømme for særlig coronaparagraf



**SUPERLIGA** | I DAG KL. 13:49

### Tre guldkandidater i et vildt Superliga-drama: 'Den mest uforudsigelige afslutning de seneste 15 år'



**POLITIK** | I DAG KL. 10:33

### Nyt udrejsecenter for kriminelle udlændinge skal ligge på Langeland



**INDLAND** | I DAG KL. 10:47

### Kender du de syv tegn på kræft? Halvdelen af os reagerer ikke hurtigt nok på dem



**UDLAND** | I DAG KL. 10:51

### Spanien indsætter soldater, efter tusindvis af migranter krydser grænsen til spansk enklave



**PENGE** | I DAG KL. 05:45

### Sygeplejersker ryster på hovedet over overenskomstløsning: Frygter syltekrukke

**POLITIK** | I DAG KL. 05:14

### Ny sommerhjælpepakke til 1,65 milliarder skal sætte gang i turismen og give billigere indenrigsrejser

5/19/2021 Haarde konfrontationer i skattekommissionen: Departementschef afviser ansvar for svindelsag for 12,7 milliarder | Penge | DR

Case 1:18-md-02865-LAK Document 600-22 Filed 05/25/21 Page 15 of 16

5/19/2021 Haarde konfrontationer i skattekommissionen: Departementschef afviser ansvar for svindelsag for 12,7 milliarder | Penge | DR

Case 1:18-md-02865-LAK    Document 600-22    Filed 05/25/21    Page 16 of 16