# EXHIBIT 22

5/17/2021 Tidligere skattedirektør i skudlinjen: Godkendte månedsregnskaber, mens pengene fossede ud af statskassen | Penge | DR

Case 1:18-md-02865-LAK Document 600-24 Filed 05/25/21 Page 2 of 15

**SKAT I KRISE**  SE TEMA

PENGE

# Tidligere skattedirektør i skudlinjen: Godkendte månedsregnskaber, mens pengene fossede ud af statskassen

Over 70 gange havde tidligere underdirektør i Skat svært ved at huske i Skattekommissionen.



René Frahm Jørgensen var underdirektør i Skat, mens der blev udbetalt milliarder til udenlandske pengemænd. I dag blev han afhørt i Retten i Frederiksberg. (Foto: Mads Claus Rasmussen © Scanpix)

LÆS OP  ORDBOG  TEKST

AF
**Mathias Sommer**
**Jakob Ussing**

5/17/2021, Tidligere skattedirektør i skudlinjen: Godkendte månedsregnskaber, mens pengene fossede ud af statskassen | Penge | DR

Case 1:18-md-02865-LAK   Document 600-24   Filed 05/25/21   Page 3 of 15

30. APR 2019

- Det erindrer jeg ikke.

Over 70 gange havde René Frahm Jørgensen svært ved at genkalde sin tid som underdirektør i Skat, da han i dag blev afhørt i fem timer af Undersøgelseskommissionen om Skat, som er i færd med at gå i dybden med danmarkshistoriens største svindelnummer, udbytteskattesagen.

Her udbetalte en kontormedarbejder i Skats afdeling i Høje Taastrup fra 2012 til 2015 mindst 12,7 milliarder kroner til udenlandske pengemænd i tilbagebetaling af udbytteskat, som de aldrig havde indbetalt.

René Frahm Jørgensen overtog stillingen som underdirektør for skatteafsnittet Betaling og Regnskab i 2013 og fortsatte ind til efteråret 2015, hvor han blev hjemsendt fra Skat, få måneder efter at det enorme svindelnummer var blevet opdaget.

## Nedskæringer

Lige som de øvrige skattemedarbejdere, som foreløbigt har varmet sædet foran kommissionen i Retten i Frederiksberg, forsvarede René Frahm Jørgensen sig ved at henvise til de massive besparelser i Skat.

Det gjorde det nemlig svært at fuldføre opgaven som underdirektør for Betaling og Regnskab, der havde den lille udbytteafdeling i Høje Taastrup under sig, forklarede han:

- Da jeg startede, var vi i omegnen af 340 mennesker. Da jeg forlader Skat i september 2015 var vi til sammenligning 250.

- Det jo altid nemt at være klog på bagkant. Vi fik jo nogle systemer, som gerne skulle gøre tingene nemmere. Men modsat så viste det sig, at der var så mange sygdomme i systemerne, som gjorde, at vi i en periode havde vikarer på timebasis til at lave manuelt arbejde. Det var hård kost, sagde René Frahm Jørgensen.

5/17/2021 Tidligere skattedirektør i skudlinjen: Godkendte månedsregnskaber, mens pengene fossede ud af statskassen | Penge | DR

Case 1:18-md-02865-LAK Document 600-24 Filed 05/25/21 Page 4 of 15

**UNDERSØGELSESKOMMISSIONEN OM SKAT**

Undersøgelseskommissionen blev nedsat i sommeren 2017.

### Hvem har ansvaret?

Som tilhører til dagens afhøring kunne man nemt få det indtryk, at der ikke var specielt meget styr på processerne i Betaling og Regnskab i årene under René Frahm Jørgensen.

Blandt andet kunne René Frahm Jørgensen ikke redegøre for, hvem der havde det egentlige ansvar for, at tilbagebetalingen af udbytteskat var korrekt - altså hvem der havde ansvaret for, at kontormedarbejderen Sven Nielsen <https://www.dr.dk/nyheder/penge/sigtet-skattemedarbejder-sad-mutters-alene-med-milliardudbetalinger> godkendte de mange refusionsblanketter, som strømmede ind i afdelingen, mens pengene fossede ud - uden at der var tilstrækkelig kontrol.

