# EXHIBIT 26

MONEY

# Former employee of Skat about billion fraud: - It was an open charging port

A centrally located former employee of Skat is the first to come forward and tell how foreign fraudsters could get away with billions.



Former chief consultant at Skat, Laurits Cramer, now stands up and tells how little control there was with the payment of dividend tax refunds. (© dr)

READ UP DICTIONARY TEXT

OF
**Rasmus Bøttcher Christensen**

SEP 3, 2015

The employees in Tax traded blindly when they paid billions of dollars to foreign shareholders in tax refunds of stock dividends. And for years they warned their bosses that there were huge problems with control.

- There was a charging port and it was open. Continually.

This is what Laurits Cramer says, who until the end of 2013 worked as chief consultant in Tax center for dividend tax. He retired the year after thatthe dividend tax fraud for 6.2 billion tax dollars really took off.

**ALSO READ :** GRAPHIC How the scammers cheated Tax

He stands as the first openly, and tells his version of how the comprehensive fraud could take place. And that, according to the former chief consultant, was not difficultthe scammers to defraudtreasury billions.

- If they sent us two pieces of paper, they got the money. If it had a stamp from something that could appear to be a tax entity, and if there was a dividend note, Laurits Cramer says.

*Watch the interview with Laurits Cramer in TV AVISEN 21.30*



**If they sent us two pieces of paper, they got the money.**

LAURITS CRAMER, FORMER CHIEF CONSULTANT IN TAXATION

## Did not check stamps in foreign languages

The theft of the many billions of kroner has happened by that scammers have pretended to have received dividends from Danesshares that they have never actually owned. And so it just required a dividend note, which is onedocumentation from a company that it has paid dividends, and a stamp from a foreign tax authorities to get money paid out.

One of the problems was that the employees who were to pay the tax refunds did not know what the stamps from foreign tax authorities were to look like.

**ALSO READ :** Tax: Five people sat with the refund requests

There was no one in Laurits Cramer's former department who spoke Japanese, Korean, Chinese or Russian.

- I do not see a difference between whether it says that there are cheap carrots today or that a company is covered by double taxation agreements, says Laurits Cramer.

- If it came from Korea, then there should just be a stamp, I would say.

### Managers did not respond to warnings

Laurits Cramer and his colleagues in Tax didrepeatedly bosses note that there was not enough control over the payouts.

- We sensed that there could be cheating, and we tried to make the control department aware that we had no idea what the stamps should look like, he says.

**ALSO READ :** Disclosure: Tax Closed Special Department Just Before Billion Scams Escalated

The big mistake was that the dividend note and stamps from the foreign tax authorities were quite easy to falsify, Laurits Cramer believes.



> **If it came from Korea, then there should only be one stamp**
>
> LAURITS CRAMER, FORMER CHIEF CONSULTANT, TAX

- The feeling was that we were cut off from controlling anything, apart from a stamp and a dividend note, which everyone knows is a narrow matter to produce ourselves, says Laurits Cramer.

### Payouts smoked right through

The employees in The Dividend Tax Department or 'Accounting 2', as Laurits Cramer's former department was called until it closed in 2013, was well aware that foreign shareholders could easily cheatunjustified to get tax dollars paid out, as long as they had the two piecesdocumentation .

- There was no opportunity to investigate anything else, says Laurits Cramer.

**READ ALSO :** Expert: Scandal in Tax can be even bigger

The former chief consultant also says that there were only quite a few employees to process the thousands of applications to get tax dollars refunded. And there were no options to check the information.

- It was completely unmanageable for the two or three pieces we were, who might have to try to track through foreign banks in languages we did not master, says Laurits Cramer.

### FACTS: This is how the scam took place

- When a foreign shareholder is paid dividends on a share in a Danish company, the company automatically pays 27 or 42 percent in tax to the Danish tax authorities.

- However, some countries have an agreement with Denmark, which means that the foreign shareholders do not have to pay tax to Denmark or that they have to pay a lower tax.

- Shareholders from countries with such a tax agreement contact Skat i Danmark to get the tax paid refunded.

- *This is where the fraud took place:* Scammers pretended to own Danish shares, from which they had received dividends and received tax money refunded. The problem was simply that they had never owned the shares in question and therefore had not paid anything in tax on a dividend.

## MONEY RIGHT NOW



MONEY | MAY 15 AT 06:54 | CASPER SCHRØDER

**CROWNS & CORONA:** Imagine a deep hole. This is what corona has done to the Danish economy.



MONEY | MAY 14 AT 20:45

**Are you planning a summer holiday abroad? Here's what you need to be aware of**

Are you planning a summer holiday abroad? Here's what you need to be aware of



MONEY | MAY 14 AT 16:00

**Itineraries? See where closed and open right now**

## ANDRE LÆSER

UDLAND | I GÅR KL. 05:40 | STEFFEN KRETZ

**ANALYSE:** USA vil have Danmark og Norden med i klimakamp mod Rusland



MUSIK | 15. MAJ KL. 16:29

**Molly har været popstjerne, siden hun var 14. Nu siger hun fra over for pladeselskabernes 'gamle mænd'**



INDLAND | 10. FEB 2020

**Status på coronavirus lige nu**





INDLAND | I GÅR KL. 10:50

**Anna bor på døgninstitution, men har fået en mentor-familie:** Nu har hun fået søskende og skal med på ferie



UDLAND | I GÅR KL. 10:56

**Nye luftangreb i Gaza efter ugens mest dødbringende dag**



GAMING | I GÅR KL. 20:41

**Ny dansk komedieserie vil gøre op med fordomme om gaming:** 'Mange tror sikkert, at det er noget ensomt'



## TOP STORIES



POLITICS | YESTERDAY AT 20:54

**Ringberg:** 'The Arctic is and will be the biggest attraction in Denmark when you look out the window in the White House'



INLAND | YESTERDAY AT 18:19

**2241 death certificates reveal:** So many actually died of corona



GAMING | YESTERDAY AT 20:39

**Game company confirms:** Well-known figure is trans-gender

LATEST NEWS | YESTERDAY AT 19:22

**Holiday home landlords are losing customers after new travel guides**



ABROAD | YESTERDAY AT 20:40

**Budapest's green mayor is ready to snatch Orbán's power**

LATEST NEWS | YESTERDAY AT 13:18

**New travel guide for Portugal:** Now Danish tourists can visit the whole country

LATEST NEWS | YESTERDAY AT 13:46

**US Secretary of State:** Palestinians and Israelis have the right to live in peace

POLITICS | YESTERDAY AT 14:31

**9 measures to prevent sexual abuse of children:** 'The law has not kept up with the times'