# EXHIBIT 27

AFSLØRING AF SKATTESKANDALE SE TEMA

PENGE

# Arbejdsgruppe i Skat 'løste' problemerne: Samtidig fossede udbytte-milliarder ud af statskassen

Nye detaljer om udbytteskandale kom frem under dagens afhøring i Skattekommissionen.



Jens Sørensen er tidligere inddrivelsesdirektør for Skat og havde det øverste ansvar for udbytteområdet, mens svindlen stod på.

LÆS OP   ORDBOG   TEKST

AF
**Mathias Sommer**

4. MAR 2020

5/17/2021 Arbejdsgruppe i Skat 'løste' problemerne. Samtidig fossede udbytte-milliarder ud af statskassen | Penge | DR

Case 1:18-md-02865-LAK   Document 600-29   Filed 05/25/21   Page 3 of 15

Jens Sørensen gør hverken af højde, drøjde eller armbevægelser stort væsen af sig.

Når han sidder ved pulten omgivet af advokater og journalister i Skattekommissionen, er det egentlig kun fingrenes rotation med vielsesringen på ringfingeren, som giver et nervøst hint om, at der er meget på spil for den tidligere direktør i Skat.

> **Det er Statens Interne Revisions vurdering, at Skat bør sikre sig bedre imod, at der ikke sker uretmæssig refusion af udbytteskat.**
>
> REVISIONSRAPPORT FRA 2013.

Skandalen om udbyttesvindel for 12,7 milliarder kroner har i høj grad defineret Jens Sørensens professionelle liv, siden skandalen rullede i efteråret 2015.

Som den højest placerede embedsmand blev Jens Sørensen i 2015 sendt hjem, mistænkt for grov tjenesteforsømmelse, noget han siden højlydt protesterede over fra sit hjem i Aalborg, da han mente, at han var blevet gjort til syndebuk.

Samtidig opfordrede han til, at der blev taget initiativ til en kommission, der kunne komme hele vejen rundt om Danmarkshistoriens største svindelnummer, udbyttesagen.

> **JENS SØRENSEN**
>
> Jens Sørensen var fra 1. januar 2009 til 31. december 2015

Jens Sørensens ønske gik i opfyldelse, og tirsdag og onsdag sidder han i Retten på Frederiksberg, hvor Skattekommissionens udspørger, Jens Lund Mosbek, med vanligt blik for detaljen springer rundt i sagens tusindvis af sider

for at komme til bunds i årene fra 2012 til 2015, hvor milliarderne fossede ud af fælleskassen.

## Den knudrede vej

Som inddrivelsesdirektør var Jens Sørensen chef for de to personer, der sad i Høje Taastrup og overførte milliarder til udenlandske pengemænd.

Men mange mellemledere adskilte Jens Sørensen og de to personer i Høje Taastrup. Og ansvarsfordelingen var ikke klar.

Faktisk har kommissionens mange vidner været ganske uenige om, hvor ansvaret for den manglende kontrol med udbytteområdet reelt var parkeret i det gamle Skat.

- Hvis processen med at refundere udbytteskat er delt i flere processer, så har man udfordringen, når det kommer til ansvaret, siger Jens Sørensen med et fokuseret blik rettet mod udspørger Jens Lund Mosbek.

*Du kan se TV Avisens interview med Jens Sørensen, efter han blev hjemsendt i 2015 her:*

### De kritiske rapporter

Adskillige gange under afhøringen erklærer Jens Sørensen sig stort set uvidende om udbytteområdet.

5/17/2021, Case 1:18-md-02865-LAK   Document 600-29   Filed 05/25/21   Page 5 of 15

Arbejdsgruppe i Skat løste' problemerne. Samtidig fossede udbytte-milliarder ud af statskassen | Penge | DR

- Jeg brugte 99 procent af min tid på inddrivelse af gæld og problemerne på det område, siger han.

Men flere gange blev han sat i spidsen for at få styr på udbetalingerne til udenlandske aktionærer, når de tilbagesøgte netop udbytteskat.

Allerede i nullerne var der opmærksomhed på problemet med den manglende kontrol af refusioner af udbytteskat.

