# EXHIBIT 29

# Nicholas Bahnsen

| | |
|---|---|
| **From:** | Weinstein, Marc A. <marc.weinstein@hugheshubbard.com> |
| **Sent:** | Friday, May 21, 2021 4:22 PM |
| **To:** | Nicholas Bahnsen; Oxford, Neil; McGoey, John |
| **Cc:** | Dulberg, Andrew S.; Pilcer, Julia C; Schoenfeld, Alan E; Caroline Ciraolo; Sharon McCarthy |
| **Subject:** | RE: SKAT - Following Up |

Nick:

With respect to the questions below:

1. SKAT believes that having the court reporters remote is not an issue. To the extent the defendants want to arrange for the reporters to be in person, we will agree to pay one-quarter of the additional expense, for the deposition noticed by SKAT.

2. SKAT is unable to tender Ms. Zester and Mr. Jeppesen at this time. If that changes, we will let you know.

3. The timing of the proposed renewed motion under the Hague Convention is inconsistent with Judge Kaplan's orders denying the prior requests. Judge Kaplan denied those motions without prejudice to renewal after the completion of the 30(b)(6) witnesses and the depositions of Ms. Zester and Mr. Jeppesen. To the extent the defendants file a motion notwithstanding the Court's clear Order, we will oppose it on that ground. In addition, we will oppose such a motion on timeliness grounds in light of the request coming at the end of the discovery period. We will further oppose the motion with respect to the requests for depositions of Laurits Cramer, Kjeld Rasmussen, Rene Frahm Jørgensen, and Jens Sørensen on grounds of relevance, materiality and/or proportionality.

Regards,
Marc


**Marc A. Weinstein** | Partner
Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor | New York | NY 10004-1482
Office +1 (212) 837-6460 | Cell +1 (646) 537-5750 | Fax +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Nicholas Bahnsen <nbahnsen@kflaw.com>
**Sent:** Thursday, May 20, 2021 2:00 PM
**To:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Oxford, Neil <neil.oxford@hugheshubbard.com>; McGoey, John <john.mcgoey@hugheshubbard.com>
**Cc:** Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; Pilcer, Julia C <Julia.Pilcer@wilmerhale.com>; Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; Caroline Ciraolo <cciraolo@kflaw.com>; Sharon McCarthy <smccarthy@kflaw.com>
**Subject:** SKAT - Following Up

> **CAUTION:** This email was sent by someone outside of the Firm.

HI Marc,

I am following up on a number of outstanding requests. Can you please let us know SKAT's response to the following:

1. The proposal to split the costs of a European-based court reporter and videographer for the June 3, 8, 9, and 11 depositions in Denmark;
2. The request for SKAT to tender Ms. Zester and Mr. Jeppesen for a deposition; and
3. Whether SKAT intends to oppose the Defendants' renewed motion under the Hague Convention.

Please let us know right away if you need further information on any of these topics.

Best,

Nick


Nicholas S. Bahnsen
Kostelanetz & Fink, LLP
601 New Jersey Avenue, NW, Suite 260
Washington, D.C.  20001
908-399-2420 (direct)
212-808-8108 (fax)
www.kflaw.com

*Temporary Address for U.S. Postal Service Mail:*
P.O. Box 2633
New York, New York 10108-2633



*2021 Best Lawyers Law Firm of the Year (Litigation-Tax)*
*2018 Chambers USA Tax Team of the Year*

 

PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION AND/OR ATTORNEY WORK-PRODUCT
This electronic transmission and any documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and permanently delete this message.

----