# EXHIBIT 4

# THE COMMISSION OF INQUIRY INTO SKAT

## Submission of partial report

Tuesday, February 2, 2021

The Commission of Inquiry into SKAT stated on 16 December 2020 in Orientation no. 13 that the Commission expected to submit a partial report by February 2021 consisting of the explanations given in the period from March 2019 to December 2020 regarding the investigation of the additional terms of reference (dividend tax).

The Commission has now decided that this interim report must also include the extract prepared and used by the Commission during the interrogations, which consists of documents of particular relevance to the investigation.

It is to be expected that the partial report will be published by the Minister of Justice in March 2021.