# EXHIBIT 6

| | |
|---|---|
| **From:** | Weinstein, Marc A. <marc.weinstein@hugheshubbard.com> |
| **Sent:** | Tuesday, May 11, 2021 1:16 PM |
| **To:** | Dulberg, Andrew S. |
| **Cc:** | Oxford, Neil; McGoey, John; Harbus, Carolyn; Smith, Dustin; Caroline Ciraolo; Sharon McCarthy; nbahnsen@kflaw.com; Schoenfeld, Alan E; Pilcer, Julia C |
| **Subject:** | RE: SKAT |

**EXTERNAL SENDER**

Drew:

SKAT does not have a copy set of the materials provided to the Commission.  SKAT will not undertake the undue burden and expense to recreate a set of those materials, particularly in light of the voluminous document productions SKAT has made to date in this litigation.

Regards,
Marc

**Marc A. Weinstein** | Partner
Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor |  New York | NY 10004-1482
Office +1 (212) 837-6460 | Cell +1 (646) 537-5750 | Fax +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>
**Sent:** Monday, May 10, 2021 2:41 PM
**To:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>
**Cc:** Oxford, Neil <neil.oxford@hugheshubbard.com>; McGoey, John <john.mcgoey@hugheshubbard.com>; Harbus, Carolyn <Carolyn.harbus@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; Caroline Ciraolo <cciraolo@kflaw.com>; Sharon McCarthy <smccarthy@kflaw.com>; nbahnsen@kflaw.com; Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; Pilcer, Julia C <Julia.Pilcer@wilmerhale.com>
**Subject:** RE: SKAT

**CAUTION: This email was sent by someone outside of the Firm.**

Marc,

By letter dated April 15, we asked whether SKAT intended to stand on its objection to produce documents and information it has provided to the Danish Commission on Inquiry Into SKAT.  We repeated our request for SKAT's position on April 28 and again on April 30.  SKAT has never responded.

Please let us know SKAT's position by close of business tomorrow.  If we do not hear from you, we will assume that SKAT refuses to produce these documents and consider this matter ripe for the Court's consideration.

Regards,

Drew

**Andrew S. Dulberg | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6352 (t)
+1 617 526 5000 (f)
andrew.dulberg@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>
**Sent:** Friday, April 30, 2021 11:22 AM
**To:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>
**Cc:** Oxford, Neil <neil.oxford@hugheshubbard.com>; McGoey, John <john.mcgoey@hugheshubbard.com>; Harbus, Carolyn <Carolyn.harbus@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; Caroline Ciraolo <cciraolo@kflaw.com>; Pilcer, Julia C <Julia.Pilcer@wilmerhale.com>; Sharon McCarthy <smccarthy@kflaw.com>; nbahnsen@kflaw.com; Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; mrice@kaplanrice.com; Amy McKinlay <amckinlay@wc.com>; Steve Andrews <SAndrews@wc.com>; DEWEY, THOMAS E L (EXTERNAL) <tdewey@dpklaw.com>
**Subject:** RE: SKAT

Thanks, Marc.  That resolves our first question.  What is SKAT's final position with respect to the production of documents and information related to the Commission on Inquiry into SKAT?

Regards,

Drew

**Andrew S. Dulberg | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6352 (t)
+1 617 526 5000 (f)
andrew.dulberg@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all

copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>
**Sent:** Friday, April 30, 2021 11:09 AM
**To:** Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; Harbus, Carolyn <Carolyn.harbus@hugheshubbard.com>
**Cc:** Oxford, Neil <neil.oxford@hugheshubbard.com>; McGoey, John <john.mcgoey@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; Caroline Ciraolo <cciraolo@kflaw.com>; Pilcer, Julia C <Julia.Pilcer@wilmerhale.com>; Sharon McCarthy <smccarthy@kflaw.com>; nbahnsen@kflaw.com; Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; mrice@kaplanrice.com; Amy McKinlay <amckinlay@wc.com>; Steve Andrews <SAndrews@wc.com>; DEWEY, THOMAS E L (EXTERNAL) <tdewey@dpklaw.com>
**Subject:** RE: SKAT

**EXTERNAL SENDER**

Drew:

With respect to Lone Strøm and Peder Juhl Madsen, our firm does not represent them and we are not able to tender them as deposition witnesses.

Regards,
Marc

**Marc A. Weinstein** | Partner
Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor |  New York | NY 10004-1482
Office +1 (212) 837-6460 | Cell +1 (646) 537-5750 | Fax +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>
**Sent:** Wednesday, April 28, 2021 4:35 PM
**To:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Harbus, Carolyn <Carolyn.harbus@hugheshubbard.com>
**Cc:** Oxford, Neil <neil.oxford@hugheshubbard.com>; McGoey, John <john.mcgoey@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; Caroline Ciraolo <cciraolo@kflaw.com>; Pilcer, Julia C <Julia.Pilcer@wilmerhale.com>; Sharon McCarthy <smccarthy@kflaw.com>; nbahnsen@kflaw.com; Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; mrice@kaplanrice.com; Amy McKinlay <amckinlay@wc.com>; Steve Andrews <SAndrews@wc.com>; DEWEY, THOMAS E L (EXTERNAL) <tdewey@dpklaw.com>
**Subject:** RE: SKAT

**CAUTION: This email was sent by someone outside of the Firm.**

Marc,

We previously asked if your firm represents Lone Strøm and Peder Juhl Madsen in connection with this litigation, and if so, whether you will tender them for a deposition. Please advise.

