# Exhibit 3

CONFIDENTIAL
Jens Brochner - April 29, 2021

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER DOCKET 18-MD-2865(LAK)
CASE NO. 18-CV-09797

_____
                                   )
IN RE:                             )
                                   )
CUSTOMS AND TAX ADMINISTRATION OF  )
THE KINGDOM OF DENMARK             )
(SKATTEFORVALTNINGEN) TAX REFUND   )
SCHEME LITIGATION                  )
                                   )
_____)

```
************************************
*                                  *
*           CONFIDENTIAL           *
*                                  *
************************************
```

REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
EXAMINATION OF
JENS BROCHNER
DATE: April 29, 2021

REPORTED BY:  MICHAEL FRIEDMAN, CCR

Page 10

1     THE COURT REPORTER: My name is
2 Michael Friedman, a Certified Shorthand
3 Reporter. This deposition is being held
4 via videoconferencing equipment.
5     The witness and reporter are not in
6 the same room. The witness will be
7 sworn in remotely pursuant to agreement
8 of all parties. The parties stipulate
9 that the testimony is being given as if
10 the witness was sworn in person.

Page 11

1     THE VIDEOGRAPHER: We are now on
2 record. This is the remote video
3 recorded deposition of Jens Brochner.
4     Today is Thursday, April 29, 2021.
5 The time is now 6:05 a.m. New York time.
6     We are here in the matter of In Re,
7 Customs and Tax Administration of the
8 Kingdom of Denmark, et al. All counsel
9 have been noted on record.
10     My name is Jose Rivera, remote
11 video technician, on behalf of Gregory
12 Edwards LLC. At this time, will the
13 reporter, Michael Friedman, on behalf of
14 Gregory Edwards LLC, please swear in the
15 interpreter and the witness.

Page 12

1 I N G E R  G R E G E R S E N,
2     Called as the official interpreter in
3 this action, was duly sworn to faithfully translate
4 the questions to the witness from English to Danish
5 and the answers from Danish to English.
6
7
8 J E N S  B R O C H N E R,,
9     called as a witness, having been first
10 duly sworn according to law, testifies as follows:
11
12
13 EXAMINATION BY MR. SCHOENFELD:
14     Q   Good morning, Mr. Brochner.
15         Can you hear me okay?
16     A   Yes.
17     Q   Okay. Could you please state your
18 full name for the record?
19     A   Jens. So the two middle names is
20 C-H-I-S-T-I-A-N, and the next name is
21 V-E-D-I-G-E, Brochner.
22     Q   Mr. Brochner, are you currently
23 employed?
24     A   Yes. I'm employed as a secretary
25 of the Danish Ministry of Taxation.

Page 13

1     Q   For how long have you held that
2 position?
3     A   So I've been employed by the
4 ministry since May 2012.
5     Q   Have you been a permanent secretary
6 since May of 2012?
7     A   Yes.
8     Q   Is that the only position you've
9 held with the Ministry of Taxation in the
10 time that you've worked there?
11     A   Yes, that's the only position I've
12 had.
13     Q   Did you replace someone when you
14 became permanent secretary in May of 2012?
15     A   I replaced Peter Loft who was the
16 permanent secretary before me.
17     Q   Do you know for how long Peter Loft
18 was permanent secretary before you?
19     A   No, I don't know exactly, but for
20 many years.
21     Q   I'm sorry. Could you just repeat
22 the last sentence?
23     A   No, I don't know, but I know that
24 it was for many years.
25     Q   Okay. Thank you.

Page 66

1   Q   Did the analysis include any
2   discussion of processes for handling dividend
3   withholding tax refunds?
4   A   No, not as I remember it.  No, not
5   as I remember it.
6       But the director area or entity of
7   Accounting and/or Payments and Accounting
8   also included refund -- refunds of dividend
9   withholding tax.
10  Q   Did the Ministry of Taxation have
11  an audit committee separate from SIR?
12  A   You have to be more specific about
13  the period we're talking about.
14  Q   So let's start in January of 2012.
15      In January of 2012, did the
16  Ministry of Taxation have an audit committee
17  separate from SIR?
18  A   There was an audit committee, and
19  it was established because the department and
20  agency were merged.
21  Q   When was the audit committee
22  established?
23  A   It was before my time, presumably
24  in 2009.
25  Q   Why do you say, "presumably in

