

ORIGIN ID:VJIA (202) 862-5026
MARK D. ALLISON
CAPLIN & DRYSDALE, CHARTERED
ONE THOMAS CIRCLE, NW
SUITE 1100
WASHINGTON, DC 20005
UNITED STATES US

SHIP DATE: 01JUN21
ACTWGT: 0.50 LB
CAD: 112942079/INET4340

BILL SENDER

TO JOSEPH LOPICCOLO, ESQ.
POULOS LOPICCOLO PC
311 WEST 43RD STREET
11TH FLOOR, SUITE 124
NEW YORK CITY NY 10036
(000) 000-0000 REF: 12696/LRG
INV:
PO: DEPT:

56DJ3/B387/FE4A

FedEx Express

E

J211321033101uv

TRK# 0201 7738 7926 5952

WED - 02 JUN 4:30P
STANDARD OVERNIGHT

E3 NYCA

10036
NY-US EWR

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Exhibit A