UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION

This document relates to: 1:18-cv-04047 (LAK); 1:18-cv-04049 (LAK); 1:18-cv-04050 (LAK); 1:18-cv-04051 (LAK); 1:18-cv-04052 (LAK); 1:18-cv-04430 (LAK); 1:18-cv-04522 (LAK); 1:18-cv-04531 (LAK); 1:18-cv-04536 (LAK); 1:18-cv-04538 (LAK); 1:18-cv-04541 (LAK); 1:18-cv-04543 (LAK); 1:18-cv-04767 (LAK); 1:18-cv-04770 (LAK); 1:18-cv-04771 (LAK); 1:18-cv-04890 (LAK); 1:18-cv-04892 (LAK); 1:18-cv-04896 (LAK); 1:18-cv-04898 (LAK); 1:18-cv-04900 (LAK); 1:18-cv-05045 (LAK); 1:18-cv-05057 (LAK); 1:18-cv-05147 (LAK); 1:18-cv-05150 (LAK); 1:18-cv-05151 (LAK); 1:18-cv-05158 (LAK); 1:18-cv-05164 (LAK); 1:18-cv-05180 (LAK); 1:18-cv-05183 (LAK); 1:18-cv-05185 (LAK); 1:18-cv-05186 (LAK); 1:18-cv-05188 (LAK); 1:18-cv-05189 (LAK); 1:18-cv-05190 (LAK); 1:18-cv-05192 (LAK); 1:18-cv-05193 (LAK); 1:18-cv-05194 (LAK); 1:18-cv-05299 (LAK); 1:18-cv-05300 (LAK); 1:18-cv-05305 (LAK); 1:18-cv-05307 (LAK); 1:18-cv-05308 (LAK); 1:18-cv-05309 (LAK); 1:18-cv-09565 (LAK); 1:18-cv-09570 (LAK); 1:18-cv-09587 (LAK); 1:18-cv-09588 (LAK); 1:18-cv-09589 (LAK); 1:18-cv-09590 (LAK); 1:18-cv-09650 (LAK); 1:18-cv-09665 (LAK); 1:18-cv-09666 (LAK); 1:18-cv-09668 (LAK); 1:18-cv-09669 (LAK); 1:18-cv-10028 (LAK); 1:18-cv-10030 (LAK); 1:18-cv-10031 (LAK); 1:18-cv-10032 (LAK); 1:18-cv-10035 (LAK); 1:18-cv-10036 (LAK); 1:18-cv-10039 (LAK); 1:18-cv-10049 (LAK); 1:18-cv-10060 (LAK); 1:18-cv-10061 (LAK); 1:18-cv-10062 (LAK); 1:18-cv-10063 (LAK); 1:18-cv-10064 (LAK); 1:18-cv-10065 (LAK); 1:18-cv-10066 (LAK);

18-MD-2865 (LAK)

ECF Case

```
1:18-cv-10067 (LAK); 1:18-cv-10069 (LAK);
1:18-cv-10070 (LAK); 1:18-cv-10071 (LAK);
1:18-cv-10073 (LAK); 1:18-cv-10074 (LAK);
1:18-cv-10076 (LAK); 1:18-cv-10077 (LAK);
1:18-cv-10080 (LAK); 1:18-cv-10082 (LAK);
1:18-cv-10083 (LAK); 1:18-cv-10086 (LAK);
1:18-cv-10091 (LAK); 1:18-cv-10092 (LAK);
1:18-cv-10093 (LAK); 1:18-cv-10094 (LAK);
1:18-cv-10095 (LAK); 1:18-cv-10096 (LAK);
1:18-cv-10098 (LAK); 1:18-cv-10099 (LAK);
1:18-cv-10119 (LAK); 1:18-cv-10122 (LAK);
1:18-cv-10123 (LAK); 1:18-cv-10124 (LAK);
1:18-cv-10125 (LAK); 1:18-cv-10126 (LAK);
1:18-cv-10129 (LAK); 1:18-cv-10133 (LAK);
1:18-cv-10134 (LAK); 1:18-cv-10135 (LAK);
1:18-cv-10136 (LAK).
```

## DECLARATION OF MARK D. ALLISON, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Mark D. Allison, Esq., pursuant to 28 U.S.C. § 1746, and subject to the penalty of perjury, declares that the following are true and correct:

1. Zhanna A. Ziering, Esq. and I are counsel of record in this action.

2. On May 28, 2021, Joseph LoPiccolo of Poulos LoPiccolo PC filed a Notice of Appearance on behalf of the Defendants referenced in the accompanying Motion to Withdraw. *See* Dkt. No. 603.

3. Joseph LoPiccolo, Esq., John N. Poulos, Esq., and Daniella DaCunzo Dalia, Esq. of Poulos LoPiccolo PC will continue to represent the Defendants in this action.

Dated: New York, New York

June 1, 2021

CAPLIN & DRYSDALE, CHARTERED

s/ Mark D. Allison
By: Mark D. Allison

600 Lexington Avenue, 21st Floor
New York, New York 10022
(212) 379-6000
mallison@capdale.com