UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Plaintiff,   In re SKAT

-v-

Defendant.

------------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

18-MD-2865  (LAK ) ( RWL)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-15-21

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*

    DI 620 and DI 621

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated 6/15/2021

SO ORDERED

United States District Judge