UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND LITIGATION<br><br>Pertains to Case Numbers:<br><br>18-CV-5053, 18-CV-9797, 18-CV-9836, 18-18-CV-9837, 18-CV-9838, 18-CV-9839, 18-CV-9840, 18-CV-9841, 18-cv-10100 | Case No. 1:18-MD-2865 (LAK) |

### DECLARATION OF NEIL S. BINDER

I, Neil S. Binder, hereby declare as follows:

1. I am a Partner at Binder & Schwartz LLP, counsel for Third-Party Defendant ED&F Man Capital Markets, Ltd. ("ED&F") in the above-captioned proceedings. I am fully familiar with the matters set forth in this declaration.

2. Attached as Exhibit A is a true and correct copy of an excerpt from the transcript of the April 20, 2021 deposition of Stacey Kaminer in the above-captioned proceedings, as well as a true and correct copy of Exhibit 2524 of the Kaminer deposition, Bates stamped ACER_00003338 to ACER_00003339.

3. Attached as Exhibit B is a true and correct copy of the Approved Judgment in the matter *Skatteforvaltningen v. Solo Capital Partners LLP*, [2021] EWHC 974 (Comm).

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 15, 2021                   /s/ Neil S. Binder
                                       Neil S. Binder