# Exhibit A

Confidential - Attorneys' Eyes Only
Stacey Kaminer - April 20, 2021

Page 245

```
 1               UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              MASTER DOCKET 18-MD-2865(LAK)
                   CASE NO. 18-CV-09797
 3
    _____
 4                                           )
    IN RE:                                   )
 5                                           )
    CUSTOMS AND TAX ADMINISTRATION OF        )
 6  THE KINGDOM OF DENMARK                   )
    (SKATTEFORVALTNINGEN) TAX REFUND         )
 7  SCHEME LITIGATION                        )
                                             )
 8  _____)
 9
10
11           CONFIDENTIAL - ATTORNEYS' EYES ONLY
12
13
14                      DEPOSITION OF
                        STACEY KAMINER
15                         VOLUME 2
16               Tuesday, April 20, 2021
                  8:08 a.m. - 2:35 p.m.
17
                      Remote Location
18                  Via Huseby Connect
                    All Parties Remote
19
20
21
22
23
24          Stenographically Reported By:
                  Erica Field, FPR
25
```

Confidential - Attorneys' Eyes Only
Stacey Kaminer - April 20, 2021

Page 385

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | And this reflects all of the shares -- |
| 3 | withdrawn. | |
| 4 | | During the time period between 2012 and |
| 5 | 2015, there were two members of Acer, correct, you and |
| 6 | Mr. Crema? | |
| 7 | A. | We were the two class A members of Acer. |
| 8 | Q. | And there were -- Mr. Goldman was an |
| 9 | employee? | |
| 10 | A. | Yes. |
| 11 | Q. | And Mr. Messina was an employee, correct? |
| 12 | A. | Yes. |
| 13 | Q. | And, you know, in 2012, at the beginning of |
| 14 | 2012, Acer's principal place of business was New Jersey, |
| 15 | right? | |
| 16 | A. | Yes. |
| 17 | Q. | And at some point, Acer relocated its |
| 18 | business to Florida; is that correct? | |
| 19 | A. | Yes. |
| 20 | Q. | And Acer's principal place of business in |
| 21 | 2015 was Florida, correct? | |
| 22 | A. | Yes. |
| 23 | | MR. BLESSINGTON: Objection. |
| 24 | | You can answer. |
| 25 | A. | Yes. |

Confidential - Attorneys' Eyes Only
Stacey Kaminer - April 20, 2021

Page 386

```
1    BY MR. BINDER:
2         Q.   And Acer's principal place of business
3    remains there today, right?
4              MR. BLESSINGTON:  Objection.
5         A.   Yes.
6    BY MR. BINDER:
7         Q.   Could we take a look at -- let me ask
8    you -- Mr. Crema, in 2012, lived in New Jersey; is that
9    right?
10        A.   Mr. Crema owned a house in New Jersey and a
11   house in Florida.
12        Q.   So he was living either in New Jersey or
13   Florida at various times?
14        A.   Yes.
15        Q.   Okay.  As far as you are aware, between
16   2012 and today, has he lived in any other state?
17        A.   No.
18        Q.   And Mr. Goldman was an employee at Acer
19   between 2012 and 2015, correct?
20        A.   Yes.
21        Q.   I believe you testified yesterday that he
22   has homes also -- well, in Florida and New York; is that
23   right?
24        A.   Yes.
25        Q.   Where does he principally live?
```

