# EXHIBIT A



Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

BY EMAIL

Honorable Lewis A. Kaplan                         June 16, 2021
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
KaplanNYSDChambers@nysd.uscourts.gov

   Re: *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)

Dear Judge Kaplan:

  We write on behalf of plaintiff Skatteforvaltningen ("SKAT") to update the Court concerning defendants' motion to compel [18-md-02865, ECF No. 601] SKAT to produce documents it provided to the Danish Commission of Inquiry on Taxation.

  As defendants state in their motion, "[i]n February 2021, the Commission stated that it intended to issue a partial report regarding dividend withholding tax, which would include documents of particular relevance to the investigation." (Defs. Mot. 2.) On June 14, 2021, the Commission publicly released the "Hearing Protocol," which includes non-verbatim transcripts of the testimony of the witnesses before the Commission, as well as the documents used during the testimony hearing. In total, the Commission released 11,665 pages of documents and testimony.

         Respectfully submitted,

         /s/ Marc A. Weinstein
         Marc A. Weinstein

cc: (via email)
  Neil Binder, Esq. (counsel for third-party defendant ED&F)
  Alan Schoenfeld, Esq. (co-lead counsel for defendants)
  Sharon McCarthy, Esq. (co-lead counsel for defendants)