**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| In re |
| |
| CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION |
| |
| This document relates to: 19-cv-10713 (LAK) |

Consolidated Multidistrict Action

Docket No. 1:18-md-2865 (LAK)

## STIPULATION AND [~~PROPOSED~~] ORDER
## EXTENDING TIME TO ANSWER THE AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the current deadline for Defendant California Catalog Company Pension Plan ("California Catalog") to answer the Amended Complaint in this action is hereby extended sixty (60) days up to and including September 7, 2021.

No provision of this Stipulation and Order shall be construed as a waiver of, and California Catalog expressly reserves, any and all defenses.

This is Defendant's twelfth request for an extension of time to answer or otherwise respond to the Amended Complaint. The Court granted Defendant's most recent eleventh request.

Dated: New York, New York
   June 30, 2021

LANKLER, SIFFERT & WOHL LLP          HUGHES HUBBARD & REED LLP


By: /s/ Gabrielle S. Friedman            By: /s/ Marc A. Weinstein
   Gabrielle S. Friedman                    (*e-signed with consent*)
                                            Marc A. Weinstein


500 Fifth Avenue                         One Battery Park Plaza
New York, New York 10110                 New York, New York 10004-1482
Telephone: (212) 921-8399                Telephone: (212) 837-6000
gfriedman@lswlaw.com                     Fax: (212) 422-4726
                                         marc.weinstein@hugheshubbard.com
*Counsel for Defendant California Catalog
Company Pension Plan*                    *Counsel for Skatteforvaltningen (Customs and
                                         Tax Administration of the Kingdom of
                                         Denmark)*


SO ORDERED:


 /s/ Lewis A. Kaplan  /BT          7/01/2021
_____
      Lewis A. Kaplan
   United States District Judge

2