# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION<br><br>This document relates to the cases identified on Schedule A hereto. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### PLAINTIFF SKAT'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO THE AUTHORIZED REPRESENTATIVE DEFENDANTS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and Civil Rule 26.3 of the Local Rules of this Court, Plaintiff SKAT propounds to the Authorized Representative Defendants[1] its First Requests for Production of Documents (the "Requests" and each a "Request").  The Authorized Representative Defendants are to respond to the Requests fully and in accordance with the definitions and instructions set forth below on or before December 31, 2018, and produce the documents identified in response to the Requests at the office of Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004 (Attn:  Sarah L. Cave, Esq. (sarah.cave@hugheshubbard.com) and John T. McGoey (john.mcgoey@hugheshubbard.com)).

### **DEFINITIONS**

1.      The Requests incorporate the Uniform Definitions in Discovery Requests set forth in Local Civil Rule 26.3.

---

1.   The Authorized Representative Defendants are:  Robert Klugman; Tatjana Vanjak; Bluegrass Investment Management LLC; Bernard Tew; Vincent Tew; Andrea Tew; Stephanie Tew; Roger Lehman; Stacey Kaminer; Joan Schulman; David Schulman; Matthew Tucci; John LaChance; Gregory Summers; Shreepal Shah; Alexander Jamie Mitchell III; Todd Bergeron; Doston Bradley; Kevin Kenning; and Christopher Nowell.  (*See* Schedule A.)

2.　"Account(s)" means the Plan's account(s) at the Broker-Custodian(s) identified in the Claims.

3.　"Bains" means Jas Bains and his employees, agents, representatives and attorneys.

4.　"Broker-Custodian(s)" means for each action, the entity or entities identified on the attached Schedule A in the column titled "Broker-Custodian(s)," and their affiliates, subsidiaries, predecessors, successors, assigns, principals, officers, directors, employees, agents, representatives and attorneys.

5.　"Claims" means the dividend withholding tax refund claims that the Plan submitted to SKAT, including, but not limited to, the dividend withholding tax refund claims that the Payment Agent(s) submitted to SKAT on behalf of the Plan on or around the dates identified on the attached Schedule A in the column titled "Claim Submission Dates."

6.　"Credit Advice" means a credit advice, income advice, tax voucher, or similar document, created by a Broker-Custodian that purports to show a Plan's ownership of any Shares or receipt of any Dividends.

7.　"Dividends" means the dividends identified in the Claims concerning the Shares.

8.　"Horn" means Graham McKenzie Horn and his employees, agents, representatives and attorneys.

9.　"IRS" means the Internal Revenue Service.

10.　"Other Defendants" means the persons and entities identified on the attached Schedule B, and their affiliates, subsidiaries, predecessors, successors, assigns, principals, officers, directors, employees, agents, representatives and attorneys.

2

11.    "Payment Agent(s)" means for each action, the entity or entities identified on the attached Schedule A in the column titled "Payment Agent(s)," and their affiliates, subsidiaries, predecessors, successors, assigns, principals, officers, directors, employees, agents, representatives and attorneys.

12.    "Plan" means for each action, the entity identified on the attached Schedule A in the column titled "Plan," and its affiliates, subsidiaries, predecessors, successors, assigns, principals, officers, directors, employees, agents, representatives, trustees and attorneys.

13.    "Price" means Craig David Price and his employees, agents, representatives and attorneys.

14.    "Refunds" means any amounts paid by SKAT resulting from the Claims.

15.    "Rajen Shah" means Rajen Shah and his employees, agents, representatives and attorneys.

16.    "Sanjay Shah" means Sanjay Shah and his employees, agents, representatives and attorneys.

17.    "Shah's Companies" means any company, including, but not limited to, Solo Capital Partners LLP, Ganymede Cayman Limited, Elysium Global Limited, Elysium Global Dubai Limited, and Aesa S.a.r.L., created, established, founded, or managed by Sanjay Shah, and their affiliates, subsidiaries, predecessors, successors, assigns, principals, officers, directors, employees, agents, representatives and attorneys.

18.    "Shares" means the shares of Danish stock identified in the Claims.

19.    "Vogel" means Frank Vogel and his employees, agents, representative and attorneys.

20.    "You" or "Your" mean for each action, the person identified in the attached Schedule A in the column titled "Authorized Representative," and his or her employees, agents, representatives and attorneys.

## INSTRUCTIONS

1.    Whenever necessary to bring within the scope of the Requests documents that might otherwise be construed to be outside their scope:

      (a)    the use of a verb in any tense shall be construed as the use of that verb in all other tenses;

      (b)    the use of a word in its singular form shall be deemed to include within its use the plural form as well;

      (c)    the use of a word in its plural form shall be deemed to include within its use the singular form as well;

      (d)    the connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope; and

      (e)    the terms "all," "any," and "each" shall be construed as encompassing any and all.

2.    Each paragraph of the Requests should be construed independently and no other paragraph shall be referred to or relied on for the purpose of limiting the scope of any Request.

3.    Documents and things should be produced in full, without abbreviation or expurgation, regardless of whether You consider the entire document to be relevant or responsive.

4.    A request for a document shall be deemed to include a request for all actual, proposed, or contemplated drafts or mark-ups thereof, revisions, modifications, or amendments thereto, and non-identical copies thereof, in addition to the document itself.

5.    Documents and things not otherwise responsive to any of the Requests herein should be produced if such documents and things mention, discuss, refer to, or explain one or more

4

documents and things called for by the Requests or are attached to a document or thing called for by the Requests.

6.      Documents and things should be produced pursuant to Rule 34 of the Federal Rules of Civil Procedure as they are kept in the usual course of business or organized and labeled to correspond to the categories identified in these requests.

7.      With respect to any document or thing responsive to the Requests that is withheld from production based on a claim of privilege, or for any other reason, describe such document by date, type (e.g., letter, memorandum, email, note), author, addressee, persons copied, general subject matter, claimed ground for the withholding, and, if not apparent, the relationship of the author, addressee, and recipients to each other.

8.      In the event that any requested document or thing is known to have existed and cannot now be located or has been destroyed or discarded, that document shall be identified by: the last known custodian, date of destruction or discard, the manner of destruction or discard, the reasons for destruction or discard, any efforts made to locate such documents, and a statement describing the document by contents, author, and recipients.

9.      If You are unable fully to respond to any of the Requests, supply the information that is available and explain why Your response is incomplete, the efforts made by You to obtain responsive documents and things, and the source from which all responsive documents and things may be obtained, to the best of Your knowledge or belief.

10.     Unless otherwise specified, the documents and things requested include the responsive documents and things in the actual or constructive possession, control, or custody of You or Your attorneys or agents.

11.     The fact that a document has been or will be produced by another party (or non-party) does not relieve You of the obligation to produce Your copy of the same document, even if the two documents are identical in all respects.

