UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND          18-md-2865 (LAK)
LITIGATION

This paper applies to:      18-cv-10088 (LAK)
------------------------------------x

### PRETRIAL ORDER NO. 26
(*SKAT* Motion to Compel)

LEWIS A. KAPLAN, *District Judge*.

       Defendant Sommers shall file any response to plaintiff's letter motion to compel discovery (Dkt. 639) on or before July 15, 2021. *See* Individual Rules of the undersigned, at 2 (available on court web site).

       SO ORDERED.

Dated:      July 13, 2021

                                                  _____
                                                    Lewis A. Kaplan
                                                United States District Judge