KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007
—
TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 260
WASHINGTON, DC 20001
—
TEL: (202) 875-8000
FAX: (202) 844-3500

July 13, 2021

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **In re:  Customs and Tax Administration of the Kingdom of Denmark (SKAT) Tax Refund Litigation**, 18-MD-2865 (LAK)

Dear Judge Kaplan:

    As the Court is aware, I am co-Lead Counsel in this Multidistrict Litigation, along with Alan Schoenfeld, a partner at Wilmer Cutler Pickering Hale and Dorr LLP.

    In Pretrial Order No. 24 (Dkt. No. 630), this Court set a status conference for September 28, 2021, at 3 p.m.  Because I will be out of the country the week of September 27, 2021, I will not be able to attend a conference on September 28th.  I respectfully request that the Court adjourn the date of the conference to a day convenient to the Court during the week of October 3rd.  Mr. Schoenfeld and I are available any day that week other than Wednesday, October 5th.

    We have notified counsel for all defendants in this MDL of this request for an adjournment, and no counsel has objected.  In addition, Marc Weinstein, on behalf of plaintiff Skatteforvaltningen ("SKAT") does not object to this requested adjournment.

    We thank the Court for its consideration of this request to adjourn the status conference to the week of October 3, 2021, any day other than October 5, 2021.

    Respectfully submitted,

| | |
|---|---|
| */s/ Sharon L. McCarthy* | */s/ Alan E. Schoenfeld* |
| Sharon L. McCarthy | Alan E. Schoenfeld |
| Kostelanetz & Fink LLP | Wilmer Cutler Pickering Hale and Dorr LLP |

Cc:  All counsel of record via ECF.