UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SKAT TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:21-cv-05339-LAK | 18-MD-2865 (LAK)<br><br>ECF Case |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that the deadline for Defendant Michael Ben-Jacob to answer or file a motion in response to the Complaint filed by Plaintiff Skatteforvaltningen in the above-captioned case is hereby extended up to and including September 10, 2021.

No provision of this Stipulation and Order shall be construed as a waiver of, and Defendant expressly reserves, any and all defenses.

This is Defendant's first request for an extension of time to answer or otherwise respond to the Complaint.

Dated: July 13, 2021
New York, New York

                                       Thomas E.L. Dewey
                                       DEWEY PEGNO & KRAMARSKY LLP
                                       777 Third Avenue – 37th Floor
                                       New York, New York 10017
                                       (212) 943-9000
                                       tdewey@dpklaw.com

                                       *Attorneys for Defendant*
                                       *Michael Ben-Jacob*


                                       _/s/ John T. McGoey__
                                        (*e-signed with consent*)

                                       John T. McGoey
                                       HUGHES HUBBARD & REED LLP
                                       One Battery Park Plaza
                                       New York, NY 10004
                                       (212) 837-6000
                                       john.mcgoey@hugheshubbard.com

                                       *Attorneys for Plaintiff*
                                       *Skatteforvaltningen*


SO ORDERED:

_____

Hon. Lewis A. Kaplan
United States District Judge

2