

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

July 15, 2021

BY ECF

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)

Dear Judge Kaplan:

    We write on behalf of Plaintiff Skatteforvaltningen ("SKAT") concerning the Court's Pretrial Order No. 24 ("Order," ECF No. 630), directing the parties to file a joint report on the status of foreign actions related to this case and the extent, if any, to which the foreign actions may impact the schedule in this matter on or before July 16, 2021.

    The parties have exchanged drafts of this status report and respectfully request additional time, until July 21, 2021, to file.

                        Respectfully submitted,

                        /s/ Marc A. Weinstein
                        Marc A. Weinstein

Cc:  All counsel of record (via email)