UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND           18-md-2865 (LAK)
LITIGATION

This paper applies to:   18-cv-10088 (LAK)
------------------------------------x

## PRETRIAL ORDER NO. 27
(*SKAT* Motion to Compel)

LEWIS A. KAPLAN, *District Judge.*

Plaintiff's letter motion to compel defendant Summers and each of his plans[1] to comply with his or its discovery obligations (Dkt 639) is granted in all respects. Without limiting the generality of the foregoing,

(a) On or before July 19, 2021, defendant Summers and each of his plans shall produce all documents within the possession, custody or control of each of them that are responsive to plaintiff's November 2018 document request, including responsive documents from the so-called Chartwell hard drive. As stated in plaintiff's motion, no corporation or other legal entity may refuse to produce documents on Fifth Amendment grounds.

(b) Defendant Summers shall appear for and testify at his deposition on July 26, 2021. He shall answer all questions put to him. The witness shall not be directed or advised not to answer any question except as permitted by Fed. R. Civ. P. 30(c)(2).

SO ORDERED.

Dated:   July 16, 2021

/s/   Lewis A. Kaplan
_____
Lewis A. Kaplan
United States District Judge

---

[1] These are defendants Acorn Capital Corporation Employee Profit Sharing Plan and Acorn Capital Strategies, LLC Employee Pension Profit Sharing Plan and Trust.