# Exhibit E

| | |
|---|---|
| **From:** | Farrell, Gregory <gregory.farrell@hugheshubbard.com> |
| **Sent:** | Thursday, April 22, 2021 12:25 PM |
| **To:** | Nicholas Bahnsen; Pilcer, Julia C; Weinstein, Marc A.; Schoenfeld, Alan E |
| **Cc:** | Sharon McCarthy; Caroline Ciraolo; Zhanna Ziering; Aaron Esman; Dulberg, Andrew S.; Oxford, Neil; Bongiorno, Michael |
| **Subject:** | RE: SKAT's Responses to Interrogatories |

**EXTERNAL SENDER**

Nick,

Defendants' contention interrogatories, re-served on March 18, still are premature. Local Rule 33.3(c) explicitly provides that contention interrogatories may be served "*[a]t the conclusion of other discovery*, and at least 30 days prior to the discovery cut-off." Local Rule 33.3(c) (emphasis added). In keeping with its plain language, "Southern District courts have been generally consistent that the proper understanding of Rule 33 requires contention interrogatories be reserved until after the completion of discovery." *In re Facebook, Inc., IPO*, MDL No. 12-2389, 2016 WL 5080152, at *3 (S.D.N.Y. Jul 7, 2016); *see also id.* ("There is no genuine dispute that, absent exceptional circumstances, Rule 33 firmly reserves service of contention interrogatories until 30 days before the completion of discovery."). Defendants' argument in Alan's March 18 letter that "[p]recisely the opposite is true" and that "it makes no difference that Defendants served their interrogatories more than 30 days before the agreed-to close of discovery" ignores the plain language of the Rule. (Mar. 18 Ltr. 1-2.)

Indeed, in granting in part SKAT's motion for a protective order, the Court explained that Local Rule 33.3(c) "recognizes that parties frequently are not in a position to give full statements of their contentions or the facts upon which they rely to support them until discovery is complete." (ECF No. 572.) The Rule "is intended to preclude expensive jousting" of the sort in which defendants seem determined to engage "over what, prior to the close of other discovery, often can be little more than a party's preliminary view of its position." *Id.* The Court thus struck those of defendants' Rule 30(b)(6) topics that sought the factual basis for SKAT's contentions "without prejudice to" defendants "exploring these questions by interrogatory *at an appropriate time*." *Id.* (emphasis added).

SKAT appreciates that defendants have attempted to serve their contention interrogatories twice already, so there is no need for a third try. As Rule 33.3(c) "anticipates" will occur "in the normal course," SKAT will answer defendants' contention interrogatories "at the very end of the fact discovery period," *i.e.*, on or shortly before June 30, 2021. *Erchonia Corp. v. Bissoon*, No. 07 Civ. 8696 (DLC), 2011 WL 3904600, at *8 (S.D.N.Y. Aug. 26, 2011).

Best,
Greg

**Gregory Farrell** | Associate

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor | New York | NY 10004-1482
Office +1 (212) 837-6037 | Cell +1 (347) 449-0617 | Fax +1 (212) 299-6037
gregory.farrell@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not

disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Nicholas Bahnsen <nbahnsen@kflaw.com>
**Sent:** Wednesday, April 21, 2021 12:06 PM
**To:** Pilcer, Julia C <Julia.Pilcer@wilmerhale.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>
**Cc:** Sharon McCarthy <smccarthy@kflaw.com>; Caroline Ciraolo <cciraolo@kflaw.com>; Zhanna Ziering <zziering@capdale.com>; Aaron Esman <mallison@capdale.com>; Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; Oxford, Neil <neil.oxford@hugheshubbard.com>; Farrell, Gregory <gregory.farrell@hugheshubbard.com>; michael.bongiorno@wilmerhale.com
**Subject:** RE: SKAT's Responses to Interrogatories

**CAUTION: This email was sent by someone outside of the Firm.**

Dear Marc:

Defendants re-served interrogatories on March 18, 2021. Your client's responses were due on April 19, 2021. We have not received responses or a request for any extension of the time to respond. Please provide us with an update today on when we can expect to receive responses.

Best,

Nick

Nicholas S. Bahnsen
Kostelanetz & Fink, LLP
601 New Jersey Avenue, NW, Suite 260
Washington, D.C.  20001
908-399-2420 (direct)
212-808-8108 (fax)
www.kflaw.com

*Temporary Address for U.S. Postal Service Mail:*
P.O. Box 2633
New York, New York 10108-2633



*2021 Best Lawyers Law Firm of the Year (Litigation-Tax)*
*2018 Chambers USA Tax Team of the Year*

 

PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION AND/OR ATTORNEY WORK-PRODUCT

This electronic transmission and any documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and permanently delete this message.

----

**From:** Pilcer, Julia C <Julia.Pilcer@wilmerhale.com>
**Sent:** Thursday, March 18, 2021 4:42 PM
**To:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>
**Cc:** Sharon McCarthy <smccarthy@kflaw.com>; Caroline Ciraolo <cciraolo@kflaw.com>; Nicholas Bahnsen <nbahnsen@kflaw.com>; Zhanna Ziering <zziering@capdale.com>; Aaron Esman <mallison@capdale.com>; Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; Oxford, Neil <neil.oxford@hugheshubbard.com>; Farrell, Gregory <gregory.farrell@hugheshubbard.com>
**Subject:** RE: SKAT's objections to Rule 30(b)(6) notice

Marc,

Please see the attached correspondence and interrogatories.

Best,
Julia

**Julia C. Pilcer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 295 6545 (t)
+1 917 841 8575 (m)
+1 212 230 8888 (f)
julia.pilcer@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>
**Sent:** Friday, March 12, 2021 12:43 PM
**To:** Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>
**Cc:** Sharon McCarthy <smccarthy@kflaw.com>; Caroline Ciraolo <cciraolo@kflaw.com>; Nicholas Bahnsen <nbahnsen@kflaw.com>; Zhanna Ziering <zziering@capdale.com>; Aaron Esman <mallison@capdale.com>; Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; Pilcer, Julia C <Julia.Pilcer@wilmerhale.com>; Oxford, Neil <neil.oxford@hugheshubbard.com>; Farrell, Gregory <gregory.farrell@hugheshubbard.com>
**Subject:** SKAT's objections to Rule 30(b)(6) notice

**EXTERNAL SENDER**

Alan:

Please see the attached letter concerning SKAT's objections to the defendants' Rule 30(b)(6) notice.

Regards,
Marc

**Marc A. Weinstein**  | Partner

Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor |  New York | NY 10004-1482
Office +1 (212) 837-6460 | Cell +1 (646) 537-5750 | Fax +1 (212) 299-6460

marc.weinstein@hugheshubbard.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.