

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

BY ECF

Honorable Lewis A. Kaplan                                          August 25, 2021
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
KaplanNYSDChambers@nysd.uscourts.gov

      Re:    *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)

Dear Judge Kaplan:

      We write on behalf of all parties to respectfully request a one-week extension of time until September 3, 2021, to file the joint reports that the Court directed the parties to submit in paragraphs 4 and 5 of its Pretrial Order No. 24 (ECF No. 630).[1]

      In Pretrial Order No. 24, the Court set a September 28, 2021 status conference and directed the parties to file by August 27, 2021, joint reports (i) addressing proposed approaches for motions for summary judgment or partial summary judgment, and (ii) "identifying cases that are analytically similar with regard to underlying facts." The Court subsequently rescheduled the September 28 status conference for October 5, 2021. (Pretrial Order No. 28, ECF No. 652.) As such, the parties request a corresponding one-week extension of the August 27 deadline to file the joint reports until September 3. This is the parties' first request for an extension of this deadline.

      Respectfully submitted,

      /s/ Marc A. Weinstein
          Marc A. Weinstein

cc:    All counsel of record (via ECF)

---

1. This letter motion for an extension of time relates to all cases.