

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

BY ECF

Honorable Lewis A. Kaplan                                    September 3, 2021
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
KaplanNYSDChambers@nysd.uscourts.gov

      Re:    *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)

Dear Judge Kaplan:

      We write on behalf of all parties to provide to the Court, pursuant to paragraphs 4 and 5 of the Court's June 16, 2021 Pretrial Order No. 24, the parties' jointly submitted report, enclosed herewith as Exhibit 1, setting forth their proposed plans for summary judgment motions and the grouping of cases for such motions.

      Respectfully submitted,

      /s/ Marc A. Weinstein
      Marc A. Weinstein

Enc.

cc:    All counsel of record (via ECF)