UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:     18-cv-09797<br>                                              18-cv-09841 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**THIRD-PARTY PLAINTIFFS DARREN WITTWER AND ROBERT CREMA'S MOTION FOR RECONSIDERATION/CLARIFICATION OF THE COURT'S ORDER GRANTING ED&F MAN'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure and Rule 6.3 of the Local Rules of the United States District Court for the Southern District of New York, Defendants/Third-Party Plaintiffs Darren Wittwer and Robert Crema hereby move this Court for an Order (i) seeking reconsideration/clarification of the Court's Memorandum Opinion granting ED&F Man Capital Markets Ltd.'s ("ED&F") motion to dismiss Wittwer's and Crema's Third-Party Complaints dated October 26, 2021, Dkt. No. 666 (the "October 26 Order"); (ii) vacating the October 26 Order to the extent the order dismissed Wittwer's and Crema's Third-Party Complaints; and (iii) granting such other and further relief as this Court may deem just and proper.

November 9, 2021                              Respectfully submitted,

                                              K&L GATES LLP


                                              */s/ John C. Blessington*
                                              John C. Blessington (*pro hac vice*)
                                               john.blessington@klgates.com
                                              Brandon R. Dillman (*pro hac vice*)
                                               brandon.dillman@klgates.com
                                              Michael R. Creta (*pro hac vice*)
                                               michael.creta@klgates.com
                                              John L. Gavin (*pro hac vice*)
                                               john.gavin@klgates.com
                                              K&L GATES LLP
                                              State Street Financial Center
                                              One Lincoln Street
                                              Boston, MA  02111
                                              T: 617.261.3100
                                              F: 617.261.3175

                                              *Attorneys for Third-Party Plaintiffs Darren Wittwer and Robert Crema*