

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

November 15, 2021

BY ECF

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
KaplanNYSDChambers@nysd.uscourts.gov

      Re:    *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)

Dear Judge Kaplan:

      We write on behalf of all parties to provide the Court, in accordance with the status conference held on October 5, 2021, the parties' proposed Pretrial Order Number 29, enclosed herewith as Exhibit 1, setting forth the schedule for further discovery proceedings and summary judgment proceedings. In Section 2.2 of the proposed Order, the parties have agreed to exchange proposed selections for the bellwether cases at an earlier stage in an effort to reach agreement on those selections.

      Respectfully submitted,

      /s/ Marc A. Weinstein
      Marc A. Weinstein

Enc.

cc:    All counsel of record (via ECF)