**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-04434; 18-cv-04833; 18-cv-07824; 18-cv-07827; 18-cv-07828; 18-cv-07829; 19-cv-01781; 19-cv-01783; 19-cv-01785; 19-cv-01788; 19-cv-01791; 19-cv-01792; 19-cv-01794; 19-cv-01798; 19-cv-01800; 19-cv-01801; 19-cv-01803; 19-cv-01806; 19-cv-01808; 19-cv-01809; 19-cv-01810; 19-cv-01812; 19-cv-01813; 19-cv-01815; 19-cv-01818; 19-cv-01865; 19-cv-01866; 19-cv-01867; 19-cv-01868; 19-cv-01869; 19-cv-01870; 19-cv-01871; 19-cv-01873; 19-cv-01893; 19-cv-01894; 19-cv-01895; 19-cv-01896; 19-cv-01898; 19-cv-01904; 19-cv-01906; 19-cv-01911; 19-cv-01918; 19-cv-01922; 19-cv-01924; 19-cv-01926; 19-cv-01928; 19-cv-01929; 19-cv-01930; 19-cv-01931; 19-cv-10713; 21-cv-05339. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**STIPULATION AND [PROPOSED] ORDER CONCERNING DEPOSITION OF JEROME LHOTE**

Plaintiff Skatteforvaltningen ("SKAT") and the undersigned defendants (collectively, the "Defendants"), by and through their attorneys, hereby stipulate and agree as follows:

**WHEREAS,** on October 5, 2021, the Court held a conference, during which it (i) set a schedule for further proceedings in this multi-district litigation, including a December 4, 2021 fact discovery deadline, and (ii) directed the parties to submit a proposed pretrial order setting forth that schedule;

**WHEREAS,** on November 15, 2021, the parties submitted their Proposed Pretrial Order No. 29 [ECF No. 673], which provides in relevant part that "[a]bsent good cause shown, the time

to depose additional third-party witnesses has expired," and on November 16, 2021, the Court entered the parties' proposed pretrial order [ECF No. 675];

**WHEREAS,** SKAT contends that it has good cause to depose non-party Jerome Lhote as a result of certain specific testimony that Defendant Michael Ben-Jacob provided, after the October 5 conference, at his deposition on October 11 and 12, 2021, and Defendants dispute SKAT's contention;

**NOW THEREFORE,** to resolve their dispute, the parties hereby stipulate and agree as follows:

1. Without prejudice to any right or privilege held by non-party Jerome Lhote, Defendants will not object to any timely subpoena that SKAT may serve seeking a deposition of Mr. Lhote strictly limited to the following topics: (i) whether Mr. Lhote engaged a Danish lawyer to provide, or otherwise obtained, legal advice on whether it was appropriate to treat the pension plans as the beneficial owner for Danish law purposes; (ii) whether Mr. Lhote received any such advice, and if so, the substance of the advice; (iii) whether Mr. Lhote shared any such advice with anyone, including Defendant Michael Ben-Jacob, anyone else at Kaye Scholer LLP, or any of the other Defendants, and (iv) any communications about any such advice.

Dated: New York, New York
November 18, 2021

By: /s/ Alan E. Schoenfeld
    Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
alan.schoenfeld@wilmerhale.com

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Defendants Richard Markowitz, Jocelyn Markowitz, Avanix Management LLC Roth 401(K) Plan, Batavia Capital Pension Plan, Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries LLC Roth 401(K) Plan, RJM Capital Pension Plan, RJM Capital Pension Plan Trust, Routt Capital Pension Plan, and Routt Capital Pension Plan Trust*

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ Sharon L. McCarthy
    Sharon L. McCarthy
KOSTELANETZ & FINK, LLP
7 World Trade Center, 34th Floor
New York, NY 10007
Telephone: (202) 740-6999
smccarthy@kflaw.com

By: /s/ Thomas E.L. Dewey
    Thomas E.L. Dewey
DEWEY PEGNO & KRAMARSKY LLP
777 Third Avenue, 37th Floor
New York, NY 10017
Telephone: (212) 943-9000
tdewey@dpklaw.com

*Counsel for Defendants John van Merkensteijn, Elizabeth van Merkensteijn, Azalea Pension Plan, Bernina Pension Plan, Bernina Pension Plan Trust, Omineca Pension Plan, Omineca Trust, Starfish Capital Management LLC Roth 401(K) Plan, Tarvos Pension Plan, Voojo Productions LLC Roth 401(K) Plan, Michelle Investments Pension Plan, Remece Investments Pension Plan, and Xiphias LLC Pension Plan*

*Counsel for Defendant Michael Ben-Jacob*

SO ORDERED:

_____
    Hon. Lewis A. Kaplan
    United States District Judge

3