# Exhibit 7

# Farrell, Gregory

| | |
|---|---|
| **From:** | Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com> |
| **Sent:** | Wednesday, October 20, 2021 8:32 AM |
| **To:** | McGoey, John |
| **Cc:** | Maguire, Bill; Weinstein, Marc A.; Lichtenstein, Julia P; Schoenfeld, Alan E; Oxford, Neil |
| **Subject:** | RE: SKAT |

**CAUTION: This email was sent by someone outside of the Firm.**

John,

We stand on all of our objections, including but not limited to timeliness and relevance. We also note that in the joint submission filed on July 29, SKAT agreed: "Any disputes as to alleged deficiencies in any party's document production will be raised with the Court by September 15, 2021." SKAT did not raise any issue with Defendants' responses and objections to these document requests—either with Defendants or with the Court—on or before September 15, 2021.

If you would like to discuss this further, please let us know.

Regards,

Drew

**Andrew S. Dulberg | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6352 (t)
+1 617 526 5000 (f)
andrew.dulberg@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** McGoey, John <john.mcgoey@hugheshubbard.com>
**Sent:** Tuesday, October 19, 2021 4:17 PM
**To:** Lichtenstein, Julia P <Julia.Lichtenstein@wilmerhale.com>; Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>
**Cc:** Maguire, Bill <bill.maguire@hugheshubbard.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Oxford, Neil <neil.oxford@hugheshubbard.com>
**Subject:** RE: SKAT

**EXTERNAL SENDER**

Dear counsel,

1

I'm writing regarding your attached Responses and Objections to SKAT's Requests for Production of Documents Related To Dividend-Arbitrage Transactions. Given Judge Kaplan's ruling at the October 5 conference regarding the deadline for fact discovery, can you please let us know if you are withdrawing your timeliness objection to these requests and will be producing documents? Alternately, please let us know if you would like to schedule a meet and confer, or if a motion to compel will be necessary.

Best,
John


**John McGoey** | Counsel

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor | New York | NY 10004-1482
Office +1 (212) 837-6776 | Cell +1 (917) 714-4796 | Fax +1 (212) 299-6776

john.mcgoey@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.


**From:** Lichtenstein, Julia P <Julia.Lichtenstein@wilmerhale.com>
**Sent:** Thursday, July 8, 2021 3:09 PM
**To:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Oxford, Neil <neil.oxford@hugheshubbard.com>; McGoey, John <john.mcgoey@hugheshubbard.com>
**Cc:** Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>
**Subject:** SKAT

**CAUTION: This email was sent by someone outside of the Firm.**

Counsel,

Please see attached responses and objections.

Best,
Julia

**Julia Pilcer Lichtenstein | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 295 6545 (t)
+1 917 841 8575 (m)
+1 212 230 8888 (f)
julia.lichtenstein@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.