# Exhibit 10

| | |
|---|---|
| **From:** | John H. van Merkensteijn, III <jhvm@argremgt.com> |
| **Sent:** | Sunday, March 10, 2013 2:56 PM |
| **To:** | Adam Larosa <alarosa@argremgt.com>; Matthew Stein <mstein@argremgt.com>; Richard Markowitz <rmarkowitz@argremgt.com> |
| **Cc:** | Jérôme LHOTE <jlhote@argremgt.com> |
| **Subject:** | Re: Re Denmark |

ok
I agree

I think the message you send is important and maybe a call is worth having to thank them for trying


John H. van Merkensteijn, III
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, N.Y. 10019
Phone (212) 247-2600
Fax (212) 247-2753
jhvm@argremgt.com

---

**From:** Adam LaRosa <alarosa@argremgt.com>
**Date:** Sunday, March 10, 2013 12:14 PM
**To:** Matthew Stein <mstein@argremgt.com>, Richard Markowitz <rmarkowitz@argremgt.com>
**Cc:** Jerome Lhote <jlhote@argremgt.com>, John van Merkensteijn <jhvm@argremgt.com>
**Subject:** RE: Re Denmark

100%

Adam La Rosa
Director
Argre Management LLC
40 West 57th Street
New York, New York 10019
Tel: 212-247-2600
Mobile: 732-272-4445
Fax: 212-247-2753
e-mail: alarosa@argremgt.com

---

**From:** Matthew Stein
**Sent:** Sunday, March 10, 2013 12:27 PM
**To:** Richard Markowitz
**Cc:** Jérôme LHOTE; John H. van Merkensteijn, III; Adam Larosa
**Subject:** Re: Re Denmark

Highly Confidential                                                                 MPSKAT00222600

I agree.

On Mar 10, 2013, at 12:09 PM, "Richard Markowitz" <rmarkowitz@argremgt.com> wrote:

> Since we didn't think Duet would ever get comfortable getting at risk capital without our new plan having its 6166, Matt and I decided on Friday that we would ask Duet if they could find sellers of the shares who would accept contingent pricing (as well as the Prime Broker going contingent). If so, we would be willing to go out of pocket for some amount (mostly trading costs) ourselves. (We were obviously trying to replicate what we have already done in Denmark with Solo).
>
> We told Duet that we had done this type of contingent pricing in German trades and that we also thought the split with the seller should be 50/50 on the w/h tax. (We also said that the PB would get similar pricing as on Belgium, which is about 4%.) I also told Duet that if we couldn't make this type of structure work we should call it a day on Denmark for now and just stay focused on Belgium.
>
> Duet thought they might be able to secure contingent pricing and here is what they came back with. (The model is attached, but I will summarize it).
>
> Most of everything is contingent, except for 3 dividend points to the seller. Even the PB (E D &F) is contingent. Unfortunately, the pricing shifts a lot of the w/h reclaim away from the long side (us) and to the other parties (PB and Seller).
>
> Of the 27% withholding (or dividend points), 12 go to the short seller (9 contingent and 3 non-contingent); 7 go to the PB (all contingent). What is left is 8 and that gets split with Duet on our "normal" deal with 2/3 going to us and 1/3 to them. (Our deal with Solo has 9 going to Seller, 9 going to Solo as PB and 9 going to us.)
>
> As indicated in Aneil's email, our at risk capital is about EUR 700,000 and we could make a little over EUR 1.1 mm. (I'm not sure how we could even fund the EUR700,000 in a plan of ours that is new, given the prohibited transaction rules.)
>
> While they seem to have been somewhat responsive to our request, I do not think the pricing is fair or worth it for us to pursue, especially since the model has the last 2 trades doing a large volume and putting in reclaims of EUR 2 mm and EUR 1.7 mm for these stocks (whereas we are keeping reclaims below EUR 1 mm for any Danish stock with Solo).
>
> I think we have gone round and round on this (Denmark) with Duet long enough and we should kill it with them. We will, of course, thank them for the effort and for their ability to find contingent pricing, but in the end, tell them that we aren't comfortable with the risk/return trade off.
>
> I anyone thinks otherwise, please weigh in. I would like to get back to Aneil today.
>
> Thanks
>
> - - - - - - - - - - - - - - - - - - - - - - - -
>
> Richard Markowitz
> *Managing Director*

Highly Confidential MPSKAT00222601

Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:
(212) 247-2600
Fax:
(212) 247-2753
Mobile:
(917) 848-5675

**From:** Aneil Anand <aanand@duetgroup.net>
**Date:** Sunday, March 10, 2013 4:08 AM
**To:** RICHARD MARKOWITZ <rmarkowitz@argremgt.com>
**Cc:** globalequity <globalequity@duetgroup.net>
**Subject:** Re Denmark

Richard

Following on from our discussion on Friday, please see attached a schedule relating to Denmark. I think I have a good chance of securing the arrangement reflected in the sheet. In a nut shell your max downside will be €710k if no reclaim is received. Your upside will be approx. €1.15mm (which is approx. 162% return). On balance the risk / return hopefully looks more attractive.

If you are free for a 15min call today so I can walk you through it let me know. I would prefer to discuss today if possible as it will give me the whole day tomorrow to work on things in terms of getting agreement on the arrangement with the PB and liquidity.

Kind Regards

**Aneil Anand**

<image004.png> <image005.jpg>

**Duet MENA Limited**
Office 10, Level 4, Al Fattan Currency House
DIFC
P.O. Box 482011
Dubai
UAE

T:  +971 (0) 4 237 9202
F:  +971 (0) 4 237 9300
M: +971 (0) 50 557 4886
     +44 7919 164 711

E: aanand@duetgroup.net

*******************************************************************
DUET ASSET MANAGEMENT LIMITED is authorised and regulated by the Financial Services Authority
*******************************************************************

Highly Confidential                                                                                                          MPSKAT00222602

Internet communications cannot be guaranteed to be confidential, secure or error-free as information could be intercepted, corrupted, lost, arrive late or contain viruses. The sender therefore does not accept liability for any errors or omissions in the context of this message which arise as a result of Internet transmission.

Unless otherwise stipulated herein, any opinions contained in this message are those of the author and are not given or endorsed by the company through which this message is sent.

Nothing in this message or in its attachments should be construed as a solicitation or offer, or recommendation, to acquire or dispose of any investment or to engage in any other transaction.

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

<image002.png>

<image004.png>

<image005.jpg>

<Argre Denmark (contingent schedule).xlsx>

Highly Confidential
MPSKAT00222603