# Exhibit 9

CONFIDENTIAL
John Van Merkensteijn - April 19, 2021

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2               CASE NO.  18-MD-2865 (LAK)

 3    _____
                                            )
 4    IN RE:                                )
                                            )
 5    CUSTOMS AND TAX ADMINISTRATION OF     )
      THE KINGDOM OF DENMARK                )
 6    (SKATTEFORVALTNINGEN) TAX REFUND      )
      SCHEME LITIGATION                     )
 7                                          )
      This document relates to case nos.    )
 8    19-cv-01783; 19-cv-01788; 19-cv-01794;)
      19-cv-01798; 19-cv-01918              )
 9    _____)

10

11

12            C O N F I D E N T I A L

13

14

15     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                   EXAMINATION OF

17                JOHN VAN MERKENSTEIJN

18                DATE: April 19, 2021

19

20

21

22

23

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
John Van Merkensteijn - April 19, 2021

Page 2

1           TRANSCRIPT of the videotaped deposition
2      of the witness, called for Oral Examination in the
3      above-captioned matter, said deposition being taken
4      by and before MICHAEL FRIEDMAN, a Notary Public and
5      Certified Court Reporter of the State of New Jersey,
6      via WEBEX, ALL PARTIES REMOTE, on April 19, 2021,
7      commencing at approximately 10:32 in the morning.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1    J O H N   V A N   M E R K E N S T E I J N,

2          called as a witness, having been first

3    duly sworn according to law, testifies as follows:

4

5

6    EXAMINATION BY MR. WEINSTEIN:

7        Q    Okay.  Sir, my name the Marc

8    Weinstein.  I'm with the firm of Hughes,

9    Hubbard & Reed, LLP.  We represent the

10   plaintiff SKAT in this deposition.  I will be

11   asking you the questions throughout the day.

12           Can you start by just telling us

13   how you pronounce your last name?

14       A    Van Merkensteijn.

15       Q    Okay.  Well, I now have no excuses

16   if I get it wrong.

17       A    Okay.

18       Q    Okay.  Mr. Van Merkensteijn, during

19   the day, as you can tell, we have a court

20   reporter --

21       A    I'm hearing a lot of echo or static

22   or something.

23           THE VIDEOGRAPHER:  Stand by.  The

24       time is 10:34 a.m. and we're going off

25       the record.

```
 1       A     Well, I assume so.
 2       Q     Yeah.  6,250,000 shares?
 3       A     Before I say yes, let me look.
 4             (Witness reviewing.)
 5             Okay.  Yes.
 6       Q     Did you have any understanding as
 7   to how stock loan transactions were a part of
 8   the strategy?
 9       A     It would have been a method of
10   borrowing money to pay for the shares.
11       Q     Okay.  So earlier, when you
12   referred to borrowing money, it's through
13   this kind of transaction?
14       A     However they wanted to do it.  But
15   this is one way to borrow against the stock.
16       Q     Right.  And were you aware that in
17   each case in which one of the pension plans
18   purchased stock, it made a stock lending
19   transaction for the same amount?
20       A     I mean, more or less, yeah.
21       Q     The counterparty in the trade is
22   Aquila (Cayman)?
23       A     Where -- oh, yeah.  Okay.
24             I see that.
25       Q     Are you familiar with an entity
```

1    called Aquila (Cayman)?
2         A    No, sir.
3         Q    All right.  And prior to the
4    Xiphias plan having entered into stock
5    lending deals with that entity, did you have
6    any knowledge of what it was?
7         A    No, I have no knowledge.
8         Q    Do you know who introduced that
9    entity into the transaction?
10        A    I don't know, no.
11        Q    All right.  Was it your
12   understanding that Solo Capital was bringing
13   in the various counterparties?
14        A    Yes, sir.
15        Q    Okay.  So here we saw a purchase of
16   future and a stock loan for the TDC stock.
17            Was it your understanding that Solo
18   arranged to have those various counterparties
19   involved?
20        A    Yes.  Solo, for us, was one-stop
21   shopping.  They provided each of the parties
22   that we needed to do the transaction.
23        Q    Okay.  With respect to the purchase
24   of the stock, at the time, did you have any
25   understanding of any arrangement that had

1      Q    We can hear you now.
2           Can you hear me?
3      A    Yes.  Now I hear you through my
4   headset.
5           MS. MCCARTHY:  And we hear you
6      well.
7      A    And I have a circle going around
8   and around and around.  There we go.  Okay.
9           I don't know why it decided to do
10  that.
11          So where were we?
12          MR. WEINSTEIN:  Mike, maybe you
13     could read the last question and the
14     beginning of the answer?
15          (Whereupon the record was read back
16     by the reporter.)
17     A    So I was responding to your earlier
18  question where I said, "Did I do any due
19  diligence on any of these parties?"  And I
20  remember there was one that I did go visit
21  the office and meet the people.
22     Q    Which one was that?
23     A    That was called Old Park Lane.
24     Q    Okay.  Is it fair to say that with
25  respect to a stock lending counterparty like

