**Exhibit 7**

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              MASTER DOCKET 18-MD-2865(LAK)
                   CASE NO. 18-CV-09797
 3
    _____
 4                                         )
    IN RE:                                 )
 5                                         )
    CUSTOMS AND TAX ADMINISTRATION OF      )
 6  THE KINGDOM OF DENMARK                 )
    (SKATTEFORVALTNINGEN) TAX REFUND       )
 7  SCHEME LITIGATION                      )
                                           )
 8  _____)

 9

10

11
            ************************************
12          *                                  *
            *           CONFIDENTIAL           *
13          *                                  *
            ************************************
14

15

16

17    REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

18                  EXAMINATION OF

19            CHRISTIAN EKSTRAND - VOLUME I

20                 DATE: May 6, 2021

21

22

23

24

25     REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

Page 11

1            VIDEO OPERATOR:  We are now on
2    record.  This is the remote video recorded
3    deposition of Christian Ekstrand.
4            Today is Thursday, May 6, 2020.
5    The time is now 6:02 a.m. New York time.
6            We are here in the matter of In Re
7    Custom and Tax Administration of the Kingdom
8    of Denmark, et al.  All counsel have been
9    noted on record.
10           My name is Jose Rivera, remote
11   video technician on behalf of Gregory Edwards
12   LLC.
13           At this time, will the reporter,
14   Charlene Friedman, on behalf of Gregory
15   Edwards LLC, please swear in the interpreter.
16
17   I N G D R  G R E G E R S E N,
18           Called as the official interpreter in
19   this action, was duly sworn to faithfully translate
20   the questions to the witness from English to
21   Danish, and the answers from Danish to English.
22
23   C H R I S T I A N  E K S T R A N D,
24           called as a witness, having been first duly sworn
25   according to law, testifies as follows:

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

Page 49

```
 1        Q    A reviewer would check that that
 2   space was filled in, correct?
 3        A    Yes.
 4        Q    Did they do anything else with
 5   respect to that field?
 6             MR. WEINSTEIN:  Objection to form.
 7        A    No -- well, because they checked
 8   whether the name is the same as the names
 9   stated in the dividend credit advice.
10             But that's all they checked.
11        Q    Did the reviewer do anything to
12   independently verify the accuracy of the
13   statement that a particular named party was
14   the beneficial owner?
15             MR. WEINSTEIN:  Objection to form.
16        A    No.  The beneficial owner declares
17   that he's the owner, and the instruction from
18   the custodian that is from a third party
19   stating that the person is the beneficial
20   owner.
21        Q    What definition of "beneficial
22   owner" was applied by SKAT to determine
23   ownership for these purposes?
24        A    That would be the beneficial owner
25   of the dividend that has the right to the
```

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

Page 50

```
1    dividend, and you could not hold the shares
2    for anybody else, for any other party.
3              That's as I understood what it
4    meant.
5         Q    Do you know that's what Sven
6    Neilsen -- do you know whether that's what
7    Sven Neilsen and Mr. Cramer understood the
8    definition of "beneficial ownership" was for
9    the period 2012 to 2015?
10        A    It's difficult for me to answer
11   that, but it's the general understanding in
12   the Danish tax agency.
13        Q    Was that definition written down in
14   any document, or policy, or procedure, for
15   purposes of withholding dividend tax refund
16   applications?
17        A    Well, it's in our legal guidelines
18   that stated what we considered to be the
19   beneficial owner.  And it's also -- as far as
20   I know, it's stated in the double taxation
21   treaty.
22             But if you want to do more
23   investigation into the concept of "beneficial
24   owner," you probably need a legal expert.
25        Q    What I'm interested in is knowing
```