**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF<br>THE KINGDOM OF DENMARK<br>(SKATTEFORVALTNINGEN) TAX REFUND<br>SCHEME LITIGATION<br><br>This document relates to: All Cases | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**STIPULATION AND [PROPOSED] ORDER**
**EXTENDING TIME TO RESPOND TO LETTER MOTION FOR PROTECTIVE**
**ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for the parties that the current November 30, 2021 deadline for defendants to respond to the letter

motion for protective order dated November 24, 2021 ("Letter Motion") (ECF No. 679) is hereby

extended for one (1) day up to and including December 1, 2021.

This is the defendants' first request to modify the time to respond to the Letter Motion.


Dated:  New York, New York
        November 24, 2021


By:   /s/ Sharon L. McCarthy              By:   /s/ Marc A. Weinstein
      Sharon L. McCarthy                        (*e-signed with consent*)
    KOSTELANETZ & FINK LLP                      Marc A. Weinstein
    7 World Trade Center                      HUGHES HUBBARD & REED LLP
    New York, NY  10007                        One Battery Park Plaza
    Telephone: (212) 808-8100                  New York, NY  10004
    smccarthy@kflaw.com                        Telephone: (212) 837-6000
                                               Fax: (212) 422-4726
    *Lead Counsel for Defendants*              marc.weinstein@hugheshubbard.com

                                               *Counsel for Plaintiff Skatteforvaltningen*
                                               *(Customs and Tax Administration of the*
                                               *Kingdom of Denmark)*

2

SO ORDERED:

_____

Hon. Lewis A. Kaplan
United States District Judge

2