UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: All Cases

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/21
```

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND [PROPOSED] ORDER
## EXTENDING TIME TO RESPOND TO LETTER MOTION FOR PROTECTIVE ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the current November 30, 2021 deadline for defendants to respond to the letter motion for protective order dated November 24, 2021 ("Letter Motion") (ECF No. 679) is hereby extended for one (1) day up to and including December 1, 2021.

This is the defendants' first request to modify the time to respond to the Letter Motion.

Dated: New York, New York
November 24, 2021

By: /s/ Sharon L. McCarthy
Sharon L. McCarthy
KOSTELANETZ & FINK LLP
7 World Trade Center
New York, NY 10007
Telephone: (212) 808-8100
smccarthy@kflaw.com

*Lead Counsel for Defendants*

By: /s/ Marc A. Weinstein
(*e-signed with consent*)
Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

[Signature]
11/29/21