**Hughes Hubbard & Reed**



Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

BY EMAIL

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
KaplanNYSDChambers@nysd.uscourts.gov

November 30, 2021

Re: *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)

Dear Judge Kaplan:

We write on behalf of the parties to update the Court on the November 24, 2021 letter motion for a protective order filed by plaintiff Skatteforvaltningen ("SKAT") requesting that the Court forbid defendants from taking the deposition of Christian Ekstrand for a second time. (ECF No. 679.) On November 30, 2021, lead counsel for defendants informed SKAT that they do not oppose SKAT's motion for a protective order and are no longer seeking to depose Mr. Ekstrand.[1] Accordingly, SKAT's motion is now moot.

Respectfully submitted,

/s/ Marc A. Weinstein
Marc A. Weinstein

cc: (via email, with attachment)
Alan Schoenfeld, Esq. (co-lead counsel for defendants)
Sharon McCarthy, Esq. (co-lead counsel for defendants)

---

1. On November 29, 2021, the Court so ordered the parties' stipulation extending defendants' deadline to oppose the motion until December 1, 2021. (ECF No. 681.)

*Motion denied as moot*

SO ORDERED
12/1/21
LEWIS A. KAPLAN, USDJ