UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-09434 (LAK); 1:18-cv-09439 (LAK); 1:18-cv-09489 (LAK); 1:18-cv-09490 (LAK); 1:18-cv-09491 (LAK); 1:18-cv-09492 (LAK); 1:18-cv-09494 (LAK); 1:18-cv-09497 (LAK); 1:18-cv-09498 (LAK); 1:18-cv-09505 (LAK); 1:18-cv-09507 (LAK); 1:18-cv-09511 (LAK); 1:18-cv-09515 (LAK); 1:18-cv-09549 (LAK); 1:18-cv-09552 (LAK). | 18-MD-2865 (LAK)<br><br>ECF Case |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Mark J. Hyland, Esq., Mark J. Hyland, Esq., and Thomas Ross Hooper, Esq., of Seward & Kissel LLP and Philip W. Collier, Esq., of Stites & Harbison PLLC will move this Court, before the Honorable Lewis A. Kaplan, Courtroom 21B, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel, and to have Frederick R. Bentley, III, Esq. and John W. Pollom, Esq., formerly of Stites & Harbison PLLC, withdrawn as counsel, and no longer send them docketing notifications via the ECF system for Defendant Bernard Tew.

PLEASE TAKE FURTHER NOTICE that Defendant Bernard Tew will represent himself *pro se* in this action.

None of the withdrawing counsel are retaining or charging a lien.

New York, New York
December 1, 2021

                                              SEWARD & KISSEL LLP

                                              s/ Mark J. Hyland
                                              By: Mark J. Hyland
                                              One Battery Park Plaza
                                              New York, New York 10004
                                              (212) 574-1541
                                              hyland@sewkis.com
                                              *Attorneys for Defendant Bernard Tew*

STITES & HARBISON PLLC
Philip W. Collier
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3400

SK 29893 0001 9073821