UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-09434 (LAK); 1:18-cv-09439 (LAK); 1:18-cv-09489 (LAK); 1:18-cv-09490 (LAK); 1:18-cv-09491 (LAK); 1:18-cv-09492 (LAK); 1:18-cv-09494 (LAK); 1:18-cv-09497 (LAK); 1:18-cv-09498 (LAK); 1:18-cv-09505 (LAK); 1:18-cv-09507 (LAK); 1:18-cv-09511 (LAK); 1:18-cv-09515 (LAK); 1:18-cv-09549 (LAK); 1:18-cv-09552 (LAK). | 18-MD-2865 (LAK)<br><br>ECF Case |

### DECLARATION OF MARK J. HYLAND, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Mark J. Hyland, Esq., pursuant to 28 U.S.C. § 1746, and subject to the penalty of perjury, declares that the following is true and correct:

1.  I am Senior Counsel to the firm of Seward & Kissel LLP, and Thomas Ross Hooper is Counsel to Seward & Kissel LLP. Mr. Hooper and I are counsel of record for defendant Bernard Tew in this action. Defendant Bernard Tew retained Frederick R. Bentley, III, John W. Pollom, and Philip W. Collier of Stites & Harbison PLLC (together with Seward & Kissel LLP, "Counsel for Tew") as Kentucky counsel in this action. I understand that Mr. Bentley and Mr. Pollom are no longer with the firm of Stites & Harbison PLLC. I make this declaration in support of Counsel for Tew's motion to withdraw as counsel for defendant Bernard Tew.

2.  On August 7, 2020, defendant Bernard Tew filed a notice of bankruptcy filing and automatic stay as a result of a voluntary petition for relief under chapter 11 of title 11

2

of the United States Code filed by the debtors, including defendant Bernard Tew, on July 23, 2020 in the United States Bankruptcy Court for the Eastern District of Kentucky (the "Bankruptcy Court"), Case No. 20- 51078.

3. On October 4, 2021, the Bankruptcy Court entered an Order confirming debtors' Second Amended Plan of Reorganization (Case No. 20- 51078; ECF No. 262), which among other things, confirmed the approval of a resolution of claims between defendant Bernard Tew and plaintiff Skatteforvaltningen ("SKAT") (Case No. 20- 51078; ECF No. 232).

4. Defendant Bernard Tew has elected to proceed *pro se* in this action.  (*See* Exhibit A.)

WHEREFORE, I respectfully request that Counsel for Tew's motion be granted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 1, 2021

s/ Mark J. Hyland<br>Mark J. Hyland

SK 29893 0001 9073818