# Hooper, Ross

| | |
|---|---|
| **From:** | Bernie Tew <drtew@earthlink.net> |
| **Sent:** | Wednesday, December 1, 2021 2:18 PM |
| **To:** | Hyland, Mark J. |
| **Cc:** | Hooper, Ross; 'Dean Langdon' |
| **Subject:** | [EXTERNAL] RE: Representation |

**\*\*\*\*\*EXTERNAL SENDER\*\*\*\*\* USE CAUTION WHEN OPENING ATTACHMENTS, CLICKING LINKS OR RESPONDING TO THIS EMAIL.**

Hi Mark,

I intend to proceed pro se in the SKAT action.

Bernie

**From:** Hyland, Mark J. [mailto:hyland@sewkis.com]
**Sent:** Wednesday, December 01, 2021 11:55 AM
**To:** drtew@earthlink.net
**Cc:** Hooper, Ross; Dean Langdon
**Subject:** Representation

Bernie,
   Can you send us an email confirming that you intend to proceed pro se in the SKAT action ?  Thank you.

Mark

---

**Mark J. Hyland**
*Senior Counsel*

Tel: (212) 574-1541
Email: hyland@sewkis.com
**ESTABLISHED 1890**

**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Fax: (212) 480-8421
Web: www.sewkis.com

**Confidentiality Notice**: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify Seward & Kissel LLP by return e-mail and destroy the original message and all copies thereof.