**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-09434 (LAK); 1:18-cv-09439 (LAK); 1:18-cv-09489 (LAK); 1:18-cv-09490 (LAK); 1:18-cv-09491 (LAK); 1:18-cv-09492 (LAK); 1:18-cv-09494 (LAK); 1:18-cv-09497 (LAK); 1:18-cv-09498 (LAK); 1:18-cv-09505 (LAK); 1:18-cv-09507 (LAK); 1:18-cv-09511 (LAK); 1:18-cv-09515 (LAK); 1:18-cv-09549 (LAK); 1:18-cv-09552 (LAK). | 18-MD-2865 (LAK)<br><br>ECF Case |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of December, 2001, the Notion of Motion to Withdraw as Counsel, the Declaration of Mark J. Hyland in Support of Motion to Withdraw as Counsel, and the Proposed Order, filed through the ECF system, were electronically sent to the registered participants as identified on the Notice of Electronic Filing.

Further, on the 1st day of December, 2021, copies of the documents were also served by email and by Federal Express, Standard Overnight Delivery on Defendant Bernard Tew at:

| | |
|---|---|
| Bernard Tew<br>910 Aiken Road<br>Versailles, KY 40383<br>drtew@earthlink.net | Dean A. Langdon, Esq.<br>DelCotto Law Group PLLC<br>200 North Upper Street<br>Lexington, Kentucky 40507<br>dlangdon@dlgfirm.com |

New York, New York
December 1, 2021

                                                s/ Mark J. Hyland
                                                Mark J. Hyland

SK 29893 0001 9073925