**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION

This document relates to all cases.

---

MASTER DOCKET

18-md-2865 (LAK)

### PLAINTIFF SKATTEFORVALTNINGEN'S RULE 44.1 NOTICE OF INTENTION TO RAISE AN ISSUE OF FOREIGN LAW

PLEASE TAKE NOTICE that, in accordance with Federal Rule of Civil Procedure 44.1, plaintiff Skatteforvaltningen hereby gives notice that it intends to raise an issue about the (i) applicability of Danish law to its fraud, aiding and abetting fraud, and negligent misrepresentation claims and remedies in these actions; (ii) applicability of Danish law to any of its other claims or remedies in these actions, or any issues arising therefrom, in the event of a conflict between the law of Denmark and the law of the forum with respect to any particular claim, remedy or issue; (iii) applicability of Danish law to any defense to its claims, or any issues arising therefrom, in the event of a conflict between the law of Denmark and the law of the forum with respect to any particular defense or issue; and (iv) applicability of English law to certain agreements between ED&F Man Capital Markets Ltd. and the defendant pension plans that used ED&F as a custodian.[1]

---

1. The defendant pension plans that used ED&F as a custodian are American Investment Group of New York, L.P. Pension Plan; DW Construction, Inc. Retirement Plan; Goldstein Law Group PC 401(k) Profit Sharing Plan; Kamco Investments, Inc. Pension Plan; Kamco LP Profit Sharing Plan; Newsong Fellowship Church 401(k) Plan; Linden Associates Defined Benefits Plan; Riverside Associates Defined Benefits Plan; Moira Associates LLC 401(k) Plan; Autoparts Pensions Group Trust; Bluegrass Retirement Group Trust; Casting Pensions Group Trust; Central Technologies Pensions Group Trust; Industrial Pensions Group Trust; MSJJ Retirement Group Trust; Bluegrass Investment Management, LLC Retirement Plan; SV Holdings, LLC Retirement Plan; Tew Enterprises, LLC Retirement Plan; Tew, LP Retirement Plan; JSH Farms LLC 401(k) Plan; KRH Farms LLC

Dated: New York, New York
December 3, 2021

                                      HUGHES HUBBARD & REED LLP

                                      By: /s/ Marc A. Weinstein
                                           William R. Maguire
                                           Marc A. Weinstein
                                           Neil J. Oxford
                                      One Battery Park Plaza
                                      New York, New York 10004-1482
                                      Telephone: (212) 837-6000
                                      Fax: (212) 422-4726
                                      bill.maguire@hugheshubbard.com
                                      marc.weinstein@hugheshubbard.com
                                      neil.oxford@hugheshubbard.com

                                      *Counsel for Plaintiff Skatteforvaltningen*
                                      *(Customs and Tax Administration of the*
                                      *Kingdom of Denmark)*

---

    401(k) Plan; MGH Farms LLC 401(k) Plan; SRH Farms LLC 401(k) Plan; Triton Farms LLC 401(k) Plan; Del Mar Asset Management Saving & Retirement Plan; Federated Logistics LLC 401(K) Plan; Acorn Capital Corporation Employee Profit Sharing Plan; Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan; Sterling Alpha LLC 401(k) Profit Sharing Plan; Cambridge Way LLC 401k Profit Sharing Plan; and KK Law Firm Retirement Plan Trust.