UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to all cases listed in Appendix A. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## NOTICE OF MOTION TO APPROVE ALTERNATIVE SERVICE OF SUBPOENAS TO TESTIFY

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and Declaration of John T. McGoey dated December 3, 2021 and exhibits annexed thereto, Plaintiff Skatteforvaltningen ("SKAT"), which is the Customs and Tax Administration of the Kingdom of Denmark, by and through its undersigned counsel, hereby submits this Motion to Approve Alternative Service of Federal Rule of Civil Procedure 45 subpoenas to testify on non-parties Matthew Cooper and Ira Reibeisen by certified mail, email, Facebook and LinkedIn, and to extend the December 3, 2021 fact discovery deadline solely with respect to SKAT's depositions of Matthew Cooper and Ira Reibeisen.

Dated: New York, New York
December 3, 2021

                              HUGHES HUBBARD & REED LLP

                          By: /s/ Marc A. Weinstein
                              Marc A. Weinstein
                              William R. Maguire
                              Neil J. Oxford
                              Dustin P. Smith
                          One Battery Park Plaza
                          New York, New York 10004-1482
                          Telephone: (212) 837-6000
                          Fax: (212) 422-4726
                          marc.weinstein@hugheshubbard.com
                          bill.maguire@hugheshubbard.com
                          neil.oxford@hugheshubbard.com
                          dustin.smith@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

## Appendix A

1:18-cv-04434-LAK
1:18-cv-07824-LAK
1:18-cv-07827-LAK
1:18-cv-07828-LAK
1:18-cv-07829-LAK
1:19-cv-01781-LAK
1:19-cv-01783-LAK
1:19-cv-01785-LAK
1:19-cv-01788-LAK
1:19-cv-01791-LAK
1:19-cv-01792-LAK
1:19-cv-01794-LAK
1:19-cv-01798-LAK
1:19-cv-01800-LAK
1:19-cv-01801-LAK
1:19-cv-01803-LAK
1:19-cv-01806-LAK
1:19-cv-01808-LAK
1:19-cv-01809-LAK
1:19-cv-01810-LAK
1:19-cv-01812-LAK
1:19-cv-01813-LAK
1:19-cv-01815-LAK
1:19-cv-01818-LAK
1:19-cv-01866-LAK
1:19-cv-01867-LAK
1:19-cv-01868-LAK
1:19-cv-01869-LAK
1:19-cv-01870-LAK
1:19-cv-01871-LAK
1:19-cv-01873-LAK
1:19-cv-01894-LAK
1:19-cv-01896-LAK
1:19-cv-01918-LAK
1:19-cv-01922-LAK
1:19-cv-01926-LAK
1:19-cv-01928-LAK
1:19-cv-01929-LAK
1:19-cv-01931-LAK