# Exhibit A

United States District Court
Southern District of New York

In RE: Customs and Tax Administration of the
Kingdom of Denmark

AFFIDAVIT OF ATTEMPTED SERVICE

File/Index No.: 18 MD 02865
Issued On: 2/22/2021
Alt File/Index No.:
Calendar No.:

**SERVICE UPON: Matthew Cooper**

STATE OF New York, COUNTY OF : ss

Sean LaFleur being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of New York.

I was unable to effect service of process of the following documents: Subpoena to Testify at a Deposition (return date 3/17/21) upon Matthew Cooper after due diligent efforts to do so at the following dates and times and at the following places:

On 2/22/2021 at 7:02 PM at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, I saw the last name "Cooper" on intercom but no intercom buzzers seemed to work when pressed. No lights on in entire 4-story bldg. Most window blinds up. NYC construction notice on first floor windows. Doors locked. Bldg. seems under renovation, possibly vacant.

Subscribed and sworn before me on 3/3/21

HARLIN PARKER
Notary Public, State of New York
Reg. No. 01PA4716174
Qualified in New York County
Commission Expires June 30, 2022

Sean LaFleur 1189351
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600



Order #:R86774

AFFIDAVIT OF NON SERVICE