# Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### Certificate of Harlin Parker

I, Harlin Parker, certify as follows:

I am the Director of Target Legal Process Worldwide Corporation ("Target Legal"), and in this capacity coordinate the service of documents in legal proceedings. At the request of Plaintiff Skatteforvaltningen, I arranged the attempted service of process of subpoenas to testify on Matthew Cooper and Ira Reibeisen in connection with the case *In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, Case No. 18-md-02865-LAK (S.D.N.Y.).

On February 26, 2021, I directed a process server to attempt to serve a subpoena to testify on Matthew Cooper at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The process server informed me that on that date he attempted but was unable to effect service. My agent informed me that he had spoken to an unknown male through an intercom at a locked gate at the driveway entrance and had been informed that Mr. Cooper did not currently reside at that address.

On March 25, 2021, I directed a process server to attempt to serve a subpoena to testify on Ira Reibeisen at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The process server informed me that on that date he attempted but was unable to effect service. My agent informed

1

me that he had kept surveillance on the front entrance of the apartment building throughout the day but did not observe Mr. Reibeisen leave or enter the building.

On September 13, 2021, I directed a process server to attempt to serve a subpoena to testify on Matthew Cooper at ███████████████████████. The process server informed me that on that date he attempted but was unable to effect service. My agent informed me that he spoke with a man who answered the door at this private home and informed him that he is the father of Matthew Cooper and he further stated that Matthew Cooper did not currently reside at this location.

I, Harlin Parker, certify under penalty of perjury that the foregoing is true and correct.

Dated: December 3, 2021
      New York, New York

Harlin Parker
Target Legal Process Worldwide Corporation
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600

2