# Exhibit C

United States District Court
Southern District of New York

---

Administration of the Kingdom Of Denmark
(Skatteforvaltningen) Tax Refund Scheme Litigation

**AFFIDAVIT OF ATTEMPTED SERVICE**

File/Index No.: 18 MD 02865
Issued On: 3/9/2021
Alt File/Index No.:
Calendar No.:

---

**SERVICE UPON: Ira Reibeisen**

STATE OF New York, COUNTY OF New York: ss

Sean LaFleur being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of New York.

I was unable to effect service of process of the following documents: Subpoena to Testify at a Depostion (return date 4/16/21) upon Ira Reibeisen after due diligent efforts to do so at the following dates and times and at the following places:

On 3/10/2021 at 8:44 PM at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Front desk clerk would not let me up to apt. Clerk called apt., talked on phone to subject, told him I had a legal paper then clerk told me subject said he "is not coming down, and not allowing anyone up." Clerk said I could put paper in my own envelope addressed to subject and they would put it in his mailbox.

Subscribed and sworn before me on 12/3/21

HARLIN PARKER
Notary Public, State of New York
Reg. No. 01PA4716174
Qualified in New York County
Commission Expires June 30, 2022

Sean LaFleur 1189351
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600



Order #:R86799

AFFIDAVIT OF NON SERVICE