# Exhibit D

United States District Court
Southern District of New York



Administration of the Kingdom Of Denmark
(Skatteforvaltningen) Tax Refund Scheme
Litigation

    Plantiff

v.

    Defendant

Case No :18 MD 02865

Service Upon: Ira Reibeisen

## AFFIDAVIT OF DUE DILIGENCE

Russell Webb, being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in NY.

That after due and diligent effort(s) I have not been able to serve process upon Ira Reibeisen. I attempted service on the following dates and times:

  SERVEE: **Ira Reibeisen**
  DOCUMENTS: **Subpoena to Testify at a Depostion (return date 6/14/21)**

5/15/2021 8:00 AM I arrived on site at ▓▓▓▓▓▓▓▓▓▓ and positioned myself within 100 feet of the front entrance to the building. I had viewed several pictures of Ira Reibeisen that I found on the Internet. I maintained a constant surveillance of the building entrance and environs until 8:00pm. During that time I saw just a few individuals either leave or enter the buildng, none of whom resembled Ira Reibeisen.

Sworn to before me on 5/15/21

HARLIN PARKER
Notary Public, State of New York
Reg. No. 01PA4716174
Qualified in New York County
Commission Expires June 30, 2022

Russell Webb
Reg#: 1216146
Target Research & Investigation Corporation
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600

Order #:R86930
Your Ref: 033080-00001