# Exhibit E

United States District Court
Southern District of New York

In RE: Customs and Tax Administraiton of the KIngdom of Denmark

AFFIDAVIT OF SERVICE

File/Index No.: 18 MD 02865
Issued On:
Alt File/Index No.:
Calendar No.:

**SERVICE UPON: Matthew Cooper**

STATE OF Connecticut, COUNTY OF Hartford: ss

Jason Douglas being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of Connecticut.

On 6/8/2021 at 12:11 PM at ███████████████████████, I effected service of process of the following documents: Subpoena To Testify at a Deposition (return date 6/29/2021) upon Matthew Cooper, a/the witness in this matter/proceeding:

By delivering to and leaving a true copy thereof with Jone Doe, person of suitable age and discretion thereat, a/the co-occupant of/for said Matthew Cooper.

I was unable to effect service of said documents upon Matthew Cooper or a person of suitable age and discretion, or authority, having made diligent effort(s) to do so as follows

On 6/4/2021 at 8:15 AM at ███████████████████████, Access gained, residence confirmed by building supervisor at unit ███, no answer at apartment door, package on the floor in front of door read for Lisa Cooper

On 6/5/2021 at 8:45 AM at ███████████████████████, No access gained to building, no answer at ███ no answer to building supervisor

On 6/7/2021 at 6:11 PM at ███████████████████████, No access gained to building, no answer at ███

On 6/8/2021 at 12:11 PM at ███████████████████████, After ringing the door intercom for ███ I was buzzed in. As I approached the door at unit ███, a female yelled through the door, for me to leave or she was calling the police. Papers along with the $75.00 witness fee were posted to the door. The female said through the door, that the respondent is not there, is an adult and is out of the country    I departed

At the time of service, I tendered a witness fee in the amount of $ 75.00

Subscribed and sworn before me on 6/14/21

*Melissa B Campbell*

Notary Public:
Notary #: N/A   Qualified in County: Hartford
My Commision expires on: 6/30/23

*Jason Douglas* (signature)
Jason Douglas
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600

Melissa B. Campbell
Notary Public, State of Connecticut
My Commission Expires June 30, 2023

Personal Service by Substitute Delivery No Mailings



Order #:R86970