# Exhibit F

United States District Court
Southern District of New York

In RE: Customs and Tax Administraiton of the Kingdom of Denmark

Plantiff
v.

Defendant

Case No.:18 MD 02865



Service Upon: Matthew Cooper

STATE OF New York, COUNTY OF : ss

### AFFIDAVIT OF DUE DILIGENCE

Adrian DeCarlo, being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in NY.

That after due and diligent effort(s) I have not been able to serve process upon Matthew Cooper. I attempted service on the following dates and times:

SERVEE: **Matthew Cooper**

DOCUMENTS: **Subpoena To Testify at a Deposition (return date 6/29/2021)**

| Date | Time | Note |
|---|---|---|
| 6/4/2021 | 7:43 AM | I received no response to knocking at the door. |
| 6/5/2021 | 7:50 AM | As I arrived at the location, I saw a gray colored Range Rover driving out of the driveway. I called to the people inside and showed them papers in my hand but the car kept on going, sideswiping me, and drove away. |
| 6/5/2021 | 6:10 PM | I received no response to knocking at the door. |
| 6/7/2021 | 6:44 PM | I received no response to knocking at the door. |
| 6/8/2021 | 7:22 AM | I received no response to knocking at the door. |

Sworn to before me on: 12/2/21

_Lisa Russak_

LISA RUSSAK
Notary Public, State of New York
No. 01RU6185114
Qualified in Putnam County
Commission Expires Apr. 28, 2024

_Ad DeCarlo_

Adrian DeCarlo
Target Research & Investigation Corporation
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600

Order #:R86971
Your Ref: RE: Kingdon of Denmark