# Exhibit G

United States District Court
Southern District of New York

re: Customs & Tax Administration; Kingdom of Denmark

AFFIDAVIT OF ATTEMPTED SERVICE

File/Index No.: 18 MD 02865
Issued On:
Alt File/Index No :
Calendar No.:

**SERVICE UPON: Matthew Cooper**

STATE OF New York, COUNTY OF New York: ss

Dicong Jiang being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of New York.

I was unable to effect service of process of the following documents: Subpoena to Testify (return date 10/7/2021) upon Matthew Cooper after due diligent efforts to do so at the following dates and times and at the following places:

On 9/13/2021 at 8.00 AM at ▮▮▮▮▮▮▮▮▮▮ I arrived at the location and found it to be a small, multi unit apartment building. The entrance is around the corner on ▮▮▮▮▮ I found an intercom panel and rang for apartment 1 but received no response. I took up a position to continue to surveill the location, which I did until I left at 8pm. During the entire period, I did not see anyone resembling Matthew Cooper leave or enter the location.

On 9/13/2021 at 12.01 PM at ▮▮▮▮▮▮▮▮▮▮, I saw the USPS mail carrier stop here. I asked him about Matthew Cooper and he confirmed to me that Cooper had "just moved in."

On 9/13/2021 at 4:00 PM at ▮▮▮▮▮▮▮▮▮▮, I saw a woman entering the building and I was able to walk into the bilding with her. She recognized the name Matthew Cooper and pointed out the apartment door for his apartment. I received no response to knocking at the apartment door. I did not hear any sounds coming from within the apartment.

Subscribed and sworn before me on 9/15/21

Notary Public:
Notary #:        Qualified in County: NEW YORK
My Commision expires on: 12/22/2022

Dicong Jiang
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600

MARIA C BERRIOS
Notary Public - State of New York
NO. 01BE6316899
Qualified in New York County
My Commission Expires Dec 22, 2022

AFFIDAVIT OF NON SERVICE



Order #:R87214