# Exhibit H

United States District Court
Southern District of New York

re: Customs & Tax Administration; Kingdom of Denmark

AFFIDAVIT OF ATTEMPTED SERVICE

File/Index No.: 18 MD 02865
Issued On:
Alt File/Index No.:
Calendar No.:

**SERVICE UPON: Matthew Cooper**

STATE OF Connecticut, COUNTY OF Hartford: ss

Jason B. Douglas being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of Connecticut.

I was unable to effect service of process of the following documents: Subpoena to Testify (return date 10/7/2021) upon Matthew Cooper after due diligent efforts to do so at the following dates and times and at the following places:

On 9/13/2021 at 8:00 AM at ▮, I arrived on location. The property is a multi-unit apartment building. I watched the front door area but did not see anyone resembling Matthew Cooper leave or enter the buidling.

On 9/13/2021 at 9:00 AM at ▮, I went to the apartment door for ▮ which is the apartment for Lisa Cooper. I received no response to knocking on the apartment door. I observed two Amazon packages by the door addressed to Lisa Cooper. I searched for and was able to find the superintendent for the building. He told me that these same packages had been at the door since this past Saturday.

On 9/13/2021 at 12:55 PM at ▮, I tried again to gain access to the bulding but was unable to do so. I continued to surveil the front entrance to the building, as I had been doing since 8am. I did not observe anyone resembling Matthew Cooper leave or enter the building.

On 9/13/2021 at 3:30 PM at ▮, I again tried to gain access to the building and was able to do so. I went to the apartment door for ▮ but saw no change. I went to see the mailboxes in the lobby of the building and saw fthat for box ▮ the box contained so much mail that the door was pushed out and ajar.

On 9/13/2021 at 7:15 PM at ▮, I was again able to gain access into the building and went to apartment ▮ but observed no change.

On 9/13/2021 at 8:05 PM at ▮, Having spent the entire period from 8am in the morning until 8:05pm, I continually surveilled the front entrance of the building but did not see anyone resembling Matthew Cooper entering or leaving the buildng. I left the location.


United States District Court
Southern District of New York

re: Customs & Tax Administration; Kingdom of Denmark
    Plaintiff

v.

    Defendant

AFFIDAVIT OF SERVICE (continued)

File/Index No.: **18 MD 02865**
Issued On:
Alt File/Index No.:
Calendar No.:

SERVICE UPON: Matthew Cooper

Continued from Previous Page

Subscribed and sworn before me on 9/14/2021

Melissa B. Campbell
Notary Public:
Notary #: N/A   Qualified in County: Hartford
My Commision expires on:

Melissa B. Campbell
Notary Public, State of Connecticut
My Commission Expires June 30, 2023

Jason B. Douglas
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600



AFFIDAVIT OF NON SERVICE

Order #:R87216