# Exhibit I

United States District Court
Southern District of New York

re: Customs & Tax Administration; Kingdom of Denmark

AFFIDAVIT OF ATTEMPTED SERVICE

File/Index No.: 18 MD 02865
Issued On:
Alt File/Index No.:
Calendar No.:

**SERVICE UPON: Matthew Cooper**

STATE OF New York, COUNTY OF Nassau: ss

Juan Aguirre being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of New York.

I was unable to effect service of process of the following documents: Subpoena to Testify (return date 10/7/2021) upon Matthew Cooper after due diligent efforts to do so at the following dates and times and at the following places:

On 9/13/2021 at 8:00 AM at ████████████████████████████, I arrived at location and found this to be a large, single family residence. I received no response to knocking at the front door. I began surveillance of the home which continued until I left the location at 8pm. During that time I did not see anyone resembling Matthew Cooper leave or enter the property.

On 9/13/2021 at 6:00 PM at ████████████████████████████, I saw landscapers arrive. I tried to speak with them but they spoke only Spanish.

On 9/13/2021 at 7:00 PM at ████████████████████████████, A man came by who I ascertained to be the owner or supervisor for the landscaping company. He told me that the Coopers no longer reside here, having sold the house approximately 6 months ago. I was told that the Steiner family now lives here but that they are now away on vacation.

MICHAEL CARMECI
Notary Public – State of New York
NO. 01CA6279127
Qualified in Nassau County
My Commission Expires Apr 8, 2025

Subscribed and sworn before me on 9-15-21

_____
Notary Public:
Notary #:    Qualified in County:
My Commision expires on:

_____
Juan Aguirre
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600



AFFIDAVIT OF NON SERVICE

Order #:R87215