# Exhibit J

United States District Court
Southern District of New York

re: Customs & Tax Administration; Kingdom of Denmark

AFFIDAVIT OF ATTEMPTED SERVICE

File/Index No.: 18 MD 02865
Issued On:
Alt File/Index No.:
Calendar No.:

**SERVICE UPON: Ira Reibeisen**

STATE OF New York, COUNTY OF New York: ss

Russell Webb being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of New York.

I was unable to effect service of process of the following documents: Subpoena to Testify (return date 10/7/2021) upon Ira Reibeisen after due diligent efforts to do so at the following dates and times and at the following places:

On 9/13/2021 at 8:00 AM at ▒▒▒▒, I arrived at the location, which is a multi-unit apartment building. I asked the doorman to allow me to contact Ira Reibeisen. The doorman called to Reibesen's phone contact number whiich he had and he told me the call went directly to voicemail. He would not allow me past the lobby up to the apartment. I returned to a location outside near the front door and continued to surveill the front door. I did not see anyone resewmbling Ira Reibesein, from a picture of him I had, either leave or enter the buildng through the day until I left the location at 8pm..

On 9/13/2021 at 2:30 PM at ▒▒▒▒, I learned that there is a rear entrance to the building that is often used by tenants. I took up a position in the rear of the building and continued surveillance at that location.

Subscribed and sworn before me on 9/16/21

HARLIN PARKER
Notary Public, State of New York
Reg. No. 01PA4716174
Qualified in New York County
Commission Expires June 30, 2022

Russell Webb 1216146
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600



AFFIDAVIT OF NON SERVICE

Order #:R87212