# Exhibit K

United States District Court
Southern District of New York

_____

re: Customs & Tax Administration; Kingdom of
Denmark

_____

**AFFIDAVIT OF ATTEMPTED SERVICE**

File/Index No.: 18 MD 02865
Issued On:
Alt File/Index No.:
Calendar No.:

_____

**SERVICE UPON: Ira Reibeisen**

STATE OF New York, COUNTY OF Queens`: ss

Freddy Russo being duly sworn, deposes and says:  I am not a party to the within action, am over the age of 18
years and reside in the State of New York.

I was unable to effect service of process of the following documents: Subpoena to Testify (return date
10/7/2021) upon Ira Reibeisen after due diligent efforts to do so at the following dates and times and at the
following places:

On 9/13/2021 at 8:00 AM at 1776 Broadway,Suite 1800,  New York, NY 10019,  I arrived at the location and found
it to be a commercial office building.  I inquired at the lobby to go up to the office of Optionmetrics and I was told
that the office opens at 9am.

On 9/13/2021 at 9:30 AM at 1776 Broadway,Suite 1800,  New York, NY 10019,  The lobby guards allowed me into
the elevator to go to the OptionMetrics office on the 18th floor.  A woman in the elevator with me was also going to
that office and she accompanied me into that office. I had told her I was coming to see Ira Reibeisen.  When we
walked into the office she pointed to a man and told me that that is Ira.  When I called to the man he said he is not
Ira, and the woman confirmed that, saying she had made a mistkae.  The man identifieid himself as Eran Steinbeg.
He owns the company and after learning why I was here (to served the subpoena on Reibeisen), he told me he is also
an attorney.  He told me that the company has about 45 people working for it and only about 10 actually come into
the office.

On 9/13/2021 at 9:35 AM at 1776 Broadway,Suite 1800,  New York, NY 10019,  Mr. Steinberg told me that
Reibeisen is concerned about catching Covid 19 and so he works from his home, and he further confirmed that
Reibeisen resides at ▇▇▇▇▇▇▇▇▇▇   I left the office and took up a position outside to surveill the office
entrance.  I did not see anyone resembling Ira Reibeisen leave or enter the building until the time I left the location at
8pm.

Subscribed and sworn before me on

_14 Day Sept 2021_

Notary Public: _____

Notary #: _____ Qualified in County: Queens

My Commission expires on:

**DON AOKI**
Notary Public, State of New York
No. 01AO4985687
Qualified in New York County Queens
Commission Expires August 26, 2009
2024

_____
Freddy Russo
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600

**AFFIDAVIT OF NON SERVICE**

Order #:R87213