UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

18-md-2865 (LAK)

This paper applies to:   Case Nos.

18-cv-04833; 19-cv-01781; 19-cv-01783; 19-cv-01785;
19-cv-01788; 19-cv-01791; 19-cv-01792; 19-cv-01794;
19-cv-01798; 19-cv-01800; 19-cv-01801; 19-cv-01803;
19-cv-01806; 19-cv-01808; 19-cv-01809; 19-cv-01810;
19-cv-01812; 19-cv-01813; 19-cv-01815; 19-cv-01818;
19-cv-01865; 19-cv-01866; 19-cv-01867; 19-cv-01868;
19-cv-01869; 19-cv-01870; 19-cv-01871; 19-cv-01873;
19-cv-01894; 19-cv-01895; 19-cv-01896; 19-cv-01898;
19-cv-01906; 19-cv-01911; 19-cv-01918; 19-cv-01922;
19-cv-01924; 19-cv-01926; 19-cv-01928; 19-cv-01929;
19-cv-01930; 19-cv-01931; 19-cv-10713.
------------------------------------x

**PRETRIAL ORDER NO. 30**
(Plaintiff's Motion to Compel - Markowitz, et ano.)

LEWIS A. KAPLAN, *District Judge.*

   The plaintiff's motion to compel production of documents (Dkt. 678) is granted. Defendants shall produce the documents on or before December 23, 2021.

   SO ORDERED.

Dated:   December 6, 2021

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge