# EXHIBIT 1

Robert Klugman - January 28, 2021

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.  18-MD-2865 (LAK)

 3       _____
                                               )
 4       IN RE:                                )
                                               )
 5       CUSTOMS AND TAX ADMINISTRATION OF     )
         THE KINGDOM OF DENMARK                )
 6       (SKATTEFORVALTNINGEN) TAX REFUND      )
         SCHEME LITIGATION                     )
 7                                             )
         This document relates to case nos.    )
 8       19-cv-01783; 19-cv-01788; 19-cv-01794;)
         19-cv-01798; 19-cv-01918              )
 9       _____)

10

11

12

13

14        REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                       EXAMINATION OF

16                       ROBERT KLUGMAN

17                    DATE: January 28, 2021

18

19

20

21

22

23

24

25            REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

Robert Klugman - January 28, 2021

Page 94

1      A    Well, this concerns the procedures
2   to trade the transactions in August of 2014.
3      Q    And where did you get these steps
4   from?
5      A    From -- which steps are you
6   referring to?  The --
7      Q    You say it's below the steps --
8      A    Yes, I see it.  I'm just reading
9   further on into the -- into the e-mail.
10          (Witness reviewing.)
11          I believe these were from Adam
12  LaRosa.
13     Q    Yeah.  I think in your e-mail, you
14  say, "Adam, below is a summary of the steps
15  we discussed last week, again as prepared by
16  Ira and Matt" --
17     A    Okay.
18     Q    -- "with some small edits by me."
19     A    Yeah.
20     Q    Who are Ira and Matt?
21     A    Ira and Matt would have been people
22  to help us process the transactions
23  or -- yeah, process the transactions.
24     Q    And was there a training session
25  that you had for Ira and Matt to go through

Robert Klugman - January 28, 2021

Page 95

```
1     the steps that they would need to do to
2     process these transactions?
3          A    I believe there was.  Whether in
4     person or a phone call, I don't remember.
5          Q    Did you attend a meeting at
6     Kaye Scholer's offices to go over the steps?
7          A    It's possible.  I don't remember
8     exactly.
9          Q    If you turn to the first page, it
10    has the trading day.
11               Do you see that?
12         A    I'm sorry.  This is still in
13    Exhibit 1777?
14         Q    Yeah.  It's the first page of the
15    attachment.
16         A    First page of the -- oh, where it
17    says "trading day?"
18         Q    Yes.
19         A    Okay.  Yeah, I'm here.
20         Q    So it says, around 7:00 a.m.,
21    "Request for liquidity?"
22         A    Yes.
23         Q    And what did that involve?
24         A    That was to see if there was
25    capacity to -- I'm just reading down a little
```

1     further -- to buy -- to buy the equities, to
2     buy the Danish stocks.
3          Q    And they would do that by sending
4     out an e-mail for each plan?
5          A    That's my recollection, yes.
6          Q    34 e-mails at this stage.
7               Right?
8          A    I guess that there must have been
9     34 plans, I would imagine.
10         Q    And each of those was requesting
11    liquidity for that particular plan?
12         A    Yes.
13         Q    And then they would get a response
14    back from the counterparty within ten minutes
15    to an hour?
16         A    That's -- so it seems, yes.
17         Q    And this was a standard step that
18    was done for all of the Danish trading
19    transactions.
20              Right?
21         A    I know this was the step that Adam
22    helped train Matt and Ira to do.
23         Q    And to the best of your knowledge,
24    did they do it?
25         A    In August, I believe they did, yes.

