# EXHIBIT 3

## Nicholas Bahnsen

| | |
|---|---|
| **From:** | Nicholas Bahnsen |
| **Sent:** | Friday, May 15, 2020 8:00 PM |
| **To:** | 'McGoey, John'; Weinstein, Marc A.; Oxford, Neil; Kilgard, Jack |
| **Cc:** | Sharon McCarthy; Caroline Ciraolo |
| **Subject:** | SKAT - van Merkensteijn Production of Documents |
| **Attachments:** | 5.15.20 Production CL to HHR (00603972x9E8E9).pdf |

Dear Counsel:

Please see the attached correspondence regarding our clients' latest production of documents responsive to your requests. The documents can be accessed via ShareFile site at: https://kflaw.sharefile.com/d-sd7aa0d9638b4cb39.

The password will follow via separate email. Of course, please let me know if you have any issues accessing the production.

Best,

Nick


Nicholas S. Bahnsen
Kostelanetz & Fink, LLP
7 World Trade Center, 34th Floor
New York, New York 10007
202-790-6999
212-808-8108 (fax)
www.kflaw.com

KOSTELANETZ & FINK

**2018 Chambers USA Tax Team of the Year**



PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION AND/OR ATTORNEY WORK-PRODUCT

This electronic transmission and any documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and permanently delete this message.

----

KOSTELANETZ & FINK, LLP

601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001
___
TEL: (202) 875-8000
FAX: (202) 844-3500
www.kflaw.com

NEW YORK OFFICE
7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007
___
TEL: (212) 808-8100
FAX: (212) 808-8108

May 15, 2020

**VIA E-MAIL to john.mcgoey@hugheshubbard.com**
John McGoey, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

> Re:   *In re Customs and Tax Administration of the Kingdom of Denmark
> (Skatteforvaltningen) Tax Refund Scheme Litigation*, No. 18-md-02865-LAK
> (S.D.N.Y.)
>
> This document relates to:  1:19-cv-01893-LAK, 1:19-cv-01865-LAK, 1:19-cv-
> 01866-LAK, 1:19-cv-1871-LAK, 1:19-cv-1873-LAK, 1:19-cv-1894-LAK, 1:19-
> cv-1906-LAK, 1:19-cv-1911-LAK, 1:19-cv-1924-LAK, 1:19-cv-1930-LAK , and
> 1:19-cv-10713-LAK

Dear Mr. McGoey:

On behalf of John H. van Merkensteijn, Elizabeth van Merkensteijn, Azalea Pension
Plan, Basalt Ventures LLC Roth 401(K) Plan, Bernina Pension Plan, Bernina Pension Plan Trust,
Omineca Pension Plan, Starfish Capital Management LLC 401(K) Plan, Tarvos Pension Plan,
Voojo Productions LLC Roth 401(K) Plan, Michelle Investments Pension Plan, Remece
Investments LLC Pension Plan, and Xiphias LLC Pension Plan ("Defendants"), defendants in the
above-identified individual actions, we are producing additional documents responsive to
SKAT's First Requests for Production of Documents to the Individual Defendants and First
Requests for Production of Documents to the Plan Defendants, both dated May 30, 2019.

The documents, which have been labeled with Bates numbers JHVM_0004055 through
JHVM_0006193, have been uploaded to a ShareFile site and can be accessed via the following
link: https://kflaw.sharefile.com/d-sd7aa0d9638b4cb39.  The password to decrypt the documents
will be sent under cover of a separate email communication.

Pursuant to the Stipulated Protective Order Governing Confidentiality of Discovery
Materials (DE 73), we are designating the documents "CONFIDENTIAL," unless otherwise
specifically designated "HIGHLY CONFIDENTIAL" via stamp affixed to the document.  Please

**John McGoey, Esquire**
**Hughes Hubbard & Reed LLP**
**May 15, 2020**
**Page 2**

note that any documents produced in native format are not individually stamped with the
"CONFIDENTIAL" designation.

Our review of potentially responsive documents is ongoing, and we will make additional
productions on a rolling basis as additional responsive documents are identified.  If you have any
questions or difficulty accessing the documents, please contact me at 202-790-6999.

Sincerely,

s/ Nicholas S. Bahnsen

Nicholas Bahnsen