# EXHIBIT 5

```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2                CASE NO.  18-MD-2865 (LAK)

3    _____
                                             )
4    IN RE:                                  )
                                             )
5    CUSTOMS AND TAX ADMINISTRATION OF       )
     THE KINGDOM OF DENMARK                  )
6    (SKATTEFORVALTNINGEN) TAX REFUND        )
     SCHEME LITIGATION                       )
7                                            )
     This document relates to case nos.      )
8    19-cv-01783; 19-cv-01788; 19-cv-01794;  )
     19-cv-01798; 19-cv-01918                )
9    _____)

10

11

12            C O N F I D E N T I A L

13

14

15    REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                  EXAMINATION OF

17              JOHN VAN MERKENSTEIJN

18              DATE: April 19, 2021

19

20

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
John Van Merkensteijn - April 19, 2021

Page 207

```
 1        A    Well, the -- the securities and the
 2   date on which they declared the amount of a
 3   dividend was all publicly available.  What
 4   Solo provided was what the amount of
 5   securities that was available to be purchased
 6   would be.
 7        Q    Right.
 8        A    And then they pulled together the
 9   other elements to make sure that the trade
10   had all the components.
11        Q    Meaning the hedge and the stock
12   loan?
13        A    Right.
14        Q    Okay.  Would they arrange those
15   components prior to the trade date?
16        A    I assume so, because on the trade
17   date you'd want to know all the other
18   elements were available.
19        Q    So once the trade date comes, what
20   was it that Mr. Cooper and Mr. Reibeisen had
21   to do other than send the requests out that
22   Solo Capital had already arranged?
23        A    Well, I'm not -- you know, I wasn't
24   involved in the trading directly.  So I don't
25   know what they had to do.
```

CONFIDENTIAL
John Van Merkensteijn - April 19, 2021

Page 224

```
 1            Had you ever heard of Cork Oak
 2   prior to interacting with Solo Capital?
 3        A    No.
 4        Q    All right.  And then, for each of
 5   the purchases, the stock lender identified is
 6   Gnosis.
 7             Is that right?
 8        A    Yes, I see that.
 9        Q    And so, was it your understanding
10   that on the trade date, what Mr. Cooper and
11   Mr. Reibeisen would have to do is simply send
12   out the e-mails to these counterparties that
13   Solo had identified and ask them if they can
14   transact in these amounts?
15            MS. MCCARTHY:  Objection to form.
16        A    Well, I don't know -- yeah, I don't
17   know exactly what they had to do.
18        Q    All right.  The amount of shares
19   listed here, if one were so inclined to add
20   them up, is a little more than 109 million
21   shares of TDC --
22        A    Okay.
23        Q    -- which cost a little more than
24   5.6 billion Danish kroner.  The price per
25   share on the trade date was 51.35 kroner per
```