# EXHIBIT 7

# Nicholas Bahnsen

| | |
|---|---|
| **From:** | McGoey, John <john.mcgoey@hugheshubbard.com> |
| **Sent:** | Thursday, December 2, 2021 12:15 PM |
| **To:** | Nicholas Bahnsen |
| **Cc:** | Sharon McCarthy; Weinstein, Marc A.; Henseler, James |
| **Subject:** | RE: SKAT: De-designation Request |

Hi Nick,

These were subpoenas for depositions, rather than for documents, so we did not serve prior notice to the parties.

Best,
John

**John McGoey** | Counsel

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor | New York | NY 10004-1482
Office +1 (212) 837-6776 | Cell +1 (917) 714-4796 | Fax +1 (212) 299-6776

john.mcgoey@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Nicholas Bahnsen <nbahnsen@kflaw.com>
**Sent:** Thursday, December 2, 2021 11:59 AM
**To:** McGoey, John <john.mcgoey@hugheshubbard.com>
**Cc:** Sharon McCarthy <smccarthy@kflaw.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Henseler, James <james.henseler@hugheshubbard.com>
**Subject:** RE: SKAT: De-designation Request

**CAUTION: This email was sent by someone outside of the Firm.**

John:

Can you please let us know when SKAT served notice of the purported subpoenas to Messrs. Cooper and Reibeisen on defendants?

Best,

Nick

Nicholas S. Bahnsen
Kostelanetz & Fink, LLP
601 New Jersey Avenue, NW, Suite 260
Washington, D.C.  20001
908-399-2420 (direct)
212-808-8108 (fax)

1

www.kflaw.com



*2022 Best Lawyers Law Firm of the Year (Litigation-Tax)*
*2018 Chambers USA Tax Team of the Year*

 

PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION AND/OR ATTORNEY WORK-PRODUCT

This electronic transmission and any documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and permanently delete this message.

----

**From:** McGoey, John <john.mcgoey@hugheshubbard.com>
**Sent:** Thursday, December 2, 2021 11:31 AM
**To:** Nicholas Bahnsen <nbahnsen@kflaw.com>
**Cc:** Sharon McCarthy <smccarthy@kflaw.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Henseler, James <james.henseler@hugheshubbard.com>
**Subject:** SKAT: De-designation Request

Hi Nick,

Can you please let us know by tomorrow morning if you agree to de-designate the two attached documents as "confidential"? These would be filed as exhibits in a motion for alternative service of subpoenas to Matthew Cooper and Ira Reibeisen.

Thanks very much,
John

**John McGoey** | Counsel

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor | New York | NY 10004-1482
Office +1 (212) 837-6776 | Cell +1 (917) 714-4796 | Fax +1 (212) 299-6776
john.mcgoey@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.