# EXHIBIT 10

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Friday, December 3, 2021 10:29 PM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:19-cv-01931-LAK Skatteforvaltningen v. Tumba Systems LLC Roth 401(K) Plan et al Motion to Serve |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

### Notice of Electronic Filing

The following transaction was entered by Weinstein, Marc on 12/3/2021 at 10:29 PM EST and filed on 12/3/2021

| | |
|---|---|
| **Case Name:** | In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation |
| **Case Number:** | 1:18-md-02865-LAK-RWL |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 694 |

**Docket Text:**
**MOTION to Serve *for Alternative Service of Subpoenas to Testify*. Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. The Stor Capital Consulting LLC 401K Plan et al |
| **Case Number:** | 1:18-cv-04434-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 168 |

**Docket Text:**
**MOTION to Serve *for Alternative Service of Subpoenas to Testify*. Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Headsail Manufacturing LLC Roth 401K Plan et al |
| **Case Number:** | 1:18-cv-07824-LAK |
| **Filer:** | Skatteforvaltningen |

**Document Number:** 177

**Docket Text:**

**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Edgepoint Capital LLC Roth 401K Plan et al |
| **Case Number:** | 1:18-cv-07827-LAK |
| **Filer:** | Skatteforvaltningen |

**Document Number:** 177

**Docket Text:**

**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Aerovane Logistics LLC Roth 401K Plan et al |
| **Case Number:** | 1:18-cv-07828-LAK |
| **Filer:** | Skatteforvaltningen |

**Document Number:** 176

**Docket Text:**

**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Random Holdings 401K Plan et al |
| **Case Number:** | 1:18-cv-07829-LAK |
| **Filer:** | Skatteforvaltningen |

**Document Number:** 176

**Docket Text:**

**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Ballast Ventures LLC Roth 401(K) Plan et al |
| **Case Number:** | 1:19-cv-01781-LAK |
| **Filer:** | Skatteforvaltningen |

**Document Number:** 173

**Docket Text:**

**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Bareroot Capital Investments LLC Roth 401(K) Plan et al |
| **Case Number:** | 1:19-cv-01783-LAK |

**Filer:**            Skatteforvaltningen
**Document Number:** 175

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

**Case Name:**       Skatteforvaltningen v. Albedo Management LLC Roth 401(K) Plan et al
**Case Number:**     1:19-cv-01785-LAK
**Filer:**           Skatteforvaltningen
**Document Number:** 173

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

**Case Name:**       Skatteforvaltningen v. Dicot Technologies LLC Roth 401(K) Plan et al
**Case Number:**     1:19-cv-01788-LAK
**Filer:**           Skatteforvaltningen
**Document Number:** 176

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

**Case Name:**       Skatteforvaltningen v. Fairlie Investments LLC Roth 401(K) Plan et al
**Case Number:**     1:19-cv-01791-LAK
**Filer:**           Skatteforvaltningen
**Document Number:** 176

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

**Case Name:**       Skatteforvaltningen v. First Ascent Worldwide LLC Roth 401(K) Plan et al
**Case Number:**     1:19-cv-01792-LAK
**Filer:**           Skatteforvaltningen
**Document Number:** 176

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

**Case Name:**       Skatteforvaltningen v. Battu Holdings LLC Roth 401K Plan et al

**Case Number:**      1:19-cv-01794-LAK
**Filer:**            Skatteforvaltningen
**Document Number:** 172

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify***. Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

**Case Name:**        Skatteforvaltningen v. Cantata Industries LLC Roth 401(K) Plan et al
**Case Number:**      1:19-cv-01798-LAK
**Filer:**            Skatteforvaltningen
**Document Number:** 176

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify***. Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

**Case Name:**        Skatteforvaltningen v. Crucible Ventures LLC Roth 401(K) Plan et al
**Case Number:**      1:19-cv-01800-LAK
**Filer:**            Skatteforvaltningen
**Document Number:** 176

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify***. Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

**Case Name:**        Skatteforvaltningen v. Monomer Industries LLC Roth 401(K) Plan et al
**Case Number:**      1:19-cv-01801-LAK
**Filer:**            Skatteforvaltningen
**Document Number:** 176

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify***. Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

**Case Name:**        Skatteforvaltningen v. Limelight Global Productions LLC Roth 401(K) Plan et al
**Case Number:**      1:19-cv-01803-LAK
**Filer:**            Skatteforvaltningen
**Document Number:** 176

