EXECUTION COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to case no. 18-cv-09494. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**[PROPOSED] CONSENT JUDGMENT**

WHEREAS, on June 14, 2018, plaintiff Skatteforvaltningen ("SKAT") commenced this action against defendants Tew Enterprises, LLC Retirement Plan ("Tew Enterprises") and Andrea Tew, and on April 24, 2020, SKAT filed an amended complaint against the defendants (the foregoing collectively hereinafter referred to as the "Action");

WHEREAS, SKAT and defendants Tew Enterprises now wish to resolve all the claims SKAT asserted in the Action against Tew Enterprises;

NOW THEREFORE, without trial or adjudication of issue of fact or law, and upon Tew Enterprises' consent, the Court finds that there is good and sufficient cause to enter this Consent Judgment, and that IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

1. This Consent Judgment is hereby entered in favor of plaintiff SKAT against defendant Tew Enterprises in the amount of $2,389,000 (US); and

2. Defendant Tew Enterprises shall be liable to pay the amount set forth in paragraph 1.

3. Each party shall bear its own attorneys' fees and costs.

56

61789524_1

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment.

Dated: New York, New York
      June ⁊, 2021

By: _____

HUGHES HUBBARD & REED LLP
Marc A. Weinstein
Neil J. Oxford
Dustin P. Smith
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com
neil.oxford@hugheshubbard.com
dustin.smith@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: _____

SEWARD & KISSEL LLP
Mark J. Hyland
Thomas Ross Hooper
One Battery Park Plaza
New York, New York 10004
Tel: (212) 574-1200
Fax: (212) 480-8421
hyland@sewkis.com
hooper@sewkis.com

*Counsel for Tew Enterprises, LLC Retirement Plan*

SO ORDERED:

_____
Lewis A. Kaplan
United Stated District Judge

Dated: New York, New York
       June __, 2021

By: _____           By: /s/ Mark J. Hyland

HUGHES HUBBARD & REED LLP                    SEWARD & KISSEL LLP
Marc A. Weinstein                            Mark J. Hyland
Neil J. Oxford                               Thomas Ross Hooper
Dustin P. Smith                              One Battery Park Plaza
One Battery Park Plaza                       New York, New York 10004
New York, New York 10004-1482                Tel: (212) 574-1200
Telephone: (212) 837-6000                    Fax: (212) 480-8421
Fax: (212) 422-4726                          hyland@sewkis.com
marc.weinstein@hugheshubbard.com             hooper@sewkis.com
neil.oxford@hugheshubbard.com
dustin.smith@hugheshubbard.com

                                             *Counsel for Tew Enterprises, LLC Retirement*
*Counsel for Plaintiff Skatteforvaltningen*  *Plan*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*


SO ORDERED:


_____
Lewis A. Kaplan
United Stated District Judge