**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-09434, 18-cv-09439, 18-cv-09489, 18-cv-09490, 18-cv-09491, 18-cv-09492, 18-cv-09494, 18-cv-09497, 18-cv-09498, 18-cv-09505, 18-cv-09507, 18-cv-09511, 18-cv-09515, 18-cv-09549, 18-cv-09552 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen ("SKAT") and defendants Bernard Tew, Andrea Tew, Stephanie Tew, and Vincent Tew (collectively, "Defendants") hereby stipulate and agree that SKAT's claims against Defendants in the actions captioned *Skatteforvaltningen v. Tew, LP Retirement Plan & Vincent Tew*, No. 18-cv-09492-LAK; *Skatteforvaltningen v. Autoparts Pensions Group Trust, Bluegrass Investment Management, LLC & Bernard Tew*, No. 18-cv-09549-LAK; *Skatteforvaltningen v. Bluegrass Investment Management, LLC Retirement Plan & Bernard Tew*, No. 18-cv-09515-LAK; *Skatteforvaltningen v. Bluegrass Retirement Group Trust, Bluegrass Investment Management, LLC & Bernard Tew*, No. 18-cv-09511-LAK; *Skatteforvaltningen v. Casting Pensions Group Trust, Bluegrass Investment Management, LLC & Bernard Tew*, No. 18-cv-09498-LAK; *Skatteforvaltningen v. Central Technologies Pensions Group Trust, Bluegrass Investment Management, LLC & Bernard Tew*, No. 18-cv-09507-LAK; *Skatteforvaltningen v. Industrial*

*Pensions Group Trust, Bluegrass Investment Management, LLC & Bernard Tew*, No. 18-cv-09497; *Skatteforvaltningen v. JSH Farms LLC 401(K) Plan, Bluegrass Investment Management, LLC, Bernard Tew & George Hofmeister*, No. 18-cv-09489-LAK; *Skatteforvaltningen v. KRH Farms LLC 401(K) Plan, Bluegrass Investment Management, LLC, Bernard Tew & George Hofmeister*, No. 18-cv-09491-LAK; *Skatteforvaltningen v. MGH Farms LLC 401(K) Plan, Bluegrass Investment Management, LLC, Bernard Tew & George Hofmeister*, No. 18-cv-09439-LAK; *Skatteforvaltningen v. MSJJ Retirement Group Trust, Bluegrass Investment Management, LLC, Bernard Tew & George Hofmeister*, No. 18-cv-09552-LAK; *Skatteforvaltningen v. SRH Farms LLC 401(K) Plan, Bluegrass Investment Management, LLC, Bernard Tew & George Hofmeister*, No. 18-cv-09434-LAK; *Skatteforvaltningen v. Triton Farms LLC 401(K) Plan, Bluegrass Investment Management, LLC, Bernard Tew & George Hofmeister*, No. 18-cv-09490-LAK; *Skatteforvaltningen v. Tew Enterprises, LLC Retirement Plan & Andrea Tew*, No. 18-cv-09494-LAK; and *Skatteforvaltningen v. SV Holdings, LLC Retirement Plan & Stephanie Tew*, No. 18-cv-09505-LAK, that are part of these consolidated proceedings are hereby voluntarily dismissed by SKAT, with prejudice, with each party bearing its own costs and attorney's fees, pursuant to the terms of the settlement agreement entered on June 7, 2021 and approved by the United States Bankruptcy Court, Eastern District of Kentucky, Lexington Division.  *In re Bernard V. Tew, Andrea B. Tew*, No. 20-51078-tnw (Bankr. E.D. Ky. June 23, 2021), ECF No. 232.  This dismissal is not intended to and does not affect any of the claims asserted against any other defendants in the above-captioned actions.

Dated: New York, New York
December 21, 2021

By: /s/
    Marc A. Weinstein
    Neil J. Oxford
    William R. Maguire
    Dustin P. Smith
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone : (212) 837-6000
Fax : (212) 422-422-4726
marc.weinstein@hugheshubbard.com
neil.oxford@hugheshubbard.com
bill.maguire@hugheshubbard.com
dustin.smith@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: _____
    Bernard V. Tew

By: _____
    Andrea B. Tew

By: _____
    Stephanie Tew

By: _____
    Vincent Tew

3

Dated: New York, New York
December 21, 2021

By: /s/  Dustin P. Smith
    Marc A. Weinstein
    Neil J. Oxford
    William R. Maguire
    Dustin P. Smith
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone : (212) 837-6000
Fax : (212) 422-422-4726
marc.weinstein@hugheshubbard.com
neil.oxford@hugheshubbard.com
bill.maguire@hugheshubbard.com
dustin.smith@hugheshubbard.com

By:_____
    Bernard V. Tew

By:_____
    Andrea B. Tew

By:_____
    Stephanie Tew

By:_____
    Vincent Tew

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge