UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME  LITIGATION<br><br>This document relates to: 18-cv-10118-LAK<br>18-cv-10127-LAK<br>18-cv-10137-LAK | 18-MD-2865 (LAK)<br><br>ECF Case |

**NOTICE OF MOTION OF MARK D. ALLISON, ESQUIRE
TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Mark D. Allison, Esquire, Mark D. Allison, Esquire of Caplin & Drysdale, Chartered will move this Court, before the Honorable Lewis A. Kaplan, Courtroom 21B, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel and no longer be sent docketing notifications via the ECF system for Defendants Kevin Kenning, Todd Bergeron, Blue Ocean Equity LLC Retirement Plan, Cole Enterprises USA Retirement Plan & Trust, and KK Law Firm Retirement Plan Trust.

PLEASE TAKE FURTHER NOTICE that attorneys at Moore Tax Law Group LLC will continue to be counsel of record for the above-referenced Defendants in this action.

The withdrawing counsel is not retaining or charging a lien.

Dated: New York, New York

December 27, 2021

                                                                                            CAPLIN & DRYSDALE, CHARTERED

                                                                                             <u>s/ Mark D. Allison</u>
                                                                                             By: Mark D. Allison

                                                                                            Mark D. Allison
                                                                                            295 Madison Ave, 12th floor
                                                                                            New York, NY 10017
                                                                                            (212) 379-6000
                                                                                            mallison@capdale.com