UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-10118-LAK<br>       18-cv-10127-LAK<br>       18-cv-10137-LAK | 18-MD-2865 (LAK)<br><br>ECF Case |

### DECLARATION OF MARK D. ALLISON, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Mark D. Allison, Esq., pursuant to 28 U.S.C. § 1746, and subject to the penalty of perjury, declares that the following are true and correct:

1. I am counsel of record in this action.

2. Zhanna A. Ziering, Esq., Guinevere M. Moore, Esq., and Shay-Anne M. Heiser Singh, Esq. of Moore Tax Law Group LLC, will continue to represent the Defendants in this action.

Dated: New York, New York

   December 27, 2021

CAPLIN & DRYSDALE, CHARTERED

s/ Mark D. Allison
By: Mark D. Allison

Mark D. Allison
295 Madison Ave, 12th floor
New York, NY 10017
(212) 379-6000
mallison@capdale.com

1