UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME  LITIGATION<br><br>This document relates to: 18-cv-04434-LAK<br>18-cv-07824-LAK<br>18-cv-07827-LAK<br>18-cv-07828-LAK<br>18-cv-07829-LAK<br>19-cv-01781-LAK<br>19-cv-01783-LAK<br>19-cv-01785-LAK<br>19-cv-01788-LAK<br>19-cv-01791-LAK<br>19-cv-01792-LAK<br>19-cv-01794-LAK<br>19-cv-01798-LAK<br>19-cv-01800-LAK<br>19-cv-01801-LAK<br>19-cv-01803-LAK<br>19-cv-01806-LAK<br>19-cv-01808-LAK<br>19-cv-01809-LAK<br>19-cv-01810-LAK<br>19-cv-01812-LAK<br>19-cv-01813-LAK<br>19-cv-01815-LAK<br>19-cv-01818-LAK<br>19-cv-01870-LAK<br>19-cv-01918-LAK<br>19-cv-01922-LAK<br>19-cv-01926-LAK<br>19-cv-01928-LAK<br>19-cv-01929-LAK<br>19-cv-01931-LAK | 18-MD-2865 (LAK)<br><br>ECF Case |

## DECLARATION OF MARK D. ALLISON, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Mark D. Allison, Esq., pursuant to 28 U.S.C. § 1746, and subject to the penalty of perjury, declares that the following are true and correct:

1. I am counsel of record in this action.

2. Zhanna A. Ziering, Esq. of Moore Tax Law Group LLC will continue to represent the Defendants in this action.

Dated: New York, New York

   January 10, 2022

CAPLIN & DRYSDALE, CHARTERED

s/ Mark D. Allison
By: Mark D. Allison

Mark D. Allison
295 Madison Ave, 12th floor
New York, NY 10017
(212) 379-6000
mallison@capdale.com