# **EXHIBIT 1**

```
 1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
 2                 CASE NO.  18-MD-2865 (LAK)

 3

 4   IN RE:

 5   CUSTOMS AND TAX ADMINISTRATION OF
     THE KINGDOM OF DENMARK
 6   (SKATTEFORVALTNINGEN) TAX REFUND
     SCHEME LITIGATION
 7
     This document relates to
 8   case nos. 19-cv-01866, et al.
     _____
 9

10       REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

11                       EXAMINATION OF

12                        ANDREW WALL

13

14             DATE: February 23, 2022

15          REPORTED BY:  MICHAEL FRIEDMAN, CCR

16       **********************************
         *                                *
17       *           CONFIDENTIAL         *
         *                                *
18       **********************************

19
                  ***   ROUGH DRAFT   ***
20

21

22
                      GREGORY EDWARDS
23       400 Virginia Avenue, SW - Suite C-120
                   Washington, DC 20024
24                    (202) 347-9300

25   JOB # 022322-MFH
```

```
 1              TRANSCRIPT of the videotaped deposition
 2     of the witness, called for Oral Examination in the
 3     above-captioned matter, said deposition being taken
 4     by and before MICHAEL FRIEDMAN, a Notary Public and
 5     Certified Court Reporter of the State of New Jersey,
 6     via WEBEX, ALL PARTIES REMOTE, on February 23, 2022,
 7     commencing at approximately 7:30 in the morning.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   A P P E A R A N C E S:

 2
     HUGHES, HUBBARD & REED
 3   One Battery Park Plaza
     New York, NY  10004
 4   BY:   NEIL OXFORD, ESQ.
           BILL MAGUIRE, ESQ.
 5         MARC A. WEINSTEIN, ESQ.
           CAROLYN HARBUS, ESQ.
 6         JAMES HENSELER, ESQ.
           JOHN MCGOEY, ESQ.
 7         VALERIE CAHAN, ESQ.
           ERIN PAMUKCU, ESQ.
 8         VICTOR SANDOVAL, ESQ.
           MAUREEN HOWLEY, ESQ.
 9         GREGORY FARRELL, ESQ.
           ELIZABETH ZHOU, ESQ.
10         DEBBIE PLACID, ESQ.
           SIOBHAN D'ANGELO, ESQ.
11         Via VTC
     Attorneys for SKAT
12

13   HANAMIRIAN LAW FIRM
     40 E. Main Street
14   Moorestown, NJ  08057
     BY:   JOHN M. HANAMIRIAN, ESQ.
15         ELZA GRIGORYAN
           Via VTC
16   Attorneys for Acorn Capital

17   THE MOORE TAX LAW GROUP
     11 Broadway
18   New York, NY  10004
     BY:   ZHANNA ZIERING, ESQ.
19         Via VTC
     Attorneys for Kenning and Klugman
20

21   KAPLAN RICE
     142 West 57th Street
22   New York, NY  10019
     BY:   Y. KATIE WANG, ESQ.
23         MICHELLE RICE, ESQ.
           Via VTC
24   Attorneys for Albedo, et al

25
```

```
 1   A P P E A R A N C E S:

 2
     KOSTELANETZ & FINK
 3   250 Greenwich Street
     New York, NY  10007
 4   BY:   NICHOLAS H. BAHNSEN, ESQ.
           BRYAN C. SKARLATOS, ESQ.
 5         CAROLINE CIRAOLO, ESQ.
           ERIC SMITH, ESQ.
 6         DANIEL DAVIDSON, ESQ.
           SHARON L. MCCARTHY, ESQ.
 7         JULIET L. FINK, ESQ.
           Via VTC
 8   Attorneys for Azalea, et al

 9
     K&L GATES
10   One Lincoln Street
     Boston, MA  02111
11   BY:   JOHN GAVIN, ESQ.
           BRANDON DILLMAN, ESQ.
12         DAVID FINE, ESQ.
           JOHN BLESSINGTON, ESQ.
13         ANNA E. L'HOMMEDIEU, ESQ.
           Via VTC
14   Attorneys for Alexander Jamie Mitchell, et al

15

16   GUSRAE, KAPLAN & NUSBAUM
     120 Wall Street
17   New York, NY  10005
     BY:   KARI PARKS, ESQ.
18         MARTIN H. KAPLAN, ESQ.
           Via VTC
19   Attorneys for Goldstein

20

21

22

23

24

25
```

```
 1   A P P E A R A N C E S:

 2
     WILMER HALE
 3   7 World Trade Center - 250 Greenwich Street
     New York, NY  10007
 4   BY:   ALAN SCHOENFELD, ESQ.
           MICHAEL BONGIORNO, ESQ.
