# **<u>EXHIBIT 2</u>**

CONFIDENTIAL
Shahab Hashemi - October 8, 2021

Page 236

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2             MASTER DOCKET 18-MD-2865(LAK)
                  CASE NO. 18-CV-09797
 3
    _____
 4                                     )
    IN RE:                             )
 5                                     )
    CUSTOMS AND TAX ADMINISTRATION OF  )
 6  THE KINGDOM OF DENMARK             )
    (SKATTEFORVALTNINGEN) TAX REFUND   )
 7  SCHEME LITIGATION                  )
                                       )
 8  _____)

 9

10

11          C O N F I D E N T I A L

12

13

14    REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                 EXAMINATION OF

16                 SHAHAB HASHEMI

17                   VOLUME II

18              DATE: October 8, 2021

19

20

21

22

23

24

25       REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Shahab Hashemi - October 8, 2021

Page 237

1
2
3
4
5              TRANSCRIPT of the videotaped deposition
6       of the witness, called for Oral Examination in the
7       above-captioned matter, said deposition being taken
8       by and before MICHAEL FRIEDMAN, a Notary Public and
9       Certified Court Reporter of the State of New Jersey,
10      via WEBEX, ALL PARTIES REMOTE, on October 8, 2021,
11      commencing at approximately 7:02 in the morning.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL
Shahab Hashemi - October 8, 2021

Page 238

```
 1    A P P E A R A N C E S:

 2
      HUGHES, HUBBARD & REED
 3    One Battery Park Plaza
      New York, NY  10004
 4    BY:   NEIL OXFORD, ESQ.
            BILL MAGUIRE, ESQ.
 5          MARC A. WEINSTEIN, ESQ.
            CAROLYN HARBUS, ESQ.
 6          JAMES HENSELER, ESQ.
            JOHN MCGOEY, ESQ.
 7          VALERIE CAHAN, ESQ.
            ERIN PAMUKCU, ESQ.
 8          VICTOR SANDOVAL, ESQ.
            MAUREEN HOWLEY, ESQ.
 9          GREGORY FARRELL, ESQ.
            ELIZABETH ZHOU, ESQ.
10          DEBBIE PLACID, ESQ.
            SIOBHAN D'ANGELO, ESQ.
11          Via VTC
      Attorneys for SKAT
12

13    HANAMIRIAN LAW FIRM
      40 E. Main Street
14    Moorestown, NJ  08057
      BY:   JOHN M. HANAMIRIAN, ESQ.
15          ELZA GRIGORYAN
            Via VTC
16    Attorneys for Acorn Capital

17    THE MOORE TAX LAW GROUP
      11 Broadway
18    New York, NY  10004
      BY:   ZHANNA A. ZIERING, ESQ.
19          Via VTC
      Attorneys for Klugman and Kenning
20

21    KAPLAN RICE
      142 West 57th Street
22    New York, NY  10019
      BY:   Y. KATIE WANG, ESQ.
23          MICHELLE RICE, ESQ.
            Via VTC
24    Attorneys for Albedo, et al

25
```

```
 1    A P P E A R A N C E S:

 2
      KOSTELANETZ & FINK
 3    250 Greenwich Street
      New York, NY  10007
 4    BY:   NICHOLAS H. BAHNSEN, ESQ.
            BRYAN C. SKARLATOS, ESQ.
 5          CAROLINE CIRAOLO, ESQ.
            ERIC SMITH, ESQ.
 6          DANIEL DAVIDSON, ESQ.
            SHARON L. MCCARTHY, ESQ.
 7          JULIET L. FINK, ESQ.
            Via VTC
 8    Attorneys for Azalea, et al

 9
      K&L GATES
10    One Lincoln Street
      Boston, MA  02111
11    BY:   JOHN GAVIN, ESQ.
            BRANDON DILLMAN, ESQ.
12          DAVID FINE, ESQ.
            JOHN BLESSINGTON, ESQ.
13          ANNA E. L'HOMMEDIEU, ESQ.
            Via VTC
14    Attorneys for Alexander Jamie Mitchell, et al

15

16    GUSRAE, KAPLAN & NUSBAUM
      120 Wall Street
17    New York, NY  10005
      BY:   KARI PARKS, ESQ.
18          MARTIN H. KAPLAN, ESQ.
            Via VTC
19    Attorneys for Goldstein

20

21

22

23

24

25
```

CONFIDENTIAL
Shahab Hashemi - October 8, 2021

Page 240

```
 1    A P P E A R A N C E S:

 2
      WILMER HALE
 3    7 World Trade Center - 250 Greenwich Street
      New York, NY  10007
 4    BY:    ALAN SCHOENFELD, ESQ.
             MICHAEL BONGIORNO, ESQ.
 5           CARY GLYNN, ESQ.
             JULIA C. PILCER, ESQ.
 6           RACHEL CRAFT, ESQ.
             ANDREW DULBERG, ESQ.
 7           BRITTANY LLEWELLYN, ESQ.
             Via VTC
 8    Attorneys for Avanix, et al

 9

10
      BINDER & SCHWARTZ
11    366 Madison Avenue
      New York, NY  10017
12    BY:    NEIL S. BINDER, ESQ.
             GREGORY C. PRUDEN, ESQ.
13           WENDY H. SCHWARTZ, ESQ.
             M. TOMAS MURPHY, ESQ.
14           Via VTC
      ATTORNEYS for ED&F Man
15

16    DEWEY, PEGNO & KRAMARSKY
      777 Third Avenue
17    New York, NY  10017
      BY:    SEAN MULLEN, ESQ.
18           DAVID PEGNO, ESQ.
             THOMAS E.L. DEWEY, ESQ.
19           Via VTC
      Attorneys for Michael Ben-Jacob
20

21    WILLIAMS & CONNOLLY
      725 12th STREET, NW
22    Washington, DC  20005
      BY:    AMY B. MCKINLAY, ESQ.
23           STEPHEN D. ANDREWS, ESQ.
             Via VTC
24    Attorneys for Sander Gerber Pension Plan

25
```

