**EXECUTION COPY**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

MASTER DOCKET

18-md-2865 (LAK)

This document relates to case no. 18-cv-09505.

### ~~[PROPOSED]~~ CONSENT JUDGMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, on June 14, 2018, plaintiff Skatteforvaltningen ("SKAT")
commenced this action against defendants SV Holdings, LLC Retirement Plan ("SV Holdings"),
and Stephanie Tew, and on April 24, 2020, SKAT filed an amended complaint against the
defendants (the foregoing collectively hereinafter referred to as the "Action");

WHEREAS, SKAT and defendants SV Holdings and Stephanie Tew now wish to
resolve all the claims SKAT asserted in the Action against SV Holdings and Stephanie Tew;

NOW THEREFORE, without trial or adjudication of issue of fact or law, and upon SV
Holdings' and Stephanie Tews' consent, the Court finds that there is good and sufficient cause to
enter this Consent Judgment, and that IT IS THEREFORE ORDERED, ADJUDGED, AND
DECREED THAT:

1.      This Consent Judgment is hereby entered in favor of plaintiff SKAT against
defendant SV Holdings in the amount of $2,243,000 (US); and

2.      Each party shall bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain
jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment.

61789524_1

**EXECUTION COPY**

IT IS FURTHER HEREBY STIPULATED AND AGREED by and between the parties

and their respective counsel that the above-captioned action is voluntarily dismissed, with

prejudice, against defendant Stephanie Tew pursuant to Federal Rules of Civil Procedure

41(a)(1)(A)(ii), with each party bearing its own attorneys' fees, costs, and expenses.

Dated: New York, New York
June 7, 2021

By: _____

HUGHES HUBBARD & REED LLP
Marc A. Weinstein
Neil J. Oxford
Dustin P. Smith
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com
neil.oxford@hugheshubbard.com
dustin.smith@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: _____

SEWARD & KISSEL LLP
Mark J. Hyland
Thomas Ross Hooper
One Battery Park Plaza
New York, New York 10004
Tel: (212) 574-1200
Fax: (212) 480-8421
hyland@sewkis.com
hooper@sewkis.com

*Counsel for Stephanie Tew and SV Holdings,
LLC Retirement Plan*

SO ORDERED:

_____
Lewis A. Kaplan
United Stated District Judge

IT IS FURTHER HEREBY STIPULATED AND AGREED by and between the parties

and their respective counsel that the above-captioned action is voluntarily dismissed, with

prejudice, against defendant Stephanie Tew pursuant to Federal Rules of Civil Procedure

41(a)(1)(A)(ii), with each party bearing its own attorneys' fees, costs, and expenses.

Dated: New York, New York
      June ⁀7, 2021

By:_____

By: Mark J. Hyland

HUGHES HUBBARD & REED LLP
Marc A. Weinstein
Neil J. Oxford
Dustin P. Smith
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com
neil.oxford@hugheshubbard.com
dustin.smith@hugheshubbard.com

SEWARD & KISSEL LLP
Mark J. Hyland
Thomas Ross Hooper
One Battery Park Plaza
New York, New York 10004
Tel: (212) 574-1200
Fax: (212) 480-8421
hyland@sewkis.com
hooper@sewkis.com

*Counsel for Stephanie Tew and SV Holdings,*
*LLC Retirement Plan*

*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*

SO ORDERED:

Lewis A. Kaplan
United Stated District Judge

3/29/22