UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND     18-md-2865 (LAK)
LITIGATION

This paper applies to:   18-cv-4896, 18-cv-4890,
                         18-cv-4892, 18-cv-5299,
                         18-cv-5300, 18-cv-5305,
                         18-cv-5308, 18-cv-5309.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PRETRIAL ORDER NO. 32**
(Referral of Certain Cases for Settlement Purposes)

LEWIS A. KAPLAN, *District Judge.*

       The cases listed above are referred to Honorable Robert W. Lehrburger for settlement purposes.

       Mr. LoPiccolo shall provide Magistrate Judge Lehrburger with a duplicate copy of his letter to the undersigned dated March 25, 2022.

       SO ORDERED.

Dated:   March 29, 2022

                                        Lewis A. Kaplan
                                        United States District Judge