UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

This paper applies to:   18-cv-4896, 18-cv-4890,
18-cv-4892, 18-cv-5299,
18-cv-5300, 18-cv-5305,
18-cv-5308, 18-cv-5309.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Order of Reference to the Magistrate Judge
re the Member Cases Listed in the Caption
- And -
Amended Order of Reference to a
Magistrate Judge re: 18-md-2865 (LAK) (RWL)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/22

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

☐ All such motions: _____

*Do not check if already referred for general pretrial.

Dated 3/29/2022

SO ORDERED: /s/ Lewis A. Kaplan
United States District Judge