**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 18-cv-04900.

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen

("SKAT") and Defendants Ackview Solo 401K Plan ("Ackview Plan") and Sean Driscoll

("Driscoll") hereby stipulate and agree that SKAT's action against Defendants Ackview Plan and

Driscoll, captioned *Skatteforvaltningen v. Ackview Solo 401K Plan, et al.*, No. 18-cv-04900,

which is part of these consolidated proceedings, is hereby voluntarily dismissed by SKAT, with

prejudice, with each party bearing its own costs and attorney's fees.

Case 1:18-md-02865-LAK   Document 772   Filed 04/05/22   Page 2 of 2
Case 1:18-cv-04900-LAK   Document 163   Filed 03/31/22   Page 2 of 2

2

Dated: New York, New York
March 31, 2022

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo
    Joseph LoPiccolo
POULOS LOPICCOLO PC
311 West 43rd St., 11th Fl., Ste. 124
New York, NY 10036
Telephone: (646) 931-0011
Fax: (732) 358-0180
lopiccolo@pllawfirm.com

*Counsel for Ackview Solo 401K Plan and Sean
Driscoll*

SO ORDERED:

Lewis A. Kaplan
United States District Judge

4-4-22