**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-04898. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen ("SKAT") and Defendants NYCATX LLC Solo 401K Plan ("NYCATX") and Carl Andrew Vergari ("Vergari") hereby stipulate and agree that SKAT's action against Defendants NYCATX and Vergari, captioned *Skatteforvaltningen v. NYCATX LLC Solo 401K Plan, et al.*, No. 18-cv-04898, which is part of these consolidated proceedings, is hereby voluntarily dismissed by SKAT, with prejudice, with each party bearing its own costs and attorney's fees.

Dated: New York, New York
        April 6, 2022


By: /s/ Marc A. Weinstein                    By: /s/ Joseph LoPiccolo
      Marc A. Weinstein                            Joseph LoPiccolo
HUGHES HUBBARD & REED LLP              POULOS LOPICCOLO PC
One Battery Park Plaza                      311 West 43rd St., 11th Fl., Ste. 124
New York, New York 10004-1482            New York, NY 10036
Telephone: (212) 837-6000                  Telephone: (646) 931-0011
Fax: (212) 422-4726                         Fax: (732) 358-0180
marc.weinstein@hugheshubbard.com          lopiccolo@pllawfirm.com

*Counsel for Plaintiff Skatteforvaltningen*   *Counsel for NYCATX LLC Solo 401K Plan and*
*(Customs and Tax Administration of the*       *Carl Andrew Vergari*
*Kingdom of Denmark)*


SO ORDERED:


_____
        Lewis A. Kaplan
    United States District Judge