**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION

This document relates to: 18-cv-04898.

MASTER DOCKET

18-md-2865 (LAK)

### STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen ("SKAT") and Defendants NYCATX LLC Solo 401K Plan ("NYCATX") and Carl Andrew Vergari ("Vergari") hereby stipulate and agree that SKAT's action against Defendants NYCATX and Vergari, captioned *Skatteforvaltningen v. NYCATX LLC Solo 401K Plan, et al.*, No. 18-cv-04898, which is part of these consolidated proceedings, is hereby voluntarily dismissed by SKAT, with prejudice, with each party bearing its own costs and attorney's fees.

Case 1:18-md-02865-LAK   Document 780   Filed 04/12/22   Page 2 of 2
Case 1:18-md-02865-LAK   Document 777   Filed 04/06/22   Page 2 of 2

2

Dated: New York, New York
April 6, 2022

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo
    Joseph LoPiccolo
POULOS LOPICCOLO PC
311 West 43rd St., 11th Fl., Ste. 124
New York, NY 10036
Telephone: (646) 931-0011
Fax: (732) 358-0180
lopiccolo@pllawfirm.com

*Counsel for NYCATX LLC Solo 401K Plan and Carl Andrew Vergari*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

4/12/22