**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 18-cv-10067.

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen

("SKAT") and Defendants The Balmoral Management LLC 401K Pension Plan ("Balmoral")

and John LaChance ("LaChance") hereby stipulate and agree that SKAT's action against

Defendants Balmoral and LaChance, captioned *Skatteforvaltningen v. The Balmoral*

*Management LLC 401K Pension Plan, et al.*, No. 18-cv-10067, which is part of these

consolidated proceedings, is hereby voluntarily dismissed by SKAT, with prejudice, with each

party bearing its own costs and attorney's fees.

Dated: New York, New York
    April 12, 2022


By: /s/ Marc A. Weinstein
    Marc A. Weinstein
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004-1482
    Telephone: (212) 837-6000
    Fax: (212) 422-4726
    marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo
    Joseph LoPiccolo
    POULOS LOPICCOLO PC
    311 West 43rd St., 11th Fl., Ste. 124
    New York, NY 10036
    Telephone: (646) 931-0011
    Fax: (732) 358-0180
    lopiccolo@pllawfirm.com

*Counsel for The Balmoral Management LLC*
*401K Pension Plan and John LaChance*


SO ORDERED:

Lewis A. Kaplan
United States District Judge     4/13/22