

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 18-cv-10092.

---

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND ORDER OF PARTIAL VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff

Skatteforvaltningen ("SKAT") and the undersigned defendants and their counsel that the action

captioned *SKAT v. JML Capital LLC 401K Plan, et al.*, No. 18-cv-10092 is dismissed as against

Defendants JML Capital LLC 401K Plan and John LaChance with prejudice and without costs or

attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

SKAT's dismissal is not intended to and does not affect any of the claims asserted against Roger

Lehman in the action captioned *SKAT v. JML Capital LLC 401K Plan, et al.*, No. 18-cv-10092.

This stipulation is signed by counsel for all parties who have appeared.

Case 1:18-md-02865-LAK   Document 786   Filed 04/13/22   Page 2 of 2
Case 1:18-cv-10092-LAK   Document 155   Filed 04/13/22   Page 2 of 2

2

Dated: New York, New York
       April 12, 2022

By: /s/ Marc A. Weinstein                        By: /s/ Joseph LoPiccolo
    Marc A. Weinstein                                Joseph LoPiccolo
    HUGHES HUBBARD & REED LLP                         POULOS LOPICCOLO PC
    One Battery Park Plaza                             311 West 43rd St., 11th Fl., Ste. 124
    New York, New York 10004-1482                      New York, NY 10036
    Telephone: (212) 837-6000                          Telephone : (646) 931-0011
    Fax: (212) 422-4726                                Fax : (732) 358-0180
    marc.weinstein@hugheshubbard.com                   lopiccolo@pllawfirm.com

*Counsel for Plaintiff Skatteforvaltningen*          *Counsel for Defendants JML Capital LLC*
*(Customs and Tax Administration of the*             *401K Plan, John LaChance, and Roger*
*Kingdom of Denmark)*                                 *Lehman*


SO ORDERED:

Lewis A. Kaplan                                      Date: April 13, 2022
United States District Judge