# EXHIBIT A

| Bellwether Case No. | Defendants |
| --- | --- |
| 19-cv-01898 | RJM Capital Pension Plan and Richard Markowitz |
| 19-cv-01866 | Basalt Ventures LLC Roth 401(k) Plan, John Van Merkensteijn, and Michael Ben-Jacob |
| 19-cv-01812 | Roadcraft Technologies LLC Roth 401(k) Plan, Ronald Altbach, Michael Ben-Jacob, Robert Klugman, Richard Markowitz, RAK Investment Trust, and Routt Capital Trust |
| 18-cv-04051 | The Proper Pacific LLC 401K Plan and Doston Bradley |
| 18-cv-10098 | The FWC Capital LLC Pension Plan and Roger Lehman |
| 18-cv-09841 | American Investment Group of New York, L.P. Pension Plan, Stacey Kaminer, Robert Crema, Acer Investment Group, LLC and Third-Party Defendant ED&F Man Capital Markets Ltd. |
| 18-cv-09840 | Riverside Associates Defined Benefit Plan, David Schulman, Acer Investment Group, LLC, and Third-Party Defendant ED&F Man Capital Markets Ltd. |