# Appendix A

# RJM CAPITAL PENSION PLAN

In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation

| | | | Equities Transactions | | | | | Stock Loan Transactions | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension Plan | Security | Number of shares | Trade Date | Settlement Date | Price | Quantity | Equity Broker | Trade Date | Settlement Date | Price | Quantity | Stock Loan Counterparty |
| RJM CAPITAL PENSION PLAN | TDC A/S | 3,250,000 | 03/07/13 | 03/13/13 | 45.7393 | 3,250,000 | FGC Securities LLC | 03/12/13 | 03/13/13 | 45.7393 | 3,250,000 | Colbrook Ltd |
| RJM CAPITAL PENSION PLAN | DSV A/S | 1,200,000 | 03/21/13 | 03/27/13 | 144.7836 | 1,200,000 | FGC Securities LLC | 03/26/13 | 03/27/13 | 144.7836 | 1,200,000 | Amalthea Enterprises Ltd |
| RJM CAPITAL PENSION PLAN | Carlsberg A/S - B | 640,000 | 03/21/13 | 03/27/13 | 586.5422 | 640,000 | Novus Capital Markets Ltd | 03/26/13 | 03/27/13 | 586.5422 | 640,000 | Amalthea Enterprises Ltd |
| RJM CAPITAL PENSION PLAN | Novo Nordisk A/S - B | 2,400,000 | 03/20/13 | 03/26/13 | 966.5860 | 2,400,000 | FGC Securities LLC | 03/25/13 | 03/26/13 | 966.5860 | 2,400,000 | Colbrook Ltd |
| RJM CAPITAL PENSION PLAN | FLSmidth & Co A/S | 285,000 | 04/05/13 | 04/11/13 | 349.1567 | 285,000 | Novus Capital Markets Ltd | 04/10/13 | 04/11/13 | 349.1567 | 285,000 | Aquila (Cayman) Ltd |
| RJM CAPITAL PENSION PLAN | A.P. Møller Mærsk A/S - A | 4,200 | 04/11/13 | 04/17/13 | 41,950.2873 | 4,200 | FGC Securities LLC | 04/16/13 | 04/17/13 | 41,950.2873 | 4,200 | Amalthea Enterprises Ltd |
| RJM CAPITAL PENSION PLAN | A.P. Møller Mærsk A/S - B | 10,400 | 04/11/13 | 04/17/13 | 43,680.2893 | 10,400 | FGC Securities LLC | 04/16/13 | 04/17/13 | 43,680.2893 | 10,400 | Colbrook Ltd |
| RJM CAPITAL PENSION PLAN | Tryg A/S | 160,000 | 04/18/13 | 04/24/13 | 480.2812 | 160,000 | FGC Securities LLC | 04/23/13 | 04/24/13 | 480.2812 | 160,000 | Colbrook Ltd |
| RJM CAPITAL PENSION PLAN | Lundbeck A/S | 1,060,000 | 03/21/13 | 03/27/13 | 103.2481 | 1,060,000 | Novus Capital Markets Ltd | 03/26/13 | 03/27/13 | 103.2481 | 1,060,000 | Aquila (Cayman) Ltd |
| RJM CAPITAL PENSION PLAN | TDC A/S | 3,850,000 | 08/07/13 | 08/13/13 | 47.3650 | 3,850,000 | Novus Capital Markets Ltd | 08/12/13 | 08/13/13 | 47.3650 | 3,850,000 | Colbrook Ltd |
| RJM CAPITAL PENSION PLAN | Chr. Hansen Holding A/S | 780,157 | 11/26/13 | 12/02/13 | 204.0000 | 12,157 | FGC Securities LLC | 11/29/13 | 12/02/13 | 204.0000 | 12,157 | Aquila (Cayman) Ltd |
| | | | | | 203.3100 | 768,000 | | | | 203.3100 | 768,000 | |
| RJM CAPITAL PENSION PLAN | Coloplast A/S - B | 924,000 | 12/05/13 | 12/11/13 | 351.3763 | 924,000 | Novus Capital Markets Ltd | 12/10/13 | 12/11/13 | 351.3763 | 924,000 | Aquila (Cayman) Ltd |

