# Appendix B

# THE AIG PLAN

**Securities Transactions by AIG Plan**

| Plan | Security | Quantity of Shares | Trade Date | Ex Date | Equity Inter-Dealer Broker | Equity Inter-Dealer Broker Counterparty (if known) | Trade Pack |
|---|---|---|---|---|---|---|---|
| AIG Plan | Coloplast A/S - B | 500,000 | 12/5/2013 | 12/6/2013 | ED&F IDB | Mitsubishi UFJ | ED&F-00044985 |
| AIG Plan | TDC A/S | 1,000,000 | 3/5/2014 | 3/7/2014 | Volcafe | Morgan Stanley Equity Derivative Services | ED&F-00040919 |
| AIG Plan | TDC A/S | 2,000,000 | 3/6/2014 | 3/7/2014 | Volcafe | MPT Dubai | ED&F-00040919 |
| AIG Plan | TDC A/S | 2,000,000 | 3/6/2014 | 3/7/2014 | ED&F IDB | Lutetia Capital | ED&F-00040919 |
| AIG Plan | Danske Bank A/S | 3,000,000 | 3/17/2014 | 3/19/2014 | ED&F IDB | HSBC London | ED&F-00045804 |
| AIG Plan | Danske Bank A/S | 4,750,000 | 3/18/2014 | 3/19/2014 | Volcafe | MPT Dubai | ED&F-00045804 |
| AIG Plan | Novo Nordisk A/S - B | 3,500,000 | 3/20/2014 | 3/21/2014 | Volcafe | MPT Dubai | ED&F-00048728 |
| AIG Plan | A.P. Møller Mærsk A/S - B | 1,000 | 3/28/2014 | 4/1/2014 | ED&F IDB | HSBC | ED&F-00077536 |
| AIG Plan | Tryg A/S | 50,000 | 4/2/2014 | 4/4/2014 | ED&F IDB | The Link Asset & Securities Co. | ED&F-00044535 |
| AIG Plan | TDC A/S | 3,400,000 | 8/7/2014 | 8/8/2014 | ED&F IDB | ED&F Man | ED&F-00042261 |
| AIG Plan | Chr. Hansen Holding A/S | 800,000 | Disputed | 11/28/14 | ED&F IDB | ED&F Man | ED&F-00026785 |
| AIG Plan | Coloplast A/S - B | 1,500,000 | 12/3/2014 | 12/5/2014 | ED&F IDB | Morgan Stanley Equity Derivative Services Luxembourg | ED&F-00045535 |
| AIG Plan | Novozymes A/S - B | 750,000 | 2/25/2015 | 2/26/2015 | ED&F IDB | MPT Dubai | ED&F-00076389 |
| AIG Plan | A.P. Møller Mærsk A/S - B | 4,000 | 3/30/2015 | 3/31/2015 | ED&F IDB | ED&F Man | ED&F-00078083 |

# THE RIVERSIDE PLAN

**Securities Transactions by Riverside Plan**

| Plan | Security | Quantity of Shares | Trade Date | Ex Date | Equity Inter-Dealer Broker | Equity Inter-Dealer Broker Counterparty (if known) | Trade Pack |
|---|---|---|---|---|---|---|---|
| Riverside Plan | TDC A/S | 2,150,000 | 3/6/2014 | 3/7/2014 | Volcafe | MPT Dubai | ED&F-00041310 |
| Riverside Plan | Danske Bank A/S | 2,000,000 | 3/18/2014 | 3/19/2014 | Volcafe | MPT Dubai | ED&F-00046709 |
| Riverside Plan | Novo Nordisk A/S - B | 2,000,000 | 3/20/2014 | 3/21/2014 | Volcafe | MPT Dubai | ED&F-00049490 |
| Riverside Plan | Tryg A/S | 175,000 | 4/3/2014 | 4/4/2014 | Volcafe | MPT Dubai | ED&F-00044891 |
| Riverside Plan | Dampskibsselskabet Norden A/S | 322,500 | 4/23/2014 | 4/24/2014 | Volcafe | MPT Dubai | ED&F-00076758 |
| Riverside Plan | Coloplast A/S - B | 850,000 | 5/8/2014 | 5/9/2014 | Sunrise Brokers LLP | MPT Dubai | ED&F-00045466 |
| Riverside Plan | TDC A/S | 2,000,000 | 3/4/2015 | 3/6/2015 | ED&F IDB | ED&F Man | ED&F-00043382 |
| Riverside Plan | DSV A/S | 850,000 | 3/11/2015 | 3/13/2015 | ED&F IDB | Morgan Stanley Equity Derivative Services Luxembourg | ED&F-00038285 |
| Riverside Plan | Danske Bank A/S | 1,200,000 | 3/13/2015 | 3/19/2015 | ED&F IDB | Citigroup Global Markets Limited | ED&F-00047364 |
| Riverside Plan | Novo Nordisk A/S - B | 1,400,000 | 3/13/2015 | 3/20/2015 | ED&F IDB | Disputed | ED&F-00049905 |
| Riverside Plan | Pandora A/S | 300,000 | 3/17/2015 | 3/19/2015 | ED&F IDB | UBS London  Merrill Lynch Int'l | ED&F-00043997 |