UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND       18-md-2865 (LAK)
LITIGATION

This paper applies to:          All Cases
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICA[LLY FILED]
DOC #:_____
DATE FILED: 4/25/2022

**PRETRIAL ORDER NO. 32**
(Status of ED&F Appeal from High Court Litigation Privilege Ruling)

LEWIS A. KAPLAN, *District Judge.*

       Counsel for plaintiff and for ED&F shall advise the Court promptly as to (a) whether plaintiff still seeks an order compelling ED&F to produce documents as per Dkt. 335, (b) the current status, given the ruling of the U.K. Court of Appeal in *Skatteforvaltningen v. Solo Capital Partners, LLP,* [2022] EWCA Civ 234 (Feb. 25, 2022), of ED&F's appeal from the High Court ruling rejecting its claim of litigation privilege with respect to the documents sought by SKAT here, and (c) whether and when that appeal is likely to be decided.

       SO ORDERED.

Dated:    April 23, 2022

                              /s/   Lewis A. Kaplan
                                _____
                                Lewis A. Kaplan
                              United States District Judge