# Exhibit 8_T

TAX

Special control 3

Kratbjerg 236

RJM Capital Pension Plan
1010 Fifth Avenue suite 1D
New York
NEW 10028
United States

3480 Fredensborg
Denmark

www.skat.dk

on 13 April 2018 Caplia

nr: 18-0219443 TIN: 46

- 1910855

## Decision - Revocation of previous decisions on the refund of dividend taxes

SKAT has previously taken decisions on the reimbursement of dividend taxes to the RJM Capital Pension Plan (hereinafter the RCPP) following requests from RCPP agent Goal Taxback Limited.

SKAT revokes the previous decisions on the refund of dividend taxes totaling **DKK** 59,487,345, as the **RCPP** has not been entitled to receive the dividend tax.

The revocation concerns the following decisions:

| | | | |
|---|---|---:|---|
| Request by | 3 April 2013 | 2,018,250 | kr. |
| Request by | 8 April 2013 | 1,441,800 | kr. |
| Request by | 12 April 2013 | 11 664 000 | kr. |
| Request by | 17 April 2013 | 692 550 | kr. |
| Request by | 23 April 2013 | 4 730 400 | kr. |
| Request by | 26 April 2013 | 1 123 200 | kr. |
| Request by | 30 April 2013 | 572 400 | kr. |
| Request by | 21 August 2013 | 1,559,250 | kr. |
| Request by | 6 December 2013 | 1,318,621 | kr. |
| Request by | 13 December 2013 | 1,746,360 | kr. |
| Request by | 14 March 2014 | 671 780 | kr. |
| Request by | 24 March 2014 | 2,363,610 | kr. |
| Request by | 25 March 2014 | 2,141,783 | kr. |
| Request by | 26 March 2014 | 825,567 | kr. |
| Request by | 28 March 2014 | 16 141 645 | kr. |
| Request by | 8 April 2014 | 7 452 270 | kr. |
| Request by | 10 April 2014 | 785 184 | kr. |
| Request by | 19 May 2014 | 652 756 | kr. |
| Request by | 21 August 2014 | 103 298 | kr. |
| Request by | 15 September 2014 | 1,482,621 | kr. |
| Total | | 59 487 345 | kr. |

Page 12

It is SKAT's assessment that the RCPP does not own or have owned the shares listed in the requests and that the dividends related to the shares mentioned in the requests have not been received by the RCPP.

It is also SKAT's assessment that the RCPP did not have the necessary capital to make the investments in Danish shares on the basis of which the abovementioned claims for the reimbursement of dividend tax were made.

According to the submitted Dividend Credit Advices, the RCPP is said to have invested in shares in Danish companies for a significant amount and received dividends thereof.

SKAT has emphasized:
- That the RCPP is a newly created pension fund.
- The fact that the RCPP only has a single participant with the limited amounts of deposits involved.
- That the RCPP has not submitted FORM 5500 in the USA, which is why it must be considered that the RCPP's
  at the end of the relevant income years, wealth was less than $250,000.

It is thus on the basis of the information available to us today that SKAT's assessment that the RCPP has not had the economic opportunity to own shares to such an extent as indicated in the RCPP's requests for the reimbursement of Danish dividend tax. This can be seen, for example, in:

- At the RCPP on 7 March 2013, less than 2 months after the foundation, it indicates that it has invested for DKK 149,402,500. in the share TDC A/S.

- At RCPP on 20 March 2013, less than 2 months after the foundation, it indicates to be the owner of shares in Novo Nordisk A/S and H Lundbeck A/S for a total value of DKK 2,393,098,000.

- On 20 March 2014, 14 months after its creation, the RCPP indicated that it was the owner of

  shares in
  Novo Nordisk A/S and Carlsberg A/S -B for a total value of 3,309,732,689 DKK.

