# Exhibit 11

# Bilag 2. Refusion af udbytteskat til udenlandske udbyttemodtagere - overordnet forretningsgangsbeskrivelse.

Uden for regnearksordningen.

| Trin | Handling |
|---|---|
| 1 | **Modtagelse og sortering** <br> Refusionsanmodningen modtages og sorteres på følgende måde: <ul><li>Dansk konto – 1: Ansøgning om et refusionsbeløb til konto i dansk pengeinstitut. Der indberettes flere modtagere i samme bundtnummer.</li><li>Dansk konto – 2: Ansøgning om flere refusionsbeløb (for samme modtager) til konto i dansk pengeinstitut. Der indberettes kun 1 modtager i samme bundtnummer. Herved opnås at kontonummer kun skal anføres en gang og bogholderi modtager en rapport med totalbeløb for den pågældende, jf. også trin 7.</li><li>SWIFT/IBAN – 1: Ansøgning om et refusionsbeløb til konto i udenlandsk pengeinstitut. Der indberettes flere modtagere i samme bundtnummer.</li><li>SWIFT/IBAN – 2: Ansøgning om flere refusionsbeløb (for samme modtager) til konto i udenlandsk pengeinstitut. Der indberettes kun 1 modtager i samme bundtnummer.</li><li>Diverse banker: Flere modtagere med konto i udenlandsk bank; der refunderes samlet til den udenlandske banks konto i et dansk pengeinstitut.</li></ul> |
| 2 | **Kontrol af ansøgning** <br> Det kontrolleres, at anmodningen (blanket 06.003 m.fl.) er udfyldt korrekt, og at der er den fornødne dokumentation, herunder <ul><li>At den er attesteret korrekt.</li><li>At dokumentation for udbyttebeløb og indeholdt udbytteskat er vedlagt. Hvis der er tale om børsnoterede aktier, er det den udbyttemeddelelse, der er modtaget fra banken. Hvis der er tale om unoterede aktier, er der tale om det investorbrev/meddelelse, der kan udskrives fra SKATs TastSelv løsning.</li><li>At der foreligger den fornødne fuldmagt, såfremt anmodningen er fra andre (repræsentant) end den retmæssige ejer.</li><li>At kontonummer har et korrekt format; og at navn, adresse mv. stemmer til den vedlagte dokumentation. Er der oplyst et IBAN.nr. kontrolleres dette format først ved indberetning i 3S.</li></ul> |
| 3 | **Kontrol og opgørelse af beløb** <br> Der foretages kontrol af det ansøgte beløb, herunder <ul><li>At tilbagebetalingsbeløbet er beregnet korrekt i forhold til den relevante dobbeltbeskatningsoverenskomst. <br> De oftest forekommende satser/mest relevante DBO'er oplistes eller noteres i regneark, og det påses, at der er anvendt den korrekte sats.</li><li>At beløbet er beregnet korrekt i forhold til den vedlagte dokumentation. Der vil ofte være tale om flere forskellige udbyttemeddelelser for samme anmodning. Det ansøgte beløb efterprøves på følgende måde:<ul><li>Beregning gennemføres i regneark (journaliseres dog ikke)</li><li>Der omregnes til og udbetales i danske kroner. Beløbet opgøres som udbytteskat pr. aktie i danske kroner gange antal aktier, iflg. dokumentationen.</li></ul></li></ul> |
| 4 | **Mangelfuld dokumentation** <br> Ved manglende oplysninger returneres ansøgningen til ansøger eller dennes repræsentant med |

angivelse af på hvilke punkter ansøgningen er mangelfuld. Såfremt det ansøgte beløb ikke er opgjort korrekt korrigeres beløbet, og det korrekte beløb udbetales.

### Registrering i regneark
Det ansøgte beløb opnoteres i regneark til brug for:
- Efterfølgende kontrol af indberetningen i 3S/FDU-rapporten.
- Opgørelse af den samlede statistik over antal sager og udbetalte beløb
- Eventuel efterfølgende fremsøgning af sagen/anmodningen.

### Registrering i 3S
Der sker indberetning i 3S på følgende måde:
- Det udloddende selskabs udbytteangivelse findes i følgende billede:



- Knappen "Indberet fritagelse for dansk udbytteskat" vælges og oplysninger indtastes i følgende billede:



Ved indberetningen i 3S sikres, at den samlede udbetaling ikke overstiger den samlede angivne udbytteskat. På grund af en systemfejl i 3S er det dog ikke i alle tilfælde muligt at gennemføre denne kontrol.

### Dannelse af udbetalingsliste (FDU-rapport)
Indberetningen i 3S danner en FDU-rapport, der sendes til særskilt mailpostkasse. Rapporterne køres/dannes dagligt kl. 17.00. Denne udbetalingsliste ( FDU-rapporten)
- Afstemmes til det på regnearket opnoterede beløb

Confidential Pursuant to Protective Order

|   |   |
|---|---|
|   | • Ved differencer bliver fejl fundet og rettet<br>• Er FDU-rapporten korrekt lægges bilaget til udbetaling |
| 8 | **Bogføring og udbetaling**<br>Der er funktionsadskillelse i forbindelse med udbetaling af refusionsbeløbet.<br>• Sagsbehandler afleverer udbetalingslisten (FDU-rapporten) til bogholderi-medarbejder 1<br>• Bogholder-medarbejder 1 opretter udbetalingen via Danske Bank på den anviste konto.<br>• Bogholderi-medarbejder 2 modtager udbetalingslisten, og foretager kontrol af, at der overføres til den rette kunde, og at beløbet er opgjort korrekt i forhold til udbetalingslisten.<br>• Beløbet frigives af bogholderi-medarbejder 2. |
| 9 | **Registrering - opsummering**<br>Anmodningen er registreret på følgende måde:<br>• I system 3S ved indberetning, hvor FDU-rapporten danner grundlag for udbetaling<br>• På regneark, hvor sumbeløb og bundtnummer er noteret<br>• Anmodningen/blanketten med den vedlagte dokumentation arkiveres efter behandling i kasser og gemmes i 5 år. Den enkelte anmodning kan fremfindes ved hjælp af bundtnummeret. |

Confidential Pursuant to Protective Order