# Exhibit 25

39015 (74)

# goal

CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BDK000314
**Tax Ref:** 47-1369981

28 April 2015

Dear Sir or Madam,

### RE: A/C Roadcraft Technologies LLC Roth 401(K) Plan ROA01

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **ARG BDK000314**.

Would you please confirm safe receipt of this reclaim by sending an email to GTB@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Melissa-Anne Rodrigues
Operations Manager

San Francisco          Philadelphia          London          Hong K...

SKAT Fredensborg

Bilag nr. _____74-05-01_____

Confidential Pursuant to Protective Order



**SKAT**

Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner    ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: 65,045,912.65

**Beneficial Owner**

Full name
Roadcraft Technologies LLC Roth 401(K) Plan

Full address
State of Delaware,  1811 Silverside Road
Wilmington, DE 19810
USA

E-mail
GTB@goalgroup.com

Signature
Beneficial owner/applicant

*Rodrigues*

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number.    13

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street Branch Croydon

|  | 34015159 |
| --- | --- |
| Reg. no | Account no |

| NWBKGB2L | | IBAN GB88NWBK60730134015159 |
| --- | --- | --- |
| SWIFT | BLZ | IBAN |

On reclaim please quote:000 DK 314

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and    U.S.A.

.....................................................

Date    Official stamp and signature

When signed to be forwarded to:    **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

06.003 ENG

SKAT Fredensborg

Bilag nr. ___74-05-02___

Confidential Pursuant to Protective Order



# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
### Issue Date: 31-03-2015, Issue No: 3,876

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 31-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 31-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **CARLSBERG AS-B** |
| **Sedol:** | **4169219** |
| **ISIN:** | **DK0010181759** |
| **Ex Date:** | 27-03-2015 |
| **Record Date:** | 30-03-2015 |
| **Pay Date:** | 31-03-2015 |
| **Dividend Per Share:** | DKK 9.00 |
| **No of Shares:** | 887,986 |
| **Gross Dividend:** | DKK 7,991,874.00 |
| **Tax:** | DKK 2,157,805.98 |
| **Net Dividend:** | DKK 5,834,068.02 |

SKAT Fredensborg

Bilag nr. _____ 74-05-03

Confidential Pursuant to Protective Order



# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
### Issue Date: 23-03-2015, Issue No: 3,093

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 23-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 23-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | **Danske Bank A/S** |
| Sedol: | **4588825** |
| ISIN: | **DK0010274414** |
| Ex Date: | 19-03-2015 |
| Record Date: | 20-03-2015 |
| Pay Date: | 23-03-2015 |
| Dividend Per Share: | DKK 5.50 |
| No of Shares: | 3,217,471 |
| Gross Dividend: | DKK 17,696,090.50 |
| Tax: | DKK 4,777,944.44 |
| Net Dividend: | DKK 12,918,146.06 |

Solo Capital Partners LLP is authorised and regulated by the Financial Conduct Authority of the United
FCA Registration Number 500635, Company Number OF 367979, VAT Registration Number 173 54

SKAT Fredensborg

Bilag nr. ___74-05-04___

SKAT_MDL_001_00056855



# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
### Issue Date: 17-03-2015, Issue No: 2,737

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 17-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 17-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **DSV A/S** |
| **Sedol:** | **B1WT5G2** |
| **ISIN:** | **DK0060079531** |
| **Ex Date:** | 13-03-2015 |
| **Record Date:** | 16-03-2015 |
| **Pay Date:** | 17-03-2015 |
| **Dividend Per Share:** | DKK 1.60 |
| **No of Shares:** | 633,514 |
| **Gross Dividend:** | DKK 1,013,622.40 |
| **Tax:** | DKK 273,678.05 |
| **Net Dividend:** | DKK 739,944.35 |

......................................................
Name: Sanjay Shah
Solo Capital Partners LLP

SKAT Fredensborg

Bilag nr. _____ 74-05-05

Confidential Pursuant to Protective Order



# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
### Issue Date: 31-03-2015, Issue No: 3,746

