# Exhibit 29



10 Exchange Square
Primrose Street
London
EC2A 2EN

# Solo Capital

**RJM Capital LLC Pension Plan (RJM01)**
1010 Fifth Avenue, Apt. 1D
New York
NY 10028
United States of America

### RJM01 - DKK Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 01-Oct-13 | Cash | Opening Balance | 0.00 | | 0.00 |
| 24-Sep-13 | Cash | GOAL Tax Reclaim | 1,545,996.38 | | 1,545,996.38 |
| 24-Sep-13 | Cash | Bank Charge | | -6.82 | 1,545,989.56 |
| 25-Sep-13 | Cash | GSS Invoice | | -1,030,715.78 | 515,273.78 |
| 04-Oct-13 | Cash | FX to USD (Fx rate 5.485) | | -510,171.99 | 5,101.79 |
| 02-Jan-14 | Cash | GOAL Tax Reclaim | 1,307,413.08 | | 1,312,514.87 |
| 02-Jan-14 | Cash | GSS Invoice 106 | | -871,652.30 | 440,862.57 |
| 07-Jan-14 | Cash | GOAL Tax Reclaim | 1,731,515.94 | | 2,172,378.51 |
| 07-Jan-14 | Cash | GSS Invoice 132 | | -1,154,401.68 | 1,017,976.83 |
| 08-Jan-14 | Cash | FX to USD @ 5.469243 | | -435,760.78 | 582,216.05 |
| 09-Jan-14 | Cash | FX to USD @ 5.49253 | | -582,216.05 | 0.00 |
| 03-Feb-15 | | Closing Balance | | | 0.00 |

### RJM01 - USD Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 01-Oct-13 | Cash | Balance Brought Forward | 0.00 | | 0.00 |
| 04-Oct-13 | Cash | FX from DKK @ 5.485 | 93,012.21 | | 93,012.21 |
| 11-Oct-13 | Cash | Payment to RJM01 | | -85,159.01 | 7,853.20 |
| 11-Oct-13 | Cash | Bank Charge | | -24.68 | 7,828.52 |
| 11-Oct-13 | Cash | GSS Invoice GSS1395 | | -7,828.52 | 0.00 |
| 06-Nov-13 | Trade | Trading Fees @ 1.3526 | | -1,165.01 | -1,165.01 |
| 08-Nov-13 | Trade | Trading Fees @ 1.3367 | | -4,428.90 | -5,593.91 |
| 11-Nov-13 | Cash | Cash Receipt from RJM01 | 29,965.06 | | 24,371.15 |
| 12-Nov-13 | Trade | Trading Fees @ 1.3442 | | -6,494.18 | 17,876.97 |
| 13-Nov-13 | Trade | Trading Fees @ 1.3454 | | -4,965.36 | 12,911.61 |
| 14-Nov-13 | Trade | Trading Fees @ 1.3472 | | -7,706.82 | 5,204.79 |
| 15-Nov-13 | Trade | Trading Fees @ 1.3496 | | -3,346.08 | 1,858.71 |
| 18-Nov-13 | Trade | Trading Fees @ 1.3508 | | -3,503.04 | -1,644.33 |
| 19-Nov-13 | Trade | Trading Fees @ 1.3536 | | -1,345.22 | -2,989.55 |
| 26-Nov-13 | Trade | Trading Fees @ 1.3557 | | -3,803.58 | -6,793.13 |
| 30-Nov-13 | Trade | Custody Fee November 13 @ 1.3591 | | -1,698.88 | -8,492.01 |
| 04-Dec-13 | Cash | Cash Receipt from RJM01 | 59,959.88 | | 51,467.87 |
| 05-Dec-13 | Trade | Trading Fees @ 1.3665 | | -4,455.02 | 47,012.85 |
| 09-Dec-13 | Trade | Trading Fees @ 1.3746 | | -1,110.84 | 45,902.01 |
| 10-Dec-13 | Trade | Trading Fees @ 1.3769 | | -6,303.64 | 39,598.37 |
| 11-Dec-13 | Trade | Trading Fees @ 1.3803 | | -7,449.59 | 32,148.78 |
| 13-Dec-13 | Trade | Trading Fees @ 1.3742 | | -14,954.32 | 17,194.46 |
| 31-Dec-13 | Trade | Custody Fee December 13 @ 1.3789 | | -1,723.63 | 15,470.83 |
| 08-Jan-14 | Cash | FX from DKK @ 5.469243 | 79,674.79 | | 95,145.62 |
| 09-Jan-14 | Cash | FX from DKK @ 5.49253 | 106,001.43 | | 201,147.05 |
| 15-Jan-14 | Cash | Payment to RJM01 | | -151,147.05 | 50,000.00 |
| 15-Jan-14 | Cash | Bank Charge | | -52.07 | 49,967.93 |
| 31-Jan-14 | Trade | Custody Fee January 14 @ 1.3486 | | -1,685.75 | 48,282.18 |
| 26-Feb-14 | Trade | Trading Fees @ 1.3672 | | -4,122.11 | 44,160.07 |
| 28-Feb-14 | Trade | Custody Fee February 14 @ 1.3802 | | -2,070.30 | 42,089.77 |
| 06-Mar-14 | Trade | Trading Fees @ 1.3859 | | -4,178.49 | 37,911.28 |
| 18-Mar-14 | Trade | Trading Fees @ 1.3922 | | -4,218.37 | 33,692.91 |
| 19-Mar-14 | Trade | Trading Fees @ 1.3916 | | -4,195.67 | 29,497.24 |
| 20-Mar-14 | Trade | Trading Fees @ 1.3776 | | -8,410.25 | 21,086.99 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. FCA Registration No. 566533

