# Exhibit 47

# Bastion Capital London Ltd Equities Trade Confirmation



**Confirmation for client name:** Roadcraft Technologies LLC Roth 401K Plan

Bastion Capital London has on your instructions arranged the following equities trade for you

**Trade date:** 7 August 2014

**Stock:** TDC A/S

**ISIN:** DK0060228559

**Ticker:** TDC DC

**Settlement date/ Stock purchase value date:** 13 August 2014

**Transaction:**

| B/S | Volume | Price |
|---|---|---|
| B | 2,803,027 | 51.35 |

**Trade currency:** DKK

**Arranging Broker:** Patrick Milne

**Arrangement fee:** DKK 1,799.19

Please notify any any errors or ommisions immediately to:

patrickmilne@bastioncapital.co.uk
27-32 Old Jewry
London EC2R 8DQ
Mobile: +44 (0) 7866774717
Telephone: +44 (0) 2076210924
www.bastioncapital.co.uk

**Thank you for the trade**