# Exhibit 48

# J.P.Morgan

ACCOUNT NUMBER: A 3048  94599

STATEMENT DATE: 11 APR 2013

```
SOLO CAPITAL PARTNERS LLP
4-6 THROGMORTON AVENUE
LONDON
EC2N 2DL
REF: PROPRIETARY DEPARTMENT
     "CLIENT ACCOUNT"
```

OMNIBUS A/C

PAGE    2

| T/DATE | V/DATE | AT | BUY | SELL | CONTRACT DESCRIPTION | EX | TRADE PRICE | CC | DEBIT(DR)/CREDIT( ) |
|---|---|---|---|---|---|---|---|---|---|
| 11APR13 | | FQ | 46 | | 20 SEP 13 AP MOLLER CSHA BCLEAR REGISTERED | 7T | 41166.32 | DK | |
| 11APR13 | | FQ | | 46 | 20 SEP 13 AP MOLLER CSHA BCLEAR REGISTERED | 7T | 41166.32 | DK | |
| 11APR13 | | FQ | 44 | | 20 SEP 13 AP MOLLER CSHA BCLEAR REGISTERED | 7T | 41166.33 | DK | |
| 11APR13 | | FQ | | 44 | 20 SEP 13 AP MOLLER CSHA BCLEAR REGISTERED | 7T | 41166.33 | DK | |
| 11APR13 | | FQ | 42 | | 20 SEP 13 AP MOLLER CSHA BCLEAR REGISTERED | 7T | 41166.34 | DK | |
| 11APR13 | | FQ | | 42 | 20 SEP 13 AP MOLLER CSHA BCLEAR REGISTERED | 7T | 41166.34 | DK | |
| 11APR13 | | FQ | 38 | | 20 SEP 13 AP MOLLER CSHA BCLEAR REGISTERED | 7T | 41166.35 | DK | |
| 11APR13 | | FQ | | 38 | 20 SEP 13 AP MOLLER CSHA BCLEAR REGISTERED | 7T | 41166.35 | DK | |
| | | M2 | 389* | 389* | | | CLEARING FEES | EU | 38.90DR |
| | | M2 | | | AVG LONG:    41166.31172 | | EXCHANGE FEES | EU | 116.70DR |
| | | | | | AVG SHORT:   41166.31172 | | | | .00 |
| 11APR13 | | FQ | 32 | | 20 DEC 13 AP MOLLER CSHA BCLEAR REGISTERED | 7T | 41239.58 | DK | |
| 11APR13 | | FQ | | 32 | 20 DEC 13 AP MOLLER CSHA BCLEAR REGISTERED | 7T | 41239.58 | DK | |
| 11APR13 | | FQ | 46 | | 20 DEC 13 AP MOLLER CSHA BCLEAR REGISTERED | 7T | 41239.59 | DK | |
| 11APR13 | | FQ | | 46 | 20 DEC 13 AP MOLLER CSHA BCLEAR REGISTERED | 7T | 41239.59 | DK | |
| 11APR13 | | FQ | 40 | | 20 DEC 13 AP MOLLER CSHA BCLEAR REGISTERED | 7T | 41239.60 | DK | |
| 11APR13 | | FQ | | 40 | 20 DEC 13 AP MOLLER CSHA BCLEAR REGISTERED | 7T | 41239.60 | DK | |
| 11APR13 | | FQ | 36 | | 20 DEC 13 AP MOLLER CSHA BCLEAR REGISTERED | 7T | 41239.61 | DK | |
| 11APR13 | | FQ | | 36 | 20 DEC 13 AP MOLLER CSHA BCLEAR REGISTERED | 7T | 41239.61 | DK | |
| | | M2 | 154* | 154* | | | CLEARING FEES | EU | 15.40DR |
| | | M2 | | | AVG LONG:    41239.59519 | | EXCHANGE FEES | EU | 46.20DR |
| | | | | | AVG SHORT:   41239.59519 | | | | .00 |
| 11APR13 | | FQ | 89 | | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 42821.28 | DK | |
| 11APR13 | | FQ | | 89 | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 42821.28 | DK | |
| 11APR13 | | FQ | 81 | | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 42821.29 | DK | |
| 11APR13 | | FQ | | 81 | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 42821.29 | DK | |
| 11APR13 | | FQ | 111 | | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 42821.30 | DK | |
| 11APR13 | | FQ | | 111 | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 42821.30 | DK | |
| 11APR13 | | FQ | 104 | | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 42821.31 | DK | |
| 11APR13 | | FQ | | 104 | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 42821.31 | DK | |
| | | M2 | 385* | 385* | | | COMMISSION | EU | 616.00DR |

*Handwritten annotations:* Com = 622.4; execut⁰ = 4000; commission; Com = 246.4; execut⁰ = 2000; commission; execut⁰ = 2000

Confidential Pursuant to Protective Order                                   SCPADMINISTRATORS_00042114