# Exhibit 49

# J.P.Morgan

```
                                        ACCOUNT NUMBER: A  3048   94599
                                        STATEMENT DATE: 13 JUN 2013




SOLO CAPITAL PARTNERS LLP
4-6 THROGMORTON AVENUE
LONDON
EC2N 2DL
REF: PROPRIETARY DEPARTMENT
     "CLIENT ACCOUNT"
                                                OMNIBUS A/C


                                                                              PAGE      2

 T/DATE    V/DATE   AT        BUY         SELL  CONTRACT DESCRIPTION    EX  TRADE PRICE  CC  DEBIT(DR)/CREDIT( )

                    M2                          AVG LONG:    38655.33500    EXCHANGE FEES EU        49.20DR

                                                AVG SHORT:   38655.33500                              .00

 13JUN13            FQ         89               21 JUN 13 AP MOLLER CSHB    7T 40750.91  DK
                                                BCLEAR REGISTERED
 13JUN13            FQ                      89  21 JUN 13 AP MOLLER CSHB    7T 40750.91  DK
                                                BCLEAR REGISTERED
 13JUN13            FQ         81               21 JUN 13 AP MOLLER CSHB    7T 40750.92  DK
                                                BCLEAR REGISTERED
 13JUN13            FQ                      81  21 JUN 13 AP MOLLER CSHB    7T 40750.92  DK
                                                BCLEAR REGISTERED
 13JUN13            FQ        111               21 JUN 13 AP MOLLER CSHB    7T 40750.93  DK
                                                BCLEAR REGISTERED
 13JUN13            FQ                     111  21 JUN 13 AP MOLLER CSHB    7T 40750.93  DK
                                                BCLEAR REGISTERED
 13JUN13            FQ        104               21 JUN 13 AP MOLLER CSHB    7T 40750.94  DK
                                                BCLEAR REGISTERED
 13JUN13            FQ                     104  21 JUN 13 AP MOLLER CSHB    7T 40750.94  DK
                                                BCLEAR REGISTERED
                    M2        385*        385*                                  COMMISSION EU      616.00DR
                    M2                          AVG LONG:    40750.92597    CLEARING FEES EU        38.50DR
                    M2                          AVG SHORT:   40750.92597    EXCHANGE FEES EU       115.50DR


 13JUN13            FQ         89               20 DEC 13 AP MOLLER CSHB    7T 40861.28  DK
                                                BCLEAR REGISTERED
 13JUN13            FQ                      89  20 DEC 13 AP MOLLER CSHB    7T 40861.28  DK
                                                BCLEAR REGISTERED
                    M2         89*         89*                                  COMMISSION EU      142.40DR
                    M2                          AVG LONG:    40861.28000    CLEARING FEES EU         8.90DR
                    M2                          AVG SHORT:   40861.28000    EXCHANGE FEES EU        26.70DR



 *** PURCHASE & SALE ***

 T/DATE    V/DATE   AT        BUY         SELL  CONTRACT DESCRIPTION    EX  TRADE PRICE  CC  DEBIT(DR)/CREDIT( )

 13JUN13            FQ         36               21 JUN 13 AP MOLLER CSHA    7T 38550.87  DK
 13JUN13            FQ                      36  21 JUN 13 AP MOLLER CSHA    7T 38550.87  DK
 13JUN13            FQ         32               21 JUN 13 AP MOLLER CSHA    7T 38550.88  DK
 13JUN13            FQ                      32  21 JUN 13 AP MOLLER CSHA    7T 38550.88  DK
 13JUN13            FQ         46               21 JUN 13 AP MOLLER CSHA    7T 38550.89  DK
 13JUN13            FQ                      46  21 JUN 13 AP MOLLER CSHA    7T 38550.89  DK
 13JUN13            FQ         42               21 JUN 13 AP MOLLER CSHA    7T 38550.90  DK
 13JUN13            FQ                      42  21 JUN 13 AP MOLLER CSHA    7T 38550.90  DK
 13JUN13            FQ         36               21 JUN 13 AP MOLLER CSHA    7T 38550.91  DK
 13JUN13            FQ                      36  21 JUN 13 AP MOLLER CSHA    7T 38550.91  DK
 13JUN13            FQ         40               21 JUN 13 AP MOLLER CSHA    7T 38550.92  DK
 13JUN13            FQ                      40  21 JUN 13 AP MOLLER CSHA    7T 38550.92  DK
 13JUN13            FQ         42               21 JUN 13 AP MOLLER CSHA    7T 38550.93  DK
 13JUN13            FQ                      42  21 JUN 13 AP MOLLER CSHA    7T 38550.93  DK
 13JUN13            FQ         46               21 JUN 13 AP MOLLER CSHA    7T 38550.94  DK
 13JUN13            FQ                      46  21 JUN 13 AP MOLLER CSHA    7T 38550.94  DK


                              320*        320*
```

*[handwritten annotation: "check for a clear eval fee 250 policy"]*