# Exhibit 66

**From:**    octave@hydracapitallimited.com
**To:**    sunrisecross@sunrisebrokers.com <sunrisecross@sunrisebrokers.com>
**CC:**    Trading@BasaltPension.com <Trading@BasaltPension.com>
**Sent:**    3/26/2015 5:39:42 AM
**Subject:**    New Equity Order for 178,044 of CARLSBERG AS-B

Hi Sunrise Brokers,

Looking to BUY the following

178,044 CARLSBERG AS-B @ closing price for settlement date 31 March 2015

Can you let me know if you can help

Regards
Basalt Ventures LLC Roth 401(K) Plan

CONFIDENTIAL