# Exhibit 82

| | |
|---|---|
| **Message** | |
| **From**: | octave@hydracapitallimited.com [octave@hydracapitallimited.com] |
| **Sent**: | 3/30/2015 6:05:08 AM |
| **To**: | info@diversevision.com |
| **CC**: | trading@fwccap.com |
| **Subject**: | New Stock Loan Order for 903,635 of CARLSBERG AS-B |

Hi Diverse Vision Limited

Looking to LEND 903,635 shares CARLSBERG AS-B for settlement 31 March 2015 on trade 30 March 2015.

Can you help?

Regards
The FWC Capital LLC Pension Plan