# Exhibit 87

| | |
|---|---|
| **Message** | |
| **From:** | Bhupendra Mistry [bhupendra@gnosis-capital.com] |
| **Sent:** | 12/1/2014 7:03:18 AM |
| **To:** | Trading [trading@fwccap.com] |
| **Subject:** | Re: Borrow CHR DC |

Thank you and I confirm this.

Regards
Bhupendra

Sent from Samsung Mobile

-------- Original message --------
From: Trading <trading@fwccap.com>
Date:01/12/2014 19:49 (GMT+08:00)
To: Bhupendra Mistry <bhupendra@gnosis-capital.com>
Cc:
Subject: RE: Borrow CHR DC

Hey Bhupendra,

I can provide 846,864 shares with a price of DKK 258.90 at a fixed interest rate of 70bps and a stock loan fee of 35.67 bps for settlement tomorrow December 2, 2014.

Thanks please let me know.

**From:** Bhupendra Mistry [mailto:bhupendra@gnosis-capital.com]
**Sent:** Thursday, November 27, 2014 9:24 PM
**To:** Trading
**Subject:** Borrow CHR DC

Hi

Can you offer up to 850k shares in CHR DC

Regards
Bhupendra
Gnosis Capital Ltd
Tel: +65 9724 2687

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author and do not necessarily represent those of Gnosis Capital Ltd. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. Please contact the sender if you believe you have received this email in error