# Exhibit 91

Message

**From:** octave@hydracapitallimited.com [octave@hydracapitallimited.com]
**Sent:** 3/30/2015 7:21:07 AM
**To:** trading@pacificindiallc.com
**CC:** info@treehurst.com
**Subject:** Stock Loan Order Filled for 180,313 of CARLSBERG AS-B

Hi The Proper Pacific LLC 401k Plan,

Thanks for the order you are filled.

LEND 180,313 CARLSBERG AS-B for settlement 31 March 2015 on trade date 30 March 2015 @ 86.46bps

Regards

Treehurst Limited

PROPPACIF00002247