# Exhibit 93





CHRISTIAN
EKSTRAND

**EXHIBIT 3016**

5 - 6 - 2021

## Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner      ☐ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: _____

**Beneficial Owner**

Full name
_____

Full address
_____



_____

E-mail
_____

Signature
Beneficial owner/applicant

• • • • • • • • • • • • • • • • • • • • • • • • •

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number: _____

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address



| Reg. no | Account no | |
|---|---|---|
| SWIFT | BLZ | IBAN |

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and ..........................................................

Date      Official stamp and signature

When signed to be forwarded to:

**Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

*2019.07 (gl.nr. U 20x)*

06.003 ENG

**CONFIDENTIAL**