# Exhibit 104



**ED&F MAN CAPITAL MARKETS LIMITED**

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, UT 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | D/S Norden A/S |
| ISIN: | DK0060083210 |
| SEDOL: | B1WP656 |
| Ex Date: | 24/04/2014 |
| Record Date: | 28/04/2014 |
| Pay Date: | 29/04/2014 |
| Quantity: | 322,500.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 1,177,125.00 |
| WHT Suffered: | 435,375.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00076758

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 23 April 2014 16:49 |
| **To:** | Stacey Kaminer; Mina, Sara (LDN) |
| **Cc:** | Foster, Victoria (LDN) |
| **Subject:** | RE: TRADE INTEREST |

Booked as attached.

Thanks,
Oli

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 23 April 2014 15:51
**To:** Bottomley, Oliver (LDN); Mina, Sara (LDN)
**Cc:** Foster, Victoria (LDN)
**Subject:** RE: TRADE INTEREST

Sorry for the delay first my email was down and then my office lost power. I am working from home now.

Regarding allocations please allocate to the following accounts:

| GLG | GOLDST-LAWGP | 215,000 |
|---|---|---|
| LABP | LINDEN-ADBPL | 322,500 |
| RABP | RIVERS-ASSOC | 322,500 |

Best,

Stacey

**From:** Bottomley, Oliver (LDN) [mailto:obottomley@edfmancapital.com]
**Sent:** Wednesday, April 23, 2014 1:35 AM
**To:** Stacey Kaminer; Mina, Sara (LDN)
**Cc:** Foster, Victoria (LDN)
**Subject:** RE: TRADE INTEREST

Hi Stacey,

Approved, please provide allocations.

Thanks,
Oliver

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 23 April 2014 00:48
**To:** Bottomley, Oliver (LDN); Mina, Sara (LDN)
**Cc:** Foster, Victoria (LDN)
**Subject:** TRADE INTEREST

Hi All,

Some of the accounts are interested in buying up to 860,000 shares of DNORD and sell a single stock future to hedge the equity position. Can you provide clearance and liquidity for this transaction? If you are able to execute all or some of these purchases I will provide you with allocations.

1

CONFIDENTIAL                    ED&F-00076759

Best,

Stacey

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL

ED&F-00076760

**Charlotte Woodward**

| | |
|---|---|
| **From:** | LDN-SECOPS-MB <secops@edfmancapital.com> |
| **Sent:** | 23 April 2014 16:31 |
| **To:** | LDN-EQUITYFINANCE-REPORTING-MB |
| **Attachments:** | ATT00001.bin |

Trade Reference 253742

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 23/04/2014 |
| Settlement Date: | 29/04/2014 |
| Customer: | Linden Associates Defined Benefit Plan |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | D/S NORDEN |
| ISIN: | DK0060083210 |
| Gross Price: | 223.407790 |
| Net Price: | 223.407790 |
| Quantity: | 322,500 |
| Settlement Method: | DNI |
| Net Cash: | 72,049,012.28 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30946-113452 Execution Time: Wednesday April 23,2014 12:00:00 AM Batch Id: 20140423_020274 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we

have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:     Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

**Charlotte Woodward**

| | |
|---|---|
| **From:** | LDN-SECOPS-MB <secops@edfmancapital.com> |
| **Sent:** | 23 April 2014 16:48 |
| **To:** | LDN-EQUITYFINANCE-REPORTING-MB |
| **Attachments:** | ATT00001.bin |

Trade Reference 253569

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 23/04/2014 |
| Customer: | Linden Associates Defined Benefit Plan |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | NYF15MAY2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 219.42 |
| Quantity: | 3,225 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30943-113445 Execution Time: Wednesday April 23,2014 12:00:00 AM Batch Id: 20140423_020269 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:      Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL      ED&F-00076762

**Charlotte Woodward**

| | |
|---|---|
| **From:** | LDN-SECOPS-MB <secops@edfmancapital.com> |
| **Sent:** | 23 April 2014 16:31 |
| **To:** | LDN-EQUITYFINANCE-REPORTING-MB |
| **Attachments:** | ATT00001.bin |

