# Exhibit 106



**ED&F MAN**

### E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 06/03/2015 |
| Record Date: | 09/03/2015 |
| Pay Date: | 10/03/2015 |
| Quantity: | 2,000,000.00 |
| Gross Div Rate: | 1 |
| Amount Received: | 1,460,000.00 |
| WHT Suffered: | 540,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

A U T H O R I S E D   S I G N A T O R Y

Christina MacKinnon

*L. MacKinnon*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

ED&F-00043382

## Charlotte Woodward

**From:** Mina, Sara (LDN) <smina@edfmancapital.com>
**Sent:** 04 March 2015 16:37
**To:** Stacey Kaminer
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: TDC DC
**Attachments:** RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN TDC DC Stock TD March 4th; RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN TKF Futures TD TD March 4th; Linden Associates Defined Benefit Plan TKF Futures TD March 4th; Linden Associates Defined Benefit Plan TDC DC Stock TD March 4th

Hi Stacey,

Please find confirms per legal entity attached.

Thanks,
Sara

---

**From:** Mina, Sara (LDN)
**Sent:** 04 March 2015 16:24
**To:** Stacey Kaminer
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: TDC DC

Great thanks Stacey.

Please find your confirms attached.

To confirm:

1,615,200 for LINDEN-ADBPL
2,000,000 for RIVERS-ASSOC

**From:** Stacey Kaminer [mailto:sk@aigkamco.com]
**Sent:** 04 March 2015 15:30
**To:** Mina, Sara (LDN)
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: TDC DC

Terms are agreeable.  Please allocate as follows:

RIVERS-ASSOC – 2,000,000
LINDEN-ADBPL

Stacey

**From:** Mina, Sara (LDN) [mailto:smina@edfmancapital.com]
**Sent:** Wednesday, March 04, 2015 8:22 AM
**To:** Stacey Kaminer
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: TDC DC

Slight reduction on one clip

CONFIDENTIAL

ED&F-00043383

**From:** Mina, Sara (LDN)
**Sent:** 04 March 2015 11:11
**To:** Stacey Kaminer
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** TDC DC

Morning Stacey,

We have seen liquidity in TDC DC vs March expiry Ice futures.  Details are bellow.  Let me know if these work for you and if so I will hit this.

Many thanks,
Sara


TDC DC
TD March 4th
SD March 6th
Quantity 1,615,200
Buy Stock @ 52.8466
Sell Futures @ 51.95

TDC DC
TD March 4th
SD March 6th
Quantity 2,000,000
Buy Stock @ 52.8466
Sell Futures @ 51.96


**Sara Mina**
Equity Finance Trader

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7629  | Desk: +44 (0)203 580 7625  | Mobile: +44 (0)7810867085
smina@edfmancapital.com | www.edfman.com

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

2

## Charlotte Woodward

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 04 March 2015 16:36 |
| **To:** | Mina, Sara (LDN) |
| **Subject:** | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN TDC DC Stock TD March 4th |
| **Attachments:** | ATT00001.bin |

### Trade Reference 414895

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 04/03/2015 |
| Settlement Date: | 06/03/2015 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 52.847260 |
| Net Price: | 52.847260 |
| Quantity: | 2,000,000 |
| Settlement Method: | DNI |
| Net Cash: | 105,694,520.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ51024-183155 Execution Time: Wednesday March 04,2015 12:00:00 AM Batch Id: 20150304_033132 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:    Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL    ED&F-00043385

## Charlotte Woodward

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 04 March 2015 16:36 |
| **To:** | Mina, Sara (LDN) |
| **Subject:** | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN TKF Futures TD TD March 4th |
| **Attachments:** | ATT00001.bin |

Trade Reference 414886

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 04/03/2015 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | Mint |
| Customer Trade Type: | Sell |
| Sec Desc: | TKF20MAR2015BCLEAR |
| Exchange: | LIFFE |
| Price: | 51.96 |
| Quantity: | 20,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ51023-183150 Execution Time: Wednesday March 04,2015 12:00:00 AM Batch Id: 20150304_033130 |
| Direct Commission: | (1,075.00) |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:     Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

1

CONFIDENTIAL

## Charlotte Woodward

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 04 March 2015 16:36 |
| **To:** | Mina, Sara (LDN) |
| **Subject:** | Linden Associates Defined Benefit Plan TDC DC Stock TD March 4th |
| **Attachments:** | ATT00001.bin |

