# Exhibit 108



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Pandora A/S |
| ISIN: | DK0060252690 |
| SEDOL: | B44XTX8 |
| Ex Date: | 19/03/2015 |
| Record Date: | 20/03/2015 |
| Pay Date: | 23/03/2015 |
| Quantity: | 300,000.00 |
| Gross Div Rate: | 9.00 |
| Amount Received: | 1,971,000.00 |
| WHT Suffered: | 729,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

CONFIDENTIAL
Cottons Centre
Hays Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000
ED&F-00043997

# Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 17 March 2015 17:05 |
| **To:** | Stacey Kaminer; Mina, Sara (LDN) |
| **Cc:** | Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL |
| **Subject:** | RE: PNDORA DC potential liquidity  700,950 shares |
| **Attachments:** | 300,000 PNDORA DC (12 Feb fut) ED&F tkt.xlsx; Fwd:300,000 PNDORA DC CONFIRM; Afternoon Oli.; e184229_confirmation_seller.pdf |

Confirms attached.

RIVERS-ASSOC
PNDORA DC
TD March 17th
SD March 19th
Quantity 300,000
Buy Stock @ 635
Sell Futures @ 626.80617

LINDEN-ADBPL
PNDORA DC
TD March 17th
SD March 19th
Quantity 400,950
Buy Stock @ 635
Sell Futures @ 626.7586


Thanks
Oliver

**From:** Bottomley, Oliver (LDN)
**Sent:** 17 March 2015 14:38
**To:** Stacey Kaminer; Mina, Sara (LDN)
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: PNDORA DC potential liquidity 700,950 shares

Going active now Stacey, confirms to follow.

Thanks
Oliver

**From:** Stacey Kaminer [mailto:sk@aigkamco.com]
**Sent:** 17 March 2015 14:32
**To:** Mina, Sara (LDN)
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: PNDORA DC potential liquidity 700,950 shares

Thank you, Sara. As you know the accounts have been looking for liquidity in this security. Please allocate to the following accounts:

RIVERS-ASSOC – 300k

1

LINDEN-ADBPL – 400,950

Stacey

---

**From:** Mina, Sara (LDN) [mailto:smina@edfmancapital.com]
**Sent:** Tuesday, March 17, 2015 7:57 AM
**To:** Stacey Kaminer
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** PNDORA DC potential liquidity 700,950 shares
**Importance:** High

Morning Stacey,

We have seen some decent liquidity in PNDORA DC vs April expiry Ice futures per below details. Details are bellow. Let me know if these work for you and if so we will allocate to you.

Many thanks,
Sara

PNDORA DC
TD March 17th
SD March 19th
Quantity 300,000
Buy Stock @ 635
Sell Futures @ 626.80617

PNDORA DC
TD March 17th
SD March 19th
Quantity 400,950
Buy Stock @ 635
Sell Futures @ 626.7586

**Sara Mina**
Equity Finance Trader

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7629 | Desk: +44 (0)203 580 7625 | Mobile: +44 (0)7810867085
smina@edfmancapital.com | www.edfman.com

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a

registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL                                                                                                                        ED&F-00044000

# Charlotte Woodward

| | |
|---|---|
| **From:** | Oliver Bottomley (E D & F MAN CAPITAL) <obottomley2@bloomberg.net> |
| **Sent:** | 17 March 2015 12:04 |
| **Subject:** | Fwd:300,000 PNDORA DC CONFIRM |

--- Original Sender: PAUL SCHOFIELD, E D & F MAN CAPITAL ---


----- Original Message -----
From: PAUL SCHOFIELD (E D & F MAN CAPITAL)
To: OLIVER BOTTOMLEY (E D & F MAN CAPITAL)
At: Mar 17 2015 11:56:43

Hi,

To confirm ED&F MCM BUY the following:

300,000 PNDORA DC (DK0060252690) @ DKK 635.00
                        @ DKK 635.00794 net

Trade date 17-Mar
Value date 19-Mar

SHAPES: 150,000 / 2 x 75,000

Thanks,
P


--------------------------------------------------------------------------------
This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited.  If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

