# Exhibit 113

CONFIDENTIAL



Account: CC:RIVERS-ASSOC
Name: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
Date: 30 May 2014

## Account Statement

**OTC-OPTIONS (EUR)**

| Trade Date | Expiry Date | Asset | Description | Position | Strike | Trade Price | Original Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|---|

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

RIVER_00000103

CONFIDENTIAL



Account: CC:RIVERS-ASSOC
Name: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
Date: 30 May 2014

**TOTAL RETURN SWAPS (EUR)**

| Trade Date | Term Date | Asset | Description | Position | Trade Price | Cash Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

RIVER_00000104

# Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd
#### 05/01/2014 through 05/30/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (1-020-010-RIVERS-ASSOC) is (RIVERSIDE ASSOCIATES DEFINED BENEFIT PLA)**

**Asset (DKK / DKK) Layer (C) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 04/30/2014 | | Opening Balance | 0 | | 0 | 1,023,066,052.48 Dr | 1,023,066,052.48 Dr |
| 05/01/2014 | 284872 | TDC DC Tax Reclaims | 2 | Unclassified | 0 | 1,266,244.65 Cr | 1,021,799,807.83 Dr |
| 05/01/2014 | 284958 | CASH DIV - DNORD DC - PD 29/04/14 | 2 | Unclassified | 0 | 1,177,125.00 Cr | 1,020,622,682.83 Dr |
| 05/02/2014 | 285471 | NOVOB DC Tax Reclaims | 2 | Unclassified | 0 | 2,409,345.00 Cr | 1,018,213,337.83 Dr |
| 05/02/2014 | 285472 | DANSKE DC Tax Reclaims | 2 | Unclassified | 0 | 1,070,820.00 Cr | 1,017,142,517.83 Dr |
| 05/06/2014 | 286378 | NOVOB DC clearance fee | 1 | Unclassified | 0 | 1,621,726.00 Dr | 1,018,764,243.83 Dr |
| 05/06/2014 | 286576 | DANSKE DC clearance fee | 1 | Unclassified | 0 | 536,226.45 Dr | 1,019,300,470.28 Dr |
| 05/09/2014 | 288517 | Realized Gain/Loss Cust FUTURE | 19 | TR-PL-FUTURE | 0 | 1,300,500.00 Dr | 1,020,600,970.28 Dr |
| 05/12/2014 | 288991 | Realized Gain/Loss Cust FUTURE | 9 | TR-PL-FUTURE | 0 | 0.00 Cr | 1,020,600,970.28 Dr |
| 05/14/2014 | 289772 | Cash Receipt | 2 | Unclassified | 0 | 1,264,906.13 Cr | 1,019,336,064.15 Dr |
| 05/14/2014 | T00027780801002 | SEL 750,000 COLOB DC @ 474.1059 DKK 355, | 3 | PROCEED-EQUITY | 277808 | 355,579,447.50 Dr | 1,374,915,511.65 Dr |
| 05/14/2014 | T00027799301002 | SEL 100,000 COLOB DC @ 474.1059 DKK 47,4 | 3 | PROCEED-EQUITY | 277993 | 47,410,593.00 Dr | 1,422,326,104.65 Dr |
| 05/15/2014 | 290158 | COLOB DC Custody Fee pt I | 1 | Unclassified | 0 | 34,000.00 Dr | 1,422,360,104.65 Dr |
| 05/15/2014 | 290253 | CASH DIV - COLOB DC - PD 14/05/14 | 2 | Unclassified | 0 | 2,482,000.00 Cr | 1,419,878,104.65 Dr |
| 05/19/2014 | 291342 | ED&F MCM Futures Brokerage - May - DANSK | 1 | Unclassified | 0 | 3,702.61 Dr | 1,419,881,807.26 Dr |
| 05/19/2014 | 291351 | ED&F MCM Futures Brokerage - May - NOVOB | 1 | Unclassified | 0 | 5,695.17 Dr | 1,419,887,502.43 Dr |
| 05/19/2014 | 291362 | ED&F MCM Futures Brokerage - May - TRYG | 1 | Unclassified | 0 | 1,107.99 Dr | 1,419,888,610.42 Dr |
| 05/19/2014 | 291385 | ED&F MCM Futures Brokerage - May - TDC D | 1 | Unclassified | 0 | 1,262.27 Dr | 1,419,889,872.69 Dr |
| 05/19/2014 | 291386 | ED&F MCM Futures Brokerage - May - TDC D | 1 | Unclassified | 0 | 66.45 Dr | 1,419,889,939.14 Dr |
| 05/20/2014 | 291766 | TRYG DC clearance fee | 1 | Unclassified | 0 | 609,895.37 Dr | 1,420,499,834.51 Dr |
| 05/26/2014 | 293954 | Realized Gain/Loss Firm SWAP | 59 | CASH | 280118 | 680,000.00 Cr | 1,419,819,834.51 Dr |
| 05/27/2014 | 294182 | Reversal Realized Gain/Loss Firm SWAP Re | 1 | Unclassified | 0 | 680,000.00 Dr | 1,420,499,834.51 Dr |
| | | | | | | | 1,420,499,834.51 Dr |

