# Exhibit 122



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN - Suite 309, 75 Claremont Road, Bernardsville, New Jersey, 07924, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 08/08/2014 |
| Record Date: | 12/08/2014 |
| Pay Date: | 13/08/2014 |
| Quantity: | 3,400,000.00 |
| Gross Div Rate: | 1.5 |
| Amount Received: | 3,723,000.00 |
| WHT Suffered: | 1,377,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00042261

## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 07 August 2014 17:11 |
| **To:** | Stacey Kaminer |
| **Cc:** | LDN-EQUITYFINANCE-TRADS-DL |
| **Subject:** | RE: TRADE INTEREST |
| **Attachments:** | MOIRA ASSOCIATES LLC 401K PLAN TKF15AUG2014BCLEAR (17.3 KB); MOIRA ASSOCIATES LLC 401K PLAN TDC DC  (18.4 KB); KAMCO LP PROFIT SHARING PLAN FBO TDC DC (18.7 KB); KAMCO LP PROFIT SHARING PLAN FBO TDC DC (18.7 KB); KAMCO INVESTMENTS INC PENSION PLAN TKF15AUG2014BCLEAR (17.6 KB); KAMCO INVESTMENTS INC PENSION PLAN TDC DC (18.7 KB); DW CONSTRUCTION INC RETIREMENT PLAN TKF15AUG2014BCLEAR (17.8 KB); DW CONSTRUCTION INC RETIREMENT PLAN TDC DC (18.7 KB); AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN TKF15AUG2014BCLEAR (17.6 KB); AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN TDC DC (18.7 KB) |

Confirms Attached.

Thanks,
Oliver

---

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 07 August 2014 15:08
**To:** Bottomley, Oliver (LDN)
**Cc:** LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: TRADE INTEREST

On the futures hedge looking for August expiry TKF at 50.4673 if you can find liquidity.

---

**From:** Bottomley, Oliver (LDN) [mailto:obottomley@edfmancapital.com]
**Sent:** Thursday, August 07, 2014 8:11 AM
**To:** Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: TRADE INTEREST

Hi Stacey,

Looking for liquidity, will get back to you.

Thanks,
Oliver

---

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 07 August 2014 15:04
**To:** Bottomley, Oliver (LDN)
**Subject:** FW: TRADE INTEREST

Sorry Oliver forgot to include that they are looking for a price of 51.8.  And correction to T+2.

---

**From:** Stacey Kaminer
**Sent:** Thursday, August 07, 2014 8:03 AM
**To:** 'Bottomley, Oliver (LDN)'
**Subject:** TRADE INTEREST

Hi All,

CONFIDENTIAL                                                                 ED&F-00042262

The following accounts are interested in purchasing a total of 16,601,000 mil shares of TDC , ISIN DK0060228559 , T+2 and hedging their purchase by selling Bclear futures. Can you provide clearance for these transactions? Also, the accounts are looking for liquidity if you are able to source any please let them know.

| | | | |
|------|-------------|-----------|-----------|
| AIGPP | AMERIC-INVGR | | 3,400,000 |
| DWCPP | DW000-CONST | | 3,400,000 |
| KIPP | KAMCO0-INVES | | 3,500,000 |
| KLPP | KAMCO0-LPPRO | 2,901,000 | |
| MAPP | MOIRA0-ASSOC | 3,400,000 | |

Best,

Stacey

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore there may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL

ED&F-00042263

## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 07 August 2014 17:10 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | MOIRA ASSOCIATES LLC 401K PLAN TDC DC |
| **Attachments:** | ATT00001.bin |

Trade Reference 317978

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Settlement Date: | 11/08/2014 |
| Customer: | MOIRA ASSOCIATES LLC 401K PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 51.800650 |
| Net Price: | 51.800650 |
| Quantity: | 3,400,000 |
| Settlement Method: | DNI |
| Net Cash: | 176,122,210.00 |
| Currency: | DKK |
| Comments: | |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:     Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

1

## Charlotte Woodward

**From:** Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com>
**Sent:** 07 August 2014 17:10
**To:** Bottomley, Oliver (LDN)
**Subject:** MOIRA ASSOCIATES LLC 401K PLAN TKF15AUG2014BCLEAR
**Attachments:** ATT00001.bin

### Trade Reference 317981

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Customer: | MOIRA ASSOCIATES LLC 401K PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TKF15AUG2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 50.47 |
| Quantity: | 34,000 |
| Currency: | DKK |
| Comments: | |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:     Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

1

## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 07 August 2014 17:07 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN TDC DC |
| **Attachments:** | ATT00001.bin |

Trade Reference 317924

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Settlement Date: | 11/08/2014 |
| Customer: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 51.800650 |
| Net Price: | 51.800650 |
| Quantity: | 3,400,000 |
| Settlement Method: | DNI |
| Net Cash: | 176,122,210.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ42228-142666 Execution Time: Thursday August 07,2014 12:00:00 AM Batch Id: 20140807_025879 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:     Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

1

## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 07 August 2014 17:07 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN TKF15AUG2014BCLEAR |
| **Attachments:** | ATT00001.bin |

Trade Reference 317968

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Customer: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TKF15AUG2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 50.47 |
| Quantity: | 34,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ42232-142683 Execution Time: Thursday August 07,2014 12:00:00 AM Batch Id: 20140807_025881 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:       Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                 ED&F-00042267

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 07 August 2014 17:08 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | DW CONSTRUCTION INC RETIREMENT PLAN TDC DC |
| **Attachments:** | ATT00001.bin |

### Trade Reference 317925

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Settlement Date: | 11/08/2014 |
| Customer: | DW CONSTRUCTION INC RETIREMENT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 51.800650 |
| Net Price: | 51.800650 |
| Quantity: | 3,400,000 |
| Settlement Method: | DNI |
| Net Cash: | 176,122,210.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ42228-142667 Execution Time: Thursday August 07,2014 12:00:00 AM Batch Id: 20140807_025879 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:     Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                    ED&F-00042268

## Charlotte Woodward

**From:** Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com>
**Sent:** 07 August 2014 17:08
**To:** Bottomley, Oliver (LDN)
**Subject:** DW CONSTRUCTION INC RETIREMENT PLAN TKF15AUG2014BCLEAR
**Attachments:** ATT00001.bin

### Trade Reference 317969

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Customer: | DW CONSTRUCTION INC RETIREMENT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TKF15AUG2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 50.47 |
| Quantity: | 34,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ42232-142684 Execution Time: Thursday August 07,2014 12:00:00 AM Batch Id: 20140807_025881 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:     Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                      ED&F-00042269

## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 07 August 2014 17:09 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | KAMCO INVESTMENTS INC PENSION PLAN TDC DC |
| **Attachments:** | ATT00001.bin |

### Trade Reference 317926

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Settlement Date: | 11/08/2014 |
| Customer: | KAMCO INVESTMENTS INC PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 51.800650 |
| Net Price: | 51.800650 |
| Quantity: | 3,500,000 |
| Settlement Method: | DNI |
| Net Cash: | 181,302,275.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ42228-142668 Execution Time: Thursday August 07,2014 12:00:00 AM Batch Id: 20140807_025879 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:    Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                        ED&F-00042270

## Charlotte Woodward

**From:**        Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-
                REPORTING-MB <equityfinancereporting@edfmancapital.com>
**Sent:**        07 August 2014 17:09
**To:**          Bottomley, Oliver (LDN)
**Subject:**     KAMCO INVESTMENTS INC PENSION PLAN TKF15AUG2014BCLEAR
**Attachments:** ATT00001.bin

Trade Reference 317970

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Customer: | KAMCO INVESTMENTS INC PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TKF15AUG2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 50.47 |
| Quantity: | 35,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ42232-142685 Execution Time: Thursday August 07,2014 12:00:00 AM Batch Id: 20140807_025881 |
| Direct Commission: | 0.00 |

  All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:     Tel: +44 (0) 20 3580 7234
                                                                                            Email:
                                                                                            secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

1

## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 07 August 2014 17:10 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | KAMCO LP PROFIT SHARING PLAN FBO TDC DC |
| **Attachments:** | ATT00001.bin |

Trade Reference 317928

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Settlement Date: | 11/08/2014 |
| Customer: | KAMCO LP PROFIT SHARING PLAN FBO |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 51.800650 |
| Net Price: | 51.800650 |
| Quantity: | 3,400,000 |
| Settlement Method: | DNI |
| Net Cash: | 176,122,210.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ42228-142670 Execution Time: Thursday August 07,2014 12:00:00 AM Batch Id: 20140807_025879 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:       Tel: +44 (0) 20 3580 7234
                                                                                              Email:
                                                                                              secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

1

CONFIDENTIAL                                                                                              ED&F-00042272

## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 07 August 2014 17:09 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | KAMCO LP PROFIT SHARING PLAN FBO TDC DC |
| **Attachments:** | ATT00001.bin |

### Trade Reference 317927

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Settlement Date: | 11/08/2014 |
| Customer: | KAMCO LP PROFIT SHARING PLAN FBO |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 51.800650 |
| Net Price: | 51.800650 |
| Quantity: | 2,901,000 |
| Settlement Method: | DNI |
| Net Cash: | 150,273,685.65 |
| Currency: | DKK |
| Comments: | External Sequence: EQ42228-142669 Execution Time: Thursday August 07,2014 12:00:00 AM Batch Id: 20140807_025879 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:      Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                      ED&F-00042273

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Regan, Paul (LDN) <pregan@edfmancapital.com> |
| **Sent:** | 07 August 2014 15:55 |
| **To:** | Bottomley, Oliver (LDN) |
| **Cc:** | Schofield, Paul (LDN); Liddard, Ross (LDN) |
| **Subject:** | TDC DC confirm (SEB please) |

Hi Oli,

To confirm ED&F MCM (A/C SEB MAIN) BUYS the following:

16,601,000 TDC DC (DK0060228559) @ DKK 51.80
                                              @ DKK 51.80065 Net

TRADE DATE: 07-AUG
VALUE DATE: 12-AUG

Shapes: 3 x 3,400,000 / 1 x 3,500,000 / 1 x 2,901,000

Thanks
Regan


Much Appreciated,


Paul A Regan
Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7638
Mobile: +44 (0)79854 75190

CONFIDENTIAL                                      ED&F-00042274

## Charlotte Woodward

| | |
|---|---|
| **From:** | GOODWIN, Richard (CH Volcafe) <RGOODWIN@volcafe.ch> |
| **Sent:** | 07 August 2014 15:46 |
| **To:** | BOTTOMLEY, Oliver (Capital Markets) |
| **Subject:** | Confirm TKF 15 August 2014 BClear Futures: |
| **Attachments:** | 07082014TKFBClearFutures(MCM).pdf |

Oliver:

### ED&F MAN Switzerland Ltd Futures Confirmation:

Trade Date                                07-Aug-14

### ED&F Man Capital Markets

OLIVER BOTTOMLEY

ED&F MAN
Lin

BClear                        ECM LEQ HI002

| | Underlying Stock | Bberg | CCY | Multiplier | Exchange | | Contract | Direction | Quantity | Ref Price | Futs Price | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TDC A/S | TDC DC | DKK | 100 | BCLEAR | TKF | 15 August 2014 | SELL | 121,187 | 51.8000 | 50.4700 | DKK | |
| 2 | TDC A/S | TDC DC | DKK | 100 | BCLEAR | TKF | 15 August 2014 | SELL | 44,823 | 51.8000 | 50.4600 | DKK | |
| | | | | | | | | | 166,010 | | | | |

Thanks very much,

Richard.



ED&F Man Switzerland Limited
**Technoparkstrasse 7  CH-8406 Winterthur**
Office:  +41 52 254 94 94
Direct:  +41 52 264 94 56
Mobile: +41 79 961 04 69
rgoodwin@volcafe.ch | www.edfman.com

CONFIDENTIAL                                ED&F-00042275

**ED&F MAN Switzerland Ltd Futures Confirmation:**
Trade Date                                07-Aug-14
**ED&F Man Capital Markets**
OLIVER BOTTOMLEY
  BClear                          ECM LEQ HI002



**ED&F MAN Switzerland Limited**

| | Underlying Stock | Bberg | CCY | Multiplier | Exchange | Contract | Direction | Quantity | Ref Price | Futs Price | CCY | Notional | CCY | Invoice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 TDC A/S | | TDC DC | DKK | 100 | BCLEAR | TKF 15 August 2014 | SELL | 121,187 | 51.8000 | 50.4700 | DKK | 611,630,789.00 | DKK | - |
| 2 TDC A/S | | TDC DC | DKK | 100 | BCLEAR | TKF 15 August 2014 | SELL | 44,823 | 51.8000 | 50.4600 | DKK | 226,176,858.00 | DKK | - |
| | | | | | | | | 166,010 | | | | | | |

Technoparkstrasse 7, CH 8406 Winterthur Switzerland

ED&F-00042276

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Regan, Paul (LDN) <pregan@edfmancapital.com> |
| **Sent:** | 07 August 2014 15:56 |
| **To:** | Mina, Sara (LDN) |
| **Cc:** | Schofield, Paul (LDN); Liddard, Ross (LDN) |
| **Subject:** | TDC DC confirm (SEB please) |

Hi Sara,

To confirm ED&F MCM (A/C SEB MAIN) SELLS the following:

16,601,000 TDC DC (DK0060228559) @ DKK 51.80

TRADE DATE: 07-AUG
VALUE DATE: 12-AUG

Shapes: 3 x 3,400,000 / 1 x 3,500,000 / 1 x 2,901,000

Thanks
Regan


Much Appreciated,


Paul A Regan
Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7638
Mobile: +44 (0)79854 75190

CONFIDENTIAL                                                                 ED&F-00042277

## Charlotte Woodward

**From:**        GOODWIN, Richard (CH Volcafe) <RGOODWIN@volcafe.ch>
**Sent:**        07 August 2014 15:46
**To:**          MINA, Sara (Capital Markets)
**Subject:**     Confirm TKF 15 August 2014 BClear Futures:
**Attachments:** 07082014TKFBClearFutures(EDF).pdf

