# Exhibit 123

# Account Transactions (General Ledger)

**ED&F Man Capital Markets Ltd**
08/01/2014 through 08/26/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS)**

**Asset (DKK / DKK) Layer (C) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 07/31/2014 | | Opening Balance | 0 | | 0 | 2,108,673.85 Cr | 2,108,673.85 Cr |
| 08/01/2014 | T00031603501002 | BUY 386,207.98 DKK @ .1341 EUR 51,792.03 | 1 | CASH | 316035 | 386,207.98 Dr | 1,722,465.87 Cr |
| 08/01/2014 | T00031626801002 | BUY 1,722,465.87 DKK @ .1794 USD 308,962 | 1 | CASH | 316268 | 1,722,465.87 Dr | 0.00 Cr |
| 08/11/2014 | 321573 | Reversal of SEL 3,400,000 TDC DC @ 51.80 | 3 | PROCEED-EQUITY | 317924 | 176,122,210.00 Cr | 176,122,210.00 Cr |
| 08/11/2014 | T00031792401002 | SEL 3,400,000 TDC DC @ 51.8007 DKK 176,1 | 2 | PROCEED-EQUITY | 317924 | 176,122,210.00 Dr | 0.00 Cr |
| 08/11/2014 | T00031819601002 | SEL 3,400,000 TDC DC @ 51.8007 DKK 176,1 | 2 | PROCEED-EQUITY | 318196 | 176,122,210.00 Dr | 176,122,210.00 Dr |
| 08/13/2014 | 323117 | Realized Gain/Loss Cust FUTURE | 5 | TR-PL-FUTURE | 0 | 8,383,720.00 Cr | 167,738,490.00 Dr |
| 08/15/2014 | 323588 | CASH DIV - TDC DC - PD 13/08/14 | 2 | Unclassified | 0 | 3,723,000.00 Cr | 164,015,490.00 Dr |
| 08/21/2014 | 325256 | TDC DC Cutody Fee pt I | 1 | Unclassified | 0 | 51,000.00 Dr | 164,066,490.00 Dr |
| | | | | | | | 164,066,490.00 Dr |

**Asset (DKK / DKK) Layer (O) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 08/07/2014 | 321497 | Unrealized Gain/Loss Cust FUTURE | 134 | PROCEED-FUTURE | 317968 | 2,098,820.00 Cr | 2,098,820.00 Cr |
| 08/08/2014 | 321546 | Reversal of Unrealized Gain/Loss Cust FU | 134 | PROCEED-FUTURE | 317968 | 2,098,820.00 Dr | 0.00 Cr |
| 08/08/2014 | 321937 | Unrealized Gain/Loss Cust FUTURE | 134 | PROCEED-FUTURE | 317968 | 4,818,820.00 Cr | 4,818,820.00 Cr |
| 08/09/2014 | 321976 | Unrealized Gain/Loss Cust FUTURE | 134 | PROCEED-FUTURE | 317968 | 4,818,820.00 Cr | 9,637,640.00 Cr |
| 08/10/2014 | 321990 | Unrealized Gain/Loss Cust FUTURE | 134 | PROCEED-FUTURE | 317968 | 4,818,820.00 Cr | 14,456,460.00 Cr |
| 08/11/2014 | 322003 | Reversal of Unrealized Gain/Loss Cust FU | 134 | PROCEED-FUTURE | 317968 | 4,818,820.00 Dr | 9,637,640.00 Cr |
| 08/11/2014 | 322010 | Reversal of Unrealized Gain/Loss Cust FU | 134 | PROCEED-FUTURE | 317968 | 4,818,820.00 Dr | 4,818,820.00 Cr |
| 08/11/2014 | 322011 | Reversal of Unrealized Gain/Loss Cust FU | 134 | PROCEED-FUTURE | 317968 | 4,818,820.00 Dr | 0.00 Cr |
| 08/11/2014 | 322408 | Unrealized Gain/Loss Cust FUTURE | 126 | PROCEED-FUTURE | 317968 | 8,898,820.00 Cr | 8,898,820.00 Cr |
| 08/12/2014 | 322441 | Reversal of Unrealized Gain/Loss Cust FU | 126 | PROCEED-FUTURE | 317968 | 8,898,820.00 Dr | 0.00 Cr |
| 08/12/2014 | 322755 | Unrealized Gain/Loss Cust FUTURE | 126 | PROCEED-FUTURE | 317968 | 8,048,820.00 Cr | 8,048,820.00 Cr |
| 08/13/2014 | 322789 | Reversal of Unrealized Gain/Loss Cust FU | 126 | PROCEED-FUTURE | 317968 | 8,048,820.00 Dr | 0.00 Cr |
| | | | | | | | 0.00 Cr |

**Asset (EUR / EUR) Layer (C) [Euro]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 07/31/2014 | | Opening Balance | 0 | | 0 | 8,716.49 Dr | 8,716.49 Dr |
| 08/01/2014 | T00031603501002 | BUY 386,207.98 DKK @ .1341 EUR 51,792.03 | 2 | CASH | 316035 | 51,792.03 Cr | 43,075.54 Cr |
| 08/04/2014 | 320088 | Mkt Ticket charges - June2014 | 1 | Unclassified | 0 | 318.00 Dr | 42,757.54 Cr |
| 08/11/2014 | 322082 | Futures - TKF15AUG2014 Clearing Fees Rec | 1 | Unclassified | 0 | 1,020.00 Dr | 41,737.54 Cr |
| 08/11/2014 | 322087 | Futures - TKF15AUG2014 Exchange Fees Rec | 1 | Unclassified | 0 | 475.00 Dr | 41,262.54 Cr |
| 08/14/2014 | 323196 | Futures - TKF15AUG2014 Clearing Fees Rec | 1 | Unclassified | 0 | 1,020.00 Dr | 40,242.54 Cr |
| 08/14/2014 | 323201 | Futures - TKF15AUG2014 Exchange Fees Rec | 1 | Unclassified | 0 | 475.00 Dr | 39,767.54 Cr |
| | | | | | | | 39,767.54 Cr |

**Asset (USD / USD) Layer (C) [US Dollar]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 07/31/2014 | | Opening Balance | 0 | | 0 | 8,678,504.32 Dr | 8,678,504.32 Dr |
| 08/01/2014 | T00031626801002 | BUY 1,722,465.87 DKK @ .1794 USD 308,962 | 2 | CASH | 316268 | 308,962.48 Cr | 8,369,541.84 Dr |

# Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd
08/01/2014 through 08/26/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|----------|--------------------|-----------------|
|      |           |                     |     |                |          |                    | 8,369,541.84 Dr |

**Gross Debit for all Trades:**                          0.00
**Gross Credit for all Trades:**                         0.00

**Net Debit/Credit for all Trades:**                     0.00 Cr