# Exhibit 124



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN - 75 Claremont Road, Suite 309, Bernardsville, New Jersey 07924, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Chr Hansen Holding A/S |
| ISIN: | DK0060227585 |
| SEDOL: | B573M11 |
| Ex Date: | 28/11/2014 |
| Record Date: | 01/12/2014 |
| Pay Date: | 02/12/2014 |
| Quantity: | 800,000.00 |
| Gross Div Rate: | 3.77 |
| Amount Received: | 2,201,680.00 |
| WHT Suffered: | 814,320.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00026785

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> |
| **Sent:** | 28 November 2014 15:39 |
| **To:** | Stacey Kaminer |
| **Cc:** | Foster, Victoria (LDN); Bottomley, Oliver (LDN); LDN-EQUITYFINANCE-TRADS-DL |
| **Subject:** | RE: CHR DC |
| **Attachments:** | 800,000 CHR DC Confirm (SEB Settlement please); AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN  PRS CHR DC 01 12.xlsx |

Hi Stacey,

You bought 800K CHR DC for AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN at DKK 258.9

Hedged with 3 month PRS with 3 month Cibor at CHR 255.5635

Many thanks,
Sara

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 28 November 2014 14:03
**To:** Mina, Sara (LDN)
**Cc:** Foster, Victoria (LDN); Bottomley, Oliver (LDN)
**Subject:** Re: CHR DC

Anything would be greatly appreciated.

Sent from my iPhone

On Nov 28, 2014, at 7:01 AM, Mina, Sara (LDN) <smina@edfmancapital.com> wrote:

> Hi Stacey,
>
> Please leave this with us – I am sure we will be able to accommodate.
>
> Will be back asap to confirm.
>
> Many thanks,
> Sara
>
> **From:** Stacey Kaminer [mailto:SK@acerinvest.com]
> **Sent:** 28 November 2014 13:57
> **To:** Mina, Sara (LDN); Foster, Victoria (LDN); Bottomley, Oliver (LDN)
> **Subject:** CHR DC
>
> All,
>
> I have just noticed a grievous mistake. AIGPP was interested in liquidity on CHR DC ISIN DK0060227585 up to 1,000,000 shares. This mail was meant to go out yesterday but I think with the US holiday, Thanksgiving, it was overlooked as a possible trading day. Is there any accommodation that can be made? The record date is Monday.
>
> Sincerely,

CONFIDENTIAL

ED&F-00026786

Stacey

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL                                                                ED&F-00026787

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Schofield, Paul (LDN) <pschofield@edfmancapital.com> |
| **Sent:** | 28 November 2014 14:51 |
| **To:** | Mina, Sara (LDN) |
| **Cc:** | Regan, Paul (LDN); Schofield, Paul (LDN) |
| **Subject:** | 800,000 CHR DC Confirm (SEB Settlement please) |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi,

To confirm ED&F MCM BUY the following:

800,000 CHR DC (DK0060227585) @ DKK 258.90 (DKK 258.90324 net)

Trade date 27-Nov
Value date 01-Dec

Thanks,
Paul

Paul Schofield
Senior Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7637
Mob: +44 (0)7810 543272

CONFIDENTIAL                                                            ED&F-00026788



E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Telephone: +44 203 580 7625

| Our Ref: |
| --- |
| 361362 |

## Price Return Equity Swap Confirmation

| TO | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| --- | --- |
| TRADER CONTACT | Stacey Kaminer sk@acerinvest.com |
| OUR CONTACT | Victoria Foster (Tel: +44 20 3580 7629) |

| Trade Date | 27-Nov-2014 |
| --- | --- |
| Effective Date | 1-Dec-2014 |
| Termination Date | 26-Feb-2015 |
| Shares | CHR DC |
| Number of Shares | 800,000 |
| Equity Notional Amount | kr. 204,450,800.00 |
| Initial Price | kr.      255.5635 |

### Equity Amounts

| Equity Amount Payer | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| --- | --- |
| Dividend Amount | Not Applicable |
| Dividend Payment Date | Not Applicable |
| Cash Settlement Payment Date | Payment Date |
| Valuation Dates | 26-Feb-15 |

### Floating Amounts

| Floating Amount Payer | E D & F Man Capital Markets Limited |
| --- | --- |
| Floating Rate Option | FIXED |
| Designated Maturity | 26-Feb-15 |
| Spread | Zero |
| Business Days | London |
| Floating Rate Day Count Fraction | Act/360 |
| Payment Date | 02-Mar-15 |

| Calculation Agent | E D & F Man Capital Markets Limited |
| --- | --- |
| Other Provisions | Either Party may, by giving notice to the other party prior to the Final Valuation Date designate a revised Final Valuation Date according to the provisions laid out in the ISDA confirmation. |

