# Exhibit 126



ED&F
MAN

E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN - Suite 104, 3372 Woods Edge Circle, Bonita Springs, Florida, 34134, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S B Share |
| ISIN: | DK0010244508 |
| SEDOL: | 4235048 |
| Ex Date: | 31/03/2015 |
| Record Date: | 01/04/2015 |
| Pay Date: | 07/04/2015 |
| Quantity: | 4,000.00 |
| Gross Div Rate: | 1971 |
| Amount Received: | 5,755,320.00 |
| WHT Suffered: | 2,128,680.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED  SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00078083

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 31 March 2015 09:17 |
| **To:** | Alan Goldman; Stacey Kaminer |
| **Cc:** | LDN-EQUITYFINANCE-TRADS-DL |
| **Subject:** | RE: MAERSKB DC- liquidity |
| **Attachments:** | American Investment Group - PRS MAERSKB DC 30th Mar.xlsx; Kamco Investments Inc Pension Plan - PRS MAERSKB DC 30th Mar.xlsx |

Term sheets attached.

Thanks
Oliver

**From:** Bottomley, Oliver (LDN)
**Sent:** 30 March 2015 17:55
**To:** Alan Goldman; Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL; LDN-MIDDLEOFFICE-EQUITYFINANCE-DL
**Subject:** Re: MAERSKB DC- liquidity

Alan filled stock @ DKK 16,410 T+2.

PRS Hedge
SELL Performance
American Invesment Group of NY
4,000 shares
DKK 14,608.5060
TD 30/03
VD 01/04
UW 17/04
SD 21/04
Rate: 1w CIBOR
(-0.2350%)
PRS Hedge
SELL Performance
kamco Investments Inc. Pension Plans
5,595 shares
DKK 14,608.5060
TD 30/03
VD 01/04
UW 17/04
SD 21/04
Rate: 1w CIBOR
(-0.2350%)

Term sheets to follow.

Thanks
Oliver

CONFIDENTIAL                                                                ED&F-00078084

**From:** Bottomley, Oliver (LDN)
**Sent:** 30 March 2015 17:26
**To:** Alan Goldman; Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL; LDN-MIDDLEOFFICE-EQUITYFINANCE-DL
**Subject:** Re: MAERSKB DC- liquidity


 Thanks Alan.

Seeing liquidty for 4,000 into AIGPP and 4,595 into KLPP. We can hedge these versus PRS.

**From:** Alan Goldman <AG@acerinvest.com>
**Sent:** 30 March 2015 16:24
**To:** Bottomley, Oliver (LDN); Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL; LDN-MIDDLEOFFICE-EQUITYFINANCE-DL
**Subject:** RE: MAERSKB DC- liquidity

Hi Oli,

AIGPP and KLPP would both be interested in purchasing 5K shares each vs. a single stock futures hedge (May 17th April 2015).

Regards,

Alan Goldman
Chief Financial Officer
Acer Investment Group, LLC
3372 Woods Edge Circle, Suite 104
Bonita Springs, FL 34134

---

**From:** Bottomley, Oliver (LDN) [mailto:obottomley@edfmancapital.com]
**Sent:** Monday, March 30, 2015 10:59 AM
**To:** Alan Goldman; Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL; LDN-MIDDLEOFFICE-EQUITYFINANCE-DL
**Subject:** MAERSKB DC- liquidity

Morning Alan,

We can see some liquidity today in MAERSKB DC.
Potential to BUY circa 10k shares vs. a single stock futures hedge (May 17th April 2015).

Do you have an account that would be interested in this?

Thanks
Oliver
This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to

CONFIDENTIAL                                                      ED&F-00078085

delete all copies. Gmail does not accept any responsibility for the accuracy or otherwise be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL

ED&F-00078086



**E D & F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London SE1 2QE
Telephone: +44 203 580 7625

| Our Ref: |
|---|
| **468118** |

## Price Return Equity Swap Confirmation

| TO | American Investment Group |
|---|---|
| TRADER | Stacey Kaminer |
| CONTACT | staceykaminerSK@aigkamco.com |
| OUR CONTACT | Victoria Foster (Tel: +44 20 3580 7629) |

| Trade Date | 30-Mar-2015 |
|---|---|
| Effective Date | 1-Apr-2015 |
| Termination Date | 17-Apr-2015 |
| Shares | MAERSKB DC |
| Number of Shares | 4,000 |
| Equity Notional Amount | kr. 58,434,024.00 |
| Initial Price | kr. 14,608.51 |

**Equity Amounts**

| Equity Amount Payer | American Investment Group |
|---|---|
| Dividend Amount | Not Applicable |
| Dividend Payment Date | Not Applicable |
| Cash Settlement Payment Date | Payment Date |
| Valuation Dates | 17-Apr-15 |

**Floating Amounts**

| Floating Amount Payer | E D & F Man Capital Markets Limited |
|---|---|
| Floating Rate Option | FIXED |
| Designated Maturity | 17-Apr-15 |
| Spread | Zero |
| Business Days | London |
| Floating Rate Day Count Fraction | Act/360 |
| Payment Date | 21-Apr-15 |

| Calculation Agent | E D & F Man Capital Markets Limited |
|---|---|
| Other Provisions | Either Party may, by giving notice to the other party prior to the Final Valuation Date designate a revised Final Valuation Date according to the provisions laid out in the ISDA confirmation. |

*Clients are advised to seek their own advice or satisfy themselves regarding the legal, credit, tax, risk management and risk tolerance implications of this transaction Should clarification of any of the details of the transaction be required please contact us on + 44 20 3580 7625. E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority and is a member of the London Stock Exchange.*

## Other Swap Terms

### General Terms

| Exchange | Copenhagen Stock Exchange |
|---|---|
| Related Exchange | All Exchanges |

### Equity Amounts

| Equity Notional Reset | Not Applicable |
|---|---|
| Re-investment of Dividends | Not Applicable |

### Floating Amounts

| Floating Rate for initial Calculation Period | -0.235% |
|---|---|
| Linear Interpolation | Applicable |
| Reset Dates | The first day of each Calculation Period |

CONFIDENTIAL

**Adjustments**

Method of Adjustment          Calculation Agent Adjustment

**Extraordinary Events:**

Consequences of Merger
Events
Share-for-Share              Mod Calc Agent Adjustment
Share-for-Other              Mod Calc Agent Adjustment
Share-for-Combined           Mod Calc Agent Adjustment

