# Exhibit 130

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
### 04/01/2014 through 04/30/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS)**

**Asset (DKK / DKK) Layer (C) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 03/31/2014 | | Opening Balance | 0 | | 0 | 2,426,217,760.00 Dr | 2,426,217,760.00 Dr |
| 04/01/2014 | 275085 | Cash Receipt | 2 | Unclassified | 0 | 936,967.50 Cr | 2,425,280,792.50 Dr |
| 04/02/2014 | 275678 | COLOB DC funding | 1 | Unclassified | 0 | 549.42 Dr | 2,425,281,341.92 Dr |
| 04/02/2014 | 275679 | COLOB DC custody fee | 1 | Unclassified | 0 | 35,000.00 Dr | 2,425,316,341.92 Dr |
| 04/02/2014 | 275680 | COLOB DC clearance charge | 1 | Unclassified | 0 | 144,273.34 Dr | 2,425,460,615.26 Dr |
| 04/02/2014 | T00023870601002 | SEL 1,000 MAERSKB DC @ 63,400.7925 DKK 6 | 2 | PROCEED-EQUITY | 238706 | 63,400,792.50 Dr | 2,488,861,407.76 Dr |
| 04/04/2014 | 276484 | MAERSKB DC Custody Fees | 1 | Unclassified | 0 | 14,000.00 Dr | 2,488,875,407.76 Dr |
| 04/07/2014 | T00024345601002 | SEL 50,000 TRYG DC @ 557.007 DKK 27,850, | 2 | PROCEED-EQUITY | 243456 | 27,850,350.00 Dr | 2,516,725,757.76 Dr |
| 04/08/2014 | 277258 | CASH DIV - MAERSKB DC - PD 04/04/14 | 2 | Unclassified | 0 | 1,022,000.00 Cr | 2,515,703,757.76 Dr |
| 04/08/2014 | 277294 | ED&F Man Futures brokerage - Mar 13 - TD | 1 | Unclassified | 0 | 1,232.00 Dr | 2,515,704,989.76 Dr |
| 04/09/2014 | 277985 | Realized Gain/Loss Cust FUTURE | 11 | TR-PL-FUTURE | 0 | 3,586,730.00 Dr | 2,519,291,719.76 Dr |
| 04/10/2014 | 278021 | TRYG DC Custody Fees | 1 | Unclassified | 0 | 13,500.00 Dr | 2,519,305,219.76 Dr |
| 04/11/2014 | 278381 | CASH DIV - TRYG DC - PD 09/04/14 | 2 | Unclassified | 0 | 985,500.00 Cr | 2,518,319,719.76 Dr |
| 04/14/2014 | 279191 | Realized Gain/Loss Cust FUTURE | 29 | TR-PL-FUTURE | 0 | 21,805,500.00 Dr | 2,540,125,219.76 Dr |
| 04/14/2014 | 279191 | Realized Gain/Loss Cust FUTURE | 41 | TR-PL-FUTURE | 0 | 4,049,600.00 Cr | 2,536,075,619.76 Dr |
| 04/14/2014 | 279191 | Realized Gain/Loss Cust FUTURE | 117 | TR-PL-FUTURE | 0 | 26,003,400.00 Dr | 2,562,079,019.76 Dr |
| 04/14/2014 | 279191 | Realized Gain/Loss Cust FUTURE | 91 | TR-PL-FUTURE | 0 | 113,800.00 Dr | 2,562,192,819.76 Dr |
| 04/14/2014 | 279191 | Realized Gain/Loss Cust FUTURE | 205 | TR-PL-FUTURE | 0 | 3,664,620.00 Cr | 2,558,528,199.76 Dr |
| 04/14/2014 | 279191 | Realized Gain/Loss Cust FUTURE | 153 | TR-PL-FUTURE | 0 | 53,631,900.00 Cr | 2,504,896,299.76 Dr |
| 04/15/2014 | 278104 | Swap close for swap #246123:0 - Settle D | 1 | CASH | 246123 | 3,600,000.00 Cr | 2,501,296,299.76 Dr |
| 04/15/2014 | 278869 | Reversal of BUY 500,000 COLOB DC @ 432 D | 3 | PROCEED-EQUITY | 246126 | 216,000,000.00 Dr | 2,717,296,299.76 Dr |
| 04/15/2014 | 278893 | Reversal of BUY 170,000 COLOB DC @ 432 D | 3 | PROCEED-EQUITY | 246773 | 73,440,000.00 Dr | 2,790,736,299.76 Dr |
| 04/15/2014 | 279614 | Realized Gain/Loss Cust FUTURE | 37 | TR-PL-FUTURE | 0 | 1,590,400.00 Cr | 2,789,145,899.76 Dr |
| 04/15/2014 | T00024612601002 | BUY 500,000 COLOB DC @ 432 DKK 216,000,0 | 2 | PROCEED-EQUITY | 246126 | 216,000,000.00 Cr | 2,573,145,899.76 Dr |
| 04/15/2014 | T00024677301002 | BUY 170,000 COLOB DC @ 432 DKK 73,440,00 | 2 | PROCEED-EQUITY | 246773 | 73,440,000.00 Cr | 2,499,705,899.76 Dr |
| 04/15/2014 | T00024677701002 | BUY 170,000 COLOB DC @ 432 DKK 73,440,00 | 2 | PROCEED-EQUITY | 246777 | 73,440,000.00 Cr | 2,426,265,899.76 Dr |
| 04/15/2014 | T00024677801002 | BUY 170,000 COLOB DC @ 432 DKK 73,440,00 | 2 | PROCEED-EQUITY | 246778 | 73,440,000.00 Cr | 2,352,825,899.76 Dr |
| 04/15/2014 | T00024677901002 | BUY 160,000 COLOB DC @ 432 DKK 69,120,00 | 2 | PROCEED-EQUITY | 246779 | 69,120,000.00 Cr | 2,283,705,899.76 Dr |
| 04/25/2014 | 282287 | COLOB DC clearance charge | 2 | Unclassified | 0 | 549.42 Cr | 2,283,705,350.34 Dr |
| 04/30/2014 | 283919 | TDC DC clearance fee | 1 | Unclassified | 0 | 1,070,883.00 Dr | 2,284,776,233.34 Dr |
| | | | | | | | 2,284,776,233.34 Dr |

