# Exhibit 131

CONFIDENTIAL



**Capital Markets**

| | | |
|---|---|---|
| Account: | CC:AMERIC-INVGR | |
| Name: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | |
| Date: | 31 Dec 2014 | |

## Account Statement

**OTC-OPTIONS (EUR)**

| Trade Date | Expiry Date | Asset | Description | Position | Strike | Trade Price | Original Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

AIG_00000237

CONFIDENTIAL



Account:    CC:AMERIC-INVGR
Name:    AMERICAN INVESTMENT GROUP OF NY L.P
PENSION PLAN
Date:    31 Dec 2014

REDACTED



## TOTAL RETURN SWAPS (EUR)

| Trade Date | Term Date | Asset | Description | Position | Trade Price | Cash Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|

REDACTED

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

AIG_00000238

CONFIDENTIAL



| | |
|---|---|
| Account: | CC:AMERIC-INVGR |
| Name: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| Date: | 31 Dec 2014 |

REDACTED

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

AIG_00000239

CONFIDENTIAL



| | |
|---|---|
| Account: | CC:AMERIC-INVGR |
| Name: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| Date: | 31 Dec 2014 |

REDACTED



ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

AIG_00000240

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
### 12/01/2014 through 12/31/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|----------|--------------------|-----------------|

**Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS)**

### Asset (DKK / DKK) Layer (C) [Danish Kroner DKK]

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|----------|--------------------|-----------------|
| 11/30/2014 | | Opening Balance | 0 | | 0 | 163,098,565.94 Dr | 163,098,565.94 Dr |
| 12/01/2014 | T00036135901002 | SEL 800,000 CHR DC @ 258.9032 DKK 207,12 | 2 | PROCEED-EQUITY | 361359 | 207,122,592.00 Dr | 370,221,157.94 Dr |
| 12/03/2014 | 362040 | CASH DIV - CHR DC - PD 02/12/14 | 2 | Unclassified | 0 | 2,201,680.00 Cr | 368,019,477.94 Dr |
| 12/05/2014 | 362448 | Swap close for swap #361598:0 - Settle D | 1 | CASH | 361598 | 2,269,120.00 Dr | 370,288,597.94 Dr |
| 12/05/2014 | 362448 | Swap close for swap #361598:0 - Settle D | 5 | CASH | 361598 | 7,009.95 Cr | 370,281,587.99 Dr |
| 12/05/2014 | T00036251101002 | SEL 750,000 COLOB DC @ 527.0066 DKK 395, | 2 | PROCEED-EQUITY | 362511 | 395,254,942.50 Dr | 765,536,530.49 Dr |
| 12/05/2014 | T00036251301002 | SEL 750,000 COLOB DC @ 527.0066 DKK 395, | 2 | PROCEED-EQUITY | 362513 | 395,254,942.50 Dr | 1,160,791,472.99 Dr |
| 12/05/2014 | T00036290701002 | BUY 800,000 CHR DC @ 261.4 DKK 209,120,0 | 2 | PROCEED-EQUITY | 362907 | 209,120,000.00 Cr | 951,671,472.99 Dr |
| 12/10/2014 | 364149 | CASH DIV - COLOB DC - PD 09/12/14 | 2 | Unclassified | 0 | 8,212,500.00 Cr | 943,458,972.99 Dr |
| 12/10/2014 | 364552 | Realized Gain/Loss Cust FUTURE | 3 | TR-PL-FUTURE | 0 | 3,508,200.00 Cr | 939,950,772.99 Dr |
| 12/12/2014 | T00036424401002 | BUY 1,500,000 COLOB DC @ 518 DKK 777,000 | 2 | PROCEED-EQUITY | 364244 | 777,000,000.00 Cr | 162,950,772.99 Dr |
| 12/19/2014 | 367453 | COLOB DC custody fee Pt I | 1 | Unclassified | 0 | 112,500.00 Dr | 163,063,272.99 Dr |
| | | | | | | | 163,063,272.99 Dr |

