# Exhibit 3

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER DOCKET 18-MD-2865(LAK)
CASE NO. 18-CV-09797

_____
                                      )
IN RE:                                )
                                      )
CUSTOMS AND TAX ADMINISTRATION OF     )
THE KINGDOM OF DENMARK                )
(SKATTEFORVALTNINGEN) TAX REFUND      )
SCHEME LITIGATION                     )
                                      )
_____)

REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
EXAMINATION OF
PETER WELLS
DATE: May 27, 2021

REPORTED BY:  MICHAEL FRIEDMAN, CCR

Page 138

1  Holdings?"
2     A   That's correct.  That's what the
3  subject is.
4     Q   What is -- what does that refer to?
5     A   Form SLT was one of the Treasury
6  forms.
7     Q   And did you prepare any of those
8  forms?
9     A   My recollection is I worked
10 with -- in conjunction with others to prepare
11 those forms.
12    Q   And who are the people that you
13 worked in conjunction with?
14    A   So my recollection is, among
15 others, it would have been the principals and
16 employees of Argre, as well as Michael
17 Ben-Jacob, and some other associates at
18 Kaye Scholer.
19    Q   And after the establishment of
20 Maple Point and before you left Kaye Scholer
21 to go to -- to become employed at Maple Point
22 during that period of time when you were
23 still at Kaye Scholer, did you work on
24 any -- filing any forms with the Fed or the
25 Treasury?

Page 139

1        MR. DEWEY:  I'm sorry.  Can you --
2     A   That confused me.  Can you give
3  that to me again, please?
4     Q   Yeah, just in terms of time frame,
5  I'm asking you about the time when you were
6  at Kaye Scholer.
7     A   Yeah.
8     Q   But at some point while you were
9  still at Kaye Scholer, Maple Point was being
10 set up.
11        Correct?
12    A   That is correct.
13    Q   Now, you joined and became employed
14 by Maple Point after it had already been
15 operating for a while?
16    A   That's correct.
17    Q   So during the time that you were at
18 Kaye Scholer, did you work with anyone at
19 Maple Point in connection with any Fed or
20 Treasury forms or filings?
21    A   I don't recall.
22    Q   During the time you were at
23 Kaye Scholer, during this time -- we're
24 looking at Exhibit 3123 -- did you understand
25 that you needed this information from

Page 140

1  Mr. Markowitz in order to prepare the
2  Form SLT holdings?
3        THE WITNESS:  I didn't catch the
4     end of his question.
5     Q   Let me start over.
6     A   Sure.
7     Q   Did you understand Mr. Markowitz
8  was providing this information in
9  Exhibit 3123 so you could prepare the
10 Form SLT?
11    A   I don't recall what I -- what my
12 understanding was at the time.  But
13 certainly, the information, I -- we needed
14 the information provided to us from the
15 clients in order to prepare the Form SLT.
16    Q   And if you turn to Exhibit 3122?
17        MR. MAGUIRE:  Mark this as 3122.
18        (Whereupon the above mentioned was
19    marked for Identification.)
20    Q   This is a Form SLT for the Avanix
21 Management LLC Roth 401(K) Plan?
22    A   Yes, that appears to be the case.
23    Q   And is this for the date as of
24 May 29, 2015?
25    A   Yes, that's what it appears to say.

Page 141

1     Q   And do you recognize the signature
2  on the first page?
3     A   I believe that's Richard
4  Markowitz's signature.
5     Q   Sir, if you could turn to the page
6  that's Bates numbered 2957?
7     A   Okay.
8     Q   If you can tell us what this form
9  indicates in terms of holdings in the
10 United Kingdom?
11    A   The form indicates -- the form
12 securities is owned by U.S. residents, and
13 under the bottom, it says "Foreign Equities,"
14 it's in United Kingdom.
15        It says 1793.
16    Q   And that, again, is in millions.
17 Right?
18    A   Yes, that appears to be the case.
19    Q   So that's $1,793,000,000 that the
20 Avanix plan owns in an account in the
21 United Kingdom?
22    A   That's what the form says.
23    Q   And then, if we go to the last page
24 of the exhibit, in terms of foreign
25 securities owned by U.S. residents, what does