# Exhibit 5

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO.  18-MD-2865 (LAK)

_____
                                    )
IN RE:                              )
                                    )
CUSTOMS AND TAX ADMINISTRATION OF   )
THE KINGDOM OF DENMARK              )
(SKATTEFORVALTNINGEN) TAX REFUND    )
SCHEME LITIGATION                   )
                                    )
This document relates to case nos.  )
19-cv-01783; 19-cv-01788; 19-cv-01794; )
19-cv-01798; 19-cv-01918            )
_____)


REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
EXAMINATION OF
ROBERT KLUGMAN
DATE: January 28, 2021


REPORTED BY:  MICHAEL FRIEDMAN, CCR

Page 298

1 retirement plans and it can be somewhat of a
2 legal minefield.
3        There's people who are specialists
4 in that area.  I'm certainly far from one of
5 them.
6        And this was -- this memo was
7 making sure that -- that well, in this case,
8 the people who it was addressed to didn't run
9 afoul of those regulations.
10    Q    Let's look at just the first
11 paragraph of the section.  It says, "A
12 transaction between a retirement plan subject
13 to 4957 of the code and a disqualified person
14 described in Appendix A that is prohibited
15 under Section 4975 of the code described in
16 Appendix A will be subject to the tax under
17 Section 4975 of the code described below
18 unless it meets the requirements of a
19 prohibited transaction exception under
20 Section 4975."
21    A    Yes.
22    Q    And finally, I would like you to go
23 down to page 14?
24    A    Page 14?  Yes.
25    Q    And the final sentence of this

Page 299

1 memorandum reads, "This memorandum does not
2 address other issues other than those
3 specifically addressed herein."
4    A    Yes.
5    Q    So do you have any reason to think
6 that this memorandum addressed any legal
7 issues other than those related to
8 transactions with disqualified persons under
9 the Internal Revenue Code?
10    A    Let me -- may I just read the
11 memorandum?
12    Q    You may, yes.
13    A    (Witness reviewing.)
14        And my computer's a little slow, so
15 this might take a tiny bit.  Hold on.
16        (Witness reviewing.)
17        Yeah, it looks like a very thorough
18 discussion of what was headlined in
19 Roman Numeral 2.
20    Q    Okay.  And that would be the issue
21 of transactions with disqualified persons
22 under the U.S. Internal Revenue Code?
23    A    Yes, that's what it looks like
24 everything under that is related to.
25    Q    I'm sorry.  And it could have been

Page 300

1 me at this point, but I didn't catch the last
2 part of your answer there.
3    A    Well, yes, that looks like that's
4 what it's related to.  It's -- I will be
5 honest, some of the language is beyond me,
6 particularly that sentence you read.
7        But it does look like it's related
8 to everything in that Roman Numeral 2.
9    Q    Okay.  Turning away from the memo,
10 Kaye Scholer did not receive any proceeds
11 from the transactions.
12        Is that right?
13    A    Other than -- other than legal
14 fees?  No.
15    Q    Other than legal fees --
16    A    I should add, not that I know of
17 from me, other than legal fees.
18    Q    Okay.  And by "legal fees," you
19 mean the hourly billing of lawyers' time and
20 support staff time, those sorts of legal
21 fees?
22    A    Yes.
23    Q    And you didn't understand
24 Kaye Scholer to be providing legal advice
25 with respect to Danish law, did you?

Page 301

1    A    With respect to Danish law?  No.
2    Q    Okay.
3        MR. MULLEN:  I have no other
4 questions.
5        MR. ALLISON:  Bill, do you mind?
6 Give me two minutes to get my notes?
7        MR. MAGUIRE:  Of course.
8        THE VIDEOGRAPHER:  The time is
9 6:52 p.m. and we're going off the
10 record.
11        (Brief recess taken.)
12        THE VIDEOGRAPHER:  Stand by.  The
13 time is 6:58 p.m. and we're back on
14 record.
15        MR. ALLISON:  Thank you.  We have
16 no questions for Mr. Klugman.
17        MR. MAGUIRE:  I have one or two
18 last questions.
19
CONTINUED EXAMINATION BY MR. MAGUIRE:
20
21    Q    You were asked some questions about
22 Kaye Scholer and its role.
23        How would you describe
24 Kaye Scholer's role with respect to the time
25 when you were involved in the Danish trading