# Exhibit 36

Message

**From:** Bo Daugaard [/O=TOLDSKAT/OU=TOLDSKAT/CN=RECIPIENTS/CN=W06650]
**Sent:** 09-01-2012 14:21:42
**To:** Lisbeth Rømer [lisbeth.roemer@skat.dk]
**Subject:** SV: Udbytteskat.

Hej Lisbeth,

Godt nytår til dig også.

Det er dejligt at høre at udbytteangivelse og indberetning af udbyttemodtager nu har samme frist, så er i da nået lidt videre.

Jeg er ikke i Intern Revision længere og er pr. 1. september 2011 startet i Informationssikkerhedskontoret. Jeg trængte til at prøve noget nyt og udvide min horisont.

Jeg har videresendt din mail til Linda Severinsen, Tina Laustsen og Jens Lundgaard.

Mvh. Bo

---

**Fra:** Lisbeth Rømer
**Sendt:** 9. januar 2012 14:09
**Til:** Bo Daugaard
**Emne:** Udbytteskat.

Kære Bo,
Først og fremmest Godt Nytår.
Her er en lille follow up på jeres undersøgelse af udbytteskat (10.5.2010) (den dato kan jeg i søvne).
Og så først det gode!
15. december 2011 underskrev vores minister indberetningsbekendtgørelsen, som fra 1.1.2012 medfører, at udbytteangivelse og indberetning af udbyttemodtager nu har samme frist – undtagelse er de VP administrerede selskaber. Dem tager vi fat på nu. Men allerede nu arbejder vi hårdt på at der indføres tvungen TastSelv på udbytteområdet. Jeg er sikker på at vores udbytteproveny vil få det rigtig godt fremover.
Så det dårlige!
Der er ingen vilje til at ændre noget vedr. de udenlandske aktionærer. Jeg sidder i en gruppe i OECD, som ser på udveksling landene imellem af oplysninger ved udbytteskat – baseret på nettoafregning. Men det vil tage år før det bliver til noget. Og indtil da refunderer vi i blinde. Jeg har foreslået KC at man åbner op for mere nettoafregning – mod indberetning af beneficial owner, men indtil videre er der ikke meget lydhørhed derinde.
Vi har planer om, nu hvor fristen for angivelse og indberetning er identisk, først at imødekomme refusionsanmodninger efter fristens udløb og uden rentegodtgørelse, hvis udbetalingsfristen på 30 dage derved overskrides. Det kan måske give os lidt mere sikker grund. Men endnu har vi ikke de VP administrerede selskaber med, som jo er de aktieselskaber, som hvori udlændinge normalt ejer aktier.

Med venlig hilsen

Lisbeth Rømer



Regnskab
Regnskab 2
Helgeshøj Allé 49-55, 2630 Taastrup

Confidential Pursuant to Protective Order

SKAT_MDL_001_00346017

E-mail: lisbeth.roemer@skat.dk
Telefon: (+45) 72 37 48 54

Confidential Pursuant to Protective Order    SKAT_MDL_001_00346018

| | |
|---|---|
| **From:** | Bo Daugaard |
| **Late hour:** | 01/09/2012 02:21:42 PM |
| **Two:** | Lisbeth Rømer <lisbeth.roemer@skat.dk> |
| **Subject:** | Sv: Dividend tax. |

Hello Lisbeth,

Happy New Year to you too.

It is great to hear that dividend declaration and reporting of dividend recipients now have the same deadline, so you have progressed a little further.

I'm not in Internal Audit anymore and am per. 1. September 2011 started in the Information Security Office. I needed to try something new and broaden my horizons.

I have forwarded your email to Linda Severinsen, Tina Laustsen and Jens Lundgaard.

Mvh. Stay

**From:** Lisbeth Rømer
**Sent:** 9. January 14, 2012
**To:** Bo Daugaard
**Topic:** Dividend tax.

Dear Bo,
First of all, Happy New Year.
Here's a little follow up on your dividend tax survey (10.5.2010) (the date I can sleepwalk).
And then first the good!
15. On December 1, 2011, our minister signed the reporting order, which from 1.1.2012 means that dividend declaration and reporting of dividend recipient now have the same deadline – exception being the VP managed companies. We'll address them now. But we are already working hard to introduce compulsory key self-interest in the area of yields. I'm sure our dividends will be very good in the future.
So the bad!
There is no will to change anything about this. foreign shareholders. I sit on a group in the OECD that looks at the exchange of information on dividend tax – based on net settlement. But it's going to be years before it comes to anything. And until then, we'll refund you blindly. I have suggested to KC that more net settlement be opened up – against reporting the beneficial owner, but so far there is not much responsiveness in there.
Now that the deadline for declaration and reporting is identical, we plan to grant reimbursement requests only after the deadline and without interest subsidies if the 30-day payment deadline is thereby exceeded. That might give us a little safer reason. But we do not yet have the VP managed companies, which are, of course, the limited liability companies in which foreigners usually own shares.

Yours sincerely

Lisbeth Rømer



Company 2
Helgeshøj Avenue 49-55, 2630 Taastrup

E-mail: lisbeth.roemer@skat.dk
Phone: (+45) 72 37 48 54