# Exhibit 42

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER DOCKET 18-MD-2865(LAK)
CASE NO. 18-CV-09797

_____
                                   )
IN RE:                             )
                                   )
CUSTOMS AND TAX ADMINISTRATION OF  )
THE KINGDOM OF DENMARK             )
(SKATTEFORVALTNINGEN) TAX REFUND   )
SCHEME LITIGATION                  )
                                   )
_____)



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*                                   \*
\*            CONFIDENTIAL           \*
\*                                   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
EXAMINATION OF
JENS BROCHNER
DATE: April 29, 2021




REPORTED BY:  MICHAEL FRIEDMAN, CCR

Page 22

```
 1      Q    And the Minister of Finance and the
 2  Minister of Taxation are different people at
 3  any given point in time.
 4           Is that correct?
 5      A    Yes, that's correct.
 6      Q    And so, the Ministry of Finance and
 7  the Ministry of Taxation are distinct and
 8  separate from each other.
 9           Correct?
10           MR. OXFORD:  Object to the form.
11      A    Yes, it's correct.  But it's part
12  of the overall of all the ministries in
13  Denmark.
14      Q    So each Ministry in Denmark is part
15  of the government of the Kingdom of Denmark.
16           Correct?
17      A    Yes, that's correct.
18      Q    And each Ministry is distinct and
19  separate from each other, and distinct and
20  separate from the Kingdom of Denmark.
21           Correct?
22           MR. OXFORD:  Object to the form.
23      A    That's not correct.  That is -- you
24  cannot interpret it in that way.
25      Q    Why is that not correct?
```

Page 23

```
 1           MR. OXFORD:  Objection.
 2      A    So we have government of Ministers
 3  in Denmark.  And each of the Ministers is a
 4  part, or forms part, or is a member of the
 5  Danish government.
 6           And therefore, each Ministry is an
 7  integral part of the Kingdom of Denmark.
 8      Q    The Ministry of Finance is
 9  responsible for funding the government of the
10  Kingdom of Denmark.
11           Correct?
12      A    That's not correct.  So it's not
13  correct.
14           Revenues come from the Ministry of
15  Taxation, and it appears from the annual
16  finance bills.
17      Q    So SKAT's job is to collect tax
18  revenue.
19           Correct?
20           MR. OXFORD:  Object to form.
21      A    Yes, it's correct.  And it's not --
22  it's correct, and it's -- in order to fund
23  the expenditure, the Danish government passes
24  legislation, yeah.
25      Q    After SKAT collects tax revenue, it
```

Page 24

```
 1  provides that revenue to the Ministry of
 2  Finance.
 3           Correct?
 4      A    So according to Danish constitution
 5  or under the Danish constitution, the
 6  government has to present a finance bill once
 7  a year.  And the finance bill includes all
 8  the taxes, direct and indirect taxes, that
 9  the SKAT is responsible for collecting.
10           And in the finance bill is all the
11  expenditure that the Danish government wants
12  to pay for.  And formally, it's the Finance
13  Minister who presents the finance bill.
14           The taxes and revenues are
15  collected by the Ministry of Taxation, and
16  that's by law in Denmark.
17      Q    And the Ministry of Taxation then
18  remits the tax revenue to the Ministry of
19  Finance to deposit into the public accounts.
20           Correct?
21           MR. OXFORD:  Objection.
22      A    The Ministry of Taxation collects
23  the funds and deposits the funds in the -- in
24  an account with the Danish Central Bank.  So
25  the Finance Ministry is authorized to spend
```

Page 25

```
 1  the money according to the finance bill, the
 2  money collected, as I explained.
 3      Q    Does the Ministry -- I apologize.
 4           Are you done?
 5      A    I'm done.
 6      Q    Okay.  Does the Ministry of Finance
 7  have exclusive authority to spend the money
 8  in that -- in that account with the Danish
 9  Central Bank?
10      A    So the Ministry of Finance has only
11  authority to spend money if it is under the
12  Finance -- to spend money under the Finance
13  Act that has been passed by the Danish
14  Parliament or a separate -- separate law that
15  has been passed by the Danish Parliament.
16           THE VIDEOGRAPHER:  Stand by.  The
17      time is 6:41 a.m. New York time and
18      we're going off the record.
19           (Whereupon a discussion was held
20      off the record.)
21           THE VIDEOGRAPHER:  Stand by.  The
22      time is 6:43 a.m. New York time and
23      we're back on record.
24      Q    Does the money in the account in
25  the Danish Central Bank belong to SKAT?
```

