# Exhibit 76

CONFIDENTIAL
Bruce Dubinsky - March 29, 2022

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 18-MD-2865 (LAK)

_____
                                   )
IN RE:                             )
                                   )
CUSTOMS AND TAX ADMINISTRATION OF  )
THE KINGDOM OF DENMARK             )
(SKATTEFORVALTNINGEN) TAX REFUND   )
SCHEME LITIGATION                  )
                                   )
_____)


C O N F I D E N T I A L


REMOTE VTC VIDEOTAPED EXPERT DEPOSITION UNDER ORAL
EXAMINATION OF
BRUCE DUBINSKY

DATE: March 29, 2022




REPORTED BY:  MICHAEL FRIEDMAN, CCR

Page 194

1          And that's where you have
2   Footnote 299 and you cite to what we've
3   marked as 52 -- Exhibit 5229.
4      A    Correct.
5      Q    Okay.  Did you create this
6   document?
7      A    No, I did not.
8      Q    Do you know who did?
9      A    I do not.
10     Q    How did you get it?
11     A    It was in the Elysium documents.
12  When I was searching through the Elysium
13  database looking for flowcharts, this is one
14  that came up.
15     Q    Okay.  And with respect to
16  that -- to the statement I just read in
17  Paragraph 243, is this -- is this your main
18  support for that statement, this document
19  5229?
20     A    No.  I think this was just showing
21  the directional payments.
22          I think there are documents that I
23  cite to in the report, in this section and
24  others, where Ganymede would have an
25  agreement with the plans to provide services.

Page 195

1   Ganymede would invoice for those purported
2   services, and money was taken out of the Solo
3   accounts when the reclaim payments actually
4   came back in, when cash actually was
5   received, and things were carved up in that
6   regard.
7      Q    Okay.  So with respect to your
8   reliance on this flowchart, did you analyze
9   the financial records of Ganymede?
10     A    Whatever was available.  I think
11  there were some financial records of Ganymede
12  that I've looked at that showed -- I'd have
13  to go back and look, but I recall there was
14  very little capitalization of Ganymede.  I
15  know I've looked at formation documents.
16          It would have been cited in the
17  report.
18     Q    Did you look at -- and if we just
19  stick on, let's just say the year 2015 where
20  this statement is made in Paragraph 243 of
21  your report, did you look at the account
22  statements, any and all account statements of
23  Ganymede during that year?
24     A    Let me just see if there are any in
25  the footnote.  I know we've had a lot of the

Page 196

1   invoices.  Let's see.
2          (Witness reviewing.)
3          I think this section, in going
4   through this, was predicated on invoices that
5   I saw.  I don't believe I had the Ganymede
6   account records, bank account records.
7          I'd have to go back and look at
8   that.
9      Q    Okay.  And so would you -- so if
10  you didn't have the account records, would
11  you be able to confirm all of the credits and
12  debits of Ganymede bank accounts during that
13  time period?
14     A    Well, if I had the bank records, I
15  would have gone through that.  And again,
16  sitting here, I just don't recall.
17          I think I had looked at the
18  invoices that were issued by Ganymede and
19  then the payments from those, other invoices,
20  because I recall there were other entities
21  that invoiced Ganymede for purported
22  services, and I talk about that in this
23  section.
24          But short of that, I don't -- let
25  me just -- let me just look one more time.

Page 197

1          (Witness reviewing.)
2          I'd have to go back through the
3   report and see where I referenced any bank
4   statements from Ganymede, which I -- sitting
5   here today, I can't do because I don't have
6   it electronically.
7      Q    You don't recall if you analyzed
8   the bank statements of Ganymede?
9      A    There were a lot of documents in
10  this.  Let me just see.
11         (Witness reviewing.)
12         I don't recall seeing -- you know,
13  I just can't answer you right now.  I'd have
14  to go back through the report, the whole
15  report, and see.
16     Q    What about, then -- and if you're
17  looking at that flowchart, the next entity,
18  Elysium Global Limited, did you analyze any
19  bank statements -- and we can just
20  concentrate on 2015 for now -- of that
21  entity?
22     A    I don't believe so.
23     Q    All right.  What about if we now
24  cross over to the right-hand side?  We'll
25  start at the top.

