**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION<br><br>———————————<br><br>SKATTEFORVALTNINGEN,<br><br>Petitioner,<br><br>v.<br><br>RAUBRITTER LLC PENSION PLAN, ALEXANDER BURNS, RICHARD MARKOWTIZ, AND JOHN VAN MERKENSTEIJN,<br><br>Defendants. | Consolidated Multidistrict Action<br><br>Docket No. 1:18-md-02865-LAK<br><br><br>This document relates to:<br>1:18-cv-04833-LAK |

## SUGGESTION OF DEATH UPON THE RECORD PURSUANT TO RULE 25(a)(1)

Counsel for Defendant Alexander Burns hereby gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, as follows:

On October 26, 2021, Defendant Alex Burns died.  Shortly thereafter, the undersigned informed the government and counsel for Skatteforvaltningen of Mr. Burns's death.

On December 13, 2021, Mr. Burn's criminal case was dismissed upon the request of the government for an order of *nolle prosequi*.  *See United States v. Alexander Burns*, 18 Cr. 837 (VSB), ECF Nos. 14, 16.

On January 12, 2022, the Probate Court of Charleston County, South Carolina appointed Seth W. Whitaker as the Special Administrator of the Estate of Alexander Chatfield Burns.  *See* Exh. A (Certificate of Appointment).  Mr. Whitaker's contact information is as follows:

Seth W. Whitaker
Seth S. Whitaker, Ltd. Co.
409 King Street, Suite 200
Charleston, South Carolina 29403
T: (432) 202-4472
seth@swwlc.com

As far as the undersigned is aware, a General Personal Representative has not yet been

appointed.

We request that any motion for substitution of a proper party be made within ninety days

of this date. *See* Fed. R. Civ. P. 25(a)(1).


Date:  New York, New York
       June 9, 2022


By: /s/ Michael Tremonte
Michael Tremonte
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Email: mtremonte@shertremonte.com