# Exhibit A

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE PROBATE COURT |
| ) | |
| COUNTY OF CHARLESTON ) | **CERTIFICATE OF APPOINTMENT** |
| ) | |
| IN THE MATTER OF: <u>ALEXANDER CHATFIELD BURNS</u> ) | CASE NUMBER: <u>2021ES1002273</u> |

This is to certify that

<u>                  SETH WHITAKER, ESQ.                  </u>

is/are the duly qualified

☐ PERSONAL REPRESENTATIVE
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☒ **SPECIAL ADMINISTRATOR**

in the above matter and that this appointment, having been executed on the <u>12</u> day of <u>January</u>, <u>2022</u>, is in full force and effect.

**RESTRICTIONS: THE SPECIAL ADMINISTRATOR, SETH WHITAKER, ESQUIRE HAS THE DUTY TO COLLECT AND MANAGE THE ASSETS OF THE ESTATE, TO PRESERVE THEM, TO ACCOUNT THEREFOR, AND TO DELIVER THEM TO THE GENERAL PERSONAL REPRESENTATIVE UPON HIS QUALIFICATION. THE SPECIAL ADMINISTRATOR HAS THE POWER OF A PERSONAL REPRESENTATIVE UNDER THE SOUTH CAROLINA PROBATE CODE NECESSARY TO PERFORM HIS DUTIES.**

Executed this <u>12</u> day of <u>January</u>, <u>2022</u>.

_[signature]_

Irvin G. Condon, Probate Court Judge
BY ESTATE CLERK

Do not accept a copy of this certificate without the raised seal of the Probate Court.

FORM #141ES (1/2014)
62-1-305, 62-3-103