# Exhibit 5

CONFIDENTIAL
Andrew Wall - February 23, 2022

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.  18-MD-2865 (LAK)

 3   _____
                                             )
 4   IN RE:                                  )
                                             )
 5   CUSTOMS AND TAX ADMINISTRATION OF       )
     THE KINGDOM OF DENMARK                  )
 6   (SKATTEFORVALTNINGEN) TAX REFUND        )
     SCHEME LITIGATION                       )
 7                                           )
     This document relates to                )
 8   case nos. 19-cv-01866, et al.           )
     _____)
 9

10

11

12

13              C O N F I D E N T I A L

14

15

16     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

17                    EXAMINATION OF

18                     ANDREW WALL

19

20             DATE: February 23, 2022

21

22

23

24

25       REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

```
 1    trade date, and thus did not receive the
 2    dividends from the underlying Danish
 3    company."
 4              Do you see that?
 5         A    I do.
 6         Q    Is that also an accurate statement?
 7         A    (Witness reviewing.)
 8              That statement is accurate.  Yes,
 9    it is, Mr. Oxford.
10         Q    What does it mean, that MPT Dubai
11    did not have a right to the relevant Danish
12    shares on the trade date?
13              MR. BINDER:  Objection to form.
14         A    At the time the trade was executed
15    by MPT Dubai by either selling of the shares
16    to the pension plan, MPT Dubai did not own
17    the shares to sell at -- on that date.
18         Q    Would it be accurate to say that
19    MPT Dubai sold Danish shares short to the
20    defendant plans that didn't cover the short
21    sales as of the trade date?
22         A    (Witness reviewing.)
23              It would be accurate to say, as of
24    the trade date, MPT Dubai short sold the
25    shares.  But they may well possibly have had
```

1   other orders in place to buy the shares at
2   the same time.
3       Q    And if they did have such orders,
4   would they have had a right to the relevant
5   Danish shares, and therefore would have
6   received dividends from the underlying Danish
7   company?
8           MR. BINDER:  Objection to form.
9       Beyond the scope of the 30(b)(6).
10      A    (Witness reviewing.)
11           I would like to withdraw my
12   previous statement about MPT Dubai having
13   orders elsewhere.  At the time of the trade
14   when MPT Dubai entered into a short sale,
15   they did not have the right to the dividend,
16   no.
17      Q    Okay.  So using -- going back to my
18   original question, would it be accurate to
19   say that MPT Dubai sold Danish shares short
20   to the defendant plans, but MPT Dubai did not
21   cover the short sales as of the trade date of
22   the sale to the pension plans?
23      A    That would be an accurate.
24      Q    And because of this, MPT Dubai
25   could not convey to the defendant plans

```
 1    shares that came with them an entitlement to
 2    a dividend?
 3         A    That is correct, yeah.
 4         Q    Just so we have a clear record,
 5    when I asked you the question, "Would it be
 6    accurate to say that MPT Dubai sold Danish
 7    shares short to the defendant plans, but
 8    MPT Dubai did not cover the short sales as of
 9    the trade date of the sale to the plans," did
10    you say that would be accurate or inaccurate?
11         A    Apologies if you misunderstood.  I
12    said that would be accurate.
13         Q    Thank you.  It was just a
14    transcription that I want to make sure I -- I
15    don't think there's a misunderstanding.  I
16    just want to make sure we have a clear
17    record.  Thank you for clarifying that.
18              So is it correct that in order for
19    a counterparty such as MPT Dubai to be able
20    to transfer a right to a dividend to the
21    pension plans, it must have had the right to
22    the relevant Danish shares on the date the
23    pension plan entered into the applicable
24    purchase transaction?
25              MR. BINDER:  Objection to form.
```

## Errata Sheet

**Caption:** *In re Customs & Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation*, Master Docket No. 18-md-2865 (LAK)

**Witness:** Andrew Wall

**Deposition Date:** February 23, 2022

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 15:4 | monetary and surveillance | monitoring and surveillance | Transcription error |
| 30:20 | test policies | best policies | Transcription error |
| 37:2 | and are | and am | Transcription error |
| 37:12-13 | entity to broker | interdealer broker | Transcription error |
| 40:13-14 | particularized in Schedule 1 (64 tax vouchers in Schedule 2), 16 tax vouchers to this | particularized in Schedule 1 (64 tax vouchers) and Schedule 2 (16 tax vouchers) to this | Transcription error |
| 52:14 | MPT Dubai | ED&F Man Professional Trading Dubai Limited | Clarification |
| 55:15 | by either | by | Clarification |
| 66:10 | some equivalent | a sum equivalent | Transcription error |
| 67:21 | the client in | the client as in | Transcription error |
| 73:11-12, 73:17, 93:7, 94:16, 99:2, 108:22, 109:7, 110:21, 110:23-24, 142:24-25, 186:22, 243:9 | Christine McKinnon | Christina MacKinnon | Spelling Error |
| 73:12, 92:23, 93:4, 93:18, 93:23, 94:1, 94:3, 94:7, 101:5, 105:18, 105:22, | McKinnon | MacKinnon | Spelling Error |

