# Appendix A
# RJM Capital Pension Plan

**Equities Transactions**

| Exhibit No. | Trade No. | Pension Plan | Security | Number of Shares | Trade Date | Settlement Date | Price | Quantity | Equity Broker | Seller | Citation for Purchase by Equity Broker from Seller |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | RJM CAPITAL PENSION PLAN | TDC A/S | 3,250,000 | 03/07/13 | 03/13/13 | 45.7393 | 3,250,000 | FGC Securities LLC | Chem Capital | ELYSIUM-01383347 |
| 2 | 2 | RJM CAPITAL PENSION PLAN | DSV A/S | 1,200,000 | 03/21/13 | 03/27/13 | 144.7836 | 1,200,000 | FGC Securities LLC | Rock Capital Private Fund Ltd | ELYSIUM-01462507 |
| 3 | 3 | RJM CAPITAL PENSION PLAN | Carlsberg A/S - B | 640,000 | 03/21/13 | 03/27/13 | 586.5422 | 640,000 | Novus Capital Markets Ltd | Abra Holdings (Cayman) Inc | ELYSIUM-01462963 |
| 4 | 4 | RJM CAPITAL PENSION PLAN | Novo Nordisk A/S - B | 2,400,000 | 03/20/13 | 03/26/13 | 966.5860 | 2,400,000 | FGC Securities LLC | Chem Capital | ELYSIUM-06260002 |
| 5 | 5 | RJM CAPITAL PENSION PLAN | FLSmidth & Co A/S | 285,000 | 04/05/13 | 04/11/13 | 349.1567 | 285,000 | Novus Capital Markets Ltd | Rock Capital Private Fund Ltd | ELYSIUM-01527070 |
| 6 | 6 | RJM CAPITAL PENSION PLAN | A.P. Møller Mærsk A/S - A | 4,200 | 04/11/13 | 04/17/13 | 41,950.2873 | 4,200 | FGC Securities LLC | Gulf Management Group FZE | ELYSIUM-01552515 |
| 7 | 7 | RJM CAPITAL PENSION PLAN | A.P. Møller Mærsk A/S - B | 10,400 | 04/11/13 | 04/17/13 | 43,680.2893 | 10,400 | FGC Securities LLC | D.D.C (Cayman) | ELYSIUM-01552936<br>ELYSIUM-01744925 |
| 8 | 8 | RJM CAPITAL PENSION PLAN | Tryg A/S | 160,000 | 04/18/13 | 04/24/13 | 480.2812 | 160,000 | FGC Securities LLC | Chem Capital | ELYSIUM-01583789 |
| 9 | 9 | RJM CAPITAL PENSION PLAN | Lundbeck A/S | 1,060,000 | 03/21/13 | 03/27/13 | 103.2481 | 1,060,000 | Novus Capital Markets Ltd | Gulf Management Group FZE | ELYSIUM-01464768 |
| 10 | 10 | RJM CAPITAL PENSION PLAN | TDC A/S | 3,850,000 | 08/07/13 | 08/13/13 | 47.3650 | 3,850,000 | Novus Capital Markets Ltd | Rock Capital Private Fund Ltd | ELYSIUM-06519578 |
| 11 | 11 | RJM CAPITAL PENSION PLAN | Chr. Hansen Holding A/S | 780,157 | 11/26/13 | 12/02/13 | 204.0000<br>203.3100 | 12,157<br>768,000 | FGC Securities LLC | D.D.C (Cayman) | ELYSIUM-02510556<br>ELYSIUM-02508728 |
| 12 | 12 | RJM CAPITAL PENSION PLAN | Coloplast A/S - B | 924,000 | 12/05/13 | 12/11/13 | 351.3763 | 924,000 | Novus Capital Markets Ltd | D.D.C (Cayman) | ELYSIUM-02550139 |

**Stock Loan Transactions**

| Exhibit No. | Trade No. | Pension Plan | Security | Number of Shares | Trade Date | Settlement Date | Price | Quantity | Stock Loan Intermediary | Ultimate Borrower | Citation for Stock Loan Intermediary Loan to Borrower |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | RJM CAPITAL PENSION PLAN | TDC A/S | 3,250,000 | 03/12/13 | 03/13/13 | 45.7393 | 3,250,000 | Colbrook Ltd | Chem Capital | ELYSIUM-01409017 |
| 2 | 2 | RJM CAPITAL PENSION PLAN | DSV A/S | 1,200,000 | 03/26/13 | 03/27/13 | 144.7836 | 1,200,000 | Amalthea Enterprises Ltd | Rock Capital Private Fund Ltd | ELYSIUM-01488784 |
| 3 | 3 | RJM CAPITAL PENSION PLAN | Carlsberg A/S - B | 640,000 | 03/26/13 | 03/27/13 | 586.5422 | 640,000 | Amalthea Enterprises Ltd | Abra Holdings (Cayman) Inc | ELYSIUM-01488494 |
| 4 | 4 | RJM CAPITAL PENSION PLAN | Novo Nordisk A/S - B | 2,400,000 | 03/25/13 | 03/26/13 | 966.5860 | 2,400,000 | Colbrook Ltd | Chem Capital | ELYSIUM-01482360 |
| 5 | 5 | RJM CAPITAL PENSION PLAN | FLSmidth & Co A/S | 285,000 | 04/10/13 | 04/11/13 | 349.1567 | 285,000 | Aquila (Cayman) Ltd | Rock Capital Private Fund Ltd | ELYSIUM-01545059 |
| 6 | 6 | RJM CAPITAL PENSION PLAN | A.P. Møller Mærsk A/S - A | 4,200 | 04/16/13 | 04/17/13 | 41,950.2873 | 4,200 | Amalthea Enterprises Ltd | Gulf Management Group FZE | ELYSIUM-01575193 |
| 7 | 7 | RJM CAPITAL PENSION PLAN | A.P. Møller Mærsk A/S - B | 10,400 | 04/16/13 | 04/17/13 | 43,680.2893 | 10,400 | Colbrook Ltd | D.D.C (Cayman) | ELYSIUM-01574028 |
| 8 | 8 | RJM CAPITAL PENSION PLAN | Tryg A/S | 160,000 | 04/23/13 | 04/24/13 | 480.2812 | 160,000 | Colbrook Ltd | Chem Capital | ELYSIUM-01606228 |
| 9 | 9 | RJM CAPITAL PENSION PLAN | Lundbeck A/S | 1,060,000 | 03/26/13 | 03/27/13 | 103.2481 | 1,060,000 | Aquila (Cayman) Ltd | Gulf Management Group FZE | ELYSIUM-01489486 |
| 10 | 10 | RJM CAPITAL PENSION PLAN | TDC A/S | 3,850,000 | 08/12/13 | 08/13/13 | 47.3650 | 3,850,000 | Colbrook Ltd | Rock Capital Private Fund Ltd | ELYSIUM-02010652 |
| 11 | 11 | RJM CAPITAL PENSION PLAN | Chr. Hansen Holding A/S | 780,157 | 11/29/13 | 12/02/13 | 204.0000 | 12,157 | Aquila (Cayman) Ltd | D.D.C (Cayman) | ELYSIUM-02527744 |
| | | | | | | | 203.3100 | 768,000 | | | ELYSIUM-02528473 |
| 12 | 12 | RJM CAPITAL PENSION PLAN | Coloplast A/S - B | 924,000 | 12/10/13 | 12/11/13 | 351.3763 | 924,000 | Aquila (Cayman) Ltd | D.D.C (Cayman) | ELYSIUM-02566239 |