# Appendix B
# Basalt Ventures LLC Roth 401(K) Plan

**Equities Transactions**

| Exhibit No. | Trade No. | Pension Plan | Security | Number of shares | Trade Date | Settlement Date | Price | Quantity | Equity Broker 1 | Equity Broker 2 | Citation for Purchase by Equity Broker 1 from Equity Broker 2 | Seller | Citation for Purchase by Equity Broker 2 from Seller |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 1 | BASALT VENTURES LLC ROTH 401(K) PLAN | Novozymes A/S - B | 777,153 | 02/25/15 | 03/02/15 | 322.5000 | 777,153 | Sunrise Brokers | Mako Financial Markets LLP | ELYSIUM-09140791 | Encoreelite Ltd | ELYSIUM-09140791 |
| 14 | 2 | BASALT VENTURES LLC ROTH 401(K) PLAN | TDC A/S | 3,283,965 | 03/05/15 | 03/10/15 | 54.0000 | 3,283,965 | Bastion Capital London Ltd | Mako Financial Markets LLP | ELYSIUM-09140791 | FBFB International Ltd | ELYSIUM-09140791 |
| 15 | 3 | BASALT VENTURES LLC ROTH 401(K) PLAN | DSV A/S | 765,908 | 03/12/15 | 03/17/15 | 219.2000 | 765,908 | The TJM Partnership PLC | Mako Financial Markets LLP | ELYSIUM-03915393 | RDKS Consultants | ELYSIUM-03915293 |
| 16 | 4 | BASALT VENTURES LLC ROTH 401(K) PLAN | Danske Bank A/S | 3,271,664 | 03/18/15 | 03/23/15 | 175.3000 | 3,271,664 | Sunrise Brokers | Mako Financial Markets LLP | ELYSIUM-03944478 | Metis Cayman Ltd | ELYSIUM-03944560 |
| 17 | 5 | BASALT VENTURES LLC ROTH 401(K) PLAN | Pandora A/S | 450,631 | 03/18/15 | 03/23/15 | 614.5000 | 450,631 | Sunrise Brokers | Mako Financial Markets LLP | ELYSIUM-03945221 | Metis Cayman Ltd | ELYSIUM-03944689 |
| 18 | 6 | BASALT VENTURES LLC ROTH 401(K) PLAN | Novo Nordisk A/S - B | 6,448,211 | 03/19/15 | 03/24/15 | 341.9000 | 6,448,211 | The TJM Partnership PLC | Arian Financial LLP | ELYSIUM-03959847 | Encoreelite Ltd | ELYSIUM-03959842 |
| 19 | 7 | BASALT VENTURES LLC ROTH 401(K) PLAN | GN Store Nord A/S | 605,292 | 03/19/15 | 03/24/15 | 154.2000 | 605,292 | The TJM Partnership PLC | Arian Financial LLP | ELYSIUM-03960538 | Encoreelite Ltd | ELYSIUM-03960369 |
| 20 | 8 | BASALT VENTURES LLC ROTH 401(K) PLAN | Tryg A/S | 35,209 | 03/25/15 | 03/30/15 | 868.5000 | 35,209 | Bastion Capital London Ltd | Mako Financial Markets LLP | ELYSIUM-03994246 | Metis Cayman Ltd | ELYSIUM-03994000 |
| 21 | 9 | BASALT VENTURES LLC ROTH 401(K) PLAN | Carlsberg A/S - B | 178,044 | 03/26/15 | 03/31/15 | 571.5000 | 178,044 | Sunrise Brokers | Mako Financial Markets LLP | ELYSIUM-04005495 | RDKS Consultants | ELYSIUM-04006834 ELYSIUM-04121850 |
| 22 | 10 | BASALT VENTURES LLC ROTH 401(K) PLAN | FLSmidth & Co A/S | 80,009 | 03/26/15 | 03/31/15 | 314.0000 | 80,009 | The TJM Partnership PLC | Arian Financial LLP | ELYSIUM-04006284 | RDKS Consultants | ELYSIUM-04006030 |
| 23 | 11 | BASALT VENTURES LLC ROTH 401(K) PLAN | Vestas Wind Systems A/S | 373,474 | 03/30/15 | 04/07/15 | 290.2000 | 373,474 | Sunrise Brokers | Arian Financial LLP | ELYSIUM-04030963 | Baja Ventures Ltd | ELYSIUM-04028459 |
| 24 | 12 | BASALT VENTURES LLC ROTH 401(K) PLAN | A.P. Moller Maersk A/S - A | 7,873 | 03/30/15 | 04/07/15 | 15,810.0000 | 7,873 | Sunrise Brokers | Arian Financial LLP | ELYSIUM-04031013 | RDKS Consultants | ELYSIUM-04028256 |
| 25 | 13 | BASALT VENTURES LLC ROTH 401(K) PLAN | A.P. Moller Maersk A/S - B | 7,877 | 03/30/15 | 04/07/15 | 16,410.0000 | 7,877 | Sunrise Brokers | Arian Financial LLP | ELYSIUM-04030897 | Metis Cayman Ltd | ELYSIUM-04028325 |
| 26 | 14 | BASALT VENTURES LLC ROTH 401(K) PLAN | Coloplast A/S - B | 294,679 | 05/06/15 | 05/11/15 | 510.0000 | 294,679 | The TJM Partnership PLC | Sapien Capital | ELYSIUM-04197662 | FBFB International Ltd | ELYSIUM-04197990 |

