# Appendix D
# Roadcraft Technologies LLC Roth 401(K) Plan

**Equities Transactions**

| Exhibit No. | Trade No. | Pension Plan | Security | Number of shares | Trade Date | Settlement Date | Price | Quantity | Equity Broker 1 | Equity Broker 2 | Citation for Purchase by Equity Broker 1 from Equity Broker 2 | Seller | Citation for Purchase by Equity Broker 2 from Seller |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 1 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Novozymes A/S - B | 681,437 | 02/25/15 | 03/02/15 | 322.5000 | 681,437 | The TJM Partnership PLC | Mako Financial Markets LLP | ELYSIUM-03854180 | Ceptorbay Ltd | ELYSIUM-03853867 |
| 29 | 2 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | TDC A/S | 2,572,455 | 03/05/15 | 03/10/15 | 54.0000 | 2,572,455 | The TJM Partnership PLC | Arian Financial LLP | ELYSIUM-03885345 | Sehmet Investments Ltd | ELYSIUM-03885421 |
| 30 | 3 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | DSV A/S | 633,514 | 03/12/15 | 03/17/15 | 219.2000 | 633,514 | Bastion Capital London Ltd | Mako Financial Markets LLP | ELYSIUM-03914041 | JCJC International Ltd | ELYSIUM-03914403 |
| 31 | 4 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Danske Bank A/S | 3,217,471 | 03/18/15 | 03/23/15 | 175.3000 | 3,217,471 | Sunrise Brokers | Mako Financial Markets LLP | ELYSIUM-03942756 | D.D.C (Cayman) | ELYSIUM-03942611 |
| 32 | 5 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Pandora A/S | 443,167 | 03/18/15 | 03/23/15 | 614.5000 | 443,167 | Sunrise Brokers | Mako Financial Markets LLP | ELYSIUM-03942443 | D.D.C (Cayman) | ELYSIUM-03942159 |
| 33 | 6 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | GN Store Nord A/S | 591,012 | 03/19/15 | 03/24/15 | 154.2000 | 591,012 | The TJM Partnership PLC | Arian Financial LLP | ELYSIUM-03958331 | Sehmet Investments Ltd | ELYSIUM-03958383 |
| 34 | 7 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Novo Nordisk A/S - B | 6,296,082 | 03/19/15 | 03/24/15 | 341.9000 | 6,296,082 | The TJM Partnership PLC | Arian Financial LLP | ELYSIUM-03957722 | Sehmet Investments Ltd | ELYSIUM-03957990 |
| 35 | 8 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Tryg A/S | 174,450 | 03/25/15 | 03/30/15 | 868.5000 | 174,450 | Sunrise Brokers | Mako Financial Markets LLP | ELYSIUM-03992955 | Ceptorbay Ltd | ELYSIUM-03992912 |
| 36 | 9 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | FLSmidth & Co A/S | 399,512 | 03/26/15 | 03/31/15 | 314.0000 | 399,512 | Bastion Capital London Ltd | Arian Financial LLP | ELYSIUM-04004538 | JCJC International Ltd | ELYSIUM-04004234 |
| 37 | 10 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Carlsberg A/S - B | 887,986 | 03/26/15 | 03/31/15 | 571.5000 | 887,986 | The TJM Partnership PLC | Arian Financial LLP | ELYSIUM-04004403 | D.D.C (Cayman) | ELYSIUM-04004175 ELYSIUM-09138288 |
| 38 | 11 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Vestas Wind Systems A/S | 1,878,951 | 03/30/15 | 04/07/15 | 290.2000 | 1,878,951 | Bastion Capital London Ltd | Mako Financial Markets LLP | ELYSIUM-04032122 | D.D.C (Cayman) | ELYSIUM-04032886 |
| 39 | 12 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | A.P. Møller Mærsk A/S - A | 39,785 | 03/30/15 | 04/07/15 | 15,810.0000 | 39,785 | Bastion Capital London Ltd | Mako Financial Markets LLP | ELYSIUM-04032108 | SPK 23 (Cayman) Inc | ELYSIUM-04032989 |
| 40 | 13 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | A.P. Møller Mærsk A/S - B | 40,179 | 03/30/15 | 04/07/15 | 16,410.0000 | 40,179 | Sunrise Brokers | Mako Financial Markets LLP | ELYSIUM-04031646 | Ceptorbay Ltd | ELYSIUM-04032789 |
| 41 | 14 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Coloplast A/S - B | 1,473,168 | 05/06/15 | 05/11/15 | 510.0000 | 1,473,168 | Sunrise Brokers | Mako Financial Markets LLP | ELYSIUM-04195748 | Black Square Ltd | ELYSIUM-04196025 |

