**Appendix E**
**Roadcraft Technologies LLC Roth 401(K) Plan - Aggregated Trade**

| Exhibit No. | Trade No. | Pension Plan | Security | Shares Submitted in Basalt Plan Reclaim | Trade Date for Each Trade | Settlement Date for Each Trade | Price for each Trade | Trade A Plans | Trade's A Number of Shares per Plan | Trade A Broker | Citation for Purchase by Trade A Plan from Trade A Broker | Trade B Total Number of Shares | Trade B Broker | Citation for Trade A Broker Purchase from Trade B Broker | Trade C Total Number of Shares | Seller | Citation for Purchase by Trade B Broker from Seller | Trade Date | Settlement Date | Price | Quantity | Stock Loan Intermediary 1 | Stock Loan Intermediary 2 | Citation for Stock Loan Intermediary 1 Loan to Stock Loan Intermediary 2 | Ultimate Borrower | Citation for Stock Loan Intermediary 2 Loan to Borrower |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 1 | ROADCRAFT TECHNOLOGIES LLC ROTH 401(K) PLAN | TDC A/S | 2,803,027 | 08/07/14 | 08/13/14 | 51.3500 | **Roadcraft Technologies LLC Roth 401(k) Plan** | **2,803,027** | Bastion Capital London Ltd | 56.1 Statement, Appendix A | 140,093,767 | Ballygate Capital Ltd | ELYSIUM-03294580 | 29,394,791 | Minify International Ltd | ELYSIUM-03294561 ELYSIUM-04646756 | 08/12/14 | 08/13/14 | 51.3500 | 2,803,027 | Gnosis Capital Ltd | Esenjj Ltd | ELYSIUM-03308489 | Minify International Ltd | ELYSIUM-03308490 |
| | | | | | | | | Crucible Ventures LLC Roth 401(K) Plan | 3,219,605 | | ELYSIUM-03294552 | | | | These 29,394,791 shares were ultimately sold to the 9 plans highlighted in blue in Column Trade A Plans. | | | | | | | | | | | |
| | | | | | | | | Eclouge Industry LLC Roth 401(K) Plan | 3,269,796 | | ELYSIUM-03294546 | | | | | | | | | | | | | | | |
| | | | | | | | | First Ascent Worldwide LLC Roth 401(K) Plan | 2,848,717 | | ELYSIUM-03294452 | | | | | | | | | | | | | | | |
| | | | | | | | | Limelight Global Productions LLC Roth 401(K) Plan | 3,415,873 | | ELYSIUM-03294570 | | | | | | | | | | | | | | | |
| | | | | | | | | Loggerhead Services LLC Roth 401(K) Plan | 3,365,526 | | ELYSIUM-03294530 | | | | | | | | | | | | | | | |
| | | | | | | | | PAB Facilities Global LLC Roth 401(K) Plan | 3,669,877 | | ELYSIUM-03294539 | | | | | | | | | | | | | | | |
| | | | | | | | | Plumrose Industries LLC Roth 401(K) Plan | 3,169,872 | | ELYSIUM-03294493 | | | | | | | | | | | | | | | |
| | | | | | | | | Trailing Edge Productions LLC Roth 401(K) Plan Trust | 3,632,498 | | ELYSIUM-03294506 | | | | | | | | | | | | | | | |
| | | | | | | | | Aerovane Logistics LLC Roth 401(K) Plan | 3,533,815 | | ELYSIUM-03294487 | | | | | | | | | | | | | | | |
| | | | | | | | | Aston Advisors LLC 401K Plan | 3,618,584 | | ELYSIUM-03294529 | | | | | | | | | | | | | | | |
| | | | | | | | | Avanix Management LLC Roth 401(K) | 2,805,836 | | ELYSIUM-03294494 | | | | | | | | | | | | | | | |
| | | | | | | | | Basrecor Capital Investments LLC 401(K) Plan | 3,714,107 | | ELYSIUM-03294505 | | | | | | | | | | | | | | | |
| | | | | | | | | Battu Holdings LLC Roth 401K Plan | 3,081,898 | | ELYSIUM-03294569 | | | | | | | | | | | | | | | |
| | | | | | | | | Basalt Ventures LLC Roth 401(K) Plan | 2,876,867 | | 56.1 Statement, Appendix A | | | | | | | | | | | | | | | |
| | | | | | | | | Cavus Systems LLC Roth 401(K) Plan | 3,691,977 | | ELYSIUM-03294492 | | | | | | | | | | | | | | | |
| | | | | | | | | Cedar Hill Capital Investments LLC Roth 401(K) | 3,689,164 | | ELYSIUM-03294522 | | | | | | | | | | | | | | | |
