# Appendix F
# The FWC Capital LLC Pension Plan

## Equities Transactions

| Exhibit No. | Trade No. | Pension Plan | Security | Number of shares | Trade Date | Settlement Date | Price | Quantity | Equity Broker 1 | Equity Broker 2 | Citation for Purchase by Equity Broker 1 from Equity Broker 2 | Seller | Citation for Purchase by Equity Broker 2 from Seller |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 1 | THE FWC CAPITAL LLC PENSION PLAN | Novozymes A/S - B | 749,199 | 02/25/15 | 03/02/15 | 322.5000 | 749,199 | Bastion Capital London Ltd | Mako Financial Markets LLP | ELYSIUM-03854096 | Ceptorbay Ltd | ELYSIUM-03854113 |
| 44 | 2 | THE FWC CAPITAL LLC PENSION PLAN | TDC A/S | 2,542,375 | 03/05/15 | 03/10/15 | 54.0000 | 2,542,375 | The TJM Partnership PLC | Mako Financial Markets LLP | ELYSIUM-03885473 | Ceptorbay Ltd | ELYSIUM-03885389 |
| 45 | 3 | THE FWC CAPITAL LLC PENSION PLAN | DSV A/S | 617,170 | 03/12/15 | 03/17/15 | 219.2000 | 617,170 | Sunrise Brokers | Arian Financial LLP | ELYSIUM-03914410 | D.D.C (Cayman) | ELYSIUM-03914075 |
| 46 | 4 | THE FWC CAPITAL LLC PENSION PLAN | Danske Bank A/S | 3,192,314 | 03/18/15 | 03/23/15 | 175.3000 | 3,192,314 | Sunrise Brokers | Mako Financial Markets LLP | ELYSIUM-03943020 | JCJC International Ltd | ELYSIUM-03942647 |
| 47 | 5 | THE FWC CAPITAL LLC PENSION PLAN | Pandora A/S | 439,702 | 03/18/15 | 03/23/15 | 614.5000 | 439,702 | Sunrise Brokers | Mako Financial Markets LLP | ELYSIUM-03942186 | JCJC International Ltd | ELYSIUM-03942581 |
| 48 | 6 | THE FWC CAPITAL LLC PENSION PLAN | Novo Nordisk A/S - B | 6,939,066 | 03/19/15 | 03/24/15 | 341.9000 | 6,939,066 | Sunrise Brokers | Arian Financial LLP | ELYSIUM-03958071 | D.D.C (Cayman) | ELYSIUM-03957808 |
| 49 | 7 | THE FWC CAPITAL LLC PENSION PLAN | GN Store Nord A/S | 651,369 | 03/19/15 | 03/24/15 | 154.2000 | 651,369 | Sunrise Brokers | Arian Financial LLP | ELYSIUM-03958597 | D.D.C (Cayman) | ELYSIUM-03958176 |
| 50 | 8 | THE FWC CAPITAL LLC PENSION PLAN | Tryg A/S | 174,983 | 03/25/15 | 03/30/15 | 868.5000 | 174,983 | Sunrise Brokers | Arian Financial LLP | ELYSIUM-03993197 | D.D.C (Cayman) | ELYSIUM-03993501 |
| 51 | 9 | THE FWC CAPITAL LLC PENSION PLAN | Carlsberg A/S - B | 903,635 | 03/26/15 | 03/31/15 | 571.5000 | 903,635 | The TJM Partnership PLC | Arian Financial LLP | ELYSIUM-04004398 | JCJC International Ltd | ELYSIUM-04004172 ELYSIUM-04124065 |
| 52 | 10 | THE FWC CAPITAL LLC PENSION PLAN | FLSmidth & Co A/S | 406,796 | 03/26/15 | 03/31/15 | 314.0000 | 406,796 | The TJM Partnership PLC | Arian Financial LLP | ELYSIUM-04004490 | JCJC International Ltd | ELYSIUM-04004253 |
| 53 | 11 | THE FWC CAPITAL LLC PENSION PLAN | A.P. Moller Maersk A/S - A | 39,897 | 03/30/15 | 04/07/15 | 15,810.0000 | 39,897 | Bastion Capital London Ltd | Arian Financial LLP | ELYSIUM-04032101 | Ceptorbay Ltd | ELYSIUM-04034782 |
| 54 | 12 | THE FWC CAPITAL LLC PENSION PLAN | Vestas Wind Systems A/S | 1,885,245 | 03/30/15 | 04/07/15 | 290.2000 | 1,885,245 | Sunrise Brokers | Mako Financial Markets LLP | ELYSIUM-04031778 | Black Square Ltd | ELYSIUM-04032875 |
| 55 | 13 | THE FWC CAPITAL LLC PENSION PLAN | A.P. Moller Maersk A/S - B | 40,288 | 03/30/15 | 04/07/15 | 16,410.0000 | 40,288 | Sunrise Brokers | Arian Financial LLP | ELYSIUM-04031635 | Black Square Ltd | ELYSIUM-04034899 |
| 56 | 14 | THE FWC CAPITAL LLC PENSION PLAN | Coloplast A/S - B | 1,470,191 | 05/06/15 | 05/11/15 | 510.0000 | 1,470,191 | Bastion Capital London Ltd | Arian Financial LLP | ELYSIUM-04195968 | SPK 23 (Cayman) Inc | ELYSIUM-04196248 |

