# Appendix G

## The FWC Capital LLC Pension Plan - Aggregated Trades

| Exhibit No. | Trade No. | Pension Plan | Security | Shares Submitted in Basalt Plan Reclaim | Trade Date for Each Trade | Settlement Date for Each Trade | Price for each Trade | Trade's Plans | Trade A Number of Shares per Plan | Equities Transactions |||| Stock Loan Transactions ||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Trade A Broker | Citation for Purchase by Trade A Plan from Trade A Broker | 56.1 Statement, Appendix A | Trade B Total Number of Shares | Trade B Broker | Citation for Trade A Broker Purchase from Trade B Broker | Trade C Total Number of Shares | Seller | Citation for Purchase by Trade B Broker from Seller | Trade Date | Settlement Date | Price | Quantity | Stock Loan Intermediary 1 | Citation for Stock Loan Intermediary 1 Loan to Stock Loan Intermediary 2 | Stock Loan Intermediary 2 | Citation for Stock Loan Intermediary 2 Loan to Ultimate Borrower | Ultimate Borrower | Citation for Stock Loan Intermediary 2 Loan to Borrower |
| 57 | 1 | THE FWC CAPITAL LLC PENSION PLAN | Chr. Hansen Holding A/S | 846,864 | 11/27/14 | 12/02/14 | 258.9000 | The FWC Capital LLC Pension Plan | 846,864 | Bastion Capital London Ltd | | ELYSIUM-03572383 | 20,892,979 | Ballygatet Capital Ltd | ELYSIUM-03572340 | 5,234,119 | Miraby International Ltd | ELYSIUM-03572745 ELYSIUM-04657181 | 12/01/14 | 12/02/14 | 258.9000 | 846,864 | Grosso Capital Ltd | ELYSIUM-03582192 | Esetegi Ltd | | Miraby International Ltd | ELYSIUM-03582225 |
| | | | | | | | | The Aston Advisors LLC 401k Plan | 835,831 | | | ELYSIUM-03572383 | | | | These 5,234,119 shares were ultimately sold to the 6 plans highlighted in blue in Column Trade A Plans. | | | | | | | | | | | |
| | | | | | | | | The RDL Consulting Group LLC Pension Plan | 808,508 | | | ELYSIUM-03572365 | | | | | | | | | | | | | | | |
| | | | | | | | | The Sanford Villa Pension Plan | 898,209 | | | ELYSIUM-03572359 | | | | | | | | | | | | | | | |
| | | | | | | | | The Sea Bright Advisors LLC 401k Plan | 917,284 | | | ELYSIUM-03572350 | | | | | | | | | | | | | | | |
| | | | | | | | | The Zen Training LLC 401k Plan | 927,423 | | | ELYSIUM-03572334 | | | | | | | | | | | | | | | |
| | | | | | | | | Snow Hill Pension Plan | 866,679 | | | ELYSIUM-03572349 | | | | | | | | | | | | | | | |
| | | | | | | | | The Bradley London Pension Plan | 853,647 | | | ELYSIUM-03572351 | | | | | | | | | | | | | | | |
| | | | | | | | | The Chambers Property Management LLC 401k Plan | 962,606 | | | ELYSIUM-03572382 | | | | | | | | | | | | | | | |
| | | | | | | | | The CSCC Capital Pension Plan | 863,201 | | | ELYSIUM-03572364 | | | | | | | | | | | | | | | |
| | | | | | | | | The Diamond Scott Capital Pension Plan | 840,249 | | | ELYSIUM-03572358 | | | | | | | | | | | | | | | |
| | | | | | | | | The DMR Pension Plan | 822,957 | | | ELYSIUM-03572355 | | | | | | | | | | | | | | | |
| | | | | | | | | The Everything Clean LLC 401k Plan | 799,986 | | | ELYSIUM-03572385 | | | | | | | | | | | | | | | |
