# Appendix H
# The Proper Pacific LLC 401K Plan

## Equities Transactions

| Exhibit No. | Trade No. | Pension Plan | Security | Number of shares | Trade Date | Settlement Date | Price | Quantity | Equity Broker 1 | Equity Broker 2 | Citation for Purchase by Equity Broker 1 from Equity Broker 2 | Seller | Citation for Purchase by Equity Broker 2 from Seller |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | 1 | THE PROPER PACIFIC LLC 401K PLAN | Novozymes A/S - B | 683,931 | 02/25/15 | 03/02/15 | 322.5000 | 683,931 | Sunrise Brokers | Mako Financial Markets LLP | ELYSIUM-09140791 | Opal Capital | ELYSIUM-09140791 |
| 60 | 2 | THE PROPER PACIFIC LLC 401K PLAN | TDC A/S | 3,293,727 | 03/05/15 | 03/10/15 | 54.0000 | 3,293,727 | The TJM Partnership PLC | Arian Financial LLP | ELYSIUM-09140791 | Opal Capital | ELYSIUM-09140791 |
| 61 | 3 | THE PROPER PACIFIC LLC 401K PLAN | DSV A/S | 692,422 | 03/12/15 | 03/17/15 | 219.2000 | 692,422 | The TJM Partnership PLC | Mako Financial Markets LLP | ELYSIUM-03915666 | Metis Cayman Ltd | ELYSIUM-03915421 |
| 62 | 4 | THE PROPER PACIFIC LLC 401K PLAN | Pandora A/S | 400,364 | 03/18/15 | 03/23/15 | 614.5000 | 400,364 | The TJM Partnership PLC | Mako Financial Markets LLP | ELYSIUM-03945123 | Opal Capital | ELYSIUM-03945224 |
| 63 | 5 | THE PROPER PACIFIC LLC 401K PLAN | Danske Bank A/S | 2,906,712 | 03/18/15 | 03/23/15 | 175.3000 | 2,906,712 | The TJM Partnership PLC | Mako Financial Markets LLP | ELYSIUM-03944508 | Opal Capital | ELYSIUM-03944763 |
| 64 | 6 | THE PROPER PACIFIC LLC 401K PLAN | GN Store Nord A/S | 622,804 | 03/19/15 | 03/24/15 | 154.2000 | 622,804 | The TJM Partnership PLC | Arian Financial LLP | ELYSIUM-03960355 | Encoreelite Ltd | ELYSIUM-03960185 |
| 65 | 7 | THE PROPER PACIFIC LLC 401K PLAN | Novo Nordisk A/S - B | 6,634,763 | 03/19/15 | 03/24/15 | 341.9000 | 6,634,763 | The TJM Partnership PLC | Arian Financial LLP | ELYSIUM-03959738 | Encoreelite Ltd | ELYSIUM-03959849 |
| 66 | 8 | THE PROPER PACIFIC LLC 401K PLAN | Tryg A/S | 34,813 | 03/25/15 | 03/30/15 | 868.5000 | 34,813 | Sunrise Brokers | Mako Financial Markets LLP | ELYSIUM-03993747 | Metis Cayman Ltd | ELYSIUM-03993978 |
| 67 | 9 | THE PROPER PACIFIC LLC 401K PLAN | FLSmidth & Co A/S | 81,037 | 03/26/15 | 03/31/15 | 314.0000 | 81,037 | Sunrise Brokers | Mako Financial Markets LLP | ELYSIUM-04005527 | Opal Capital | ELYSIUM-04006709 |
| 68 | 10 | THE PROPER PACIFIC LLC 401K PLAN | Carlsberg A/S - B | 180,313 | 03/26/15 | 03/31/15 | 571.5000 | 180,313 | Sunrise Brokers | Mako Financial Markets LLP | ELYSIUM-04005472 | Opal Capital | ELYSIUM-04006870 ELYSIUM-04121825 |
| 69 | 11 | THE PROPER PACIFIC LLC 401K PLAN | Vestas Wind Systems A/S | 377,809 | 03/30/15 | 04/07/15 | 290.2000 | 377,809 | The TJM Partnership PLC | Arian Financial LLP | ELYSIUM-04029460 | Encoreelite Ltd | ELYSIUM-04028373 |
| 70 | 12 | THE PROPER PACIFIC LLC 401K PLAN | A.P. Moller Maersk A/S - A | 7,879 | 03/30/15 | 04/07/15 | 15,810.0000 | 7,879 | Bastion Capital London Ltd | Arian Financial LLP | ELYSIUM-04028035 | FBFB International Ltd | ELYSIUM-04028353 |
| 71 | 13 | THE PROPER PACIFIC LLC 401K PLAN | A.P. Moller Maersk A/S - B | 8,083 | 03/30/15 | 04/07/15 | 16,410.0000 | 8,083 | Bastion Capital London Ltd | Mako Financial Markets LLP | ELYSIUM-04028057 | Opal Capital | ELYSIUM-04030638 |
| 72 | 14 | THE PROPER PACIFIC LLC 401K PLAN | Coloplast A/S - B | 294,370 | 05/06/15 | 05/11/15 | 510.0000 | 294,370 | Sunrise Brokers | Mako Financial Markets LLP | ELYSIUM-04197255 | RDKS Consultants | ELYSIUM-04197620 |

