**Appendix I**

**The Proper Pacific LLC 401K Plan - Aggregated Trades**

| Exhibit No. | Trade No. | Pension Plan | Security | Shares Submitted in Basalt Plan Reclaim | Trade Date for Each Trade | Settlement Date for Each Trade | Price for each Trade | Trade A Number of Shares per Plan | Trade A Plans | Trade A Broker | Citation for Purchase by Trade A Plan from Trade A Broker | 56.1 Statement, Appendix A | Trade B Total Number of Shares | Trade B Broker | Citation for Trade A Broker Purchase from Trade B Broker | Trade C Total Number of Shares | Seller | Citation for Purchase by Trade B Broker from Seller | Trade Date | Settlement Date | Price | Quantity | Stock Loan Intermediary 1 | Stock Loan Intermediary 2 | Citation for Stock Loan Intermediary 1 Loan to Stock Loan Intermediary 2 | Ultimate Borrower | Citation for Stock Loan Intermediary 2 Loan to Borrower |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | 1 | THE PROPER PACIFIC LLC 401K PLAN | Chr. Hansen Holding A/S | 839,500 | 11/27/14 | 12/02/14 | 258.9000 | 839,500 | **The Proper Pacific LLC 401k Plan** | Bastion Capital London Ltd | | ELYSIUM-03572340 | 20,892,979 | Ballygate Capital Ltd | ELYSIUM-03572340 | 5,162,627 | Avonex Partners Ltd | ELYSIUM-04657154 | 12/01/14 | 12/02/14 | 258.9000 | 839,500 | Gnosis Capital Ltd | Eisengi Ltd | ELYSIUM-03582197 | Avonex Partners Ltd | ELYSIUM-03582228 |
| | | | | | | | | 853,647 | The Bradley London Pension Plan | | | ELYSIUM-03572351 | | | | These 5,162,627 shares were ultimately sold to the 6 plans highlighted in blue in Column Trade A Plans. | | | | | | | | | | | |
| | | | | | | | | 822,957 | The DMR Pension Plan | | | ELYSIUM-03572355 | | | | | | | | | | | | | | | |
| | | | | | | | | 957,048 | The Houston Rocco LLC 401k Plan | | | ELYSIUM-03572326 | | | | | | | | | | | | | | | |
| | | | | | | | | 797,188 | The LBR Capital Pension Plan | | | ELYSIUM-03572330 | | | | | | | | | | | | | | | |
| | | | | | | | | 892,287 | The Tag Realty Advisors LLC 401k Plan | | | ELYSIUM-03572381 | | | | | | | | | | | | | | | |
| | | | | | | | | 835,831 | The Aston Advisors LLC 401k Plan | | | ELYSIUM-03572383 | | | | | | | | | | | | | | | |
| | | | | | | | | 962,606 | The Chambers Property Management LLC 401k Plan | | | ELYSIUM-03572382 | | | | | | | | | | | | | | | |
| | | | | | | | | 863,201 | The CSCC Capital Pension Plan | | | ELYSIUM-03572364 | | | | | | | | | | | | | | | |
| | | | | | | | | 840,249 | The Diamond Scott Capital Pension Plan | | | ELYSIUM-03572358 | | | | | | | | | | | | | | | |
| | | | | | | | | 799,986 | The Everything Clean LLC 401k Plan | | | ELYSIUM-03572385 | | | | | | | | | | | | | | | |
| | | | | | | | | 846,864 | The FWC Capital LLC Pension Plan | | | 56.1 Statement, Appendix A | | | | | | | | | | | | | | | |
| | | | | | | | | 926,808 | The Hoboken Advisors LLC 401k Plan | | | ELYSIUM-03572333 | | | | | | | | | | | | | | | |
| | | | | | | | | 819,647 | The JT Health Consulting LLC 401k Plan | | | ELYSIUM-03572374 | | | | | | | | | | | | | | | |
