# Appendix J

| Trade Number | Trade Type | Plan | Issuer | Quantity | Shares Credited to Plan | Plan Purchase | | | Supporting Documents |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Trade Date | Settle Date | Share Price (DKK per share) | |
| 1 | Cum-Cum | AIG Plan | TDC A/S | 2,000,000 | 1,000,000 | 3/5/2014 | 3/10/2014 | 52.9 | Ex. 130, at ED&F-00040920 - 27 |
| 2 | Cum-Cum | AIG Plan | Danske Bank A/S | 3,000,000 | 3,000,000 | 3/17/2014 | 3/20/2014 | 142.6 | Ex. 131, at ED&F-00045805 - 11 |
| 3 | Cum-Cum | AIG Plan | A.P. Møller Mærsk A/S - B | 1,000 | 1,000 | 3/28/2014 | 4/2/2014 | 63,400.79 | Ex. 133, at ED&F-00077537 - 41 |
| 4 | Cum-Cum | AIG Plan | Tryg A/S | 50,000 | 50,000 | 4/2/2014 | 4/7/2014 | 532.37 | Ex. 134, at ED&F-00044536 - 38 |
| 5 | Cum-Cum | AIG Plan | TDC A/S | 16,601,000 | 3,400,000 | 8/7/2014 | 8/11/2014 | 51.80065 | Ex. 137, at ED&F-00042262 - 74 |
| 6 | Cum-Cum | AIG Plan | Chr. Hansen Holding A/S | 800,000 | 800,000 | 11/28/2014 | 12/1/2014 | 258.9 | Ex. 138, at ED&F-00026786 - 88 |
| 7 | Cum-Cum | AIG Plan | Coloplast A/S - B | 1,500,000 | 1,500,000 | 12/3/2014 | 12/5/2014 | 527 | Ex. 139, at ED&F-00045536 - 37; ED&F-00045543 |
| 8 | Cum-Cum | Riverside Plan | TDC A/S | 2,000,000 | 2,000,000 | 3/4/2015 | 3/6/2015 | 52.8466 | Ex. 141, at ED&F-00043383 - 85 |
| 9 | Cum-Cum | Riverside Plan | DSV A/S | 1,700,000 | 850,000 | 3/11/2015 | 3/13/2015 | 219.2 | Ex. 142, at ED&F-00038286 - 91 |
| 10 | Cum-Cum | Riverside Plan | Danske Bank A/S | 3,400,000 | 1,200,000 | 3/13/2015 | 3/17/2015 | 176 | Ex. 143, at ED&F-00047365 - 79 |
| 11 | Cum-Cum | Riverside Plan | Pandora A/S | 300,000 | 300,000 | 3/17/2015 | 3/19/2015 | 635 | Ex. 144, at ED&F-00043998 - 004 |
| 12 | Cum-Cum | Riverside Plan | Novo Nordisk A/S - B | 4,000,000 | 1,400,000 | 3/13/2015 | 3/17/2015 | 329.1 | Ex. 145, at ED&F-00049906 - 24 |
| 13 | Cum-Cum | AIG Plan | A.P. Møller Mærsk A/S - B | 9,595 | 4,000 | 3/30/2015 | 4/1/2015 | 16,410 | Ex. 146, at ED&F-00078084 - 94 |