# Appendix K

| | | | | Share Information | | | | | Plan Purchase | | | | | | | | Dividend Sourcing Cost | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Number | Trade Type | Plan | Issuer | Quantity | Shares Credited to Plan | Ex Date | Record Date | Gross Dividend Amount | Trade Date | Settle Date | Quantity | Settlement Shapes | Share Price (DKK per share) | Hedge Price (DKK per share) | Equity Broker | Seller | Supporting Documents | Net Dividend [Gross Dividend Amount * 73%] | "All In" Dividend Sourcing Cost [Share Price - Hedge Price] / Gross Dividend Amount |
| 1 | Cum-Ex Annex E | AIG Plan | TDC A/S | 22,300,000 | 2,000,000 | 3/7/2014 | 3/11/2014 | 2.2 | 3/6/2014 | 3/12/2014 | 22,300,000 | 2,000,000 / 2,000,000 / 2,000,000 / 2,200,000 / 2,150,000 / 2,150,000 / 3,300,000 / 4,000,000 / 2,500,000 | 52.40 | 50.64 | Volcafe | ED&F Dubai | Ex. 130, at ED&F-00040938 - 50 | 1.61 | 80.0% |
| 2 | Cum-Ex Annex E | Riverside Plan | TDC A/S | 22,300,000 | 2,150,000 | 3/7/2014 | 3/11/2014 | 2.2 | 3/6/2014 | 3/12/2014 | 22,300,000 | 2,000,000 / 2,000,000 / 2,000,000 / 2,200,000 / 2,150,000 / 2,150,000 / 3,300,000 / 4,000,000 / 2,500,000 | 52.40 | 50.64 | Volcafe | ED&F Dubai | Ex. 130, at ED&F-00040938 - 50 | 1.61 | 80.0% |
| 3 | Cum-Ex Annex E | AIG Plan | Danske Bank A/S | 26,125,000 | 4,750,000 | 3/19/2014 | 3/21/2014 | 2 | 3/18/2014 | 3/24/2014 | 26,125,000 | 2,000,000 / 2,000,000 / 2,000,000 / 2,000,000 / 2,000,000 / 2,000,000 / 2,000,000 / 2,500,000 / 2,500,000 / 2,500,000 / 2,250,000 / 2,375,000 | 144.21 | 142.63 | Volcafe | ED&F Dubai | Ex. 131, at ED&F-00045812 - 50 | 1.46 | 79.0% |
| 4 | Cum-Ex Annex E | Riverside Plan | Danske Bank A/S | 26,125,000 | 2,000,000 | 3/19/2014 | 3/21/2014 | 2 | 3/18/2014 | 3/24/2014 | 26,125,000 | 2,000,000 / 2,000,000 / 2,000,000 / 2,000,000 / 2,000,000 / 2,000,000 / 2,000,000 / 2,500,000 / 2,500,000 / 2,500,000 / 2,250,000 / 2,375,000 | 144.21 | 142.63 | Volcafe | ED&F Dubai | Ex. 131, at ED&F-00045812 - 50 | 1.46 | 79.0% |
| 5 | Cum-Ex Annex E | AIG Plan | Novo Nordisk A/S - B | 22,000,000 | 3,500,000 | 3/21/2014 | 3/25/2014 | 4.5 | 3/20/2014 | 3/26/2014 | 22,000,000 | 1,500,000 × 8 / 1,500,000 × 6 / 1,000,000 | 246.70 / 246.70 | 243.13 | Volcafe / ED&F IDB | ED&F Dubai / ED&F Dubai | Ex. 132, at ED&F-00048729 - 51 | 3.29 | 79.3% |
| 6 | Cum-Ex Annex E | Riverside Plan | Novo Nordisk A/S - B | 22,000,000 | 3,500,000 | 3/21/2014 | 3/25/2014 | 4.5 | 3/20/2014 | 3/26/2014 | 22,000,000 | 1,500,000 × 8 / 1,500,000 × 6 / 1,000,000 | 246.70 / 246.70 | 243.13 | Volcafe / ED&F IDB | ED&F Dubai / ED&F Dubai | Ex. 132, at ED&F-00048729 - 51 | 3.29 | 79.3% |
