# Appendix L

| | | | | | | Share Information | | | Plan Purchase | | | | | | | | Dividend Sourcing Cost | | ED&F Rehypothecation/Plan Sale | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Number | Trade Type | Plan | Issuer | Quantity | Shares Credited to Plan | Ex Date | Record Date | Gross Dividend Amount | Trade Date | Settle Date | Quantity | Settlement Shapes | Share Price (DKK per share) | Hedge Price (DKK per share) | Equity Broker | Seller | Supporting Documents | Net Dividend | "All In" Dividend Sourcing Cost [Gross Purchase Price - Share Hedge Price] / Gross Dividend Amount | Trade Date | Settle Date | Quantity | Settlement Shapes | Share Price (DKK per share) | Seller | Purchaser | Supporting Documents |
| 1 | Cum-Ex | AIG Plan | Coloplast A/S - B | 500,000 | 500,000 | 12/6/2013 | 12/10/2013 | 7 | 12/5/2013 | 12/11/2013 | 500,000 | 500,000 | 354.9 | 348.62 | ED&F IDB | Mitsubishi | Ex. 129, at ED&F-00044986 - 89 | 5.11 | 89.7% | 12/6/2013 | 12/11/2013 | 500,000 | 250,000 250,000 | 350.00 | ED&F (rehypothecation) | Link | Ex. 129, at ED&F-00197484 - 85, ED&F-00081185 |
| 2 | Cum-Ex | AIG Plan | TDC A/S | 6,000,000 | 2,000,000 | 3/7/2014 | 3/11/2014 | 2.2 | 3/6/2014 | 3/12/2014 | 6,000,000 | 2,000,000 2,000,000 2,000,000 | 52.55 | 50.736 | ED&F IDB | Lutetia Capital | Ex. 130, at ED&F-00040972 - 75 | 1.606 | 82.3% | 3/12/2014 | 3/13/2014 | 6,000,000 | 2,000,000 | 48.88 | ED&F (rehypothecation) | Link | Ex. 130, at ED&F-00252017, ED&F-00252021 |
| | | | | | | | | | | | | | | | | | | | | | | | 2,000,000 | | ED&F (rehypothecation) | ICAP | Ex. 130, at ED&F-00252017, ED&F-00252020 |
| | | | | | | | | | | | | | | | | | | | | | | | 2,000,000 | | | GFI | Ex. 130, at ED&F-00252017, ED&F-00252019 |