# Appendix M

| | Share Information | | | Tax Voucher Information | | | Annex E Information | | |
|---|---|---|---|---|---|---|---|---|---|
| Issuer | Record Date | Average Daily Trading Volume ("ADTV"), 30 Days Around Record Date | Shares in Client Omnibus Account on Record Date | Total Shares on Tax Vouchers Issued by ED&F | Supporting Documents | Annex E Shares Acquired from ED&F Dubai | Supporting Documents | ED&F Dubai Trades as Percentage of ADTV |
| Coloplast A/S - B | 12/10/2013 | 272,607 | 1,037,116 | 7,337,116 | Ex. 129, at ED&F-00044966 ED&F-00044985 ED&F-00045002 ED&F-00045042 ED&F-00045087 ED&F-00045128 ED&F-00045169 ED&F-00045188 ED&F-00045205 ED&F-00045239 ED&F-00220100 ED&F-00445711 - 12 | 500,000 | Ex. 129, at ED&F-00445711 - 12 | 183.41% |

| Issuer | Share Information | | | Tax Voucher Information | | | Annex E Information | | |
|---|---|---|---|---|---|---|---|---|---|
| | Record Date | Average Daily Trading Volume ("ADTV"), 30 Days Around Record Date | Shares in Client Omnibus Account on Record Date | Total Shares on Tax Vouchers Issued by ED&F | Supporting Documents | | Annex E Shares Acquired from ED&F Dubai | Supporting Documents | ED&F Dubai Trades as Percentage of ADTV |
| TDC A/S | 3/11/2014 | 2,393,898 | 24,845,000 | 99,145,000 | Ex. 130, at ED&F-00222877, ED&F-00040919, ED&F-00041352, ED&F-00041453, ED&F-00041554, ED&F-00040991, ED&F-00041655, ED&F-00041756, ED&F-00041059, ED&F-00041009, ED&F-00041034, ED&F-00041857, ED&F-00041083, ED&F-00041108, ED&F-00041180, ED&F-00041211, ED&F-00041236, ED&F-00041285, ED&F-00041310, ED&F-00041958, ED&F-00042059, ED&F-00042160, ED&F-00041335, ED&F-00446138 - 41 | | 64,300,000 | Ex. 130, at ED&F-00446138 - 41 | 2686.00% |

| | Share Information | | | Tax Voucher Information | | | Annex E Information | | |
|---|---|---|---|---|---|---|---|---|---|
| Issuer | Record Date | Average Daily Trading Volume ("ADTV"), 30 Days Around Record Date | Shares in Client Omnibus Account on Record Date | Total Shares on Tax Vouchers Issued by ED&F | Supporting Documents | Annex E Shares Acquired from ED&F Dubai | Supporting Documents | | ED&F Dubai Trades as Percentage of ADTV |
| Danske Bank A/S | 3/21/2014 | 2,300,737 | 23,125,000 | 78,740,000 | Ex. 131, at ED&F-00219705 ED&F-00045804 ED&F-00045868 ED&F-00045944 ED&F-00046021 ED&F-00046098 ED&F-00046114 ED&F-00046190 ED&F-00046267 ED&F-00046320 ED&F-00046992 ED&F-00046347 ED&F-00046423 ED&F-00046476 ED&F-00046531 ED&F-00046550 ED&F-00046603 ED&F-00046656 ED&F-00046709 ED&F-00046762 ED&F-00046839 ED&F-00046916 ED&F-00047045 ED&F-00445958 - 59 | 48,015,000 | Ex. 131, at ED&F-00445958 - 59 | | 2086.94% |

| | Share Information | | | Tax Voucher Information | | | Annex E Information | | |
|---|---|---|---|---|---|---|---|---|---|
| Issuer | Record Date | Average Daily Trading Volume ("ADTV"), 30 Days Around Record Date | Shares in Client Omnibus Account on Record Date | Total Shares on Tax Vouchers Issued by ED&F | Supporting Documents | | Annex E Shares Acquired from ED&F Dubai | Supporting Documents | ED&F Dubai Trades as Percentage of ADTV |
| Novo Nordisk A/S - B | 3/25/2014 | 2,888,295 | 11,080,000 | 57,725,000 | Ex. 132, at ED&F-00048728 ED&F-00048781 ED&F-00048847 ED&F-00048905 ED&F-00048961 ED&F-00048977 ED&F-00049035 ED&F-00049091 ED&F-00049119 ED&F-00049171 ED&F-00049199 ED&F-00049257 ED&F-00049309 ED&F-00049371 ED&F-00049386 ED&F-00049438 ED&F-00049490 ED&F-00049542 ED&F-00049598 ED&F-00049656 ED&F-00049714 ED&F-00049766 ED&F-00073083 ED&F-00446234 - 35 | | 36,825,000 | Ex. 132, at ED&F-00446234 - 35 | 1274.97% |

