# Exhibit 2

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER DOCKET 18-MD-2865(LAK)

IN RE:

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*                                   \*
\*            CONFIDENTIAL            \*
\*                                   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
EXAMINATION OF
HELEN SORENSEN
DATE: September 21, 2021

REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 18-MD-2865 (LAK)

_____
                                       )
IN RE:                                 )
                                       )
CUSTOMS AND TAX ADMINISTRATION OF      )
THE KINGDOM OF DENMARK                 )
(SKATTEFORVALTNINGEN) TAX REFUND       )
SCHEME LITIGATION                      )
                                       )
This document relates to:              )
All cases                              )
_____)

C O N F I D E N T I A L

REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
EXAMINATION OF
HELEN SORENSEN
VOLUME II
DATE: December 7, 2021

REPORTED BY: CHARLENE FRIEDMAN, CCR, RPR, CRR

Page 14

1    A    Okay.
2    Q    Did you meet with anyone to prepare
3 for the deposition?
4    A    Yes, with Kim Rasmussen.
5    Q    Anyone other than Mr. Rasmussen?
6    A    Yes.  I also talked to
7 Kammeradvokaten and the American
8 representatives.
9    Q    I apologize.  What did you say?
10   A    Kammeradvokaten and the American
11 representatives.
12   Q    And when you say "the American
13 representatives," do you mean the lawyers
14 from Hughes Hubbard?
15   A    Yes.
16   Q    Okay.  What did you discuss with
17 the lawyers from Hughes Hubbard and
18 Kammeradvokaten?
19   A    We discussed actually many of what
20 would be going on today at this meeting,
21 how -- how the process would be, and then
22 they showed me some -- a few of the potential
23 questions that could be asked.
24   Q    Did you discuss at all what
25 testimony you would give or what answers you

Page 15

1 would give to the questions that were asked?
2    A    No.  Just how I should answer, the
3 manner I should answer them in.
4    Q    What does that mean?
5    A    Briefly, correctly, yeah, with the
6 details needed.
7         I might have covered a little bit
8 of the actual answers, but not in full
9 details.
10   Q    What substance did you cover?
11        What -- what substance about the
12 issues in this case did you cover with
13 Kammeradvokaten and Hughes Hubbard?
14   A    A settlement and -- what else,
15 information on inter-reporting with the tax
16 authorities, with that process in Denmark.
17   Q    What did you discuss with them
18 about net settlement?
19   A    How -- how it works in Denmark.
20        Do you need the details answered?
21   Q    Sure.  Any detail you can provide
22 would be great.
23   A    Okay.  Well, net settlement is used
24 in Denmark and also in the rest of the market
25 and specifically around Europe, as far as I

Page 16

1 know.  In order to save cost on settlement,
2 it is used so that all of the participants in
3 the settlement process can net all of the
4 base settlement instructions into one large
5 bulk settlement instruction, in each ISIN
6 code representing civil underlying settlement
7 instructions and -- and on that basis,
8 settlement will occur once it has been
9 matched and settled.
10   Q    Is net settlement required in
11 Denmark?
12   A    No, not at all.
13   Q    Is it encouraged?
14   A    Not per se.
15   Q    What do you mean "not per se"?
16   A    VP Securities does not encourage
17 it.
18   Q    Anything else you discussed with
19 Kammeradvokaten or Hughes Hubbard?
20   A    Not as far as I remember.
21   Q    I know you said you just returned
22 from maternity leave.
23        Are you currently employed?
24   A    Yes.
25   Q    And by whom are you employed?

Page 17

1    A    By VP Securities, a company of
2 Euronext.
3    Q    I just missed the word.
4         What company of Euronext?
5    A    It's a subsidiary -- sorry -- a
6 subsidiary of the Euronext corporation.
7    Q    And when did you start working at
8 VP Securities?
9    A    In August 1st, 2012.
10   Q    What was your title when you
11 started working at VP Securities?
12   A    Product manager.
13   Q    What product were you managing?
14   A    At that time, our -- that was our
15 line platform and issuing agency services
16 project.
17   Q    What did your job responsibilities
18 entail?
19   A    Generally, a marketing plan, code
20 of market plans, product development,
21 specialist knowledge, product roadmaps.
22   Q    And did your position change at
23 some point in time?
24   A    Yes.  The -- the product management
25 responsibility was also covered afterwards

Page 42

1  VP Securities distributes dividends to
2  registered owners or to owners that are
3  registered with VP Securities.
4         Do you have that in mind?
5     A  Yes.
6         MR. SMITH:  Objection to form.
7     Q  And many Danish investors -- many
8  Danish investors are registered directly with
9  VP Securities, correct?
10        MR. SMITH:  Objection to form.
11    A  That is correct.
12    Q  Foreign investors are not
13 registered directly with VP Securities,
14 correct?
15        MR. SMITH:  Objection to form.
16    A  Not all.  You could say that there
17 is not a clear answer to that.  There will
18 always be some foreign investors that are
19 registered directly in VP Securities.
20    Q  There are some foreign investors
21 who are registered directly in VP Securities,
22 right?
23    A  Yes, that is correct.
24    Q  There are many foreign investors
25 who are not registered directly with

