# Exhibit 9

Confidential - Subject to The Protective Order
John Van Merkensteijn - April 20, 2021

Page 250

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 18-MD-2865 (LAK)

_____
                                    )
IN RE:                              )
                                    )
CUSTOMS AND TAX ADMINISTRATION OF   )
THE KINGDOM OF DENMARK              )
(SKATTEFORVALTNINGEN) TAX REFUND    )
SCHEME LITIGATION                   )
                                    )
This document relates to case nos.  )
19-cv-01783; 19-cv-01788; 19-cv-01794; )
19-cv-01798; 19-cv-01918            )
_____)


C O N F I D E N T I A L
SUBJECT TO THE PROTECTIVE ORDER

CONTINUED REMOTE VTC VIDEOTAPED DEPOSITION UNDER
ORAL EXAMINATION OF
JOHN VAN MERKENSTEIJN
VOLUME II
DATE: April 20, 2021




REPORTED BY: MICHAEL FRIEDMAN, CCR

Confidential - Subject to The Protective Order
John Van Merkensteijn - April 20, 2021

37 (Pages 391 to 394)

Page 391

1     A    I -- I wouldn't know.
2     Q    And would you agree with me that
3  Freshfields, in April of 2012, put you and
4  your partners on notice that if its plans
5  were purchasing securities from
6  short sellers, the legal basis for seeking a
7  tax withholding reclaim would be doubtful?
8          MS. MCCARTHY:  Objection.
9     A    Well, that's the -- that's the
10 sentence you just read me, yeah, right.
11    Q    So you received that advice from a
12 law firm but you may not have paid attention
13 to it at the time.
14         Is that what you're saying?
15    A    Well, I don't recall this
16 particular conversation, but I don't know
17 what followed from this.
18    Q    Can you turn, please, to
19 Exhibit 2235?
20         MR. WEINSTEIN:  Mark this as 2235.
21         (Whereupon the above mentioned was
22    marked for Identification.)
23    A    Okay.
24    Q    This is an e-mail from
25 Mr. Markowitz to you on September 2, 2015.

Page 392

1  And that's shortly after that Danish article
2  about reclaim processing stopping came out.
3          Do you recall that?
4     A    Yes.
5     Q    And Mr. Markowitz attaches an
6  opinion from the Hannes Snellman law firm to
7  Solo Capital?
8     A    Right.
9     Q    Do you know why Mr. Markowitz was
10 sending you that opinion on September 2,
11 2015?
12    A    I don't recall.
13    Q    Do you know if that opinion that he
14 attached is one that you had seen at all
15 prior to September 2, 2015?
16    A    Well, it's familiar, but I don't
17 recall when I first saw it.
18    Q    Do you know if that was advice that
19 you relied on at any point in time prior to
20 September 2, 2015?
21    A    I think it formed the basis for the
22 conclusion that we could do the dividend
23 arbitrage transactions in Danish securities.
24    Q    Was there a point in time prior to
25 September 2, 2015 that you saw it?

Page 393

1     A    I'm confident that I did, but I
2  don't recall when.
3     Q    Why are you confident that you saw
4  this prior to September 2, 2015?
5     A    Well, because it looks familiar.
6     Q    Well, you received it on
7  September 2, 2015.
8          The question is --
9     A    Probably because I
10 couldn't -- probably because I couldn't find
11 it or something.
12         I don't know.
13    Q    You don't recall the circumstances?
14    A    No.
15         MR. WEINSTEIN:  We've been going a
16    little over an hour, I think, so why
17    don't we take a break?
18         THE VIDEOGRAPHER:  Stand by.  The
19    time is 2:37 p.m. and we're going off
20    the record.
21         (Brief recess taken.)
22         THE VIDEOGRAPHER:  Stand by.  The
23    time is 2:49 p.m. and we're back on
24    record.
25    Q    Was Todd Rosenberg one of the

Page 394

1  attorneys at Crowell & Moring that you worked
2  with regarding the Solo transactions?
3     A    Yes.
4     Q    Was he the primary attorney?
5     A    I knew him.
6     Q    Okay.  Do you recall any of the
7  names of any of the other attorneys that you
8  worked with there on that issue?
9     A    No, I don't.
10    Q    Did you ever engage the Hannes
11 Snellman firm to give you any legal advice?
12    A    I believe the advice they gave was
13 to Solo.
14    Q    Did you ever engage the Hannes
15 Snellman firm to provide you legal advice?
16    A    Not that I can recall.
17    Q    Okay.  Did anyone engage that firm
18 on behalf of any of your pension plans to
19 provide legal advice?
20    A    Not that I recall.
21    Q    Did you ever speak with any
22 attorneys from that firm?
23    A    Me?  Not that I recall.
24    Q    How far back does your professional
25 relationship with Mr. Ben-Jacob go?