# Exhibit 17

Page 281

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER DOCKET 18-MD-2865(LAK)
CASE NO. 18-CV-09797

```
_____
                                       )
IN RE:                                 )
                                       )
CUSTOMS AND TAX ADMINISTRATION OF      )
THE KINGDOM OF DENMARK                 )
(SKATTEFORVALTNINGEN) TAX REFUND       )
SCHEME LITIGATION                      )
                                       )
_____)
```

C O N F I D E N T I A L
SUBJECT TO THE PROTECTIVE ORDER

REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
EXAMINATION OF
ROGER LEHMAN
VOLUME II
DATE: August 10, 2021

REPORTED BY:  MICHAEL FRIEDMAN, CCR

Page 310

1      MR. LOPICCOLO:  Objection to form.
2   A    If I had not received an opinion
3  until after 2015, I agree.  It could not have
4  given me comfort in 2015.
5   Q    Are you sure -- having looked at
6  this e-mail, are you sure you received a tax
7  opinion from Skadden Arps?
8   A    That, I am sure of, yes.
9   Q    You mentioned yesterday that when
10 your plans purchased Danish securities, you
11 were not aware of who the sellers of the
12 securities were.
13      Is that right?
14  A    That's right.
15  Q    Do you know if there was any deal
16 or agreement made with the sellers of the
17 securities to split any profits from the
18 refunds that were received?
19      MR. LOPICCOLO:  Objection to form.
20  A    No.
21  Q    Did you ever have any conversations
22 with anyone at Solo Capital about any kind of
23 deal like that?
24  A    No.
25  Q    You also mentioned yesterday that

Page 311

1  you had some apartments in New York City?
2   A    Yes.
3   Q    How many apartments did you have in
4  New York City from 2013 to 2015?
5   A    I moved, I think, yearly.
6  But -- so maybe one in '13 and one in '14 and
7  one in '15.
8   Q    Okay.  But not multiple apartments
9  at one time?
10  A    No.
11  Q    Did you share an apartment at any
12 time with Sanjay Shah?
13  A    Yes.  At one point, we got an
14 apartment, and I believe signed the lease
15 together, although he rarely, if ever, stayed
16 there.
17  Q    Where was that apartment located?
18  A    On 21st Street and Park Avenue
19 South.
20  Q    Do you recall the number of the
21 building?
22  A    I think 49 East 21st Street, but
23 I'm not positive.
24  Q    How long did you have that
25 apartment with Mr. Shah?

Page 312

1   A    One year.
2   Q    Do you recall what period of time
3  that was?
4   A    No.
5   Q    Who paid the rent?
6   A    I believe he did.
7   Q    Are you aware that Sanjay Shah and
8  Mark Paterson have been criminally indicted
9  in Denmark and Germany?
10  A    I believe I was aware that they
11 were indicted in Denmark.
12  Q    Have you spoken to Sanjay Shah
13 about that indictment?
14  A    Definitely not.
15  Q    Have you spoken to Mark Paterson
16 about the indictment?
17  A    No.
18  Q    Do you have any concerns about
19 whether the trading program that you were
20 involved with was a legitimate trading
21 program?
22      MR. LOPICCOLO:  Objection to form.
23  A    No.  In fact, after my several days
24 of interview with SOIK, the criminal division
25 of, I think, the plaintiff here, the Kingdom

Page 313

1  of Denmark, they gave me a letter saying that
2  there will be no criminal proceedings against
3  me.
4       And they provided the reasoning
5  that I would -- they do not believe I could
6  possibly be found guilty of fraud.
7   Q    All right.  So my question was:  Do
8  you have any concerns that the trading itself
9  was legitimate?
10  A    No.  I never saw or heard anything
11 to make me concerned.
12  Q    The criminal indictment of Mr. Shah
13 doesn't raise any questions in your mind?
14      MR. LOPICCOLO:  Objection to form.
15  A    Whether it does or doesn't, I've
16 never seen any facts or heard any facts to
17 make me concerned.
18  Q    Are you familiar with the company,
19 Tradition Securities?
20  A    Yes.
21  Q    Did there come a time when you
22 assisted employees of Tradition in onboarding
23 at Solo Capital?
24  A    Sorry.  Somebody beeped right when
25 you were saying that.

Confidential - Subject to The Protective Order
Roger Lehman - August 10, 2021

Page 518

1        C E R T I F I C A T E
2
3        I, MICHAEL FRIEDMAN, a Certified Court
4   Reporter and Notary Public, qualified in and for
5   the State of New Jersey do hereby certify that
6   prior to the commencement of the examination ROGER
7   LEHMAN was duly sworn by me to testify to the truth
8   the whole truth and nothing but the truth.
9        I DO FURTHER CERTIFY that the foregoing
10  is a true and accurate transcript of the testimony
11  as taken stenographically by and before me at the
12  time, place and on the date hereinbefore set forth.
13       I DO FURTHER certify that I am neither a
14  relative of nor employee nor attorney nor counsel
15  for any of the parties to this action, and that I
16  am neither a relative nor employee of such attorney
17  or counsel, and that I am not financially
18  interested in the action.
19
20
21       _____
22       MICHAEL FRIEDMAN, CCR of the
23       State of New Jersey
24       License No:  30XI00228600
25       Date:  August 11, 2021

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE