# Exhibit 2

Page 1

1
2  UNITED STATES DISTRICT COURT
3  SOUTHERN DISTRICT OF NEW YORK
4  Master Docket 18-MD-2865(LAK)
5  ------------------------------------x
6  In re:
7
8  CUSTOMS AND TAX ADMINISTRATION OF THE
9  KINGDOM OF DENMARK (SKATTEFORVALTNINGEN)
10 TAX REFUND SCHEME LITIGATION
11
12 This document relates to 1:18-CV-05053-LAK
13 ------------------------------------x
14              November 11, 2021
15              7:14 a.m. EST
16               12:14 p.m. GMT
17
18       Remote video-teleconference
19 deposition via Zoom of ADAM PIPER,
20 pursuant to notice, before Jineen Pavesi,
21 a Registered Professional Reporter,
22 Registered Merit Reporter, Certified
23 Realtime Reporter and Notary Public of the
24 State of New York.
25

Page 102

1           PIPER
2    A.    No.
3    Q.    Are you aware of whether or not
4 severance payments were made to those who
5 were previously associated with the
6 structured equity finance desk when the
7 decision was made to shut down the desk?
8    A.    No.
9    Q.    Are you aware of the fact that
10 the Danish tax authorities, SKAT, sued
11 ED&F Man in London?
12   A.    Yes.
13   Q.    And did you have any
14 participation in that matter?
15   A.    Only insofar as provision of
16 documents I think.
17   Q.    What type of documents did you
18 provide?
19   A.    Some of the reports that you
20 referred to earlier, the NLV summary and
21 others.
22   Q.    During the course of your
23 providing documents, who did you provide
24 those documents to?
25   A.    I think we put them into a

Page 103

1           PIPER
2 central repository and they were provided
3 to Rosenblatt.
4    Q.    Have you ever heard the term
5 Annex E, as in egg?
6    A.    I've heard the term.
7    Q.    Do you have an understanding
8 that the Annex E relates to a series of
9 transactions that have been identified in
10 the English lawsuit as not qualifying for
11 recapture of dividends?
12         MR. BINDER:  Objection to form.
13         I think the witness answered,
14 but --
15         MR. KAPLAN:  I didn't hear him,
16 that's why I'm waiting.
17   A.    I said no, apologies.
18   Q.    Thank you.
19         Let me address your attention,
20 if I can, to Goldstein Exhibit 25.
21         (Goldstein Exhibit 25,
22 Document, was marked for identification,
23 as of this date.)
24   Q.    Prior to today, have you seen
25 Goldstein Exhibit 25?

Page 104

1           PIPER
2    A.    No.
3    Q.    Mr. Piper, I would appreciate
4 if you could either move the mic closer to
5 you or move you closer to the mic, I am
6 not alone in having trouble hearing you, I
7 would appreciate it, thank you.
8         (Witness complying.)
9    Q.    Let me address your attention,
10 Mr. Piper, to Goldstein Exhibit 26.
11        (Goldstein Exhibit 26,
12 Document, was marked for identification,
13 as of this date.)
14   Q.    Prior to today, have you seen
15 Goldstein Exhibit 26?
16   A.    I'm just opening it.
17        (Pause.)
18   A.    No.
19   Q.    Now if I could address your
20 attention to Goldstein Exhibit 27.
21        (Goldstein Exhibit 27,
22 Document, was marked for identification,
23 as of this date.)
24   Q.    Can you identify Goldstein
25 Exhibit 27?

Page 105

1           PIPER
2    A.    No.
3    Q.    Have you ever seen a document
4 like this during the course of your
5 functioning as a risk person at ED&F Man?
6         MR. BINDER:  Objection to form.
7    A.    I don't believe so, no.
8    Q.    Let me address your attention
9 to Goldstein Exhibit 28.
10        Do you have Exhibit 28?
11        (Goldstein Exhibit 28,
12 Document, was marked for identification,
13 as of this date.)
14   A.    Yes.
15   Q.    And prior to today, have you
16 seen Goldstein Exhibit 28?
17   A.    Yes, I have seen it, I have
18 seen a version of a document which looks
19 like this.
20   Q.    Addressing your attention to
21 page 9 of Goldstein Exhibit 28, under
22 structured equity finance, 1, description,
23 would you read that, please.
24   A.    Structured --
25   Q.    You don't have to read it to

# Errata Sheet

**Caption:** *In re Customs & Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation*, Master Docket No. 18-md-2865 (LAK)

