# Exhibit 3

```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2                 CASE NO.  18-MD-2865 (LAK)

3      _____
                                            )
4      IN RE:                               )
                                            )
5      CUSTOMS AND TAX ADMINISTRATION OF    )
       THE KINGDOM OF DENMARK               )
6      (SKATTEFORVALTNINGEN) TAX REFUND     )
       SCHEME LITIGATION                    )
7                                           )
       This document relates to case nos.   )
8      19-cv-01783; 19-cv-01788; 19-cv-01794; )
       19-cv-01798; 19-cv-01918             )
9      _____)

10

11

12

13

14

15        REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                      EXAMINATION OF

17                       ROBERT CREMA

18                   DATE: February 9, 2021

19

20

21

22

23

24

25           REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Robert Crema - February 9, 2021

```
 1       form.
 2       A    Yes.
 3       Q    And would Acer get a share of the
 4  net profit on the trade?
 5            MR. BLESSINGTON:  Object as to
 6       form.  You may answer.
 7       A    I don't know the calculation, but
 8  yes, we would get a finder fee.
 9       Q    And the finder --
10       A    I don't know how it was calculated.
11       Q    Okay.  Was the finder's fee a
12  percentage of the net profit on the trade?
13            MR. BLESSINGTON:  Object as to
14       form.
15       A    No, I wouldn't know because I don't
16  do it.  I don't trade it myself, personally.
17       Q    And who within Acer would know how
18  the profit -- withdrawn.
19            Who at Acer would know how the
20  dividend finder's fees on the Acer plans'
21  dividend arbitrage trading was calculated?
22       A    Stacey.  Stacey Kaminer.
23       Q    Okay.  And one of the other
24  employees, at least historically in Acer, was
25  a Mr. Goldman?
```

Robert Crema - February 9, 2021

Page 84

```
 1    any knowledge of?
 2         A    No.
 3         Q    Okay.  I think we've covered most
 4    of this before.  I just wanted to run through
 5    the other employees of Acer in the 2012-2015
 6    time frame.
 7         A    Uh-huh.
 8         Q    So Ms. Kaminer was in charge of
 9    trading at that time?
10         A    Correct.
11         Q    And that would include trading done
12    for the Acer plans in Danish securities?
13         A    Right.  Correct.
14         Q    Was she also the chief operating
15    officer?
16         A    I'm not sure of her title.
17         Q    Okay.  Did she have any other
18    roles, to your knowledge, in the 2012, 2015
19    time frame?
20         A    No.
21         Q    Okay.  Mr. Alan Goldman, he was
22    compliance officer and chief financial
23    officer in that period?
24         A    Correct.
25         Q    Did he have any other roles?
```

Robert Crema - February 9, 2021

Page 85

1      A    Well, other than he prepared and
2  did reconciliations for all our business, for
3  all our business.
4      Q    And he did that with his chief
5  financial officer hat on?
6      A    I don't understand the context of
7  that.  You know, we were a small firm.  There
8  was only like four people, so we all wore a
9  lot of hats.
10           You know, Stacey needed help in the
11 reconciliations, so she threw it to Alan, and
12 Alan did the job.
13     Q    Okay.
14     A    It's strictly clerical, I guess, at
15 that point.  Nothing special about it, other
16 than to relieve Stacey from doing the task.
17     Q    Yeah.  And who were the four?  It's
18 you, Ms. Kaminer, Mr. Goldman, and who else?
19     A    Bob Messina, 2012.  You know, I'd
20 have to check to see who was with us and who
21 wasn't.
22           Alan, our office -- our office
23 manager, Sandra Baliatico, she was with us.
24           I think that was it.
25     Q    Okay.  And Mr. Messina was working

Robert Crema - February 9, 2021

Page 86

```
 1     for you, you think, in the 2012, 2015 time
 2     frame?
 3          A    Yes.
 4          Q    Okay.  Could I ask you to open
 5     Exhibit 1919, please?
 6              MR. OXFORD:  Mark this as 1919.
 7              (Whereupon the above mentioned was
 8     marked for Identification.)
 9          Q    These are the Acer financial
10     statements from 2014.  And I have a question
11     about a particular entry on page 7.
12              MR. OXFORD:  Which, John, is Bates
13     ending 160.
14          A    (Witness reviewing.)
15              MR. BLESSINGTON:  160?
16              MR. OXFORD:  Yeah.  It's
17     really -- it's Note 3 at the top of the
18     page.
19          A    (Witness reviewing.)
20              Acer Investment notes --
21              MR. BLESSINGTON:  Read to yourself,
22     please.
23          A    (Witness reviewing.)
24          Q    Okay.  Do you have Note 3 on page 7
25     of the accounts up, sir?
```

