# Exhibit 6

Minutes of Meeting of the Partners

in

AMERICAN INVESTMENT GROUP OF NEW YORK, L.P.

A meeting of the Partners in AMERICAN INVESTMENT GROUP OF NEW YORK, L.P. (the "Partnership"), was held on the 23 day of FEBRUARY, 2011, at the principal offices of the Partnership.

ROBERT CREMA stated that the meeting had been called to consider removing ELAINA CREMA as a Trustee of the AMERICAN INVESTMENT GROUP OF NEW YORK, L.P. PENSION PLAN, and appointing STACEY KAMINER as a Trustee in her place. Upon motion duly made, seconded and unanimously adopted, it was

**RESOLVED,** that effective 10 days from today, ELAINA CREMA shall cease to be a Trustee of the AMERICAN INVESTMENT GROUP OF NEW YORK, L.P. PENSION PLAN, that the Partnership shall notify her immediately of its decision, and that, subject to her acceptance, STACEY KAMINER is hereby appointed as a Trustee."

No further business being brought before the meeting, on motion duly made, seconded and unanimously carried, the meeting adjourned.

_____
Partner

I hereby accept appointment as a Trustee of the AMERICAN INVESTMENT GROUP OF NEW YORK, L.P. PENSION PLAN.

_____     2/23/11
STACEY KAMINER                 Date

CONFIDENTIAL                                                         AIG_00000508