# Exhibit 8

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.  18-MD-2865 (LAK)

 3   _____
                                            )
 4   IN RE:                                 )
                                            )
 5   CUSTOMS AND TAX ADMINISTRATION OF      )
     THE KINGDOM OF DENMARK                 )
 6   (SKATTEFORVALTNINGEN) TAX REFUND       )
     SCHEME LITIGATION                      )
 7                                          )
     This document relates to               )
 8   case nos. 19-cv-01866, et al.          )
     _____)
 9

10

11

12

13            C O N F I D E N T I A L

14

15

16      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

17                    EXAMINATION OF

18                     ANDREW WALL

19

20            DATE: February 23, 2022

21

22

23

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

1       A    Repeat your question, please,
2   Mr. Oxford.
3       Q    Sure.  In order for a counterparty
4   such as MPT Dubai to be able to transfer the
5   right to a dividend to a pension plan, it
6   must have had the right to the relevant
7   Danish shares on the date the pension plan
8   entered into the applicable purchase
9   transaction?
10           MR. BINDER:  Objection to form.
11      A    They don't have the right on the
12  trade dates to the dividend.  Yeah, that
13  would -- that would be accurate, yeah.
14      Q    And that principle isn't limited to
15  MPT Dubai.  It's true for any counterparty.
16           Correct?
17           MR. BINDER:  Objection to form.
18           That's beyond the scope of his role as a
19           corporate representative.
20      Q    You can answer.
21      A    I'm -- in preparation for this
22  deposition, I've only looked at trades in
23  Annex E and Annex A.  So, unfortunately, I
24  cannot answer that question.
25      Q    Do you have any -- you told me

1    hand showing MPT Dubai's position in various
2    Danish securities.  How they chose to use
3    that information, I cannot testify to, as
4    members of the desk were not able or willing
5    to discuss.
6        Q    But the information that led ED&F
7    to conclude in 2021 that MPT Dubai had sold
8    short to the pension plans and didn't have
9    the shares at the time of the trade was
10   available to ED&F Man at the time of those
11   trades.
12            Correct?  We can agree to that?
13            MR. BINDER:  Objection to form,
14       lacks foundation.
15       A    The information mentioned in this
16   letter here of 2021, as you say, would have
17   been available at the time.  How ED&F Man at
18   the time chose to use that information, I
19   cannot comment on.
20       Q    You told me a few moments ago that
21   members of the desk "were not willing or able
22   to discuss."
23            What did you mean by that?
24       A    In the course of the preparation
25   for my deposition, my counsel had informed me

```
 1   that they had -- that they had tried to speak
 2   to previous members of the desk and they were
 3   unwilling to be -- or rather, unwilling to go
 4   on the record or not willing to discuss
 5   events at that time.
 6        Q    Do you know why the former members
 7   of the desk were unwilling to discuss these
 8   issues with ED&F's counsel?
 9        A    I have no -- no knowledge of why
10   they were unable to or unwilling to discuss.
11   I guess I would say -- I have no knowledge as
12   to why.
13        Q    When you say that you can't comment
14   on why ED&F didn't use the information
15   available about ED&F Dubai's -- sorry --
16   MPT Dubai's failure to cover its shorts at
17   the time of the trade, why can't you comment
18   on that?
19        A    As previously mentioned, I have had
20   no opportunity to speak to any previous
21   members of the desk, and I wasn't employed by
22   ED&F Man at the time of these trades.
23             My knowledge of these trades and
24   for this deposition has only been in the last
25   six to seven weeks.
```

```
 1        Q    Okay.  MPT Dubai is the seller in
 2   this trade confirm.
 3             Correct?
 4        A    (Witness reviewing.)
 5             Chris Henstock is the seller,
 6   MPT Dubai.
 7        Q    There's a reference to "value date"
 8   of the 12th of March.
 9             Is that the same as a settlement
10   date?
11        A    (Witness reviewing.)
12             THE WITNESS:  Sorry, Mike.
13        A    The value date would be the
14   settlement date.
15        Q    And the price of each share is 52.4
16   Danish krones.
17             Correct?
18        A    Yes.  The confirm shows at 52.4
19   Danish kroner, yeah.
20        Q    A couple lines above that, there's
21   a reference to "splits."
22             Do you see that?
23        A    Yes, I do.
24        Q    What's a "split?"
25        A    (Witness reviewing.)
```

