# Exhibit 9

Message

| | |
|---|---|
| **From:** | Simon Dakin [Simon.Dakin@icbkfs.com] |
| **Sent:** | 21/08/2014 15:29:06 |
| **To:** | 'Meade, Michael (LDN)' [mmeade@edfmancapital.com]; domestic [domestic@icbkfs.com] |
| **CC:** | LDN-EQUITYASSETSERVICING-DL [LDN-EQUITYASSETSERVICING@edfmancapital.com]; Wadlow, Steve (LDN) [swadlow@edfmancapital.com] |
| **BCC:** | secops@edfmancapital.com; sahamed@edfmancapital.com; cmackinnon@edfmancapital.com |
| **Subject:** | RE: DK0060228559 - TDC A/S - P/D 13-08-2014 - Dividend due to ED&F Man Capital Markets |

Thanks Michael,

Various parts to us reclaiming the funds witch we have started the process with, we will let you know when we have the full position to return.

Regards,
Simon Dakin
Prime Dealer Services
ICBC Financial Services LLC
36 King Street
London, EC2V 8BB
Tel No 020 3003 3303
Fax No 020 3003 3329
Email simon.dakin@icbkfs.com
Email euroclear@icbkfs.com - for all Euroclear related issues
Email domestic@icbkfs.com - for all domestic market issues

 工银金融服务有限责任公司
INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

**From:** Meade, Michael (LDN) [mailto:mmeade@edfmancapital.com]
**Sent:** 21 August 2014 16:13
**To:** Simon Dakin; domestic
**Cc:** LDN-EQUITYASSETSERVICING-DL; Wadlow, Steve (LDN)
**Subject:** RE: DK0060228559 - TDC A/S - P/D 13-08-2014 - Dividend due to ED&F Man Capital Markets

Hi Simon,

Trade date was 07-08-2014 & Settlement date was 12-08-2014.

We purchased 2,000,000 shs from CSFB which settled into account 636 and were then due to deliver 2,000,000 shs to EDF Man Capital (at our agent SEB) but the 2,000,000 shs were incorrectly delivered to another of your clients. The delivery therefore failed until 13-08-2014 and as there is no automatic dividend compensation for the Danish market we are now short the dividend.

Please let me know if you need any more info.

Thanks,

**Michael Meade**
Asset Services

 Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7240
Group: +44 (0)20 3580 7234
Email: mmeade@edfmancapital.com
Group: LDN-EQUITYASSETSERVICING@edfmancapital.com

CONFIDENTIAL

**From:** Simon Dakin [mailto:Simon.Dakin@icbkfs.com]
**Sent:** 21 August 2014 16:03
**To:** Meade, Michael (LDN); domestic; CorporateActions
**Cc:** LDN-EQUITYASSETSERVICING-DL; Wadlow, Steve (LDN)
**Subject:** RE: DK0060228559 - TDC A/S - P/D 13-08-2014 - Dividend due to ED&F Man Capital Markets

Hi Michael,

Can you advise the trade and settlement date for the below so we can investigate further.

Thanks,
Simon Dakin
Prime Dealer Services
ICBC Financial Services LLC
36 King Street
London, EC2V 8BB
Tel No 020 3003 3303
Fax No 020 3003 3329
Email **simon.dakin@icbkfs.com**
Email euroclear@icbkfs.com - for all Euroclear related issues
Email domestic@icbkfs.com - for all domestic market issues
 工银金融服务有限责任公司
INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

**From:** Meade, Michael (LDN) [mailto:mmeade@edfmancapital.com]
**Sent:** 21 August 2014 10:53
**To:** domestic; CorporateActions
**Cc:** LDN-EQUITYASSETSERVICING-DL; Wadlow, Steve (LDN)
**Subject:** DK0060228559 - TDC A/S - P/D 13-08-2014 - Dividend due to ED&F Man Capital Markets

Hi All,

We are claiming the below dividend due to a cum dividend trade failing over the dividend record date. Please see event details below:

| | |
|---|---|
| SECURITY | TDC A/S |
| ISIN | DK0060228559 |
| REC DATE | 12/08/2014 |
| PAY DATE | 13/08/2014 |
| GROSS DIV RATE | 1.50 |
| CURRENCY | DKK |
| TAX RATE | 27% |

We had a receipt of 2,000,000 shs into your account 636 which was incorrectly delivered to another of your clients. This issue was raised to the ICBC Settlements Team by my colleague Steve Wadlow. As a result, this stock was not settled into our benefcial depot on record date and we are therefore short the below dividend amount.

Total amount claimed is **DKK 2,190,000.00**.

If you are in agreement, please make payment to the below account and kindly confirm back with the payment value date:

| | |
|---|---|
| Correspondent Bank: | Nordea Bank, Denmark |
| Correspondent SWIFT: | NDEADKKK |
| Beneficiary Bank: | JP Morgan Chase Bank, NA London |
| Beneficiary Bank SWIFT: | CHASGB2L |

CONFIDENTIAL

Final Beneficiary:                    ED&F Man Capital Market Ltd
Final Beneficiary Account:            GB31CHAS60924241018467

If you require any more information please let me know.

Regards,

**Michael Meade**
Asset Services



Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7240
Group: +44 (0)20 3580 7234
Email: mmeade@edfmancapital.com
Group: LDN-EQUITYASSETSERVICING@edfmancapital.com

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

This email and any attached files are confidential and may be legally privileged. If you are not the intended recipient, any disclosure, reproduction, copying, distribution, or other dissemination or use of this communication is strictly prohibited. If you have received this transmission in error please notify the sender immediately and then delete this email. Email transmission cannot be guaranteed to be secure or error free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore is in no way liable for any errors or omissions in the contents of this message which may arise as a result of email transmission. If verification is required please request a hard copy.

This email and any attached files are confidential and may be legally privileged. If you are not the intended recipient, any disclosure, reproduction, copying, distribution, or other dissemination or use of this communication is strictly prohibited. If you have received this transmission in error please notify the sender immediately and then delete this email. Email transmission cannot be guaranteed to be secure or error free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore is in no way liable for any errors or omissions in the contents of this message which may arise as a result of email transmission. If verification is required please request a hard copy.

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein

and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

This email and any attached files are confidential and may be legally privileged. If you are not the intended recipient, any disclosure, reproduction, copying, distribution, or other dissemination or use of this communication is strictly prohibited. If you have received this transmission in error please notify the sender immediately and then delete this email. Email transmission cannot be guaranteed to be secure or error free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore is in no way liable for any errors or omissions in the contents of this message which may arise as a result of email transmission. If verification is required please request a hard copy.

This email and any attached files are confidential and may be legally privileged. If you are not the intended recipient, any disclosure, reproduction, copying, distribution, or other dissemination or use of this communication is strictly prohibited. If you have received this transmission in error please notify the sender immediately and then delete this email. Email transmission cannot be guaranteed to be secure or error free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore is in no way liable for any errors or omissions in the contents of this message which may arise as a result of email transmission. If verification is required please request a hard copy.

ED&F-00315849