# Exhibit 10

Message

| | |
|---|---|
| **From**: | Meade, Michael (LDN) [mmeade@edfmancapital.com] |
| **Sent**: | 28/08/2014 13:32:20 |
| **To**: | subcustody.dk@seb.dk |
| **CC**: | MacKinnon, Christina (LDN) [cmackinnon@edfmancapital.com]; Ahamed, Sagar (LDN) [sahamed@edfmancapital.com]; Chowdhury, Nobel (LDN) [nchowdhury@edfmancapital.com] |
| **Subject**: | RE: Market claims |

Hi Patrik,

No need for apology, just wanted to clarify the process. It saves me claiming the funds on our side.

Many thanks,

**Michael Meade**
Asset Services



Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7240
Group: +44 (0)20 3580 7234
Email:  mmeade@edfmancapital.com
Group: LDN-EQUITYASSETSERVICING@edfmancapital.com

---

**From:** patrik.bjernalt@seb.dk [mailto:patrik.bjernalt@seb.dk] **On Behalf Of** subcustody.dk@seb.dk
**Sent:** 28 August 2014 14:22
**To:** Meade, Michael (LDN)
**Cc:** MacKinnon, Christina (LDN); Ahamed, Sagar (LDN); Chowdhury, Nobel (LDN)
**Subject:** RE: Market claims

Hi Michael,

Please be advised that identification and processing of market claims is a part of our service to our clients. We contacted your counter party (BNY Mellon) and they have transferred DKK 2.190.000 to SEB and we have credited your cash account accordingly. We will confirm all processed and finalized market claims via MT566.

As I mentioned a few days ago (below in this email), SEB will do this automatically for all trades subject to a market claim on behalf of our clients. Since you wanted to discuss this with your manager, we decided to wait for your approval with regards to debits, however decided to proceed with credits as normal procedure.

My apologies if I was unclear in my previous email.


Kind Regards
Patrik

---

**From:** Meade, Michael (LDN) [mailto:mmeade@edfmancapital.com]
**Sent:** 28. august 2014 14:56
**To:** Custody Services Sub CPH
**Cc:** MacKinnon, Christina (LDN); Ahamed, Sagar (LDN); Chowdhury, Nobel (LDN)
**Subject:** RE: Market claims

Hi Patrik,

I have received the attached SWIFT MT566 today and it seems to relate to a Market Claim.

On DK0060228559 - TDC A/S, we had a fail on 2,000,000 shs across the dividend record date 12-08-2014. As per the attached SWIFT, it seems that SEB has compensated us on this.

We have a few questions please in regards to this payment:

1. Is this a contractual payment or have SEB physically received the DKK 2,190,000.00 in the realworld?
2. If this is a contractual payment, what terms have you paid us on (i.e. if you have not received the DKK 2,190,000.00 in the realworld, how many days will you leave the contractual payment on our account before reversing out and telling us to make a manual market claim)?
3. I have already begun claiming these funds from our counterparty. If this is a realworld payment, who have you received these funds from?

If you need any more info please let me know.

Thanks,

**Michael Meade**
Asset Services



Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7240
Group: +44 (0)20 3580 7234
Email: mmeade@edfmancapital.com
Group: LDN-EQUITYASSETSERVICING@edfmancapital.com

---

**From:** patrik.bjernalt@seb.dk [mailto:patrik.bjernalt@seb.dk] **On Behalf Of** subcustody.dk@seb.dk
**Sent:** 26 August 2014 14:27
**To:** Meade, Michael (LDN)
**Cc:** MacKinnon, Christina (LDN); Ahamed, Sagar (LDN); Chowdhury, Nobel (LDN)
**Subject:** RE: Market claims

Hi Michael,

Ok – thank you!

I´ll wait for your confirmation next week.

Kind Regards
Patrik

---

**From:** Meade, Michael (LDN) [mailto:mmeade@edfmancapital.com]
**Sent:** 26. august 2014 14:56
**To:** Custody Services Sub CPH
**Cc:** MacKinnon, Christina (LDN); Ahamed, Sagar (LDN); Chowdhury, Nobel (LDN)
**Subject:** RE: Market claims

Hi Patrik,

Many thanks for the below.

