# Exhibit 12

CONFIDENTIAL



Account:  CC:RIVERS-ASSOC
Name:   RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
Date:   31 Mar 2014

## Account Statement

### OTC-OPTIONS (EUR)

| Trade Date | Expiry Date | Asset | Description | Position | Strike | Trade Price | Original Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 Mar 2014 | 28 Apr 2014 | ALV GY | ALLIANZ SE-REG | -65,901.00 | 0.01 | 122.69 | 8,085,393.69 | 122.69 | -8,085,393.69 | 0.00 |
| 28 Mar 2014 | 28 Apr 2014 | BAS GY | BASF SE | -102,097.00 | 0.01 | 79.19 | 8,085,061.43 | 80.67 | -8,236,164.99 | -151,103.56 |
| 28 Mar 2014 | 28 Apr 2014 | BAYN GY | BAYER AG-REG | -83,182.00 | 0.01 | 97.20 | 8,085,290.40 | 98.17 | -8,165,976.94 | -80,686.54 |
| 28 Mar 2014 | 28 Apr 2014 | BMW GY | BAYERISCHE MOTOREN WERKE AG | -88,586.00 | 0.01 | 91.27 | 8,085,244.22 | 91.61 | -8,115,363.46 | -30,119.24 |
| 28 Mar 2014 | 28 Apr 2014 | DBK GY | DEUTSCHE BANK AG-REGISTERED | -253,562.00 | 0.01 | 31.88 | 8,083,556.56 | 32.47 | -8,231,890.33 | -148,333.77 |
| 28 Mar 2014 | 28 Apr 2014 | EOAN GY | E.ON AG | -580,481.00 | 0.01 | 13.92 | 8,080,295.52 | 14.18 | -8,231,220.58 | -150,925.06 |
| 28 Mar 2014 | 28 Apr 2014 | MUV2 GY | MUENCHENER RUECKVER AG-REG | -51,145.00 | 0.01 | 158.09 | 8,085,513.05 | 158.59 | -8,111,085.55 | -25,572.50 |
| 28 Mar 2014 | 28 Apr 2014 | SAP GY | SAP AG | -138,698.00 | 0.01 | 58.29 | 8,084,706.42 | 58.75 | -8,148,507.50 | -63,801.08 |
| 28 Mar 2014 | 28 Apr 2014 | VOW3 GY | VOLKSWAGEN AG-PFD | -43,887.00 | 0.01 | 184.24 | 8,085,740.88 | 188.09 | -8,254,705.83 | -168,964.95 |
| | | | | | | Option Value | 72,760,802.17 | | | -819,506.70 |

### TOTAL RETURN SWAPS (EUR)

| Trade Date | Term Date | Asset | Description | Position | Trade Price | Cash Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|
| 28 Mar 2014 | 28 Apr 2014 | ALV GY | ALLIANZ SE-REG | 65,901.00 | 122.70 | -8,086,052.70 | 122.70 | 8,086,052.70 | 0.00 |
| 28 Mar 2014 | 28 Apr 2014 | BAS GY | BASF SE | 102,097.00 | 79.20 | -8,086,082.40 | 80.68 | 8,237,185.96 | 151,103.56 |
| 28 Mar 2014 | 28 Apr 2014 | BAYN GY | BAYER AG-REG | 83,182.00 | 97.21 | -8,086,122.22 | 98.18 | 8,166,808.76 | 80,686.54 |
| 28 Mar 2014 | 28 Apr 2014 | BMW GY | BAYERISCHE MOTOREN WERKE AG | 88,586.00 | 91.28 | -8,086,130.08 | 91.62 | 8,116,249.32 | 30,119.24 |
| 28 Mar 2014 | 28 Apr 2014 | DBK GY | DEUTSCHE BANK AG-REGISTERED | 253,562.00 | 31.89 | -8,086,092.18 | 32.48 | 8,234,425.95 | 148,333.77 |
| 28 Mar 2014 | 28 Apr 2014 | EOAN GY | E.ON AG | 580,481.00 | 13.93 | -8,086,100.33 | 14.19 | 8,237,025.39 | 150,925.06 |

