# Exhibit 14

| Product | Account | Tran | Price | Cur | Trd Dt | BK Settle Dt | Ticker | Trans 1 | Quantity 1 | Proceeds 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| EQUITY | CC:AMERIC-INVGR | SEL | 52.40066 | DKK | 3/6/2014 | 3/12/2014 | TDC DC | BUY | 2,000,000 | (104,801,320) |
| EQUITY | CC:KAMCO0-INVES | SEL | 52.40066 | DKK | 3/6/2014 | 3/12/2014 | TDC DC | BUY | 2,000,000 | (104,801,320) |
| EQUITY | CC:KAMCO0-LPPRO | SEL | 52.40066 | DKK | 3/6/2014 | 3/12/2014 | TDC DC | BUY | 2,000,000 | (104,801,320) |
| EQUITY | CC:GOLDST-LAWGP | SEL | 52.40066 | DKK | 3/6/2014 | 3/12/2014 | TDC DC | BUY | 2,200,000 | (115,281,452) |
| EQUITY | CC:RIVERS-ASSOC | SEL | 52.40066 | DKK | 3/6/2014 | 3/12/2014 | TDC DC | BUY | 2,150,000 | (112,661,419) |
| EQUITY | CC:DW0000-CONST | SEL | 52.40066 | DKK | 3/6/2014 | 3/12/2014 | TDC DC | BUY | 3,300,000 | (172,922,178) |
| EQUITY | CC:MOIRA0-ASSOC | SEL | 52.40066 | DKK | 3/6/2014 | 3/12/2014 | TDC DC | BUY | 4,000,000 | (209,602,640) |
| EQUITY | CC:NSONGF-401PL | SEL | 52.40066 | DKK | 3/6/2014 | 3/12/2014 | TDC DC | BUY | 2,500,000 | (131,001,650) |
| EQUITY | CC:KAMCO0-LPPRO | SEL | 52.90066 | DKK | 3/5/2014 | 3/10/2014 | TDC DC | BUY | 1,000,000 | (52,900,660) |
| EQUITY | CC:AMERIC-INVGR | SEL | 52.90066 | DKK | 3/5/2014 | 3/10/2014 | TDC DC | BUY | 1,000,000 | (52,900,660) |
| EQUITY | CC:LINDEN-ADBPL | SEL | 52.40066 | DKK | 3/6/2014 | 3/12/2014 | TDC DC | BUY | 2,150,000 | (112,661,419) |
| EQUITY | CC:MOIRA0-ASSOC | SEL | 52.55066 | DKK | 3/6/2014 | 3/12/2014 | TDC DC | BUY | 2,000,000 | (105,101,320) |
| EQUITY | CC:AMERIC-INVGR | SEL | 52.55066 | DKK | 3/6/2014 | 3/12/2014 | TDC DC | BUY | 2,000,000 | (105,101,320) |
| EQUITY | CC:KAMCO0-LPPRO | SEL | 52.55066 | DKK | 3/6/2014 | 3/12/2014 | TDC DC | BUY | 2,000,000 | (105,101,320) |
| FUTURE | CC:AMERIC-INVGR | BUY | 50.64 | DKK | 3/6/2014 | 3/21/2014 | TKF21MAR2014 | SELL | (20,000) | 101,280,000 |
| FUTURE | CC:KAMCO0-INVES | BUY | 50.64 | DKK | 3/6/2014 | 3/21/2014 | TKF21MAR2014 | SELL | (20,000) | 101,280,000 |
| FUTURE | CC:KAMCO0-LPPRO | BUY | 50.64 | DKK | 3/6/2014 | 3/21/2014 | TKF21MAR2014 | SELL | (20,000) | 101,280,000 |
| FUTURE | CC:GOLDST-LAWGP | BUY | 50.64 | DKK | 3/6/2014 | 3/21/2014 | TKF21MAR2014 | SELL | (22,000) | 111,408,000 |
| FUTURE | CC:LINDEN-ADBPL | BUY | 50.64 | DKK | 3/6/2014 | 3/21/2014 | TKF21MAR2014 | SELL | (21,500) | 108,876,000 |
| FUTURE | CC:RIVERS-ASSOC | BUY | 50.64 | DKK | 3/6/2014 | 3/21/2014 | TKF21MAR2014 | SELL | (21,500) | 108,876,000 |
| FUTURE | CC:DW0000-CONST | BUY | 50.64 | DKK | 3/6/2014 | 3/21/2014 | TKF21MAR2014 | SELL | (33,000) | 167,112,000 |
| FUTURE | CC:MOIRA0-ASSOC | BUY | 50.64 | DKK | 3/6/2014 | 3/21/2014 | TKF21MAR2014 | SELL | (40,000) | 202,560,000 |
