# Exhibit 5

| | |
|---|---|
| **From:** | Execution <execution@fgcsecurities.com> |
| **Sent:** | Thursday, March 21, 2013 9:57 AM |
| **To:** | adam@Berninap.com |
| **Subject:** | Confirm - Carlsberg-B |
| **Attach:** | BERN_CARLB_20130321_0018_A.pdf |

**From:** adam@Berninap.com [mailto:adam@Berninap.com]
**Sent:** Thursday, March 21, 2013 6:25 AM
**To:** Execution
**Subject:** Request for Liquidity - Carlsberg-B

Good Morning – hope all is well.

Pursuant to Section 3.3(a) of the Guarantee Deed among Solo Capital Partners LLP, The Bernina Pension Plan and FGC Securities ...

The Bernina Pension Plan – Account BER01 – hereby seeks liquidity for the following transactions:

- **BUY CASH EQUITITES**
- **ISSUER NAME** – Carlsberg-B
- **ISIN** – DK0010181759
- **TICKER** – CARLB DC
- **SHARES** –600,000
- **PRICE** – 586.3316
- **TRADE DATE** – 21 March 2013
- **SETTLEMENT DATE/STOCK PURCHASE VALUE DATE** – 27 March 2013
- **BROKER** – FGC Securities


- **SELL FUTURES**
- **DESCRIPTION** – CLD (Carlsberg-B) September Bclear Cash Flex Futures
- **EXPIRY** – 20 September 2013
- **CONTRACTS** – 6,000
- **PRICE**: 583.43
- **TRADE DATE** – 21 March 2013
- **BROKER** – FGC Securities

Please contact us to confirm what you are seeing and if you have liquidity to offer.


Adam La Rosa
Authorized Representative
The Bernina Pension Plan
e-mail: adam@XBerninap.com

Highly Confidential