# Exhibit 6

| | |
|---|---|
| **From:** | FGC Execution <execution@fgcsecurities.com> |
| **Sent:** | Wednesday, August 21, 2013 1:15 PM |
| **To:** | adam@Berninap.com |
| **Subject:** | RE: Request for Liquidity - Carlsberg-B |
| **Attach:** | BERN_CARLB_20130821_0003_A1.pdf |

Adam – Please find attached confirm for today's trade. Please let us know immediately if you see any discrepancy.
Thanks
FGC

---

**From:** adam@Berninap.com [mailto:adam@Berninap.com]
**Sent:** Wednesday, August 21, 2013 6:44 AM
**To:** Execution
**Subject:** Request for Liquidity - Carlsberg-B

Good Morning – hope all is well.

Pursuant to Section 3.3(a) of the Guarantee Deed among Solo Capital Partners LLP, The Bernina Pension Plan and FGC Securities …

The Bernina Pension Plan – Account BER01 – hereby seeks liquidity for the following transactions:

- **BUY FUTURES**
- **DESCRIPTION** – CLD (Carlsberg-B) September Bclear Cash Flex Futures
- **EXPIRY** – 20 September 2013
- **CONTRACTS** – 6,000
- **PRICE**: 561.47
- **TRADE DATE** – 21 August 2013
- **BROKER** – FGC Securities

Please contact us to confirm what you are seeing and if you have liquidity to offer.


Adam La Rosa
Authorized Representative
The Bernina Pension Plan
e-mail: adam@XBerninap.com

Highly Confidential                                                                                                                     MPSKAT00088402