# Exhibit 13

# Ganymede Cayman Limited

Harneys Services (Cayman) Limited,
3rd Floor, Queensgate House,
113 South Church Street,
PO Box 10240,
Grand Cayman KY1-1002
Cayman Islands

**Invoice Date**     22nd April 2013

**Invoice Number**   00031

**To**               Adam La Rosa
                     RJM Capital Pension Plan

**Address**          1010 Fifth Avenue
                     Apt 1D
                     New York
                     NY 10028
                     United States of America

| Description | Amount Euro |
|---|---|
| Fee due under Advisory Services Agreement | € 304,427.00 |
| Initial fee / Final instalment due under Advisory Services Agreement | € 50,000.00 |
| **Total amount due in April 2013** | **€ 354,427.00** |

Contact              Graham Horn
Contact Telephone    00971 (0) 4 376 4215
Contact Email        Ganymede@ganymedecayman.com

**Amount due on invoice date.**

**Please remit payments by wire transfer to:**

JPMORGAN CHASE BANK FRANKFURT        CHASDEFX
JPMORGAN CHASE BANK                  CHASGB2L
FURTHER CREDIT TO SOLO CAPITAL PARTNERS LLP
A/C #  0041243630
IBAN GB08CHAS60924241243630

CONFIDENTIAL                                                                                       WH_MDL_00032712