# Exhibit 15



| | |
|---|---|
| From: | Richard Markowitz <rmarkowitz@argremgt.com> |
| To: | John van Merkensteijn; Robert Klugman; Matthew Cooper; Ira Reibeisen |
| Sent: | 8/4/2014 1:19:00 AM |
| Subject: | Preliminary TDC Trade Allocations |
| Attachments: | Markowitz TDC DC.xlsx |

Please see the attached spreadsheet for this Thursday's trade. We will obviously need to add account id's for all of the Plans, plus Old Park Lane designations for the various counter-parties (brokers, etc.).

The trading volume, per Plan, represents about 40 bp's of TDC's outstanding shares.

Ira, Matthew and Rob, we should make sure that we put this preliminary information into the template that will be needed for the Old Park Lane trading system (which I believe just needs to have the Ticker (TDC DC), Side (Buy or Sell?), trade date, settlement added (maybe other information that I am forgetting).

Rich

-------------------------

Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:
(212) 247-2600
Fax:
(212) 247-2753
Mobile:
(917) 848-5675

CONFIDENTIAL

JHVM_0004868

Document Produced as Native

CONFIDENTIAL
JHVM_0004869

| Person | Fund Name | Allocation | Broker | Forward | Stock Lender |
|---|---|---|---|---|---|
| Markowitz | Omenica Trust | 2,838,100 | Bastion | Amalthea | Gnosis |
| Markowitz | Routt Capital Trust | 2,832,945 | Bastion | Amalthea | Gnosis |
| Markowitz | Vanderlee Technologies Pension Plan Trust | 2,990,186 | Bastion | Amalthea | Gnosis |
| Markowitz | Avanix Management LLC Roth 401(kiss) | 2,805,836 | Bastion | Amalthea | Gnosis |
| Markowitz | Battu Holdings LLC Roth 401(kiss) Plan | 3,081,898 | Bastion | Amalthea | Gnosis |
| Markowitz | Cavus Systems LLC Roth 401(kiss) Plan | 3,691,977 | Bastion | Amalthea | Gnosis |
| Markowitz | Edgepoint Capital LLC Roth 401(kiss) Plan | 3,190,351 | Bastion | Amalthea | Gnosis |
| Markowitz | Hadron Industries LLC Roth 401(kiss) Plan | 3,097,958 | Bastion | Amalthea | Gnosis |
| Markowitz | Headsail Manufacturing LLC Roth 401(kiss) Plan | 3,117,881 | Bastion | Amalthea | Gnosis |
| Markowitz | RAK2 Investment Trust | 2,935,383 | Bastion | Amalthea | Gnosis |
| Markowitz | RAK3 Investment Trust | 3,343,725 | Bastion | Amalthea | Gnosis |
| Markowitz | Aerovane Logistics LLC 401K Plan | 3,533,815 | Bastion | Amalthea | Gnosis |
| Markowitz | RAK Investment Trust | 3,196,193 | Bastion | Amalthea | Gnosis |
| Markowitz | Bareroot Capital Investments LLC Roth 401K Plan | 3,714,107 | Bastion | Amalthea | Gnosis |
| Markowitz | Cantata Industries LLC Roth 401K Plan | 2,888,576 | Bastion | Amalthea | Gnosis |
| Markowitz | Dicot Technologies LLC Roth 401K Plan | 2,869,709 | Bastion | Amalthea | Gnosis |
| Markowitz | Cedar Hill Capital Investements LLC Roth 401K Plan | 3,689,164 | Bastion | Amalthea | Gnosis |
| Markowitz | Fulcrum Productions LLC Roth 401K Plan | 3,419,036 | Bastion | Amalthea | Gnosis |
| Markowitz | Green Scale Management LLC Roth 401K Plan | 3,023,900 | Bastion | Amalthea | Gnosis |
| Markowitz | Keystone Technologies LLC Roth 401K Plan | 3,389,801 | Bastion | Amalthea | Gnosis |
| Markowitz | Tumba Systems LLC Roth 401K Plan | 3,097,117 | Bastion | Amalthea | Gnosis |
| Markowitz | Basalt Ventures LLC Roth 401K Plan | 2,876,867 | Bastion | Amalthea | Gnosis |
| Markowitz | Starfish Capital Management LLC Roth 401K Plan | 3,547,235 | Bastion | Amalthea | Gnosis |
| Markowitz | Voojo Productions LLC Roth 401K Plan | 3,663,418 | Bastion | Cork Oak | Gnosis |
| Markowitz | Eclouge Industry LLC Roth 401K Plan | 3,269,796 | Bastion | Cork Oak | Gnosis |
| Markowitz | First Ascent Worldwide LLC Roth 401K Plan | 2,848,717 | Bastion | Cork Oak | Gnosis |
| Markowitz | Loggerhead Services LLC Roth 401K Plan | 3,365,526 | Bastion | Cork Oak | Gnosis |
| Markowitz | PAB Facilities Global LLC Roth 401K Plan | 3,669,877 | Bastion | Cork Oak | Gnosis |
| Markowitz | Trailing Edge Productions LLC Roth 401K Plan | 3,632,498 | Bastion | Cork Oak | Gnosis |
| Markowitz | Crucible Ventures LLC Roth 401K Plan | 3,219,605 | Bastion | Cork Oak | Gnosis |
| Markowitz | Limelight Global Productions LLC Roth 401K Plan | 3,415,873 | Bastion | Cork Oak | Gnosis |
| Markowitz | Plumrose Industries LLC Roth 401K Plan | 3,169,872 | Bastion | Cork Oak | Gnosis |
| Markowitz | Roadcraft Technologies LLC Roth 401K Plan | 2,803,027 | Bastion | Cork Oak | Gnosis |
| Markowitz | True Wind Investments LLC Roth 401K Plan | 3,219,090 | Bastion | Cork Oak | Gnosis |