| Cash | Currency | USD | | |
|---|---|---|---|---|
| | Invoice Number | Description | Debit/Credit | Balance |
| | | Brokerage Fee Apr 13 - FGC | -22,755.06 | -89,310.28 |
| | | Equity Settlements | 0.00 | -89,310.28 |
| | | Stock Loan Settlements | 0.00 | -89,310.28 |
| | | Dividends | 0.00 | -89,310.28 |
| | | Variation Margin | 0.00 | -89,310.28 |
| | | Stock Loan Interest & Fee | 0.00 | -89,310.28 |
| | | Initial Margin | 0.00 | -89,310.28 |
| | | Stock Margin | 0.00 | -89,310.28 |
| | | Realised Futures P&L | 0.00 | -89,310.28 |
| | | | | -89,310.28 |

*SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)*
*We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be  immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITAL PARTNERS LLP immediately  by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.*

ELYSIUM-01744925

Message

| | |
|---|---|
| **From**: | solotradeapprovals@solo.com [solotradeapprovals@solo.com] |
| **Sent**: | 16/04/2013 13:48:43 |
| **To**: | martin.smith@colbrooklimited.com |
| **CC**: | solotradeapprovals@solo.com |
| **Subject**: | Account (COL01) - Trade Approved |

Dear Client,

Please accept this email as confirmation that the below stock loan transaction has been approved and booked to your Solo Capital Partners LLP custody account.

In case of any queries, please contact custody@solo.com.

Global Securities Services

**Solo Capital Partners LLP**

Details of Stock Loan Transaction:

| | |
|---|---|
| **Trade Type** | |
| **Ticker** | MAERSKB DC |
| **Instrument** | Equity |
| **Currency** | DKK |
| **Price** | 43,680.2893 |
| **Quantity/Contracts** | 10,400 |
| **Shapes** | **Shape 1** 10,400 |
| **Notional** | 454,275,008.7200 |
| **Trade Date** | 16/04/2013 |
| **Settlement Date** | 17/04/2013 |
| **Side** | Lend |
| **Haircut** | 0 |
| **Term** | Open |
| **Cash Rebate Interest** | DKK LIBOR SPOT NEXT |
| **Cash Rebate Spread** | 70 |
| **Stock Rebate Interest** | DKK LIBOR SPOT NEXT |
| **Stock Rebate Spread** | 49.55 |
| **Cash Pool Type** | fixed |
| **Dividends** | 100% |
| **Counterparty** | DDC CAYMAN LIMITED |