# RJM Plan – Trade 11 – November 2013 Chr. Hansen Holding A/S

Message

| | |
|---|---|
| **From**: | solotradeapprovals@solo.com [solotradeapprovals@solo.com] |
| **Sent**: | 26/11/2013 17:54:00 |
| **To**: | omitchell@ddccayman.com; poakley@ddccayman.com |
| **CC**: | execution@fgcsecurities.com; operations@fgcsecurities.com; solotradeapprovals@solo.com |
| **Subject**: | Account (DDC01) - Trade Approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Solo Capital Partners LLP approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Solo Capital Partners LLP will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@solo.com.

Global Securities Services

**Solo Capital Partners LLP**

Details of Trade:

| | |
|---|---|
| **Trade Type** | Sell |
| **Ticker** | CHR |
| **Instrument** | Equity |
| **Currency** | DKK |
| **Price** | 204.0000 |
| **Quantity/Contracts** | 12,157 |
| **Shapes** | **Shape 1** 12,157 |
| **Notional** | 2,480,028.0000 |
| **Trade Date** | 26/11/2013 |
| **Settlement Date** | 02/12/2013 |
| **Broker** | FGC Securities LLC |

Message

| | |
|---|---|
| **From**: | solotradeapprovals@solo.com [solotradeapprovals@solo.com] |
| **Sent**: | 26/11/2013 15:33:23 |
| **To**: | omitchell@ddccayman.com; poakley@ddccayman.com |
| **CC**: | execution@fgcsecurities.com; operations@fgcsecurities.com; solotradeapprovals@solo.com |
| **Subject**: | Account (DDC01) - Trade Approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Solo Capital Partners LLP approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Solo Capital Partners LLP will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@solo.com.

Global Securities Services

**Solo Capital Partners LLP**

Details of Trade:

| | |
|---|---|
| **Trade Type** | Sell |
| **Ticker** | CHR |
| **Instrument** | Equity |
| **Currency** | DKK |
| **Price** | 203.3100 |
| **Quantity/Contracts** | 768,000 |
| **Shapes** | **Shape 1** 768,000 |
| **Notional** | 156,142,080.0000 |
| **Trade Date** | 26/11/2013 |
| **Settlement Date** | 02/12/2013 |
| **Broker** | FGC Securities LLC |

Message

| | |
|---|---|
| **From**: | solotradeapprovals@solo.com [solotradeapprovals@solo.com] |
| **Sent**: | 29/11/2013 18:47:38 |
| **To**: | info@aquila-grp.com |
| **CC**: | solotradeapprovals@solo.com |
| **Subject**: | Account (AQU01) - Trade Approved |

Dear Client,

Please accept this email as confirmation that the below stock loan transaction has been approved and booked to your Solo Capital Partners LLP custody account.

In case of any queries, please contact custody@solo.com.

Global Securities Services

**Solo Capital Partners LLP**

Details of Stock Loan Transaction:

| | |
|---|---|
| **Trade Type** | |
| **Ticker** | CHR |
| **Instrument** | Equity |
| **Currency** | DKK |
| **Price** | 204.0000 |
| **Quantity/Contracts** | 12,157 |
| **Shapes** | **Shape 1** 12,157 |
| **Notional** | 2,480,028.0000 |
| **Trade Date** | 29/11/2013 |
| **Settlement Date** | 02/12/2013 |
| **Side** | Lend |
| **Haircut** | None |
| **Term** | Open |
| **Cash Rebate Interest** | 1 wk CIBOR |
| **Cash Rebate Spread** | +70 |
| **Stock Rebate Interest** | 1 wk CIBOR |
| **Stock Rebate Spread** | +19.858 |
| **Cash Pool Type** | fixed |
| **Dividends** | 100% |
| **Counterparty** | DDC Cayman |

| | |
|---|---|
| **Message** | |
| **From**: | solotradeapprovals@solo.com [solotradeapprovals@solo.com] |
| **Sent**: | 29/11/2013 21:12:03 |
| **To**: | info@aquila-grp.com |
| **CC**: | solotradeapprovals@solo.com |
| **Subject**: | Account (AQU01) - Trade Approved |

Dear Client,

Please accept this email as confirmation that the below stock loan transaction has been approved and booked to your Solo Capital Partners LLP custody account.

In case of any queries, please contact custody@solo.com.

Global Securities Services

**Solo Capital Partners LLP**

Details of Stock Loan Transaction:

| | |
|---|---|
| **Trade Type** | |
| **Ticker** | CHR |
| **Instrument** | Equity |
| **Currency** | DKK |
| **Price** | 203.3100 |
| **Quantity/Contracts** | 768,000 |
| **Shapes** | **Shape 1** 768,000 |
| **Notional** | 156,142,080.0000 |
| **Trade Date** | 29/11/2013 |
| **Settlement Date** | 02/12/2013 |
| **Side** | Lend |
| **Haircut** | None |
| **Term** | Open |
| **Cash Rebate Interest** | 1 wk CIBOR |
| **Cash Rebate Spread** | +70 |
| **Stock Rebate Interest** | 1 wk CIBOR |
| **Stock Rebate Spread** | +19.858 |
| **Cash Pool Type** | fixed |
| **Dividends** | 100% |
| **Counterparty** | DDC Cayman |

ELYSIUM-02528473