# Basalt Plan – Trade 1 – February 2015 Novozymes A/S - B

Document produced as native.

ELYSIUM-09140791

| Client Account Id | Approver | Approval Date | Approval Time | Leg Type | Side | Instrument Type | Trade Date | Settlement Date | Stock | Ticker | Shape | Price | Currency | Notional | Isin | Sedol | Counterparty Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRS01 | admin | 27-Feb-15 | 15:06:01 | Stock Loan | Lend | Equity | 27-Feb-15 | 2-Mar-15 | NZYMB DC Equity | NZYMB | 777,153 | 322.5 | DKK | 250,631,842.50 | DK0060336014 | B798FW0 | RVT Consult GmbH |
| RVC01 | admin | 27-Feb-15 | 15:06:01 | Stock Loan | Lend | Equity | 27-Feb-15 | 2-Mar-15 | NZYMB DC Equity | NZYMB | 777,153 | 322.5 | DKK | 250,631,842.50 | DK0060336014 | B798FW0 | Encoreelite Ltd |
| SUN01 | admin | 25-Feb-15 | 11:08:40 | Equity | Buy | Equity | 25-Feb-15 | 2-Mar-15 | NZYMB DC Equity | NZYMB | 777,153 | 322.5 | DKK | 250,631,842.50 | DK0060336014 | B798FW0 | Mako Financial Markets LLP |
| MAK01 | admin | 25-Feb-15 | 11:08:40 | Equity | Buy | Equity | 25-Feb-15 | 2-Mar-15 | NZYMB DC Equity | NZYMB | 777,153 | 322.5 | DKK | 250,631,842.50 | DK0060336014 | B798FW0 | Encoreelite Ltd |

ELYSIUM-09140791