# Basalt Plan – Trade 2 – March 2015 TDC A/S

Document produced as native.

ELYSIUM-09140791

| Client Account Id | Approver | Approval Date | Approval Time | Leg Type | Side | Instrument Type | Trade Date | Settlement Date | Stock | Ticker | Shape | Price | Currency | Notional | Isin | Sedol | Counterparty Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAS01 | admin | 5-Mar-15 | 16:41:40 | Equity | Buy | Equity | 5-Mar-15 | 10-Mar-15 | TDC DC Equity | TDC | 3,283,965 | 54 | DKK | 177,334,110.00 | DK0060228559 | 5698790 | Mako Financial Markets LLP |
| MAK01 | admin | 5-Mar-15 | 16:41:40 | Equity | Buy | Equity | 5-Mar-15 | 10-Mar-15 | TDC DC Equity | TDC | 3,283,965 | 54 | DKK | 177,334,110.00 | DK0060228559 | 5698790 | FBFB International Limited |

eod

ELYSIUM-09140791

Message

| | |
|---|---|
| **From**: | tradeapprovals@telesto.com [tradeapprovals@telesto.com] |
| **Sent**: | 09/03/2015 16:07:27 |
| **To**: | info@diversevision.com |
| **CC**: | ak@ceka-invest.com; tradeapprovals@telesto.com |
| **Subject**: | Account (DIV01) - trade approved |

Dear Client,

Please accept this email as confirmation that the below stock loan transaction has been approved and booked to your Telesto Markets LLP custody account.

In case of any queries, please contact custody@telesto.com.

Global Securities Services

**Telesto Markets LLP**

Details of Stock Loan Transaction:

| | |
|---|---|
| **Client Account** | DIV01 |
| **Counterparty** | CEKA Invest GmbH |
| **Trade Type** | Lend |
| **Ticker** | TDC |
| **Product (Instrument)** | Stock Loan (Equity) |
| **Currency** | DKK |
| **Price** | 54.0000 |
| **Quantity/Contracts** | 3,283,965 |
| **Shapes** | **Shape 1** 3,283,965 |
| **Notional** | 177,334,110.00 |
| **Trade Date** | 09 March 2015 |
| **Settlement Date** | 10 March 2015 |
| **Haircut** | 0 |
| **Term** | Open |
| **Interest Rate Type** | Fixed |
| **Interest Rate** | 70.0000 |
| **Lending Fee Rate** | 94.5272 |
| **Cash Pool Type** | Fixed |
| **Dividends** | 100% |

ELYSIUM-03897564

Message

| | |
|---|---|
| **From**: | tradeapprovals@telesto.com [tradeapprovals@telesto.com] |
| **Sent**: | 09/03/2015 16:08:35 |
| **To**: | ak@ceka-invest.com |
| **CC**: | info@fbfbil.com; tradeapprovals@telesto.com |
| **Subject**: | Account (CEK01) - trade approved |

Dear Client,

Please accept this email as confirmation that the below stock loan transaction has been approved and booked to your Telesto Markets LLP custody account.

In case of any queries, please contact custody@telesto.com.

Global Securities Services

**Telesto Markets LLP**

Details of Stock Loan Transaction:

| | |
|---|---|
| **Client Account** | CEK01 |
| **Counterparty** | FBFB International Limited |
| **Trade Type** | Lend |
| **Ticker** | TDC |
| **Product (Instrument)** | Stock Loan (Equity) |
| **Currency** | DKK |
| **Price** | 54.0000 |
| **Quantity/Contracts** | 3,283,965 |
| **Shapes** | **Shape 1** 3,283,965 |
| **Notional** | 177,334,110.00 |
| **Trade Date** | 09 March 2015 |
| **Settlement Date** | 10 March 2015 |
| **Haircut** | 0 |
| **Term** | Open |
| **Interest Rate Type** | Fixed |
| **Interest Rate** | 70.0000 |
| **Lending Fee Rate** | 99.5272 |
| **Cash Pool Type** | Fixed |
| **Dividends** | 100% |

ELYSIUM-03897657