# Roadcraft Plan – Trade 14 – May 2015 Coloplast A/S - B

| | |
|---|---|
| **Message** | |
| **From**: | solotradeapprovals@solo.com [solotradeapprovals@solo.com] |
| **Sent**: | 06/05/2015 15:33:46 |
| **To**: | sunrisecross@sunrisebrokers.com |
| **CC**: | deltaone@mako.com; solotradeapprovals@solo.com |
| **Subject**: | Account (SUN01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Solo Capital Partners LLP approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Solo Capital Partners LLP will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@solo.com.

Global Securities Services

**Solo Capital Partners LLP**

Details of Trade:

| | |
|---|---|
| **Client Account** | SUN01 |
| **Counterparty** | Mako Financial Markets LLP |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | 510.0000 |
| **Quantity/Contracts** | 1,473,168 |
| **Shapes** | **Shape 1** 4,740 |
| | **Shape 2** 734,214 |
| | **Shape 3** 734,214 |
| **Notional** | 751,315,680.00 |
| **Trade Date** | 06 May 2015 |
| **Settlement Date** | 11 May 2015 |

Message

| | |
|---|---|
| **From**: | solotradeapprovals@solo.com [solotradeapprovals@solo.com] |
| **Sent**: | 06/05/2015 15:34:54 |
| **To**: | deltaone@mako.com |
| **CC**: | dilip@blacksquare.org; solotradeapprovals@solo.com |
| **Subject**: | Account (MAK01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Solo Capital Partners LLP approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Solo Capital Partners LLP will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@solo.com.

Global Securities Services

**Solo Capital Partners LLP**

Details of Trade:

| | |
|---|---|
| **Client Account** | MAK01 |
| **Counterparty** | Black Square Ltd. |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | 510.0000 |
| **Quantity/Contracts** | 1,473,168 |
| **Shapes** | **Shape 1** 4,740<br>**Shape 2** 734,214<br>**Shape 3** 734,214 |
| **Notional** | 751,315,680.00 |
| **Trade Date** | 06 May 2015 |
| **Settlement Date** | 11 May 2015 |

Message

| | |
|---|---|
| **From**: | solotradeapprovals@solo.com [solotradeapprovals@solo.com] |
| **Sent**: | 08/05/2015 16:13:20 |
| **To**: | info@equalservices.com |
| **CC**: | trading@tehvah-global.com; solotradeapprovals@solo.com |
| **Subject**: | Account (EQU01) - trade approved |

Dear Client,

Please accept this email as confirmation that the below stock loan transaction has been approved and booked to your Solo Capital Partners LLP custody account.

In case of any queries, please contact custody@solo.com.

Global Securities Services

**Solo Capital Partners LLP**

Details of Stock Loan Transaction:

| | |
|---|---|
| **Client Account** | EQU01 |
| **Counterparty** | Tehvah Global Ltd. |
| **Trade Type** | Lend |
| **Ticker** | COLOB |
| **Product (Instrument)** | Stock Loan (Equity) |
| **Currency** | DKK |
| **Price** | 510.0000 |
| **Quantity/Contracts** | 1,473,168 |
| **Shapes** | **Shape 1** 1,473,168 |
| **Notional** | 751,315,680.00 |
| **Trade Date** | 08 May 2015 |
| **Settlement Date** | 11 May 2015 |
| **Haircut** | 0 |
| **Term** | Open |
| **Interest Rate Type** | Fixed |
| **Interest Rate** | 70.0000 |
| **Lending Fee Rate** | 84.9049 |
| **Cash Pool Type** | Fixed |
| **Dividends** | 100% |

| | |
|---|---|
| **Message** | |
| **From**: | solotradeapprovals@solo.com [solotradeapprovals@solo.com] |
| **Sent**: | 08/05/2015 16:16:26 |
| **To**: | trading@tehvah-global.com |
| **CC**: | dilip@blacksquare.org; solotradeapprovals@solo.com |
| **Subject**: | Account (TGL01) - trade approved |

Dear Client,

Please accept this email as confirmation that the below stock loan transaction has been approved and booked to your Solo Capital Partners LLP custody account.

In case of any queries, please contact custody@solo.com.

Global Securities Services

**Solo Capital Partners LLP**

Details of Stock Loan Transaction:

| | |
|---|---|
| **Client Account** | TGL01 |
| **Counterparty** | Black Square Ltd. |
| **Trade Type** | Lend |
| **Ticker** | COLOB |
| **Product (Instrument)** | Stock Loan (Equity) |
| **Currency** | DKK |
| **Price** | 510.0000 |
| **Quantity/Contracts** | 1,473,168 |
| **Shapes** | **Shape 1** 1,473,168 |
| **Notional** | 751,315,680.00 |
| **Trade Date** | 08 May 2015 |
| **Settlement Date** | 11 May 2015 |
| **Haircut** | 0 |
| **Term** | Open |
| **Interest Rate Type** | Fixed |
| **Interest Rate** | 70.0000 |
| **Lending Fee Rate** | 89.9049 |
| **Cash Pool Type** | Fixed |
| **Dividends** | 100% |