| | |
|---|---|
| **Message** | |
| From: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| Sent: | 07/08/2014 17:22:25 |
| To: | Trading@RAKTrust.com |
| CC: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| Subject: | Account (STO01) - trade approved |

Dear Client,

In relation to the trade referred to below (*Trade*), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | STO01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | TDC |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 3,196,193 |
| **Shapes** | **Shape 1** 3,196,193 |
| **Notional** | |
| **Trade Date** | 07 August 2014 |
| **Settlement Date** | 13 August 2014 |

Message

| | |
|---|---|
| From: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| Sent: | 07/08/2014 17:22:27 |
| To: | Trading@RAK3Trust.com |
| CC: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| Subject: | Account (TLL01) - trade approved |

Dear Client,

In relation to the trade referred to below (*Trade*), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | TLL01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | TDC |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 3,343,725 |
| **Shapes** | Shape 1  3,343,725 |
| **Notional** | |
| **Trade Date** | 07 August 2014 |
| **Settlement Date** | 13 August 2014 |

| | |
|---|---|
| **Message** | |
| From: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| Sent: | 07/08/2014 17:22:34 |
| To: | trading@towerlandsstcapital.com |
| CC: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| Subject: | Account (TOW01) - trade approved |

Dear Client,

In relation to the trade referred to below (*Trade*), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | TOW01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | TDC |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 2,888,703 |
| **Shapes** | Shape 1  2,888,703 |
| **Notional** | |
| **Trade Date** | 07 August 2014 |
| **Settlement Date** | 13 August 2014 |

ELYSIUM-03294538

**Message**

| | |
|---|---|
| From: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| Sent: | 07/08/2014 17:22:55 |
| To: | trading@uptoninvestments.com |
| CC: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| Subject: | Account (UPT01) - trade approved |

Dear Client,

In relation to the trade referred to below (*Trade*), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | UPT01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | TDC |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 3,664,280 |
| **Shapes** | Shape 1 3,664,280 |
| **Notional** | |
| **Trade Date** | 07 August 2014 |
| **Settlement Date** | 13 August 2014 |

ELYSIUM-03294458

**Message**

| | |
|---|---|
| From: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| Sent: | 07/08/2014 17:22:42 |
| To: | Trading@TrueWindPension.com |
| CC: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| Subject: | Account (TRU01) - trade approved |

Dear Client,

In relation to the trade referred to below (*Trade*), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| Client Account | TRU01 |
| Counterparty | Bastion Capital London Limited |
| Trade Type | Buy |
| Ticker | TDC |
| Product (Instrument) | Equity (Equity) |
| Currency | DKK |
| Price | |
| Quantity/Contracts | 3,219,090 |
| Shapes | **Shape 1** 3,219,090 |
| Notional | |
| Trade Date | 07 August 2014 |
| Settlement Date | 13 August 2014 |

| | |
|---|---|
| **Message** | |
| From: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| Sent: | 07/08/2014 17:22:51 |
| To: | Trading@TumbaPension.com |
| CC: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| Subject: | Account (TUM01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | TUM01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | TDC |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 3,097,117 |
| **Shapes** | **Shape 1** 3,097,117 |
| **Notional** | |
| **Trade Date** | 07 August 2014 |
| **Settlement Date** | 13 August 2014 |

Message

**From:** tradeapprovals@oldplc.com [tradeapprovals@oldplc.com]
**Sent:** 07/08/2014 17:22:20
**To:** Trading@VanderleePension.com
**CC:** Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com
**Subject:** Account (VAN01) - trade approved

Dear Client,

In relation to the trade referred to below (*Trade*), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | VAN01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | TDC |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 2,990,186 |
| **Shapes** | Shape 1 2,990,186 |
| **Notional** | |
| **Trade Date** | 07 August 2014 |
| **Settlement Date** | 13 August 2014 |

ELYSIUM-03294478

```
Message
From:      tradeapprovals@oldplc.com [tradeapprovals@oldplc.com]
Sent:      07/08/2014 17:22:24
To:        Trading@VoojoPension.com
CC:        Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com
Subject:   Account (VOO01) - trade approved
```

