**FWC Plan – Trade 2 – December 2014 Coloplast A/S – B**

Message

| | |
|---|---|
| **From:** | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent:** | 04/12/2014 18:18:10 |
| **To:** | trading@snowhillinvestments.com |
| **CC:** | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject:** | Account (SNO01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | SNO01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 1,087,680 |
| **Shapes** | **Shape 1** 1,058,891 |
| | **Shape 2** 28,789 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597083

Message

| From: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
|---|---|
| Sent: | 04/12/2014 18:17:59 |
| To: | trading@astonadvisorsllc.com |
| CC: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| Subject: | Account (AST01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | AST01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 998,992 |
| **Shapes** | **Shape 1** 998,992 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03596967

Message

| | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 04/12/2014 18:18:24 |
| **To**: | trading@cscccapital.com |
| **CC**: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (CSC01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | CSC01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 919,162 |
| **Shapes** | **Shape 1** 919,162 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597076

Message

| | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 04/12/2014 18:18:04 |
| **To**: | trading@diamondscott.com |
| **CC**: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (DIA01) - trade approved |

Dear Client,

In relation to the trade referred to below (**_Trade_**), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | DIA01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 990,741 |
| **Shapes** | **Shape 1** 990,741 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597072

Message

| From: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
|---|---|
| Sent: | 04/12/2014 18:18:12 |
| To: | trading@mountainairgroup.com |
| CC: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| Subject: | Account (MOU01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | MOU01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 1,095,426 |
| **Shapes** | **Shape 1** 1,058,891 |
| | **Shape 2** 36,535 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597065

Message

| From: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
|---|---|
| Sent: | 04/12/2014 18:18:29 |
| To: | trading@rdlconsult.com |
| CC: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| Subject: | Account (RDL01) - trade approved |

Dear Client,

In relation to the trade referred to below (*Trade*), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | RDL01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 907,165 |
| **Shapes** | **Shape 1** 907,165 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597077

Message

| | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 04/12/2014 18:17:59 |
| **To**: | trading@sanfordvilla.com |
| **CC**: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (SIT01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | SIT01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 1,063,104 |
| **Shapes** | **Shape 1** 1,058,891 |
| | **Shape 2** 4,213 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03596980

Message

| | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 04/12/2014 18:18:32 |
| **To**: | trading@shapiroblue.com |
| **CC**: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (SBM01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | SBM01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 933,555 |
| **Shapes** | **Shape 1** 933,555 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597138

Message

| | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 04/12/2014 18:18:16 |
| **To**: | trading@skslllc.com |
| **CC**: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (SKS01) - trade approved |

Dear Client,

In relation to the trade referred to below (**_Trade_**), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | SKS01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 1,073,342 |
| **Shapes** | **Shape 1** 1,058,891 |
| | **Shape 2** 14,451 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597118

Message

| | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 04/12/2014 18:18:29 |
| **To**: | Trading@AlbedoPension.com |
| **CC**: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (ALB01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | ALB01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 1,085,287 |
| **Shapes** | **Shape 1** 1,058,891 |
| | **Shape 2** 26,396 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597129

Message

| | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 04/12/2014 18:18:17 |
| **To**: | Trading@BallastPension.com |
| **CC**: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (BAV01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | BAV01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 909,343 |
| **Shapes** | **Shape 1** 909,343 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597104

Message

| | |
|---|---|
| **From:** | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent:** | 04/12/2014 18:18:17 |
| **To:** | Trading@FairliePension.com |
| **CC:** | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject:** | Account (FAI01) - trade approved |

Dear Client,

In relation to the trade referred to below (*Trade*), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | FAI01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 1,051,671 |
| **Shapes** | **Shape 1** 1,051,671 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597105

Message

| | |
|---|---|
| **From:** | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent:** | 04/12/2014 18:18:24 |
| **To:** | Trading@MonomerPension.com |
| **CC:** | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject:** | Account (MON01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | MON01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 1,061,756 |
| **Shapes** | **Shape 1** 1,058,891 |
| | **Shape 2** 2,865 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597069

Message

| | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 04/12/2014 18:18:22 |
| **To**: | Trading@PinaxPension.com |
| **CC**: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (PIN01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | PIN01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 970,084 |
| **Shapes** | **Shape 1** 970,084 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597054

Message

| | |
|---|---|
| **From:** | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent:** | 04/12/2014 18:18:24 |
| **To:** | Trading@SternwayPension.com |
| **CC:** | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject:** | Account (SLL01) - trade approved |

Dear Client,

In relation to the trade referred to below (**_Trade_**), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | SLL01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 1,083,989 |
| **Shapes** | **Shape 1** 1,058,891 |
| | **Shape 2** 25,098 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

Message

| | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 04/12/2014 18:18:15 |
| **To**: | trading@Londonroccollc.com |
| **CC**: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (BRA01) - trade approved |

