**Proper Pacific Plan – Trade 1 – February 2015 Novozymes A/S - B**

Document produced as native.

ELYSIUM-09140791

| Client Account Id | Approver | Approval Date | Approval Time | Leg Type | Side | Instrument Type | Trade Date | Settlement Date | Stock | Ticker | Shape | Price | Currency | Notional | Isin | Sedol | Counterparty Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PSL01 | admin | 27-Feb-15 | 14:56:05 | Stock Loan | Lend | Equity | 27-Feb-15 | 2-Mar-15 | NZYMB DC Equity | NZYMB | 683,931 | 322.5 | DKK | 220,567,747.50 | DK0060336014 | B798FW0 | Tehvah Global Ltd. |
| TGL01 | admin | 27-Feb-15 | 14:56:05 | Stock Loan | Lend | Equity | 27-Feb-15 | 2-Mar-15 | NZYMB DC Equity | NZYMB | 683,931 | 322.5 | DKK | 220,567,747.50 | DK0060336014 | B798FW0 | Opal Capital |
| MAK01 | admin | 25-Feb-15 | 09:53:59 | Equity | Buy | Equity | 25-Feb-15 | 2-Mar-15 | NZYMB DC Equity | NZYMB | 683,931 | 322.5 | DKK | 220,567,747.50 | DK0060336014 | B798FW0 | Opal Capital |
| SUN01 | admin | 25-Feb-15 | 09:53:59 | Equity | Buy | Equity | 25-Feb-15 | 2-Mar-15 | NZYMB DC Equity | NZYMB | 683,931 | 322.5 | DKK | 220,567,747.50 | DK0060336014 | B798FW0 | Mako Financial Markets LLP |

eod    ELYSIUM-09140791