```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2               MASTER DOCKET 18-MD-2865(LAK)

 3
     _____
 4                                          )
     IN RE:                                 )
 5                                          )
     CUSTOMS AND TAX ADMINISTRATION OF      )
 6   THE KINGDOM OF DENMARK                 )
     (SKATTEFORVALTNINGEN) TAX REFUND       )
 7   SCHEME LITIGATION                      )
                                            )
 8   _____)

 9

10

11

12       ************************************
         *                                  *
13       *            CONFIDENTIAL          *
         *                                  *
14       ************************************

15

16

17     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

18                   EXAMINATION OF

19                   HELEN SORENSEN

20              DATE: September 21, 2021

21

22

23

24

25     REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

CONFIDENTIAL
Helen Sorensen - September 21, 2021

Page 12

```
1     H E L E N  S O R E N S E N,
2              called as a witness, having been first duly
3     sworn according to law, testifies as follows:
4
5
6     EXAMINATION BY MR. SCHOENFELD:
7         Q    Good morning, Ms. Sorensen.
8              My name is Alan Schoenfeld, and
9     I'll be asking you some questions today.
10             Could you state your full name, for
11    the record, please?
12        A    My full name is Helen Sorensen.
13        Q    All right.  My next question was,
14    do you understand English --
15        A    I do, yes.
16        Q    Okay.  Do you consider yourself
17    fluent in English?
18        A    Yes, I do, yes.
19        Q    Okay.  And are you willing to
20    answer questions today in English without a
21    translator?
22        A    Yes.  I will -- I would like to use
23    a translator if there is a legal term or
24    something that I need to get defined
25    accurately.
```

CONFIDENTIAL
Helen Sorensen - September 21, 2021

Page 34

```
 1     made.
 2          Q    And how frequently is that?
 3          A    From a Danish perspective, from out
 4     of VP Securities, I believe that there has
 5     been three or four requests since the --
 6     since the directive went into force in
 7     September 2020.
 8          Q    Okay.  So let's take a step back,
 9     and I'll ask you to describe what
10     VP Securities is and what it does.
11          A    Yes.
12               Generally -- that's quite broad.
13               Do you need to know what VP does?
14          Q    Sure.  Why don't you start there.
15          A    Okay.  The Central Securities
16     Depository is an entity that issues
17     securities, investment response derivatives
18     and keeps them denaturalized within that
19     system.  The CSD is the, you can say, record
20     keeper of the general ledger of that
21     security.
22               VP Securities issues ISIN codes so
23     once a security has been created into
24     VP Securities and issued, it is possible
25     to -- to hold it on the securities accounts
```

CONFIDENTIAL
Helen Sorensen - September 21, 2021

Page 35

```
 1      and it is possible to do settlement execution
 2      then of VP Securities.
 3              And then there's -- you can say the
 4      post-trade process with which would be --
 5      yeah, tax reporting, corporate actions, all
 6      different types of corporate actions are
 7      handled in VP Securities, dividend payment
 8      that you're talking about -- as we're talking
 9      about.
10         Q    Okay.  And so, does that describe,
11      generally, the -- the roles and
12      responsibilities of VP Securities in the
13      Danish securities market?
14         A    Yes.
15         Q    What information does VP Securities
16      receive in connection with Danish securities
17      trading?
18         A    I believe the only thing that
19      VP Securities will see is the risk of closure
20      rate of securities on the stock market for
21      those that are listed.
22         Q    So financial institutions that have
23      accounts at VP Securities will provide
24      information to VP Securities about trading in
25      Danish securities, right?
```

CONFIDENTIAL
Helen Sorensen - September 21, 2021

Page 49

```
 1              MR. SMITH:  Objection to form.
 2       A      If there are -- let's see how I can
 3   phrase that.
 4              If you have your securities
 5   registered in an account, it would not be
 6   possible to pinpoint the exact shares that --
 7   that you own.  You would just own ten shares.
 8       Q      And how would I know that I own ten
 9   shares?
10              MR. SMITH:  Object to the form.
11       A      If -- if a foreign investor uses a
12   broker to purchase any securities, that
13   broker would have an agreement with another
14   financial institution that would have a
15   securities account in VP Securities, and
16   those shares that the foreign investor
17   purchases will lay in the participants'
18   securities account in VP and will be mirrored
19   in the system outside of the custody chain
20   until it reaches the broker's system that
21   will show the investor is ultimately holding.
22       Q      That would be a book entry with the
23   broker showing the investor his shareholding,
24   correct?
25              MR. SMITH:  Objection to the form.
```