CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 1

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2            CASE NO.  18-MD-2865 (LAK)

 3   _____
                                             )
 4   IN RE:                                  )
                                             )
 5   CUSTOMS AND TAX ADMINISTRATION OF       )
     THE KINGDOM OF DENMARK                  )
 6   (SKATTEFORVALTNINGEN) TAX REFUND        )
     SCHEME LITIGATION                       )
 7                                           )
     This document relates to:               )
 8   All cases                               )
     _____)
 9

10

11

12              C O N F I D E N T I A L

13

14

15      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                    EXAMINATION OF

17                    HELEN SORENSEN

18                       VOLUME II

19                 DATE: December 7, 2021

20

21

22

23

24

25    REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 9

1            VIDEO OPERATOR:  We are now on
2    record.
3            This is the continued remote video
4    recorded deposition of Helen Sorensen.
5            Today is Tuesday, December 7th,
6    2021.  The time is now 7:09 a.m. New York
7    time.
8            We are here in the matter of In Re:
9    Customs and Tax Administration of the Kingdom
10   of Denmark, et al.
11           All counsel have been noted on
12   record.
13           My name is Jose Rivera, remote
14   video technician on behalf of Gregory
15   Edwards, LLC.
16           At this time, will the reporter,
17   Charlene Friedman, on behalf of Gregory
18   Edwards, LLC, please re-swear in the witness.
19
20
21   H E L E N  S O R E N S E N,
22           called as a witness, having been first duly
23   sworn according to law, testifies as follows:
24
25

```
 1    the total securities positions per custodian
 2    that are registered in VP Securities?
 3         A    Yes.  The entire general ledger
 4    will be located on securities accounts within
 5    VP Securities.
 6         Q    And that is the only thing that
 7    VP Securities looked at when they -- and that
 8    is the only thing that VP Securities looks at
 9    when they're making a dividend distribution
10    is the total amount of shares in the
11    securities account as recorded on the general
12    ledger?
13         A    That is correct.
14         Q    Now, the period between January 1,
15    2012 and October 2014 was the standard
16    settlement period in Danish securities T plus
17    3 days?
18              MR. DULBERG:  Objection.
19         A    It was T plus 3.
20         Q    And VP Securities allowed parties
21    to a trade -- to agree to an alternative
22    settlement period?
23         A    Yes.
24         Q    In the period where the standard
25    settlement cycle was T plus 3, are you aware
```

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 32

```
 1     of any legitimate commercial reason why an
 2     entity that entered a trade prior to the
 3     dividend date would agree to a T plus 4
 4     settlement period?
 5             MR. DULBERG:  Objection, calls for
 6     speculation, improper expert testimony, et
 7     cetera.
 8        A    I would not know the reason why
 9     someone would choose T plus 4 for execution.
10        Q    Are you aware of any commercial
11     reason why an entity would want to do T plus
12     4 for a trade prior to a dividend date?
13             MR. DULBERG:  Objection.
14        A    That would be speculation.  I
15     wouldn't actually know.
16        Q    And similarly, after October 2014,
17     the standard settlement period was T plus 2
18     days?
19        A    That is correct.
20        Q    And are you aware -- excuse me.
21             And for the period when the
22     settlement cycle was T plus 2 days, are you
23     aware of any legitimate commercial reason why
24     an entity that entered a trade prior to the
25     dividend date would agree to a T plus 3
```

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 51

```
1    probably be a difference between those
2    concepts.
3        Q    All right.  Now, you spoke with Mr.
4    Smith quite a bit about the distribution of
5    dividends.
6             Do you recall that?
7        A    Yes, yes.
8        Q    VP Securities does not have a
9    monopoly on distributing dividends to
10   shareholders, correct?
11            MR. SMITH:  Objection to the form.
12       A    VP Securities has a monopoly on
13   distributing dividend to -- based on
14   companies that have registered their share in
15   VP Securities, meaning that all dividend
16   payment has to go initially via
17   VP Securities, and VP Securities will pay out
18   the dividend to the account owners where the
19   holding is registered based on the
20   information that is registered on the
21   securities account.
22       Q    Those account owners might need to
23   pass on that dividend to someone else,
24   correct?
25            MR. SMITH:  Objection to form.
```

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 52

```
1       A    They will need to further
2    distribute to the next level in the chain.
3       Q    And it's also -- are you familiar
4    with the phrase "market compensation" or
5    "payment in lieu" of a dividend?
6            MR. SMITH:  Objection to form,
7    asked and answered.
8            This was covered in your prior
9    testimony.  It's outside the scope of the
10   questioning that I had.  Once again, I feel
11   it's improper to go outside the scope of my
12   questioning.
13           I would ask you to restrict your
14   questions to the issues that were raised
15   during my questioning of Ms. Sorensen.
16      A    I -- I don't know the specific
17   meaning of the interpretation that you used.
18      Q    Okay.  Now, you talked about
19   settlement with Mr. Smith.
20           Do you recall that?
21      A    Yes.
22      Q    And you talked about the difference
23   between the settlement date and the trade
24   date, correct?
25           MR. SMITH:  Objection to form.
```