```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
 2              Master docket No. 18-MD-2865(LAK)
                     Case Nos. 18-cv-09505
 3       _____
                                                 )
 4        IN RE:                                 )
                                                 )
 5        CUSTOMS AND TAX ADMINISTRATION OF      )
          THE KINGDOM OF DENMARK (SKATTEFOR      )
 6        VALTNINGEN) TAX REFUND SCHEME          )
          LITIGATION,                            )
 7                                               )
         _____)
 8

 9

10

11

12

13        REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

14                        EXAMINATION OF

15                        DOSTON BRADLEY

16                   DATE: October 14, 2020

17           REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

1    D O S T O N   B R A D L E Y,
2         called as a witness, having been first
3    duly sworn according to law, testifies as follows:
4
5
6
7    EXAMINATION BY MR. WEINSTEIN:
8         Q    Okay.  Good morning, Mr. Bradley.
9    My name is Mark Weinstein.  I work at the
10   firm Hughes, Hubbard & Reed.  We're counsel
11   to the plaintiff SKAT in this action.
12             So I'm going to be asking you
13   questions throughout the day.  I few things
14   just to go over.
15             I'm going to do my best to give you
16   clear questions, and if you don't understand
17   the question or you're not sure you heard
18   what I said, just feel free to ask for a read
19   back, ask me to clarify.
20             But if you do answer a question
21   we're going to assume that you've understood
22   the question.
23             Is that fair?
24        A    Yes, sir.
25        Q    Okay.  At all times, once I ask a

Doston Bradley - October 14, 2020

Page 52

```
1          Q    Okay.  And there came a time in
2     2013 where you established some entities that
3     you knew would ultimately be seeking refunds
4     from foreign governments.
5               Is that right?
6          A    No, sir.
7          Q    Okay.  You didn't know that was
8     going to happen?
9          A    I believe you asked me -- well, can
10    you ask the question?  Because at the time
11    that I set these entities up, I did not have
12    that understanding.
13         Q    Okay.  Why did you first set up any
14    of these entities?
15         A    I set these entities up to start
16    businesses as well as to have retirement
17    benefits associated with them.
18         Q    So it was your idea to open up
19    these entities?
20         A    Well, when you say "idea to open
21    entities," what do you mean?
22         Q    Well, what prompted you to
23    establish the first entity that you did in
24    2013?
25         A    I believe -- you know, I had a
```

Doston Bradley - October 14, 2020

Page 53

```
 1     conversation and thought I should open these
 2     entities up based on that conversation that I
 3     had.
 4          Q    Okay.  Who was that conversation
 5     with?
 6          A    Well, in 2013, we had a
 7     conversation with several people.  And part
 8     of that conversation kind of led me to open
 9     up these vehicles and -- you know, that's it.
10          Q    All right.  Who participated in the
11     conversation that you just described?
12          A    What do you mean by who
13     participated in the conversation that I
14     described?
15          Q    Mr. Bradley, this is going to be a
16     long day.  You had this conversation in your
17     head, right?
18               You spoke with other people?
19          A    I mean -- I mean, I'm asking you
20     what the conversation -- I mean, you asked me
21     about other people, not myself, so it's hard
22     for me to answer questions about other
23     people.
24               That's all.  I'm just trying to get
25     to what you want to know, sir.
```

1     Q    I think you just described, in
2  part, a conversation that you had that
3  prompted you to open up some entities in
4  2013.
5          Who did you talk to in that
6  conversation?
7     A    Okay.  Well, I was at a meeting.  I
8  didn't primarily speak.
9          There were some gentlemen there who
10 spoke to a group of us about an investment
11 opportunity.  And that's what started my
12 process to thinking about opening up these
13 entities, sir.
14    Q    Okay.  And I'm going to try it like
15 for the fourth time.
16         Can you say the names of the people
17 who were speaking at this meeting?
18    A    I believe, to the best of my
19 recollection, Matt Tucci, Dan Fletcher, Carl
20 Vergari.  I know him as "C.A.," so that's how
21 I know him.  Sean Driscoll, Rosilene Anderson
22 was there.  Mike -- I don't know his last
23 name and Sanjay Shah.
24         I believe that's everyone to the
25 best of my recollection.

Doston Bradley - October 14, 2020

Page 55

