```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2              CASE NO.  18-MD-2865 (LAK)

3   _____
                                            )
4   IN RE:                                  )
                                            )
5   CUSTOMS AND TAX ADMINISTRATION OF       )
    THE KINGDOM OF DENMARK                  )
6   (SKATTEFORVALTNINGEN) TAX REFUND        )
    SCHEME LITIGATION                       )
7                                           )
    This document relates to case nos.      )
8   19-cv-01783; 19-cv-01788; 19-cv-01794;  )
    19-cv-01798; 19-cv-01918                )
9   _____)

10

11

12

13

14      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                    EXAMINATION OF

16                    ROBERT KLUGMAN

17                 DATE: January 28, 2021

18

19

20

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

```
1     R O B E R T  K L U G M A N,
2              called as a witness, having been first
3     duly sworn according to law, testifies as follows:
4
5
6     EXAMINATION BY MR. MAGUIRE:
7         Q    Good morning, Mr. Klugman?
8         A    Good morning.
9         Q    So I'm Bill Maguire and I represent
10    the plaintiff who I'm going to call SKAT.
11    And I will ask you questions today.
12             We need a clear record, so could I
13    ask you, please, if there's any question that
14    I ask you that you don't understand, please
15    let me know and give me a chance to fix the
16    question.
17        A    Okay.  Just one question before we
18    start.  Your audio is a little -- I don't
19    know if I'm the only person to hear the
20    audio.
21             It's a little fuzzy compared to the
22    other two previous speakers.
23        Q    I will move a little closer.
24             Is that a little better?
25        A    A little better, yes.
```

1    theoretically have gotten approval from
2    Fidelity to use this, but that would have
3    been very impractical.
4        Q    Okay.  Why did you set up six
5    plans?  Why not just one?
6        A    Well, it was -- I was told in order
7    to get an allocation, it needed to be done
8    through multiple plans to get that.  There
9    was an allocation per plan, and if I wanted
10   to get a certain allocation, it would have to
11   be in multiple plans.
12       Q    And who told you that?
13       A    Sanjay Shah.
14       Q    And when did he tell you that?
15       A    Sometime in the spring of 2014.
16       Q    And did he explain why there was a
17   limited allocation per plan?
18       A    My recollection is a little fuzzy
19   on this.  But, I mean, I think it had to do
20   with size limits per plan based on local law,
21   "local" being non-U.S.
22       Q    And did he explain where this local
23   law was, where outside the U.S. it was?
24       A    Well, he talked about doing
25   transaction in Belgium and Denmark.

Robert Klugman - January 28, 2021

Page 24

```
 1        Q    And when he explained size limits,
 2   what kind of -- what was he -- what was
 3   limited by size?
 4        A    The number of shares that could be
 5   purchased.
 6        Q    What was the limit on the number of
 7   shares?
 8        A    I don't remember what the limit
 9   was.
10        Q    Did he give a number?
11        A    No.
12        Q    Did he explain what the expected
13   profits would be per plan, per allocation?
14        A    Sorry?  You said the expected
15   profit?
16        Q    Yes.  So if you set up a plan, and
17   you got an allocation, what the expected
18   profit would be on that?
19        A    Yes, he gave an estimate.
20        Q    And what was that?
21        A    I think he gave an estimate of
22   around, if all the trading worked, around a
23   million dollars per plan.
24             I don't remember exactly.
25        Q    And did he explain over what period
```

```
1     going forward.
2          Q    So that was just after -- same
3     month, but later in the month, as the first
4     trades that were done in early August.
5               Was there any discussion about
6     those trades?
7          A    Not that I recall.  It's certainly
8     possible that that would have been covered.
9          Q    And what do you recall about that,
10    the discussion of trades going forward?
11         A    I don't remember specifically.  It
12    was just, I think, we -- we may have
13    confirmed that the profit split.  But other
14    than that, I don't really recall anything
15    specifically.
16         Q    And what was the profit split?
17         A    That he was going to get 75 percent
18    of the reclaims.
19         Q    And then the remaining 25 percent
20    would be split among the other participants?
21         A    Yes.
22         Q    Was there any discussion of the
23    expectation of the return, what the hundred
24    percent, what that would be?
25         A    I don't recall that overall level
```

Robert Klugman - January 28, 2021

Page 236

1    of that represented profit -- I'd have to
2    calculate.
3            I think, you know, a minority of
4    that 25 was paid in terms of brokerage fees,
5    forward fees, transaction costs, custody
6    fees, lawyers fees, et cetera.
7        Q   And just so we follow the math, is
8    there a ballpark number that you would feel
9    comfortable with for all of those expenses?
10       A   I'll just say -- just to use round
11   numbers, I mean, I could be off, let's say
12   five out of the 25.
13       Q   So that would leave a total of 20?
14       A   Yes.
15       Q   And then, what -- how was the 20
16   distributed, then, as between the plan and
17   the partnership?
18       A   Which partnership are you referring
19   to?
20       Q   Well, the plans that made the
21   reclaims were subject to partnerships, were
22   they not, of you and Mr. Van Merkensteijn and
23   Mr. Markowitz.
24           Right?
25       A   Not so much.  There -- they were

1     set up in a way that the profits would be
2     split a third, a third, a third.  But each
3     plan -- like so, for example, my plan, or of
4     the six plans I had, I had a hundred percent
5     of those.  And those would go to me, although
6     only five of them generated any reclaims.
7            Of the other plans that were -- and
8     the same would go true for Richard
9     Markowitz's plans and John Van Merkensteijn's
10    plans.
11           Then there were other plans that we
12    went through before which started out -- I
13    forget the exact numbers, but I think it was
14    5 percent, 20 percent, and 75 percent, and
15    then it switched to a third -- a round number
16    of .67, something.
17           I forget the exact numbers, but
18    that's what governed how the money was
19    distributed.
20       Q   Okay.  So, in the case of your
21    personal plans, Mr. Markowitz's, and Mr. Van
22    Merkensteijn's, if the plan ended up with 20,
23    then that plan would get to keep a hundred
24    percent of that 20, and would end up with 20
25    out of the total reclaim that went out?