CONFIDENTIAL
Shahab Hashemi - October 7, 2021

Page 1

```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2              MASTER DOCKET 18-MD-2865(LAK)
                  CASE NO. 18-CV-09797
3
   _____
4                                        )
   IN RE:                                )
5                                        )
   CUSTOMS AND TAX ADMINISTRATION OF     )
6  THE KINGDOM OF DENMARK                )
   (SKATTEFORVALTNINGEN) TAX REFUND      )
7  SCHEME LITIGATION                     )
                                         )
8  _____)

9

10

11

12

13

14      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                    EXAMINATION OF

16                    SHAHAB HASHEMI

17                 DATE: October 7, 2021

18

19

20

21

22

23

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Shahab Hashemi - October 7, 2021

Page 13

```
 1              P R O C E E D I N G S
 2     S H A H A B   H A S H E M I,
 3          called as a witness, having been first
 4     duly sworn according to law, testifies as follows:
 5                    * * * * * *
 6     EXAMINATION BY MR. OXFORD:
 7          Q    Good morning.
 8               I guess it's afternoon where you
 9     are, Mr. Hashemi?
10          A    Just about, yes.
11               MR. BINDER:  I'm sorry.  Neil,
12          before we begin, I just want to -- for
13          the court reporter, we want to review
14          and sign this transcript.  Thank you.
15          Q    Just before I get to my questions,
16     Mr. Hashemi, I just have one objection to put
17     on the record.
18               ED&F Man produced to us late Friday
19     night some 60,000 pages of documents, about
20     11,000 documents, which appear to be accounts
21     from BNP and SEB, two of ED&F Man's
22     custodians or sub-custodians in this case.
23     We've been requesting these documents for at
24     least 18 months and have been told they
25     didn't exist.
```

```
 1            ED&F Man Capital Markets is also
 2   known as ED&F MCM?
 3       A    It is referred to as MCM.
 4       Q    Okay.  So if I refer in my
 5   questions to ED&F or ED&F MCM, I'm referring
 6   to the same entity, ED&F Man Capital Markets.
 7            Do you understand that?
 8       A    I understand.
 9       Q    And the parent company of that
10   entity is ED&F Man Holdings, Limited.
11            Correct?
12       A    I believe the ultimate parent to be
13   ED&F Man Holdings.
14       Q    And ED&F used to have an affiliate
15   they operated in Dubai.
16            Correct?
17       A    Sorry?  Could you ask the question
18   again?
19       Q    Sure.
20            ED&F used to have an affiliate that
21   operated out of Dubai.
22            Correct?
23       A    There was a subsidiary of the
24   ultimate parent that operates in Dubai.
25       Q    And that was known as MPT Dubai or
```

1     Man Professional Trading Dubai.
2            Correct?
3        A   Yes.
4        Q   Okay.
5        A   I believe the entity was ED&F Man
6     Professional Trading Dubai.
7        Q   Okay.  So I'll refer to that as
8     "ED&F Dubai" or "MPT Dubai."
9            Will we be on the same page if I
10    describe it thus?
11       A   Yes.
12       Q   ED&F also --
13       A   Sorry, Mr. Oxford.  I think
14    Mr. Binder was trying to say something.
15           MR. BINDER:  MPT Dubai, not ED&F,
16       since it -- okay, let's just have, so as
17       not to confuse things.  If you want to
18       refer to it in a shorthand, "MPT Dubai"
19       is how we refer to it.  I think it
20       would -- I think it would be clearer
21       that way.
22           MR. OXFORD:  Okay.  Well, I have
23       the witness' answer.  It seems pretty
24       clear to him.
25       A   I would prefer if -- Mr. Oxford, I

CONFIDENTIAL
Shahab Hashemi - October 7, 2021

Page 31

