CONFIDENTIAL
Christian Ekstrand - May 6, 2021

Page 1

```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2              MASTER DOCKET 18-MD-2865(LAK)
                  CASE NO. 18-CV-09797
3
   _____
4                                        )
   IN RE:                                )
5                                        )
   CUSTOMS AND TAX ADMINISTRATION OF     )
6  THE KINGDOM OF DENMARK                )
   (SKATTEFORVALTNINGEN) TAX REFUND      )
7  SCHEME LITIGATION                     )
                                         )
8  _____)

9

10

11

12        **************************************
          *                                    *
13        *            CONFIDENTIAL            *
          *                                    *
14        **************************************

15

16

17     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

18                    EXAMINATION OF

19             CHRISTIAN EKSTRAND - VOLUME I

20                  DATE: May 6, 2021

21

22

23

24

25     REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

Page 11

1          VIDEO OPERATOR:  We are now on
2     record.  This is the remote video recorded
3     deposition of Christian Ekstrand.
4          Today is Thursday, May 6, 2020.
5     The time is now 6:02 a.m. New York time.
6          We are here in the matter of In Re
7     Custom and Tax Administration of the Kingdom
8     of Denmark, et al.  All counsel have been
9     noted on record.
10         My name is Jose Rivera, remote
11    video technician on behalf of Gregory Edwards
12    LLC.
13         At this time, will the reporter,
14    Charlene Friedman, on behalf of Gregory
15    Edwards LLC, please swear in the interpreter.
16
17    I N G D R   G R E G E R S E N,
18         Called as the official interpreter in
19    this action, was duly sworn to faithfully translate
20    the questions to the witness from English to
21    Danish, and the answers from Danish to English.
22
23    C H R I S T I A N   E K S T R A N D,
24         called as a witness, having been first duly sworn
25    according to law, testifies as follows:

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

Page 122

```
1       Q    So let's focus on the period 2012
2    to 2015.
3       A    So within the period of 2012 to
4    2015, their verification was included in
5    the -- this was -- sorry.  This -- within
6    this period, this was included in the
7    processing of the application.
8            A very important document in this
9    context is from the custodian.  The custodian
10   is independent of the client and therefore,
11   an independent third party.
12           Therefore, you would expect to get
13   valid information from such a party, and it
14   is quite standard within Danish tax law that
15   we gather information from
16   third -- independent third parties.  And here
17   we have information from a third party.
18           And so, everything together, the
19   application, the form, the tax certificate,
20   that information from the third party would,
21   at the time, be used to document your claim.
22      Q    So SKAT relies on account
23   statements from independent third parties to
24   verify taxpayers' ownership of shares in
25   Danish companies, correct?
```

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

Page 123

```
1                MR. WEINSTEIN:  Objection to form.
2        A     So tax -- you said that a
3    Danish -- that SKAT relied on information
4    from third parties.
5                And what came next?
6                MR. WEINSTEIN:  Objection.  Can I
7    ask you to say it again, Alan?  Because your
8    question was kind of specific.
9                Can you do it again?
10               MR. SCHOENFELD:  Sure.
11       Q     So SKAT relies on account
12   statements from independent third parties to
13   verify taxpayers' ownership of shares in
14   Danish companies, correct?
15               MR. WEINSTEIN:  Object to the form.
16       A     So this documentation has been
17   accepted to show that you own the shares
18   pertaining to the request for refund.
19               MR. WEINSTEIN:  Alan, can I
20   just -- whenever it's convenient, we have
21   some dinner, and it's been -- we haven't had
22   a -- you know, a lunch-type break.
23               MR. SCHOENFELD:  Sure.  How long do
24   you want to take?
25               MR. WEINSTEIN:  Take a 30-minute
```