**PRIVILEGE FLAGS**

5. When reviewing Electronic Material on the Relativity Platform in accordance with paragraphs 15, 18 and 24 of the 31 July Order, the relevant reviewers shall use only the following flags on the Relativity Platform to indicate that a document is a "Deloitte Privilege Flagged Document" or is or may be "Privileged" (as those terms are defined in the 31 July Order):

| FLAG | DEFINITION |
| --- | --- |
| "Privileged: Legal Advice Privilege" | The reviewer shall use this flag where he or she considers that the document under review is subject to legal advice privilege. |
| "Privileged: Litigation Privilege" | The reviewer shall use this flag where he or she considers that the document under review is subject to litigation privilege. |
| "Restricted: English Collateral Use Order" | The reviewer shall use this this flag where he or she considers that the document under review is subject to an order made in the English criminal restraint proceedings before HHJ Hopmeier sitting in Kingston and Southwark Crown Courts preventing the use of the document other than in those proceedings. |
| "Restricted: Criminal Witness Statement" | The reviewer shall use this flag where he or she considers that the document under review is a witness statement served in the English criminal restraint proceedings before HHJ Hopmeier sitting in Kingston and Southwark Crown Courts and subject to Rule 33.8 of the English Criminal Procedure Rules preventing the use of the witness statement other than in those proceedings. |

6. Where a reviewer flags a document with the "Privileged: Legal Advice Privilege" or "Privileged: Litigation Privilege" flags, the reviewer shall also flag the document with one of the following flags:

| FLAG | DEFINITION |
| --- | --- |
| "Privilege belonging to D1" | The reviewer shall use this flag where he or she considers that the privilege which covers the document is a privilege belonging to the First Respondent. |

| | |
|---|---|
| "Privilege belonging to D2" | The reviewer shall use this flag where he or she considers that the privilege which covers the document is a privilege belonging to the Second Respondent. |
| "Privilege belonging to a third party" | The reviewer shall use this flag where he or she considers that the privilege which covers the document is a privilege belonging to a third party to these proceedings. |
| "Privilege belonging to more than one party" | The reviewer shall use this flag where he or she considers that the privilege which covers the document is a privilege belonging to more than one party and/or is subject to common interest privilege. |
| ""Privilege belonging to an unidentified party" | The reviewer shall use this flag where he or she is considers that a document is privileged but where he or she is unable to determine the identity of the party to whom the privilege belongs. |

7. The parties may agree variations to paragraphs 2 to 6 above in writing signed by both parties' legal representatives and there be liberty to apply.

**ACCESS TO REMOTE SERVERS**

8. Without prejudice to the generality of paragraph 29 of the 31 July Order, the First Respondent shall forthwith:

    (a) Provide the Applicant with the full name and contact details of the third parties supplying the following servers ("**the Servers**"):

    (i) The network server with IP address 192.168.11.160;

    (ii) The network server containing Sage accounting with IP address 192.168.11.221;

    (iii) The cloud based Google Drive server identified in Exhibit S2 to the Fourth Affidavit of Sanjay Shah;

    (iv) The cloud based Mimecast server identified in Exhibit S2;

    (v) The private cloud based server hosted by 'BIOSME' identified in Exhibit S2;

4

    (vi)   The private cloud based Doccept DMS server hosted by 'Kensium' identified in Exhibit S2; and

    (vii)   The server known as "One Drive", a shortcut to which was mapped onto the personal computer used by Mr Sanjay Shah at the First Respondent's premises;

(b) Instruct the third parties supplying the Servers to: (i) grant Deloitte full and unrestricted access to the entirety of those servers; and (ii) correspond with Deloitte about the practicalities of effecting that access;

(c) Provide Deloitte with an administrative level graphic connection to each of the Servers using a remote desktop protocol or provide such other login credentials to any platforms operated by the third parties hosting the Servers as will give Deloitte administrative level access to each of the Servers; and

(d) Provide Deloitte with all passwords and any other information of whatever kind necessary to have complete unrestricted access to the data on the Servers.

