Ronald Altbach - October 30, 2020

Page 1

```
 1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
 2              Master docket No. 18-MD-2865(LAK)
                    Case Nos. 18-cv-09505
 3       _____
                                                 )
 4       IN RE:                                  )
                                                 )
 5       CUSTOMS AND TAX ADMINISTRATION OF       )
         THE KINGDOM OF DENMARK (SKATTEFOR       )
 6       VALTNINGEN) TAX REFUND SCHEME           )
         LITIGATION,                             )
 7                                               )
         _____)
 8

 9

10

11

12

13

14         REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                         EXAMINATION OF

16                         RONALD ALTBACH

17                     DATE: October 30, 2020

18

19

20

21

22

23

24

25            REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Ronald Altbach - October 30, 2020

Page 14

```
1    R O N A L D  A L T B A C H,
2            called as a witness, having been first
3    duly sworn according to law, testifies as follows:
4
5
6
7
8    EXAMINATION BY MR. MCGOEY:
9        Q    Good morning, Mr. Altbach.  We
10   spoke briefly earlier, but let me introduce
11   myself.  My name is John McGoey from the law
12   firm of Hughes, Hubbard & Reed, and we
13   represent plaintiff SKAT in this matter.
14            Have you ever been deposed before?
15       A    Yes.
16       Q    Okay.  How recently?
17       A    I would say 1986.
18       Q    Okay.  So probably worth going over
19   some ground rules then.
20            The first is, you've heard Mike's
21   voice today.  He's our court reporter.  So
22   he's going to be take down everything that
23   you're saying.
24            So to assist him with that, if you
25   could let me finish my questions before you
```

Ronald Altbach - October 30, 2020

Page 27

```
 1      in shares of foreign companies?
 2              MS. RICE:  Objection to form.  You
 3          can answer.  Ron, you can answer.
 4          A    Yes.
 5          Q    When was that?
 6          A    I don't recall.  I don't recall
 7      when I learned of that strategy.  You asked
 8      me about strategy.
 9              I don't recall when I learned of
10      that strategy.
11          Q    Okay.  So you had mentioned earlier
12      setting up pension plans.
13              Is there a time that you learned of
14      a strategy involving setting up those pension
15      plans?
16          A    Yes.
17          Q    And when was that?
18          A    I believe it was in June of 2014.
19          Q    And how did you become familiar
20      with that strategy?
21          A    Through a very good friend named
22      John Van Merkensteijn.
23          Q    And can you just describe how he
24      introduced you to it?
25          A    I mean, unfortunately, my memory
```