**OPEN POSITION STATEMENT**

**Solo Capital**

| Colbrook Ltd<br>Harneys Services (Cayman) Limited,<br>3rd Floor, Queensgate House<br>113 George Town. PO Box 10240<br>Gran Cayman KY1-1002, Cayman Islands | Date | 30 April 2013 | SOLO CAPITALPARTNERS LLP<br>4 - 6 THROGMORTON AVENUE<br>LONDON EC2N 2DL<br>TEL (44 ) 20 7382 4940 |

Account Number:     COL01

**Open Positions**

| Date | Open Position | Trade Price | Current Price | Position Value | CCY | Market Revaluation |
|---|---|---|---|---|---|---|
| | | | | | | |

ACCOUNT FINANCIAL SUMMARY

|  | EUR | USD | Net EUR Base |
|---|---:|---:|---:|
| Open Cash Balance | 0.00 | 0.00 | 0.00 |
| Cash Equity Settlement (exc comm) | 0.00 | 0.00 | 0.00 |
| Brokerage On Execution | 0.00 | 0.00 | 0.00 |
| Clearing Charge | 0.00 | 0.00 | 0.00 |
| Exchange Fees on Futures | 0.00 | 0.00 | 0.00 |
| Custody & Equity Fees | -2,500.00 | 0.00 | -2,500.00 |
| Cash Stock Loan Settlement | 0.00 | 0.00 | 0.00 |
| Total daily MTM on Stock Loan | 0.00 | 0.00 | 0.00 |
| Interest on Stock Loan Cash Pool | 0.00 | 0.00 | 0.00 |
| Stock Lending Fees | 0.00 | 0.00 | 0.00 |
| Realised Futures Profit & Loss | 0.00 | 0.00 | 0.00 |
| Initial Margin | 0.00 | 0.00 | 0.00 |
| Variation Margins | 0.00 | 0.00 | 0.00 |
| Dividends | 0.00 | 0.00 | 0.00 |
| Cash Payment/Receipts | 0.00 | 0.00 | 0.00 |
| Total Cash Balance | -2,500.00 | 0.00 | -2,500.00 |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

**Solo Capital**

**Cash**

**Equity Transaction Statement**

| From | 01 March 2013 | to | 30 April 2013 |

**Account Number:** COL01

**Account Name:** Colbrook Ltd
**Currency:** EUR

### Trades for Current Month

| Trade Date | Settlement Date | Currency | Transaction type | Description | Identifier | Nominal | Trade Price | Commission | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|

### Open Position Statement

| Trade Date | Settlement Date | Currency | Transaction type | Description | Identifier | Nominal | av tr PX | Curr Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|

**SOLO CAPITAL PARTNERS LLP** is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

**Solo Capital**

**Futures Transaction Statement**

| Futures | | From | 01 March 2013 | to | 30 April 2013 |
|---|---|---|---|---|---|
| Account Number: | COL01 | Account Name: | Colbrook Ltd | | |
| | | Currency | EUR | | |

**Current Open Trades**

| Trade Date | Expiry Date | Currency | Transaction type | Description | Identifier | Units | Lot size | trade Price | Brokerage | Clearing Comm | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Open Position Statement**

| Trade Date | Expiry Date | Currency | Transaction type | Description | Identifier | Units | Lot size | Av Tr Px | Curr Price | Value | Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|

Futures Variation Margin  0.00

Initial Margin
EUR
0.00

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

**Stock Loan**  
**Account Number:** COL01

**Stock Loan Transaction Statement**  
**From** 01 March 2013 **to** 30 April 2013  
**Account Name:** Colbrook Ltd  
**Currency:** EUR

