

# Solo Capital

10 Exchange Square  
Primrose Street  
London  
EC2A 2EN

RJM Capital LLC Pension Plan (RJM01)  
1010 Fifth Avenue, Apt. 1D  
New York  
NY 10028  
United States of America

### RJM01 - DKK Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 01-Oct-13 | Cash | Opening Balance | 0.00 | | 0.00 |
| 24-Sep-13 | Cash | GOAL Tax Reclaim | 1,545,996.38 | | 1,545,996.38 |
| 24-Sep-13 | Cash | Bank Charge | | -6.82 | 1,545,989.56 |
| 25-Sep-13 | Cash | GSS Invoice | | -1,030,715.78 | 515,273.78 |
| 04-Oct-13 | Cash | FX to USD (Fx rate 5.485) | | -510,171.99 | 5,101.79 |
| 02-Jan-14 | Cash | GOAL Tax Reclaim | 1,307,413.08 | | 1,312,514.87 |
| 02-Jan-14 | Cash | GSS Invoice 106 | | -871,652.30 | 440,862.57 |
| 07-Jan-14 | Cash | GOAL Tax Reclaim | 1,731,515.94 | | 2,172,378.51 |
| 07-Jan-14 | Cash | GSS Invoice 132 | | -1,154,401.68 | 1,017,976.83 |
| 08-Jan-14 | Cash | FX to USD @ 5.469243 | | -435,760.78 | 582,216.05 |
| 09-Jan-14 | Cash | FX to USD @ 5.49253 | | -582,216.05 | 0.00 |
| 07-Mar-14 | | Closing Balance | | | 0.00 |

### RJM01 - USD Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 01-Oct-13 | Cash | Balance Brought Forward | 0.00 | | 0.00 |
| 04-Oct-13 | Cash | FX from DKK @ 5.485 | 93,012.21 | | 93,012.21 |
| 11-Oct-13 | Cash | Payment to RJM01 | | -85,159.01 | 7,853.20 |
| 11-Oct-13 | Cash | Bank Charge | | -24.68 | 7,828.52 |
| 11-Oct-13 | Cash | GSS Invoice GSS1395 | | -7,828.52 | 0.00 |
| 06-Nov-13 | Trade | Trading Fees @ 1.3526 | | -1,165.01 | -1,165.01 |
| 08-Nov-13 | Trade | Trading Fees @ 1.3367 | | -4,428.90 | -5,593.91 |
| 11-Nov-13 | Cash | Cash Receipt from RJM01 | 29,965.06 | | 24,371.15 |
| 12-Nov-13 | Trade | Trading Fees @ 1.3442 | | -6,494.18 | 17,876.97 |
| 13-Nov-13 | Trade | Trading Fees @ 1.3454 | | -4,965.36 | 12,911.61 |
| 14-Nov-13 | Trade | Trading Fees @ 1.3472 | | -7,706.82 | 5,204.79 |
| 15-Nov-13 | Trade | Trading Fees @ 1.3496 | | -3,346.08 | 1,858.71 |
| 18-Nov-13 | Trade | Trading Fees @ 1.3508 | | -3,503.04 | -1,644.33 |
| 19-Nov-13 | Trade | Trading Fees @ 1.3536 | | -1,345.22 | -2,989.55 |
| 26-Nov-13 | Trade | Trading Fees @ 1.3557 | | -3,803.58 | -6,793.13 |
| 30-Nov-13 | Trade | Custody Fee November 13 @ 1.3591 | | -1,698.88 | -8,492.01 |
| 04-Dec-13 | Cash | Cash Receipt from RJM01 | 59,959.88 | | 51,467.87 |
| 05-Dec-13 | Trade | Trading Fees @ 1.3665 | | -4,455.02 | 47,012.85 |
| 09-Dec-13 | Trade | Trading Fees @ 1.3746 | | -1,110.84 | 45,902.01 |
| 10-Dec-13 | Trade | Trading Fees @ 1.3769 | | -6,303.64 | 39,598.37 |
| 11-Dec-13 | Trade | Trading Fees @ 1.3803 | | -7,449.59 | 32,148.78 |
| 13-Dec-13 | Trade | Trading Fees @ 1.3742 | | -14,954.32 | 17,194.46 |
| 31-Dec-13 | Trade | Custody Fee December 13 @ 1.3789 | | -1,723.63 | 15,470.83 |
| 08-Jan-14 | Cash | FX from DKK @ 5.469243 | 79,674.79 | | 95,145.62 |
| 09-Jan-14 | Cash | FX from DKK @ 5.49253 | 106,001.43 | | 201,147.05 |
| 15-Jan-14 | Cash | Payment to RJM01 | | -151,147.05 | 50,000.00 |
| 15-Jan-14 | Cash | Bank Charge | | -32.07 | 49,967.93 |
| 31-Jan-14 | Trade | Custody Fee January 14 @ 1.3486 | | -1,685.75 | 48,282.18 |
| 26-Feb-14 | Trade | Trading Fees @ 1.3672 | | -4,122.11 | 44,160.07 |
| 28-Feb-14 | Trade | Custody Fee February 14 @ 1.3802 | | -2,070.30 | 42,089.77 |
| 06-Mar-14 | Trade | Trading Fees @ 1.3859 | | -4,178.49 | 37,911.28 |
| 18-Mar-14 | Trade | Trading Fees @ 1.3922 | | -4,218.37 | 33,692.91 |
| 19-Mar-14 | Trade | Trading Fees @ 1.3916 | | -4,195.67 | 29,497.24 |
| 20-Mar-14 | Trade | Trading Fees @ 1.3776 | | -8,410.25 | 21,086.99 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. FCA Registration No. 566533

Highly Confidential

MPSKAT00000351



# Solo Capital

10 Exchange Square  
Primrose Street  
London  
EC2A 2EN

| Date | Type | Description | Amount | Balance |
|---|---|---|---:|---:|
| 26-Mar-14 | Cash | Cash Receipt from RJM01 | 39,965.09 | 61,052.08 |
| 31-Mar-14 | Trade | Trading Fees @ 1.3772 | -8,345.83 | 52,706.25 |
| 31-Mar-14 | Trade | TAS Platform Fee March 14 @ 1.3772 | -2,065.80 | 50,640.45 |
| 03-Apr-14 | Trade | Trading Fees @ 1.3721 | -4,136.88 | 46,503.57 |
| 30-Apr-14 | Trade | TAS Platform Fee April 14 @ 1.3866 | -2,079.90 | 44,423.67 |
| 08-May-14 | Trade | Trading Fees @ 1.3861 | -4,179.09 | 40,244.58 |
| 08-May-14 | Trade | Trading Fees @ 1.3861 (Charity Donation) | -4,179.09 | 36,065.49 |
| 30-May-14 | Trade | TAS Platform Fee May 14 @ 1.3635 | -2,045.25 | 34,020.24 |
| 03-Jun-14 | Trade | Trading Fees @ 1.3633 | -4,110.35 | 29,909.89 |
| 04-Jun-14 | Trade | Trading Fees @ 1.3608 | -8,226.04 | 21,683.85 |
| 06-Jun-14 | | Closing Balance | | 21,683.85 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. FCA Registration No. 566533

Highly Confidential                                                                                                              MPSKAT00000352