## First Alton Inc.
450 Alton Rd Ste 1603
Miami Beach, FL 33139 USA

### INVOICE

**Date:** 7-23-2015

**Invoice Number:** 07231501

**Due Date:** 08/15/15

**FROM:** First Alton Inc.
450 Alton Rd #1603
Miami Beach, FL 33139 USA

**TO:** Acai Investments Limited
Craigmuir Chambers
Road Town, Tortola
VG 1110, British Virgin Islands

**TAX NOT APPLICABLE**

| Description | Total |
|---|---|
| Consultancy Fees | USD 3,977,888.05 |

Please arrange for payment to be made to:

**Name:** First Alton Inc.
**Bank:** Wells Fargo
**Account:** 3946170267
**SWIFT Code:** WFBIUS6S
**Bank Address:** Wells Fargo
784 Broadway
New York, NY 10003 USA

Thank you,

*R. L.*

Roger Lehman
Director, First Alton Inc.

**First Alton Inc.**
450 Alton Rd. Ste 1603
Miami Beach, FL 33139 USA

## INVOICE

Date: 7-23-2015

Invoice Number: 07231501

Due Date: 08/15/15

FROM: First Alton Inc.
450 Alton Rd #1603
Miami Beach, FL 33139 USA

TO: Fire Capital One Limited
Craigmuir Chambers
Road Town, Tortola
VG 1110, British Virgin Islands

TAX NOT APPLICABLE

| Description | Total |
|---|---|
| Consultancy Fees | USD 3,975,089.59 |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Chase Bank
Account: 690512772
SWIFT Code: CHASUS33
Bank Address: Chase Bank
1801 Alton Road
Miami Beach, FL 33139

Thank you,

*R. L.*

Roger Lehman
Director, First Alton Inc.

# First Alton Inc.
450 Alton Rd Ste 1603
Miami Beach, FL 33139 USA

## INVOICE

Date: 7-23-2015

Invoice Number: 07231501

Due Date: 08/15/15

FROM: **First Alton Inc.**
450 Alton Rd #1603
Miami Beach, FL 33139 USA

TO: **Parla Global Investments Limited**
Craigmuir Chambers
Road Town, Tortola
VG 1110, British Virgin Islands

**TAX NOT APPLICABLE**

| Description | Total |
|---|---|
| Consultancy Fees | USD 4,020,800.85 |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Chase Bank
Account: 690512772
SWIFT Code: CHASUS33
Bank Address: Chase Bank
1801 Alton Road
Miami Beach, FL 33139

Thank you,

*[signature]*

Roger Lehman
Director, First Alton Inc.

A30

**First Alton Inc.**
450 Alton Rd. Sw 1603
Miami Beach, FL 33139 USA

## INVOICE

| | |
|---|---|
| Date: | 8-31-2015 |
| Invoice Number: | 08311501 |
| Due Date: | 09/15/15 |

| | | | |
|---|---|---|---|
| FROM: | First Alton Inc.<br>450 Alton Rd #1603<br>Miami Beach, FL 33139 USA | TO: | Philo Holdings Limited<br>Craigmuir Chambers<br>Road Town, Tortola<br>VG 1110, British Virgin Islands |

**TAX NOT APPLICABLE**

| Description | Total |
|---|---|
| Consultancy Fees | USD 2,177,469.29 |

Please arrange for payment to be made to:

**Name:** First Alton Inc.
**Bank:** Wells Fargo
**Account:** 3946170267
**SWIFT Code:** WFBIUS6S
**Bank Address:** Wells Fargo
784 Broadway
New York, NY 10003 USA

Thank you,

*[signature]*

Roger Lehman
Director, First Alton Inc.