# First Alton Inc.

## INVOICE

**Date:** 2-24-2015

**Invoice Number:** 0224201501

**Due Date:** 03/01/15

**FROM:** First Alton Inc.
450 Alton Rd #1603
Miami Beach, FL 33139 USA

**TO:** Ganymede Cayman Limited
c/o Genesis Trust & Corporate Services
2nd Floor, Midtown Plaza
Elgin Avenue
PO Box 448
Grand Cayman KY1-1106
Cayman Islands

**TAX NOT APPLICABLE**

| Description | Total |
|---|---|
| Advisory Fees | EUR 894,703.15 |

Please arrange for payment to be made to:

**Name:** First Alton Inc.
**Bank:** Chase Bank
**Account:** 690512772
**SWIFT Code:** CHASUS33
**Bank Address:** Chase Bank
1801 Alton Road
Miami Beach, FL 33139

Thank you,

*R. Lehman* (signature)

**Roger Lehman**
Director, First Alton Inc.

*First Alton Inc.*
450 Alton Rd Ste 1603
Miami Beach, FL 33139

## INVOICE

| | |
|---|---|
| Date: | 5/1/2015 |
| Invoice Number: | 0501201501 |
| Due Date: | 05/25/2015 |

**FROM:** First Alton Inc.
450 Alton Rd #1603
Miami Beach, FL 33139 USA

**TO:** Ganymede Cayman Limited
c/o Genesis Trust & Corporate Services
2nd Floor, Midtown Plaza
Elgin Avenue
PO Box 448
Grand Cayman KY1-1106
Cayman Islands

**TAX NOT APPLICABLE**

| Description | Total |
|---|---|
| Advisory Fees | USD 1,060,000.00 |

Please arrange for payment to be made to:

**Name:** First Alton Inc.
**Bank:** Chase Bank
**Account:** 690512772
**SWIFT Code:** CHASUS33
**Bank Address:** Chase Bank
1801 Alton Road
Miami Beach, FL 33139

Thank you,

*[signature]*

Roger Lehman
Director, First Alton Inc.

**First Alton Inc.**
450 Alton Rd. Ste 1603
Miami Beach, FL 33139 USA

# INVOICE

| | |
|---|---|
| Date: | 5-27-2015 |
| Invoice Number: | 05171501 |
| Due Date: | 06/15/15 |

| | | | |
|---|---|---|---|
| FROM: | First Alton Inc.<br>450 Alton Rd #1603<br>Miami Beach, FL 33139 USA | TO: | Ganymede Cayman Limited<br>c/o Genesis Trust & Corporate Services<br>2nd Floor, Midtown Plaza<br>Elgin Avenue<br>PO Box 448<br>Grand Cayman KY1-1106<br>Cayman Islands |

**TAX NOT APPLICABLE**

| Description | Total |
|---|---|
| **Advisory Fees** | USD 2,012,559.00 |

Please arrange for payment to be made to:

**Name:** First Alton Inc.
**Bank:** Chase Bank
**Account:** 690512772
**SWIFT Code:** CHASUS33
**Bank Address:** Chase Bank
1801 Alton Road
Miami Beach, FL 33139

Thank you,

*[signature]*

**Roger Lehman**
**Director, First Alton Inc.**

ELYSIUM-04265008


First Alton Inc.

# INVOICE

Date: 6-18-2015

Invoice Number: 06181501

Due Date: 07/15/15

FROM: **First Alton Inc.**
**450 Alton Rd #1603**
**Miami Beach, FL 33139 USA**

TO: **Ganymede Cayman Limited**
c/o Genesis Trust & Corporate Services
2nd Floor, Midtown Plaza
Elgin Avenue
PO Box 448
Grand Cayman KY1-1106
Cayman Islands

**TAX NOT APPLICABLE**

| Description | Total |
|---|---|
| Advisory Fees | USD 1,998,099.59 |

Please arrange for payment to be made to:

**Name: First Alton Inc.**
**Bank: Chase Bank**
**Account: 690512772**
**SWIFT Code: CHASUS33**
**Bank Address:** Chase Bank
1801 Alton Road
Miami Beach, FL 33139

Thank you,

*R. Lehman*

**Roger Lehman**
**Director, First Alton Inc.**

ELYSIUM-04465959

**First Alton Inc.**
450 Alton Rd, Ste 1603
Miami Beach, FL 33139 USA

# INVOICE

**Date:** 7-12-2015

**Invoice Number:** 07121501

**Due Date:** 08/01/15

**FROM:** First Alton Inc.
450 Alton Rd #1603
Miami Beach, FL 33139 USA

**TO:** Ganymede Cayman Limited
c/o Genesis Trust & Corporate Services
2nd Floor, Midtown Plaza
Elgin Avenue
PO Box 448
Grand Cayman KY1-1106
Cayman Islands

**TAX NOT APPLICABLE**

| Description | Total |
|---|---|
| Advisory Fees | USD $12,989,785.90 |

Please arrange for payment to be made to:

**Name:** First Alton Inc.
**Bank:** Chase Bank
**Account:** 690512772
**SWIFT Code:** CHASUS33
**Bank Address:** Chase Bank
1801 Alton Road
Miami Beach, FL 33139

Thank you,

*[signature]*

**Roger Lehman**
**Director, First Alton Inc.**