OPEN POSITION STATEMENT

**Solo Capital**

| Michelle Investments Pension Plan | Date | 31 December 2012 | SOLO CAPITALPARTNERS LLP |
|---|---|---|---|
| 40 West 57th Street, Floor 20, New York, NY 10019, United States of America | | | 4 - 6 THROGMORTON AVENUE, LONDON EC2N 2DL, TEL (44) 20 7382 4940 |

Account Number: MIC01

## Open Positions

| Date | Open Position | | | Trade Price | Current Price | Position Value | CCY | Market Revaluation |
|---|---|---|---|---|---|---|---|---|
| 31 December 2012 | S | -18,000.00 | Mobistar MOSH 15/03/13 | 24.0248 | 19.2305 | -34,614,900.00 | EUR | 8,629,800.29 |
| 31 December 2012 | B | 1,800,000.00 | Mobistar SA | 28.6000 | 19.3900 | 34,902,000.00 | EUR | -16,578,000.00 |
| 31 December 2012 | SL | -1,800,000.00 | Mobistar SA | 28.6000 | 19.3900 | -34,902,000.00 | EUR | 16,578,000.00 |
| 31 December 2012 | S | -30,000.00 | Delhaize Group DHZF 15/03/13 | 32.2788 | 29.8888 | -89,666,400.00 | EUR | 7,170,000.00 |
| 31 December 2012 | B | 3,000,000.00 | Delhaize Group SA | 31.4500 | 30.2500 | 90,750,000.00 | EUR | -3,600,000.00 |
| 31 December 2012 | SL | -3,000,000.00 | Delhaize Group SA | 31.4500 | 30.2500 | -90,750,000.00 | EUR | 3,600,000.00 |
| 31 December 2012 | S | -77,500.00 | TDC A/S TDC Cash Flex 15/03/13 | 39.9400 | 37.8300 | -293,182,500.00 | DKK | 16,352,500.00 |
| 31 December 2012 | B | 7,750,000.00 | TDC A/S | 41.5500 | 40.0400 | 310,310,000.00 | DKK | -11,702,500.00 |
| 31 December 2012 | SL | -7,750,000.00 | TDC A/S | 41.5500 | 40.0400 | -310,310,000.00 | DKK | 11,702,500.00 |
| 31 December 2012 | S | -10,200.00 | CHR Hansen A/S CHR Cash Flex 15/03/13 | 185.2600 | 183.8100 | -187,486,200.00 | DKK | 1,479,000.00 |
| 31 December 2012 | B | 1,020,000.00 | CHR Hansen Holdings A/S | 187.2007 | 183.7000 | 187,374,000.00 | DKK | -3,570,714.00 |
| 31 December 2012 | SL | -1,020,000.00 | CHR Hansen Holdings A/S | 187.2007 | 183.7000 | -187,374,000.00 | DKK | 3,570,714.00 |
| 31 December 2012 | S | 15,500.00 | Coloplast A/S Colob Cash Flex 15/03/13 | 271.2760 | 271.2760 | 420,477,800.00 | DKK | 0.00 |
| 31 December 2012 | B | 1,550,000.00 | Coloplast A/S | 274.0005 | 276.5000 | 428,575,000.00 | DKK | 3,874,163.00 |
| 31 December 2012 | SL | -1,550,000.00 | Coloplast A/S | 274.0005 | 276.5000 | -428,575,000.00 | DKK | -3,874,163.00 |

## ACCOUNT FINANCIAL SUMMARY

| | EUR | DKK | | EUR Base |
|---|---|---|---|---|
| Open Cash Balance | 0.00 | 0.00 | | 0.00 |
| Cash Equity Settlement (exc comm) | -143,730,000.00 | -937,658,051.00 | | -269,698,355.50 |
| Brokerage On Execution | 0.00 | 0.00 | | 0.00 |
| Clearing Charge | -775.00 | 0.00 | | -775.00 |
| Exchange fees on Futures | -400.00 | 0.00 | | -400.00 |
| Equity Clearing Fees | -13.85 | 0.00 | | -13.85 |
| Custody Fees | -1,230.80 | 0.00 | | -1,230.80 |
| Stock Loan Cash Original | 145,830,000.00 | 937,658,051.00 | | 271,811,895.39 |
| Stock Margin | -20,358,000.00 | -11,399,051.00 | | -21,885,408.68 |
| Interest on Stock Loan Cash Pool | -689,676.95 | -1,007,829.93 | -824,720.49 | |
| Stock Lending Fee | 88,406.54 | 803,661.00 | 196,092.59 | |
| Realised Futures Profit & Loss | -5,946,900.00 | -12,582,900.00 | | -7,634,701.80 |
| Initial Margin | -14,088,006.00 | -91,897,800.00 | | -26,407,406.50 |
| Variation Margins | -4,378,199.71 | 6,432,449.00 | | -3,516,287.74 |
| Dividend MOBB BB | 3,915,000.00 | 0.00 | | 3,915,000.00 |
| Dividend DELB BB | 3,960,000.00 | 0.00 | | 3,960,000.00 |
| Dividend TDC DC | 0.00 | 13,012,250.00 | | 1,748,300.37 |
| Dividend MOBB BB | 1,080,000.00 | 0.00 | | 1,080,000.00 |
| Dividend CHR DC | 0.00 | 2,159,340.00 | | 289,455.76 |
| Dividend COLOB DC | 0.00 | 4,526,000.00 | | 606,637.36 |
| Cash Payment Receipts | 2,890.38 | 0.00 | | 2,890.38 |
| Total Cash Balance | -33,715,634.99 | -89,749,712.00 | | -45,730,400.63 |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

HIGHLY CONFIDENTIAL                                                                                                               JHVM_0005618

# Solo Capital

**Equity Transaction Statement**

Cash
From: 21 May 2012    to    31 December 2012

Account Number: MIC01
Account Name: Michelle Investments Pension Plan
Currency: EUR

### Trades for Current Month

| Trade Date | Settlement Date | Currency | Transaction type | Description | Identifier | Nominal | Trade Price | Commission | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 27-Nov-12 | 03-Dec-12 | DKK | Buy | CHR Hansen Holdings A/S | CHR DC | 1,020,000.00 | 187.2007 | | -190,944,714.00 | -190,944,714.00 |
| | | | | | | 1,020,000.00 | 187.2007 | | -190,944,714.00 | |
| Corporate Action 5 for 1 Stock Split | | | | | | | | | | |
| 11-Dec-12 | 17-Dec-12 | DKK | Buy | Coloplast A/S | COLOB DC | 1,550,000.00 | 274.0005 | | -424,700,837.00 | -424,700,837.00 |
| | | | | | | 1,550,000.00 | 274.0005 | | -424,700,837.00 | |

### Open Position Statement

| Trade Date | Settlement Date | Currency | Transaction type | Description | Identifier | Nominal | av tr PX | Curr Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Mobistar SA** | | | | | | | | | | |
| 21-May-12 | 25-May-12 | EUR | Buy | Mobistar SA | MOBB BB | 1,800,000.00 | 28.6000 | 19.3900 | -34,902,000.00 | -16,578,000.00 |
| | | | | Open Position | | 1,800,000.00 | | | -34,902,000.00 | |
| **Delhaize Group SA** | | | | | | | | | | |
| 28-May-12 | 01-Jun-12 | EUR | Buy | Delhaize Group SA | DELB BB | 3,000,000.00 | 31.4500 | 30.2500 | -90,750,000.00 | -3,600,000.00 |
| | | | | Open Position | | 3,000,000.00 | | | -90,750,000.00 | |
| **TDC A/S** | | | | | | | | | | |
| 08-Aug-12 | 14-Aug-12 | DKK | Buy | TDC A/S | TDC DC | 7,750,000.00 | 41.5500 | 40.0400 | -310,310,000.00 | -11,702,500.00 |
| | | | | Open Position | | 7,750,000.00 | | | -310,310,000.00 | |
| **CHR Hansen Holdings A/S** | | | | | | | | | | |
| 27-Nov-12 | 03-Dec-12 | DKK | Buy | CHR Hansen Holdings A/S | CHR DC | 1,020,000.00 | 187.2007 | 183.7000 | -187,374,000.00 | -3,570,714.00 |
| | | | | Open Position | | 1,020,000.00 | | | -187,374,000.00 | |
| **Coloplast A/S** | | | | | | | | | | |
| 11-Dec-12 | 17-Dec-12 | DKK | Buy | Coloplast A/S | COLOB DC | 1,550,000.00 | 274.0005 | 276.5000 | -428,575,000.00 | 3,874,163.00 |
| | | | | Open Position | | 1,550,000.00 | | | -428,575,000.00 | |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

