**From:** anne.lechalier@bnpparibas.com
**Sent:** Friday, November 30, 2012 3:48 PM
**To:** swadlow@edfmancapital.com
**Cc:** PARIS_BP2S_GCS_SETTLEMENT@bnpparibas.com; mnewson@edfmancapital.com; PARIS_BP2S_FI_EURONEXT_CSO@bnpparibas.com
**Subject:** Réf. : ED&F Man: DENMARK SETTLEMENT CYCLES

Hi Steve,

After checking with Denmark, please be advised EURO settlement is possible in all cycles, except for cycle 40 and 60, running at 10:15 and 12:00 CET respectively.

Best regards,

Anne

---

BNP Paribas Securites Services
Global Clearing & Settlement
9, rue du Débarcadère - 93500 PANTIN

Kianoush POURRAHIMI +33 1 42 98 17 11
Mélanie POITOUX + 33 1 58 16 70 39
Anne LECHALIER +33 1 42 98 19 01
Dwight ELLIOTT +33 1 55 77 49 80
Pierrick REMY +33 1 43 16 89 92
Dorothée GOBIT +33 1 57 43 84 93
Chisenga CHILUBA + 33 1 42 98 21 12

Please always respond to the GCS team address

**PARIS BP2S FI EURONEXT CSO**

Client Service Managers
BNP Paribas Securities & Services
Isabel David T : + 33 1 42 98 16 41
Jacqueline Boudot T : + 33 1 55 77 74 44
Adriaan Van Herpen T : + 33 1 57 43 09 40
Metta Lay T +33 1 58 16 08 02
Eric Aronica T +33 1 57 43 08 12
ACI: CPC05B1
Les Grands Moulins de Pantin
9, rue du Débarcadère - 93500 Pantin
Fax: +33 1 42 98 44 21

30/11/2012 14:50

Pour swadlow@edfmancapital.com, PARIS BP2S GCS SETTLEMENT
cc mnewson@edfmancapital.com
Objet ED&F Man: DENMARK SETTLEMENT CYCLESLink

Dear Steve,

Kindly be advised that I am forwarding the below email to our settlement team who will come back to you shortly on the settlement cycles.



CONFIDENTIAL 

In the meantime, for your information please note that you can settle in euro on the Danish market. In such case we would extend the cash account used at the subcustodian level to the EUR currency and the movements would be reflected on the euro cash account you already have in our books.

Remaining at your disposal

Best regards

Adriaan

Client Service Managers
BNP Paribas Securities & Services
Isabel David T : + 33 1 42 98 16 41
Jacqueline Boudot T : + 33 1 55 77 74 44
Adriaan Van Herpen T : + 33 1 57 43 09 40
Metta Lay T +33 1 58 16 08 02
Eric Aronica T +33 1 57 43 08 12

**Internet**
**swadlow@edfmancapital.com**

29/11/2012 07:19 PM

Pour PARIS BP2S FI EURONEXT CSO
cc mnewson@edfmancapital.com
Objet FW: DENMARK SETTLEMENT CYCLES

Hi Adriaan,,

Further to our call yesterday please can you advise on the following:

In the Danish market for settlement in Euro's do settlements follow the same flow as below ?




Also please can you advise how long it would take to open a Eur cash ac in the Danish market should we need to ?

Thanks and regards,

Steve.

Steve Wadlow
Securities Operations

ED & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7236 | Group Line: +44 (0)203 580 7234
secops@edfmancapital.com | www.edfman.com

Please consider the environment before printing this e-mail

**From:** Newson, Mark (LDN)
**Sent:** 27 November 2012 10:18
**To:** Wadlow, Steve (LDN); Sheppard, Nick (LDN); Senra, Miguel (LDN); Hayes, Angela (LDN)
**Cc:** McLachlan, Stuart (LDN)
**Subject:** DENMARK SETTLEMENT CYCLES

As previous confirmed by Paribas – settlement finishes at 11 am GMT

There is no priority – FOP is internal but Client positions held are sent to the market.

' I was informed that first settlement cycle for value tomorrow is starting from 18:00 p.m. C.E.T. today and ending tomorrow at 12:00 p.m. C.E.T.
Your instructions have to be sent before 10:00 a.m. C.E.T.for cash trades and before 11:45 a.m. for FOP.
DVP trades should take priority over DF. '
Actually, there is no priority on the Danish market. Once a trade is matched, there is nothing they can do on it, and the trade can settle whenever, as long as you have the position.
Consequently, if you send your FOP trade now to return the shares, once it get matched, I can't guarantee you that it will not settle before the trades versus payment.
So you have to wait until the trades against payment settle. Settlement is by batches,

**DENMARK**
Settlement batches. Six settlement batches during the 24-hour settlement period. The 24-hour settlement period starts on S-1 at 6.00 pm CET.




Mark Newson
Equity Operations
ED & F Man Capital Markets Limited

Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7232 | Group Line: +44 (0)203 580 7234
secops@edfmancapital.com | www.edfman.com

P Please consider the environment before printing this e-mail

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Services Authority in the UK, register number 194926 at http://www.fsa.gov.uk.

This message and any attachments (the "message") is
intended solely for the intended addressees and is confidential.
If you receive this message in error,or are not the intended recipient(s),
please delete it and any copies from your systems and immediately notify
the sender. Any unauthorized view, use that does not comply with its
purpose,
dissemination or disclosure, either whole or partial, is prohibited. Since
the internet
cannot guarantee the integrity of this message which may not be reliable,
BNP PARIBAS
(and its subsidiaries) shall not be liable for the message if modified,
changed or falsified.
Do not print this message unless it is necessary,consider the environment.

-------------------------------------------------------------------------------------------------------------------------

Ce message et toutes les pieces jointes (ci-apres le "message")
sont etablis a l'intention exclusive de ses destinataires et sont
confidentiels.
Si vous recevez ce message par erreur ou s'il ne vous est pas destine,
merci de le detruire ainsi que toute copie de votre systeme et d'en
avertir
immediatement l'expediteur. Toute lecture non autorisee, toute utilisation
de

ce message qui n'est pas conforme a sa destination, toute diffusion ou toute
publication, totale ou partielle, est interdite. L'Internet ne permettant pas d'assurer
l'integrite de ce message electronique susceptible d'alteration, BNP Paribas
(et ses filiales) decline(nt) toute responsabilite au titre de ce message dans l'hypothese
ou il aurait ete modifie, deforme ou falsifie.
N'imprimez ce message que si necessaire, pensez a l'environnement.