**Historik settl - Depot-ISIN periode**

| VP account No. | Settlement date - from/to | Currency |
|---|---|---|
| [redacted] | Between 01-01-2012 and 31-12-2020 | eur |

No records in list.

| VP account No. | Historik settl - Depot-ISIN periode Settlement date - from/to Between 01-01-2012 and 31-12-2015 | Currency eur | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ISIN | Issue | Client ref. | SEB ref. / Local CSD ref. | Cprt. | Cprt. name | CSD Status text | CSD Settlement batch | Trade Date | Buy - Sale | CSK Status code | CSD Reason code | Currency | TransType | SHS/FMT | Cash Amount | No. of trades | SEB comments |
| | ED&F E1 73 Percent pool | | | | | | | | | | | | | | | | | | |
| | 2014-09-18 | | | | | | | | | | | | | | | | | | |
| | | DK0060228559 | Tdc A/S | | E1000036423201 | | | Sett. | 10 | 2014-09-15 | Buy | 09 | | EUR | TRADE | 3,500,000.00 | -22,895,250.00 | 1 | |
| | | DK0060534915 | Novo Nordisk A/S B Aktie | | E1000036423101 | | | Sett. | 10 | 2014-09-15 | Buy | 09 | | EUR | TRADE | 218,000.00 | -8,425,809.00 | 1 | |
| | | | Total (2014-09-18) | | | | | | | | | | | | | 3,718,000.00 | -31,321,059.00 | 2 | |
| | 2014-09-19 | | | | | | | | | | | | | | | | | | |
| | | DK0060228559 | Tdc A/S | | E1000036669801 | | | Sett. | 50 | 2014-09-18 | Sale | 09 | | EUR | TRADE | -3,500,000.00 | 22,895,250.00 | 1 | |
| | | | Total (2014-09-19) | | | | | | | | | | | | | -3,500,000.00 | 22,895,250.00 | 1 | |
| | 2014-09-22 | | | | | | | | | | | | | | | | | | |
| | | DK0060534915 | Novo Nordisk A/S B Aktie | | E1000036675VK | | | Sett. | 50 | 2014-09-19 | Sale | 09 | | EUR | TRADE | -218,000.00 | 8,425,809.00 | 1 | |
| | | | Total (2014-09-22) | | | | | | | | | | | | | -218,000.00 | 8,425,809.00 | 1 | |
| | 2015-02-16 | | | | | | | | | | | | | | | | | | |
| | | DK0010268606 | Vestas Wind Systems A/S | | E1000041612101 | | | Sett. | 50 | 2015-02-13 | Buy | 09 | | EUR | TRADE | 1,000.00 | -37,800.00 | 1 | |
| | | | Total (2015-02-16) | | | | | | | | | | | | | 1,000.00 | -37,800.00 | 1 | |
| | 2015-02-17 | | | | | | | | | | | | | | | | | | |
| | | DK0010268606 | Vestas Wind Systems A/S | | E1000042416301 | | | Sett. | 50 | 2015-02-16 | Sale | 09 | | EUR | TRADE | -1,000.00 | 37,800.00 | 1 | |
| | | | Total (2015-02-17) | | | | | | | | | | | | | -1,000.00 | 37,800.00 | 1 | |
| | 2015-02-25 | | | | | | | | | | | | | | | | | | |
| | | DK0060336014 | Novozymes A/S B Aktie | | E1000043455301A | | | Sett. | 50 | 2015-02-10 | Buy | 09 | | EUR | TRADE | 1,125,000.00 | -50,344,346.25 | 1 | |
| | | | Total (2015-02-25) | | | | | | | | | | | | | 1,125,000.00 | -50,344,346.25 | 1 | |
| | 2015-02-27 | | | | | | | | | | | | | | | | | | |
| | | DK0060336014 | Novozymes A/S B Aktie | | E1000043913001 | | | Sett. | 50 | 2015-02-26 | Sale | 09 | | EUR | TRADE | -10,000.00 | 385,650.00 | 1 | |
