

**ED&F MAN**

### E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, ACORN CAPITAL STRATEGIES LLC EMPLOYEE PENSION PROFIT SHARING PLAN & TRUST – 6 Noble Lane, Green Brook, New Jersey, 08812-2074, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 06th December 2013 |
| Record Date: | 10th December 2013 |
| Pay Date: | 11th December 2013 |
| Quantity: | 1,800,000 Shares |
| Gross Div Rate: | DKK 7.00 |
| Amount Received: | DKK 9,198,000.00 |
| WHT Suffered: | DKK 3,402,000.00 |
| WHT %: | 27% |

| | |
|---|---|
| Agent/Cust Bank: | J.P.Morgan Chase Bank N.A. London |
| Paid into Account: | ED&F Man Capital Markets Ltd |
| Account Number: | 41018467 |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to ACORN CAPITAL STRATEGIES LLC EMPLOYEE PENSION PROFIT SHARING PLAN & TRUST. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORIES.

Christina MacKinnon

Verrona Browne

Head of Securities Operations

Chief Operating Officer

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00044966



ED&F
MAN

E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN – Suite 309, 75 Claremont Road, Bernardsville, New Jersey, 07924, United States of America, was holding the below security over the dividend date.

Security Description:      Coloplast A/S
ISIN:                      DK0060448595
SEDOL:                     B8FMRX8
Ex Date:                   06th December 2013
Record Date:               10th December 2013
Pay Date:                  11th December 2013
Quantity:                  500,000 Shares
Gross Div Rate:            DKK 7.00
Amount Received:           DKK 2,555,000.00
WHT Suffered:              DKK 945,000.00
WHT %:                     27%

Agent/Cust Bank:           J.P.Morgan Chase Bank N.A London
Paid into Account:         ED&F Man Capital Markets Ltd
Account Number:            41018467

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORIES.

Christina MacKinnon                        Verrona Browne

Head of Securities Operations              Chief Operating Officer

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00044985

# Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 05 December 2013 15:32 |
| **To:** | Stacey Kaminer; Mina, Sara (LDN) |
| **Cc:** | 10 AG; Foster, Victoria (LDN) |
| **Subject:** | RE: Liquidity request |
| **Attachments:** | ED&F05122013DFHs.pdf; 500,000 COLOB DC CONFIRM (ICBC please) |

Confirms attached.

Thanks

-----Original Message-----
From: Stacey Kaminer [mailto:SK@acerinvest.com]
Sent: 05 December 2013 14:17
To: Mina, Sara (LDN); Bottomley, Oliver (LDN)
Cc: 10 AG
Subject: Liquidity request

AIGPP is looking to buy 500,000 shares of Colob, ISIN DK0060448595, at a price of 354.90 Danish kroner and sell the cash Bclear future December expiry, symbol DFD, at a price of 348.6153 Danish kroner. All settlements to be T+4. Can you provide liquidity for the equity purchase?  For the future I hear MAREX might have liquidity.

Best,

Stacey

Sent from my iPhone
This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at https://protect-eu.mimecast.com/s/KtwaCpZQjTlxVWfPBBg4?domain=edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at https://protect-eu.mimecast.com/s/nBB-CqQYkC47E3iX83RC?domain=fca.org.uk. Member of the LSE.

CONFIDENTIAL

ED&F-00044986

Marex Financial Limited
155 Bishopsgate
London EC2M 3TQ
Tel: +44 207 655 6000
www.marexspectron.com



## Futures Confirmation

| | |
|---|---|
| **Trade Reference:** | ED&F05122013DFHs |
| **Client:** | ED&F Man Capital Markets |
| **Futures Account:** | BPS MCMEQT |
| **Trader:** | Olivier Bottomley |
| **Trade Date:** | 05 December 2013 |

| CONTRACT | EXCHANGE | CONTRACT TYPE | EXPIRY | BUY/SELL | NO. OF LOTS | UNDERLYING | FUTURES PRICE |
|---|---|---|---|---|---|---|---|
| DFH | Bclear | Physical | 20-Dec-13 | SELL | 4,750 | COLOB DC | DKK 348.6200 |
| DFH | Bclear | Physical | 20-Dec-13 | SELL | 250 | COLOB DC | DKK 348.6100 |

