



guration
Account Master
Treasury
Retrieve By:
Journal ID
Origin
System
As Of Date
13-12-2013
Entry Date
13-12-2013
As of Post Date
13-12-2013
Post Date
13-12-2013
Type
User Adjustment
Source
ORG
Origin
User
Reverse ID
(None)
Status
Posted
DC - PD 11-12-2013
DC - PD 11-12-2013
Reversal Type
Never
Reverse Status
Not Applicable
al ID
Ancestor ID
Reverse Date
13-12-2013
Copy Journal
Delete Journal
Post
Unpost
Set Rev Info
Add Reversal
Audit Trail Information
Authorization
Country
Cur
Amount
Account ID
Account Name
Layer
Invt Type
(None) DKK 2,555,000.0000 Cr CC:AMERIC--INVGR American Investment Group of NY LP Pension Plan Cash Unclassified Inventory Type

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Bluegrass Retirement Group Trust – 910 Aiken Road, Versailles, Kentucky, 40383, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 06th December 2013 |
| Record Date: | 10th December 2013 |
| Pay Date: | 11th December 2013 |
| Quantity: | 442,000 Shares |
| Gross Div Rate: | DKK 7.00 |
| Amount Received: | DKK 2,258,620.00 |
| WHT Suffered: | DKK 835,380.00 |
| WHT %: | 27% |

| | |
|---|---|
| Agent/Cust Bank: | J.P.Morgan Chase Bank N.A. London |
| Paid into Account: | ED&F Man Capital Markets Ltd |
| Account Number: | 41018467 |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Bluegrass Retirement Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORIES

| Christina MacKinnon | Verrona Browne |
|---|---|
| [signature] | [signature] |
| Head of Securities Operations | Chief Operating Officer |

Cottons Centre
Hay's Lane
London SE1 2QE

Telephone: +44 (0)20 7089 8000

Regulated by the Financial Services Authority
Registered in England No 1292851



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Cambridge Way LLC 401K Profit Sharing Plan – Suite 309, 35 Cambridge Way, Weehawken, New Jersey, 07086, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 06th December 2013 |
| Record Date: | 10th December 2013 |
| Pay Date: | 11th December 2013 |
| Quantity: | 2,000,000 Shares |
| Gross Div Rate: | DKK 7.00 |
| Amount Received: | DKK 10,220,000.00 |
| WHT Suffered: | DKK 3,780,000.00 |
| WHT %: | 27% |

| | |
|---|---|
| Agent/Cust Bank: | J.P.Morgan Chase Bank N.A. London |
| Paid into Account: | ED&F Man Capital Markets Ltd |
| Account Number: | 41018467 |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Cambridge Way LLC 401K Profit Sharing Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORIES.

| | |
|---|---|
| Christina MacKinnon | Veronna Browne |
| Head of Securities Operations | Chief Operating Officer |

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL ED&F-00045042



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Casting Pensions Group Trust – 910 Aiken Road, Versailles, Kentucky, 40383, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 06th December 2013 |
| Record Date: | 10th December 2013 |
| Pay Date: | 11th December 2013 |
| Quantity: | 350,000 Shares |
| Gross Div Rate: | DKK 7.00 |
| Amount Received: | DKK 1,788,500.00 |
| WHT Suffered: | DKK 661,500.00 |
| WHT %: | 27% |

| | |
|---|---|
| Agent/Cust Bank: | J.P.Morgan Chase Bank N.A. London |
| Paid into Account: | ED&F Man Capital Markets Ltd |
| Account Number: | 41018467 |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Casting Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORIES

| | |
|---|---|
| Christina MacKinnon | Verrona Browne |
| C. MacKinnon | [signature] |
| Head of Securities Operations | Chief Operating Officer |



