615



# E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, American Investment Group of NY LP Pension Plan – Suite 309, 75 Claremont Road, Bernardsville, New Jersey, 07924, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 07th March 2014 |
| Record Date: | 11th March 2014 |
| Pay Date: | 12th March 2014 |
| Quantity: | 5,000,000 Shares |
| Gross Div Rate: | DKK 2.20 |
| Amount Received: | DKK 8,030,000.00 |
| WHT Suffered: | DKK 2,970,000.00 |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to American Investment Group of NY LP Pension Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE
CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

ED&F-00040919

## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 05 March 2014 16:20 |
| **To:** | Stacey Kaminer |
| **Cc:** | Mina, Sara (LDN); Foster, Victoria (LDN) |
| **Subject:** | RE: TDC DC |
| **Attachments:** | KAMCO0-LPPRO -confirm.pdf; AMERIC-INVGR- confirm.pdf; #2 Confirm 1 x 1,000,000 TDC DC (91.4 KB); Confirm 1 x 1,000,000 TDC DC  (91.3 KB) |

Hi Stacey,

Confirms attached.

Thanks,
Oliver

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 05 March 2014 14:43
**To:** Bottomley, Oliver (LDN)
**Subject:** RE: TDC DC

Can you, thanks.  Also, I heard MINT might have some liquidity on the futures.

**From:** Bottomley, Oliver (LDN) [mailto:obottomley@edfmancapital.com]
**Sent:** Wednesday, March 05, 2014 7:43 AM
**To:** Stacey Kaminer
**Subject:** RE: TDC DC

Thanks. Are you going to look for liquidity on the stock or shall I?

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 05 March 2014 14:39
**To:** Bottomley, Oliver (LDN)
**Subject:** RE: TDC DC

For the equities, 52.90 and for the futures 50.8862 (ref 52.90).

**From:** Bottomley, Oliver (LDN) [mailto:obottomley@edfmancapital.com]
**Sent:** Wednesday, March 05, 2014 7:39 AM
**To:** Stacey Kaminer; Mina, Sara (LDN)
**Subject:** RE: TDC DC

Hi Stacey,

We can provide clearance for these.
Please let me know on pricing etc.

Thanks,
Oliver

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 05 March 2014 14:33

CONFIDENTIAL

ED&F-00040920

**To:** Mina, Sara (LDN); Bottomley, Oliver (LDN)
**Subject:** TDC DC

All,

The following accounts are interested in purchasing 2 mil shares of TDC DC, ISIN DK0060228559, and hedging their purchase by selling Bclear futures in the amount of 20,000 TKF june.  Can you provide clearance for these transactions?

1,000,000 - AMERIC-INVGR
1,000,000 - KAMCO0-LPPRO

Best,

Stacey

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL                                                                                                        ED&F-00040921

**Charlotte Woodward**

| | |
|---|---|
| **From:** | GOODWIN, Richard (Volcafe) <rgoodwin@volcafe.ch> |
| **Sent:** | 05 March 2014 15:24 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | #2 Confirm 1 x 1,000,000 TDC DC |
| **Attachments:** | 05032014TDCDC(MCM2).pdf |

Here you are Oliver:

**Volcafe Cash Equity Confirmation**

| | |
|---|---|
| **Trade Date** | 05-Mar |
| **Value Date** | 10-Mar |
| | |
| **ED&F Man Capital Markets** | **BUYS** |
| **Trader** | OLIVER BOTTOMLEY |
| | |
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |
| | |
| **Number Shares** | **1,000,000** |
| | |
| **Splits** | |
| | |
| **CCY** | DKK |
| **Gross Price** | 52.90000 |
| | |
| **Notional** | 52,900,000.00 |
| | |
| **Net Price** | **52.90066** |
| | |
| **Net Notional** | 52,900,660.00 |
| | |
| **Invoice at month End** | **NA** |
| | |
| **Additional information:** | **BNP Account #1** |
| | |
| **Volcafe Clearing** | ICBC |

Best regards,

Richard Goodwin.

1



Volcafe Ltd,
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office:  +41 52 264 94 56, Mobile: +41 79 961 04 69
**rgoodwin@volcafe.ch I www.volcafe.com**

CONFIDENTIAL                                                                                                                ED&F-00040923

**VOLCAFE**

**Volcafe Cash Equity Confirmation**

| | |
|---|---|
| **Trade Date** | 05-Mar |
| **Value Date** | 10-Mar |
| | |
| **ED&F Man Capital Markets** | **BUYS** |
| **Trader** | OLIVER BOTTOMLEY |
| | |
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |
| | |
| **Number Shares** | **1,000,000** |
| | |
| **Splits** | |
| | |
| **CCY** | DKK |
| **Gross Price** | 52.90000 |
| | |
| **Notional** | 52,900,000.00 |
| | |
| **Net Price** | **52.90066** |
| | |
| **Net Notional** | 52,900,660.00 |
| | |
| **Invoice at month End** | **NA** |
| | |
| **Additional information:** | **BNP Account #1** |
| | |
| **Volcafe Clearing** | ICBC |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00040924

