## Charlotte Woodward

**From:** GOODWIN, Richard (CH Volcafe)
**Sent:** 05 March 2014 15:17
**To:** Billy Kwong (billy.kwong@morganstanley.com)
**Subject:** TDC DC Confirm
**Attachments:** 05032014TDCDC(MSEDS).pdf

Here you go Billy,

### Volcafe Cash Equity Confirmation

| | |
|---|---|
| **Trade Date** | 05-Mar |
| **Value Date** | 10-Mar |

| | | |
|---|---|---|
| **Morgan Stanley Equity Derivative Services (Lux)** | **SELLS** | |
| **Trader** | BILLY KWONG | |
| **Stock** | **TDC A/S** | |
| | TDC DC Equity | |
| **ISIN** | DK0060228559 | |
| **Number Shares** | 2,000,000 | |
| **Splits** | 2 x 1,000,000 | |
| **CCY** | DKK | |
| **Gross Price** | 52.90000 | |
| **Notional** | | 105,800,000.00 |
| **Net Price** | 52.90000 | |
| **Net Notional** | | 105,800,000.00 |
| **Invoice at month End** | NA | |
| **Additional information:** | | **0** |
| **Volcafe Clearing** | ICBC | |

Best regards,

Richard Goodwin.

CONFIDENTIAL                                                                 ED&F-00040935



Volcafe Ltd,
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office:  +41 52 264 94 56, Mobile: +41 79 961 04 69
**rgoodwin@volcafe.ch I www.volcafe.com**

CONFIDENTIAL                                                                                                 ED&F-00040936

**VOLCAFE**

**Volcafe Cash Equity Confirmation**

| | |
|---|---|
| **Trade Date** | 05-Mar |
| **Value Date** | 10-Mar |
| | |
| **Morgan Stanley Equity Derivative Services (Lux)** | **SELLS** |
| **Trader** | BILLY KWONG |
| | |
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |
| | |
| **Number Shares** | 2,000,000 |
| | |
| **Splits** | 2 x 1,000,000 |
| | |
| | |
| **CCY** | DKK |
| **Gross Price** | 52.90000 |
| | |
| **Notional** | 105,800,000.00 |
| | |
| **Net Price** | 52.90000 |
| | |
| **Net Notional** | 105,800,000.00 |
| | |
| **Invoice at month End** | NA |

**Additional information:**                                    **0**

**Volcafe Clearing**            ICBC

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00040937

## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 06 March 2014 09:40 |
| **To:** | Stacey Kaminer; Mina, Sara (LDN) |
| **Cc:** | Foster, Victoria (LDN) |
| **Subject:** | RE: Trade Intererst |
| **Attachments:** | 06032014TDCDC(AIGPP).pdf; 06032014TDCDC(KIPP).pdf; 06032014TDCDC(KLPP).pdf; 06032014TDCDC(GLG).pdf; 06032014TDCDC(LABP).pdf; 06032014TDCDC(RABP).pdf; 06032014TDCDC(DWCPP).pdf; 06032014TDCDC(MAPP).pdf; 06032014TDCDC(NEWP).pdf; ACER-TKF21Mar2014 |

Hi Stacey,

Confirms attached.

Thanks,
Oli

---

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 06 March 2014 01:44
**To:** Bottomley, Oliver (LDN); Mina, Sara (LDN)
**Cc:** Foster, Victoria (LDN)
**Subject:** Trade Intererst

Hi All,

The following accounts are interested in purchasing 22.3 mil shares of TDC DC, ISIN DK0060228559, T+4 and hedging their purchase by selling Bclear futures in the amount of 223,000 TKF june. Can you provide clearance for these transactions? Also, the accounts are looking for liquidity if you are able to source any please let them know.

AIGPP AMERIC-INVGR 2,000,000
KIPP KAMCO0-INVES 2,000,000
KLPP KAMCO0-LPPRO 2,000,000
GLG GOLDST-LAWGP 2,200,000
LABP LINDEN-ADBPL 2,150,000
RABP RIVERS-ASSOC 2,150,000
DWCPP DW000-CONST 3,300,000
MAPP MOIRA0-ASSOC 4,000,000
NEWP NSONGF-401PL 2,500,000

I will check in from the office in the morning.

