# Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 06 March 2014 17:57 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | AMERICAN INVESTMENT GROUP TKF21MAR2014 8,000 |
| **Attachments:** | ATT00001.bin |

Trade Reference 219861

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 06/03/2014 |
| Customer: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TKF21MAR2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 50.73 |
| Quantity: | 8,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28109-102841 Execution Time: Thursday March 06,2014 12:00:00 AM Batch Id: 20140306_017382 |
| Direct Commission: | (715.00) |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:   Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                    ED&F-00040957

# Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 06 March 2014 17:58 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | AMERICAN INVESTMENT GROUP TKF21MAR2014 12,000 |
| **Attachments:** | ATT00001.bin |

**Trade Reference 219864**

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 06/03/2014 |
| Customer: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TKF21MAR2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 50.74 |
| Quantity: | 12,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28109-102844 Execution Time: Thursday March 06,2014 12:00:00 AM Batch Id: 20140306_017382 |
| Direct Commission: | (835.00) |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:    Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

# Charlotte Woodward

| | |
|---|---|
| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 06 March 2014 17:26 |
| To: | Bottomley, Oliver (LDN) |
| Subject: | KAMCO LP PROFIT SHARING Confirm TDC DC |
| Attachments: | ATT00001.bin |

Trade Reference 219784

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 06/03/2014 |
| Settlement Date: | 12/03/2014 |
| Customer: | KAMCO LP PROFIT SHARING PLAN FBO |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 52.550660 |
| Net Price: | 52.550660 |
| Quantity: | 2,000,000 |
| Settlement Method: | DNI |
| Net Cash: | 105,101,320.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28105-102824 Execution Time: Thursday March 06,2014 12:00:00 AM Batch Id: 20140306_017370 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:   Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                                                    ED&F-00040959

# Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 06 March 2014 17:59 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | KAMCO LP PROFIT SHARING TKF21MAR2014 8,000 |
| **Attachments:** | ATT00001.bin |

**Trade Reference 219862**

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 06/03/2014 |
| Customer: | KAMCO LP PROFIT SHARING PLAN FBO |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TKF21MAR2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 50.73 |
| Quantity: | 8,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28109-102842 Execution Time: Thursday March 06,2014 12:00:00 AM Batch Id: 20140306_017382 |
| Direct Commission: | (715.00) |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:    Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                                                               ED&F-00040960

# Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 06 March 2014 17:59 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | KAMCO LP PROFIT SHARING TKF21MAR2014 12,000 |
| **Attachments:** | ATT00001.bin |

Trade Reference 219865
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 06/03/2014 |
| Customer: | KAMCO LP PROFIT SHARING PLAN FBO |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TKF21MAR2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 50.74 |
| Quantity: | 12,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28109-102845 Execution Time: Thursday March 06,2014 12:00:00 AM Batch Id: 20140306_017382 |
| Direct Commission: | (835.00) |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:   Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                                      ED&F-00040961

# Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 06 March 2014 17:26 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | MOIRA ASSOCIATES LLC Confrim TDC DC |
| **Attachments:** | ATT00001.bin |

**Trade Reference 219785**

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 06/03/2014 |
| Settlement Date: | 12/03/2014 |
| Customer: | MOIRA ASSOCIATES LLC 401K PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 52.550660 |
| Net Price: | 52.550660 |
| Quantity: | 2,000,000 |
| Settlement Method: | DNI |
| Net Cash: | 105,101,320.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28105-102838 Execution Time: Thursday March 06,2014 12:00:00 AM Batch Id: 20140306_017370 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:   Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

# Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 06 March 2014 18:00 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | MOIRA ASSOCIATES LLC TKF21MAR2014 8,000 |
| **Attachments:** | ATT00001.bin |

Trade Reference 219860
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 06/03/2014 |
| Customer: | MOIRA ASSOCIATES LLC 401K PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TKF21MAR2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 50.73 |
| Quantity: | 8,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28109-102839 Execution Time: Thursday March 06,2014 12:00:00 AM Batch Id: 20140306_017382 |
| Direct Commission: | (715.00) |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:    Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

# Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 06 March 2014 18:04 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | MOIRA ASSOCIATES LLC TKF21MAR2014 12,000 |
| **Attachments:** | ATT00001.bin |

Trade Reference 219863

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 06/03/2014 |
| Customer: | MOIRA ASSOCIATES LLC 401K PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TKF21MAR2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 50.74 |
| Quantity: | 12,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28109-102843 Execution Time: Thursday March 06,2014 12:00:00 AM Batch Id: 20140306_017382 |
| Direct Commission: | (835.00) |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:  Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

1

# Charlotte Woodward

| | |
|---|---|
| **From:** | ROSS LIDDARD <rliddard@edfmancapital.com> |
| **Sent:** | 06 March 2014 16:43 |
| **Subject:** | Bloomberg: Hello Oli, |

**Greeting**: EQUITY FINANCE BROKER 0203 580 7639 07789 263 785 {B9} {#L}

```
Hello Oli,

To confirm ED&F (a/c #1) BUYS the following:

6,000,000 TDC DC (DK0060228559) @ DKK 52.55
                                @ DKK 52.55066 Net

SHAPES: 3 * 2,000,000

TRADE DATE: 06-MAR
VALUE DATE: 12-MAR

Thanks, Ross
```