Da en kritisk revisionsrapport i 2013 krævede handling med både bedre kontrol og ansvarsfordeling, blev der aldrig fulgt ordentligt op på den handlingsplan, der blev lagt - hverken af René Frahm Jørgensen eller andre chefer, der var inde over.

På spørgsmålet om, hvorvidt han var inde over den proces, lød svaret:

- Det erindrer jeg ikke.

### Opgaver løses ikke

Jens Lund Mosbek, der er udpeget som udspørger af kommissionen, fremlagde under afhøringen flere eksempler på mails fra René Frahm Jørgensens medarbejdere, som indikerede, at der var problemer med at leve op til opgaverne i hans afdeling:

- Der ligger mange opgaver, som ikke løses i dag, skrev en kontorchef blandt andet i juni 2013 til René Frahm Jørgensen.

Og i en anden mail fra funktionsleder Dorthe Pannerup Madsen, som også er indkaldt til at vidne for undersøgelseskommissionen, lød det:

- Jeg er jo også forpligtet til at sikre sikker drift!

- Vi var i en hverdag, hvor vi på daværende tidspunkt måtte lave en benhård prioritering af ressourcer. Jeg havde en klar forventning om, at det, vi udførte, var lovligt, sagde René Frahm Jørgensen fra vidneskranken i retslokale 3 på Frederiksberg.

## Godkendte månedsregnskaber

Hver måned skulle René Frahm Jørgensen godkende og indsende et regnskab til blandt andet Skatteministeriets departement og Rigsrevisionen.

Samtidig eksploderede Skats udbetalinger af refusion af udbytteskat.

Fra 2013 til 2014 steg refusion af udbytteskat fra 2,7 milliarder kroner til 6,1 milliarder kroner. Og i den månedlige gennemgang af regnskabet fremgik det blandt andet, at Skat i perioder af 2014 refunderede lige så meget udbytteskat, som statskassens samlet fik ind i udbytteskat.

Den voldsomme udvikling i refusion af udbytteskat og de mange problemer med kontrollen fik dog ikke René Frahm Jørgensen til at hejse et flag over for sine ledere.

I stedet blev regnskabet hver måned afsluttet med:

- Størrelsen mellem indtægter og udgifter findes rimelige.

5/17/2021 Tidligere skattedirektør i skudlinjen: Godkendte månedsregnskaber, mens pengene fossede ud af statskassen | Penge | DR

Case 1:18-md-02865-LAK   Document 600-24   Filed 05/25/21   Page 6 of 15

## Skats udbetalinger til refusion af udbytte

Næsten 100 procent om året. Så meget steg udbetalinger til refusion af udbytteskat



*Dækker over udbetalinger frem til den 1. august 2015.

Kilde: Advokatundersøgelse om udbytteskattesagen, Bech Bruun.

På et tidspunkt i 2014 bad han dog om en forklaring på de voldsomme stigninger i refusionen af udbytteskat. Her fik han at vide, at amerikanske pensionskasser var gået på opkøb i danske aktier.

- Tak for det, synes det er fint, hvis vi får de oplysninger med. Det giver en god årsagsforklaring, svarede han sin funktionsleder, inden passussen om amerikanske pensionskasser blev tilføjet det månedlige regnskab.

Men opkøbene var i sådan en grad, at de amerikanske pensionskasser i så fald ejede over halvdelen af Novo Nordisk og A. P. Møller - Mærsk - hvis man skulle tro de tusindvis af falske refusionsblanketter, som Skat modtog.

Til det spurgte udspørger Jens Lund Mosbek:

*Overvejede du at spørge nærmere ind til det?*

5/17/2021
Case 1:18-md-02865-LAK Document 600-24 Filed 05/25/21 Page 7 of 15
Tidligere skattedirektør i skudlinjen: Godkendte månedsregnskaber, mens pengene fossede ud af statskassen | Penge | DR

- Nej, sagde René Frahm Jørgensen og understregede, at hverken han eller andre havde mistanke om svindel, før det blev opdaget i sommeren 2015.