Og da Skatteministeriets Interne Revision (SIR) både i 2010 og i 2013 i kritiske revisionsrapporter udløste de mest rødtonede advarselslamper, var det Jens Sørensen, der fik ansvaret for de arbejdsgrupper, som skulle løse problemerne på udbytteområdet.

- Det er Statens Interne Revisions vurdering, at Skat bør sikre sig bedre imod, at der ikke sker uretmæssig refusion af udbytteskat, står der således i rapporten fra 2013.

Samme år blev udbetalingerne fra Skat til udenlandske pengemænd fordoblet til 2,7 milliarder kroner.

## Skats udbetalinger til refusion af udbytte

Næsten 100 procent om året. Så meget steg udbetalinger til refusion af udbytteskat



*Dækker over udbetalinger frem til den 1. august 2015.

Kilde: Advokatundersøgelse om udbytteskattesagen, Bech Bruun.

## Ansvaret

Både i 2010 og i 2013 var svaret på de kritiske revisionsrapporter at nedsætte en arbejdsgruppe.

Selv om Jens Sørensen på papiret var ansvarlig for arbejdsgrupperne i 2010 og igen i 2013, så lød hans forklaring i Retten på Frederiksberg, som en gentagelse af en lang række tidligere afhøringer i kommissionen.

Nemlig at ansvaret lå et andet sted:

- Jeg husker, at det her var et spørgsmål om, at vi havde en rapport, der gik på tværs af vores organisation. Der skulle nedsættes et udvalg under Kundeservice, og som skulle løses af Kundeservice, så var der nogle punkter i rapporten, der skulle løses i Regnskab, som lå under mig, siger Jens Sørensen.

Flere gange gentog han, at det alene var hans opgave at videresende arbejdsgruppens forslag til direktionen.

*En mand i din stilling er vel andet end at være postbud?*

- Jeg skulle bære arbejdsgruppens indstilling videre til direktionen, lød svaret fra Jens Sørensen, som flere gange pegede på, at det var direktøren for Kundeservice, der var ansvarlig for, at arbejdsgruppen rent faktisk mødtes, fik lavet en handleplan og gjort noget ved kritikken fra revisionen.



18. februar: Jim Sørensen. 2009-2013: Direktør for inddrivelse. 2015-2018: Indsatsdirektør. (Foto: Bjarne Luthcke © Scanpix)    1/15

De tidligere direktører for Kundeservice, Steffen Normann Hansen og Jonathan Schloss, har under deres afhøringer omvendt peget på, at ansvaret lå hos Jens Sørensen.

- Jeg har på intet tidspunkt opfattet, at jeg overtog opgaven med arbejdsgruppen, siger Jens Sørensen, der ellers på papiret var leder af arbejdsgruppens styregruppe.

**'Stabil fremdrift'**

Efter den kritiske revisionsrapport i 2013 blev det besluttet, at direktionen hvert kvartal skulle følge op på arbejdsgruppens indsats for at løse de mange problemer på udbytteområdet.

Men arbejdsgruppen kom dårligt fra land, og af de løbende rapporteringer til direktionen fremgår det, at flere af arbejdsgruppernes opgaver blev "udskudt":

- Jeg husker, at jeg fortalte, at fristerne var blevet udsat, både på grund af kompleksiteten og fordi de var væsentligt mere ressourcekrævende, end vi troede.

Godt et år efter den kritiske revisionsrapport tog Statens Interne Revision i juni 2014 fat i Skats direktion og departementchef Jens Brøchner, fordi arbejdet med at følge op gik for langsomt.

- Der er kun i begrænset omfang sket opfølgning, og tidsfristerne er udskudt af flere omgange. Det viser, at der er udfordringer med fremdriften i aktiviteterne, lød det i notatet.

Kort efter revisionens notat til den øverste ledelse blev status for arbejdsgruppens indsats ændret til "stabil fremdrift", og flere punkter blev i de kvartalsvise statusser til direktionen erklæret "lukkede" - selv om de ikke var løst, men kun i gang med at blive løst.

Flere vidner har over for kommissionen peget på, at det var Jens Sørensen, der pressede på for at ændre formuleringerne i kvartalsrapporterne.