Separately, you indicated (below) that you were further considering our request for documents related to the Commission and would respond separately. We understand that you previously informed counsel for ED&F Man that SKAT would not produce these documents. Please let us know SKAT's position as soon as possible so that we can seek relief from the court if necessary.

Regards,

Drew

**Andrew S. Dulberg | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6352 (t)
+1 617 526 5000 (f)
andrew.dulberg@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>
**Sent:** Thursday, April 22, 2021 1:43 PM
**To:** Pilcer, Julia C <Julia.Pilcer@wilmerhale.com>; Harbus, Carolyn <Carolyn.harbus@hugheshubbard.com>
**Cc:** Oxford, Neil <neil.oxford@hugheshubbard.com>; McGoey, John <john.mcgoey@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; Caroline Ciraolo <cciraolo@kflaw.com>; Sharon McCarthy <smccarthy@kflaw.com>; nbahnsen@kflaw.com; Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; mrice@kaplanrice.com; Amy McKinlay <amckinlay@wc.com>; Steve Andrews <SAndrews@wc.com>; DEWEY, THOMAS E L (EXTERNAL) <tdewey@dpklaw.com>
**Subject:** RE: SKAT: Responses and Objections to Second Interrogatories and Fourth Requests for Production of Documents

**EXTERNAL SENDER**

Julia:

With respect to the three items noted in the defendants' April 15 letter, we respond as follows. While we noted our formal objection to RFP 49, it is correct that we have an understanding with the defendants that SKAT will produce the English translations generated by ULG without the defendants' prior agreement to assume an obligation for the cost of the translations. We have produced all versions of the Problemkatalog that SKAT could find. We are not aware of any additional versions. We are looking into your inquiry regarding the Commission and will respond separately on that matter.

Regards,

Marc

**Marc A. Weinstein** | Partner
Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor | New York | NY 10004-1482
Office +1 (212) 837-6460 | Cell +1 (646) 537-5750 | Fax +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

---

**From:** Pilcer, Julia C <Julia.Pilcer@wilmerhale.com>
**Sent:** Thursday, April 15, 2021 5:24 PM
**To:** Harbus, Carolyn <Carolyn.harbus@hugheshubbard.com>
**Cc:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Oxford, Neil <neil.oxford@hugheshubbard.com>; McGoey, John <john.mcgoey@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; Caroline Ciraolo <cciraolo@kflaw.com>; Sharon McCarthy <smccarthy@kflaw.com>; nbahnsen@kflaw.com; Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; mrice@kaplanrice.com; Amy McKinlay <amckinlay@wc.com>; Steve Andrews <SAndrews@wc.com>; DEWEY, THOMAS E L (EXTERNAL) <tdewey@dpklaw.com>
**Subject:** RE: SKAT: Responses and Objections to Second Interrogatories and Fourth Requests for Production of Documents

---

**CAUTION: This email was sent by someone outside of the Firm.**

---

Counsel,

Please see the attached correspondence.

Best,
Julia

**Julia C. Pilcer | WilmerHale**
+1 917 841 8575 (t)

---

**From:** Pilcer, Julia C
**Sent:** Wednesday, March 31, 2021 1:31 PM
**To:** 'Carolyn.harbus@hugheshubbard.com' <Carolyn.harbus@hugheshubbard.com>
**Cc:** 'Weinstein, Marc A.' <marc.weinstein@hugheshubbard.com>; Oxford, Neil <neil.oxford@hugheshubbard.com>; 'McGoey, John' <john.mcgoey@hugheshubbard.com>; 'dustin.smith@hugheshubbard.com' <dustin.smith@hugheshubbard.com>; 'Caroline Ciraolo' <cciraolo@kflaw.com>; 'Sharon McCarthy' <smccarthy@kflaw.com>; nbahnsen@kflaw.com; Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; mrice@kaplanrice.com; 'Amy McKinlay' <amckinlay@wc.com>; 'Steve Andrews' <SAndrews@wc.com>; 'DEWEY, THOMAS E L (EXTERNAL)' <tdewey@dpklaw.com>
**Subject:** RE: SKAT: Responses and Objections to Second Interrogatories and Fourth Requests for Production of Documents

Counsel,

Please see the attached correspondence.

Best,
Julia

**Julia C. Pilcer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 295 6545 (t)
+1 917 841 8575 (m)
+1 212 230 8888 (f)
julia.pilcer@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Harbus, Carolyn <Carolyn.harbus@hugheshubbard.com>
**Sent:** Friday, March 26, 2021 5:31 PM
**To:** cciraolo@kflaw.com; smccarthy@kflaw.com; nbahnsen@kflaw.com; Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; mrice@kaplanrice.com; amckinlay@wc.com; sandrews@wc.com; tdewey@dpklaw.com
**Cc:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Oxford, Neil <neil.oxford@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; McGoey, John <john.mcgoey@hugheshubbard.com>
**Subject:** SKAT: Responses and Objections to Second Interrogatories and Fourth Requests for Production of Documents

**EXTERNAL SENDER**

Dear Counsel:

Please find attached SKAT's (1) Responses and Objections to Defendants' Second Set of Interrogatories and (2) Responses and Objections to Defendants' Fourth Requests for Production of Documents.

Best,
Carolyn

**Carolyn Harbus** | Associate

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 11th floor |  New York | NY 10004-1482
Office +1 (212) 837-6198 | Cell +1 (646) 812-0887
Carolyn.harbus@hugheshubbard.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed,

arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.