Page 67

1   2009?"
2   A   I don't know.  It's my best guess.
3   Q   Is that when the department and the
4   agency were merged?
5   A   As I remember, the department and
6   the agency were merged during the period from
7   the end of 2009 until 2012, probably the end
8   of 2012.
9       Was that it?  Yeah.
10  Q   And the audit committee was closed
11  in 2013.
12      Correct?
13      MR. OXFORD:  Objection to form.
14  A   It's correct, but it follows from
15  the new structure.  SIR became independent of
16  SKAT and was organized in the department.
17      You couldn't have arm's length in
18  the period from 2010 to 2012, so you had to
19  make this audit committee.  And the National
20  Audit Office criticized that structure that
21  was in -- that existed in the period 2010 to
22  2012.
23      And I believe that the structure
24  from 2013 and going forward was the right way
25  to do it.  And other ministries organized in

Page 68

1   the same way.
2   Q   In the time period when the audit
3   committee existed, what were its functions?
4   A   It should review reports from SIR,
5   as I understand it, and follow up on audits.
6   Q   Sorry?  Follow up on what?
7   A   On audits.
8   Q   Were all SIR audits during this
9   time period presented to the audit committee?
10      MR. OXFORD:  Objection to form.
11  A   I don't remember, but presumably
12  based on risk and materiality.
13  Q   Who made the risk and materiality
14  decision about which SIR reports would go to
15  the audit committee?
16      MR. OXFORD:  Objection to form.
17  A   I presume that the audit manager
18  did that.
19  Q   Was the audit manager -- are you
20  referring, when you say "audit manager," to
21  the head of SIR, or to someone on the audit
22  committee?
23  A   I presume the head of SIR.
24  Q   During the time period that the
25  audit committee existed while you were head

Page 69

1   of department, who was on the audit
2   committee?
3   A   The head of the audit committee was
4   the secretary, the permanent secretary.  So
5   during the period when SKAT and the
6   department were combined into one, the
7   permanent secretary had several roles.
8       He was, on the one hand, a
9   permanent secretary.  And at the same time,
10  he was the CEO of SKAT, and also the chairman
11  of the audit committee.
12      And in that way, a mix of caps or
13  of functions, you might say, you know,
14  what -- the cap you have on your head.  It's
15  a mix of these and it's also not a clear
16  structure.
17      And that's why the structure was
18  changed in -- on the first of January 2013 at
19  the request of the then Minister of Taxation.
20  Q   So for the period May 2012 to
21  January 1st of 2013, you were the head of the
22  audit committee.
23      Is that right?
24  A   Yes, that's correct.
25  Q   And during that time period, the

CONFIDENTIAL
Jens Brochner - April 29, 2021

32 (Pages 122 to 125)

Page 122

1  August/September '15.
2      Q    When you reviewed the action plans
3  or when they were presented to you after
4  August of 2015, did you conclude that they
5  were suitable in response to the risks
6  identified in this report in 2013?
7      A    I noted and read the action plans
8  and the responsible executive board of SKAT.
9  They approved the action plans.
10     Q    I'm asking you a different
11 question.
12          You were made aware of this report
13 in August or September of 2015.
14          Correct?
15     A    Yes, it is correct.
16     Q    Did you read this report when it
17 was presented to you?
18     A    Yes, in August/September 2015, yes.
19     Q    And when you read the report in
20 August or September of 2015, did you
21 understand the concerns that the report was
22 providing notice of?
23     A    The report is difficult to read.
24 It doesn't -- it's not -- it's not -- it's
25 not critical, it's not a very critical report

Page 123

1  in its nature.  It's in the nature of audit
2  reports that --
3          MR. SCHOENFELD:  I apologize.  We
4      lost that entire answer.  So let
5      me -- let me ask the question again.
6      Q    When you read the report in August
7  or September of 2015, did you understand the
8  concerns that the report was sharing?
9          Let's go off the record.
10         THE VIDEOGRAPHER:  Stand by.  The
11     time is 1:03 p.m. New York time and
12     we're going off the record.
13         (Brief recess taken.)
14         THE VIDEOGRAPHER:  Stand by.  The
15     time is 1:13 p.m. New York time and
16     we're back on record.
17     Q    Mr. Brochner, when you read this
18 report in August or September of 2015, did
19 you understand the concerns the report was
20 providing notice of?
21     A    I think, generally speaking, the
22 report was difficult to read, and it's not
23 seen in relation to that type of reports,
24 particularly credit -- in order to report
25 raising particular criticism.  And the