Confidential - Attorneys' Eyes Only
Stacey Kaminer - April 20, 2021

Page 387

```
 1          A.    I don't know.
 2          Q.    But it's one of those two states, New York
 3    or Florida?
 4                MR. BLESSINGTON:  Objection.  Do you know?
 5    BY MR. BINDER:
 6          Q.    As far as you're aware?
 7          A.    As far as I am aware, yes.
 8          Q.    And Mr. Messina, he was living in Florida
 9    when he was working for Acer until close to the end of
10    his employment, correct?
11          A.    After the office moved to Florida, correct.
12          Q.    Can you take a look at Exhibit 2524?  Let
13    me know when you have that.
14          A.    I have that open.
15          Q.    And this is a document -- this is an e-mail
16    from Mr. Goldman to ED&F and it attaches an invoice from
17    Acer, correct?
18                THE WITNESS:  Can you go back up to the
19          e-mail?
20          A.    Yes.
21    BY MR. BINDER:
22          Q.    And the e-mail from Mr. Goldman on May 20,
23    2015, below his name, he provides an address, correct?
24          A.    Yes.
25          Q.    And that address is in Bonita Springs,
```

Confidential - Attorneys' Eyes Only
Stacey Kaminer - April 20, 2021

Page 388

1     Florida, right?
2         A.    Yes.
3         Q.    And the attachment is an invoice from Acer
4     Investment Group LLC.
5               Do you see that?
6         A.    Yes.
7         Q.    It's signed by you?
8               MR. BLESSINGTON:  Hold on.
9         A.    It's an attached signature that I
10    authorized.
11              MR. BINDER:  John, you there -- you ready?
12              MR. BLESSINGTON:  Yeah.
13    BY MR. BINDER:
14        Q.    And the -- so the invoice to the attention
15    of Victoria Foster and Marcus Howard is addressed to ED&F
16    Man Capital Markets Limited in London.
17              Do you see that?
18        A.    Yes.
19        Q.    And the address of Acer Investments Group
20    LLC is in Bonita Springs, Florida.
21              Do you see that?
22        A.    Yes.
23              MR. BINDER:  I have no further questions at
24         this time.  Thank you.
25              MR. BLESSINGTON:  If we can -- why don't we



STACEY KAMINER
**EXHIBIT 2524**
05 - 20 - 2021

# Dividend Finder Fee billing : DANSKE DC, NOVOB DC, PNDORA DC

| | |
|---|---|
| **From:** | Alan Goldman <ag@acerinvest.com> |
| **To:** | cscanlan@edfmancapital.com, mhoward@edfmancapital.com |
| **Cc:** | vfoster@edfmancapital.com, Stacey Kaminer <sk@acerinvest.com> |
| **Date:** | Wed, 20 May 2015 16:16:40 +0100 |
| **Attachments:** | EDFINVOICEMay 20.pdf (73.07 kB) |

Hi Marcus/Chris,

Attached is the Acer Investment Group LLC billing for DANSKE DC (3,400,000 shares), NOVOB DC (4,000,000 shares) and PNDORA (700,950 shares).

Regards,

Alan Goldman
Chief Financial Officer
Acer Investment Group, LLC
3372 Woods Edge Circle, Suite 104
Bonita Springs, FL 34134

Chief Financial Officer
Acer Investment Group, LLC
3372 Woods Edge Circle, Suite 104
Bonita Springs, FL 34134

ACER INVESTMENT GROUP, LLC
3372 Woods Edge Circle, Suite 104
Bonita Springs, FL 34134
Phone (239) 908-9859 - Fax (239) 908-9864

May 20, 2015

ED&F Man Capital Markets Limited
Cottons Centre
Hay's Lane
London, SE1 2QE

Att: Victoria Foster and Marcus Howard

INVOICE

Please remit     DKK   1,619,388   as per the following details:

| Stock | Shares | Dividend | Rate | Fee |
|---|---|---|---|---|
| DANSKE DC | 3,400,000 | DKK 5.50 | 4.200% | DKK 785,400 |
| NOVOB DC | 4,000,000 | DKK 5.00 | 3.200% | DKK 640,000 |
| PNDORA DC | 700,950 | DKK 9.00 | 3.075% | DKK 193,988 |

All requested funds should be credited to the Acer Investment account at
ED&F Man Capital Markets, acct 1-020-010-ACERIN-GPLLC.


Regards,

*Stacey Kaminer*

Stacey Kaminer
Member