12.     Please provide documents as single-page black and white TIFFs, with document-level OCR, delimited (.DAT) document load file, LFP or OPT image load files, and metadata for the following fields:  BegDoc, EndDoc, BegAttach, EndAttach, Subject, FileName, Sent Date, Created Date, Last Modified Date, Author, From, To, CC, BCC, Recipients, Custodian, FilePath, Parent, MD5, ConfidentialStamp, Text_Path, and File_Path.

13.     Please provide separate copies of spreadsheets (Excel), presentations (PowerPoint) and database files in their native format.  The produced file should be named with the Bates number of the first page of the corresponding TIFF production of the document (e.g., "ABC0000001.xls").

14.     These Requests are continuing and oblige You, pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, to promptly produce additional documents or things that are acquired, discovered or come into existence at any time after the date of the initial production, including the time of hearing or trial.

15.     Unless otherwise indicated, each Request should be interpreted to include all documents created, generated, dated, executed, sent, issued, received or in effect during the period from January 1, 2012 until the present day.

## REQUESTS FOR PRODUCTION

**Request for Production No. 1:**

All documents concerning the Claims.

**Request for Production No. 2:**

All documents concerning the Refunds.

6

**Request for Production No. 3:**

All documents concerning the Account(s), including, but not limited to, account statements or other documents reflecting activity in the Account(s), agreements concerning the Account(s), and applications to open the Account(s) and account opening or closing documents.

**Request for Production No. 4:**

All documents concerning the formation or dissolution of the Plan, including, but not limited to, trust agreements, plan documents, and account opening or closing documents.

**Request for Production No. 5:**

All documents concerning the formation or dissolution of any entity underlying or otherwise related to the Plan.

**Request for Production No. 6:**

All documents concerning the formation or dissolution of any successor to the Plan, including, but not limited to, trust agreements, plan documents, account opening documents, and account closing documents.

**Request for Production No. 7:**

Documents sufficient to identify all beneficiaries of the Plan from the formation of the Plan to its dissolution, as well as documents sufficient to identify all beneficiaries of any successor to the Plan.

**Request for Production No. 8:**

Documents sufficient to identify all trustees, authorized representatives or other agents of the Plan from the formation of the Plan to its dissolution.

**Request for Production No. 9:**

Documents sufficient to identify all contributions to the Plan from the formation of the Plan to its dissolution.

**Request for Production No. 10:**

Documents sufficient to identify all distributions by the Plan from the formation of the Plan to its dissolution.

**Request for Production No. 11:**

All documents identifying all of the Plan's assets at any time, including, but not limited to, the Plan's bank account statements and brokerage account statements.

**Request for Production No. 12:**

All quarterly, annual or periodic statements concerning the assets and liabilities of the Plan.

**Request for Production No. 13:**

All documents concerning any actual or proposed agreement between You or the Plan and any other person or entity, including, but not limited to, Sanjay Shah, Shah's Companies, Horn, Price, Vogel, Rajen Shah, Bains, the Other Defendants, or the Payment Agent(s), concerning the submission of dividend withholding tax refund claims to SKAT.

**Request for Production No. 14:**

All documents concerning any actual or proposed agreement between You or the Plan and any other person or entity concerning the Claims.

**Request for Production No. 15:**

All documents concerning any actual or proposed agreement between You or the Plan and any other person or entity concerning the Claims or Refunds.

**Request for Production No. 16:**

All documents concerning the Plan's ownership of the Shares, including, but not limited to, the Plan's brokerage account statements.

**Request for Production No. 17:**

All documents concerning Your or the Plan's purchase or acquisition of the Shares and the cancellation of any purchase or acquisition of the Shares.

**Request for Production No. 18:**

All documents concerning any loans, credit, payments, or other financing the Plan received in respect of its purchase or acquisition of the Shares.

**Request for Production No. 19:**

All documents concerning Your or the Plan's sale, borrowing, lending, assignment, transfer or financing of the Shares and the cancellation of any sale, borrowing, lending, assignment, transfer or financing of the Shares.

**Request for Production No. 20:**

All documents concerning Your or the Plan's purchase, acquisition or sale of financial instruments, including, but not limited to, options or swaps, concerning the Shares.

**Request for Production No. 21:**

All documents concerning any agreements between the Plan and any other person or entity pursuant to which the Plan borrowed or loaned the Shares.

**Request for Production No. 22:**

All documents concerning the Dividends, including, but not limited to, documents identifying any receipt or transfer of any amount of the Dividends by or to any person or entity, directly or indirectly, and the amounts that each such person or entity received.

**Request for Production No. 23:**

All documents identifying any transfer of any amount of the Refunds to any person or entity, directly or indirectly, and the amounts that each such person or entity received.

**Request for Production No. 24:**

All documents provided by You or the Plan to any Broker-Custodian in connection with a Credit Advice.

**Requests for Production No. 25:**

All written opinions from law firms regarding any transaction concerning the Plan and/or the Shares and all documents provided to any law firm related to the creation of all such written opinions.

**Requests for Production No. 26:**

Documents sufficient to identify any trader who traded on the Plan's behalf.

**Request for Production No. 27:**

Your or the Plan's agreements with the Payment Agent(s) concerning the Claims.

**Request for Production No. 28:**

All communications with any person or entity concerning the Claims, including all invoices, fee or billing statements You or the Plan received from the Payment Agent(s) and documents showing the payment of all such invoices, fee or billing statements.

**Request for Production No. 29:**

All documents You or the Plan provided to the Payment Agent(s) concerning the Claims.

**Request for Production No. 30:**

All documents provided by Sanjay Shah, Shah's Companies, Horn, Price, Vogel, Rajen Shah, or Bains to You or the Plan.

**Request for Production No. 31:**

All invoices, fee or billing statements You or the Plan received from Sanjay Shah, Shah's Companies, Horn, Price, Vogel, Rajen Shah, or Bains and documents showing the payment of all such invoices, fee or billing statements.

**Request for Production No. 32:**

All documents concerning any interest, fees or expenses that You or the Plan incurred or received concerning the Shares, Dividends, Claims, or Refunds.

**Request for Production No. 33:**

All communications between You or the Plan and Sanjay Shah, Shah's Companies, Horn, Price, Vogel, Rajen Shah, or Bains, from January 1, 2010 to the present.

**Request for Production No. 34:**

All communications between You or the Plan and any of the Other Defendants concerning the Shares, Claims, Refunds, Dividends or Account(s).

**Request for Production No. 35:**

All communications concerning the Shares, Claims, Refunds, Dividends or Account(s), between You or the Plan and any other person or entity, including the Payment Agent(s).

**Request for Production No. 36:**

Other than communications responsive to Requests 30, 31, or 32, all communications between You or the Plan and any other person or entity concerning the Shares, Claims, Refunds, Dividends or Account(s).

**Request for Production No. 37:**

All communications between You or the Plan and any other person or entity concerning the formation or dissolution of the Plan.

**Request for Production No. 38:**

All communications between You or the Plan and any other person or entity concerning the formation or dissolution of any entity underlying or otherwise related to the Plan.