CONFIDENTIAL
John Van Merkensteijn - April 19, 2021

Page 81

```
1    Aquila (Cayman), that you were not familiar
2    with the financial condition of the entity?
3         A    Correct.
4         Q    All right.  You would not know
5    where Aquila (Cayman) would get the money to
6    provide the financing for the plan's
7    purchase.
8              Is that right?
9         A    No.  I didn't know anything about
10   Aquila.
11        Q    Can you turn to Exhibit 2275?
12             MR. WEINSTEIN:  Mark this as 2275.
13             (Whereupon the above mentioned was
14        marked for Identification.)
15        A    (Witness reviewing.)
16        Q    So the first page of Exhibit 2275
17   is a cover letter from Acupay to SKAT
18   attaching a reclaim application for the
19   Xiphias Pension Plan.
20             Do you see that?
21        A    I see that.
22        Q    All right.  Were you aware that
23   after the Xiphias plan made purchases of
24   Danish securities, that Acupay would file
25   reclaim applications to SKAT for refunds?
```

1   know, split the profits and try to get as
2   close to a third, a third, a third, as we
3   discussed.
4           But at one point or another, either
5   Rob took the leading role or Rich took the
6   leading role.
7       Q    And regardless of who took the
8   leading role at any point in time, were the
9   same activities executed on behalf of all the
10  plans?
11          MS. MCCARTHY:  Objection to form.
12      A    I don't know.
13      Q    Okay.  All right.  I'm going to
14  just -- rather than going through a bunch of
15  documents, I'm going to list a number of
16  stock lending counterparties with which the
17  Voojo plan onboarded.
18          And just let me know if you've had
19  heard of any of them prior to being involved
20  with the Voojo plan.
21          Neoteric?
22      A    No.
23      Q    Colbrook?
24      A    No.
25      Q    Gnosis?

1      A     No.
2      Q     Philo Capital?  That's P-H-I-L-O?
3      A     No.
4      Q     Treehurst?
5      A     No.
6      Q     Equal Services?
7      A     What?
8      Q     Equal Services?
9      A     Equal?  No.
10     Q     Diverse Vision?
11     A     No.
12     Q     Fintech Consultancy?
13     A     No.
14     Q     Trance Services?
15     A     No.
16     Q     Prince Solutions?
17     A     No.
18     Q     TechEvolve?
19     A     No.
20     Q     And Principal Markets?
21     A     No.
22     Q     Okay.  And do you know if anyone on
23     behalf of the group performed any due
24     diligence with respect to these potential
25     stock lending counterparties prior to

CONFIDENTIAL
John Van Merkensteijn - April 19, 2021

Page 218

1    onboarding?
2         A    I don't know.
3         Q    Can you turn, please, to
4    Exhibit 2206?
5              MR. WEINSTEIN:  Mark this as 2206.
6              (Whereupon the above mentioned was
7         marked for Identification.)
8         A    The books are getting heavier.
9    Okay.
10        Q    This is an e-mail from Mr. LaRosa
11   in February of 2014.  This says, "Folks,
12   seems that Solo wants us to trade with a
13   forward instead of futures going forward.
14   Please see the language below that they wish
15   me to send out to Amalthea, who will be
16   providing that service."
17             Were you part of any discussions in
18   which -- that you learned that Solo wanted to
19   switch from using futures to forwards?
20        A    No, I was not.
21        Q    Did you have an understanding as to
22   why that switch was made?
23        A    I don't know why Solo wanted us to
24   change that.
25        Q    Did you know if Solo was getting

Confidential - Subject to The Protective Order
John Van Merkensteijn - April 20, 2021

Page 275

1               We can figure it out, but.
2         Q     What statements would you look at
3    in order to figure that all out?
4         A     I had an accountant, and gave him
5    all the information, and asked him to
6    organize some kind of books so that we could
7    keep track of what happened.
8         Q     Is that Ron Carlen at Citrin
9    Cooperman?
10        A     Yes.
11        Q     Do you have a ballpark sense of how
12   much money you and your plans earned from the
13   participation in dividend arbitrage trading
14   in Denmark?
15        A     I have a ballpark figure that could
16   be right or wrong, but somebody asked me that
17   the other day.  I would guess in excess of
18   35 million or so.
19              Maybe that includes Belgium, I
20   don't know.  That's just a number that I have
21   in my head.
22        Q     Would the large majority of your
23   profits come from Denmark?
24        A     The majority comes from Denmark.
25        Q     Do you have a sense overall of the