Robert Klugman - January 28, 2021

Page 97

```
 1        Q    Was there sometime when they
 2   stopped doing it?
 3        A    Yes.
 4        Q    And when was that?
 5        A    I think some -- in 2015.  I don't
 6   think -- there was a different system put in
 7   place.
 8        Q    And how did that happen?
 9        A    I'm not sure how it happened.
10        Q    Well, who put the different system
11   in place?
12        A    I think that was put in place by
13   Solo to help facilitate trading.
14        Q    And that effectively made Matt and
15   Ira redundant?
16        A    Yes.
17        Q    And what do you know about this
18   different system that Solo put in place?
19        A    I'm not sure what you mean, what do
20   I know about it.
21        Q    When you say "a system," was it a
22   different person, was it a computer program,
23   was it just automation?
24             What did Solo put in place?
25        A    I know it was a level of
```

Robert Klugman - January 28, 2021

Page 110

```
1      lender is the same in every case.
2          A    Yes, I see that.
3          Q    Had you ever worked with Gnosis
4      prior to this?
5          A    No.
6          Q    So the allocations and the
7      identities of the various counterparties was
8      all provided by Solo.  And then, that's what
9      Matt and Ira would use in terms of populating
10     the template that they would then use in
11     order to process the transaction?
12         A    I missed the very first part of
13     that question.  I'm sorry.
14         Q    Yeah.  So, the -- Solo would
15     provide you with the identification of the
16     counterparties and the allocation of the
17     shares for each plan.
18              And Matt and Ira would then use
19     that information to populate the template
20     they were using to process the transaction?
21         A    Yes, that sounds right.  I
22     don't -- I really don't remember any specific
23     template, but that sounds about right, yes.
24         Q    If you turn to Exhibit 1786?
25              MR. MAGUIRE:  Mark this as 1786.
```

Robert Klugman - January 28, 2021

Page 98

1    automation.  Whether it was, you know,
2    completely human-driven or completely
3    computer-driven, I'm not sure.
4         Q    Okay.  Are you aware of any
5    occasion in any Danish trading transaction
6    when any counterparty responded to the
7    inquiry here that's at the top of this page
8    about trading day, the request for liquidity,
9    where any counterparty responded that there
10   was no liquidity or they were unable to
11   provide liquidity?
12        A    I don't recall of an instance like
13   that, no.
14        Q    Are you aware of any counterparty
15   in any Danish trading transaction ever
16   declining to do a transaction that was
17   proposed by any plan?
18        A    I don't recall an instance of that,
19   no.
20        Q    If you could turn to Exhibit 1780?
21             MR. MAGUIRE:  Mark this as 1780.
22             (Whereupon the above mentioned was
23        marked for Identification.)
24        A    Yes.
25        Q    Is this an e-mail on which you were

Robert Klugman - January 28, 2021

Page 99

```
 1     copied by Mr. Markowitz on or about
 2     February 23 of 2015?
 3         A    Yes, it does seem to be.
 4         Q    You see the subject is "Software
 5     License and New Custody Agreement?"
 6         A    Yes.
 7         Q    And it says, "Attached are the new
 8     agreements that each of the plans entered
 9     into.  The first is a software license for an
10     automated trading system."
11              Do you see that?
12         A    I -- yes, I see that.
13         Q    If you go to the end of the
14     document, it appears to be the last couple of
15     pages, are the license terms of the Octave
16     System?
17         A    Yes.
18         Q    Is this the Solo automation system
19     that Solo put in place that you referred to
20     earlier?
21         A    It seems to be, yes.
22         Q    Is there anything further that you
23     can tell us about the Octave System?
24         A    (Witness reviewing.)
25              I mean, anything in specific?  I
```

Robert Klugman - January 28, 2021

Page 110

```
1      lender is the same in every case.
2          A    Yes, I see that.
3          Q    Had you ever worked with Gnosis
4      prior to this?
5          A    No.
6          Q    So the allocations and the
7      identities of the various counterparties was
8      all provided by Solo.  And then, that's what
9      Matt and Ira would use in terms of populating
10     the template that they would then use in
11     order to process the transaction?
12         A    I missed the very first part of
13     that question.  I'm sorry.
14         Q    Yeah.  So, the -- Solo would
15     provide you with the identification of the
16     counterparties and the allocation of the
17     shares for each plan.
18              And Matt and Ira would then use
19     that information to populate the template
20     they were using to process the transaction?
21         A    Yes, that sounds right.  I
22     don't -- I really don't remember any specific
23     template, but that sounds about right, yes.
24         Q    If you turn to Exhibit 1786?
25              MR. MAGUIRE:  Mark this as 1786.
```