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify***. Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Loggerhead Services LLC Roth 401(K) Plan et al |
| **Case Number:** | 1:19-cv-01806-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 172 |

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. PAB Facilities Global LLC Roth 401(K) Plan et al |
| **Case Number:** | 1:19-cv-01808-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 174 |

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Plumrose Industries LLC Roth 401K Plan et al |
| **Case Number:** | 1:19-cv-01809-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 172 |

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Pinax Holdings LLC Roth 401(K) Plan et al |
| **Case Number:** | 1:19-cv-01810-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 175 |

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Roadcraft Technologies LLC Roth 401(K) Plan et al |
| **Case Number:** | 1:19-cv-01812-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 176 |

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Sternway Logistics LLC Roth 401(K) Plan et al |
| **Case Number:** | 1:19-cv-01813-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 176 |

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Trailing Edge Productions LLC Roth 401(K) Plan et al |
| **Case Number:** | 1:19-cv-01815-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 176 |

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. True Wind Investments LLC Roth 401(K) Plan et al |
| **Case Number:** | 1:19-cv-01818-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 176 |

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Basalt Ventures LLC Roth 401(K) Plan et al |
| **Case Number:** | 1:19-cv-01866-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 154 |

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Avanix Management LLC Roth 401K Plan et al |
| **Case Number:** | 1:19-cv-01867-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 153 |

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Hadron Industries LLC Roth 401(K) Plan et al |
| **Case Number:** | 1:19-cv-01868-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 157 |

**Docket Text:**

**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Cavus Systems LLC Roth 401(K) Plan et al |
| **Case Number:** | 1:19-cv-01869-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 162 |

**Docket Text:**

**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Eclouge Industry LLC Roth 401(K) Plan et al |
| **Case Number:** | 1:19-cv-01870-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 175 |

**Docket Text:**

**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Starfish Capital Management LLC Roth 401(K) Plan et al |
| **Case Number:** | 1:19-cv-01871-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 158 |

**Docket Text:**

**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Voojo Productions LLC Roth 401(K) Plan et al |
| **Case Number:** | 1:19-cv-01873-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 151 |

**Docket Text:**

**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

**Case Name:** Skatteforvaltningen v. Omineca Pension Plan et al
**Case Number:** 1:19-cv-01894-LAK
**Filer:** Skatteforvaltningen
**Document Number:** 156

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

**Case Name:** Skatteforvaltningen v. Routt Capital Pension Plan et al
**Case Number:** 1:19-cv-01896-LAK
**Filer:** Skatteforvaltningen
**Document Number:** 153

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

**Case Name:** Skatteforvaltningen v. Vanderlee Technologies Pension Plan et al
**Case Number:** 1:19-cv-01918-LAK
**Filer:** Skatteforvaltningen
**Document Number:** 174

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

**Case Name:** Skatteforvaltningen v. Cedar Hill Capital Investments LLC Roth 401(K) Plan et al
**Case Number:** 1:19-cv-01922-LAK
**Filer:** Skatteforvaltningen
**Document Number:** 175

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

**Case Name:** Skatteforvaltningen v. Green Scale Management LLC Roth 401(K) Plan et al
**Case Number:** 1:19-cv-01926-LAK
**Filer:** Skatteforvaltningen
**Document Number:** 171

**Docket Text:**
**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Fulcrum Productions LLC Roth 401(K) Plan et al |
| **Case Number:** | 1:19-cv-01928-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 175 |

**Docket Text:**

**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Keystone Technologies LLC Roth 401(K) Plan et al |
| **Case Number:** | 1:19-cv-01929-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 175 |

**Docket Text:**

**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

| | |
|---|---|
| **Case Name:** | Skatteforvaltningen v. Tumba Systems LLC Roth 401(K) Plan et al |
| **Case Number:** | 1:19-cv-01931-LAK |
| **Filer:** | Skatteforvaltningen |
| **Document Number:** | 176 |

**Docket Text:**

**MOTION to Serve** *for Alternative Service of Subpoenas to Testify*. **Document filed by Skatteforvaltningen.Filed In Associated Cases: 1:18-md-02865-LAK-RWL et al..(Weinstein, Marc)**