 5         CARY GLYNN, ESQ.
           JULIA C. PILCER, ESQ.
 6         RACHEL CRAFT, ESQ.
           ANDREW DULBERG, ESQ.
 7         BRITTANY LLEWELLYN, ESQ.
           Via VTC
 8   Attorneys for Avanix, et al

 9

10
     BINDER & SCHWARTZ
11   366 Madison Avenue
     New York, NY  10017
12   BY:   NEIL S. BINDER, ESQ.
           GREGORY C. PRUDEN, ESQ.
13         WENDY H. SCHWARTZ, ESQ.
           M. TOMAS MURPHY, ESQ.
14         Via VTC
     ATTORNEYS for ED&F Man
15

16   DEWEY, PEGNO & KRAMARSKY
     777 Third Avenue
17   New York, NY  10017
     BY:   SEAN MULLEN, ESQ.
18         DAVID PEGNO, ESQ.
           THOMAS E.L. DEWEY, ESQ.
19         Via VTC
     Attorneys for Michael Ben-Jacob
20

21   WILLIAMS & CONNOLLY
     725 12th STREET, NW
22   Washington, DC  20005
     BY:   AMY B. MCKINLAY, ESQ.
23         STEPHEN D. ANDREWS, ESQ.
           Via VTC
24   Attorneys for Sander Gerber Pension Plan

25
```

```
 1   A P P E A R A N C E S:

 2


 3   KATTEN
     575 Madison Avenue
 4   New York, NY  10022
     BY:   DAVID GOLDBERG, ESQ.
 5         MICHAEL ROSENAFT, ESQ.
           Via VTC
 6   Attorneys for Klugman


 7
     SEWARD & KISSEL
 8   One Battery Park Plaza
     New York, NY  10004
 9   BY:   SHREY SHARMA, ESQ.
           THOMAS R. HOOPER, ESQ.
10         MARK J. HYLAND, ESQ.
           Via VTC
11   Attorneys for Bernard Tew


12
     LAW OFFICES OF SHELDON S. TOLL
13   2000 Town Center
     Southfield, MI  48075
14   BY:   SHELDON S. TOLL, ESQ.
           Via VTC
15   Attorneys for Hoffmeister


16
     MORVILLO, ABROMOWITZ, GRAND, IASON & ANELLO
17   565 5th Avenue
     New York, NY  10017
18   BY:   RICHARD WEINBERG, ESQ.
     Attorneys for Clove Pension Plan, Mill River
19   Pension Plan, Traden Investment Pension Plan


20


21


22


23


24


25
```

```
 1   A P P E A R A N C E S:

 2   MOORE TAX LAW GROUP
     2205 West Armitage Avenue
 3   Chicago, IL  60607
     BY:  ZHANNA ZIERING, ESQ.
 4   Attorneys for Klugman

 5
     ALSO PRESENT:  JOSE RIVERA, Videographer
 6
                    KIRSTEN MARIE DONATO, ESQ.
 7                  KAMMERADVOKATEN POUL SCHMITH

 8                  CHARLOTTE WOODWARD
                    ROSENBLATT LAW
 9
                    KATRINE HOVGAARD BØEGH, ESQ.
10
                    CHRISTINE P. VINTHOR
11
                    CHRISTIAN BÜLOW
12
                    MARISE HØRBY SALVESEN
13

14                       ANNE CHRISTINE K.

15   EGHOLM

16
                    ANNA L'HOMMEDIEU
17
                    JENS KJAEGAARD
18
                    JOHN ACKLEY
19
                    LUTHER KISANGA
20

21

22

23

24

25
```

```
 1         A    If I then went on to use them as
 2    part of -- as part of a reclamation of tax,
 3    then the information supplied would be
 4    correct.
 5         Q    Okay.  Let me ask you this very
 6    directly as ED&F's corporate representative
 7    today.
 8              Did ED&F know that the purpose for
 9    which -- the purpose to which the tax
10    vouchers that it issued to the defendant
11    plans would be put was a reclaim of allegedly
12    withheld dividend tax by the -- withdrawn.
13    Let me clean that up.
14              As ED&F's corporate representative,
15    can you tell me whether or not ED&F knew that
16    the purpose to which the tax vouchers that it
17    issued to the defendant plans would be put
18    was the reclaim -- the reclaiming of dividend
19    withholding tax?
20              MR. BINDER:  Objection to form.
21         Asked and answered.
22         A    Yes, ED&F did know.
23         Q    And similarly, ED&F knew that SKAT
24    would receive the application for a refund,
25    would rely on the dividend withholding tax
```