CONFIDENTIAL
Shahab Hashemi - October 8, 2021

Page 241

```
 1    A P P E A R A N C E S:

 2


 3    KATTEN
      575 Madison Avenue
 4    New York, NY  10022
      BY:   DAVID GOLDBERG, ESQ.
 5          MICHAEL ROSENAFT, ESQ.
            Via VTC
 6    Attorneys for Klugman

 7

      SEWARD & KISSEL
 8    One Battery Park Plaza
      New York, NY  10004
 9    BY:   SHREY SHARMA, ESQ.
            THOMAS R. HOOPER, ESQ.
10          MARK J. HYLAND, ESQ.
            Via VTC
11    Attorneys for Bernard Tew

12

      LAW OFFICES OF SHELDON S. TOLL
13    2000 Town Center
      Southfield, MI  48075
14    BY:   SHELDON S. TOLL, ESQ.
            Via VTC
15    Attorneys for Hoffmeister

16

      MORVILLO, ABROMOWITZ, GRAND, IASON & ANELLO
17    565 5th Avenue
      New York, NY  10017
18    BY:   RICHARD WEINBERG, ESQ.
      Attorneys for Clove Pension Plan, Mill River
19    Pension Plan, Traden Investment Pension Plan

20

21

22

23

24

25
```

CONFIDENTIAL
Shahab Hashemi - October 8, 2021

Page 242

```
 1     ALSO PRESENT:   JOSE RIVERA, Videographer

 2                     KIRSTEN MARIE DONATO, ESQ.
                       KAMMERADVOKATEN POUL SCHMITH
 3
                       CHARLOTTE WOODWARD
 4                     ROSENBLATT LAW

 5                     KATRINE HOVGAARD B□EGH, ESQ.

 6                     CHRISTINE P. VINTHOR

 7                     CHRISTIAN B□LOW

 8                     MARISE H□RBY SALVESEN

 9                     ANNE CHRISTINE K. EGHOLM

10                     ANNA L'HOMMEDIEU

11                     JENS KJAEGAARD

12                     JOHN ACKLEY

13                     LUTHER KISANGA

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL
Shahab Hashemi - October 8, 2021

Page 251

```
 1        attorneys conveyed factual information,
 2        you can answer.  But beyond that, I
 3        would instruct you not to answer.
 4              If you recall at all.
 5        A    Mr. Oxford, at this moment in time,
 6   I don't recall exactly the answers to the
 7   questions.
 8        Q    Okay.  Do you recall, sitting here
 9   today, what, if any, factual information
10   ED&F Man's lawyers conveyed to you on
11   Topic 23?
12              MR. BINDER:  Objection, asked and
13        answered.
14        A    I can't recall right now.
15        Q    Okay.  Is it correct that
16   ED&F Man's position is that Annex E
17   contains -- withdrawn.
18              Is it correct that ED&F Man's
19   position is that the Annex E tax vouchers
20   contain certain inaccuracies?
21        A    The Annex E tax vouchers contain
22   inaccuracies.
23        Q    Can you describe those inaccuracies
24   for me, please?
25        A    Are you able to be specific,
```

CONFIDENTIAL
Shahab Hashemi - October 8, 2021

Page 252

```
 1    Mr. Oxford?
 2        Q    It's just a general question.
 3    ED&F Man's position is that Annex E
 4    references tax vouchers that are inaccurate.
 5             I'm asking for your understanding,
 6    as a corporate representative on a notice
 7    topic here, whether you have any
 8    understanding of what those inaccuracies are?
 9        A    The inaccuracies are that the tax
10    vouchers in Annex E were incorrectly
11    produced.
12        Q    Can you explain what you mean,
13    "incorrectly produced?"
14        A    What I mean is that they should not
15    have been produced.
16        Q    Why should they not have been
17    produced?
18        A    Because they are inaccurate.
19        Q    In what sense are they inaccurate?
20        A    Could you repeat the question,
21    please?
22        Q    In what sense are they inaccurate?
23        A    Because -- they were inaccurate
24    because the pension plans weren't due a
25    dividend from the company.
```

CONFIDENTIAL
Shahab Hashemi - October 8, 2021

Page 421

1                    C E R T I F I C A T E
2
3            I, MICHAEL FRIEDMAN, a Certified Court
4    Reporter and Notary Public, qualified in and for
5    the State of New Jersey do hereby certify that
6    prior to the commencement of the examination SHAHAB
7    HASHEMI was duly sworn by me to testify to the
8    truth the whole truth and nothing but the truth.
9            I DO FURTHER CERTIFY that the foregoing
10   is a true and accurate transcript of the testimony
11   as taken stenographically by and before me at the
12   time, place and on the date hereinbefore set forth.
13           I DO FURTHER certify that I am neither a
14   relative of nor employee nor attorney nor counsel
15   for any of the parties to this action, and that I
16   am neither a relative nor employee of such attorney
17   or counsel, and that I am not financially
18   interested in the action.
19
20
21   _____
22           MICHAEL FRIEDMAN, CCR of the
23           State of New Jersey
24           License No:  30XI00228600
25           Date:  October 10, 2021