# BASALT VENTURES LLC ROTH 401(K) PLAN

In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation

| | | | Equities Transactions | | | | | Stock Loan Transactions | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pension Plan** | **Security** | **Number of shares** | **Trade Date** | **Settlement Date** | **Price** | **Quantity** | **Equity Broker** | **Trade Date** | **Settlement Date** | **Price** | **Quantity** | **Stock Loan Counterparty** |
| BASALT VENTURES LLC ROTH 401(K) PLAN | TDC A/S | 2,876,867 | 08/07/14 | 08/13/14 | 51.3500 | 2,876,867 | Bastion Capital London Ltd | 08/12/14 | 08/13/14 | 51.3500 | 2,876,867 | Gnosis Capital Ltd |
| BASALT VENTURES LLC ROTH 401(K) PLAN | Novozymes A/S - B | 777,153 | 02/25/15 | 03/02/15 | 322.5000 | 777,153 | Sunrise Brokers | 02/27/15 | 03/02/15 | 322.5000 | 777,153 | Trance Services Ltd |
| BASALT VENTURES LLC ROTH 401(K) PLAN | TDC A/S | 3,283,965 | 03/05/15 | 03/10/15 | 54.0000 | 3,283,965 | Bastion Capital London Ltd | 03/09/15 | 03/10/15 | 54.0000 | 3,283,965 | Diverse Vision Ltd |
| BASALT VENTURES LLC ROTH 401(K) PLAN | DSV A/S | 765,908 | 03/12/15 | 03/17/15 | 219.2000 | 765,908 | The TJM Partnership PLC | 03/16/15 | 03/17/15 | 219.2000 | 765,908 | Neoteric Ltd |
| BASALT VENTURES LLC ROTH 401(K) PLAN | Danske Bank A/S | 3,271,664 | 03/18/15 | 03/23/15 | 175.3000 | 3,271,664 | Sunrise Brokers | 03/20/15 | 03/23/15 | 175.3000 | 3,271,664 | Prince Solutions Ltd |
| BASALT VENTURES LLC ROTH 401(K) PLAN | Pandora A/S | 450,631 | 03/18/15 | 03/23/15 | 614.5000 | 450,631 | Sunrise Brokers | 03/20/15 | 03/23/15 | 614.5000 | 450,631 | Prince Solutions Ltd |
| BASALT VENTURES LLC ROTH 401(K) PLAN | Novo Nordisk A/S - B | 6,448,211 | 03/19/15 | 03/24/15 | 341.9000 | 6,448,211 | The TJM Partnership PLC | 03/23/15 | 03/24/15 | 341.9000 | 6,448,211 | Treehurst Ltd |
| BASALT VENTURES LLC ROTH 401(K) PLAN | GN Store Nord A/S | 605,292 | 03/19/15 | 03/24/15 | 154.2000 | 605,292 | The TJM Partnership PLC | 03/23/15 | 03/24/15 | 154.2000 | 605,292 | Treehurst Ltd |
| BASALT VENTURES LLC ROTH 401(K) PLAN | Tryg A/S | 35,209 | 03/25/15 | 03/30/15 | 868.5000 | 35,209 | Bastion Capital London Ltd | 03/27/15 | 03/30/15 | 868.5000 | 35,209 | Diverse Vision Ltd |
| BASALT VENTURES LLC ROTH 401(K) PLAN | Carlsberg A/S - B | 178,044 | 03/26/15 | 03/31/15 | 571.5000 | 178,044 | Sunrise Brokers | 03/30/15 | 03/31/15 | 571.5000 | 178,044 | Prince Solutions Ltd |
| BASALT VENTURES LLC ROTH 401(K) PLAN | FLSmidth & Co A/S | 80,009 | 03/26/15 | 03/31/15 | 314.0000 | 80,009 | The TJM Partnership PLC | 03/30/15 | 03/31/15 | 314.0000 | 80,009 | Treehurst Ltd |
| BASALT VENTURES LLC ROTH 401(K) PLAN | Vestas Wind Systems A/S | 373,474 | 03/30/15 | 04/07/15 | 290.2000 | 373,474 | Sunrise Brokers | 04/01/15 | 04/07/15 | 290.2000 | 373,474 | Trance Services Ltd |
| BASALT VENTURES LLC ROTH 401(K) PLAN | A.P. Møller Mærsk A/S - A | 7,873 | 03/30/15 | 04/07/15 | 15,810.0000 | 7,873 | Sunrise Brokers | 04/01/15 | 04/07/15 | 15,810.0000 | 7,873 | Prince Solutions Ltd |
| BASALT VENTURES LLC ROTH 401(K) PLAN | A.P. Møller Mærsk A/S - B | 7,877 | 03/30/15 | 04/07/15 | 16,410.0000 | 7,877 | Sunrise Brokers | 04/01/15 | 04/07/15 | 16,410.0000 | 7,877 | Trance Services Ltd |
| BASALT VENTURES LLC ROTH 401(K) PLAN | Coloplast A/S - B | 294,679 | 05/06/15 | 05/11/15 | 510.0000 | 294,679 | The TJM Partnership PLC | 05/08/15 | 05/11/15 | 510.0000 | 294,679 | Colbrook Ltd |

# ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN

In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation

| | | | Equities Transactions | | | | | Stock Loan Transactions | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pension Plan** | **Security** | **Number of shares** | **Trade Date** | **Settlement Date** | **Price** | **Quantity** | **Equity Broker** | **Trade Date** | **Settlement Date** | **Price** | **Quantity** | **Stock Loan Counterparty** |
| ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | TDC A/S | 2,803,027 | 08/07/14 | 08/13/14 | 51.3500 | 2,803,027 | Bastion Capital London Ltd | 08/12/14 | 08/13/14 | 51.3500 | 2,803,027 | Gnosis Capital Ltd |
| ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Novozymes A/S - B | 681,437 | 02/25/15 | 03/02/15 | 322.5000 | 681,437 | The TJM Partnership PLC | 02/27/15 | 03/02/15 | 322.5000 | 681,437 | Neoteric Ltd |
| ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | TDC A/S | 2,572,455 | 03/05/15 | 03/10/15 | 54.0000 | 2,572,455 | The TJM Partnership PLC | 03/09/15 | 03/10/15 | 54.0000 | 2,572,455 | Prince Solutions Ltd |
| ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | DSV A/S | 633,514 | 03/12/15 | 03/17/15 | 219.2000 | 633,514 | Bastion Capital London Ltd | 03/16/15 | 03/17/15 | 219.2000 | 633,514 | Diverse Vision Ltd |
| ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Danske Bank A/S | 3,217,471 | 03/18/15 | 03/23/15 | 175.3000 | 3,217,471 | Sunrise Brokers | 03/20/15 | 03/23/15 | 175.3000 | 3,217,471 | Diverse Vision Ltd |
| ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Pandora A/S | 443,167 | 03/18/15 | 03/23/15 | 614.5000 | 443,167 | Sunrise Brokers | 03/20/15 | 03/23/15 | 614.5000 | 443,167 | Diverse Vision Ltd |
| ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | GN Store Nord A/S | 591,012 | 03/19/15 | 03/24/15 | 154.2000 | 591,012 | The TJM Partnership PLC | 03/23/15 | 03/24/15 | 154.2000 | 591,012 | Treehurst Ltd |
| ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Novo Nordisk A/S - B | 6,296,082 | 03/19/15 | 03/24/15 | 341.9000 | 6,296,082 | The TJM Partnership PLC | 03/23/15 | 03/24/15 | 341.9000 | 6,296,082 | Treehurst Ltd |
| ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Tryg A/S | 174,450 | 03/25/15 | 03/30/15 | 868.5000 | 174,450 | Sunrise Brokers | 03/27/15 | 03/30/15 | 868.5000 | 174,450 | Colbrook Ltd |
| ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | FLSmidth & Co A/S | 399,512 | 03/26/15 | 03/31/15 | 314.0000 | 399,512 | Bastion Capital London Ltd | 03/30/15 | 03/31/15 | 314.0000 | 399,512 | Diverse Vision Ltd |
| ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Carlsberg A/S - B | 887,986 | 03/26/15 | 03/31/15 | 571.5000 | 887,986 | The TJM Partnership PLC | 03/30/15 | 03/31/15 | 571.5000 | 887,986 | Colbrook Ltd |
| ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Vestas Wind Systems A/S | 1,878,951 | 03/30/15 | 04/07/15 | 290.2000 | 1,878,951 | Bastion Capital London Ltd | 04/01/15 | 04/07/15 | 290.2000 | 1,878,951 | Treehurst Ltd |
| ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | A.P. Møller Mærsk A/S - A | 39,785 | 03/30/15 | 04/07/15 | 15,810.0000 | 39,785 | Bastion Capital London Ltd | 04/01/15 | 04/07/15 | 15,810.0000 | 39,785 | Principle Markets Ltd |
| ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | A.P. Møller Mærsk A/S - B | 40,179 | 03/30/15 | 04/07/15 | 16,410.0000 | 40,179 | Sunrise Brokers | 04/01/15 | 04/07/15 | 16,410.0000 | 40,179 | Prince Solutions Ltd |
| ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Coloplast A/S - B | 1,473,168 | 05/06/15 | 05/11/15 | 510.0000 | 1,473,168 | Sunrise Brokers | 05/08/15 | 05/11/15 | 510.0000 | 1,473,168 | Equal Services Ltd |