Thus, the RCPP does not meet the conditions for reimbursement of withholding taxes on Danish shares, cf. Article 10 of the Danish-US double taxation treaty;

The RCPP therefore refunded these dividend taxes to the RCPP on a false basis, and the tax revokes the previous dividend tax refund decisions.

The Attorney General will, on behalf of SKAT, bring a claim for reimbursement and compensation to the RCPP.

Reference is made to the annexes submitted together with SKAT's proposal of 13 April 2018.

Furthermore, SKAT is of the opinion that the payments to the RCPP are part of a wider international complex which SKAT has reported to SØIK as alleged fraud against the Danish State. SKAT has notified the complex as covered by Section 279 of the Penal Code by unjustified recovery of withholding tax, where the applicant fund is not or does not have the shares listed in the requests and where the dividends relating to the shares listed in the requests have not been received by the applicant fund.

**Confidential Pursuant to Protective Order**　　　　　　　　　　　　　　　　　　　　　　　　　　**TAX _MDL_001_00059475**

For further reasons, please refer to the following summary.

# Description and justification

## Table of Contents

1. Facts ................................................................................................................................ 4
1.1. Description of the case ................................................................................................ 4
1.2. Reimbursement of dividend tax ................................................................................... 4
1.3. Calculation of investments ........................................................................................... 5
1.4. Registration of Danish shares ...................................................................................... 6
1.5. Information from the IRS in the United States ............................................................ 6
2. Rules of law ..................................................................................................................... 7
2.1. Statutes of law.. ............................................................................................................ 7
2.2. Double taxation treaty .................................................................................................. 7
3. SKAT's comments ........................................................................................................... 8
3.1. Legal basis/legal basis .................................................................................................. 8
3.2. Ownership of shares and receipt of share dividends .................................................... 8
3.2.1    Securities depot ....................................................................................................... 8
3 .2.2    Capital basis for the investments of the fund ......................................................... 8
3.2.3    Share dividends and withholding tax ...................................................................... 9
3 .3. Revocation of previous decisions ................................................................................ 9
4. SKAT's Opinion ............................................................................................................. 10
5.   Comments of the fund on SKAT's proposal ............................................................... 11
6.   Final tax ruling ............................................................................................................ 11
Complaint Guide ................................................................................................................. 11
Laws and regulations .......................................................................................................... 12

Confidential Pursuant to Protective Order

TAX _MDL_001_00059476

# 1. Facts

## 1.1. Description of the case

The RCPP is registered as a pension fund in the United States[1] and was founded in January 2013[2].

Goal Taxback Limited, on behalf of the RCPP, in the period from 3 April 2013 to 15 September 2014, has sent requests to SKAT to be reimbursed the withheld dividend taxes on Danish shares for a total of DKK 59,487,345.

On this basis, SKAT has paid the dividend tax refund to the RCPP via Goal Taxback Limited's bank account 34015159 in NatWestBank.

In connection with the control of dividend tax refunds, SKAT obtained information from the US Treasury Department, the Internal Revenue Service (hereinafter IRS). From the information provided, it appears that:
- That the RCPP is a newly created pension fund.
- That the annual contribution to the fund is limited to between USD 12,500 and USD 53,000 per year. shall participate according to the age of the depositor.
- That the RCPP did not submit FORM 5500, whereby the RCPP indicated to the IRS that at the end of 2013 and 2014 their assets were below USD 250 000.

## 1.2. Reimbursement of dividend tax

With reference to the double taxation treaty between Denmark and the United States, the agent Goal Taxback Limited, on behalf of the **RCPP**, has requested and been reimbursed the tax withheld on the following shares:

| SKATs bundle No | Date of the request | Stock | Quantity | Ex date | Total dividends DKK | Refunded dividend tax DKK |
|---|---|---|---|---|---|---|
| 19513 | 2013-04-03 | TDCA/S | 3 250 000 | 2013-03-08 | 7 475 000 | 2,018,250 |
| 19513 | 2013-04-08 | DSV A/S | 1 200 000 | 2013-22-03 | 1 500 000 | 405 000 |
| 19513 | 2013-04-08 | Carlsberg A/S - B | 640 000 | 2013-22-03 | 3 840 000 | 1,036,800 |
| 23,413 | 2013-04-12 | Novo Nordisk A/S | 2,400,000 | 2013-03-21 | 43 200 000 | 11 664 000 |
| 23,413 | 2013-04-17 | FL Smidth & CO A/S | 285 000 | 2013-04-08 | 2,565,000 | 692 550 |
| 26,613 | 2013-04-23 | A.P. Møller Mærsk A/S B | 10,400 | 2013-04-12 | 12 480 000 | 3,369,600 |
| 26,613 | 2013-04-23 | A.P. Møller Mærsk A/S A | 4,200 | 2013-04-12 | 5 040 000 | 1,360,800 |
| 26,613 | 2013-04-26 | Tryg A/S | 160 000 | 2013-04-19 | 4 160 000 | 1 123 200 |
| 28,013 | 2013-04-30 | H Lundbeck A/S | 1 060 000 | 2013-03-21 | 2 120 000 | 572 400 |
| 61,513 | 2013-08-21 | TDCA/S | 3 850 000 | 2013-08-08 | 5 775 000 | 1,559,250 |
| 90013 | 2013-06-12 | CHR. Hansen Holding A/S | 780 157 | 2013-11-27 | 4 883 782 | 1,318,621 |
| 90513 | 2013-12-13 | Coloplast A/S - B | 924 000 | 2013-06-12 | 6 468 000 | 1,746,360 |
| 17,414 | 2014-03-14 | Novozymes A/S B | 995 231 | 2014-02-27 | 2,488,077 | 671 780 |
| 19414 | 2014-03-24 | TDCA/S | 3 979 143 | 2014-03-07 | 8 754 114 | 2,363,610 |
| 19414 | 2014-03-25 | Danske Bank A/S | 3 966 266 | 2014-03-19 | 7 932 532 | 2,141,783 |
| 19414 | 2014-03-26 | Pandora A/S | 470 409 | 2014-03-20 | 3,057,658 | 825,567 |
| 2014 | 2014-03-28 | Carlsberg A/S - B | 519 918 | 2014-03-21 | 4 159 344 | 1,123,022 |

---

[1] Annex 219-2-1 to 219-2-2
[2] Annex 219-2-1 to 219-2-2
[3] Annex 219-A-l to 219-A-136

Confidential Pursuant to Protective Order                    TAX _MDL_001_00059477

| | | | | | | |
|---|---|---|---|---|---|---|
| 2014 | 2014-03-28 | Novo Nordisk A/S | 12 361 007 | 2014-03-21 | 55 624 531 | 15 018 623 |
| 27,814 | 2014-04-08 | A.P. Møller Mærsk A/S A | 8,902 | 2014-04-01 | 12 462 800 | 3,364,956 |
| 27,814 | 2014-04-08 | A.P. Møller Mærsk A/S B | 10,813 | 2014-04-01 | 15 138 200 | 4 087 314 |
| 27,814 | 2014-04-10 | Tryg A/S | 107 707 | 2014-04-04 | 2,908,089 | 785 184 |
| 37,214 | 2014-05-19 | Coloplast A/S - B | 604 404 | 2014-05-09 | 2,417,616 | 652 756 |
| 72,614 | 2014-08-21 | Novozymes A/S B | 153 035 | 2014-02-27 | 382 587 | 103 298 |
| 75,914 | 2014-09-15 | TDCA/S | 3 660 794 | 2014-08-08 | 5,491,191 | 1,482,621 |
| Total | | | | | 220 323 521 | 59 487 345 |

The requests were accompanied by the following annexes':
1. Form 06.008 and 06.003 ENG- Claim to Relief from Danish Dividend Tax.
2. Dividend Credit Advices - prepared by RCPP's custodian Solo Capital Partners LLP.
3. FORM 6166 from the Internal Revenue Service (IRS) - Certificate of resident in USA (issued by the US tax authorities).
4. Limited Power of Attorney to Goal Taxback Limited.