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 31-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 31-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **FLSMIDTH & CO A/S** |
| **Sedol:** | **5263574** |
| **ISIN:** | **DK0010234467** |
| **Ex Date:** | 27-03-2015 |
| **Record Date:** | 30-03-2015 |
| **Pay Date:** | 31-03-2015 |
| **Dividend Per Share:** | DKK 9.00 |
| **No of Shares:** | 399,512 |
| **Gross Dividend:** | DKK 3,595,608.00 |
| **Tax:** | DKK 970,814.16 |
| **Net Dividend:** | DKK 2,624,793.84 |

SKAT Fredensborg

Bilag nr. _____ 74-05-06

Confidential Pursuant to Protective Order



# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
### Issue Date: 24-03-2015, Issue No: 3,308

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 24-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 24-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | **GN STORE NORD A/S** |
| Sedol: | **4501093** |
| ISIN: | **DK0010272632** |
| Ex Date: | 20-03-2015 |
| Record Date: | 23-03-2015 |
| Pay Date: | 24-03-2015 |
| Dividend Per Share: | DKK 0.90 |
| No of Shares: | 591,012 |
| Gross Dividend: | DKK 531,910.80 |
| Tax: | DKK 143,615.92 |
| Net Dividend: | DKK 388,294.88 |

SKAT Fredensborg

Bilag nr. _____ 74-05-07

Confidential Pursuant to Protective Order



# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
### Issue Date: 07-04-2015, Issue No: 4,438

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 07-04-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 07-04-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **AP MOELLER-MAERSK A/S-A** |
| **Sedol:** | **4253059** |
| **ISIN:** | **DK0010244425** |
| **Ex Date:** | 31-03-2015 |
| **Record Date:** | 01-04-2015 |
| **Pay Date:** | 07-04-2015 |
| **Dividend Per Share:** | DKK 1,971.00 |
| **No of Shares:** | 39,785 |
| **Gross Dividend:** | DKK 78,416,235.00 |
| **Tax:** | DKK 21,172,383.45 |
| **Net Dividend:** | DKK 57,243,851.55 |

SKAT Fredensborg

Bilag nr. _____ 74-05-08

Confidential Pursuant to Protective Order



# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
### Issue Date: 07-04-2015, Issue No: 4,475

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 07-04-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 07-04-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | **AP MOELLER-MAERSK A/S-B** |
| Sedol: | **4253048** |
| ISIN: | **DK0010244508** |
| Ex Date: | 31-03-2015 |
| Record Date: | 01-04-2015 |
| Pay Date: | 07-04-2015 |
| Dividend Per Share: | DKK 1,971.00 |
| No of Shares: | 40,179 |
| Gross Dividend: | DKK 79,192,809.00 |
| Tax: | DKK 21,382,058.43 |
| Net Dividend: | DKK 57,810,750.57 |

SKAT Fredensborg

Bilag nr. _____ 74-05-09

Confidential Pursuant to Protective Order



## Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

# DIVIDEND CREDIT ADVICE
### Issue Date: 24-03-2015, Issue No: 3,435

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 24-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 24-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **NOVO NORDISK A/S-B** |
| **Sedol:** | **BHC8X90** |
| **ISIN:** | **DK0060534915** |
| **Ex Date:** | 20-03-2015 |
| **Record Date:** | 23-03-2015 |
| **Pay Date:** | 24-03-2015 |
| **Dividend Per Share:** | DKK 5.00 |
| **No of Shares:** | 6,296,082 |
| **Gross Dividend:** | DKK 31,480,410.00 |
| **Tax:** | DKK 8,499,710.70 |
| **Net Dividend:** | DKK 22,980,699.30 |

SKAT Fredensborg

Bilag nr. _____ 74-05-10

Confidential Pursuant to Protective Order



# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
### Issue Date: 02-03-2015, Issue No: 2,388