Common Interest
CONFIDENTIAL                                                                                                              WH_MDL_00357354



**Solo Capital**

10 Exchange Square
Primrose Street
London
EC2A 2EN

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 26-Mar-14 | Cash | Cash Receipt from RJM01 | 39,965.09 | | 61,052.08 |
| 31-Mar-14 | Trade | Trading Fees @ 1.3772 | | -8,345.83 | 52,706.25 |
| 31-Mar-14 | Trade | TAS Platform Fee March 14 @ 1.3772 | | -2,065.80 | 50,640.45 |
| 03-Apr-14 | Trade | Trading Fees @ 1.3721 | | -5,513.83 | 45,126.62 |
| 08-Apr-14 | Trade | Trading Fees @ 1.3796 | | -689.80 | 44,436.82 |
| 30-Apr-14 | Trade | TAS Platform Fee April 14 @ 1.3866 | | -2,079.90 | 42,356.92 |
| 08-May-14 | Trade | Trading Fees @ 1.3861 | | -4,179.09 | 38,177.83 |
| 08-May-14 | Trade | Trading Fees @ 1.3861 (Charity Donation) | | -4,179.09 | 33,998.74 |
| 13-May-14 | Trade | Trading Fees @ 1.3699 | | -684.95 | 33,313.79 |
| 30-May-14 | Trade | TAS Platform Fee May 14 @ 1.3635 | | -2,045.25 | 31,268.54 |
| 03-Jun-14 | Trade | Trading Fees @ 1.3633 | | -4,792.00 | 26,476.54 |
| 04-Jun-14 | Trade | Trading Fees @ 1.3608 | | -9,586.83 | 16,889.71 |
| 10-Jun-14 | Trade | Trading Fees @ 1.3546 | | -9,522.84 | 7,366.87 |
| 11-Jun-14 | Trade | Trading Fees @ 1.3536 | | -4,859.40 | 2,507.47 |
| 23-Jun-14 | Cash | Cash Receipt from RJM01 | 20,964.77 | | 23,472.24 |
| 30-Jun-14 | Trade | TAS Platform Fee June 14 @ 1.369 | | -2,053.50 | 21,418.74 |
| 31-Jul-14 | Trade | TAS Platform Fee July 14 @ 1.3385 | | -2,007.75 | 19,410.99 |
| 04-Aug-14 | Cash | Cash Receipt from RJM01 | 38,964.90 | | 58,375.89 |
| 07-Aug-14 | Trade | Trading Fees @ 1.3351 | | -4,025.33 | 54,350.56 |
| 28-Aug-14 | Trade | Trading Fees @ 1.3175 | | -5,318.77 | 49,031.79 |
| 31-Aug-14 | Trade | TAS Platform Fee August 14 @ 1.3132 | | -1,969.80 | 47,061.99 |
| 03-Sep-14 | Trade | Trading Fees @ 1.3141 | | -4,638.77 | 42,423.22 |
| 08-Sep-14 | Trade | Trading Fees @ 1.2934 | | -9,092.60 | 33,330.62 |
| 30-Sep-14 | Trade | TAS Platform Fee September 14 @ 1.2629 | | -1,894.35 | 31,436.27 |
| 31-Oct-14 | Trade | TAS Platform Fee October 14 @ 1.2525 | | -1,878.75 | 29,557.52 |
| 05-Nov-14 | Trade | Trading Fees @ 1.2492 | | -4,390.94 | 25,166.58 |
| 30-Nov-14 | Trade | TAS Platform Fee November 14 @ 1.2452 | | -1,867.80 | 23,298.78 |
| 31-Dec-14 | Trade | TAS Platform Fee December 14 @ 1.2098 | | -1,814.70 | 21,484.08 |
| 03-Feb-15 | | Closing Balance | | | 21,484.08 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. FCA Registration No. 566533

Common Interest
CONFIDENTIAL

WH_MDL_00357355