Trade Reference 253743

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 6000

| | |
|---|---|
| Trade Date: | 23/04/2014 |
| Settlement Date: | 29/04/2014 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | D/S NORDEN |
| ISIN: | DK0060083210 |
| Gross Price: | 223.407790 |
| Net Price: | 223.407790 |
| Quantity: | 322,500 |
| Settlement Method: | DNI |
| Net Cash: | 72,049,012.28 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30946-113453 Execution Time: Wednesday April 23,2014 12:00:00 AM Batch Id: 20140423_020274 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:        Tel: +44 (0) 20 3580 7234
                                                                                               Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL

1

ED&F-00076763

**Charlotte Woodward**

| | |
|---|---|
| **From:** | LDN-SECOPS-MB <secops@edfmancapital.com> |
| **Sent:** | 23 April 2014 16:48 |
| **To:** | LDN-EQUITYFINANCE-REPORTING-MB |
| **Attachments:** | ATT00001.bin |

Trade Reference 253570

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 23/04/2014 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | NYF15MAY2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 219.42 |
| Quantity: | 3,225 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30943-113446 Execution Time: Wednesday April 23, 2014 12:00:00 AM Batch Id: 20140423_020269 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:
Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL

1

ED&F-00076764

**Charlotte Woodward**

| | |
|---|---|
| **From:** | LDN-SECOPS-MB <secops@edfmancapital.com> |
| **Sent:** | 23 April 2014 16:31 |
| **To:** | LDN-EQUITYFINANCE-REPORTING-MB |
| **Attachments:** | ATT00001.bin |

Trade Reference 253741

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 23/04/2014 |
| Settlement Date: | 29/04/2014 |
| Customer: | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | D/S NORDEN |
| ISIN: | DK0060083210 |
| Gross Price: | 223.407790 |
| Net Price: | 223.407790 |
| Quantity: | 215,000 |
| Settlement Method: | DNI |
| Net Cash: | 48,032,674.85 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30946-113450 Execution Time: Wednesday April 23,2014 12:00:00 AM Batch Id: 20140423_020274 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:     Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                    ED&F-00076765

**Charlotte Woodward**

| | |
|---|---|
| **From:** | LDN-SECOPS-MB <secops@edfmancapital.com> |
| **Sent:** | 23 April 2014 16:48 |
| **To:** | LDN-EQUITYFINANCE-REPORTING-MB |
| **Attachments:** | ATT00001.bin |

Trade Reference 253568

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 6000

| | |
|---|---|
| Trade Date: | 23/04/2014 |
| Customer: | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | NYF15MAY2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 219.42 |
| Quantity: | 2,150 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30943-113444 Execution Time: Wednesday April 23,2014 12:00:00 AM Batch Id: 20140423_020269 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:      Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

ED&F-00076766

**Charlotte Woodward**

| | |
|---|---|
| **From:** | GOODWIN, Richard (CH Volcafe) <RGOODWIN@volcafe.ch> |
| **Sent:** | 23 April 2014 10:22 |
| **To:** | BOTTOMLEY, Oliver (Capital Markets) |
| **Subject:** | Confirm DNORD DC 860,000 T+4 |
| **Attachments:** | 23042014NDORDDC(MCM1).pdf |

Oliver:

### Volcafe Cash Equity Confirmation

| | |
|---|---|
| **Trade Date** | 23-Apr |
| **Value Date** | 29-Apr |
| | |
| **ED&F Man Capital Markets** | **BUYS** |
| **Trader** | OLIVER BOTTOMLEY |
| | |
| **Stock** | **D/S NORDEN** |
| | DNORD DC Equity |
| **ISIN** | DK0060083210 |
| | |
| **Number Shares** | **860,000** |
| | |
| **Splits** | 1 x 325,000 |
| | 1 x 535,000 |
| | |
| **CCY** | DKK |
| **Gross Price** | 223.40500 |
| | |
| **Total Notional** | 192,128,300.00 |
| | |
| **Net Price** | **223.40779** |
| | |
| **Total Net Notional** | 192,130,699.40 |
| | |
| **Invoice at month End** | **NA** |
| **Brokerage** | 2,399.40   DKK |
| | |
| | |
| **Additional information:** | **Clearing BNP #1** |
| | |
| **Volcafe Clearing** | ICBC |

Best regards,

Richard Goodwin.