### Trade Reference 414894

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 04/03/2015 |
| Settlement Date: | 06/03/2015 |
| Customer: | Linden Associates Defined Benefit Plan |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 52.847260 |
| Net Price: | 52.847260 |
| Quantity: | 1,615,200 |
| Settlement Method: | DNI |
| Net Cash: | 85,358,894.35 |
| Currency: | DKK |
| Comments: | External Sequence: EQ51024-183154 Execution Time: Wednesday March 04,2015 12:00:00 AM Batch Id: 20150304_033132 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:    Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL    ED&F-00043387

## Charlotte Woodward

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 04 March 2015 16:36 |
| **To:** | Mina, Sara (LDN) |
| **Subject:** | Linden Associates Defined Benefit Plan TKF Futures TD March 4th |
| **Attachments:** | ATT00001.bin |

### Trade Reference 414887

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 04/03/2015 |
| Customer: | Linden Associates Defined Benefit Plan |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TKF20MAR2015BCLEAR |
| Exchange: | LIFFE |
| Price: | 51.95 |
| Quantity: | 16,152 |
| Currency: | DKK |
| Comments: | External Sequence: EQ51023-183151 Execution Time: Wednesday March 04,2015 12:00:00 AM Batch Id: 20150304_033130 |
| Direct Commission: | (959.56) |

  All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:    Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                     ED&F-00043388

## Charlotte Woodward

**From:** Regan, Paul (LDN) <pregan@edfmancapital.com>
**Sent:** 04 March 2015 16:15
**To:** Mina, Sara (LDN)
**Cc:** Schofield, Paul (LDN); Liddard, Ross (LDN); Goodwin, Richard (LDN)
**Subject:** TDC DC Confirm

Hi Sara,

To confirm ED&F MCM (A/C SEB MAIN) BUYS the following:

2,000,000 TDC DC (DK0060228559) @ DKK 52.8466 (52.84726 Net)
1,615,200 TDC DC (DK0060228559) @ DKK 52.8466 (52.84726 Net)

TRADE DATE: 04-MAR
VALUE DATE: 06-MAR

Thanks,
Regan

Much Appreciated,


Paul A Regan
Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7638
Mobile: +44 (0)79854 75190

CONFIDENTIAL                                                     ED&F-00043389

## Charlotte Woodward

**From:**      Freddie Ireland (E D & F MAN CAPITAL) <fireland@bloomberg.net>
**Sent:**      04 March 2015 16:18
**To:**      undisclosed-recipients:
**Subject:**      **CONFIRM**

--- Original Sender: JAMIE FULLAWAY, MINT PARTNERS ---

**CONFIRM**

E D & F SELL TKF (TDC DC) MAR'15 ICE FUTURES

16,152 TKF @ 51.95 (REF 52.8466)

20,000 TKF @ 51.96 (REF 52.8466)

ACCOUNT : ECM LEQ HI002

MANY THANKS,

JAMIE

--------------------------------------------------------------------------------
This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited.  If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

CONFIDENTIAL        ED&F-00043390

## Charlotte Woodward

**From:** Regan, Paul (LDN) <pregan@edfmancapital.com>
**Sent:** 04 March 2015 16:15
**To:** Ireland, Freddie (LDN)
**Cc:** Schofield, Paul (LDN); Liddard, Ross (LDN); Goodwin, Richard (LDN)
**Subject:** TDC DC Confirm

Hi Freddie,

To confirm ED&F MCM (A/C SEB MAIN) SELLS the following:

2,000,000 TDC DC (DK0060228559) @ DKK 52.8466
1,615,200 TDC DC (DK0060228559) @ DKK 52.8466

TRADE DATE: 04-MAR
VALUE DATE: 06-MAR

Thanks,
Regan


Much Appreciated,


Paul A Regan
Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7638
Mobile: +44 (0)79854 75190

CONFIDENTIAL                                                                                ED&F-00043391

**Charlotte Woodward**

| | |
|---|---|
| **From:** | jfullaway1@bloomberg.net on behalf of Jamie Fullaway (MINT PARTNERS) <jfullaway1 @bloomberg.net> |
| **Sent:** | 04 March 2015 16:12 |
| **To:** | undisclosed-recipients: |
| **Subject:** | **CONFIRM** |

--- Original Sender: JAMES LEVER, MINT PARTNERS ---

**CONFIRM**

E D & F BUY TKF (TDC DC) MAR'15 ICE FUTURES

16,152 TKF @ 51.95 (REF 52.8466)