## ICAP Securities Limited

## Trade Confirmation

To   ED&F MAN CAPITAL MARKETS LIMITED

ICAP Securities Limited hereby confirm that, acting as agents on your instructions, we have preliminarily arranged the following equity future transaction on your behalf. The transaction remains subject to the agreement of certain terms.

| | |
|---|---|
| Trade Date | 17-Mar-15 |
| Time | 15:00 |
| Equity | PANDORA A/S |
| Bloomberg Code | PNDORA DC EQUITY |
| Expiry Date | 17-Apr-15 |
| Future | PAD |
| Exchange | ICE |
| Futures Price | TBC |
| Reference Price | TBC |
| Currency | DKK |
| | |
| No. of Contacts | 3,000 |
| Multiplier | 100 |
| | |
| Futures Seller | ED&F MAN CAPITAL MARKETS LIMITED |
| | |
| **Arrangement Fee** | DKK 6,750 |
| | |
| Special Terms | Futures to be priced on trade date using 88.5% of the gross dividend and a 1 week CIBOR |

Please advise ICAP Securities Limited via email to Icap_SFPG_Confirmations@icap.com immediately if the details of this preliminary trade confirmation differ from your understanding or if you do not receive a confirmation that you are expecting.

**ICAP Securities Limited has arranged the above proposed transaction. The terms set out above are indicative only and do not constitute a binding transaction. Should the transaction go ahead, ICAP Securities Limited will send a confirmation in respect of such transaction in accordance with standard practice.**

This communication is made subject to the terms and regulatory requirements to be found at http://www.icap.com/financial-regulation/icap-disclaimers.aspx.

ICAP Securities Limited is authorised and regulated by the Financial Services Authority and is a Member of the London Stock Exchange.  This transaction is subject to English Law and ICAP Securities Limited accepts no liability for the commercial advisability of this transaction. ICAP Securities Limited is not a member of the Securities Investor Protection Corporation ("SIPC") (www.sipc.org).

Copyright ICAP Ref. 2370043

## Charlotte Woodward

| | |
|---|---|
| **From:** | PAUL SCHOFIELD <pschofield@edfmancapital.com> |
| **Sent:** | 17 March 2015 11:56 |
| **Subject:** | Bloomberg: 150,000 PNDORA DC CONFIRM |

**Greeting**: Equity Finance Office: 0203 580 7637 Mobile: 07810 543272

```
Hi,

To confirm ML INTL SELL the following:

150,000 PNDORA DC (DK0060252690) @ DKK 635.00

Trade date 17-Mar
Value date 19-Mar

Thanks,
P
```

**Sent By** :

**B** **PAUL SCHOFIELD**, pschofield@edfmancapital.com, PSCHOFIELD9@Bloomberg.net, E D & F MAN CAPITAL

**Recipients** :

**B** **ANGEL MARTINEZ BARENYS**, AMARTINEZBAR@Bloomberg.net, BOFA MERRILL LYNCH

**Disclaimers** :

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 5344 | 2015-03-18 01:53:37 AM (EDT)

CONFIDENTIAL                                                                                                              ED&F-00044003

# Charlotte Woodward

| | |
|---|---|
| **From:** | PAUL SCHOFIELD <pschofield@edfmancapital.com> |
| **Sent:** | 17 March 2015 10:56 |
| **Subject:** | Bloomberg: 150,000 PNDORA DC CONFIRM |

**Greeting**: Equity Finance Office: 0203 580 7637 Mobile: 07810 543272

```
Hi,

To confirm UBS LONDON SELL the following:

150,000 PNDORA DC (DK0060252690) @ DKK 635.00

Trade date 17-Mar
Value date 19-Mar

SHAPES: 2 x 75,000

Thanks,
P
```

**Sent By** :

B **PAUL SCHOFIELD**, pschofield@edfmancapital.com, PSCHOFIELD9@Bloomberg.net, E D & F MAN CAPITAL

**Recipients** :

B **ANDERS RASMUSSEN**, ARASMUSSEN17@Bloomberg.net, UBS LIMITED

**Disclaimers** :

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 3958 | 2015-03-18 01:53:37 AM (EDT)

CONFIDENTIAL                                                                                                    ED&F-00044004