**Asset (DKK / DKK) Layer (O) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 05/08/2014 | 287900 | Unrealized Gain/Loss Cust FUTURE | 164 | PROCEED-FUTURE | 277789 | 5,822,500.00 Cr | 5,822,500.00 Cr |
| 05/09/2014 | 287934 | Reversal of Unrealized Gain/Loss Cust FU | 164 | PROCEED-FUTURE | 277789 | 5,822,500.00 Dr | 0.00 Cr |
| | | | | | | | 0.00 Cr |

**Asset (DKK / EUR) Layer (C) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 04/30/2014 | | Opening Balance | 0 | | 0 | 1,266,244.65 Cr | 1,266,244.65 Cr |
| 05/01/2014 | 284881 | TDC DC Tax Reclaims | 1 | Unclassified | 0 | 1,266,244.65 Dr | 0.00 Cr |
| | | | | | | | 0.00 Cr |

**Asset (EUR / EUR) Layer (C) [Euro]**

CONFIDENTIAL

RIVER_00000105

Copyright Shadow Financial Services Corp. 1998-2014. All Rights Reserved.   Page 1 of 3   Produced on 05/31/2014

# Account Transactions (General Ledger)
ED&F Man Capital Markets Ltd
05/01/2014 through 05/30/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|----------|--------------------|-----------------|

Account (1-020-010-RIVERS-ASSOC) is (RIVERSIDE ASSOCIATES DEFINED BENEFIT PLA) (Continued)

Asset (EUR / EUR) Layer (C) (Continued)

| 05/15/2014 | 290213 | Drawdown 482 - COLOB DC | 1 | Unclassified | 0 | 792.30 Dr | 146,806,444.02 Dr |

CONFIDENTIAL

RIVER_00000106

Copyright Shadow Financial Services Corp. 1998-2014. All Rights Reserved.   Page 2 of 3   Produced on 05/31/2014

**CONFIDENTIAL**

## Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd
#### 05/01/2014 through 05/30/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

Asset (EUR / EUR) Layer (O) [Euro]

Asset (EUR / EUR) Layer (S) [Euro]

Asset (GBP / GBP) Layer (C) [British Pound]

Asset (USD / USD) Layer (C) [US Dollar]

Asset (USD / USD) Layer (S) [US Dollar]

Gross Debit for all Trades:
Gross Credit for all Trades:

Net Debit/Credit for all Trades:

# Account Equity

ED&F Man Capital Markets Ltd  
Cottons Centre, Hay's Lane  
London, SE1 2QE  
United Kingdom

Account Number: CC:RIVERS-ASSOC  
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE  
Date          : 05/30/2014  
Currency      : USD

## Cash Summary

| Cur | Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|---|
| DKK | Cash | 1,420,499,834.51 Dr | 0.1827 | 259,489,935.11 Dr | 1,420,499,834.51 Dr | 0.1827 | 259,489,935.11 Dr |
| EUR | Cash | | 1.3635 | | | 1.3635 | |
| EUR | SEG CASH A | | 1.3635 | | | 1.3635 | |
| GBP | Cash | | 1.6755 | | | 1.6755 | |
| USD | Cash | | 1.0000 | | | 1.0000 | |
| USD | SEG CASH A | | 1.0000 | | | 1.0000 | |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| COLOB DC | COLOPLAST-B | C | 850,000.00 Lg | 474.1059 | 472.0000 | 402,990,040.50 Dr | 401,200,000.00 Cr | 1,790,040.50 Dr | DKK |
| DANSKE DC | DANSKE BANK A/S | C | 2,000,000.00 Lg | 144.2149 | 153.9000 | 288,429,840.00 Dr | 307,800,000.00 Cr | 19,370,160.00 Cr | DKK |
| DNORD DC | D/S NORDEN | C | 322,500.00 Lg | 223.4078 | 218.5000 | 72,049,012.28 Dr | 70,466,250.00 Cr | 1,582,762.28 Dr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 2,000,000.00 Lg | 246.7031 | 231.8000 | 493,406,160.00 Dr | 463,600,000.00 Cr | 29,806,160.00 Dr | DKK |
| TDC DC | TDC A/S | C | 2,150,000.00 Lg | 52.4007 | 53.1500 | 112,661,419.00 Dr | 114,272,500.00 Cr | 1,611,081.00 Cr | DKK |
| TRYG DC | TRYG A/S | C | 175,000.00 Lg | 555.0069 | 522.5000 | 97,126,214.50 Dr | 91,437,500.00 Cr | 5,688,714.50 Dr | DKK |
| | | | | | Totals: | 1,466,662,686.28 Dr | 1,448,776,250.00 Cr | 17,886,436.28 Dr | |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|