Sara:

**ED&F MAN Switzerland Ltd Futures Confirmation:**
Trade Date                        07-Aug-14
**ED&F Man Capital Markets**
SARA MINA

BClear                    ECM LEQ HI002

| | Underlying Stock | Bberg | CCY | Multiplier | Exchange | | Contract | Direction | Quantity | Ref Price | Futs Price | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TDC A/S | TDC DC | DKK | 100 | BCLEAR | TKF | 15 August 2014 | BUY | 121,187 | 51.8000 | 50.4700 | D |
| 2 | TDC A/S | TDC DC | DKK | 100 | BCLEAR | TKF | 15 August 2014 | BUY | 44,823 | 51.8000 | 50.4600 | D |
| | | | | | | | | | 166,010 | | | |

Many thanks,

Richard



ED&F Man Switzerland Limited
**Technoparkstrasse 7  CH-8406 Winterthur**
Office:  +41 52 254 94 94
Direct:  +41 52 264 94 56
Mobile: +41 79 961 04 69
rgoodwin@volcafe.ch | www.edfman.com

CONFIDENTIAL                                                                    ED&F-00042278

**ED&F MAN Switzerland Ltd Futures Confirmation:**

Trade Date                                07-Aug-14

**ED&F Man Capital Markets**

SARA MINA

  BClear                                ECM LEQ HI002



**ED&F MAN Switzerland Limited**

| | Underlying Stock | Bberg | CCY | Multiplier | Exchange | Contract | Direction | Quantity | Ref Price | Futs Price | CCY | Notional | CCY | Invoice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TDC A/S | TDC DC | DKK | 100 | BCLEAR | TKF 15 August 2014 | BUY | 121,187 | 51.8000 | 50.4700 | DKK | 611,630,789.00 | DKK | 7,645.38 |
| 2 | TDC A/S | TDC DC | DKK | 100 | BCLEAR | TKF 15 August 2014 | BUY | 44,823 | 51.8000 | 50.4600 | DKK | 226,176,858.00 | DKK | 2,827.21 |
| | | | | | | | | 166,010 | | | | | | |

Technoparkstrasse 7, CH-8406 Winterthur Switzerland

ED&F-00042279

## Charlotte Woodward

**From:**     OLIVER BOTTOMLEY <obottomley@edfmancapital.com>
**Sent:**     14 July 2014 12:01
**Subject:**  Bloomberg: Re:

**Greeting**: 07923380478 02035807633

```
booked, thanks mate

----- Original Message -----
From: ALASDAIR SUTHERLAND (MAPLE SECURITIES (UK)
To: OLIVER BOTTOMLEY (E D & F MAN CAPITAL)
At: Jul 14 2014 10:34:17

Hi mate - to confirm.....I lend you:                          TDC DC (5698790)
Amount    1,900,000
Price     € 7.30000
Value     € 13,870,000.00
Dividend      EUR 0.29480
Div Req   85.00
All In    89.50
Start Date   18-Aug-14
End Date     21-Aug-14
Duration     3
Fee    21.808

TDC DC (5698790)
Amount    150,000
Price     € 7.30
Value     € 1,095,000.00
Dividend      EUR 0.2948
Div Req   73.00
All In    89.50
Start Date   18-Aug-14
End Date     21-Aug-14
Duration     3
Fee    79.960
****Please confirm - thanks*****
```

**Sent By** :

B **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Recipients** :

B **ALASDAIR SUTHERLAND**, ASUTHERLAND1@Bloomberg.net, MAPLE SECURITIES (UK

**Disclaimers** :

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

CONFIDENTIAL                                                              ED&F-00042280

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (IB) Message | 2014-08-01 03:12:29 AM EDT

CONFIDENTIAL

ED&F-00042281

## Charlotte Woodward

**From:**     OLIVER BOTTOMLEY <obottomley@edfmancapital.com>
**Sent:**     14 July 2014 16:40
**Subject:**  Bloomberg: Re:775,000 TDC DC

**Greeting**: 07923380478 02035807633

```
thanks, booked

----- Original Message -----
From: ALASDAIR SUTHERLAND (MAPLE SECURITIES (UK)
To: OLIVER BOTTOMLEY (E D & F MAN CAPITAL)
At: Jul 14 2014 15:10:35

Hi mate - please confirm.....I lend you:                    Name      TDC A/S
Sedol     5698790
Nominal   775,000
Ticker    TDC DC
FX        0.1826
Price     10.45
Div Req   85.00
All In    89.5000
Dividend  1.85000
Start     18-Aug-14
End       21-Aug-14
Days      3
Fee       17.46%
Comment   USD cash-pool
```

**Sent By** :

B **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Recipients** :

B **ALASDAIR SUTHERLAND**, ASUTHERLAND1@Bloomberg.net, MAPLE SECURITIES (UK

**Disclaimers** :

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 4837 | 2014-07-14 11:52:39 PM (EDT)

CONFIDENTIAL                                                                    ED&F-00042282

## Charlotte Woodward

**From:** CARMEN COX <CCOX44@Bloomberg.net>
**Sent:** 15 July 2014 13:49
**Subject:** Bloomberg: TDC DC - 2.75mln:

**Greeting**: ING GSF - Equity Lending and Repo INGGSFELR@UK.ING.COM

```
TDC DC - 2.75mln:

dvd ccy      DKK
last div  1.85
last px   €7.38
u/l       85.00
AI        89.50
spread    4.500
start dt 18-Aug
term dt  21-Aug
duration      3
rate      18.16
eur dvp - pls confirm, thx CC
```

**Sent By** :

B **CARMEN COX**, CCOX44@Bloomberg.net, ING BK FIN MKTS LON

**Recipients** :

B **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers** :

**ING BK FIN MKTS LON**

Prepared by ING Bank NV (ING) for information only. Not an offer to purchase or sell any security. Information believed to be reliable but ING does not represent that it is accurate or complete. No liability accepted whatsoever for any loss from its use. Quotations, assumptions are indicative only. ING or its affiliates may have a material interest in the subject or a related matter herein. Transactions by US persons in any security herein should be with ING Financial Markets LLC, which is responsible for distribution in the USA. ING Bank N.V. London Branch is authorised by the Dutch Central Bank.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 3025 | 2014-07-16 12:00:24 AM (EDT)

CONFIDENTIAL                                                                  ED&F-00042283

## Charlotte Woodward

| | |
|---|---|
| **From:** | CARMEN COX <CCOX44@Bloomberg.net> |
| **Sent:** | 17 July 2014 16:05 |
| **Subject:** | Bloomberg: TDC DC - 1.225mln:  ** 2,245,000mln qty amend - ok?  ** |

**Greeting**: ING GSF - Equity Lending and Repo INGGSFELR@UK.ING.COM

```
TDC DC - 1.225mln:  ** 2,245,000mln qty amend - ok?  **

dvd ccy     DKK
last div   1.85
last px    €7.38
u/l        85.00
AI         89.50
spread     4.500
start dt 18-Aug
term dt  21-Aug
duration      3
rate      18.16
eur dvp - pls confirm, thx CC
```

**Sent By** :

**B** **CARMEN COX**, CCOX44@Bloomberg.net, ING BK FIN MKTS LON

**Recipients** :

**B** **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers** :

**ING BK FIN MKTS LON**

Prepared by ING Bank NV (ING) for information only. Not an offer to purchase or sell any security. Information believed to be reliable but ING does not represent that it is accurate or complete. No liability accepted whatsoever for any loss from its use. Quotations, assumptions are indicative only. ING or its affiliates may have a material interest in the subject or a related matter herein. Transactions by US persons in any security herein should be with ING Financial Markets LLC, which is responsible for distribution in the USA. ING Bank N.V. London Branch is authorised by the Dutch Central Bank.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 4826 | 2014-07-18 04:26:51 AM (EDT)

CONFIDENTIAL                                                      ED&F-00042284

## Charlotte Woodward

**From:** RICH WALKER <RWALKER25@Bloomberg.net>
**Sent:** 18 July 2014 15:40
**Subject:** Bloomberg: Oli - TDC DC

**Greeting**: was, On the beach... {B5}

```
Oli - TDC DC
    500k
    18-21 Aug
    €7.37 / 0.248103 dv
    85ul / 89.5ai
    17.18%

    thnx - brb on more
```

**Sent By** :

B **RICH WALKER**, RWALKER25@Bloomberg.net, JEFFERIES INTERNATIO

**Recipients** :

B **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers** :

**JEFFERIES INTERNATIO**

Jefferies archives and monitors messages. This message is confidential. This message may be produced to regulators or civil litigants. Jefferies accepts no liability for any errors or omissions arising as a result of this transmission. In the United Kingdom, Jefferies operates as Jefferies International Limited; registered in England: no. 1978621; and Jefferies Bache Limited; registered in England: no. 512397; registered office for both: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ. Jefferies International Limited and Jefferies Bache Limited are authorised and regulated by the Financial Conduct Authority. If you received this transmission in error please contact the sender.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 4342 | 2014-07-19 12:45:53 AM (EDT)

CONFIDENTIAL                                                    ED&F-00042285

## Charlotte Woodward

| | |
|---|---|
| **From:** | CHAT-fs-53C8E73301E00014 <CHAT-fs-53C8E73301E00014@unknown> |
| **Sent:** | 18 July 2014 14:38 |
| **To:** | LANEP; OBOTTOMLEY2 |
| **Subject:** | IB: 2 Users, 27 Messages, 4 Hours 15 Minutes |

Go to start of conversation

**Message Summary Table | Instant Bloomberg | Timezone:** Eastern Standard Time; **Started:** Jul 18 05
**Finished:** Jul 18 09:37:45 AM EDT; **Duration:** 4 Hours 15 Minutes

| Company | Participant | Bloomberg ID | Email |
|---|---|---|---|
| E D & F MAN CAPITAL | **OBOTTOMLEY2** | **OBOTTOMLEY2@Bloomberg.net** | **obottomley@edfmancapital.com** |

**(Jul 18 05:21:55 AM EDT) LANEP** (MAPLE SECURITIES (UK) **enters the conversation**

(Jul 18 05:21:55 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
*** MAPLE SECURITIES (UK (50328) Disclaimer:

(Jul 18 05:21:59 AM EDT) **LANEP** (MAPLE SECURITIES (UK) **has invited user OBOTTOMLEY2** (E
D & F MAN CAPITAL) :
morning mate

**(Jul 18 05:22:00 AM EDT) OBOTTOMLEY2** (E D & F MAN CAPITAL) **enters the conversation**

(Jul 18 05:22:00 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
*** E D & F MAN CAPITAL (30145349) Disclaimer: This electronic mail message was sent by ED&F
Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and
confidential use of the designated recipient named therein and therefore may not be redistributed,
retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent
of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient,
you are requested to return this email to the sender immediately and to delete all copies. MCM does
not represent or warrant the accuracy of and will not be responsible for the consequences of reliance
upon any opinion or information contained herein.

(Jul 18 05:22:17 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
all ok ?

(Jul 18 05:24:17 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
wondered if you had any interests in ENA PW ? around 300,000

(Jul 18 05:45:07 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
also any more interest in TDC DC ?

(Jul 18 05:48:04 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
morning mate

(Jul 18 05:48:19 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
yeah could take another 500k TDC DC @ 89.50

(Jul 18 05:51:10 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
ENA PW work too, but will need to be 94.50ai

CONFIDENTIAL                                                              ED&F-00042286

🆔(Jul 18 05:54:49 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
thanks mate, i can do the 300k ENA PW @94.50ai - what dates would you like ? I'll be back on the TDC DC cheers

🆔(Jul 18 05:59:25 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
can you do less than a wee on ENA PW?

🆔(Jul 18 06:00:39 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
yeah can do as only small - something like 21-24 July work ?

🆔(Jul 18 06:15:37 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
yeah perfect

🆔(Jul 18 06:15:41 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
thanks

🆔(Jul 18 06:21:25 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
no probs i'll fire over dets shortly on the TDC DC i think this would work - out of interest would you be able to do 1 week on this one ?

🆔(Jul 18 06:21:58 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
cant really do 1W on it

🆔(Jul 18 06:22:45 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
no probs, again oly small so should be able to handle - be right back on this one

🆔(Jul 18 06:34:48 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
cheers Pete

🆔(Jul 18 06:35:44 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
here are the ENA dets : Ticker ENA PW Amount 300,000 Price EUR 3.64 Dividend PLN 0.57 = EUR 0.13733 Div Req 85.00 All In 94.50 Start Date 21-Jul-14 End Date 24-Jul-14 Fee 43.078 EONIA CP FOP

🆔(Jul 18 06:51:42 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
booked, thanks

🆔(Jul 18 08:18:03 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
hi Oli, done on the 500k TDC DC - do you want 18-21 August again ?