*Clients are advised to seek their own advice or satisfy themselves regarding the legal, credit, tax, risk management and risk tolerance implications of this transaction. Should clarification of any of the details of the transaction be required please contact us on + 44 20 3580 7625. E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority and is a member of the London Stock Exchange.*

## Other Swap Terms

### General Terms

| Exchange | New York Stock Exchange |
| --- | --- |
| Related Exchange | All Exchanges |

### Equity Amounts

| Equity Notional Reset | Not Applicable |
| --- | --- |
| Re-investment of Dividends | Not Applicable |

### Floating Amounts

| Floating Rate for initial Calculation Period | 0.305% |
| --- | --- |
| Linear Interpolation | Applicable |
| Reset Dates | The first day of each Calculation Period |

### Adjustments

ED&F-00026789

| Method of Adjustment | Calculation Agent Adjustment |
|---|---|

**Extraordinary Events:**

| | |
|---|---|
| Consequences of Merger Events | |
| Share-for-Share | Mod Calc Agent Adjustment |
| Share-for-Other | Mod Calc Agent Adjustment |
| Share-for-Combined | Mod Calc Agent Adjustment |
| | |
| Consequences of Tender Offers | |
| Tender Offer: | Applicable |
| Share-for-Share | Mod Calc Agent Adjustment |
| Share-for-Other | Mod Calc Agent Adjustment |
| Share-for-Combined | Mod Calc Agent Adjustment |
| | |
| Composition of Combined Consideration | Not Applicable |
| Nationalisation, Insolvency or Delisting | Cancellation and Payment |

**Additional Disruption Events:**

| | |
|---|---|
| Change in Law | Applicable |
| Failure to Deliver | Not Applicable |
| Insolvency Filing | Not Applicable |
| Hedging Disruption | Not Applicable |
| Increased Cost of Hedging | Not Applicable |
| Loss of Stock Borrow | Not Applicable |
| Increased Cost of Stock Borrow | Not Applicable |
| Maximum Stock Loan Rate | |
| Initial Stock Loan Rate | |

**Agreements and Acknowledgements:**

| | |
|---|---|
| Non-Reliance | Applicable |
| Regarding Hedging Activities | Applicable |
| Additional Acknowledgements | Applicable |
| Early Termination | Applicable Both Parties |

ED&F-00026790

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Schofield, Paul (LDN) <pschofield@edfmancapital.com> |
| **Sent:** | 28 November 2014 14:51 |
| **To:** | Bottomley, Oliver (LDN) |
| **Cc:** | Regan, Paul (LDN); Schofield, Paul (LDN) |
| **Subject:** | 800,000 CHR DC Confirm (SEB Settlement please) |

Hi,

To confirm ED&F MCM SELL the following:

800,000 CHR DC (DK0060227585) @ DKK 258.90

Trade date 27-Nov
Value date 01-Dec

Thanks,
Paul

Paul Schofield
Senior Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7637
Mob: +44 (0)7810 543272

CONFIDENTIAL                                          ED&F-00026791

**Charlotte Woodward**

| | |
|---|---|
| **From:** | slcsconfirm@morganstanley.com |
| **Sent:** | 28 November 2014 09:05 |
| **To:** | secops@edfmancapital.com |
| **Subject:** | Stock lending deal confirmation - 250000 - CHR HANSEN (DEN LISTING) - DK0060227585 |
| **Attachments:** | 250000_DK0060227585.pdf |

Attached are confirmation(s) of transactions executed with the applicable Morgan Stanley entity referenced therein. These are official Morgan Stanley confirmation(s). If you have any questions on the confirmations attached to this e-mail, please contact your Morgan Stanley representative as soon as possible (preferably within 24 hours).

This e-mail may contain privileged and/or confidential information and is intended only for the individual or entity to whom it is addressed.  The sender does not waive confidentiality or privilege.  If you are not the named addressee, you should not use, disseminate, distribute, print or copy this e-mail or any attachments. Please notify the sender immediately by return e-mail if you have received this e-mail by mistake and delete all copies of this transmission from your system.

We advise that in keeping with good computing practice the recipient of this e-mail should ensure that it is virus free. We do not accept responsibility for any virus that may be transferred by way of this e-mail.

Communications by Internet /E-mail may be subject to interruption/interception, transmission blackout, delayed transmission, data corruption, incorrect data transmission and unauthorized amendment.  In addition there are security concerns with the internet and the privacy of data and documents transmitted via the internet/e-mail cannot be guaranteed. The Morgan Stanley companies cannot be held responsible for any loss arising from any of the types of risks described herein. No representation or warranty is made in this e-mail as to the accuracy or completeness of information contained here.