Consequences of Tender
Offers
Tender Offer:                Applicable
Share-for-Share              Mod Calc Agent Adjustment
Share-for-Other              Mod Calc Agent Adjustment
Share-for-Combined           Mod Calc Agent Adjustment

Composition of Combined
Consideration                Not Applicable
Nationalisation, Insolvency or
Delisting                    Cancellation and Payment

**Additional Disruption
Events:**

Change in Law                Applicable
Failure to Deliver           Not Applicable
Insolvency Filing            Not Applicable
Hedging Disruption           Not Applicable
Increased Cost of Hedging    Not Applicable
Loss of Stock Borrow         Not Applicable
Increased Cost of Stock
Borrow                       Not Applicable
Maximum Stock Loan Rate
Initial Stock Loan Rate

**Agreements and
Acknowledgements:**

Non-Reliance                 Applicable

Regarding Hedging Activities Applicable
Additional
Acknowledgements             Applicable
Early Termination            Applicable Both Parties

CONFIDENTIAL



E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Telephone: +44 203 580 7625

Our Ref:
**468119**

## Price Return Equity Swap Confirmation

| | |
|---|---|
| TO | Kamco Investments Inc Pension Plan |
| TRADER | Stacey Kaminer |
| CONTACT | staceykaminerSK@aigkamco.com |
| OUR CONTACT | Victoria Foster (Tel: +44 20 3580 7629) |

| | |
|---|---|
| **Trade Date** | 30-Mar-2015 |
| **Effective Date** | 1-Apr-2015 |
| **Termination Date** | 17-Apr-2015 |
| **Shares** | MAERSKB DC |
| **Number of Shares** | 5,595 |
| **Equity Notional Amount** | kr. 81,734,591.07 |
| **Initial Price** | kr. 14,608.51 |

**Equity Amounts**

| | |
|---|---|
| **Equity Amount Payer** | Kamco Investments Inc Pension Plan |
| **Dividend Amount** | Not Applicable |
| **Dividend Payment Date** | Not Applicable |
| **Cash Settlement Payment Date** | Payment Date |
| **Valuation Dates** | 17-Apr-15 |

**Floating Amounts**

| | |
|---|---|
| **Floating Amount Payer** | E D & F Man Capital Markets Limited |
| **Floating Rate Option** | FIXED |
| **Designated Maturity** | 21-Apr-15 |
| **Spread** | Zero |
| **Business Days** | London |
| **Floating Rate Day Count Fraction** | Act/360 |
| **Payment Date** | 21-Apr-15 |

| | |
|---|---|
| **Calculation Agent** | E D & F Man Capital Markets Limited |
| **Other Provisions** | Either Party may, by giving notice to the other party prior to the Final Valuation Date designate a revised Final Valuation Date according to the provisions laid out in the ISDA confirmation. |

*Clients are advised to seek their own advice or satisfy themselves regarding the legal, credit, tax, risk management and risk tolerance implications of this transaction. Should clarification of any of the details of the transaction be required please contact us on + 44 20 3580 7625. E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority and is a member of the London Stock Exchange.*

## Other Swap Terms

### General Terms

| | |
|---|---|
| Exchange | Copenhagen Stock Exchange |
| Related Exchange | All Exchanges |

### Equity Amounts

| | |
|---|---|
| Equity Notional Reset | Not Applicable |
| Re-investment of Dividends | Not Applicable |

### Floating Amounts

| | |
|---|---|
| Floating Rate for initial Calculation Period | -0.235% |
| Linear Interpolation | Applicable |
| Reset Dates | The first day of each Calculation Period |

CONFIDENTIAL

**Adjustments**

Method of Adjustment              Calculation Agent Adjustment

**Extraordinary Events:**

Consequences of Merger
Events
Share-for-Share                  Mod Calc Agent Adjustment
Share-for-Other                  Mod Calc Agent Adjustment
Share-for-Combined               Mod Calc Agent Adjustment

Consequences of Tender
Offers
Tender Offer:                    Applicable
Share-for-Share                  Mod Calc Agent Adjustment
Share-for-Other                  Mod Calc Agent Adjustment
Share-for-Combined               Mod Calc Agent Adjustment

Composition of Combined
Consideration                    Not Applicable
Nationalisation, Insolvency or
Delisting                        Cancellation and Payment

**Additional Disruption
Events:**

Change in Law                    Applicable
Failure to Deliver               Not Applicable
Insolvency Filing                Not Applicable
Hedging Disruption               Not Applicable
Increased Cost of Hedging        Not Applicable
Loss of Stock Borrow             Not Applicable
Increased Cost of Stock
Borrow                           Not Applicable
Maximum Stock Loan Rate
Initial Stock Loan Rate

**Agreements and
Acknowledgements:**

Non-Reliance                     Applicable

Regarding Hedging Activities     Applicable
Additional
Acknowledgements                 Applicable
Early Termination                Applicable Both Parties

CONFIDENTIAL                                                              ED&F-00078090

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Alan Goldman <AG@acerinvest.com> |
| **Sent:** | 31 March 2015 14:54 |
| **To:** | Mina, Sara (LDN); Bottomley, Oliver (LDN); Stacey Kaminer |
| **Cc:** | LDN-EQUITYFINANCE-TRADS-DL; LDN-MIDDLEOFFICE-EQUITYFINANCE-DL |
| **Subject:** | RE: MAERSKB DC- liquidity |

Agreed.

Regards,

Alan Goldman

**From:** Mina, Sara (LDN) [mailto:smina@edfmancapital.com]
**Sent:** Tuesday, March 31, 2015 9:53 AM
**To:** Bottomley, Oliver (LDN); Alan Goldman; Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL; LDN-MIDDLEOFFICE-EQUITYFINANCE-DL
**Subject:** RE: MAERSKB DC- liquidity

Hi Alan,

As discussed, actual liquidity should read 4,000 and 5,595.

To confirm:

AIGPP is long 4,000 shs

KLPP is long 5,595 shs

Many thanks,
Sara

**From:** Bottomley, Oliver (LDN)
**Sent:** 30 March 2015 17:26
**To:** Alan Goldman; Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL; LDN-MIDDLEOFFICE-EQUITYFINANCE-DL
**Subject:** Re: MAERSKB DC- liquidity

Thanks Alan.