**Asset (DKK / DKK) Layer (O) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 03/31/2014 | | Opening Balance | 0 | | 0 | 84,100,630.00 Dr | 84,100,630.00 Dr |
| 04/01/2014 | 275026 | Reversal of Unrealized Gain/Loss Cust FU | 182 | PROCEED-FUTURE | 219245 | 483,600.00 Dr | 84,584,230.00 Dr |
| 04/01/2014 | 275026 | Reversal of Unrealized Gain/Loss Cust FU | 186 | PROCEED-FUTURE | 223012 | 756,000.00 Dr | 85,340,230.00 Dr |
| 04/01/2014 | 275026 | Reversal of Unrealized Gain/Loss Cust FU | 184 | PROCEED-FUTURE | 219246 | 292,600.00 Dr | 85,632,830.00 Dr |
| 04/01/2014 | 275026 | Reversal of Unrealized Gain/Loss Cust FU | 128 | PROCEED-FUTURE | 238703 | 1,478,530.00 Cr | 84,154,300.00 Dr |
| 04/01/2014 | 275026 | Reversal of Unrealized Gain/Loss Cust FU | 164 | PROCEED-FUTURE | 229306 | 30,540,000.00 Cr | 53,614,300.00 Dr |
| 04/01/2014 | 275026 | Reversal of Unrealized Gain/Loss Cust FU | 180 | PROCEED-FUTURE | 222998 | 496,000.00 Cr | 54,110,300.00 Dr |
| 04/01/2014 | 275026 | Reversal of Unrealized Gain/Loss Cust FU | 534 | PROCEED-FUTURE | 231625 | 12,880,000.00 Cr | 41,230,300.00 Dr |
| 04/01/2014 | 275026 | Reversal of Unrealized Gain/Loss Cust FU | 448 | PROCEED-FUTURE | 229818 | 39,757,500.00 Cr | 1,472,800.00 Dr |
| 04/01/2014 | 275026 | Reversal of Unrealized Gain/Loss Cust FU | 238 | PROCEED-FUTURE | 232537 | 1,472,800.00 Cr | 0.00 Cr |
| 04/01/2014 | 275541 | Unrealized Gain/Loss Cust FUTURE | 184 | PROCEED-FUTURE | 229306 | 37,230,000.00 Dr | 37,230,000.00 Dr |
| 04/01/2014 | 275541 | Unrealized Gain/Loss Cust FUTURE | 200 | PROCEED-FUTURE | 219245 | 508,400.00 Cr | 36,721,600.00 Dr |
| 04/01/2014 | 275541 | Unrealized Gain/Loss Cust FUTURE | 254 | PROCEED-FUTURE | 232537 | 1,392,800.00 Dr | 38,114,400.00 Dr |
| 04/01/2014 | 275541 | Unrealized Gain/Loss Cust FUTURE | 458 | PROCEED-FUTURE | 229818 | 50,255,000.00 Dr | 88,369,400.00 Dr |

Copyright Shadow Financial Services Corp. 1998-2014. All Rights Reserved.    Page 1 of 7    Produced on 05/01/2014

AIG_00000184

# Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd
#### 04/01/2014 through 04/30/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| | | Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS) (Continued) | | | | | |
| | | **Asset (DKK / DKK) Layer (O) (Continued)** | | | | | |
| 04/01/2014 | 275541 | Unrealized Gain/Loss Cust FUTURE | 544 | PROCEED-FUTURE | 231625 | 4,830,000.00 Dr | 93,199,400.00 Dr |
| 04/01/2014 | 275541 | Unrealized Gain/Loss Cust FUTURE | 204 | PROCEED-FUTURE | 223012 | 804,000.00 Cr | 92,395,400.00 Dr |
| 04/01/2014 | 275541 | Unrealized Gain/Loss Cust FUTURE | 206 | PROCEED-FUTURE | 219246 | 307,800.00 Cr | 92,087,600.00 Dr |
| 04/01/2014 | 275541 | Unrealized Gain/Loss Cust FUTURE | 148 | PROCEED-FUTURE | 238703 | 1,887,840.00 Dr | 93,975,440.00 Dr |
| 04/01/2014 | 275541 | Unrealized Gain/Loss Cust FUTURE | 202 | PROCEED-FUTURE | 222998 | 528,000.00 Cr | 93,447,440.00 Dr |
| 04/02/2014 | 275576 | Reversal of Unrealized Gain/Loss Cust FU | 202 | PROCEED-FUTURE | 222998 | 528,000.00 Dr | 93,975,440.00 Dr |
| 04/02/2014 | 275576 | Reversal of Unrealized Gain/Loss Cust FU | 200 | PROCEED-FUTURE | 219245 | 508,400.00 Dr | 94,483,840.00 Dr |
| 04/02/2014 | 275576 | Reversal of Unrealized Gain/Loss Cust FU | 206 | PROCEED-FUTURE | 219246 | 307,800.00 Dr | 94,791,640.00 Dr |
| 04/02/2014 | 275576 | Reversal of Unrealized Gain/Loss Cust FU | 204 | PROCEED-FUTURE | 223012 | 804,000.00 Dr | 95,595,640.00 Dr |
| 04/02/2014 | 275576 | Reversal of Unrealized Gain/Loss Cust FU | 184 | PROCEED-FUTURE | 229306 | 37,230,000.00 Cr | 58,365,640.00 Dr |
| 04/02/2014 | 275576 | Reversal of Unrealized Gain/Loss Cust FU | 458 | PROCEED-FUTURE | 229818 | 50,255,000.00 Cr | 8,110,640.00 Dr |
| 04/02/2014 | 275576 | Reversal of Unrealized Gain/Loss Cust FU | 544 | PROCEED-FUTURE | 231625 | 4,830,000.00 Cr | 3,280,640.00 Dr |
| 04/02/2014 | 275576 | Reversal of Unrealized Gain/Loss Cust FU | 148 | PROCEED-FUTURE | 238703 | 1,887,840.00 Cr | 1,392,800.00 Dr |
| 04/02/2014 | 275576 | Reversal of Unrealized Gain/Loss Cust FU | 254 | PROCEED-FUTURE | 232537 | 1,392,800.00 Cr | 0.00 Cr |
| 04/02/2014 | 275944 | Unrealized Gain/Loss Cust FUTURE | 196 | PROCEED-FUTURE | 229306 | 37,530,000.00 Dr | 37,530,000.00 Dr |
| 04/02/2014 | 275944 | Unrealized Gain/Loss Cust FUTURE | 160 | PROCEED-FUTURE | 238703 | 2,888,290.00 Dr | 40,418,290.00 Dr |