### Asset (DKK / DKK) Layer (O) [Danish Kroner DKK]

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|----------|--------------------|-----------------|
| 12/03/2014 | 362324 | Unrealized Gain/Loss Cust FUTURE | 142 | PROCEED-FUTURE | 362545 | 711,450.00 Dr | 711,450.00 Dr |
| 12/03/2014 | 362324 | Unrealized Gain/Loss Cust FUTURE | 144 | PROCEED-FUTURE | 362541 | 698,250.00 Dr | 1,409,700.00 Dr |
| 12/04/2014 | 362386 | Reversal of Unrealized Gain/Loss Cust FU | 142 | PROCEED-FUTURE | 362545 | 711,450.00 Cr | 698,250.00 Dr |
| 12/04/2014 | 362386 | Reversal of Unrealized Gain/Loss Cust FU | 144 | PROCEED-FUTURE | 362541 | 698,250.00 Cr | 0.00 Cr |
| 12/04/2014 | 362750 | Unrealized Gain/Loss Cust FUTURE | 110 | PROCEED-FUTURE | 362541 | 676,200.00 Dr | 676,200.00 Dr |
| 12/04/2014 | 362750 | Unrealized Gain/Loss Cust FUTURE | 112 | PROCEED-FUTURE | 362545 | 688,500.00 Dr | 1,364,700.00 Dr |
| 12/05/2014 | 362789 | Reversal of Unrealized Gain/Loss Cust FU | 112 | PROCEED-FUTURE | 362545 | 688,500.00 Cr | 676,200.00 Dr |
| 12/05/2014 | 362789 | Reversal of Unrealized Gain/Loss Cust FU | 110 | PROCEED-FUTURE | 362541 | 676,200.00 Cr | 0.00 Cr |
| 12/05/2014 | 363159 | Unrealized Gain/Loss Cust FUTURE | 116 | PROCEED-FUTURE | 362545 | 4,697,100.00 Dr | 4,697,100.00 Dr |
| 12/05/2014 | 363159 | Unrealized Gain/Loss Cust FUTURE | 114 | PROCEED-FUTURE | 362541 | 4,527,600.00 Dr | 9,224,700.00 Dr |
| 12/06/2014 | 363206 | Unrealized Gain/Loss Cust FUTURE | 116 | PROCEED-FUTURE | 362545 | 4,697,100.00 Dr | 13,921,800.00 Dr |
| 12/06/2014 | 363206 | Unrealized Gain/Loss Cust FUTURE | 114 | PROCEED-FUTURE | 362541 | 4,527,600.00 Dr | 18,449,400.00 Dr |
| 12/07/2014 | 363224 | Unrealized Gain/Loss Cust FUTURE | 116 | PROCEED-FUTURE | 362545 | 4,697,100.00 Dr | 23,146,500.00 Dr |
| 12/07/2014 | 363224 | Unrealized Gain/Loss Cust FUTURE | 114 | PROCEED-FUTURE | 362541 | 4,527,600.00 Dr | 27,674,100.00 Dr |
| 12/08/2014 | 363238 | Reversal of Unrealized Gain/Loss Cust FU | 116 | PROCEED-FUTURE | 362545 | 4,697,100.00 Cr | 22,977,000.00 Dr |
| 12/08/2014 | 363238 | Reversal of Unrealized Gain/Loss Cust FU | 114 | PROCEED-FUTURE | 362541 | 4,527,600.00 Cr | 18,449,400.00 Dr |
| 12/08/2014 | 363244 | Reversal of Unrealized Gain/Loss Cust FU | 114 | PROCEED-FUTURE | 362541 | 4,527,600.00 Cr | 13,921,800.00 Dr |
| 12/08/2014 | 363244 | Reversal of Unrealized Gain/Loss Cust FU | 116 | PROCEED-FUTURE | 362545 | 4,697,100.00 Cr | 9,224,700.00 Dr |
| 12/08/2014 | 363245 | Reversal of Unrealized Gain/Loss Cust FU | 114 | PROCEED-FUTURE | 362541 | 4,527,600.00 Cr | 4,697,100.00 Dr |
| 12/08/2014 | 363245 | Reversal of Unrealized Gain/Loss Cust FU | 116 | PROCEED-FUTURE | 362545 | 4,697,100.00 Cr | 0.00 Cr |
| 12/08/2014 | 363644 | Unrealized Gain/Loss Cust FUTURE | 110 | PROCEED-FUTURE | 362541 | 2,337,300.00 Dr | 2,337,300.00 Dr |
| 12/08/2014 | 363644 | Unrealized Gain/Loss Cust FUTURE | 112 | PROCEED-FUTURE | 362545 | 2,417,400.00 Dr | 4,754,700.00 Dr |
| 12/09/2014 | 363681 | Reversal of Unrealized Gain/Loss Cust FU | 112 | PROCEED-FUTURE | 362545 | 2,417,400.00 Cr | 2,337,300.00 Dr |
| 12/09/2014 | 363681 | Reversal of Unrealized Gain/Loss Cust FU | 110 | PROCEED-FUTURE | 362541 | 2,337,300.00 Cr | 0.00 Cr |
| 12/09/2014 | 364068 | Unrealized Gain/Loss Cust FUTURE | 106 | PROCEED-FUTURE | 362545 | 4,475,250.00 Cr | 4,475,250.00 Cr |
| 12/09/2014 | 364068 | Unrealized Gain/Loss Cust FUTURE | 108 | PROCEED-FUTURE | 362541 | 4,285,050.00 Cr | 8,760,300.00 Cr |
| 12/10/2014 | 364126 | Reversal of Unrealized Gain/Loss Cust FU | 106 | PROCEED-FUTURE | 362545 | 4,475,250.00 Dr | 4,285,050.00 Cr |
| 12/10/2014 | 364126 | Reversal of Unrealized Gain/Loss Cust FU | 108 | PROCEED-FUTURE | 362541 | 4,285,050.00 Dr | 0.00 Cr |