Page 26

1      MR. OXFORD: Objection.
2      A    It belongs to the Kingdom of
3  Denmark. It's important to me to say that
4  you cannot pay any expenditure in Denmark
5  unless it's passed by law, it's been enacted
6  in Denmark, and that is through the finance
7  bill.
8           And in the finance bill is a
9  specification of -- or appears the taxes,
10 direct and indirect taxes, and the Minister
11 of Taxation is responsible for collecting
12 those taxes.
13     Q    Does SKAT have any discretion as to
14 what to do with the money it collects?
15     A    No. Because, as I said before, the
16 expenditure must appear from the finance
17 bill.
18     Q    Is SKAT's budget set by the finance
19 bill?
20     A    Yes, that's correct.
21     Q    Okay. The amount of tax revenues
22 that SKAT collects each year varies, right,
23 varies from year to year?
24     A    Yes, the revenues may vary from
25 year to year, partly because of different

Page 27

1  cycles, economic cycles from year to year.
2  But the rules have been laid down by law, and
3  for an individual person with unchanged
4  income will pay the same tax year after year.
5      Q    But SKAT doesn't have an obligation
6  to pay specific amounts to the Ministry of
7  Finance in a particular year.
8           Correct?
9           MR. OXFORD: Objection.
10     A    I think the question is unclear.
11 The Ministry of Taxation has an obligation to
12 collect taxes, direct and indirect taxes.
13 Yeah.
14          So the Ministry of Taxation has an
15 obligation to collect taxes according to
16 applicable rules. And these revenues appear
17 from the finance bill.
18          MR. OXFORD: Could I just
19     interject? I think we have a little
20     issue with the translation. Can we go
21     off the record for a moment?
22          THE VIDEOGRAPHER: Stand by. The
23     time is 6:49 a.m. New York time and
24     we're going off the record.
25          (Whereupon a discussion was held

Page 28

1      off the record.)
2           THE VIDEOGRAPHER: Stand by. The
3      time is 6:50 a.m. New York time and
4      we're back on record.
5      Q    So the question was whether SKAT
6  has an obligation to pay a specific amount to
7  the Ministry of Finance in a particular year?
8           MR. OXFORD: Objection to form.
9      A    I think the question is unclear.
10          MR. OXFORD: Can you rephrase,
11     Alan? Maybe that will -- were you done?
12          MR. SCHOENFELD: Sure.
13     Q    Whatever SKAT collects gets handed
14 over to the Ministry of Finance.
15          Correct?
16     A    So it's collected and deposited in
17 an account with the Central Bank. And as I
18 said before, as I said, the authorization and
19 all expenditure is stated or included in the
20 finance bill.
21          If there's one year where the
22 revenue does not correspond to the expected
23 revenue as in all -- like in all other
24 countries, it is reflected in the balance and
25 is reflected in the debts, national debt

Page 29

1  account. And in the finance bill is expected
2  revenue and expected expenditure, and the
3  difference is the public sector deficit or
4  surplus.
5      Q    Does SKAT suffer any direct
6  financial loss if there's a shortfall in tax
7  collections?
8           MR. OXFORD: Objection to the form.
9      A    So SKAT is an integral part of the
10 Danish government, and therefore, there's a
11 loss to the Danish population, the people of
12 Denmark, if revenues are not as anticipated.
13     Q    Okay. All right. Let's go back to
14 your arrival at SKAT in 2012.
15          MR. OXFORD: Objection to the form.
16     I think you mean the Ministry.
17     Q    So when you arrived at the Ministry
18 of Taxation in 2012, what were your
19 responsibilities?
20     A    I was hired as a permanent
21 secretary.
22     Q    And so, as permanent secretary,
23 what were your responsibilities?
24     A    I was the top administrative
25 employee, public employee. I was the top

Page 34

1  on, and the budget for the Ministry, and
2  presumably also notes on the various budget
3  areas, the various operating areas.
4      Q    Anything else you can remember?
5      A    As I mentioned before, I had
6  conversations with the various responsible
7  directors, operating directors, where they
8  told me about their areas of responsibility.
9      Q    Did you review any internal audit
10 reports?
11          MR. OXFORD: Objection to form.
12     A    Not as I remember at the time.
13     Q    In your review of these documents
14 and conversations with Ministry personnel,
15 did the issue of dividend withholding tax or
16 dividend withholding tax refunds come up?
17     A    As I remember, we didn't.
18     Q    If I refer to an organization
19 within the Ministry known as "SIR," are you
20 familiar with what I'm referring to?
21     A    Yes, I do.
22     Q    And what is -- if I refer to it as
23 "SIR," will you understand what I'm referring
24 to?
25     A    Yeah.