CONFIDENTIAL
Bruce Dubinsky - March 29, 2022

51 (Pages 198 to 201)

Page 198

1    Saheed Investments, did you analyze
2  any bank statements or financial records of
3  that entity?
4    A    Not that I recall, no.
5    Q    And what about Fire Capital One?
6  Did you analyze any bank statements or
7  financial records of that entity?
8    A    No.  Again, I don't recall those
9  existing in the data.
10   Q    Okay.  The next one is Parla
11 Global.
12        Did you analyze any financial
13 records or bank statements of that entity?
14   A    I don't recall seeing the bank
15 statements for that entity.
16   Q    Okay.  And the next one is
17 Philo Holdings.
18        Did you analyze any financial
19 records or bank statements of that entity?
20   A    No, I don't recall seeing any bank
21 statements for that entity.
22   Q    Okay.  And the next one is Elysium
23 Global Trading Limited.
24        Did you analyze any financial
25 records or bank statements of that entity?

Page 199

1    A    I don't recall seeing any for that
2  entity, either.
3    Q    And the next one is Quantmetrics
4  Multi-Strategy Fund.  In parenthesis, it says
5  "U.K."
6         Did you analyze any financial
7  records of bank statements of that entity?
8    A    I don't recall seeing bank
9  statements in the production for that entity.
10   Q    Okay.  And then, the last one on
11 the chart is Elysium Global (Dubai) Limited.
12        Did you analyze any financial
13 records of bank statements for that entity?
14   A    Again, I don't recall seeing any
15 bank statements for that entity.
16   Q    Okay.  Are you aware that pension
17 plans that you analyzed submitted reclaim
18 applications to jurisdictions other than
19 Denmark?
20   A    I know there was another series of
21 transactions that I wasn't involved with, if
22 that's what you're talking about, the ED&F.
23   Q    No, not ED&F.  Let's just say, if
24 we refer to -- and I think you -- in
25 Paragraph 243, you refer to the Lehman plans?

Page 200

1    A    That's 243.
2         (Witness reviewing.)
3         I mean, I describe the Lehman
4  plans, I think, earlier on in the --
5    Q    I think --
6    A    -- in the report.  There's a whole
7  discussion in the "Factual Background"
8  section of the Lehman plans and who was
9  involved.
10   Q    Right, right.
11        So if we just talk about the Lehman
12 plans?
13   A    Okay.
14   Q    Are you aware of whether those
15 plans submitted reclaim applications to
16 jurisdictions other than Denmark?
17   A    I am not.
18   Q    Did you review Mr. Lehman's
19 deposition?
20   A    I believe that was one of the
21 depositions that I've read, yes.  Let me just
22 see if it's on the list.
23        (Witness reviewing.)
24        Yes, his August 2021 deposition.
25   Q    And in -- at Paragraph 244 of your

Page 201

1  initial report, you say -- you note here,
2  "Payments to Lehman were typically made to
3  one of two entities owned and controlled by
4  Lehman."  And then you have "Volaris LLC or
5  First Alton, Inc."
6         Do you see that?
7    A    Yes.
8    Q    And Volaris LLC, Mr. Lehman had a
9  pension plan that went by the same name.
10        Is that correct?
11   A    I'd have to go check, but it
12 wouldn't surprise me.
13   Q    Well, in -- are you aware that
14 Roger Lehman testified that his Volaris
15 pension plan transacted in Belgian securities
16 in addition to Danish securities?
17   A    I don't recall specifically.
18   Q    Well, at page -- and I'm just going
19 to refer to his deposition and I'll quote
20 it -- it's at Page 256 to 257 of Mr. Lehman's
21 deposition.
22        "Question:  Did the Volaris Pension
23 Plan transact in Belgian securities as well
24 as Danish securities?
25        Answer:  To the best of my