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 106:15, 106:22, 107:1, 107:6, 107:25, 108:18, 108:25, 116:23, 117:7, 117:19, 143:2, 143:12, 143:13, 165:4, 176:25, 177:15, 177:23 | | | |
| 85:8-12 | Within – Michael Meade would look – to create the tax vouchers, the pension plans would have Michael Meade believe the pension plan would be entitled to a dividend. | When Michael Meade created the tax vouchers, he believed the pension plan would be entitled to a dividend. | Clarification |
| 87:2 | would receive | received | Clarification |
| 87:4-5 | the shares sold was sold – short sold | the shares sold were short sold | Clarification |
| 87:8-10 | The entitlement alone, taken in isolation, would not entitle them to a dividend, no. | The entitlement alone, taken in isolation, would not mean they received a dividend, no. | Clarification |
| 89:17-18 | The covering of the shares was not the issue. | The covering of the shares after the trade was not the issue, the issue was that the short position was not covered at the time of the trade. | Clarification |
| 89:21:22 | The covering of the short position was not the issue. The issue is the fact that MPT Dubai short sold shares. | The covering of the short position after the fact was not the issue. The issue is the fact that MPT Dubai short sold shares without the right to acquire cum-dividend shares at the time of the trade. | Clarification |
| 93:7, 107:7 | head of operations | head of securities operations | Clarification |
| 94:22 | in evidence | in existence | Transcription error |
| 96:14-15 | their recipients' concern." | The recipients concerned." | Transcription error |

2

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 96:25 | Couldn't | I couldn't | Transcription error |
| 108:11 | memorandum by Ms. McKinnon." | memorandum" by Ms. MacKinnon. | Transcription error |
| 109:2 | I wouldn't say | I couldn't say | Transcription error |
| 110:24-25 | operations department | securities operations department | Clarification |
| 117:7-8 | "a record | a "record | Transcription error |
| 119:8 | payment to the amount | payment in the amount | Clarification |
| 120:8, 120:10, 120:22, 120:25, 121:12 | clients | counterparties | Clarification |
| 125:17 | short selling | selling | Correction |
| 126:23 | standard tax format. | Standard tax voucher format. | Clarification |
| 127:9 | standard tax format template. | Standard tax voucher format template. | Clarification |
| 130:1 | We | You | Transcription Error |
| 131:13 | review | amend | Clarification |
| 134:13 | operations department | securities operations department | Clarification |
| 138:17 | If I then | If they then | Transcription Error |
| 142:1 | operations team | securities operations team | Clarification |
| 152:17, 152:20 | Jilian | Julian | Spelling Error |
| 168:1 | Paul | Tom | Transcription Error |
| 169:21 | 1502 | 15:02 | Clarification |
| 171:17 | particular date, 2017 | particular date in 2017 | Transcription Error |
| 178:19-20 | "to provide documentation | to provide "documentation | Transcription Error |
| 178:20 | MPT | MPT's | Transcription Error |
| 178:22 | records | record | Transcription Error |
| 186:13 | document in writing | document when writing | Transcription Error |
| 192:9 | 19th of March | 28th of March | Clarification |
| 208:13 | site | cite | Spelling Error |
| 219:18 | link | Link | Spelling Error |
| 220:24 | Assets | Asset | Transcription Error |
| 226:7-9 | Again, it would be acting in its capacity as an agency broker on behalf of a client to sell those shares. | Again, it would be acting in its capacity as a broker for its client to sell those shares. | Clarification |
| 226:23 | receive the file | receive the order | Transcription Error |
| 244:13 | vouchers. | voucher. | Transcription Error |
| 251:7 | SWIFTs' | SWIFT | Transcription Error |
| 256:21-22 | At some point in May 2019. I'm sorry. At some point in 2019. | At some point in 2019. | Clarification |
| 258:12 | cubic | Cubix | Transcription Error |

2

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 259:12 | e-mail train | e-mail chain | Transcription Error |
| 260:1 | trade is settled? It's | trade has settled?" It's | Transcription Error |
| 260:2 | Lundbeck." | Lundbeck. | Transcription Error |
| 260:6 | failed CP | failed. C/P | Transcription Error |

I declare under penalty of perjury under the laws of the United States of America that I have read the entire transcript of my deposition taken in the above-captioned matter and the same is true and accurate, save and except for changes and/or corrections as indicated by me on the deposition errata sheet hereof, with the understanding that I offer these changes as if still under oath.

Executed this 31 day of March, 2022

*[signature]*

Andrew Wall

2