**Stock Loan Transactions**

| Exhibit No. | Trade No. | Pension Plan | Security | Number of shares | Trade Date | Settlement Date | Price | Quantity | Stock Loan Intermediary 1 | Stock Loan Intermediary 2 | Citation for Stock Loan Intermediary 1 Loan to Stock Loan Intermediary 2 | Ultimate Borrower | Citation for Stock Loan Intermediary 2 Loan to Borrower |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 1 | BASALT VENTURES LLC ROTH 401(K) PLAN | Novozymes A/S - B | 777,153 | 02/27/15 | 03/02/15 | 322.5000 | 777,153 | Trance Services Ltd | RVT Consult GmbH | ELYSIUM-09140791 | Encorelite Ltd | ELYSIUM-09140791 |
| 14 | 2 | BASALT VENTURES LLC ROTH 401(K) PLAN | TDC A/S | 3,283,965 | 03/09/15 | 03/10/15 | 54.0000 | 3,283,965 | Diverse Vision Ltd | CEKA Invest GmbH | ELYSIUM-03897564 | FBFB International Ltd | ELYSIUM-03897657 |
| 15 | 3 | BASALT VENTURES LLC ROTH 401(K) PLAN | DSV A/S | 765,908 | 03/16/15 | 03/17/15 | 219.2000 | 765,908 | Neoteric Ltd | Relative Value Trading GmbH | ELYSIUM-03928624 | RDKS Consultants | ELYSIUM-03928418 |
| 16 | 4 | BASALT VENTURES LLC ROTH 401(K) PLAN | Danske Bank A/S | 3,271,664 | 03/20/15 | 03/23/15 | 175.3000 | 3,271,664 | Prince Solutions Ltd | RVT Consult GmbH | ELYSIUM-03969733 | Metis Cayman Ltd | ELYSIUM-03970047 |
| 17 | 5 | BASALT VENTURES LLC ROTH 401(K) PLAN | Pandora A/S | 450,631 | 03/20/15 | 03/23/15 | 614.5000 | 450,631 | Prince Solutions Ltd | RVT Consult GmbH | ELYSIUM-03969695 | Metis Cayman Ltd | ELYSIUM-03970006 |
| 18 | 6 | BASALT VENTURES LLC ROTH 401(K) PLAN | Novo Nordisk A/S - B | 6,448,211 | 03/23/15 | 03/24/15 | 341.9000 | 6,448,211 | Treehurst Ltd | CEKA Invest GmbH | ELYSIUM-03980122 | Encorelite Ltd | ELYSIUM-03980294 |
| 19 | 7 | BASALT VENTURES LLC ROTH 401(K) PLAN | GN Store Nord A/S | 605,292 | 03/23/15 | 03/24/15 | 154.2000 | 605,292 | Treehurst Ltd | CEKA Invest GmbH | ELYSIUM-03980211 | Encorelite Ltd | ELYSIUM-03980385 |
| 20 | 8 | BASALT VENTURES LLC ROTH 401(K) PLAN | Tryg A/S | 35,209 | 03/27/15 | 03/30/15 | 868.5000 | 35,209 | Diverse Vision Ltd | Tehvah Global Ltd | ELYSIUM-04011860 | Metis Cayman Ltd | ELYSIUM-04012029 |
| 21 | 9 | BASALT VENTURES LLC ROTH 401(K) PLAN | Carlsberg A/S - B | 178,044 | 03/30/15 | 03/31/15 | 571.5000 | 178,044 | Prince Solutions Ltd | Relative Value Trading GmbH | ELYSIUM-04029621 | RDKS Consultants | ELYSIUM-04030318 |
| 22 | 10 | BASALT VENTURES LLC ROTH 401(K) PLAN | FLSmidth & Co A/S | 80,009 | 03/30/15 | 03/31/15 | 314.0000 | 80,009 | Treehurst Ltd | Tehvah Global Ltd | ELYSIUM-04028847 | RDKS Consultants | ELYSIUM-04029651 |
| 23 | 11 | BASALT VENTURES LLC ROTH 401(K) PLAN | Vestas Wind Systems A/S | 373,474 | 04/01/15 | 04/07/15 | 290.2000 | 373,474 | Trance Services Ltd | Relative Value Trading GmbH | ELYSIUM-04052881 | Baja Ventures Ltd | ELYSIUM-04052793 |
| 24 | 12 | BASALT VENTURES LLC ROTH 401(K) PLAN | A.P. Moller Maersk A/S - A | 7,873 | 04/01/15 | 04/07/15 | 15,810.0000 | 7,873 | Prince Solutions Ltd | CEKA Invest GmbH | ELYSIUM-04052529 | RDKS Consultants | ELYSIUM-04053637 |
| 25 | 13 | BASALT VENTURES LLC ROTH 401(K) PLAN | A.P. Moller Maersk A/S - B | 7,877 | 04/01/15 | 04/07/15 | 16,410.0000 | 7,877 | Trance Services Ltd | Relative Value Trading GmbH | ELYSIUM-04052784 | Metis Cayman Ltd | ELYSIUM-04052746 |
| 26 | 14 | BASALT VENTURES LLC ROTH 401(K) PLAN | Coloplast A/S - B | 294,679 | 05/08/15 | 05/11/15 | 510.0000 | 294,679 | Colbrook Ltd | Tehvah Global Ltd | ELYSIUM-04217385 | FBFB International Ltd | ELYSIUM-04216379 |