**Stock Loan Transactions**

| Exhibit No. | Trade No. | Pension Plan | Security | Number of shares | Trade Date | Settlement Date | Price | Quantity | Stock Loan Intermediary 1 | Stock Loan Intermediary 2 | Citation for Stock Loan Intermediary 1 Loan to Stock Loan Intermediary 2 | Ultimate Borrower | Citation for Stock Loan Intermediary 2 Loan to Borrower |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 1 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Novozymes A/S - B | 681,437 | 02/27/15 | 03/02/15 | 322.5000 | 681,437 | Neoteric Ltd | Relative Value Trading GmbH | ELYSIUM-03864299 | Ceptorbay Ltd | ELYSIUM-03864321 |
| 29 | 2 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | TDC A/S | 2,572,455 | 03/09/15 | 03/10/15 | 54.0000 | 2,572,455 | Prince Solutions Ltd | CEKA Invest GmbH | ELYSIUM-03896846 | Sehmet Investments Ltd | ELYSIUM-03896970 |
| 30 | 3 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | DSV A/S | 633,514 | 03/16/15 | 03/17/15 | 219.2000 | 633,514 | Diverse Vision Ltd | Tehvah Global Ltd | ELYSIUM-03927319 | JCIC International Ltd | ELYSIUM-03927318 |
| 31 | 4 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Danske Bank A/S | 3,217,471 | 03/20/15 | 03/23/15 | 175.3000 | 3,217,471 | Diverse Vision Ltd | RVT Consult GmbH | ELYSIUM-03967940 | D.D.C (Cayman) | ELYSIUM-03968100 |
| 32 | 5 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Pandora A/S | 443,167 | 03/20/15 | 03/23/15 | 614.5000 | 443,167 | Diverse Vision Ltd | RVT Consult GmbH | ELYSIUM-03967914 | D.D.C (Cayman) | ELYSIUM-03968114 |
| 33 | 6 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | GN Store Nord A/S | 591,012 | 03/23/15 | 03/24/15 | 154.2000 | 591,012 | Treehurst Ltd | CEKA Invest GmbH | ELYSIUM-03978371 | Sehmet Investments Ltd | ELYSIUM-03977949 |
| 34 | 7 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Novo Nordisk A/S - B | 6,296,082 | 03/23/15 | 03/24/15 | 341.9000 | 6,296,082 | Treehurst Ltd | CEKA Invest GmbH | ELYSIUM-03978412 | Sehmet Investments Ltd | ELYSIUM-03977992 |
| 35 | 8 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Tryg A/S | 174,450 | 03/27/15 | 03/30/15 | 868.5000 | 174,450 | Colbrook Ltd | Tehvah Global Ltd | ELYSIUM-04013178 | Ceptorbay Ltd | ELYSIUM-04013190 |
| 36 | 9 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | FLSmidth & Co A/S | 399,512 | 03/30/15 | 03/31/15 | 314.0000 | 399,512 | Diverse Vision Ltd | Relative Value Trading GmbH | ELYSIUM-04034576 | JCIC International Ltd | ELYSIUM-04033072 |
| 37 | 10 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Carlsberg A/S - B | 887,986 | 03/30/15 | 03/31/15 | 571.5000 | 887,986 | Colbrook Ltd | CEKA Invest GmbH | ELYSIUM-04033405 | D.D.C (Cayman) | ELYSIUM-04031990 |
| 38 | 11 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Vestas Wind Systems A/S | 1,878,951 | 04/01/15 | 04/07/15 | 290.2000 | 1,878,951 | Treehurst Ltd | RVT Consult GmbH | ELYSIUM-04056048 | D.D.C (Cayman) | ELYSIUM-04054909 |
| 39 | 12 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | A.P. Moller Maersk A/S - A | 39,785 | 04/01/15 | 04/07/15 | 15,810.0000 | 39,785 | Principle Markets Ltd | Relative Value Trading GmbH | ELYSIUM-04054727 | SPK 23 (Cayman) Inc | ELYSIUM-04055441 |
| 40 | 13 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | A.P. Moller Maersk A/S - B | 40,179 | 04/01/15 | 04/07/15 | 16,410.0000 | 40,179 | Prince Solutions Ltd | CEKA Invest GmbH | ELYSIUM-04055624 | Ceptorbay Ltd | ELYSIUM-04055034 |
| 41 | 14 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | Coloplast A/S - B | 1,473,168 | 05/08/15 | 05/11/15 | 510.0000 | 1,473,168 | Equal Services Ltd | Tehvah Global Ltd | ELYSIUM-04215211 | Black Square Ltd | ELYSIUM-04216043 |