| | | | | | | | | Cantata Industries LLC Roth 401(K) Plan | 2,888,576 | | ELYSIUM-03294540 | | | | | | | | | | | | | | | |
| | | | | | | | | Dicot Technologies LLC Roth 401(K) Plan | 2,869,709 | | ELYSIUM-03294560 | | | | | | | | | | | | | | | |
| | | | | | | | | Edgepoint Capital LLC Roth 401(K) Plan | 3,190,351 | | ELYSIUM-03294469 | | | | | | | | | | | | | | | |
| | | | | | | | | Fulcrum Productions LLC Roth 401(K) Plan | 3,419,036 | | ELYSIUM-03294479 | | | | | | | | | | | | | | | |
| | | | | | | | | Green Scale Management LLC Roth 401(K) Plan | 3,023,900 | | ELYSIUM-03294461 | | | | | | | | | | | | | | | |
| | | | | | | | | Hadron Industries LLC Roth 401(K) Plan | 3,097,958 | | ELYSIUM-03294484 | | | | | | | | | | | | | | | |
| | | | | | | | | Headsail Manufacturing LLC Roth 401(K) Plan | 3,117,881 | | ELYSIUM-03294575 | | | | | | | | | | | | | | | |
| | | | | | | | | Interactive Investments LLC 401K Plan | 2,987,462 | | ELYSIUM-03294486 | | | | | | | | | | | | | | | |
| | | | | | | | | Keystone Technologies LLC Roth 401(K) Plan | 3,389,801 | | ELYSIUM-03294526 | | | | | | | | | | | | | | | |
| | | | | | | | | Sanford Villa Pension Plan | 2,763,564 | | ELYSIUM-03294456 | | | | | | | | | | | | | | | |
| | | | | | | | | Starfish Capital Management LLC Roth 401(K) Plan | 3,547,235 | | ELYSIUM-03294531 | | | | | | | | | | | | | | | |
| | | | | | | | | The ADG Asset Management Pension Plan | 3,366,381 | | ELYSIUM-03294470 | | | | | | | | | | | | | | | |
| | | | | | | | | The Delvoseea Trading LLC 401K Plan | 2,827,842 | | ELYSIUM-03294509 | | | | | | | | | | | | | | | |
| | | | | | | | | The JML Capital LLC 401k Plan | 3,052,229 | | ELYSIUM-03294577 | | | | | | | | | | | | | | | |
| | | | | | | | | The Notech Management Pension Plan | 3,096,662 | | ELYSIUM-03294507 | | | | | | | | | | | | | | | |
| | | | | | | | | The Nova Foents Trading LLC 401K Plan | 3,150,749 | | ELYSIUM-03294565 | | | | | | | | | | | | | | | |
| | | | | | | | | The Oritnoca Pension Plan | 2,838,100 | | ELYSIUM-03294525 | | | | | | | | | | | | | | | |
| | | | | | | | | The Random Holdings 401K Plan | 2,935,583 | | ELYSIUM-03294490 | | | | | | | | | | | | | | | |
| | | | | | | | | The Routti Capital Pension Plan | 2,832,945 | | ELYSIUM-03294521 | | | | | | | | | | | | | | | |
| | | | | | | | | The SNK Management Pension Plan | 3,578,474 | | ELYSIUM-03294466 | | | | | | | | | | | | | | | |
| | | | | | | | | The SPKK LLC 401K Plan | 3,649,778 | | ELYSIUM-03294553 | | | | | | | | | | | | | | | |
| | | | | | | | | The Star Capital Consulting LLC 401K Plan | 3,196,193 | | ELYSIUM-03294573 | | | | | | | | | | | | | | | |
| | | | | | | | | The TENS Services LLC 401K Plan | 3,343,725 | | ELYSIUM-03294536 | | | | | | | | | | | | | | | |
| | | | | | | | | The Towerlands Pension Plan | 2,888,703 | | ELYSIUM-03294538 | | | | | | | | | | | | | | | |
| | | | | | | | | The Upton Investments LLC 401K Plan | 3,664,280 | | ELYSIUM-03294458 | | | | | | | | | | | | | | | |
| | | | | | | | | True Wind Investments LLC Roth 401(K) Plan | 3,219,090 | | ELYSIUM-03294508 | | | | | | | | | | | | | | | |
| | | | | | | | | Tumba Systems LLC Roth 401(K) Plan | 3,097,117 | | ELYSIUM-03294528 | | | | | | | | | | | | | | | |
| | | | | | | | | Vanderlet Technologies Pension Plan | 2,990,186 | | ELYSIUM-03294478 | | | | | | | | | | | | | | | |
| | | | | | | | | Voojo Productions LLC Roth 401(K) Plan | 3,663,418 | | ELYSIUM-03294547 | | | | | | | | | | | | | | | |
| | | | | | | | | **Total** | **140,093,767** | | | | | | | | | | | | | | | | | |