**Stock Loan Transactions**

| Exhibit No. | Trade No. | Pension Plan | Security | Number of shares | Trade Date | Settlement Date | Price | Quantity | Stock Loan Intermediary 1 | Stock Loan Intermediary 2 | Citation for Stock Loan Intermediary 1 Loan to Stock Loan Intermediary 2 | Ultimate Borrower | Citation for Stock Loan Intermediary 2 Loan to Borrower |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 1 | THE FWC CAPITAL LLC PENSION PLAN | Novozymes A/S - B | 749,199 | 02/27/15 | 03/02/15 | 322.5000 | 749,199 | Colbrook Ltd | Relative Value Trading GmbH | ELYSIUM-03864359 | Ceptorbay Ltd | ELYSIUM-03864207 |
| 44 | 2 | THE FWC CAPITAL LLC PENSION PLAN | TDC A/S | 2,542,375 | 03/09/15 | 03/10/15 | 54.0000 | 2,542,375 | Neoteric Ltd | CEKA Invest GmbH | ELYSIUM-03896946 | Ceptorbay Ltd | ELYSIUM-03897081 |
| 45 | 3 | THE FWC CAPITAL LLC PENSION PLAN | DSV A/S | 617,170 | 03/16/15 | 03/17/15 | 219.2000 | 617,170 | Prince Solutions Ltd | Tehvah Global Ltd | ELYSIUM-03927248 | D.D.C (Cayman) | ELYSIUM-03927524 |
| 46 | 4 | THE FWC CAPITAL LLC PENSION PLAN | Danske Bank A/S | 3,192,314 | 03/20/15 | 03/23/15 | 175.3000 | 3,192,314 | Prince Solutions Ltd | RVT Consult GmbH | ELYSIUM-03967924 | JCIC International Ltd | ELYSIUM-03968097 |
| 47 | 5 | THE FWC CAPITAL LLC PENSION PLAN | Pandora A/S | 439,702 | 03/20/15 | 03/23/15 | 614.5000 | 439,702 | Prince Solutions Ltd | RVT Consult GmbH | ELYSIUM-03968022 | JCIC International Ltd | ELYSIUM-03968095 |
| 48 | 6 | THE FWC CAPITAL LLC PENSION PLAN | Novo Nordisk A/S - B | 6,939,066 | 03/23/15 | 03/24/15 | 341.9000 | 6,939,066 | Equal Services Ltd | Tehvah Global Ltd | ELYSIUM-03978261 | D.D.C (Cayman) | ELYSIUM-03978009 |
| 49 | 7 | THE FWC CAPITAL LLC PENSION PLAN | GN Store Nord A/S | 651,369 | 03/23/15 | 03/24/15 | 154.2000 | 651,369 | Equal Services Ltd | Tehvah Global Ltd | ELYSIUM-03978243 | D.D.C (Cayman) | ELYSIUM-03978076 |
| 50 | 8 | THE FWC CAPITAL LLC PENSION PLAN | Tryg A/S | 174,983 | 03/27/15 | 03/30/15 | 868.5000 | 174,983 | Neoteric Ltd | Relative Value Trading GmbH | ELYSIUM-04013206 | D.D.C (Cayman) | ELYSIUM-04013332 |
| 51 | 9 | THE FWC CAPITAL LLC PENSION PLAN | Carlsberg A/S - B | 903,635 | 03/30/15 | 03/31/15 | 571.5000 | 903,635 | Diverse Vision Ltd | CEKA Invest GmbH | ELYSIUM-04034597 | JCIC International Ltd | ELYSIUM-04031953 |
| 52 | 10 | THE FWC CAPITAL LLC PENSION PLAN | FLSmidth & Co A/S | 406,796 | 03/30/15 | 03/31/15 | 314.0000 | 406,796 | Diverse Vision Ltd | CEKA Invest GmbH | ELYSIUM-04034572 | JCIC International Ltd | ELYSIUM-04032056 |
| 53 | 11 | THE FWC CAPITAL LLC PENSION PLAN | A.P. Moller Maersk A/S - A | 39,897 | 04/01/15 | 04/07/15 | 15,810.0000 | 39,897 | Colbrook Ltd | CEKA Invest GmbH | ELYSIUM-04055731 | Ceptorbay Ltd | ELYSIUM-04054947 |
| 54 | 12 | THE FWC CAPITAL LLC PENSION PLAN | Vestas Wind Systems A/S | 1,885,245 | 04/01/15 | 04/07/15 | 290.2000 | 1,885,245 | Equal Services Ltd | Relative Value Trading GmbH | ELYSIUM-04055776 | Black Square Ltd | ELYSIUM-04055439 |
| 55 | 13 | THE FWC CAPITAL LLC PENSION PLAN | A.P. Moller Maersk A/S - B | 40,288 | 04/01/15 | 04/07/15 | 16,410.0000 | 40,288 | Equal Services Ltd | Relative Value Trading GmbH | ELYSIUM-04055753 | Black Square Ltd | ELYSIUM-04055462 |
| 56 | 14 | THE FWC CAPITAL LLC PENSION PLAN | Coloplast A/S - B | 1,470,191 | 05/08/15 | 05/11/15 | 510.0000 | 1,470,191 | Trance Services Ltd | CEKA Invest GmbH | ELYSIUM-04215255 | SPK 23 (Cayman) Inc | ELYSIUM-04215196 |