| | | | | | | | | The Hoboken Advisors LLC 401k Plan | 926,808 | | | ELYSIUM-03572333 | | | | | | | | | | | | | | | |
| | | | | | | | | The Houston Rocco LLC 401k Plan | 957,048 | | | ELYSIUM-03572326 | | | | | | | | | | | | | | | |
| | | | | | | | | The JT Health Consulting LLC 401k Plan | 819,647 | | | ELYSIUM-03572374 | | | | | | | | | | | | | | | |
| | | | | | | | | The Jump Group LLC 401k Plan | 917,594 | | | ELYSIUM-03572327 | | | | | | | | | | | | | | | |
| | | | | | | | | The LBR Capital Pension Plan | 797,188 | | | ELYSIUM-03572330 | | | | | | | | | | | | | | | |
| | | | | | | | | The Mountain Arl LLC 401k Plan | 861,468 | | | ELYSIUM-03572372 | | | | | | | | | | | | | | | |
| | | | | | | | | The Proper Pacific LLC 401k Plan | 839,500 | | | 56.1 Statement, Appendix A | | | | | | | | | | | | | | | |
| | | | | | | | | The Shapiro Blue Management LLC 401k Plan | 863,656 | | | ELYSIUM-03572335 | | | | | | | | | | | | | | | |
| | | | | | | | | The SKSL LLC Pension Plan | 873,444 | | | ELYSIUM-03572371 | | | | | | | | | | | | | | | |
| | | | | | | | | The Fag Realty Advisors LLC 401k Plan | 892,287 | | | ELYSIUM-03572381 | | | | | | | | | | | | | | | |
| | | | | | | | | The Wave Maven LLC 401k Plan | 900,895 | | | ELYSIUM-03572377 | | | | | | | | | | | | | | | |
| | | | | | | | | Total | 20,892,979 | | | | | | | | | | | | | | | | | | |

| Exhibit No. | Trade No. | Pension Plan | Security | Shares Submitted in Basalt Plan Reclaim | Trade Date for Each Trade | Settlement Date for Each Trade | Price for each Trade | Trade A Plans | Trade A Number of Shares per Plan | Trade A Broker | Citation for Purchase by Trade A Plan from Trade A Broker | Trade B Total Number of Shares | Trade B Broker | Citation for Trade A Broker Purchase from Trade B Broker | Trade C Total Number of Shares | Seller | Citation for Purchase by Trade B Broker from Seller | Trade Date | Settlement Date | Price | Quantity | Stock Loan Intermediary 1 | Stock Loan Intermediary 2 | Citation for Stock Loan Intermediary 1 Loan to Stock Loan Intermediary 2 | Ultimate Borrower | Citation for Stock Loan Intermediary 2 Loan to Borrower |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | 2 | THE FWC CAPITAL LLC PENSION PLAN | Coloplast A/S - B | 1,074,214 | 12/04/14 | 12/09/14 | 527.0000 | The FWC Capital LLC Pension Plan | 1,074,214 | Bastion Capital London Ltd | 56.1 Statement, Appendix A | 29,970,792 | Ballygunge Capital Ltd | ELYSIUM-03597090 | 10,143,381 | Wicklow Global Ltd | ELYSIUM-03597061 | 12/08/14 | 12/09/14 | 527.0000 | 1,074,214 | Gnosis Capital Ltd | Esengi Ltd | ELYSIUM-03609139 | Wicklow Global Ltd | ELYSIUM-03609196 |
| | | | | | | | | Snow Hill Pension Plan | 1,087,680 | | ELYSIUM-03597083 | | | | These 10,143,381 shares were ultimately sold to the 10 plans highlighted in blue in Column Trade A Plans. | | | | | | | | | | | |
| | | | | | | | | The Aston Advisors LLC 401k Plan | 998,992 | | ELYSIUM-03596967 | | | | | | | | | | | | | | | |
| | | | | | | | | The CSCC Capital Pension Plan | 919,162 | | ELYSIUM-03597076 | | | | | | | | | | | | | | | |