**Stock Loan Transactions**

| Exhibit No. | Trade No. | Pension Plan | Security | Number of shares | Trade Date | Settlement Date | Price | Quantity | Stock Loan Intermediary 1 | Stock Loan Intermediary 2 | Citation for Stock Loan Intermediary 1 Loan to Stock Loan Intermediary 2 | Ultimate Borrower | Citation for Stock Loan Intermediary 2 Loan to Borrower |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | 1 | THE PROPER PACIFIC LLC 401K PLAN | Novozymes A/S - B | 683,931 | 02/27/15 | 03/02/15 | 322.5000 | 683,931 | Prince Solutions Ltd | Tehvah Global Ltd | ELYSIUM-09140791 | Opal Capital | ELYSIUM-09140791 |
| 60 | 2 | THE PROPER PACIFIC LLC 401K PLAN | TDC A/S | 3,293,727 | 03/09/15 | 03/10/15 | 54.0000 | 3,293,727 | Trance Services Ltd | RVT Consult GmbH | ELYSIUM-03897365 | Opal Capital | ELYSIUM-03897658 |
| 61 | 3 | THE PROPER PACIFIC LLC 401K PLAN | DSV A/S | 692,422 | 03/16/15 | 03/17/15 | 219.2000 | 692,422 | Trance Services Ltd | CEKA Invest GmbH | ELYSIUM-03928405 | Metis Cayman Ltd | ELYSIUM-03928393 |
| 62 | 4 | THE PROPER PACIFIC LLC 401K PLAN | Pandora A/S | 400,364 | 03/20/15 | 03/23/15 | 614.5000 | 400,364 | Prince Solutions Ltd | CEKA Invest GmbH | ELYSIUM-03969727 | Opal Capital | ELYSIUM-03969554 |
| 63 | 5 | THE PROPER PACIFIC LLC 401K PLAN | Danske Bank A/S | 2,906,712 | 03/20/15 | 03/23/15 | 175.3000 | 2,906,712 | Prince Solutions Ltd | CEKA Invest GmbH | ELYSIUM-03969691 | Opal Capital | ELYSIUM-03969606 |
| 64 | 6 | THE PROPER PACIFIC LLC 401K PLAN | GN Store Nord A/S | 622,804 | 03/23/15 | 03/24/15 | 154.2000 | 622,804 | Trance Services Ltd | RVT Consult GmbH | ELYSIUM-03980181 | Encoreelite Ltd | ELYSIUM-03980050 |
| 65 | 7 | THE PROPER PACIFIC LLC 401K PLAN | Novo Nordisk A/S - B | 6,634,763 | 03/23/15 | 03/24/15 | 341.9000 | 6,634,763 | Trance Services Ltd | RVT Consult GmbH | ELYSIUM-03980139 | Encoreelite Ltd | ELYSIUM-03980030 |
| 66 | 8 | THE PROPER PACIFIC LLC 401K PLAN | Tryg A/S | 34,813 | 03/27/15 | 03/30/15 | 868.5000 | 34,813 | Diverse Vision Ltd | RVT Consult GmbH | ELYSIUM-04011861 | Metis Cayman Ltd | ELYSIUM-04011753 |
| 67 | 9 | THE PROPER PACIFIC LLC 401K PLAN | FLSmidth & Co A/S | 81,037 | 03/30/15 | 03/31/15 | 314.0000 | 81,037 | Treehurst Ltd | Relative Value Trading GmbH | ELYSIUM-04028843 | Opal Capital | ELYSIUM-04030195 |
| 68 | 10 | THE PROPER PACIFIC LLC 401K PLAN | Carlsberg A/S - B | 180,313 | 03/30/15 | 03/31/15 | 571.5000 | 180,313 | Treehurst Ltd | Relative Value Trading GmbH | ELYSIUM-04028842 | Opal Capital | ELYSIUM-04030302 |
| 69 | 11 | THE PROPER PACIFIC LLC 401K PLAN | Vestas Wind Systems A/S | 377,809 | 04/01/15 | 04/07/15 | 290.2000 | 377,809 | Principle Markets Ltd | RVT Consult GmbH | ELYSIUM-04052498 | Encoreelite Ltd | ELYSIUM-04053092 |
| 70 | 12 | THE PROPER PACIFIC LLC 401K PLAN | A.P. Møller Mærsk A/S - A | 7,879 | 04/01/15 | 04/07/15 | 15,810.0000 | 7,879 | Trance Services Ltd | CEKA Invest GmbH | ELYSIUM-04052690 | FBFB International Ltd | ELYSIUM-04053541 |
| 71 | 13 | THE PROPER PACIFIC LLC 401K PLAN | A.P. Møller Mærsk A/S - B | 8,083 | 04/01/15 | 04/07/15 | 16,410.0000 | 8,083 | Treehurst Ltd | RVT Consult GmbH | ELYSIUM-04053331 | Opal Capital | ELYSIUM-04053068 |
| 72 | 14 | THE PROPER PACIFIC LLC 401K PLAN | Coloplast A/S - B | 294,370 | 05/08/15 | 05/11/15 | 510.0000 | 294,370 | Treehurst Ltd | CEKA Invest GmbH | ELYSIUM-04216373 | RDKS Consultants | ELYSIUM-04217318 |