| | | | | | | | | 917,594 | The Jump Group LLC 401k Plan | | | ELYSIUM-03572327 | | | | | | | | | | | | | | | |
| | | | | | | | | 861,468 | The Mountain Air LLC 401k Plan | | | ELYSIUM-03572372 | | | | | | | | | | | | | | | |
| | | | | | | | | 808,508 | The RDL Consulting Group LLC Pension Plan | | | ELYSIUM-03572365 | | | | | | | | | | | | | | | |
| | | | | | | | | 863,656 | The Shapiro Blue Management LLC 401k Plan | | | ELYSIUM-03572355 | | | | | | | | | | | | | | | |
| | | | | | | | | 917,284 | The Sea Bright Advisors LLC 401k Plan | | | ELYSIUM-03572350 | | | | | | | | | | | | | | | |
| | | | | | | | | 898,209 | The Sanford Villa Pension Plan | | | ELYSIUM-03572359 | | | | | | | | | | | | | | | |
| | | | | | | | | 873,444 | The SKSL LLC Pension Plan | | | ELYSIUM-03572371 | | | | | | | | | | | | | | | |
| | | | | | | | | 866,679 | Snow Hill Pension Plan | | | ELYSIUM-03572349 | | | | | | | | | | | | | | | |
| | | | | | | | | 900,895 | The Wave Maven LLC 401k Plan | | | ELYSIUM-03572377 | | | | | | | | | | | | | | | |
| | | | | | | | | 927,423 | The Zen Training LLC 401k Plan | | | ELYSIUM-03572334 | | | | | | | | | | | | | | | |
| | | | | | | | | 20,892,979 | **Total** | | | | | | | | | | | | | | | | | | |

| Exhibit No. | Trade No. | Pension Plan | Security | Shares Submitted in Basalt Plan Reclaim | Trade Date for Each Trade | Settlement Date for Each Trade | Price for each Trade | Trade A Plans | Trade A Number of Shares per Plan | Trade A Broker | Citation for Purchase by Trade A Plan from Trade A Broker | 56.1 Statement, Appendix A | Trade B Total Number of Shares | Trade B Broker | Citation for Trade A Broker Purchase from Trade B Broker | Trade C Total Number of Shares | Seller | Citation for Purchase by Trade B Broker from Seller | Trade Date | Settlement Date | Price | Quantity | Stock Loan Intermediary 1 | Stock Loan Intermediary 2 | Citation for Stock Loan Intermediary 1 Loan to Stock Loan Intermediary 2 | Ultimate Borrower | Citation for Stock Loan Intermediary 2 Loan to Borrower |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 2 | THE PROPER PACIFIC LLC 401K PLAN | Coloplast A/S - B | 930,208 | 12/04/14 | 12/09/14 | 527.0000 | The Proper Pacific LLC 401k Plan | 930,208 | Bastion Capital London Limited | | | 29,970,792 | Ballygate Capital London Limited | ELYSIUM-03597090 | 9,840,930 | CFS Group Corp | ELYSIUM-03597098 | 12/08/14 | 12/09/14 | 527.0000 | 930,208 | Gnosis Capital Ltd | Esemgi Ltd | ELYSIUM-03669028 | CFS Group Corp | ELYSIUM-03669017 |
| | | | | | | | | | | | | | | | | These 9,840,930 shares were ultimately sold to the 10 plans highlighted in blue in Column Trade A Plans. | | | | | | | | | | | |
| | | | | | | | | The Chambers Property Management LLC 401k Plan | 916,760 | | | ELYSIUM-03597139 | | | | | | | | | | | | | | | |
| | | | | | | | | The Everything Clean LLC 401k Plan | 1,002,630 | | | ELYSIUM-03597112 | | | | | | | | | | | | | | | |
| | | | | | | | | The Hoboken Advisors LLC 401k Plan | 1,022,319 | | | ELYSIUM-03597111 | | | | | | | | | | | | | | | |
| | | | | | | | | The JT Health Consulting LLC 401k Plan | 1,017,784 | | | ELYSIUM-03597079 | | | | | | | | | | | | | | | |