| 7 | Cum-Ex Annex E | Riverside Plan | Tryg A/S | 800,000 | 175,000 | 4/4/2014 | 4/8/2014 | 27 | 4/3/2021 | 4/9/2014 | 800,000 | 400,000 / 400,000 | 555.00 | 533.42 | Volcafe | ED&F Dubai | Ex. 134, at ED&F-00044892 - 98 | 19.71 | 79.9% |
| 8 | Cum-Ex Annex E | Riverside Plan | Dampskibsselskabet Norden A/S | 860,000 | 322,500 | 4/24/2014 | 4/28/2014 | 5 | 4/23/2014 | 4/29/2014 | 860,000 | 325,000 / 535,000 | 223.41 | 219.42 | Volcafe | ED&F Dubai | Ex. 135, at ED&F-00076759 - 69 | 3.65 | 79.8% |
| 9 | Cum-Ex Annex E | Riverside Plan | Coloplast A/S - B | 4,300,000 | 850,000 | 5/9/2014 | 5/13/2014 | 4 | 5/8/2014 | 5/14/2014 | 4,300,000 | 750,000 / 750,000 | 474.10 | 471.01 | Sunrise Brokers | ED&F Dubai | Ex. 136, at ED&F-00045467 - 89 | 2.92 | 77.3% |
| 10 | Cum-Ex Annex E | AIG Plan | Novozymes A/S - B | 750,000 | 750,000 | 2/26/2015 | 2/27/2015 | 3 | 2/25/2015 | 3/2/2015 | 750,000 | 750000 | 322.50 | 320.32 | ED&F IDB | ED&F Dubai | Ex. 140, at ED&F-00076390 - 92 | 2.19 | 72.7% |

| | | | | | | Share Information | | | | | | ED&F Rehypothecation/Plan Sale | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Number | Trade Type | Plan | Issuer | Quantity | Shares Credited to Plan | Ex Date | Record Date | Gross Dividend Amount | Trade Date | Settle Date | Quantity | Settlement Shapes | Share Price (DKK per share) | Seller | Purchaser | Supporting Documents |
| 1 | Cum-Ex Annex E | AIG Plan | TDC A/S | 22,300,000 | 2,000,000 | 3/7/2014 | 3/11/2014 | 2.2 | 3/7/2014 | 3/12/2014 | 22,300,000 | 2,000,000<br>2,000,000<br>2,000,000<br>2,200,000<br>2,150,000<br>2,150,000<br>3,300,000<br>4,000,000<br>2,500,000 | 50.65 | ED&F (rehypothecation) | Link Brokers | Ex. 130, at ED&F-00190794 - 97 |
| 2 | Cum-Ex Annex E | Riverside Plan | TDC A/S | 22,300,000 | 2,150,000 | 3/7/2014 | 3/11/2014 | 2.2 | 3/7/2014 | 3/12/2014 | 22,300,000 | 2,000,000<br>2,000,000<br>2,000,000<br>2,200,000<br>2,150,000<br>2,150,000<br>3,300,000<br>4,000,000<br>2,500,000 | 50.65 | ED&F (rehypothecation) | Link Brokers | Ex. 130, at ED&F-00190794 - 97 |
| 3 | Cum-Ex Annex E | AIG Plan | Danske Bank A/S | 26,125,000 | 4,750,000 | 3/19/2014 | 3/21/2014 | 2 | 3/19/2014 | 3/24/2014 | 26,125,000 | 2,000,000<br>2,000,000<br>2,000,000<br>2,000,000<br>2,000,000<br>2,000,000<br>2,000,000<br>2,000,000<br>2,500,000<br>2,500,000<br>2,500,000<br>2,250,000<br>2,375,000 | 145.413 | ED&F (rehypothecation) | BCG Brokers | Ex. 131, at ED&F-00252812 - 14 |
| 4 | Cum-Ex Annex E | Riverside Plan | Danske Bank A/S | 26,125,000 | 2,000,000 | 3/19/2014 | 3/21/2014 | 2 | 3/19/2014 | 3/24/2014 | 26,125,000 | 2,000,000<br>2,000,000<br>2,000,000<br>2,000,000<br>2,000,000<br>2,000,000<br>2,000,000<br>2,000,000<br>2,500,000<br>2,500,000<br>2,500,000<br>2,250,000<br>2,375,000 | 145.413 | ED&F (rehypothecation) | BCG Brokers | Ex. 131, at ED&F-00252812 - 14 |