| | Share Information | | Tax Voucher Information | | | Annex E Information | | |
|---|---|---|---|---|---|---|---|---|
| Issuer | Record Date | Average Daily Trading Volume ("ADTV"), 30 Days Around Record Date | Shares in Client Omnibus Account on Record Date | Total Shares on Tax Vouchers Issued by ED&F | Supporting Documents | Annex E Shares Acquired from ED&F Dubai | Supporting Documents | ED&F Dubai Trades as Percentage of ADTV |
| A.P. Møller Mærsk A/S - B | 4/3/2014 | 14,680 | 12,500 | 114,000 | Ex. 133, at ED&F-00077625 ED&F-00077697 ED&F-00077717 ED&F-00077791 ED&F-00077846 ED&F-00077869 ED&F-00077895 ED&F-00077920 ED&F-00077994 ED&F-00078020 ED&F-00078046 ED&F-00078065 ED&F-00446046 - 47 | 85,800 | Ex. 133, at ED&F-00446046 - 47 | 584.47% |

| Issuer | Share Information | | | Tax Voucher Information | | | Annex E Information | | |
|---|---|---|---|---|---|---|---|---|---|
| | Record Date | Average Daily Trading Volume ("ADTV"), 30 Days Around Record Date | Shares in Client Omnibus Account on Record Date | Total Shares on Tax Vouchers Issued by ED&F | Supporting Documents | | Annex E Shares Acquired from ED&F Dubai | Supporting Documents | ED&F Dubai Trades as Percentage of ADTV |
| Tryg A/S | 4/8/2014 | 123,332 | 73,000 | 3,075,500 | Ex. 134, at ED&F-00044535 ED&F-00044555 ED&F-00044590 ED&F-00044630 ED&F-00044663 ED&F-00044681 ED&F-00044716 ED&F-00044749 ED&F-00044771 ED&F-00044792 ED&F-00044825 ED&F-00044847 ED&F-00044869 ED&F-00044891 | | 2,162,500 | Ex. 134, at ED&F-00446120 - 23 | 1753.39% |
| Dampskibsselskabet Norden A/S | 4/28/2014 | 243,373 | 215,000 | 2,740,000 | Ex. 135, at ED&F-00076440 ED&F-00076487 ED&F-00076534 ED&F-00076579 ED&F-00076597 ED&F-00076644 ED&F-00076689 ED&F-00076734 ED&F-00076758 ED&F-00076782 ED&F-00076827 ED&F-00076852 | | 1,525,000 | Ex. 135, at ED&F-00446104 - 06 | 626.61% |

| Issuer | Share Information | | | Tax Voucher Information | | | Annex E Information | | |
|---|---|---|---|---|---|---|---|---|---|
| | Record Date | Average Daily Trading Volume ("ADTV"), 30 Days Around Record Date | Shares in Client Omnibus Account on Record Date | Total Shares on Tax Vouchers Issued by ED&F | Supporting Documents | | Annex E Shares Acquired from ED&F Dubai | Supporting Documents | ED&F Dubai Trades as Percentage of ADTV |
| Coloplast A/S - B | 5/13/2014 | 335,351 | 0 | 11,565,000 | Ex. 136, at ED&F-00045280 ED&F-00045298 ED&F-00045320 ED&F-00045363 ED&F-00045381 ED&F-00045423 ED&F-00045466 ED&F-00045509 ED&F-00446062 - 63 | | 11,565,000 | Ex. 136, at ED&F-00446062 - 63 | 3448.62% |
| TDC A/S | 8/12/2014 | 1,921,209 | 44,189,424 | 52,289,424 | Ex. 137, at ED&F-00042261 ED&F-00042334 ED&F-00042424 ED&F-00042514 ED&F-00042604 ED&F-00042677 ED&F-00042698 ED&F-00042742 ED&F-00042832 ED&F-00042905 ED&F-00042978 ED&F-00043051 ED&F-00042328 - 29 | | N/A | Ex. 137, at ED&F-00042328 - 29 | N/A |