Page 43

1  VP Securities, correct?
2         MR. SMITH:  Objection to form.
3     A  That is correct.
4     Q  The foreign investors who are not
5  registered with VP Securities might have
6  accounts with custodians who also are not
7  registered directly with VP Securities,
8  correct?
9         MR. SMITH:  Objection to form.
10    A  That is correct.
11    Q  And investors who use custodians
12 who are not directly registered with
13 VP Securities can still buy and sell Danish
14 securities, true?
15        MR. SMITH:  Objection to form.
16    A  That's true.
17    Q  Now, the registered owners that VP
18 is aware of are not always the same as the
19 beneficial owners of securities, correct?
20        MR. SMITH:  Objection to form.
21    A  The information on the securities
22 account, the static data on the securities
23 account is -- held information about the
24 securities account.  It holds information
25 about who the securities account owner is.

Page 44

1  You could say hold information about who the
2  owner -- it's not related to each other, per
3  se.
4         It could be the same person or the
5  same entity, but it does not have to be the
6  same party that has its -- the information
7  registered on the securities account.
8     Q  In other words, a beneficial owner
9  of Danish securities may not be the
10 registered owner with VP Securities, correct?
11        MR. DULBERG:  Objection to form.
12    A  That is correct.
13    Q  And that's for lots of different
14 reasons, right?
15        MR. SMITH:  Objection to form.
16    A  Give me an example.
17    Q  To take one example, the
18 VP Securities might have an omnibus account
19 or listed as the beneficial owner -- or
20 registered as the owner of securities or the
21 custodian registered as the owner of
22 securities, but in fact, the securities are
23 held by customers of the custodian, correct?
24        MR. SMITH:  Objection to form.
25    A  I think you could say that if the

Page 45

1  account is an omnibus account or a nominee
2  account, then the owner of the account does
3  not per se -- is not per se registered as the
4  owner of the holding.
5     Q  In the case of an omnibus or a
6  nominee account, VP Securities does not know
7  the individual account holder who owns the
8  securities, correct?
9         MR. SMITH:  Objection to form.
10    A  VP Securities does not know -- the
11 other way around.  VP Securities know who has
12 the securities accounts within VP Securities,
13 who owns the securities accounts that are in
14 VP Securities.
15        So VP Securities has information
16 about who is registered as owner of the
17 securities accounts within VP Securities.
18    Q  All right.  And those owners who
19 are registered with VP Securities are allowed
20 to lend their securities, correct?
21        MR. SMITH:  Objection to form.
22    A  VP Securities does not -- you can
23 say not get involved in how the securities
24 account owners actually handle or deal with
25 the securities accounts.

Page 46

1    Q    I think we covered this the last
2  time we spoke, but securities lending is
3  legal in Denmark, correct?
4         MR. SMITH:  Objection to form.
5    A    As -- as far as my knowledge, yes.
6    Q    Sure.
7         You're not aware of any prohibition
8  on lending out securities, correct?
9         MR. SMITH:  Objection to form.
10   A    It's not my area of expertise, but
11 as I said, to my prior knowledge, you are
12 correct.
13   Q    And someone who borrows securities
14 is allowed to sell those securities, too,
15 correct?
16        MR. SMITH:  Objection to form.
17   A    That's outside of my area, because
18 it's part of the trading process.  It's not
19 registered in VP Securities.
20   Q    Right.
21        There's a lot of market activity
22 that VP Securities is not aware of, right?
23        MR. SMITH:  I'm going to object
24 here, Andrew.
25        We went -- I let this questioning

Page 47

1  go on for a bit, but it's outside the scope
2  of the questions that I asked Ms. Sorensen.
3  And you had -- your firm had the opportunity
4  to ask these questions, and they did ask
5  these questions of Ms. Sorensen the last
6  time.
7         So I'm going to ask you to restrict
8  your questions to an appropriate scope of
9  what was asked on my questioning.
10        MR. DULBERG:  I disagree with the
11 objection.
12   Q    But you may answer, Ms. Sorensen.
13   A    Can you ask the question again?
14   Q    Yes.
15        There's a -- in your answer, you
16 said -- well, strike that.
17        There's a lot of market activity
18 that VP Securities is not aware of, right?
19        MR. SMITH:  I'm going to object,
20 again, on the same basis, as well as object
21 to form.
22        MR. DULBERG:  Noted.
23   A    VP Securities is involved in
24 settlement of securities transactions and
25 corporate actions.