**Witness:** Adam Piper

**Deposition Date:** November 11, 2021

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 26:22-23 | that was an activity the desk provided to those clients. | that was a service the desk provided to those clients. | Correction |
| 39:6 | Rhoda Brown | Verrona Browne | Spelling Error |
| 39:11 | Ms. Brown | Ms. Browne | Spelling Error |
| 43:11, 16, 20, 23<br>44:2, 5, 10, 14, 20, 25<br>45:3, 7, 19, 25<br>46:24<br>144:20-21 | Scanlon | Scanlan | Spelling Error |
| 51:22, 25<br>52:2 | FSC | FCA | Spelling Error |
| 54:16 | The equity finance desk, just servicing customers | The equity finance desk were just servicing customers | Missing word |
| 57:6-7 | Large Exposure Position Option | Low Exercise Price Option | Correction |
| 59:17 | Stacy Kaminer | Stacey Kaminer | Spelling Error |
| 59:23 | Allen | Alan | Spelling Error |
| 68:11 | ex | "X" | Spelling Error |
| 76:3 | Nick Shepperd | Nick Sheppard | Spelling Error |
| 76:9, 97:24, 226:11 | Terri Stroud | Terry Stroud | Spelling Error |
| 76:14 | Graham Storar | Graeme Storrar | Spelling Error |
| 77:16, 78:3 | Ms. Brown | Ms. Browne | Spelling Error |

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 92:13-14 | That would be the resulting net liquid value of the account. | That would be the resulting net liquidating value of the account. | Clarification |
| 94:9 | Chris | risk | Transcription Error |
| 96:22 | NPT | MPT | Spelling Error |
| 98:7 | Equity | Equities, | Transcription Error |
| 98:21 | and delta | and as delta | Transcription Error |
| 101:9 | EF&M Man | ED&F Man | Spelling Error |
| 111:5 | Likes like | Looks like | Transcription Error |
| 118:7 | Service | Services | Transcription Error |
| 119:22-23 | Volcafe structured equity finance did neither access an IDB | Volcafe's Structured Equity Finance Team either acts as an IDB | Transcription Error |
| 119:24 | transact | transacts | Transcription Error |
| 130:8 | the leading | deleting | Transcription Error |
| 132:12 | approval of | approved | Transcription Error |
| 147:20 | NOVOBDC | NOVOB DC | Spelling Error |
| 147:20 | MERSBDC | MAERKSB DC | Spelling Error |
| 155:9 | Volcafe shorted Danski and Novonordisk | Volcafe shorted Danske and Novo Nordisk | Spelling Errors |
| 164:12 | provides | provide | Spelling Error |
| 170:23 | NYZMBDC | NZYMB DC | Spelling Error |
| 171:7, 16 | NZYMBDC | NZYMB DC | Spelling Error |
| 177:24-25 | Pettite | Pettit | Spelling Error |
| 190:5-6 | It refers to Man Derivative Advisors? | It refers to Man Derivative Advisors. | Punctuation Error |
| 191:20 | Service | Services | Spelling Error |
| 192:14 | Equities | Equity | Spelling Error |
| 194:4 | "approve | "Approved | Spelling Error |
| 194:5 | e-trading applications and voice," | "eTrading Applications" and "Voice," | Punctuation Error |
| 198:15 | model | method | Transcription Error |
| 214:16 | hole | whole | Spelling Error |
| 217:13 | placed | in place the | Transcription Error |
| 218:17 | each | every | Clarification |
| 219:17 | by settled | by the settled | Transcription Error |
| 221:17 | divident | dividend | Spelling Error |
| 225:16 | managing | the managing | Clarification |
| 250:13 | beta | data | Transcription Error |
| 253:17 | I'm sure if Shadow would | I'm not sure if Shadow would | Transcription Error |
| 257:14 | Reputation | Reputational | Transcription Error |
| 257:15 | Risk – Trades That Involve Arbitrage | Risk – Trade that involve arbitrage | Capitalization Error |

2

2

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 257:16 | Around Corporate Actions Potentially | around corporate actions potentially | Capitalization Error |
| 257:17 | Exposed the Firm to Reputational Risk? | expose the firm to reputational risks? | Transcription and Capitalization Error |
| 269:3 | Risk | Risks | Transcription Error |
| 269:5 | of | to | Transcription Error |
| 269:16 | opening complies | Opening, Compliance | Transcription Error |
| 269:17 | to regulation, sophisticated | & Regulation, Sophisticated | Transcription Error |
| 276:17 | Procedure, GAAP | Procedures Gap | Transcription Error |
| 280:6 | dividends | dividend | Spelling Error |
| 284:18 | laterally | latterly | Clarification |
| 285:4 | Laterally | Latterly | Clarification |
| 285:6 | laterally | latterly | Clarification |
| 287:17 | Schedule 1, 64 tax | Schedule 1 (64 Tax | Punctuation Error |
| 287:18 | vouchers; and Schedule 2, 16 vouchers, to | Vouchers) and Schedule 2 (16 Tax Vouchers) to | Punctuation Error |
| 287:25 | amounts | amount | Spelling Error |
| 288:2 | the way | way | Transcription Error |
| 288:6 | 7 percent | (27%) | Transcription Error |

I declare under penalty of perjury under the laws of the United States of America that I have read the entire transcript of my deposition taken in the above-captioned matter and the same is true and accurate, save and except for changes and/or corrections as indicated by me on the deposition errata sheet hereof, with the understanding that I offer these changes as if still under oath.

Executed this 24 day of December, 2021

*[signature]*

_____

Adam Piper