```
 1         A    Yes, yes.
 2         Q    Okay.  So it's headed "Major
 3    Service Providers," and it says, "The
 4    company," which is Acer, "currently has two
 5    service provider relationships.  One
 6    relationship accounted for 97.4 percent of
 7    the total dividend finder's fee."
 8              Do you see that?
 9         A    Yeah.
10         Q    Okay.
11         A    Yes.
12         Q    This is 2014.
13              Who were the two service provider
14    relationships with?
15         A    I don't know what he's referring
16    to.  I don't know.
17         Q    Do you know what a service provider
18    relationship is in the context of the
19    dividend finder's fee business that Acer
20    conducted?
21         A    Service provider?  No, I'd be
22    speculating.
23         Q    Okay.  Could I ask you to turn to
24    Exhibit 1941, please?
25              MR. OXFORD:  Mark this as 1941.
```

Robert Crema - February 9, 2021

Page 154

```
 1     tough time scrolling down to the signature
 2     page.
 3            I can't --
 4        Q   If you go right to the bottom and
 5     then go --
 6        A   Okay.  I see it.
 7            I'm there.
 8        Q   Okay.  Is that your signature as
 9     trustee of the AIG plan?
10        A   Yes, it is.
11        Q   Okay.  Did you, in fact, sign this
12     agreement?
13        A   Yes.
14        Q   Okay.  And do you have any idea
15     what the purpose of this agreement was?
16        A   No.  This would be -- again, Stacey
17     making the decision.
18        Q   Okay.  So Stacey Kaminer advised
19     you to sign this document.
20            Correct?
21        A   Correct.
22        Q   And you did so.
23            Correct?
24        A   And I did so.
25        Q   Did --
```

1    formed, it's your understanding that AIG of
2    New York LP, the limited partnership, ceased
3    doing any business?
4        A    Well, is this the pension plan
5    we're talking about or AIG the company?
6        Q    AIG the company.
7        A    Yeah.  I would say we stopped doing
8    business.
9        Q    Okay.  So can you tell me why,
10   having stopped doing business, AIG, the
11   company, is now sponsoring a pension plan in
12   October of 2002?
13           MR. BLESSINGTON:  Object as to
14       form.  You can answer.
15       A    Could you repeat that?  I don't
16   know if I understand the question.
17       Q    Sure.  You told me that at the time
18   this agreement was signed, AIG, the company,
19   the limited partnership, had ceased doing
20   business.
21       A    AIG, the company, ceased doing
22   business that it was doing as a unregulated
23   broker dealer?
24       Q    Well, let me ask you this way --
25       A    There's differences, you know.

Robert Crema - February 9, 2021

Page 161