1          A "split" is a split trade.  You
2     will note that the amounts there will add up
3     to 22.3 million shares.
4          Q    Okay.  So what's a "split?"
5          A    A trade that's been split into
6     smaller parts.
7          Q    I see.  So we have three splits of
8     2 million, one split of 2.2 million, two
9     splits of 2.15 million, one split of
10    3.3 million, one split of 4 million, and one
11    split of 2.5 million?
12         A    As per the confirmation, yes.
13         Q    And what is the reason that MPT
14    would split a transaction into smaller parts?
15              MR. BINDER:  Objection to form and
16         beyond his scope as a corporate
17         representative of ED&F.
18              MR. OXFORD:  I'm just asking for
19         the witness' understanding from ED&F's
20         perspective.
21         A    The trade would be split into
22    smaller parcels or lot size, if you like.
23    Smaller trades are easier to settle.
24         Q    Why are they easier to settle?
25         A    You need less shares to settle

```
 1    smaller trades than you do to settle one big
 2    trade.
 3         Q    Can you explain what you mean by
 4    that?  Feel free to use an example if that's
 5    easier.
 6         A    ED&F were a clearing broker of
 7    MPT Dubai.  ED&F held a depot account with
 8    certain amounts of Danish securities in it.
 9              Smaller parcels of shares would be
10    used to settle these smaller splits of
11    trades.
12         Q    In the context of the memo to the
13    FCA, Exhibit 4168, is it correct that this
14    trade confirm that we've just been looking at
15    is Trade 1?
16              MR. BINDER:  Objection to form,
17         lacks foundation.
18         A    (Witness reviewing.)
19              In the context of the document
20    we've been looking at, sir, Mr. Oxford, yes,
21    this would be Trade 1 as per the diagram.
22         Q    Okay.  Then, in the same exhibit,
23    can I direct you 11 pages earlier to the
24    document ending in Bates number 938?
25         A    (Witness reviewing.)
```

1    shares it sold via the IDB to the pension
2    plan, but also the same shapes.
3         Correct?
4    A    The shapes are the same, that's
5    correct.  But as we saw in the sale,
6    MPT Dubai decided they wanted to sell the
7    shares in those shapes.
8         It would be natural to expect that
9    they would want to buy them back in the same
10   shapes.
11   Q    And your answer allows for a
12   hypothetical possibility that they could be
13   different shares.
14        Correct?
15        MR. BINDER:  Objection to form.
16   A    MPT Dubai would not know if they
17   were the same shares they were buying back.
18   The same, the pension plan would not know if
19   they were the same shares they were selling
20   that they originally bought.
21   Q    ED&F Man would know that they were
22   the same shares that were bought and sold.
23        Correct?
24        MR. BINDER:  Objection to form,
25      lacks foundation, vague.

1      A    ED&F Man is the clearer for both
2  MPT Dubai and the pension plan.  ED&F Man are
3  clearing their positions.
4           They would not know if they were
5  the same shares or not.
6      Q    But what ED&F Man would have is
7  information available to see the entire
8  series of transactions we reviewed and see
9  the trade dates, the settlement dates, the
10 prices, the amounts, and the shapes.
11          Correct?
12     A    ED&F Man would have that
13 information available, yes.
14     Q    And you would need to have that
15 information available to clear the trades.
16          Correct?
17     A    Yes, they would, as they act as the
18 clearer for both buyer and seller.
19     Q    If the IDBs, Volcafe and Link, did
20 not have any other Danish shares, didn't have
21 any TDC shares other than the 22.3 million
22 that are referenced in the transaction
23 documents we've been looking at, would you
24 agree that the same shares had been used to
25 cover the short as to sell to the pension