We will need to discuss this with our manager Christina who is currently on annual leave, therefore we will get back to you next week.

CONFIDENTIAL                                                                                                                    ED&F-00273946

Thanks,

**Michael Meade**
Asset Services



Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7240
Group: +44 (0)20 3580 7234
Email:  mmeade@edfmancapital.com
Group: LDN-EQUITYASSETSERVICING@edfmancapital.com

---

**From:** patrik.bjernalt@seb.dk [mailto:patrik.bjernalt@seb.dk] **On Behalf Of** subcustody.dk@seb.dk
**Sent:** 26 August 2014 13:43
**To:** Meade, Michael (LDN)
**Cc:** MacKinnon, Christina (LDN); Ahamed, Sagar (LDN); Chowdhury, Nobel (LDN)
**Subject:** Market claims

Hi Michael,

Thank you for your prompt reply. Can the below e-mail address be used for all Asset Serving related information/queries in the future?

As you may be aware of, there is no market support for market claims in the Danish market. However, SEB will automatically monitor all trades with
contractual settlement date (based on normal settlement cycle) prior to or on record date and automatically compensate all trades (both credits and debits) that are failing over record date, provided that the trades are following normal settlement cycle and are subject to a market claim according to Danish market rules. SEB will confirm all market claims via SWIFT MT566.

Please let me know if you find this as an acceptable procedure going forward?


Kind Regards
Patrik

---

**From:** Meade, Michael (LDN) [mailto:mmeade@edfmancapital.com]
**Sent:** 26. august 2014 14:27
**To:** Custody Services Sub CPH
**Cc:** MacKinnon, Christina (LDN); Ahamed, Sagar (LDN); Chowdhury, Nobel (LDN)
**Subject:** RE: Tax Vouchers

Hi Patrik,

Market claims info should be directed to LDN-EQUITYASSETSERVICING@edfmancapital.com.

However everyone who is on the above group address is individually listed on this mail so please let us know the info you have.

Thanks,

**Michael Meade**
Asset Services

CONFIDENTIAL                                                                                                                ED&F-00273947



Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7240
Group: +44 (0)20 3580 7234
Email: mmeade@edfmancapital.com
Group: LDN-EQUITYASSETSERVICING@edfmancapital.com

---

**From:** patrik.bjernalt@seb.dk [mailto:patrik.bjernalt@seb.dk] **On Behalf Of** subcustody.dk@seb.dk
**Sent:** 26 August 2014 13:25
**To:** Chowdhury, Nobel (LDN)
**Cc:** MacKinnon, Christina (LDN); Meade, Michael (LDN); Ahamed, Sagar (LDN)
**Subject:** RE: Tax Vouchers

Hi Nobel,

Many thanks for below!

I'm not sure if you are responsible for market claims as well. If not, can you please address me to correct department handling market claims, as I have some important information to share.

Thanks!

Kind Regards
Patrik

---

**From:** Chowdhury, Nobel (LDN) [mailto:nchowdhury@edfmancapital.com]
**Sent:** 26. august 2014 14:16
**To:** Custody Services Sub CPH
**Cc:** MacKinnon, Christina (LDN); Meade, Michael (LDN); Ahamed, Sagar (LDN)
**Subject:** RE: Tax Vouchers

Patrik,

Please send the vouchers to :

Michael Meade
ED&F Capital Markets,
3rd Floor
Cottons Centre, Hays Lane, London, SE1 2QE,
United Kingdom.

Thanks
Nobel

---

**From:** subcustody.dk@seb.dk
**Sent:** 26/08/2014 12:12
**To:** Chowdhury, Nobel (LDN)
**Cc:** MacKinnon, Christina (LDN); Meade, Michael (LDN); Ahamed, Sagar (LDN)
**Subject:** RE: Tax Vouchers

Hi Nobel,

I hope you are doing fine!

As you have some activity in Denmark now since a few weeks back, I just want to confirm that we should proceed with the Tax Vouchers as previously agreed?