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

ACER_00010585

CONFIDENTIAL



| | | | | Account: | CC:RIVERS-ASSOC |
| | | | | Name: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| | | | | Date: | 31 Mar 2014 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 28 Mar 2014 | 28 Apr 2014 | MUV2 GY | MUENCHENER RUECKVER AG-REG | 51,145.00 | 158.10 | -8,086,024.50 | 158.60 | 8,111,597.00 | 25,572.50 |
| 28 Mar 2014 | 28 Apr 2014 | SAP GY | SAP AG | 138,698.00 | 58.30 | -8,086,093.40 | 58.76 | 8,149,894.48 | 63,801.08 |
| 28 Mar 2014 | 28 Apr 2014 | VOW3 GY | VOLKSWAGEN AG-PFD | 43,887.00 | 184.25 | -8,086,179.75 | 188.10 | 8,255,144.70 | 168,964.95 |
| | | | Option Value | | | -72,774,877.56 | | | 819,506.70 |

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

ACER_00010586

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
03/01/2014 through 03/31/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|----------|--------------------|-----------------|

**Account (1-020-010-RIVERS-ASSOC) is (RIVERSIDE ASSOCIATES DEFINED BENEFIT PLA)**

**Asset (DKK / DKK) Layer (C) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|----------|--------------------|-----------------|
| 03/12/2014 | T00021931001002 | SEL 2,150,000 TDC DC @ 52.4007 DKK 112,6 | 2 | PROCEED-EQUITY | 219310 | 112,661,419.00 Dr | 112,661,419.00 Dr |
| 03/13/2014 | 257567 | CASH DIV - TDC DC - PD 12/03/14 | 2 | Unclassified | 0 | 3,452,900.00 Cr | 109,208,519.00 Dr |
| 03/13/2014 | 257632 | TDC DC Custody Fees Pt I | 1 | Unclassified | 0 | 47,300.00 Dr | 109,255,819.00 Dr |
| 03/21/2014 | 260140 | Realized Gain/Loss Cust FUTURE | 89 | TR-PL-FUTURE | 0 | 2,838,000.00 Dr | 106,417,819.00 Dr |
| 03/24/2014 | T00022979601002 | SEL 2,000,000 DANSKE DC @ 144.2149 DKK 2 | 2 | PROCEED-EQUITY | 229796 | 288,429,840.00 Dr | 394,847,659.00 Dr |
| 03/25/2014 | 260620 | DANSKE DC Custody Fees | 1 | Unclassified | 0 | 40,000.00 Dr | 394,887,659.00 Dr |
| 03/26/2014 | 260723 | Reversal of SEL 2,000,000 NOVOB DC @ 246 | 3 | PROCEED-EQUITY | 231979 | 493,406,500.00 Cr | 98,518,841.00 Cr |
| 03/26/2014 | 261148 | CASH DIV - DANSKE DC - PD 24/03/14 | 2 | Unclassified | 0 | 2,920,000.00 Cr | 101,438,841.00 Cr |
| 03/26/2014 | T00023197901002 | SEL 2,000,000 NOVOB DC @ 246.7033 DKK 49 | 3 | PROCEED-EQUITY | 231979 | 493,406,500.00 Dr | 391,967,659.00 Dr |
| 03/26/2014 | T00023549801002 | SEL 2,000,000 NOVOB DC @ 246.7031 DKK 49 | 3 | PROCEED-EQUITY | 235498 | 493,406,160.00 Dr | 885,373,819.00 Dr |
| 03/27/2014 | 267921 | NOVOB DC Custody Fees | 1 | Unclassified | 0 | 90,000.00 Dr | 885,463,819.00 Dr |
| 03/28/2014 | 273532 | CASH DIV - NOVOB DC - PD 26/03/14 | 2 | Unclassified | 0 | 6,570,000.00 Cr | 878,893,819.00 Dr |
| | | | | | | | 878,893,819.00 Dr |