| FUTURE | CC:NSONGF-401PL | BUY | 50.64 | DKK | 3/6/2014 | 3/21/2014 | TKF21MAR2014 | SELL | (25,000) | 126,600,000 |
| FUTURE | CC:AMERIC-INVGR | SEL | 49.32 | DKK | 3/21/2014 | 3/21/2014 | TKF21MAR2014 | BUY | 20,000 | (98,640,000) |
| FUTURE | CC:DW0000-CONST | SEL | 49.32 | DKK | 3/21/2014 | 3/21/2014 | TKF21MAR2014 | BUY | 33,000 | (162,756,000) |
| FUTURE | CC:GOLDST-LAWGP | SEL | 49.32 | DKK | 3/21/2014 | 3/21/2014 | TKF21MAR2014 | BUY | 22,000 | (108,504,000) |
| FUTURE | CC:KAMCO0-INVES | SEL | 49.32 | DKK | 3/21/2014 | 3/21/2014 | TKF21MAR2014 | BUY | 20,000 | (98,640,000) |
| FUTURE | CC:KAMCO0-LPPRO | SEL | 49.32 | DKK | 3/21/2014 | 3/21/2014 | TKF21MAR2014 | BUY | 20,000 | (98,640,000) |
| FUTURE | CC:LINDEN-ADBPL | SEL | 49.32 | DKK | 3/21/2014 | 3/21/2014 | TKF21MAR2014 | BUY | 21,500 | (106,038,000) |
| FUTURE | CC:MOIRA0-ASSOC | SEL | 49.32 | DKK | 3/21/2014 | 3/21/2014 | TKF21MAR2014 | BUY | 40,000 | (197,280,000) |
| FUTURE | CC:NSONGF-401PL | SEL | 49.32 | DKK | 3/21/2014 | 3/21/2014 | TKF21MAR2014 | BUY | 25,000 | (123,300,000) |
| FUTURE | CC:RIVERS-ASSOC | SEL | 49.32 | DKK | 3/21/2014 | 3/21/2014 | TKF21MAR2014 | BUY | 21,500 | (106,038,000) |
| FUTURE | CC:KAMCO0-LPPRO | BUY | 50.89 | DKK | 3/5/2014 | 6/20/2014 | TKF20JUN2014 | SELL | (6,200) | 31,551,800 |
| FUTURE | CC:KAMCO0-LPPRO | BUY | 50.88 | DKK | 3/5/2014 | 6/20/2014 | TKF20JUN2014 | SELL | (3,800) | 19,334,400 |
| FUTURE | CC:AMERIC-INVGR | BUY | 50.89 | DKK | 3/5/2014 | 6/20/2014 | TKF20JUN2014 | SELL | (6,200) | 31,551,800 |
| FUTURE | CC:AMERIC-INVGR | BUY | 50.88 | DKK | 3/5/2014 | 6/20/2014 | TKF20JUN2014 | SELL | (3,800) | 19,334,400 |
| FUTURE | CC:AMERIC-INVGR | BUY | 50.73 | DKK | 3/6/2014 | 6/20/2014 | TKF20JUN2014 | SELL | (8,000) | 40,584,000 |
| FUTURE | CC:MOIRA0-ASSOC | BUY | 50.73 | DKK | 3/6/2014 | 6/20/2014 | TKF20JUN2014 | SELL | (8,000) | 40,584,000 |
| FUTURE | CC:KAMCO0-LPPRO | BUY | 50.73 | DKK | 3/6/2014 | 6/20/2014 | TKF20JUN2014 | SELL | (8,000) | 40,584,000 |
| FUTURE | CC:KAMCO0-LPPRO | BUY | 50.74 | DKK | 3/6/2014 | 6/20/2014 | TKF20JUN2014 | SELL | (12,000) | 60,888,000 |
| FUTURE | CC:AMERIC-INVGR | BUY | 50.74 | DKK | 3/6/2014 | 6/20/2014 | TKF20JUN2014 | SELL | (12,000) | 60,888,000 |
| FUTURE | CC:MOIRA0-ASSOC | BUY | 50.74 | DKK | 3/6/2014 | 6/20/2014 | TKF20JUN2014 | SELL | (12,000) | 60,888,000 |
| FUTURE | CC:AMERIC-INVGR | SEL | 49.44 | DKK | 4/14/2014 | 6/20/2014 | TKF20JUN2014 | BUY | 18,600 | (91,958,400) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FUTURE | CC:AMERIC-INVGR | SEL | 49.43 DKK | 4/14/2014 | 6/20/2014 | TKF20JUN2014 | BUY | 11,400 | (56,350,200) |
| FUTURE | CC:KAMCO0-LPPRO | SEL | 49.44 DKK | 4/14/2014 | 6/20/2014 | TKF20JUN2014 | BUY | 18,600 | (91,958,400) |
| FUTURE | CC:KAMCO0-LPPRO | SEL | 49.43 DKK | 4/14/2014 | 6/20/2014 | TKF20JUN2014 | BUY | 11,400 | (56,350,200) |