Dear Client,

In relation to the trade referred to below (*Trade*), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | VOO01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | TDC |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 3,663,418 |
| **Shapes** | Shape 1  3,663,418 |
| **Notional** | |
| **Trade Date** | 07 August 2014 |
| **Settlement Date** | 13 August 2014 |

# Equity Transactions – Trade 2

| | |
|---|---|
| **Message** | |
| From: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| Sent: | 07/08/2014 17:22:44 |
| To: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com |
| CC: | brokerage@ballygatecapital.com; tradeapprovals@oldplc.com |
| Subject: | Account (BAS01) - trade approved |

Dear Client,

In relation to the trade referred to below (*Trade*), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | BAS01 |
| **Counterparty** | Ballygate Capital Limited |
| **Trade Type** | Buy |
| **Ticker** | TDC |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 148,093,767 |
| **Shapes** | **Shape 1** 10,891,608 |
| | **Shape 2** 10,891,608 |
| | **Shape 3** 10,891,608 |
| | **Shape 4** 10,891,608 |
| | **Shape 5** 10,891,608 |
| | **Shape 6** 10,891,608 |
| | **Shape 7** 10,891,608 |
| | **Shape 8** 10,891,608 |
| | **Shape 9** 10,891,608 |
| | **Shape 10** 10,891,608 |
| | **Shape 11** 10,891,608 |

|  |  |
|---|---|
|  | **Shape 12** 10,891,608 |
|  | **Shape 13** 10,891,608 |
|  | **Shape 14** 6,502,863 |
| **Notional** | |
| **Trade Date** | 07 August 2014 |
| **Settlement Date** | 13 August 2014 |

ELYSIUM-03294580

# Equity Transactions – Trade 3

| | |
|---|---|
| **Message** | |
| From: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| Sent: | 07/08/2014 17:22:32 |
| To: | brokerage@ballygatecapital.com |
| CC: | execution@miralty.net; tradeapprovals@oldplc.com |
| Subject: | Account (BCL01) - trade approved |

Dear Client,

In relation to the trade referred to below (*Trade*), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | BCL01 |
| **Counterparty** | Miralty International Limited |
| **Trade Type** | Buy |
| **Ticker** | TDC |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 29,394,791 |
| **Shapes** | Shape 1 10,891,608 |
| | Shape 2 10,891,608 |
| | Shape 3 7,611,575 |
| **Notional** | |
| **Trade Date** | 07 August 2014 |
| **Settlement Date** | 13 August 2014 |

ELYSIUM-03294561

OLD PARK LANE CAPITAL PLC⁺

Old Park Lane Capital PLC
49, Berkeley Square
London W1J 5AZ

## Miralty International Limited
Geneva Place, Waterfront Drive, P.O. Box 3469, Road Town, Tortola, British Virgin Islands

# Quarter 3 - 2014

Invoice Breakdown - MIR01/Q3/2014

| | |
|---|---|
| TAS Platform Fee | EUR 3,000.00 |

<u>Denmark</u>

| | |
|---|---|
| Equity Fee | EUR 45.00 |
| Forward Fee | EUR 27,000.00 |
| Stock Loan Fee | EUR 4,500.00 |

**Total Amount Due**                    **EUR 34,545.00**

Please see the below payment instructions:

Barclays Bank Plc,
260/262 Chingford Mount Road,
South Chingford,
London,
E4 8JN

Currency: EUR
Account No: 54832433
Sort Code: 20-53-04
IBAN: GB53 BARC 2053 0454 8324 33
BIC Code: BARCGB22

*PLEASE NOTE:* If you would like to pay this invoice in a currency other than Euro please contact Solo Capital to receive USD or GBP account details. If a different currency is paid into any of the accounts, you will be held liable to pay the difference.