Dear Client,

In relation to the trade referred to below (**_Trade_**), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | BRA01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 928,526 |
| **Shapes** | **Shape 1** 928,526 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597126

Message

| | |
|---|---|
| **From:** | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent:** | 04/12/2014 18:18:34 |
| **To:** | trading@chamberspropertymanagementllc.com |
| **CC:** | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject:** | Account (CHA01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | CHA01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 916,760 |
| **Shapes** | **Shape 1** 916,760 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597139

| Message | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 04/12/2014 18:18:31 |
| **To**: | trading@Miamiroccollc.com |
| **CC**: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (DMR01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | DMR01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 950,518 |
| **Shapes** | **Shape 1** 950,518 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597078

Message

| | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 04/12/2014 18:18:28 |
| **To**: | trading@everythingcleanllc.com |
| **CC**: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (EVE01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | EVE01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 1,002,630 |
| **Shapes** | **Shape 1** 1,002,630 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597112

Message

| | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 04/12/2014 18:18:27 |
| **To**: | trading@hobokenadvisors.com |
| **CC**: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (HOB01) - trade approved |

Dear Client,

In relation to the trade referred to below (**_Trade_**), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | HOB01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 1,022,319 |
| **Shapes** | **Shape 1** 1,022,319 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597111

Message
| | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 04/12/2014 18:18:21 |
| **To**: | Trading@LondonIndia.com |
| **CC**: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (HOU01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | HOU01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 1,029,306 |
| **Shapes** | **Shape 1** 1,029,306 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597127

Message

| | |
|---|---|
| **From:** | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent:** | 04/12/2014 18:18:32 |
| **To:** | trading@jthealthconsulting.com |
| **CC:** | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject:** | Account (JTH01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | JTH01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 1,017,784 |
| **Shapes** | **Shape 1** 1,017,784 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597079

Message

| | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 04/12/2014 18:18:02 |
| **To**: | trading@jumpgroupllc.com |
| **CC**: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (JUM01) - trade approved |

Dear Client,

In relation to the trade referred to below (**_Trade_**), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | JUM01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 1,046,892 |
| **Shapes** | **Shape 1** 1,046,892 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597092

Message

| | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 04/12/2014 18:18:05 |
| **To**: | Trading@LondonIndia.com |
| **CC**: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (LBR01) - trade approved |

Dear Client,

In relation to the trade referred to below (**_Trade_**), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | LBR01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 916,001 |
| **Shapes** | **Shape 1** 916,001 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597121

Message

| | |
|---|---|
| **From:** | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent:** | 04/12/2014 18:17:57 |
| **To:** | trading@seabrightadvisorsllc.com |
| **CC:** | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject:** | Account (SEA01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | SEA01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 1,025,508 |
| **Shapes** | **Shape 1** 1,025,508 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03596966

Message

| | |
|---|---|
| **From:** | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent:** | 04/12/2014 18:18:22 |
| **To:** | trading@tagrealtyadvisorsllc.com |
| **CC:** | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject:** | Account (TAG01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | TAG01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 931,267 |
| **Shapes** | **Shape 1** 931,267 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597068

Message

| | |
|---|---|
| **From:** | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent:** | 04/12/2014 18:18:27 |
| **To:** | trading@wavemavenllc.com |
| **CC:** | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject:** | Account (WAV01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | WAV01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 998,330 |
| **Shapes** | **Shape 1** 998,330 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597120

| Message | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 04/12/2014 18:18:06 |
| **To**: | trading@zentrainingllc.com |
| **CC**: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (ZEN01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | ZEN01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 949,232 |
| **Shapes** | **Shape 1** 949,232 |
| **Notional** | |
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597123

# Equity Transactions – Trade 2

Message

| | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 04/12/2014 18:18:34 |
| **To**: | Patrickmilne@bastioncapital.co.uk; AdrianMilne@totemjlt.com |
| **CC**: | brokerage@ballygatecapital.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (BAS01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | BAS01 |
| **Counterparty** | Ballygate Capital Limited |
| **Trade Type** | Buy |
| **Ticker** | COLOB |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 29,970,792 |

| | |
|---|---|
| | **Shape 1** 1,058,891 |
| | **Shape 2** 1,058,891 |
| | **Shape 3** 1,058,891 |
| | **Shape 4** 1,058,891 |
| | **Shape 5** 1,058,891 |
| | **Shape 6** 1,058,891 |
| | **Shape 7** 1,058,891 |
| **Shapes** | **Shape 8** 1,058,891 |
| | **Shape 9** 1,058,891 |
| | **Shape 10** 1,058,891 |
| | **Shape 11** 1,058,891 |
| | **Shape 12** 1,058,891 |
| | **Shape 13** 1,058,891 |
| | **Shape 14** 1,058,891 |
| | **Shape 15** 1,058,891 |
| | **Shape 16** 1,058,891 |