```
 1        Q    Okay.  And if you refer to "C.A."
 2   throughout the day, that's Carl Vergari?
 3        A    Yes, sir.  That's how I know him
 4   sir, so I apologize.
 5        Q    No, that's fine.  I just want to
 6   make sure that we're talking about the same
 7   person.  If you refer to him, I won't ask
 8   each time if that's Mr. Vergari.
 9        A    Yes, sir.
10        Q    Okay.  Thank you.
11             Where did this meeting take place?
12        A    I believe it was at the Thompson
13   Hotel, sir.
14        Q    In Manhattan?
15        A    Yes, sir, in Manhattan.
16        Q    All right.  And so it sounds like
17   there were a number of you who worked on the
18   desk together at Standard Credit.
19             Is that right?
20        A    Yes, sir.
21        Q    And then, two other individuals, I
22   just want to make sure if they worked there
23   or not.
24             You mentioned Mike.  You forgot his
25   last name.
```

Doston Bradley - October 14, 2020

Page 56

```
 1            Was he someone that worked at
 2    Standard Credit with you?
 3         A    No, sir.
 4         Q    Okay.  And did you know him prior
 5    to the meeting?
 6         A    No, sir.
 7         Q    All right.  And then you mentioned
 8    Sanjay Shah?
 9         A    Yes, sir.
10         Q    Okay.  Was he someone you worked
11    with?
12         A    No, sir.
13         Q    Okay.  What led you to attend this
14    meeting with Mr. Shah, Mike, and the others
15    from Standard Credit?
16         A    Dan Fletcher, sir.
17         Q    What did Mr. Fletcher tell you that
18    led you to joining this meeting?
19         A    I believe, prior to the meeting, he
20    said there's this interesting investment
21    opportunity and that we should listen to it.
22         Q    Did he describe the opportunity?
23         A    No, sir.
24         Q    Did he explain who you would be
25    meeting with?
```

1     A    No, sir.
2     Q    Did he give you any understanding
3  as to how he knew about this investment
4  opportunity?
5     A    No, he did not.  Not to the best of
6  my recollection, sir.
7     Q    All right.  Leading up to that
8  meeting, had you ever known of Sanjay Shah?
9     A    No, sir.
10    Q    Was this investment opportunity
11 described during that meeting?
12    A    I believe a term "DIV-ARB" may have
13 been said, but that was the extent.
14    Q    Okay.  Who was presenting
15 information about DIV-ARB during that
16 meeting?
17    A    No one presented any information
18 about it.  They just said that word, sir.
19    Q    All right.  Who was doing most of
20 the speaking?
21    A    I believe it was a combination of
22 Mike and Mr. Shah, sir.
23    Q    All right.  Did they introduce
24 themselves?
25    A    I can't recall.  I'm sure -- I

Doston Bradley - October 14, 2020

Page 87

```
1      essentially the sponsor of the pension plan.
2              Is that right?
3         A    I believe so, sir.
4         Q    All right.  And just -- this isn't
5     a question.
6              MR. WEINSTEIN:  I just want to make
7         sure with Jose if you're getting
8         Mr. Bradley's full face on the screen.
9         I don't know if it's just mine, but...
10        A    Is this better?
11             MR. ALLISON:  I'm sorry.  There's
12        two screens, Marc.
13             THE VIDEOGRAPHER:  Yeah, it's
14        pretty good on my end.
15             MR. WEINSTEIN:  Okay.  Great.  No
16        problem.
17        Q    How many LLCs and pension plans did
18    you establish using Broad Financial in 2013?
19        A    In 2013, sir, I believe -- I
20    believe it was six, sir.
21        Q    Okay.  And why did you establish
22    more than one?
23        A    I -- for myself, sir.
24        Q    Well, I think you said in 2013, you
25    helped establish six plans.  So I was
```

Doston Bradley - October 14, 2020

Page 88

1    just wondering -- well, let -- I will
2    withdraw it.
3           Who were the plan participants for
4    each of the plans opened in 2013?
5        A   My father, my mother, my sister, my
6    wife, and myself.  So that's five.
7           Is that five?  Yeah, five.  So not
8    six.
9           Five, sir, I believe.
10       Q   Okay.
11       A   Myself -- yeah, five.  Sir.
12       Q   Okay.  And for each of the five
13   plans that were opened, was -- one of you was
14   the sole plan participant.
15          Is that right?
16       A   Yes, sir.  I believe so.
17       Q   All right.  Did you discuss with
18   Mr. Shah opening up plans on behalf of your
19   family members?
20       A   I believe -- I believe I
21   discussed -- yeah, I believe so, sir.  I
22   don't know if it's Mr. Shah or a
23   representatives of Solo.  I'm not a hundred
24   percent sure who I spoke to.
25          But I did speak about opening the

1     understand.
2             With respect to any trading
3     activity, dividends, or reclaim submissions
4     made on behalf of those five plans, and other
5     than what may still be in a Solo account for
6     those plans, have you, your family members,
7     or any entities associated with any of you
8     received any money from any of that activity?
9         A    Myself, personally, sir?  I
10    received money from introducing broker fees.
11            But that's it, sir.
12        Q    And can you explain what you mean
13    by that?
14        A    I believe in the industry it's
15    customary, if you introduce customers to
16    plans or organizations, they will -- you can
17    be or they will pay you introducing fees for
18    introducing those customers, sir.
19        Q    All right.  So who paid you for
20    introducing customers?
21        A    Mike.  I don't remember the last
22    name.  Novus paid me.  Later, Dan Fletcher.
23            And then, later, Mr. Shah, sir.
24        Q    Okay.  Starting with Mike, Mike
25    paid you for introducing who to what?

Doston Bradley - October 14, 2020

Page 277