```
 1    would prefer if you would refer to it as "MPT
 2    Dubai."
 3         Q    Okay.  I'll do my best.  But when I
 4    refer to it as "ED&F Dubai," please
 5    understand that I'm asking you about
 6    MPT Dubai.
 7              Okay?
 8              MR. BINDER:  Objection.
 9         Q    Understood?
10         A    I would prefer if you could use
11    MPT Dubai, but I understand what you said.
12         Q    Okay.  Thank you.
13              ED&F also had an affiliate in
14    Switzerland called Volcafe.
15              Correct?
16         A    There was a subsidiary of the
17    ultimate parent company in Switzerland.
18         Q    Called Volcafe.
19              Correct?
20         A    Called Volcafe, correct.
21         Q    Is Volcafe still operational today?
22         A    I don't know.
23         Q    Is MPT Dubai still operational
24    today?
25         A    I also don't know.
```

1        A    An interdealer broker transacts
2    with other counterparties, but more
3    specifically, would source shares or
4    derivatives on instruction.
5        Q    Did ED&F's interdealer broker ever
6    hold any proprietary positions 2012 through
7    2015?
8            MR. BINDER:  Objection to form,
9        beyond the scope of his role as a
10       corporate representative for ED&F Man
11       Capital, Limited.
12       Q    Do you know the answer?  Yes or no,
13   sir?
14       A    I don't know the answer.
15       Q    Was Volcafe also an interdealer
16   broker?
17       A    I believe it was.
18       Q    Was MPT Dubai also an interdealer
19   broker?
20       A    I do not believe MPT Dubai was an
21   interdealer broker.
22       Q    What's that belief based on, sir?
23       A    I have seen some prospective
24   documents of MPT Dubai.
25       Q    Are you familiar with a service

CONFIDENTIAL
Shahab Hashemi - October 8, 2021

Page 236

```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2              MASTER DOCKET 18-MD-2865(LAK)
                  CASE NO. 18-CV-09797
3
   _____
4                                         )
   IN RE:                                 )
5                                         )
   CUSTOMS AND TAX ADMINISTRATION OF      )
6  THE KINGDOM OF DENMARK                 )
   (SKATTEFORVALTNINGEN) TAX REFUND       )
7  SCHEME LITIGATION                      )
                                          )
8  _____)

9

10

11            C O N F I D E N T I A L

12

13

14     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                   EXAMINATION OF

16                   SHAHAB HASHEMI

17                     VOLUME II

18               DATE: October 8, 2021

19

20

21

22

23

24

25       REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

```
 1              P R O C E E D I N G S
 2
 3   S H A H A B  H A S H E M I,,
 4           called as a witness, having been first
 5   duly sworn according to law, testifies as follows:
 6                    * * * * * *
 7   CONTINUED EXAMINATION BY MR. OXFORD:
 8       Q    Good afternoon and good morning,
 9   Mr. Hashemi.
10            Could you please turn back to
11   Binder 1, Tab 28, which is the Notice of
12   Deposition?
13       A    Okay.
14       Q    You can turn to Topic 23, please.
15       A    Okay.
16       Q    Topic 23 concerns Annex E.
17            Correct?
18       A    So I missed the beginning of your
19   sentence.
20       Q    Topic 23 concerns Annex E.
21            Correct?
22       A    I can see that, yes.
23       Q    Great.
24            Tell me what you did to prepare
25   yourself on this topic.
```

CONFIDENTIAL
Shahab Hashemi - October 8, 2021

Page 252

```
1     Mr. Oxford?
2         Q    It's just a general question.
3     ED&F Man's position is that Annex E
4     references tax vouchers that are inaccurate.
5             I'm asking for your understanding,
6     as a corporate representative on a notice
7     topic here, whether you have any
8     understanding of what those inaccuracies are?
9         A    The inaccuracies are that the tax
10    vouchers in Annex E were incorrectly
11    produced.
12        Q    Can you explain what you mean,
13    "incorrectly produced?"
14        A    What I mean is that they should not
15    have been produced.
16        Q    Why should they not have been
17    produced?
18        A    Because they are inaccurate.
19        Q    In what sense are they inaccurate?
20        A    Could you repeat the question,
21    please?
22        Q    In what sense are they inaccurate?
23        A    Because -- they were inaccurate
24    because the pension plans weren't due a
25    dividend from the company.
```