9. Upon being granted access thereto, Deloitte may take copies of the data contained on each of the Servers. Deloitte shall add any data so obtained to the Electronic Material which shall be dealt with in accordance with paragraphs 6 to 26 of the 31 July Order.

10. Upon Deloitte informing the First Respondent in writing that it has taken a satisfactory copy of the data on each of the Servers the First Respondent may take whatever steps necessary to terminate Deloitte's access to the relevant Server.

11. There is liberty to apply in relation to paragraphs 8 to 10 of this Order.

**BITLOCKER PASSWORDS**

12. The First Respondent shall forthwith provide Deloitte with all necessary BitLocker and other such codes to enable Deloitte to access the data obtained from:

    (a)   a laptop used by Sanjay Shah (Deloitte's evidence reference number DB246A16); and

    (b)   a desktop computer used by Rashmi Raju (Deloitte's evidence reference number DB246A07).

**BLACK BOX DOCUMENTS**

13. Until further order, the Supervising Legal Representative shall not release to the Applicant any documents delivered up to him from Black Box LLC in accordance with paragraph 30 of the 31 July Order.

14. For the avoidance of doubt, paragraph 13 of this Order does not prevent the Supervising Legal Representative from reviewing documents delivered up to him from Black Box LLC for the purposes of determining whether the same are "Privileged" (as that term is defined in the 31 July Order), as set out at paragraph 31 of the 31 July Order.

**LIMESTONE HOUSE SALE**

15. The contemplated sale by the Second Defendant of the property known as a Unit 9.H.1 at Limestone House, Gate Boulevard, DIFC may proceed provided that the net sale proceeds are paid (directly or indirectly) to the client account of Davidson & Co.

**VARIATION AND DISCHARGE OF THIS ORDER**

16. Anyone served with or notified of this order may apply to the Court at any time to vary or discharge this order (or so much of it as affects that person), but they must first inform the Applicant's legal representatives. If any evidence is to be relied upon in support of the application, the substance of it must be communicated in writing to the Applicant's legal representatives in advance.

**COSTS**

17. Costs are reserved.

Issued by:
**Ayesha Bin Kalban**
Assistant Registrar
Date: 12 August 2018
At: 1pm

**SCHEDULE A**

UNDERTAKINGS GIVEN TO THE COURT BY THE APPLICANT

1. If the Court later finds that this order or carrying it out has caused loss to the First Respondent, and decides that the First Respondent should be compensated for that loss, the Applicant will comply with any order the Court may make. Further if the carrying out of this order has been in breach of the terms of this order or otherwise in a manner inconsistent with the Applicant's legal representatives' duties as officers of the Court, the Applicant will comply with any order for damages the Court may make.

2. The Applicant will not, without the permission of the Court, use any information or documents obtained as a result of carrying out the Search Order except for the purposes of these proceedings (including adding further Respondents) or commencing or pursuing civil proceedings in relation to the same or related subject matter to these proceedings in the Dubai and English Courts.

3. For the avoidance of doubt, the Applicant may not share any information or documents obtained as a result of carrying out the Search Order with any prosecuting authority involved in any criminal proceedings being prepared against the Respondents or related parties, including (but not limited to) Sanjay Shah.