**Solo Capital**

**Current Open Trades**

| Trade Date | Settlement Date | type | Counterparty | Description | ID | Nominal | TRADE PX | CASH ORIG | Cash Rebate Interest | Cash Rebate Spread | Stock Rebate Interest | Stock Rebate Spread |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/03/2013 | 13/03/2013 | Lend | DDC CAYMAN LTD | TDC A/S | TDC DC | -3,600,000.00 | 45.7493 | 164,697,480.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Borrow | RAUBRITTER LLC PENSION PLAN | TDC A/S | TDC DC | 5,350,000.00 | 45.7093 | -244,544,755.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Lend | DDC CAYMAN LTD | TDC A/S | TDC DC | -5,850,000.00 | 45.6793 | 267,223,905.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Lend | CHEM CAPITAL LTD | TDC A/S | TDC DC | -3,250,000.00 | 45.7393 | 148,652,725.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Borrow | TRADEN INVESTMENTS PENSION PLAN | TDC A/S | TDC DC | 4,750,000.00 | 45.7593 | -217,356,675.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Lend | CHEM CAPITAL LTD | TDC A/S | TDC DC | -4,750,000.00 | 45.7593 | 217,356,675.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Borrow | REMECE INVESTMENTS PENSION PLAN | TDC A/S | TDC DC | 3,600,000.00 | 45.7493 | -164,697,480.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Borrow | DELVIAN LLC PENSION PLAN | TDC A/S | TDC DC | 5,850,000.00 | 45.6793 | -267,223,905.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Lend | CHEM CAPITAL LTD | TDC A/S | TDC DC | -4,500,000.00 | 45.7892 | 206,051,400.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Borrow | DAVIN INVESTMENTS PENSION PLAN | TDC A/S | TDC DC | 5,250,000.00 | 45.7293 | -240,078,825.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Borrow | GANESHA INDUSTRIES PENSION PLAN | TDC A/S | TDC DC | 4,000,000.00 | 45.7693 | -183,077,200.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Lend | DDC CAYMAN LTD | TDC A/S | TDC DC | -5,800,000.00 | 45.6094 | 264,534,520.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Borrow | RJM CAPITAL PENSION PLAN | TDC A/S | TDC DC | 3,250,000.00 | 45.7393 | -148,652,725.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Borrow | BERNINA PENSION PLAN | TDC A/S | TDC DC | 4,500,000.00 | 45.7892 | -206,051,400.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Lend | CHEM CAPITAL LTD | TDC A/S | TDC DC | -4,000,000.00 | 45.7693 | 183,077,200.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Lend | DDC CAYMAN LTD | TDC A/S | TDC DC | -5,250,000.00 | 45.7293 | 240,078,825.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Borrow | RAJAN INVESTMENTS LLC PENSION PLAN | TDC A/S | TDC DC | 5,800,000.00 | 45.6094 | -264,534,520.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Lend | CHEM CAPITAL LTD | TDC A/S | TDC DC | -5,000,000.00 | 45.7793 | 228,896,500.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Borrow | AOI PENSION PLAN | TDC A/S | TDC DC | 5,000,000.00 | 45.7793 | -228,896,500.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 12/03/2013 | 13/03/2013 | Lend | DDC CAYMAN LTD | TDC A/S | TDC DC | -5,350,000.00 | 45.7093 | 244,544,755.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 39.1 |
| 25/03/2013 | 26/03/2013 | Lend | DDC CAYMAN LIMITED | NOVO NORDISK A/S-B | NOVOB DC | -2,100,000.00 | 966.5361 | 2,029,725,810.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.75 |
| 25/03/2013 | 26/03/2013 | Lend | CHEM CAPITAL LIMITED | NOVO NORDISK A/S-B | NOVOB DC | -2,600,000.00 | 966.566 | 2,513,071,600.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.75 |
| 25/03/2013 | 26/03/2013 | Lend | DDC CAYMAN LIMITED | NOVO NORDISK A/S-B | NOVOB DC | -1,950,000.00 | 966.5461 | 1,884,764,895.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.75 |