HIGHLY CONFIDENTIAL                                                                                                                                         JHVM_0005619

# Solo Capital

**Futures Transaction Statement**
From: 21 May 2012
to: 31 December 2012

**Futures**

Account Number: MIC01
Account Name: Michelle Investments Pension Plan
Currency: EUR

## Current Open Trades

| Trade Date | Expiry Date | Currency | Transaction type | Description | Identifier | Units | Lot size | trade Price | Brokerage | Clearing Comm | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-Aug-12 | 15-Mar-13 | EUR | Sell | Mobistar MOSH 15/03/13 | MOSH | -18,000.00 | 100.00 | 24.0248 | 0.00 | 0.00 | 44,626,320.00 |
|  |  |  |  |  |  | -18,000.00 |  | 24.0248 | 0.00 | 0.00 | 44,626,320.00 |
| 17-Sep-12 | 15-Mar-13 | EUR | Sell | Delhaize Group DHZF 15/03/13 | DHZF | -30,000.00 | 100.00 | 32.2788 | 0.00 | 0.00 | 96,836,400.00 |
|  |  |  |  |  |  | -30,000.00 |  | 32.2788 | 0.00 | 0.00 | 96,836,400.00 |
| 17-Sep-12 | 15-Mar-13 | DKK | Sell | TDC A/S TDC Cash Flex 15/03/13 | TDC | -50,000.00 | 100.00 | 39.9400 | 0.00 | 0.00 | 199,700,000.00 |
| 17-Sep-12 | 15-Mar-13 | DKK | Sell | TDC A/S TDC Cash Flex 15/03/13 | TDC | -27,500.00 | 100.00 | 39.9400 | 0.00 | 0.00 | 109,835,000.00 |
|  |  |  |  |  |  | -77,500.00 |  | 39.9400 | 0.00 | 0.00 | 309,535,000.00 |
| 27-Nov-12 | 15-Mar-13 | DKK | Sell | CHR Hansen A/S CHR Cash Flex 15/03/13 | CHR | -10,200.00 | 100.00 | 185.2600 | 0.00 | 0.00 | 188,965,200.00 |
|  |  |  |  |  |  | -10,200.00 |  | 185.2600 | 0.00 | 0.00 | 188,965,200.00 |

Corporate Action 5 for 1 Stock Split

| Trade Date | Expiry Date | Currency | Transaction type | Description | Identifier | Units | Lot size | trade Price | Brokerage | Clearing Comm | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-Dec-12 | 15-Mar-13 | DKK | Sell | Coloplast A/S Colob Cash Flex 15/03/13 | DFD=H3 | -15,500.00 | 100.00 | 271.2760 | 0.00 | 0.00 | 420,477,800.00 |
|  |  |  |  |  |  | -15,500.00 |  | 271.2760 | 0.00 | 0.00 | 420,477,800.00 |

## Open Position Statement

| Trade Date | Expiry Date | Currency | Transaction type | Description | Identifier | Units | Lot size | Av Tr Px | Curr Price | Value | Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-Aug-12 | 15-Mar-13 | EUR | Sell | Mobistar MOSH 15/03/13 | MOSH | -18,000.00 | 100.00 | 24.0248 | 19.2305 | 34,614,900.00 | 8,629,800.29 |
|  |  |  |  |  |  |  |  |  | Current Value of Futures | 34,614,900.00 |  |
| 17-Sep-12 | 15-Mar-13 | EUR | Sell | Delhaize Group DHZF 15/03/13 | DHZF | -30,000.00 | 100.00 | 32.2788 | 29.8888 | 89,666,400.00 | 7,170,000.00 |
|  |  |  |  |  |  |  |  |  | Current Value of Futures | 89,666,400.00 |  |
|  |  |  |  |  |  |  |  |  | Futures Variation Margin |  | 15,799,800.29 |
| 17-Sep-12 | 15-Mar-13 | DKK | Sell | TDC A/S TDC Cash Flex 15/03/13 | TDC | -77,500.00 | 100.00 | 39.9400 | 37.8300 | 293,182,500.00 | 16,352,500.00 |
|  |  |  |  |  |  |  |  |  | Current Value of Futures | 293,182,500.00 |  |
| 27-Nov-12 | 15-Mar-13 | DKK | Sell | CHR Hansen A/S CHR Cash Flex 15/03/13 | CHR | -10,200.00 | 100.00 | 185.2600 | 183.8100 | 187,486,200.00 | 1,479,000.00 |
|  |  |  |  |  |  |  |  |  | Current Value of Futures | 187,486,200.00 |  |
| 11-Dec-12 | 15-Mar-13 | DKK | Sell | Coloplast A/S Colob Cash Flex 15/03/13 | DFD=H3 | -15,500.00 | 100.00 | 271.2760 | 271.2760 | 420,477,800.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | Current Value of Futures | 420,477,800.00 |  |
|  |  |  |  |  |  |  |  |  | Futures Variation Margin |  | 17,831,500.00 |

HIGHLY CONFIDENTIAL

JHVM_0005620

Initial Margin

| EUR | | DKK | |
|---|---|---|---|
| -4,404,366.00 | Mobistar MOSH 15/03/13 | -30,953,500.00 | TDC A/S TDC Cash Flex 15/03/13 |
| -9,683,640.00 | Delhaize Group DHZF 15/03/13 | -18,896,520.00 | CHR Hansen A/S CHR Cash Flex 15/03/13 |
| | | -42,047,780.00 | Coloplast A/S Colob Cash Flex 15/03/13 |
| -14,088,006.00 | | -91,897,800.00 | |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

HIGHLY CONFIDENTIAL

JHVM_0005622

HIGHLY CONFIDENTIAL

JHVM_0005623

**Solo Capital**

**Stock Loan**

StockLoan Transaction Statement
From 21 May 2012 to 31 December 2012

Account Number: MIC01
Account Name: Michelle Investments Pension Plan
Currency: EUR

**Current Open Trades**

| Trade Date | Settlement Date | type | Counterparty | Description | ID | Nominal | TRADE PX | CASH ORIG | Current close | CURRENT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|

**Open S/L**

| Trade Date | Settlement Date | type | Counterparty | Description | ID | Nominal | TRADE PX | CASH ORIG | Current close | CURRENT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 25-May-12 | 25-May-12 | SL | Aquila Cayman | Mobistar SA | MOBB BB | -1,800,000.00 | 28.60 | 51,480,000.00 | | |
| 20-Aug-12 | 24-Aug-12 | SR | Aquila Cayman | Mobistar SA | MOBB BB | 1,800,000.00 | 25.30 | -45,540,000.00 | | |
| 23-Aug-12 | 24-Aug-12 | SL | Aquila Cayman | Mobistar SA | MOBB BB | -1,800,000.00 | 25.30 | 45,540,000.00 | | |
| | | | | | | -1,800,000.00 | | | | 51,480,000.00 |
| 01-Jun-12 | 01-Jun-12 | SL | Aquila Cayman | Delhaize Group SA | DELB BB | -3,000,000.00 | 31.45 | 94,350,000.00 | | |
| | | | | | | -3,000,000.00 | | | | 94,350,000.00 |
| 14-Aug-12 | 14-Aug-12 | SL | Aquila Cayman | TDC A/S | TDC DC | -7,750,000.00 | 41.55 | 322,012,500.00 | | |
| | | | | | | -7,750,000.00 | | | | 322,012,500.00 |
| 27-Nov-12 | 03-Dec-12 | SL | Aquila Cayman | CHR Hansen Holdings A/S | CHR DC | -1,020,000.00 | 187.2007 | 190,944,714.00 | | |
| | | | | | | -1,020,000.00 | | | | 190,944,714.00 |

Corporate Action 5 for 1 Stock Split

| Trade Date | Settlement Date | type | Counterparty | Description | ID | Nominal | TRADE PX | CASH ORIG | Current close | CURRENT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-Dec-12 | 17-Dec-12 | SL | Aquila Cayman | Coloplast A/S | COLOB DC | -1,550,000.00 | 274.0005 | 424,700,837.00 | | |
| | | | | | | -1,550,000.00 | | | | 424,700,837.00 |