| | | | Total (2015-02-27) | | | | | | | | | | | | | -10,000.00 | 385,650.00 | 1 | |
| | 2015-03-04 | | | | | | | | | | | | | | | | | | |
| | | DK0060336014 | Novozymes A/S B Aktie | | E1000044164901 | | | Sett. | 10 | 2015-03-02 | Buy | 09 | | EUR | TRADE | -1,125,000.00 | 50,344,346.25 | 1 | |
| | | DK0060336014 | Novozymes A/S B Aktie | | E1000044239501 | | | Sett. | 10 | 2015-03-03 | Buy | 09 | | EUR | TRADE | 10,000.00 | -385,650.00 | 1 | |
| | | | Total (2015-03-04) | | | | | | | | | | | | | -1,115,000.00 | 49,958,696.25 | 2 | |
| | 2015-03-06 | | | | | | | | | | | | | | | | | | |
| | | DK0060228559 | Tdc A/S | | E1000044421801 | | | Sett. | 10 | 2015-03-04 | Buy | 09 | | EUR | TRADE | 1,615,200.00 | -11,023,740.00 | 1 | |
| | | | Total (2015-03-06) | | | | | | | | | | | | | 1,615,200.00 | -11,023,740.00 | 1 | |
| | 2015-03-09 | | | | | | | | | | | | | | | | | | |
| | | DK0060228559 | Tdc A/S | | E1000044697301 | | | Sett. | 50 | 2015-02-12 | Buy | 09 | | EUR | TRADE | 486,613.00 | -3,488,917.88 | 1 | |
| | | DK0060228559 | Tdc A/S | | E1000044523302 | | | Sett. | 50 | 2015-02-12 | Buy | 09 | | EUR | TRADE | 13,387.00 | -95,982.12 | 1 | |
| | | DK0060228559 | Tdc A/S | | e1000044583201 | | | Sett. | 50 | 2015-02-12 | Buy | 09 | | EUR | TRADE | 500,000.00 | -3,584,900.00 | 1 | |
| | | DK0060228559 | Tdc A/S | | E1000044697101 | | | Sett. | 50 | 2015-02-12 | Buy | 09 | | EUR | TRADE | 500,000.00 | -3,584,900.00 | 1 | |
| | | DK0060228559 | Tdc A/S | | E1000044696901 | | | Sett. | 50 | 2015-02-12 | Buy | 09 | | EUR | TRADE | 500,000.00 | -3,584,900.00 | 1 | |
| | | | Total (2015-03-09) | | | | | | | | | | | | | 2,000,000.00 | -14,339,600.00 | 5 | |
| | 2015-03-10 | | | | | | | | | | | | | | | | | | |
| | | DK0060228559 | Tdc A/S | | E1000044586501A | | | Sett. | 50 | 2015-03-09 | Sale | 09 | | EUR | TRADE | -1,615,200.00 | 11,023,740.00 | 1 | |
| | | | Total (2015-03-10) | | | | | | | | | | | | | -1,615,200.00 | 11,023,740.00 | 1 | |
| | 2015-03-13 | | | | | | | | | | | | | | | | | | |
| | | DK0060228559 | Tdc A/S | | E1000044939901RE | | | Sett. | 50 | 2015-03-11 | Buy | 09 | | EUR | TRADE | 13,387.00 | -9,598,212.00 | 1 | Trade not reg stored in F ness |
| | | DK0060228559 | Tdc A/S | | E1000044939901B | | | Sett. | 50 | 2015-03-11 | Sale | 09 | | EUR | TRADE | -13,387.00 | 95,982.12 | 1 | |
| | | DK0060228559 | Tdc A/S | | E1000044940701 | | | Sett. | 10 | 2015-03-11 | Sale | 09 | | EUR | TRADE | -500,000.00 | 3,584,900.00 | 1 | |
| | | DK0060228559 | Tdc A/S | | E1000044940501 | | | Sett. | 10 | 2015-03-11 | Sale | 09 | | EUR | TRADE | -486,613.00 | 3,488,917.88 | 1 | |
| | | DK0060228559 | Tdc A/S | | E1000044940301 | | | Sett. | 10 | 2015-03-11 | Sale | 09 | | EUR | TRADE | -500,000.00 | 3,584,900.00 | 1 | |