**Brokerage:**          DKK 0.00

## ADDITIONAL NOTES:

This confirmation shall, in the absence of manifest error, be conclusive and binding on you, unless we receive from you, an objection in writing within 24 hours to efs@marexspectron.com or by calling us on (+44) 207 650 4496, failing which your trade confirmation shall be deemed correct and conforming with your own records. Times of trades and venue of execution are available on request.

Marex Financial Limited is a wholly owned subsidiary of Marex Spectron Group Limited, and is authorized and regulated by the Financial Services Authority (FSA number 442767 ) with its registered address at 155 Bishopsgate, London, EC2M 3TQ (registered number 5613061 and VAT registration no. GB 872 8106 13 ).

To read our full terms and conditions, please visit www.marexspectron.com.

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Schofield, Paul (LDN) <pschofield@edfmancapital.com> |
| **Sent:** | 05 December 2013 14:51 |
| **To:** | Bottomley, Oliver (LDN) |
| **Cc:** | Liddard, Ross (LDN); Regan, Paul (LDN); Schofield, Paul (LDN) |
| **Subject:** | 500,000 COLOB DC CONFIRM (ICBC please) |

Hi,

To confirm ED&F MCM BUY the following:

500,000 COLOB DC (DK0060448595) @ DKK 354.90 (DKK 354.90444 net)

Trade date 05-Dec
Value date 11-Dec

Thanks,
Paul

Paul Schofield
Senior Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7637
Mob: +44 (0)7810 543272

CONFIDENTIAL                                         ED&F-00044988

**Charlotte Woodward**

| | |
|---|---|
| **From:** | PAUL SCHOFIELD <pschofield@edfmancapital.com> |
| **Sent:** | 05 December 2013 14:51 |
| **Subject:** | Bloomberg: 1,500,000 COLOB DC CONFIRM |

Greeting: Equity Finance Desk: 0203 580 7637 Mob: 07810 543272

Hi,

To confirm MITSUBISHI SELL the following:

1,000,000 COLOB DC (DK0060448595) @ DKK 354.90

Trade date 05-Dec
Value date 11-Dec

SHAPES: 350,000 / 485,000 / 442,000 / 223,000 / 500,000

Thanks,
P

**Sent By** :

🅱 **PAUL SCHOFIELD**, pschofield@edfmancapital.com, PSCHOFIELD9@Bloomberg.net, E D & F MAN CAPITAL

**Recipients** :

🅱 **RIZWAN ALI**, ALIR@Bloomberg.net, MITSUBISHI UFJ SECUR

**Disclaimers** :

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 4416 | 2013-12-06 11:54:46 AM (EST)

CONFIDENTIAL                                                                    ED&F-00044989

## Details (38)

Show Groups                                              System Default

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//FFC100CMDA001 |
| 3 | 23G | NEWM |
| 4 | 98C | :PREP//20131231016513 |
| 5 | 16R | LINK |
| 6 | 13A | :LINK//541 |
| 7 | 20C | :RELA//E100002551600I |
| 8 | 16S | LINK |
| 9 | 16S | GENL |
| 10 | 16R | TRADDET |
| 11 | 98A | :TRAD//20131206 |
| 12 | 98A | :ESET//20131231 |
| 13 | 35B | ISIN DK0060045616 |
| 14 | 70D | COLOPLAST B |
| 15 | 16S | TRADDET |
| 16 | 16R | FIAC |
| 17 | 36B | :ESTT//UNIT/500000, |
| 18 | 97A | :SAFE//43399000100007769B3F |
| 19 | 97A | :CASH//43FS000010000724796K |
| 20 | 94F | :SAFE//CUST/NDEADNMXXX |
| 21 | 16S | FIAC |
| 22 | 16R | SETDET |
| 23 | 22F | :SETR//TRAD |
| 24 | 16R | SETPRTY |
| 25 | 95P | :DEAG//NDEADKKKXXX |
| 26 | 16S | SETPRTY |
| 27 | 16R | SETPRTY |
| 28 | 95P | :SELL//OTNG5ZUXXX |
| 29 | 97A | :SAFE//DE00010056654Z22 |
| 30 | 16S | SETPRTY |
| 31 | 16R | SETPRTY |
| 32 | 95P | :PSET//VPDKCXXXXXXX |
| 33 | 16S | SETPRTY |
| 34 | 16R | AMT |
| 35 | 19A | :ESTT//DKK17796ZZ0, |
| 36 | 98A | :VALU//20131231 |
| 37 | 16S | AMT |
| 38 | 16S | SETDET |