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Central Technologies Pensions Group Trust – 910 Aiken Road, Versailles, Kentucky, 40383, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 06th December 2013 |
| Record Date: | 10th December 2013 |
| Pay Date: | 11th December 2013 |
| Quantity: | 485,000 Shares |
| Gross Div Rate: | DKK 7.00 |
| Amount Received: | DKK 2,478,350.00 |
| WHT Suffered: | DKK 916,650.00 |
| WHT %: | 27% |
| Agent/Cust Bank: | J.P.Morgan Chase Bank N.A. London |
| Paid into Account: | ED&F Man Capital Markets Ltd |
| Account Number: | 41018467 |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Central Technologies Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORIES.

| | |
|---|---|
| Christina MacKinnon | Verrona Browne |
| [signature] | [signature] |
| Head of Securities Operations | Chief Operating Officer |

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL ED&F-00045128

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm that the amount was paid into the account of Hamlyn LP which held the below security over dividend date for Del Mar Asset Management Saving And Retirement Plan, 711 Fifth Avenue, New York, NY 10022, United States, the beneficial owner of the security.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 06th December 2013 |
| Record Date: | 10th December 2013 |
| Pay Date: | 11th December 2013 |
| Quantity: | 500,000 Shares |
| Gross Div Rate: | DKK 7.00 |
| Amount Received: | DKK 2,555,000.00 |
| WHT Suffered: | DKK 945,000.00 |
| WHT %: | 27% |
| Agent/Cust Bank: | J.P.Morgan Chase Bank N.A. London |
| Paid into Account: | ED&F Man Capital Markets Ltd |
| Account Number: | 41018467 |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were received by Hamlyn LP where the beneficial owner is Del Mar Asset Management Saving And Retirement Plan, net of withholding tax. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORIES

| | |
|---|---|
| Christina MacKinnon | Verrona Browne |
| [signature] | [signature] |
| Head of Securities Operations | Chief Operating Officer |

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL ED&F-00045169



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm that the amount was paid into the account of CUBIX Managers Limited Partnership which held the below security over dividend date for KK Law Firm Retirement Plan Trust – 6572 Berrywood Lane, Downers Grove, IL 60516 – United States of America the beneficial owner of the security.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 06th December 2013 |
| Record Date: | 10th December 2013 |
| Pay Date: | 11th December 2013 |
| Quantity: | 145,000 Shares |
| Gross Div Rate: | DKK 7.00 |
| Amount Received: | DKK 740,950.00 |
| WHT Suffered: | DKK 274,050.00 |
| WHT %: | 27% |

| | |
|---|---|
| Agent/Cust Bank: | BNP Paribas Securities Services Paris |
| Paid into Account: | ED&F Man Capital Markets Ltd |
| Account Number: | 778524G |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were received by KK Law Firm Retirement Plan Trust – 6572 Berrywood Lane, Downers Grove, IL 60516 – United States of America net of withholding tax. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORIES

| | |
|---|---|
| Christina MacKinnon | Verrona Browne |
| [signature] | [signature] |
| Head of Securities Operations | Chief Operating Officer |

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00045188



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, SV Holdings LLC Retirement Plan – 910 Aiken Road, Versailles, Kentucky, 40383, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 06th December 2013 |
| Record Date: | 10th December 2013 |
| Pay Date: | 11th December 2013 |
| Quantity: | 537,116 Shares |
| Gross Div Rate: | DKK 7.00 |
| Amount Received: | DKK 2,744,662.76 |
| WHT Suffered: | DKK 1,015,149.24 |
| WHT %: | 27% |

| | |
|---|---|
| Agent/Cust Bank: | BNP Paribas Securities Services Paris |
| Paid into Account: | ED&F Man Capital Markets Ltd |
| Account Number: | 778524G |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to SV Holdings LLC Retirement Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORIES.

| | |
|---|---|
| Christina MacKinnon | Verrona Browne |
| Head of Securities Operations | Chief Operating Officer |

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00045205



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Tew Enterprises LLC Retirement Plan – 910 Aiken Road, Versailles, Kentucky, 40383, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 06th December 2013 |
| Record Date: | 10th December 2013 |
| Pay Date: | 11th December 2013 |
| Quantity: | 223,000 Shares |
| Gross Div Rate: | DKK 7.00 |
| Amount Received: | DKK 1,139,530.00 |
| WHT Suffered: | DKK 421,470.00 |
| WHT %: | 27% |

| | |
|---|---|
| Agent/Cust Bank: | J.P.Morgan Chase Bank N.A. London |
| Paid into Account: | ED&F Man Capital Markets Ltd |
| Account Number: | 41018467 |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Tew Enterprises LLC Retirement Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORIES.