## Charlotte Woodward

**From:** GOODWIN, Richard (Volcafe) <rgoodwin@volcafe.ch>
**Sent:** 05 March 2014 15:24
**To:** Bottomley, Oliver (LDN)
**Subject:** Confirm 1 x 1,000,000 TDC DC
**Attachments:** 05032014TDCDC(MCM1).pdf

Here you go Oliver:

## Volcafe Cash Equity Confirmation

| | |
|---|---|
| **Trade Date** | 05-Mar |
| **Value Date** | 10-Mar |
| | |
| **ED&F Man Capital Markets** | **BUYS** |
| **Trader** | OLIVER BOTTOMLEY |
| | |
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |
| | |
| **Number Shares** | **1,000,000** |
| | |
| **Splits** | |
| | |
| **CCY** | DKK |
| **Gross Price** | 52.90000 |
| | |
| **Notional** | 52,900,000.00 |
| | |
| **Net Price** | **52.90066** |
| | |
| **Net Notional** | 52,900,660.00 |
| | |
| **Invoice at month End** | **NA** |
| | |
| | |
| **Additional information:** | **BNP Account #1** |
| | |
| **Volcafe Clearing** | ICBC |

Best regards,

Richard Goodwin.

CONFIDENTIAL                                                                                    ED&F-00040925



Volcafe Ltd,
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office:  +41 52 264 94 56, Mobile. +41 79 961 04 69
**rgoodwin@volcafe.ch | www.volcafe.com**

CONFIDENTIAL                                                         ED&F-00040926

**Volcafe Cash Equity Confirmation**

**VOLCAFE**

| | |
|---|---|
| **Trade Date** | 05-Mar |
| **Value Date** | 10-Mar |
| **ED&F Man Capital Markets** | **BUYS** |
| **Trader** | OLIVER BOTTOMLEY |
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |
| **Number Shares** | **1,000,000** |
| **Splits** | |
| **CCY** | DKK |
| **Gross Price** | 52.90000 |
| **Notional** | 52,900,000.00 |
| **Net Price** | **52.90066** |
| **Net Notional** | 52,900,660.00 |
| **Invoice at month End** | **NA** |
| **Additional information:** | **BNP Account #1** |
| **Volcafe Clearing** | ICBC |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00040927

# TFS Derivatives Ltd

Beaufort House, 15 St. Botolph Street, London, United Kingdom EC3A 7QX

| | | | |
|---|---|---|---|
| Telephone General | 020 7454 9422 | Equity Derivatives | 020 7456 8100 |
| Fax | 020 7454 9421 | Index Derivatives | 020 7375 2288 |
| Email | equity.confirmations@tradition.com | Web | www.tradition.com |

Oliver Bottomley  **Email**   obottomley@edfmancapital.com
E D & F Man Capital Markets Ltd
7th Floor Cotton Centre
Hays Lane
London
UNITED KINGDOM

**05 Mar 2014**  **Confirmation**  **Deal No. 967/2014009802-1**

We wish to confirm the following transaction which was arranged for your account and risk

**Futures**   TDC A/S
**Exchange**   BCLEAR

| Legs | Volume | Expiry | Price |
|---|---|---|---|
| You Sell | 10,000 | 20 Jun 2014 | 6200 @ 50.89 |
| | | | 3800 @ 50.88 |

**Settlement**   Futures are cash settled.

**Note**   BClear code TKF

**Brokerage**   0.00 DKK
An invoice for payment will be sent separately to you at month end. Thank you for this trade.

Please notify TFS Derivatives Ltd within 24 hours if any of the details on this confirmation are incorrect.
TFS Derivatives Ltd is registered in England under No. 4051930. Member of Euronext LIFFE, Euronext Amsterdam, Euronext Paris, Euronext Brussels, MEFF, EDX, EUREX and IDEM. Authorised and regulated by the Financial Conduct Authority.

# TFS Derivatives Ltd

Beaufort House, 15 St. Botolph Street, London, United Kingdom EC3A 7QX

| | | | |
|---|---|---|---|
| Telephone General | 020 7454 9422 | Equity Derivatives | 020 7456 8100 |
| Fax | 020 7454 9421 | Index Derivatives | 020 7375 2288 |
| Email | equity.confirmations@tradition.com | Web | www.tradition.com |

Oliver Bottomley                                      **Email**        obottomley@edfmancapital.com
E D & F Man Capital Markets Ltd
7th Floor Cotton Centre
Hays Lane
London
UNITED KINGDOM

**05 Mar 2014**                               **Confirmation**                          **Deal No. 967/2014009803-1**

We wish to confirm the following transaction which was arranged for your account and risk

| | |
|---|---|
| **Futures** | TDC A/S |
| **Exchange** | BCLEAR |

| Legs | Volume | Expiry | Price |
|---|---|---|---|
| You Sell | 10,000 | 20 Jun 2014 | 6200 @ 50.89 |
| | | | 3800 @ 50.88 |

| | |
|---|---|
| **Settlement** | Futures are cash settled. |

| | |
|---|---|
| **Note** | BClear code TKF |

**Brokerage**        0.00 DKK
An invoice for payment will be sent separately to you at month end. Thank you for this trade.