Best,

Stacey

CONFIDENTIAL

ED&F-00040938

**VOLCAFE**

**Volcafe Cash Equity Confirmation**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |

**ED&F MCM obo American Investment
Group of NY Pension Plan** — **BUYS**
**Trader** — OLIVER BOTTOMLEY

| | |
|---|---|
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |
| **Number Shares** | **2,000,000** |
| **Splits** | 0 |
| | 0 |
| **CCY** | DKK |
| **Gross Price** | 52.40000 |
| **Notional** | 104,800,000.00 |
| **Net Price** | **52.40066** |
| **Net Notional** | 104,801,320.00 |
| **Invoice at month End** | **NA** |
| **Additional information:** | **Clearing BNP Account #1** |
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00040939

**VOLCAFE**

**Volcafe Cash Equity Confirmation**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |

**ED&F MCM obo Kamco Investments Inc**
**Pension Plan**                          **BUYS**
**Trader**                                OLIVER BOTTOMLEY

| | |
|---|---|
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |

| | |
|---|---|
| **Number Shares** | **2,000,000** |

| | |
|---|---|
| **Splits** | 0 |
| | 0 |

| | |
|---|---|
| **CCY** | DKK |
| **Gross Price** | 52.40000 |

| | |
|---|---|
| **Notional** | 104,800,000.00 |

| | |
|---|---|
| **Net Price** | **52.40066** |

| | |
|---|---|
| **Net Notional** | 104,801,320.00 |

| | |
|---|---|
| **Invoice at month End** | **NA** |

| | |
|---|---|
| **Additional information:** | **Clearing BNP Account #1** |

| | |
|---|---|
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00040940

**VOLCAFE**

**Volcafe Cash Equity Confirmation**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |

| | |
|---|---|
| **ED&F MCM obo Kamco LP Profit Sharing** | |
| **Plan FBO Stacey Kaminer** | **BUYS** |
| **Trader** | OLIVER BOTTOMLEY |

| | |
|---|---|
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |

| | |
|---|---|
| **Number Shares** | **2,000,000** |

| | |
|---|---|
| **Splits** | 0 |
| | 0 |

| | |
|---|---|
| **CCY** | DKK |
| **Gross Price** | 52.40000 |

| | |
|---|---|
| **Notional** | 104,800,000.00 |

| | |
|---|---|
| **Net Price** | **52.40066** |

| | |
|---|---|
| **Net Notional** | 104,801,320.00 |

| | |
|---|---|
| **Invoice at month End** | **NA** |

| | |
|---|---|
| **Additional information:** | **Clearing BNP Account #1** |

| | |
|---|---|
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

CONFIDENTIAL

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00040941

**VOLCAFE**

**Volcafe Cash Equity Confirmation**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |

**ED&F MCM obo Goldstein Law Group PC**
**401(k) Profit Plan**                        **BUYS**
**Trader**                                     OLIVER BOTTOMLEY

| | |
|---|---|
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |
| **Number Shares** | **2,200,000** |
| **Splits** | 0 |
| | 0 |
| **CCY** | DKK |
| **Gross Price** | 52.40000 |
| **Notional** | 115,280,000.00 |
| **Net Price** | **52.40066** |
| **Net Notional** | 115,281,452.00 |
| **Invoice at month End** | **NA** |
| **Additional information:** | **Clearing BNP Account #1** |
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00040942

VOLCAFE

**Volcafe Cash Equity Confirmation**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |

| | |
|---|---|
| **ED&F MCM obo Linden Associates** | |
| **Defined Benefit Plan** | **BUYS** |
| **Trader** | OLIVER BOTTOMLEY |

| | |
|---|---|
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |

| | |
|---|---|
| **Number Shares** | **2,150,000** |

| | |
|---|---|
| **Splits** | 0 |
| | 0 |

| | |
|---|---|
| **CCY** | DKK |
| **Gross Price** | 52.40000 |

| | |
|---|---|
| **Notional** | 112,660,000.00 |

| | |
|---|---|
| **Net Price** | **52.40066** |

| | |
|---|---|
| **Net Notional** | 112,661,419.00 |

| | |
|---|---|
| **Invoice at month End** | **NA** |

| | |
|---|---|
| **Additional information:** | **Clearing BNP Account #1** |

| | |
|---|---|
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch +41 52 264 94 94