**Sent By** :

  **ROSS LIDDARD**, rliddard@edfmancapital.com, RLIDDARD3@Bloomberg.net, E D & F MAN CAPITAL

**Recipients** :

  **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers** :

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 6801 | 2014-03-07 12:37:13 AM (EST)

CONFIDENTIAL                                                                ED&F-00040965

# Charlotte Woodward

| | |
|---|---|
| **From:** | Hamza Kuraishi <Hamza.Kuraishi@marianacapital.com> |
| **Sent:** | 06 March 2014 17:56 |
| **To:** | OLIVER BOTTOMLEY |
| **Subject:** | Bloomberg: MARIANA - man CONFIRMATION NO. 122694: TDC DC Jun14 @ 50.736 - 2 |
| **Attachments:** | alt_body.html; 06032014-man-TDC DC-00122694.pdf |

This email message is confidential and intended for use by the addressee only. If you are not the
intended recipient, please inform the sender immediately by reply transmission and delete this email
and any copies of it.
For important statutory and regulatory disclosures and more information about Mariana Capital Markets,
please visit our web site at http://www.marianacapital.com.

Internet communications are not secure and therefore the Mariana Capital Markets does not accept legal
responsibility for the contents of this message. Although Mariana Capital Markets operates anti-virus
programmes, it does not accept responsibility for any damage whatsoever that is caused by any viruses
being passed. Any views or opinions presented in this email are solely those of the author and do not
necessarily represent those of Mariana Capital Markets.

Mariana Capital Markets LLP is a company registered in the UK (number OC363748) with its business
address at 100 Cannon Street, London, EC4N 6EU. Mariana Capital Markets is also authorised and
regulated by the FCA.

--------------------------------------------------------------------------------
 This email has been scanned for email related threats and delivered safely by Mimecast.
 For more information please visit http://www.mimecast.com
--------------------------------------------------------------------------------

**Sent By** :

  **Hamza Kuraishi**, Hamza.Kuraishi@marianacapital.com, Unknown Company

**Recipients** :

  **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 7566 | 2014-03-07 12:37:13 AM (EST)

CONFIDENTIAL                                                                ED&F-00040966



**MARIANA CAPITAL**

100 Cannon Street  
London EC4N 6EU

Tel: +44 (0) 207 065 6600  
info@marianacapital.com

## LISTED FUTURE CONFIRMATION

| | |
|---|---|
| MCM Ticker No. | MC-000122694 |
| Client Name | ED&F MAN CAPITAL |
| Trader Name | SARA MINA |

| | |
|---|---|
| Trade Date | 06-Mar-2014 |
| Direction | SELL |
| Primary Exchange | B CLEAR |
| Quantity | 20,000 |
| Price | 50.736 |

**Instrument**

| Underlying | Expiry | Listed Ticker | Price |
|---|---|---|---|
| TDC DC - TDC A/S | 20-Jun-2014 | TKF | 50.736 |

| | |
|---|---|
| Levels | 8k @ 50.73/ 12k @ 50.74 |

| | |
|---|---|
| Commission | DKK 0.00 |

| | |
|---|---|
| **Documentation** | ISDA Master Agreement and trade Confirmations thereto. |
| **Applicable Law** | Such law as specified in the ISDA Master Agreement between the parties. In the case where a legal issue has arisen before signing of the: ISDA Master Agreement, English Law shall be applicable. |
| **ISDA Definitions** | 2002 ISDA Equity Derivatives Definitions & 2006 ISDA Definitions. |
Both Buyer and Seller understand, accept and agree that Mariana Capital Markets LLP (MCM) has acted only as arranger in the transaction. MCM has taken details from both Buyer and Seller and believes the details of the transaction to be accurate, and do not hold ourselves responsible for the financial condition of any party we introduce. In the event of an error, please contact MCM within 24 hours of receipt of this confirmation. MCM and its affiliates will not be held responsible for any errors contained in the document which are not brought to our attention within this time and the parties to the transaction agree to hold MCM harmless from any dispute and/or action that may arise as a consequence of the transaction or if either of the parties are unable to enter into the transaction for any reason. This material has been prepared by Mariana Capital Markets LLP, authorised and regulated by the Financial Services Authority.

# Charlotte Woodward

| | |
|---|---|
| **From:** | Hamza Kuraishi <Hamza.Kuraishi@marianacapital.com> |
| **Sent:** | 06 March 2014 17:56 |
| **To:** | OLIVER BOTTOMLEY |
| **Subject:** | Bloomberg: MARIANA - man CONFIRMATION NO. 122694: TDC DC Jun14 @ 50.736 - 3 |
| **Attachments:** | alt_body.html; 06032014-man-TDC DC-00122694.pdf |

This email message is confidential and intended for use by the addressee only. If you are not the
intended recipient, please inform the sender immediately by reply transmission and delete this email
and any copies of it.
For important statutory and regulatory disclosures and more information about Mariana Capital Markets,
please visit our web site at http://www.marianacapital.com.