## Bad ikke om dokumentation

Til sidst tog formanden for Undersøgelseskommissionen, landsretsdommer Michael Ellehauge, over med en kommentar om, at det ikke virkede til, at René Frahm Jørgensen huskede så meget.

Michael Ellehauge spurgte så til, om René Frahm Jørgensen nogensinde bad om at se dokumentation for udbetalingerne af udbytteskat, når regnskabet blev godkendt.

- Nej, lød svaret fra René Frahm Jørgensen, som fortalte, at han brugte mellem én og to timer samlet på månedsregnskaberne, der dækkede meget andet end udbytteskat.

Ellehauge ville vide, hvorfor underdirektøren ikke brugte mere tid på regnskaberne.

- Jeg var omhyggelig, men der var rigtig mange områder i Betaling og Regnskab, der krævede min opmærksomhed, forklarede René Frahm Jørgensen.

## Havde travlt med Efi

At René Frahm Jørgensen havde så relativt dårlig hukommelse om udbytteskatteområdet skyldtes især, at der var andre, meget presserende sager, som hobede sig op, mens han var underdirektør.

Det forklarede han, da det blev Frahm Jørgensens bisidder, advokat Mads Krarups, tur til at stille spørgsmål:

*Hvor meget fyldte udbytteskat i dit arbejde?*

- Jeg var underdirektør for Betaling & Regnskab. Der var også problemer med Skattekontoen, hvor rentetilskrivninger skulle håndteres manuelt: Og med Efi (dysfunktionelt it-system, red.) og digital motorregistrering (DMR), hvor der nogle gange kunne være 50.000 rykkere på én uge.

5/17/2021 Tidligere skattedirektør i skudlinjen: Godkendte månedsregnskaber, mens pengene fossede ud af statskassen | Penge | DR

Case 1:18-md-02865-LAK   Document 600-24   Filed 05/25/21   Page 8 of 15

*Så at bruge mange ressourcer på udbytteskat var ikke muligt?*

- Det var ikke en virkelighed for mig, sagde René Frahm Jørgensen.

### Syv nye styrelser

- Den 1. juli 2018 blev det gamle Skat splittet op i syv nye styrelser, som skal varetage Skats hidtidige opgaver.

- Styrelserne har egen ledelse og direktør, der får ansvar for det område i skatteforvaltningen, den pågældende styrelse administrerer.

- Fem af styrelserne har fokus på hver deres kerneopgave på indtægtssiden af den offentlige sektor:

- • Gældsstyrelsen – Inddrivelse af gæld til det offentlige.

- • Vurderingsstyrelsen – Offentlig vurdering af ejendomme og grunde.

- • Skattestyrelsen – Afregning og kontrol af skatter og afgifter på person, erhvervs- og selskabsområderne.

5/17/2021 Tidligere skattedirektør i skudlinjen: Godkendte månedsregnskaber, mens pengene fossede ud af statskassen | Penge | DR

Case 1:18-md-02865-LAK   Document 600-24   Filed 05/25/21   Page 9 of 15

- • Toldstyrelsen – Afregning og kontrol på toldområdet.

- • Motorstyrelsen – Registrering, afgiftsberegning og kontrol af motorkøretøjer i Danmark.

- De sidste to styrelser skal varetage en række tværgående opgaver i skatteforvaltningen.

- For det første er en række opgaver som HR, regnskab og indkøb samlet i en ny styrelse.

- For det andet er drift og vedligeholdelse af it samt behandling af data samlet i en styrelse, der desuden får til opdrag at udvikle og forenkle udvalgte dele af skatteforvaltningen.

- • Administrations- og Servicestyrelsen – Varetagelse af fællesfunktioner som HR, bygninger, indkøb, fakturahåndtering og bogføring.

- • Udviklings- og Forenklingsstyrelsen – Drift, vedligeholdelse og udvikling af it-systemer, behandling af data samt målrettede udviklings- og forenklingsprojekter på tværs af skatteforvaltningen.