Men det afviser Jens Sørensen kategorisk:

- Det er jeg meget uforstående overfor. Jeg er helt sikker på, at jeg ikke har været inde over de formuleringer, siger Jens Sørensen.

Jens Lund Mosbek spørger:

*Oplevede du pres for at lukke de her revisionsrapporter?*

- Jeg kan roligt fortælle, at jeg ikke oplevede et pres i relation til det her. Jeg oplevede kun et pres i forhold til mine opgaver på inddrivelsen, siger Jens Sørensen.

## 'God fremdrift'

I kvartalsrapporten fra januar 2015 blev arbejdsgruppens arbejde igen ændret til "god fremdrift", og syv af otte kritikpunkter fra revisionsrapporten

5/17/2021 Arbejdsgruppe i Skat 'løste' problemerne. Samtidig fossede udbytte-milliarder ud af statskassen | Penge | DR

Case 1:18-md-02865-LAK   Document 600-29   Filed 05/25/21   Page 9 of 15

blev endeligt "lukket".

- Jeg fik indstillingerne fra arbejdsgruppen og læste og vurderede, at det var den rigtige måde at køre på. Men det var arbejdsgruppen, der kom med de indstillinger, siger han.

Der blev dog ikke ændret på indsatsen, og et halvt år senere - i august 2015 - blev svindlen afsløret. Først af en dansk advokat og siden af det britiske skattevæsen, der advarede om, at Skat udbetalte enorme beløb til britiske banker, som kunne vedrøre svindel.

## PENGE LIGE NU





**PENGE** | 15. MAJ KL. 06:54 | CASPER SCHRØDER

**KRONER & CORONA:** Forestil dig et dybt hul. Det er det, som corona har gjort ved dansk økonomi.



**PENGE** | 14. MAJ KL. 20:45

**Planlægger du sommerferie i udlandet? Her er hvad du skal være opmærksom på**





**PENGE** | 14. MAJ KL. 16:00

**Rejseplaner? Se, hvor der lige nu er lukket og åbent**

# ANDRE LÆSER

**UDLAND** | I GÅR KL. 05:40 | STEFFEN KRETZ

**ANALYSE:** USA vil have Danmark og Norden med i klimakamp mod Rusland



**MUSIK** | 15. MAJ KL. 16:29

**Molly har været popstjerne, siden hun var 14. Nu siger hun fra over for pladeselskabernes 'gamle mænd'**



**VEJRET** | I GÅR KL. 10:44

**Hallo, hvor bliver det lune forår af?**



**MUSIK** | I GÅR KL. 13:28

**Nicholas har knoklet, siden han var 6 år:** Nu er han kommet ind på en af de mest berømte uddannelser i verden



**INDLAND** | I GÅR KL. 15:05

**Antony Blinkens kuffert var pakket med replikker fra**



Antony Blinkens kuffert var pakket med replikker fra Borgen og rosende ord til Danmark



**MUSIK** | I GÅR KL. 18:10

**Laurits er pludselig gået fra at skifte lortebleer til at være stor popstjerne:** Nu ringer BBC, og torsdag optræder han for millioner



## TOPHISTORIER



**POLITIK** | I GÅR KL. 20:54

**Ringberg:** 'Arktis er og bliver den største attraktion ved Danmark, når man kigger ud ad vinduet i Det Hvide Hus'





**INDLAND** | I GÅR KL. 18:19

**2241 dødsattester afslører:** Så mange døde egentlig af corona

**GAMING** | I GÅR KL. 20:39

**Spilfirma bekræfter:** Kendt figur er transkønnet

**SENESTE NYT** | I GÅR KL. 19:22

**Sommerhusudlejere mister kunder efter nye rejsevejledninger**

**UDLAND** | I GÅR KL. 20:40

**Budapests grønne borgmester er klar til at fravriste Orbán magten**

**SENESTE NYT** | I GÅR KL. 13:18

**Ny rejsevejledning for Portugal:** Nu kan danske turister besøge hele landet

**SENESTE NYT** | I GÅR KL. 13:46

**USA's udenrigsminister:** Palæstinensere og israelere har ret til at leve i fred

**POLITIK** | I GÅR KL. 14:31

**9 tiltag skal forebygge seksuelle overgreb mod børn:** 'Loven har ikke fulgt med tiden'