Page 124

1  National Audit Office shares this opinion
2  because they also read the report.
3      Q    So let's look at some of the
4  specific findings and recommendations of the
5  report.
6          So if you look at the table on
7  Page 15, the second of these, labeled 3.7, it
8  says that "an overall responsibility with
9  executive focus should be established for the
10 entire dividend tax process and processes."
11         Is that right?
12     A    That's correct.
13     Q    And sitting here today, sitting
14 here today, do you understand what that
15 means?
16     A    I understand word-for-word what it
17 means, but we have to remember that the
18 administration of the tax area in Denmark is
19 a complex administration where, for example,
20 the management responsibility for support of
21 systems can be in one place and business
22 processes can be located elsewhere.
23     Q    And the recommendation here is to
24 make sure that they're consolidated in one
25 overall responsibility.

Page 125

1          Correct?
2      A    Yes, that's a recommendation of
3  SIR.  And then, the basis of the comments
4  from SIR.
5          And on the basis of the
6  recommendations from SIR, the responsible
7  director made action plans to reflect
8  that -- those recommendations.
9      Q    The tax -- I apologize.  Please go
10 ahead.
11     A    When you have comments or
12 observation points in SIR reports, it's the
13 responsible management that has the
14 obligation of the responsibility for reaction
15 to them, and that was done.
16     Q    What was done in response to that
17 recommendation?
18     A    I don't --
19         THE INTERPRETER:  I'm having
20     Mr. Brochner repeat the answer.
21     A    So I know, as I said before, that
22 an action plan was prepared to respond to
23 that specific point of criticism.  And this
24 is the way these audit reports should be
25 read.

Page 126

1          So the responsibility of management
2   has to address the individual points of
3   criticism, and not necessarily agree to every
4   point.
5      Q    When you first read this report in
6   September of 2015, did you inquire as to what
7   steps were taken in May of 2013 to respond to
8   SIR's criticism?
9      A    Yes, I did.
10     Q    Did you ask why those action plans
11  were insufficient to prevent the fraud that
12  was disclosed to you as of the summer of
13  2015?
14          MR. OXFORD:  Objection to form.
15     A    I disagree on the grounds for the
16  question.  There's nowhere -- there's no
17  place in this report where they mention
18  fraud.
19     Q    The recommendation 3.4 on Page 15
20  says that --
21          MR. OXFORD:  You interrupted his
22      answer.
23          MR. SCHOENFELD:  I'm sorry?
24          MR. OXFORD:  He hasn't finished his
25      answer.  Please let him finish.

Page 127

1      A    So Item 3 states that "SKAT must
2   take a better position or secure itself
3   better to avoid incorrect payment or
4   disbursement of dividend withholding tax."
5          And that concern, specifically as
6   it's stated on Page 6 of the report, it
7   concerns that bank scheme, and not the
8   so-called forms scheme.  And the fraud took
9   place on the forms scheme.
10     Q    And that distinction of the form
11  scheme and the fraud scheme is in the basis
12  of this report.
13          Is that your testimony?
14     A    I'm sorry.  I couldn't hear what
15  you said.
16     Q    I said that that distinction
17  between the form scheme and the bank scheme
18  is clear from the face of this report.
19          Is that your testimony?
20     A    It's not something that I say.  It
21  can be read from Page 6 of the report.
22     Q    So SIR's report is pretty clear.
23          Correct?
24          THE INTERPRETER:  So what?
25     Q    SIR's report is pretty clear.

Page 128

1          Is that right?
2      A    I don't understand what you are
3   referring to.  But on Page 6, the
4   third-to-the-last paragraph --
5      Q    You testified -- go ahead.
6      A    It states clearly that it's the
7   bank scheme that doesn't have sufficient
8   control, and it was not on the bank scheme
9   that there was fraud.
10     Q    The last item on the list in the
11  table on Page 15 says that "the business
12  procedures for payment of refunds should
13  describe what needs to be verified before the
14  request is met."
15          Is that right?
16     A    That's correct.  And it's a point
17  of criticism with respect to lack of
18  procedures or forms of procedure, but it's
19  not critical.  And I refer to the number "3"
20  in the column regarding the materiality.
21     Q    Again, if you had received this
22  report -- go ahead.
23     A    I'd like to comment that this
24  report is not very critical of the
25  procedures.  There are many other audit