**Request for Production No. 39:**

All communications between You or the Plan and any other person or entity concerning the formation or dissolution of any successor to the Plan.

**Request for Production No. 40:**

All communications between You or the Plan and the IRS concerning the Plan, including but not limited to, all documents submitted by You or the Authorized Representative to the IRS, including, but not limited to, Form 5500s, including final Form 5500s and Form 5500-EZs, Form 1099s, and Form 990-Ts.

**Request for Production No. 41:**

Other than communications responsive to Requests 30, 31 or 32, all communications between You or the Plan and other person or entity concerning quarterly, annual or periodic statements reflecting the assets and liabilities of the Plan.

**Request for Production No. 42:**

Other than communications responsive to Requests 30, 31 or 32, all communications between You or the Plan and any other person or entity concerning the submission of dividend withholding tax refund claims to SKAT.

**Request for Production No. 43:**

Other than communications responsive to Requests 30, 31 or 32, all communications between You or the Plan and any other person or entity, concerning Your or the Plan's purchase or acquisition of the Shares.

**Request for Production No. 44:**

Other than communications responsive to Requests 30, 31 or 32, all communications between You or the Plan and any other person or entity concerning any loans, credit, payments or other financing the Plan received from any person or entity in respect of its purchase or acquisition of the Shares.

**Request for Production No. 45:**

Other than communications responsive to Requests 30, 31 or 32, all communications between You or the Plan and any other person or entity concerning Your or the Plan's sale, assignment or transfer of the Shares.

**Request for Production No. 46:**

Other than communications responsive to Requests 30, 31 or 32, all communications between You or the Plan and any other person or entity concerning Your or the Plan's purchase, acquisition or sale of financial instruments, including, but not limited to, options or swaps, concerning the Shares.

**Request for Production No. 47:**

Other than communications responsive to Requests 30, 31 or 32, all communications between You or the Plan and any other person or entity concerning any agreements pursuant to which the Plan sold, borrowed, lent or financed the Shares.

**Request for Production No. 48:**

Other than communications responsive to Requests 30, 31 or 32, all communications between You or the Plan and any other person or entity concerning the Payment Agent(s).

**Request for Production No. 49:**

Other than communications responsive to Requests 30, 31 or 32, all communications between You or the Plan and any other person or entity concerning the Broker-Custodian(s).

Dated: New York, New York
November 29, 2018

HUGHES HUBBARD & REED LLP

By:    /s/ Sarah L. Cave
William R. Maguire
Marc A. Weinstein
Sarah L. Cave
Neil J. Oxford
John T. McGoey

One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax:  (212) 422-4726
bill.maguire@hugheshubbard.com
sarah.cave@hugheshubbard.com
marc.weinstein@hugheshubbard.com
neil.oxford@hughehubbard.com
john.mcgoey@hugheshubbard.com

*Counsel for Plaintiff SKAT (Customs and Tax Administration of the Kingdom of Denmark)*

## Schedule A

| Case Number | Plan | Authorized Representative | Payment Agent(s) | Broker – Custodian(s) | Claim Submission Dates |
|---|---|---|---|---|---|
| 18-cv-07824 | Headsail Manufacturing LLC Roth 401K Plan | Robert Klugman | Acupay System LLC | Solo Capital Partners LLP; Old Park Lane Capital PLC | Nov. 13, 2014; Dec. 15, 2014; June 24, 2015 |
| 18-cv-07827 | Edgepoint Capital LLC Roth 401K Plan | Robert Klugman | Syntax GIS | West Point Derivatives Ltd; Old Park Lane Capital PLC | Oct. 28, 2014; Dec. 22, 2014; Apr. 13, 2015; Apr. 30, 2015; May 15, 2015 |
| 18-cv-07828 | Aerovane Logistics LLC Roth 401K Plan | Robert Klugman | Goal TaxBack Limited | Old Park Lane Capital PLC | Nov. 27, 2014; Dec. 23, 2014; Mar. 13, 2015; Mar. 24, 2015; Apr. 14, 2015; Apr. 16, 2015; Apr. 21, 2015; Apr. 23, 2015; Apr. 27, 2015; May 14, 2015 |
| 18-cv-07829 | The Random Holdings 401K Plan | Robert Klugman | Syntax GIS | West Point Derivatives Ltd; Old Park Lane Capital PLC | Dec. 22, 2014; Apr. 21, 2015; Apr. 23, 2015; Apr. 30, 2015; May 15, 2015 |
| 18-cv-08655 | Federated Logistics LLC 401(K) Plan | Tatjana Vanjak | Goal Taxback Limited | ED & F Man Capital Markets Limited | Apr. 4, 2014; Apr. 15, 2014; May 28, 2014; Aug. 14, 2014 |
| 18-cv-09434 | SRH Farms LLC 401(K) Plan | Bluegrass Investment Management, LLC; Bernard Tew | Global Equities GmbH | ED & F Man Capital Markets Limited | Mar. 25, 2013; Apr. 2, 2013; Apr. 9, 2013; Apr. 16, 2013 |
| 18-cv-09439 | MGH Farms LLC 401(K) Plan | Bluegrass Investment Management, LLC; Bernard Tew | Global Equities GmbH | ED & F Man Capital Markets Limited | Mar. 25, 2013; Apr. 2, 2013; Apr. 9, 2013; Apr. 16, 2013 |

| Case Number | Plan | Authorized Representative | Payment Agent(s) | Broker – Custodian(s) | Claim Submission Dates |
|---|---|---|---|---|---|
| 18-cv-09489 | JSH Farms LLC 401(K) Plan | Bluegrass Investment Management, LLC; Bernard Tew | Global Equities GmbH | ED & F Man Capital Markets Limited | Mar. 25, 2013; Apr. 2, 2013; Apr. 9, 2013; Apr. 16, 2013 |
| 18-cv-09490 | Triton Farms LLC 401(K) Plan | Bluegrass Investment Management, LLC; Bernard Tew | Global Equities GmbH | ED & F Man Capital Markets Limited | Mar. 25, 2013; Apr. 2, 2013; Apr. 9, 2013; Apr. 16, 2013 |
| 18-cv-09491 | KRH Farms LLC 401(K) Plan | Bluegrass Investment Management, LLC; Bernard Tew | Global Equities GmbH | ED & F Man Capital Markets Limited | Mar. 25, 2013; Apr. 2, 2013; Apr. 9, 2013; Apr. 16, 2013 |
| 18-cv-09492 | Tew, LP Retirement Plan | Vincent Tew | Global Equities GmbH | ED & F Man Capital Markets Limited | Sept. 11, 2012; Dec. 21, 2012; Mar. 25, 2013; Apr. 2, 2013; Apr. 9, 2013; Apr. 16, 2013; Apr. 23, 2013; Apr. 29, 2013; Apr. 30, 2013; Oct. 2, 2013; Jan. 13, 2014; Mar. 31, 2014; Apr. 10, 2014; Apr. 29, 2014 |
| 18-cv-09494 | Tew Enterprises, LLC Retirement Plan | Andrea Tew | Global Equities GmbH | ED & F Man Capital Markets Limited | Sept. 11, 2012; Dec. 21, 2012; Mar. 25, 2013; Apr. 2, 2013; Apr. 9, 2013; Apr. 16, 2013; Apr. 29, 2013; Apr. 30, 2013; Oct. 2, 2013; Jan. 13, 2014; Jan. 17, 2014; Mar. 31, 2014; Apr. 10, 2014; Apr. 29, 2014 |