**1:18-md-02865-LAK-RWL Notice has been electronically mailed to:**

Alan Schoenfeld     alan.schoenfeld@wilmerhale.com, whdocketing@wilmerhale.com

Allison Stoddart     allison.stoddart@wilmerhale.com

Amy McKinlay     amckinlay@wc.com

Analise Q. Wilson     awilson@ivoryhomes.com

Andrew S. Dulberg     andrew.dulberg@wilmerhale.com, WHDocketing@wilmerhale.com

Audrey Sarah Minnie Feldman     afeldman@doi.nyc.gov

Benson L. Hathaway , Jr     bhathaway@kmclaw.com

Blake M. Biddulph     bbiddulph@rqn.com

Brandon R Dillman     brandon.dillman@klgates.com, electronic.service@klgates.com, john.gavin@klgates.com

Bryan C. Skarlatos    bskarlatos@kflaw.com

Daniel Cady Davidson    ddavidson@kflaw.com

David B. Zabel    dzabel@cohenandwolf.com

David L Goldberg    david.goldberg@kattenlaw.com, nycclerks@kattenlaw.com

David R. Fine    david.fine@klgates.com

David S. Pegno    dpegno@dpklaw.com

David Sean McMahon    sean@mcmahontaxlaw.com

Derick Roberson Vollrath    dvollrath@mnrlawfirm.com

Dustin Philip Smith    smithd@hugheshubbard.com, dustin-smith-9729@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com

Edward M. Spiro    espiro@magislaw.com

Elissa C. S. Burton    elissa@mcmahontaxlaw.com

Eric Smith    esmith@kflaw.com

Frederick R. Bentley , III    rbentley@stites.com

Gregory Charles Pruden    gpruden@binderschwartz.com

Guinevere Marie Moore    guinevere.moore@jmtaxlitigation.com

James N. O'Toole    jotoole@smithotoole.com

Jared L. Hubbard    jlh@fitchlp.com

Jeffrey Adam Neiman    jneiman@mnrlawfirm.com

Jeffrey M. Sklarz    jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com, ctecf_admin@gs-lawfirm.com

Jenny Louise Johnson Ware    jenny.johnson@jmtaxlitigation.com

John Gavin    john.gavin@klgates.com

John C. Blessington    john.blessington@klgates.com

John M. Hanamirian    jmh@hanamirian.com, lys@hanamirian.com

John Thomas McGoey    mcgoey@hugheshubbard.com, john-mcgoey-9890@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

John W. Pollom    jpollom@stites.com

Joseph LoPiccolo    lopiccolo@pllawfirm.com, almeida@pllawfirm.com, ddalia@pllawfirm.com, poulos@pllawfirm.com

Julia Pilcer Lichtenstein    julia.lichtenstein@wilmerhale.com, whdocketing@wilmerhale.com

Juliet Leah Fink    jfink@kflaw.com

Kari Parks    kparks@gusraekaplan.com

Kellen Ross Scott    kellen.scott@chamberlainlaw.com

Marc Alan Weinstein    weinstei@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, marc-weinstein-1299@ecf.pacerpro.com

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Mark Joseph Hyland    Hyland@sewkis.com

Martin Tomas Murphy    tmurphy@binderschwartz.com, docket@binderschwartz.com

Michael Creta    michael.creta@klgates.com

Michael Andrew Walsh , Sr    mwalsh@pmmlaw.com, kjones@pmml.com

Michael Elmore Waller    michael.waller@klgates.com, klgateseservice@klgates.com

Michael G. Bongiorno    michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Michael Max Rosensaft    michael.rosensaft@kattenlaw.com, nycclerks@kattenlaw.com, usanys.ecf@usdoj.gov

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Neil John Oxford    oxford@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, neil-oxford-9763@ecf.pacerpro.com

Neil Stephen Binder    nbinder@binderschwartz.com, docket@binderschwartz.com

Nicholas Scott Bahnsen    nbahnsen@kflaw.com

Nicolas Swerdloff    nicolas.swerdloff@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, nicolas-swerdloff-6555@ecf.pacerpro.com

Patricia Mary Hamill    PHAMILL@CONRADOBRIEN.COM, agarden@conradobrien.com, kphy@conradobrien.com, SArrington@conradobrien.com

Philip W. Collier    pcollier@stites.com

Rachel S. Nevarez    rsnevarez@wmlaw.com

Richard J. Leamy    rjleamy@wmlaw.com, GDunbar@wmlaw.com, lcomolecki@wmlaw.com

Rick L. Rose    rrose@rqn.com

Robert P. Harrington    rharrington@rqn.com

Ryan Oliver Cantrell    ryan.cantrell@chamberlainlaw.com

Ryan R. Beckstrom    rbeckstrom@kmclaw.com, squilter@kmclaw.com

Scott Allen Davidson    sdavidson@bsg-law.com

Sean K. Mullen    smullen@dpklaw.com

Sean Michael Fisher    sfisher@bswlaw.com

Sharon Louise McCarthy    smccarthy@kflaw.com

Stephen D. Andrews    sandrews@wc.com

Thomas E.L. Dewey    tdewey@dpklaw.com

Thomas Ross Hooper    hooper@sewkis.com

Wendy Helene Schwartz    wschwartz@binderschwartz.com, docket@binderschwartz.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:18-md-02865-LAK-RWL Notice has been delivered by other means to:**