# THE FWC CAPITAL LLC PENSION PLAN

In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation

| Pension Plan | Security | Number of shares | Equities Transactions | | | | | Stock Loan Transactions | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Trade Date | Settlement Date | Price | Quantity | Equity Broker | Trade Date | Settlement Date | Price | Quantity | Stock Loan Counterparty |
| THE FWC CAPITAL LLC PENSION PLAN | Chr. Hansen Holding A/S | 846,864 | 11/27/14 | 12/02/14 | 258.9000 | 846,864 | Bastion Capital London Ltd | 12/01/14 | 12/02/14 | 258.9000 | 846,864 | Gnosis Capital Ltd |
| THE FWC CAPITAL LLC PENSION PLAN | Coloplast A/S - B | 1,074,214 | 12/04/14 | 12/09/14 | 527.0000 | 1,074,214 | Bastion Capital London Ltd | 12/08/14 | 12/09/14 | 527.0000 | 1,074,214 | Gnosis Capital Ltd |
| THE FWC CAPITAL LLC PENSION PLAN | Novozymes A/S - B | 749,199 | 02/25/15 | 03/02/15 | 322.5000 | 749,199 | Bastion Capital London Ltd | 02/27/15 | 03/02/15 | 322.5000 | 749,199 | Colbrook Ltd |
| THE FWC CAPITAL LLC PENSION PLAN | TDC A/S | 2,542,375 | 03/05/15 | 03/10/15 | 54.0000 | 2,542,375 | The TJM Partnership PLC | 03/09/15 | 03/10/15 | 54.0000 | 2,542,375 | Neoteric Ltd |
| THE FWC CAPITAL LLC PENSION PLAN | DSV A/S | 617,170 | 03/12/15 | 03/17/15 | 219.2000 | 617,170 | Sunrise Brokers | 03/16/15 | 03/17/15 | 219.2000 | 617,170 | Prince Solutions Ltd |
| THE FWC CAPITAL LLC PENSION PLAN | Danske Bank A/S | 3,192,314 | 03/18/15 | 03/23/15 | 175.3000 | 3,192,314 | Sunrise Brokers | 03/20/15 | 03/23/15 | 175.3000 | 3,192,314 | Prince Solutions Ltd |
| THE FWC CAPITAL LLC PENSION PLAN | Pandora A/S | 439,702 | 03/18/15 | 03/23/15 | 614.5000 | 439,702 | Sunrise Brokers | 03/20/15 | 03/23/15 | 614.5000 | 439,702 | Prince Solutions Ltd |