On 1. In forms 06.008 and 06.003 it is stated that the RCPP is the legal owner of the shares and is subject to the Danish-US double taxation treaty

Re. 2. According to Dividend Credit Advices of Custodian Solo Capital Partners LLP, RCPP has received a net dividend on the shares.

## 1.3. Calculation of investments

Taking into account that the RCPP must own the shares at the time of the general meeting (the day before the ex-date), the acquisition costs for the acquisition by RCPP of the shares indicated in the requests[5] are calculated on the basis of the closing price on the last trading day before the ex-date[6]:

| SK bottom | ATs No | Stock | Course date | Quantity | Course | Calculated purchase price Dl<K |
|---|---|---|---|---|---|---|
| 19513 | | DSV A/S | 2013-03-21 | 1 200 000 | 143.60 | 172 320 000 |
| 19513 | | Carlsberg A/S - B | 2013-03-21 | 640 000 | 576.00 | 368 640 000 |
| 23,413 | | FL Smidth & CO A/S | 2013-04-05 | 285 000 | 347.10 | 98 923 500 |
| 26,613 | | A.P. Møller Mærsk A/S B | 2013-04-11 | 10,400 | 45,760.00 | 475 904 000 |
| 26,613 | | A.P. Møller Mærsk A/S A | 2013-04-11 | 4,200 | 42,120.00 | 176 904 000 |
| 26,613 | | Tryg A/S | 2013-04-18 | 160 000 | 480.90 | 76 944 000 |
| 61,513 | | TDCA/S | 2013-08-07 | 3 850 000 | 47.18 | 181 643 000 |
| 90013 | | CHR. Hansen Holding A/S | 26-11-2013 | 780 157 | 204.00 | 159 152 001 |
| 90513 | | Coloplast A/S - B | 2013-05-12 | 924 000 | 358.30 | 331 069 200 |
| 17,414 | | Novozymes A/S B | 2014-02-26 | 995 231 | 254.00 | 252 788 623 |
| 72,614 | | Novozymes A/S B | 2014-02-26 | 153 035 | 254.00 | 38 870 839 |
| 19414 | | TDCA/S | 2014-03-06 | 3 979 143 | 52.65 | 209 501 865 |
| 19414 | | Danske Bank A/S | 2014-03-18 | 3 966 266 | 145.70 | 577 884 956 |

---

[4] Annex 219-A-l to 219-A-136
[5] Annex 219-A-l to 219-A-136
[6] The course is on Nasdaq's website: http://www.nasdaqomxnordic.com

Confidential Pursuant to Protective Order                    TAX _MDL_001_00059478

| | | | | | |
|---|---|---|---|---|---|
| 19414 | Pandora A/S | 2014-03-19 | 470 409 | 356.00 | 167 465 577 |
| 27,814 | A.P. Møller Mærsk A/S A | 2014-03-31 | 8,902 | 62,500.00 | 556 375 000 |
| 27,814 | A.P. Møller Mærsk A/S B | 2014-03-31 | 10,813 | 65,000.00 | 702 845 000 |
| 27,814 | Tryg A/S | 2014-04-03 | 107 707 | 551.50 | 59 400 411 |
| 37,214 | Coloplast A/S - B | 2014-05-08 | 604 404 | 468.10 | 282 921 512 |
| 75,914 | TDCA/S | 2014-08-07 | 3 660 794 | 51.35 | 187 981 772 |

## 1.4. Registration of Danish shares

All shares in Danish listed companies are registered with **VP** Securities, which is the Danish value paper central.