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 02-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 02-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **NOVOZYMES A/S-B** |
| **Sedol:** | **B798FW0** |
| **ISIN:** | **DK0060336014** |
| **Ex Date:** | 26-02-2015 |
| **Record Date:** | 27-02-2015 |
| **Pay Date:** | 02-03-2015 |
| **Dividend Per Share:** | DKK 3.00 |
| **No of Shares:** | 681,437 |
| **Gross Dividend:** | DKK 2,044,311.00 |
| **Tax:** | DKK 551,963.97 |
| **Net Dividend:** | DKK 1,492,347.03 |

SKAT Fredensborg

Bilag nr. _____ 74-05-11



## Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
### Issue Date: 23-03-2015, Issue No: 2,919

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 23-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 23-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | **PANDORA A/S** |
| Sedol: | **B44XTX8** |
| ISIN: | **DK0060252690** |
| Ex Date: | 19-03-2015 |
| Record Date: | 20-03-2015 |
| Pay Date: | 23-03-2015 |
| Dividend Per Share: | DKK 9.00 |
| No of Shares: | 443,167 |
| Gross Dividend: | DKK 3,988,503.00 |
| Tax: | DKK 1,076,895.81 |
| Net Dividend: | DKK 2,911,607.19 |

S lo Capital Partners LLP is authorised and regulated by the Financial Conduct Authority of the United K... FCA Registration Number 568535. Company Number OC367979. VAT Registration Number 123 546...

**SKAT Fredensborg**

Bilag nr._____ 74-05-12

Confidential Pursuant to Protective Order



## Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

# DIVIDEND CREDIT ADVICE
### Issue Date: 10-03-2015, Issue No: 2,652

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 10-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 10-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | TDC A/S |
| **Sedol:** | 5698790 |
| **ISIN:** | DK0060228559 |
| **Ex Date:** | 06-03-2015 |
| **Record Date:** | 09-03-2015 |
| **Pay Date:** | 10-03-2015 |
| **Dividend Per Share:** | DKK 1.00 |
| **No of Shares:** | 2,572,455 |
| **Gross Dividend:** | DKK 2,572,455.00 |
| **Tax:** | DKK 694,562.85 |
| **Net Dividend:** | DKK 1,877,892.15 |

.........................................................
Name: Sanjay Shah
Solo Capital Partners LLP

SKAT Fredensborg

Bilag nr. _____74-05-13

Confidential Pursuant to Protective Order



# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
### Issue Date: 30-03-2015, Issue No: 3,616

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 30-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 30-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **TRYG A/S** |
| **Sedol:** | **B0LL2W7** |
| **ISIN:** | **DK0060013274** |
| **Ex Date:** | 26-03-2015 |
| **Record Date:** | 27-03-2015 |
| **Pay Date:** | 30-03-2015 |
| **Dividend Per Share:** | DKK 29.00 |
| **No of Shares:** | 174,450 |
| **Gross Dividend:** | DKK 5,059,050.00 |
| **Tax:** | DKK 1,365,943.50 |
| **Net Dividend:** | DKK 3,693,106.50 |

SKAT Fredensborg

Bilag nr. _____ 74-05-14

Confidential Pursuant to Protective Order



# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
### Issue Date: 07-04-2015, Issue No: 4,410

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 07-04-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 07-04-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **VESTAS WIND SYSTEMS A/S** |
| **Sedol:** | **5964651** |
| **ISIN:** | **DK0010268606** |
| **Ex Date:** | 31-03-2015 |
| **Record Date:** | 01-04-2015 |
| **Pay Date:** | 07-04-2015 |
| **Dividend Per Share:** | DKK 3.90 |
| **No of Shares:** | 1,878,951 |
| **Gross Dividend:** | DKK 7,327,908.90 |
| **Tax:** | DKK 1,978,535.40 |
| **Net Dividend:** | DKK 5,349,373.50 |

SKAT Fredensborg

Bilag nr. _____ 74-05-15

Confidential Pursuant to Protective Order



CERTIFICATION
PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: March 9, 2015