Volcafe Ltd,
Technoparkstrasse 7, CH8406, Winterthur, Switzerland.
Office: +41 52 264 94 56, Mobile: +41 79 961 04 69
rgoodwin@volcafe.ch I www.volcafe.com

CONFIDENTIAL                                                                                              ED&F-00076768

**Volcafe Cash Equity Confirmation**

**VOLCAFE**

| | | |
|---|---|---|
| **Trade Date** | 23-Apr | **Trade Time** |
| **Value Date** | 29-Apr | 11:09:20 |
| | | C.E.T |
| **ED&F Man Capital Markets** | **BUYS** | |
| **Trader** | OLIVER BOTTOMLEY | |
| **Stock** | **D/S NORDEN** | |
| | DNORD DC Equity | |
| **ISIN** | DK0060083210 | |
| **Number Shares** | **860,000** | |
| **Splits** | 1 x 325,000 | |
| | 1 x 535,000 | |
| **CCY** | DKK | |
| **Gross Price** | 223.40500 | |
| **Total Notional** | 192,128,300.00 | |
| **Net Price** | **223.40779** | |
| **Total Net Notional** | 192,130,699.40 | |
| **Invoice at month End** | **NA** | |
| **Brokerage** | 2,399.40  DKK | |
| **Additional information:** | **Clearing BNP #1** | |
| **Volcafe Clearing** | ICBC | |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

CONFIDENTIAL

ED&F-00076769

**Charlotte Woodward**

| | |
|---|---|
| **From:** | GOODWIN, Richard (Volcafe) <rgoodwin@volcafe.ch> |
| **Sent:** | 23 April 2014 10:21 |
| **To:** | Henstock, Chris (DUB) |
| **Cc:** | Mina, Sara (LDN); Foster, Victoria (LDN) |
| **Subject:** | Confirm DNORD DC 860,000 T+4 |
| **Attachments:** | 23042014NDORDDC(EDFDubai1).pdf |

Chris:

**Volcafe Cash Equity Confirmation**

| | |
|---|---|
| **Trade Date** | 23-Apr |
| **Value Date** | 29-Apr |
| | |
| **ED&F MCM obo ED&F Man Professional Trading Dubai** | **SELLS** |
| **Trader** | CHRIS HENSTOCK |
| | |
| **Stock** | **D/S NORDEN** |
| | DNORD DC Equity |
| **ISIN** | DK0060083210 |
| | |
| **Number Shares** | 860,000 |
| | |
| **Splits** | 1 x 325,000 |
| | 1 x 535,000 |
| | |
| **CCY** | DKK |
| **Gross Price** | 223.40500 |
| | |
| **Notional** | 192,128,300.00 |
| | |
| **Net Price** | 223.40500 |
| | |
| **Net Notional** | 192,128,300.00 |
| | |
| **Invoice at month End** | NA |
| | |
| | |
| **Additional information:** | **Clearing JP Morgan #3** |
| | |
| **Volcafe Clearing** | ICBC |

Best regards,

Richard Goodwin.

CONFIDENTIAL                                                                 ED&F-00076770



Volcafe Ltd,
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office: +41 52 264 94 56, Mobile: +41 79 961 04 69
rgoodwin@volcafe.ch I www.volcafe.com

2

CONFIDENTIAL                    ED&F-00076771

**VOLCAFE**

**Volcafe Cash Equity Confirmation**

| | | |
|---|---|---|
| **Trade Date** | 23-Apr | **Trade Time** |
| **Value Date** | 29-Apr | 11:09:20 |
| | | C.E.T |

| | |
|---|---|
| **ED&F MCM obo ED&F Man Professional Trading Dubai** | **SELLS** |
| **Trader** | CHRIS HENSTOCK |

| | |
|---|---|
| **Stock** | **D/S NORDEN** |
| | DNORD DC Equity |
| **ISIN** | DK0060083210 |

| | |
|---|---|
| **Number Shares** | 860,000 |

| | |
|---|---|
| **Splits** | 1 x 325,000 |
| | 1 x 535,000 |

| | |
|---|---|
| **CCY** | DKK |
| **Gross Price** | 223.40500 |

| | |
|---|---|
| **Notional** | 192,128,300.00 |

| | |
|---|---|
| **Net Price** | 223.40500 |

| | |
|---|---|
| **Net Notional** | 192,128,300.00 |

| | |
|---|---|
| **Invoice at month End** | NA |

| | |
|---|---|
| **Additional information:** | **Clearing JP Morgan #3** |

| | |
|---|---|
| **Volcafe Clearing** | ICBC |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch +41 52 264 94 94