20,000 TKF @ 51.96 (REF 52.8466)

ACCOUNT : ECM LEQ HI002

MANY THANKS,

JAMIE

------------------------------------------------------------------------------
This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited.  If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

CONFIDENTIAL                                          ED&F-00043392

**Charlotte Woodward**

| | |
|---|---|
| **From:** | noreply.SF@nl.abnamro.com |
| **Sent:** | 04 March 2015 17:58 |
| **To:** | secops@edfmancapital.com |
| **Subject:** | EDFLON - Confirmations - Stock Loan Report [REF:1565555] |
| **Attachments:** | 04-MAR-2015.pdf |

Please note this is a no reply address. Should you have any questions relating to this mail message, please contact your regular contact persons at Securities Financing

This message has been sent by ABN AMRO Bank N.V., which has its seat at Gustav Mahlerlaan 10 (1082 PP) Amsterdam, the Netherlands, and is registered in the Commercial Register of Amsterdam under number 34334259.

CONFIDENTIAL

ED&F-00043393

 **ABN·AMRO**

Gustav Mahlerlaan 10
1082 PP Amsterdam The Netherlands
4Sight Report
Telephone: No Number Available
Fax: No Fax Number Available
Contact: 4Sight Report Dealer: X47810

**Dealer Comments:**

**STOCK LOAN CONFIRMATION**

To:  EDF Man Holdings
     Cottons Centre
     Hay's Lane
     London SE1 2QE
Fax: No Fax Number Available

We are pleased to confirm the following LEND TO YOU.

We DELIVER the following securities  Delivery Vs Payment :-

Security Code:  ISIN: DK0060228559 SEDOL: 5698790          Trade Date: 04-MAR-2015
Security Name:  TDC A/S                                    Reference:  L2589153

| Quantity | Rate | 100% Price | Value |
|---|---|---|---|
| 1.615.200,00 | 6.51%(Fee) | 6.500000 | 11.023.740,00 EUR |

Security Settlement: 06-MAR-2015                           Term Date: 10-mrt-2015

Dividend - Net Claim: 85,00%

YOUR AGENT BANK: ESSEDKKK          Collateral Type: CASH POOL          OUR AGENT BANK: ESSEDKKK
REF: ESSEDKKK                                                          REF: ABNCNL2A
A/C: 05295142806                                                       A/C: 5295046300

 Powered by
4Sight Securities Finance
CONFIDENTIAL                     PLEASE NOTIFY US IMMEDIATELY OF ANY DISCREPANCIES          ED&F-00043394

## Charlotte Woodward

**From:**           WASEEM ULLAH <WULLAH@Bloomberg.net>
**Sent:**           12 February 2015 13:43
**Subject:**        Bloomberg: CONFO

```
Macquarie Lends:         TDC DC
*************************
Trade Date               12-Feb
Value Date               06-March
Term Date:               13-March
Quantity:                2,000,000
Price (eur)              6.518    (fixed)
Div Req%:                85.00
All In%:                 87.50
Dvd Amt:                 3.00DKK
Fee%:                    2.65%
DVP vs 110%
```

**Sent By** :

B **WASEEM ULLAH**, WULLAH@Bloomberg.net, MACQUARIE BANK LIMIT

**Original Sender** :

B **OLIVER SEMMELBAUER**, OSEMMELBAUER@Bloomberg.net, BNP PARIBAS NIEDERLA

**Recipients** :

B **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers** :

**MACQUARIE BANK LIMIT**

This message is confidential and subject to important disclaimers at: www.macquarie.com/disclosures. Any views or opinions expressed are the author's own and may not reflect the views or opinions of Macquarie. If you are not the intended recipient, you must not use the information in this message in any way, please delete this message and notify the sender immediately. Macquarie does not guarantee that messages or attached files transmitted electronically (sent or received) are secure or free of errors or viruses. No confidentiality or privilege is waived or lost by any transmission errors. Macquarie reserves the right, to the extent permitted by law, to monitor and retain electronic messages.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 4311 | 2015-02-13 06:33:23 AM (EST)