Rosenblatt work product: extracts of shadow data

| Firm | DateBasis | Sequence | ExtRefID | TradeDate | EntryDate | SettlementDate | TradeAccount | Product | AssetAlias1 | Currency | Ticket | Transaction | Quantity | Proceeds | FinalPrice | Asset | MasterAccount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 423870 | EQ52094-187305 | 17/03/2015 | 2015-03-17 00:00:00.000 | 19/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060252690 | DKK | NEW | BUY | 150,000 | 95251191.00 | 635.0079400000 | PNDORA D | 1020035IDBSEBIDBE1 |
| E1 | TRD | 423870 | EQ52094-187305 | 17/03/2015 | 2015-03-17 00:00:00.000 | 19/03/2015 | 1020010RIVERSASSOC | EQUITY | DK0060252690 | DKK | NEW | SEL | 150,000 | 95251191.00 | 635.0079400000 | PNDORA D | 1020010RIVERSASSOC |
| E1 | TRD | 423878 | EQ52096-187307 | 17/03/2015 | 2015-03-17 00:00:00.000 | 19/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060252690 | DKK | ORG | BUY | 75,000 | 47625595.50 | 635.0079400000 | PNDORA D | 1020035IDBSEBIDBE1 |
| E1 | TRD | 423878 | EQ52096-187307 | 17/03/2015 | 2015-03-17 00:00:00.000 | 19/03/2015 | 1020010RIVERSASSOC | EQUITY | DK0060252690 | DKK | ORG | SEL | 75,000 | 47625595.50 | 635.0079400000 | PNDORA D | 1020010RIVERSASSOC |
| E1 | TRD | 423879 | EQ52096-187308 | 17/03/2015 | 2015-03-17 00:00:00.000 | 19/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060252690 | DKK | ORG | BUY | 75,000 | 47625595.50 | 635.0079400000 | PNDORA D | 1020035IDBSEBIDBE1 |
| E1 | TRD | 423879 | EQ52096-187308 | 17/03/2015 | 2015-03-17 00:00:00.000 | 19/03/2015 | 1020010RIVERSASSOC | EQUITY | DK0060252690 | DKK | ORG | SEL | 75,000 | 47625595.50 | 635.0079400000 | PNDORA D | 1020010RIVERSASSOC |

CONFIDENTIAL

ED&F-00044005



CONFIDENTIAL  ED&F-00044006



CONFIDENTIAL
ED&F-00044007



Retrieve

Details (32)
Show Groups                                         System Default

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//C5415651 |
| 3 | 23G | NEWM |
| 4 | 16R | LINK |
| 5 | 20C | :RELA//E1000045237901 |
| 6 | 16S | LINK |
| 7 | 16S | GENL |
| 8 | 16R | TRADDET |
| 9 | 98A | :ESET//20150319 |
| 10 | 98A | :TRAD//20150317 |
| 11 | 35B | ISIN DK0060252690 |
| 12 | 000 | PANDORA HOLDING |
| 13 | 16S | TRADDET |
| 14 | 16R | FIAC |
| 15 | 36B | :ESTT//UNIT/75000, |
| 16 | 97A | :SAFE//05295142806 |
| 17 | 16S | FIAC |
| 18 | 16R | SETDET |
| 19 | 22F | :SETR//TRAD |
| 20 | 16R | SETPRTY |
| 21 | 95P | :DEAG//ESSEDKKKXXX |
| 22 | 16S | SETPRTY |
| 23 | 16R | SETPRTY |
| 24 | 95P | :SELL//MACVGB22 |
| 25 | 16S | SETPRTY |
| 26 | 16R | SETPRTY |
| 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 16S | SETPRTY |
| 29 | 16R | AMT |
| 30 | 19A | :ESTT//DKK47625595,50 |
| 31 | 16S | AMT |
| 32 | 16S | SETDET |

26706121503190503N

## Account Equity

```
ED&F Man Capital Markets Ltd                          Account Number:  CC:RIVERS-ASSOC
3 London Bridge Street                                Account Name   : RIVERSIDE ASSOCIATES DEFINED BE
London SE1 9SG                                        Date           : 19-03-2015
United Kingdom                                        Currency       : USD
```