## Pending Trades (USD)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|

Page 1 of 3

CONFIDENTIAL  
RIVER_00000108

# Account Equity

ED&F Man Capital Markets Ltd  
Cottons Centre, Hay's Lane  
London, SE1 2QE  
United Kingdom

Account Number: CC:RIVERS-ASSOC  
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE  
Date          : 05/30/2014  
Currency      : USD

## Equity Swaps

| Tick Seq | Trade Dt / Settle Dt | Term Date | Asset Description | Quantity D | Open Price | Notional | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 256432 | 04/24/2014 04/29/2014 | 07/24/2014 | DNORD DC D/S NORDEN | 322,500 S | 225.4248 | 72,699,498 | DKK | 218.5000 | -2,233,248 | | Fixed | 0.0000 | 0.00 |
| 246995 | 04/14/2014 04/16/2014 | 12/23/2014 | TRYG DC TRYG A/S | 175,000 S | 506.5000 | 88,637,500 | DKK | 522.5000 | 2,800,000 | | Fixed | 0.0000 | 0.00 |
| 246968 | 04/14/2014 04/16/2014 | 12/23/2014 | TDC DC TDC A/S | 2,150,000 S | 49.4300 | 106,274,500 | DKK | 53.1500 | 7,998,000 | | Fixed | 0.0000 | 0.00 |
| 246841 | 04/14/2014 04/16/2014 | 12/23/2014 | NOVOB DC NOVO NORDISK A/S-B | 2,000,000 S | 227.8000 | 455,600,000 | DKK | 231.8000 | 8,000,000 | | Fixed | 0.0000 | 0.00 |
| 246927 | 04/14/2014 04/16/2014 | 12/23/2014 | DANSKE DC DANSKE BANK A/S | 2,000,000 S | 148.1000 | 296,200,000 | DKK | 153.9000 | 11,600,000 | | Fixed | 0.0000 | 0.00 |
| 292323 | 05/09/2014 05/14/2014 | 07/25/2014 | COLOB DC COLOPLAST-B | 850,000 S | 472.4000 | 401,540,000 | DKK | 472.0000 | -340,000 | 06/25/2014 | Fixed | 0.0000 | 0.00 |



Page 2 of 3

CONFIDENTIAL
RIVER_00000109

## Account Equity

```
ED&F Man Capital Markets Ltd                      Account Number: CC:RIVERS-ASSOC
Cottons Centre, Hay's Lane                        Account Name   : RIVERSIDE ASSOCIATES DEFINED BE
London, SE1 2QE                                   Date           : 05/30/2014
United Kingdom                                    Currency       : USD
```

### Account Summary

```
Item                                         Amount (USD)
----------------------------------------     =====
Value of opening currency balance
Value of trades settling today
Value of Rec/Del today
Value of Deposits/Withdrawls today
----------------------------------------     =====
Value of closing currency balance(s)

NonFX Proceeds Pending Settlement
----------------------------------------     =====
Trade Date Cash Balance

Market Value of Positions
Net Value of Financing Interest
Open Trade Equity on FX Deals
Accrued Interest on Fixed Income
Value of Open Swap Positions
----------------------------------------     =====
Preliminary Account Value
```

### Financing Summary

```
----------------------------------------     =====
Value of collateral
Financing Valuation
----------------------------------------     =====
Total Financing Excess
```

### Margin Summary

```
----------------------------------------     =====
Margin Req (Reg-T: Initial)
Margin Req (Reg-T: Maintenance)
Margin Req (Future Initial)
Margin Req (FOREX)
Margin Req (Minimum Equity)
----------------------------------------     =====
Margin Req (Total)
```

**Total Account Value**