🆔(Jul 18 08:19:03 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
yeah please

🆔(Jul 18 08:19:06 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
thanks

🆔(Jul 18 08:19:18 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
vs EUR

🆔(Jul 18 09:36:30 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
here are the TDC DC dets : Ticker TDC DC Amount 500,000 Price EUR 7.3688 Dividend DKK 1.85 Div Req 85.00 All In 89.50 Start Date 18-Aug-14 End Date 21-Aug-14 Fee 18.18% EONIA CP FOP

🆔(Jul 18 09:37:27 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
thanks, bookrf

🆔(Jul 18 09:37:32 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
booked*

🆔(Jul 18 09:37:45 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :

CONFIDENTIAL

ED&F-00042287

cheers

---

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (IB) Message | 2014-07-19 12:34:08 AM EDT

CONFIDENTIAL

ED&F-00042288

## Charlotte Woodward

**From:**      CARMEN COX <CCOX44@Bloomberg.net>
**Sent:**      25 July 2014 16:39
**Subject:**   Bloomberg: TDC DC - 161k:

**Greeting**: ING GSF - Equity Lending and Repo INGGSFELR@UK.ING.COM

---

```
TDC DC - 161k:

dvd ccy     DKK
last div   1.85
last px    €7.45
u/l        85.00
AI         88.500
spread     3.500
start dt  18-Aug
term dt   21-Aug
duration      3
rate      13.99     eur dvp - ok?
          ** this ok ?
```

---

**Sent By** :

B **CARMEN COX**, CCOX44@Bloomberg.net, ING BK FIN MKTS LON

**Recipients** :

B **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

---

**Disclaimers** :

**ING BK FIN MKTS LON**

Prepared by ING Bank NV (ING) for information only. Not an offer to purchase or sell any security. Information believed to be reliable but ING does not represent that it is accurate or complete. No liability accepted whatsoever for any loss from its use. Quotations, assumptions are indicative only. ING or its affiliates may have a material interest in the subject or a related matter herein. Transactions by US persons in any security herein should be with ING Financial Markets LLC, which is responsible for distribution in the USA. ING Bank N.V. London Branch is authorised by the Dutch Central Bank.

---

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 5049 | 2014-07-26 01:46:06 AM (EDT)

CONFIDENTIAL                                                    ED&F-00042289

## Charlotte Woodward

| | |
|---|---|
| **From:** | RICH WALKER <RWALKER25@Bloomberg.net> |
| **Sent:** | 30 July 2014 16:41 |
| **Subject:** | Bloomberg: oli - TDC DC |

**Greeting**: was, On the beach... {B5}

```
oli - TDC DC
     1mm                      (now 1.145.000)
     €7.64  / €0.201157
     11-14th aug
     85u1 / 88ai
     9.479% fee

     thnx
Reply:
booked, thanks
Reply:
```

**Sent By** :

B **RICH WALKER**, RWALKER25@Bloomberg.net, JEFFERIES INTERNATIO

**Recipients** :

B **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers** :

**JEFFERIES INTERNATIO**

Jefferies archives and monitors messages. This message is confidential. This message may be produced to regulators or civil litigants. Jefferies accepts no liability for any errors or omissions arising as a result of this transmission. In the United Kingdom, Jefferies operates as Jefferies International Limited; registered in England: no. 1978621; and Jefferies Bache Limited; registered in England: no. 512397; registered office for both: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ. Jefferies International Limited and Jefferies Bache Limited are authorised and regulated by the Financial Conduct Authority. If you received this transmission in error please contact the sender.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 5671 | 2014-07-31 04:52:59 AM (EDT)

CONFIDENTIAL                                    ED&F-00042290

## Charlotte Woodward

**From:**      OLIVER BOTTOMLEY <obottomley@edfmancapital.com>
**Sent:**      30 July 2014 17:05
**Subject:**   Bloomberg: TDC DC - 1.5mln:

**Greeting**: 07923380478 02035807633

---

```
TDC DC - 1.5mln:

last div    1.5
last px    €7.70
u/l       85.00
AI        88.50
spread     3.50
start dt 11-Aug
term dt  14-Aug
duration      3
rate      10.98
eur dvp, ok?
booked. thanks
```

---

**Sent By** :

**B** **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Recipients** :

**B** **CARMEN COX**, CCOX44@Bloomberg.net, ING BK FIN MKTS LON

---

**Disclaimers** :

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 5910 | 2014-07-31 04:52:59 AM (EDT)

CONFIDENTIAL                                                      ED&F-00042291

## Charlotte Woodward

| | |
|---|---|
| **From:** | CHAT-fs-53D8963B03000088 <CHAT-fs-53D8963B03000088@unknown> |
| **Sent:** | 30 July 2014 17:21 |
| **To:** | KWONGB; OBOTTOMLEY2 |
| **Subject:** | IB: 2 Users, 89 Messages, 9 Hours 28 Minutes |

Go to start of conversation

**Message Summary Table | Instant Bloomberg | Timezone:** Eastern Standard Time; **Started:** Jul 30 02
**Finished:** Jul 30 12:20:51 PM EDT; **Duration:** 9 Hours 28 Minutes

| Company | Participant | Bloomberg ID | Email |
|---|---|---|---|
| E D & F MAN CAPITAL | **OBOTTOMLEY2** | **OBOTTOMLEY2@Bloomberg.net** | **obottomley@edfmancapital.com** |

**(Jul 30 02:52:43 AM EDT)** OBOTTOMLEY2 (E D & F MAN CAPITAL) **enters the conversation**

IB(Jul 30 02:52:44 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
*** E D & F MAN CAPITAL (30145349) Disclaimer: This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

IB(Jul 30 02:52:50 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) **has invited user KWONGB**
(MORGAN STANLEY & CO) :
Morning Billy

**(Jul 30 02:52:50 AM EDT)** KWONGB (MORGAN STANLEY & CO) **enters the conversation**

IB(Jul 30 02:52:52 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
*** MORGAN STANLEY & CO (507993) Disclaimer: This is not a research report or product of MS Research but may refer to a research analyst/research report. Contact me for MS Research/disclosures or review at https://secure.ms.com. Unless otherwise indicated views expressed are author's and may differ from MS Research or others within Morgan Stanley. This material will not be updated and we do not represent it is accurate or complete. This is not an offer to buy/sell or solicitation of an offer to buy/sell the securities mentioned. MS may invest in or act as market maker for securities mentioned or may advise the issuers. We are not acting as municipal advisor under Sect. 975 of the Dodd-Frank Wall Street Reform & Consumer Protection Act.

IB(Jul 30 02:52:53 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
how you doing?

IB(Jul 30 02:53:53 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
Morning Oli

IB(Jul 30 02:53:58 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
good thanks, how you?

IB(Jul 30 02:55:23 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :

CONFIDENTIAL
ED&F-00042292

yeah good mate

(Jul 30 02:55:37 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
tried you yesterday but think you'd gone

(Jul 30 02:56:04 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
was speaking to Terry, let me know when you guys are good for that dinner we discussed..

(Jul 30 02:56:10 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
part timer nowadays

(Jul 30 02:57:01 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
fair

(Jul 30 03:28:21 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
best way to be..

(Jul 30 03:28:33 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
wanted to ask you on TDC DC..

(Jul 30 03:28:45 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
looking for up to 5m shs @ 88 if you have any to go

(Jul 30 03:29:41 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
let me see what i can do

(Jul 30 03:29:48 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
cheers

(Jul 30 03:34:02 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
what struct are u looking at?

(Jul 30 03:41:36 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
SBL

(Jul 30 03:43:34 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
let me work on it

(Jul 30 03:43:56 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
im sure i can get decent size, not so sure if i can get it below 88!

(Jul 30 03:44:14 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
if size is decent I can be flex on lvl

(Jul 30 03:45:54 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
got cha

(Jul 30 05:24:58 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
what dates are you looking at mate?

(Jul 30 05:30:20 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
11-14th pls mate

(Jul 30 05:46:22 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
will this trade be in euros or dkk?

(Jul 30 05:48:43 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
Euro please mate, FOP

(Jul 30 05:52:00 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
cool

CONFIDENTIAL                                                          ED&F-00042293

(Jul 30 05:52:29 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
how much flex on the level?

(Jul 30 06:03:16 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
depends, what size are we looking at?

(Jul 30 06:03:47 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
5mm ?

(Jul 30 06:04:35 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
can pay 88.50

(Jul 30 06:05:04 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
done mate

(Jul 30 06:05:11 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
cool

(Jul 30 06:05:52 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
Trade Confirm TICKER TDC DC QTY 5,000,000 PX 7.72 EUR DPS 0.20115 EUR Trade date 30 July 2014 Value date 11 August 2014 Term date 14 August 2014 UL 85 AI 88.5 FEE 10.943 DVP vs 110% cashpool daily MTM, thanks

(Jul 30 06:06:03 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
can we book 5*1mm shs to aid settlement?

(Jul 30 06:06:25 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
yeah fine

(Jul 30 06:06:31 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
cool

(Jul 30 06:06:32 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
booked, thanks

(Jul 30 06:06:37 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
thats quick

(Jul 30 06:08:00 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
the E in ED&F stand for efficient

(Jul 30 06:08:16 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
exceptional

(Jul 30 06:08:32 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
the D id Dumb

(Jul 30 06:08:44 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
I'll let you decide on the F

(Jul 30 06:08:46 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
lolz no way

(Jul 30 06:08:57 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
Fragrant

(Jul 30 06:09:05 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
haha

(Jul 30 06:09:11 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :

CONFIDENTIAL

ED&F-00042294

kind

(Jul 30 06:09:28 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
fragrant is a nice way of putting it

(Jul 30 06:14:42 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
FOP on this right?

(Jul 30 06:14:48 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
ah yeahh

(Jul 30 06:17:28 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
cheers only one window you can settle DVP vs EUR in these I'm told

(Jul 30 06:18:13 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
not set up to do DVP euros in Denmark

(Jul 30 06:18:18 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
so has to be FOP anyways

(Jul 30 06:19:46 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
cool

(Jul 30 06:19:57 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
think you'll have anymore to show

(Jul 30 06:20:09 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
so much for max 5mm :-)

(Jul 30 06:20:21 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
im still waiting to hear back from few guys

(Jul 30 06:20:32 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
haha

(Jul 30 06:20:42 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
theres always a new max :-)

(Jul 30 06:25:41 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
I can take another few mil if there

(Jul 30 06:25:53 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
ok mate

(Jul 30 06:25:59 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
be back if see anymore

(Jul 30 06:26:03 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
cool

(Jul 30 07:28:03 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
Who covers Cad for Div?

(Jul 30 07:29:38 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
i look at it

(Jul 30 07:30:23 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
cool

(Jul 30 07:30:31 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
can you show any CU CN?

CONFIDENTIAL                                                   ED&F-00042295

(Jul 30 07:31:05 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
let me hunt around

(Jul 30 07:31:15 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
cool, thanks

(Jul 30 07:31:34 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
CAD cash?

(Jul 30 07:31:36 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
colalt?

(Jul 30 07:32:36 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
would be USD

(Jul 30 11:13:05 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
did you see any more TDC Billy?

(Jul 30 11:13:34 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
not at the right lvl buddy

(Jul 30 11:14:57 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
where are you?

(Jul 30 11:15:36 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
some crook offer 89 to me

(Jul 30 11:16:38 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
:-|

(Jul 30 11:16:40 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
wow

(Jul 30 11:16:46 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
yeah trying it on

(Jul 30 11:18:14 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
lender?

(Jul 30 12:06:47 PM EDT) **KWONGB** (MORGAN STANLEY & CO) :
200K CU so far

(Jul 30 12:07:55 PM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
can you do 93.50ai ?

(Jul 30 12:08:02 PM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
11-14th

(Jul 30 12:10:30 PM EDT) **KWONGB** (MORGAN STANLEY & CO) :
let me check on lvl

(Jul 30 12:10:37 PM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
cheers

(Jul 30 12:15:52 PM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
I've gotta head mate, firm on 400k @ 93.5 O/N

(Jul 30 12:15:55 PM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
speak tomorrow

CONFIDENTIAL    ED&F-00042296

IB (Jul 30 12:15:57 PM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
thanks

IB (Jul 30 12:20:47 PM EDT) **KWONGB** (MORGAN STANLEY & CO) :
chat tmw

IB (Jul 30 12:20:51 PM EDT) **KWONGB** (MORGAN STANLEY & CO) :
nothing done yet

---

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (IB) Message | 2014-07-31 04:43:42 AM EDT

CONFIDENTIAL

ED&F-00042297

## Charlotte Woodward

| | |
|---|---|
| **From:** | PCHAT-0x10000026EB7AF <PCHAT-0x10000026EB7AF@unknown> |
| **Sent:** | 31 July 2014 07:30 |
| **To:** | ASUTHERLAND1; OBOTTOMLEY2 |
| **Subject:** | IB: 2 Users, 1 Messages, 2 Hours 7 Minutes |

[Go to start of conversation](#)

**Message Summary Table | Instant Bloomberg | Timezone:** Eastern Standard Time; **Started:** Jul 31 01
**Finished:** Jul 31 03:09:49 AM EDT; **Duration:** 2 Hours 7 Minutes

| Company | Participant | Bloomberg ID | Email |
|---|---|---|---|
| E D & F MAN CAPITAL | **OBOTTOMLEY2** | **OBOTTOMLEY2@Bloomberg.net** | **obottomley@edfmancapital.com** |

**(Jul 31 01:02:42 AM EDT) ASUTHERLAND1** (MAPLE SECURITIES (UK) **enters the conversation**

**(Jul 31 02:03:22 AM EDT) OBOTTOMLEY2** (E D & F MAN CAPITAL) **enters the conversation**

(Jul 31 02:03:22 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
*** E D & F MAN CAPITAL (30145349) Disclaimer: This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

(Jul 31 02:03:23 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
**requested a transcript from** Jul 30 08:56:09 PM EDT **to** Jul 31 02:03:22 AM EDT

(Jul 31 02:03:22 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
*** E D & F MAN CAPITAL (30145349) Disclaimer: This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

(Jul 31 02:29:55 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
**requested a transcript from** Jul 29 08:58:17 PM EDT **to** Jul 30 06:59:59 PM EDT

(Jul 30 02:07:37 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
*** E D & F MAN CAPITAL (30145349) Disclaimer: This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does

CONFIDENTIAL

ED&F-00042298

not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

(Jul 30 04:08:52 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
Morning Oli - how's it going?

(Jul 30 04:09:41 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
Morning mate

(Jul 30 04:09:45 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
all good, you?

(Jul 30 04:19:46 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
pretty good too thanks

(Jul 30 04:20:22 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
much going on?

(Jul 30 04:20:26 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
silly question..

(Jul 30 04:21:56 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
nothing exciting - funding trades and trying to reign in the prop desk as they're spunking cash and causing me and treasury some issues!