CONFIDENTIAL    ED&F-00026792

# Morgan Stanley

28 November 2014

Securities Lending
Morgan Stanley & Co. International plc
25 Cabot Square
Canary Wharf
London E14 4QA
Telephone +44-141-245-8111
Fax +44-207-056-8218

**To**
ED&F MAN
E D & F MAN CAPITAL MARKETS LIMITED
COTTONS CENTRE
HAY'S LANE
LONDON SE1 2QE
UNITED KINGDOM
E-mail : secops@edfmancapital.com

# AMENDMENT

Morgan Stanley & Co. International plc acting as principal confirms the following new stock lending transaction

| | | | |
|---|---|---|---|
| **Borrower:** | E D & F MAN CAPITAL MARKETS LIMITED (GBEDFDT) | **Lender:** | Morgan Stanley & Co. International plc |
| **Account:** | 09848EQ17 | **Our deal reference:** | 340853502 Q7TUSP997 |
| **Trade Date:** | 21 November 2014 | **Fee Term:** | 02 December 2014 |
| **Settlement Date:** | 28 November 2014 | | |
| **Securities:** | CHR HANSEN (DEN LISTING) | **Date Of Return:** | Until Further Notice |
| **Sedol:** | B573M11 | **ISIN:** | DK0060227585 |
| **Country of Issue:** | DNK | | |
| **Nominal/Quantity:** | 250,000.00 | | |
| **Rate:** | 4.679% fee | **Dividend Requirement:** | 85% Distributions |
| **Price:** | 34.11 EUR | | |
| **Value:** | 8,527,500.00 EUR | **Collateral:** | Non Cash |
| **Settlement:** | Free of payment | | |

**Our Instructions:**
SKANDINAVISKA ENSKILDA BANKEN
MS CO INTL PLC
05295145422
ESSEDKKKXXX

**Your Instructions:**
SKANDINAVISKA ENSKILDA BANKEN,
ED AND F MAN CAPITAL MARKETS L
05295142806 MACVGB22
ESSEDKKK

Time of execution available on request
Morgan Stanley & Co. International plc is authorised by the Prudential Regulation Authority and regulated by
the Financial Conduct Authority and Prudential Regulation Authority
A Member of the London Stock Exchange

Morgan Stanley & Co. International plc (Morgan Stanley) is not entering into this transaction in a fiduciary or advisory capacity. By entering into and performing this Transaction, the Counterparty represents and acknowledges that (i) it has a full understanding of the risks thereof, and it is capable of assuming those risks; (ii) it has made its own investment trading decisions (including decisions regarding the suitability of this transaction) based upon its own judgement and upon advice (including tax, legal, or regulatory advice) from such advisors as it has deemed necessary; (iii) Morgan Stanley and its affiliates are not acting as a fiduciary or advisor for it in relation to this Transaction. Any reference in this confirmation to Fee Term is for the purpose of determining the period for which the fee rates stated in this confirmation will apply. This does not imply, and shall not be construed to mean, a fixed term period for this transaction, and accordingly, unless otherwise agreed, this transaction may be terminated by the parties on demand/on notice as contemplated in the underlying securities lending agreement. For the avoidance of doubt, in the event of such termination, fees will be pro rated accordingly. Where the Fee Term is expressed to be open, or following completion of any Fee Term referenced above, fees will be at the rate agreed by the parties. "Dividend Requirement" means agreed total manufactured payment due from Borrower to Lender and shall be calculated by reference to the gross income payable in respect of the Securities. For the avoidance of doubt, no other amounts or tax vouchers shall be payable or deliverable by Borrower in respect of any deduction, withholding or payment for or on account of tax or in lieu of any tax voucher.

Document Creation Time: 20141128-09:05:19.162 GMT
CONFIDENTIAL

ED&F-00026793

**Charlotte Woodward**

| | |
|---|---|
| **From:** | slcsconfirm@morganstanley.com |
| **Sent:** | 21 November 2014 11:05 |
| **To:** | secops@edfmancapital.com |
| **Subject:** | Stock lending deal confirmation - 250000 - CHR HANSEN (DEN LISTING) - DK0060227585 |
| **Attachments:** | 250000_DK0060227585.pdf |

Attached are confirmation(s) of transactions executed with the applicable Morgan Stanley entity referenced therein. These are official Morgan Stanley confirmation(s). If you have any questions on the confirmations attached to this e-mail, please contact your Morgan Stanley representative as soon as possible (preferably within 24 hours).

This e-mail may contain privileged and/or confidential information and is intended only for the individual or entity to whom it is addressed.  The sender does not waive confidentiality or privilege.  If you are not the named addressee, you should not use, disseminate, distribute, print or copy this e-mail or any attachments. Please notify the sender immediately by return e-mail if you have received this e-mail by mistake and delete all copies of this transmission from your system.

We advise that in keeping with good computing practice the recipient of this e-mail should ensure that it is virus free. We do not accept responsibility for any virus that may be transferred by way of this e-mail.