Seeing liquidty for 4,000 into AIGPP and 4,595 into KLPP. We can hedge these versus PRS.

**From:** Alan Goldman <AG@acerinvest.com>
**Sent:** 30 March 2015 16:24
**To:** Bottomley, Oliver (LDN); Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL; LDN-MIDDLEOFFICE-EQUITYFINANCE-DL
**Subject:** RE: MAERSKB DC- liquidity

Hi Oli,

AIGPP and KLPP would both be interested in purchasing 5K shares each vs. a single stock futures hedge (May 17th April 2015).

Regards,

CONFIDENTIAL                                            ED&F-00078091

Alan Goldman
Chief Financial Officer
Acer Investment Group, LLC
3372 Woods Edge Circle, Suite 104
Bonita Springs, FL 34134

**From:** Bottomley, Oliver (LDN) [mailto:obottomley@edfmancapital.com]
**Sent:** Monday, March 30, 2015 10:59 AM
**To:** Alan Goldman; Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL; LDN-MIDDLEOFFICE-EQUITYFINANCE-DL
**Subject:** MAERSKB DC- liquidity

Morning Alan,

We can see some liquidity today in MAERSKB DC.
Potential to BUY circa 10k shares vs. a single stock futures hedge (May 17th April 2015).

Do you have an account that would be interested in this?

Thanks
Oliver

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.
This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at

opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL

ED&F-00078093

**Charlotte Woodward**

| | |
|---|---|
| **From:** | ROSS LIDDARD <rliddard@edfmancapital.com> |
| **Sent:** | 30 March 2015 17:11 |
| **Subject:** | Bloomberg: Hello Oli, |

**Greeting**: EQUITY FINANCE BROKER 0203 580 7639 07789 263 785 {B9} {#L}

---

Hello Oli,

To confirm ED&F MAN BUYS the following:

9,595 MAERSKB DC (DK0010244508) @ DKK 16,410
                                @ DKK 16,410.20513

SHAPES: 4,000 + 3,570 + 2,025

TRADE DATE: 30-MAR
VALUE DATE: 01-APR

Thanks, Ross

---

**Sent By** :

   ▨ **ROSS LIDDARD**, rliddard@edfmancapital.com, RLIDDARD3@Bloomberg.net, E D & F MAN CAPITAL

**Recipients** :

   ▨ **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

---

**Disclaimers** :

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

---

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 14071 | 2015-03-31 06:32:27 AM (EDT)

ED&F-00078094

**Charlotte Woodward**

| | |
|---|---|
| **From:** | FREDDIE IRELAND <fireland@edfmancapital.com> |
| **Sent:** | 30 March 2015 17:13 |
| **Subject:** | Bloomberg: thanks mate Hello Freddie, |

```
thanks mate Hello Freddie,

        To confirm ED&F MAN SELLS the following:

        9,595 MAERSKB DC (DK0010244508) @ DKK 16,410

        SHAPES: 4,000 + 3,570 + 2,025

        TRADE DATE: 30-MAR
        VALUE DATE: 01-APR

        Thanks, Ross
```

........................................................................................................

**Sent By** :

▨ **FREDDIE IRELAND**, fireland@edfmancapital.com, FIRELAND@Bloomberg.net, E D & F MAN CAPITAL

**Recipients** :

▨ **ROSS LIDDARD**, rliddard@edfmancapital.com, RLIDDARD3@Bloomberg.net, E D & F MAN CAPITAL

▨ **PAUL SCHOFIELD**, pschofield@edfmancapital.com, PSCHOFIELD9@Bloomberg.net, E D & F MAN CAPITAL

▨ **PAUL SCHOFIELD**, pschofield@edfmancapital.com, PSCHOFIELD9@Bloomberg.net, E D & F MAN CAPITAL

........................................................................................................

**Disclaimers** :

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

........................................................................................................

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 14132 | 2015-03-31 06:32:27 AM (EDT)

CONFIDENTIAL                                                                  ED&F-00078095

**Charlotte Woodward**

---

**From:** STEVEN GOFF <SGOFF4@Bloomberg.net>
**Sent:** 30 March 2015 14:16
**Subject:** Bloomberg: Oli - details of the maerskb are:

**Greeting**: 0207-898-7270

---

```
Oli - details of the maerskb are:

MAERSKB_DC - 2,025shs
€2,145.15 (100%fixed), fop
div dkk 1971  (€263.93)
fx 7.468
from 1-7apr (6)
85%u/l, 89.5ai
= 33.219%fee

              thanks steve
```

---

**Sent By** :

&#x2339; **STEVEN GOFF**, SGOFF4@Bloomberg.net, JEFFERIES INTERNATIO

**Recipients** :

&#x2339; **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers** :

**JEFFERIES INTERNATIO**

Jefferies archives and monitors messages. This message is confidential. This message may be produced to regulators or civil litigants. Jefferies accepts no liability for any errors or omissions arising as a result of this transmission. In the United Kingdom, Jefferies operates as Jefferies International Limited; registered in England: no. 1978621; and Jefferies Bache Limited; registered in England: no. 512397; registered office for both: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ. Jefferies International Limited and Jefferies Bache Limited are authorised and regulated by the Financial Conduct Authority. If you received this transmission in error please contact the sender.

---

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 8234 | 2015-03-31 06:32:27 AM (EDT)

CONFIDENTIAL                                                                          ED&F-00078096

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Sarah L Williams <sarahl.williams@icap.com> |
| **Sent:** | 30 March 2015 15:17 |
| **To:** | 'fireland@edfmancapital.com' |
| **Cc:** | LGES confirmation; Duncan Trenholme; Hayley Munden; Simon Forster; ldn-confirms-dl@edfmancapital.com |
| **Subject:** | MAERSKB DC confirm *amended |
| **Attachments:** | 4,000 MAERSKB DC (10 Mar SBL) ED&F vMAPLE ED&F tkt.xlsx |

Hi Freddie

Please see attached amended confirms with new deets for MAERSKB DC.

Many thanks
Sarah


**Sarah L Williams** | Execution Broker

ICAP SECURITIES LIMITED | 2 Broadgate, London, EC2M 7UR | Phone: +44 207 532 4458 | sarah.williams2@icap.com



......................................................................................................................................................................