| 04/02/2014 | 275944 | Unrealized Gain/Loss Cust FUTURE | 212 | PROCEED-FUTURE | 219245 | 638,600.00 Cr | 39,779,690.00 Dr |
| 04/02/2014 | 275944 | Unrealized Gain/Loss Cust FUTURE | 216 | PROCEED-FUTURE | 223012 | 1,056,000.00 Cr | 38,723,690.00 Dr |
| 04/02/2014 | 275944 | Unrealized Gain/Loss Cust FUTURE | 214 | PROCEED-FUTURE | 222998 | 696,000.00 Cr | 38,027,690.00 Dr |
| 04/02/2014 | 275944 | Unrealized Gain/Loss Cust FUTURE | 274 | PROCEED-FUTURE | 232537 | 972,800.00 Dr | 39,000,490.00 Dr |
| 04/02/2014 | 275944 | Unrealized Gain/Loss Cust FUTURE | 564 | PROCEED-FUTURE | 231625 | 10,080,000.00 Dr | 49,080,490.00 Dr |
| 04/02/2014 | 275944 | Unrealized Gain/Loss Cust FUTURE | 478 | PROCEED-FUTURE | 229818 | 50,682,500.00 Dr | 99,762,990.00 Dr |
| 04/02/2014 | 275944 | Unrealized Gain/Loss Cust FUTURE | 218 | PROCEED-FUTURE | 219246 | 387,600.00 Cr | 99,375,390.00 Dr |
| 04/02/2014 | 275944 | Unrealized Gain/Loss Cust FUTURE | 262 | PROCEED-FUTURE | 243465 | 30,950.00 Cr | 99,344,440.00 Dr |
| 04/02/2014 | 275944 | Unrealized Gain/Loss Cust FUTURE | 260 | PROCEED-FUTURE | 243463 | 278,100.00 Cr | 99,066,340.00 Dr |
| 04/03/2014 | 275978 | Reversal of Unrealized Gain/Loss Cust FU | 262 | PROCEED-FUTURE | 243465 | 30,950.00 Dr | 99,097,290.00 Dr |
| 04/03/2014 | 275978 | Reversal of Unrealized Gain/Loss Cust FU | 260 | PROCEED-FUTURE | 243463 | 278,100.00 Dr | 99,375,390.00 Dr |
| 04/03/2014 | 275978 | Reversal of Unrealized Gain/Loss Cust FU | 274 | PROCEED-FUTURE | 232537 | 972,800.00 Cr | 98,402,590.00 Dr |
| 04/03/2014 | 275978 | Reversal of Unrealized Gain/Loss Cust FU | 564 | PROCEED-FUTURE | 231625 | 10,080,000.00 Cr | 88,322,590.00 Dr |
| 04/03/2014 | 275978 | Reversal of Unrealized Gain/Loss Cust FU | 478 | PROCEED-FUTURE | 229818 | 50,682,500.00 Cr | 37,640,090.00 Dr |
| 04/03/2014 | 275978 | Reversal of Unrealized Gain/Loss Cust FU | 218 | PROCEED-FUTURE | 219246 | 387,600.00 Dr | 38,027,690.00 Dr |
| 04/03/2014 | 275978 | Reversal of Unrealized Gain/Loss Cust FU | 196 | PROCEED-FUTURE | 229306 | 37,530,000.00 Cr | 497,690.00 Dr |
| 04/03/2014 | 275978 | Reversal of Unrealized Gain/Loss Cust FU | 160 | PROCEED-FUTURE | 238703 | 2,888,290.00 Cr | 2,390,600.00 Cr |
| 04/03/2014 | 275978 | Reversal of Unrealized Gain/Loss Cust FU | 212 | PROCEED-FUTURE | 219245 | 638,600.00 Dr | 1,752,000.00 Cr |
| 04/03/2014 | 275978 | Reversal of Unrealized Gain/Loss Cust FU | 216 | PROCEED-FUTURE | 223012 | 1,056,000.00 Dr | 696,000.00 Cr |
| 04/03/2014 | 275978 | Reversal of Unrealized Gain/Loss Cust FU | 214 | PROCEED-FUTURE | 222998 | 696,000.00 Dr | 0.00 Cr |
| 04/03/2014 | 276383 | Unrealized Gain/Loss Cust FUTURE | 200 | PROCEED-FUTURE | 219246 | 592,800.00 Cr | 592,800.00 Cr |
| 04/03/2014 | 276383 | Unrealized Gain/Loss Cust FUTURE | 202 | PROCEED-FUTURE | 223012 | 1,704,000.00 Cr | 2,296,800.00 Cr |
| 04/03/2014 | 276383 | Unrealized Gain/Loss Cust FUTURE | 204 | PROCEED-FUTURE | 219245 | 973,400.00 Cr | 3,270,200.00 Cr |
| 04/03/2014 | 276383 | Unrealized Gain/Loss Cust FUTURE | 184 | PROCEED-FUTURE | 229306 | 37,200,000.00 Dr | 33,929,800.00 Dr |
| 04/03/2014 | 276383 | Unrealized Gain/Loss Cust FUTURE | 464 | PROCEED-FUTURE | 229818 | 50,207,500.00 Dr | 84,137,300.00 Dr |
| 04/03/2014 | 276383 | Unrealized Gain/Loss Cust FUTURE | 550 | PROCEED-FUTURE | 231625 | 4,795,000.00 Dr | 88,932,300.00 Dr |
| 04/03/2014 | 276383 | Unrealized Gain/Loss Cust FUTURE | 148 | PROCEED-FUTURE | 238703 | 3,586,730.00 Dr | 92,519,030.00 Dr |
| 04/03/2014 | 276383 | Unrealized Gain/Loss Cust FUTURE | 206 | PROCEED-FUTURE | 222998 | 1,128,000.00 Cr | 91,391,030.00 Dr |
| 04/03/2014 | 276383 | Unrealized Gain/Loss Cust FUTURE | 262 | PROCEED-FUTURE | 232537 | 107,200.00 Cr | 91,283,830.00 Dr |
| 04/03/2014 | 276383 | Unrealized Gain/Loss Cust FUTURE | 250 | PROCEED-FUTURE | 243463 | 346,050.00 Cr | 90,937,780.00 Dr |
| 04/03/2014 | 276383 | Unrealized Gain/Loss Cust FUTURE | 248 | PROCEED-FUTURE | 243465 | 38,500.00 Cr | 90,899,280.00 Dr |
| 04/04/2014 | 276418 | Reversal of Unrealized Gain/Loss Cust FU | 200 | PROCEED-FUTURE | 219246 | 592,800.00 Dr | 91,492,080.00 Dr |
| 04/04/2014 | 276418 | Reversal of Unrealized Gain/Loss Cust FU | 202 | PROCEED-FUTURE | 223012 | 1,704,000.00 Dr | 93,196,080.00 Dr |