Copyright Shadow Financial Services Corp. 1998-2015. All Rights Reserved.    Page 1 of 2    Produced on 01/01/2015

AIG_00000241

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
### 12/01/2014 through 12/31/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|----------|--------------------|-----------------|
| | | | | | | | 0.00 Cr |

**Asset (EUR / EUR) Layer (C) [Euro]**

REDACTED

**Asset (USD / USD) Layer (C) [US Dollar]**

REDACTED

Gross Debit for all Trades:
Gross Credit for all Trades:

Net Debit/Credit for all Trades:

REDACTED

Copyright Shadow Financial Services Corp. 1998-2015. All Rights Reserved.    Page 2 of 2    Produced on 01/01/2015

AIG_00000242

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : AMERICAN INVESTMENT GROUP OF NY
Date          : 12/31/2014
Currency      : USD

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 163,063,272.99 Dr | 0.16245634 | 26,490,662.52 Dr | 163,063,272.99 Dr | 0.16245634 | 26,490,662.52 Dr |
| EUR Cash | ▮REDACTED▮ | 1.20990000 | ▮REDACTED▮ | ▮REDACTED▮ | 1.20990000 | ▮REDACTED▮ |
| USD Cash | | 1.00000000 | ======== | | 1.00000000 | ======== |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| TDC DC | TDC A/S | C | 3,400,000.00 Lg | 51.8007 | 47.2300 | 176,122,210.00 Dr | 160,582,000.00 Cr | 15,540,210.00 Dr DKK |
| | | | | | | ================ | ================ | ================ |
| | | | | | Totals: | 176,122,210.00 Dr | 160,582,000.00 Cr | 15,540,210.00 Dr |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| ▮REDACTED▮ | | | | | | | | |

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 321173 | 08/13/14 08/14/14 | 03/18/15 | TDC DC TDC A/S | 3,400,000 S | 48.0015 | 163,205,100 DKK | 47.2300 | 2,623,100 | | Fixed | 0.0000 | 0.00 |
| ▮REDACTED▮ | | | | | | | | | | | | |

CONFIDENTIAL

AIG_00000243

CONFIDENTIAL

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : AMERICAN INVESTMENT GROUP OF NY
Date          : 12/31/2014
Currency      : USD

## Account Summary

| Item | Amount (USD) |
|------|-------------|
| Value of opening currency balance | |
| Value of trades settling today | |
| Value of Rec/Del today | |
| Value of Deposits/Withdrawls today | |
| **Value of closing currency balance(s)** | REDACTED |
| NonFX Proceeds Pending Settlement | |
| **Trade Date Cash Balance** | |
| Market Value of Positions | |
| Net Value of Financing Interest | |
| Open Trade Equity on FX Deals | |
| Accrued Interest on Fixed Income | |
| Value of Open Swap Positions | |
| **Preliminary Account Value** | |

## Financing Summary

| | |
|--|--|
| Value of collateral | |
| Financing Valuation | |
| **Total Financing Excess** | |

## Margin Summary

| | |
|--|--|
| Margin Req (Reg-T: Initial) | |
| Margin Req (Reg-T: Maintenance) | |
| Margin Req (Future Initial) | |
| Margin Req (FOREX) | |
| Margin Req (Minimum Equity) | |
| **Margin Req (Total)** | |

### Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|-----|-------------|--------|-----------|-----------|----------|-------------------|---------------|-----|
| REDACTED | | | | | | | | |

AIG_00000244

CONFIDENTIAL

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : AMERICAN INVESTMENT GROUP OF NY
Date          : 12/31/2014
Currency      : USD

Total Account Value                          REDACTED

AIG_00000245