Page 35

1      Q    Okay. And so what is or was SIR?
2          THE INTERPRETER: Excuse me? Could
3      you repeat?
4      Q    Sure. What is or was SIR?
5      A    SIR was a department tax --
6  Ministry of Taxation's internal audits
7  department.
8      Q    And did it exist when you took over
9  as permanent secretary in 2012?
10     A    Yes, it did.
11     Q    What were its functions at that
12 point in time?
13     A    SIR was to audit the Ministry of
14 Taxation on behalf of the National Audit
15 Office. So SIR was an independent entity,
16 but under an agreement with the National
17 Audit Office, it was to carry out audits on
18 behalf of the National Audit Office.
19     Q    Did SIR need to be told to perform
20 particular audits or did it have a general
21 auditing function?
22          MR. OXFORD: Objection to form.
23     A    SIR was to audit the Ministry of
24 Taxation on behalf of the National Audit
25 Office.

Page 36

1      Q    Please, go ahead.
2          THE INTERPRETER: We couldn't hear
3      what you said now.
4      Q    I interrupted him. I said,
5  "Please, go ahead."
6      A    And there was an audit plan
7  specifying the tasks that SIR had to perform
8  on behalf of the National Audit Office.
9      Q    Could personnel within the Ministry
10 of Taxation request that SIR undertake an
11 audit of a particular function?
12     A    Yes. The two were able to plan the
13 work in a proper way. There was an audit
14 plan in the systems.
15     Q    Did you review any audit plans as
16 part of your transition into your new role?
17     A    I had a meeting with the National
18 Audits officer, the top audit officer when I
19 took up my position. And she told me that,
20 generally, she was not satisfied with the job
21 carried out by SIR.
22          So, therefore, one of my first
23 tasks was to enhance the quality, improve the
24 quality of SIR's work, including finding a
25 new head of the area SIR.

Page 37

1      Q    My question was: Did you review
2  any audit plans as part of your transition
3  into your new role?
4      A    No. I have answered "no" before.
5      Q    Did you review any audits that SIR
6  had performed as part of your transition?
7      A    No, not as I remember.
8      Q    You referred to the National Audit
9  Office officer who you met with.
10          Was that Lone Strøm?
11     A    Yes, that's correct.
12     Q    Okay. And I should apologize in
13 advance for the massacring of all of the
14 Danish names and words that's about to
15 happen. So I hope you'll forgive me.
16          MR. OXFORD: We'll give you a
17     running apology, Alan.
18          MR. SCHOENFELD: Okay, yeah. That
19     applies to everything.
20     Q    So -- and I apologize.
21          Lone Strøm is a man or a woman?
22     A    It's a woman.
23     Q    Okay. And so did Ms. Strøm have
24 responsibility within the National Audit
25 Office for the Ministry of Taxation?

Page 82

1  the specific documents and ask about them.
2      Q    When you learned about this alleged
3  fraud in August of 2015, did you do anything
4  to educate yourself about the process for
5  claiming dividend withholding tax refunds?
6      A    Yes.  It was and it still is a huge
7  case.  And, at the time, we asked the
8  internal audit department to investigate what
9  was going on.
10     Q    And what did you learn from that
11 audit?
12     A    Well, the audit report was prepared
13 very -- very quickly, and it specified the
14 general challenges and specific challenges
15 relating to these refunds.
16          And I believe it was -- and the
17 report was prepared in September '15.
18     Q    Did you undertake to learn what
19 controls had been in place for the process
20 regarding the approval of dividend
21 withholding tax refunds prior to the
22 discovery of the alleged fraud?
23     A    No, I didn't.
24     Q    Sitting here today, do you have any
25 understanding of what sorts of controls were

Page 83

1  in place during the period January 2012 to
2  August 2015?
3          THE INTERPRETER:  Now your voice is
4      completely blurred.  I couldn't hear it.
5          MR. SCHOENFELD:  I'm sorry.  Can
6      you hear me now?
7          MR. OXFORD:  Can you ask the
8      question again, Alan, please?
9          MR. SCHOENFELD:  Yes.
10     Q    Okay.  Sitting here today, do you
11 have any understanding of what sorts of
12 controls were in place during the period
13 January 2012 to August 2015?
14         MR. OXFORD:  Objection to form.
15     A    Again, it's a very broadly defined
16 question.  Well, based on the knowledge I
17 have today, there were controls, but they
18 were based on falsified third-party documents
19 for each of the claims for refund.
20     Q    All right.  I'm going to ask you a
21 series of questions about the particular
22 controls, and for each of them, the period
23 that I would like to understand your answer
24 is January of 2012 to August of 2015.
25         Do you understand that?