| | | | | | | | | The Diamond Scott Capital Pension Plan | 990,741 | | ELYSIUM-03597072 | | | | | | | | | | | | | | | |
| | | | | | | | | The Mountain A/r LLC 401k Plan | 1,095,426 | | ELYSIUM-03597065 | | | | | | | | | | | | | | | |
| | | | | | | | | The RDL Consulting Group LLC Pension Plan | 907,165 | | ELYSIUM-03597077 | | | | | | | | | | | | | | | |
| | | | | | | | | The Sanford Villa Pension Plan | 1,063,104 | | ELYSIUM-03596980 | | | | | | | | | | | | | | | |
| | | | | | | | | The Shapro Bluc-Management LLC 401k Plan | 933,555 | | ELYSIUM-03597138 | | | | | | | | | | | | | | | |
| | | | | | | | | The SKSL LLC Pension Plan | 1,073,342 | | ELYSIUM-03597118 | | | | | | | | | | | | | | | |
| | | | | | | | | Albedo Management LLC Roth 401(K) Plan | 1,085,287 | | ELYSIUM-03597129 | | | | | | | | | | | | | | | |
| | | | | | | | | Ballast Ventures LLC Roth 401(K) Plan | 909,343 | | ELYSIUM-03597104 | | | | | | | | | | | | | | | |
| | | | | | | | | Fairlie Investments LLC Roth 401(K) Plan | 1,051,671 | | ELYSIUM-03597105 | | | | | | | | | | | | | | | |
| | | | | | | | | Monomer Industries LLC Roth 401(K) Plan | 1,061,756 | | ELYSIUM-03597069 | | | | | | | | | | | | | | | |
| | | | | | | | | Pnax Holdings LLC Roth 401(K) Plan | 970,084 | | ELYSIUM-03597054 | | | | | | | | | | | | | | | |
| | | | | | | | | Sternway Logistics LLC Roth 401(K) Plan | 1,083,989 | | ELYSIUM-03597055 | | | | | | | | | | | | | | | |
| | | | | | | | | The Bradley London Pension Plan | 928,526 | | ELYSIUM-03597126 | | | | | | | | | | | | | | | |
| | | | | | | | | The Chambers Property Management LLC 401k Plan | 916,760 | | ELYSIUM-03597139 | | | | | | | | | | | | | | | |
| | | | | | | | | The DMR Pension Plan | 950,518 | | ELYSIUM-03597078 | | | | | | | | | | | | | | | |
| | | | | | | | | The Everything Clean LLC 401k Plan | 1,002,630 | | ELYSIUM-03597112 | | | | | | | | | | | | | | | |
| | | | | | | | | The Hoboken Advisors LLC 401k Plan | 1,022,319 | | ELYSIUM-03597111 | | | | | | | | | | | | | | | |
| | | | | | | | | The Houston Rocco LLC 401k Plan | 1,029,306 | | ELYSIUM-03597127 | | | | | | | | | | | | | | | |
| | | | | | | | | The JT Health Consulting LLC 401k Plan | 1,017,784 | | ELYSIUM-03597079 | | | | | | | | | | | | | | | |
| | | | | | | | | The Jump Group LLC 401k Plan | 1,046,892 | | ELYSIUM-03597092 | | | | | | | | | | | | | | | |
| | | | | | | | | The LBR Capital Pension Plan | 916,001 | | ELYSIUM-03597121 | | | | | | | | | | | | | | | |
| | | | | | | | | The Proper Pacific LLC 401k Plan | 930,208 | | 56.1 Statement, Appendix A | | | | | | | | | | | | | | | |
| | | | | | | | | The Sea Bright Advisors LLC 401k Plan | 1,025,508 | | ELYSIUM-03596966 | | | | | | | | | | | | | | | |
| | | | | | | | | The Tag Realty Advisors LLC 401k Plan | 931,267 | | ELYSIUM-03597068 | | | | | | | | | | | | | | | |
| | | | | | | | | The Wave Maven LLC 401k Plan | 998,330 | | ELYSIUM-03597120 | | | | | | | | | | | | | | | |
| | | | | | | | | The Zen Training LLC 401k Plan | 949,232 | | ELYSIUM-03597123 | | | | | | | | | | | | | | | |
| | | | | | | | | Total | 29,970,792 | | | | | | | | | | | | | | | | | |