| | | | | | | | | The Jump Group LLC 401k Plan | 1,046,892 | | | ELYSIUM-03597092 | | | | | | | | | | | | | | | |
| | | | | | | | | The Sea Bright Advisors LLC 401k Plan | 1,025,508 | | | ELYSIUM-03596966 | | | | | | | | | | | | | | | |
| | | | | | | | | The Tag Realty Advisors LLC 401k Plan | 931,267 | | | ELYSIUM-03597068 | | | | | | | | | | | | | | | |
| | | | | | | | | The Wave Maven LLC 401k Plan | 998,330 | | | ELYSIUM-03597120 | | | | | | | | | | | | | | | |
| | | | | | | | | The Zen Training LLC 401k Plan | 949,232 | | | ELYSIUM-03597123 | | | | | | | | | | | | | | | |
| | | | | | | | | Albedo Management LLC Roth 401(K) Plan | 1,085,287 | | | ELYSIUM-03597129 | | | | | | | | | | | | | | | |
| | | | | | | | | Ballast Ventures LLC Roth 401(K) Plan | 909,343 | | | ELYSIUM-03597104 | | | | | | | | | | | | | | | |
| | | | | | | | | Fairlie Investments LLC Roth 401(K) Plan | 1,051,671 | | | ELYSIUM-03597105 | | | | | | | | | | | | | | | |
| | | | | | | | | Monomer Industries LLC Roth 401(K) Plan | 1,061,756 | | | ELYSIUM-03597069 | | | | | | | | | | | | | | | |
| | | | | | | | | Pinax Holdings LLC Roth 401(K) Plan | 970,084 | | | ELYSIUM-03597054 | | | | | | | | | | | | | | | |
| | | | | | | | | Snow Hill Pension Plan | 1,087,680 | | | ELYSIUM-03597083 | | | | | | | | | | | | | | | |
| | | | | | | | | Sternway Logistics LLC Roth 401(K) Plan | 1,083,989 | | | ELYSIUM-03597065 | | | | | | | | | | | | | | | |
| | | | | | | | | The Aston Advisors LLC 401k Plan | 998,992 | | | ELYSIUM-03596967 | | | | | | | | | | | | | | | |
| | | | | | | | | The Bradley London Pension Plan | 928,526 | | | ELYSIUM-03597126 | | | | | | | | | | | | | | | |
| | | | | | | | | The CSCC Capital Pension Plan | 919,162 | | | ELYSIUM-03597076 | | | | | | | | | | | | | | | |
| | | | | | | | | The Diamond Scott Capital Pension Plan | 990,741 | | | ELYSIUM-03597072 | | | | | | | | | | | | | | | |
| | | | | | | | | The DMR Pension Plan | 950,518 | | | ELYSIUM-03597078 | | | | | | | | | | | | | | | |
| | | | | | | | | The FWC Capital LLC Pension Plan | 1,074,214 | | | 56.1 Statement, Appendix A | | | | | | | | | | | | | | | |
| | | | | | | | | The Houston Rocco LLC 401k Plan | 1,029,306 | | | ELYSIUM-03597127 | | | | | | | | | | | | | | | |
| | | | | | | | | The LBR Capital Pension Plan | 916,001 | | | ELYSIUM-03597121 | | | | | | | | | | | | | | | |
| | | | | | | | | The Mountain Air LLC 401k Plan | 1,095,426 | | | ELYSIUM-03597065 | | | | | | | | | | | | | | | |
| | | | | | | | | The RDL Consulting Group LLC Pension Plan | 907,165 | | | ELYSIUM-03597077 | | | | | | | | | | | | | | | |
| | | | | | | | | The Sanford Villa Pension Plan | 1,063,104 | | | ELYSIUM-03596980 | | | | | | | | | | | | | | | |
| | | | | | | | | The Shapiro Blue Management LLC 401k Plan | 933,555 | | | ELYSIUM-03597138 | | | | | | | | | | | | | | | |
| | | | | | | | | The SKSL LLC Pension Plan | 1,073,342 | | | ELYSIUM-03597118 | | | | | | | | | | | | | | | |
| | | | | | | | | Total | 29,970,792 | | | | | | | | | | | | | | | | | | |