| 5 | Cum-Ex Annex E | AIG Plan | Novo Nordisk A/S - B | 22,000,000 | 3,500,000 | 3/21/2014 | 3/25/2014 | 4.5 | 3/21/2014 | 3/26/2014 | 22,000,000 | 1,500,000<br>1,500,000 | 242.30 | ED&F (rehypothecation) | BCG Brokers | Ex. 132, at ED&F-00252098, |
| 6 | Cum-Ex Annex E | Riverside Plan | Novo Nordisk A/S - B | 22,000,000 | 3,500,000 | 3/21/2014 | 3/25/2014 | 4.5 | 3/21/2014 | 3/26/2014 | 22,000,000 | 1,500,000<br>1,500,000 | 242.30 | ED&F (rehypothecation) | BCG Brokers | Ex. 132, at ED&F-00252098, |
| 7 | Cum-Ex Annex E | Riverside Plan | Tryg A/S | 800,000 | 175,000 | 4/4/2014 | 4/8/2014 | 27 | 4/4/2014 | 4/9/2014 | 800,000 | 175,000<br>175,000<br>225,000<br>225,000 | 528.00 | ED&F (rehypothecation) | ED&F IDB | Ex. 134, at ED&F-00072836, ED&F-00072841 |
| 8 | Cum-Ex Annex E | Riverside Plan | Dampskibsselskabet Norden A/S | 860,000 | 322,500 | 4/24/2014 | 4/28/2014 | 5 | 4/24/2014 | 4/29/2014 | 860,000 | 750,000 | 225.4248 | ED&F (rehypothecation) | Cantor Fitzgerald | Ex. 135, at ED&F-00252901, ED&F-00206734 |
| | | | | | | | | | | | | 110,000 | 225.4248 | ED&F (rehypothecation) | ED&F IDB | Ex. 135, at ED&F-00252901, ED&F-00206685 |
| 9 | Cum-Ex Annex E | Riverside Plan | Coloplast A/S - B | 4,300,000 | 850,000 | 5/9/2014 | 5/13/2014 | 4 | 5/9/2014 | 5/14/2014 | 4,300,000 | 500,000<br>500,000<br>500,000<br>500,000<br>500,000 | 472.40 | ED&F (rehypothecation) | Volcafe | Ex. 136, at ED&F-00252026, ED&F-00252035 |
| | | | | | | | | | | | | 450,000<br>450,000<br>450,000<br>450,000 | 472.40 | ED&F (rehypothecation) | Link Brokers | Ex. 136, at ED&F-00252026, ED&F-00252036 |
| 10 | Cum-Ex Annex E | AIG Plan | Novozymes A/S - B | 750,000 | 750,000 | 2/26/2015 | 2/27/2015 | 3 | 2/26/2015 | 3/2/2015 | 750,000 | 750,000 | 321.70 | ED&F (rehypothecation) | Mint Partners | Ex. 140, at ED&F-00313752, ED&F-00313756 |

| Trade Number | Trade Type | Plan | Issuer | Share Information | | | | | ED&F Dubai Acquisitions | | | | | | | Supporting Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Quantity | Shares Credited to Plan | Ex Date | Record Date | Gross Dividend Amount | Trade Date | Settle Date | Quantity | Settlement Shapes | Share Price (DKK per share) | Seller | Purchaser | |
| 1 | Cum-Ex Annex E | AIG Plan | TDC A/S | 22,300,000 | 2,000,000 | 3/7/2014 | 3/11/2014 | 2.2 | 3/7/2014 | 3/12/2014 | 22,300,000 | 2,000,000 2,000,000 2,000,000 2,200,000 2,150,000 2,150,000 3,300,000 4,000,000 2,500,000 | 50.65 | Link Brokers | ED&F Dubai | Ex. 130, at ED&F-00113798 - 99 |