| Issuer | Share Information | | | Tax Voucher Information | | | Annex E Information | | |
|---|---|---|---|---|---|---|---|---|---|
| | Record Date | Average Daily Trading Volume ("ADTV"), 30 Days Around Record Date | Shares in Client Omnibus Account on Record Date | Total Shares on Tax Vouchers Issued by ED&F | Supporting Documents | Annex E Shares Acquired from ED&F Dubai | Supporting Documents | ED&F Dubai Trades as Percentage of ADTV | |
| Chr. Hansen Holding A/S | 12/1/2014 | 218,637 | 4,080,000 | 4,080,000 | Ex. 138, at ED&F-00026785 ED&F-00026806 ED&F-00026857 ED&F-00026908 ED&F-00026960 ED&F-00445651 | N/A | Ex. 138, at ED&F-00445651 | N/A | |
| Coloplast A/S - B | 12/8/2014 | 246,060 | 4,630,000 | 4,630,000 | Ex. 139, at ED&F-00045535 ED&F-00045558 ED&F-00045598 ED&F-00045638 ED&F-00045678 ED&F-00045700 ED&F-00045740 ED&F-00045782 ED&F-00446087 - 88 | N/A | Ex. 139, at ED&F-00446087 - 88 | N/A | |
| Novozymes A/S - B | 2/27/2015 | 524,197 | 1,115,000 | 1,865,000 | Ex. 140, at ED&F-00076389 ED&F-00076404 ED&F-00076422 ED&F-00446211 - 12 | 750,000 | Ex. 140, at ED&F-00446211 - 12 | 143.08% | |

| Issuer | Share Information | | | Tax Voucher Information | | | Annex E Information | | |
|---|---|---|---|---|---|---|---|---|---|
| | Record Date | Average Daily Trading Volume ("ADTV"), 30 Days Around Record Date | Shares in Client Omnibus Account on Record Date | Total Shares on Tax Vouchers Issued by ED&F | Supporting Documents | Annex E Shares Acquired from ED&F Dubai | Supporting Documents | ED&F Dubai Trades as Percentage of ADTV |
| TDC A/S | 3/9/2015 | 2,297,537 | 31,515,200 | 31,515,200 | Ex. 141, at ED&F-00043077 ED&F-00043131 ED&F-00043185 ED&F-00043239 ED&F-00043272 ED&F-00043326 ED&F-00043348 ED&F-00043382 ED&F-00446269 | N/A | Ex. 141, at ED&F-00446269 | N/A |
| DSV A/S | 3/16/2015 | 426,099 | 1,700,000 | 1,700,000 | Ex. 142, at ED&F-00038269 ED&F-00038285 ED&F-00038298 | N/A | Ex. 142, at ED&F-00038298 | N/A |
| Danske Bank A/S | 3/20/2015 | 5,238,305 | 24,805,000 | 24,805,000 | Ex. 143, at ED&F-00047064 ED&F-00047118 ED&F-00047172 ED&F-00047226 ED&F-00047261 ED&F-00047315 ED&F-00047332 ED&F-00047364 ED&F-00047396 ED&F-00446334 - 35 | N/A | Ex. 143, at ED&F-00446334 - 35 | N/A |

| | Share Information | | | Tax Voucher Information | | | Annex E Information | | |
|---|---|---|---|---|---|---|---|---|---|
| Issuer | Record Date | Average Daily Trading Volume ("ADTV"), 30 Days Around Record Date | Shares in Client Omnibus Account on Record Date | Total Shares on Tax Vouchers Issued by ED&F | Supporting Documents | Annex E Shares Acquired from ED&F Dubai | Supporting Documents | ED&F Dubai Trades as Percentage of ADTV |
| Pandora A/S | 3/20/2015 | 579,688 | 700,950 | 700,950 | Ex. 144, at ED&F-00043981 ED&F-00043997 ED&F-00445897 | N/A | Ex. 144, at ED&F-00445897 | N/A |
| Novo Nordisk A/S - B | 3/23/2015 | 3,149,999 | 5,600,000 | 5,600,000 | Ex. 145, at ED&F-00049781 ED&F-00049799 ED&F-00049817 ED&F-00049835 ED&F-00049853 ED&F-00049870 ED&F-00049905 ED&F-00049940 ED&F-00446070 | N/A | Ex. 145, at ED&F-00446070 | N/A |
| A.P. Møller Mærsk A/S - B | 4/1/2015 | 26,695 | 141,864 | 136,114 | Ex. 146, at ED&F-00078083 ED&F-00078113 ED&F-00078186 ED&F-00078259 ED&F-00078332 ED&F-00078405 ED&F-00078478 ED&F-00078508 ED&F-00446296 | N/A | Ex. 146, at ED&F-00446296 | N/A |