Page 48

1         So the -- the scope of
2  VP Securities, yes, is within that borders,
3  within those borders.
4    Q    And there -- there are many
5  transactions involving Danish securities that
6  VP Securities lacks visibility into, correct?
7         MR. SMITH:  Objection to form.
8         And once again, I view this line of
9  questioning as improper and outside the scope
10 of what was asked during my questioning of
11 her, and would once again ask you to limit
12 your questioning to what is the appropriate
13 scope based off the questioning that was
14 previously posed to Ms. Sorensen.
15   Q    You can answer.
16   A    I can only answer and say the
17 process that VP Securities is involved in --
18 you -- I don't know what you're referring to.
19 It could be multiple things, but probably
20 yes.
21   Q    And when --
22   A    My answer is probably yes.
23   Q    Probably yes, thank you.
24        When you were speaking with Mr.
25 Smith earlier today, one of the things you

Page 49

1  said is that trading is outside of your
2  expertise.
3         Is that correct?
4         MR. SMITH:  Objection to form.
5    A    Yes.
6    Q    Stock lending is outside of your
7  expertise, correct?
8         MR. SMITH:  Objection to form.
9    A    That is correct.
10   Q    And you understand -- to go back to
11 what I was starting to ask you about -- that
12 there is a difference between the owners that
13 VP Securities understands are the registered
14 owners and the beneficial owners that Skat
15 thinks about for tax purposes.
16        Is that right?
17        MR. SMITH:  Objection to form.
18   A    Yes.  I am aware of that
19 difference.
20   Q    And can you explain that
21 difference?
22        MR. SMITH:  Objection to form.
23   A    I believe that during the last
24 interview or questioning, you asked me to
25 define what Skat's -- what's a beneficial

Page 58

1    So if you can keep it within the
2 limits, that would be greatly appreciated and
3 would actually be appropriate.
4        MR. DULBERG:  It's well within the
5 bounds of your exam, and the witness can
6 answer the question.
7    Q    So, Ms. Sorensen --
8        MR. SMITH:  We disagree on that,
9 but go ahead.
10   Q    A buyer purchases a hundred shares
11 that Mr. Smith told you about that buyer A
12 buys on the trade date, and then buyer A
13 sells the hundred shares the very next day
14 before anything is settled and the stock
15 price has gone up, they're still liable for
16 capital gains taxes, correct?
17       MR. SMITH:  Objection to the form,
18 and I restate my prior objection as to the
19 scope of this line of questioning.
20   A    The investor is liable for tax
21 purposes in whatever country they're paying
22 taxes if there's a capital gain.
23   Q    The investor in that scenario is
24 the beneficial owner of the securities,
25 correct?

Page 59

1        MR. SMITH:  Objection to form, and
2 also objection along the lines of -- of my
3 prior objection as to this being outside the
4 scope of my direct.
5    A    You're asking me if investor A is
6 the beneficial owner of this example, and I
7 will not -- that has not been presented to
8 me.
9    Q    It is possible that investor A
10 would not yet be registered or never be
11 registered with VP Securities, correct?
12       MR. SMITH:  Objection.
13   Q    As an example?
14       MR. SMITH:  Objection to form,
15 calls for speculation.
16   A    Investor A -- if investor A is a
17 customer in a bank that is not a direct
18 participant in VP Securities, then
19 VP Securities would never know any
20 information about the trades, whether it's an
21 old holding or a borrowed holding.
22   Q    And if the company issued a
23 dividend, investor A would be entitled to the
24 dividend, correct?
25       MR. SMITH:  Objection to form.

Page 60

1    A    That is incorrect because the
2 entitlement of dividend is registered at the
3 settlement date.
4    Q    Okay.  Let's go to Mr. Smith's
5 hypothetical of customers A and B who are --
6 who have accounts within the same custodial
7 bank in a single omnibus account.
8        And Mr. Smith asked you if A buys
9 and B sells one hundred shares and at the
10 start of the day there are no shares at the
11 custodial bank, at the end of the day you
12 would agree that there would be no shares at
13 the custodial bank.
14       Do I have that right?
15       MR. SMITH:  Objection to form,
16 misstates the prior questioning.
17   A    I agree that the sum at the end of
18 the day would be zero.
19   Q    And the analysis wouldn't be any
20 different if, at the start of the day, the
21 custodian held ten million shares of Novo
22 Nordisk.
23       At the end of the day, the
24 custodian would still own ten million shares
25 of Novo Nordisk, right?

Page 61

1        MR. SMITH:  Objection to form.
2    A    There is ten million shares on the
3 securities account on record date, and at 5
4 o'clock -- at 5:59:59:59 in VP Securities,
5 then the amount of shares would calculate a
6 certain amount of dividend to be distributed
7 to that securities account.
8    Q    Sure.
9        And my -- my question was just
10 about the netting or what's called
11 internalizing.
12       And so, if at the start of the day
13 the custodian has ten million shares of Novo
14 Nordisk, and during the course of the day
15 customers A and B exchange 20 million shares
16 buying and selling, but the buys equal the
17 sales, at the end of the day the custodian
18 still has ten million shares in its account,
19 correct?
20       MR. SMITH:  Objection to form.
21   A    At the end of the day, there is ten
22 million shares registered on the securities
23 account, and that is the basis for
24 distribution calculation.
25   Q    Understood.