```
 1          Q    Okay.  Let me ask you this way
 2     because I want to be crystal clear on this.
 3               At the time this plan agreement was
 4     signed in October of 2002, was AIG of
 5     New York, the limited partnership, the
 6     company, conducting any business of any kind?
 7          A    I would have to check.  Right now,
 8     I would have to say I don't recall.
 9          Q    Okay.  You don't recall providing
10     any services to any clients through AIG as of
11     the time of this agreement in October of
12     2002?
13               MR. BLESSINGTON:  Object as to
14          form.
15          A    No, I really don't.  Not -- it's
16     18 years ago.  I wouldn't have a recollection
17     of that.
18          Q    Okay.  And do you know what
19     prompted the decision to start a pension plan
20     in October of 2002 that was sponsored by AIG
21     of New York, the company?
22          A    For retirement purposes.
23          Q    Okay.  But why in 2002 and not
24     earlier?
25          A    Not what?
```

Robert Crema - February 9, 2021

Page 168

1       Q    This is an onboarding document for
2    your AIG plan at ED&F Man.
3       A    Okay.
4       Q    And just to orient you, there's a
5    signature on the last page.
6       A    Hold on.  Yes.
7       Q    Is that your signature, sir?
8       A    Yes, it is.
9       Q    And do you understand the purpose
10   of this document?
11      A    Well, I didn't read it.  But again,
12   this was something that Stacey would come to
13   me and that had to be done --
14      Q    Okay.
15      A    -- to do business.
16      Q    Beyond that description, do you
17   have any understanding about the purpose for
18   which this document was prepared?
19      A    No.
20      Q    Did you -- was it your practice to
21   review documents like this --
22      A    Yes.  Sorry.
23      Q    And was it your practice to, after
24   reviewing it, discuss the documents with
25   Ms. Kaminer?

1        A    (Witness reviewing.)
2        Q    If you turn to page 16, sir, it's
3   the penultimate page of the document, you'll
4   see that it's signed by --
5        A    The signature page?
6        Q    Yes.  It's signed by Robert Crema?
7        A    Hold on.  Yes.
8        Q    Okay.  And that's your signature,
9   sir?
10       A    That is correct.
11       Q    And did you follow the same
12  practice as you did with the previous exhibit
13  we looked at whereby you would have reviewed
14  it and discussed it with Ms. Kaminer, but had
15  no current recollection of the purpose of the
16  document?
17       A    That's correct.
18       Q    Okay.  Would that be true of any
19  document signed by you, or on behalf of your
20  plan, setting up your plan with accounts at
21  ED&F Man?
22       A    Yes.
23       Q    Do you have any information about
24  whether your plan's account at ED&F Man was
25  funded by you or your plan in any way?

## DEPOSITION ERRATA SHEET

Page No. 16   Line No. 10
Change: "LLP" to "LLC"
Reason for change: Clarification regarding identification of Acer Investment Group as a limited liability company and not a partnership

Page No. 24   Line No. 11
Change: "Yeah, yes" to "No"
Reason for change: Correcting testimony due to confusion at to use and meaning of the word "proprietary."

Page No. 27   Line No. 6
Change: Change "I believe so" to "No"
Reason for change: Clarification regarding identification of Acer Investment Group as a limited liability company and not a partnership

Page No. 27   Line No. 14
Page No. 28   Line No. 15
Change: "Partner" to "Member"
Reason for change: Clarification regarding identification of Acer Investment Group as a limited liability company and not a partnership

Page No. 28   Line No. 13
Change: "Bryan" to "Brian"
Reason for change: Transcription error

Page No. 29   Line No. 7
Change: "Yes" to "No. PACT Inc. is also a minority owner of Acer Investment Group, LLC"
Reason for change: Clarification regarding ownership of Acer Investment Group, LLC

Page No. 29   Line No. 12
Change: Add to start of answer "Other than PACT Inc.'s minority interest."
Reason for change: Clarification regarding ownership of Acer Investment Group, LLC

Page No. 30   Line No. 15
Page No. 41   Line No. 14
Page No. 113  Line No. 12
Page No. 113  Line No. 15
Page No. 123  Line No. 21
Change: "drip" to "DRIP"
Reason for change: Transcription error/clarification ("DRIP" is an acronym)

2

Page No. 46   Line No. 2
Change: "No, not at all times." to "No."
Reason for change: Clarifying testimony consistent with later testimony at Page No. 46, Line Nos. 7-23.

Page No. 46   Line No. 5
Change: "It's possible. I don't recall, but it's possible." to "No."
Reason for change: Clarifying testimony consistent with later testimony at Page No. 46, Line Nos. 7-23.

Page No. 48   Line Nos. 12–13
Change: Delete "pension funds and"
Reason for change: Clarification that pension plans are not Acer's clients.

Page No. 52   Line No. 17
Change: "That correct." to "That is correct."
Reason for change: Transcription error

Page No. 74   Line No. 6
Change: "a" to "one"
Reason for change: Transcription error

Page No. 74   Line No. 25
Page No. 75   Line No. 7
Page No. 76   Line No. 12
Page No. 77   Line No. 22
Page No. 93   Line No. 11
Page No. 94   Line No. 15
Page No. 94   Line No. 16
Page No. 95   Line No. 9
Page No. 95   Line No. 24
Change: "NewSong" to "Newsong"
Reason for change: Spelling

Page No. 78   Line No. 24
Page No. 93   Line No. 18
Change: "That's correct." to "That's correct as to the church. The plan was not a client."
Reason for change: Clarification that pension plans are not Acer's clients.

Page No. 160  Line No. 22
Change: "unregulated" to "regulated"
Reason for change: Transcription error

Page No. 206  Line No. 17
Change: "1~ o'clock" to "1 o'clock"
Reason for change: Typographical error

3

DATED: MARCH 24, 2021

_____
ROBERT CREMA

STATE OF FLORIDA
COUNTY OF COLLIER

The foregoing instrument was acknowledged before me in my physical presence / via remote live video this  24  day of March, 2021, by ROBERT CREMA, who is personally known to me or provided sufficient identification, __License_____ (type of identification).

_____
NOTARY PUBLIC

(Seal)



THERESA A. CRUZ
Notary Public - State of Florida
Commission # GG 103174
My Comm. Expires Sep 4, 2021
Bonded through National Notary Assn.

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Master docket No. 18-MD-2865(LAK)

IN RE:                                          )
                                                )
CUSTOMS AND TAX ADMINISTRATION OF               )
THE KINGDOM OF DENMARK                          )
(SKATTEFORVALTNINGEN) TAX REFUND                )
SCHEME LITIGATION,                              )
                                                )

## DECLARATION UNDER PENALTY OF PERJURY

I, Robert Crema, declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter on February 9, 2021, or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Signed on the  24  day of March, 2021

_____
ROBERT CREMA