1          MR. BINDER:  Objection,
2      hypothetical and outside the scope of
3      his role as a corporate representative.
4      A    I'm unable to answer that question,
5  Mr. Oxford.
6      Q    Why is that?
7      A    I don't know the answer.
8      Q    Okay.  Last topic, you'll be
9  delighted to hear, I just want to follow up
10 on a couple of your answers earlier.
11         When I was asking you about the
12 reason transactions were split into smaller
13 parts, you told me that smaller trades are
14 easier to settle because you need fewer
15 shares to settle a smaller trade than a large
16 one.
17         Do you remember telling me that?
18     A    I do remember telling you that,
19 yes.
20     Q    Okay.  And then I asked you to give
21 me an example, and you told me that ED&F was
22 a clearing broker for MPT Dubai and ED&F held
23 a depot account with a certain amount of
24 Danish securities in it.
25         Do you remember telling me that?

1     A    Yes.
2     Q    And you went on to say that smaller
3  parcels of shares would be used to settle the
4  smaller splits.
5          Correct?
6     A    That's correct.
7     Q    Okay.  Is it correct that in the
8  depot account, ED&F held certain amounts of
9  Danish securities, but not enough to settle
10 all of the Danish trades that they were
11 settling in one day?
12    A    There wasn't enough shares held
13 within the depot to settle all of the trades
14 on one day.
15    Q    Okay.  And how is it that ED&F then
16 managed to settle all of those trades in one
17 day?
18         MR. BINDER:  Objection to form.
19    A    Trades were, as we've -- as we've
20 covered, were in smaller shapes.  The smaller
21 shapes were able to be settled with the
22 shares that were held in the depot account by
23 ED&F Man.
24    Q    Is that what's known in the
25 industry as "intraday settlement?"

# Errata Sheet

**Caption:** *In re Customs & Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation*, Master Docket No. 18-md-2865 (LAK)

**Witness:** Andrew Wall

**Deposition Date:** February 23, 2022

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 15:4 | monetary and surveillance | monitoring and surveillance | Transcription error |
| 30:20 | test policies | best policies | Transcription error |
| 37:2 | and are | and am | Transcription error |
| 37:12-13 | entity to broker | interdealer broker | Transcription error |
| 40:13-14 | particularized in Schedule 1 (64 tax vouchers in Schedule 2), 16 tax vouchers to this | particularized in Schedule 1 (64 tax vouchers) and Schedule 2 (16 tax vouchers) to this | Transcription error |
| 52:14 | MPT Dubai | ED&F Man Professional Trading Dubai Limited | Clarification |
| 55:15 | by either | by | Clarification |
| 66:10 | some equivalent | a sum equivalent | Transcription error |
| 67:21 | the client in | the client as in | Transcription error |
| 73:11-12, 73:17, 93:7, 94:16, 99:2, 108:22, 109:7, 110:21, 110:23-24, 142:24-25, 186:22, 243:9 | Christine McKinnon | Christina MacKinnon | Spelling Error |
| 73:12, 92:23, 93:4, 93:18, 93:23, 94:1, 94:3, 94:7, 101:5, 105:18, 105:22, | McKinnon | MacKinnon | Spelling Error |