We will send you a scanned report end of each month, including all dividends paid to your accounts that specific month (please see attached template). SEB´s fee for creating this manually will be DKK 250 per dividend payment.

In addition, can you please confirm the address where the hard copy should be sent?

Many thanks!


Kind Regards
Patrik

---

**From:** Chowdhury, Nobel (LDN) [mailto:nchowdhury@edfmancapital.com]
**Sent:** 12. marts 2014 17:45
**To:** Custody Services Sub CPH
**Cc:** MacKinnon, Christina (LDN); Meade, Michael (LDN); Ahamed, Sagar (LDN); Grimstrup, Merete
**Subject:** Re: Tax Vouchers

Patrik,

This format is fine, we can work with it.

Please send the original for the attention of my colleague Michael Meade,

Thanks
Nobel

On 12 Mar 2014, at 14:54, "subcustody.dk@seb.dk" <subcustody.dk@seb.dk> wrote:

Hi Nobel,

Please find enclosed a draft version of a Tax Voucher we can send on a monthly basis.

In this **example**, after reconciling all dividend payments during that month, 3 payments were found resulting in a fee in total of DKK 750.

I can confirm that a hard copy will be sent to you in addition to a scanned version by e-mail.

Please let me know if this is sufficient for you.

Thank you!


Kind Regards
Patrik

CONFIDENTIAL

ED&F-00273949

-----Original Message-----
From: Chowdhury, Nobel (LDN) [mailto:nchowdhury@edfmancapital.com]
Sent: 11. marts 2014 18:18
To: Custody Services Sub CPH
Cc: MacKinnon, Christina (LDN); Meade, Michael (LDN); Ahamed, Sagar (LDN); Grimstrup, Merete
Subject: RE: Tax Vouchers

Patrik,

Thanks for your reply. I think this will work for us. In the first
instance we would want a scanned copy, then an original sent to us by
post. What is the most cost efficient format for you ? At this time I have
no preference as to the form of the vouchers, as long as they contain the
information we need. Please would you send a proposed format to us to
check before beginning production.

Thanks
Nobel

_____
From: patrik.bjernalt@seb.dk <patrik.bjernalt@seb.dk> on behalf of
subcustody.dk@seb.dk <subcustody.dk@seb.dk>
Sent: 06 March 2014 12:57
To: Chowdhury, Nobel (LDN)
Cc: MacKinnon, Christina (LDN); Meade, Michael (LDN); Ahamed, Sagar (LDN);
Merete.Grimstrup@seb.dk
Subject: RE: Tax Vouchers

Hi Nobel,

I hope this email finds you well!

Please be advised that we have gone through the new process internally and
we will be happy to provide you with Tax Vouchers on a regular basis.

Our process suggestion is as follows:
We will end of each month reconcile all dividend payments paid to you that
specific month. We will create Tax Vouchers based on all payments that
month, and forward those to you end of month. Will that be an acceptable
procedure for you?

Can you also confirm if you accept scanned Tax Vouchers send by e-mail,
and also confirm if you require one Tax Voucher per account and for each
ISIN or in fact accept a breakdown of all dividend payments for that
specific month included in one Tax Voucher?

In addition, based on the time estimated to create the Tax Vouchers, a fee
of DKK 250 will be charged for each Tax Vouchers, or for each dividend
payment included in the Tax Voucher.

Please let me know if you have any questions hereto.

CONFIDENTIAL

ED&F-00273950

Best Regards
Patrik



From: Chowdhury, Nobel (LDN) [mailto:nchowdhury@edfmancapital.com]
Sent: 28. februar 2014 14:53
To: Custody Services Sub CPH
Cc: Larsen, Lasse; MacKinnon, Christina (LDN); Meade, Michael (LDN); Ahamed, Sagar (LDN)
Subject: RE: Tax Vouchers

Merete,

Thanks for your time today, as discussed we hope to hear from you next week as to the timeframe for issuing a pooled block voucher by event. Given that this will be new process for you please let us know any incremental fees involved in the provision of this service.