**Asset (DKK / DKK) Layer (O) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|----------|--------------------|-----------------|
| 03/06/2014 | 255365 | Unrealized Gain/Loss Cust FUTURE | 170 | PROCEED-FUTURE | 219352 | 408,500.00 Cr | 408,500.00 Cr |
| 03/07/2014 | 255472 | Reversal of Unrealized Gain/Loss Cust FU | 170 | PROCEED-FUTURE | 219352 | 408,500.00 Dr | 0.00 Cr |
| 03/07/2014 | 255932 | Unrealized Gain/Loss Cust FUTURE | 150 | PROCEED-FUTURE | 219352 | 1,376,000.00 Cr | 1,376,000.00 Cr |
| 03/10/2014 | 256320 | Reversal of Unrealized Gain/Loss Cust FU | 150 | PROCEED-FUTURE | 219352 | 1,376,000.00 Dr | 0.00 Cr |
| 03/10/2014 | 256384 | Unrealized Gain/Loss Cust FUTURE | 136 | PROCEED-FUTURE | 219352 | 2,236,000.00 Cr | 2,236,000.00 Cr |
| 03/11/2014 | 256486 | Reversal of Unrealized Gain/Loss Cust FU | 136 | PROCEED-FUTURE | 219352 | 2,236,000.00 Dr | 0.00 Cr |
| 03/11/2014 | 256826 | Unrealized Gain/Loss Cust FUTURE | 132 | PROCEED-FUTURE | 219352 | 3,440,000.00 Cr | 3,440,000.00 Cr |
| 03/12/2014 | 256926 | Reversal of Unrealized Gain/Loss Cust FU | 132 | PROCEED-FUTURE | 219352 | 3,440,000.00 Dr | 0.00 Cr |
| 03/12/2014 | 257246 | Unrealized Gain/Loss Cust FUTURE | 130 | PROCEED-FUTURE | 219352 | 4,128,000.00 Cr | 4,128,000.00 Cr |
| 03/13/2014 | 257344 | Reversal of Unrealized Gain/Loss Cust FU | 130 | PROCEED-FUTURE | 219352 | 4,128,000.00 Dr | 0.00 Cr |
| 03/13/2014 | 257836 | Unrealized Gain/Loss Cust FUTURE | 130 | PROCEED-FUTURE | 219352 | 4,751,500.00 Cr | 4,751,500.00 Cr |
| 03/14/2014 | 257952 | Reversal of Unrealized Gain/Loss Cust FU | 130 | PROCEED-FUTURE | 219352 | 4,751,500.00 Dr | 0.00 Cr |
| 03/14/2014 | 258486 | Unrealized Gain/Loss Cust FUTURE | 130 | PROCEED-FUTURE | 219352 | 6,106,000.00 Cr | 6,106,000.00 Cr |
| 03/15/2014 | 258530 | Unrealized Gain/Loss Cust FUTURE | 130 | PROCEED-FUTURE | 219352 | 6,106,000.00 Cr | 12,212,000.00 Cr |
| 03/16/2014 | 258541 | Unrealized Gain/Loss Cust FUTURE | 130 | PROCEED-FUTURE | 219352 | 6,106,000.00 Cr | 18,318,000.00 Cr |
| 03/17/2014 | 258555 | Reversal of Unrealized Gain/Loss Cust FU | 130 | PROCEED-FUTURE | 219352 | 6,106,000.00 Dr | 12,212,000.00 Cr |