| FUTURE | CC:MOIRA0-ASSOC | SEL | 49.44 DKK | 4/14/2014 | 6/20/2014 | TKF20JUN2014 | BUY | 12,400 | (61,305,600) |
| FUTURE | CC:MOIRA0-ASSOC | SEL | 49.43 DKK | 4/14/2014 | 6/20/2014 | TKF20JUN2014 | BUY | 7,600 | (37,566,800) |
| FUTURE | CC:AMERIC-INVGR | BUY | 49.3836 DKK | 3/21/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (20,000) | 98,767,200 |
| FUTURE | CC:DW0000-CONST | BUY | 49.3836 DKK | 3/21/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (33,000) | 162,965,880 |
| FUTURE | CC:GOLDST-LAWGP | BUY | 49.3836 DKK | 3/21/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (22,000) | 108,643,920 |
| FUTURE | CC:KAMCO0-INVES | BUY | 49.3836 DKK | 3/21/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (20,000) | 98,767,200 |
| FUTURE | CC:KAMCO0-LPPRO | BUY | 49.3836 DKK | 3/21/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (20,000) | 98,767,200 |
| FUTURE | CC:MOIRA0-ASSOC | BUY | 49.3836 DKK | 3/21/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (40,000) | 197,534,400 |
| FUTURE | CC:NSONGF-401PL | BUY | 49.3836 DKK | 3/21/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (25,000) | 123,459,000 |
| FUTURE | CC:RIVERS-ASSOC | BUY | 49.3836 DKK | 3/21/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (21,500) | 106,174,740 |
| FUTURE | CC:LINDEN-ADBPL | BUY | 49.3836 DKK | 3/21/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (21,500) | 106,174,740 |
| FUTURE | CC:DW0000-CONST | SEL | 49.44 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 31,350 | (154,994,400) |
| FUTURE | CC:DW0000-CONST | SEL | 49.45 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 1,650 | (8,159,250) |
| FUTURE | CC:GOLDST-LAWGP | SEL | 49.44 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 20,900 | (103,329,600) |
| FUTURE | CC:GOLDST-LAWGP | SEL | 49.45 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 1,100 | (5,439,500) |
| FUTURE | CC:KAMCO0-INVES | SEL | 49.44 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 19,000 | (93,936,000) |
| FUTURE | CC:KAMCO0-INVES | SEL | 49.45 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 1,000 | (4,945,000) |
| FUTURE | CC:KAMCO0-LPPRO | SEL | 49.44 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 19,000 | (93,936,000) |
| FUTURE | CC:KAMCO0-LPPRO | SEL | 49.45 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 1,000 | (4,945,000) |
| FUTURE | CC:LINDEN-ADBPL | SEL | 49.44 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 20,425 | (100,981,200) |
| FUTURE | CC:LINDEN-ADBPL | SEL | 49.45 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 1,075 | (5,315,875) |
| FUTURE | CC:MOIRA0-ASSOC | SEL | 49.44 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 38,000 | (187,872,000) |