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188  F: +44 (0)20 7493 3576  W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ

Page 1 of 3

ELYSIUM-04646756

## TAS Platform Fees

| Fee Type | Settle Date | Base Fees | Billed Amount |
|---|---|---|---|
| Platform Fee | 29 August 2014 | EUR 1,500.00 | EUR 1,500.00 |
| Platform Fee | 30 September 2014 | EUR 1,500.00 | EUR 1,500.00 |
| | Total | EUR 3,000.00 | EUR 3,000.00 |

## Transaction Fees

### Denmark
### Equity

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | TDC | TDC A/S | BCL01 | DKK | 51.3500 | 10,891,608 | 1,509,422,517.85 | 07 August 2014 | 13 August 2014 | EUR 15.00 | EUR 15.00 |
| Sell | TDC | TDC A/S | BCL01 | DKK | 51.3500 | 10,891,608 | 1,509,422,517.85 | 07 August 2014 | 13 August 2014 | EUR 15.00 | EUR 15.00 |
| Sell | TDC | TDC A/S | BCL01 | DKK | 51.3500 | 7,611,575 | 1,509,422,517.85 | 07 August 2014 | 13 August 2014 | EUR 15.00 | EUR 15.00 |
| | | | | | | | | | Total | EUR 45.00 | EUR 45.00 |

### Forward

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Buy | TDC | TDC A/S | LDW01 | DKK | 50.3500 | 3,632,498 | 182,896,274.30 | 07 August 2014 | 19 December 2014 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | TDC | TDC A/S | LDW01 | DKK | 50.3500 | 3,669,877 | 184,778,306.95 | 07 August 2014 | 19 December 2014 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | TDC | TDC A/S | LDW01 | DKK | 50.3500 | 3,169,872 | 159,603,055.20 | 07 August 2014 | 19 December 2014 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | TDC | TDC A/S | LDW01 | DKK | 50.3500 | 3,269,796 | 164,634,228.60 | 07 August 2014 | 19 December 2014 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | TDC | TDC A/S | LDW01 | DKK | 50.3500 | 3,219,605 | 162,107,111.75 | 07 August 2014 | 19 December 2014 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | TDC | TDC A/S | LDW01 | DKK | 50.3500 | 2,848,717 | 143,432,900.95 | 07 August 2014 | 19 December 2014 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | TDC | TDC A/S | LDW01 | DKK | 50.3500 | 2,803,027 | 141,132,409.45 | 07 August 2014 | 19 December 2014 | EUR 3,000.00 | EUR 3,000.00 |

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188   F: +44 (0)20 7493 3576   W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440579. Registered Office: 49 Berkeley Square, London W1J 5AZ

ELYSIUM-04646756

# OLD PARK LANE CAPITAL PLC

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Buy | TDC | TDC A/S | LDW01 | DKK | 50.3500 | 3,415,873 | 171,989,205.55 | 07 August 2014 | 19 December 2014 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | TDC | TDC A/S | LDW01 | DKK | 50.3500 | 3,365,526 | 169,454,234.10 | 07 August 2014 | 19 December 2014 | EUR 3,000.00 | EUR 3,000.00 |
| | | | | | | | | | Total | EUR 27,000.00 | EUR 27,000.00 |