ELYSIUM-03597090

|  |  |
|---|---|
| **Shape 17** | 1,058,891 |
| **Shape 18** | 1,058,891 |
| **Shape 19** | 1,058,891 |
| **Shape 20** | 1,058,891 |
| **Shape 21** | 1,058,891 |
| **Shape 22** | 1,058,891 |
| **Shape 23** | 1,058,891 |
| **Shape 24** | 1,058,891 |
| **Shape 25** | 1,058,891 |
| **Shape 26** | 1,058,891 |
| **Shape 27** | 1,058,891 |
| **Shape 28** | 1,058,891 |
| **Shape 29** | 321,844 |

**Notional**

| | |
|---|---|
| **Trade Date** | 04 December 2014 |
| **Settlement Date** | 09 December 2014 |

ELYSIUM-03597090

# Equity Transactions – Trade 3

Message

| | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 04/12/2014 18:18:00 |
| **To**: | brokerage@ballygatecapital.com |
| **CC**: | equitytrading@wicklow-global.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (BCL01) - trade approved |

Dear Client,

In relation to the trade referred to below (***Trade***), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | | |
|---|---|---|
| **Client Account** | BCL01 | |
| **Counterparty** | Wicklow Global Ltd | |
| **Trade Type** | Buy | |
| **Ticker** | COLOB | |
| **Product (Instrument)** | Equity (Equity) | |
| **Currency** | DKK | |
| **Price** | | |
| **Quantity/Contracts** | 10,143,381 | |
| | **Shape 1** | 1,058,891 |
| | **Shape 2** | 1,058,891 |
| | **Shape 3** | 1,058,891 |
| | **Shape 4** | 1,058,891 |
| | **Shape 5** | 1,058,891 |
| **Shapes** | **Shape 6** | 1,058,891 |
| | **Shape 7** | 1,058,891 |
| | **Shape 8** | 1,058,891 |
| | **Shape 9** | 1,058,891 |
| | **Shape 10** | 613,362 |
| **Notional** | | |
| **Trade Date** | 04 December 2014 | |
| **Settlement Date** | 09 December 2014 | |

ELYSIUM-03597061

# Stock Loan Transactions

Message

| | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 08/12/2014 17:01:29 |
| **To**: | bhupendra@gnosis-capital.com |
| **CC**: | trading@esengi.net; tradeapprovals@oldplc.com |
| **Subject**: | Account (GNO01) - trade approved |

Dear Client,

Please accept this email as confirmation that the below stock loan transaction has been approved and booked to your Old Park Lane Capital custody account.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Stock Loan Transaction:

| | |
|---|---|
| **Client Account** | GNO01 |
| **Counterparty** | Esengi Limited |
| **Trade Type** | Lend |
| **Ticker** | COLOB |
| **Product (Instrument)** | Stock Loan (Equity) |
| **Currency** | DKK |
| **Price** | 527.0000 |
| **Quantity/Contracts** | 1,074,214 |
| **Shapes** | **Shape 1** 1,074,214 |
| **Notional** | 566,110,778.00 |
| **Trade Date** | 08 December 2014 |
| **Settlement Date** | 09 December 2014 |
| **Haircut** | 0.0 |
| **Term** | Open |
| **Interest Rate Type** | Fixed |
| **Interest Rate** | 70.0000 |
| **Lending Fee Rate** | 41.4700 |
| **Cash Pool Type** | Fixed |
| **Dividends** | 100% to Lender |

ELYSIUM-03609139

Message

| | |
|---|---|
| **From**: | tradeapprovals@oldplc.com [tradeapprovals@oldplc.com] |
| **Sent**: | 08/12/2014 17:01:00 |
| **To**: | trading@esengi.net |
| **CC**: | equitytrading@wicklow-global.com; tradeapprovals@oldplc.com |
| **Subject**: | Account (ESE01) - trade approved |

Dear Client,

Please accept this email as confirmation that the below stock loan transaction has been approved and booked to your Old Park Lane Capital custody account.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Stock Loan Transaction:

| | |
|---|---|
| **Client Account** | ESE01 |
| **Counterparty** | Wicklow Global Ltd |
| **Trade Type** | Lend |
| **Ticker** | COLOB |
| **Product (Instrument)** | Stock Loan (Equity) |
| **Currency** | DKK |
| **Price** | 527.0000 |
| **Quantity/Contracts** | 1,074,214 |
| **Shapes** | **Shape 1** 1,074,214 |
| **Notional** | 566,110,778.00 |
| **Trade Date** | 08 December 2014 |
| **Settlement Date** | 09 December 2014 |
| **Haircut** | 0.0 |
| **Term** | Open |
| **Interest Rate Type** | Fixed |
| **Interest Rate** | 70.0000 |
| **Lending Fee Rate** | 46.4700 |
| **Cash Pool Type** | fixed |
| **Dividends** | 100% to lender |

ELYSIUM-03609196