```
 1        A    Mike paid me for introducing my
 2   friends in 2013 to him, sir.
 3        Q    So Mike paid you for introducing
 4   the five plans that participated for you and
 5   your family in 2013?
 6        A    Yes, sir.
 7        Q    How much did he pay you for that?
 8        A    To the best of my recollection,
 9   sir, I believe it was, I think, maybe around
10   300,000, to the best, give or take, sir.
11             I can't absolutely remember a
12   hundred percent, sir.
13        Q    When did he pay that money to you?
14        A    I believe that was in 2014, sir.
15        Q    Okay.  And do you recall -- and was
16   it a one-time payment?
17        A    I don't believe so, sir.
18        Q    All right.  How many different
19   times did he pay you in order to aggregate to
20   approximately $300,000?
21        A    I believe he paid me twice, sir.
22        Q    All right.  Into what account did
23   you receive that money?
24        A    I'm not a hundred percent sure,
25   sir.  I don't remember.  But it was one of my
```

```
 1       A    I received nothing from no one, any
 2   other brokers, other than the individuals I
 3   told you about earlier, sir.
 4       Q    Okay.  And that was the 300,000
 5   from Mike.
 6            Is that right?
 7       A    Yes, sir.
 8       Q    Okay.  Any other monies ever
 9   received from Mike?
10       A    No, sir.
11       Q    All right.  And then, I think you
12   mentioned Danny Fletcher?
13       A    Yes, sir.
14       Q    And when did Mr. Fletcher pay you?
15       A    I believe that was in 2015, sir.
16       Q    Okay.  Why did Mr. Fletcher pay
17   you?
18       A    We had like an introducing broker
19   agreement, consulting type agreement, which
20   is a broker introducing agreement, to the
21   best of my recollection, sir.
22       Q    All right.  And was that a verbal
23   agreement or a written agreement?
24       A    I believe it was a written
25   agreement, sir.
```

Doston Bradley - October 14, 2020

Page 306

```
 1          Q    Okay.  The agreement was between
 2    which two parties?
 3          A    I believe Mr. Fletcher and myself,
 4    sir, to the best of my recollection, the
 5    entities in which I -- the companies I had,
 6    sir.
 7          Q    Okay.  And do you have a copy of
 8    that consulting -- not consulting --
 9    introducing broker agreement?
10          A    I'm not a hundred percent sure,
11    sir.  I don't believe -- if I did, I think I
12    probably made it available to counsel, sir,
13    if I still had that, sir.
14          Q    All right.  How much did
15    Mr. Fletcher pay you in connection with that
16    agreement?
17          A    I believe, sir, to the best of my
18    recollection, I believe it was somewhere
19    around a half million dollars, give or take,
20    sir.
21          Q    In how many payments?
22          A    I believe it was a couple, maybe,
23    payments, two to three.  I'm not for sure.
24               I believe it was definitely more
25    than one, but I can't specifically give
```

1    you -- but that would be reflected in my bank
2    statements, sir.
3        Q    All right.  Do you recall into
4    which bank account you received those funds?
5        A    I do not, sir, specifically
6    remember which bank accounts it would be.  I
7    believe, sir, it was one of my company bank
8    accounts, which I believe you requested and I
9    did provide for you, sir.
10       Q    Okay.  And then, did you also say
11   that you received a payment from Mr. Shah?
12       A    I received an introductory fee
13   payment in relation to Mr. Shah, yes, sir.
14       Q    Okay.  And -- well, I'm sorry.
15   Let's just go back to the payments from
16   Mr. Fletcher.
17            For what plans did he pay you for
18   introducing?
19       A    He paid me for introducing my plans
20   in 2015 to him, sir.
21       Q    Okay.  And I guess we'll get into
22   this in more detail.
23            But in -- you opened up five new
24   plans for which you were the sole
25   beneficiary?