1         had, right?
2              MR. OXFORD:  Understood, clear, no
3         suggestion to the contrary.  I think we
4         just were trying to clear up
5         certain -- basically version control
6         between the version we had marked
7         yesterday and a version of the same
8         document, which I freely acknowledge was
9         negotiated and drafted between counsel
10        for SKAT in England and counsel for
11        ED&F Man in England.
12             (Whereupon the above mentioned was
13        marked for Identification.)
14        Q    Okay.  So with that violate
15   agreement in place, can you take a look,
16   please, at Exhibit 4430, Mr. Hashemi?
17        A    Okay.  I have it in front of me.
18        Q    Can you confirm that is, in fact,
19   the version of the -- that is, in fact, a
20   version of the draft Schedule of Agreed Facts
21   that you reviewed in preparation for your
22   deposition?
23        A    (Witness reviewing.)
24             Yes, it appears to be the version
25   that I had reviewed.

```
 1       Q    Okay.  Are you aware of any
 2   incorrect statements in this document?
 3       A    (Witness reviewing.)
 4            I'm not aware of any incorrect
 5   statements in this document.
 6       Q    Okay.  So, from ED&F's point of
 7   view, the statements in here, you believe,
 8   are accurate?
 9       A    This document reflects ED&F Man's
10   position.
11       Q    Okay.  Thank you.  That's helpful.
12            So can I ask you just to quickly
13   turn to Paragraphs 20 and 2 -- sorry, 21 and
14   22, which are on Page 6 of the document?
15       A    Okay.
16       Q    And the heading is "B-5 Contractual
17   Documentation."
18            Do you see that?
19       A    I do.
20       Q    And then it lists five agreements
21   that were -- withdrawn.
22            It says, "In relation to the
23   services provided by ED&F Man, ED&F Man and
24   each pension plan or GP."
25            Do you know what the reference to
```

```
1    says.
2         Q    Okay.  And then there's a
3    spreadsheet at the back.
4              Can you just take a moment to
5    review the spreadsheet and tell me whether
6    you've ever seen it before?
7         A    Sorry.  Where am I looking for the
8    spreadsheet?
9         Q    It's attached to the letter, sir.
10        A    So in this -- in the binder in
11   front of me --
12        Q    We even have it -- I'm told we
13   might even have it in a native Excel.
14        A    Okay.
15        Q    So this is Exhibit 4259.
16        A    Okay.  It is -- I have it open.
17        Q    Great.  Just take a moment and let
18   me know if you've ever seen this before.
19        A    (Witness reviewing.)
20             MR. BINDER:  I'm going to object
21        because you're showing this to him in a
22        format of an Excel.  So, to the extent
23        he has -- he has seen this document in
24        the form it was attached to the letter,
25        I would -- I would just want the record
```

CONFIDENTIAL
Shahab Hashemi - October 8, 2021

Page 342

```
 1      to be clear that he's viewing this in an
 2      Excel format, not as it would have been
 3      attached originally as a PDF or however
 4      it was delivered.
 5      A    (Witness reviewing.)
 6           MR. OXFORD:  Mr. Binder, I can note
 7      for the record that your objection is
 8      without foundation.  Because, as
 9      provided to us, I understand there was
10      not a PDF, but an Excel file.
11           MR. BINDER:  All I'm saying is
12      I -- if he has seen it, he'll have to
13      answer that.  I don't know whether he
14      would have seen it in Excel or in PDF.
15      So it's just -- to the extent that the
16      formatting impacts his answer, I just
17      want that noted.
18           Mr. Hashemi, if you can answer
19      Mr. Oxford's question, if you're
20      familiar with this document?
21      A    Yeah, I'm just going through the
22 tabs.
23           (Witness reviewing.)
24           Mr. Oxford, this spreadsheet looks
25 familiar, and it's difficult for me to
```

CONFIDENTIAL
Shahab Hashemi - October 8, 2021

Page 343

```
1    identify if I've seen this exact version,
2    and -- but the contents of this spreadsheet
3    look familiar to me.
4         Q    Okay.  Can you tell us if
5    this -- the data in this spreadsheet is
6    accurate?
7         A    (Witness reviewing.)
8              If it's the same spreadsheet that
9    I've seen, I think it might be.  I believe
10   the data in this document is accurate.
11        Q    Okay.  So just looking -- are you
12   on the first tab, sir, which I believe is
13   Acer?
14        A    Yeah.
15        Q    Okay.  Do you see there's a number
16   of column headings about two-thirds of the
17   way across the page.  There's one called
18   "Trading Loss on Share Acquisitions and
19   Hedging Transactions."
20        A    Column I.
21        Q    Yes.
22        A    Yes, I see Column I.
23        Q    How was -- well, withdrawn.
24             What information is contained in
25   that column?
```