**Exhibit 4**

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DB246A01 | Stephania Paun | First Search Order - Premises | Floor | Desktop | ELYPC05 | Dell | Optiplex 7040 | 1B75D82 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| DB246A02 | Natalia Vereniklina | First Search Order - Premises | Floor | Desktop | ELYPC02 | Dell | Optiplex 7040 | 6C75D82 | Sandisk | SSD | 154779401317 | 240.00 | 2018/06/28 |
| DB246A03 | Unknown | First Search Order - Premises | Floor | Desktop | ELYPC06 | Dell | Optiplex 7040 | B975D82 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| DB246A04 | Ulkar Tagieva | First Search Order - Premises | Floor | Desktop | ELYPC04 | Dell | Optiplex 7040 | GH75D82 | Sandisk | SSD | 154924400295 | 240.00 | 2018/06/28 |
| DB246A05 | Sandesh Dhomne | First Search Order - Premises | Floor | Desktop | ELYPC09 | Dell | Optiplex 7040 | SH75D82 | Sandisk | SSD | 154711400405 | 240.00 | 2018/06/28 |
| DB246A06 | Sandesh Dhomne | First Search Order - Premises | Floor | Pen Drive | N/A | N/A | N/A | N/A | Teka | ProductCode | 92071335D2491317547 | 8.00 | 2018/06/28 |
| DB246A07 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | ELYPC01 | Dell | Optiplex 7040 | 6875D82 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| DB246A08 | Claudia | First Search Order - Premises | Floor | Laptop | ELYLPT03 | Asus | UX303L | EAN0CI07714443H 12M | Seagate | ST500LM000-1EJ1 | W760GTT6 | 500.00 | 2018/06/28 |
| DB246A09 | Nagris (intern) | First Search Order - Premises | Floor | Desktop | EQU-MAC2 | Apple | MAC All in one | C02QV189GG7N | Apple | SSD | S2PBNYAGB64490 | 2000.00 | 2018/06/28 |
| DB246A10 | Nicola Monteath | First Search Order - Premises | Floor | Laptop | EQU-MAC5 | Apple | Macbook Pro | C02T3229XGTFA | Apple | SSD | C02701302NAHCGX18 | 500.00 | 2018/06/28 |
| DB246A11 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | External HDD | N/A | N/A | N/A | N/A | Seagate | HDD - Backup Plus | NA758CNP | 1000.00 | 2018/06/28 |
| DB246A12 | Odilaine Mejorado | First Search Order - Premises | Floor | Desktop | EQU-MAC4 | Apple | MAC All in one | C02QW0CZGG7N | Apple | SSD | S2PBNYAGB55225 | 2000.00 | 2018/06/28 |
| DB246A13 | Marta Lis | First Search Order - Premises | Floor | Desktop | ELYPC12 | Dell | Optiplex 7040 | HB75D82 | Sandisk | SSD | 254607406101 | 240.00 | 2018/06/28 |
| DB246A14 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | ELYPC08 | Dell | Optiplex 7040 | 2H75D82 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| DB246A15 | Mark Fernandes | First Search Order - Premises | Center office | Desktop | ELYPC03 | Dell | Optiplex 7040 | BC75D82 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| DB246A16 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Laptop | ELYT083 / ELYLPT22 | Asus | UX303L | ECN0CJ142687524 12M | HGST | HDD | S0D0000SNG672PF | 1000.00 | 2018/06/28 |
| DB246A17 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 7 Plus | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| DB246A18 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| DB246A19 | Volha Marazoukya | First Search Order - Premises | Floor | Desktop | ELYPC010 | Dell | Optiplex 7040 | 7K75D82 | Sandisk | SSD | 154608404269 | 240.00 | 2018/06/28 |
| DB246A20 | Natalia Vereniklina | First Search Order - Premises | Floor | Pen Drive | N/A | N/A | N/A | N/A | Kingston | DTSE9 G2 | 9B4FDAE18E09 | 16.00 | 2018/06/28 |
| DB246A21 | Puja Tiwari | First Search Order - Premises | Floor | Desktop | EQU-MAC3 | Apple | MAC All in one | C02QV2C2GG7N | Apple | SSD | S2PBNYAGB37310 | 2000.00 | 2018/06/28 |
| DB246A22 | Usha Shah | First Search Order - Premises | HR Room | Desktop | ELYPC07 | Dell | Optiplex 7040 | 4875D82 | Sandisk | SSD | 154773402403 | 240.00 | 2018/06/28 |
| DB246A23 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | DVD | N/A | N/A | N/A | N/A | Imation | DVD-R | N/A | 4.70 | 2018/06/28 |
| DB246A24 | Wali Anwar | First Search Order - Premises | Floor | Desktop | ELYPC011 | Dell | Optiplex 7040 | BG75D82 | Sandisk | SSD | 154976403825 | 240.00 | 2018/06/28 |
| DB246A25 | Natalia Vereniklina | First Search Order - Premises | Floor | Laptop | ELYLPT15 | Sony | VAIO / SVP132A1CM | 54626018-0003061 / Service | N/A | SSD | S15YNVAD623861 | 120.00 | 2018/06/28 |
| DB246A26 | Sanjay Shah | First Search Order - Premises | Floor | Dropbox | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| DB246A27 | Unknown | First Search Order - Premises | Floor | Desktop | EQU-MAC1 | Apple | MAC All in one | C02QW2URGG7N | Apple | SSD | S2PBNYAGB73008 | 2000.00 | 2018/07/01, 2018/07/03 |
| DB246A28 | Unknown | First Search Order - Premises | Storage Cab | Desktop | N/A | Apple | MAC Mini | C07H71ABD1D1 | Hitachi / Apple | HDD | J2260051HH2P1C | 500.00 | 2018/07/01 |
| DB246A29 | Unknown | First Search Order - Premises | Storage Cab | Desktop | N/A | Apple | MAC Mini | C07HC1P7D1D1 | Toshiba / Apple | HDD | 12DXT65RT | 500.00 | 2018/07/01 |
| DB246A32 | Unknown | First Search Order - Premises | Floor | DVD | iosi AR465115 | N/A | N/A | N/A | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| DB246A33 | Unknown | First Search Order - Premises | Storage Cab | Laptop | ELYLPT02 | Asus | UX303L | EAN0CJ077203439 12M | Seagate | ST500LM000-1EJ1 | W760GWZC | 500.00 | 2018/07/02 |
| DB246A34 | Unknown | First Search Order - Premises | Storage Cab | Laptop | ELYLPT08 | Asus | UX303L | ECN0CJ148801O1E 12M | N/A | N/A | N/A | 1000.00 | 2018/07/02 |
| DB246A40 | Unknown | First Search Order - Premises | Storage Cab | Laptop | EQU-MAC5 | Apple | Macbook Pro - A1707 | C02T32C3GTFM | Apple | SSD | SM0512L | 500.00 | 2018/07/02 |