| 25/03/2013 | 26/03/2013 | Lend | DDC CAYMAN LIMITED | NOVO NORDISK A/S-B | NOVOB DC | -2,900,000.00 | 966.5161 | 2,802,896,690.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.75 |
| 25/03/2013 | 26/03/2013 | Lend | CHEM CAPITAL LIMITED | NOVO NORDISK A/S-B | NOVOB DC | -2,250,000.00 | 966.576 | 2,174,796,000.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.75 |
| 25/03/2013 | 26/03/2013 | Borrow | REMECE INVESTMENTS LLC PENSION PLAN | NOVO NORDISK A/S-B | NOVOB DC | 2,600,000.00 | 966.566 | -2,513,071,600.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.75 |
| 25/03/2013 | 26/03/2013 | Borrow | RAJAN INVESTMENTS LLC PENSION PLAN | NOVO NORDISK A/S-B | NOVOB DC | 2,100,000.00 | 966.5361 | -2,029,725,810.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.75 |
| 25/03/2013 | 26/03/2013 | Borrow | RAUBRITTER LLC PENSION PLAN | NOVO NORDISK A/S-B | NOVOB DC | 1,950,000.00 | 966.5461 | -1,884,764,895.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.75 |
| 25/03/2013 | 26/03/2013 | Borrow | RJM CAPITAL PENSION PLAN | NOVO NORDISK A/S-B | NOVOB DC | 2,400,000.00 | 966.586 | -2,319,806,400.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.75 |
| 25/03/2013 | 26/03/2013 | Borrow | MILL RIVER PENSION PLAN | NOVO NORDISK A/S-B | NOVOB DC | 2,900,000.00 | 966.5161 | -2,802,896,690.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.75 |
| 25/03/2013 | 26/03/2013 | Lend | CHEM CAPITAL LIMITED | NOVO NORDISK A/S-B | NOVOB DC | -3,200,000.00 | 966.5561 | 3,092,979,520.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.75 |
| 25/03/2013 | 26/03/2013 | Borrow | GANESHA INDUSTRIES PENSION PLAN | NOVO NORDISK A/S-B | NOVOB DC | 2,250,000.00 | 966.576 | -2,174,796,000.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.75 |
| 25/03/2013 | 26/03/2013 | Lend | DDC CAYMAN LIMITED | NOVO NORDISK A/S-B | NOVOB DC | -2,250,000.00 | 966.5261 | 2,174,683,725.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.75 |
| 25/03/2013 | 26/03/2013 | Borrow | DAVIN INVESTMENTS PENSION PLAN | NOVO NORDISK A/S-B | NOVOB DC | 3,200,000.00 | 966.5561 | -3,092,979,520.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.75 |
| 25/03/2013 | 26/03/2013 | Lend | CHEM CAPITAL LIMITED | NOVO NORDISK A/S-B | NOVOB DC | -2,400,000.00 | 966.586 | 2,319,806,400.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.75 |
| 25/03/2013 | 26/03/2013 | Borrow | DELVIAN PENSION PLAN | NOVO NORDISK A/S-B | NOVOB DC | 2,250,000.00 | 966.5261 | -2,174,683,725.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.75 |
| 26/03/2013 | 27/03/2013 | Borrow | SPIRIT ON THE WATER PENSION PLAN | H LUNDBECK A/S | LUN DC | 730,000.00 | 103.4172 | -75,494,556.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Lend | DDC CAYMAN LIMITED | H LUNDBECK A/S | LUNDC | -1,060,000.00 | 103.4471 | 109,653,926.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Borrow | AOI PENSION PLAN | CARLSBERG AS-B | CARLB DC | 800,000.00 | 586.3216 | -469,057,280.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 19.75 |
| 26/03/2013 | 27/03/2013 | Lend | ABRA HOLDINGS (CAYMAN) INC | DSV A/S | DSV DC | -900,000.00 | 144.8668 | 130,380,120.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 19.75 |
| 26/03/2013 | 27/03/2013 | Borrow | LAEGELER ASSET MANAGEMENT PENSION PLAN | CARLSBERG AS-B | CARLB DC | 620,000.00 | 586.2239 | -363,458,818.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Lend | DDC CAYMAN LIMITED | CARLSBERG AS-B | CARLB DC | -800,000.00 | 586.3216 | 469,057,280.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 19.75 |
| 26/03/2013 | 27/03/2013 | Borrow | TRADEN INVESTMENTS PENSION PLAN | CARLSBERG AS-B | CARLB DC | 680,000.00 | 586.3117 | -398,691,956.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 19.75 |
| 26/03/2013 | 27/03/2013 | Borrow | CALIFORNIA CATALOG COMPANY PENSION PLAN | H LUNDBECK A/S | LUN DC | 1,192,500.00 | 103.33 | -123,221,025.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.8 |