**Collateral**

| Trade Date | Settlement Date | type | Counterparty | Description | Identifier | Nominal | Mtm price cob | CURRENT VALUE |
|---|---|---|---|---|---|---|---|---|

**Open Stock loan / borrow**

| | | type | Counterparty | Description | Identifier | Nominal | Mtm price cob | CURRENT VALUE |
|---|---|---|---|---|---|---|---|---|
| | | SL | Aquila Cayman | Mobistar SA | MOBB BB | -1,800,000.00 | 19.390 | -34,902,000.00 |

Cash pool

| | | type | Counterparty | Description | Identifier | Nominal | Mtm price cob | CURRENT VALUE |
|---|---|---|---|---|---|---|---|---|
| | | CP | | COLLATERAL | CASH | 45,540,000.00 | | 45,540,000.00 |
| | | CC | | | CASH | -10,638,000.00 | | -10,638,000.00 |
| | | | | | | | MTM Call | 0.00 |
| | | SL | Aquila Cayman | Delhaize Group SA | DELB BB | -3,000,000.00 | 30.250 | -90,750,000.00 |

Cash pool

| | | type | Counterparty | Description | Identifier | Nominal | Mtm price cob | CURRENT VALUE |
|---|---|---|---|---|---|---|---|---|
| | | CP | | COLLATERAL | CASH | 94,350,000.00 | | 94,350,000.00 |
| | | CC | | | CASH | -3,600,000.00 | | -3,600,000.00 |
| | | | | | | | MTM Call | 0.00 |
| | | SL | Aquila Cayman | TDC A/S | TDC DC | -7,750,000.00 | 40.040 | -310,310,000.00 |

Cash pool

| | | type | Counterparty | Description | Identifier | Nominal | Mtm price cob | CURRENT VALUE |
|---|---|---|---|---|---|---|---|---|
| | | CP | | COLLATERAL | CASH | 322,012,500.00 | | 322,012,500.00 |
| | | CC | | | CASH | -11,702,500.00 | | -11,702,500.00 |
| | | | | | | | MTM Call | 0.00 |
| | | SL | Aquila Cayman | CHR Hansen Holdings A/S | CHR DC | -1,020,000.00 | 183.700 | -187,374,000.00 |

Cash pool

| | | type | Counterparty | Description | Identifier | Nominal | Mtm price cob | CURRENT VALUE |
|---|---|---|---|---|---|---|---|---|
| | | CP | | COLLATERAL | CASH | 190,944,714.00 | | 190,944,714.00 |
| | | CC | | | CASH | -3,570,714.00 | | -3,570,714.00 |

HIGHLY CONFIDENTIAL
JHVM_0005624

|  |  |  |  |  |  |  |  | MTM Call |  | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | SL | Aquila Cayman | Coloplast A/S | COLOB DC | -1,550,000.00 |  | 276.500 |  |  | -428,575,000.00 |
| Cash pool |  |  |  |  |  |  |  |  |  |  |
|  | CP |  | COLLATERAL | CASH | 424,700,837.00 |  |  |  |  | 424,700,837.00 |
|  | CC |  |  | CASH | 3,874,163.00 |  |  |  |  | 3,874,163.00 |
|  |  |  |  |  |  |  |  | MTM Call |  | 0.00 |

### Stock Margin

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | Daily MTM |  |

**Mobistar SA**
Balance B/F

| Date |  |  |  |  | Interest to date |  |  | MTM to date |  |
|---|---|---|---|---|---|---|---|---|---|
| 25th May 12 to 23rd August 12 |  |  |  |  | -111,547.51 |  |  | -6,120,000.00 |  |
| 24th August 12 to 30th November 12 |  |  |  |  | -94,943.25 |  |  | -8,973,000.00 |  |

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | Daily MTM |  |
|---|---|---|---|---|---|---|---|---|---|
| 01-Dec-12 |  |  |  | 0.77700% | -961.69 | -97,822.05 |  |  |  | 0.077% |
| 02-Dec-12 |  |  |  | 0.77700% | -961.71 | -98,783.76 |  |  |  | 0.077% |
| 03-Dec-12 | 20.880 | 36,567,000.00 |  | 0.77700% | -961.73 | -99,745.49 | 36,567,000.00 | -37,584,000.00 | 1,017,000.00 | 0.077% |
| 04-Dec-12 | 19.980 | 37,584,000.00 |  | 0.77300% | -956.80 | -100,702.28 | 37,584,000.00 | -35,964,000.00 | -1,620,000.00 | 0.073% |
| 05-Dec-12 | 20.140 | 35,964,000.00 |  | 0.76900% | -951.87 | -101,654.15 | 35,964,000.00 | -36,252,000.00 | 288,000.00 | 0.069% |
| 06-Dec-12 | 20.050 | 36,252,000.00 |  | 0.77200% | -955.60 | -102,609.75 | 36,252,000.00 | -36,090,000.00 | -162,000.00 | 0.072% |
| 07-Dec-12 | 19.515 | 36,090,000.00 |  | 0.77200% | -955.62 | -103,565.37 | 36,090,000.00 | -35,127,000.00 | -963,000.00 | 0.072% |
| 08-Dec-12 |  |  |  | 0.77200% | -955.64 | -104,521.01 |  |  |  | 0.072% |
| 09-Dec-12 |  |  |  | 0.77200% | -955.66 | -105,476.67 |  |  |  | 0.072% |
| 10-Dec-12 | 19.485 | 35,127,000.00 |  | 0.76900% | -951.97 | -106,428.64 | 35,127,000.00 | -35,073,000.00 | -54,000.00 | 0.069% |
| 11-Dec-12 | 19.870 | 35,073,000.00 |  | 0.76700% | -949.51 | -107,378.15 | 35,073,000.00 | -35,766,000.00 | 693,000.00 | 0.067% |
| 12-Dec-12 | 19.365 | 35,766,000.00 |  | 0.76600% | -948.29 | -108,326.45 | 35,766,000.00 | -34,857,000.00 | -909,000.00 | 0.066% |
| 13-Dec-12 | 19.505 | 34,857,000.00 |  | 0.77100% | -954.50 | -109,280.95 | 34,857,000.00 | -35,109,000.00 | 252,000.00 | 0.071% |
| 14-Dec-12 | 19.545 | 35,109,000.00 |  | 0.77400% | -958.24 | -110,239.19 | 35,109,000.00 | -35,181,000.00 | 72,000.00 | 0.074% |
| 15-Dec-12 |  |  |  | 0.77400% | -958.25 | -111,197.45 |  |  |  | 0.074% |
| 16-Dec-12 |  |  |  | 0.77400% | -958.28 | -112,155.73 |  |  |  | 0.074% |
| 17-Dec-12 | 19.685 | 35,181,000.00 |  | 0.77100% | -954.59 | -113,110.32 | 35,181,000.00 | -35,433,000.00 | 252,000.00 | 0.071% |
| 18-Dec-12 | 19.995 | 35,433,000.00 |  | 0.77200% | -955.85 | -114,066.17 | 35,433,000.00 | -35,991,000.00 | 558,000.00 | 0.072% |
| 19-Dec-12 | 19.725 | 35,991,000.00 |  | 0.77000% | -953.39 | -115,019.56 | 35,991,000.00 | -35,505,000.00 | -486,000.00 | 0.070% |
| 20-Dec-12 | 19.300 | 35,505,000.00 |  | 0.76900% | -952.17 | -115,971.73 | 35,505,000.00 | -34,740,000.00 | -765,000.00 | 0.069% |
| 21-Dec-12 | 19.400 | 34,740,000.00 |  | 0.76000% | -941.05 | -116,912.78 | 34,740,000.00 | -34,920,000.00 | 180,000.00 | 0.060% |
| 22-Dec-12 |  |  |  | 0.76000% | -941.07 | -117,853.84 |  |  |  | 0.060% |
| 23-Dec-12 |  |  |  | 0.76000% | -941.09 | -118,794.93 |  |  |  | 0.060% |
| 24-Dec-12 | 19.630 | 34,920,000.00 |  | 0.76100% | -942.35 | -119,737.28 | 34,920,000.00 | -35,334,000.00 | 414,000.00 | 0.061% |
| 25-Dec-12 |  |  |  | 0.76100% | -942.37 | -120,679.64 |  |  |  | 0.061% |
| 26-Dec-12 |  |  |  | 0.76100% | -942.39 | -121,622.03 |  |  |  | 0.061% |
| 27-Dec-12 | 19.700 | 35,334,000.00 |  | 0.77200% | -956.03 | -122,578.06 | 35,334,000.00 | -35,460,000.00 | 126,000.00 | 0.072% |
| 28-Dec-12 | 19.220 | 35,460,000.00 |  | 0.77900% | -964.72 | -123,542.78 | 35,460,000.00 | -34,596,000.00 | -864,000.00 | 0.079% |
| 29-Dec-12 |  |  |  | 0.77900% | -964.74 | -124,507.51 |  |  |  | 0.079% |
| 30-Dec-12 |  |  |  | 0.77900% | -964.76 | -125,472.27 |  |  |  | 0.079% |
| 31-Dec-12 | 19.390 | 34,596,000.00 |  | 0.83100% | -1,029.18 | -126,501.45 | 34,596,000.00 | -34,902,000.00 | 306,000.00 | 0.131% |
|  |  |  | 45,540,000.00 | Interest Accrual | -126,501.45 |  |  | -10,638,000.00 |  |