| | | DK0060228559 | Tdc A/S | | E1000044940101 | | | Sett. | 10 | 2015-03-11 | Sale | 09 | | EUR | TRADE | -500,000.00 | 3,584,900.00 | 1 | |
| | | DK0060228559 | Tdc A/S | | E1000044939901 | | | Sett. | 30 | 2015-03-11 | Sale | 09 | | EUR | TRADE | -13,387.00 | 9,598,212.00 | 1 | Trade not reg stored in F ness |
| | | | Total (2015-03-13) | | | | | | | | | | | | | -2,000,000.00 | 14,339,600.00 | 7 | |
| | 2015-03-17 | | | | | | | | | | | | | | | | | | |
| | | DK0010274414 | Danske Bank A/S | | E1000044229505 | | | Sett. | 10 | 2015-03-03 | Buy | 09 | | EUR | TRADE | 2,000,000.00 | -52,052,000.00 | 1 | |
| | | DK0010274414 | Danske Bank A/S | | E1000044252305 | | | Sett. | 10 | 2015-03-03 | Buy | 09 | | EUR | TRADE | 355,000.00 | -9,239,230.00 | 1 | |
| | | DK0010274414 | Danske Bank A/S | | e1000044354401 | | | Sett. | 10 | 2015-03-04 | Buy | 09 | | EUR | TRADE | 450,000.00 | -11,662,200.00 | 1 | |
| | | | Total (2015-03-17) | | | | | | | | | | | | | 2,805,000.00 | -72,953,430.00 | 3 | |
| | 2015-03-18 | | | | | | | | | | | | | | | | | | |
| | | DK0010274414 | Danske Bank A/S | | E1000045149901 | | | Sett. | 10 | 2015-03-02 | Buy | 09 | | EUR | TRADE | 2,000,000.00 | -52,052,000.00 | 1 | |
| | | | Total (2015-03-18) | | | | | | | | | | | | | 2,000,000.00 | -52,052,000.00 | 1 | |
| | 2015-03-19 | | | | | | | | | | | | | | | | | | |
| | | DK0010274414 | Danske Bank A/S | | E1000045294001 | | | Sett. | 50 | 2015-03-02 | Buy | 09 | | EUR | TRADE | 1,266,000.00 | -32,948,916.00 | 1 | |
| | | DK0060252690 | Pandora A/S | | E1000044276005 | | | Sett. | 10 | 2015-03-03 | Buy | 09 | | EUR | TRADE | 400,950.00 | -25,575,598.13 | 1 | |
| | | | Total (2015-03-19) | | | | | | | | | | | | | 1,666,950.00 | -58,524,514.13 | 2 | |
| | 2015-03-20 | | | | | | | | | | | | | | | | | | |
| | | DK0010274414 | Danske Bank A/S | | E1000045294401 | | | Sett. | 50 | 2015-03-02 | Buy | 09 | | EUR | TRADE | 629,000.00 | -16,370,354.00 | 1 | |
| | | DK0010274414 | Danske Bank A/S | | E1000045294201 | | | Sett. | 50 | 2015-03-02 | Buy | 09 | | EUR | TRADE | 105,000.00 | -2,732,730.00 | 1 | |
| | | | Total (2015-03-20) | | | | | | | | | | | | | 734,000.00 | -19,103,084.00 | 2 | |
| | 2015-03-23 | | | | | | | | | | | | | | | | | | |
| | | DK0010274414 | Danske Bank A/S | | E1000045389101 | | | Sett. | 10 | 2015-03-20 | Sale | 09 | | EUR | TRADE | -629,000.00 | 16,370,354.00 | 1 | |
| | | DK0010274414 | Danske Bank A/S | | E1000045388301 | | | Sett. | 10 | 2015-03-20 | Sale | 09 | | EUR | TRADE | -450,000.00 | 11,662,200.00 | 1 | |
| | | DK0010274414 | Danske Bank A/S | | E1000045388101 | | | Sett. | 10 | 2015-03-20 | Sale | 09 | | EUR | TRADE | -2,000,000.00 | 52,052,000.00 | 1 | |
| | | DK0010274414 | Danske Bank A/S | | E1000045388901 | | | Sett. | 10 | 2015-03-20 | Sale | 09 | | EUR | TRADE | -105,000.00 | 2,732,730.00 | 1 | |