CONFIDENTIAL  ED&F-00044991

# Account Equity

| ED&F Man Capital Markets Ltd | Account Number: CC:AMERIC-INVGR |
|---|---|
| 3 London Bridge Street | Account Name  : American Investment Group of NY |
| London SE1 9SG | Date          : 06-12-2013 |
| United Kingdom | Currency      : USD |

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Var Margin | 1,145,250.00 Dr | 0.18372221 | 210,407.86 Dr | 1,145,250.00 Dr | 0.18372221 | 210,407.86 Dr |
| DKK Cash | 177,452,220.00 Dr | 0.18372221 | 32,601,914.03 Dr | 0.00 Dr | 0.18372221 | 0.00 Dr |
| EUR Cash | 81,180.96 Cr | 1.37060000 | 111,266.62 Cr | 81,180.96 Cr | 1.37060000 | 111,266.62 Cr |
| EUR SEG CASH A | 100,000.00 Cr | 1.37060000 | 137,060.00 Cr | 100,000.00 Cr | 1.37060000 | 137,060.00 Cr |
| USD Cash | 9,084,241.35 Dr | 1.00000000 | 9,084,241.35 Dr | 9,084,241.35 Dr | 1.00000000 | 9,084,241.35 Dr |
| USD SEG CASH A | 201,953.00 Cr | 1.00000000 | 201,953.00 Cr | 201,953.00 Cr | 1.00000000 | 201,953.00 Cr |
| | | | 41,446,283.62 Dr | | | 8,844,389.59 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| COLOB DC | COLOPLAST-B | C | 500,000.00 Lg | 354.9044 | 350.9000 | 177,452,220.00 Dr | 175,450,000.00 Cr | 2,002,220.00 Dr | DKK |
| | | | | | Totals: | 177,452,220.00 Dr | 175,450,000.00 Cr | 2,002,220.00 Dr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| VEON US | VEON LTD | C | 684,000.00 Lg | 12.9902 | 12.0600 | 8,885,269.44 Cr | 8,249,040.00 Cr | 636,229.44 Dr | USD |
| | | | | | Totals: | 8,885,269.44 Dr | 8,249,040.00 Cr | 636,229.44 Dr | |

## Trade Date Positions (OTC-OPTIONS) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| TLM CN | TALISMAN ENERGY INC | C | 32,174.00 Sh | 10.7625 | | 34,627,267.50 Cr | 0.00 Cr | 0.00 Cr | USD |
| TLM CN | TALISMAN ENERGY INC | C | 32,174.00 Lg | 10.9374 | | 35,189,862.06 Dr | 0.00 Cr | 0.00 Cr | USD |
| TLM CN | TALISMAN ENERGY INC | C | 31,884.00 Lg | 12.1758 | | 38,821,161.30 Dr | 0.00 Cr | 0.00 Cr | USD |
| TLM CN | TALISMAN ENERGY INC | C | 31,884.00 Sh | 11.9325 | | 38,045,583.00 Cr | 0.00 Cr | 0.00 Cr | USD |
| | | | | | Totals: | 1,338,172.86 Dr | 0.00 Cr | 0.00 Cr | |