Christina MacKinnon

Head of Securities Operations

Veronica Browne

Chief Operating Officer

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00045239

| | J | K | M | O | X | Y | Z | AA | AC | AD | AH | AI | AT | AY | BG | BH | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| equ | ExtRefID | TradeDate | SettlementDate | TradeAccount | TradeCurrency | TicketState | TradeTransaction | Quantity | ValueAmount | Principal | TradeProceeds | FinalPrice | AssetAlias4 | Counterparty | Location1 | Location2 | M |
| | EQ21753-88004 | 2013-12-06 00:00:00.000 | 2013-12-11 00:00:00.000 | 1020035LINK00LINK0 | DKK | REP | SEL | 250000.0000 | 250000.0000 | 87500000.00 | 87500000.00 | 350.0000000000 | COLOB DC | 1020010AMERICBLOAN | DEN-27% | DEN-27% | 10 |
| | EQ21753-88004 | 2013-12-06 00:00:00.000 | 2013-12-11 00:00:00.000 | 1020010AMERICBLOAN | DKK | REP | BUY | 250000.0000 | 250000.0000 | 87500000.00 | 87500000.00 | 350.0000000000 | COLOB DC | 1020035LINK00LINK0 | DEN-27% | DEN-27% | 10 |
| | EQ21740-87973 | 2013-12-06 00:00:00.000 | 2013-12-11 00:00:00.000 | 1020010AMERICBLOAN | DKK | REP | BUY | 250000.0000 | 250000.0000 | 87500000.00 | 87500000.00 | 350.0000000000 | COLOB DC | 1020035LINK00LINK0 | DEN-27% | DEN-27% | 10 |
| | EQ21740-87973 | 2013-12-06 00:00:00.000 | 2013-12-11 00:00:00.000 | 1020035LINK00LINK0 | DKK | REP | SEL | 250000.0000 | 250000.0000 | 87500000.00 | 87500000.00 | 350.0000000000 | COLOB DC | 1020010AMERICBLOAN | DEN-27% | DEN-27% | 10 |

**From:** CONOR COOLING <CCOOLING@Bloomberg.net>
**Sent:** Friday, December 6, 2013 11:32 AM
**Subject:** Bloomberg: Re:COLOB DC

**Greeting**: Equity Finance Desk +44 207 663 5363 Mobile +44 7973 382892

---

sure thanks

----- Original Message -----
From: SARA MINA (E D & F MAN CAPITAL)
At: Dec 6 2013 11:31:55

2*250K please

----- Original Message -----
From: CONOR COOLING (LINK ASSET & SECURIT)
To: SARA MINA (E D & F MAN CAPITAL)
At: Dec 6 2013 11:31:01

I can buy those thanks..will send conf...u need any splits?

----- Original Message -----
From: SARA MINA (E D & F MAN CAPITAL)
At: Dec 6 2013 11:28:04

Too many orders - sorry Conor, prop on this one actually Hi Conor acting on behalf of a client

----- Original Message -----
From: CONOR COOLING (LINK ASSET & SECURIT)
To: SARA MINA (E D & F MAN CAPITAL)
At: Dec 6 2013 11:18:35

Sara...can you just confirm if you are acting prop or for a client?

----- Original Message -----
From: SARA MINA (E D & F MAN CAPITAL)
At: Dec 6 2013 11:13:56

Hi Conor, looking to SELL 500k shares of COLOB DC @ DKK 350.00 t+3 vs my BNP account number 1, can you help?