Please notify TFS Derivatives Ltd within 24 hours if any of the details on this confirmation are incorrect.
TFS Derivatives Ltd is registered in England under No. 4051930. Member of Euronext LIFFE, Euronext Amsterdam, Euronext Paris, Euronext Brussels, MEFF, EDX, EUREX and IDEM. Authorised and regulated by the Financial Conduct Authority.

## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 05 March 2014 17:45 |
| **To:** | Stacey Kaminer |
| **Cc:** | Mina, Sara (LDN); Foster, Victoria (LDN) |
| **Subject:** | RE: TDC DC |
| **Attachments:** | 05032014TDCDC(AIGPP).pdf; 05032014TDCDC(KLPP).pdf |

Confirms with entity names on attached.

Thanks,
Oli

**From:** Bottomley, Oliver (LDN)
**Sent:** 05 March 2014 16:19
**To:** 'Stacey Kaminer'
**Cc:** Mina, Sara (LDN); Foster, Victoria (LDN)
**Subject:** RE: TDC DC

Hi Stacey,

Confirms attached.

Thanks,
Oliver

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 05 March 2014 14:43
**To:** Bottomley, Oliver (LDN)
**Subject:** RE: TDC DC

Can you, thanks.  Also, I heard MINT might have some liquidity on the futures.

**From:** Bottomley, Oliver (LDN) [mailto:obottomley@edfmancapital.com]
**Sent:** Wednesday, March 05, 2014 7:43 AM
**To:** Stacey Kaminer
**Subject:** RE: TDC DC

Thanks. Are you going to look for liquidity on the stock or shall I?

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 05 March 2014 14:39
**To:** Bottomley, Oliver (LDN)
**Subject:** RE: TDC DC

For the equities, 52.90 and for the futures 50.8862 {ref 52.90}.

**From:** Bottomley, Oliver (LDN) [mailto:obottomley@edfmancapital.com]
**Sent:** Wednesday, March 05, 2014 7:39 AM
**To:** Stacey Kaminer; Mina, Sara (LDN)
**Subject:** RE: TDC DC

CONFIDENTIAL

ED&F-00040930

Hi Stacey,

We can provide clearance for these.
Please let me know on pricing etc.

Thanks,
Oliver

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 05 March 2014 14:33
**To:** Mina, Sara (LDN); Bottomley, Oliver (LDN)
**Subject:** TDC DC

All,

The following accounts are interested in purchasing 2 mil shares of TDC DC, ISIN DK0060228559, and hedging their purchase by selling Bclear futures in the amount of 20,000 TKF june.  Can you provide clearance for these transactions?

1,000,000 - AMERIC-INVGR
1,000,000 - KAMCOO-LPPRO

Best,

Stacey

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative

CONFIDENTIAL

ED&F-00040931

and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL                                          ED&F-00040932

**Volcafe Cash Equity Confirmation**

**VOLCAFE**

| | |
|---|---|
| **Trade Date** | 05-Mar |
| **Value Date** | 10-Mar |

| | |
|---|---|
| **ED&F MCM obo Acer Investment Group of NY LP Pension Plan** | **BUYS** |
| **Trader** | STACEY KAMINER/OLIVER BOTTOMLEY |

| | |
|---|---|
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |

| | |
|---|---|
| **Number Shares** | **1,000,000** |

**Splits**

| | |
|---|---|
| **CCY** | DKK |
| **Gross Price** | 52.90000 |

| | |
|---|---|
| **Notional** | 52,900,000.00 |

| | |
|---|---|
| **Net Price** | **52.90066** |

| | |
|---|---|
| **Net Notional** | 52,900,660.00 |

| | |
|---|---|
| **Invoice at month End** | **NA** |

| | |
|---|---|
| **Additional information:** | **BNP Account #1** |

| | |
|---|---|
| **Volcafe Clearing** | ICBC |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00040933

**Volcafe Cash Equity Confirmation**

VOLCAFE

| | |
|---|---|
| **Trade Date** | 05-Mar |
| **Value Date** | 10-Mar |

| | |
|---|---|
| **ED&F MCM obo Kamco LP Profit Sharing Pension Plan FBO Stacey Kaminer** | **BUYS** |
| **Trader** | STACEY KAMINER/OLIVER BOTTOMLEY |

| | |
|---|---|
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |

| | |
|---|---|
| **Number Shares** | **1,000,000** |

**Splits**

| | |
|---|---|
| **CCY** | DKK |
| **Gross Price** | 52.90000 |

| | |
|---|---|
| **Notional** | 52,900,000.00 |

| | |
|---|---|
| **Net Price** | **52.90066** |

| | |
|---|---|
| **Net Notional** | 52,900,660.00 |

| | |
|---|---|
| **Invoice at month End** | **NA** |

| | |
|---|---|
| **Additional information:** | **BNP Account #1** |

| | |
|---|---|
| **Volcafe Clearing** | ICBC |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00040934