ED&F-00040943

**Volcafe Cash Equity Confirmation**

**VOLCAFE**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |

**ED&F MCM obo Riverside Associates**
| | |
|---|---|
| **Benefit Plan** | **BUYS** |
| **Trader** | OLIVER BOTTOMLEY |

| | |
|---|---|
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |

| | |
|---|---|
| **Number Shares** | **2,150,000** |

| | |
|---|---|
| **Splits** | 0 |
| | 0 |

| | |
|---|---|
| **CCY** | DKK |
| **Gross Price** | 52.40000 |

| | |
|---|---|
| **Notional** | 112,660,000.00 |

| | |
|---|---|
| **Net Price** | **52.40066** |

| | |
|---|---|
| **Net Notional** | 112,661,419.00 |

| | |
|---|---|
| **Invoice at month End** | **NA** |

| | |
|---|---|
| **Additional information:** | **Clearing BNP Account #1** |

| | |
|---|---|
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00040944

**VOLCAFE**

**Volcafe Cash Equity Confirmation**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |

| | |
|---|---|
| **ED&F MCM obo DW Construction Inc** | |
| **retirement Plan** | **BUYS** |
| **Trader** | OLIVER BOTTOMLEY |
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |
| **Number Shares** | **3,300,000** |
| **Splits** | 0 |
| | 0 |
| **CCY** | DKK |
| **Gross Price** | 52.40000 |
| **Notional** | 172,920,000.00 |
| **Net Price** | **52.40066** |
| **Net Notional** | 172,922,178.00 |
| **Invoice at month End** | **NA** |
| **Additional information:** | **Clearing BNP Account #1** |
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

CONFIDENTIAL

ED&F-00040945

**VOLCAFE**

**Volcafe Cash Equity Confirmation**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |

| | |
|---|---|
| **ED&F MCM obo Moira Associates LLC** | |
| **401 (k) Plan** | **BUYS** |
| **Trader** | OLIVER BOTTOMLEY |

| | |
|---|---|
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |

| | |
|---|---|
| **Number Shares** | **4,000,000** |

| | |
|---|---|
| **Splits** | 0 |
| | 0 |

| | |
|---|---|
| **CCY** | DKK |
| **Gross Price** | 52.40000 |

| | |
|---|---|
| **Notional** | 209,600,000.00 |

| | |
|---|---|
| **Net Price** | **52.40066** |

| | |
|---|---|
| **Net Notional** | 209,602,640.00 |

| | |
|---|---|
| **Invoice at month End** | **NA** |

| | |
|---|---|
| **Additional information:** | **Clearing BNP Account #1** |

| | |
|---|---|
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

CONFIDENTIAL

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00040946

**Volcafe Cash Equity Confirmation**

**VOLCAFE**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |

**ED&F MCM obo Newsong Fellowship**
**Church 401(k) Plan**                    **BUYS**
**Trader**                                OLIVER BOTTOMLEY

**Stock**                                 **TDC A/S**
                                          TDC DC Equity
**ISIN**                                  DK0060228559

**Number Shares**                         **2,500,000**

**Splits**                                                          0
                                                                    0

**CCY**                                   DKK
**Gross Price**                           52.40000

**Notional**                                          131,000,000.00

**Net Price**                             **52.40066**

**Net Notional**                                      131,001,650.00

**Invoice at month End**                  **NA**

**Additional information:**               **Clearing BNP Account #1**

**Volcafe Clearing**                      **ICBC**

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94
ED&F-00040947

## Charlotte Woodward

**From:** Bottomley, Oliver (LDN) <obottomley@edfmancapital.com>
**Sent:** 06 March 2014 09:40
**To:** Bottomley, Oliver (LDN)
**Subject:** ACER- TKF21Mar2014