Internet communications are not secure and therefore the Mariana Capital Markets does not accept legal
responsibility for the contents of this message. Although Mariana Capital Markets operates anti-virus
programmes, it does not accept responsibility for any damage whatsoever that is caused by any viruses
being passed. Any views or opinions presented in this email are solely those of the author and do not
necessarily represent those of Mariana Capital Markets.

Mariana Capital Markets LLP is a company registered in the UK (number OC363748) with its business
address at 100 Cannon Street, London, EC4N 6EU. Mariana Capital Markets is also authorised and
regulated by the FCA.

--------------------------------------------------------------------------------
 This email has been scanned for email related threats and delivered safely by Mimecast.
 For more information please visit http://www.mimecast.com
--------------------------------------------------------------------------------

**Sent By** :

**Hamza Kuraishi,** Hamza.Kuraishi@marianacapital.com, Unknown Company

**Recipients** :

**OLIVER BOTTOMLEY,** obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 7571 | 2014-03-07 12:37:13 AM (EST)

CONFIDENTIAL                                                                ED&F-00040968



**MARIANA CAPITAL**

100 Cannon Street  
London EC4N 6EU

Tel: +44 (0) 207 065 6600  
info@marianacapital.com

## LISTED FUTURE CONFIRMATION

| | |
|---|---|
| MCM Ticker No. | MC-000122694 |
| Client Name | ED&F MAN CAPITAL |
| Trader Name | SARA MINA |

| | |
|---|---|
| Trade Date | 06-Mar-2014 |
| Direction | SELL |
| Primary Exchange | B CLEAR |
| Quantity | 20,000 |
| Price | 50.736 |

**Instrument**

| Underlying | Expiry | Listed Ticker | Price |
|---|---|---|---|
| TDC DC - TDC A/S | 20-Jun-2014 | TKF | 50.736 |

| | |
|---|---|
| Levels | 8k @ 50.73/ 12k @ 50.74 |

| | |
|---|---|
| Commission | DKK 0.00 |

| | |
|---|---|
| **Documentation** | ISDA Master Agreement and trade Confirmations thereto. |
| **Applicable Law** | Such law as specified in the ISDA Master Agreement between the parties. In the case where a legal issue has arisen before signing of the: ISDA Master Agreement, English Law shall be applicable. |
| **ISDA Definitions** | 2002 ISDA Equity Derivatives Definitions & 2006 ISDA Definitions. |

Both Buyer and Seller understand, accept and agree that Mariana Capital Markets LLP (MCM) has acted only as arranger in the transaction. MCM has taken details from both Buyer and Seller and believes the details of the transaction to be accurate, and do not hold ourselves responsible for the financial condition of any party we introduce. In the event of an error, please contact MCM within 24 hours of receipt of this confirmation. MCM and its affiliates will not be held responsible for any errors contained in the document which are not brought to our attention within this time and the parties to the transaction agree to hold MCM harmless from any dispute and/or action that may arise as a consequence of the transaction or if either of the parties are unable to enter into the transaction for any reason. This material has been prepared by Mariana Capital Markets LLP, authorised and regulated by the Financial Services Authority.

CONFIDENTIAL  ED&F-00040969

# Charlotte Woodward

| | |
|---|---|
| **From:** | Hamza Kuraishi <Hamza.Kuraishi@marianacapital.com> |
| **Sent:** | 06 March 2014 17:54 |
| **To:** | OLIVER BOTTOMLEY |
| **Subject:** | Bloomberg: MARIANA - man CONFIRMATION NO. 122693: TDC DC Jun14 @ 50.736 - 1 |
| **Attachments:** | alt_body.html; 06032014-man-TDC DC-00122693.pdf |

This email message is confidential and intended for use by the addressee only. If you are not the
intended recipient, please inform the sender immediately by reply transmission and delete this email
and any copies of it.
For important statutory and regulatory disclosures and more information about Mariana Capital Markets,
please visit our web site at http://www.marianacapital.com.

Internet communications are not secure and therefore the Mariana Capital Markets does not accept legal
responsibility for the contents of this message. Although Mariana Capital Markets operates anti-virus
programmes, it does not accept responsibility for any damage whatsoever that is caused by any viruses
being passed. Any views or opinions presented in this email are solely those of the author and do not
necessarily represent those of Mariana Capital Markets.

Mariana Capital Markets LLP is a company registered in the UK (number OC363748) with its business
address at 100 Cannon Street, London, EC4N 6EU. Mariana Capital Markets is also authorised and
regulated by the FCA.
--------------------------------------------------------------------------------
 This email has been scanned for email related threats and delivered safely by Mimecast.
 For more information please visit http://www.mimecast.com
--------------------------------------------------------------------------------

**Sent By** :

**Hamza Kuraishi**, Hamza.Kuraishi@marianacapital.com, Unknown Company

**Recipients** :

**OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 7548 | 2014-03-07 12:37:13 AM (EST)

CONFIDENTIAL                                                                         ED&F-00040970