- Styrelserne har afdelinger i 26 af landets byer.

- Kilde: Rapporten: Fra Én til syv styrelser, Skatteministeriet.

### PENGE LIGE NU



5/17/2021 Tidligere skattedirektoer i skudlinjen: Godkendte maanedsregnskaber, mens pengene fossede ud af statskassen | Penge | DR

Case 1:18-md-02865-LAK Document 600-24 Filed 05/25/21 Page 10 of 15



**PENGE** | 15. MAJ KL. 06:54 | CASPER SCHRØDER

**KRONER & CORONA:** Forestil dig et dybt hul. Det er det, som corona har gjort ved dansk økonomi.



**PENGE** | 14. MAJ KL. 20:45

**Planlægger du sommerferie i udlandet? Her er hvad du skal være opmærksom på**





**PENGE** | 14. MAJ KL. 16:00

### Rejseplaner? Se, hvor der lige nu er lukket og åbent

## ANDRE LÆSER

**MUSIK** | 14. MAJ KL. 20:30

### Danmarks Grand Prix-håb hyldes af fans efter vigtig prøve. Men bookmakerne tvivler på finaleplads



**FILM OG SERIER** | I GÅR KL. 10:51

### Von Triers kultserie 'Riget' vender tilbage: Nu løftes sløret for stjernespækket rolleliste



**INDLAND** | I GÅR KL. 10:55

### Skal coronapas være som kontrol af kørekort, eller vil folk fristes til at kvitte test og tage chancen?



**POLITIK** | I GÅR KL. 14:31

5/17/2021  Tidligere skattedirektoer i skudlinjen: Godkendte månedsregnskaber, mens pengene fossede ud af statskassen | Penge | DR

Case 1:18-md-02865-LAK  Document 600-24  Filed 05/25/21  Page 12 of 15

#### 9 tiltag skal forebygge seksuelle overgreb mod børn:
'Loven har ikke fulgt med tiden'



**SUPERLIGA** | I GÅR KL. 20:55
#### Sønderjyske spiller sig til tops i nedrykningsspillet



**INDLAND** | 15. MAJ KL. 11:42



#### Opgav familiens baronessehus af frygt for bro til nabo:
'Helt tosset at man nu snakker om en tunnel'

### TOPHISTORIER



**POLITIK** | I GÅR KL. 20:54
## Ringberg: 'Arktis er og bliver den største attraktion

5/17/2021 Tidligere skattedirektør i skudlinjen: Godkendte månedsregnskaber, mens pengene fossede ud af statskassen | Penge | DR

Case 1:18-md-02865-LAK Document 600-24 Filed 05/25/21 Page 13 of 15

ved Danmark, når man kigger ud ad vinduet i Det Hvide Hus'



**INDLAND** | I GÅR KL. 18:19

**2241 dødsattester afslører:** Så mange døde egentlig af corona



**GAMING** | I GÅR KL. 20:39

**Spilfirma bekræfter:** Kendt figur er transkønnet

**SENESTE NYT** | I GÅR KL. 19:22

**Sommerhusudlejere mister kunder efter nye rejsevejledninger**



**UDLAND** | I GÅR KL. 20:40

**Budapests grønne borgmester er klar til at fravriste Orbán magten**

**SENESTE NYT** | I GÅR KL. 13:18

**Ny rejsevejledning for Portugal:** Nu kan danske turister besøge hele landet

**SENESTE NYT** | I GÅR KL. 13:46

**USA's udenrigsminister:** Palæstinensere og israelere har ret til at leve i fred





**POLITIK** | I GÅR KL. 14:31

**9 tiltag skal forebygge seksuelle overgreb mod børn:**
'Loven har ikke fulgt med tiden'

5/17/2021 Tidligere skattedirektør i skudlinjen: Godkendte månedsregnskaber, mens pengene fossede ud af statskassen | Penge | DR

Case 1:18-md-02865-LAK Document 600-24 Filed 05/25/21 Page 15 of 15