Page 129

1   reports with recommendations.
2          But the National Audit Office did
3   not read it as a report with serious
4   criticism and it doesn't say anything about
5   fraud in the report.
6      Q    Mr. Brochner, where on Page 6 are
7   you pointing for the fact that the criticism
8   was leveled only with respect to the bank
9   scheme and not the form scheme?
10         MR. OXFORD:  Objection.  You can
11      answer again.
12         THE INTERPRETER:  But he couldn't
13      hear the question.
14         MR. OXFORD:  Alan, can you repeat
15      the question, please?
16         THE INTERPRETER:  It was completely
17      blurred.
18     Q    You reference Page 6 as the basis
19  for your understanding that the -- you
20  reference Page 6 as the basis for your
21  understanding that the criticism we were
22  reviewing refers only to the bank scheme and
23  not the form scheme.
24         Correct?
25     A    Yes, that's correct.

Page 130

1    Q    Where exactly are you looking?
2    A    The third-to-the-last paragraph
3 under the part, "Partial Conclusion." The
4 second paragraph under that "Partial
5 Conclusion."
6    Q    If you look at the second paragraph
7 above the "Partial Conclusion," it refers to
8 problems both with the form and the
9 spreadsheet scheme.
10        Correct?
11       MR. OXFORD: Object to form.
12    A    That's not correct.
13    Q    Can you hear me?
14       MR. OXFORD: Now, yes.
15       MR. SCHOENFELD: Sorry.
16       MR. OXFORD: We can hear you now.
17       MR. SCHOENFELD: I just want to
18    make sure.
19    Q    I asked you, if you looked at the
20 second paragraph above the "Partial
21 Conclusion," it refers to problems with both
22 the form scheme and the spreadsheet scheme.
23        Is that correct?
24       MR. OXFORD: Can you read the
25    question back?

Page 131

1        (Whereupon the record was read back
2    by the reporter.)
3        MR. OXFORD: Let's go off the
4    record for a moment.
5        THE VIDEOGRAPHER: Stand by. The
6    time is 1:33 p.m. New York time and
7    we're going off the record.
8        (Whereupon a discussion was held
9    off the record.)
10       THE VIDEOGRAPHER: Stand by. The
11    time is 19 -- excuse me, 1:49 p.m.
12    New York time and we're back on record.
13    Q    Mr. Brochner, we were on Page 6 of
14 Exhibit 3009, the 2015 -- sorry -- 2013 SIR
15 report.
16        Correct?
17    A    Yes, that's correct.
18    Q    Do you see the paragraph beginning
19 "Eliver," E-L-I-V-E-R?
20    A    Yes, I can.
21    Q    Do you see the sentence beginning
22 "Menda," M-E-N-D-A?
23       THE INTERPRETER: The sentence or
24    the -- the sentence M-E-N-D-A?
25    A    Yes, I have that sentence.

Page 132

1    Q    And that references problems with
2 both the form scheme and the bank scheme.
3        Correct?
4    A    Yes, that's correct.
5    Q    Okay. And the National Audit
6 Office also concluded that the 2013 SIR
7 report referred to problems with both the
8 form scheme and the bank scheme.
9        Correct?
10       MR. OXFORD: Object. Object to the
11    form.
12    A    I don't think the national office
13 sees this report as specifically critical of
14 the system. In their report, this report is
15 not mentioned as any of the main focused
16 areas they have.
17        That is not mentioned as a focus
18 area in their conclusion or summary.
19    Q    Let's look at Exhibit 3008 in your
20 binder.
21        Have you seen this report before?
22    A    Yes, I have.
23    Q    This is a 2016 report from the
24 National Audit Office.
25        Correct?

Page 133

1    A    Yes, that's correct. It's a report
2 they made after the fraud was detected.
3    Q    And the report entails a review,
4 indications of the fraud, prior to its
5 detection in 2015.
6        Correct?
7        MR. OXFORD: Objection to the form.
8        THE INTERPRETER: Could you please
9    repeat the question? I couldn't hear it
10    all.
11    Q    Sure. The report entails a review
12 of indications of the fraud prior to its
13 detection in 2015.
14        Correct?
15    A    That's rationalization in
16 hindsight. The report was issued after the
17 fraud was detected.
18        The National Audit Office's reading
19 of the 2013 report is the same as my reading,
20 not a particularly critical report, not
21 pleading particular criticism.
22    Q    Well, you concluded that the 2013
23 report was about the bank program and not the
24 form program.
25        Correct?