| Case Number | Plan | Authorized Representative | Payment Agent(s) | Broker – Custodian(s) | Claim Submission Dates |
|---|---|---|---|---|---|
| 18-cv-09497 | Industrial Pensions Group Trust | Bluegrass Investment Management, LLC; Bernard Tew | Global Equities GmbH | ED & F Man Capital Markets Limited; BNP Paribas | Oct. 8, 2012; Mar. 25, 2013; Apr. 2, 2013; Apr. 9, 2013; Apr. 16, 2013; Apr. 23, 2013; Apr. 29, 2013; Apr. 30, 2013; Oct. 2, 2013; Mar. 31, 2014; Apr. 10, 2014; Apr. 24, 2014; Apr. 29, 2014; May 27, 2014; Aug. 20, 2014; Dec. 9, 2014; Dec. 16, 2014; Mar. 23, 2015; Mar. 30, 2015; Apr. 2, 2015; Apr. 13, 2015 |
| 18-cv-09498 | Casting Pensions Group Trust | Bluegrass Investment Management, LLC; Bernard Tew | Global Equities GmbH | ED & F Man Capital Markets Limited; BNP Paribas | Oct. 8, 2012; Mar. 25, 2013; Apr. 2, 2013; Apr. 9, 2013; Apr. 16, 2013; Apr. 23, 2013; Apr. 29, 2013; Apr. 30, 2013; Oct. 2, 2013; Jan. 17, 2014; Mar. 31, 2014; Apr. 10, 2014; Apr. 24, 2014; Apr. 29, 2014; May 27, 2014; Aug. 20, 2014; Dec. 9, 2014; Dec. 16, 2014; Mar. 23, 2015; Mar. 30, 2015; Apr. 2, 2015; Apr. 13, 2015 |

| Case Number | Plan | Authorized Representative | Payment Agent(s) | Broker – Custodian(s) | Claim Submission Dates |
|---|---|---|---|---|---|
| 18-cv-09505 | SV Holdings, LLC Retirement Plan | Stephanie Tew | Global Equities GmbH | ED & F Man Capital Markets Limited | Sept. 11, 2012; Dec. 21, 2012; Mar. 25, 2013; Apr. 2, 2013; Apr. 9, 2013; Apr. 16, 2013; Apr. 29, 2013; Apr. 30, 2013; Oct. 2, 2013; Jan. 13, 2014; Jan. 17, 2014; Mar. 31, 2014; Apr. 10,2014; Apr. 24, 2014; Apr. 29, 2014; June 4, 2014 |
| 18-cv-09507 | Central Technologies Pensions Group Trust | Bluegrass Investment Management, LLC; Bernard Tew | Global Equities GmbH | ED & F Man Capital Markets Limited; BNP Paribas | Oct. 8, 2012; Mar. 25, 2013; Apr. 2, 2013; Apr. 9, 2013; Apr. 16, 2013; Apr. 23, 2013; Apr. 29, 2013; Apr. 30, 2013; Oct. 2, 2013; Jan. 17, 2014; Apr. 10, 2014; Apr. 24, 2014; Apr. 29, 2014; May 27, 2014; Aug. 20, 2014; Dec. 9, 2014; Dec. 16, 2014; Mar. 23, 2015; Mar. 30, 2015; Apr. 2, 2015; Apr. 13, 2015 |

| Case Number | Plan | Authorized Representative | Payment Agent(s) | Broker – Custodian(s) | Claim Submission Dates |
|---|---|---|---|---|---|
| 18-cv-09511 | Bluegrass Retirement Group Trust | Bluegrass Investment Management, LLC; Bernard Tew | Global Equities GmbH | ED & F Man Capital Markets Limited; Argon Markets | Mar. 25, 2013; Apr. 2, 2013; Apr. 9, 2013; Apr. 16, 2013; Apr. 23, 2013; Apr. 29, 2013; Apr. 30, 2013; Oct. 2, 2013; Jan. 17, 2014; Mar. 31, 2014; Apr. 10, 2014; Apr. 24, 2014; Apr. 29, 2014; May 27, 2014 |
| 18-cv-09515 | Bluegrass Investment Management, LLC Retirement Plan | Bernard Tew | Global Equities GmbH | ED & F Man Capital Markets Limited | Sept. 11, 2012; Dec. 21, 2012; Mar. 25, 2013; Apr. 2, 2013; Apr. 9, 2013; Apr. 16, 2013; Apr. 23, 2013; Apr. 29, 2013; Apr. 30, 2013; Oct. 3, 2013; Jan. 13, 2014; Mar. 31, 2014; Apr. 10, 2014; Apr. 24, 2014; Apr. 29, 2014; May 27, 2014 |

| Case Number | Plan | Authorized Representative | Payment Agent(s) | Broker – Custodian(s) | Claim Submission Dates |
|---|---|---|---|---|---|
| 18-cv-09549 | Autoparts Pensions Group Trust | Bluegrass Investment Management, LLC; Bernard Tew | Global Equities GmbH | ED & F Man Capital Markets Limited; BNP Paribas | Oct. 8, 2012; Mar. 25, 2013; Apr. 2, 2013; Apr. 9, 2013; Apr. 16, 2013; Apr. 23, 2013; Apr. 29, 2013; Apr. 30, 2013; Oct. 2, 2013; Mar. 31, 2014; Apr. 10, 2014; Apr. 24, 2014; Apr. 29, 2014; May 27, 2014; Aug. 20, 2014; Dec. 9, 2014; Dec. 16, 2014; Mar. 20, 2015; Mar. 30, 2015; Apr. 2, 2015; Apr. 13, 2015 |
| 18-cv-09552 | MSJJ Retirement Group Trust | Bluegrass Investment Management, LLC; Bernard Tew | Global Equities GmbH | ED & F Man Capital Markets Limited | Mar. 25, 2013; Apr. 2, 2013; Apr. 9, 2013; Apr. 16, 2013 |
| 18-cv-09565 | The 78 Yorktown Pension Plan | Roger Lehman | Syntax GIS | West Point Derivatives Ltd | Apr. 23, 2015; Apr. 27, 2015; May 15, 2015 |
| 18-cv-09570 | The Cambridge Town Line Pension Plan | Roger Lehman | Syntax GIS | Solo Capital Partners LLP | Apr. 13, 2015; Apr. 21, 2015; Apr. 23, 2015; Apr. 28, 2015; May 15, 2015 |
| 18-cv-09587 | The Diamond Scott Capital Pension Plan | Roger Lehman | Syntax GIS | Old Park Lane Capital PLC; Telesto Markets LLP | Apr. 15, 2015; Apr. 16, 2015; Apr. 23, 2015; Apr. 28, 2015; May 15, 2015 |
| 18-cv-09588 | The Hotel Fromance Pension Plan | Roger Lehman | Syntax GIS | Old Park Lane Capital PLC | Apr. 13, 2015; Apr. 21, 2015; Apr. 23, 2015; Apr. 27, 2015; May 15, 2015 |