Bernard Tew


Dan L. Cvetanovich
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, OH 43215

Richard W. Edwards
Boehl, Stopher & Graves - Louisville KY
400 W. Market Street
2300 Aegon Center
Louisville, KY 40202-3345


Ross Hooper


Shay-Ann Michelle Heiser Singh
Johnson Moore LLC
150 North Wacker Drive
Suite 1250

Chicago, Il 60606

Valerie Marie Talkers
Taft Stettinius & Hollister
40 N. Main St
Suite 1700
Dayton, OH 45423

**1:18-cv-04434-LAK Notice has been electronically mailed to:**

David S. Pegno    dpegno@dpklaw.com

John Thomas McGoey    mcgoey@hugheshubbard.com, john-mcgoey-9890@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Marc Alan Weinstein    weinstei@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, marc-weinstein-1299@ecf.pacerpro.com

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:18-cv-04434-LAK Notice has been delivered by other means to:**

**1:18-cv-07824-LAK Notice has been electronically mailed to:**

David L Goldberg    david.goldberg@kattenlaw.com, nycclerks@kattenlaw.com

Marc Alan Weinstein    weinstei@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, marc-weinstein-1299@ecf.pacerpro.com

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michael Max Rosensaft    michael.rosensaft@kattenlaw.com, nycclerks@kattenlaw.com, usanys.ecf@usdoj.gov

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Sean Michael Fisher    sfisher@bswlaw.com

Thomas E.L. Dewey    tdewey@dpklaw.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:18-cv-07824-LAK Notice has been delivered by other means to:**

**1:18-cv-07827-LAK Notice has been electronically mailed to:**

David L Goldberg    david.goldberg@kattenlaw.com, nycclerks@kattenlaw.com

Marc Alan Weinstein    weinstei@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, marc-weinstein-1299@ecf.pacerpro.com

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michael Max Rosensaft    michael.rosensaft@kattenlaw.com, nycclerks@kattenlaw.com, usanys.ecf@usdoj.gov

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Sean Michael Fisher    sfisher@bswlaw.com

Thomas E.L. Dewey    tdewey@dpklaw.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:18-cv-07827-LAK Notice has been delivered by other means to:**

**1:18-cv-07828-LAK Notice has been electronically mailed to:**

David L Goldberg    david.goldberg@kattenlaw.com, nycclerks@kattenlaw.com

Marc Alan Weinstein    weinstei@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, marc-weinstein-1299@ecf.pacerpro.com

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michael Max Rosensaft    michael.rosensaft@kattenlaw.com, nycclerks@kattenlaw.com, usanys.ecf@usdoj.gov

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Sean Michael Fisher    sfisher@bswlaw.com

Thomas E.L. Dewey    tdewey@dpklaw.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:18-cv-07828-LAK Notice has been delivered by other means to:**

**1:18-cv-07829-LAK Notice has been electronically mailed to:**

David L Goldberg    david.goldberg@kattenlaw.com, nycclerks@kattenlaw.com

David S. Pegno    dpegno@dpklaw.com

Marc Alan Weinstein    weinstei@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, marc-weinstein-1299@ecf.pacerpro.com

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michael Max Rosensaft    michael.rosensaft@kattenlaw.com, nycclerks@kattenlaw.com, usanys.ecf@usdoj.gov

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Sean Michael Fisher    sfisher@bswlaw.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:18-cv-07829-LAK Notice has been delivered by other means to:**

**1:19-cv-01781-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michael G. Bongiorno    michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01781-LAK Notice has been delivered by other means to:**

**1:19-cv-01783-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michael G. Bongiorno    michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-

5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01783-LAK Notice has been delivered by other means to:**

**1:19-cv-01785-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michael G. Bongiorno    michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01785-LAK Notice has been delivered by other means to:**

**1:19-cv-01788-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Sharon Louise McCarthy    smccarthy@kflaw.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01788-LAK Notice has been delivered by other means to:**