| THE FWC CAPITAL LLC PENSION PLAN | Novo Nordisk A/S - B | 6,939,066 | 03/19/15 | 03/24/15 | 341.9000 | 6,939,066 | Sunrise Brokers | 03/23/15 | 03/24/15 | 341.9000 | 6,939,066 | Equal Services Ltd |
| THE FWC CAPITAL LLC PENSION PLAN | GN Store Nord A/S | 651,369 | 03/19/15 | 03/24/15 | 154.2000 | 651,369 | Sunrise Brokers | 03/23/15 | 03/24/15 | 154.2000 | 651,369 | Equal Services Ltd |
| THE FWC CAPITAL LLC PENSION PLAN | Tryg A/S | 174,983 | 03/25/15 | 03/30/15 | 868.5000 | 174,983 | Sunrise Brokers | 03/27/15 | 03/30/15 | 868.5000 | 174,983 | Neoteric Ltd |
| THE FWC CAPITAL LLC PENSION PLAN | Carlsberg A/S - B | 903,635 | 03/26/15 | 03/31/15 | 571.5000 | 903,635 | The TJM Partnership PLC | 03/30/15 | 03/31/15 | 571.5000 | 903,635 | Diverse Vision Ltd |
| THE FWC CAPITAL LLC PENSION PLAN | FLSmidth & Co A/S | 406,796 | 03/26/15 | 03/31/15 | 314.0000 | 406,796 | The TJM Partnership PLC | 03/30/15 | 03/31/15 | 314.0000 | 406,796 | Diverse Vision Ltd |
| THE FWC CAPITAL LLC PENSION PLAN | A.P. Møller Mærsk A/S - A | 39,897 | 03/30/15 | 04/07/15 | 15,810.0000 | 39,897 | Bastion Capital London Ltd | 04/01/15 | 04/07/15 | 15,810.0000 | 39,897 | Colbrook Ltd |
| THE FWC CAPITAL LLC PENSION PLAN | Vestas Wind Systems A/S | 1,885,245 | 03/30/15 | 04/07/15 | 290.2000 | 1,885,245 | Sunrise Brokers | 04/01/15 | 04/07/15 | 290.2000 | 1,885,245 | Equal Services Ltd |
| THE FWC CAPITAL LLC PENSION PLAN | A.P. Møller Mærsk A/S - B | 40,288 | 03/30/15 | 04/07/15 | 16,410.0000 | 40,288 | Sunrise Brokers | 04/01/15 | 04/07/15 | 16,410.0000 | 40,288 | Equal Services Ltd |
| THE FWC CAPITAL LLC PENSION PLAN | Coloplast A/S - B | 1,470,191 | 05/06/15 | 05/11/15 | 510.0000 | 1,470,191 | Bastion Capital London Ltd | 05/08/15 | 05/11/15 | 510.0000 | 1,470,191 | Trance Services Ltd |