This registration includes a securities depository in a Danish bank established in the name of a shareholder. A securities depot contains the shareholder's shareholdings, which may be composed of shares in various Danish listed companies. A securities depot and its holding may also have several owners (referred to as an omnibus depot).

When searching information from VP Securities, no securities depository has been found in a Danish bank where RCPP or its custodian Solo Capital Partners LLP is registered as owner.

## 1.5. Information from the IRS in the United States

SKAT has received information via the Competent Authority in Denmark and the USA from the IRS tax authority in the USA

By letter of 13 June 2016, the IRS attached Instructions for FORM 5500-EZ, among others. shows:

- At *"Who Does Not Have To File FORM 5500-EZ*
  *You do not have to.file FORM 5500-EZ.for the 2015 plan year fora ane-participant plan ?f the total of the plan's assets and the assets of all other ane-participant plans maintained by the employer at the end of the 2015 planyear does not exceed $250,000, unless 2015 is the final plan year of the plan. For more information on final plan years, see Final Return later."*

By letter of 7 June 2017, the IRS provided the following information:'
- That the RCPP was established in January 2013.
- That the IRS does not hold FORM 5500 for the RCPP as no FORM 5500 has been submitted for 2013 or 2014.

Based on the information from IRS SKAT's assessment, it is a *"OneParticipant (owners and their spouses) Retirement Plan"*.

---

[7] Annex 219-1-1 to 219-1-13
[8] Annex 219-2-1 to 219-2-2

**Confidential Pursuant to Protective Order**                                                                TAX _MDL_001_00059479

IRS has provided links to the IRS website on the 'Topics for Retirement Plans'[9] in general questions on pension plans and their deposits. The website shows, inter alia, the following:
- That a One-Participant 40l(k) plan includes a business owner with no employees other than the person and, if any, their associate.
- That the annual deposit is limited to between $12,500 and $53,000 according to the age of the depositor (over or under 50 years).

On the basis of information provided by the IRS, tax has assumed:
- That if a pension plan does not submit FORJ\tI 5500, the pension plan indicates that it is a One-Participant Retirement Plan with a capital of less than USD 250 000.
- That if a tax-free pension plan is operating (Unrelated Business Income ), it will pay tax on its income and a Form 990-T will be submitted to the IRS.
- That if a tax-exempt pension plan has Dept-financed Income, its income shall be subject to tax and a Form 990-T shall be submitted to the IRS.
- That if a pension plan distributes funds, this must be reported to the IRS on a Form 1099, where the amount paid and to whom must be disclosed. The person who received the funds is liable to tax on the income and must declare it.

Furthermore, the IRS has stated that in its reply of 7 June 2017 to SKAT's inquiry, the IRS has examined whether the RCPP had submitted any tax return/reporting. This was not the case. Therefore, the RCPP did not submit either FORJ\tI 5500, Form 990-T or Form 1099.

## 2. Rules of law

### 2.1. Statutes

Company Tax Act - Consolidated Act No. 1082 of 14 November 2012 and No. 680 of 20 May 2015:
- § 2, par. 1(c) and (c) 3, 2nd pt

Law of the Equation - Regulation and No. 405 of 22 April 2013, as amended: · Section 16 A, paragraph 1 1.

Source Tax Act - Consolidation Act No. 1403 of 7 December 20 l 0 as amended:
- § 65, par. 1 and 69 B, par. 1.

### 2.2. Double taxation treaty
BKI No 13 of 14/4/2000 of the Agreement of 19/8/1999 between Denmark and the United States of America to avoid double taxation and to prevent tax evasion in respect of income taxes. As amended by BKI no. Protocol No 1 of 18/2/2008 of 2/5/2006:
- · Articles 10 and 22.

---

[9] Annex 219-3-1 to 219-3-16

Confidential Pursuant to Protective Order                                                                TAX _MDL_001_00059480

## 3. SKAT's comments

### 3.1. Legal basis/legal basis

A US pension fund, the beneficial owner of Danish shares, which has received dividends, of which dividend tax is included, may be reimbursed the dividend tax if the fund meets the conditions set out in Article 10 of the Danish-US double taxation treaty cf. Section 69 B, 1st point.