000033

**Taxpayer:** ROADCRAFT TECHNOLOGIES LLC ROTH 401K PLAN
**TIN:** 47-1369981
Tax Year: **2015**

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. _____ 74-05-16

Confidential Pursuant to Protective Order

*Roadcraft Technologies LLC*
*c/o Kaye Scholer LLP*
*425 Park Avenue*
*New York, NY 10022-3598*

*Power of Attorney*

THIS POWER OF ATTORNEY, made this _____22nd_____ day of April 2014 by
Roadcraft Technologies LLC Roth 401(K) Plan ("The Plan") WITNESSETH AS
FOLLOWS:-

1.  The Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of The Plan
    and in The Plan's name and otherwise on The Plan's behalf and as The Plan's
    act and deed to sign, seal, execute, deliver, perfect and do all deeds,
    instruments, acts and things which may be required (or which GTB shall
    consider requisite) for or in connection with the provision of any tax services
    provided to The Plan from time to time, including the reclaiming from any
    taxation authority in any jurisdiction (as appropriate) amounts in respect of
    payments made to The Plan, or through GTB on behalf of The Plan. The Plan
    also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Plan shall ratify and confirm all transactions entered into, documents
    executed and things done by GTB or its delegates by virtue of the Power Of
    Attorney given by Clause 1 of this deed unless it is proved that GTB or its
    delegates have acted with negligence, willful default or fraud.

3.  The Plan agrees to indemnify GTB against all costs, liabilities and expenses
    including (without limitation) any reasonable legal fees and disbursements arising
    directly or indirectly out of the exercise or purported exercise of GTB's powers
    under this deed PROVIDED THAT GTB shall not be indemnified against any
    such liabilities, costs and expenses arising out of GTB or any nominee's or
    agent's or delegates own willful default, negligence or fraud.

4.  The Plan declares that any person dealing with GTB shall not be concerned to
    see or enquire as to the proprietary or expediency of any act, deed, matter or
    thing which GTB may do or perform in The Plan's name by virtue of this deed.

5.  This deed shall be revocable on the unilateral act of The Plan, provided that GTB
    is given at least 5 working days notice of such revocation. The provisions of
    Clauses 2 and 3 shall survive termination of this deed.

6.  This deed shall be governed by and construed in accordance with English law,
    and The Plan hereby irrevocable submits to the non-exclusive jurisdiction of the
    English courts.

(contd)

SKAT Fredensborg

Bilag nr. _____74-05-17_____

Confidential Pursuant to Protective Order

Execution of a deed by a plan formed outside Great Britain

*Executed as a deed by -*

*Name of plan:*

<u>Roadcraft Technologies LLC Roth 401(K) Plan</u>

*Acting by name(s) of:*    Ronald Altbach

*Duly authorised signatory(ies):*

By: MB, attorney -in-fact

SKAT Fredensborg

Bilag nr. _____ 74-05-18

Confidential Pursuant to Protective Order



CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BOPLDK000009
**Tax Ref:** 47-1369981

27 November 2014

Dear Sir or Madam,

<u>RE: A/C Roadcraft Technologies LLC Roth 401(K) Plan ROA01</u>

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BOPLDK000009**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Melissa-Anne Rodrigues
Senior Operations Analyst

GOAL TAXBACK LIMITED        7th Floor, 69 Park Lane  Croydon, Surrey  CR9 1BC        Registered in England & Wales
                            t +44 (0)208 760 7130  f +44 (0)208 681 2854        Registered Office  7th Floor, 69 t
                            e info@goalgroup.com                                 Registered for VAT under numbe

SKAT Fredensborg

Bilag nr. _____ 74-05-19

*/06 2/4*



## SKAT

### Claim to Relief from Danish Dividend Tax

:: in my capacity as beneficial owner    ✗ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK:  **1135225.94**

**Beneficial Owner**

Full name
Roadcraft Technologies LLC Roth 401(K) Plan

Full address
State of Delaware,  1811 Silverside Road
Wilmington, DE 19810
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*roangue*

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:  1

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

| Reg no | Account no |
| --- | --- |
| | |
| NWBKGB2L | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote:-OPL DK 9

**Certification of the competent authority**    It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and                    U.S.A.