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Schofield, Paul (LDN) <pschofield@edfmancapital.com> |
| **Sent:** | 23 April 2014 10:10 |
| **To:** | Henstock, Chris (DUB) |
| **Cc:** | Mina, Sara (LDN); Regan, Paul (LDN); Liddard, Ross (LDN); Schofield, Paul (LDN) |
| **Subject:** | 8,600 NYF Bclear confirm - ED&F DUBAI |

Hi,

To confirm ED&F DUBAI (ECM LEQ HI002) BUY the following:

8,600 NYF 15May2014 Bclear @ 219.42 (Ref: 223.405)

Commission: DKK 2,359


Thanks,
P


Paul Schofield

Senior Equity Finance Broker


<http://www.derivatives-broker.com/>

ED&F Man Capital Markets

Cottons Centre, Hays Lane, London, SE1 2QE

Direct: +44 (0)20 3580 7637

Mob: +44 (0)7810 543272

Rosenblatt work product: extracts of shadow data

| Firm | DateBasis | Sequence | ExtRefID | TradeDate | EntryDate | SettlementDate | TradeAccount | Product | AssetAlias1 | Currency | Ticket | Transaction | Quantity | Proceeds | FinalPrice | Asset | MasterAccount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 252620 | EQ30894-113322 | 23/04/2014 | 2014-04-23 00:00:20.000 | 29/04/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060083210 | DKK | ORG | BUY | 325.000 | 72606625.00 | 223.4050000000 | DNORD DC | 1020010EDFDU8EDFDU |
| E1 | TRD | 252620 | EQ30894-113322 | 23/04/2014 | 2014-04-23 00:00:00.000 | 29/04/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060083210 | DKK | ORG | SEL | 325.000 | 72606625.00 | 223.4050000000 | DNORD DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 256966 | EQ30907-113360 | 23/04/2014 | 2014-04-28 00:00:00.000 | 29/04/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060083210 | DKK | REP | BUY | 535.000 | 119521675.00 | 223.4050000000 | DNORD DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 256964 | EQ30907-113361 | 23/04/2014 | 2014-04-28 00:00:00.000 | 29/04/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060083210 | DKK | REP | BUY | 535.000 | 119523167.65 | 223.4077900000 | DNORD DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 252621 | EQ30896-113325 | 23/04/2014 | 2014-04-23 00:00:00.000 | 29/04/2014 | 3020035VOLCAFICBC0 | EQUITY | DK0060083210 | DKK | ORG | BUY | 325.000 | 72607531.75 | 223.4077900000 | DNORD DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 253741 | EQ30946-113450 | 23/04/2014 | 2014-04-23 00:00:00.000 | 29/04/2014 | 1020010GOLDSTLAWGP | EQUITY | DK0060083210 | DKK | ORG | SEL | 215.000 | 48032674.85 | 223.4077900000 | DNORD DC | 1020010GOLDSTLAWGP |
| E1 | TRD | 253742 | EQ30946-113452 | 23/04/2014 | 2014-04-23 00:00:00.000 | 29/04/2014 | 1020010LINDENADBPL | EQUITY | DK0060083210 | DKK | ORG | SEL | 322.500 | 72049012.28 | 223.4077900000 | DNORD DC | 1020010LINDENADBPL |
| E1 | TRD | 253743 | EQ30946-113453 | 23/04/2014 | 2014-04-23 00:00:00.000 | 29/04/2014 | 1020010RIVERSASSOC | EQUITY | DK0060083210 | DKK | ORG | SEL | 322.500 | 72049012.28 | 223.4077900000 | DNORD DC | 1020010RIVERSASSOC |

ED&F-00076774



SWIFT Message Detail

Message ID 3120315                                                                    Retr

**SWIFT Information**

| | |
|---|---|
| **Msg Type** | **Direction** |
| 545 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| FG428D6Y3A001 | N/A |
| **Asset Series** | **Curr Series** |
| 291360 | 291359 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **User Hdr** |
| {MAC:0000000}{CHK:57C69AB261D6} | {108:SI4191190FKC00} |
| **Basic Hdr** | **App Hdr** |
| F01MALCVG R22A XXXU5 4277134 | O5451245140429PARBFRPPB XXX 3825244121404291 145 N |
| **Load User** | **Load Date** |
| SHSYSTEM | 29-04-2014 06:48:14 |
| **Load User** | **Proc User** |
| S606207NJ3VW07 | N/A |
| **Proc Date** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | OATS ☐ |
| [NULL] | OATS Sent ☐ |
| **File Name** | |
| 06843455.TXT | |