CONFIDENTIAL                                                    ED&F-00043395

Rosenblatt work product: extracts of shadow data

| Firm | Date Basis | Ticket Sequence | ExtRefID | Trade Date | Entry Date | Settlement Date | Trade Account | Product Type | AssetAlias1 | Trade Currency | Ticket State | Trade Transaction | Quantity | TradeProceeds | FinalPrice | Asset Alias4 | MasterAccount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 415847 | EQS1068-183458 | 12/02/2015 | 2015-03-06 00:00:00.000 | 06/03/2015 | 1020030MACQUAMACQU | EQUITY | DK0060228559 | EUR | ORG | BOR | 13,387 | 95982.12 | 6.5180000000 | TDC DC | 1020030MACQUAMACQU |
| E1 | TRD | 415979 | EQS0398-173511 | 12/02/2015 | 2015-03-06 00:00:00.000 | 06/03/2015 | 1020030MACQUAMACQU | EQUITY | DK0060228559 | EUR | REP | BOR | 1,486,613 | 10658717.88 | 6.5180000000 | TDC DC | 1020030MACQUAMACQU |
| E1 | TRD | 416045 | EQS1085-183763 | 12/02/2015 | 2015-03-06 00:00:00.000 | 06/03/2015 | 1020030MACQUAMACQU | EQUITY | DK0060228559 | EUR | ORG | BOR | 500,000 | 3584900.00 | 6.5180000000 | TDC DC | 1020030MACQUAMACQU |
| E1 | TRD | 384644 | EQS0398-173940 | 12/02/2015 | 2015-02-16 00:00:00.000 | 06/03/2015 | 1020010CLIENTBLOAN | EQUITY | DK0060228559 | EUR | ORG | LON | 2,000,000 | 13036000.00 | 6.5180000000 | TDC DC | 1020010CLIENTBLOAN |
| E1 | TRD | 414891 | EQS1024-183152 | 04/03/2015 | 2015-03-04 00:00:00.000 | 06/03/2015 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | DKK | ORG | BUY | 2,000,000 | 105693200.00 | 52.8466000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 414891 | EQS1024-183152 | 04/03/2015 | 2015-03-04 00:00:00.000 | 06/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060228559 | DKK | ORG | SEL | 2,000,000 | 105693200.00 | 52.8466000000 | TDC DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 415510 | EQS1024-183155 | 04/03/2015 | 2015-03-06 00:00:00.000 | 06/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060228559 | DKK | REP | BUY | 1,000,000 | 52847260.00 | 52.8472600000 | TDC DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 415510 | EQS1024-183155 | 04/03/2015 | 2015-03-06 00:00:00.000 | 06/03/2015 | 1020010RIVERSASSOC | EQUITY | DK0060228559 | DKK | REP | SEL | 1,000,000 | 52847260.00 | 52.8472600000 | TDC DC | 1020010RIVERSASSOC |
| E1 | TRD | 415512 | | 04/03/2015 | 2015-03-06 00:00:00.000 | 06/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060228559 | DKK | BUY | REP | 1,000,000 | 52847260.00 | 52.8472600000 | TDC DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 415512 | | 04/03/2015 | 2015-03-06 00:00:00.000 | 06/03/2015 | 1020010RIVERSASSOC | EQUITY | DK0060228559 | DKK | REP | SEL | 1,000,000 | 52847260.00 | 52.8472600000 | TDC DC | 1020010RIVERSASSOC |

CONFIDENTIAL

ED&F-00043396

 SWIFT Message Detail

**Message ID** 7312820

## SWIFT Information

| | | |
|---|---|---|
| **Msg Type** | **Direction** | |
| 545 | From Swift | |
| **Status** | **Loc ID** | |
| Closed | N/A | |
| **Related Ref** | **Loc SWIFT ID** | |
| N/A | N/A | |
| **Transaction Ref** | **Purpose** | |
| C5270227 | N/A | |
| **Asset Series** | **Curr Series** | |
| 444597 | 444596 | |
| **Reason Code** | **External ID** | |
| N/A | N/A | |
| **Trailer Hdr** | **User Hdr** | |
| {MAC:00000000}{CHK:8E0C3A665283} | {108:0306122412541864} | |
| **Basic Hdr** | **App Hdr** | |
| F01MACVGB22AXXX0959239025 | O5451224150306ESSEDKKKBXXX55496159821503061124N | |
| **Load User** | **Load Date** | |
| SHSYSTEM | 06-03-2015 06:26:11 | |
| **Load Port** | **Proc User** | |
| S608207NJ3VW07 | N/A | |
| **Proc Date** | **Proc Port** | |
| [NULL] | N/A | |
| **Duration** | **Instruction Date** | |
| N/A | N/A | |
| **ACK Date** | **OATS** ☐ | |
| [NULL] | | |
| | **OATS Sent** ☐ | |
| **File Name** | | |
| 06843567.TXT | | |
| **Memo** | | |