### Cash Summary

| Cur | Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|---|
| DKK | Cash | 863,056,731.29 Dr | 0.14308813 | 123,493,173.76 Dr | 863,056,731.29 Dr | 0.14308813 | 123,493,173.76 Dr |
| DKK | Var Margin | 13,153,840.00 Dr | 0.14308813 | 1,882,158.37 Dr | 13,153,840.00 Dr | 0.14308813 | 1,882,158.37 Dr |
| EUR | Cash | 52,953.53 Cr | 1.06590000 | 56,443.17 Cr | 52,953.53 Cr | 1.06590000 | 56,443.17 Cr |
| GBP | Cash | 100.63 Cr | 1.47530000 | 148.46 Cr | 100.63 Cr | 1.47530000 | 148.46 Cr |
| USD | Cash | 61,816,836.65 Dr | 1.00000000 | 61,816,836.65 Dr | 61,816,836.65 Dr | 1.00000000 | 61,816,836.65 Dr |
| USD | SEG CASH A | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr |
| | | | | 186,989,778.42 Dr | | | 186,989,778.42 Dr |

### Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| DANSKE DC | DANSKE BANK A/S | C | 1,200,000.00 Lg | 176.0022 | 172.3000 | 211,202,640.00 Dr | 206,760,000.00 Cr | 4,442,640.00 Dr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 1,400,000.00 Lg | 329.1041 | 341.9000 | 460,745,754.00 Dr | 478,660,000.00 Cr | 17,914,246.00 Cr | DKK |
| PNDORA DC | PANDORA A/S | C | 300,000.00 Lg | 635.0079 | 617.0000 | 190,502,382.00 Dr | 185,100,000.00 Cr | 5,402,382.00 Dr | DKK |
| | | | | | Totals: | 862,450,776.00 Dr | 870,520,000.00 Cr | 8,069,224.00 Cr | |

### Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UN US | UNILEVER N V  -NY SHARES | C | 1,444,600.00 Lg | 42.1105 | 42.3100 | 60,832,871.64 Dr | 61,121,026.00 Cr | 288,154.36 Cr | USD |
| | | | | | Totals: | 60,832,871.64 Dr | 61,121,026.00 Cr | 288,154.36 Cr | |

### Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| NFY17APR2015 | NFY17APR2015BCLEAR | 14,000.00 Sh | 324.5961 | 336.7700 | 454,434,540.00 Cr | 471,478,000.00 Dr | 17,043,460.00 Dr | DKK |
| OGY17APR2015 | OGY17APR2015BCLEAR | 12,000.00 Sh | 171.0973 | 172.2400 | 205,316,760.00 Cr | 206,688,000.00 Dr | 1,371,240.00 Dr | DKK |
| PAD17APR2015 | PAD17APR2015BCLEAR | 3,000.00 Sh | 626.8062 | 609.2700 | 188,041,860.00 Cr | 182,781,000.00 Dr | 5,260,860.00 Cr | DKK |
| | | | | | 847,793,160.00 Cr | 860,947,000.00 Dr | 13,153,840.00 Dr | DKK |

### Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 375276 | 27-01-15 30-01-15 | 30-04-15 | UN US UNILEVER N V  -NY SHARES | 1,444,600 S | 42.8060 | 61,837,548 | USD | 42.3100 | 716,522 | | Fixed | 0.0000 | 0.00 |

# Account Equity

| | |
|---|---|
| ED&F Man Capital Markets Ltd | Account Number: CC:RIVERS-ASSOC |
| 3 London Bridge Street | Account Name   : RIVERSIDE ASSOCIATES DEFINED BE |
| London SE1 9SG | Date           : 19-03-2015 |
| United Kingdom | Currency       : USD |

## Account Summary

| Item | Amount (USD) |
|---|---:|
| Value of opening currency balance | 158,880,867.48 Dr |
| Value of trades settling today | 27,258,629.60 Dr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 850,281.34 Dr |
| **Value of closing currency balance(s)** | **186,989,778.42 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 0.00 Cr |
| **Trade Date Cash Balance** | **186,989,778.42 Dr** |
| Market Value of Positions | 185,682,104.93 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 716,521.60 Cr |
| **Preliminary Account Value** | **591,151.89 Dr** |