(Jul 30 04:22:08 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
what about you guys?

(Jul 30 04:22:24 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
haha

(Jul 30 04:22:50 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
reign int eh prop desk sounds fun..

(Jul 30 04:23:19 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
bits and pieces.. anything we are looking to trade is not about tbh

(Jul 30 04:23:38 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
if it is lvls are mad

(Jul 30 04:34:59 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
seen some ENI IM print over the last few days

(Jul 30 04:48:05 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
yeah same

(Jul 30 04:48:20 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
lvl up a little form a month or so ago

(Jul 30 04:48:24 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
im all done there for the moment

(Jul 31 02:29:56 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
**requested a transcript from** Jul 28 07:36:24 PM EDT **to** Jul 29 06:59:59 PM EDT

(Jul 29 02:00:23 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
*** E D & F MAN CAPITAL (30145349) Disclaimer: This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient,

CONFIDENTIAL

you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

(Jul 31 02:30:00 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
**requested a transcript from** Jul 28 02:02:25 AM EDT **to** Jul 28 06:59:59 PM EDT

(Jul 28 02:02:25 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
*** E D & F MAN CAPITAL (30145349) Disclaimer: This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

(Jul 28 03:14:28 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
Morning Ali

(Jul 28 03:14:36 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
how you doing mate?

(Jul 28 03:20:21 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
Morning Oli. I'm not bad for a Monday thanks. How you getting on?

(Jul 28 03:22:08 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
yeah all good mate, a few days out last week so just catching up on things..

(Jul 28 03:22:50 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
I hear my op's here asking you guys to pay a short sale fine last week, this is not for you, apologies they weren't supposed to forward on to you

(Jul 28 03:22:55 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
will get sorted today

(Jul 28 03:23:28 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
I saw you were redlighted - where did you go?

(Jul 28 03:23:55 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
moving house

(Jul 28 03:23:58 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
not fun atall

(Jul 28 03:24:42 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
ahhhhh - never fun! and probably lots of unpacking etc still to do

(Jul 28 03:26:30 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
and decorating

(Jul 28 03:26:42 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
of course.....good luck!

(Jul 28 03:27:01 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
I was speaking to Freddie on Friday re the short sale fine

(Jul 28 03:27:28 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
but thanks for the update - I'll advise my guys to disregard now

(Jul 28 03:27:49 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :

CONFIDENTIAL

ED&F-00042300

ah cool, didn't realize he'd sorted all

(Jul 28 03:27:51 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
thanks

(Jul 28 03:28:33 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
well he was still trying to pass it!

(Jul 28 03:29:00 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
haha

(Jul 28 04:46:27 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
we have some TDC trades, need to move the dates if we can please.. 1,900,000. 150,000. 775,000, 1,225,000

(Jul 28 04:46:53 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
can you do 11=14th?

(Jul 28 04:47:03 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
11-14th*

(Jul 28 05:06:15 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
checking

(Jul 28 05:07:30 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
I see 1.9mm, 150k, 775k, 500k and 1mm - so slight different sizes

(Jul 28 05:07:44 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
okay, brb

(Jul 28 05:08:52 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
1mm is for Nik K and he's checking on my other side but they will need to amend to 11th to 18th (so 1 week). The other shapes (1.9mm, 150k, 775k and 500k should be good to amend to 11/08 - 14/08)

(Jul 28 05:09:38 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
thanks mate

(Jul 28 05:09:53 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
on the 775k, this is USD, any chance we can amend to EUR?

(Jul 28 05:19:26 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
I'm borrowing vs USD on this one so would prefer to keep the collateral matched really

(Jul 28 05:21:21 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
Could it work for 0.25ai more on the lvl? If not then no worries mate, will FX here..

(Jul 28 05:38:47 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
could we keep as USD please

(Jul 28 05:43:45 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
my lender needs to amend 1,900,000 down to 1,875,000 but they can do 11/08 to 14/08. I can look to cover 25,000 if you need?

(Jul 28 05:54:17 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
okay

(Jul 28 05:54:24 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
if you can cover then will take mate

(Jul 28 06:47:59 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :

CONFIDENTIAL

so here we go: 775,000 TDC DC.....new dates 11/08 to 14/08 confirmed

IB (Jul 28 06:48:16 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
500,000 TDC DC.....new dates 11/08 to 14/08 confirmed

IB (Jul 28 06:48:43 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
1,000,000 TDC DC.....new dates 08/08 to 15/08 confirmed

IB (Jul 28 06:49:02 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
1,900,000 TDC DC.....new dates 11/08 to 14/08 confirmed#

IB (Jul 28 06:49:26 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
just waiting on confirmation now on the 150,000

IB (Jul 28 06:50:34 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
thanks Ali

IB (Jul 28 08:09:01 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
just an FYI, being told I can't sign off us wearing this short sale fine, internal stuff will need to be Vick
when shes back next week.

IB (Jul 28 08:09:16 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
were you just failed into?

IB (Jul 28 08:38:29 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
that's right - our lender was short to deliver the shares to us

IB (Jul 28 08:39:41 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
as I mentioned to Freddie when we have SBL to SBL trades then we wouldn't ever expect our
borrower to pass down short fail fines

IB (Jul 28 10:59:36 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
150,000 TDC DC moved to 11/08 - 14/08

IB (Jul 28 10:59:41 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
thanks mate

IB (Jul 28 11:02:20 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
is it going to be a major issue to amend 1.9mm to 1.875mm?

IB (Jul 28 11:02:44 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
not if you need to

IB (Jul 28 11:02:48 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
want me to clip down ?

IB (Jul 28 11:05:19 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
I'm picturing having 25k and 1.875m coming in and 1.9mm going out to you....and the 25k failing
into me. So if you could clip down then that would be appreciated - thanks mate

IB (Jul 28 11:05:49 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
no worries

IB (Jul 28 11:05:52 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
amended

IB (Jul 28 11:05:58 AM EDT) **ASUTHERLAND1** (MAPLE SECURITIES (UK) :
cheers

CONFIDENTIAL

ED&F-00042302

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Zachary.Kerslake@uk.ing.com |
| **Sent:** | 11 August 2014 11:20 |
| **To:** | cramsey@edfmancapital.com; mnewson@edfmancapital.com |
| **Subject:** | RE: Tele Denmark |

Perfect thanks

**Zack Kerslake**
**Tel : 0207 767 6826**
**Fax : 0207 767 7193**
**zachary.kerslake@uk.ing.com**

# ING Commercial Banking

**From:** Ramsey, Christopher (LDN) [mailto:cramsey@edfmancapital.com]
**Sent:** 11 August 2014 11:19
**To:** Kerslake, Z (Zachary); Newson, Mark (LDN)
**Subject:** RE: Tele Denmark

Yes mate

37,424 vs EUR 292,749.24 t/d 23-07 s/d 11-08

Thanks
Chris

**From:** Zachary.Kerslake@uk.ing.com [mailto:Zachary.Kerslake@uk.ing.com]
**Sent:** 11 August 2014 11:16
**To:** Ramsey, Christopher (LDN); Newson, Mark (LDN)
**Subject:** RE: Tele Denmark

Chris

Do you agree the new trade?

Thanks

**Zack Kerslake**
**Tel : 0207 767 6826**
**Fax : 0207 767 7193**
**zachary.kerslake@uk.ing.com**

# ING Commercial Banking

CONFIDENTIAL                                                ED&F-00042303

**From:** Kerslake, Z (Zachary)
**Sent:** 11 August 2014 10:48
**To:** 'Ramsey, Christopher (LDN)'; Newson, Mark (LDN)
**Subject:** RE: Tele Denmark

Chris,

We agree the 2,245,000 settled

We have amended the 161k to 37,424 VS EUR 292,749.24 TD 23RD VD today to reflect our current holding

Thanks


**Zack Kerslake**
**Tel : 0207 767 6826**
**Fax : 0207 767 7193**
zachary.kerslake@uk.ing.com

# ING Commercial Banking |


**From:** Ramsey, Christopher (LDN) [mailto:cramsey@edfmancapital.com]
**Sent:** 11 August 2014 10:28
**To:** Kerslake, Z (Zachary); Newson, Mark (LDN)
**Subject:** RE: Tele Denmark

I only know the 161k as outstanding and don't know the other 2.

We they just booked on your side ?  John agreed our trades last week.

**From:** Zachary.Kerslake@uk.ing.com [mailto:Zachary.Kerslake@uk.ing.com]
**Sent:** 11 August 2014 10:25
**To:** Newson, Mark (LDN); Ramsey, Christopher (LDN)
**Subject:** Tele Denmark

Hi,

We have 3 remaining loans to you on TDC

2,121,424          Td 15th July Vd today
161,000 Td 23rd July Vd today
123,576 Td 15th July Vd today

Pls confirm you know these trades

Thanks


**Zack Kerslake**
**Tel : 0207 767 6826**
**Fax : 0207 767 7193**

CONFIDENTIAL                                                ED&F-00042304

zachary.kerslake@uk.ing.com

# ING Commercial Banking ❘

--------------------------------------------------------------------------
The information in this Internet email is confidential and may be
legally privileged.It is intended solely for the addressee. Access
to this Internet email by anyone else is unauthorised.

If you are not the intended recipient, any disclosure, copying,
distribution or any action taken or omitted to be taken in reliance on it,
is prohibited and may be unlawful.
When addressed to our clients any opinions or advice contained in this
Internet email are subject to the terms and conditions expressed
in any applicable governing ING terms of business or client engagement letter.


ING Bank N.V. is incorporated with limited liability in the Netherlands and ING Bank N.V., London branch
is registered in England (number BR000341) at 60 London Wall, London EC2M 5TQ. Authorised by the
Dutch Central Bank. Visit us at www.ing.com
--------------------------------------------------------------------------

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This
information is intended solely for the personal and confidential use of the designated recipient named
therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form
or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you
are not the designated recipient, you are requested to return this email to the sender immediately and to
delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the
consequences of reliance upon any opinion or information contained herein or for any omission therefrom.
This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email
communications may be reviewed by MCM authorised personnel and may be provided to regulators or
others with a legal right to access such information. Further information is available at
http://www.edfmancapital.com. This document has been prepared for informational purposes only and
opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative
and all estimates and opinions included in this document are as of the date of the document and may be
subject to change without notice. MCM does not provide legal, tax or accounting advice and you are
responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre,
Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is
authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at
http://www.fca.org.uk. Member of the LSE.


--------------------------------------------------------------------------
The information in this Internet email is confidential and may be
legally privileged.It is intended solely for the addressee. Access
to this Internet email by anyone else is unauthorised.

If you are not the intended recipient, any disclosure, copying,
distribution or any action taken or omitted to be taken in reliance on it,
is prohibited and may be unlawful.
When addressed to our clients any opinions or advice contained in this

CONFIDENTIAL                                                                    ED&F-00042305

Internet email are subject to the terms and conditions expressed
in any applicable governing ING terms of business or client engagement letter.


ING Bank N.V. is incorporated with limited liability in the Netherlands and ING Bank N.V., London branch
is registered in England (number BR000341) at 60 London Wall, London EC2M 5TQ. Authorised by the
Dutch Central Bank. Visit us at www.ing.com
-----------------------------------------------------------------------------

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This
information is intended solely for the personal and confidential use of the designated recipient named
therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form
or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you
are not the designated recipient, you are requested to return this email to the sender immediately and to
delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the
consequences of reliance upon any opinion or information contained herein or for any omission therefrom.
This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email
communications may be reviewed by MCM authorised personnel and may be provided to regulators or
others with a legal right to access such information. Further information is available at
http://www.edfmancapital.com. This document has been prepared for informational purposes only and
opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative
and all estimates and opinions included in this document are as of the date of the document and may be
subject to change without notice. MCM does not provide legal, tax or accounting advice and you are
responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre,
Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is
authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at
http://www.fca.org.uk. Member of the LSE.


-----------------------------------------------------------------------------
The information in this Internet email is confidential and may be
legally privileged.It is intended solely for the addressee. Access
to this Internet email by anyone else is unauthorised.

If you are not the intended recipient, any disclosure, copying,
distribution or any action taken or omitted to be taken in reliance on it,
is prohibited and may be unlawful.
When addressed to our clients any opinions or advice contained in this
Internet email are subject to the terms and conditions expressed
in any applicable governing ING terms of business or client engagement letter.