Communications by Internet /E-mail may be subject to interruption/interception, transmission blackout, delayed transmission, data corruption, incorrect data transmission and unauthorized amendment.  In addition there are security concerns with the internet and the privacy of data and documents transmitted via the internet/e-mail cannot be guaranteed. The Morgan Stanley companies cannot be held responsible for any loss arising from any of the types of risks described herein. No representation or warranty is made in this e-mail as to the accuracy or completeness of information contained here.

CONFIDENTIAL                                                                                          ED&F-00026794

# Morgan Stanley

21 November 2014

Securities Lending
Morgan Stanley & Co. International plc
25 Cabot Square
Canary Wharf
London E14 4QA
Telephone +44-141-245-8111
Fax +44-207-056-8218

**To**
ED&F MAN
E D & F MAN CAPITAL MARKETS LIMITED
COTTONS CENTRE
HAY'S LANE
LONDON SE1 2QE
UNITED KINGDOM
E-mail : secops@edfmancapital.com

Morgan Stanley & Co. International plc acting as principal confirms the following new stock lending transaction

| | | | |
|---|---|---|---|
| **Borrower:** | E D & F MAN CAPITAL MARKETS LIMITED (GBEDFDT) | **Lender:** | Morgan Stanley & Co. International plc |
| **Account:** | 09848EQ17 | **Our deal reference:** | 340853502 Q7TUSP999 |
| **Trade Date:** | 21 November 2014 | **Fee Term:** | 02 December 2014 |
| **Settlement Date:** | 28 November 2014 | | |
| **Securities:** | CHR HANSEN (DEN LISTING) | **Date Of Return:** | Until Further Notice |
| **Sedol:** | B573M11 | **ISIN:** | DK0060227585 |
| **Country of Issue:** | DNK | | |
| **Nominal/Quantity:** | 250,000.00 | | |
| **Rate:** | 4.679% fee | **Dividend Requirement:** | 85% Distributions |
| **Price:** | 34.11 EUR | | |
| **Value:** | 8,527,500.00 EUR | **Collateral:** | Non Cash |
| **Settlement:** | Free of payment | | |

**Our Instructions:**
SKANDINAVISKA ENSKILDA BANKEN
MS CO INTL PLC
05295145422
ESSEDKKKXXX

**Your Instructions:**

Time of execution available on request
Morgan Stanley & Co. International plc is authorised by the Prudential Regulation Authority and regulated by
the Financial Conduct Authority and Prudential Regulation Authority
A Member of the London Stock Exchange

Morgan Stanley & Co. International plc (Morgan Stanley) is not entering into this transaction in a fiduciary or advisory capacity. By entering into and performing this Transaction, the Counterparty represents and acknowledges that (i) it has a full understanding of the risks thereof, and it is capable of assuming those risks; (ii) it has made its own investment trading decisions (including decisions regarding the suitability of this transaction) based upon its own judgement and upon advice (including tax, legal, or regulatory advice) from such advisors as it has deemed necessary; (iii) Morgan Stanley and its affiliates are not acting as a fiduciary or advisor for it in relation to this Transaction. Any reference in this confirmation to Fee Term is for the purpose of determining the period for which the fee rates stated in this confirmation will apply. This does not imply, and shall not be construed to mean, a fixed term period for this transaction, and accordingly, unless otherwise agreed, this transaction may be terminated by the parties on demand/on notice as contemplated in the underlying securities lending agreement. For the avoidance of doubt, in the event of such termination, fees will be pro rated accordingly. Where the Fee Term is expressed to be open, or following completion of any Fee Term referenced above, fees will be at the rate agreed by the parties. "Dividend Requirement" means agreed total manufactured payment due from Borrower to Lender and shall be calculated by reference to the gross income payable in respect of the Securities. For the avoidance of doubt, no other amounts or tax vouchers shall be payable or deliverable by Borrower in respect of any deduction, withholding or payment for or on account of tax or in lieu of any tax voucher.

Document Creation Time: 20141121-11:04:35.493 GMT
CONFIDENTIAL

ED&F-00026795

**Charlotte Woodward**

| | |
|---|---|
| **From:** | slcsconfirm@morganstanley.com |
| **Sent:** | 24 November 2014 15:03 |
| **To:** | secops@edfmancapital.com |
| **Subject:** | Stock lending deal confirmation - 300000 - CHR HANSEN (DEN LISTING) - DK0060227585 |
| **Attachments:** | 300000_DK0060227585.pdf |

Attached are confirmation(s) of transactions executed with the applicable Morgan Stanley entity referenced therein. These are official Morgan Stanley confirmation(s). If you have any questions on the confirmations attached to this e-mail, please contact your Morgan Stanley representative as soon as possible (preferably within 24 hours).