This communication and all information contained in or attached to it (including, but not limited to market prices/levels and market commentary) (the "Information") is for informational purposes only, is confidential, may be legally privileged and is the intellectual property of one of the companies of ICAP plc group ("ICAP") or third parties. The Information is subject to ICAP's terms of business as published or communicated to clients from time to time and is directed to Eligible Counterparties and Professional Customers only and is not intended for Retail Clients (as each term is defined by the rules of the Financial Conduct Authority).

The Information is not, and should not be construed as, an offer, bid, recommendation or solicitation in relation to any financial instrument or investment or to participate in any particular trading strategy. The Information is not to be relied upon and is not warranted, including, but not limited, as to completeness, timeliness or accuracy and is subject to change without notice. All representations and warranties are expressly disclaimed. Access to the Information by anyone other than the intended recipient is unauthorised and any disclosure, copying or redistribution is prohibited. ICAP Securities Limited and certain of its affiliates are authorised and regulated by the Financial Conduct Authority. For further regulatory information and our terms of business, please see www.icap.com. If you receive this message in error, please immediately delete all copies of it and notify the sender.

We have taken precautions to minimise the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses.

......................................................................................................................................................................

## ICAP Securities Limited
## Preliminary Trade Confirmation



To      ED&F MAN CAPITAL MARKETS LIMITED

ICAP Securities Limited hereby confirm that, acting as agents on your instructions, we have preliminarily arranged the following equity stock loan transaction on your behalf. The transaction remains subject to the agreement of certain terms.

| | | |
|---|---|---|
| Arrangement Date | 10-Mar-15 | |
| Trade Date | 10-Mar-15 | |
| Equity | AP MOLLER - MAERSK A/S | |
| Bloomberg Code | MAERSKB DC EQUITY | |
| Initial Value Date | 31-Mar-15 | |
| Termination Date | 07-Apr-15 | |
| No. of Shares | 4,000 | |
| Share Reference Price | 2,156 | (DKK 16,100 FX 7.4674) |
| Currency | EUR | |
| Underlying Div % | 85 | |
| Type Of Collateral | Euro Cashpool FOP | |
| Initial Collateral Amount | 105% | |
| Fee | 44.082 | |
| Interest Rate | EONIA | |
| Calculation Basis | ACT/360 | |
| Dividend % | 92 | |
| Dividend Amount | 264 | (DKK 1,971 FX 7.4674) |
| Dividend Ccy | EUR | |
| | | |
| Stock Lender | MAPLE SECURITIES (UK) LTD | |
| Stock Borrower | ED&F MAN CAPITAL MARKETS LIMITED | |
| | | |
| **Arrangement Fee** | na | |

Please advise ICAP Securities Limited via email to Icap_SFPG_Confirmations@icap.com immediately if the details of this preliminary trade confirmation differ from your understanding or if you do not receive a confirmation that you are expecting.

**ICAP Securities Limited has arranged the above transaction between the named counterparties. ICAP Securities Limited is not a principal to the transaction and is neither liable nor responsible for the due performance of any of the terms set out above.**

This communication is made subject to the terms and regulatory requirements to be found at http://www.icap.com/financial-regulation/icap-disclaimers.aspx.

ICAP Securities Limited is authorised and regulated by the Financial Services Authority and is a Member of the London Stock Exchange. This transaction is subject to English Law and ICAP Securities Limited accepts no liability for the commercial advisability of this transaction. ICAP Securities Limited is not a member of the Securities Investor Protection Corporation ("SIPC") (www.sipc.org).

Copyright ICAP 2015.

ICAP Ref. 2374613

CONFIDENTIAL

ED&F-00078098

**Charlotte Woodward**

| | |
|---|---|
| **From:** | STEVEN GOFF <SGOFF4@Bloomberg.net> |
| **Sent:** | 11 March 2015 16:44 |
| **Subject:** | Bloomberg: Freddie - details of the MAERSKB |

**Greeting**: 0207-898-7270

```
Freddie - details of the MAERSKB

MAERSKB_DC - 3,570shs
€2,048.81 (100%fixed), fx 7.458, div €250.94 (amend if changes)
from 31mar-7apr (7)
85%u/l, 91.75ai
= 42.518%fee

        thanks steve
```

**Sent By** :

   **STEVEN GOFF**, SGOFF4@Bloomberg.net, JEFFERIES INTERNATIO

**Recipients** :

   **FREDDIE IRELAND**, fireland@edfmancapital.com, FIRELAND@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers** :

**JEFFERIES INTERNATIO**

Jefferies archives and monitors messages. This message is confidential. This message may be produced to regulators or civil litigants. Jefferies accepts no liability for any errors or omissions arising as a result of this transmission. In the United Kingdom, Jefferies operates as Jefferies International Limited; registered in England: no. 1978621; and Jefferies Bache Limited; registered in England: no. 512397; registered office for both: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ. Jefferies International Limited and Jefferies Bache Limited are authorised and regulated by the Financial Conduct Authority. If you received this transmission in error please contact the sender.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 15147 | 2015-03-11 10:32:18 PM (EDT)