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
### 04/01/2014 through 04/30/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS) (Continued)**

**Asset (DKK / DKK) Layer (O) (Continued)**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 04/04/2014 | 276418 | Reversal of Unrealized Gain/Loss Cust FU | 184 | PROCEED-FUTURE | 229306 | 37,200,000.00 Cr | 55,996,080.00 Dr |
| 04/04/2014 | 276418 | Reversal of Unrealized Gain/Loss Cust FU | 248 | PROCEED-FUTURE | 243465 | 38,500.00 Dr | 56,034,580.00 Dr |
| 04/04/2014 | 276418 | Reversal of Unrealized Gain/Loss Cust FU | 148 | PROCEED-FUTURE | 238703 | 3,586,730.00 Cr | 52,447,850.00 Dr |
| 04/04/2014 | 276418 | Reversal of Unrealized Gain/Loss Cust FU | 204 | PROCEED-FUTURE | 219245 | 973,400.00 Dr | 53,421,250.00 Dr |
| 04/04/2014 | 276418 | Reversal of Unrealized Gain/Loss Cust FU | 262 | PROCEED-FUTURE | 232537 | 107,200.00 Dr | 53,528,450.00 Dr |
| 04/04/2014 | 276418 | Reversal of Unrealized Gain/Loss Cust FU | 550 | PROCEED-FUTURE | 231625 | 4,795,000.00 Cr | 48,733,450.00 Dr |
| 04/04/2014 | 276418 | Reversal of Unrealized Gain/Loss Cust FU | 250 | PROCEED-FUTURE | 243463 | 346,050.00 Dr | 49,079,500.00 Dr |
| 04/04/2014 | 276418 | Reversal of Unrealized Gain/Loss Cust FU | 206 | PROCEED-FUTURE | 222998 | 1,128,000.00 Dr | 50,207,500.00 Dr |
| 04/04/2014 | 276418 | Reversal of Unrealized Gain/Loss Cust FU | 464 | PROCEED-FUTURE | 229818 | 50,207,500.00 Cr | 0.00 Cr |
| 04/04/2014 | 276777 | Unrealized Gain/Loss Cust FUTURE | 204 | PROCEED-FUTURE | 223012 | 1,560,000.00 Cr | 1,560,000.00 Cr |
| 04/04/2014 | 276777 | Unrealized Gain/Loss Cust FUTURE | 206 | PROCEED-FUTURE | 219246 | 547,200.00 Cr | 2,107,200.00 Cr |
| 04/04/2014 | 276777 | Unrealized Gain/Loss Cust FUTURE | 202 | PROCEED-FUTURE | 222998 | 1,032,000.00 Cr | 3,139,200.00 Cr |
| 04/04/2014 | 276777 | Unrealized Gain/Loss Cust FUTURE | 184 | PROCEED-FUTURE | 229306 | 41,970,000.00 Dr | 38,830,800.00 Dr |
| 04/04/2014 | 276777 | Unrealized Gain/Loss Cust FUTURE | 200 | PROCEED-FUTURE | 219245 | 899,000.00 Cr | 37,931,800.00 Dr |
| 04/04/2014 | 276777 | Unrealized Gain/Loss Cust FUTURE | 248 | PROCEED-FUTURE | 243465 | 38,700.00 Cr | 37,893,100.00 Dr |
| 04/04/2014 | 276777 | Unrealized Gain/Loss Cust FUTURE | 464 | PROCEED-FUTURE | 229818 | 57,807,500.00 Dr | 95,700,600.00 Dr |
| 04/04/2014 | 276777 | Unrealized Gain/Loss Cust FUTURE | 148 | PROCEED-FUTURE | 238703 | 49,052,060.00 Cr | 46,648,540.00 Dr |
| 04/04/2014 | 276777 | Unrealized Gain/Loss Cust FUTURE | 550 | PROCEED-FUTURE | 231625 | 1,645,000.00 Dr | 48,293,540.00 Dr |
| 04/04/2014 | 276777 | Unrealized Gain/Loss Cust FUTURE | 250 | PROCEED-FUTURE | 243463 | 347,850.00 Cr | 47,945,690.00 Dr |
| 04/04/2014 | 276777 | Unrealized Gain/Loss Cust FUTURE | 262 | PROCEED-FUTURE | 232537 | 152,800.00 Dr | 48,098,490.00 Dr |
| 04/07/2014 | 277174 | Reversal of Unrealized Gain/Loss Cust FU | 248 | PROCEED-FUTURE | 243465 | 38,700.00 Dr | 48,137,190.00 Dr |
| 04/07/2014 | 277174 | Reversal of Unrealized Gain/Loss Cust FU | 206 | PROCEED-FUTURE | 219246 | 547,200.00 Dr | 48,684,390.00 Dr |
| 04/07/2014 | 277174 | Reversal of Unrealized Gain/Loss Cust FU | 250 | PROCEED-FUTURE | 243463 | 347,850.00 Dr | 49,032,240.00 Dr |
| 04/07/2014 | 277174 | Reversal of Unrealized Gain/Loss Cust FU | 464 | PROCEED-FUTURE | 229818 | 57,807,500.00 Cr | 8,775,260.00 Cr |
| 04/07/2014 | 277174 | Reversal of Unrealized Gain/Loss Cust FU | 262 | PROCEED-FUTURE | 232537 | 152,800.00 Cr | 8,928,060.00 Cr |
| 04/07/2014 | 277174 | Reversal of Unrealized Gain/Loss Cust FU | 204 | PROCEED-FUTURE | 223012 | 1,560,000.00 Dr | 7,368,060.00 Cr |
| 04/07/2014 | 277174 | Reversal of Unrealized Gain/Loss Cust FU | 550 | PROCEED-FUTURE | 231625 | 1,645,000.00 Cr | 9,013,060.00 Cr |
| 04/07/2014 | 277174 | Reversal of Unrealized Gain/Loss Cust FU | 148 | PROCEED-FUTURE | 238703 | 49,052,060.00 Dr | 40,039,000.00 Dr |
| 04/07/2014 | 277174 | Reversal of Unrealized Gain/Loss Cust FU | 184 | PROCEED-FUTURE | 229306 | 41,970,000.00 Cr | 1,931,000.00 Cr |
| 04/07/2014 | 277174 | Reversal of Unrealized Gain/Loss Cust FU | 202 | PROCEED-FUTURE | 222998 | 1,032,000.00 Dr | 899,000.00 Dr |
| 04/07/2014 | 277174 | Reversal of Unrealized Gain/Loss Cust FU | 200 | PROCEED-FUTURE | 219245 | 899,000.00 Dr | 0.00 Cr |
| 04/07/2014 | 277181 | Unrealized Gain/Loss Cust FUTURE | 176 | PROCEED-FUTURE | 229306 | 42,000,000.00 Dr | 42,000,000.00 Dr |
| 04/07/2014 | 277181 | Unrealized Gain/Loss Cust FUTURE | 192 | PROCEED-FUTURE | 219245 | 725,400.00 Cr | 41,274,600.00 Dr |
| 04/07/2014 | 277181 | Unrealized Gain/Loss Cust FUTURE | 140 | PROCEED-FUTURE | 238703 | 49,241,560.00 Cr | 7,966,960.00 Cr |
| 04/07/2014 | 277181 | Unrealized Gain/Loss Cust FUTURE | 456 | PROCEED-FUTURE | 229818 | 57,807,500.00 Dr | 49,840,540.00 Dr |
| 04/07/2014 | 277181 | Unrealized Gain/Loss Cust FUTURE | 542 | PROCEED-FUTURE | 231625 | 16,170,000.00 Cr | 33,670,540.00 Dr |
| 04/07/2014 | 277181 | Unrealized Gain/Loss Cust FUTURE | 194 | PROCEED-FUTURE | 222998 | 808,000.00 Cr | 32,862,540.00 Dr |
| 04/07/2014 | 277181 | Unrealized Gain/Loss Cust FUTURE | 242 | PROCEED-FUTURE | 243463 | 189,000.00 Cr | 32,673,540.00 Dr |
| 04/07/2014 | 277181 | Unrealized Gain/Loss Cust FUTURE | 254 | PROCEED-FUTURE | 232537 | 692,800.00 Dr | 33,366,340.00 Dr |
| 04/07/2014 | 277181 | Unrealized Gain/Loss Cust FUTURE | 240 | PROCEED-FUTURE | 243465 | 21,050.00 Cr | 33,345,290.00 Dr |
| 04/07/2014 | 277181 | Unrealized Gain/Loss Cust FUTURE | 196 | PROCEED-FUTURE | 223012 | 1,224,000.00 Cr | 32,121,290.00 Dr |
| 04/07/2014 | 277181 | Unrealized Gain/Loss Cust FUTURE | 198 | PROCEED-FUTURE | 219246 | 440,800.00 Cr | 31,680,490.00 Dr |
| 04/08/2014 | 277216 | Reversal of Unrealized Gain/Loss Cust FU | 240 | PROCEED-FUTURE | 243465 | 21,050.00 Dr | 31,701,540.00 Dr |
| 04/08/2014 | 277216 | Reversal of Unrealized Gain/Loss Cust FU | 198 | PROCEED-FUTURE | 219246 | 440,800.00 Dr | 32,142,340.00 Dr |
| 04/08/2014 | 277216 | Reversal of Unrealized Gain/Loss Cust FU | 196 | PROCEED-FUTURE | 223012 | 1,224,000.00 Dr | 33,366,340.00 Dr |
| 04/08/2014 | 277216 | Reversal of Unrealized Gain/Loss Cust FU | 242 | PROCEED-FUTURE | 243463 | 189,000.00 Dr | 33,555,340.00 Dr |
| 04/08/2014 | 277216 | Reversal of Unrealized Gain/Loss Cust FU | 542 | PROCEED-FUTURE | 231625 | 16,170,000.00 Dr | 49,725,340.00 Dr |
| 04/08/2014 | 277216 | Reversal of Unrealized Gain/Loss Cust FU | 456 | PROCEED-FUTURE | 229818 | 57,807,500.00 Cr | 8,082,160.00 Cr |
| 04/08/2014 | 277216 | Reversal of Unrealized Gain/Loss Cust FU | 254 | PROCEED-FUTURE | 232537 | 692,800.00 Cr | 8,774,960.00 Cr |