Page 84

1      A    Yes, I understand.
2      Q    There's a lot of background noise
3  that's making it a little bit hard to hear.
4  I don't know if it's coming from inside your
5  room or otherwise.
6          MR. OXFORD:  There's no noise in
7      this room.
8          MR. SCHOENFELD:  Mike, are you able
9      to hear her okay?
10         (Whereupon a discussion was held
11     off the record.)
12     Q    Okay.  So, Mr. Brochner, do you
13 know whether, during this time period, SKAT
14 did anything to verify whether refund
15 applicants owned the shares they claimed to
16 own before SKAT paid the refunds?
17     A    I think -- although it's not
18 specific, I think it's a bit general.  But
19 for each claim, there are certain
20 requirements that have to be for the refund
21 to be paid out.
22         So, for each claim, certain
23 requirements have to be met, for example,
24 third-party declarations regarding the
25 beneficial owner or the underlying owner, and

Page 85

1  attests from foreign tax authorities, and
2  documentation for the tax rates applicable
3  for the application.
4      Q    So in order to claim a refund of
5  withheld dividend tax, the applicant needed
6  to state that they were the beneficial owner
7  of particular shares.
8          Correct?
9      A    Yes, that's correct.
10     Q    What did SKAT do to verify whether
11 the applicant was, in fact, the beneficial
12 owner of those shares?
13         MR. OXFORD:  Objection to the form.
14     Asked and answered.  You can answer
15     again.
16     A    It's a general issue you've raised
17 here.  It's a general issue you raise here,
18 and regarding -- but it concerns the way the
19 stock markets and the banking systems work
20 when you don't have a complete register of
21 owners.  And that doesn't apply only in
22 Denmark, but also in other countries.
23         So SKAT based its controls on
24 documentation provided by custodian banks of
25 who was the beneficial owner of the shares.

CONFIDENTIAL
Jens Brochner - April 29, 2021

31 (Pages 118 to 121)

Page 118

1  upper right-hand corner indicates that it was
2  read by someone on May 31, 2013.
3          Correct?
4      A   Yes, that's correct.
5      Q   Do you recognize that signature?
6          THE INTERPRETER: He says he
7      doesn't recognize the signature, but
8      it's the signature of Mr. Rasmussen,
9      head of Audit, Internal Audit -- the
10     head of Internal Audit.
11     Q   Was Mr. Rasmussen still the head of
12 Internal Audit as of May 31, 2013?
13         MR. SCHOENFELD: Let's go off the
14     record.
15         THE VIDEOGRAPHER: Stand by. The
16     time is 12:46 p.m. New York time and
17     we're going off the record.
18         (Whereupon a discussion was held
19     off the record.)
20         (Brief recess taken.)
21         THE VIDEOGRAPHER: Stand by. The
22     time is 12:51 p.m. New York time and
23     we're back on record.
24     Q   So, Mr. Brochner, I think you said
25 that this is Mr. Rasmussen's signature.

Page 119

1          Correct?
2      A   Yes, that's correct.
3      Q   Was Mr. Rasmussen still head of
4  Internal Audit as of May 31, 2013?
5          MR. OXFORD: Objection to the form.
6      A   Yes, as far as I remember, he was.
7      Q   Okay. And at this point in time,
8  is it still the case that you weren't
9  communicating directly with him?
10     A   Is the question to be understood
11 that I got this report, or that I was having
12 meetings with him?
13     Q   No. My question was -- you
14 testified earlier that you didn't have direct
15 communications with Mr. Rasmussen when you
16 took over as permanent secretary.
17         Is that right?
18     A   Yes, it's correct. I delegated
19 that task to one of my directors.
20     Q   And was that still the case as of
21 May 31, 2013?
22     A   Yes, it was also the case at that
23 time.
24     Q   Is it your testimony that you did
25 not receive this report on or around May 30,