| 2 | Cum-Ex Annex E | Riverside Plan | TDC A/S | 22,300,000 | 2,150,000 | 3/7/2014 | 3/11/2014 | 2.2 | 3/7/2014 | 3/12/2014 | 22,300,000 | 2,000,000 2,000,000 2,000,000 2,200,000 2,150,000 2,150,000 3,300,000 4,000,000 2,500,000 | 50.65 | Link Brokers | ED&F Dubai | Ex. 130, at ED&F-00113798 - 99 |
| 3 | Cum-Ex Annex E | AIG Plan | Danske Bank A/S | 26,125,000 | 4,750,000 | 3/19/2014 | 3/21/2014 | 2 | 3/19/2014 | 3/24/2014 | 26,125,000 | 2,000,000 2,000,000 2,000,000 2,000,000 2,000,000 2,000,000 2,000,000 2,000,000 2,500,000 2,500,000 2,500,000 2,250,000 2,375,000 | 145.413 | BCG Brokers | ED&F Dubai | Ex. 131, at ED&F-00210641 - 43 |
| 4 | Cum-Ex Annex E | Riverside Plan | Danske Bank A/S | 26,125,000 | 2,000,000 | 3/19/2014 | 3/21/2014 | 2 | 3/19/2014 | 3/24/2014 | 26,125,000 | 2,000,000 2,000,000 2,000,000 2,000,000 2,000,000 2,000,000 2,000,000 2,000,000 2,500,000 2,500,000 2,500,000 2,250,000 2,375,000 | 145.413 | BCG Brokers | ED&F Dubai | Ex. 131, at ED&F-00210641 - 43 |
| 5 | Cum-Ex Annex E | AIG Plan | Novo Nordisk A/S - B | 22,000,000 | 3,500,000 | 3/21/2014 | 3/25/2014 | 4.5 | 3/21/2014 | 3/26/2014 | 22,000,000 | 1,500,000 1,500,000 | 242.30 | BCG Brokers | ED&F Dubai | Ex. 132, at ED&F-00409172, |
| 6 | Cum-Ex Annex E | Riverside Plan | Novo Nordisk A/S - B | 22,000,000 | 3,500,000 | 3/21/2014 | 3/25/2014 | 4.5 | 3/21/2014 | 3/26/2014 | 22,000,000 | 1,500,000 1,500,000 | 242.30 | BCG Brokers | ED&F Dubai | Ex. 132, at ED&F-00409172, |
| 7 | Cum-Ex Annex E | Riverside Plan | Tryg A/S | 800,000 | 175,000 | 4/4/2014 | 4/8/2014 | 27 | 4/4/2014 | 4/9/2014 | 800,000 | 175,000 175,000 225,000 225,000 | 528 | ED&F IDB | ED&F Dubai | Ex. 134, at ED&F-00210932 |
| 8 | Cum-Ex Annex E | Riverside Plan | Dampskibsselskabet Norden A/S | 860,000 | 322,500 | 4/24/2014 | 4/28/2014 | 5 | 4/24/2014 | 4/29/2014 | 860,000 | 750,000 | 229.2045 | ICAP | ED&F Dubai | Ex. 135, at ED&F-00409384 - 86 |
| | | | | | | | | | | | | 110,000 | 225.4248 | ED&F IDB | ED&F Dubai | Ex. 135, at ED&F-00409325, ED&F-00081185 |
| 9 | Cum-Ex Annex E | Riverside Plan | Coloplast A/S - B | 4,300,000 | 850,000 | 5/9/2014 | 5/13/2014 | 4 | 5/9/2014 | 5/14/2014 | 4,300,000 | 500,000 500,000 500,000 500,000 500,000 | 472.40 | Volcafe | ED&F Dubai | Ex. 136, at ED&F-00409464 - 66 |
| | | | | | | | | | | | | 900,000 900,000 | 475.52 | Cantor Fitzgerald | ED&F Dubai | Ex. 136, at ED&F-00409468 - 69 |
| 10 | Cum-Ex Annex E | AIG Plan | Novozymes A/S - B | 750,000 | 750,000 | 2/26/2015 | 2/27/2015 | 3 | 2/26/2015 | 3/2/2015 | 750,000 | 750,000 | 321.70 | Mint Partners | ED&F Dubai | Ex. 140, at ED&F-00409771, ED&F-00409774 |