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 106:15, 106:22, 107:1, 107:6, 107:25, 108:18, 108:25, 116:23, 117:7, 117:19, 143:2, 143:12, 143:13, 165:4, 176:25, 177:15, 177:23 | | | |
| 85:8-12 | Within – Michael Meade would look – to create the tax vouchers, the pension plans would have Michael Meade believe the pension plan would be entitled to a dividend. | When Michael Meade created the tax vouchers, he believed the pension plan would be entitled to a dividend. | Clarification |
| 87:2 | would receive | received | Clarification |
| 87:4-5 | the shares sold was sold – short sold | the shares sold were short sold | Clarification |
| 87:8-10 | The entitlement alone, taken in isolation, would not entitle them to a dividend, no. | The entitlement alone, taken in isolation, would not mean they received a dividend, no. | Clarification |
| 89:17-18 | The covering of the shares was not the issue. | The covering of the shares after the trade was not the issue, the issue was that the short position was not covered at the time of the trade. | Clarification |
| 89:21:22 | The covering of the short position was not the issue. The issue is the fact that MPT Dubai short sold shares. | The covering of the short position after the fact was not the issue. The issue is the fact that MPT Dubai short sold shares without the right to acquire cum-dividend shares at the time of the trade. | Clarification |
| 93:7, 107:7 | head of operations | head of securities operations | Clarification |
| 94:22 | in evidence | in existence | Transcription error |
| 96:14-15 | their recipients' concern." | The recipients concerned." | Transcription error |

2

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 96:25 | Couldn't | I couldn't | Transcription error |
| 108:11 | memorandum by Ms. McKinnon." | memorandum" by Ms. MacKinnon. | Transcription error |
| 109:2 | I wouldn't say | I couldn't say | Transcription error |
| 110:24-25 | operations department | securities operations department | Clarification |
| 117:7-8 | "a record | a "record | Transcription error |
| 119:8 | payment to the amount | payment in the amount | Clarification |
| 120:8, 120:10, 120:22, 120:25, 121:12 | clients | counterparties | Clarification |
| 125:17 | short selling | selling | Correction |
| 126:23 | standard tax format. | Standard tax voucher format. | Clarification |
| 127:9 | standard tax format template. | Standard tax voucher format template. | Clarification |
| 130:1 | We | You | Transcription Error |
| 131:13 | review | amend | Clarification |
| 134:13 | operations department | securities operations department | Clarification |
| 138:17 | If I then | If they then | Transcription Error |
| 142:1 | operations team | securities operations team | Clarification |
| 152:17, 152:20 | Jilian | Julian | Spelling Error |
| 168:1 | Paul | Tom | Transcription Error |
| 169:21 | 1502 | 15:02 | Clarification |
| 171:17 | particular date, 2017 | particular date in 2017 | Transcription Error |
| 178:19-20 | "to provide documentation | to provide "documentation | Transcription Error |
| 178:20 | MPT | MPT's | Transcription Error |
| 178:22 | records | record | Transcription Error |
| 186:13 | document in writing | document when writing | Transcription Error |
| 192:9 | 19th of March | 28th of March | Clarification |
| 208:13 | site | cite | Spelling Error |
| 219:18 | link | Link | Spelling Error |
| 220:24 | Assets | Asset | Transcription Error |
| 226:7-9 | Again, it would be acting in its capacity as an agency broker on behalf of a client to sell those shares. | Again, it would be acting in its capacity as a broker for its client to sell those shares. | Clarification |
| 226:23 | receive the file | receive the order | Transcription Error |
| 244:13 | vouchers. | voucher. | Transcription Error |
| 251:7 | SWIFTs' | SWIFT | Transcription Error |
| 256:21-22 | At some point in May 2019. I'm sorry. At some point in 2019. | At some point in 2019. | Clarification |
| 258:12 | cubic | Cubix | Transcription Error |

2

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 259:12 | e-mail train | e-mail chain | Transcription Error |
| 260:1 | trade is settled? It's | trade has settled?" It's | Transcription Error |
| 260:2 | Lundbeck." | Lundbeck. | Transcription Error |
| 260:6 | failed CP | failed. C/P | Transcription Error |

I declare under penalty of perjury under the laws of the United States of America that I have read the entire transcript of my deposition taken in the above-captioned matter and the same is true and accurate, save and except for changes and/or corrections as indicated by me on the deposition errata sheet hereof, with the understanding that I offer these changes as if still under oath.

Executed this 31 day of March, 2022

*[signature]*

Andrew Wall

2