Regards
Nobel

_____

From: Merete.Grimstrup@seb.dk<mailto:Merete.Grimstrup@seb.dk> <Merete.Grimstrup@seb.dk<mailto:Merete.Grimstrup@seb.dk>> on behalf of subcustody.dk@seb.dk<mailto:subcustody.dk@seb.dk> <subcustody.dk@seb.dk<mailto:subcustody.dk@seb.dk>>
Sent: 27 February 2014 07:38
To: Chowdhury, Nobel (LDN)
Cc: Lasse.Larsen@seb.dk<mailto:Lasse.Larsen@seb.dk>; MacKinnon, Christina (LDN); Meade, Michael (LDN); Ahamed, Sagar (LDN)
Subject: RE: Tax Vouchers

Hello Nobel !

I've booked a meeting room for your call  so if you could call at 2 pm on the following number +45 33 28 34 06

Kindest regards
Merete

From: Chowdhury, Nobel (LDN) [mailto:nchowdhury@edfmancapital.com]
Sent: 26. februar 2014 16:03
To: Custody Services Sub CPH
Cc: Larsen, Lasse; MacKinnon, Christina (LDN); Meade, Michael (LDN); Ahamed, Sagar (LDN)
Subject: RE: Tax Vouchers

CONFIDENTIAL

ED&F-00273951

Merete,

Thanks, we will call your number below or alternately please send dial in details for 2pm Danish Time on Friday.

Many thanks
Nobel

_____

From: subcustody.dk@seb.dk<mailto:subcustody.dk@seb.dk>
Sent: 26/02/2014 11:31
To: Chowdhury, Nobel (LDN)<mailto:nchowdhury@edfmancapital.com>
Cc: Lasse.Larsen@seb.dk<mailto:Lasse.Larsen@seb.dk>
Subject: RE: Tax Vouchers
Hi Nobel!

If you can call before or around 2 pm ? (Danish time) Unfortunately I have to leave the office early on Friday. If that is not possible I can ask my colleague Lasse Larsen to take the call, he will be in until 5 pm.

Kind regards
Merete



From: Chowdhury, Nobel (LDN) [mailto:nchowdhury@edfmancapital.com]
Sent: 26. februar 2014 12:26
To: Custody Services Sub CPH; Freij, Charlotte; Ahamed, Sagar (LDN); Cash Sub Custody Relations
Cc: MacKinnon, Christina (LDN); Meade, Michael (LDN)
Subject: RE: Tax Vouchers

Merete,

Are you around this Friday afternoon for a brief call? Thanks for you reply, but I think I did not make the question clear enough. It may be better to explain the issue over the phone.

Thanks
Nobel

_____

From: subcustody.dk@seb.dk<mailto:subcustody.dk@seb.dk>
Sent: 26/02/2014 07:30
To: Chowdhury, Nobel (LDN)<mailto:nchowdhury@edfmancapital.com>;
Charlotte.Freij@seb.se<mailto:Charlotte.Freij@seb.se>; Ahamed, Sagar (LDN)<mailto:sahamed@edfmancapital.com>;
cash.subcustody.relations@seb.se<mailto:cash.subcustody.relations@seb.se>
Cc: MacKinnon, Christina (LDN)<mailto:cmackinnon@edfmancapital.com>;

CONFIDENTIAL

ED&F-00273952

subcustody.dk@seb.dk<mailto:subcustody.dk@seb.dk>; Meade, Michael (LDN)<mailto:mmeade@edfmancapital.com>
Subject: RE: Tax Vouchers
Dear Nobel !

In the Danish market we would normally pay your tax with the same day value as we receive it from the Local Authorities. And thus you would be notified. We would save this in our files for 5 years.

I hope this may answer your question, unless of course I¹ve misunderstood you. If so, please don¹t hesitate to revert to me.