| 03/17/2014 | 258562 | Reversal of Unrealized Gain/Loss Cust FU | 130 | PROCEED-FUTURE | 219352 | 6,106,000.00 Dr | 6,106,000.00 Cr |
| 03/17/2014 | 258563 | Reversal of Unrealized Gain/Loss Cust FU | 130 | PROCEED-FUTURE | 219352 | 6,106,000.00 Dr | 0.00 Cr |
| 03/17/2014 | 258838 | Unrealized Gain/Loss Cust FUTURE | 130 | PROCEED-FUTURE | 219352 | 4,880,500.00 Cr | 4,880,500.00 Cr |
| 03/18/2014 | 258868 | Reversal of Unrealized Gain/Loss Cust FU | 130 | PROCEED-FUTURE | 219352 | 4,880,500.00 Dr | 0.00 Cr |
| 03/18/2014 | 259110 | Unrealized Gain/Loss Cust FUTURE | 484 | PROCEED-FUTURE | 229826 | 2,160,000.00 Dr | 2,160,000.00 Dr |
| 03/18/2014 | 259110 | Unrealized Gain/Loss Cust FUTURE | 130 | PROCEED-FUTURE | 219352 | 3,182,000.00 Cr | 1,022,000.00 Dr |
| 03/19/2014 | 259145 | Reversal of Unrealized Gain/Loss Cust FU | 484 | PROCEED-FUTURE | 229826 | 2,160,000.00 Cr | 3,182,000.00 Cr |
| 03/19/2014 | 259145 | Reversal of Unrealized Gain/Loss Cust FU | 130 | PROCEED-FUTURE | 219352 | 3,182,000.00 Dr | 0.00 Cr |
| 03/19/2014 | 259488 | Unrealized Gain/Loss Cust FUTURE | 490 | PROCEED-FUTURE | 229826 | 5,780,000.00 Dr | 5,780,000.00 Dr |
| 03/19/2014 | 259488 | Unrealized Gain/Loss Cust FUTURE | 130 | PROCEED-FUTURE | 219352 | 3,160,500.00 Cr | 2,619,500.00 Dr |
| 03/20/2014 | 259512 | Reversal of Unrealized Gain/Loss Cust FU | 490 | PROCEED-FUTURE | 229826 | 5,780,000.00 Cr | 3,160,500.00 Cr |
| 03/20/2014 | 259512 | Reversal of Unrealized Gain/Loss Cust FU | 130 | PROCEED-FUTURE | 219352 | 3,160,500.00 Dr | 0.00 Cr |
| 03/20/2014 | 259780 | Unrealized Gain/Loss Cust FUTURE | 130 | PROCEED-FUTURE | 219352 | 3,053,000.00 Cr | 3,053,000.00 Cr |
| 03/20/2014 | 259780 | Unrealized Gain/Loss Cust FUTURE | 474 | PROCEED-FUTURE | 229826 | 4,560,000.00 Dr | 1,507,000.00 Dr |
| 03/20/2014 | 259780 | Unrealized Gain/Loss Cust FUTURE | 550 | PROCEED-FUTURE | 231632 | 3,620,000.00 Dr | 2,113,000.00 Dr |
| 03/21/2014 | 259849 | Reversal of Unrealized Gain/Loss Cust FU | 474 | PROCEED-FUTURE | 229826 | 4,560,000.00 Cr | 6,673,000.00 Cr |