| FUTURE | CC:MOIRA0-ASSOC | SEL | 49.45 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 2,000 | (9,890,000) |
| FUTURE | CC:NSONGF-401PL | SEL | 49.44 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 23,750 | (117,420,000) |
| FUTURE | CC:NSONGF-401PL | SEL | 49.45 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 1,250 | (6,181,250) |
| FUTURE | CC:RIVERS-ASSOC | SEL | 49.44 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 20,425 | (100,981,200) |
| FUTURE | CC:RIVERS-ASSOC | SEL | 49.45 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 1,075 | (5,315,875) |
| FUTURE | CC:AMERIC-INVGR | SEL | 49.44 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 19,000 | (93,936,000) |
| FUTURE | CC:AMERIC-INVGR | SEL | 49.45 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 1,000 | (4,945,000) |

**EDF Financing Accounts**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| EQUITY | CC:AMERIC-BLOAN | BUY | 50.65 DKK | 3/7/2014 | 3/12/2014 | TDC DC | SELL | (2,000,000) | 101,300,000 |
| EQUITY | CC:KAMINV-BLOAN | BUY | 50.65 DKK | 3/7/2014 | 3/12/2014 | TDC DC | SELL | (2,000,000) | 101,300,000 |
| EQUITY | CC:KAMCO0-BLOAN | BUY | 50.65 DKK | 3/7/2014 | 3/12/2014 | TDC DC | SELL | (2,000,000) | 101,300,000 |
| EQUITY | CC:GOLDST-BLOAN | BUY | 50.65 DKK | 3/7/2014 | 3/12/2014 | TDC DC | SELL | (2,200,000) | 111,430,000 |
| EQUITY | CC:LINDAS-BLOAN | BUY | 50.65 DKK | 3/7/2014 | 3/12/2014 | TDC DC | SELL | (2,150,000) | 108,897,500 |
| EQUITY | CC:RIVERS-BLOAN | BUY | 50.65 DKK | 3/7/2014 | 3/12/2014 | TDC DC | SELL | (2,150,000) | 108,897,500 |
| EQUITY | CC:DWCONS-BLOAN | BUY | 50.65 DKK | 3/7/2014 | 3/12/2014 | TDC DC | SELL | (3,300,000) | 167,145,000 |
| EQUITY | CC:MOIRAA-BLOAN | BUY | 50.65 DKK | 3/7/2014 | 3/12/2014 | TDC DC | SELL | (4,000,000) | 202,600,000 |

| Type | Account | Side | Price | | Trade Date | Settle Date | Security | Side2 | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| EQUITY | CC:NSONGF-BLOAN | BUY | 50.6496 | DKK | 3/7/2014 | 3/12/2014 | TDC DC | SELL | (2,500,000) | 126,624,000 |
| EQUITY | CC:KAMCO0-BLOAN | BUY | 50.6 | DKK | 3/7/2014 | 3/12/2014 | TDC DC | SELL | (1,000,000) | 50,600,000 |
| EQUITY | CC:AMERIC-BLOAN | BUY | 50.6 | DKK | 3/7/2014 | 3/12/2014 | TDC DC | SELL | (1,000,000) | 50,600,000 |
| EQUITY | CC:AMERIC-BLOAN | BUY | 48.88 | DKK | 3/12/2014 | 3/13/2014 | TDC DC | SELL | (2,000,000) | 97,760,000 |
| EQUITY | CC:MOIRAA-BLOAN | BUY | 48.88 | DKK | 3/12/2014 | 3/13/2014 | TDC DC | SELL | (2,000,000) | 97,760,000 |
| EQUITY | CC:KAMCO0-BLOAN | BUY | 48.88 | DKK | 3/12/2014 | 3/13/2014 | TDC DC | SELL | (2,000,000) | 97,760,000 |
| FUTURE | CC:AMERIC-BLOAN | SEL | 50.65 | DKK | 3/7/2014 | 3/21/2014 | TKF21MAR2014 | BUY | 20,000 | (101,300,000) |
| FUTURE | CC:KAMINV-BLOAN | SEL | 50.65 | DKK | 3/7/2014 | 3/21/2014 | TKF21MAR2014 | BUY | 20,000 | (101,300,000) |