## Stock Loan

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Borrow | TDC | TDC A/S | ESE01 | DKK | 51.3500 | 3,415,873 | 175,405,078.55 | 12 August 2014 | 13 August 2014 | Fee Rate = 33.49, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | TDC | TDC A/S | ESE01 | DKK | 51.3500 | 3,169,872 | 162,772,927.20 | 12 August 2014 | 13 August 2014 | Fee Rate = 33.49, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | TDC | TDC A/S | ESE01 | DKK | 51.3500 | 3,669,877 | 188,448,183.95 | 12 August 2014 | 13 August 2014 | Fee Rate = 33.49, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | TDC | TDC A/S | ESE01 | DKK | 51.3500 | 3,269,796 | 167,904,024.60 | 12 August 2014 | 13 August 2014 | Fee Rate = 33.49, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | TDC | TDC A/S | ESE01 | DKK | 51.3500 | 2,848,717 | 146,281,617.95 | 12 August 2014 | 13 August 2014 | Fee Rate = 33.49, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | TDC | TDC A/S | ESE01 | DKK | 51.3500 | 3,219,605 | 165,326,716.75 | 12 August 2014 | 13 August 2014 | Fee Rate = 33.49, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | TDC | TDC A/S | ESE01 | DKK | 51.3500 | 3,632,498 | 186,528,772.30 | 12 August 2014 | 13 August 2014 | Fee Rate = 33.49, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | TDC | TDC A/S | ESE01 | DKK | 51.3500 | 3,365,526 | 172,819,760.10 | 12 August 2014 | 13 August 2014 | Fee Rate = 33.49, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | TDC | TDC A/S | ESE01 | DKK | 51.3500 | 2,803,027 | 143,935,436.45 | 12 August 2014 | 13 August 2014 | Fee Rate = 33.49, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| | | | | | | | | | | | Total | EUR 4,500.00 | EUR 4,500.00 |

**Grand Total   EUR 34,545.00**

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188  F: +44 (0)20 7493 3576  W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440679. Registered Office: 49 Berkeley Square, London W1J 5AZ
Page 3 of 3

ELYSIUM-04646756

# Stock Loan Transactions

Message

**From:** tradeapprovals@oldplc.com [tradeapprovals@oldplc.com]
**Sent:** 12/08/2014 18:30:12
**To:** bhupendra@gnosis-capital.com
**CC:** trading@esengi.net; tradeapprovals@oldplc.com
**Subject:** Account (GNO01) - trade approved

Dear Client,

Please accept this email as confirmation that the below stock loan transaction has been approved and booked to your Old Park Lane Capital custody account.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Stock Loan Transaction:

| | |
|---|---|
| **Client Account** | GNO01 |
| **Counterparty** | Esengi Limited |
| **Trade Type** | Lend |
| **Ticker** | TDC |
| **Product (Instrument)** | Stock Loan (Equity) |
| **Currency** | DKK |
| **Price** | 51.3500 |
| **Quantity/Contracts** | 2,803,027 |
| **Shapes** | **Shape 1** 2,803,027 |
| **Notional** | 143,935,436.45 |
| **Trade Date** | 12 August 2014 |
| **Settlement Date** | 13 August 2014 |
| **Haircut** | 0.0 |
| **Term** | Open |
| **Interest Rate Type** | Fixed |
| **Interest Rate** | 70.0000 |
| **Lending Fee Rate** | 28.4920 |
| **Cash Pool Type** | fixed |
| **Dividends** | 100% |

ELYSIUM-03308489

| | |
|---|---|
| **Message** | |
| From: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| Sent: | 12/08/2014 18:30:13 |
| To: | trading@esengi.net |
| CC: | execution@miralty.net; tradeapprovals@oldplc.com |
| Subject: | Account (ESE01) - trade approved |

Dear Client,

Please accept this email as confirmation that the below stock loan transaction has been approved and booked to your Old Park Lane Capital custody account.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Stock Loan Transaction:

| | |
|---|---|
| **Client Account** | ESE01 |
| **Counterparty** | Miralty International Limited |
| **Trade Type** | Lend |
| **Ticker** | TDC |
| **Product (Instrument)** | Stock Loan (Equity) |
| **Currency** | DKK |
| **Price** | 51.3500 |
| **Quantity/Contracts** | 2,803,027 |
| **Shapes** | **Shape 1** 2,803,027 |
| **Notional** | 143,935,436.45 |
| **Trade Date** | 12 August 2014 |
| **Settlement Date** | 13 August 2014 |
| **Haircut** | 0.0 |
| **Term** | Open |
| **Interest Rate Type** | Fixed |
| **Interest Rate** | 70.0000 |
| **Lending Fee Rate** | 33.4920 |
| **Cash Pool Type** | fixed |
| **Dividends** | 100% |

ELYSIUM-03308490