```
 1        A    Yes, sir.
 2        Q    And are those the plans for which
 3   Mr. Fletcher paid you?
 4        A    Yes, sir.
 5        Q    All right.  And then you also
 6   opened up ten other plans for family members.
 7             Correct?
 8        A    That is correct, sir.
 9        Q    All right.  Did Mr. Fletcher pay
10   you for those at all?
11        A    No, sir.
12        Q    All right.  Can you tell us for
13   what introductions did Mr. Shah make payments
14   to you?
15        A    He made introductions to me for
16   those five -- those ten additional plans.
17   Five for my sister, five for my wife, I
18   believe that's what it was, sir.
19        Q    All right.  How much did Mr. Shah
20   pay?
21        A    I believe it was $500,000 per plan,
22   so I think it was something like an
23   introductory fee of, in total, $5 million,
24   sir.
25        Q    Mr. Shah paid you $5 million to
```

Doston Bradley - October 14, 2020

Page 309

```
 1    bring ten more plans for your family into
 2    this program?
 3         A    To the best of my recollection,
 4    sir, that is correct.
 5         Q    And so is it your testimony that
 6    that money that he paid you was not the
 7    profits from the trading itself on behalf of
 8    those ten plans, but that's simply an
 9    introductory fee for Doston Bradley, Junior
10    for having introduced those plans to him?
11         A    Yes, sir.  To the best of my
12    knowledge, that's what it was, and that's
13    what I thought it was, sir.
14         Q    Okay.  Will you tell us why in --
15    well, when did you open up five additional
16    plans for yourself?
17         A    I believe that was in 2015, early
18    2015, sir, I believe, sir.
19         Q    Okay.  And so the plan that you had
20    opened up in 2013 had stopped trading.
21              Is that right?
22         A    I believe so, sir.  I believe they
23    didn't do any trades past 2014, to the best
24    of my recollection, sir.
25         Q    Okay.  And now you wanted to open
```

Doston Bradley - October 14, 2020

Page 353

1   agreement, but I believe I may have, to the
2   best of my knowledge.
3          Because I know that, as I said
4   earlier, I had an introducing broker
5   agreement with Mr. Shah.
6      Q   Okay.  So initially it was verbal
7   and this is the memorialization of it?
8      A   Yes, sir.
9      Q   So with respect to the trading that
10  the 20 plans that your family members had --
11  did from 2013 to the summer of 2015, do you
12  know if it was successful at all?
13         MR. ALLISON:  Object to form.  You
14     can answer.
15     A   To the best of my knowledge, sir, I
16  do believe it was successful and productive.
17  And that's why, as I had stated earlier, I
18  believe there is money in those plans within
19  the -- at Solo Capital.
20         And my legal representation has
21  been trying to get access to acquire those
22  funds that remained at Solo, sir.
23     Q   So did any of your family members
24  that you mentioned that participated -- only
25  in name, I understand -- did they get any

Doston Bradley - October 14, 2020

Page 354

```
 1    money out of this?
 2        A   No, sir.  Other than whatever's at
 3    Solo, sir, that, obviously, I keep saying my
 4    legal representation has been trying to get
 5    access to.
 6            But it's been difficult.
 7        Q   Okay.  Did you -- the money that
 8    you got from Mr. Shah, Mr. Fletcher, and
 9    Mike, did you provide any of that money to
10    your family members?
11        A   No, I did not, sir.
12        Q   All right.  Mr. Bradley, I
13    appreciate it's been a long day, and I think
14    that's all the questions I have for now.
15            MR. ALLISON:  So Marc, if we can
16        take one minute, I just have a couple --
17        probably a couple of follow-up
18        questions.
19            MR. WEINSTEIN:  Yes.
20            THE VIDEOGRAPHER:  Stand by.  The
21        time is 6:03 p.m. and we're going off
22        the record.
23            (Brief recess taken.)
24            THE VIDEOGRAPHER:  Stand by.  The
25        time is 6:09 p.m. and we're back on
```