| DB246A41 | Natalia Vereniklina | First Search Order - Premises | | Office 365 | admin@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| DB246A41 | Unknown | First Search Order - Premises | | Office 365 | asset@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| DB246A41 | Unknown | First Search Order - Premises | | Office 365 | catchall@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.19 | 2018/07/02 |
| DB246A41 | Sanjay Shah | First Search Order - Premises | | Office 365 | ceo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| DB246A41 | Unknown | First Search Order - Premises | | Office 365 | cfo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| DB246A41 | Mark Fernandes | First Search Order - Premises | | Office 365 | consultant@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.20 | 2018/07/02 |
| DB246A41 | Usha Shah | First Search Order - Premises | | Office 365 | director@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.90 | 2018/07/02 |
| DB246A41 | Sandesh Dhomne | First Search Order - Premises | | Office 365 | fd@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| DB246A41 | Rashmi / Volha / Mark | First Search Order - Premises | | Office 365 | Finance@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| DB246A41 | Wali Anwar | First Search Order - Premises | | Office 365 | IT@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 3.30 | 2018/07/02 |
| DB246A41 | Unknown | First Search Order - Premises | | Office 365 | HR@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| DB246A41 | Stephania Paun / Ulk | First Search Order - Premises | | Office 365 | Legal@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| DB246A41 | Unknown | First Search Order - Premises | | Office 365 | od@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/02 |
| DB246A42 | Wali Anwar | First Search Order - Premises | Floor | Laptop | ELYLPT06 | Asus | UX303L | FIN0CJ155005O5A 12M | HGST | HDD | S0A000SSG9NT8K | 1000.00 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.30 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.45 | 2018/07/07 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.44 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.33 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 156.00 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.23 | 2018/07/10 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/10 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.20 | 2018/07/10 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/10 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.13 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/12 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| DB246A44 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXE1E551C5U5 | 1000.00 | 2018/08/14 |
| DB246A45 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WX81A75EZXU | 1000.00 | 2018/07/17 |
| DB246A46 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXF1E6526KJ7 | 3000.00 | 2018/07/17 (failed) |
| DB246A47 | Unknown | First Search Order - Premises | - | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXD1E55CCP1E | 1000.00 | 2018/07/25 |
| DB246A48 | Sanjay Shah | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| DB246A48 | Mark Fernandes | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| DB246A48 | Usha Shah | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| DB246A48 | Sandesh Dhomme | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| DB246A48 | Wail Anwar | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| DB246A48 | Unknown_Admin | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| DB246A48 | Unknown_Asset | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| DB246A48 | Unknown_Catchall | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| DB246A48 | Unknown_CFO | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| DB246A48 | Unknown_Finance | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| DB246A48 | Unknown_HR | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| DB246A48 | Unknown_Legal | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| DB246A48 | Unknown_OD | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| DB246A49 | Sanjay Shah | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| DB246A49 | Mark Fernandes | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| DB246A49 | Usha Shah | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| DB246A49 | Sandesh Dhomme | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.82 | 2018/09/25 |
| DB246A49 | Wail Anwar | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| DB246A49 | Unknown_Admin | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| DB246A49 | Unknown_Asset | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.87 | 2018/09/25 |
| DB246A49 | Unknown_Catchall | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| DB246A49 | Unknown_CFO | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| DB246A49 | Unknown_Finance | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| DB246A49 | Unknown_HR | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| DB246A49 | Unknown_Legal | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| DB246A49 | Unknown_OD | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| DB246D01 | Philip Punwar | Provided by Legal Counsel | - | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| DB246D02 | Multiple | First Search Order - Premises | - | Backup and BIOS Cloud data & VMs content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| DB246V01 | Multiple | Remote Server Collection | - | DocCept DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| DB246V02 | Multiple | Remote Server Collection | - | VM Export (Elysium-DC.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| DB246V03 | Multiple | Remote Server Collection | - | Sage Server (ely-sagesvr.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| DB246V04 | Multiple | Remote Server Collection | - | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**