| 26/03/2013 | 27/03/2013 | Borrow | LAEGELER ASSET MANAGEMENT PENSION PLAN | H LUNDBECK A/S | LUN DC | 1,050,000.00 | 103.4271 | -108,598,455.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Lend | ROCK CAPITAL PRIVATE FUND LIMITED | H LUNDBECK A/S | LUNDC | -1,192,500.00 | 103.33 | 123,221,025.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.8 |
| 26/03/2013 | 27/03/2013 | Lend | DDC CAYMAN LIMITED | H LUNDBECK A/S | LUNDC | -730,000.00 | 103.4172 | 75,494,556.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Lend | ROCK CAPITAL PRIVATE FUND LIMITED | H LUNDBECK A/S | LUNDC | -1,325,000.00 | 103.31 | 136,885,750.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.8 |
| 26/03/2013 | 27/03/2013 | Borrow | LION ADVISORY INC. PENSION PLAN | H LUNDBECK A/S | LUN DC | 1,130,000.00 | 103.34 | -116,774,200.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.8 |
| 26/03/2013 | 27/03/2013 | Borrow | DFL INVESTMENTS PENSION PLAN | H LUNDBECK A/S | LUN DC | 1,060,000.00 | 103.4471 | -109,653,926.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Borrow | RAUBRITTER LLC PENSION PLAN | DSV A/S | DSV DC | 1,000,000.00 | 144.7436 | -144,743,600.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.8 |
| 26/03/2013 | 27/03/2013 | Lend | DDC CAYMAN LIMITED | CARLSBERG AS-B | CARLB DC | -680,000.00 | 586.3117 | 398,691,956.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 19.75 |
| 26/03/2013 | 27/03/2013 | Borrow | MICHELLE INVESTMENTS PENSION PLAN | DSV A/S | DSV DC | 1,400,000.00 | 144.6198 | -202,467,720.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Borrow | LION ADVISORY INC. PENSION PLAN | DSV A/S | DSVDC | 1,100,000.00 | 144.6496 | -159,114,560.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Lend | DDC CAYMAN LIMITED | H LUNDBECK A/S | LUNDC | -1,050,000.00 | 103.4271 | 108,598,455.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Borrow | MICHELLE INVESTMENTS PENSION PLAN | H LUNDBECK A/S | LUN DC | 1,325,000.00 | 103.31 | -136,885,750.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.8 |
| 26/03/2013 | 27/03/2013 | Lend | ABRA HOLDINGS (CAYMAN) INC | DSV A/S | DSV DC | -1,350,000.00 | 144.7136 | 195,363,360.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.8 |
| 26/03/2013 | 27/03/2013 | Lend | ABRA HOLDINGS (CAYMAN) INC | DSV A/S | DSV DC | -1,150,000.00 | 144.7336 | 166,443,640.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.8 |
| 26/03/2013 | 27/03/2013 | Borrow | DELVIAN PENSION PLAN | DSV A/S | DSV DC | 1,250,000.00 | 144.7236 | -180,904,500.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.8 |
| 26/03/2013 | 27/03/2013 | Borrow | NEXT LEVEL PENSION PLAN | CARLSBERG AS-B | CARLB DC | 660,000.00 | 586.3416 | -386,985,456.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 19.75 |
| 26/03/2013 | 27/03/2013 | Borrow | 2321 CAPITAL PENSION PLAN | CARLSBERG AS-B | CARLB DC | 680,000.00 | 586.23 | -398,638,984.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Lend | ROCK CAPITAL PRIVATE FUND LIMITED | H LUNDBECK A/S | LUNDC | -1,130,000.00 | 103.34 | 116,774,200.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.8 |
| 26/03/2013 | 27/03/2013 | Lend | DDC CAYMAN LIMITED | CARLSBERG AS-B | CARLB DC | -600,000.00 | 586.33 | 351,798,960.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 19.75 |
| 26/03/2013 | 27/03/2013 | Borrow | 2321 CAPITAL PENSION PLAN | H LUNDBECK A/S | LUNDC | 1,325,000.00 | 103.44 | -137,054,157.50 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Lend | ABRA HOLDINGS (CAYMAN) INC | CARLSBERG AS-B | CARLB DC | -800,000.00 | 586.24 | 468,995,040.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Lend | ABRA HOLDINGS (CAYMAN) INC | DSV A/S | DSV DC | -1,000,000.00 | 144.74 | 144,743,600.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.8 |