Balance B/F

| Date |  |  |  | Stock Lending Fees to Date |
|---|---|---|---|---|
| 25th May 12 to 23rd August 12 |  |  |  | 18,045.80 |
| 24th August 12 to 30th November 12 |  |  |  | 17,512.09 |

| Date | Cash Loan Amount | EONIA | EONIA +/- fee | Stock Lending Fee |  |
|---|---|---|---|---|---|
| 01-Dec-12 | 45,540,000.00 | 0.077% | 0.12927% | 163.59 | 18,155.07 |
| 02-Dec-12 | 45,540,000.00 | 0.077% | 0.12927% | 163.59 | 18,318.66 |
| 03-Dec-12 | 45,540,000.00 | 0.077% | 0.12927% | 163.59 | 18,482.25 |
| 04-Dec-12 | 45,540,000.00 | 0.073% | 0.12527% | 158.53 | 18,640.78 |
| 05-Dec-12 | 45,540,000.00 | 0.069% | 0.12127% | 153.47 | 18,794.25 |

HIGHLY CONFIDENTIAL
JHVM_0005625

| Date | Starting Balance | Rate | Interest Rate | Int | Sum |
|---|---|---|---|---|---|
| 06-Dec-12 | 45,540,000.00 | 0.072% | 0.12427% | 157.27 | 18,951.52 |
| 07-Dec-12 | 45,540,000.00 | 0.072% | 0.12427% | 157.27 | 19,108.78 |
| 08-Dec-12 | 45,540,000.00 | 0.072% | 0.12427% | 157.27 | 19,266.05 |
| 09-Dec-12 | 45,540,000.00 | 0.072% | 0.12427% | 157.27 | 19,423.32 |
| 10-Dec-12 | 45,540,000.00 | 0.069% | 0.12127% | 153.47 | 19,576.79 |
| 11-Dec-12 | 45,540,000.00 | 0.067% | 0.11927% | 150.94 | 19,727.73 |
| 12-Dec-12 | 45,540,000.00 | 0.066% | 0.11827% | 149.68 | 19,877.41 |
| 13-Dec-12 | 45,540,000.00 | 0.071% | 0.12327% | 156.00 | 20,033.41 |
| 14-Dec-12 | 45,540,000.00 | 0.074% | 0.12627% | 159.80 | 20,193.22 |
| 15-Dec-12 | 45,540,000.00 | 0.074% | 0.12627% | 159.80 | 20,353.02 |
| 16-Dec-12 | 45,540,000.00 | 0.074% | 0.12627% | 159.80 | 20,512.82 |
| 17-Dec-12 | 45,540,000.00 | 0.071% | 0.12327% | 156.01 | 20,668.83 |
| 18-Dec-12 | 45,540,000.00 | 0.072% | 0.12427% | 157.27 | 20,826.10 |
| 19-Dec-12 | 45,540,000.00 | 0.070% | 0.12227% | 154.74 | 20,980.84 |
| 20-Dec-12 | 45,540,000.00 | 0.069% | 0.12127% | 153.48 | 21,134.32 |
| 21-Dec-12 | 45,540,000.00 | 0.060% | 0.11227% | 142.09 | 21,276.41 |
| 22-Dec-12 | 45,540,000.00 | 0.060% | 0.11227% | 142.09 | 21,418.50 |
| 23-Dec-12 | 45,540,000.00 | 0.060% | 0.11227% | 142.09 | 21,560.58 |
| 24-Dec-12 | 45,540,000.00 | 0.061% | 0.11327% | 143.35 | 21,703.94 |
| 25-Dec-12 | 45,540,000.00 | 0.061% | 0.11327% | 143.35 | 21,847.29 |
| 26-Dec-12 | 45,540,000.00 | 0.061% | 0.11327% | 143.36 | 21,990.65 |
| 27-Dec-12 | 45,540,000.00 | 0.072% | 0.12427% | 157.28 | 22,147.93 |
| 28-Dec-12 | 45,540,000.00 | 0.079% | 0.13127% | 166.14 | 22,314.06 |
| 29-Dec-12 | 45,540,000.00 | 0.079% | 0.13127% | 166.14 | 22,480.20 |
| 30-Dec-12 | 45,540,000.00 | 0.079% | 0.13127% | 166.14 | 22,646.34 |
| 31-Dec-12 | 45,540,000.00 | 0.131% | 0.18327% | 231.95 | 22,878.29 |

Total Stock Lending Fee    40,924.09

**Delhaize Group SA**
Balance B/F

| Date | | | | Interest to date | | | MTM to date |
|---|---|---|---|---|---|---|---|
| 1st June 12 to 30th November 12 | | | | -391,236.51 | | | -9,060,000.00 |

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|
| 01-Dec-12 | | | | 0.77700% | -1,959.36 | -393,195.88 | | | 0.077% |
| 02-Dec-12 | | | | 0.77700% | -1,959.40 | -395,155.28 | | | 0.077% |
| 03-Dec-12 | 27.990 | 85,290,000.00 | | 0.77700% | -1,959.45 | -397,114.73 | 85,290,000.00 | -83,970,000.00 | -1,320,000.00 | 0.077% |
| 04-Dec-12 | 27.645 | 83,970,000.00 | | 0.77300% | -1,949.40 | -399,064.13 | 83,970,000.00 | -82,935,000.00 | -1,035,000.00 | 0.073% |
| 05-Dec-12 | 28.290 | 82,935,000.00 | | 0.76900% | -1,939.36 | -401,003.48 | 82,935,000.00 | -84,870,000.00 | 1,935,000.00 | 0.069% |
| 06-Dec-12 | 28.535 | 84,870,000.00 | | 0.77200% | -1,946.96 | -402,950.45 | 84,870,000.00 | -85,605,000.00 | 735,000.00 | 0.072% |
| 07-Dec-12 | 28.500 | 85,605,000.00 | | 0.77200% | -1,947.00 | -404,897.45 | 85,605,000.00 | -85,500,000.00 | -105,000.00 | 0.072% |
| 08-Dec-12 | | | | 0.77200% | -1,947.05 | -406,844.50 | | | | 0.072% |
| 09-Dec-12 | | | | 0.77200% | -1,947.09 | -408,791.58 | | | | 0.072% |
| 10-Dec-12 | 28.485 | 85,500,000.00 | | 0.76900% | -1,939.56 | -410,731.15 | 85,500,000.00 | -85,455,000.00 | -45,000.00 | 0.069% |
| 11-Dec-12 | 29.280 | 85,455,000.00 | | 0.76700% | -1,934.56 | -412,665.71 | 85,455,000.00 | -87,840,000.00 | 2,385,000.00 | 0.067% |
| 12-Dec-12 | 29.385 | 87,840,000.00 | | 0.76600% | -1,932.08 | -414,597.79 | 87,840,000.00 | -88,155,000.00 | 315,000.00 | 0.066% |
| 13-Dec-12 | 29.640 | 88,155,000.00 | | 0.77100% | -1,944.73 | -416,542.52 | 88,155,000.00 | -88,920,000.00 | 765,000.00 | 0.071% |
| 14-Dec-12 | 29.825 | 88,920,000.00 | | 0.77400% | -1,952.34 | -418,494.86 | 88,920,000.00 | -89,475,000.00 | 555,000.00 | 0.074% |
| 15-Dec-12 | | | | 0.77400% | -1,952.38 | -420,447.24 | | | | 0.074% |
| 16-Dec-12 | | | | 0.77400% | -1,952.42 | -422,399.67 | | | | 0.074% |
| 17-Dec-12 | 30.435 | 89,475,000.00 | | 0.77100% | -1,944.90 | -424,344.56 | 89,475,000.00 | -91,305,000.00 | 1,830,000.00 | 0.071% |
| 18-Dec-12 | 30.360 | 91,305,000.00 | | 0.77200% | -1,947.46 | -426,292.03 | 91,305,000.00 | -91,080,000.00 | -225,000.00 | 0.072% |
| 19-Dec-12 | 30.495 | 91,080,000.00 | | 0.77000% | -1,942.46 | -428,234.49 | 91,080,000.00 | -91,485,000.00 | 405,000.00 | 0.070% |
| 20-Dec-12 | 30.205 | 91,485,000.00 | | 0.76900% | -1,939.98 | -430,174.47 | 91,485,000.00 | -90,615,000.00 | -870,000.00 | 0.069% |
| 21-Dec-12 | 30.070 | 90,615,000.00 | | 0.76000% | -1,917.31 | -432,091.78 | 90,615,000.00 | -90,210,000.00 | -405,000.00 | 0.060% |
| 22-Dec-12 | | | | 0.76000% | -1,917.36 | -434,009.14 | | | | 0.060% |
| 23-Dec-12 | | | | 0.76000% | -1,917.40 | -435,926.53 | | | | 0.060% |
| 24-Dec-12 | 30.250 | 90,210,000.00 | | 0.76100% | -1,919.96 | -437,846.49 | 90,210,000.00 | -90,750,000.00 | 540,000.00 | 0.061% |
| 25-Dec-12 | | | | 0.76100% | -1,920.00 | -439,766.49 | | | | 0.061% |
| 26-Dec-12 | | | | 0.76100% | -1,920.04 | -441,686.53 | | | | 0.061% |
| 27-Dec-12 | 30.405 | 90,750,000.00 | | 0.77200% | -1,947.84 | -443,634.37 | 90,750,000.00 | -91,215,000.00 | 465,000.00 | 0.072% |
| 28-Dec-12 | 29.880 | 91,215,000.00 | | 0.77900% | -1,965.54 | -445,599.90 | 91,215,000.00 | -89,640,000.00 | -1,575,000.00 | 0.079% |
| 29-Dec-12 | | | | 0.77900% | -1,965.58 | -447,565.49 | | | | 0.079% |
| 30-Dec-12 | | | | 0.77900% | -1,965.62 | -449,531.11 | | | | 0.079% |
| 31-Dec-12 | 30.250 | 89,640,000.00 | | 0.83100% | -2,096.88 | -451,627.99 | 89,640,000.00 | -90,750,000.00 | 1,110,000.00 | 0.131% |