| | | DK0010274414 | Danske Bank A/S | | E1000045388501 | | | Sett. | 10 | 2015-03-20 | Sale | 09 | | EUR | TRADE | -2,000,000.00 | 52,052,000.00 | 1 | |
| | | DK0010274414 | Danske Bank A/S | | E1000045388701 | | | Sett. | 10 | 2015-03-20 | Sale | 09 | | EUR | TRADE | -1,266,000.00 | 32,948,916.00 | 1 | |
| | | DK0060252690 | Pandora A/S | | E1000045389301 | | | Sett. | 50 | 2015-03-20 | Sale | 09 | | EUR | TRADE | -400,950.00 | 25,575,598.13 | 1 | |
| | | | Total (2015-03-23) | | | | | | | | | | | | | -6,850,950.00 | 193,393,798.13 | 7 | |
| | 2015-03-24 | | | | | | | | | | | | | | | | | | |
| | | DK0010274414 | Danske Bank A/S | | E1000045389501 | | | Sett. | 10 | 2015-03-20 | Sale | 09 | | EUR | TRADE | -355,000.00 | 9,239,230.00 | 1 | |
| | | | Total (2015-03-24) | | | | | | | | | | | | | -355,000.00 | 9,239,230.00 | 1 | |
| | 2015-03-31 | | | | | | | | | | | | | | | | | | |
| | | DK0010244508 | A.P. Møller - Mærsk A/S B Aktie | | E1000047520901 | | | Sett. | 10 | 2015-03-27 | Buy | 09 | | EUR | TRADE | 25,000.00 | -54,002,675.00 | 1 | |
| | | | Total (2015-03-31) | | | | | | | | | | | | | 25,000.00 | -54,002,675.00 | 1 | |
| | 2015-04-08 | | | | | | | | | | | | | | | | | | |
| | | DK0010244508 | A.P. Møller - Mærsk A/S B Aktie | | E1000048798001a | | | Sett. | 10 | 2015-04-01 | Sale | 09 | | EUR | TRADE | -2,500.00 | 4,907,500.00 | 1 | |
| | | DK0010244508 | A.P. Møller - Mærsk A/S B Aktie | | E1000048900701 | | | Sett. | 10 | 2015-04-07 | Sale | 09 | | EUR | TRADE | -25,000.00 | 49,650,000.00 | 1 | |
| | | | Total (2015-04-08) | | | | | | | | | | | | | -27,500.00 | 54,557,500.00 | 2 | |
| | Total (05295142806 ED&amp;F E1 73 Percent pool) | | | | | | | | | | | | | | | -2,500.00 | 554,825.00 | 43 | |
| Total | | | | | | | | | | | | | | | | -2,500.00 | 554,825.00 | 43 | |

| Historik settl - Depot-ISIN periode | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VP account No. | Settlement date - from/to | Currency | | | | | | | | | | | | | | |
| 2814 | Between 01-01-2012 and 31-12-2015 | eur | | | | | | | | | | | | | | |
| | | ISIN | Issue | Client ref. | SEB ref. / Local CSD ref. | Cprt. | Cprt. name | CSD Status text | CSD Settlement batch | Trade Date | Buy - Sale | CSK Status code | CSD Reason code | Currency | TransType | SHS/FMT | Cash Amount | No. of trades | SEB comments |
| 2814 ED&F E1 Main | | | | | | | | | | | | | | | | |
| 2014-07-29 | | | | | | | | | | | | | | | | |
| | | DK0060228559 | Tdc A/S | | E1000035152210 | | | Sett. | 50 | 2014-07-28 | Buy | 09 | | EUR | TRADE | 2,500,000.00 | -19,792,500.00 | 1 |
| | Total (2014-07-29) | | | | | | | | | | | | | | | 2,500,000.00 | -19,792,500.00 | 1 |
| 2014-07-30 | | | | | | | | | | | | | | | | |