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| DFH20DEC | DFH20DEC2013BCLEAR | 5,000.00 Sh | 348.6195 | 350.9100 | 174,309,750.00 Cr | 175,455,000.00 Dr | 1,145,250.00 Dr | DKK |
| | | | | | 174,309,750.00 Cr | 175,455,000.00 Dr | 1,145,250.00 Dr | DKK |

CONFIDENTIAL

ED&F-00044992

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number : CC:AMERIC-INVGR
Account Name   : American Investment Group of NY
Date           : 06-12-2013
Currency       : USD

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|----------|----------|------|-----|----------|-------|-----------|----------|-----|
| 05-12-13 | 11-12-13 | Normal | BUY | 500,000.00 | COLOB DC | 354.9044 | 177,452,220.00 Dr | DKK |

## Equity Swaps

| Tick | Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity | D | Open Price | Notional | Cur | Market Price | MTM Valuation Reset | Next | Rate Description | Rate | Accrued Financing |
|------|-----|-----------------|---------|-------------------|----------|---|------------|----------|-----|--------------|--------------------|------|------------------|------|-------------------|
| | 172560 | 12-11-13 15-11-13 | | VEON US VEON LTD | 684,000 | S | 12.9900 | 8,885,160 | USD | 12.0600 | 636,120 | | Fixed | 0.0000 | |

## Account Summary

| Item | Amount (USD) |
|------|--------------|
| Value of opening currency balance | 166,752,047.91 Dr |
| Value of trades settling today | 157,227,906.14 Dr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 679,772.18 Cr |
| **Value of closing currency balance(s)** | **8,844,369.59 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 32,601,914.03 Dr |
| **Trade Date Cash Balance** | **41,446,283.62 Dr** |
| Market Value of Positions | 40,483,101.74 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 636,120.00 Cr |
| **Preliminary Account Value** | **327,061.88 Dr** |

## Margin Summary

CONFIDENTIAL

ED&F-00044993

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : American Investment Group of NY
Date          : 06-12-2013
Currency      : USD

### Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|-----|--------------|--------|------------|------------|----------|-------------------|---------------|-----|
| 46564 | Required maintenance call | Issued | 03-12-2013 | 03-12-2013 | 06-12-2013 | 1,326,840.26 | 1,326,840.26 | USD |
| 46907 | Required maintenance call | Issued | 03-12-2013 | 03-12-2013 | 06-12-2013 | 1,326,840.26 | 1,326,840.26 | USD |
| 47126 | Required maintenance call | Issued | 04-12-2013 | 04-12-2013 | 09-12-2013 | 3,213,109.63 | 3,213,109.63 | USD |
| 47509 | Required maintenance call | Issued | 04-12-2013 | 04-12-2013 | 09-12-2013 | 3,213,109.63 | 3,213,109.63 | USD |
| | | | | | | 9,079,899.78 | 9,079,899.78 | |

## Total Account Value                    327,061.88 Dr

### Financing Summary

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |

### Missing Market Prices

| Asset | Cur | Product | Description |
|-------|-----|---------|-------------|
| TLM CN | USD | OTC-OP | TALISMAN ENERGY INC |

CONFIDENTIAL
ED&F-00044994



## Coloplast A/S                                                                    COLOB DC

| ISIN: DK0060448595 | | SEDOL: B8FMRX8 | | | COUNTRY: DK | | |
| EX DATE: 06/12/2013 | REC DATE: 10/12/2013 | | PAY DATE: 11/12/2013 | | | | |
| CCY: DKK | GROSS RATE: 7.00 | | FEE: 0.00 | | | | |