---

**Sent By** :

**CONOR COOLING**, CCOOLING@Bloomberg.net, LINK ASSET & SECURIT

**Recipients** :

**SARA MINA**, smina@edfmancapital.com, SMINA3@Bloomberg.net, E D & F MAN CAPITAL

**SMINA**, SMINA@EDFMANCAPITAL.COM, Unknown Company

---

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 1808 | 2013-12-07 01:24:20 AM (EST)



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm that the amount was paid into the account of CUBIX Managers Limited Partnership which held the below security over dividend date for 5T Advisory Services Retirement Plan Trust, 1 Harborview West, Lawrence, NY 11559, United States of America the beneficial owner of the security.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 06th December 2013 |
| Record Date: | 10th December 2013 |
| Pay Date: | 11th December 2013 |
| Quantity: | 167,500 Shares |
| Gross Div Rate: | DKK 7.00 |
| Amount Received: | DKK 855,925.00 |
| WHT Suffered: | DKK 316,575.00 |
| WHT %: | 27% |

| | |
|---|---|
| Agent/Cust Bank: | BNP Paribas Securities Services Paris |
| Paid into Account: | ED&F Man Capital Markets Ltd |
| Account Number: | 778524G |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were received by 5T Advisory Services Retirement Plan Trust, 1 Harborview West, Lawrence, NY 11559, United States of America net of withholding tax. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORIES.

| | |
|---|---|
| Christina MacKinnon | Verrona Browne |
| Head of Securities Operations | Chief Operating Officer |



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm that the amount was paid into the account of CUBIX Managers Limited Partnership which held the below security over dividend date for KK Law Firm Retirement Plan Trust – 6572 Berrywood Lane, Downers Grove, IL 60516 – United States of America the beneficial owner of the security.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 06th December 2013 |
| Record Date: | 10th December 2013 |
| Pay Date: | 11th December 2013 |
| Quantity: | 145,000 Shares |
| Gross Div Rate: | DKK 7.00 |
| Amount Received: | DKK 740,950.00 |
| WHT Suffered: | DKK 274,050.00 |
| WHT %: | 27% |
| Agent/Cust Bank: | BNP Paribas Securities Services Paris |
| Paid into Account: | ED&F Man Capital Markets Ltd |
| Account Number: | 778524G |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were received by KK Law Firm Retirement Plan Trust – 6572 Berrywood Lane, Downers Grove, IL 60516 – United States of America net of withholding tax. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORIES.

| | |
|---|---|
| Christina MacKinnon | Verrona Browne |
| [signature] | [signature] |
| Head of Securities Operations | Chief Operating Officer |



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm that the amount was paid into the account of CUBIX Managers Limited Partnership which held the below security over dividend date for Uplands Consulting Retirement Plan Trust - 1301 Avenue of the Americas, 33rd Floor, New York, NY10019, United States of America the beneficial owner of the security.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 06th December 2013 |
| Record Date: | 10th December 2013 |
| Pay Date: | 11th December 2013 |
| Quantity: | 187,500 Shares |
| Gross Div Rate: | DKK 7.00 |
| Amount Received: | DKK 958,125.00 |
| WHT Suffered: | DKK 354,375.00 |
| WHT %: | 27% |
| Agent/Cust Bank: | BNP Paribas Securities Services Paris |
| Paid into Account: | ED&F Man Capital Markets Ltd |
| Account Number: | 778524G |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were received by Uplands Consulting Retirement Plan Trust- 1301 Avenue of the Americas, 33rd Floor, New York, NY10019, United States of America. net of withholding tax. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORIES.

| | |
|---|---|
| Christina MacKinnon | Verrona Browne |
| Head of Securities Operations | Chief Operating Officer |