--- Original Sender: ROSS LIDDARD, E D & F MAN CAPITAL ---

Hello Oli,

To confirm ED&F MAN (EMV LEQHi002) SELLS the following:

223,000 lots TKF 21March 2014 BClear futures @ DKK 50.64
                            (ref  52.40)

Much appreciated,

Ross

-------------------------------------------------------------------------------
This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited.  If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

CONFIDENTIAL                                                                    ED&F-00040948

## Charlotte Woodward

**From:**          GOODWIN, Richard (CH Volcafe)
**Sent:**          06 March 2014 09:13
**To:**            Chris Henstock (Capital Markets) (chenstock@edfmpt.ae)
**Cc:**            Victoria Foster (Capital Markets); Bachi-Howard, Marcus (LDN)
**Subject:**       Confirmation TDC DC 22,300,000 T+4
**Attachments:**   06032014TDCDC(Dubai).pdf


Here you go Chris:


## Volcafe Cash Equity Confirmation


| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |
| | |
| **ED&F MCM obo ED&F Man Professional Trading Dubai** | **SELLS** |
| **Trader** | CHRIS HENSTOCK |
| | |
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |
| | |
| **Number Shares** | 22,300,000,000 |
| | |
| **Splits** | 3 x 2,000,000 + 2,200,000 + 2 x 2,150,000 + 3,300000 + 4,000,000 + 2,500,000 |
| | |
| **CCY** | DKK |
| **Gross Price** | 52.40000 |
| | |
| **Notional** | 1,168,520,000,000.00 |
| | |
| **Net Price** | 52.40000 |
| | |
| **Net Notional** | 1,168,520,000,000.00 |
| | |
| **Invoice at month End** | NA |
| | |
| | |
| **Additional information:** | **Clearing JP Morgan** |
| | |
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

CONFIDENTIAL                                                        ED&F-00040949



Volcafe Ltd,
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office:  +41 52 264 94 56, Mobile: +41 79 961 04 69
**rgoodwin@volcafe.ch I www.volcafe.com**

2

ED&F-00040950

**Volcafe Cash Equity Confirmation**

**VOLCAFE**

| | |
|---|---|
| **Trade Date** | 06-Mar |
| **Value Date** | 12-Mar |
| | |
| **ED&F MCM obo ED&F Man Professional Trading Dubai** | **SELLS** |
| **Trader** | CHRIS HENSTOCK |
| | |
| **Stock** | **TDC A/S** |
| | TDC DC Equity |
| **ISIN** | DK0060228559 |
| | |
| **Number Shares** | 22,300,000,000 |
| | |
| **Splits** | 3 x 2,000,000 + 2,200,000 + 2 x 2,150,000 + |
| | 3,300000 + 4,000,000 + 2,500,000 |
| | |
| **CCY** | DKK |
| **Gross Price** | 52.40000 |
| | |
| **Notional** | 1,168,520,000,000.00 |
| | |
| **Net Price** | 52.40000 |
| | |
| **Net Notional** | 1,168,520,000,000.00 |
| | |
| **Invoice at month End** | NA |

| | |
|---|---|
| **Additional information:** | **Clearing JP Morgan** |
| | |
| **Volcafe Clearing** | **ICBC** |

Best regards,

Richard Goodwin.

CONFIDENTIAL

ED&F-00040951

## Charlotte Woodward

**From:**       ROSS LIDDARD <rliddard@edfmancapital.com>
**Sent:**       06 March 2014 09:07
**Subject:**    Bloomberg: Hello Chris,


Greeting: EQUITY FINANCE BROKER 0203 580 7639 07789 263 785 {B9} {#L}

_____



Hello Chris,

To confirm ED&F DUBAI (ECM LEQ HI002) BUYS the following:

223,000 lots TKF 21March 2014 BClear futures @ DKK 50.64
                                (ref  52.40)

Commission: DKK 14,116

Much apprecaited,
Ross



_____



Sent By :