| Case Number | Plan | Authorized Representative | Payment Agent(s) | Broker – Custodian(s) | Claim Submission Dates |
|---|---|---|---|---|---|
| 18-cv-09589 | The Mountain Air LLC 401K Plan | Roger Lehman | Syntax GIS | Solo Capital Partners LLP; Old Park Lane Capital PLC | Apr. 13, 2015; Apr. 21, 2015; Apr. 28, 2015; Apr. 30, 2015; May 15, 2015 |
| 18-cv-09590 | The SKSL LLC Pension Plan | Roger Lehman | Goal Taxback Limited | Old Park Lane Capital PLC; Telesto Markets LLP | Apr. 20, 2015; Apr. 23, 2015; Apr. 27, 2015; May 15, 2015 |
| 18-cv-09650 | The Snow Hill Pension Plan | Roger Lehman | Goal Taxback Limited | West Point Derivative Ltd; Old Park Lane Capital PLC | Apr. 14, 2015; Apr. 20, 2015; Apr. 23, 2015; Apr. 27, 2015; May 24, 2015 |
| 18-cv-09665 | The Westridge Ave LLC 401K Plan | Roger Lehman | Syntax GIS | Telesto Markets LLP | Apr. 23, 2015; Apr. 28, 2015; May 15, 2015 |
| 18-cv-09666 | The Shapiro Blue Management LLC 401K Plan | Roger Lehman | Acupay System LLC | Old Park Lane Capital PLC | Mar. 27, 2015; Mar. 31, 2015; Apr. 17, 2015; May 1, 2015; May 22, 2015 |
| 18-cv-09668 | The Patrick Partners Conglomerate Pension Plan | Roger Lehman | Syntax GIS | Solo Capital Partners LLP | Apr. 28, 2015 |
| 18-cv-09669 | CSCC Capital Pension Plan | Roger Lehman | Acupay System LLC | Old Park Lane Capital PLC | May 1, 2015; May 22, 2015 |
| 18-cv-09797 | DW Construction, Inc. Retirement Plan | Stacey Kaminer | Goal Taxback Limited | ED & F Man Capital Markets Limited | Mar. 26, 2014; Apr. 4, 2014; Apr. 16, 2014; May 28, 2014; Aug. 14, 2014; Dec. 10, 2014 |
| 18-cv-09836 | Kamco Investments, Inc. Pension Plan | Stacey Kaminer | Goal Taxback Limited | ED & F Man Capital Markets Limited | Mar. 26, 2014; Apr. 4, 2014; May 28, 2014; Aug. 14, 2014; Apr. 8, 2015 |

| Case Number | Plan | Authorized Representative | Payment Agent(s) | Broker – Custodian(s) | Claim Submission Dates |
|---|---|---|---|---|---|
| 18-cv-09836 | Linden Associates Defined Benefit Plan | Joan Schulman | Goal Taxback Limited | ED & F Man Capital Markets Limited | Mar. 26, 2014; Apr. 4, 2014; Apr. 16, 2014; May 6, 2014; May 28, 2014; Mar. 4, 2015; Mar. 13, 2015; Mar. 18, 2015; Mar. 26, 2015 |
| 18-cv-09837 | Kamco LP Profit Sharing Pension Plan | Stacey Kaminer | Goal Taxback Limited | ED & F Man Capital Markets Limited | Mar. 26, 2014; Apr. 4, 2014; Apr. 16, 2014; Aug. 14, 2014 |
| 18-cv-09839 | Moira Associates LLC 401 (K) Plan | Stacey Kaminer | Goal Taxback Limited | ED & F Man Capital Markets Limited | Mar. 14, 2014; Mar. 26, 2014; Apr. 4, 2014; Apr. 16, 2014; Aug. 14, 2014; Dec. 10, 2014 |
| 18-cv-09840 | Riverside Associates Defined Benefit Plan | David Schulman | Goal Taxback Limited | ED & F Man Capital Markets Limited | Mar. 26, 2014; Apr. 4, 2014; Apr. 16, 2014; May 6, 2014; May 28, 2014; Mar. 13, 2015; Mar. 18, 2015; Mar. 26, 2015 |
| 18-cv-09841 | American Investment Group of New York, L.P. Pension Plan | Stacey Kaminer | Goal Taxback Limited | ED & F Man Capital Markets Limited | Mar. 5, 2014; Mar. 26, 2014; Apr. 4, 2014; Apr. 16; 2014 Aug. 14, 2014; Dec. 3, 2014; Dec. 10, 2014; Mar. 4, 2015; Apr. 8, 2015 |
| 18-cv-10028 | The Cardinal Consulting Pension Plan | Matthew Tucci | Goal TaxBack Limited | Telesto Markets LLP | Apr. 14, 2015; Apr. 23, 2015; Apr. 27, 2015; May 15, 2015; Apr. 16, 2015 |

| Case Number | Plan | Authorized Representative | Payment Agent(s) | Broker – Custodian(s) | Claim Submission Dates |
|---|---|---|---|---|---|
| 18-cv-10030 | The Egret Associates LLC 401K Plan | Matthew Tucci | Syntax GIS | West Point Derivatives Ltd | Apr. 13, 2015; Apr. 16, 2015; Apr. 21, 2015; Apr. 23, 2015; Apr. 27, 2015; May 15, 2015 |
| 18-cv-10031 | The Crow Associates Pension Plan | Matthew Tucci | Syntax GIS | Solo Capital Partners LLP | Apr. 13, 2015; Apr. 16, 2015; Apr. 21, 2015; Apr. 23, 2015; Apr. 28, 2015; May 15, 2015 |
| 18-cv-10032 | The Heron Advisors Pension Plan | Matthew Tucci | Syntax GIS | Old Park Lane Capital PLC | Apr. 13, 2015; Apr. 21, 2015; Apr. 23, 2015; Apr. 27, 2015; May 15, 2015 |
| 18-cv-10035 | The Hoboken Advisors LLC 401K Plan | Matthew Tucci | Goal TaxBack Limited | Old Park Lane Capital PLC | Apr. 20, 2015; Apr. 21, 2015; Apr. 23, 2015; Apr. 27, 2015; May 20, 2015 |
| 18-cv-10036 | The Jayfran Blue Pension Plan | Matthew Tucci | Syntax GIS | West Point Derivatives Ltd | Apr. 13, 2015; Apr. 21, 2015; Apr. 23, 2015; Apr. 27, 2015; May 15, 2015 |
| 18-cv-10039 | The JT Health Consulting LLC 401K Plan | Matthew Tucci | Syntax GIS | Old Park Lane Capital PLC | Apr. 13, 2015; Apr. 21, 2015; Apr. 23, 2015; Apr. 27, 2015; Apr. 30, 2015; May 15, 2015 |
| 18-cv-10049 | The Lakeview Advisors 401K Plan | Matthew Tucci | Syntax GIS | Old Park Lane Capital PLC; Solo Capital Partners LLP | Apr. 15, 2015; Apr. 27, 2015; Apr. 30, 2015; May 14, 2015 |
| 18-cv-10060 | The Osprey Associates LLC 401K Plan | Matthew Tucci | Syntax GIS | Solo Capital Partners LLP | Apr. 21, 2015; Apr. 28, 2015; May 15, 2015 |
| 18-cv-10061 | The Sandpiper Pension Plan | Matthew Tucci | Syntax GIS | Telesto Markets LLP | Apr. 23, 2015; Apr. 28, 2015; May 15, 2015 |