**1:19-cv-01791-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michael G. Bongiorno    michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01791-LAK Notice has been delivered by other means to:**

**1:19-cv-01792-LAK Notice has been electronically mailed to:**

David S. Pegno    dpegno@dpklaw.com

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michael G. Bongiorno    michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01792-LAK Notice has been delivered by other means to:**

**1:19-cv-01794-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Sharon Louise McCarthy    smccarthy@kflaw.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01794-LAK Notice has been delivered by other means to:**

**1:19-cv-01798-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Sharon Louise McCarthy    smccarthy@kflaw.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01798-LAK Notice has been delivered by other means to:**

**1:19-cv-01800-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Sharon Louise McCarthy    smccarthy@kflaw.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01800-LAK Notice has been delivered by other means to:**

**1:19-cv-01801-LAK Notice has been electronically mailed to:**

David S. Pegno    dpegno@dpklaw.com

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sharon Louise McCarthy    smccarthy@kflaw.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01801-LAK Notice has been delivered by other means to:**

**1:19-cv-01803-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Sharon Louise McCarthy    smccarthy@kflaw.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01803-LAK Notice has been delivered by other means to:**

**1:19-cv-01806-LAK Notice has been electronically mailed to:**

David S. Pegno    dpegno@dpklaw.com

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michael G. Bongiorno    michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01806-LAK Notice has been delivered by other means to:**

**1:19-cv-01808-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michael G. Bongiorno    michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01808-LAK Notice has been delivered by other means to:**

**1:19-cv-01809-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sharon Louise McCarthy    smccarthy@kflaw.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01809-LAK Notice has been delivered by other means to:**

**1:19-cv-01810-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sharon Louise McCarthy    smccarthy@kflaw.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01810-LAK Notice has been delivered by other means to:**

**1:19-cv-01812-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michael G. Bongiorno    michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01812-LAK Notice has been delivered by other means to:**

**1:19-cv-01813-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sharon Louise McCarthy    smccarthy@kflaw.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01813-LAK Notice has been delivered by other means to:**

**1:19-cv-01815-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michael G. Bongiorno    michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01815-LAK Notice has been delivered by other means to:**

**1:19-cv-01818-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sharon Louise McCarthy    smccarthy@kflaw.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01818-LAK Notice has been delivered by other means to:**

**1:19-cv-01866-LAK Notice has been electronically mailed to:**

Daniel Cady Davidson    ddavidson@kflaw.com

Nicholas Scott Bahnsen    nbahnsen@kflaw.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Sharon Louise McCarthy    smccarthy@kflaw.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

**1:19-cv-01866-LAK Notice has been delivered by other means to:**

**1:19-cv-01867-LAK Notice has been electronically mailed to:**

Alan Schoenfeld    alan.schoenfeld@wilmerhale.com, whdocketing@wilmerhale.com, Zane.Stucker@wilmerhale.com

Allison Stoddart     allison.stoddart@wilmerhale.com

David S. Pegno     dpegno@dpklaw.com

Michael G. Bongiorno     michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Michael Robert G. Posada     michael.posada@wilmerhale.com

Sarah Loomis Cave     cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

William R. Maguire     maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

**1:19-cv-01867-LAK Notice has been delivered by other means to:**

**1:19-cv-01868-LAK Notice has been electronically mailed to:**

Alan Schoenfeld     alan.schoenfeld@wilmerhale.com, whdocketing@wilmerhale.com, Zane.Stucker@wilmerhale.com

Allison Stoddart     allison.stoddart@wilmerhale.com

David S. Pegno     dpegno@dpklaw.com

Michael G. Bongiorno     michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Michael Robert G. Posada     michael.posada@wilmerhale.com

Sarah Loomis Cave     cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

William R. Maguire     maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

**1:19-cv-01868-LAK Notice has been delivered by other means to:**

**1:19-cv-01869-LAK Notice has been electronically mailed to:**

Alan Schoenfeld     alan.schoenfeld@wilmerhale.com, whdocketing@wilmerhale.com, Zane.Stucker@wilmerhale.com

Allison Stoddart     allison.stoddart@wilmerhale.com

Marc Alan Weinstein     weinstei@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, marc-weinstein-1299@ecf.pacerpro.com

Michael G. Bongiorno     michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Michael Robert G. Posada     michael.posada@wilmerhale.com

Sarah Loomis Cave     cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Thomas E.L. Dewey    tdewey@dpklaw.com