# THE PROPER PACIFIC LLC 401K PLAN

In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation

| | | | Equities Transactions | | | | | Stock Loan Transactions | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension Plan | Security | Number of shares | Trade Date | Settlement Date | Price | Quantity | Equity Broker | Trade Date | Settlement Date | Price | Quantity | Stock Loan Counterparty |
| THE PROPER PACIFIC LLC 401K PLAN | Chr. Hansen Holding A/S | 839,500 | 11/27/14 | 12/02/14 | 258.9000 | 839,500 | Bastion Capital London Ltd | 12/01/14 | 12/02/14 | 258.9000 | 839,500 | Gnosis Capital Ltd |
| THE PROPER PACIFIC LLC 401K PLAN | Coloplast A/S - B | 930,208 | 12/04/14 | 12/09/14 | 527.0000 | 930,208 | Bastion Capital London Ltd | 12/08/14 | 12/09/14 | 527.0000 | 930,208 | Gnosis Capital Ltd |
| THE PROPER PACIFIC LLC 401K PLAN | Novozymes A/S - B | 683,931 | 02/25/15 | 03/02/15 | 322.5000 | 683,931 | Sunrise Brokers | 02/27/15 | 03/02/15 | 322.5000 | 683,931 | Prince Solutions Ltd |
| THE PROPER PACIFIC LLC 401K PLAN | TDC A/S | 3,293,727 | 03/05/15 | 03/10/15 | 54.0000 | 3,293,727 | The TJM Partnership PLC | 03/09/15 | 03/10/15 | 54.0000 | 3,293,727 | Trance Services Ltd |
| THE PROPER PACIFIC LLC 401K PLAN | DSV A/S | 692,422 | 03/12/15 | 03/17/15 | 219.2000 | 692,422 | The TJM Partnership PLC | 03/16/15 | 03/17/15 | 219.2000 | 692,422 | Trance Services Ltd |
| THE PROPER PACIFIC LLC 401K PLAN | Pandora A/S | 400,364 | 03/18/15 | 03/23/15 | 614.5000 | 400,364 | The TJM Partnership PLC | 03/20/15 | 03/23/15 | 614.5000 | 400,364 | Prince Solutions Ltd |
| THE PROPER PACIFIC LLC 401K PLAN | Danske Bank A/S | 2,906,712 | 03/18/15 | 03/23/15 | 175.3000 | 2,906,712 | The TJM Partnership PLC | 03/20/15 | 03/23/15 | 175.3000 | 2,906,712 | Prince Solutions Ltd |
| THE PROPER PACIFIC LLC 401K PLAN | GN Store Nord A/S | 622,804 | 03/19/15 | 03/24/15 | 154.2000 | 622,804 | The TJM Partnership PLC | 03/23/15 | 03/24/15 | 154.2000 | 622,804 | Trance Services Ltd |
| THE PROPER PACIFIC LLC 401K PLAN | Novo Nordisk A/S - B | 6,634,763 | 03/19/15 | 03/24/15 | 341.9000 | 6,634,763 | The TJM Partnership PLC | 03/23/15 | 03/24/15 | 341.9000 | 6,634,763 | Trance Services Ltd |
| THE PROPER PACIFIC LLC 401K PLAN | Tryg A/S | 34,813 | 03/25/15 | 03/30/15 | 868.5000 | 34,813 | Sunrise Brokers | 03/27/15 | 03/30/15 | 868.5000 | 34,813 | Diverse Vision Ltd |
| THE PROPER PACIFIC LLC 401K PLAN | FLSmidth & Co A/S | 81,037 | 03/26/15 | 03/31/15 | 314.0000 | 81,037 | Sunrise Brokers | 03/30/15 | 03/31/15 | 314.0000 | 81,037 | Treehurst Ltd |
| THE PROPER PACIFIC LLC 401K PLAN | Carlsberg A/S - B | 180,313 | 03/26/15 | 03/31/15 | 571.5000 | 180,313 | Sunrise Brokers | 03/30/15 | 03/31/15 | 571.5000 | 180,313 | Treehurst Ltd |
| THE PROPER PACIFIC LLC 401K PLAN | Vestas Wind Systems A/S | 377,809 | 03/30/15 | 04/07/15 | 290.2000 | 377,809 | The TJM Partnership PLC | 04/01/15 | 04/07/15 | 290.2000 | 377,809 | Principle Markets Ltd |
| THE PROPER PACIFIC LLC 401K PLAN | A.P. Møller Mærsk A/S - A | 7,879 | 03/30/15 | 04/07/15 | 15,810.0000 | 7,879 | Bastion Capital London Ltd | 04/01/15 | 04/07/15 | 15,810.0000 | 7,879 | Trance Services Ltd |
| THE PROPER PACIFIC LLC 401K PLAN | A.P. Møller Mærsk A/S - B | 8,083 | 03/30/15 | 04/07/15 | 16,410.0000 | 8,083 | Bastion Capital London Ltd | 04/01/15 | 04/07/15 | 16,410.0000 | 8,083 | Treehurst Ltd |
| THE PROPER PACIFIC LLC 401K PLAN | Coloplast A/S - B | 294,370 | 05/06/15 | 05/11/15 | 510.0000 | 294,370 | Sunrise Brokers | 05/08/15 | 05/11/15 | 510.0000 | 294,370 | Treehurst Ltd |