### 3.2. Ownership of shares and receipt of share dividends

In its dividend tax refund application forms, the RCPP stated that the RCPP was the owner of the shares in question and that the RCPP received dividends, including dividend tax.

It is SKAT's view that the RCPP, as a newly created pension fund with a participant with limited deposit options, did not have the necessary capital to make the investments in Danish shares on the basis of the abovementioned requests for the reimbursement of dividend tax.

It is therefore SKAT's assessment that the RCPP may not have been the owner of the shares and that the RCPP did not receive any dividends from the shares. In assessing this, SKAT has emphasized the following points:

### 3.2.1. Depot

All shares in Danish listed companies are registered with VP Securities, the Danish central securities depository. This registration includes a securities depository in a Danish bank established in the name of a shareholder. A securities depot and its holding may also have several owners (referred to as an omnibus depot).

Neither RCPP nor its Custodian Solo Capital Partners LLP is registered as the owner of a securities depository in a Danish bank. Therefore, SKAT has no information that RCPP has owned the shares that are refunded dividend tax on

### 3.2.2. The capital base for the investments of the pension fund
RCPP was established in January 2013[10].

According to the information provided by the authorities in the United States, this is a pension fund where there is only one participant who can pay an annual maximum of USD 12,500/53,000[11] (approximately DKK 76,501/324,434. in 2014 and 67,658/286,873 kr. 2013)[12].

As the RCPP has not submitted FORM 5500 for either 2013 or 2014, the RCPP has indicated to the IRS that their assets at the end of 2013 and 2014 are below USD 250,000[13] (DKK 1,530,350). in 2014 and 1,353,175 kr. 2013)[14].

---

[10] Annex 219-2-1 to 219-2-2
n Annex 219-3-1 to 219-3-16
[12] Price at end 2014 (612.14) / 2013 (541.27), cf. www.nationalbanken.dk [13] Annex 219-2-1 to 219-2-2
[14] Price at end 2014 (612.14) / 2013 (541.27), cf. www.nationalbanken.dk

Confidential Pursuant to Protective Order                    TAX_MDL_001_00059481

Tax has calculated from the Dividend Credit Advices received that all RCPP investments in Danish equities[15] are well above the RCPP capital base. This can be seen, for example, in:

- At the RCPP on 7 March 2013, less than 2 months after the foundation, it indicates that it has invested for DKK 149,402,500. in the share TDC A/S.

- At RCPP on 20 March 2013, less than 2 months after the foundation, it indicates to be the owner of shares in Novo Nordisk A/S and H Lundbeck A/S for a total value of DKK 2,393,098,000.

- On 20 March 2014, 14 months after its creation, the RCPP indicated that it was the owner of

  shares in
  Novo Nordisk A/S and Carlsberg A/S -B for a total value of DKK 3,309,732,689

On this basis, it is SKAT's assessment that the RCPP, as a newly created pension fund which could inject a maximum of USD 12,500/53,000 per annum, depending on the age of the depositor (over or under 50 years) and with a capital base of less than USD 250,000 at the end of the relevant income years, did not have the capital to make the investments underlying the requests of the **RCPP**.

### 3.2.3. Equity dividends and the tax withheld
**The RCPP** was supposed to have received dividends for a total of DKK 220,323,521,[16] from the foundation in January 2013 until August 2014, including the recovered and refunded dividend taxes totaling DKK 59,487,345.

SKAT considers that the dividends related to the shares indicated in the requests have not been allocated to the RCPP, as the RCPP's capital base is considered to be below USD 250 000 at the end of the year, as the RCPP has not submitted FORM 5500 to the IRS. Nor has the RCPP indicated Unrelated Business Income or Dept-financed Income (Form 990-T), nor disclosed any distribution of funds (Form 1099) to the IRS.