..............................................................

Date        Official stamp and signature

When signed to be forwarded to:    **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010 07  (gl.nr. 0 20x)

06.003 ENG

---

**SKAT Fredensborg**

Bilag nr. _____ 74-05-20

Confidential Pursuant to Protective Order

*13.08 2014*
*2/08*

INCOME ADVICE

**Roadcraft Technologies LLC Roth 401(K) Plan,** 425 Park Avenue, New York, NY 10022, United States of America,

**TDC A/S**

| Ticker | ISIN |
|--------|------|
| TDC DC | DK0060228559 |

**Dividend**

| Ex-dividend Date | Record Date | Payment Date |
|------------------|-------------|--------------|
| 08-08-2014 | 12-08-2014 | 13-08-2014 |

**Payment details**

| Dividend Per Share | No. of shares | Gross | Tax | Net |
|--------------------|---------------|-------|-----|-----|
| DKK 1.50 | 2,803,027 | DKK 4,204,540.50 | DKK 1,135,225.94 | DKK 3,069,314.56 |

Name: Michael Parnes
Old Park Lane Capital PLC

SKAT Fredensborg

Bilag nr. _____ 74-05-21

Confidential Pursuant to Protective Order



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: October 14, 2014



000109

Taxpayer: ROADCRAFT TECHNOLOGIES LLC ROTH 401K PLAN
        TIN: 47-1369981
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. _____ 74-05-22

Confidential Pursuant to Protective Order

*Roadcraft Technologies LLC*
*c/o Kaye Scholer LLP*
*425 Park Avenue*
*New York, NY 10022-3598*

*Power of Attorney*

THIS POWER OF ATTORNEY, made this ____11nd____ day of ~~Avol~~ 2014 by
Roadcraft Technologies LLC Roth 401(K) Plan ("The Plan") WITNESSETH AS
FOLLOWS:-

1   The Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of The Plan
    and in The Plan's name and otherwise on The Plan's behalf and as The Plan's
    act and deed to sign, seal, execute, deliver, perfect and do all deeds,
    instruments, acts and things which may be required (or which GTB shall
    consider requisite) for or in connection with the provision of any tax services
    provided to The Plan from time to time, including the reclaiming from any
    taxation authority in any jurisdiction (as appropriate) amounts in respect of
    payments made to The Plan, or through GTB on behalf of The Plan. The Plan
    also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Plan shall ratify and confirm all transactions entered into, documents
    executed and things done by GTB or its delegates by virtue of the Power Of
    Attorney given by Clause 1 of this deed unless it is proved that GTB or its
    delegates have acted with negligence, willful default or fraud.

3.  The Plan agrees to indemnify GTB against all costs, liabilities and expenses
    including (without limitation) any reasonable legal fees and disbursements arising
    directly or indirectly out of the exercise or purported exercise of GTB's powers
    under this deed PROVIDED THAT GTB shall not be indemnified against any
    such liabilities, costs and expenses arising out of GTB or any nominee's or
    agent's or delegates own willful default, negligence or fraud.

4.  The Plan declares that any person dealing with GTB shall not be concerned to
    see or enquire as to the proprietary or expediency of any act, deed, matter or
    thing which GTB may do or perform in The Plan's name by virtue of this deed.

5.  This deed shall be revocable on the unilateral act of The Plan, provided that GTB
    is given at least 5 working days notice of such revocation The provisions of
    Clauses 2 and 3 shall survive termination of this deed.

6.  This deed shall be governed by and construed in accordance with English law,
    and The Plan hereby irrevocable submits to the non-exclusive jurisdiction of the
    English courts.

(contd)

SKAT Fredensborg

Bilag nr.____ 74-05-23

Confidential Pursuant to Protective Order                                          SKAT_MDL_001_00056874



CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BDK000320
**Tax Ref:** 47-1369981

15 May 2015

Dear Sir or Madam,

### RE: A/C Roadcraft Technologies LLC Roth 401(K) Plan ROA01

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **ARG BDK000320**.