**Memo**

**Details (38)**

Show Groups                                                    System Default

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//PG428D6Y3A001 |
| 3 | 23G | NEWM |
| 4 | 98C | :PREP//20140429123936 |
| 5 | 16R | LINK |
| 6 | 13A | :LINK//541 |
| 7 | 20C | :RELA//E10000129136001 |
| 8 | 16S | LINK |
| 9 | 16S | GENL |
| 10 | 16R | TRADDET |
| 11 | 98A | :TRAD//20140423 |
| 12 | 98A | :ESET//20140429 |
| 13 | 35B | ISIN DK0060083210 |
| 14 | 000 | DANSKEBKSSELSKAB   NORDEN A/S |
| 15 | 16S | TRADDET |
| 16 | 16R | FIAC |
| 17 | 36B | :ESTT//UNIT/325000, |
| 18 | 97A | :SAFE//4132900001000778523F |
| 19 | 97A | :CASH//4132900001000724796X |
| 20 | 94F | :SAFE//CUST/NDEAD4XXXXXX |
| 21 | 16S | FIAC |
| 22 | 16R | SETDET |
| 23 | 22F | :SETR//TRAD |
| 24 | 16R | SETPRTY |
| 25 | 95P | :DEAG//ESSEDKXXXXX |
| 26 | 16S | SETPRTY |
| 27 | 16R | SETPRTY |
| 28 | 95P | :SELL//IRVTBEB8XXX |
| 29 | 97A | :SAFE//05295114373 |
| 30 | 16S | SETPRTY |
| 31 | 16R | SETPRTY |
| 32 | 95P | :PSET//VPCKDKXXXXX |
| 33 | 16S | SETPRTY |
| 34 | 16R | AMT |
| 35 | 19A | :ESTT//DKK/2607531.75 |
| 36 | 98A | :VALU//20140428 |
| 37 | 16S | AMT        ED&F-00076775 |
| 38 | 16S | SETDET |

CONFIDENTIAL



SWIFT Message Detail

Message ID 3114298

**SWIFT Information**

| | |
|---|---|
| **Msg Type** | **Direction** |
| 545 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| PG428DBX2A001 | N/A |
| **Asset Series** | **Curr Series** |
| 296756 | 296755 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **User Hdr** |
| {MAC:00000000}{CHK:FAA61704F69F} | {108:ISf41911902EA000} |
| **Basic Hdr** | **App Hdr** |
| F01MACVGBZ2AXXX0654274189 | O5450140140429PARBFRPPCXXX5235988548140429040N |
| **Load User** | **Load Date** |
| SHSYSTEM | 29-04-2014 01:00:41 |
| **Load Port** | **Proc User** |
| S608207NJ3VW07 | N/A |
| **Proc Date** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | OATS ☐ |
| [NULL] | |
| | OATS Sent ☐ |
| **File Name** | |
| 06843242.TXT | |
| **Memo** | |

CONFIDENTIAL

**Details (38)**

Show Groups                                    System Defau

| Index | Tag | Value |
|---|---|---|
| 1 | 1 16R | GENL |
| 2 | 2 20C | :SEME//FG428DBX2A001 |
| 3 | 3 23G | NEWM |
| 4 | 4 98C | :PREP//20140429013744 |
| 5 | 5 16R | LINK |
| 6 | 6 13A | :LINK//541 |
| 7 | 7 20C | :RELA//E1000025675601 |
| 8 | 8 16S | LINK |
| 9 | 9 16S | GENL |
| 10 | 10 16R | TRADDET |
| 11 | 11 98A | :TRAD//20140123 |
| 12 | 12 98A | :ESET//20140129 |
| 13 | 13 35B | ISIN OK00600021210 |
| 14 | 14 000 | DAMPSKIBSSELSKABET NORDEN A/S |
| 15 | 15 16S | TRADDET |
| 16 | 16 16R | FIAC |
| 17 | 17 36B | :ESTT//UNIT/535000, |
| 18 | 18 97A | :SAFE//41325X70001000077652SF |
| 19 | 19 97A | :CASH//41327900001000U/24796X, |
| 20 | 20 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 16S | FIAC |
| 22 | 22 16R | SETDET |
| 23 | 23 22F | :SETR//TRAD |
| 24 | 24 16R | SETPRTY |
| 25 | 25 95P | :OEAG//ESSEOKJXXXX |
| 26 | 26 16S | SETPRTY |
| 27 | 27 16R | SETPRTY |
| 28 | 28 95P | :SELL//IRVTBEBBXXX |
| 29 | 29 97A | :SAFE//05296114373 |
| 30 | 30 16S | SETPRTY |
| 31 | 31 16R | SETPRTY |
| 32 | 32 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 16S | SETPRTY |
| 34 | 34 16R | AMT |
| 35 | 35 19A | :ESTT//DKK119523167,65 |
| 36 | 36 98A | :VALU//20140129 |
| 37 | 37 16S | AMT |
| 38 | 38 16S | SETDET |