## Details (32)

Show Groups                                    Syste

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C5270227 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E1000044459701 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :ESET//20150306 |
| 10 | 10 | 98A | :TRAD//20150304 |
| 11 | 11 | 35B | ISIN DK0060228559 |
| 12 | 12 | 000 | TDC 2010 |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :ESTT//UNIT/1000000, |
| 16 | 16 | 97A | :SAFE//05295142806 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//ESSEDKKKXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MACVGB22 |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16R | AMT |
| 30 | 30 | 19A | :ESTT//DKK52847260, |
| 31 | 31 | 16S | AMT |
| 32 | 32 | 16S | SETDET |

CONFIDENTIAL

ED&F-00043397

# SWIFT Message Detail

**Message ID** 7324630

## SWIFT Information

| | |
|---|---|
| **Msg Type** | **Direction** |
| 545 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| C5270245 | N/A |
| **Asset Series** | **Curr Series** |
| 444603 | 444602 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **User Hdr** |
| {MAC:00000000}{CHK:2F6CBA1E5283} | {108:0309060318874624} |
| **Basic Hdr** | **App Hdr** |
| F01MACVGB22AXXX0961244189 | O5450604150309ESSEDKKKDXXX26829784491503090504N |
| **Load User** | **Load Date** |
| SHSYSTEM | 09-03-2015 01:06:21 |
| **Load Port** | **Proc User** |
| S608207NJ3Vw07 | N/A |
| **Proc Date** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | **OATS** ☐ |
| [NULL] | **OATS Sent** ☐ |
| **File Name**  CONFIDENTIAL | |
| 06843702.TXT | |
| **Memo** | |

## Details (32)

Show Groups

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//C5270245 |
| 3 | 23G | NEWM |
| 4 | 16R | LINK |
| 5 | 20C | :RELA//E1000044460301 |
| 6 | 16S | LINK |
| 7 | 16S | GENL |
| 8 | 16R | TRADDET |
| 9 | 98A | :ESET//20150309 |
| 10 | 98A | :TRAD//20150304 |
| 11 | 35B | ISIN DK0060228559 |
| 12 | 000 | TDC 2010 |
| 13 | 16S | TRADDET |
| 14 | 16R | FIAC |
| 15 | 36B | :ESTT//UNIT/1000000, |
| 16 | 97A | :SAFE//05295142806 |
| 17 | 16S | FIAC |
| 18 | 16R | SETDET |
| 19 | 22F | :SETR//TRAD |
| 20 | 16R | SETPRTY |
| 21 | 95P | :DEAG//ESSEDKKKXXX |
| 22 | 16S | SETPRTY |
| 23 | 16R | SETPRTY |
| 24 | 95P | :SELL//MACVGB22 |
| 25 | 16S | SETPRTY |
| 26 | 16R | SETPRTY |
| 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 16S | SETPRTY |
| 29 | 16R | AMT |
| 30 | 19A | :SETT//DKK52847260, |
| 31 | 16S | AMT |
| 32 | 16S | SETDET |

ED&F-00043398

# Account Equity

**ED&F Man Capital Markets Ltd**
3 London Bridge Street
London SE1 9SG
United Kingdom

| | |
|---|---|
| **Account Number:** | CC:RIVERS-ASSOC |
| **Account Name** : | RIVERSIDE ASSOCIATES DEFINED BE |
| **Date** : | 06-03-2015 |
| **Currency** : | USD |