## Margin Summary

| | |
|---|---:|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 2,967,762.29 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **2,967,762.29 Dr** |

## Futures Initial Requirement

| Cur | Requirement | Requirement (USD) | Conv Rate |
|---|---:|---:|---:|
| DKK | 20,740,800.00 Dr | 2,967,762.29 Dr | 0.14309 |
| | | 2,967,762.29 Dr | |

CONFIDENTIAL

ED&F-00044010

# Account Equity

```
ED&F Man Capital Markets Ltd                               Account Number: CC:RIVERS-ASSOC
3 London Bridge Street                                     Account Name   : RIVERSIDE ASSOCIATES DEFINED BE
London SE1 9SG                                             Date           : 19-03-2015
United Kingdom                                             Currency       : USD
```

**Outstanding Calls**

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|---|---|---|---|---|---|---|---|---|
| 283284 | Futures call | Issued | 19-03-2015 | 19-03-2015 | 19-03-2015 | 2,393,277.40 | 2,393,277.40 | USD |
| | | | | | | ==================== | ==================== | |
| | | | | | | 2,393,277.40 | 2,393,277.40 | |

**Total Account Value**                                      **3,558,914.18 Dr**

**Financing Summary**

```
Unsettled Value of collateral at close              0.00 Cr
Unsettled Financing Valuation                       0.00 Cr
------------------------------------    ========================
```
**Unsettled Financing Excess at close**              0.00

```
Settled Value of collateral at close                0.00 Cr
Settled Financing Valuation                         0.00 Cr
------------------------------------    ========================
```
**Settled Financing Excess at close**                0.00

**Total Financing Excess at close**                  0.00

# Pandora A/S

**PNDORA DC**

| ISIN: DK0060252690 | | SEDOL: B44XTX8 | | COUNTRY: DK |
|---|---|---|---|---|
| EX DATE: 19/03/2015 | | REC DATE: 20/03/2015 | | PAY DATE: 23/03/2015 |
| CCY: DKK | | GROSS RATE: 9.00 | | FEE: 0.00 |

## AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR: CZ / FI / NO / PL / SE    DATE: N/A

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 400,950 | | 2,634,241.50 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 300,000 | | 1,971,000.00 | | | |
| LC:DENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -700,950 | | -4,605,241.50 | | |
| | TOTALS | | 700,950 | -700,950 | TOTALS 4,605,241.50 | -4,605,241.50 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:ABN000-AMRO0 | ABN AMRO Bank NV UK Branch | 85% | 400,950 | | 3,067,267.50 | | YES | | 24/3 | 349370 |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 415,500 | | 3,739,500.00 | | | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 421,000 | | 3,789,000.00 | | | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 100% | 416,500 | | 3,748,500.00 | | | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 100% | 486,100 | | 4,374,900.00 | | | | | |
| CC:CLIENT-HEDGE | Client Hedges | 85% | | -400,950 | | -3,067,267.50 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -1,739,100 | | -15,651,900.00 | | | | |
| | SL TOTALS | | 2,140,050 | -2,140,050 | TOTALS 18,719,167.50 | -18,719,167.50 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS 0.00 | 0.00 |

| PREPARED: | DESK SIGN OFF: | OPS MANAGER SIGN OFF: |
|---|---|---|

| AGENT CASH RECEIVED | CLAIMS PAID | D1 JOURNAL POSTED N/A | JOURNAL NUMBERS UPDATED | DATE: 24/3/15 | FILE CLOSED CLOSER: |
|---|---|---|---|---|---|