ING Bank N.V. is incorporated with limited liability in the Netherlands and ING Bank N.V., London branch
is registered in England (number BR000341) at 60 London Wall, London EC2M 5TQ. Authorised by the
Dutch Central Bank. Visit us at www.ing.com
-----------------------------------------------------------------------------

4

CONFIDENTIAL

ED&F-00042306

Rosenblatt work product: extracts of shadow data

| Firm | Date Basis | Ticket Sequence | ExtRefID | Trade Date | Entry Date | Settlement Date | Trade Account | Product Type | AssetAlias1 | Trade Currency | Trade State | Ticket State | Trade Transaction | Quantity | Trade Proceeds | Final Price | Asset Alias4 | Master Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 317091 | EQ41145-140660 | 11/07/2014 | 2014-08-01 00:00:00.000 | 11/08/2014 | 1020030MAPLE0UKLTD | EQUITY | DK0060228559 | EUR | REP | BOR | 1,875,000 | 14371875.00 | 7.3000000000 | TDC DC | 1020030MAPLE0UKLTD |
| E1 | TRD | 315117 | EQ41145-140661 | 14/07/2014 | 2014-07-29 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 1,875,000 | 13687500.00 | 7.3000000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 315118 | EQ41145-140662 | 14/07/2014 | 2014-07-29 00:00:00.000 | 11/08/2014 | 1020030MAPLE0UKLTD | EQUITY | DK0060228559 | EUR | ORG | BOR | 150,000 | 1149750.00 | 7.3000000000 | TDC DC | 1020030MAPLE0UKLTD |
| E1 | TRD | 315119 | EQ41145-140663 | 14/07/2014 | 2014-07-29 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 150,000 | 1095000.00 | 7.3000000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317082 | EQ41145-140664 | 14/07/2014 | 2014-08-01 00:00:00.000 | 11/08/2014 | 1020030MAPLE0UKLTD | EQUITY | DK0060228559 | USD | REP | BOR | 775,000 | 8503687.50 | 10.4500000000 | TDC DC | 1020030MAPLE0UKLTD |
| E1 | TRD | 315121 | EQ41145-140665 | 14/07/2014 | 2014-07-29 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | USD | ORG | LON | 775,000 | 8098750.00 | 10.4500000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 315122 | EQ41145-140666 | 15/07/2014 | 2014-07-29 00:00:00.000 | 11/08/2014 | 1020030MAPLE0UKLTD | EQUITY | DK0060228559 | EUR | ORG | BOR | 500,000 | 3874500.00 | 7.3800000000 | TDC DC | 1020030MAPLE0UKLTD |
| E1 | TRD | 315123 | EQ41145-140667 | 15/07/2014 | 2014-07-29 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 500,000 | 3690000.00 | 7.3800000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317364 | EQ41036-140084 | 15/07/2014 | 2014-08-05 00:00:00.000 | 11/08/2014 | 1020030INGL00INGL0 | EQUITY | DK0060228559 | EUR | REP | BOR | 2,750,000 | 21309750.00 | 7.3800000000 | TDC DC | 1020030INGL00INGL0 |
| E1 | TRD | 314537 | EQ41036-140085 | 15/07/2014 | 2014-07-29 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | REP | BOR | 2,750,000 | 20295000.00 | 7.3800000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317365 | EQ41036-140082 | 15/07/2014 | 2014-08-05 00:00:00.000 | 11/08/2014 | 1020030INGL00INGL0 | EQUITY | DK0060228559 | EUR | REP | BOR | 2,245,000 | 17396505.00 | 7.3800000000 | TDC DC | 1020030INGL00INGL0 |
| E1 | TRD | 317087 | EQ41036-140083 | 15/07/2014 | 2014-08-11 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | NEW | LON | 2,245,000 | 16568100.00 | 7.3800000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 319103 | EQ41138-140631 | 23/07/2014 | 2014-08-11 00:00:00.000 | 11/08/2014 | 1020030INGL00INGL0 | EQUITY | DK0060228559 | EUR | REP | BOR | 37,424 | 292749.24 | 7.4500000000 | TDC DC | 1020030INGL00INGL0 |
| E1 | TRD | 319097 | EQ41138-140632 | 23/07/2014 | 2014-08-11 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | REP | LON | 37,424 | 278808.80 | 7.4500000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317081 | EQ41139-140634 | 21/07/2014 | 2014-08-01 00:00:00.000 | 11/08/2014 | 1020030IEFFERINTER | EQUITY | DK0060228559 | EUR | REP | BOR | 500,000 | 3869250.00 | 7.3700000000 | TDC DC | 1020030IEFFERINTER |
| E1 | TRD | 314584 | EQ41139-140635 | 21/07/2014 | 2014-07-29 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 500,000 | 3685000.00 | 7.3700000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317088 | EQ41160-140708 | 30/07/2014 | 2014-08-01 00:00:00.000 | 11/08/2014 | 1020030IEFFERINTER | EQUITY | DK0060228559 | EUR | REP | BOR | 1,145,000 | 9185190.00 | 7.6400000000 | TDC DC | 1020030IEFFERINTER |
| E1 | TRD | 316396 | EQ41160-140709 | 30/07/2014 | 2014-07-30 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | NEW | LON | 1,145,000 | 8747800.00 | 7.6400000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317668 | EQ41162-140712 | 30/07/2014 | 2014-08-07 00:00:00.000 | 11/08/2014 | 1020030MSIPLCLDN00 | EQUITY | DK0060228559 | EUR | REP | BOR | 1,000,000 | 8492000.00 | 7.7200000000 | TDC DC | 1020030MSIPLCLDN00 |
| E1 | TRD | 316096 | EQ41162-140721 | 30/07/2014 | 2014-07-30 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 1,000,000 | 7720000.00 | 7.7200000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317669 | EQ41162-140717 | 30/07/2014 | 2014-08-07 00:00:00.000 | 11/08/2014 | 1020030MSIPLCLDN00 | EQUITY | DK0060228559 | EUR | REP | BOR | 1,000,000 | 8492000.00 | 7.7200000000 | TDC DC | 1020030MSIPLCLDN00 |
| E1 | TRD | 316097 | EQ41162-140722 | 30/07/2014 | 2014-07-30 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 1,000,000 | 7720000.00 | 7.7200000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317670 | EQ41162-140719 | 30/07/2014 | 2014-08-07 00:00:00.000 | 11/08/2014 | 1020030MSIPLCLDN00 | EQUITY | DK0060228559 | EUR | REP | BOR | 1,000,000 | 8492000.00 | 7.7200000000 | TDC DC | 1020030MSIPLCLDN00 |
| E1 | TRD | 316098 | EQ41162-140723 | 30/07/2014 | 2014-08-07 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 1,000,000 | 7720000.00 | 7.7200000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317671 | EQ41162-140718 | 30/07/2014 | 2014-08-07 00:00:00.000 | 11/08/2014 | 1020030MSIPLCLDN00 | EQUITY | DK0060228559 | EUR | REP | BOR | 1,000,000 | 8492000.00 | 7.7200000000 | TDC DC | 1020030MSIPLCLDN00 |
| E1 | TRD | 316099 | EQ41162-140724 | 30/07/2014 | 2014-07-30 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 1,000,000 | 7720000.00 | 7.7200000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317672 | EQ41162-140720 | 30/07/2014 | 2014-08-07 00:00:00.000 | 11/08/2014 | 1020030MSIPLCLDN00 | EQUITY | DK0060228559 | EUR | REP | BOR | 1,000,000 | 8492000.00 | 7.7200000000 | TDC DC | 1020030MSIPLCLDN00 |
| E1 | TRD | 316100 | EQ41162-140725 | 30/07/2014 | 2014-07-30 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 1,000,000 | 7720000.00 | 7.7200000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 316390 | EQ41171-140741 | 30/07/2014 | 2014-07-30 00:00:00.000 | 11/08/2014 | 1020030INGL00INGL0 | EQUITY | DK0060228559 | EUR | ORG | BOR | 1,500,000 | 12127500.00 | 7.7000000000 | TDC DC | 1020030INGL00INGL0 |
| E1 | TRD | 316391 | EQ41171-140742 | 30/07/2014 | 2014-07-30 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 1,500,000 | 11550000.00 | 7.7000000000 | TDC DC | 1020010CLIENTHEDGE |

ED&F-00042307

Rosenblatt work product: extracts of shadow data

| Firm | Date Basis | Ticket Sequence | ExtRefID | Trade Date | Entry Date | Settlement Date | Trade Account | Product Type | AssetAlias1 | Trade Currency | Ticket State | Trade Transaction | Quantity | Trade Proceeds | Final Price | Asset Alias4 | Master Account |
|------|-----------|-----------------|----------|------------|------------|-----------------|---------------|--------------|-------------|----------------|--------------|-------------------|----------|----------------|-------------|--------------|----------------|
| E1 | TRD | 318906 | EQ42228-142675 | 07/08/2014 | 2014-08-08 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | DKK | REP | BUY | 3,400,000 | 176120000.00 | 51.8000000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 318906 | EQ42228-142675 | 07/08/2014 | 2014-08-08 00:00:00.000 | 11/08/2014 | 1020035IDBSEBIDBE1 | EQUITY | DK0060228559 | DKK | REP | SEL | 3,400,000 | 176120000.00 | 51.8000000000 | TDC DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 318196 | EQ42228-142666 | 07/08/2014 | 2014-08-08 00:00:00.000 | 11/08/2014 | 1020035IDBSEBIDBE1 | EQUITY | DK0060228559 | DKK | REP | BUY | 3,400,000 | 176122210.00 | 51.8006500000 | TDC DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 318196 | EQ42228-142666 | 07/08/2014 | 2014-08-08 00:00:00.000 | 11/08/2014 | 1020010AMERICINVGR | EQUITY | DK0060228559 | DKK | REP | SEL | 3,400,000 | 176122210.00 | 51.8006500000 | TDC DC | 1020010AMERICINVGR |

ED&F-00042308

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX544C2682611 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX544C2682611 140811 | 2 | Tag 20C | :SEME//C2682611 |
| OESSEDKKKXXX544C2682611 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX544C2682611 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX544C2682611 140811 | 5 | Tag 20C | :RELA//E1000035399001 |
| OESSEDKKKXXX544C2682611 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX544C2682611 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX544C2682611 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX544C2682611 140811 | 9 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX544C2682611 140811 | 10 | Tag 98A | :TRAD//20140711 |
| OESSEDKKKXXX544C2682611 140811 | 11 | Tag 35B | ISIN DK0060228559 TDC 2010 |
| OESSEDKKKXXX544C2682611 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX544C2682611 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX544C2682611 140811 | 14 | Tag 36B | :ESTT//UNIT/1875000, |
| OESSEDKKKXXX544C2682611 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX544C2682611 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX544C2682611 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX544C2682611 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX544C2682611 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2682611 140811 | 20 | Tag 95P | :DEAG//DABADKKKXXX |
| OESSEDKKKXXX544C2682611 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2682611 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2682611 140811 | 23 | Tag 95P | :SELL//MAPAGB2L |
| OESSEDKKKXXX544C2682611 140811 | 24 | Tag 97A | :SAFE//3004079965 |
| OESSEDKKKXXX544C2682611 140811 | 25 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2682611 140811 | 26 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2682611 140811 | 27 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX544C2682611 140811 | 28 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2682611 140811 | 29 | Tag 16S | SETDET |

CONFIDENTIAL

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX544C2705402 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX544C2705402 140811 | 2 | Tag 20C | :SEME//C2705402 |
| OESSEDKKKXXX544C2705402 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX544C2705402 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX544C2705402 140811 | 5 | Tag 20C | :RELA//E1000035421601 |
| OESSEDKKKXXX544C2705402 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX544C2705402 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX544C2705402 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX544C2705402 140811 | 9 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX544C2705402 140811 | 10 | Tag 98A | :TRAD//20140711 |
| OESSEDKKKXXX544C2705402 140811 | 11 | Tag 35B | ISIN DK0060228559 TDC 2010 |
| OESSEDKKKXXX544C2705402 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX544C2705402 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX544C2705402 140811 | 14 | Tag 36B | :ESTT//UNIT/150000, |
| OESSEDKKKXXX544C2705402 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX544C2705402 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX544C2705402 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX544C2705402 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX544C2705402 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2705402 140811 | 20 | Tag 95P | :DEAG//DABADKKKXXX |
| OESSEDKKKXXX544C2705402 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2705402 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2705402 140811 | 23 | Tag 95P | :SELL//MAPAGB2L |
| OESSEDKKKXXX544C2705402 140811 | 24 | Tag 97A | :SAFE//3004079965 |
| OESSEDKKKXXX544C2705402 140811 | 25 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2705402 140811 | 26 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2705402 140811 | 27 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX544C2705402 140811 | 28 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2705402 140811 | 29 | Tag 16S | SETDET |

ED&F-00042310

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX544C2682593 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX544C2682593 140811 | 2 | Tag 20C | :SEME//C2682593 |
| OESSEDKKKXXX544C2682593 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX544C2682593 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX544C2682593 140811 | 5 | Tag 20C | :RELA//E1000035397201 |
| OESSEDKKKXXX544C2682593 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX544C2682593 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX544C2682593 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX544C2682593 140811 | 9 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX544C2682593 140811 | 10 | Tag 98A | :TRAD//20140714 |
| OESSEDKKKXXX544C2682593 140811 | 11 | Tag 35B | ISIN DK0060228559 |
| | | | TDC 2010 |
| OESSEDKKKXXX544C2682593 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX544C2682593 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX544C2682593 140811 | 14 | Tag 36B | :ESTT//UNIT/775000, |
| OESSEDKKKXXX544C2682593 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX544C2682593 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX544C2682593 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX544C2682593 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX544C2682593 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2682593 140811 | 20 | Tag 95P | :DEAG//DABADKKKXXX |
| OESSEDKKKXXX544C2682593 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2682593 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2682593 140811 | 23 | Tag 95P | :SELL//MAPAGB2L |
| OESSEDKKKXXX544C2682593 140811 | 24 | Tag 97A | :SAFE//3004079965 |
| OESSEDKKKXXX544C2682593 140811 | 25 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2682593 140811 | 26 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2682593 140811 | 27 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX544C2682593 140811 | 28 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2682593 140811 | 29 | Tag 16S | SETDET |

CONFIDENTIAL

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX545E1000035422901 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX545E1000035422901 140811 | 2 | Tag 20C | :SEME//E1000035422901 |
| OESSEDKKKXXX545E1000035422901 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX545E1000035422901 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX545E1000035422901 140811 | 5 | Tag 20C | :RELA//E1000035422901 |
| OESSEDKKKXXX545E1000035422901 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX545E1000035422901 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX545E1000035422901 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX545E1000035422901 140811 | 9 | Tag 98A | :TRAD//20140715 |
| OESSEDKKKXXX545E1000035422901 140811 | 10 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX545E1000035422901 140811 | 11 | Tag 35B | ISIN DK0060228559 |
| OESSEDKKKXXX545E1000035422901 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX545E1000035422901 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX545E1000035422901 140811 | 14 | Tag 36B | :ESTT//UNIT/2750000, |
| OESSEDKKKXXX545E1000035422901 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX545E1000035422901 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX545E1000035422901 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX545E1000035422901 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX545E1000035422901 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035422901 140811 | 20 | Tag 95P | :DEAG//ESSEDKKKXXX |
| OESSEDKKKXXX545E1000035422901 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035422901 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035422901 140811 | 23 | Tag 95P | :SELL//INGBGB2LXXX |
| OESSEDKKKXXX545E1000035422901 140811 | 24 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035422901 140811 | 25 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035422901 140811 | 26 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX545E1000035422901 140811 | 27 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035422901 140811 | 28 | Tag 16R | AMT |
| OESSEDKKKXXX545E1000035422901 140811 | 29 | Tag 19A | :ESTT//EUR21309750, |
| OESSEDKKKXXX545E1000035422901 140811 | 30 | Tag 16S | AMT |
| OESSEDKKKXXX545E1000035422901 140811 | 31 | Tag 16S | SETDET |