This e-mail may contain privileged and/or confidential information and is intended only for the individual or entity to whom it is addressed. The sender does not waive confidentiality or privilege. If you are not the named addressee, you should not use, disseminate, distribute, print or copy this e-mail or any attachments. Please notify the sender immediately by return e-mail if you have received this e-mail by mistake and delete all copies of this transmission from your system.

We advise that in keeping with good computing practice the recipient of this e-mail should ensure that it is virus free. We do not accept responsibility for any virus that may be transferred by way of this e-mail.

Communications by Internet /E-mail may be subject to interruption/interception, transmission blackout, delayed transmission, data corruption, incorrect data transmission and unauthorized amendment. In addition there are security concerns with the internet and the privacy of data and documents transmitted via the internet/e-mail cannot be guaranteed. The Morgan Stanley companies cannot be held responsible for any loss arising from any of the types of risks described herein. No representation or warranty is made in this e-mail as to the accuracy or completeness of information contained here.

# Morgan Stanley

21 November 2014

Securities Lending
Morgan Stanley & Co. International plc
25 Cabot Square
Canary Wharf
London E14 4QA
Telephone +44-141-245-8111
Fax +44-207-056-8218

**To**
ED&F MAN
E D & F MAN CAPITAL MARKETS LIMITED
COTTONS CENTRE
HAY'S LANE
LONDON SE1 2QE
UNITED KINGDOM
E-mail : secops@edfmancapital.com

Morgan Stanley & Co. International plc acting as principal confirms the following new stock lending transaction

| | | | |
|---|---|---|---|
| **Borrower:** | E D & F MAN CAPITAL MARKETS LIMITED (GBEDFDT) | **Lender:** | Morgan Stanley & Co. International plc |
| **Account:** | 09848EQ17 | **Our deal reference:** | 340853502 Q7TUSP999 |
| **Trade Date:** | 21 November 2014 | **Fee Term:** | 02 December 2014 |
| **Settlement Date:** | 28 November 2014 | | |
| **Securities:** | CHR HANSEN (DEN LISTING) | **Date Of Return:** | Until Further Notice |
| **Sedol:** | B573M11 | **ISIN:** | DK0060227585 |
| **Country of Issue:** | DNK | | |
| **Nominal/Quantity:** | 250,000.00 | | |
| **Rate:** | 4.679% fee | **Dividend Requirement:** | 85% Distributions |
| **Price:** | 34.11 EUR | | |
| **Value:** | 8,527,500.00 EUR | **Collateral:** | Non Cash |
| **Settlement:** | Free of payment | | |

**Our Instructions:**
SKANDINAVISKA ENSKILDA BANKEN
MS CO INTL PLC
05295145422
ESSEDKKKXXX

**Your Instructions:**

Time of execution available on request
Morgan Stanley & Co. International plc is authorised by the Prudential Regulation Authority and regulated by
the Financial Conduct Authority and Prudential Regulation Authority
A Member of the London Stock Exchange

Morgan Stanley & Co. International plc (Morgan Stanley) is not entering into this transaction in a fiduciary or advisory capacity. By entering into and performing this Transaction, the Counterparty represents and acknowledges that (i) it has a full understanding of the risks thereof, and it is capable of assuming those risks; (ii) it has made its own investment trading decisions (including decisions regarding the suitability of this transaction) based upon its own judgement and upon advice (including tax, legal, or regulatory advice) from such advisors as it has deemed necessary, (iii) Morgan Stanley and its affiliates are not acting as a fiduciary or advisor for it in relation to this Transaction. Any reference in this confirmation to Fee Term is for the purpose of determining the period for which the fee rates stated in this confirmation will apply. This does not imply, and shall not be construed to mean, a fixed term period for this transaction, and accordingly, unless otherwise agreed, this transaction may be terminated by the parties on demand/on notice as contemplated in the underlying securities lending agreement. For the avoidance of doubt, in the event of such termination, fees will be pro rated accordingly. Where the Fee Term is expressed to be open, or following completion of any Fee Term referenced above, fees will be at the rate agreed by the parties. "Dividend Requirement" means agreed total manufactured payment due from Borrower to Lender and shall be calculated by reference to the gross income payable in respect of the Securities. For the avoidance of doubt, no other amounts or tax vouchers shall be payable or deliverable by Borrower in respect of any deduction, withholding or payment for or on account of tax or in lieu of any tax voucher.