CONFIDENTIAL

ED&F-00078099

consIvHt work product; extracts of shadow data

| Firm | Date Basis | Ticket Sequence | EntRefID | Trade Date | Entry Date | Settlement Date | Trade Account | Product Type | AssetAlias1 | Trade Currency | Ticket State | Trade Transaction | Quantity | Trade Proceeds | FinalPrice | Asset Alias4 | MasterAccount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 463015 | EQS1160-184979 | 10/03/2015 | 2015-03-30 00:00:00.000 | 31/03/2015 | 102003DMAR1DUKLTD | EQUITY | DK0010244508 | EUR | REP | BOR | 4,000 | 905520.00 | 2156.0000000000 | MAER5K88 | 102003DMAR1DUKLTD |
| E1 | TRD | 462790 | EQS1160-184981 | 10/03/2015 | 2015-03-30 00:00:00.000 | 31/03/2015 | 102003DCLENTBLOAN | EQUITY | DK0010244508 | EUR | REP | LON | 4,000 | 862400.00 | 2156.0000000000 | MAER5K88 | 102003DCLENTBLOAN |
| E1 | TRD | 462781 | EQS1945-186166 | 12/03/2015 | 2015-03-30 00:00:00.000 | 31/03/2015 | 102003BUFFERINTER | EQUITY | DK0010244508 | EUR | REP | BOR | 3,570 | 767964.29 | 2048.8100000000 | MAER5K88 | 102003BUFFERINTER |
| E1 | TRD | 422119 | EQS1945-186171 | 12/03/2015 | 2015-03-12 00:00:00.000 | 31/03/2015 | 102003DCLENTBLOAN | EQUITY | DK0010244508 | EUR | REP | LON | 3,570 | 731425.70 | 2048.8100000000 | MAER5K88 | 102003DCLENTBLOAN |
| E1 | TRD | 467928 | EQS2619-197732 | 30/03/2015 | 2015-03-30 00:00:00.000 | 01/04/2015 | 102003BUFFERINTER | EQUITY | DK0010244508 | EUR | ORG | BOR | 2,025 | 4261125.19 | 2145.1500000000 | MAER5K88 | 102003BUFFERINTER |
| E1 | TRD | 467929 | EQS2619-197733 | 30/03/2015 | 2015-03-30 00:00:00.000 | 01/04/2015 | 102003DCLENTBLOAN | EQUITY | DK0010244508 | EUR | ORG | LON | 2,025 | 4343928.75 | 2145.1500000000 | MAER5K88 | 102003DCLENTBLOAN |
| E1 | TRD | 468109 | EQS2637-197780 | 30/03/2015 | 2015-03-30 00:00:00.000 | 01/04/2015 | 102003DCLENTHEDGE | EQUITY | DK0010244508 | DKK | ORG | BUY | 4,000 | 6564000.00 | 1641.0000000000 | MAER5K88 | 102003DCLENTHEDGE |
| E1 | TRD | 468109 | EQS2637-197780 | 30/03/2015 | 2015-03-30 00:00:00.000 | 01/04/2015 | 102003SHOREDFORDED | EQUITY | DK0010244508 | DKK | ORG | SEL | 4,000 | 6564000.00 | 1641.0000000000 | MAER5K88 | 102003SHOREDFORDED |
| E1 | TRD | 469148 | EQS2637-197783 | 30/03/2015 | 2015-04-01 00:00:00.000 | 01/04/2015 | 102003SHOREDFORDED | EQUITY | DK0010244508 | DKK | REP | BUY | 4,000 | 6564082052 | 1641.0.2051300000 | MAER5K88 | 102003SHOREDFORDED |
| E1 | TRD | 469148 | EQS2637-197783 | 30/03/2015 | 2015-04-01 00:00:00.000 | 01/04/2015 | 102003DAMERCHVGR | EQUITY | DK0010244508 | DKK | REP | SEL | 4,000 | 6564082052 | 1641.0.2051300000 | MAER5K88 | 102003DAMERCHVGR |
| E1 | TRD | 468110 | EQS2637-197781 | 30/03/2015 | 2015-04-01 00:00:00.000 | 01/04/2015 | 102003DCLENTHEDGE | EQUITY | DK0010244508 | DKK | ORG | BUY | 3,570 | 5858370000 | 1641.0.0000000000 | MAER5K88 | 102003DCLENTHEDGE |
| E1 | TRD | 468110 | EQS2637-197781 | 30/03/2015 | 2015-04-01 00:00:00.000 | 01/04/2015 | 102003SHOREDFORDED | EQUITY | DK0010244508 | DKK | ORG | SEL | 3,570 | 5858370000 | 1641.0.0000000000 | MAER5K88 | 102003SHOREDFORDED |
| E1 | TRD | 469149 | EQS2637-197784 | 30/03/2015 | 2015-04-01 00:00:00.000 | 01/04/2015 | 102003DAMCOGNIVES | EQUITY | DK0010244508 | DKK | REP | SEL | 3,570 | 5858432.31 | 1641.0.2051300000 | MAER5K88 | 102003DAMCOGNIVES |
| E1 | TRD | 469149 | EQS2637-197784 | 30/03/2015 | 2015-04-01 00:00:00.000 | 01/04/2015 | 102003SHOREDFORDED | EQUITY | DK0010244508 | DKK | REP | BUY | 3,570 | 5858432.31 | 1641.0.2051300000 | MAER5K88 | 102003SHOREDFORDED |
| E1 | TRD | 468111 | EQS2637-197782 | 30/03/2015 | 2015-03-30 00:00:00.000 | 01/04/2015 | 102010CLENTHEDGE | EQUITY | DK0010244508 | DKK | ORG | BUY | 2,025 | 3323250000 | 1641.0.0000000000 | MAER5K88 | 102010CLENTHEDGE |
| E1 | TRD | 468111 | EQS2637-197782 | 30/03/2015 | 2015-03-30 00:00:00.000 | 01/04/2015 | 102003SHOREDFORDED | EQUITY | DK0010244508 | DKK | ORG | SEL | 2,025 | 3323250000 | 1641.0.0000000000 | MAER5K88 | 102003SHOREDFORDED |
| E1 | TRD | 469152 | EQS2637-197785 | 30/03/2015 | 2015-04-01 00:00:00.000 | 01/04/2015 | 102003SHOREDFORDED | EQUITY | DK0010244508 | DKK | REP | BUY | 2,025 | 3323665.39 | 1641.0.2051300000 | MAER5K88 | 102003SHOREDFORDED |
| E1 | TRD | 469152 | EQS2637-197785 | 30/03/2015 | 2015-04-01 00:00:00.000 | 01/04/2015 | 102010DAMCOGNIVES | EQUITY | DK0010244508 | DKK | REP | SEL | 2,025 | 3323665.39 | 1641.0.2051300000 | MAER5K88 | 102010DAMCOGNIVES |