AIG_00000186

CONFIDENTIAL

## Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd
#### 04/01/2014 through 04/30/2014

Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS) (Continued)

**Asset (DKK / DKK) Layer (O) (Continued)**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 04/08/2014 | 277216 | Reversal of Unrealized Gain/Loss Cust FU | 176 | PROCEED-FUTURE | 229306 | 42,000,000.00 Cr | 50,774,960.00 Cr |
| 04/08/2014 | 277216 | Reversal of Unrealized Gain/Loss Cust FU | 140 | PROCEED-FUTURE | 238703 | 49,241,560.00 Dr | 1,533,400.00 Cr |
| 04/08/2014 | 277216 | Reversal of Unrealized Gain/Loss Cust FU | 194 | PROCEED-FUTURE | 222998 | 808,000.00 Dr | 725,400.00 Cr |
| 04/08/2014 | 277216 | Reversal of Unrealized Gain/Loss Cust FU | 192 | PROCEED-FUTURE | 219245 | 725,400.00 Dr | 0.00 Cr |
| 04/08/2014 | 277626 | Unrealized Gain/Loss Cust FUTURE | 196 | PROCEED-FUTURE | 223012 | 1,104,000.00 Cr | 1,104,000.00 Cr |
| 04/08/2014 | 277626 | Unrealized Gain/Loss Cust FUTURE | 194 | PROCEED-FUTURE | 222998 | 728,000.00 Cr | 1,832,000.00 Cr |
| 04/08/2014 | 277626 | Unrealized Gain/Loss Cust FUTURE | 138 | PROCEED-FUTURE | 238703 | 49,331,420.00 Cr | 51,163,420.00 Cr |
| 04/08/2014 | 277626 | Unrealized Gain/Loss Cust FUTURE | 244 | PROCEED-FUTURE | 243463 | 391,500.00 Cr | 51,554,920.00 Cr |
| 04/08/2014 | 277626 | Unrealized Gain/Loss Cust FUTURE | 136 | PROCEED-FUTURE | 245086 | 51,216,760.00 Dr | 338,160.00 Cr |
| 04/08/2014 | 277626 | Unrealized Gain/Loss Cust FUTURE | 198 | PROCEED-FUTURE | 219246 | 402,800.00 Cr | 740,960.00 Cr |
| 04/08/2014 | 277626 | Unrealized Gain/Loss Cust FUTURE | 254 | PROCEED-FUTURE | 232537 | 892,800.00 Dr | 151,840.00 Dr |
| 04/08/2014 | 277626 | Unrealized Gain/Loss Cust FUTURE | 176 | PROCEED-FUTURE | 229306 | 30,000,000.00 Dr | 30,151,840.00 Dr |
| 04/08/2014 | 277626 | Unrealized Gain/Loss Cust FUTURE | 542 | PROCEED-FUTURE | 231625 | 29,820,000.00 Cr | 331,840.00 Dr |
| 04/08/2014 | 277626 | Unrealized Gain/Loss Cust FUTURE | 456 | PROCEED-FUTURE | 229818 | 38,807,500.00 Dr | 39,139,340.00 Dr |
| 04/08/2014 | 277626 | Unrealized Gain/Loss Cust FUTURE | 246 | PROCEED-FUTURE | 243465 | 43,550.00 Cr | 39,095,790.00 Dr |
| 04/08/2014 | 277626 | Unrealized Gain/Loss Cust FUTURE | 192 | PROCEED-FUTURE | 219245 | 663,400.00 Cr | 38,432,390.00 Dr |
| 04/09/2014 | 277660 | Reversal of Unrealized Gain/Loss Cust FU | 192 | PROCEED-FUTURE | 219245 | 663,400.00 Dr | 39,095,790.00 Dr |
| 04/09/2014 | 277660 | Reversal of Unrealized Gain/Loss Cust FU | 176 | PROCEED-FUTURE | 229306 | 30,000,000.00 Cr | 9,095,790.00 Dr |
| 04/09/2014 | 277660 | Reversal of Unrealized Gain/Loss Cust FU | 138 | PROCEED-FUTURE | 238703 | 49,331,420.00 Dr | 58,427,210.00 Dr |
| 04/09/2014 | 277660 | Reversal of Unrealized Gain/Loss Cust FU | 198 | PROCEED-FUTURE | 219246 | 402,800.00 Dr | 58,830,010.00 Dr |
| 04/09/2014 | 277660 | Reversal of Unrealized Gain/Loss Cust FU | 196 | PROCEED-FUTURE | 223012 | 1,104,000.00 Dr | 59,934,010.00 Dr |
| 04/09/2014 | 277660 | Reversal of Unrealized Gain/Loss Cust FU | 194 | PROCEED-FUTURE | 222998 | 728,000.00 Dr | 60,662,010.00 Dr |
| 04/09/2014 | 277660 | Reversal of Unrealized Gain/Loss Cust FU | 136 | PROCEED-FUTURE | 245086 | 51,216,760.00 Cr | 9,445,250.00 Dr |
| 04/09/2014 | 277660 | Reversal of Unrealized Gain/Loss Cust FU | 542 | PROCEED-FUTURE | 231625 | 29,820,000.00 Dr | 39,265,250.00 Dr |
| 04/09/2014 | 277660 | Reversal of Unrealized Gain/Loss Cust FU | 456 | PROCEED-FUTURE | 229818 | 38,807,500.00 Cr | 457,750.00 Dr |
| 04/09/2014 | 277660 | Reversal of Unrealized Gain/Loss Cust FU | 254 | PROCEED-FUTURE | 232537 | 892,800.00 Cr | 435,050.00 Cr |
| 04/09/2014 | 277660 | Reversal of Unrealized Gain/Loss Cust FU | 244 | PROCEED-FUTURE | 243463 | 391,500.00 Dr | 43,550.00 Cr |
| 04/09/2014 | 277660 | Reversal of Unrealized Gain/Loss Cust FU | 246 | PROCEED-FUTURE | 243465 | 43,550.00 Dr | 0.00 Cr |
| 04/09/2014 | 277967 | Unrealized Gain/Loss Cust FUTURE | 448 | PROCEED-FUTURE | 229818 | 44,507,500.00 Dr | 44,507,500.00 Dr |
| 04/09/2014 | 277967 | Unrealized Gain/Loss Cust FUTURE | 184 | PROCEED-FUTURE | 219246 | 364,800.00 Cr | 44,142,700.00 Dr |
| 04/09/2014 | 277967 | Unrealized Gain/Loss Cust FUTURE | 186 | PROCEED-FUTURE | 223012 | 984,000.00 Cr | 43,158,700.00 Dr |
| 04/09/2014 | 277967 | Unrealized Gain/Loss Cust FUTURE | 168 | PROCEED-FUTURE | 229306 | 33,540,000.00 Dr | 76,698,700.00 Dr |
| 04/09/2014 | 277967 | Unrealized Gain/Loss Cust FUTURE | 534 | PROCEED-FUTURE | 231625 | 16,870,000.00 Cr | 59,828,700.00 Dr |
| 04/09/2014 | 277967 | Unrealized Gain/Loss Cust FUTURE | 706 | PROCEED-FUTURE | 245733 | 1,358,000.00 Cr | 58,470,700.00 Dr |
| 04/09/2014 | 277967 | Unrealized Gain/Loss Cust FUTURE | 238 | PROCEED-FUTURE | 243463 | 33,750.00 Cr | 58,436,950.00 Dr |
| 04/09/2014 | 277967 | Unrealized Gain/Loss Cust FUTURE | 246 | PROCEED-FUTURE | 232537 | 1,092,800.00 Dr | 59,529,750.00 Dr |
| 04/09/2014 | 277967 | Unrealized Gain/Loss Cust FUTURE | 236 | PROCEED-FUTURE | 243465 | 3,800.00 Cr | 59,525,950.00 Dr |
| 04/09/2014 | 277967 | Unrealized Gain/Loss Cust FUTURE | 188 | PROCEED-FUTURE | 219245 | 601,400.00 Cr | 58,924,550.00 Dr |
| 04/09/2014 | 277967 | Unrealized Gain/Loss Cust FUTURE | 190 | PROCEED-FUTURE | 222998 | 648,000.00 Cr | 58,276,550.00 Dr |
| 04/10/2014 | 278002 | Reversal of Unrealized Gain/Loss Cust FU | 246 | PROCEED-FUTURE | 232537 | 1,092,800.00 Cr | 57,183,750.00 Dr |
| 04/10/2014 | 278002 | Reversal of Unrealized Gain/Loss Cust FU | 448 | PROCEED-FUTURE | 229818 | 44,507,500.00 Cr | 12,676,250.00 Dr |
| 04/10/2014 | 278002 | Reversal of Unrealized Gain/Loss Cust FU | 534 | PROCEED-FUTURE | 231625 | 16,870,000.00 Dr | 29,546,250.00 Dr |
| 04/10/2014 | 278002 | Reversal of Unrealized Gain/Loss Cust FU | 168 | PROCEED-FUTURE | 229306 | 33,540,000.00 Cr | 3,993,750.00 Cr |
| 04/10/2014 | 278002 | Reversal of Unrealized Gain/Loss Cust FU | 184 | PROCEED-FUTURE | 219246 | 364,800.00 Dr | 3,628,950.00 Cr |
| 04/10/2014 | 278002 | Reversal of Unrealized Gain/Loss Cust FU | 188 | PROCEED-FUTURE | 219245 | 601,400.00 Dr | 3,027,550.00 Cr |
| 04/10/2014 | 278002 | Reversal of Unrealized Gain/Loss Cust FU | 706 | PROCEED-FUTURE | 245733 | 1,358,000.00 Dr | 1,669,550.00 Cr |
| 04/10/2014 | 278002 | Reversal of Unrealized Gain/Loss Cust FU | 236 | PROCEED-FUTURE | 243465 | 3,800.00 Dr | 1,665,750.00 Cr |
| 04/10/2014 | 278002 | Reversal of Unrealized Gain/Loss Cust FU | 238 | PROCEED-FUTURE | 243463 | 33,750.00 Dr | 1,632,000.00 Cr |
| 04/10/2014 | 278002 | Reversal of Unrealized Gain/Loss Cust FU | 186 | PROCEED-FUTURE | 223012 | 984,000.00 Dr | 648,000.00 Cr |