Page 120

1  2013?
2      A   Yes. By a regrettable mistake of
3  procedures in the department, I did not
4  receive the report. But the report was sent
5  to the director responsible for the area in
6  SKAT and to the National Audit Office.
7          And the procedures in place for
8  these reports at the time was that,
9  precisely, the responsible director of SKAT
10 had to make action plans relevant to -- or
11 reflecting the recommendations made in the
12 report.
13     Q   Do you know whether the director to
14 whom you delegated communications with
15 Mr. Rasmussen received this report?
16     A   I don't remember.
17     Q   Who was the director responsible
18 for the area in SKAT relevant to this 2013
19 report?
20     A   The top director with
21 responsibility for this area was Jens
22 S☐rensen.
23     Q   And do you know whether Jens
24 S☐rensen received and reviewed the report in
25 or around May of 2013?

Page 121

1      A   I'm pretty sure about that.
2  Because, at the same time, action plans had
3  to be made as a response to this report.
4          And these action plans all had to
5  be dealt with in the -- at the executive
6  board of SKAT.
7      Q   Of which you were the chairman.
8          Correct?
9      A   No. It was SKAT as an agency.
10 We're talking about the period after the
11 1st of January 2013.
12     Q   Are you aware of action plans that
13 were prepared to respond to the findings of
14 this report?
15     A   Yes, I have subsequently become
16 aware of that.
17     Q   Can you describe the content of the
18 action plans?
19     A   The action plans were to address
20 the comments on Page 15 of the report.
21     Q   Have you physically reviewed the
22 action plans?
23         MR. OXFORD: Object to the form.
24     A   I've had the action plans presented
25 to me after this case was made known in

CONFIDENTIAL
Jens Brochner - April 29, 2021

35 (Pages 134 to 137)

Page 134

1     MR. OXFORD: I'll object to the
2     form, and it misstates the witness'
3     testimony. He referred to a specific
4     page and specific paragraphs, not the
5     whole report.
6     A    So the report is -- on Page 6 of
7  the report, and the conclusion on Page 6,
8  it's not my reading of it. It's SIR's
9  conclusion and SIR's thought.
10    Q    Let's look at Paragraph 76 of the
11 2016 National Audit Office report, which is
12 Exhibit 3008 in your binder.
13         MR. SCHOENFELD: Mark this as 3008.
14         (Whereupon the above mentioned was
15     marked for Identification.)
16    Q    So that paragraph, as I understand
17 it, says that the 2013 audit report dealt
18 first and foremost with reimbursement of
19 dividend tax through the bank program.
20         Is that right?
21    A    It's correct that this is the
22 conclusion by the National Audit Office. But
23 when you read the SIR report from 2013 and
24 Page 6, that's not the conclusion that's
25 stated there.

Page 135

1     Q    Do you disagree with the conclusion
2  in the second sentence of this paragraph that
3  says that "the audit report pointed to a
4  general need for SKAT to protect itself
5  better from wrongful reimbursement of
6  dividend tax?"
7         MR. OXFORD: Objection to the form.
8     You can answer.
9     A    I conclude that's the comment by
10 the National Audit Office and their
11 conclusion from the 2013 report.
12    Q    Do you disagree with that
13 conclusion?
14    A    I disagree with you presenting it
15 as a seriously criticizing report.
16    Q    I'm not presenting it as anything.
17         I'm asking whether you agree that
18 the audit report from 2013 pointed to a
19 general need for SKAT to protect itself
20 better from wrongful reimbursement of
21 dividend tax?
22         MR. OXFORD: Object to the form.
23     Asked and answered. You've asked the
24     witness half a dozen times now, but he
25     can answer again.

Page 136

1     A    So in the -- in the report from
2  '15, it says in Paragraph 34 that "SKAT needs
3  to protect itself better against wrongful
4  reimbursement of dividend tax," and that that
5  concerns the bank scheme.
6         And that appears on Page 6 of the
7  report.
8     Q    That's your answer to the question?
9     A    Yes.
10    Q    Okay. It's your testimony that you
11 never -- you didn't receive the 2013 report
12 in 2013.
13         Correct?
14         MR. OXFORD: Objection, asked and
15     answered.
16    A    So as I said before, by a
17 regrettable mistake, I did not receive the
18 report. The report was sent according to the
19 completely normal procedures.
20         It was sent to the responsible
21 management in SKAT and to the National
22 Office -- Audit Office. And according to
23 normal procedure, an action plan was
24 prepared.
25    Q    If you had received the report in