Kind regards

Merete Grimstrup
Market Specialist
Transaction Banking,
SEB Merchant Banking

Phone: +45 33 28 10 51 Mobile: +45 21 12 59 29
Switchboard: +45 33 28 28 28
Postal Address: P.O.Box 100, 0900 København C
Office Address: Bernstorffsgade 50, 1577 København V
E-mail: merete.grimstrup@seb.dk<mailto:merete.grimstrup@seb.dk>
www.seb.dk<http://www.seb.dk/>
Skandinaviska Enskilda Banken, Danmark, filial af Skandinaviska Enskilda Banken AB (publ), Sverige. Registration no. Danish Business Authority (CVR): 19 95 60 75. Swedish Companies Registration Office: 502032-9081.

P Please consider the environment before printing this e-mail
CONFIDENTIALITY NOTICE
This e-mail is confidential and may contain legally privileged information. If you have received it by mistake, please inform us by reply e-mail and then delete it (including any attachments) from your system; you should not copy it or in any other way disclose its content to anyone. E-mail is susceptible to data corruption, interception, unauthorized amendment, tampering and virus. We do not accept liability for any such actions or the consequences thereof. Skandinaviska Enskilda Banken AB (publ) is incorporated in Sweden as a Limited Liability Company. It is regulated by Finansinspektionen, and by the local financial regulators in each of the jurisdictions in which it has branches or subsidiaries.



From: Chowdhury, Nobel (LDN) [mailto:nchowdhury@edfmancapital.com]
Sent: 25. februar 2014 17:52
To: Freij, Charlotte; Ahamed, Sagar (LDN); Cash Sub Custody Relations
Cc: MacKinnon, Christina (LDN); Custody Services Sub CPH; Meade, Michael (LDN)

Subject: RE: Tax Vouchers

Would someone please reply in Charlotte's absence

Thanks
Nobel

_____


From: Chowdhury, Nobel (LDN)
Sent: 25 February 2014 16:48
To: Charlotte.Freij@seb.se<mailto:Charlotte.Freij@seb.se>; Ahamed, Sagar (LDN)
Cc: MacKinnon, Christina (LDN); subcustody.dk@seb.dk<mailto:subcustody.dk@seb.dk>; Meade, Michael (LDN)
Subject: RE: Tax Vouchers

Charlotte,

Thanks for this, I have a follow on question. If we were to use the pooled account model , and SEB provided the tax voucher for the overall position on a  particular position. How long after pay date would you provide the so called "block" voucher to us. Do you have any guidelines? I assume it would be after all items have been compensated and you have a properly reconciled settled record date position.I ask because once we receive such a voucher, we can then create sub-vouchers per underlying client.

Thanks
Nobel

_____


From: Charlotte.Freij@seb.se<mailto:Charlotte.Freij@seb.se> <Charlotte.Freij@seb.se<mailto:Charlotte.Freij@seb.se>>
Sent: 10 February 2014 13:40
To: Ahamed, Sagar (LDN); Chowdhury, Nobel (LDN)
Cc: MacKinnon, Christina (LDN); subcustody.dk@seb.dk<mailto:subcustody.dk@seb.dk>
Subject: Tax Vouchers

Dear Sagar and Nobel,
we promised to revert back with feedback in relation to your request of
tax vouchers for the tax exempt clients.
SEB are happy to provide tax vouchers on the dividend and the tax we have
deducted on your account. However we cannot supply you with tax vouchers
on your underlying client level as you requested.
Legally it becomes very difficult for us to verify positions and tax other
than the ones that we are responsible for.

This is an argument for that account segregation for the tax exempt
clients would be preferable for you but then you as you stated will have

CONFIDENTIAL

ED&F-00273954

issues with the settlements instead.

I am sorry we could not solve this for you.


Kind Regards

Charlotte Freij
Cash and Sub Custody Sales
Transaction Banking

S|E|B
Merchant Banking
Direct phone:+46-8-7636572
Mobile: +46-70-7636572
E-mail: charlotte.freij@seb.se<mailto:charlotte.freij@seb.se>
Postal adress: KBBV, SE-10640 Stockholm
Visiting adress: Kungsträdgårdsgatan 8
www.sebgroup.com/corporatesandinstitutions<http://www.sebgroup.com/corporatesandinstitutions>

The content of this e-mail is intended only for the confidential use of
the person to whom it is addressed.