Copyright Shadow Financial Services Corp. 1998-2014. All Rights Reserved.    Page 1 of 4    Produced on 03/31/2014

ACER_00010587

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
### 03/01/2014 through 03/31/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|----------|--------------------|-----------------|

**Account (1-020-010-RIVERS-ASSOC) is (RIVERSIDE ASSOCIATES DEFINED BENEFIT PLA) (Continued)**

**Asset (DKK / DKK) Layer (O) (Continued)**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|----------|--------------------|-----------------|
| 03/21/2014 | 259849 | Reversal of Unrealized Gain/Loss Cust FU | 550 | PROCEED-FUTURE | 231632 | 3,620,000.00 Dr | 3,053,000.00 Cr |
| 03/21/2014 | 259849 | Reversal of Unrealized Gain/Loss Cust FU | 130 | PROCEED-FUTURE | 319352 | 3,053,000.00 Dr | 0.00 Cr |
| 03/21/2014 | 260127 | Unrealized Gain/Loss Cust FUTURE | 252 | PROCEED-FUTURE | 232545 | 142,760.00 Dr | 142,760.00 Dr |
| 03/21/2014 | 260127 | Unrealized Gain/Loss Cust FUTURE | 546 | PROCEED-FUTURE | 231632 | 7,820,000.00 Dr | 7,677,240.00 Dr |
| 03/21/2014 | 260127 | Unrealized Gain/Loss Cust FUTURE | 464 | PROCEED-FUTURE | 229826 | 5,360,000.00 Cr | 2,317,240.00 Dr |
| 03/24/2014 | 260526 | Reversal of Unrealized Gain/Loss Cust FU | 546 | PROCEED-FUTURE | 231632 | 7,820,000.00 Cr | 5,502,760.00 Dr |
| 03/24/2014 | 260526 | Reversal of Unrealized Gain/Loss Cust FU | 464 | PROCEED-FUTURE | 229826 | 5,360,000.00 Dr | 142,760.00 Dr |
| 03/24/2014 | 260526 | Reversal of Unrealized Gain/Loss Cust FU | 252 | PROCEED-FUTURE | 232545 | 142,760.00 Cr | 0.00 Cr |
| 03/24/2014 | 260533 | Unrealized Gain/Loss Cust FUTURE | 460 | PROCEED-FUTURE | 229826 | 3,340,000.00 Dr | 3,340,000.00 Dr |
| 03/24/2014 | 260533 | Unrealized Gain/Loss Cust FUTURE | 536 | PROCEED-FUTURE | 231632 | 6,240,000.00 Cr | 2,900,000.00 Cr |
| 03/24/2014 | 260533 | Unrealized Gain/Loss Cust FUTURE | 248 | PROCEED-FUTURE | 232545 | 1,319,240.00 Cr | 4,219,240.00 Cr |
| 03/25/2014 | 260568 | Reversal of Unrealized Gain/Loss Cust FU | 536 | PROCEED-FUTURE | 231632 | 6,240,000.00 Dr | 2,020,760.00 Dr |
| 03/25/2014 | 260568 | Reversal of Unrealized Gain/Loss Cust FU | 460 | PROCEED-FUTURE | 229826 | 3,340,000.00 Cr | 1,319,240.00 Cr |
| 03/25/2014 | 260568 | Reversal of Unrealized Gain/Loss Cust FU | 248 | PROCEED-FUTURE | 232545 | 1,319,240.00 Dr | 0.00 Cr |
| 03/25/2014 | 261026 | Unrealized Gain/Loss Cust FUTURE | 548 | PROCEED-FUTURE | 231632 | 7,040,000.00 Dr | 7,040,000.00 Dr |
| 03/25/2014 | 261026 | Unrealized Gain/Loss Cust FUTURE | 472 | PROCEED-FUTURE | 229826 | 1,060,000.00 Cr | 8,100,000.00 Dr |
| 03/25/2014 | 261026 | Unrealized Gain/Loss Cust FUTURE | 256 | PROCEED-FUTURE | 232545 | 1,147,240.00 Cr | 9,247,240.00 Dr |
| 03/26/2014 | 261067 | Reversal of Unrealized Gain/Loss Cust FU | 472 | PROCEED-FUTURE | 229826 | 1,060,000.00 Dr | 8,187,240.00 Dr |