| FUTURE | CC:KAMCO0-BLOAN | SEL | 50.65 | DKK | 3/7/2014 | 3/21/2014 | TKF21MAR2014 | BUY | 20,000 | (101,300,000) |
| FUTURE | CC:GOLDST-BLOAN | SEL | 50.65 | DKK | 3/7/2014 | 3/21/2014 | TKF21MAR2014 | BUY | 22,000 | (111,430,000) |
| FUTURE | CC:LINDAS-BLOAN | SEL | 50.65 | DKK | 3/7/2014 | 3/21/2014 | TKF21MAR2014 | BUY | 21,500 | (108,897,500) |
| FUTURE | CC:RIVERS-BLOAN | SEL | 50.65 | DKK | 3/7/2014 | 3/21/2014 | TKF21MAR2014 | BUY | 21,500 | (108,897,500) |
| FUTURE | CC:DWCONS-BLOAN | SEL | 50.65 | DKK | 3/7/2014 | 3/21/2014 | TKF21MAR2014 | BUY | 33,000 | (167,145,000) |
| FUTURE | CC:MOIRAA-BLOAN | SEL | 50.65 | DKK | 3/7/2014 | 3/21/2014 | TKF21MAR2014 | BUY | 40,000 | (202,600,000) |
| FUTURE | CC:NSONGF-BLOAN | SEL | 50.65 | DKK | 3/7/2014 | 3/21/2014 | TKF21MAR2014 | BUY | 25,000 | (126,625,000) |
| FUTURE | CC:AMERIC-BLOAN | BUY | 49.32 | DKK | 3/21/2014 | 3/21/2014 | TKF21MAR2014 | SELL | (20,000) | 98,640,000 |
| FUTURE | CC:DWCONS-BLOAN | BUY | 49.32 | DKK | 3/21/2014 | 3/21/2014 | TKF21MAR2014 | SELL | (33,000) | 162,756,000 |
| FUTURE | CC:GOLDST-BLOAN | BUY | 49.32 | DKK | 3/21/2014 | 3/21/2014 | TKF21MAR2014 | SELL | (22,000) | 108,504,000 |
| FUTURE | CC:KAMCO0-BLOAN | BUY | 49.32 | DKK | 3/21/2014 | 3/21/2014 | TKF21MAR2014 | SELL | (20,000) | 98,640,000 |
| FUTURE | CC:KAMINV-BLOAN | BUY | 49.32 | DKK | 3/21/2014 | 3/21/2014 | TKF21MAR2014 | SELL | (20,000) | 98,640,000 |
| FUTURE | CC:LINDAS-BLOAN | BUY | 49.32 | DKK | 3/21/2014 | 3/21/2014 | TKF21MAR2014 | SELL | (21,500) | 106,038,000 |
| FUTURE | CC:NSONGF-BLOAN | BUY | 49.32 | DKK | 3/21/2014 | 3/21/2014 | TKF21MAR2014 | SELL | (25,000) | 123,300,000 |
| FUTURE | CC:RIVERS-BLOAN | BUY | 49.32 | DKK | 3/21/2014 | 3/21/2014 | TKF21MAR2014 | SELL | (21,500) | 106,038,000 |
| FUTURE | CC:MOIRAA-BLOAN | BUY | 49.32 | DKK | 3/21/2014 | 3/24/2014 | TKF21MAR2014 | SELL | (40,000) | 197,280,000 |
| FUTURE | CC:AMERIC-BLOAN | SEL | 50.6115 | DKK | 3/7/2014 | 6/20/2014 | TKF20JUN2014 | BUY | 10,000 | (50,611,500) |
| FUTURE | CC:KAMCO0-BLOAN | SEL | 50.6115 | DKK | 3/7/2014 | 6/20/2014 | TKF20JUN2014 | BUY | 10,000 | (50,611,500) |
| FUTURE | CC:AMERIC-BLOAN | SEL | 48.89 | DKK | 3/12/2014 | 6/20/2014 | TKF20JUN2014 | BUY | 18,400 | (89,957,600) |
| FUTURE | CC:AMERIC-BLOAN | SEL | 48.88 | DKK | 3/12/2014 | 6/20/2014 | TKF20JUN2014 | BUY | 1,600 | (7,820,800) |
| FUTURE | CC:KAMCO0-BLOAN | SEL | 48.88 | DKK | 3/12/2014 | 6/20/2014 | TKF20JUN2014 | BUY | 1,600 | (7,820,800) |
| FUTURE | CC:KAMCO0-BLOAN | SEL | 48.89 | DKK | 3/12/2014 | 6/20/2014 | TKF20JUN2014 | BUY | 18,400 | (89,957,600) |
| FUTURE | CC:MOIRAA-BLOAN | SEL | 48.88 | DKK | 3/12/2014 | 6/20/2014 | TKF20JUN2014 | BUY | 1,600 | (7,820,800) |