**DIFC Court of First Instance**
**SKAT v Elysium Global (Dubai) Limited and Elysium Properties Limited**

28-June-2018

The below table is a summary of hard copy documents obtained from the offices of Elysium Global (Dubai) Limited on 28-June-2018.

*Total pages: 3*

| Location | Category | Document Name (if labelled) or Details of Contents *(italics)* | Approximate volume | Box # |
|---|---|---|---|---|
| Sanjay Shah Office | Finance | *Various bank and utility account statements and documentation of a financial nature (e.g. invoices, schedules, account forecasts)* | 1 white untitled binder<br>1 spiral package<br>Various loose papers<br>Total volume: ~3 inches | B1 |
| Sanjay Shah Office | Agreements | *Various agreements with respect to Elysium Global (Dubai) Limited and related documents* | Total volume: ~4 inches | B1 |
| Sanjay Shah Office | Assets | *Documentation relating to properties and/or resources (e.g. HR documentation and charts)* | Total volume : ~1/4 inches | B1 |
| Office Filing Cabinets | Bank Statements | Sanjay Shah Bank Stmts Varengold NED Bank F432874 | 1 binder | B3 |
| Office Filing Cabinets | Expenses | Elysium Global Expenses F433191 | 1 binder | B3 |
| Office Filing Cabinets | Bank statements | Sanjay Shah Bank Stmts Natwest OCBC F432873 | 1 binder | B3 |
| Office Filing Cabinets | Bank statements | Sanjay Shah Bank Stmts Citibank F432882 | 1 binder | B3 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited Finance Folder July to September 2016 F432998 | 1 binder | B2 |
| Office Filing Cabinets | Expenses | Elysium Global Dubai Limited Expenses FY2015 F432950 | 1 binder | B2 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited Petty Cash 2018 F432866 | 1 binder | B2 |
| Office Filing Cabinets | Finance | Dalma Capital 2050544350848 | 1 binder | B2 |
| Office Filing Cabinets | Finance | *Untitled binder with various banking related instructions and agreements* F432863 | 1 binder | B2 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited Finance Folder June 2016 F432997 | 1 binder | B2 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited Finance Folder Oct to Dec 2016 F432996 | 1 binder | B2 |
| Office Filing | Commercial | EGDL Commercial Documents | 1 binder | B4 |