| Trade Date | Settle Date | Type | Counterparty | Security | Ticker | Quantity | Price | Amount | Rate Type | Spread | Index | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26/03/2013 | 27/03/2013 | Borrow | XIPHIAS LLC PENSION PLAN | DSV A/S | DSV DC | 1,300,000.00 | 144.63 | -188,018,610.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Lend | DDC CAYMAN LIMITED | DSV A/S | DSV DC | -1,400,000.00 | 144.62 | 202,467,720.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Lend | ROCK CAPITAL PRIVATE FUND LIMITED | CARLSBERG AS-B | CARLB DC | -440,000.00 | 586.21 | 257,934,116.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Lend | ROCK CAPITAL PRIVATE FUND LIMITED | H LUNDBECK A/S | LUNDC | -1,200,000.00 | 103.32 | 123,984,000.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.8 |
| 26/03/2013 | 27/03/2013 | Borrow | DFL INVESTMENTS PENSION PLAN | CARLSBERG AS-B | CARLB DC | 800,000.00 | 586.24 | -468,995,040.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Borrow | SPIRIT ON THE WATER PENSION PLAN | CARLSBERG AS-B | CARLB DC | 440,000.00 | 586.21 | -257,934,116.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Lend | ROCK CAPITAL PRIVATE FUND LIMITED | CARLSBERG AS-B | CARLB DC | -620,000.00 | 586.22 | 363,458,818.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Lend | DDC CAYMAN LIMITED | H LUNDBECK A/S | LUN DC | -1,325,000.00 | 103.44 | 137,054,157.50 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Borrow | XIPHIAS LLC PENSION PLAN | H LUNDBECK A/S | LUN DC | 1,200,000.00 | 103.32 | -123,984,000.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.8 |
| 26/03/2013 | 27/03/2013 | Lend | DDC CAYMAN LIMITED | CARLSBERG AS-B | CARLB DC | -660,000.00 | 586.34 | 386,985,456.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 19.75 |
| 26/03/2013 | 27/03/2013 | Borrow | LAEGELER ASSET MANAGEMENT PENSION PLAN | DSV A/S | DSV DC | 900,000.00 | 144.87 | -130,380,120.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 19.75 |
| 26/03/2013 | 27/03/2013 | Lend | DDC CAYMAN LIMITED | DSV A/S | DSV DC | -1,200,000.00 | 144.64 | 173,567,640.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Lend | ABRA HOLDINGS (CAYMAN) INC | DSV A/S | DSV DC | -1,250,000.00 | 144.72 | 180,904,500.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.8 |
| 26/03/2013 | 27/03/2013 | Borrow | RAJAN INVESTMENTS LLC PENSION PLAN | DSV A/S | DSV DC | 1,150,000.00 | 144.73 | -166,443,640.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.8 |
| 26/03/2013 | 27/03/2013 | Lend | DDC CAYMAN LIMITED | DSV A/S | DSV DC | -1,100,000.00 | 144.65 | 159,114,560.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Borrow | BERNINA PENSION PLAN | CARLSBERG AS-B | CARLB DC | 600,000.00 | 586.33 | -351,798,960.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 19.75 |
| 26/03/2013 | 27/03/2013 | Borrow | CALIFORNIA CATALOG COMPANY PENSION PLAN | DSV A/S | DSV DC | 1,200,000.00 | 144.64 | -173,567,640.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Lend | DDC CAYMAN LIMITED | DSV A/S | DSV DC | -1,300,000.00 | 144.63 | 188,018,610.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 26/03/2013 | 27/03/2013 | Borrow | MILL RIVER PENSION PLAN | DSV A/S | DSV DC | 1,350,000.00 | 144.71 | -195,363,360.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 42.8 |
| 26/03/2013 | 27/03/2013 | Lend | ABRA HOLDINGS (CAYMAN) INC | CARLSBERG AS-B | CARLB DC | -680,000.00 | 586.23 | 398,638,984.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 4.875 |
| 10/04/2013 | 11/04/2013 | Lend | CHEM CAPITAL LIMITED | FLSMIDTH & CO A/S | FLS DC | -340,000.00 | 348.86 | 118,613,046.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 48.125 |
| 10/04/2013 | 11/04/2013 | Lend | DDC CAYMAN LIMITED | FLSMIDTH & CO A/S | FLS DC | -360,000.00 | 348.16 | 125,338,140.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 9.15 |
| 10/04/2013 | 11/04/2013 | Borrow | LAEGELER ASSET MANAGEMENT PENSION PLAN | FLSMIDTH & CO A/S | FLS DC | 275,000.00 | 348.15 | -95,741,662.50 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 9.15 |
| 10/04/2013 | 11/04/2013 | Borrow | XIPHIAS LLC PENSION PLAN | FLSMIDTH & CO A/S | FLS DC | 340,000.00 | 348.86 | -118,613,046.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 48.125 |
| 10/04/2013 | 11/04/2013 | Lend | DDC CAYMAN LIMITED | FLSMIDTH & CO A/S | FLS DC | -284,000.00 | 348.17 | 98,880,677.60 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 9.15 |
| 10/04/2013 | 11/04/2013 | Borrow | LION ADVISORY INC. PENSION PLAN | FLSMIDTH & CO A/S | FLS DC | 300,000.00 | 348.88 | -104,664,570.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 48.125 |
| 10/04/2013 | 11/04/2013 | Lend | DDC CAYMAN LIMITED | FLSMIDTH & CO A/S | FLS DC | -195,000.00 | 348.14 | 67,887,612.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 9.15 |