HIGHLY CONFIDENTIAL

JHVM_0005626

| | 94,350,000.00 | Interest Accrual | -451,627.99 | | | | -3,600,000.00 |

**Balance B/F**

| Date | | | | Stock Lending Fees to Date |
|---|---|---|---|---|
| 1st June 12 to 30th November 12 | | | | 45,979.44 |

| Date | Cash Loan Amount | EONIA | EONIA +/- fee | Stock Lending Fee | |
|---|---|---|---|---|---|
| 01-Dec-12 | 94,350,000.00 | 0.077% | 0.0232% | 60.83 | 46,040.28 |
| 02-Dec-12 | 94,350,000.00 | 0.077% | 0.0232% | 60.83 | 46,101.11 |
| 03-Dec-12 | 94,350,000.00 | 0.077% | 0.0232% | 60.83 | 46,161.94 |
| 04-Dec-12 | 94,350,000.00 | 0.073% | 0.0192% | 50.34 | 46,212.29 |
| 05-Dec-12 | 94,350,000.00 | 0.069% | 0.0152% | 39.86 | 46,252.14 |
| 06-Dec-12 | 94,350,000.00 | 0.072% | 0.0182% | 47.72 | 46,299.87 |
| 07-Dec-12 | 94,350,000.00 | 0.072% | 0.0182% | 47.72 | 46,347.59 |
| 08-Dec-12 | 94,350,000.00 | 0.072% | 0.0182% | 47.72 | 46,395.31 |
| 09-Dec-12 | 94,350,000.00 | 0.072% | 0.0182% | 47.72 | 46,443.03 |
| 10-Dec-12 | 94,350,000.00 | 0.069% | 0.0152% | 39.86 | 46,482.89 |
| 11-Dec-12 | 94,350,000.00 | 0.067% | 0.0132% | 34.61 | 46,517.50 |
| 12-Dec-12 | 94,350,000.00 | 0.066% | 0.0122% | 31.99 | 46,549.49 |
| 13-Dec-12 | 94,350,000.00 | 0.071% | 0.0172% | 45.10 | 46,594.59 |
| 14-Dec-12 | 94,350,000.00 | 0.074% | 0.0202% | 52.97 | 46,647.56 |
| 15-Dec-12 | 94,350,000.00 | 0.074% | 0.0202% | 52.97 | 46,700.53 |
| 16-Dec-12 | 94,350,000.00 | 0.074% | 0.0202% | 52.97 | 46,753.49 |
| 17-Dec-12 | 94,350,000.00 | 0.071% | 0.0172% | 45.10 | 46,798.59 |
| 18-Dec-12 | 94,350,000.00 | 0.072% | 0.0182% | 47.72 | 46,846.32 |
| 19-Dec-12 | 94,350,000.00 | 0.070% | 0.0162% | 42.48 | 46,888.79 |
| 20-Dec-12 | 94,350,000.00 | 0.069% | 0.0152% | 39.86 | 46,928.65 |
| 21-Dec-12 | 94,350,000.00 | 0.060% | 0.0062% | 16.26 | 46,944.91 |
| 22-Dec-12 | 94,350,000.00 | 0.060% | 0.0062% | 16.26 | 46,961.17 |
| 23-Dec-12 | 94,350,000.00 | 0.060% | 0.0062% | 16.26 | 46,977.42 |
| 24-Dec-12 | 94,350,000.00 | 0.061% | 0.0072% | 18.88 | 46,996.30 |
| 25-Dec-12 | 94,350,000.00 | 0.061% | 0.0072% | 18.88 | 47,015.18 |
| 26-Dec-12 | 94,350,000.00 | 0.061% | 0.0072% | 18.88 | 47,034.06 |
| 27-Dec-12 | 94,350,000.00 | 0.072% | 0.0182% | 47.72 | 47,081.78 |
| 28-Dec-12 | 94,350,000.00 | 0.079% | 0.0252% | 66.08 | 47,147.86 |
| 29-Dec-12 | 94,350,000.00 | 0.079% | 0.0252% | 66.08 | 47,213.94 |
| 30-Dec-12 | 94,350,000.00 | 0.079% | 0.0252% | 66.08 | 47,280.02 |
| 31-Dec-12 | 94,350,000.00 | 0.131% | 0.0772% | 202.43 | 47,482.45 |
| | | | | | 47,482.45 |

**TDC A/S**
Balance B/F

| Date | | | | Interest to date | | | MTM to date |
|---|---|---|---|---|---|---|---|
| 14th August 12 to 30th November 12 | | | | -617,774.70 | | | -18,910,000.00 |