| | | DK0060228559 | Tdc A/S | | E1000035290701 | | | Sett. | 50 | 2014-07-29 | Sale | 09 | | EUR | TRADE | -2 500 000.00 | 19 792 500.00 | 1 |
| | Total (2014-07-30) | | | | | | | | | | | | | | | -2,500,000.00 | 19,792,500.00 | 1 |
| 2014-08-08 | | | | | | | | | | | | | | | | |
| | | DK0060228559 | Tdc A/S | | E1000035429101 | | | Sett. | 10 | 2014-08-05 | Buy | 09 | | EUR | TRADE | 982,000.00 | -7,826,049.00 | 1 |
| | | DK0060228559 | Tdc A/S | | E1000035428801a | | | Sett. | 10 | 2014-08-04 | Buy | 09 | | EUR | TRADE | 1,500,000.00 | -12,127,500.00 | 1 |
| | Total (2014-08-08) | | | | | | | | | | | | | | | 2,482,000.00 | -19,953,549.00 | 2 |
| 2014-08-11 | | | | | | | | | | | | | | | | |
| | | DK0060228559 | Tdc A/S | | E1000035423301 | | | Sett. | 10 | 2014-07-15 | Buy | 09 | | EUR | TRADE | 2,245,000.00 | -17,396,505.00 | 1 |
| | | DK0060228559 | Tdc A/S | | e1000035528001 | | | Sett. | 50 | 2014-07-23 | Buy | 09 | | EUR | TRADE | 37,424.00 | -292,749.24 | 1 |
| | | DK0060228559 | Tdc A/S | | E100003548820 | | | Sett. | 10 | 2014-08-01 | Buy | 09 | | EUR | TRADE | 2,500,000.00 | -19,845,000.00 | 1 |
| | | DK0060228559 | Tdc A/S | | E1000035488901 | | | Sett. | 10 | 2014-07-31 | Buy | 09 | | EUR | TRADE | 500,000.00 | -4,042,500.00 | 1 |
| | | DK0060228559 | Tdc A/S | | E1000035335801 | | | Sett. | 10 | 2014-07-30 | Buy | 09 | | EUR | TRADE | 1,500,000.00 | -12,127,500.00 | 1 |
| | | DK0060228559 | Tdc A/S | | E1000035422901 | | | Sett. | 10 | 2014-07-15 | Buy | 09 | | EUR | TRADE | 2,750,000.00 | -21,309,750.00 | 1 |
| | Total (2014-08-11) | | | | | | | | | | | | | | | 9,532,424.00 | -75,014,004.24 | 6 |
| 2014-08-14 | | | | | | | | | | | | | | | | |
| | | DK0060228559 | Tdc A/S | | E1000035602701 | | | Sett. | 50 | 2014-08-13 | Sale | 09 | | EUR | TRADE | -500,000.00 | 4,042,500.00 | 1 |
| | | DK0060228559 | Tdc A/S | | E1000035602501 | | | Sett. | 50 | 2014-08-13 | Sale | 09 | | EUR | TRADE | -1,500,000.00 | 12,127,500.00 | 1 |
| | | DK0060228559 | Tdc A/S | | E1000035602001 | | | Sett. | 50 | 2014-08-13 | Sale | 09 | | EUR | TRADE | -37,424.00 | 292,749.24 | 1 |
| | | DK0060228559 | Tdc A/S | | e1000035601801 | | | Sett. | 50 | 2014-08-13 | Sale | 09 | | EUR | TRADE | -2,750,000.00 | 21,309,750.00 | 1 |
| | | DK0060228559 | Tdc A/S | | E1000035602201 | | | Sett. | 50 | 2014-08-13 | Sale | 09 | | EUR | TRADE | -2,500,000.00 | 19,845,000.00 | 1 |
| | | DK0060228559 | Tdc A/S | | E1000035626401 | | | Sett. | 50 | 2014-08-13 | Sale | 09 | | EUR | TRADE | -2,245,000.00 | 17,396,505.00 | 1 |
| | Total (2014-08-14) | | | | | | | | | | | | | | | -9,532,424.00 | 75,014,004.24 | 6 |
| 2014-08-15 | | | | | | | | | | | | | | | | |
| | | DK0060228559 | Tdc A/S | | E1000035628501A | | | Sett. | 50 | 2014-08-13 | Sale | 09 | | EUR | TRADE | -1,500,000.00 | 12,127,500.00 | 1 |