## AGENT POSITIONS                                                    JOURNAL NUMBER  223828

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | WGHTING % | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| CC-SVHOLD-SVHOL | · SV Holdings LLC Retirement Plan | 73% | 537,116 | | 100.00% | 2,744,662.76 | | | |
| CC-CUBXBE-00000 | Cubix Managers Limited Partnerships | 73% | 500,000 | | 100.00% | 2,555,000.00 | | | |
| 778S23F | BNP Paribas Depot | 73% | | -1,037,116 | 100.00% | | -5,299,662.76 | | |
| CC-ACORNO-CAPST | · ACORN CAPITAL STRATEGIES LLC EMPLOYEE PENSION PROFIT S | 73% | 500,000 | | 100.00% | 2,555,000.00 | | | |
| CC-ACORNO-CAPST | ACORN CAPITAL STRATEGIES LLC EMPLOYEE PENSION PROFIT S | 73% | 500,000 | | 100.00% | 2,555,000.00 | | | |
| CC-ACORNO-CAPST | ACORN CAPITAL STRATEGIES LLC EMPLOYEE PENSION PROFIT S | 73% | 300,000 | | 100.00% | 1,533,000.00 | | | |
| CC-ACORNO-CAPST | ACORN CAPITAL STRATEGIES LLC EMPLOYEE PENSION PROFIT S | 73% | 500,000 | | 100.00% | 2,555,000.00 | | | |
| SB-RISKPR-ICBCO | Equity Finance Vs IOB (ICBC) | 73% | | -500,000 | 100.00% | | 2,555,000.00 | YES | |
| SB-RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -500,000 | 100.00% | | 2,555,000.00 | YES | |
| SB-RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -300,000 | 100.00% | | -1,533,000.00 | YES | |
| SB-RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -500,000 | 100.00% | | -2,555,000.00 | YES | |
| CC-AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L P PENSION PLAN | 73% | 500,000 | | 100.00% | 2,555,000.00 | | | |
| SB-RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -500,000 | 100.00% | | -2,555,000.00 | YES | |
| CC-BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 442,000 | | 100.00% | 2,258,620.00 | | | |
| SB-RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -442,000 | 100.00% | | -2,258,620.00 | YES | |
| CC-CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 250,000 | | 100.00% | 1,277,500.00 | | | |
| CC-CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 250,000 | | 100.00% | 1,277,500.00 | | | |
| CC-CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 500,000 | | 100.00% | 2,555,000.00 | | | |
| CC-CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 500,000 | | 100.00% | 2,555,000.00 | | | |
| CC-CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 130,000 | | 100.00% | 664,300.00 | | | |
| CC-CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 170,000 | | 100.00% | 868,700.00 | | | |
| CC-CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 200,000 | | 100.00% | 1,022,000.00 | | | |
| SB-VOLCAF-ICBCO | Volcafe Limited - ICBC | 73% | | -250,000 | 100.00% | | -1,277,500.00 | YES | |
| SB-VOLCAF-ICBCO | Volcafe Limited - ICBC | 73% | | -250,000 | 100.00% | | -1,277,500.00 | YES | |
| SB-RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -500,000 | 100.00% | | -2,555,000.00 | YES | |
| SB-RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -500,000 | 100.00% | | -2,555,000.00 | YES | |
| SB-IDBEDF-IDBED | Equity Finance Vs IOB (IDB_BNP) | 73% | | -130,000 | 100.00% | | -664,300.00 | YES | |
| SB-IDBEDF-IDBED | Equity Finance Vs IDB (IDB_BNP) | 73% | | -170,000 | 100.00% | | -868,700.00 | YES | |
| SB-IDBEDF-IDBED | Equity Finance Vs IDB (IDB_BNP) | 73% | | -200,000 | 100.00% | | -1,022,000.00 | YES | |
| CC-CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 350,000 | | 100.00% | 1,788,500.00 | | | |
| SB-RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -350,000 | 100.00% | | -1,788,500.00 | YES | |
| CC-CTTCHO-00000 | Central Technologies Pensions Group Trust | 73% | 485,000 | | 100.00% | 2,478,350.00 | | | |
| SB-RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -485,000 | 100.00% | | -2,478,350.00 | YES | |