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

# Coloplast A/S — COLOB DC

ISIN: DK0060448595 SEDOL: B8FMRX8 COUNTRY: DK

EX DATE: 06/12/2013 REC DATE: 10/12/2013 PAY DATE: 11/12/2013

CCY: DKK GROSS RATE: 7.00 FEE: 0.00

## AGENT POSITIONS

JOURNAL NUMBER 223828

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | WGHTNG % | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| :SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 537,116 | | 100.00% | 2,744,662.76 | | | |
| :CUBXBE-00000 | Cubix Managers Limited Partnerships | 73% | 500,000 | | 100.00% | 2,555,000.00 | | | |
| 8523F | BNP Paribas Depot | 73% | | -1,037,116 | 100.00% | | -5,299,662.76 | | |
| :ACORNO-CAPST | ACORN CAPITAL STRATEGIES LLC EMPLOYEE PENSION PROFIT | 73% | 500,000 | | 100.00% | 2,555,000.00 | | | |
| :ACORNO-CAPST | ACORN CAPITAL STRATEGIES LLC EMPLOYEE PENSION PROFIT | 73% | 500,000 | | 100.00% | 2,555,000.00 | | | |
| :ACORNO-CAPST | ACORN CAPITAL STRATEGIES LLC EMPLOYEE PENSION PROFIT | 73% | 300,000 | | 100.00% | 1,533,000.00 | | | |
| :ACORNO-CAPST | ACORN CAPITAL STRATEGIES LLC EMPLOYEE PENSION PROFIT | 73% | 500,000 | | 100.00% | 2,555,000.00 | | | |
| :RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -500,000 | 100.00% | | -2,555,000.00 | YES | |
| :RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -500,000 | 100.00% | | -2,555,000.00 | YES | |
| :RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -300,000 | 100.00% | | -1,533,000.00 | YES | |
| :RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -500,000 | 100.00% | | -2,555,000.00 | YES | |
| :AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 500,000 | | 100.00% | 2,555,000.00 | | | |
| :RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -500,000 | 100.00% | | -2,555,000.00 | YES | |
| :BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 442,000 | | 100.00% | 2,258,620.00 | | | |
| :RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -442,000 | 100.00% | | -2,258,620.00 | YES | |
| :CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 250,000 | | 100.00% | 1,277,500.00 | | | |
| :CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 250,000 | | 100.00% | 1,277,500.00 | | | |
| :CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 500,000 | | 100.00% | 2,555,000.00 | | | |
| :CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 500,000 | | 100.00% | 2,555,000.00 | | | |
| :CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 130,000 | | 100.00% | 664,300.00 | | | |
| :CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 170,000 | | 100.00% | 868,700.00 | | | |
| :CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 200,000 | | 100.00% | 1,022,000.00 | | | |
| :VOLCAF-ICBCO | Volcafe Limited - ICBC | 73% | | -250,000 | 100.00% | | -1,277,500.00 | YES | |
| :VOLCAF-ICBCO | Volcafe Limited - ICBC | 73% | | -250,000 | 100.00% | | -1,277,500.00 | YES | |
| :RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -500,000 | 100.00% | | -2,555,000.00 | YES | |
| :RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -500,000 | 100.00% | | -2,555,000.00 | YES | |
| :IDBEDF-IDBED | Equity Finance Vs IDB (DB_BNP) | 73% | | -130,000 | 100.00% | | -664,300.00 | YES | |
| :IDBEDF-IDBED | Equity Finance Vs IDB (DB_BNP) | 73% | | -170,000 | 100.00% | | -868,700.00 | YES | |
| :IDBEDF-IDBED | Equity Finance Vs IDB (DB_BNP) | 73% | | -200,000 | 100.00% | | -1,022,000.00 | YES | |
| :CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 350,000 | | 100.00% | 1,788,500.00 | | | |
| :RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -350,000 | 100.00% | | -1,788,500.00 | YES | |
| :CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 485,000 | | 100.00% | 2,478,350.00 | | | |
| :RISKPR-ICBCO | Equity Finance Vs IDB (ICBC) | 73% | | -485,000 | 100.00% | | -2,478,350.00 | YES | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| C:EDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -250,000 | 100.00% | | -1,277,500.00 | | |
| C:EDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -250,000 | 100.00% | | -1,277,500.00 | | |
| C:EDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -250,000 | 100.00% | | -1,277,500.00 | | |
| C:EDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -250,000 | 100.00% | | -1,277,500.00 | | |
| B:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | 250,000 | | 100.00% | 1,277,500.00 | | YES | |
| B:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | 250,000 | | 100.00% | 1,277,500.00 | | YES | |
| B:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | 250,000 | | 100.00% | 1,277,500.00 | | YES | |
| B:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | 250,000 | | 100.00% | 1,277,500.00 | | YES | |
| C:HAMLYN-LLP00 | HAMLYN LP | 73% | 250,000 ✓ | | 100.00% | 1,277,500.00 ✓ | | | |
| C:HAMLYN-LLP00 | HAMLYN LP | 73% | 250,000 ✓ | | 100.00% | 1,277,500.00 ✓ | | | |
| B:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -250,000 | 100.00% | | -1,277,500.00 | YES | |
| B:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -250,000 | 100.00% | | -1,277,500.00 | YES | |
| C:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 73% | 223,000 ✓ | | 100.00% | 1,139,530.00 ✓ | | | |
| B:BISKPR-ICBC0 | Equity Finance Vs IDB (ICBC) | 73% | | -223,000 | 100.00% | | -1,139,530.00 | YES | |
| | | TOTALS | 8,337,116 | -8,337,116 | TOTALS | 42,602,662.76 | -42,602,662.76 | | |