        ROSS LIDDARD, rliddard@edfmancapital.com <mailto:rliddard@edfmancapital.com> ,
RLIDDARD3@Bloomberg.net <mailto:RLIDDARD3@Bloomberg.net> , E D & F MAN CAPITAL

Recipients :


        CHRIS HENSTOCK, chris.henstock@edfman.com <mailto:chris.henstock@edfman.com> ,
CHENSTOCK2@Bloomberg.net <mailto:CHENSTOCK2@Bloomberg.net> , ED&F MAN PROFESSIONA
        CHENSTOCK, CHENSTOCK@EDFMPT.AE <mailto:CHENSTOCK@EDFMPT.AE> , Unknown Company
_____



Disclaimers :


E D & F MAN CAPITAL


This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are

CONFIDENTIAL                                                                      ED&F-00040952

requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

_____

Processed by Global Relay Message Converter for Bloomberg | V2.0.0 | File (BMAIL) Message 1924 | 2014-03-07 12:37:13 AM (EST)

2

CONFIDENTIAL

ED&F-00040953

## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 06 March 2014 18:08 |
| **To:** | Stacey Kaminer; Mina, Sara (LDN) |
| **Cc:** | Foster, Victoria (LDN) |
| **Subject:** | RE: TDC DC confirms |
| **Attachments:** | MOIRA ASSOCIATES LLC Confirm TDC DC; KAMCO LP PROFIT SHARING Confirm TDC DC; AMERICAN INVESTMENT GROUP OF NY Confirm TDC DC; AMERICAN INVESTMENT GROUP TKF21MAR2014 8,000; KAMCO LP PROFIT SHARING TKF21MAR2014 12,000; KAMCO LP PROFIT SHARING TKF21MAR2014 8,000; AMERICAN INVESTMENT GROUP TKF21MAR2014 12,000; MOIRA ASSOCIATES LLC TKF21MAR2014 8,000; MOIRA ASSOCIATES LLC TKF21MAR2014 12,000 |

Hi Stacey,

Confirms attached.
Splits on the futures.

Thanks,
Oli

---

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 06 March 2014 16:28
**To:** Bottomley, Oliver (LDN); Mina, Sara (LDN)
**Cc:** Foster, Victoria (LDN)
**Subject:** FW: TDC

Sorry forgot account info

| | | |
|---|---|---|
| AIGPP | AMERIC-INVGR | 2,000,000 |
| KLPP | KAMCO0-LPPRO | 2,000,000 |
| MAPP | MOIRA0-ASSOC | 2,000,000 |

---

**From:** Stacey Kaminer
**Sent:** Thursday, March 06, 2014 9:26 AM
**To:** 'Bottomley, Oliver (LDN)'; Mina, Sara (LDN)
**Cc:** Foster, Victoria (LDN)
**Subject:** TDC

The following accounts are looking to purchase a total of 6 mil shares of TDC, ISIN DK0060228559, T+4 and hedging their purchase by selling Bclear futures in the amount of 60,000 TKF june.  They are looking for pricing of 52.55 on the equity and 50.736 on the future.  Can you provide clearance and liquidity for this transaction?  I have heard that Marianna might have liquidity on the futures.

Best,

Stacey

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you

CONFIDENTIAL

ED&F-00040954

are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL

ED&F-00040955

## Charlotte Woodward

**From:** Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com>
**Sent:** 06 March 2014 17:26
**To:** Bottomley, Oliver (LDN)
**Subject:** AMERICAN INVESTMENT GROUP OF NY Confirm TDC DC
**Attachments:** ATT00001.bin

### Trade Reference 219783
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 06/03/2014 |
| Settlement Date: | 12/03/2014 |
| Customer: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 52.550660 |
| Net Price: | 52.550660 |
| Quantity: | 2,000,000 |
| Settlement Method: | DNI |
| Net Cash: | 105,101,320.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28105-102823 Execution Time: Thursday March 06,2014 12:00:00 AM Batch Id: 20140306_017370 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:      Tel: +44 (0) 20 3580 7234
                                                                                             Email:
                                                                                             secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                    ED&F-00040956