| Case Number | Plan | Authorized Representative | Payment Agent(s) | Broker – Custodian(s) | Claim Submission Dates |
|---|---|---|---|---|---|
| 18-cv-10062 | The Zen Training LLC 401(K) Plan | Matthew Tucci | Goal TaxBack Limited | Telesto Markets LLP; Old Park Lane Capital PLC | Apr. 20, 2015; Apr. 27, 2015; May 20, 2015 |
| 18-cv-10063 | The Everything Clean LLC 401K Plan | Matthew Tucci | Acupay System LLC | West Point Derivatives Ltd; Old Park Lane Capital PLC | Apr. 17, 2015; Apr. 24, 2015; May 1, 2015; May 22, 2015 |
| 18-cv-10064 | The Jump Group LLC 401K Plan | Matthew Tucci | Acupay System LLC | Solo Capital Partners LLP | Apr. 17, 2015; Apr. 24, 2015; May 1, 2015; May 22, 2015 |
| 18-cv-10065 | The Oaks Group Pension Plan | Matthew Tucci | Acupay System LLC | Solo Capital Partners LLP | Apr. 17, 2015; Apr. 24, 2015; May 1, 2015; May 22, 2015 |
| 18-cv-10066 | The Wave Maven LLC 401K Plan | Matthew Tucci | Syntax GIS | Old Park Lane Capital PLC | Apr. 13, 2015; Apr. 27, 2015; Apr. 30, 2015; May 15, 2015 |
| 18-cv-10067 | The Balmoral Management LLC 401K Pension Plan | John LaChance | Goal TaxBack Limited | Solo Capital Partners LLP | June 4, 2014; Aug. 15, 2014 |
| 18-cv-10069 | The Beech Tree Partners 401K Plan | Matthew Tucci | Goal TaxBack Limited | Solo Capital Partners LLP | May 15, 2015; May 19, 2015 |
| 18-cv-10070 | The Blackbird 401K Plan | Matthew Tucci | Syntax GIS | Old Park Lane Capital PLC | May 7, 2015; May 15, 2015 |
| 18-cv-10071 | The Chambers Property Management LLC 401K Plan | Matthew Tucci | Acupay System LLC | Old Park Lane Capital PLC; Telesto Markets LLP | May 14, 2015; May 22, 2015 |
| 18-cv-10073 | FiftyEightSixty LLC Solo 401K Plan | Matthew Tucci | Acupay System LLC | Solo Capital Partners LLP | Mar. 20, 2014; Apr. 15, 2014; Apr. 17, 2014; May 28, 2014; Sept. 17, 2014 |
| 18-cv-10074 | The Hawk Group Pension Plan | Matthew Tucci | Acupay System LLC | Telesto Markets LLP | May 14, 2015; May 22, 2015 |
| 18-cv-10076 | The Hibiscus Partners LLC 401K Plan | Matthew Tucci | Goal TaxBack Limited | Old Park Lane Capital PLC; Telesto Markets LLP; Solo Capital Partners LLP | Apr. 27, 2015; May 14, 2015; May 15, 2015 |

| Case Number | Plan | Authorized Representative | Payment Agent(s) | Broker – Custodian(s) | Claim Submission Dates |
|---|---|---|---|---|---|
| 18-cv-10077 | The Maple Advisors LLC 401K Plan | Matthew Tucci | Syntax GIS | Solo Capital Partners LLP; Telesto Markets LLP; | May 7, 2015; May 11, 2015; May 15, 2015 |
| 18-cv-10080 | OneZeroFive LLC Solo 401K Plan | Matthew Tucci | Acupay System LLC | Solo Capital Partners LLP | Mar. 20, 2014; Apr. 15, 2014; Apr. 17, 2014; May 28, 2014; Sept. 17, 2014 |
| 18-cv-10082 | The Sea Bright Advisors LLC 401K Plan | Matthew Tucci | Goal TaxBack Limtied | West Point Derivatives Ltd; Old Park Lane Capital PLC | May 7, 2015; May 20, 2015 |
| 18-cv-10083 | The Tag Realty Advisors LLC 401K Plan | Matthew Tucci | Syntax GIS | Old Park Lane Capital PLC; Solo Capital Partners LLP | June 11, 2015 |
| 18-cv-10086 | The Throckmorton Advisors 401K Plan | Matthew Tucci | Acupay System LLC | Solo Capital Partners LLP; West Point Derivatives Ltd | May 14, 2015; May 22, 2015 |
| 18-cv-10088 | Acorn Capital Corporation Employee Profit Sharing Plan; and Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan & Trust | Gregory Summers | Acupay System LLC | Solo Capital Partners LLP; ED & F Man Capital Markets Limited | Aug. 20, 2012; Apr. 22, 2013; Jan. 6, 2014; Jan. 21, 2014; Apr. 28, 2014 |
| 18-cv-10090 | Cambridge Way LLC 401K Profit Sharing Plan | Shreepal Shah | Acupay System LLC | ED & F Man Capital Markets Limited | Jan. 6, 2014; Jan. 28, 2014; Mar. 28, 2014; Apr. 28, 2014; May 9, 2014; May 20, 2014; |
| 18-cv-10091 | The Dink 14 LLC 401K Plan | Jonathan Godson | Goal TaxBack Limited | Solo Capital Partners LLP | Apr. 30, 2014; May 7, 2014; May 19, 2014; Sept. 15, 2014 |
| 18-cv-10092 | JML Capital LLC 401K Plan | Roger Lehman | Syntax GIS | Old Park Lane Capital PLC | Nov. 13, 2014 |
| 18-cv-10093 | Natoli Management Pension Plan | Roger Lehman | Syntax GIS | Old Park Lane Capital PLC | Nov. 12, 2014 |