**1:19-cv-01869-LAK Notice has been delivered by other means to:**

**1:19-cv-01870-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michael G. Bongiorno    michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01870-LAK Notice has been delivered by other means to:**

**1:19-cv-01871-LAK Notice has been electronically mailed to:**

Daniel Cady Davidson    ddavidson@kflaw.com

David S. Pegno    dpegno@dpklaw.com

Nicholas Scott Bahnsen    nbahnsen@kflaw.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Sharon Louise McCarthy    smccarthy@kflaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

**1:19-cv-01871-LAK Notice has been delivered by other means to:**

**1:19-cv-01873-LAK Notice has been electronically mailed to:**

Daniel Cady Davidson    ddavidson@kflaw.com

David S. Pegno    dpegno@dpklaw.com

Nicholas Scott Bahnsen    nbahnsen@kflaw.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com,

managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Sharon Louise McCarthy      smccarthy@kflaw.com

William R. Maguire      maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

**1:19-cv-01873-LAK Notice has been delivered by other means to:**

**1:19-cv-01894-LAK Notice has been electronically mailed to:**

Daniel Cady Davidson      ddavidson@kflaw.com

Marc Alan Weinstein      weinstei@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, marc-weinstein-1299@ecf.pacerpro.com

Nicholas Scott Bahnsen      nbahnsen@kflaw.com

Sarah Loomis Cave      cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Sharon Louise McCarthy      smccarthy@kflaw.com

Thomas E.L. Dewey      tdewey@dpklaw.com

**1:19-cv-01894-LAK Notice has been delivered by other means to:**

**1:19-cv-01896-LAK Notice has been electronically mailed to:**

Alan Schoenfeld      alan.schoenfeld@wilmerhale.com, whdocketing@wilmerhale.com, Zane.Stucker@wilmerhale.com

Allison Stoddart      allison.stoddart@wilmerhale.com

David S. Pegno      dpegno@dpklaw.com

Michael G. Bongiorno      michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Michael Robert G. Posada      michael.posada@wilmerhale.com

Sarah Loomis Cave      cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

William R. Maguire      maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

**1:19-cv-01896-LAK Notice has been delivered by other means to:**

**1:19-cv-01918-LAK Notice has been electronically mailed to:**

Mark David Allison      mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michelle A. Rice      mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com,

kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Sharon Louise McCarthy    smccarthy@kflaw.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01918-LAK Notice has been delivered by other means to:**

**1:19-cv-01922-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michael G. Bongiorno    michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01922-LAK Notice has been delivered by other means to:**

**1:19-cv-01926-LAK Notice has been electronically mailed to:**

David S. Pegno    dpegno@dpklaw.com

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michael G. Bongiorno    michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01926-LAK Notice has been delivered by other means to:**

**1:19-cv-01928-LAK Notice has been electronically mailed to:**

David S. Pegno    dpegno@dpklaw.com

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Sharon Louise McCarthy    smccarthy@kflaw.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01928-LAK Notice has been delivered by other means to:**

**1:19-cv-01929-LAK Notice has been electronically mailed to:**

David S. Pegno    dpegno@dpklaw.com

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michael G. Bongiorno    michael.bongiorno@wilmerhale.com, WHDocketing@wilmerhale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01929-LAK Notice has been delivered by other means to:**

**1:19-cv-01931-LAK Notice has been electronically mailed to:**

Mark David Allison    mallison@capdale.com, mark-allison-5295@ecf.pacerpro.com, twalford@capdale.com

Michelle A. Rice    mrice@kaplanrice.com, cfaber@kaplanrice.com, girizarry@kaplanrice.com, kbalkoski@kaplanrice.com, kwang@kaplanrice.com, mprutting@kaplanrice.com

Sarah Loomis Cave    cave@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, sarah-cave-0219@ecf.pacerpro.com

Sharon Louise McCarthy    smccarthy@kflaw.com

Thomas E.L. Dewey    tdewey@dpklaw.com

William R. Maguire    maguire@hugheshubbard.com, bill-maguire-6823@ecf.pacerpro.com, ecf-5e508e26fe88@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com

Zhanna Angert Ziering    zhanna.ziering@mooretaxlawgroup.com, zhanna-ziering-6487@ecf.pacerpro.com

**1:19-cv-01931-LAK Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/3/2021] [FileNumber=26894944-0] [66ba5c06e9813a7b8b531466d1c033e8b7075cd2d7b50096f791ac111d10efb973 3ace7261ab37f0e0be0afe4a085580b6856854892504753e2886c3e46754e6]]