The net proceeds from the Danish shares 160.836.176 kr. may therefore not have been accessed by the

RCPP.


### 3.3. Revocation of previous decisions
When applying for reimbursement, the RCPP provided information that the RCPP was the legal owner of the shares, cf. forms 06.008 and 06.003 and that the RCPP had received dividends and paid dividend tax, cf. Dividend Credit Advices of RCPP's custodian Solo Capital Partners LLP.

SKAT has now established that it was a newly created pension fund with the resulting limited capital base and that the RCPP did not submit FORM 5500, distributions or other information to the IRS. This means that the RCPP did not have the required capital base
to make investments in the Danish shares on the basis of which the RCPP has applied for the reimbursement of the withholding taxes.

---

[15]    Section 1.3
[16]    Section 1.2
[17]    Section 1.2

Confidential Pursuant to Protective Order

TAX _MDL_001_00059482

It is therefore SKAT's assessment that the RCPP may not have been the owner of the shares, and that the RCPP has therefore not received dividends from the shares.

In view of this, SKAT considers that the RCPP does not meet the conditions of Section 69b of the Withholding Tax Act and Article 10 of the Danish-US Double Tax Convention
Tax therefore revokes the rulings.

## 4. SKA Draft Decision

SKAT proposes that the previous decisions on the refund of dividend taxes totaling DKK 59,487,345. the **RCPP** is revoked because the **RCPP** has not been entitled to receive the dividend tax.

The revocation concerns the following decisions:

| | | | |
|---|---|---:|---|
| Request by | 3 April 2013 | 2,018,250 | kr. |
| Request by | 8 April 2013 | 1,441,800 | kr. |
| Request by | 12 April 2013 | 11 664 000 | kr. |
| Request by | 17 April 2013 | 692 550 | kr. |
| Request by | 23 April 2013 | 4 730 400 | kr. |
| Request by | 26 April 2013 | 1 123 200 | kr. |
| Request by | 30 April 2013 | 572 400 | kr. |
| Request by | 21 August 2013 | 1,559,250 | kr. |
| Request by | 6 December 2013 | 1,318,621 | kr. |
| Request by | 13 December 2013 | 1,746,360 | kr. |
| Request by | 14 March 2014 | 671 780 | kr. |
| Request by | 24 March 2014 | 2,363,610 | kr. |
| Request by | 25 March 2014 | 2,141,783 | kr. |
| Request by | 26 March 2014 | 825,567 | kr. |
| Request by | 28 March 2014 | 16 141 645 | kr. |
| Request by | 8 April 2014 | 7 452 270 | kr. |
| Request by | 10 April 2014 | 785 184 | kr. |
| Request by | 19 May 2014 | 652 756 | kr. |
| Request by | 21 August 2014 | 103 298 | kr. |
| Request by | 15 September 2014 | 1,482,621 | kr. |
| Total | | 59 487 345 | kr. |

It is SKAT's assessment that the RCPP does not own or have owned the shares listed in the requests and that the dividends related to the shares mentioned in the requests have not been received by the RCPP.

It is also SKAT's assessment that the RCPP did not have the necessary capital to make the investments in Danish shares on the basis of which the abovementioned claims for the reimbursement of dividend tax were made.

Confidential Pursuant to Protective Order                                          TAX _MDL_001_00059483

According to the submitted Dividend Credit Advices, the RCPP is said to have invested in shares in Danish companies for a significant amount and received dividends thereof.

SKAT has emphasized:
- That the RCPP is a newly created pension fund.
- The fact that the RCPP only has a single participant with the limited amounts of deposits involved.
- The fact that the RCPP did not submit FORM 5500 in the US, therefore it must be assumed that the RCPP's assets were below USD 250 000 at the end of the relevant income years.