Would you please confirm safe receipt of this reclaim by sending an email to GTB@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Melissa-Anne Rodrigues
Operations Manager

SKAT Fredensborg

Bilag nr. _____ 74-05-24

San Francisco         Philadelphia         London         Hong Kong

Confidential Pursuant to Protective Order         SKAT_MDL_001_00056875



**SKAT**

Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner    ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK:    1,789,899.12

**Beneficial Owner**

Full name
Roadcraft Technologies LLC Roth 401(K) Plan

Full address
State of Delaware,  1811 Silverside Road
Wilmington, DE 19810
USA

E-mail
GTB@goalgroup.com

Signature
Beneficial owner/applicant

*Rodrigues*

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney
shall be enclosed*

As documentation is enclosed dividend advice(s), number.    1

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street Branch Croydon

                    34015159
Reg. no            Account no

                    NWBKGB2L          IBAN GB88NWBK60730134015159
SWIFT              BLZ               IBAN

On reclaim please quote:-000 DK 320

**Certification of the compe-tent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention
concluded between Denmark and                          U.S.A.
..................................................

                    Date       Official stamp and signature

When signed to be forwarded to:    **Skattecenter Høje-Taastrup**
                                    Postboks 60
                                    DK-2630 Taastrup

2010.07 (gl.nr. U 20a)

06.003 ENG

SKAT Fredensborg

Bilag nr._____  74-05-25

Confidential Pursuant to Protective Order                    SKAT_MDL_001_00056876



# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
### Issue Date: 11-05-2015, Issue No: 5,817

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 11-05-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 11-05-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **COLOPLAST-B** |
| **Sedol:** | **B8FMRX8** |
| **ISIN:** | **DK0060448595** |
| **Ex Date:** | 07-05-2015 |
| **Record Date:** | 08-05-2015 |
| **Pay Date:** | 11-05-2015 |
| **Dividend Per Share:** | DKK 4.50 |
| **No of Shares:** | 1,473,168 |
| **Gross Dividend:** | DKK 6,629,256.00 |
| **Tax:** | DKK 1,789,899.12 |
| **Net Dividend:** | DKK 4,839,356.88 |

SKAT Fredensborg

Bilag nr. _____ 74-05-26

Confidential Pursuant to Protective Order



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: March 9, 2015



600033

Taxpayer: ROADCRAFT TECHNOLOGIES LLC ROTH 401K PLAN
        TIN: 47-1369981
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. _____ 74-05-27

Confidential Pursuant to Protective Order

*Roadcraft Technologies LLC*
*c/o Kaye Scholer LLP*
*425 Park Avenue*
*New York, NY 10022-3598*

*Power of Attorney*

THIS POWER OF ATTORNEY, made this ___22nd___ day of Avgvt 2014 by Roadcraft Technologies LLC Roth 401(K) Plan ("The Plan") WITNESSETH AS FOLLOWS:-

1.  The Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of The Plan and in The Plan's name and otherwise on The Plan's behalf and as The Plan's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to The Plan from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to The Plan, or through GTB on behalf of The Plan. The Plan also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Plan shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Plan agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Plan declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in The Plan's name by virtue of this deed.

5.  This deed shall be revocable on the unilateral act of The Plan, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6.  This deed shall be governed by and construed in accordance with English law, and The Plan hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

SKAT Fredensborg

Bilag nr._____74-05-28

Confidential Pursuant to Protective Order

Execution of a deed by a plan formed outside Great Britain

Executed as a deed by -

Name of plan:                    _Roadcraft Technologies LLC Roth_
                                 _401(K) Plan_

Acting by name(s) of:            Ronald Altbach

Duly authorised
signatory(ies):                  By: MB, attorney-in-fact

SKAT Fredensborg

Bilag nr. _____ 74-05-29

Confidential Pursuant to Protective Order