ED&F-00076776

Release        Modify        Tag Value

## Account Equity

**ED&F Man Capital Markets Ltd**
3 London Bridge Street
London SE1 9SG
United Kingdom

**Account Number:** CC:RIVERS-ASSOC
**Account Name  :** RIVERSIDE ASSOCIATES DEFINED BE
**Date          :** 24-04-2014
**Currency      :** USD

### Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 1,022,324,783.48 Dr | 0.18535681 | 189,494,860.65 Dr | 950,275,771.20 Dr | 0.18535681 | 176,140,085.57 Dr |
| EUR Cash | 62,554.56 Cr | 1.38320000 | 86,525.47 Cr | 62,554.56 Cr | 1.38320000 | 86,525.47 Cr |
| EUR SEG CASH A | 26,719.00 Cr | 1.38320000 | 36,957.72 Cr | 26,719.00 Cr | 1.38320000 | 36,957.72 Cr |
| USD Cash | 143,655,471.00 Dr | 1.00000000 | 143,655,471.00 Dr | 143,655,471.00 Dr | 1.00000000 | 143,655,471.00 Dr |
| USD SEG CASH A | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr |
| | | | 332,880,752.81 Dr | | | 319,525,977.73 Dr |

### Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| DANSKE DC | DANSKE BANK A/S | C | 2,000,000.00 Lg | 144.2149 | 153.2000 | 288,429,840.00 Dr | 306,400,000.00 Cr | 17,970,160.00 Cr | DKK |
| DNORD DC | D/S NORDEN | C | 322,500.00 Lg | 223.4078 | 218.0000 | 72,049,012.28 Dr | 70,305,000.00 Cr | 1,744,012.28 Dr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 2,000,000.00 Lg | 246.7031 | 241.6000 | 493,406,160.00 Dr | 483,200,000.00 Cr | 10,206,160.00 Dr | DKK |
| TDC DC | TDC A/S | C | 2,150,000.00 Lg | 52.4007 | 50.6000 | 112,661,419.00 Dr | 108,790,000.00 Cr | 3,871,419.00 Dr | DKK |
| TRYG DC | TRYG A/S | C | 175,000.00 Lg | 555.0069 | 510.0000 | 97,126,214.50 Dr | 89,250,000.00 Cr | 7,876,214.50 Dr | DKK |
| | | | | | Totals: | 1,063,672,645.78 Dr | 1,057,945,000.00 Cr | 5,727,645.78 Dr | |

### Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UN US | UNILEVER N V  -NY SHARES | C | 3,644,600.00 Lg | 42.2374 | 41.6700 | 153,938,309.64 Dr | 151,870,482.00 Cr | 2,067,827.64 Dr | USD |
| | | | | | Totals: | 153,938,309.64 Dr | 151,870,482.00 Cr | 2,067,827.64 Dr | |

### Trade Date Positions (OTC-OPTIONS) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| SIE GY | SIEMENS AG- REG | C | 774.00 Sh | 95.8038 | | 74,152.14 Cr | 0.00 Cr | 0.00 Cr | EUR |
| | | | | | Totals: | 74,152.14 Cr | 0.00 Cr | 0.00 Cr | |

### Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 23-04-14 | 29-04-14 | Normal | BUY | 322,500.00 | DNORD DC | 223.4078 | 72,049,012.28 Dr | DKK |

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 24-04-2014
Currency      : USD