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 105,696,990.16 Dr | 0.14558796 | 15,388,209.18 Dr | 105,696,990.16 Dr | 0.14558796 | 15,388,209.18 Dr |
| DKK Var Margin | 2,060,000.00 Dr | 0.14558796 | 299,911.20 Dr | 2,060,000.00 Dr | 0.14558796 | 299,911.20 Dr |
| EUR Cash | 54,718.53 Cr | 1.08440000 | 59,336.77 Cr | 54,718.53 Cr | 1.08440000 | 59,336.77 Cr |
| GBP Cash | 100.63 Dr | 1.50370000 | 151.32 Dr | 100.63 Dr | 1.50370000 | 151.32 Dr |
| USD Cash | 62,241,814.04 Dr | 1.00000000 | 62,241,814.04 Dr | 62,241,814.04 Dr | 1.00000000 | 62,241,814.04 Dr |
| USD SEG CASH A | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr |
| | | | ==================== | | | ==================== |
| | | | 77,724,653.32 Dr | | | 77,724,653.32 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| TDC DC | TDC A/S | C | 2,000,000.00 Lg | 52.8473 | 53.0000 | 105,694,520.00 Dr | 106,000,000.00 Cr | 305,480.00 Cr | DKK |
| | | | | | | ==================== | ==================== | ==================== | |
| | | | | | Totals: | 105,694,520.00 Dr | 106,000,000.00 Cr | 305,480.00 Cr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UN US | UNILEVER N V  -NY SHARES | C | 1,444,600.00 Lg | 42.1105 | 42.7900 | 60,832,871.64 Dr | 61,814,434.00 Cr | 981,562.36 Cr | USD |
| | | | | | | ==================== | ==================== | ==================== | |
| | | | | | Totals: | 60,832,871.64 Dr | 61,814,434.00 Cr | 981,562.36 Cr | |

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| TKF20MAR2015 | TKF20MAR2015BCLEAR | 20,000.00 Sh | 51.9600 | 52.9900 | 103,920,000.00 Cr | 105,980,000.00 Dr | 2,060,000.00 Dr | DKK |
| | | | | | ==================== | ==================== | ==================== | |
| | | | | | 103,920,000.00 Cr | 105,980,000.00 Dr | 2,060,000.00 Dr | DKK |

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional | Cur | Market Price | MTM Next Valuation Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 375276 | 27-01-15 30-01-15 | 30-04-15 | UN US UNILEVER N V -NY SHARES | 1,444,600 S | 42.8060 | 61,837,548 | USD | 42.7900 | 23,114 | Fixed | 0.0000 | 0.00 |

CONFIDENTIAL

ED&F-00043399

# Account Equity

**ED&F Man Capital Markets Ltd**
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 06-03-2015
Currency      : USD

## Account Summary

| Item | Amount (USD) |
|------|-------------:|
| Value of opening currency balance | 62,336,803.77 Dr |
| Value of trades settling today | 46,163,548.63 Dr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 30,775,699.09 Cr |
| **Value of closing currency balance(s)** | **77,724,653.32 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 0.00 Cr |
| **Trade Date Cash Balance** | **77,724,653.32 Dr** |
| Market Value of Positions | 77,246,757.76 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 23,113.60 Cr |
| **Preliminary Account Value** | **454,781.96 Dr** |

## Margin Summary

| | |
|---|---:|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 6,097,893.47 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **6,097,893.47 Dr** |

## Futures Initial Requirement

| Cur | Requirement | Requirement (USD) | Conv Rate |
|-----|------------:|------------------:|-----------|
| DKK | 41,884,600.00 Dr | 6,097,893.47 Dr | 0.14559 |
| | | 6,097,893.47 Dr | |

CONFIDENTIAL

ED&F-00043400

# Account Equity

**ED&F Man Capital Markets Ltd**
**3 London Bridge Street**
**London SE1 9SG**
**United Kingdom**

**Account Number: CC:RIVERS-ASSOC**
**Account Name : RIVERSIDE ASSOCIATES DEFINED BE**
**Date : 06-03-2015**
**Currency : USD**

---

**Outstanding Calls**

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|-----|--------------|--------|-----------|-----------|----------|-------------------|---------------|-----|
| 276715 | Futures call | Issued | 06-03-2015 | 06-03-2015 | 06-03-2015 | 6,275,877.83 | 6,275,877.83 | USD |
| | | | | | | ===================== | ===================== | |
| | | | | | | 6,275,877.83 | 6,275,877.83 | |

## Total Account Value                    6,552,675.43 Dr

## Financing Summary

Unsettled Value of collateral at close          0.00 Cr
Unsettled Financing Valuation                   0.00 Cr
------------------------------------- =========================
**Unsettled Financing Excess at close            0.00**

Settled Value of collateral at close            0.00 Cr
Settled Financing Valuation                     0.00 Cr
------------------------------------- =========================
**Settled Financing Excess at close              0.00**

**Total Financing Excess at close                0.00**

CONFIDENTIAL

ED&F-00043401

## TDC A/S                                                                                                                    TDC DC