CONFIDENTIAL

ED&F-00044012

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX566C150323000297705 150323 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX566C150323000297705 150323 | 2 | Tag 20C | :CORP//150218DVCA161898 |
| OESSEDKKKXXX566C150323000297705 150323 | 3 | Tag 20C | :SEME//C150323000297705 |
| OESSEDKKKXXX566C150323000297705 150323 | 4 | Tag 23G | NEWM |
| OESSEDKKKXXX566C150323000297705 150323 | 5 | Tag 22F | :CAEV//DVCA |
| OESSEDKKKXXX566C150323000297705 150323 | 6 | Tag 16R | LINK |
| OESSEDKKKXXX566C150323000297705 150323 | 7 | Tag 13A | :LINK//564 |
| OESSEDKKKXXX566C150323000297705 150323 | 8 | Tag 20C | :PREV//C150320000296618 |
| OESSEDKKKXXX566C150323000297705 150323 | 9 | Tag 16S | LINK |
| OESSEDKKKXXX566C150323000297705 150323 | 10 | Tag 16S | GENL |
| OESSEDKKKXXX566C150323000297705 150323 | 11 | Tag 16R | USECU |
| OESSEDKKKXXX566C150323000297705 150323 | 12 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX566C150323000297705 150323 | 13 | Tag 35B | ISIN DK0060252690 PANDORA HOLDING |
| OESSEDKKKXXX566C150323000297705 150323 | 14 | Tag 93B | :CONB//UNIT/700950, |
| OESSEDKKKXXX566C150323000297705 150323 | 15 | Tag 16S | USECU |
| OESSEDKKKXXX566C150323000297705 150323 | 16 | Tag 16R | CADETL |
| OESSEDKKKXXX566C150323000297705 150323 | 17 | Tag 98A | :XDTE//20150319 |
| OESSEDKKKXXX566C150323000297705 150323 | 18 | Tag 98A | :RDTE//20150320 |
| OESSEDKKKXXX566C150323000297705 150323 | 19 | Tag 16S | CADETL |
| OESSEDKKKXXX566C150323000297705 150323 | 20 | Tag 16R | CACONF |
| OESSEDKKKXXX566C150323000297705 150323 | 21 | Tag 13A | :CAON//001 |
| OESSEDKKKXXX566C150323000297705 150323 | 22 | Tag 22F | :CAOP//CASH |
| OESSEDKKKXXX566C150323000297705 150323 | 23 | Tag 16R | CASHMOVE |
| OESSEDKKKXXX566C150323000297705 150323 | 24 | Tag 22H | :CRDB//CRED |
| OESSEDKKKXXX566C150323000297705 150323 | 25 | Tag 97A | :CASH//52950017004263 |
| OESSEDKKKXXX566C150323000297705 150323 | 26 | Tag 19B | :PSTA//DKK4605241,50 |
| OESSEDKKKXXX566C150323000297705 150323 | 27 | Tag 19B | :GRSS//DKK6308550, |
| OESSEDKKKXXX566C150323000297705 150323 | 28 | Tag 19B | :NETT//DKK4605241,50 |
| OESSEDKKKXXX566C150323000297705 150323 | 29 | Tag 19B | :WITL//DKK1703308,50 |
| OESSEDKKKXXX566C150323000297705 150323 | 30 | Tag 98A | :POST//20150323 |
| OESSEDKKKXXX566C150323000297705 150323 | 31 | Tag 98A | :VALU//20150323 |
| OESSEDKKKXXX566C150323000297705 150323 | 32 | Tag 98A | :PAYD//20150323 |
| OESSEDKKKXXX566C150323000297705 150323 | 33 | Tag 92F | :GRSS//DKK9, |
| OESSEDKKKXXX566C150323000297705 150323 | 34 | Tag 92A | :TAXR//27, |
| OESSEDKKKXXX566C150323000297705 150323 | 35 | Tag 16S | CASHMOVE |
| OESSEDKKKXXX566C150323000297705 150323 | 36 | Tag 16S | CACONF |
| OESSEDKKKXXX566C150323000297705 150323 | 37 | Tag 16R | ADDINFO |
| OESSEDKKKXXX566C150323000297705 150323 | 38 | Tag 70E | :PACO//SEB MERCHANT BANKING CUSTODY SERVICES DENMARK CORPORATE ACTIONS PHONE +371 677 57262 |
| OESSEDKKKXXX566C150323000297705 150323 | 39 | Tag 16S | ADDINFO |

CONFIDENTIAL
ED&F-00044013



CONFIDENTIAL

ED&F-00044014