CONFIDENTIAL

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX545E1000035423301 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX545E1000035423301 140811 | 2 | Tag 20C | :SEME//E1000035423301 |
| OESSEDKKKXXX545E1000035423301 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX545E1000035423301 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX545E1000035423301 140811 | 5 | Tag 20C | :RELA//E1000035423301 |
| OESSEDKKKXXX545E1000035423301 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX545E1000035423301 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX545E1000035423301 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX545E1000035423301 140811 | 9 | Tag 98A | :TRAD//20140715 |
| OESSEDKKKXXX545E1000035423301 140811 | 10 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX545E1000035423301 140811 | 11 | Tag 35B | ISIN DK0060228559 |
| OESSEDKKKXXX545E1000035423301 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX545E1000035423301 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX545E1000035423301 140811 | 14 | Tag 36B | :ESTT//UNIT/2245000, |
| OESSEDKKKXXX545E1000035423301 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX545E1000035423301 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX545E1000035423301 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX545E1000035423301 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX545E1000035423301 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035423301 140811 | 20 | Tag 95P | :DEAG//ESSEDKKKXXX |
| OESSEDKKKXXX545E1000035423301 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035423301 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035423301 140811 | 23 | Tag 95P | :SELL//INGBGB2LXXX |
| OESSEDKKKXXX545E1000035423301 140811 | 24 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035423301 140811 | 25 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035423301 140811 | 26 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX545E1000035423301 140811 | 27 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035423301 140811 | 28 | Tag 16R | AMT |
| OESSEDKKKXXX545E1000035423301 140811 | 29 | Tag 19A | :ESTT//EUR17396505, |
| OESSEDKKKXXX545E1000035423301 140811 | 30 | Tag 16S | AMT |
| OESSEDKKKXXX545E1000035423301 140811 | 31 | Tag 16S | SETDET |

ED&F-00042313

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX544C2706195 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX544C2706195 140811 | 2 | Tag 20C | :SEME//C2706195 |
| OESSEDKKKXXX544C2706195 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX544C2706195 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX544C2706195 140811 | 5 | Tag 20C | :RELA//E1000035397001 |
| OESSEDKKKXXX544C2706195 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX544C2706195 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX544C2706195 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX544C2706195 140811 | 9 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX544C2706195 140811 | 10 | Tag 98A | :TRAD//20140721 |
| OESSEDKKKXXX544C2706195 140811 | 11 | Tag 35B | ISIN DK0060228559 TDC 2010 |
| OESSEDKKKXXX544C2706195 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX544C2706195 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX544C2706195 140811 | 14 | Tag 36B | :ESTT//UNIT/500000, |
| OESSEDKKKXXX544C2706195 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX544C2706195 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX544C2706195 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX544C2706195 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX544C2706195 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2706195 140811 | 20 | Tag 95P | :DEAG//NDEADKKKXXX |
| OESSEDKKKXXX544C2706195 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2706195 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2706195 140811 | 23 | Tag 95P | :SELL//JEFFGB2X |
| OESSEDKKKXXX544C2706195 140811 | 24 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2706195 140811 | 25 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2706195 140811 | 26 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX544C2706195 140811 | 27 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2706195 140811 | 28 | Tag 16S | SETDET |

CONFIDENTIAL

ED&F-00042314

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX544C2705444 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX544C2705444 140811 | 2 | Tag 20C | :SEME//C2705444 |
| OESSEDKKKXXX544C2705444 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX544C2705444 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX544C2705444 140811 | 5 | Tag 20C | :RELA//E1000035421801 |
| OESSEDKKKXXX544C2705444 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX544C2705444 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX544C2705444 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX544C2705444 140811 | 9 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX544C2705444 140811 | 10 | Tag 98A | :TRAD//20140718 |
| OESSEDKKKXXX544C2705444 140811 | 11 | Tag 35B | ISIN DK0060228559 TDC 2010 |
| OESSEDKKKXXX544C2705444 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX544C2705444 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX544C2705444 140811 | 14 | Tag 36B | :ESTT//UNIT/500000, |
| OESSEDKKKXXX544C2705444 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX544C2705444 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX544C2705444 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX544C2705444 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX544C2705444 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2705444 140811 | 20 | Tag 95P | :DEAG//DABADKKKXXX |
| OESSEDKKKXXX544C2705444 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2705444 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2705444 140811 | 23 | Tag 95P | :SELL//MAPAGB2L |
| OESSEDKKKXXX544C2705444 140811 | 24 | Tag 97A | :SAFE//3004079965 |
| OESSEDKKKXXX544C2705444 140811 | 25 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2705444 140811 | 26 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2705444 140811 | 27 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX544C2705444 140811 | 28 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2705444 140811 | 29 | Tag 16S | SETDET |

ED&F-00042315

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX545E1000035528001 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX545E1000035528001 140811 | 2 | Tag 20C | :SEME//E1000035528001 |
| OESSEDKKKXXX545E1000035528001 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX545E1000035528001 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX545E1000035528001 140811 | 5 | Tag 20C | :RELA//E1000035528001 |
| OESSEDKKKXXX545E1000035528001 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX545E1000035528001 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX545E1000035528001 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX545E1000035528001 140811 | 9 | Tag 98A | :TRAD//20140723 |
| OESSEDKKKXXX545E1000035528001 140811 | 10 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX545E1000035528001 140811 | 11 | Tag 35B | ISIN DK0060228559 |
| OESSEDKKKXXX545E1000035528001 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX545E1000035528001 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX545E1000035528001 140811 | 14 | Tag 36B | :ESTT//UNIT/37424, |
| OESSEDKKKXXX545E1000035528001 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX545E1000035528001 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX545E1000035528001 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX545E1000035528001 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX545E1000035528001 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035528001 140811 | 20 | Tag 95P | :DEAG//ESSEDKKKXXX |
| OESSEDKKKXXX545E1000035528001 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035528001 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035528001 140811 | 23 | Tag 95P | :SELL//INGBGB2LXXX |
| OESSEDKKKXXX545E1000035528001 140811 | 24 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035528001 140811 | 25 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035528001 140811 | 26 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX545E1000035528001 140811 | 27 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035528001 140811 | 28 | Tag 16R | AMT |
| OESSEDKKKXXX545E1000035528001 140811 | 29 | Tag 19A | :ESTT//EUR292749,24 |
| OESSEDKKKXXX545E1000035528001 140811 | 30 | Tag 16S | AMT |
| OESSEDKKKXXX545E1000035528001 140811 | 31 | Tag 16S | SETDET |

ED&F-00042316

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX544C2706197 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX544C2706197 140811 | 2 | Tag 20C | :SEME//C2706197 |
| OESSEDKKKXXX544C2706197 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX544C2706197 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX544C2706197 140811 | 5 | Tag 20C | :RELA//E1000035398401 |
| OESSEDKKKXXX544C2706197 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX544C2706197 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX544C2706197 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX544C2706197 140811 | 9 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX544C2706197 140811 | 10 | Tag 98A | :TRAD//20140730 |
| OESSEDKKKXXX544C2706197 140811 | 11 | Tag 35B | ISIN DK0060228559 TDC 2010 |
| OESSEDKKKXXX544C2706197 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX544C2706197 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX544C2706197 140811 | 14 | Tag 36B | :ESTT//UNIT/1145000, |
| OESSEDKKKXXX544C2706197 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX544C2706197 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX544C2706197 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX544C2706197 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX544C2706197 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2706197 140811 | 20 | Tag 95P | :DEAG//NDEADKKKXXX |
| OESSEDKKKXXX544C2706197 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2706197 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2706197 140811 | 23 | Tag 95P | :SELL//JEFFGB2X |
| OESSEDKKKXXX544C2706197 140811 | 24 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2706197 140811 | 25 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2706197 140811 | 26 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX544C2706197 140811 | 27 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2706197 140811 | 28 | Tag 16S | SETDET |

CONFIDENTIAL

ED&F-00042317

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX545E1000035335801 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX545E1000035335801 140811 | 2 | Tag 20C | :SEME//E1000035335801 |
| OESSEDKKKXXX545E1000035335801 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX545E1000035335801 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX545E1000035335801 140811 | 5 | Tag 20C | :RELA//E1000035335801 |
| OESSEDKKKXXX545E1000035335801 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX545E1000035335801 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX545E1000035335801 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX545E1000035335801 140811 | 9 | Tag 98A | :TRAD//20140730 |
| OESSEDKKKXXX545E1000035335801 140811 | 10 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX545E1000035335801 140811 | 11 | Tag 35B | ISIN DK0060228559 |
| OESSEDKKKXXX545E1000035335801 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX545E1000035335801 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX545E1000035335801 140811 | 14 | Tag 36B | :ESTT//UNIT/1500000, |
| OESSEDKKKXXX545E1000035335801 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX545E1000035335801 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX545E1000035335801 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX545E1000035335801 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX545E1000035335801 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035335801 140811 | 20 | Tag 95P | :DEAG//ESSEDKKKXXX |
| OESSEDKKKXXX545E1000035335801 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035335801 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035335801 140811 | 23 | Tag 95P | :SELL//INGBGB2LXXX |
| OESSEDKKKXXX545E1000035335801 140811 | 24 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035335801 140811 | 25 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035335801 140811 | 26 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX545E1000035335801 140811 | 27 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035335801 140811 | 28 | Tag 16R | AMT |
| OESSEDKKKXXX545E1000035335801 140811 | 29 | Tag 19A | :ESTT//EUR12127500, |
| OESSEDKKKXXX545E1000035335801 140811 | 30 | Tag 16S | AMT |
| OESSEDKKKXXX545E1000035335801 140811 | 31 | Tag 16S | SETDET |

CONFIDENTIAL



CONFIDENTIAL

ED&F-00042319



SWIFT Message Detail

**Message ID** 4431754          **Retrieve**

**SWIFT Information**

| | |
|---|---|
| **Msg Type** 544 | **Direction** From Swift |
| **Status** Closed | **Loc ID** N/A |
| **Related Ref** N/A | **Loc SWIFT ID** N/A |
| **Transaction Ref** C2734540 | **Purpose** N/A |
| **Asset Series** 354602 | **Curr Series** 0.0 |
| **Reason Code** N/A | **External ID** N/A |
| **Trailer Hdr** {MAC:00000000}{CHK:7ECAB5F976A5} | **User Hdr** {108:0811102836522576} |
| **Basic Hdr** F01MACVGB22AXXX0758915002 | **App Hdr** O5441028140811ESSEDKKKBXXX55117294341408110928N |
| **Load User** SHSYSTEM | **Load Date** 11-08-2014 04:31:17 |
| **Load Port** S608207NJ3Vw07 | **Proc User** N/A |
| **Proc Date** [NULL] | **Proc Port** N/A |
| **Duration** N/A | **Instruction Date** N/A |
| **ACK Date** [NULL] | **OATS** ☐ |
| **File Name** 06845917.TXT | **OATS Sent** ☐ |
| **Memo** | |

**Details (29)**    System Default

Show Groups

| Index | | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C2734540 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E1000035460201 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :ESET//20140811 |
| 10 | 10 | 98A | :TRAD//20140730 |
| 11 | 11 | 35B | ISIN DK0060228559 |
| 12 | 12 | 000 | TDC 2010 |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :ESTT//UNIT/1000000, |
| 16 | 16 | 97A | :SAFE//05295142814 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//MSLNGB2XXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MSLNGB2X |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16S | SETDET |

**Release**   CONFIDENTIAL **Modify**   **Tag Value** [                    ]          ED&F-00042320

SWIFT Message Detail Retrieved



SWIFT Message Detail

**Message ID** 4431756

Retrieve

**SWIFT Information**

| | |
|---|---|
| **Msg Type** 544 | **Direction** From Swift |
| **Status** Closed | **Loc ID** N/A |
| **Related Ref** N/A | **Loc SWIFT ID** N/A |
| **Transaction Ref** C2734542 | **Purpose** N/A |
| **Asset Series** 354604 | **Curr Series** 0.0 |
| **Reason Code** N/A | **External ID** N/A |
| **Trailer Hdr** {MAC:00000000}{CHK:7ECAF53976A5} | **User Hdr** {108:0811102836551720} |
| **Basic Hdr** F01MACVGB22AXXX0758915003 | **App Hdr** O5441028140811ESSEDKKKAXXX50481854431408110928N |
| **Load User** SHSYSTEM | **Load Date** 11-08-2014 04:31:17 |
| **Load Port** S608207NJ3Vw07 | **Proc User** N/A |
| **Proc Date** [NULL] | **Proc Port** N/A |
| **Duration** N/A | **Instruction Date** N/A |
| **ACK Date** [NULL] | **OATS** ☐ |
| | **OATS Sent** ☐ |
| **File Name** 06845917.TXT | |

**Memo**

**Details (29)**

Show Groups                System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C2734542 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E1000035460401 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :ESET//20140811 |
| 10 | 10 | 98A | :TRAD//20140730 |
| 11 | 11 | 35B | ISIN DK0060228559 |
| 12 | 12 | 000 | TDC 2010 |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :ESTT//UNIT/1000000, |
| 16 | 16 | 97A | :SAFE//05295142814 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//MSLNGB2XXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MSLNGB2X |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPDKDKKXXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16S | SETDET |