Document Creation Time: 20141121-11:04:35.493 GMT
CONFIDENTIAL

ED&F-00026797

Rosenblatt work product: extracts of shadow data

| Firm | Date Basis | Ticket Sequence | ExtRefID | Trade Date | Entry Date | Settlement Date | Trade Account | ProductType | AssetAlias1 | Trade Currency | Ticket State | Trade Transaction | Quantity | Trade Proceeds | FinalPrice | Asset Alias4 | MasterAccount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 360834 | EQ45797-156470 | 24/11/2014 | 2014-11-26 00:00:00.000 | 28/11/2014 | 1020030MSIPLCLDN00 | EQUITY | DK0060227585 | EUR | REP | BOR | 300,000 | 11256800.00 | 34.1100000000 | CHR DC | 1020030MSIPLCLDN00 |
| E1 | TRD | 361284 | EQ46896-158226 | 24/11/2014 | 2014-11-28 00:00:00.000 | 28/11/2014 | 1020030MSIPLCLDN00 | EQUITY | DK0060227585 | EUR | REP | BOR | 250,000 | 9380250.00 | 34.1100000000 | CHR DC | 1020030MSIPLCLDN00 |
| E1 | TRD | 361285 | EQ45759-156292 | 24/11/2014 | 2014-11-28 00:00:00.000 | 28/11/2014 | 1020030MSIPLCLDN00 | EQUITY | DK0060227585 | EUR | REP | BOR | 250,000 | 9380250.00 | 34.1100000000 | CHR DC | 1020030MSIPLCLDN00 |
| E1 | TRD | 360847 | EQ45759-156293 | 21/11/2014 | 2014-11-26 00:00:00.000 | 28/11/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060227585 | EUR | REP | LDN | 500,000 | 17055900.00 | 34.1100000000 | CHR DC | 1020010CLIENTHEDGE |
| E1 | TRD | 360415 | EQ45797-156473 | 24/11/2014 | 2014-11-25 00:00:00.000 | 28/11/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060227585 | EUR | ORG | LDN | 300,000 | 10233000.00 | 34.1100000000 | CHR DC | 1020010CLIENTHEDGE |
| E1 | TRD | 361360 | EQ46906-158314 | 27/11/2014 | 2014-11-28 00:00:00.000 | 01/12/2014 | 1020035IDBSEBIOBE1 | EQUITY | DK0060227585 | DKK | ORG | SEL | 800,000 | 207120000.00 | 258.9000000000 | CHR DC | 1020035IDBSEBIOBE1 |
| E1 | TRD | 361359 | EQ46906-158313 | 27/11/2014 | 2014-11-28 00:00:00.000 | 01/12/2014 | 1020035IDBSEBIOBE1 | EQUITY | DK0060227585 | DKK | ORG | BUY | 800,000 | 207122592.00 | 258.9032400000 | CHR DC | 1020035IDBSEBIOBE1 |
| E1 | TRD | 361359 | EQ46906-158313 | 27/11/2014 | 2014-11-28 00:00:00.000 | 01/12/2014 | 1020010AMERICINVGR | EQUITY | DK0060227585 | DKK | ORG | SEL | 800,000 | 207122592.00 | 258.9032400000 | CHR DC | 1020010AMERICINVGR |

CONFIDENTIAL



| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C3982963 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E1000038832101 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :ESET//20141201 |
| 10 | 10 | 98A | :TRAD//20141127 |
| 11 | 11 | 35B | ISIN DK0060227585 |
| 12 | 12 | 000 | CHR HANSEN HOLDING |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :ESTT//UNIT/800000, |
| 16 | 16 | 97A | :SAFE//05295142806 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//ESSEDKKKXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MACVGB22 |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16R | AMT |
| 30 | 30 | 19A | :ESTT//DKK207122592, |
| 31 | 31 | 16S | AMT |
| 32 | 32 | 16S | SETDET |

CONFIDENTIAL ED&F-00026799

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name   : American Investment Group of NY
Date           : 28-11-2014
Currency       : USD

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 370,221,157.94 Dr | 0.16735281 | 61,957,551.11 Dr | 163,098,565.94 Dr | 0.16735281 | 27,295,003.32 Dr |
| EUR Cash | 36,209,807.71 Dr | 1.24520000 | 45,088,452.56 Dr | 36,209,807.71 Dr | 1.24520000 | 45,088,452.56 Dr |
| USD Cash | 365,618.16 Cr | 1.00000000 | 365,618.16 Cr | 365,618.16 Cr | 1.00000000 | 365,618.16 Cr |
| | | | ========================= | | | ========================= |
| | | | 106,680,385.51 Dr | | | 72,017,837.72 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| CHR DC | CHR HANSEN HOLDING A/S | C | 800,000.00 Lg | 258.9032 | 253.3000 | 207,122,592.00 Dr | 202,640,000.00 Cr | 4,482,592.00 Dr | DKK |
| TDC DC | TDC A/S | C | 3,400,000.00 Lg | 51.8007 | 48.5000 | 176,122,210.00 Dr | 164,900,000.00 Cr | 11,222,210.00 Dr | DKK |
| | | | | | | ================= | ================= | ================= | |
| | | | | Totals: | | 383,244,802.00 Dr | 367,540,000.00 Cr | 15,704,802.00 Dr | |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UMI BB | UMICORE | C | 997,600.00 Lg | 37.1205 | 32.7000 | 37,031,370.00 Dr | 32,621,520.00 Cr | 4,409,850.90 Dr | EUR |
| | | | | | | ================= | ================= | ================= | |
| | | | | Totals: | | 37,031,370.90 Dr | 32,621,520.00 Cr | 4,409,850.90 Dr | |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 27-11-14 | 01-12-14 | Normal | BUY | 800,000.00 | CHR DC | 258.9032 | 207,122,592.00 Dr | DKK |