CONFIDENTIAL

ED&F-00078100

| MESSAGE_ID | T_Sequence | Tag_Name | Tag_Value |
|---|---|---|---|
| OESSEDKKKXXX544C5572740 150331 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX544C5572740 150331 | 2 | Tag 20C | :SEME//C5572740 |
| OESSEDKKKXXX544C5572740 150331 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX544C5572740 150331 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX544C5572740 150331 | 5 | Tag 20C | :RELA//E1000048325701 |
| OESSEDKKKXXX544C5572740 150331 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX544C5572740 150331 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX544C5572740 150331 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX544C5572740 150331 | 9 | Tag 98A | :ESET//20150331 |
| OESSEDKKKXXX544C5572740 150331 | 10 | Tag 98A | :TRAD//20150310 |
| OESSEDKKKXXX544C5572740 150331 | 11 | Tag 35B | ISIN DK0010244508 MOELLER MAERSK B |
| OESSEDKKKXXX544C5572740 150331 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX544C5572740 150331 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX544C5572740 150331 | 14 | Tag 36B | :ESTT//UNIT/4000, |
| OESSEDKKKXXX544C5572740 150331 | 15 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX544C5572740 150331 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX544C5572740 150331 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX544C5572740 150331 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX544C5572740 150331 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C5572740 150331 | 20 | Tag 95P | :DEAG//DABADKKKXXX |
| OESSEDKKKXXX544C5572740 150331 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C5572740 150331 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C5572740 150331 | 23 | Tag 95P | :SELL//MAPAGB2L |
| OESSEDKKKXXX544C5572740 150331 | 24 | Tag 97A | :SAFE//3004079965 |
| OESSEDKKKXXX544C5572740 150331 | 25 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C5572740 150331 | 26 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C5572740 150331 | 27 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX544C5572740 150331 | 28 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C5572740 150331 | 29 | Tag 16S | SETDET |

CONFIDENTIAL

ED&F-00078101

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX544C5591714 150331 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX544C5591714 150331 | 2 | Tag 20C | :SEME//C5591714 |
| OESSEDKKKXXX544C5591714 150331 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX544C5591714 150331 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX544C5591714 150331 | 5 | Tag 20C | :RELA//E1000045102507 |
| OESSEDKKKXXX544C5591714 150331 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX544C5591714 150331 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX544C5591714 150331 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX544C5591714 150331 | 9 | Tag 98A | :ESET//20150331 |
| OESSEDKKKXXX544C5591714 150331 | 10 | Tag 98A | :TRAD//20150312 |
| OESSEDKKKXXX544C5591714 150331 | 11 | Tag 35B | ISIN DK0010244508 MOELLER MAERSK B |
| OESSEDKKKXXX544C5591714 150331 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX544C5591714 150331 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX544C5591714 150331 | 14 | Tag 36B | :ESTT//UNIT/3570, |
| OESSEDKKKXXX544C5591714 150331 | 15 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX544C5591714 150331 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX544C5591714 150331 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX544C5591714 150331 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX544C5591714 150331 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C5591714 150331 | 20 | Tag 95P | :DEAG//NDEADKKKXXX |
| OESSEDKKKXXX544C5591714 150331 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C5591714 150331 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C5591714 150331 | 23 | Tag 95P | :SELL//JEFFGB2X |
| OESSEDKKKXXX544C5591714 150331 | 24 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C5591714 150331 | 25 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C5591714 150331 | 26 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX544C5591714 150331 | 27 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C5591714 150331 | 28 | Tag 16S | SETDET |

ED&F-00078102

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX544C5594559 150401 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX544C5594559 150401 | 2 | Tag 20C | :SEME//C5594559 |
| OESSEDKKKXXX544C5594559 150401 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX544C5594559 150401 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX544C5594559 150401 | 5 | Tag 20C | :RELA//E1000048604801 |
| OESSEDKKKXXX544C5594559 150401 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX544C5594559 150401 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX544C5594559 150401 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX544C5594559 150401 | 9 | Tag 98A | :ESET//20150401 |
| OESSEDKKKXXX544C5594559 150401 | 10 | Tag 98A | :TRAD//20150330 |
| OESSEDKKKXXX544C5594559 150401 | 11 | Tag 35B | ISIN DK0010244508 MOELLER MAERSK B |
| OESSEDKKKXXX544C5594559 150401 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX544C5594559 150401 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX544C5594559 150401 | 14 | Tag 36B | :ESTT//UNIT/2025, |
| OESSEDKKKXXX544C5594559 150401 | 15 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX544C5594559 150401 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX544C5594559 150401 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX544C5594559 150401 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX544C5594559 150401 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C5594559 150401 | 20 | Tag 95P | :DEAG//NDEADKKKXXX |
| OESSEDKKKXXX544C5594559 150401 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C5594559 150401 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C5594559 150401 | 23 | Tag 95P | :SELL//JEFFGB2X |
| OESSEDKKKXXX544C5594559 150401 | 24 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C5594559 150401 | 25 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C5594559 150401 | 26 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX544C5594559 150401 | 27 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C5594559 150401 | 28 | Tag 16S | SETDET |

ED&F-00078103



CONFIDENTIAL

ED&F-00078104



CONFIDENTIAL

ED&F-00076105



## Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : American Investment Group of NY
Date          : 31-03-2015
Currency      : USD

### Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 233,779,066.98 Dr | 0.14364308 | 33,580,745.22 Dr | 168,138,246.46 Dr | 0.14364308 | 24,151,895.59 Dr |
| EUR Cash | 36,236,427.83 Dr | 1.07320000 | 38,888,934.35 Dr | 36,236,427.83 Dr | 1.07320000 | 38,888,934.35 Dr |
| USD Cash | 234,069,267.67 Dr | 1.00000000 | 234,069,267.67 Dr | 234,069,267.67 Dr | 1.00000000 | 234,069,267.67 Dr |
| | | | 306,538,947.24 Dr | | | 297,110,097.61 Dr |

### Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| MAERSKB DC | AP MOELLER-MAERSK A/S-B | C | 4,000.00 Lg | 16410.2051 | 14540.0000 | 65,640,820.52 Dr | 58,160,000.00 Cr | 7,480,820.52 Dr | DKK |
| TDC DC | TDC A/S | C | 3,400,000.00 Lg | 51.8007 | 49.8000 | 176,122,210.00 Dr | 169,320,000.00 Cr | 6,802,210.00 Dr | DKK |
| | | | | | Totals: | 241,763,030.52 Dr | 227,480,000.00 Cr | 14,283,030.52 Dr | |

### Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UMI BB | UMICORE | C | 997,600.00 Lg | 37.1205 | 38.8800 | 37,031,370.90 Dr | 38,786,688.00 Cr | 1,755,317.10 Cr | EUR |
| | | | | | Totals: | 37,031,370.90 Dr | 38,786,688.00 Cr | 1,755,317.10 Cr | |

### Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| RDS/A US | ROYAL DUTCH SHELL PLC-ADR | C | 2,400,000.00 Lg | 65.6608 | 59.6500 | 157,585,968.00 Dr | 143,160,000.00 Cr | 14,425,968.00 Dr | USD |
| UN US | UNILEVER N V  -NY SHARES | C | 1,800,000.00 Lg | 43.1005 | 41.7600 | 77,580,972.00 Dr | 75,168,000.00 Cr | 2,412,972.00 Dr | USD |
| | | | | | Totals: | 235,166,940.00 Dr | 218,328,000.00 Cr | 16,838,940.00 Dr | |

### Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 30-03-15 | 01-04-15 | Normal | BUY | 4,000.00 | MAERSKB DC | 16410.2051 | 65,640,820.52 Dr | DKK |

### Equity Swaps

| Tick | Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity | D | Open Price | Notional | Cur | Market Price | MTM Next Valuation Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 468118 | | 30-03-15 01-04-15 | 21-04-15 | MAERSKB DC AP MOELLER-MAERSK A/S-B | 4,000 | S | 14608.5060 | 58,434,024 | DKK | 14540.0000 | 274,024 01-04-15 | Fixed | -0.2350 | 0.00 |

ED&F-00078107

## Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : American Investment Group of NY
Date          : 31-03-2015
Currency      : USD

### Equity Swaps (Con't)

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|----------|-----------------|---------|-------------------|------------|------------|--------------|--------------|---------------|------------|------------------|------|-------------------|
| 424140 | 13-03-15 18-03-15 | 25-08-15 | TDC DC TDC A/S | 3,400,000 S | 48.4500 | 164,730,000 DKK | 49.8000 | -4,590,000 | | Fixed | 0.0000 | 0.00 |
| 324624 | 01-09-14 04-09-14 | 16-09-15 | UMI BB UMICORE | 997,600 S | 36.3310 | 36,243,806 EUR | 38.8800 | -2,542,882 | | Fixed | 0.0000 | 0.00 |
| 375827 | 03-02-15 06-02-15 | 30-04-15 | UN US UNILSVER N V -NY SHARES | 1,800,000 S | 42.8060 | 77,050,800 USD | 41.7600 | 1,882,800 | | Fixed | 0.0000 | 0.00 |
| 378429 | 10-02-15 12-02-15 | 21-05-15 | RDS/A US ROYAL DUTCH SHELL PLC-ADR | 2,400,000 S | 65.5907 | 157,417,680 USD | 59.6500 | 14,257,680 | | Fixed | 0.0000 | 0.00 |

### Account Summary

| Item | Amount (USD) |
|------|--------------|
| Value of opening currency balance | 297,110,097.61 Dr |
| Value of trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 0.00 Cr |
| **Value of closing currency balance(s)** | **297,110,097.61 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 9,428,849.63 Dr |
| **Trade Date Cash Balance** | **306,538,947.24 Dr** |
| Market Value of Positions | 292,629,801.40 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 12,791,498.52 Cr |
| **Preliminary Account Value** | **1,117,647.32 Dr** |

CONFIDENTIAL

ED&F-00078108

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : American Investment Group of NY
Date          : 31-03-2015
Currency      : USD

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 0.00 Cr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **0.00 Cr** |

### Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|---|---|---|---|---|---|---|---|---|
| 286996 | Money due call | Issued | 26-03-2015 | 26-03-2015 | 02-04-2015 | 3,477,353.48 | 3,477,353.48 | USD |
| 287738 | Money due call | Issued | 27-03-2015 | 27-03-2015 | 06-04-2015 | 6,040,920.87 | 6,040,920.87 | USD |
| 289218 | Money due call | Issued | 31-03-2015 | 31-03-2015 | 08-04-2015 | 4,390,871.49 | 4,390,871.49 | USD |
| | | | | | | 13,909,145.84 | 13,909,145.84 | |

## Total Account Value                1,117,647.32 Dr

## Financing Summary

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |

CONFIDENTIAL

ED&F-00078109



# AP Moeller - Maersk A/S B Share

**MAERSKB DC**

ISIN: DK0010244508    SEDOL: 4235048    COUNTRY: DK

| EX DATE: | 31/03/2015 | REC DATE: | 01/04/2015 | PAY DATE: | 07/04/2015 |
| CCY: DKK | | GROSS RATE: | 1971.00 | FEE: | 0.00 |

## AGENT POSITIONS

BDO BREAKDOWN TO BE SENT TO AGENT FOR DATE: N/A
CZ / FI / NO / PL / SE

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 4,000 | | 5,755,320.00 | | | |
| CC AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 27,500 | | 39,567,825.00 | | | |
| CC CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 27,500 | | 39,567,825.00 | | | |
| CC CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 25,972 | | 37,366,292.76 | | | |
| CC GSA000-TRADO | GSA Trading (Canada) Corporate Pension Plan | 73% | 9,800 | | 14,100,534.00 | | | |
| CC INDUST-PENGP | Industrial Pension Group Trust | 73% | 26,560 | | 38,128,995.00 | | | |
| CC KAMCOA-INVES | KAMCO INVESTMENTS INC PENSION PLAN | 73% | 5,595 | | 8,050,753.85 | | | |
| CC ORANJE-ORANG | Oranje Canada Corporate Pension Plan | 73% | 9,247 | | 13,304,861.01 | | | |
| LC DENDRK-DIVDK | SEB Depot 05295142806 | 73% | | -130,324 | | -189,766,372.62 | | |
| LC RSKPR-DIFKDK | SEB Depot 05295142822 | 73% | | -9,840 | | -13,160,534.40 | | |
| | | TOTALS | 136,114 | -140,114 | TOTALS 195,844,906.62 | -195,844,906.62 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT 5/O | PYMNT SRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR ABN000-AMRCO | ABN AMRO Bank NV LR Branch | 85% | 20,000 | | 33,507,000.00 | | YES | | DB-Apr | 41653 |
| BR GOLDMA-LONGN | Goldman Sachs International | 85% | 3,000 | | 5,026,050.00 | | YES | | 174 | 41373 |
| BR JEFFER-INTER | Jefferies International Ltd | 85% | 44,227 | | 74,095,704.45 | | YES | | 184 | 413393 |
| | | | | | | | 119,206,033.45 | | | |
| CC CTECHO-00000 | Central Technologies Pensions Group Trust | 100% | 28 | | 55,188.00 | | | | | |
| CC ORANJE-ORANG | Oranje Canada Corporate Pension Plan | 100% | 13 | | 25,623.00 | | | | | |
| CC CLIENT-HEDGE | Client Hedges | 85% | | -9,985 | | -16,874,688.25 | | | | |
| CC ETS000-MALTA | ETS Malta Limited | 100% | | -13 | | -25,623.00 | | | | |
| CC ETS000-MALTA | ETS Malta Limited | 85% | | -19,049 | | -33,050,293.45 | | | | |
| CC POLLEN-FUNDO | POLLEN FUND LIMITED | 100% | | -28 | | -50,188.00 | | | | |
| CC POLLEN-FUNDO | POLLEN FUND LIMITED | 85% | | -79,572 | | -133,081,996.20 | | | | |
| | | SL TOTALS | 108,655 | -108,655 | TOTALS 182,047,275.90 | -182,047,275.90 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE | CLAIM? |
|---|---|---|---|---|---|---|---|
| BR MERIL-DIRECT | Merril Securities UK Ltd | 92% | 27,500 | | 49,866,300.00 | | YES |
| CC POLLEN-FUNDO | POLLEN FUND LIMITED | 92% | | -27,500 | | -49,866,300.00 | |
| | | SWP TOTALS | 27,500 | -27,500 | TOTALS 49,866,300.00 | -49,866,300.00 | |