AIG_00000187

# Account Transactions (General Ledger)
ED&F Man Capital Markets Ltd
04/01/2014 through 04/30/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS) (Continued)**

Asset (DKK / DKK) Layer (O) (Continued)

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 04/10/2014 | 278002 | Reversal of Unrealized Gain/Loss Cust FU | 190 | PROCEED-FUTURE | 222998 | 648,000.00 Dr | 0.00 Cr |
| 04/10/2014 | 278321 | Unrealized Gain/Loss Cust FUTURE | 526 | PROCEED-FUTURE | 231625 | 26,705,000.00 Cr | 26,705,000.00 Cr |
| 04/10/2014 | 278321 | Unrealized Gain/Loss Cust FUTURE | 682 | PROCEED-FUTURE | 245733 | 2,503,100.00 Cr | 29,208,100.00 Cr |
| 04/10/2014 | 278321 | Unrealized Gain/Loss Cust FUTURE | 176 | PROCEED-FUTURE | 229306 | 28,500,000.00 Dr | 708,100.00 Cr |
| 04/10/2014 | 278321 | Unrealized Gain/Loss Cust FUTURE | 196 | PROCEED-FUTURE | 219246 | 193,800.00 Cr | 901,900.00 Cr |
| 04/10/2014 | 278321 | Unrealized Gain/Loss Cust FUTURE | 198 | PROCEED-FUTURE | 219245 | 322,400.00 Cr | 1,224,300.00 Cr |
| 04/10/2014 | 278321 | Unrealized Gain/Loss Cust FUTURE | 192 | PROCEED-FUTURE | 222998 | 288,000.00 Cr | 1,512,300.00 Cr |
| 04/10/2014 | 278321 | Unrealized Gain/Loss Cust FUTURE | 194 | PROCEED-FUTURE | 223012 | 444,000.00 Cr | 1,956,300.00 Cr |
| 04/10/2014 | 278321 | Unrealized Gain/Loss Cust FUTURE | 254 | PROCEED-FUTURE | 232537 | 1,992,800.00 Dr | 36,500.00 Dr |
| 04/10/2014 | 278321 | Unrealized Gain/Loss Cust FUTURE | 440 | PROCEED-FUTURE | 229818 | 36,432,500.00 Dr | 36,469,000.00 Dr |
| 04/10/2014 | 278321 | Unrealized Gain/Loss Cust FUTURE | 244 | PROCEED-FUTURE | 243465 | 108,600.00 Cr | 36,360,400.00 Dr |
| 04/10/2014 | 278321 | Unrealized Gain/Loss Cust FUTURE | 246 | PROCEED-FUTURE | 243463 | 976,950.00 Cr | 35,383,450.00 Dr |
| 04/11/2014 | 278369 | Reversal of Unrealized Gain/Loss Cust FU | 254 | PROCEED-FUTURE | 232537 | 1,992,800.00 Cr | 33,390,650.00 Dr |
| 04/11/2014 | 278369 | Reversal of Unrealized Gain/Loss Cust FU | 440 | PROCEED-FUTURE | 229818 | 36,432,500.00 Cr | 3,041,850.00 Cr |
| 04/11/2014 | 278369 | Reversal of Unrealized Gain/Loss Cust FU | 526 | PROCEED-FUTURE | 231625 | 26,705,000.00 Dr | 23,663,150.00 Dr |
| 04/11/2014 | 278369 | Reversal of Unrealized Gain/Loss Cust FU | 246 | PROCEED-FUTURE | 243463 | 976,950.00 Dr | 24,640,100.00 Dr |
| 04/11/2014 | 278369 | Reversal of Unrealized Gain/Loss Cust FU | 192 | PROCEED-FUTURE | 222998 | 288,000.00 Dr | 24,928,100.00 Dr |
| 04/11/2014 | 278369 | Reversal of Unrealized Gain/Loss Cust FU | 176 | PROCEED-FUTURE | 229306 | 28,500,000.00 Cr | 3,571,900.00 Cr |
| 04/11/2014 | 278369 | Reversal of Unrealized Gain/Loss Cust FU | 682 | PROCEED-FUTURE | 245733 | 2,503,100.00 Dr | 1,068,800.00 Cr |
| 04/11/2014 | 278369 | Reversal of Unrealized Gain/Loss Cust FU | 194 | PROCEED-FUTURE | 223012 | 444,000.00 Dr | 624,800.00 Cr |
| 04/11/2014 | 278369 | Reversal of Unrealized Gain/Loss Cust FU | 244 | PROCEED-FUTURE | 243465 | 108,600.00 Dr | 516,200.00 Cr |
| 04/11/2014 | 278369 | Reversal of Unrealized Gain/Loss Cust FU | 198 | PROCEED-FUTURE | 219245 | 322,400.00 Dr | 193,800.00 Cr |
| 04/11/2014 | 278369 | Reversal of Unrealized Gain/Loss Cust FU | 196 | PROCEED-FUTURE | 219246 | 193,800.00 Dr | 0.00 Cr |
| 04/11/2014 | 278743 | Unrealized Gain/Loss Cust FUTURE | 212 | PROCEED-FUTURE | 232537 | 652,800.00 Dr | 652,800.00 Dr |
| 04/11/2014 | 278743 | Unrealized Gain/Loss Cust FUTURE | 398 | PROCEED-FUTURE | 229818 | 35,007,500.00 Dr | 35,660,300.00 Dr |