Page 137

1  2013, would you have taken additional actions
2  with respect to the concerns identified in
3  the report?
4         MR. OXFORD: I object to the form
5     of the question.
6     A    It's a hypothetical question. As
7  the report did not raise particular
8  criticism, a special criticism, I wouldn't
9  believe that I would take separate steps or
10 specific steps in response to it.
11        And the National Audit Office read
12 the report in the same way.
13    Q    Let's look at Tab 3027 of your
14 binder, please.
15        MR. SCHOENFELD: Mark this as 3027.
16        (Whereupon the above mentioned was
17     marked for Identification.)
18        THE INTERPRETER: Yes, we have
19     found it, or he has found it.
20    Q    Have you seen this report
21 previously?
22    A    Yes.
23    Q    Did you receive this report in
24 2014?
25    A    Yes, I did.

CONFIDENTIAL
Jens Brochner - April 29, 2021

37 (Pages 142 to 145)

Page 142

1  Correct?
2  A   Yes, that's correct.
3  Q   So apart from stopping the payouts,
4  are you aware of anything that was done
5  following the fraud -- actually, I withdraw
6  the question.
7      Let's look at Exhibit 3021 in the
8  binder.
9      MR. SCHOENFELD:  Mark this as 3021.
10     (Whereupon the above mentioned was
11     marked for Identification.)
12 Q   Are you there?
13 A   Yes.
14     THE INTERPRETER:  Yes.  Sorry.
15 Q   Do you recall this press release?
16 A   No, but -- but I know what it says
17 in it now that I see it.
18 Q   Do you know why it happens to be
19 issued in March of 2016?
20 A   Well, the timing is probably
21 irrelevant.  What it says in the press
22 release is that SKAT resumes payouts of
23 dividend tax in certain areas.
24 Q   And in the paragraph beginning
25 "Siden," S-I-D-E-N, it references much higher

Page 143

1  documentation requirements for reimbursement
2  claims.
3      Correct?
4  A   Yes, that's correct.
5  Q   Do you know what the much higher
6  documentation requirements for reimbursement
7  claims it's talking about?
8  A   Yeah.  So it references -- refers
9  to the fact that when SKAT pays refunds based
10 on verification of third-party information
11 from custodian banks, it also has to -- also,
12 this information has to be checked, this
13 third-party information.
14     And that requires a lot of
15 resources and takes a lot of time.
16 Q   How specifically do the
17 documentation requirements referenced in this
18 press release differ from the documentation
19 requirements in effect between 2012 and
20 August of 2015?
21 A   So the verification that took place
22 in the period from 2012 to 2015, the
23 information from the custodian banks will,
24 going forward from this time, not just be
25 taken in and accepted, but it has to

Page 144

1  be -- this information has to be verified.
2  Q   And how did SKAT begin to verify
3  that information?
4  A   By asking for underlying
5  documentation for the information.
6  Q   Do you know what underlying
7  documentation they now ask for?
8  A   I don't know in detail.  Well, it
9  is done by third-party information from the
10 custodian bank.
11     It's not just accepted and relied
12 on, but that the custodian banks are -- well,
13 the third-party information from the
14 custodian banks is not just accepted and
15 relied on, but they -- the custodian banks
16 have to verify the information they provide
17 is correct.
18     MR. SCHOENFELD:  Let's take a
19     five-minute break so I can organize
20     myself.  And let's come back at 2:35.
21     Does that work?
22     MR. OXFORD:  Okay.
23     THE VIDEOGRAPHER:  Stand by.  The
24     time is 2:26 p.m. New York time and
25     we're going off the record.

Page 145

1      (Brief recess taken.)
2      THE VIDEOGRAPHER:  Stand by.  The
3      time is 2:38 p.m. New York time and
4      we're back on record.
5  Q   Mr. Brochner, knowing what you know
6  now, would you have done anything differently
7  in hindsight between 2012 and 2015?
8      MR. OXFORD:  Object to the form of
9      the question.
10 A   It's a hypothetical question.  And
11 if I had known all that I know today, I would
12 have, of course, have done
13 things -- different things in the period '15
14 to -- or 2012 to 2015.
15 Q   What would you have done?
16     MR. OXFORD:  Object to the form and
17     hypothetical, incomplete.  You can
18     answer.
19 A   I don't think the question really
20 makes sense.  But Denmark has been cheated
21 for almost 13 billion Danish kroner, and if I
22 had known what I know now, I would have, of
23 course, have done things differently.
24 Q   If you had received the 2013 SIR
25 report in May of 2013, are there specific