Any opinions expressed are those of the writer and not necessarily those
of any of the companies in Skandinaviska Enskilda Banken AB (Publ). There
is no guarantee that this message is either private or confidential, and
it may have been altered without your or our knowledge.
Any views expressed in relation to the financial performance of any entity
or market should not be relied upon, and are not necessarily the opinions
of any SEB entity.



This electronic mail message (Œemail¹) was sent by E D & F Man Capital
Markets Limited (ŒMCM¹). This information is intended solely for the
personal and confidential use of the designated recipient named therein
and therefore may not be redistributed, retransmitted or disclosed, in
whole or in part, or in any form or manner, without the written consent of
MCM and any unauthorized use or disclosure is prohibited. If you are not
the designated recipient, you are requested to return this email to the
sender immediately and to delete all copies. MCM does not represent or
warrant the accuracy of, and will not be responsible for the consequences
of reliance upon any opinion or information contained herein or for any
omission therefrom. This email has been scanned for viruses, but it is
your full responsibility for virus-checking. All email communications may
be reviewed by MCM authorised personnel and may be provided to regulators
or others with a legal right to access such information. Further
information is available at
http://www.edfmancapital.com<http://www.edfmancapital.com/>. This document
has been prepared for informational purposes only and opinions and

CONFIDENTIAL

ED&F-00273955

conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk<http://www.fca.org.uk/>. Member of the LSE.

This electronic mail message (Œemail¹) was sent by E D & F Man Capital Markets Limited (ŒMCM¹). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com<http://www.edfmancapital.com/>. This document

has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk<http://www.fca.org.uk/>. Member of the LSE.
This electronic mail message (Œemail¹) was sent by E D & F Man Capital Markets Limited (ŒMCM¹). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com<http://www.edfmancapital.com/>. This document

CONFIDENTIAL

ED&F-00273956

has been prepared for informational purposes only and opinions and
conclusions expressed do not necessarily represent those of MCM. All
pricing is indicative and all estimates and opinions included in this
document are as of the date of the document and may be subject to change
without notice. MCM does not provide legal, tax or accounting advice and
you are responsible for seeking any such advice separately. E D & F Man
Capital Markets Limited, Cottons Centre, Hay¹s Lane, London, SE1 2QE,
England is a registered company in England, number 1292851. MCM is
authorised and regulated by the Financial Conduct Authority in the UK,
register number 194926 at http://www.fca.org.uk<http://www.fca.org.uk/>.
Member of the LSE.
This electronic mail message (Œemail¹) was sent by E D & F Man Capital
Markets Limited (ŒMCM¹). This information is intended solely for the
personal and confidential use of the designated recipient named therein
and therefore may not be redistributed, retransmitted or disclosed, in
whole or in part, or in any form or manner, without the written consent of
MCM and any unauthorized use or disclosure is prohibited. If you are not
the designated recipient, you are requested to return this email to the
sender immediately and to delete all copies. MCM does not represent or
warrant the accuracy of, and will not be responsible for the consequences
of reliance upon any opinion or information contained herein or for any
omission therefrom. This email has been scanned for viruses, but it is
your full responsibility for virus-checking. All email communications may
be reviewed by MCM authorised personnel and may be provided to regulators
or others with a legal right to access such information. Further
information is available at
http://www.edfmancapital.com<http://www.edfmancapital.com/>. This document
has been prepared for informational purposes only and opinions and
conclusions expressed do not necessarily represent those of MCM. All
pricing is indicative and all estimates and opinions included in this
document are as of the date of the document and may be subject to change
without notice. MCM does not provide legal, tax or accounting advice and
you are responsible for seeking any such advice separately. E D & F Man
Capital Markets Limited, Cottons Centre, Hay¹s Lane, London, SE1 2QE,
England is a registered company in England, number 1292851. MCM is
authorised and regulated by the Financial Conduct Authority in the UK,
register number 194926 at http://www.fca.org.uk<http://www.fca.org.uk/>.
Member of the LSE.

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is

CONFIDENTIAL

authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.
<Tax Voucher - Template.pdf>
This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.
This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.
This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England,

number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL

ED&F-00273959