| 03/26/2014 | 261067 | Reversal of Unrealized Gain/Loss Cust FU | 548 | PROCEED-FUTURE | 231632 | 7,040,000.00 Cr | 1,147,240.00 Dr |
| 03/26/2014 | 261067 | Reversal of Unrealized Gain/Loss Cust FU | 256 | PROCEED-FUTURE | 232545 | 1,147,240.00 Cr | 0.00 Cr |
| 03/26/2014 | 261478 | Unrealized Gain/Loss Cust FUTURE | 548 | PROCEED-FUTURE | 231632 | 5,400,000.00 Cr | 5,400,000.00 Cr |
| 03/26/2014 | 261478 | Unrealized Gain/Loss Cust FUTURE | 472 | PROCEED-FUTURE | 229826 | 5,780,000.00 Dr | 380,000.00 Dr |
| 03/26/2014 | 261478 | Unrealized Gain/Loss Cust FUTURE | 256 | PROCEED-FUTURE | 232545 | 1,190,240.00 Dr | 810,240.00 Dr |
| 03/27/2014 | 261514 | Reversal of Unrealized Gain/Loss Cust FU | 256 | PROCEED-FUTURE | 232545 | 1,190,240.00 Dr | 380,000.00 Dr |
| 03/27/2014 | 261514 | Reversal of Unrealized Gain/Loss Cust FU | 472 | PROCEED-FUTURE | 229826 | 5,780,000.00 Cr | 5,400,000.00 Cr |
| 03/27/2014 | 261514 | Reversal of Unrealized Gain/Loss Cust FU | 548 | PROCEED-FUTURE | 231632 | 5,400,000.00 Dr | 0.00 Cr |
| 03/27/2014 | 271848 | Unrealized Gain/Loss Cust FUTURE | 472 | PROCEED-FUTURE | 229826 | 5,740,000.00 Dr | 5,740,000.00 Dr |
| 03/27/2014 | 271848 | Unrealized Gain/Loss Cust FUTURE | 548 | PROCEED-FUTURE | 231632 | 340,000.00 Dr | 6,080,000.00 Dr |
| 03/27/2014 | 271848 | Unrealized Gain/Loss Cust FUTURE | 256 | PROCEED-FUTURE | 232545 | 1,555,740.00 Cr | 4,524,260.00 Dr |
| 03/28/2014 | 271882 | Reversal of Unrealized Gain/Loss Cust FU | 256 | PROCEED-FUTURE | 232545 | 1,555,740.00 Dr | 6,080,000.00 Dr |
| 03/28/2014 | 271882 | Reversal of Unrealized Gain/Loss Cust FU | 548 | PROCEED-FUTURE | 231632 | 340,000.00 Cr | 5,740,000.00 Dr |
| 03/28/2014 | 271882 | Reversal of Unrealized Gain/Loss Cust FU | 472 | PROCEED-FUTURE | 229826 | 5,740,000.00 Cr | 0.00 Cr |
| 03/28/2014 | 273879 | Unrealized Gain/Loss Cust FUTURE | 480 | PROCEED-FUTURE | 229826 | 10,760,000.00 Dr | 10,760,000.00 Dr |
| 03/28/2014 | 273879 | Unrealized Gain/Loss Cust FUTURE | 264 | PROCEED-FUTURE | 232545 | 99,760.00 Dr | 10,859,760.00 Dr |
| 03/28/2014 | 273879 | Unrealized Gain/Loss Cust FUTURE | 556 | PROCEED-FUTURE | 231632 | 6,180,000.00 Dr | 17,039,760.00 Dr |
| 03/31/2014 | 274906 | Reversal of Unrealized Gain/Loss Cust FU | 556 | PROCEED-FUTURE | 231632 | 6,180,000.00 Cr | 10,859,760.00 Dr |
| 03/31/2014 | 274906 | Reversal of Unrealized Gain/Loss Cust FU | 264 | PROCEED-FUTURE | 232545 | 99,760.00 Cr | 10,760,000.00 Dr |
| 03/31/2014 | 274906 | Reversal of Unrealized Gain/Loss Cust FU | 480 | PROCEED-FUTURE | 229826 | 10,760,000.00 Cr | 0.00 Cr |
| 03/31/2014 | 274913 | Unrealized Gain/Loss Cust FUTURE | 268 | PROCEED-FUTURE | 232545 | 1,583,260.00 Dr | 1,583,260.00 Dr |
| 03/31/2014 | 274913 | Unrealized Gain/Loss Cust FUTURE | 560 | PROCEED-FUTURE | 231632 | 7,360,000.00 Dr | 8,943,260.00 Dr |
| 03/31/2014 | 274913 | Unrealized Gain/Loss Cust FUTURE | 484 | PROCEED-FUTURR | 229826 | 16,740,000.00 Dr | 25,683,260.00 Dr |
|  |  |  |  |  |  |  | 25,683,260.00 Dr |