| FUTURE | CC:MOIRAA-BLOAN | SEL | 48.89 | DKK | 3/12/2014 | 6/20/2014 | TKF20JUN2014 | BUY | 18,400 | (89,957,600) |
| FUTURE | CC:AMERIC-BLOAN | BUY | 49.43 | DKK | 4/14/2014 | 6/20/2014 | TKF20JUN2014 | SELL | (11,400) | 56,350,200 |
| FUTURE | CC:AMERIC-BLOAN | BUY | 49.44 | DKK | 4/14/2014 | 6/20/2014 | TKF20JUN2014 | SELL | (18,600) | 91,958,400 |
| FUTURE | CC:KAMCO0-BLOAN | BUY | 49.43 | DKK | 4/14/2014 | 6/20/2014 | TKF20JUN2014 | SELL | (11,400) | 56,350,200 |
| FUTURE | CC:KAMCO0-BLOAN | BUY | 49.44 | DKK | 4/14/2014 | 6/20/2014 | TKF20JUN2014 | SELL | (18,600) | 91,958,400 |
| FUTURE | CC:MOIRAA-BLOAN | BUY | 49.43 | DKK | 4/14/2014 | 6/20/2014 | TKF20JUN2014 | SELL | (7,600) | 37,566,800 |
| FUTURE | CC:MOIRAA-BLOAN | BUY | 49.44 | DKK | 4/14/2014 | 6/20/2014 | TKF20JUN2014 | SELL | (12,400) | 61,305,600 |
| FUTURE | CC:AMERIC-BLOAN | SEL | 49.3836 | DKK | 3/21/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 20,000 | (98,767,200) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FUTURE | CC:DWCONS-BLOAN | SEL | 49.3836 DKK | 3/21/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 33,000 | (162,965,880) |
| FUTURE | CC:GOLDST-BLOAN | SEL | 49.3836 DKK | 3/21/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 22,000 | (108,643,920) |
| FUTURE | CC:KAMCO0-BLOAN | SEL | 49.3836 DKK | 3/21/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 20,000 | (98,767,200) |
| FUTURE | CC:LINDAS-BLOAN | SEL | 49.3836 DKK | 3/21/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 21,500 | (106,174,740) |
| FUTURE | CC:MOIRAA-BLOAN | SEL | 49.3836 DKK | 3/21/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 40,000 | (197,534,400) |
| FUTURE | CC:NSONGF-BLOAN | SEL | 49.3836 DKK | 3/21/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 25,000 | (123,459,000) |
| FUTURE | CC:RIVERS-BLOAN | SEL | 49.3836 DKK | 3/21/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 21,500 | (106,174,740) |
| FUTURE | CC:KAMINV-BLOAN | SEL | 49.3836 DKK | 3/21/2014 | 7/18/2014 | TKF18JUL2014 | BUY | 20,000 | (98,767,200) |
| FUTURE | CC:AMERIC-BLOAN | BUY | 49.44 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (19,000) | 93,936,000 |
| FUTURE | CC:AMERIC-BLOAN | BUY | 49.45 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (1,000) | 4,945,000 |
| FUTURE | CC:DWCONS-BLOAN | BUY | 49.44 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (31,350) | 154,994,400 |
| FUTURE | CC:DWCONS-BLOAN | BUY | 49.45 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (1,650) | 8,159,250 |
| FUTURE | CC:GOLDST-BLOAN | BUY | 49.44 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (20,900) | 103,329,600 |
| FUTURE | CC:GOLDST-BLOAN | BUY | 49.45 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (1,100) | 5,439,500 |
| FUTURE | CC:KAMCO0-BLOAN | BUY | 49.44 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (19,000) | 93,936,000 |