1

DIFC Court of First Instance
SKAT v Elysium Global (Dubai) Limited and Elysium Properties Limited

28-June-2018

| Location | Category | Document Name (if labelled) or Details of Contents (italics) | Approximate volume | Box # |
|---|---|---|---|---|
| Cabinets | | F433195 | | |
| Office Filing Cabinets | Finance | Binder titled "Elysium" with miscellaneous invoices | 1 binder | B4 |
| Office Filing Cabinets | Audit | Elysium Global Dubai Limited 2013-2014 Audit File F432916 | 1 binder | B5 |
| Office Filing Cabinets | Agreements | Binder with "Office" post-it note #2050544350848 | 1 binder | B3 |
| Office Filing Cabinets | Agreements | Statutory Docs File Private & Confidential F433197 | 1 binder | B4 |
| Office Filing Cabinets | Finance | Binder titled "Equity" with invoice issued by GTRS 9555017607625 | 1 binder | B4 |
| Office Filing Cabinets | Bank statements | Bank statements Sanjay Shah 1999 – 2000 F433162 | 1 binder | B5 |
| Office Filing Cabinets | Finance | Elysium Global Limited Finance Folder April 2015 to March 2016 F432839 | 1 binder | B5 |
| Office Filing Cabinets | Finance | Elysium Global Limited Finance Folder April 2016 to March 2017 F432838 | 1 binder | B6 |
| Office Filing Cabinets | Assets and resources | Binder with "Florian Prosects" post-it note containing property agreements and documents 9555017762232 | 1 binder | B5 |
| Office Filing Cabinets | Agreements | Binder titled "Elysium Properties Limited" with Tenancy contracts and agreements F433099 | 1 binder | B6 |
| Office Filing Cabinets | Agreements | Binder with contract between Grosvenor House and EGDL Binder title (struck out: Finance Folder – Aralla Holdings Ltd) 291019028299 | 1 binder | B6 |
| Office Filing Cabinets | Bank statements | Bank Statements of Account 9555017762232 | 1 binder | B6 |
| Office Filing Cabinets | Finance | Binder titled "New File – Sanjay Shah" with various instructions 2050544350848 | 1 binder | B5 |
| Office Filing Cabinets | Finance | Folder of documents titled "Client Money Segregation" F432859 | 1 binder | B4 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited Finance Folder 2012-2013 F433198 | 1 binder | B6 |
| Office Filing Cabinets | Finance | Sanjay Shah Property Finance Folder | 1 binder | B7 |

2

DIFC Court of First Instance
SKAT v Elysium Global (Dubai) Limited and Elysium Properties Limited

28-June-2018

| Location | Category | Document Name (if labelled) or Details of Contents (italics) | Approximate volume | Box # |
|---|---|---|---|---|
| | | 2016-2017 F433177 | | |
| Office Filing Cabinets | Bank Statements | ING Luxco Sanjay – Sign F433175 | 1 binder | B7 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited Payment Voucher 2018 | 1 binder | B7 |
| Office Filing Cabinets | Agreements | Assorted collection of agreements and other corporate organizational documentation | 1 box of assorted files | B8 |
| Office Filing Cabinets | Statements | Account statements, payment instructions, correspondence with financial institutions | 1 box of assorted files | B9 |
| Office Filing Cabinets | Finance | Various documentation of a financial nature (invoices, receipts, etc.) | 1 box of assorted files | B10 |

3

20