| 10/04/2013 | 11/04/2013 | Borrow | SPIRIT ON THE WATER PENSION PLAN | FLSMIDTH & CO A/S | FLS DC | 195,000.00 | 348.14 | -67,887,612.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 9.15 |
| 10/04/2013 | 11/04/2013 | Lend | CHEM CAPITAL LIMITED | FLSMIDTH & CO A/S | FLS DC | -320,000.00 | 348.87 | 111,639,008.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 48.125 |
| 10/04/2013 | 11/04/2013 | Borrow | MICHELLE INVESTMENTS PENSION PLAN | FLSMIDTH & CO A/S | FLS DC | 355,000.00 | 348.85 | -123,842,424.50 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 48.125 |
| 10/04/2013 | 11/04/2013 | Borrow | DFL INVESTMENTS PENSION PLAN | FLSMIDTH & CO A/S | FLS DC | 284,000.00 | 348.17 | -98,880,677.60 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 9.15 |
| 10/04/2013 | 11/04/2013 | Borrow | 2321 CAPITAL PENSION PLAN | FLSMIDTH & CO A/S | FLS DC | 360,000.00 | 348.16 | -125,338,140.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 9.15 |
| 10/04/2013 | 11/04/2013 | Lend | CHEM CAPITAL LIMITED | FLSMIDTH & CO A/S | FLS DC | -355,000.00 | 348.85 | 123,842,424.50 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 48.125 |
| 10/04/2013 | 11/04/2013 | Lend | DDC CAYMAN LIMITED | FLSMIDTH & CO A/S | FLS DC | -275,000.00 | 348.15 | 95,741,662.50 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 9.15 |
| 10/04/2013 | 11/04/2013 | Lend | CHEM CAPITAL LIMITED | FLSMIDTH & CO A/S | FLS DC | -300,000.00 | 348.88 | 104,664,570.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 48.125 |
| 10/04/2013 | 11/04/2013 | Borrow | CALIFORNIA CATALOG COMPANY PENSION PLAN | FLSMIDTH & CO A/S | FLS DC | 320,000.00 | 348.8719 | -111,639,008.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 48.125 |
| 16/04/2013 | 17/04/2013 | Lend | ABRA HOLDINGS (CAYMAN) INC | AP MOELLER-MAERSK A/S-A | MAERSKA DC | -4,600.00 | 41,940.26 | 192,925,196.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 10.192 |
| 16/04/2013 | 17/04/2013 | Lend | CHEM CAPITAL LIMITED | AP MOELLER-MAERSK A/S-B | MAERSKB DC | -10,500.00 | 43,700.27 | 458,852,835.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 26.45 |
| 16/04/2013 | 17/04/2013 | Lend | CHEM CAPITAL LIMITED | AP MOELLER-MAERSK A/S-A | MAERSKA DC | -3,600.00 | 41,940.26 | 150,985,008.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 10.192 |
| 16/04/2013 | 17/04/2013 | Borrow | BERNINA PENSION PLAN | AP MOELLER-MAERSK A/S-B | MAERSKB DC | 10,500.00 | 43,700.27 | -458,852,835.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 26.45 |
| 16/04/2013 | 17/04/2013 | Borrow | AOI PENSION PLAN | AP MOELLER-MAERSK A/S-B | MAERSKB DC | 10,000.00 | 43,700.26 | -437,002,600.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 26.45 |
| 16/04/2013 | 17/04/2013 | Borrow | NEXT LEVEL PENSION PLAN | AP MOELLER-MAERSK A/S-B | MAERSKB DC | 11,500.00 | 43,700.28 | -502,553,220.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 26.45 |
| 16/04/2013 | 17/04/2013 | Lend | DDC CAYMAN LIMITED | AP MOELLER-MAERSK A/S-B | MAERSKB DC | -10,400.00 | 43,680.29 | 454,275,016.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 49.55 |
| 16/04/2013 | 17/04/2013 | Borrow | RJM CAPITAL PENSION PLAN | AP MOELLER-MAERSK A/S-B | MAERSKB DC | 10,400.00 | 43,680.29 | -454,275,016.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 49.55 |
| 16/04/2013 | 17/04/2013 | Lend | DDC CAYMAN LIMITED | AP MOELLER-MAERSK A/S-B | MAERSKB DC | -8,100.00 | 43,680.27 | 353,810,187.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 49.55 |
| 16/04/2013 | 17/04/2013 | Lend | ABRA HOLDINGS (CAYMAN) INC | AP MOELLER-MAERSK A/S-A | MAERSKA DC | -3,200.00 | 41,940.25 | 134,208,800.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 10.192 |
| 16/04/2013 | 17/04/2013 | Lend | DDC CAYMAN LIMITED | AP MOELLER-MAERSK A/S-B | MAERSKB DC | -11,100.00 | 43,680.28 | 484,851,108.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 49.55 |
| 16/04/2013 | 17/04/2013 | Lend | CHEM CAPITAL LIMITED | AP MOELLER-MAERSK A/S-B | MAERSKB DC | -11,500.00 | 43,700.28 | 502,553,220.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 26.45 |
| 16/04/2013 | 17/04/2013 | Borrow | DFL INVESTMENTS PENSION PLAN | AP MOELLER-MAERSK A/S-A | MAERSKA DC | 3,600.00 | 41,940.28 | -150,985,008.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 10.192 |
| 16/04/2013 | 17/04/2013 | Borrow | GANESHA INDUSTRIES PENSION PLAN | AP MOELLER-MAERSK A/S-B | MAERSKB DC | 11,100.00 | 43,680.28 | -484,851,108.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 49.55 |
| 16/04/2013 | 17/04/2013 | Borrow | TRADEN INVESTMENTS PENSION PLAN | AP MOELLER-MAERSK A/S-B | MAERSKB DC | 9,000.00 | 43,700.25 | -393,302,250.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 26.45 |
| 16/04/2013 | 17/04/2013 | Borrow | SPIRIT ON THE WATER PENSION PLAN | AP MOELLER-MAERSK A/S-A | MAERSKA DC | 3,200.00 | 41,940.25 | -134,208,800.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 10.192 |