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|
| 01-Dec-12 | | | | 0.66125% | -5,687.08 | -623,461.78 | | | | -0.039% |
| 02-Dec-12 | | | | 0.66125% | -5,687.19 | -629,148.96 | | | | -0.039% |
| 03-Dec-12 | 39.730 | 303,102,500.00 | | 0.66125% | -5,687.29 | -634,836.25 | 303,102,500.00 | -307,907,500.00 | 4,805,000.00 | -0.039% |
| 04-Dec-12 | 39.220 | 307,907,500.00 | | 0.66125% | -5,687.39 | -640,523.65 | 307,907,500.00 | -303,955,000.00 | -3,952,500.00 | -0.039% |
| 05-Dec-12 | 39.600 | 303,955,000.00 | | 0.63625% | -5,472.47 | -645,996.12 | 303,955,000.00 | -306,900,000.00 | 2,945,000.00 | -0.064% |
| 06-Dec-12 | 40.350 | 306,900,000.00 | | 0.66125% | -5,687.60 | -651,683.72 | 306,900,000.00 | -312,712,500.00 | 5,812,500.00 | -0.039% |
| 07-Dec-12 | 40.060 | 312,712,500.00 | | 0.66125% | -5,687.70 | -657,371.42 | 312,712,500.00 | -310,465,000.00 | -2,247,500.00 | -0.039% |
| 08-Dec-12 | | | | 0.66125% | -5,687.81 | -663,059.23 | | | | -0.039% |
| 09-Dec-12 | | | | 0.66125% | -5,687.91 | -668,747.14 | | | | -0.039% |
| 10-Dec-12 | 40.190 | 310,465,000.00 | | 0.66125% | -5,688.02 | -674,435.16 | 310,465,000.00 | -311,472,500.00 | 1,007,500.00 | -0.039% |
| 11-Dec-12 | 40.800 | 311,472,500.00 | | 0.66125% | -5,688.12 | -680,123.28 | 311,472,500.00 | -316,200,000.00 | 4,727,500.00 | -0.039% |
| 12-Dec-12 | 40.360 | 316,200,000.00 | | 0.58625% | -5,043.06 | -685,166.34 | 316,200,000.00 | -312,790,000.00 | -3,410,000.00 | -0.114% |
| 13-Dec-12 | 40.150 | 312,790,000.00 | | 0.66125% | -5,688.32 | -690,854.66 | 312,790,000.00 | -311,162,500.00 | -1,627,500.00 | -0.039% |
| 14-Dec-12 | 40.320 | 311,162,500.00 | | 0.66125% | -5,688.42 | -696,543.08 | 311,162,500.00 | -312,480,000.00 | 1,317,500.00 | -0.039% |
| 15-Dec-12 | | | | 0.66125% | -5,688.53 | -702,231.61 | | | | -0.039% |
| 16-Dec-12 | | | | 0.66125% | -5,688.63 | -707,920.24 | | | | -0.039% |
| 17-Dec-12 | 39.830 | 312,480,000.00 | | 0.66125% | -5,688.74 | -713,608.98 | 312,480,000.00 | -308,682,500.00 | -3,797,500.00 | -0.039% |

HIGHLY CONFIDENTIAL

| Date | | Cash Loan Amount | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-Dec-12 | 39.900 | 308,682,500.00 | | 0.66125% | -5,688.84 | -719,297.82 | 308,682,500.00 | -309,225,000.00 | 542,500.00 | -0.039% |
| 19-Dec-12 | 39.620 | 309,225,000.00 | | 0.62375% | -5,366.32 | -724,664.14 | 309,225,000.00 | -307,055,000.00 | -2,170,000.00 | -0.076% |
| 20-Dec-12 | 40.000 | 307,055,000.00 | | 0.66125% | -5,689.04 | -730,353.19 | 307,055,000.00 | -310,000,000.00 | 2,945,000.00 | -0.039% |
| 21-Dec-12 | 40.060 | 310,000,000.00 | | 0.66125% | -5,689.15 | -736,042.34 | 310,000,000.00 | -310,465,000.00 | 465,000.00 | -0.039% |
| 22-Dec-12 | | | | 0.66125% | -5,689.25 | -741,731.59 | | | | -0.039% |
| 23-Dec-12 | | | | 0.66125% | -5,689.36 | -747,420.95 | | | | -0.039% |
| 24-Dec-12 | | | | 0.66125% | -5,689.46 | -753,110.41 | | | | -0.039% |
| 25-Dec-12 | | | | 0.66125% | -5,689.57 | -758,799.98 | | | | -0.039% |
| 26-Dec-12 | | | | 0.66125% | -5,689.67 | -764,489.65 | | | | -0.039% |
| 27-Dec-12 | 40.150 | 310,465,000.00 | | 0.64875% | -5,582.22 | -770,071.87 | 310,465,000.00 | -311,162,500.00 | 697,500.00 | -0.051% |
| 28-Dec-12 | 40.040 | 311,162,500.00 | | 0.66125% | -5,689.88 | -775,761.75 | 311,162,500.00 | -310,310,000.00 | -852,500.00 | -0.039% |
| 29-Dec-12 | | | | 0.66125% | -5,689.98 | -781,451.73 | | | | -0.039% |
| 30-Dec-12 | | | | 0.66125% | -5,690.09 | -787,141.82 | | | | -0.039% |
| 31-Dec-12 | | | | 0.66125% | -5,690.19 | -792,832.01 | | | | -0.039% |
| | | | | Interest Accrual | -792,832.01 | | | | -11,702,500.00 | |

Balance B/F

| Date | | | | | Stock Lending Fees to Date |
|---|---|---|---|---|---|
| 14th August 12 to 30th November 12 | | | | | 533,905.45 |

| Date | Cash Loan Amount | DKK LIBOR | EONIA +/- fee | Stock Lending Fee | |
|---|---|---|---|---|---|
| 01-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,916.59 | 538,822.04 |
| 02-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,916.67 | 543,738.71 |
| 03-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,916.74 | 548,655.45 |
| 04-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,916.82 | 553,572.27 |
| 05-Dec-12 | 322,012,500.00 | -0.064% | 0.523750% | 4,692.89 | 558,265.16 |
| 06-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,916.96 | 563,182.12 |
| 07-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,917.04 | 568,099.16 |
| 08-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,917.11 | 573,016.27 |
| 09-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,917.19 | 577,933.46 |
| 10-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,917.26 | 582,850.73 |
| 11-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,917.34 | 587,768.06 |
| 12-Dec-12 | 322,012,500.00 | -0.114% | 0.473750% | 4,245.33 | 592,013.39 |
| 13-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,917.48 | 596,930.87 |
| 14-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,917.55 | 601,848.43 |
| 15-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,917.63 | 606,766.05 |
| 16-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,917.70 | 611,683.76 |
| 17-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,917.78 | 616,601.54 |
| 18-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,917.85 | 621,519.39 |
| 19-Dec-12 | 322,012,500.00 | -0.076% | 0.511250% | 4,581.85 | 626,101.24 |
| 20-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,918.00 | 631,019.24 |
| 21-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,918.07 | 635,937.31 |
| 22-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,918.15 | 640,855.46 |
| 23-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,918.22 | 645,773.68 |
| 24-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,918.30 | 650,691.98 |
| 25-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,918.37 | 655,610.35 |
| 26-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,918.45 | 660,528.80 |
| 27-Dec-12 | 322,012,500.00 | -0.051% | 0.536250% | 4,806.48 | 665,335.29 |
| 28-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,918.60 | 670,253.88 |
| 29-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,918.67 | 675,172.55 |
| 30-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,918.75 | 680,091.30 |
| 31-Dec-12 | 322,012,500.00 | -0.039% | 0.548750% | 4,918.82 | 685,010.12 |
| | | | Stock Lending Fee | 685,010.12 | |

**CHR Hansen Holdings A/S**

| Date | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-Dec-12 | 187.50 | | 190,944,714.00 | 0.66125% | -3,467.62 | -3,467.62 | | -191,250,000.00 | 305,286.00 | -0.0388% |
| 04-Dec-12 | 185.50 | 191,250,000.00 | | 0.66125% | -3,467.68 | -6,935.30 | 191,250,000.00 | -189,210,000.00 | -2,040,000.00 | -0.0388% |
| 05-Dec-12 | 186.40 | 189,210,000.00 | | 0.63625% | -3,336.64 | -10,271.95 | 189,210,000.00 | -190,128,000.00 | 918,000.00 | -0.0638% |
| 06-Dec-12 | 191.20 | 190,128,000.00 | | 0.66125% | -3,467.81 | -13,739.75 | 190,128,000.00 | -195,024,000.00 | 4,896,000.00 | -0.0388% |
| 07-Dec-12 | 189.70 | 195,024,000.00 | | 0.66125% | -3,467.87 | -17,207.63 | 195,024,000.00 | -193,494,000.00 | -1,530,000.00 | -0.0388% |
| 08-Dec-12 | | | | 0.66125% | -3,467.94 | -20,675.56 | | | | -0.0388% |
| 09-Dec-12 | | | | 0.66125% | -3,468.00 | -24,143.56 | | | | -0.0388% |
| 10-Dec-12 | 190.00 | 193,494,000.00 | | 0.66125% | -3,468.06 | -27,611.63 | 193,494,000.00 | -193,800,000.00 | 306,000.00 | -0.0388% |