| | | DK0060228559 | Tdc A/S | | E1000035628901A | | | Sett. | 50 | 2014-08-13 | Sale | 09 | | EUR | TRADE | -982,000.00 | 7,826,049.00 | 1 |
| | Total (2014-08-15) | | | | | | | | | | | | | | | -2 482 000.00 | 19 953 549.00 | 2 |
| Total (05295142814 ED&amp;F E1 Main) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 18 |
| Total | | | | | | | | | | | | | | | | 0.00 | 0.00 | 18 |

CONFIDENTIAL                                                                 EUR                                                              SEB_00000093

| Historik settl - Depot-ISIN periode | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VP account No. 2822 | Settlement date - from/to Between 01-01-2012 and 31-12-2015 | Currency eur | | | | | | | | | | | | | |
| | | ISIN | Issue | Client ref. | SEB ref. / Local CSD ref. | Cprt. | Cprt. name | CSD Status text | CSD Settlement batch | Trade Date | Buy - Sale | CSK Status code | CSD Reason code | Currency | TransType | SHS/FMT | Cash Amount | No. of trades | SEB comments |
| 2822 ED&F R1 Main | | | | | | | | | | | | | | | |
| 2015-03-31 | | | | | | | | | | | | | | | |
| | | DK0010244508 | A.P. Møller - Mærsk A/S B Aktie | | E1000047927901 | | | Sett. | 10 | 2015-03-27 | Sale | 09 | | EUR | TRADE | -25,000.00 | 54,002,675.00 | 1 |
| | | Total (2015-03-31) | | | | | | | | | | | | | | -25,000.00 | 54,002,675.00 | 1 |
| 2015-04-01 | | | | | | | | | | | | | | | |
| | | DK0010244508 | A.P. Møller - Mærsk A/S B Aktie | | E1000047928101AB | | | Sett. | 50 | 2015-03-27 | Buy | 09 | | EUR | TRADE | 25 000.00 | -54 002 000.00 | 1 |
| | | DK0010244508 | A.P. Møller - Mærsk A/S B Aktie | | E1000048558701 | | | Sett. | 50 | 2015-03-30 | Buy | 09 | | EUR | TRADE | 1,250.00 | -2,746,250.00 | 1 |
| | | DK0010244508 | A.P. Møller - Mærsk A/S B Aktie | | E1000048558101A | | | Sett. | 50 | 2015-03-30 | Buy | 09 | | EUR | TRADE | 1,250.00 | -2,746,250.00 | 1 |
| | | Total (2015-04-01) | | | | | | | | | | | | | | 27,500.00 | -59,494,500.00 | 3 |
| 2015-04-08 | | | | | | | | | | | | | | | |
| | | DK0010244508 | A.P. Møller - Mærsk A/S B Aktie | | E1000048898501 | | | Sett. | 10 | 2015-04-07 | Sale | 09 | | EUR | TRADE | -25,000.00 | 49,650,620.75 | 1 |
| | | DK0010244508 | A.P. Møller - Mærsk A/S B Aktie | | E1000048906501 | | | Sett. | 10 | 2015-04-07 | Buy | 09 | | EUR | TRADE | 25,000.00 | -49,650,000.00 | 1 |
| | | Total (2015-04-08) | | | | | | | | | | | | | | | 620.75 | 2 |
| | | | | | | | | | | | | | | | | 2,500.00 | -5,491,204.25 | 6 |
| Total | | | | | | | | | | | | | | | | 2 500.00 | -5 491 204.25 | 6 |

CONFIDENTIAL    EUR    SEB_00000093

**Historik settl - Depot-ISIN periode**

| VP account No. | Settlement date - from/to | Currency |
|---|---|---|
| ▇▇▇2830 | Between 01-01-2012 and 31-12-2020 | eur |

No records in list.