CONFIDENTIAL                                                        ED&F-00044995

223827 - 01

| Client Account | Client Name | DIV% | Long Hldng | Short Hldng | WGHTNG% | Payable | Receivable | Claim? |
|---|---|---|---|---|---|---|---|---|
| CC:FDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | 250,000 | 100.00% | | -1,277,500.00 | |
| CC:FDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | 250,000 | 100.00% | | -1,277,500.00 | |
| CC:FDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | 250,000 | 100.00% | | -1,277,500.00 | |
| CC:LDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -250,000 | 100.00% | | -1,277,500.00 | |
| SB:VOLCAF-ICBCO | Volcafe Limited - ICBC | 73% | 250,000 | | 100.00% | 1,277,500.00 | | YES |
| SB:VOLCAF-ICBCO | Volcafe Limited - ICBC | 73% | 250,000 | | 100.00% | 1,277,500.00 | | YES |
| SB:VOLCAF-ICBCO | Volcafe Limited - ICBC | 73% | 250,000 | | 100.00% | 1,277,500.00 | | YES |
| SB:VOLCAF-ICBCO | Volcafe Limited - ICBC | 73% | 250,000 | | 100.00% | 1,277,500.00 | | YES |
| CC:HAMLYN-LLP00 | HAMLYN LP | 73% | 250,000 | | 100.00% | 1,277,500.00 | | |
| CC:HAMLYN-LLP00 | HAMLYN LP | 73% | 250,000 | | 100.00% | 1,277,500.00 | | |
| SB:VOLCAF-ICBCO | Volcafe Limited - ICBC | 73% | | 250,000 | 100.00% | | -1,277,500.00 | YES |
| SB:VOLCAF-ICBCO | Volcafe Limited - ICBC | 73% | | 250,000 | 100.00% | | -1,277,500.00 | YES |
| CC:TEWLLC-TEWO0 | Tew Enterprises LLC Retirement Plan | 73% | 223,000 | | 100.00% | 1,139,530.00 | | |
| SB:BISKPR-ICBC0 | Equity Finance Vs IDB (ICBC) | 73% | | -223,000 | 100.00% | | -1,139,530.00 | YES |
| | | TOTALS | 8,337,116 | -8,337,116 | TOTALS | 42,602,662.76 | -42,602,662.76 | |

# SECURITIES LENDING POSITIONS

JOURNAL NUMBER 223830

| Client Account | Client Name | DIV% | Long Hldng | Short Hldng | WGHTNG% | Payable | Receivable | Claim? | Net Stk Loan Amnt | Pymnt W/D | Pymnt Jrnl No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BR:MAPLEO-UKLTD | Maple Securities UK Ltd | 85% | 287,116 | | 100.00% | 1,708,340.20 | | YES | | 13/12 | 223838 |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 100% | 549,100 | | 100.00% | 3,843,700.00 | | | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 312,000 | | 100.00% | 2,184,000.00 | | | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 100% | 27,200 | | 100.00% | 190,400.00 | | | | | |
| CC:POLLEN-FUNDO | POLLEN FUND LIMITED | 100% | 9,166,000 | | 100.00% | 64,162,000.00 | | | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 100% | 62,184 | | 100.00% | 435,288.00 | | | | | |
| CC:TEWLLC-TEWO0 | Tew Enterprises LLC Retirement Plan | 100% | 588,500 | | 100.00% | 4,119,500.00 | | | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | | -2,773,512 | 100.00% | | -19,414,584.00 | | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 85% | | -74,388 | 100.00% | | -442,608.60 | | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 100% | | -2,592,663 | 100.00% | | -18,148,641.00 | | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 85% | | -69,537 | 100.00% | | -413,745.15 | | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 100% | | -2,730,564 | 100.00% | | -19,113,948.00 | | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 85% | | -73,236 | 100.00% | | -435,754.20 | | | | |
| CC:TEWLPO-TEWLP | Tew LP Retirement Plan | 100% | | -2,608,245 | 100.00% | | -18,257,715.00 | | | | |
| CC:TEWLPO-TEWLP | Tew LP Retirement Plan | 85% | | -69,955 | 100.00% | | -416,232.25 | | | | |
| | | TOTALS | 10,992,100 | -10,992,100 | TOTALS | 76,643,228.20 | -76,643,228.20 | | | | |

| PREPARED: | DESK SIGN OFF: | OPS MANAGER SIGN OFF: |
|---|---|---|
| AGENT CASH RECEIVED | CLAIMS PAID | JOURNAL NUMBERS UPDATED | DATE 13/12/13 | FILE CLOSED / CLOSER: |