223827 - 01

# SECURITIES LENDING POSITIONS

JOURNAL NUMBER 223830

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | WGHTNG % | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R:MAPLE0-UKLTD | Maple Securities UK Ltd | 85% | 287,116 | | 100.00% | 1,708,340.20 | | YES | | 13/12 | 223838 |
| C:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 100% | 549,100 | | 100.00% | 3,843,700.00 | | | | | |
| C:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 312,000 | | 100.00% | 2,184,000.00 | | | | | |
| C:CTECH0-00000 | Central Technologies Pensions Group Trust | 100% | 27,200 | | 100.00% | 190,400.00 | | | | | |
| C:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | 9,166,000 | | 100.00% | 64,162,000.00 | | | | | |
| C:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 100% | 62,184 | | 100.00% | 435,288.00 | | | | | |
| C:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 100% | 588,500 | | 100.00% | 4,119,500.00 | | | | | |
| C:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | | -2,773,512 | 100.00% | | -19,414,584.00 | | | | |
| C:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 85% | | -74,388 | 100.00% | | -442,608.60 | | | | |
| C:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 100% | | -2,592,663 | 100.00% | | -18,148,641.00 | | | | |
| C:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 85% | | -69,537 | 100.00% | | -413,745.15 | | | | |
| C:INDUST-PENGP | Industrial Pension Group Trust | 100% | | -2,730,564 | 100.00% | | -19,113,948.00 | | | | |
| C:INDUST-PENGP | Industrial Pension Group Trust | 85% | | -73,236 | 100.00% | | -435,754.20 | | | | |
| C:TEWLP0-TEWLP | Tew LP Retirement Plan | 100% | | -2,608,245 | 100.00% | | -18,257,715.00 | | | | |
| C:TEWLP0-TEWLP | Tew LP Retirement Plan | 85% | | -69,955 | 100.00% | | -416,232.25 | | | | |
| | | TOTALS | 10,992,100 | -10,992,100 | TOTALS | 76,643,228.20 | -76,643,228.20 | | | | |

PREPARED: [signature] DESK SIGN OFF: [signature] OPS MANAGER SIGN OFF: [signature]

AGENT CASH RECEIVED [signature] CLAIMS PAID [signature] JOURNAL NUMBERS UPDATED [signature] DATE: 13/12/13 FILE CLOSED CLOSER: [signature]