| Case Number | Plan | Authorized Representative | Payment Agent(s) | Broker – Custodian(s) | Claim Submission Dates |
|---|---|---|---|---|---|
| 18-cv-10094 | Nova Fonta Trading LLC 401K Plan | Roger Lehman | Syntax | Old Park Lane Capital PLC | Nov. 12, 2014 |
| 18-cv-10095 | The Skybax LLC 401K Plan | Jonathan Godson | Goal TaxBack Limited | Solo Capital Partners LLP | May 20, 2014; May 21, 2014; Aug. 15, 2014 |
| 18-cv-10096 | The Robin Daniel Pension Plan | Matthew Tucci | Goal TaxBack Limited | West Point Derivatives Ltd | May 7, 2015; May 20, 2015 |
| 18-cv-10098 | The FWC Capital LLC Pension Plan | Roger Lehman | Syntax GIS | Solo Capital Partners LLP; Old Park Lane Capital PLC | Apr. 13, 2015; Apr. 16, 2015; Apr. 23, 2015; Apr. 28, 2015; Apr. 30, 2015; May 15, 2015; May 28, 2015 |
| 18-cv-10099 | The RDL Consulting Group LLC Pension Plan | Roger Lehman | Syntax GIS | Old Park Lane Capital PLC | Apr. 13, 2015; Apr. 27, 2015; Apr. 30, 2015; May 15, 2015 |
| 18-cv-10100 | Newsong Fellowship Church 401(K) Plan | Alexander Jamie Mitchell III | Goal Taxback Limited | ED & F Man Capital Markets Limited | Mar. 26, 2014; Apr. 4, 2014; Apr. 16, 2014; Oct. 6, 2014 |
| 18-cv-10118 | Cole Enterprises USA Retirement PlanTrust | Todd Bergeron | Goal Taxback Limited | Salgado Capital | Apr. 14, 2013; Apr. 17, 2013; Apr. 29, 2013; May 21, 2013; Mar. 26, 2014; Apr. 9, 2014; Apr. 23, 2014; May 27, 2014; Sept. 9, 2014; Dec. 25, 2014; Jan. 6, 2015; Apr. 7, 2015; Apr. 22, 2015; Apr. 29, 2015; May 7, 2015 |
| 18-cv-10119 | Blackrain Pegasus LLC Solo 401K Plan | Doston Bradley | Acupay System LLC | Solo Capital Partners LLP | Jan. 28, 2014; Mar. 31, 2014; Apr. 17, 2014; May 27, 2014; Sept. 4, 2014 |

| Case Number | Plan | Authorized Representative | Payment Agent(s) | Broker – Custodian(s) | Claim Submission Dates |
|---|---|---|---|---|---|
| 18-cv-10122 | Gyos 23 LLC Solo 401K Plan | Doston Bradley | Acupay System LLC | Solo Capital Partners LLP | Jan. 28, 2014; Mar. 20, 2014; Apr. 17, 2014; May 27, 2014; Sept. 4, 2014 |
| 18-cv-10123 | The Oak Tree One 401K Plan | Doston Bradley | Goal Taxback Limited | Telesto Markets LLP | Apr. 28, 2015; May 29, 2015 |
| 18-cv-10124 | The Joanne E. Bradley Solo 401K Plan | Doston Bradley | Acupay System LLC | Solo Capital Partners LLP | Apr. 25, 2014; May 28, 2014; Aug. 19, 2014 |
| 18-cv-10125 | Delgado Fox LLC Solo 401K Plan | Doston Bradley | Acupay System LLC | Solo Capital Partners LLP | Jan. 28, 2014; Mar. 31, 2014; Apr. 28, 2014; May 27, 2014; Sept. 4, 2014 |
| 18-cv-10126 | Pegasus Fox 23 LLC Solo 401K Plan | Doston Bradley | Acupay System LLC | Solo Capital Partners LLP | Jan. 28, 2014; Mar. 20, 2014; Apr. 17, 2014; May 27, 2014; Sept. 4, 2014 |
| 18-cv-10127 | KK Law Firm Retirement Plan Trust | Kevin Kenning | Goal Taxback Limited | ED & F Man Capital Markets Limited; Investec | Feb. 8, 2013; Jan. 21, 2014; Mar. 27, 2014; Apr. 7, 2014; Apr. 9, 2014; Apr. 23, 2014; May 8, 2014; Oct. 6, 2014 |
| 18-cv-10129 | The Valerius LLC Solo 401K Plan | Roger Lehman | Goal Taxback Limited | Solo Capital Partners LLP | Mar. 27, 2014; Mar. 28, 2014; Apr. 8, 2014; Apr. 10, 2014; May 19, 2014; Sept. 15, 2014; Dec. 8, 2014; Dec. 11, 2014 |
| 18-cv-10130 | Tveter LLC Pension Plan | Christopher Nowell | Goal Taxback Limited | ED & F Man Capital Markets Limited | Apr. 16, 2014; May 6, 2014; May 28, 2014; Aug. 14, 2014 |
| 18-cv-10133 | The Sinclair Pension Plan | Roger Lehman | Syntax GIS | West Point Derivatives Ltd | Apr. 13, 2015; Apr. 27, 2015; May 15, 2015 |

| Case Number | Plan | Authorized Representative | Payment Agent(s) | Broker – Custodian(s) | Claim Submission Dates |
|---|---|---|---|---|---|
| 18-cv-10134 | The Green Group Site Pension Plan | Roger Lehman | Syntax GIS | Solo Capital Partners LLP | Apr. 13, 2015; Apr. 16, 2015; Apr. 23, 2015; Apr. 28, 2015; May 15; 2015 |
| 18-cv-10135 | The Mueller Investments Pension Plan | Roger Lehman | Syntax GIS | Solo Capital Partners LLP | Apr. 21, 2015; Apr. 28, 2015; May 15, 2015 |
| 18-cv-10136 | The Bella Consultants Pension Plan | Roger Lehman | Syntax GIS | Telesto Markets LLP | Apr. 13, 2015; Apr. 16, 2015; Apr. 21, 2015; Apr. 23, 2015; Apr. 28, 2015; May 15; 2015 |
| 18-cv-10137 | Blue Ocean Equity LLC Retirement Plan Trust | Kevin Kenning | Goal Taxback Limited | Salgado Capital | Mar. 13, 2013; Mar. 20, 2013; Apr. 4, 2013; Apr. 29, 2013; May 21, 2013; Mar. 26, 2014; Apr. 9, 2014; Apr. 23, 2014; May 27, 2014; Sept. 9, 2014; Dec. 24, 2014; Jan. 6, 2015; Apr. 7, 2015; Apr. 22, 2015; Apr. 29, 2015; May 7, 2015 |