It is thus on the basis of the information available to us today that SKAT's assessment that the RCPP has not had the economic opportunity to own shares to such an extent as indicated in the RCPP's requests for the reimbursement of Danish dividend tax. This can be seen, for example, in:

- At the RCPP on 7 March 2013, less than 2 months after the foundation, it claims to have invested for DKK 149,402,500. in the share TDC A/S.

- At RCPP on 20 March 2013, less than 2 months after the foundation, it indicates to be the owner of shares in Novo Nordisk A/S and H Lundbeck A/S for a total value of DKK 2,393,098,000.

- On 20 March 2014, 14 months after its creation, the RCPP indicated that it was the owner of

  shares in

  Novo Nordisk A/S and Carlsberg A/S -B for a total value of 3,309,732,689 DKK.

Thus, the RCPP does not meet the conditions for reimbursement of withholding taxes on Danish shares, cf. Article l 0 of the Danish-US double taxation treaty;

Consequently, the RCPP has been wrongly refunded by SKAT to the abovementioned dividend taxes and it therefore proposes to revoke the previous dividend tax refund decisions.

## 5. The pension fund's comments on SKA Ts proposal
SKAT did not receive any comments from the RCPP.

## 6. SKA Ts final decision
Since SKAT has not received any comments from the RCPP, SKAT takes a decision in line with the proposal submitted previously.

The Attorney General will, on behalf of SKAT, bring a claim for reimbursement and compensation to the RCPP.

## Complaint Guide

**If you want to complain**
Then you must write to the Danish Tax Agency within three months of the day on which you have received this decision.

Write all the points you want to complain about and justify each point why you think the decision is

Side Layer2

Confidential Pursuant to Protective Order

TAX _MDL_001_00059484

wrong. Attach the decision and the presentation of the case. If you have documents supporting and substantiating your complaint, we also ask you to attach them. If you want a meeting with a caseworker at the Danish Tax Agency, you must write your phone number in the complaint.

It costs 400 kr. to complain. If you are fully or partially correct in your complaint, you will get the

money back. **How to send** the **complaint and pay**

You can send the complaint
- electronically via Skatteankestyrelsen's complaint form at skatankestyrelsen.dk, where you are at the same time asked to pay by payment card or Mobile Pay.
- as digital post via borgs.dk. or virk.dk. Pay by transferring DKK 400 to the account with registration number 0216 and Account No. 4069029361, and write your name and TIN number. in
message el sesfel tet.
- by letter to Skatteankestyrelsen, Ved Vesterport 6, 4th floor, 1612 København V. Pay by transferring DKK 400. to the account with registration number 0216 and Account No. 4069029361, and write your name and TIN number. in the message box.
- Payment from abroad can be made by transferring the amount to 0216 (registration number bank) 4069029361 (account number), IBAN DK 0502164069029361, SWIFT DABADKKK.

### You **can apply to get paid your advisor**
If you are given an advisor to help with the complaint, you can apply for the advice to be paid in full or in part if the case is subject to the rules of Chapter 19 of the Tax Administration Act. More about this possibility can be read at skat.dk/omkostningsgodtgørelse.

### Laws and regulations
The laws and decisions referred to can be found at skat.dk/love or skat.dk/afgørelser. Additional information/instructions on how to complain can be obtained at skat.dk/klage or skatankestyrel sen. dk/ angel in sh.

Kind regards,

| | | |
|---|---|---|
| **Johan Sidelmann Basnov**<br>**Special Consultant**<br><br>E-mail: johan.basnov@skat.dk<br>Telephone No: (+45) 72 37 21 21 | **Mathias Petersen**<br>**Special Consultant**<br><br>E-mail: malhias.pelersen@skat.dk<br>Phone: (+45) 72 37 09 39 | **Lill Drost**<br>**Head of function**<br><br>E-mail: lill.drost@skat.dk |

Confidential Pursuant to Protective Order

TAX _MDL_001_00059485