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 246968 | 14-04-14 16-04-14 | 23-12-14 | TDC DC TDC A/S | 2,150,000 S | 49.4300 | 106,274,500 DKK | 50.6000 | -2,515,500 | | Fixed | 0.0000 | 0.00 |
| 246841 | 14-04-14 16-04-14 | 23-12-14 | NOVOB DC NOVO NORDISK A/S-B | 2,000,000 S | 227.8000 | 455,600,000 DKK | 241.6000 | -27,600,000 | | Fixed | 0.0000 | 0.00 |
| 246995 | 14-04-14 16-04-14 | 23-12-14 | TRYG DC TRYG A/S | 175,000 S | 506.5000 | 88,637,500 DKK | 510.0000 | -612,500 | | Fixed | 0.0000 | 0.00 |
| 246927 | 14-04-14 16-04-14 | 23-12-14 | DANSKE DC DANSKE BANK A/S | 2,000,000 S | 148.1000 | 296,200,000 DKK | 153.2000 | -10,200,000 | | Fixed | 0.0000 | 0.00 |
| 247400 | 15-04-14 15-04-14 | 20-05-14 | SIE GY SIEMENS AG- REG | 774 L | 95.8038 | 74,152 EUR | 97.4900 | 1,305 | | Fixed | 0.0000 | 0.00 |
| 203931 | 27-12-13 27-12-13 | 19-12-14 | UN US UNILEVER N V -NY SHARES | 2,200,000 S | 39.4600 | 86,812,000 USD | 41.6700 | -4,862,000 | 19-05-14 | Fixed | 0.0000 | 0.00 |
| 203930 | 27-12-13 27-12-13 | 19-12-14 | UN US UNILEVER N V -NY SHARES | 1,444,600 S | 39.4600 | 57,003,916 USD | 41.6700 | -3,192,566 | 19-05-14 | Fixed | 0.0000 | 0.00 |

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 319,381,913.78 Dr |
| Value of trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 144,063.95 Dr |
| **Value of closing currency balance(s)** | **319,525,977.73 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 13,354,775.08 Dr |
| **Trade Date Cash Balance** | **332,880,752.81 Dr** |
| Market Value of Positions | 347,967,792.35 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 15,639,044.29 Dr |
| **Preliminary Account Value** | **552,004.75 Dr** |

CONFIDENTIAL
ED&F-00076778

# Account Equity

**ED&F Man Capital Markets Ltd**
**3 London Bridge Street**
**London SE1 9SG**
**United Kingdom**

**Account Number: CC:RIVERS-ASSOC**
**Account Name  : RIVERSIDE ASSOCIATES DEFINED BE**
**Date          : 24-04-2014**
**Currency      : USD**

## Margin Summary

```
---------------------------------------  ==========================
Margin Req (Reg-T: Initial)                         0.00 Cr
Margin Req (Reg-T: Maintenance)                     0.00 Cr
Margin Req (Future Initial)                         0.00 Cr
Margin Req (FOREX)                                  0.00 Cr
Margin Req (Minimum Equity)                         0.00 Cr
---------------------------------------  ==========================
```
**Margin Req (Total)**                              0.00 Cr


## Total Account Value                              552,004.75 Dr


## Financing Summary

Unsettled Value of collateral at close              0.00 Cr
Unsettled Financing Valuation                       0.00 Cr
```
---------------------------------------  ==========================
```
**Unsettled Financing Excess at close**             0.00

Settled Value of collateral at close                0.00 Cr
Settled Financing Valuation                         0.00 Cr
```
---------------------------------------  ==========================
```
**Settled Financing Excess at close**               0.00

**Total Financing Excess at close**                 0.00


## Missing Market Prices

| Asset  | Cur | Product | Description     |
|--------|-----|---------|-----------------|
| SIE GY | EUR | OTC-OP  | SIEMENS AG- REG |

CONFIDENTIAL

ED&F-00076779



## D/S Norden A/S — DNORD DC

ISIN: DK0060083210

SEDOL: B1WP656    COUNTRY: DK

| EX DATE: | 24/04/2014 | REC DATE: | 28/04/2014 | PAY DATE: | 29/04/2014 |
| | | CCY: DKK | GROSS RATE: | 5.00 | FEE: 0.00 |

### AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC-AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 37,000 | | 135,050.00 | | | |
| CC-AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | | 244,000 | 552,900.00 | | | |
| CC-BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 26,000 | | 94,900.00 | | | |
| CC-BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 140,000 | | 511,000.00 | | | |
| CC-BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 36,000 | | 131,400.00 | | | |
| CC-BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 142,000 | | 518,650.00 | | | |
| CC-CASTPE-CASTP | Casting Pensions Group Trust 8.00 Pct Profit Sharing Plan | 73% | | 353,000 | 1,288,250.00 | | | |
| CC-CASTPE-CASTP | Casting Pensions Group Trust | 73% | 29,000 | | 105,850.00 | | | |
| CC-CASTPE-CASTP | Casting Pensions Group Trust | 73% | | 147,000 | 536,550.00 | | | |
| CC-CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 31,000 | | 113,150.00 | | | |
| CC-CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 137,000 | | 500,050.00 | | | |
| CC-INDUST-PENSP | Industrial Pension Group Trust 8.00 Pct Profit Sharing Plan FAO Wea | 73% | | 215,000 | 784,750.00 | | | |
| CC-INDUST-PENSP | Industrial Pension Group Trust | 73% | 22,000 | | 80,300.00 | | | |
| CC-INDUST-PENSP | Industrial Pension Group Trust | 73% | 144,000 | | 525,600.00 | | | |
| CC-RIVERS-ASSOC | Union Associates Defined Benefit Plan | 73% | | 322,500 | 1,177,125.00 | | | |
| CC-RIVERS-ASSOC | RIVERTNGS ASSOCIATES DEFINED BENEFIT PLAN | 73% | | 322,500 | 1,177,125.00 | | | |
| CC-SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 34,000 | | 124,100.00 | | | |
| CC-SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | | 145,000 | 529,250.00 | | | |
| CC-TWTER-TWTE | Twtter LLC Pension Plan | 73% | | 240,000 | 876,000.00 | | | |
| CE-FDEN-DB-FDEN | FDBJ Mac Professional Trading (Dubai) Limited | 73% | | -1,525,000 | | 5,565,750.00 | | |
| LC-GLOBAL-EQY01 | BNP Paribas Depot 778523F | 73% | | -215,000 | | -784,750.00 | | |
| SR-JOREDF-JOREO | Equity Finance Vs JOB (BNP) | 73% | | -1,000,000 | | -3,650,000.00 | | |
| BR-SOLCAP-ICBC | Volaris Limited - ICBC | 73% | 1,325,000 | | 5,564,750.00 | | | |
| BR-SOLCAP-FORCE | Volaris Limited - ICBC | 73% | | -1,525,000 | | 5,565,750.00 | | |
| | | TOTALS | 4,265,000 | -4,265,000 | TOTALS | 15,567,250.00 | -15,567,250.00 | |

### SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR-MAPLED-UKLTD | Maple Securities UK Ltd | 85% | 165,000 | | 701,250.00 | | YES | | | |
| BR-GOLDMA-LONDON | Goldman Sachs International | 85% | 50,000 | | 212,500.00 | | YES | | | |
| CC-POLLEN-FUND0 | POLLEN FUND LIMITED | 85% | | -215,000 | | -913,750.00 | | | | |
| CC-AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 3,000 | | 15,000.00 | | | | | |
| CC-BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 100% | 2,000 | | 10,000.00 | | | | | |
| CC-BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 100% | 2,000 | | 10,000.00 | | | | | |
| CC-CASTPE-CASTP | Casting Pensions Group Trust | 100% | 9,000 | | 45,000.00 | | | | | |
| CC-CTECHO-00000 | Central Technologies Pensions Group Trust | 100% | 3,000 | | 15,000.00 | | | | | |
| CC-INDUST-PENSP | Industrial Pension Group Trust | 100% | 4,000 | | 20,000.00 | | | | | |
| CC-SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 100% | 1,000 | | 5,000.00 | | | | | |
| CC-TEWLC-TEWLC | Tew Enterprises LLC Retirement Plan | 100% | 31,000 | | 155,000.00 | | | | | |
| CC-TEWLC-TEWLP | Tew LP Retirement Plan | 100% | 50,000 | | 150,000.00 | | | | | |
| CC-POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -85,000 | | -425,000.00 | | | | |
| | | SL TOTALS | 300,000 | -300,000 | TOTALS | 1,338,750.00 | -1,338,750.00 | | | |

### SWAP POSITIONS

| SWAP CLIENT ACCOUNT | SWAP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVABLE |
|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | | TOTALS | 0.00 | 0.00 |

PREPARED:    DESK SIGN OFF:    OPS MANAGER SIGN OFF:

AGENT CASH RECEIVED    CLAIMS PAID    DJ JOURNAL POSTED    JOURNAL NUMBERS UPDATED    DATE: 14/05/14    FILE CLOSED    CLOSER:

— DI 284981

0605 284442
14/05 289739

CONFIDENTIAL

ED&F-00076780