ISIN: DK0060228559                          SEDOL: 5698790                                                    COUNTRY: DK

EX DATE: 06/03/2015        REC DATE: 09/03/2015        PAY DATE: 10/03/2015

CCY: DKK        GROSS RATE: 1.00        FEE: 0.00

## AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR: DATE: N/A
CZ / FI / NO / PL / SE

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 6,900,000 | | 5,037,000.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 4,500,000 | | 3,285,000.00 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 5,500,000 | | 4,015,000.00 | | | |
| CC:GSA000-TRAD0 | GSA Trading (Canada) Corporate Pension Plan | 73% | 3,500,000 | | 2,555,000.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 4,000,000 | | 2,920,000.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 1,615,200 | | 1,179,096.00 | | | |
| CC:ORANJE-ORANG | Oranje Canada Corporate Pension Plan | 73% | 3,500,000 | | 2,555,000.00 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 2,000,000 | | 1,460,000.00 | | | |
| LC:DENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -31,515,200 | | -23,006,096.00 | | |
| | | TOTALS | 31,515,200 | -31,515,200 | TOTALS 23,006,096.00 | -23,006,096.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:ABN000-AMRO0 | ABN AMRO Bank NV UK Branch | 85% | 1,615,200 | | 1,372,920.00 | | YES | | 1/3 | 394928 |
| BR:MACQUA-MACQU | MACQUARIE BANK LIMITED | 85% | 2,000,000 | | 1,700,000.00 | | YES | | 12/3 | 395304 |
| BR:MAPLE0-UKLTD | Maple Securities UK Ltd | 85% | 1,500,000 | | 1,275,000.00 | | YES | | 1/3 | 394929 |
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 100% | 3,400,000 | | 3,400,000.00 | | | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 3,934,800 | | 3,934,800.00 | | | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 5,239,800 | | 5,239,800.00 | | | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 100% | 393,200 | | 393,200.00 | | | | | |
| CC:DW0000-CONST | DW CONSTRUCTION INC RETIREMENT PLAN | 100% | 3,400,000 | | 3,400,000.00 | | | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 100% | 5,532,200 | | 5,532,200.00 | | | | | |
| CC:KAMCO0-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 100% | 2,901,000 | | 2,901,000.00 | | | | | |
| CC:KAMCO0-INVES | KAMCO INVESTMENTS INC PENSION PLAN | 100% | 3,500,000 | | 3,500,000.00 | | | | | |
| CC:MOIRA0-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 100% | 3,400,000 | | 3,400,000.00 | | | | | |
| CC:AMERIC-BLOAN | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN-BLOA | 100% | | -3,400,000 | | -3,400,000.00 | | | | |
| CC:CLIENT-HEDGE | Client Hedges | 85% | | -3,615,200 | | -3,072,920.00 | | | | |
| CC:DWCONS-BLOAN | DW CONSTRUCTION INC RETIREMENT PLAN - BLOAN | 100% | | -3,400,000 | | -3,400,000.00 | | | | |
| CC:KAMCO0-BLOAN | KAMCO LP PROFIT SHARING PLAN FBO-BLOAN | 100% | | -2,901,000 | | -2,901,000.00 | | | | |
| CC:KAMINV-BLOAN | KAMCO INVESTMENTS INC PENSION PLAN - BLOAN | 100% | | -3,500,000 | | -3,500,000.00 | | | | |
| CC:MOIRAA-BLOAN | MOIRA ASSOCIATES LLC 401K PLAN - BLOAN | 100% | | -3,400,000 | | -3,400,000.00 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -15,100,000 | | -15,100,000.00 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 85% | | -1,500,000 | | -1,275,000.00 | | | | |
| | | SL TOTALS | 36,816,200 | -36,816,200 | TOTALS 36,048,920.00 | -36,048,920.00 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS 0.00 | 0.00 |

PREPARED:        DESK SIGN OFF: Sam Mun        OPS MANAGER SIGN OFF:

CONFIDENTIAL
AGENT CLAIM REVIEWED        CLAIMS PAID        D1 JOURNAL POSTED N/A        JOURNAL NUMBERS UPDATED        DATE: 12/03/15        FILE CLOSED        ED&F 00043402
CLOSER:



| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX566C150310000292361 150310 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX566C150310000292361 150310 | 2 | Tag 20C | :CORP//150227DVCA163170 |
| OESSEDKKKXXX566C150310000292361 150310 | 3 | Tag 20C | :SEME//C150310000292361 |
| OESSEDKKKXXX566C150310000292361 150310 | 4 | Tag 23G | NEWM |
| OESSEDKKKXXX566C150310000292361 150310 | 5 | Tag 22F | :CAEV//DVCA |
| OESSEDKKKXXX566C150310000292361 150310 | 6 | Tag 16R | LINK |
| OESSEDKKKXXX566C150310000292361 150310 | 7 | Tag 13A | :LINK//564 |
| OESSEDKKKXXX566C150310000292361 150310 | 8 | Tag 20C | :PREV//C150309000291894 |
| OESSEDKKKXXX566C150310000292361 150310 | 9 | Tag 16S | LINK |
| OESSEDKKKXXX566C150310000292361 150310 | 10 | Tag 16S | GENL |
| OESSEDKKKXXX566C150310000292361 150310 | 11 | Tag 16R | USECU |
| OESSEDKKKXXX566C150310000292361 150310 | 12 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX566C150310000292361 150310 | 13 | Tag 35B | ISIN DK0060228559 |
| | | | TDC 2010 |
| OESSEDKKKXXX566C150310000292361 150310 | 14 | Tag 93B | :CONB//UNIT/31515200, |
| OESSEDKKKXXX566C150310000292361 150310 | 15 | Tag 16S | USECU |
| OESSEDKKKXXX566C150310000292361 150310 | 16 | Tag 16R | CADETL |
| OESSEDKKKXXX566C150310000292361 150310 | 17 | Tag 98A | :XDTE//20150306 |
| OESSEDKKKXXX566C150310000292361 150310 | 18 | Tag 98A | :RDTE//20150309 |
| OESSEDKKKXXX566C150310000292361 150310 | 19 | Tag 16S | CADETL |
| OESSEDKKKXXX566C150310000292361 150310 | 20 | Tag 16R | CACONF |
| OESSEDKKKXXX566C150310000292361 150310 | 21 | Tag 13A | :CAON//001 |
| OESSEDKKKXXX566C150310000292361 150310 | 22 | Tag 22F | :CAOP//CASH |
| OESSEDKKKXXX566C150310000292361 150310 | 23 | Tag 16R | CASHMOVE |
| OESSEDKKKXXX566C150310000292361 150310 | 24 | Tag 22H | :CRDB//CRED |
| OESSEDKKKXXX566C150310000292361 150310 | 25 | Tag 97A | :CASH//52950017004263 |
| OESSEDKKKXXX566C150310000292361 150310 | 26 | Tag 19B | :PSTA//DKK23006096, |
| OESSEDKKKXXX566C150310000292361 150310 | 27 | Tag 19B | :GRSS//DKK31515200, |
| OESSEDKKKXXX566C150310000292361 150310 | 28 | Tag 19B | :NETT//DKK23006096, |
| OESSEDKKKXXX566C150310000292361 150310 | 29 | Tag 19B | :WITL//DKK8509104, |
| OESSEDKKKXXX566C150310000292361 150310 | 30 | Tag 98A | :POST//20150310 |
| OESSEDKKKXXX566C150310000292361 150310 | 31 | Tag 98A | :VALU//20150310 |
| OESSEDKKKXXX566C150310000292361 150310 | 32 | Tag 98A | :PAYD//20150310 |
| OESSEDKKKXXX566C150310000292361 150310 | 33 | Tag 92F | :GRSS//DKK1, |
| OESSEDKKKXXX566C150310000292361 150310 | 34 | Tag 92A | :TAXR//27, |
| OESSEDKKKXXX566C150310000292361 150310 | 35 | Tag 16S | CASHMOVE |
| OESSEDKKKXXX566C150310000292361 150310 | 36 | Tag 16S | CACONF |
| OESSEDKKKXXX566C150310000292361 150310 | 37 | Tag 16R | ADDINFO |
| OESSEDKKKXXX566C150310000292361 150310 | 38 | Tag 70E | :PACO//SEB MERCHANT BANKING |
| | | | CUSTODY SERVICES DENMARK |
| | | | CORPORATE ACTIONS |
| | | | PHONE +371 677 57262 |
| OESSEDKKKXXX566C150310000292361 150310 | 39 | Tag 16S | ADDINFO |

ED&F-00043403



ED&F-00043404