Release   CONFIDENTIAL Modify    **Tag Value**

ED&F-00042321

SWIFT Message Detail Retrieved



SWIFT Message Detail

**Message ID** 4431758    **Retrieve**

**SWIFT Information**

| | |
|---|---|
| **Msg Type** 544 | **Direction** From Swift |
| **Status** Closed | **Loc ID** N/A |
| **Related Ref** N/A | **Loc SWIFT ID** N/A |
| **Transaction Ref** C2734548 | **Purpose** N/A |
| **Asset Series** 354606 | **Curr Series** 0.0 |
| **Reason Code** N/A | **External ID** N/A |
| **Trailer Hdr** {MAC:00000000}{CHK:7ECBB57976A5} | **User Hdr** {108:0811102836579360} |
| **Basic Hdr** F01MACVGB22AXXX0758915004 | **App Hdr** O5441028140811ESSEDKKKCXXX277897462714081110928N |
| **Load User** SHSYSTEM | **Load Date** 11-08-2014 04:31:17 |
| **Load Port** S608207NJ3Vw07 | **Proc User** N/A |
| **Proc Date** [NULL] | **Proc Port** N/A |
| **Duration** N/A | **Instruction Date** N/A |
| **ACK Date** [NULL] | **OATS** ☐ |
| | **OATS Sent** ☐ |
| **File Name** 06845917.TXT | |
| **Memo** | |

**Details (29)**

Show Groups    System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C2734548 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E1000035460601 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :ESET//20140811 |
| 10 | 10 | 98A | :TRAD//20140730 |
| 11 | 11 | 35B | ISIN DK0060228559 |
| 12 | 12 | 000 | TDC 2010 |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :ESTT//UNIT/1000000, |
| 16 | 16 | 97A | :SAFE//05295142814 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//MSLNGB2XXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MSLNGB2X |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16S | SETDET |

**Release**    CONFIDENTIAL **Modify**    **Tag Value**    ED&F-00042322

SWIFT Message Detail Retrieved



CONFIDENTIAL

ED&F-00042323



CONFIDENTIAL

ED&F-00042324

# Account Equity

**ED&F Man Capital Markets Ltd**
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number : CC:AMERIC-INVGR
Account Name   : American Investment Group of NY
Date           : 08-08-2014
Currency       : USD

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|-----------|-------------------|-----------|------------------------|--------------------|-----------|------------------------|
| DKK Var Margin | 4,818,820.00 Cr | 0.17987876 | 866,803.37 Cr | 4,818,820.00 Cr | 0.17987876 | 866,803.37 Cr |
| DKK Cash | 176,122,210.00 Dr | 0.17987876 | 31,680,644.74 Dr | 0.00 Cr | 0.17987876 | 0.00 Cr |
| EUR Cash | 42,757.54 Cr | 1.34100000 | 57,337.86 Cr | 42,757.54 Cr | 1.34100000 | 57,337.86 Cr |
| USD Cash | 8,369,541.84 Dr | 1.00000000 | 8,369,541.84 Dr | 8,369,541.84 Dr | 1.00000000 | 8,369,541.84 Dr |
| | | | 39,126,045.35 Dr | | | 7,445,400.61 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|-------|-------------|---|----------|-----------|--------------|----------------|--------------|----------------|-----|
| TDC DC | TDC A/S | C | 3,400,000.00 Lg | 51.8007 | 49.0500 | 176,122,210.00 Cr | 166,770,000.00 Cr | 9,352,210.00 Cr | DKK |
| | | | | | Totals: | 176,122,210.00 Dr | 166,770,000.00 Cr | 9,352,210.00 Dr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|-------|-------------|---|----------|-----------|--------------|----------------|--------------|----------------|-----|
| VEON US | VEON LTD | C | 684,000.00 Lg | 12.9902 | 8.2000 | 8,885,269.44 Dr | 5,608,800.00 Cr | 3,276,469.44 Dr | USD |
| | | | | | Totals: | 8,885,269.44 Dr | 5,608,800.00 Cr | 3,276,469.44 Dr | |

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|-------|-------------|----------|-----------|--------------|---------------|--------------|-----------------|-----|
| TKF15AUG2014 | TKF15AUG2014BCLEAR | 34,000.00 Sh | 50.4673 | 49.0500 | 171,588,820.00 Cr | 166,770,000.00 Cr | 4,818,820.00 Cr | DKK |
| | | | | | 171,588,820.00 Dr | 166,770,000.00 Dr | 4,818,820.00 Cr | DKK |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|----------|----------|------|-----|----------|-------|-----------|----------|-----|
| 07-08-14 | 11-08-14 | Normal | BUY | 3,400,000.00 | TDC DC | 51.8007 | 176,122,210.00 Dr | DKK |

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Next Valuation Reset | Rate Description | Rate | Accrued Financing |
|----------|-----------------|---------|-------------------|------------|------------|--------------|--------------|--------------------------|------------------|------|-------------------|
| 172560 | 12-11-13 15-11-13 | 12-11-14 | VEON US VEON LTD | 684,000 S | 12.9900 | 8,885,160 USD | 8.2000 | 3,276,360 | Fixed | 0.0000 | 0.00 |

CONFIDENTIAL

ED&F-00042325

# Account Equity

**ED&F Man Capital Markets Ltd**
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : American Investment Group of NY
Date          : 08-08-2014
Currency      : USD

## Account Summary

| Item | Amount (USD) |
|------|-------------:|
| Value of opening currency balance | 7,934,670.84 Dr |
| Value of trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 489,270.23 Cr |
| **Value of closing currency balance(s)** | **7,445,400.61 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 31,680,644.74 Dr |
| **Trade Date Cash Balance** | **39,126,045.35 Dr** |
| Market Value of Positions | 35,607,180.81 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 3,276,360.00 Cr |
| **Preliminary Account Value** | **242,504.54 Dr** |

## Margin Summary

| | |
|------|-------------:|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 1,657,402.89 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **1,657,402.89 Dr** |

### Futures Initial Requirement

| Cur | Requirement | Requirement (USD) | Conv Rate |
|-----|------------:|------------------:|----------:|
| DKK | 9,214,000.00 Dr | 1,657,402.89 Dr | 0.17988 |
| | | 1,657,402.89 Dr | |

CONFIDENTIAL

ED&F-00042326

# Account Equity

| | | |
|---|---|---|
| **ED&F Man Capital Markets Ltd** | **Account Number:** | **CC:AMERIC-INVGR** |
| **3 London Bridge Street** | **Account Name** | **: American Investment Group of NY** |
| **London SE1 9SG** | **Date** | **: 08-08-2014** |
| **United Kingdom** | **Currency** | **: USD** |

## Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|---|---|---|---|---|---|---|---|---|
| 164965 | Money due call | Issued | 01-08-2014 | 01-08-2014 | 08-08-2014 | 122,960.62 | 122,960.62 | USD |
| 165686 | Money due call | Issued | 04-08-2014 | 04-08-2014 | 11-08-2014 | 1,619,876.64 | 1,619,876.64 | USD |
| 166412 | Money due call | Issued | 05-08-2014 | 05-08-2014 | 12-08-2014 | 264,595.60 | 264,595.60 | USD |
| 167144 | Money due call | Issued | 06-08-2014 | 06-08-2014 | 13-08-2014 | 623,940.49 | 623,940.49 | USD |
| 168628 | Futures call | Issued | 08-08-2014 | 08-08-2014 | 08-08-2014 | 3,411,697.45 | 3,411,697.45 | USD |
| | | | | | | 6,043,070.80 | 6,043,070.80 | |

## Total Account Value                    1,899,907.43 Dr

## Financing Summary

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |

CONFIDENTIAL

ED&F-00042327

## TDC A/S                                                                    TDC DC

ISIN: DK0060228559          SEDOL: 5698790                          COUNTRY: DK

EX DATE: 08/08/2014    REC DATE: 12/08/2014    PAY DATE: 13/08/2014

CCY: DKK    GROSS RATE: 1.50    FEE: 0.00

### AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR: DATE:

CZ / FI / NO / PL / SE

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 3,400,000 | | 3,723,000.00 | | | 21/08/14 - Client Hedges position adjusted vs Pollen to reflect corrected position - MPM |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 5,778,000 | | 6,326,910.00 | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 2,025,000 | | 2,217,375.00 | | YES | 19/08/14 - Maple position split out to include piece @ 73% |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 5,778,000 | | 6,326,910.00 | | | and refelcted back to Client Hedges & Pollen adj vs Client |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 2,025,000 | | 2,217,375.00 | | YES | Hedges - MPM |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 5,778,000 | | 6,326,910.00 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 25,000 | | 27,375.00 | | YES | |
| CC:DW0000-CONST | DW CONSTRUCTION INC RETIREMENT PLAN | 73% | 3,400,000 | | 3,723,000.00 | | | |
| CC:FEDLOG-FEDLO | FEDERATED LOGISTICS 401(K) PLAN | 73% | 2,000,000 | | 2,190,000.00 | | | |
| CC:GSA000-TRAD0 | GSA Trading (Canada) Corporate Pension Plan | 73% | 3,500,000 | | 3,832,500.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 5,778,000 | | 6,326,910.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 2,025,000 | | 2,217,375.00 | | YES | |
| CC:KAMCO0-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 73% | 2,777,424 | | 3,041,279.28 | | | |
| CC:KAMCO0-INVES | KAMCO INVESTMENTS INC PENSION PLAN | 73% | 3,500,000 | | 3,832,500.00 | | | |
| CC:MOIRA0-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 73% | 3,400,000 | | 3,723,000.00 | | | |
| CC:TVETER-TVETE | Tveter LLC Pension Plan | 73% | 1,100,000 | | 1,204,500.00 | | | |
| LC:DENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -40,913,000 | | -44,799,735.00 | | |
| LC:DENDKK-DKKDK | SEB Depot 05295142814 | 73% | | -3,276,424 | | -3,587,684.28 | | |
| BK:000004-00000 | ICBC (due to incorrectly allocated stock) | 73% | | -2,000,000 | | -2,190,000.00 | YES | |
| BK:000004-00000 | IDB Vs Equity Finance (SEB-MAIN) | 73% | | -3,200,000 | | -3,504,000.00 | YES | |
| BK:000004-00000 | The Link Asset & Securities Co Ltd | 73% | | -2,900,000 | | -3,175,500.00 | YES | |
| | TOTALS | | 52,289,424 | -52,289,424 | TOTALS 57,256,919.28 | -57,256,919.28 | | |

### SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:ABN000-AMRO0 | ABN AMRO Bank NV UK Branch | 85% | 2,500,000 | | 3,187,500.00 | | YES | | 15-Aug | 323695 |
| BR:INGL00-INGL0 | ING Bank NV (London Branch) | 85% | 9,514,424 | | 12,130,890.60 | | YES | | 19-Aug | 324596 |
| BR:JEFFER-INTER | Jefferies International Ltd | 85% | 6,645,000 | | 8,472,375.00 | | YES | | 19-Aug | 324597 |
| BR:MACQUA-MACQU | MACQUARIE BANK LIMITED | 85% | 2,580,000 | | 3,289,500.00 | | YES | | 15-Aug | 323696 |
| BR:MAPLE0-UKLTD | Maple Securities UK Ltd | 85% | 4,700,000 | | 5,992,500.00 | | YES | 6,156,750.00 | 19-Aug | 324598 |
| BR:MAPLE0-UKLTD | Maple Securities UK Ltd | 73% | 150,000 | | 164,250.00 | | | | | |
| BR:MSIPLC-LDN00 | Morgan Stanley & Co International Plc | 85% | 5,000,000 | | 6,375,000.00 | | YES | | 19-Aug | 324599 |
| BR:NOMURA-NOMUR | Nomura International Plc | 85% | 4,000,000 | | 5,100,000.00 | | YES | | 15-Aug | 323697 |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 3,031,800 | | 4,547,700.00 | | | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 1,936,800 | | 2,905,200.00 | | | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 100% | 90,200 | | 135,300.00 | | | | | |
| CC:CUBXBE-00000 | Cubix Managers Limited Partnerships | 100% | 4,995,000 | | 7,492,500.00 | | | | | |

CONFIDENTIAL                                                                    ED&F-00042328

| | | | | | | |
|---|---|---|---|---|---|---|
| CC:GSA000-TRAD0 | GSA Trading (Canada) Corporate Pension Plan | 100% | 500,000 | | 750,000.00 | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 100% | 1,729,200 | | 2,593,800.00 | |
| CC:KAMCO0-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 100% | 123,576 | | 185,364.00 | |
| CC:CLIENT-HEDGE | Client Hedges | 100% | | -123,576 | | -185,364.00 |
| CC:CLIENT-HEDGE | Client Hedges | 85% | | -16,327,424 | | -20,817,465.60 |
| CC:CLIENT-HEDGE | Client Hedges | 73% | | -150,000 | | -164,250.00 |
| CC:CUBXBE-BLOAN | Cubix Managers Limited Partnerships - BLOAN | 100% | | -4,995,000 | | -7,492,500.00 |
| CC:ETS000-MALTA | ETS Malta Limited | 85% | | -3,500,000 | | -4,462,500.00 |
| CC:ETS000-MALTA | ETS Malta Limited | 100% | | -500,000 | | -750,000.00 |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 85% | | -15,112,000 | | -19,267,800.00 |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -6,788,000 | | -10,182,000.00 |
| | | SL TOTALS | 47,496,000 | -47,496,000 | TOTALS 63,321,879.60 | -63,321,879.60 |

# SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| CC:APEXCP-BLOAN | Apex Capital Limited - BLOAN | 100% | 4,995,000 | | 7,492,500.00 | |
| CC:APEX00-CPLTD | Apex Capital Limited | 100% | | -4,995,000 | | -7,492,500.00 |
| | | SWP TOTALS | 4,995,000 | -4,995,000 | TOTALS 7,492,500.00 | -7,492,500.00 |

| | | |
|---|---|---|
| PREPARED: | DESK SIGN OFF: | OPS MANAGER SIGN OFF: |

| | | | | |
|---|---|---|---|---|
| AGENT CASH RECEIVED | CLAIMS PAID | D1 JOURNAL POSTED | JOURNAL NUMBERS UPDATED | FILE CLOSED |
| | | | | DATE: |
| | | | | CLOSER: |

CONFIDENTIAL

ED&F-00042329

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX566C140813000267757 140813 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX566C140813000267757 140813 | 2 | Tag 20C | :CORP//140808DVCA149034 |
| OESSEDKKKXXX566C140813000267757 140813 | 3 | Tag 20C | :SEME//C140813000267757 |
| OESSEDKKKXXX566C140813000267757 140813 | 4 | Tag 23G | NEWM |
| OESSEDKKKXXX566C140813000267757 140813 | 5 | Tag 22F | :CAEV//DVCA |
| OESSEDKKKXXX566C140813000267757 140813 | 6 | Tag 16R | LINK |
| OESSEDKKKXXX566C140813000267757 140813 | 7 | Tag 13A | :LINK//564 |
| OESSEDKKKXXX566C140813000267757 140813 | 8 | Tag 20C | :PREV//C140812000267256 |
| OESSEDKKKXXX566C140813000267757 140813 | 9 | Tag 16S | LINK |
| OESSEDKKKXXX566C140813000267757 140813 | 10 | Tag 16S | GENL |
| OESSEDKKKXXX566C140813000267757 140813 | 11 | Tag 16R | USECU |
| OESSEDKKKXXX566C140813000267757 140813 | 12 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX566C140813000267757 140813 | 13 | Tag 35B | ISIN DK0060228559 TDC 2010 |
| OESSEDKKKXXX566C140813000267757 140813 | 14 | Tag 93B | :CONB//UNIT/40913000, |
| OESSEDKKKXXX566C140813000267757 140813 | 15 | Tag 16S | USECU |
| OESSEDKKKXXX566C140813000267757 140813 | 16 | Tag 16R | CADETL |
| OESSEDKKKXXX566C140813000267757 140813 | 17 | Tag 98A | :XDTE//20140808 |
| OESSEDKKKXXX566C140813000267757 140813 | 18 | Tag 98A | :RDTE//20140812 |
| OESSEDKKKXXX566C140813000267757 140813 | 19 | Tag 16S | CADETL |
| OESSEDKKKXXX566C140813000267757 140813 | 20 | Tag 16R | CACONF |
| OESSEDKKKXXX566C140813000267757 140813 | 21 | Tag 13A | :CAON//001 |
| OESSEDKKKXXX566C140813000267757 140813 | 22 | Tag 22F | :CAOP//CASH |
| OESSEDKKKXXX566C140813000267757 140813 | 23 | Tag 16R | CASHMOVE |
| OESSEDKKKXXX566C140813000267757 140813 | 24 | Tag 22H | :CRDB//CRED |
| OESSEDKKKXXX566C140813000267757 140813 | 25 | Tag 97A | :CASH//52950017004263 |
| OESSEDKKKXXX566C140813000267757 140813 | 26 | Tag 19B | :PSTA//DKK44799735, |
| OESSEDKKKXXX566C140813000267757 140813 | 27 | Tag 19B | :GRSS//DKK61369500, |
| OESSEDKKKXXX566C140813000267757 140813 | 28 | Tag 19B | :NETT//DKK44799735, |
| OESSEDKKKXXX566C140813000267757 140813 | 29 | Tag 19B | :WITL//DKK16569765, |
| OESSEDKKKXXX566C140813000267757 140813 | 30 | Tag 98A | :POST//20140813 |
| OESSEDKKKXXX566C140813000267757 140813 | 31 | Tag 98A | :VALU//20140813 |
| OESSEDKKKXXX566C140813000267757 140813 | 32 | Tag 98A | :PAYD//20140813 |
| OESSEDKKKXXX566C140813000267757 140813 | 33 | Tag 92F | :GRSS//DKK1,500000 |
| OESSEDKKKXXX566C140813000267757 140813 | 34 | Tag 92A | :TAXR//27, |
| OESSEDKKKXXX566C140813000267757 140813 | 35 | Tag 16S | CASHMOVE |
| OESSEDKKKXXX566C140813000267757 140813 | 36 | Tag 16S | CACONF |
| OESSEDKKKXXX566C140813000267757 140813 | 37 | Tag 16R | ADDINFO |
| OESSEDKKKXXX566C140813000267757 140813 | 38 | Tag 70E | :PACO//SEB MERCHANT BANKING CUSTODY SERVICES DENMARK CORPORATE ACTIONS PHONE +45 3328 1047, +45 3328 1055 |
| OESSEDKKKXXX566C140813000267757 140813 | 39 | Tag 16S | ADDINFO |

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX566C140813000267758 140813 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX566C140813000267758 140813 | 2 | Tag 20C | :CORP//140808DVCA149034 |
| OESSEDKKKXXX566C140813000267758 140813 | 3 | Tag 20C | :SEME//C140813000267758 |
| OESSEDKKKXXX566C140813000267758 140813 | 4 | Tag 23G | NEWM |
| OESSEDKKKXXX566C140813000267758 140813 | 5 | Tag 22F | :CAEV//DVCA |
| OESSEDKKKXXX566C140813000267758 140813 | 6 | Tag 16R | LINK |
| OESSEDKKKXXX566C140813000267758 140813 | 7 | Tag 13A | :LINK//564 |
| OESSEDKKKXXX566C140813000267758 140813 | 8 | Tag 20C | :PREV//C140812000267257 |
| OESSEDKKKXXX566C140813000267758 140813 | 9 | Tag 16S | LINK |
| OESSEDKKKXXX566C140813000267758 140813 | 10 | Tag 16S | GENL |
| OESSEDKKKXXX566C140813000267758 140813 | 11 | Tag 16R | USECU |
| OESSEDKKKXXX566C140813000267758 140813 | 12 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX566C140813000267758 140813 | 13 | Tag 35B | ISIN DK0060228559 |
| | | | TDC 2010 |
| OESSEDKKKXXX566C140813000267758 140813 | 14 | Tag 93B | :CONB//UNIT/3276424, |
| OESSEDKKKXXX566C140813000267758 140813 | 15 | Tag 16S | USECU |
| OESSEDKKKXXX566C140813000267758 140813 | 16 | Tag 16R | CADETL |
| OESSEDKKKXXX566C140813000267758 140813 | 17 | Tag 98A | :XDTE//20140808 |
| OESSEDKKKXXX566C140813000267758 140813 | 18 | Tag 98A | :RDTE//20140812 |
| OESSEDKKKXXX566C140813000267758 140813 | 19 | Tag 16S | CADETL |
| OESSEDKKKXXX566C140813000267758 140813 | 20 | Tag 16R | CACONF |
| OESSEDKKKXXX566C140813000267758 140813 | 21 | Tag 13A | :CAON//001 |
| OESSEDKKKXXX566C140813000267758 140813 | 22 | Tag 22F | :CAOP//CASH |
| OESSEDKKKXXX566C140813000267758 140813 | 23 | Tag 16R | CASHMOVE |
| OESSEDKKKXXX566C140813000267758 140813 | 24 | Tag 22H | :CRDB//CRED |
| OESSEDKKKXXX566C140813000267758 140813 | 25 | Tag 97A | :CASH//52950017004247 |
| OESSEDKKKXXX566C140813000267758 140813 | 26 | Tag 19B | :PSTA//DKK3587684,28 |
| OESSEDKKKXXX566C140813000267758 140813 | 27 | Tag 19B | :GRSS//DKK4914636, |
| OESSEDKKKXXX566C140813000267758 140813 | 28 | Tag 19B | :NETT//DKK3587684,28 |
| OESSEDKKKXXX566C140813000267758 140813 | 29 | Tag 19B | :WITL//DKK1326951,72 |
| OESSEDKKKXXX566C140813000267758 140813 | 30 | Tag 98A | :POST//20140813 |
| OESSEDKKKXXX566C140813000267758 140813 | 31 | Tag 98A | :VALU//20140813 |
| OESSEDKKKXXX566C140813000267758 140813 | 32 | Tag 98A | :PAYD//20140813 |
| OESSEDKKKXXX566C140813000267758 140813 | 33 | Tag 92F | :GRSS//DKK1,500000 |
| OESSEDKKKXXX566C140813000267758 140813 | 34 | Tag 92A | :TAXR//27, |
| OESSEDKKKXXX566C140813000267758 140813 | 35 | Tag 16S | CASHMOVE |
| OESSEDKKKXXX566C140813000267758 140813 | 36 | Tag 16S | CACONF |
| OESSEDKKKXXX566C140813000267758 140813 | 37 | Tag 16R | ADDINFO |
| OESSEDKKKXXX566C140813000267758 140813 | 38 | Tag 70E | :PACO//SEB MERCHANT BANKING CUSTODY SERVICES DENMARK CORPORATE ACTIONS PHONE +45 3328 1047, +45 3328 1055 |
| OESSEDKKKXXX566C140813000267758 140813 | 39 | Tag 16S | ADDINFO |

CONFIDENTIAL

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX566C140829000269314 140829 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX566C140829000269314 140829 | 2 | Tag 20C | :CORP//140808DVCA149034 |
| OESSEDKKKXXX566C140829000269314 140829 | 3 | Tag 20C | :SEME//C140829000269314 |
| OESSEDKKKXXX566C140829000269314 140829 | 4 | Tag 23G | NEWM |
| OESSEDKKKXXX566C140829000269314 140829 | 5 | Tag 22F | :CAEV//DVCA |
| OESSEDKKKXXX566C140829000269314 140829 | 6 | Tag 16R | LINK |
| OESSEDKKKXXX566C140829000269314 140829 | 7 | Tag 13A | :LINK//540 |
| OESSEDKKKXXX566C140829000269314 140829 | 8 | Tag 20C | :RELA//E1000035493909 |
| OESSEDKKKXXX566C140829000269314 140829 | 9 | Tag 16S | LINK |
| OESSEDKKKXXX566C140829000269314 140829 | 10 | Tag 16S | GENL |
| OESSEDKKKXXX566C140829000269314 140829 | 11 | Tag 16R | USECU |
| OESSEDKKKXXX566C140829000269314 140829 | 12 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX566C140829000269314 140829 | 13 | Tag 35B | ISIN DK0060228559 |
| | | | TDC 2010 |
| OESSEDKKKXXX566C140829000269314 140829 | 14 | Tag 93B | :CONB//UNIT/2000000, |
| OESSEDKKKXXX566C140829000269314 140829 | 15 | Tag 16S | USECU |
| OESSEDKKKXXX566C140829000269314 140829 | 16 | Tag 16R | CADETL |
| OESSEDKKKXXX566C140829000269314 140829 | 17 | Tag 98A | :XDTE//20140808 |
| OESSEDKKKXXX566C140829000269314 140829 | 18 | Tag 98A | :RDTE//20140812 |
| OESSEDKKKXXX566C140829000269314 140829 | 19 | Tag 22F | :ADDB//CLAI |
| OESSEDKKKXXX566C140829000269314 140829 | 20 | Tag 16S | CADETL |
| OESSEDKKKXXX566C140829000269314 140829 | 21 | Tag 16R | CACONF |
| OESSEDKKKXXX566C140829000269314 140829 | 22 | Tag 13A | :CAON//001 |
| OESSEDKKKXXX566C140829000269314 140829 | 23 | Tag 22F | :CAOP//CASH |
| OESSEDKKKXXX566C140829000269314 140829 | 24 | Tag 16R | CASHMOVE |
| OESSEDKKKXXX566C140829000269314 140829 | 25 | Tag 22H | :CRDB//CRED |
| OESSEDKKKXXX566C140829000269314 140829 | 26 | Tag 97A | :CASH//52950017004263 |
| OESSEDKKKXXX566C140829000269314 140829 | 27 | Tag 19B | :PSTA//DKK2190000, |
| OESSEDKKKXXX566C140829000269314 140829 | 28 | Tag 19B | :MKTC//DKK2190000, |
| OESSEDKKKXXX566C140829000269314 140829 | 29 | Tag 19B | :GRSS//DKK3000000, |
| OESSEDKKKXXX566C140829000269314 140829 | 30 | Tag 19B | :NETT//DKK2190000, |
| OESSEDKKKXXX566C140829000269314 140829 | 31 | Tag 19B | :WITL//DKK810000, |
| OESSEDKKKXXX566C140829000269314 140829 | 32 | Tag 98A | :POST//20140829 |
| OESSEDKKKXXX566C140829000269314 140829 | 33 | Tag 98A | :VALU//20140829 |
| OESSEDKKKXXX566C140829000269314 140829 | 34 | Tag 98A | :PAYD//20140813 |
| OESSEDKKKXXX566C140829000269314 140829 | 35 | Tag 92F | :GRSS//DKK1,500000 |
| OESSEDKKKXXX566C140829000269314 140829 | 36 | Tag 92A | :TAXR//27, |
| OESSEDKKKXXX566C140829000269314 140829 | 37 | Tag 16S | CASHMOVE |
| OESSEDKKKXXX566C140829000269314 140829 | 38 | Tag 16S | CACONF |
| OESSEDKKKXXX566C140829000269314 140829 | 39 | Tag 16R | ADDINFO |
| OESSEDKKKXXX566C140829000269314 140829 | 40 | Tag 70E | :PACO//SEB MERCHANT BANKING |
| | | | CUSTODY SERVICES DENMARK |
| | | | CORPORATE ACTIONS |
| | | | PHONE +45 3328 1047, +45 3328 1055 |
| OESSEDKKKXXX566C140829000269314 140829 | 41 | Tag 16S | ADDINFO |

ED&F-00042332



ED&F-00042333