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity | D | Open Price | Notional | Cur | Market Price | MTM Next Valuation Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 361373 | 27-11-14 01-12-14 | 02-03-15 | CHR DC CHR HANSEN HOLDING A/S | 900,000 | S | 258.5636 | 232,707,240 | DKK | 253.3000 | 4,737,240 01-12-14 | Fixed | 0.3050 | 0.00 |
| 321173 | 13-08-14 14-08-14 | 18-03-15 | TDC DC TDC A/S | 3,400,000 | S | 48.0015 | 163,205,100 | DKK | 48.5000 | -1,694,900 | Fixed | 0.0000 | 0.00 |
| 324624 | 01-09-14 04-09-14 | 16-09-15 | UMI BB UMICORE | 997,600 | S | 36.3310 | 36,243,806 | EUR | 32.7000 | 3,622,286 | Fixed | 0.0000 | 0.00 |

Page 1 of 3

ED&F-00026800

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : American Investment Group of NY
Date          : 28-11-2014
Currency      : USD

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 72,017,837.72 Dr |
| Value of trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 0.00 Cr |
| **Value of closing currency balance(s)** | **72,017,837.72 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 34,662,547.79 Dr |
| **Trade Date Cash Balance** | **106,680,385.51 Dr** |
| Market Value of Positions | 102,129,168.49 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 5,019,614.18 Cr |
| **Preliminary Account Value** | **468,397.16 Cr** |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 0.00 Cr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **0.00 Cr** |

## Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|---|---|---|---|---|---|---|---|---|
| 225694 | Money due call | Issued | 21-11-2014 | 21-11-2014 | 28-11-2014 | 1,118,913.10 | 1,118,913.10 | USD |
| 226397 | Money due call | Issued | 24-11-2014 | 24-11-2014 | 01-12-2014 | 353,113.94 | 353,113.94 | USD |
| 227101 | Money due call | Issued | 25-11-2014 | 25-11-2014 | 02-12-2014 | 237,114.08 | 237,114.08 | USD |
| 229251 | Money due call | Issued | 28-11-2014 | 28-11-2014 | 05-12-2014 | 2,842,075.90 | 2,842,075.90 | USD |
| | | | | | | 4,551,217.02 | 4,551,217.02 | |

CONFIDENTIAL

ED&F-00026801

# Account Equity

| | |
|---|---|
| ED&F Man Capital Markets Ltd | Account Number: CC:AMERIC-INVGR |
| 3 London Bridge Street | Account Name  : American Investment Group of NY |
| London SE1 9SG | Date          : 28-11-2014 |
| United Kingdom | Currency      : USD |

**Total Account Value**                    468,397.16 Cr

## Financing Summary

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |

CONFIDENTIAL                                             ED&F-00026802



# Chr Hansen Holding A/S

**CHR DC**

ISIN: DK0060227585

SEDOL: B573M11

COUNTRY: DK

| | | | |
|---|---|---|---|
| EX DATE: | 28/11/2014 | REC DATE: | 01/12/2014 |
| CCY: DKK | | GROSS RATE: | 3.77 |

PAY DATE: 02/12/2014
FEE: 0.00

BOD BREAKDOWN TO BE SENT TO AGENT FOR: DATE:
CZ / FI / NO / PL / SE

## AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 800,000 | | | 2,201,680.00 | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 820,000 | | | 2,256,722.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 820,000 | | | 2,256,722.00 | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 820,000 | | | 2,256,722.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 820,000 | | | 2,256,722.00 | | | |
| LC:DENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -4,080,000 | | | -11,228,568.00 | | |
| | TOTALS | | 4,080,000 | -4,080,000 | TOTALS | 11,228,568.00 | -11,228,568.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BR:MSIPLC-LDN00 | Morgan Stanley & Co International Plc | 85% | 800,000 | | | 2,563,600.00 | | YES | | 4/12 | 362457 |
| CC:CLIENT-HEDGE | Client Hedges | 85% | | -800,000 | | | -2,563,600.00 | | | | |
| | SL TOTALS | | 800,000 | -800,000 | TOTALS | 2,563,600.00 | -2,563,600.00 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|---|
| | SWP TOTALS | | 0 | 0 | TOTALS | 0.00 | 0.00 |

| | | |
|---|---|---|
| PREPARED: | DESK SIGN OFF: | OPS MANAGERSIGN OFF: |
| AGENT CASH RECEIVED | CLAIMS PAID | D1 JOURNAL POSTED | JOURNAL NUMBERS UPDATED | DATE: 05/12/14 | FILE CLOSED CLOSER: |