PREPARED:    DESK SIGN OFF:    OPS SR MANAGER SIGN OFF:

AGENT CASH RECEIVED    CONFIDENTIAL    CLAIMS PAID    DJ JOURNAL POSTED    JOURNAL NUMBERS UPDATED    DATE: 16/04/15    FILE CLOSED ED&F-00076110    CLOSER:

| MT535 Identity | MT Statement | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX566C150407000312887 150407 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX566C150407000312887 150407 | 2 | Tag 20C | :CORP//150225DVCA162889 |
| OESSEDKKKXXX566C150407000312887 150407 | 3 | Tag 20C | :SEME//C150407000312887 |
| OESSEDKKKXXX566C150407000312887 150407 | 4 | Tag 23G | NEWM |
| OESSEDKKKXXX566C150407000312887 150407 | 5 | Tag 22F | :CAEV//DVCA |
| OESSEDKKKXXX566C150407000312887 150407 | 6 | Tag 16R | LINK |
| OESSEDKKKXXX566C150407000312887 150407 | 7 | Tag 13A | :LINK//564 |
| OESSEDKKKXXX566C150407000312887 150407 | 8 | Tag 20C | :PREV//C150401000311631 |
| OESSEDKKKXXX566C150407000312887 150407 | 9 | Tag 16S | LINK |
| OESSEDKKKXXX566C150407000312887 150407 | 10 | Tag 16S | GENL |
| OESSEDKKKXXX566C150407000312887 150407 | 11 | Tag 16R | USECU |
| OESSEDKKKXXX566C150407000312887 150407 | 12 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX566C150407000312887 150407 | 13 | Tag 35B | ISIN DK0010244508 MOELLER MAERSK B |
| OESSEDKKKXXX566C150407000312887 150407 | 14 | Tag 93B | :CONB//UNIT/126314, |
| OESSEDKKKXXX566C150407000312887 150407 | 15 | Tag 16S | USECU |
| OESSEDKKKXXX566C150407000312887 150407 | 16 | Tag 16R | CADETL |
| OESSEDKKKXXX566C150407000312887 150407 | 17 | Tag 98A | :XDTE//20150331 |
| OESSEDKKKXXX566C150407000312887 150407 | 18 | Tag 98A | :RDTE//20150401 |
| OESSEDKKKXXX566C150407000312887 150407 | 19 | Tag 16S | CADETL |
| OESSEDKKKXXX566C150407000312887 150407 | 20 | Tag 16R | CACONF |
| OESSEDKKKXXX566C150407000312887 150407 | 21 | Tag 13A | :CAON//001 |
| OESSEDKKKXXX566C150407000312887 150407 | 22 | Tag 22F | :CAOP//CASH |
| OESSEDKKKXXX566C150407000312887 150407 | 23 | Tag 16R | CASHMOVE |
| OESSEDKKKXXX566C150407000312887 150407 | 24 | Tag 22H | :CRDB//CRED |
| OESSEDKKKXXX566C150407000312887 150407 | 25 | Tag 97A | :CASH//52950017004263 |
| OESSEDKKKXXX566C150407000312887 150407 | 26 | Tag 19B | :PSTA//DKK181744372,62 |
| OESSEDKKKXXX566C150407000312887 150407 | 27 | Tag 19B | :GRSS//DKK248964894, |
| OESSEDKKKXXX566C150407000312887 150407 | 28 | Tag 19B | :NETT//DKK181744372,62 |
| OESSEDKKKXXX566C150407000312887 150407 | 29 | Tag 19B | :WITL//DKK67220521,38 |
| OESSEDKKKXXX566C150407000312887 150407 | 30 | Tag 98A | :POST//20150407 |
| OESSEDKKKXXX566C150407000312887 150407 | 31 | Tag 98A | :VALU//20150407 |
| OESSEDKKKXXX566C150407000312887 150407 | 32 | Tag 98A | :PAYD//20150407 |
| OESSEDKKKXXX566C150407000312887 150407 | 33 | Tag 92F | :GRSS//DKK1971, |
| OESSEDKKKXXX566C150407000312887 150407 | 34 | Tag 92A | :TAXR//27, |
| OESSEDKKKXXX566C150407000312887 150407 | 35 | Tag 16S | CASHMOVE |
| OESSEDKKKXXX566C150407000312887 150407 | 36 | Tag 16S | CACONF |
| OESSEDKKKXXX566C150407000312887 150407 | 37 | Tag 16R | ADDINFO |
| OESSEDKKKXXX566C150407000312887 150407 | 38 | Tag 70E | :PACO//SEB MERCHANT BANKING CUSTODY SERVICES DENMARK CORPORATE ACTIONS PHONE +371 677 57262 |
| OESSEDKKKXXX566C150407000312887 150407 | 39 | Tag 16S | ADDINFO |

ED&F-00078111



ED&F-00078112