| 04/11/2014 | 278743 | Unrealized Gain/Loss Cust FUTURE | 484 | PROCEED-FUTURE | 231625 | 41,020,000.00 Cr | 5,359,700.00 Cr |
| 04/11/2014 | 278743 | Unrealized Gain/Loss Cust FUTURE | 204 | PROCEED-FUTURE | 243465 | 123,750.00 Cr | 5,483,450.00 Cr |
| 04/11/2014 | 278743 | Unrealized Gain/Loss Cust FUTURE | 170 | PROCEED-FUTURE | 222998 | 816,000.00 Cr | 6,299,450.00 Cr |
| 04/11/2014 | 278743 | Unrealized Gain/Loss Cust FUTURE | 168 | PROCEED-FUTURE | 223012 | 1,236,000.00 Cr | 7,535,450.00 Cr |
| 04/11/2014 | 278743 | Unrealized Gain/Loss Cust FUTURE | 160 | PROCEED-FUTURE | 229306 | 27,570,000.00 Dr | 20,034,550.00 Dr |
| 04/11/2014 | 278743 | Unrealized Gain/Loss Cust FUTURE | 172 | PROCEED-FUTURE | 219246 | 444,600.00 Cr | 19,589,950.00 Dr |
| 04/11/2014 | 278743 | Unrealized Gain/Loss Cust FUTURE | 202 | PROCEED-FUTURE | 243463 | 1,113,300.00 Cr | 18,476,650.00 Dr |
| 04/11/2014 | 278743 | Unrealized Gain/Loss Cust FUTURE | 636 | PROCEED-FUTURE | 245733 | 2,806,700.00 Cr | 15,669,950.00 Dr |
| 04/11/2014 | 278743 | Unrealized Gain/Loss Cust FUTURE | 174 | PROCEED-FUTURE | 219245 | 731,600.00 Cr | 14,938,350.00 Dr |
| 04/14/2014 | 279170 | Reversal of Unrealized Gain/Loss Cust FU | 398 | PROCEED-FUTURE | 229818 | 35,007,500.00 Cr | 20,069,150.00 Cr |
| 04/14/2014 | 279170 | Reversal of Unrealized Gain/Loss Cust FU | 212 | PROCEED-FUTURE | 232537 | 652,800.00 Cr | 20,721,950.00 Cr |
| 04/14/2014 | 279170 | Reversal of Unrealized Gain/Loss Cust FU | 204 | PROCEED-FUTURE | 243465 | 123,750.00 Dr | 20,598,200.00 Cr |
| 04/14/2014 | 279170 | Reversal of Unrealized Gain/Loss Cust FU | 160 | PROCEED-FUTURE | 229306 | 27,570,000.00 Cr | 48,168,200.00 Cr |
| 04/14/2014 | 279170 | Reversal of Unrealized Gain/Loss Cust FU | 484 | PROCEED-FUTURE | 231625 | 41,020,000.00 Dr | 7,148,200.00 Cr |
| 04/14/2014 | 279170 | Reversal of Unrealized Gain/Loss Cust FU | 636 | PROCEED-FUTURE | 245733 | 2,806,700.00 Dr | 4,341,500.00 Cr |
| 04/14/2014 | 279170 | Reversal of Unrealized Gain/Loss Cust FU | 168 | PROCEED-FUTURE | 223012 | 1,236,000.00 Dr | 3,105,500.00 Cr |
| 04/14/2014 | 279170 | Reversal of Unrealized Gain/Loss Cust FU | 202 | PROCEED-FUTURE | 243463 | 1,113,300.00 Dr | 1,992,200.00 Cr |
| 04/14/2014 | 279170 | Reversal of Unrealized Gain/Loss Cust FU | 170 | PROCEED-FUTURE | 222998 | 816,000.00 Dr | 1,176,200.00 Cr |
| 04/14/2014 | 279170 | Reversal of Unrealized Gain/Loss Cust FU | 172 | PROCEED-FUTURE | 219246 | 444,600.00 Dr | 731,600.00 Cr |
| 04/14/2014 | 279170 | Reversal of Unrealized Gain/Loss Cust FU | 174 | PROCEED-FUTURE | 219245 | 731,600.00 Dr | 0.00 Cr |
| 04/14/2014 | 279177 | Unrealized Gain/Loss Cust FUTURE | 144 | PROCEED-FUTURE | 243463 | 1,295,550.00 Cr | 1,295,550.00 Cr |
| 04/14/2014 | 279177 | Unrealized Gain/Loss Cust FUTURE | 146 | PROCEED-FUTURE | 243465 | 144,000.00 Cr | 1,439,550.00 Cr |
| 04/15/2014 | 279212 | Reversal of Unrealized Gain/Loss Cust FU | 146 | PROCEED-FUTURE | 243465 | 144,000.00 Dr | 1,295,550.00 Cr |
| 04/15/2014 | 279212 | Reversal of Unrealized Gain/Loss Cust FU | 144 | PROCEED-FUTURE | 243463 | 1,295,550.00 Dr | 0.00 Cr |

# Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd
#### 04/01/2014 through 04/30/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS) (Continued)

**Asset (DKK / DKK) Layer (O) (Continued)**

|  |  |  |  |  |  |  | 0.00 Cr |
|---|---|---|---|---|---|---|---|

**Asset (DKK / EUR) Layer (C) [Danish Kroner DKK]**

| 04/30/2014 | 283896 | TDC DC Tax Reclaims | 2 | Unclassified | 0 | 2,944,755.00 Cr | 2,944,755.00 Cr |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 2,944,755.00 Cr |