**Asset (EUR / EUR) Layer (C) [Euro]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|----------|--------------------|-----------------|
| 03/18/2014 | T00022982601001 | BUY 20,000 OGY16APR2014 @ 142.63 | 3 | CASH | 229826 | 600.00 Dr | 600.00 Dr |
| 03/18/2014 | T00022982601001 | BUY 20,000 OGY16APR2014 @ 142.63 | 5 | CASH | 229826 | 475.00 Dr | 1,075.00 Dr |
| 03/19/2014 | 259225 | Mkt Ticket charges - February2014 | 1 | Unclassified | 0 | 30.00 Dr | 1,105.00 Dr |

Copyright Shadow Financial Services Corp. 1998-2014. All Rights Reserved.    Page 2 of 4    Produced on 03/31/2014

ACER_00010588

2

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
### 03/01/2014 through 03/31/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|----------|-------------------|-----------------|

**Gross Debit for all Trades:**               0.00
**Gross Credit for all Trades:**             0.00

**Net Debit/Credit for all Trades:**         0.00 Cr

CONFIDENTIAL

ACER_00010590

CONFIDENTIAL

# Account Equity

**ED&F Man Capital Markets Ltd**
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

```
Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 03/31/2014
Currency      : USD
```

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 878,893,819.00 Dr | 0.1844 | 162,082,768.06 Dr | 878,893,819.00 Dr | 0.1844 | 162,082,768.06 Dr |
| DKK Var Margin | 25,683,260.00 Dr | 0.1844 | 4,736,424.11 Dr | 25,683,260.00 Dr | 0.1844 | 4,736,424.11 Dr |
| EUR Cash | 3,138.61 Dr | 1.3769 | 4,321.55 Dr | 3,138.61 Dr | 1.3769 | 4,321.55 Dr |
| EUR SEG CASH A | 26,719.00 Cr | 1.3769 | 36,789.39 Cr | 26,719.00 Cr | 1.3769 | 36,789.39 Cr |
| USD Cash | 143,815,916.00 Dr | 1.0000 | 143,815,916.00 Dr | 143,815,916.00 Dr | 1.0000 | 143,815,916.00 Dr |
| USD SEG CASH A | 306,540.65 Cr | 1.0000 | 306,540.65 Cr | 306,540.65 Cr | 1.0000 | 306,540.65 Cr |
| | | | ============== | | | ============== |
| | | | 310,296,099.68 Dr | | | 310,296,099.68 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| DANSKE DC | DANSKE BANK A/S | C | 2,000,000.00 Lg | 144.2149 | 151.0000 | 288,429,840.00 Dr | 302,000,000.00 Cr | 13,570,160.00 Cr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 2,000,000.00 Lg | 246.7031 | 246.8000 | 493,406,160.00 Dr | 493,600,000.00 Cr | 193,840.00 Cr | DKK |
| TDC DC | TDC A/S | C | 2,150,000.00 Lg | 52.4007 | 50.1000 | 112,661,419.00 Dr | 107,715,000.00 Cr | 4,946,419.00 Cr | DKK |
| | | | | | Totals: | 894,497,419.00 Dr | 903,315,000.00 Cr | 8,817,581.00 Cr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UN US | UNILEVER N V  -NY SHARES | C | 3,644,600.00 Lg | 42.2374 | 41.1200 | 153,938,309.64 Dr | 149,865,952.00 Cr | 4,072,357.64 Dr | USD |
| | | | | | Totals: | 153,938,309.64 Dr | 149,865,952.00 Dr | 4,072,357.64 Dr | |