| FUTURE | CC:KAMCO0-BLOAN | BUY | 49.45 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (1,000) | 4,945,000 |
| FUTURE | CC:KAMINV-BLOAN | BUY | 49.44 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (19,000) | 93,936,000 |
| FUTURE | CC:KAMINV-BLOAN | BUY | 49.45 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (1,000) | 4,945,000 |
| FUTURE | CC:LINDAS-BLOAN | BUY | 49.44 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (20,425) | 100,981,200 |
| FUTURE | CC:LINDAS-BLOAN | BUY | 49.45 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (1,075) | 5,315,875 |
| FUTURE | CC:MOIRAA-BLOAN | BUY | 49.44 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (38,000) | 187,872,000 |
| FUTURE | CC:MOIRAA-BLOAN | BUY | 49.45 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (2,000) | 9,890,000 |
| FUTURE | CC:RIVERS-BLOAN | BUY | 49.44 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (20,425) | 100,981,200 |
| FUTURE | CC:RIVERS-BLOAN | BUY | 49.45 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (1,075) | 5,315,875 |
| FUTURE | CC:NSONGF-BLOAN | BUY | 49.44 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (23,750) | 117,420,000 |
| FUTURE | CC:NSONGF-BLOAN | BUY | 49.45 DKK | 4/14/2014 | 7/18/2014 | TKF18JUL2014 | SELL | (1,250) | 6,181,250 |

| TDC DC | Ccy | Ccy Amt | DKK Amt |
|---|---|---|---|
| Equity | DKK | (65,665,998) | (65,665,998) |
| Futures | DKK | 11,407,200 | 11,407,200 |
| Div | DKK | 48,661,800 | 48,661,800 |
| Reclaim | DKK | 17,845,215 | 17,845,215 |
| Futures fees | EUR | (46,225) | (344,963) |
| Futures bro | DKK | (12,852) | (12,852) |
| Funding | EUR | (15,858) | (118,343) |
| **Trade Profit DKK** | | | **11,772,059** |

| **EDF** | | | DKK |
|---|---|---|---|
| 1. Custody fee 1% upfront | | | 666,600 |
| 2. Custody fee (50% less 1% upfront) | | | 5,219,430 |
| | | | |
| **Profit to client** | | | 5,886,030 |
| | | | |
| Shares | | | 30,300,000 |
| DPS | | | 2.2 |
| Gross Div | | | 66,660,000 |

| Qty | Debit Account | Narrative | CCY | Amount |
|---|---|---|---|---|
| 5,000,000 | CC:AMERIC-INVGR | TDC DC custody fee Pt II | DKK | 861,292 |
| 3,300,000 | CC:DW0000-CONST | TDC DC custody fee Pt II | DKK | 568,453 |
| 2,200,000 | CC:GOLDST-LAWGP | TDC DC custody fee Pt II | DKK | 378,968 |
| 2,000,000 | CC:KAMCO0-INVES | TDC DC custody fee Pt II | DKK | 344,517 |
| 5,000,000 | CC:KAMCO0-LPPRO | TDC DC custody fee Pt II | DKK | 861,292 |
| 2,150,000 | CC:LINDEN-ADBPL | TDC DC custody fee Pt II | DKK | 370,356 |
| 6,000,000 | CC:MOIRA0-ASSOC | TDC DC custody fee Pt II | DKK | 1,033,550 |
| 2,500,000 | CC:NSONGF-401PL | TDC DC custody fee Pt II | DKK | 430,646 |
| 2,150,000 | CC:RIVERS-ASSOC | TDC DC custody fee Pt II | DKK | 370,356 |
| 30,300,000 | | | | 5,219,430 |