| 16/04/2013 | 17/04/2013 | Lend | DDC CAYMAN LIMITED | AP MOELLER-MAERSK A/S-B | MAERSKB DC | -8,900.00 | 43,680.26 | 388,754,314.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 49.55 |
| 16/04/2013 | 17/04/2013 | Borrow | DAVIN INVESTMENTS PENSION PLAN | AP MOELLER-MAERSK A/S-B | MAERSKB DC | 8,900.00 | 43,680.26 | -388,754,314.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 49.55 |
| 16/04/2013 | 17/04/2013 | Borrow | REMECE INVESTMENTS LLC PENSION PLAN | AP MOELLER-MAERSK A/S-B | MAERSKB DC | 8,100.00 | 43,680.27 | -353,810,187.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 49.55 |
| 16/04/2013 | 17/04/2013 | Borrow | 2321 CAPITAL PENSION PLAN | AP MOELLER-MAERSK A/S-A | MAERSKA DC | 4,000.00 | 41,940.27 | -167,761,080.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 10.192 |
| 16/04/2013 | 17/04/2013 | Lend | CHEM CAPITAL LIMITED | AP MOELLER-MAERSK A/S-B | MAERSKB DC | -10,000.00 | 43,700.26 | 437,002,600.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 26.45 |
| 16/04/2013 | 17/04/2013 | Lend | CHEM CAPITAL LIMITED | AP MOELLER-MAERSK A/S-B | MAERSKB DC | -9,000.00 | 43,700.25 | 393,302,250.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 26.45 |
| 16/04/2013 | 17/04/2013 | Lend | CHEM CAPITAL LIMITED | AP MOELLER-MAERSK A/S-A | MAERSKA DC | -4,000.00 | 41,940.27 | 167,761,080.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 10.192 |
| 16/04/2013 | 17/04/2013 | Borrow | LAEGELER ASSET MANAGEMENT PENSION PLAN | AP MOELLER-MAERSK A/S-A | MAERSKA DC | 4,600.00 | 41,940.26 | -192,925,196.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 10.192 |
| 23/04/2013 | 24/04/2013 | Borrow | BERNINA PENSION PLAN | TRYG A/S | TRYG DC | 150,000.00 | 480.3111 | -72,046,665.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 12.6 |
| 23/04/2013 | 24/04/2013 | Lend | CHEM CAPITAL LIMITED | TRYG A/S | TRYG DC | -160,000.00 | 480.2812 | 76,844,992.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 12.6 |
| 23/04/2013 | 24/04/2013 | Lend | ABRA HOLDINGS (CAYMAN) INC | TRYG A/S | TRYG DC | -175,000.00 | 480.3011 | 84,052,692.50 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 12.6 |
| 23/04/2013 | 24/04/2013 | Lend | CHEM CAPITAL LIMITED | TRYG A/S | TRYG DC | -110,000.00 | 480.2613 | 52,828,743.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 12.6 |
| 23/04/2013 | 24/04/2013 | Borrow | NEXT LEVEL PENSION PLAN | TRYG A/S | TRYG DC | 170,000.00 | 480.321 | -81,654,570.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 12.6 |
| 23/04/2013 | 24/04/2013 | Lend | CHEM CAPITAL LIMITED | TRYG A/S | TRYG DC | -125,000.00 | 480.2513 | 60,031,412.50 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 12.6 |
| 23/04/2013 | 24/04/2013 | Lend | ABRA HOLDINGS (CAYMAN) INC | TRYG A/S | TRYG DC | -170,000.00 | 480.321 | 81,654,570.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 12.6 |
| 23/04/2013 | 24/04/2013 | Borrow | DAVIN INVESTMENTS PENSION PLAN | TRYG A/S | TRYG DC | 125,000.00 | 480.2513 | -60,031,412.50 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 12.6 |
| 23/04/2013 | 24/04/2013 | Borrow | REMECE INVESTMENTS LLC PENSION PLAN | TRYG A/S | TRYG DC | 110,000.00 | 480.2613 | -52,828,743.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 12.6 |
| 23/04/2013 | 24/04/2013 | Lend | ABRA HOLDINGS (CAYMAN) INC | TRYG A/S | TRYG DC | -150,000.00 | 480.3111 | 72,046,665.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 12.6 |
| 23/04/2013 | 24/04/2013 | Borrow | GANESHA INDUSTRIES PENSION PLAN | TRYG A/S | TRYG DC | 210,000.00 | 480.2712 | -100,856,952.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 12.6 |
| 23/04/2013 | 24/04/2013 | Lend | CHEM CAPITAL LIMITED | TRYG A/S | TRYG DC | -210,000.00 | 480.2712 | 100,856,952.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 12.6 |
| 23/04/2013 | 24/04/2013 | Lend | ABRA HOLDINGS CAYMAN INC | TRYG A/S | TRYG DC | -230,000.00 | 480.2912 | 110,466,976.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 12.6 |
| 23/04/2013 | 24/04/2013 | Borrow | RJM CAPITAL PENSION PLAN | TRYG A/S | TRYG DC | 160,000.00 | 480.2812 | -76,844,992.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 12.6 |
| 23/04/2013 | 24/04/2013 | Borrow | AOI PENSION PLAN | TRYG A/S | TRYG DC | 175,000.00 | 480.3011 | -84,052,692.50 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 12.6 |
| 23/04/2013 | 24/04/2013 | Borrow | TRADEN INVESTMENTS PENSION PLAN | TRYG A/S | TRYG DC | 230,000.00 | 480.2912 | -110,466,976.00 | 1 WEEK CIBOR | 70.00 | 1 WEEK CIBOR | 12.6 |
| 25/04/2013 | 26/04/2013 | Borrow | SMYTH TRADING LIMITED PENSION PLAN | BELGACOM SA | BELG BB | 1,080,000.00 | 18.99 | -20,509,200.00 | EONIA | 70.00 | EONIA | 41.43 |
| 25/04/2013 | 26/04/2013 | Lend | CHEM CAPITAL LIMITED | BELGACOM SA | BELG BB | -1,750,000.00 | 18.96 | 33,180,000.00 | EONIA | 70.00 | EONIA | 31.18 |