HIGHLY CONFIDENTIAL

| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-Dec-12 | 190.30 | 193,800,000.00 | | 0.66125% | -3,468.13 | -31,079.75 | 193,800,000.00 | -194,106,000.00 | 306,000.00 | -0.0388% |
| 12-Dec-12 | 190.30 | 194,106,000.00 | | 0.58625% | -3,074.82 | -34,154.58 | 194,106,000.00 | -194,106,000.00 | | -0.1138% |
| 13-Dec-12 | 189.00 | 194,106,000.00 | | 0.66125% | -3,468.25 | -37,622.83 | 194,106,000.00 | -192,780,000.00 | -1,326,000.00 | -0.0388% |
| 14-Dec-12 | 189.60 | 192,780,000.00 | | 0.66125% | -3,468.31 | -41,091.14 | 192,780,000.00 | -193,392,000.00 | 612,000.00 | -0.0388% |
| 15-Dec-12 | | | | 0.66125% | -3,468.38 | -44,559.51 | | | | -0.0388% |
| 16-Dec-12 | | | | 0.66125% | -3,468.44 | -48,027.95 | | | | -0.0388% |
| 17-Dec-12 | 185.10 | 193,392,000.00 | | 0.66125% | -3,468.50 | -51,496.45 | 193,392,000.00 | -189,822,000.00 | -3,570,000.00 | -0.0388% |
| 18-Dec-12 | 184.30 | 189,822,000.00 | | 0.66125% | -3,468.57 | -54,965.02 | 189,822,000.00 | -187,986,000.00 | -1,836,000.00 | -0.0388% |
| 19-Dec-12 | 184.40 | 187,986,000.00 | | 0.62375% | -3,271.95 | -58,236.94 | 187,986,000.00 | -188,088,000.00 | 102,000.00 | -0.0763% |
| 20-Dec-12 | 187.30 | 188,088,000.00 | | 0.66125% | -3,468.69 | -61,705.63 | 188,088,000.00 | -191,046,000.00 | 2,958,000.00 | -0.0388% |
| 21-Dec-12 | 185.00 | 191,046,000.00 | | 0.66125% | -3,468.75 | -65,174.38 | 191,046,000.00 | -189,720,000.00 | -1,326,000.00 | -0.0388% |
| 22-Dec-12 | | | | 0.66125% | -3,468.82 | -68,643.20 | | | | -0.0388% |
| 23-Dec-12 | | | | 0.66125% | -3,468.88 | -72,112.08 | | | | -0.0388% |
| 24-Dec-12 | | | | 0.66125% | -3,468.94 | -75,581.03 | | | | -0.0388% |
| 25-Dec-12 | | | | 0.66125% | -3,469.01 | -79,050.04 | | | | -0.0388% |
| 26-Dec-12 | | | | 0.66125% | -3,469.07 | -82,519.11 | | | | -0.0388% |
| 27-Dec-12 | 184.60 | 189,720,000.00 | | 0.64875% | -3,403.56 | -85,922.67 | 189,720,000.00 | -188,292,000.00 | -1,428,000.00 | -0.0513% |
| 28-Dec-12 | 183.70 | 188,292,000.00 | | 0.66125% | -3,469.20 | -89,391.86 | 188,292,000.00 | -187,374,000.00 | -918,000.00 | -0.0388% |
| 29-Dec-12 | | | | 0.66125% | -3,469.26 | -92,861.13 | | | | -0.0388% |
| 30-Dec-12 | | | | 0.66125% | -3,469.33 | -96,330.45 | | | | -0.0388% |
| 31-Dec-12 | | | | 0.66125% | -3,469.39 | -99,799.84 | | | | -0.0388% |
| | | | 190,944,714.00 | | Interest Accrual | -99,799.84 | | | -3,570,714.00 | |

| Date | Cash Loan Amount | EONIA | EONIA +/- fee | Stock Lending Fee | |
|---|---|---|---|---|---|
| 03-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.50 | 1,807.50 |
| 04-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.52 | 3,615.02 |
| 05-Dec-12 | 190,944,714.00 | -0.064% | 0.315780% | 1,674.94 | 5,289.96 |
| 06-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.55 | 7,097.51 |
| 07-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.57 | 8,905.08 |
| 08-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.59 | 10,712.67 |
| 09-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.61 | 12,520.28 |
| 10-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.62 | 14,327.90 |
| 11-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.64 | 16,135.54 |
| 12-Dec-12 | 190,944,714.00 | -0.114% | 0.265780% | 1,409.82 | 17,545.36 |
| 13-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.67 | 19,353.03 |
| 14-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.69 | 21,160.72 |
| 15-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.70 | 22,968.42 |
| 16-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.72 | 24,776.14 |
| 17-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.74 | 26,583.88 |
| 18-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.76 | 28,391.64 |
| 19-Dec-12 | 190,944,714.00 | -0.076% | 0.303280% | 1,608.84 | 30,000.48 |
| 20-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.79 | 31,808.27 |
| 21-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.80 | 33,616.07 |
| 22-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.82 | 35,423.90 |
| 23-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.84 | 37,231.73 |
| 24-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.86 | 39,039.59 |
| 25-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.87 | 40,847.46 |
| 26-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.89 | 42,655.36 |
| 27-Dec-12 | 190,944,714.00 | -0.051% | 0.328280% | 1,741.59 | 44,396.95 |
| 28-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.92 | 46,204.87 |
| 29-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.94 | 48,012.81 |
| 30-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.96 | 49,820.77 |
| 31-Dec-12 | 190,944,714.00 | -0.039% | 0.340780% | 1,807.98 | 51,628.75 |
| | | | Stock Lending Fee | 51,628.75 | |

**Coloplast A/S**

| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 17-Dec-12 | 264.60 | | 424,700,837.00 | 0.66125% | -7,717.79 | -7,717.79 | | -410,130,000.00 | -14,570,837.00 | -0.0388% |
| 18-Dec-12 | 270.40 | 410,130,000.00 | | 0.66125% | -7,717.94 | -15,435.73 | 410,130,000.00 | -419,120,000.00 | 8,990,000.00 | -0.0388% |
| 19-Dec-12 | 271.60 | 419,120,000.00 | | 0.62375% | -7,280.38 | -22,716.11 | 419,120,000.00 | -420,980,000.00 | 1,860,000.00 | -0.0763% |
| 20-Dec-12 | 277.10 | 420,980,000.00 | | 0.66125% | -7,718.21 | -30,434.32 | 420,980,000.00 | -429,505,000.00 | 8,525,000.00 | -0.0388% |
| 21-Dec-12 | 278.00 | 429,505,000.00 | | 0.66125% | -7,718.35 | -38,152.68 | 429,505,000.00 | -430,900,000.00 | 1,395,000.00 | -0.0388% |
| 22-Dec-12 | | | | 0.66125% | -7,718.50 | -45,871.17 | | | | -0.0388% |
| 23-Dec-12 | | | | 0.66125% | -7,718.64 | -53,589.81 | | | | -0.0388% |
| 24-Dec-12 | | | | 0.66125% | -7,718.78 | -61,308.59 | | | | -0.0388% |

HIGHLY CONFIDENTIAL

JHVM_0005629

| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 25-Dec-12 | | | | 0.66125% | -7,718.92 | -69,027.51 | | | | -0.0388% |
| 26-Dec-12 | | | | 0.66125% | -7,719.06 | -76,746.57 | | | | -0.0388% |
| 27-Dec-12 | 277.00 | 430,900,000.00 | | 0.64875% | -7,573.28 | -84,319.86 | 430,900,000.00 | -429,350,000.00 | -1,550,000.00 | -0.0513% |
| 28-Dec-12 | 276.50 | 429,350,000.00 | | 0.66125% | -7,719.34 | -92,039.20 | 429,350,000.00 | -428,575,000.00 | -775,000.00 | -0.0388% |
| 29-Dec-12 | | | | 0.66125% | -7,719.49 | -99,758.69 | | | | -0.0388% |
| 30-Dec-12 | | | | 0.66125% | -7,719.63 | -107,478.31 | | | | -0.0388% |
| 31-Dec-12 | | | | 0.66125% | -7,719.77 | -115,198.08 | | | | -0.0388% |
| | | | 424,700,837.00 | Interest Accrual | -115,198.08 | | | | 3,874,163.00 | |