CONFIDENTIAL

ED&F-00044996

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Meade, Michael (LDN) <mmeade@edfmancapital.com> |
| **Sent:** | 11 December 2013 13:03 |
| **To:** | Lucy.Doyle@int.sc.mufg.jp; David.Tillings@int.sc.mufg.jp; operations.equityas@int.sc.mufg.jp |
| **Cc:** | LDN-EQUITYASSETSERVICING-DL |
| **Subject:** | DK0060448595 - Coloplast A/S - P/D 11/12/2013 - Dividend due to ED&F Man Capital Markets |
| **Attachments:** | COLOB DC.xlsx |

Hi All,

We are claiming the below dividend due to cum dividend trades settling after the dividend record date. Please see event details below:

| | |
|---|---|
| SECURITY | Coloplast A/S |
| ISIN | DK0060448595 |
| REC DATE | 10/11/2013 |
| PAY DATE | 11/12/2013 |
| GROSS DIV RATE | 7.00 |
| CURRENCY | DKK |
| TAX RATE | 27% |

Attached is a breakdown of the trades involved. The transaction status is from ED&F Man Capital Markets' perspective, so these are your sales.

Total amount claimed is DKK 24,528,000.00.

If you are in agreement, please make payment to the below account and kindly confirm back with the payment value date:

| | |
|---|---|
| Correspondent Bank: | Nordea Bank, Denmark |
| Correspondent SWIFT: | NDEADKKK |
| Beneficiary Bank: | JP Morgan Chase Bank, NA London |
| Beneficiary Bank SWIFT: | CHASGB2L |
| Final Beneficiary: | ED&F Man Capital Market Ltd |
| Final BeneficiaryAccount: | GB31CHAS60924241018467 |

If you require any more information please let me know.

Regards,

**Michael Meade**
Asset Services



Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7240
Group: +44 (0)20 3580 7234
Email: mmeade@edfmancapital.com
Group: LDN-EQUITYASSETSERVICING@edfmancapital.com

CONFIDENTIAL

ED&F-00044997

| Account Name | Tran | Quantity | Trd Dt | BK Settle Dt | Entry Dt |
|---|---|---|---|---|---|
| Mitsubishi UFJ Securities International plc | BUY | -500,000 | 05/12/2013 | 11/12/2013 | 05/12/2013 |
| Mitsubishi UFJ Securities International plc | BUY | -500,000 | 05/12/2013 | 11/12/2013 | 05/12/2013 |
| Mitsubishi UFJ Securities International plc | BUY | -500,000 | 05/12/2013 | 11/12/2013 | 05/12/2013 |
| Mitsubishi UFJ Securities International plc | BUY | -500,000 | 05/12/2013 | 11/12/2013 | 05/12/2013 |
| Mitsubishi UFJ Securities International plc | BUY | -500,000 | 05/12/2013 | 11/12/2013 | 05/12/2013 |
| Mitsubishi UFJ Securities International plc | BUY | -500,000 | 05/12/2013 | 11/12/2013 | 05/12/2013 |
| Mitsubishi UFJ Securities International plc | BUY | -485,000 | 05/12/2013 | 11/12/2013 | 05/12/2013 |
| Mitsubishi UFJ Securities International plc | BUY | -442,000 | 05/12/2013 | 11/12/2013 | 05/12/2013 |
| Mitsubishi UFJ Securities International plc | BUY | -350,000 | 05/12/2013 | 11/12/2013 | 05/12/2013 |
| Mitsubishi UFJ Securities International plc | BUY | -300,000 | 05/12/2013 | 11/12/2013 | 05/12/2013 |
| Mitsubishi UFJ Securities International plc | BUY | -223,000 | 05/12/2013 | 11/12/2013 | 05/12/2013 |