## Schedule B – Defendants

The Bradley London Pension Plan
The DMR Pension Plan
The Houston Rocco LLC 401K Plan
The Proper Pacific LLC 401K Plan
The LBR Capital Pension Plan
The Atlantic DHR 401K Plan
The Star Capital Consulting LLC 401K Plan
The Busby Black 401K Plan
The Canada Rock LLC 401K Plan
The ISDB Pension Plan
The Monin Amper Pension Plan
The NYC Stanismore Pension Plan
The Texas Rocco LLC 401K Plan
Sanford Villa Pension Plan
The Aston Advisors LLC 401K Plan
The Sector 230 LLC 401K Plan
Raubritter LLC Pension Plan
The M2F Wellness LLC 401K Plan
The MPQ Holdings LLC 401K Plan
Sterling Alpha LLC 401(K) Profit Sharing Plan
The TKKJ LLC 401K Plan
NYCATX LLC Solo 401K Plan
Sander Gerber Pension Plan
The Dosmon BLY Pension Plan
The Goldstein Law Group PC 401(K) Profit Sharing Plan
The India Bombay LLC 401K Pension Plan
The Aria Pension Plan
The Belforte Pension Plan
The Bravos Advisors 401K Plan
The Costello Advisors Pension Plan
The Eskin Pension Plan
The Fieldcrest Pension Plan
The Westport Advisors LLC 401K Plan
The Kodiak Capital Pension Plan
The Kyber Pension Plan
The Lerici Capital Pension Plan
The Ludlow Holdings 401K Plan
The Regoleth Pension Plan
The Saba Capital LLC 401K Plan
The West River Pension Plan
The Stark Pension Plan
The Petkov Partners Pension Plan
The Petkov Management LLC 401K Plan
The SVP 401K Plan

The Krabi Holdings LLC 401K Plan
The SPKK LLC 401K Plan
The KASV Group Pension Plan
Del Mar Asset Managment Saving & Retirement Plan
American Investment Group of New York, L.P. Pension Plan
The Cardinal Consulting Pension Plan
The Egret Associates LLC 401K Plan
The Crow Associates Pension Plan
The Heron Advisors Pension Plan
The Hoboken Advisors LLC 401K Plan
The Jayfran Blue Pension Plan
The JT Health Consulting LLC 401K Plan
The Lakeview Advisors 401K Plan
The Osprey Assocs. LLC 401K Plan
The Sandpiper Pension Plan
The Zen Training LLC 401(K) Plan
The Everything Clean LLC 401K Plan
The Jump Group LLC 401K Plan
The Oaks Group Pension Plan
The Wave Maven LLC 401K Plan
The Balmoral Management LLC 401K Pension Plan
The Beech Tree Partners 401K Plan
The Blackbird 401K Plan
The Chambers Property Management, LLC 401K Plan
FiftyEightSixty LLC Solo 401K Plan
The Hawk Group Pension Plan
The Hibiscus Partners LLC 401K Plan
The Maple Advisors LLC 401K Plan
OneZeroFive LLC Solo 401K Plan
The Robin Daniel Pension Plan
The Sea Bright Advisors LLC 401K Plan
The Tag Realty Advisors LLC 401K Plan
The Throckmorton Advisors 401K Plan
Acorn Capital Corporation Employee Profit Sharing Plan
Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan & Trust
Cambridge Way LLC 401K Profit Sharing Plan
The Dink 14 LLC 401K Plan
JML Capital LLC 401K Plan
Natoli Management Pension Plan
Nova Fonta Trading LLC 401K Plan
The Skybax LLC 401K Plan
SRH Farms LLC 401(K) Plan
MGH Farms LLC 401(K) Plan
JSH Farms LLC 401(K) Plan
Triton Farms LLC 401(K) Plan
KRH Farms LLC 401(K) Plan

Tew, LP Retirement Plan
Tew Enterprises, LLC Retirement Plan
Industrial Pensions Group Trust
Casting Pensions Group Trust
SV Holdings, LLC Retirement Plan
Central Technologies Pensions Group Trust
Bluegrass Retirement Group Trust
Bluegrass Investment Management, LLC Retirement Plan
Autoparts Pensions Group Trust
MSJJ Retirement Group Trust
The 78 Yorktown Pension Plan
The Cambridge Town Line Pension Plan
The Diamond Scott Capital Pension Plan
The Hotel Fromance Pension Plan
The Mountain Air LLC 401K Plan
The SKSL LLC Pension Plan
The Snow Hill Pension Plan
The Westridge Ave LLC 401K Plan
The Shapiro Blue Management LLC 401K Plan
The Patrick Partners Conglomerate Pension Plan
CSCC Capital Pension Plan
Aerovane Logistics LLC Roth 401(K) Plan
The Random Holdings 401K Plan
Edgepoint Capital LLC Roth 401(K) Plan
Federated Logistics LLC 401(K) Plan
Headsail Manufacturing LLC Roth 401K Plan
Tveter LLC Pension Plan
The Valerius LLC Solo 401K Plan
Blackrain Pegasus LLC Solo 401K Plan
Gyos 23 LLC Solo 401K Plan
The Oak Tree One 401K Plan
The Joanne E. Bradley Solo 401K Plan
Delgado Fox LLC Solo 401K Plan
Pegasus Fox 23 LLC Solo 401K Plan
DW Construction, Inc. Retirement Plan
Kamco Investments, Inc. Pension Plan
Kamco LP Profit Sharing Pension Plan
Linden Associates Defined Benefit Plan
Moira Associates LLC 401 (K) Plan
Riverside Associates Defined Benefit Plan
The Bella Consultants Pension Plan
The Mueller Investments Pension Plan
The Green Group Site Pension Plan
The Sinclair Pension Plan
Cole Enterprises USA Retirement Plan & Trust
Blue Ocean Equity LLC Retirement Plan & Trust

KK Law Firm Retirement Plan Trust
The FWC Capital LLC Pension Plan
The RDL Consulting Group LLC Pension Plan
Newsong Fellowship Church 401 (K) Plan
Brilho Do Sol LLC Solo 401K Plan
Roxy Ventures LLC Solo 401K Plan
ADG Asset Management Pension Plan
The Caliombia LLC 401K Plan
Desbrosses Trading LLC 401K Plan
Interactive Investments LLC 401K Plan
The Nashdale LLC 401K Plan
SNK Management Pension Plan
The Towerlands Pension Plan
Upton Investments LLC 401K Plan
Aventus Capital LLC Solo 401K Plan
Skyview Advisors LLC 401K Plan
Doston Bradley
Michael Ben-Jacob
Roger Lehman
Adam LaRosa
Mitchell Protass
John C. Doscas
Sean P. Driscoll
Thomas Kertelits
Carl Andrew Vergari
Sheldon Goldstein
Gavin Crescenzo
Svetlin Petkov
David W. Freelove
Stacey Kaminer
Matthew Tucci
John LaChance
Gregory Summers
Shreepal Shah
Vincent Natoli
Bradley Crescenzo
Bluegrass Investment Management, LLC
Bernard Tew
George Hofmeister
Vincent Tew
Andrea Tew
Stephanie Tew
Robert Klugman
Christopher Nowell
Joan Schulman
David Schulman

Todd Bergeron
Kevin Kenning
Alexander Jamie Mitchell III
Rosilene Anderson
Matthew Kibble
Nimit Savani