CONFIDENTIAL

ED&F-00026803

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX566C141202000277243 141202 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX566C141202000277243 141202 | 2 | Tag 20C | :CORP//141104DVCA154421 |
| OESSEDKKKXXX566C141202000277243 141202 | 3 | Tag 20C | :SEME//C141202000277243 |
| OESSEDKKKXXX566C141202000277243 141202 | 4 | Tag 23G | NEWM |
| OESSEDKKKXXX566C141202000277243 141202 | 5 | Tag 22F | :CAEV//DVCA |
| OESSEDKKKXXX566C141202000277243 141202 | 6 | Tag 16R | LINK |
| OESSEDKKKXXX566C141202000277243 141202 | 7 | Tag 13A | :LINK//564 |
| OESSEDKKKXXX566C141202000277243 141202 | 8 | Tag 20C | :PREV//C141201000277008 |
| OESSEDKKKXXX566C141202000277243 141202 | 9 | Tag 16S | LINK |
| OESSEDKKKXXX566C141202000277243 141202 | 10 | Tag 16S | GENL |
| OESSEDKKKXXX566C141202000277243 141202 | 11 | Tag 16R | USECU |
| OESSEDKKKXXX566C141202000277243 141202 | 12 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX566C141202000277243 141202 | 13 | Tag 35B | ISIN DK0060227585 CHR HANSEN HOLDING |
| OESSEDKKKXXX566C141202000277243 141202 | 14 | Tag 93B | :CONB//UNIT/4080000, |
| OESSEDKKKXXX566C141202000277243 141202 | 15 | Tag 16S | USECU |
| OESSEDKKKXXX566C141202000277243 141202 | 16 | Tag 16R | CADETL |
| OESSEDKKKXXX566C141202000277243 141202 | 17 | Tag 98A | :XDTE//20141128 |
| OESSEDKKKXXX566C141202000277243 141202 | 18 | Tag 98A | :RDTE//20141201 |
| OESSEDKKKXXX566C141202000277243 141202 | 19 | Tag 16S | CADETL |
| OESSEDKKKXXX566C141202000277243 141202 | 20 | Tag 16R | CACONF |
| OESSEDKKKXXX566C141202000277243 141202 | 21 | Tag 13A | :CAON//001 |
| OESSEDKKKXXX566C141202000277243 141202 | 22 | Tag 22F | :CAOP//CASH |
| OESSEDKKKXXX566C141202000277243 141202 | 23 | Tag 16R | CASHMOVE |
| OESSEDKKKXXX566C141202000277243 141202 | 24 | Tag 22H | :CRDB//CRED |
| OESSEDKKKXXX566C141202000277243 141202 | 25 | Tag 97A | :CASH//52950017004263 |
| OESSEDKKKXXX566C141202000277243 141202 | 26 | Tag 19B | :PSTA//DKK11228568, |
| OESSEDKKKXXX566C141202000277243 141202 | 27 | Tag 19B | :GRSS//DKK15381600, |
| OESSEDKKKXXX566C141202000277243 141202 | 28 | Tag 19B | :NETT//DKK11228568, |
| OESSEDKKKXXX566C141202000277243 141202 | 29 | Tag 19B | :WITL//DKK4153032, |
| OESSEDKKKXXX566C141202000277243 141202 | 30 | Tag 98A | :POST//20141202 |
| OESSEDKKKXXX566C141202000277243 141202 | 31 | Tag 98A | :VALU//20141202 |
| OESSEDKKKXXX566C141202000277243 141202 | 32 | Tag 98A | :PAYD//20141202 |
| OESSEDKKKXXX566C141202000277243 141202 | 33 | Tag 92F | :GRSS//DKK3,770000 |
| OESSEDKKKXXX566C141202000277243 141202 | 34 | Tag 92A | :TAXR//27, |
| OESSEDKKKXXX566C141202000277243 141202 | 35 | Tag 16S | CASHMOVE |
| OESSEDKKKXXX566C141202000277243 141202 | 36 | Tag 16S | CACONF |
| OESSEDKKKXXX566C141202000277243 141202 | 37 | Tag 16R | ADDINFO |
| OESSEDKKKXXX566C141202000277243 141202 | 38 | Tag 70E | :PACO//SEB MERCHANT BANKING CUSTODY SERVICES DENMARK CORPORATE ACTIONS PHONE +371 677 57262 |
| OESSEDKKKXXX566C141202000277243 141202 | 39 | Tag 16S | ADDINFO |

CONFIDENTIAL

ED&F-00026804



CONFIDENTIAL

ED&F-00026805