**Asset (EUR / EUR) Layer (C) [Euro]**

| 04/01/2014 | 275061 | Reverse of Drawdown 416 - NOVOB DC | 2 | Unclassified | 0 | 745.92 Cr | 42,620.17 Dr |
| 04/01/2014 | 275068 | Drawdown 416 - NOVOB DC | 1 | Unclassified | 0 | 1,302.84 Dr | 43,923.01 Dr |
| 04/04/2014 | 276535 | Reverse of Drawdown 409 - TDC DC | 2 | Unclassified | 0 | 2,616.77 Cr | 58,578.76 Cr |
| 04/04/2014 | 276544 | Drawdown 409 - TDC DC | 1 | Unclassified | 0 | 6,113.94 Dr | 52,464.82 Cr |
| 04/14/2014 | 278903 | Drawdown 433 - TRYG DC | 1 | Unclassified | 0 | 35.93 Dr | 152,134.89 Cr |
| 04/14/2014 | 278908 | Drawdown 434 - TRYG DC | 1 | Unclassified | 0 | 1,411.91 Dr | 150,722.98 Cr |

REDACTED

CONFIDENTIAL

AIG_00000189

CONFIDENTIAL

# Account Transactions (General Ledger)
ED&F Man Capital Markets Ltd
04/01/2014 through 04/30/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS) (Continued) |

**Asset (EUR / EUR) Layer (C) (Continued)**

REDACTED

| 04/28/2014 | 282789 | COLOB DC fee | 1 | Unclassified | 0 | 9,849.00 Dr | 628,857.42 Cr |

REDACTED TRADER

**Asset (EUR / EUR) Layer (S) [Euro]**

REDACTED

**Asset (USD / USD) Layer (C) [US Dollar]**

REDACTED

**Asset (USD / USD) Layer (S) [US Dollar]**

REDACTED

Gross Debit for all Trades:
Gross Credit for all Trades:          REDACTED

Net Debit/Credit for all Trades:

AIG_00000190

Copyright Shadow Financial Services Corp. 1998-2014. All Rights Reserved.   Page 7 of 7   Produced on 05/01/2014

CONFIDENTIAL

# Account Equity

ED&F Man Capital Markets Ltd  
Cottons Centre, Hay's Lane  
London, SE1 2QE  
United Kingdom

Account Number: CC:AMERIC-INVGR  
Account Name  : AMERICAN INVESTMENT GROUP OF NY  
Date          : 04/30/2014  
Currency      : USD

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 2,281,831,478.34 Dr | 0.1858 | 423,919,496.32 Dr | 2,281,831,478.34 Dr | 0.1858 | 423,919,496.32 Dr |
| EUR Cash | REDACTED | 1.3867 | REDACTED | REDACTED | 1.3867 | REDACTED |
| USD Cash | | 1.0000 | | | 1.0000 | |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| DANSKE DC | DANSKE BANK A/S | C | 7,750,000.00 Lg | 143.5905 | 152.0000 | 1,112,826,210.00 Dr | 1,178,000,000.00 Cr | 65,173,790.00 Cr DKK |
| MAERSKB DC | AP MOELLER-MAERSK A/S-B | C | 5,000.00 Lg | 12680.1585 | 12820.0000 | 63,400,792.50 Dr | 64,100,000.00 Cr | 699,207.50 Cr DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 3,500,000.00 Lg | 246.7031 | 242.7000 | 863,460,780.00 Dr | 849,450,000.00 Cr | 14,010,780.00 Dr DKK |
| TDC DC | TDC A/S | C | 5,000,000.00 Lg | 52.5607 | 50.5000 | 262,803,300.00 Dr | 252,500,000.00 Cr | 10,303,300.00 Dr DKK |
| TRYG DC | TRYG A/S | C | 50,000.00 Lg | 557.0070 | 511.0000 | 27,850,350.00 Dr | 25,550,000.00 Cr | 2,300,350.00 Dr DKK |
| | | | | | Totals: | 2,330,341,432.50 Dr | 2,369,600,000.00 Cr | 39,258,567.50 Cr |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | | |

## Trade Date Positions (OTC-OPTIONS) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | | |

Page 1 of 3

AIG_00000191

CONFIDENTIAL

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : AMERICAN INVESTMENT GROUP OF NY
Date          : 04/30/2014
Currency      : USD

**Equity Swaps**

| Tick Seq | Trade Dt / Settle Dt | Term Date | Asset Description | Quantity | D | Open Price | Notional | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 246985 | 04/14/2014 04/16/2014 | 12/23/2014 | TDC DC TDC A/S | 3,000,000 | S | 49.4300 | 148,290,000 | DKK | 50.5000 | 3,210,000 | | Fixed | 0.0000 | 0.00 |
| 246831 | 04/14/2014 04/16/2014 | 12/23/2014 | NOVOB DC NOVO NORDISK A/S-B | 3,500,000 | S | 227.8000 | 797,300,000 | DKK | 242.7000 | 52,150,000 | | Fixed | 0.0000 | 0.00 |
| 246824 | 04/14/2014 04/16/2014 | 12/23/2014 | MAERSKB DC AP MOELLER-MAERSK A/S-B | 5,000 | S | 12410.0000 | 62,050,000 | DKK | 12820.0000 | 2,050,000 | | Fixed | 0.0000 | 0.00 |
| 247003 | 04/14/2014 04/16/2014 | 12/23/2014 | TRYG DC TRYG A/S | 50,000 | S | 506.5000 | 25,325,000 | DKK | 511.0000 | 225,000 | | Fixed | 0.0000 | 0.00 |
| 246857 | 04/14/2014 04/16/2014 | 12/23/2014 | DANSKE DC DANSKE BANK A/S | 4,750,000 | S | 148.1000 | 703,475,000 | DKK | 152.0000 | 18,525,000 | | Fixed | 0.0000 | 0.00 |
| 246937 | 04/14/2014 04/16/2014 | 12/23/2014 | DANSKE DC DANSKE BANK A/S | 3,000,000 | S | 148.1000 | 444,300,000 | DKK | 152.0000 | 11,700,000 | | Fixed | 0.0000 | 0.00 |
| 246956 | 04/14/2014 04/16/2014 | 12/23/2014 | TDC DC TDC A/S | 2,000,000 | S | 49.4300 | 98,860,000 | DKK | 50.5000 | 2,140,000 | | Fixed | 0.0000 | 0.00 |

REDACTED

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name   : AMERICAN INVESTMENT GROUP OF NY
Date           : 04/30/2014
Currency       : USD

## Account Summary

```
Item                                      Amount (USD)
---------------------------------------   ============
Value of opening currency balance
Value of trades settling today
Value of Rec/Del today                        REDACTED
Value of Deposits/Withdrawls today
---------------------------------------   ============
Value of closing currency balance(s)

NonFX Proceeds Pending Settlement
---------------------------------------   ============
Trade Date Cash Balance

Market Value of Positions
Net Value of Financing Interest
Open Trade Equity on FX Deals
Accrued Interest on Fixed Income
Value of Open Swap Positions
---------------------------------------   ============
Preliminary Account Value
```

## Financing Summary

```
---------------------------------------   ============
Value of collateral
Financing Valuation
---------------------------------------   ============
Total Financing Excess
```

## Margin Summary

```
---------------------------------------   ============
Margin Req (Reg-T: Initial)
Margin Req (Reg-T: Maintenance)
Margin Req (Future Initial)
Margin Req (FOREX)
Margin Req (Minimum Equity)
---------------------------------------   ============
Margin Req (Total)
```

Total Account Value                          REDACTED

## Missing Market Prices

Asset          Cur Product       Description
REDACTED