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| NFY16APR2014 | NFY16APR2014BCLEAR | 20,000.00 Sh | 243.1300 | 246.8100 | 486,260,000.00 Cr | 493,620,000.00 Dr | 7,360,000.00 Dr | DKK |
| OGY16APR2014 | OGY16APR2014BCLEAR | 20,000.00 Sh | 142.6300 | 151.0000 | 285,260,000.00 Cr | 302,000,000.00 Dr | 16,740,000.00 Dr | DKK |
| TKF18JUL2014 | TKF18JUL2014BCLEAR | 21,500.00 Sh | 49.3836 | 50.1200 | 106,174,740.00 Cr | 107,758,000.00 Dr | 1,583,260.00 Dr | DKK |
| | | | | | 877,694,740.00 Cr | 903,378,000.00 Dr | 25,683,260.00 Dr | DKK |

## Pending Trades (USD)

| Trade Dt Settl Dt Type | Trn | Quantity Asset | Trd Price | Proceeds Cur |
|---|---|---|---|---|
| 12/27/13 12/19/14 Normal | BUY | 0.00 LGPERF1M$ | 0.0000 | 0.00 Cr USD |
| 12/27/13 12/19/14 Normal | BUY | 0.00 LGPERF1M$ | 0.0000 | 0.00 Cr USD |

ACER_00010591

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

```
Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 03/31/2014
Currency      : USD
```

## Equity Swaps

| Tick Seq | Trade Dt Settle Dt | Term Date | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 203930 | 12/27/2013 12/27/2013 | 12/19/2014 | UN US UNILEVER N V | 1,444,600 S -NY SHARES | 39.4600 | 57,003,916 USD | 41.1200 | 2,398,036 | 04/21/2014 | Fixed | 0.0000 | 0.00 |
| 203931 | 12/27/2013 12/27/2013 | 12/19/2014 | UN US UNILEVER N V | 2,200,000 S -NY SHARES | 39.4600 | 86,812,000 USD | 41.1200 | 3,652,000 | 04/21/2014 | Fixed | 0.0000 | 0.00 |

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 308,702,093.24 Dr |
| Value of trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 1,594,006.44 Dr |
| **Value of closing currency balance(s)** | **310,296,099.68 Dr** |
| NonFX Proceeds Pending Settlement | 0.00 Cr |
| **Trade Date Cash Balance** | **310,296,099.68 Dr** |
| Market Value of Positions | 316,452,395.63 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 6,050,036.00 Dr |
| **Preliminary Account Value** | **106,259.95 Cr** |

## Financing Summary

| | |
|---|---|
| Value of collateral | 0.00 Cr |
| Financing Valuation | 0.00 Cr |
| **Total Financing Excess** | **0.00** |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 11,375,564.66 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **11,375,564.66 Dr** |

### Futures Initial Requirement

| Cur Requirement | Requirement (USD) | Conv Rate |
|---|---|---|
| DKK 61,684,000.00 Dr | 11,375,564.66 Dr | 0.18442 |
| | 11,375,564.66 Dr | |

CONFIDENTIAL

ACER_00010592

Page 2 of 3

CONFIDENTIAL

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 03/31/2014
Currency      : USD

Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|-----|-------------|--------|-----------|-----------|----------|-------------------|---------------|-----|
| 99626 | Futures call | Issued | 03/31/2014 | 03/31/2014 | 03/31/2014 | 482,844.60 | 482,844.60 | USD |
| | | | | | | 482,844.60 | 482,844.60 | |

**Total Account Value**              11,269,304.71 Dr

ACER_00010593