ELYSIUM-01744940

| Trade Date | Settlement Date | Type | Counterparty | Description | Identifier | Nominal | Price | MTM | Rate | Spread | Rate | DailyMTM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25/04/2013 | 26/04/2013 | Borrow | TRADEN INVESTMENTS PENSION PLAN | BELGACOM SA | BELG BB | 1,750,000.00 | 18.96 | -33,180,000.00 | EONIA | 70.00 | EONIA | 31.18 |
| 25/04/2013 | 26/04/2013 | Borrow | AOI PENSION PLAN | BELGACOM SA | BELG BB | 750,000.00 | 18.97 | -14,227,500.00 | EONIA | 70.00 | EONIA | 31.18 |
| 25/04/2013 | 26/04/2013 | Borrow | RJM CAPITAL PENSION PLAN | BELGACOM SA | BELG BB | 1,200,000.00 | 18.95 | -22,740,000.00 | EONIA | 70.00 | EONIA | 31.18 |
| 25/04/2013 | 26/04/2013 | Lend | ROCK CAPITAL PRIVATE FUND LIMITED | BELGACOM SA | BELG BB | -1,200,000.00 | 18.95 | 22,740,000.00 | EONIA | 70.00 | EONIA | 31.18 |
| 25/04/2013 | 26/04/2013 | Lend | CHEM CAPITAL LIMITED | BELGACOM SA | BELG BB | -750,000.00 | 18.97 | 14,227,500.00 | EONIA | 70.00 | EONIA | 31.18 |
| 25/04/2013 | 26/04/2013 | Lend | ROCK CAPITAL PRIVATE FUND LIMITED | BELGACOM SA | BELG BB | -1,080,000.00 | 18.99 | 20,509,200.00 | EONIA | 70.00 | EONIA | 41.43 |

**Collateral**

| Trade Date | Settlement Date | type | Counterparty | Description | Identifier | Nominal | Mtm price cob | | | CURRENT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|

Open Stock loan / borrow

Cash pool

| | | | | COLLATERAL | CASH | | | | | |
| | | | | COLLATERAL | CASH | | | | | |

MTM Call

**Stock Margin**

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | | DailyMTM |
|---|---|---|---|---|---|---|---|---|---|

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITAL PARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

ELYSIUM-01744940


Solo Capital

**Cash Transaction Statement**

| From | 01 March 2013 | to | 30 April 2013 |
|---|---|---|---|

**Account Name:** Colbrook Ltd

**Account Number:** COL01

**Cash**  **Currency**  EUR

| Value date | | Description | Debit/Credit | Balance |
|---|---|---|---|---|
| | GSS1082 | April 13 Invoice | -1,250.00 | -2,500.00 |
| | | Equity Settlements | 0.00 | -2,500.00 |
| | | Stock Loan Settlements | 0.00 | -2,500.00 |
| | | Dividends | 0.00 | -2,500.00 |
| | | Variation Margin | 0.00 | -2,500.00 |
| | | Stock Loan Interest & Fee | 0.00 | -2,500.00 |
| | | Initial Margin | 0.00 | -2,500.00 |
| | | Stock Margin | 0.00 | -2,500.00 |
| | | Realised Futures P&L | 0.00 | -2,500.00 |
| | | | | -2,500.00 |

**Cash**  **Currency**  USD

| | | Description | Debit/Credit | Balance |
|---|---|---|---|---|
| | | Opening Balance | 0.00 | 0.00 |
| | | Equity Settlements | 0.00 | 0.00 |
| | | Stock Loan Settlements | 0.00 | 0.00 |
| | | Dividends | 0.00 | 0.00 |
| | | Variation Margin | 0.00 | 0.00 |
| | | Stock Loan Interest & Fee | 0.00 | 0.00 |
| | | Initial Margin | 0.00 | 0.00 |
| | | Stock Margin | 0.00 | 0.00 |
| | | Realised Futures P&L | 0.00 | 0.00 |
| | | | | 0.00 |

*SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)*
*We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request.*

ELYSIUM-01744940

*Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.*

ELYSIUM-01744940