| Date | Cash Loan Amount | EONIA | EONIA +/- fee | Stock Lending Fee | |
|---|---|---|---|---|---|
| 17-Dec-12 | 424,700,837.00 | -0.039% | 0.382050% | 4,507.14 | 4,507.14 |
| 18-Dec-12 | 424,700,837.00 | -0.039% | 0.382050% | 4,507.19 | 9,014.32 |
| 19-Dec-12 | 424,700,837.00 | -0.076% | 0.344550% | 4,064.83 | 13,079.15 |
| 20-Dec-12 | 424,700,837.00 | -0.039% | 0.382050% | 4,507.28 | 17,586.43 |
| 21-Dec-12 | 424,700,837.00 | -0.039% | 0.382050% | 4,507.32 | 22,093.75 |
| 22-Dec-12 | 424,700,837.00 | -0.039% | 0.382050% | 4,507.37 | 26,601.12 |
| 23-Dec-12 | 424,700,837.00 | -0.039% | 0.382050% | 4,507.42 | 31,108.54 |
| 24-Dec-12 | 424,700,837.00 | -0.039% | 0.382050% | 4,507.47 | 35,616.01 |
| 25-Dec-12 | 424,700,837.00 | -0.039% | 0.382050% | 4,507.52 | 40,123.53 |
| 26-Dec-12 | 424,700,837.00 | -0.039% | 0.382050% | 4,507.56 | 44,631.09 |
| 27-Dec-12 | 424,700,837.00 | -0.051% | 0.369550% | 4,360.13 | 48,991.22 |
| 28-Dec-12 | 424,700,837.00 | -0.039% | 0.382050% | 4,507.66 | 53,498.88 |
| 29-Dec-12 | 424,700,837.00 | -0.039% | 0.382050% | 4,507.71 | 58,006.58 |
| 30-Dec-12 | 424,700,837.00 | -0.039% | 0.382050% | 4,507.75 | 62,514.34 |
| 31-Dec-12 | 424,700,837.00 | -0.039% | 0.382050% | 4,507.80 | 67,022.14 |
| | | | Stock Lending Fee | 67,022.14 | |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

HIGHLY CONFIDENTIAL                                                                                                          JHVM_0005630


## Solo Capital

**Cash Transaction Statement**
From 21 May 2012 to 31 December 2012

Cash

Account Name: Michelle Investments Pension Plan
Currency: EUR

Account Number: MIC01

| Value date | | Description | Debit/Credit | Balance |
|---|---|---|---:|---:|
| | | 21st April 12 to 30th November 12   Balance B/F | | -33,130,015.62 |
| 03/12/2012 | | Stock Margin | -303,000.00 | -33,433,015.62 |
| 04/12/2012 | | Stock Margin | -2,655,000.00 | -36,088,015.62 |
| 05/12/2012 | | Stock Margin | 2,223,000.00 | -33,865,015.62 |
| 06/12/2012 | | Stock Margin | 573,000.00 | -33,292,015.62 |
| 07/12/2012 | | Stock Margin | -1,068,000.00 | -34,360,015.62 |
| 10/12/2012 | | Stock Margin | -99,000.00 | -34,459,015.62 |
| 11/12/2012 | | Stock Margin | 3,078,000.00 | -31,381,015.62 |
| 12/12/2012 | | Stock Margin | -594,000.00 | -31,975,015.62 |
| 13/12/2012 | | Stock Margin | 1,017,000.00 | -30,958,015.62 |
| 13/12/2012 | | Custody Fees October 12 - Settled | 1,244.00 | -30,956,771.62 |
| 13/12/2012 | | October Invoice Paid | -1,244.00 | -30,958,015.62 |
| 13/12/2012 | 10431 | Exchange Fees November 12 - Settled | 400.00 | -30,957,615.62 |
| 13/12/2012 | 10431 | Futures Clearing Costs November 12 - Settled | 2,550.00 | -30,955,065.62 |
| 13/12/2012 | 10431 | Custody Fees November 12 - Settled | 1,233.10 | -30,953,832.52 |
| 13/12/2012 | | Brokerage Fees November 12 - Settled | 320.07 | -30,953,512.45 |
| 13/12/2012 | 10431 | Equity Clearing Fees November 12 - Settled | 13.91 | -30,953,498.54 |
| 13/12/2012 | 10431 | November Invoice Paid | -4,517.08 | -30,958,015.62 |
| 14/12/2012 | | Stock Margin | 627,000.00 | -30,331,015.62 |
| 17/12/2012 | | Stock Margin | 2,082,000.00 | -28,249,015.62 |
| 18/12/2012 | | Stock Margin | 333,000.00 | -27,916,015.62 |
| 19/12/2012 | | Stock Margin | -81,000.00 | -27,997,015.62 |
| 20/12/2012 | | Stock Margin | -1,635,000.00 | -29,632,015.62 |
| 21/12/2012 | | Stock Margin | -225,000.00 | -29,857,015.62 |
| 24/12/2012 | | Stock Margin | 954,000.00 | -28,903,015.62 |
| 27/12/2012 | | Stock Margin | 591,000.00 | -28,312,015.62 |
| 28/12/2012 | | Stock Margin | -2,439,000.00 | -30,751,015.62 |
| 31/12/2012 | | Stock Margin | 1,416,000.00 | -29,335,015.62 |
| 31/12/2012 | 10471 | Exchange Fees December 12 | -400.00 | -29,335,415.62 |
| 31/12/2012 | 10471 | Futures Clearing Costs December 12 | -775.00 | -29,336,190.62 |
| 31/12/2012 | 10471 | Custody Fees December 12 | -1,230.80 | -29,337,421.42 |
| 31/12/2012 | 10471 | Equity Clearing Fees December 12 | -13.85 | -29,337,435.27 |

HIGHLY CONFIDENTIAL

|  | Variation Margin |  | -4,378,199.71 | -33,715,634.99 |
|---|---|---|---:|---:|
|  |  |  |  | -33,715,634.99 |

**Cash** — **Currency** DKK

| Value date | Description |  | Debit/Credit | Balance |
|---|---|---|---:|---:|
|  |  | 08th August 12 to 30th November 12 | Balance B/F | -68,330,670.00 |
| Value date | Description |  | Debit/Credit | Balance |
| 03/12/2012 | Stock Margin |  | 5,110,286.00 | -63,220,384.00 |
| 03/12/2012 | Equity Settlements |  | -190,944,714.00 | -254,165,098.00 |
| 03/12/2012 | Stock Loan Settlements |  | 190,944,714.00 | -63,220,384.00 |
| 03/12/2012 | Dividend CHR DC |  | 2,159,340.00 | -61,061,044.00 |
| 04/12/2012 | Stock Margin |  | -5,992,500.00 | -67,053,544.00 |
| 05/12/2012 | Stock Margin |  | 3,863,000.00 | -63,190,544.00 |
| 06/12/2012 | Stock Margin |  | 10,708,500.00 | -52,482,044.00 |
| 07/12/2012 | Stock Margin |  | -3,777,500.00 | -56,259,544.00 |
| 10/12/2012 | Stock Margin |  | 1,313,500.00 | -54,946,044.00 |
| 11/12/2012 | Stock Margin |  | 5,033,500.00 | -49,912,544.00 |
| 11/12/2012 | Initial Margin |  | -42,047,780.00 | -91,960,324.00 |
| 12/12/2012 | Stock Margin |  | -3,410,000.00 | -95,370,324.00 |
| 13/12/2012 | Stock Margin |  | -2,953,500.00 | -98,323,824.00 |
| 14/12/2012 | Stock Margin |  | 1,929,500.00 | -96,394,324.00 |
| 17/12/2012 | Stock Margin |  | -21,938,337.00 | -118,332,661.00 |
| 17/12/2012 | Equity Settlements |  | -424,700,837.00 | -543,033,498.00 |
| 17/12/2012 | Stock Loan Settlements |  | 424,700,837.00 | -118,332,661.00 |
| 17/12/2012 | Dividend COLOB DC |  | 4,526,000.00 | -113,806,661.00 |
| 18/12/2012 | Stock Margin |  | 7,696,500.00 | -106,110,161.00 |
| 19/12/2012 | Stock Margin |  | -208,000.00 | -106,318,161.00 |
| 20/12/2012 | Stock Margin |  | 14,428,000.00 | -91,890,161.00 |
| 21/12/2012 | Stock Margin |  | 534,000.00 | -91,356,161.00 |
| 27/12/2012 | Stock Margin |  | -2,280,500.00 | -93,636,661.00 |
| 28/12/2012 | Stock Margin |  | -2,545,500.00 | -96,182,161.00 |
|  | Futures Variation Margin |  | 6,432,449.00 | -89,749,712.00 |
|  |  |  |  | -89,749,712.00 |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

HIGHLY CONFIDENTIAL

JHVM_0005632