CONFIDENTIAL

ED&F-00044998

**Charlotte Woodward**

| | |
|---|---|
| **From:** | David Tillings <David.Tillings@int.sc.mufg.jp> |
| **Sent:** | 11 December 2013 14:44 |
| **To:** | 'Meade, Michael (LDN)'; OPS - Equity Asset Servicing |
| **Cc:** | LDN-EQUITYASSETSERVICING-DL |
| **Subject:** | RE: DK0060448595 - Coloplast A/S - P/D 11/12/2013 - Dividend due to ED&F Man Capital Markets |

Hi,

Paid for value 12/12.

Regards

Regards

**Dave Tillings**
Asset Servicing and Custody Operations

Direct Line:     +44 207 577 2653
Fax:             +44 207 577 2875

**www.int.sc.mufg.jp**

**Mitsubishi UFJ Securities International plc**
Ropemaker Place, 25 Ropemaker Street
London EC2Y 9AJ

---

**From:** Meade, Michael (LDN) [mailto:mmeade@edfmancapital.com]
**Sent:** 11 December 2013 13:03
**To:** Lucy Doyle; David Tillings; OPS - Equity Asset Servicing
**Cc:** LDN-EQUITYASSETSERVICING-DL
**Subject:** DK0060448595 - Coloplast A/S - P/D 11/12/2013 - Dividend due to ED&F Man Capital Markets

Hi All,

We are claiming the below dividend due to cum dividend trades settling after the dividend record date. Please see event details below:

| | |
|---|---|
| SECURITY | Coloplast A/S |
| ISIN | DK0060448595 |
| REC DATE | 10/11/2013 |
| PAY DATE | 11/12/2013 |
| GROSS DIV RATE | 7.00 |
| CURRENCY | DKK |
| TAX RATE | 27% |

Attached is a breakdown of the trades involved. The transaction status is from ED&F Man Capital Markets' perspective, so these are your sales.

Total amount claimed is DKK 24,528,000.00.

If you are in agreement, please make payment to the below account and kindly confirm back with the payment value date:

Correspondent Bank:     Nordea Bank, Denmark

CONFIDENTIAL                                                          ED&F-00044999

| | |
|---|---|
| Beneficiary Bank: | JP Morgan Chase Bank, NA London |
| Beneficiary Bank SWIFT: | CHASGB2L |
| Final Beneficiary: | ED&F Man Capital Market Ltd |
| Final BeneficiaryAccount: | GB31CHAS60924241018467 |

If you require any more information please let me know.

Regards,

**Michael Meade**
Asset Services

   Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7240
Group: +44 (0)20 3580 7234
Email:  mmeade@edfmancapital.com
Group: LDN-EQUITYASSETSERVICING@edfmancapital.com

Click here to report this email as spam.

Mitsubishi UFJ Securities International plc ("MUSI") is registered in England, company number 1698498, registered office at Ropemaker Place, 25 Ropemaker Street, London, EC2Y 9AJ, and is part of the Mitsubishi UFJ Financial Group. MUSI is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ("FCA") and Prudential Regulation Authority ("PRA") in the UK. This email and any attachments may be confidential. If it was sent to you in error, you must not copy, duplicate, distribute or take any action in reliance on it . Please contact the sender if you believe you have received this email in error and delete it and any attachments. Unless expressly indicated, information sent to you is not to be construed as an offer or solicitation to buy or sell any security, instrument, investment, financial product or an official confirmation of any transaction. The information in or attached to this email may not be accurate or complete. This email or information is not to be viewed as a 'personal recommendation' within the meaning of the FCA rules. MUSI or any affiliated company may have an interest, position, or affect transactions, in any investment mentioned . Any opinions expressed are solely those of the author and are subject to change without notice. Neither MUSI nor any of its affiliates accept any liability whatsoever for any direct or consequential loss arising from any use of information or material contained in any electronic communication.

CONFIDENTIAL   ED&F-00045000