

100 Cannon Street  
London EC4N 6EU

Tel: +44 (0) 207 065 6600  
info@marianacapital.com

## LISTED FUTURE CONFIRMATION

| | |
|---|---|
| MCM Ticker No. | MC-000122693 |
| Client Name | ED&F MAN CAPITAL |
| Trader Name | SARA MINA |

| | |
|---|---|
| Trade Date | 06-Mar-2014 |
| Direction | SELL |
| Primary Exchange | B CLEAR |
| Quantity | 20,000 |
| Price | 50.736 |

### Instrument

| Underlying | Expiry | Listed Ticker | Price |
|---|---|---|---|
| TDC DC - TDC A/S | 20-Jun-2014 | TKF | 50.736 |

| | |
|---|---|
| Levels | 8k @ 50.73 / 12k @ 50.74 |
| Commission | DKK 0.00 |

| | |
|---|---|
| **Documentation** | ISDA Master Agreement and trade Confirmations thereto. |
| **Applicable Law** | Such law as specified in the ISDA Master Agreement between the parties. In the case where a legal issue has arisen before signing of the: ISDA Master Agreement, English Law shall be applicable. |
| **ISDA Definitions** | 2002 ISDA Equity Derivatives Definitions & 2006 ISDA Definitions. |

Both Buyer and Seller understand, accept and agree that Mariana Capital Markets LLP (MCM) has acted only as arranger in the transaction. MCM has taken details from both Buyer and Seller and believes the details of the transaction to be accurate, and do not hold ourselves responsible for the financial condition of any party we introduce. In the event of an error, please contact MCM within 24 hours of receipt of this confirmation. MCM and its affiliates will not be held responsible for any errors contained in the document which are not brought to our attention within this time and the parties to the transaction agree to hold MCM harmless from any dispute and/or action that may arise as a consequence of the transaction or if either of the parties are unable to enter into the transaction for any reason. This material has been prepared by Mariana Capital Markets LLP, authorised and regulated by the Financial Services Authority.

# Charlotte Woodward

| | |
|---|---|
| **From:** | Liddard, Ross (LDN) <rliddard@edfmancapital.com> |
| **Sent:** | 06 March 2014 16:49 |
| **To:** | 'dh@lutetiacapital.com' |
| **Cc:** | Schofield, Paul (LDN); Regan, Paul (LDN) |
| **Subject:** | Confirm |
| **Attachments:** | 06032014 LUTETIA CONFIRM 2,000,000 TDC DC1.pdf; 06032014 LUTETIA CONFIRM 2,000,000 TDC DC2.pdf; 06032014 LUTETIA CONFIRM 2,000,000 TDC DC3.pdf |

Hello David/Hugues,

Please find confirms attached.

TRADE DATE:   06-MAR
VALUE DATE:   12-MAR

Much apprecaited

Ross D Liddard
Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct:  +44 (0)20 3580 7639
Mobile: +44 (0)7739 263 785

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL                                                                                                ED&F-00040972

**ED&F IDB Equity Confirmation**



| | |
|---|---|
| **Trade date** | 06-Mar |
| **Value date** | 12-Mar |
| **SELLER** | LUTETIA CAPITAL |
| **Underlying** | TDC A/S |
| | DK0060228559 |
| **Quantity** | 2,000,000 |
| **Currency** | DKK |
| **Price** | 52.55 |
| **Net Price** | 52.55 |
| **Gross Notional** | 105,100,000.00 |
| **Net Notional** | 105,100,000.00 |

For queries contact Paul Schofield (pschofield@edfmancapital.com) Ross Liddard (rliddard@edfmancapital.com) or Paul Regan (pregan@edfmancapital.com)

ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7637
Mob: +44 (0)7810 543272

CONFIDENTIAL                                                                                                          ED&F-00040973



**ED&F IDB Equity Confirmation**

| | |
|---|---|
| **Trade date** | 06-Mar |
| **Value date** | 12-Mar |
| | |
| **SELLER** | LUTETIA CAPITAL |
| | |
| **Underlying** | TDC A/S |
| | DK0060228559 |
| | |
| **Quantity** | 2,000,000 |
| **Currency** | DKK |
| **Price** | 52.55 |
| **Net Price** | 52.55 |
| **Gross Notional** | 105,100,000.00 |
| **Net Notional** | 105,100,000.00 |

For queries contact Paul Schofield (pschofield@edfmancapital.com) Ross Liddard (rliddard@edfmancapital.com) or Paul Regan (pregan@edfmancapital.com)

ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7637
Mob: +44 (0)7810 543272

CONFIDENTIAL

ED&F-00040974



**ED&F IDB Equity Confirmation**

| | |
|---|---|
| **Trade date** | 06-Mar |
| **Value date** | 12-Mar |
| | |
| **SELLER** | LUTETIA CAPITAL |
| | |
| **Underlying** | TDC A/S |
| | DK0060228559 |
| | |
| **Quantity** | 2,000,000 |
| **Currency** | DKK |
| **Price** | 52.55 |
| **Net Price** | 52.55 |
| **Gross Notional** | 105,100,000.00 |
| **Net Notional** | 105,100,000.00 |

For queries contact Paul Schofield (pschofield@edfmancapital.com) Ross Liddard (rliddard@edfmancapital.com) or Paul Regan (pregan@edfmancapital.com)

ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7637
Mob: +44 (0)7810 543272

CONFIDENTIAL

ED&F-00040975

Rosenblatt work product: extracts of shadow data

| Firm | Date Basis | Ticket Sequence | ExtRefID | Trade Date | Entry Date | Settlement Date | Trade Account | Product Type | AssetAlias1 | Trade Currency | Ticket State | Trade Transaction | Quantity | Trade Proceeds | Final Price | Asset Alias4 | Master Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 219391 | EQ28021-102466 | 05/03/2014 | 2014-03-06 00:00:00.000 | 10/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060228559 | DKK | REP | BUY | 1,000,000 | 52900660.00 | 52.9006600000 | TDC DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 219391 | EQ28021-102466 | 05/03/2014 | 2014-03-06 00:00:00.000 | 10/03/2014 | 1020010AMERICINVGR | EQUITY | DK0060228559 | DKK | REP | SEL | 1,000,000 | 52900660.00 | 52.9006600000 | TDC DC | 1020010AMERICINVGR |
| E1 | TRD | 219314 | EQ28043-102511 | 06/03/2014 | 2014-03-06 00:00:00.000 | 12/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060228559 | DKK | ORG | BUY | 2,000,000 | 104800000.00 | 52.4000000000 | TDC DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 219314 | EQ28043-102511 | 06/03/2014 | 2014-03-06 00:00:00.000 | 12/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060228559 | DKK | ORG | SEL | 2,000,000 | 104800000.00 | 52.4000000000 | TDC DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 219305 | EQ28043-102501 | 06/03/2014 | 2014-03-06 00:00:00.000 | 12/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060228559 | DKK | ORG | BUY | 2,000,000 | 104801320.00 | 52.4006600000 | TDC DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 219305 | EQ28043-102501 | 06/03/2014 | 2014-03-06 00:00:00.000 | 12/03/2014 | 1020010AMERICINVGR | EQUITY | DK0060228559 | DKK | ORG | SEL | 2,000,000 | 104801320.00 | 52.4006600000 | TDC DC | 1020010AMERICINVGR |
| E1 | TRD | 225358 | EQ28105-102823 | 06/03/2014 | 2014-03-10 00:00:00.000 | 12/03/2014 | 1020035IDBEDFIDBED | EQUITY | DK0060228559 | DKK | REP | BUY | 2,000,000 | 105101320.00 | 52.5506600000 | TDC DC | 1020035IDBEDFIDBED |
| E1 | TRD | 225358 | EQ28105-102823 | 06/03/2014 | 2014-03-10 00:00:00.000 | 12/03/2014 | 1020010AMERICINVGR | EQUITY | DK0060228559 | DKK | REP | SEL | 2,000,000 | 105101320.00 | 52.5506600000 | TDC DC | 1020010AMERICINVGR |

CONFIDENTIAL                                                                 ED&F-00040976

**Message ID** 2506846

## SWIFT Information

| Field | Value | Field | Value |
|---|---|---|---|
| Msg Type | 545 | Direction | From Swift |
| Status | Closed | Loc ID | N/A |
| Related Ref | N/A | Loc SWIFT ID | N/A |
| Transaction Ref | PG307CZU8A001 | Purpose | N/A |
| Asset Series | 269300 | Curr Series | 269298 |
| Reason Code | N/A | External ID | N/A |
| Trailer Hdr | {MAC:00000000}{CHK:F4F5627DDB79} | User Hdr | {108:ISI41906906DW000} |
| Basic Hdr | F01MACVGB22AXXX0608975740 | App Hdr | O5450730140310PARBFRPPIXXX72028684021403100631N |
| Load User | SHSYSTEM | Load Date | 10-03-2014 02:32:56 |
| Load Port | S608207NJ3VW07 | Proc User | N/A |
| Proc Date | [NULL] | Proc Port | N/A |
| Duration | N/A | Instruction Date | N/A |
| ACK Date | [NULL] | OATS | ☐ |
| File Name | 06844171.TXT | OATS Sent | ☐ |
| Memo | | | |

## Details (38)

Show Groups

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//PG307CZU8A001 |
| 3 | 23G | NEWM |
| 4 | 98C | :PREP//20140310072810 |
| 5 | 16R | LINK |
| 6 | 13A | :LINK//541 |
| 7 | 20C | :RELA//E1000026930001 |
| 8 | 16S | LINK |
| 9 | 16S | GENL |
| 10 | 16R | TRADDET |
| 11 | 98A | :TRAD//20140305 |
| 12 | 98A | :ESET//20140310 |
| 13 | 35B | ISIN DK0060228559 |
| 14 | 000 | TDC SHS |
| 15 | 16S | TRADDET |
| 16 | 16R | FIAC |
| 17 | 36B | :ESTT//UNIT/1000000, |
| 18 | 97A | :SAFE//41329000010000778523F |
| 19 | 97A | :CASH//41329000010000724796K |
| 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 16S | FIAC |
| 22 | 16R | SETDET |
| 23 | 22F | :SETR//TRAD |
| 24 | 16R | SETPRTY |
| 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 16S | SETPRTY |
| 27 | 16R | SETPRTY |
| 28 | 95P | :SELL//IRVTBEBBXXX |
| 29 | 97A | :SAFE//05295114373 |
| 30 | 16S | SETPRTY |
| 31 | 16R | SETPRTY |
| 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 16S | SETPRTY |
| 34 | 16R | AMT |
| 35 | 19A | :ESTT//DKK52900680, |
| 36 | 98A | :VALU//20140310 |
| 37 | 16S | AMT |
| 38 | 16S | SETDET |

CONFIDENTIAL

ED&F-00040977

**Message ID** 2537808

## SWIFT Information

| Field | Value |
|---|---|
| Msg Type | 545 |
| Status | Closed |
| Related Ref | N/A |
| Transaction Ref | PG311BHU5A001 |
| Asset Series | 269191 |
| Reason Code | N/A |
| Trailer Hdr | {MAC:00000000}{CHK:EBECF3C20BB5} |
| Basic Hdr | F01MACVGB22AXXX0610990882 |
| Load User | SHSYSTEM |
| Load Port | S608207NJ3VW07 |
| Proc Date | [NULL] |
| Duration | N/A |
| ACK Date | [NULL] |
| File Name | 06844578.TXT |
| Memo | |

| Field | Value |
|---|---|
| Direction | From Swift |
| Loc ID | N/A |
| Loc SWIFT ID | N/A |
| Purpose | N/A |
| Curr Series | 269190 |
| External ID | N/A |
| User Hdr | {108:ISI41907102B0000} |
| App Hdr | O5450137140312PARBFRPPDXXX06845050971403120037N |
| Load Date | 12-03-2014 01:00:48 |
| Proc User | N/A |
| Proc Port | N/A |
| Instruction Date | N/A |
| OATS | ☐ |
| OATS Sent | ☐ |

## Details (38)

Show Groups

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//PG311BHU5A001 |
| 3 | 23G | NEWM |
| 4 | 98C | :PREP//20140312013452 |
| 5 | 16R | LINK |
| 6 | 13A | :LINK//541 |
| 7 | 20C | :RELA//E1000026919101 |
| 8 | 16S | LINK |
| 9 | 16S | GENL |
| 10 | 16R | TRADDET |
| 11 | 98A | :TRAD//20140306 |
| 12 | 98A | :ESET//20140312 |
| 13 | 35B | ISIN DK0060228559 |
| 14 | 0X0 | TDC SHS |
| 15 | 16S | TRADDET |
| 16 | 16R | FIAC |
| 17 | 36B | :ESTT//UNIT/2000000, |
| 18 | 97A | :SAFE//41329000010000778523F |
| 19 | 97A | :CASH//41329000010000724796K |
| 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 16S | FIAC |
| 22 | 16R | SETDET |
| 23 | 22F | :SETR//TRAD |
| 24 | 16R | SETPRTY |
| 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 16S | SETPRTY |
| 27 | 16R | SETPRTY |
| 28 | 95P | :SELL//IRVTBEBBXXX |
| 29 | 97A | :SAFE//05295114373 |
| 30 | 16S | SETPRTY |
| 31 | 16R | SETPRTY |
| 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 16S | SETPRTY |
| 34 | 16R | AMT |
| 35 | 19A | :ESTT//DKK104901320, |
| 36 | 98A | :VALU//20140312 |
| 37 | 16S | AMT |
| 38 | 16S | SETDET |

CONFIDENTIAL

ED&F-00040978

Message ID: 2543872

## SWIFT Information

**Msg Type**
545

**Status**
Closed

**Related Ref**
N/A

**Transaction Ref**
PG311BIE0A001

**Asset Series**
270710

**Reason Code**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:1A4B9571CE0A}

**Basic Hdr**
F01MACVGB22AXXX0610993904

**Load User**
SHSYSTEM

**Load Port**
S608207NJ3VW07

**Proc Date**
[NULL]

**Duration**
N/A

**ACK Date**
[NULL]

**File Name**
06844642.TXT

**Memo**

**Direction**
From Swift

**Loc ID**
N/A

**Loc SWIFT ID**
N/A

**Purpose**
N/A

**Curr Series**
270709

**External ID**
N/A

**User Hdr**
{108:ISI4190710GT4000}

**App Hdr**
O5451229140312PARBFRPPGXXX79622204571403121129N

**Load Date**
12-03-2014 07:32:14

**Proc User**
N/A

**Proc Port**
N/A

**Instruction Date**
N/A

OATS ☐
OATS Sent ☐

## Details (38)

Show Groups

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//PG311BIE0A001 |
| 3 | 23G | NEWM |
| 4 | 98C | :PREP//20140312122812 |
| 5 | 16R | LINK |
| 6 | 13A | :LINK//541 |
| 7 | 20C | :RELA//E1000027071001 |
| 8 | 16S | LINK |
| 9 | 16S | GENL |
| 10 | 16R | TRADDET |
| 11 | 98A | :TRAD//20140306 |
| 12 | 98A | :ESET//20140312 |
| 13 | 35B | ISIN DK0060228559 |
| 14 | 000 | TDC SHS |
| 15 | 16S | TRADDET |
| 16 | 16R | FIAC |
| 17 | 36B | :ESTT//UNIT/2000000, |
| 18 | 97A | :SAFE//41329000010000778523F |
| 19 | 97A | :CASH//41329000010000724796K |
| 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 16S | FIAC |
| 22 | 16R | SETDET |
| 23 | 22F | :SETR//TRAD |
| 24 | 16R | SETPRTY |
| 25 | 95P | :DEAG//NDEADKKKXXX |
| 26 | 16S | SETPRTY |
| 27 | 16R | SETPRTY |
| 28 | 95P | :SELL//PARBFRPPXXX |
| 29 | 97A | :SAFE//20001009532524 |
| 30 | 16S | SETPRTY |
| 31 | 16R | SETPRTY |
| 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 16S | SETPRTY |
| 34 | 16R | AMT |
| 35 | 19A | :ESTT//DKK105101320, |
| 36 | 98A | :VALU//20140312 |
| 37 | 16S | AMT |
| 38 | 16S | SETDET |

CONFIDENTIAL                                    ED&F-00040979

# Account Equity

```
ED&F Man Capital Markets Ltd                         Account Number : CC:AMERIC-INVGR
3 London Bridge Street                               Account Name   : American Investment Group of NY
London SE1 9SG                                       Date           : 07-03-2014
United Kingdom                                       Currency       : USD
```

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 439,990,770.00 Dr | 0.18593236 | 81,808,522.25 Dr | 177,187,470.00 Dr | 0.18593236 | 32,944,884.46 Dr |
| DKK Var Margin | 3,578,200.00 Cr | 0.18593236 | 665,303.17 Cr | 3,578,200.00 Cr | 0.18593236 | 665,303.17 Cr |
| EUR Cash | 10,908.00 Dr | 1.38750000 | 15,134.85 Dr | 10,908.00 Dr | 1.38750000 | 15,134.85 Dr |
| EUR SEG CASH A | 109,684.84 Cr | 1.38750000 | 152,187.72 Cr | 109,684.84 Cr | 1.38750000 | 152,187.72 Cr |
| USD Cash | 8,879,581.50 Dr | 1.00000000 | 8,879,581.50 Dr | 8,879,581.50 Dr | 1.00000000 | 8,879,581.50 Dr |
| USD SEG CASH A | 199,238.41 Cr | 1.00000000 | 199,238.41 Cr | 199,238.41 Cr | 1.00000000 | 199,238.41 Cr |
| | | | 89,686,509.30 Dr | | | 40,822,871.51 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| COLOB DC | COLOPLAST-B | C | 500,000.00 Lg | 354.9044 | 447.2000 | 177,452,220.00 Dr | 223,600,000.00 Cr | 46,147,780.00 Cr | DKK |
| TDC DC | TDC A/S | C | 5,000,000.00 Lg | 52.5607 | 50.0000 | 262,803,300.00 Dr | 250,000,000.00 Cr | 12,803,300.00 Dr | DKK |
| | | | | | Totals: | 440,255,520.00 Dr | 473,600,000.00 Cr | 33,344,480.00 Cr | |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| SOLB BB | SOLVAY SA | C | 800,000.00 Lg | 108.4014 | 113.9500 | 86,721,088.00 Dr | 91,160,000.00 Cr | 4,438,912.00 Cr | EUR |
| | | | | | Totals: | 86,721,088.00 Dr | 91,160,000.00 Cr | 4,438,912.00 Cr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| VEON US | VEON LTD | C | 684,000.00 Lg | 12.9902 | 8.9900 | 8,885,269.44 Dr | 6,149,160.00 Cr | 2,736,109.44 Dr | USD |
| | | | | | Totals: | 8,885,269.44 Dr | 6,149,160.00 Cr | 2,736,109.44 Dr | |

## Trade Date Positions (OTC-OPTIONS) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| SOLB BB | SOLVAY SA | C | 8,000.00 Sh | 103.3500 | 113.9400 | 82,680,000.00 Cr | 91,152,000.00 Dr | 8,472,000.00 Dr | EUR |
| | | | | | Totals: | 82,680,000.00 Cr | 91,152,000.00 Dr | 8,472,000.00 Dr | |

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| TKF20JUN2014 | TKF20JUN2014BCLEAR | 30,000.00 Sh | 50.7861 | 50.0200 | 152,358,200.00 Cr | 150,060,000.00 Dr | 2,298,200.00 Cr | DKK |

# Account Equity

```
ED&F Man Capital Markets Ltd                          Account Number:  CC:AMERIC-INVGR
3 London Bridge Street                                Account Name   : American Investment Group of NY
London SE1 9SG                                        Date           : 07-03-2014
United Kingdom                                        Currency       : USD
```

## Trade Date Futures Positions (DKK) (Con't)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| TKF21MAR2014 | TKF21MAR2014BCLEAR | 20,000.00 Sh | 50.6400 | 50.0000 | 101,280,000.00 Cr | 100,000,000.00 Dr | 1,280,000.00 Cr | DKK |
| | | | | | ================ | ================ | ================ | |
| | | | | | 253,638,200.00 Cr | 250,060,000.00 Dr | 3,578,200.00 Cr | DKK |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 06-03-14 | 12-03-14 | Normal | BUY | 2,000,000.00 | TDC DC | 52.4007 | 104,801,320.00 Dr | DKK |
| 05-03-14 | 10-03-14 | Normal | BUY | 1,000,000.00 | TDC DC | 52.9007 | 52,900,660.00 Dr | DKK |
| 06-03-14 | 12-03-14 | Normal | BUY | 2,000,000.00 | TDC DC | 52.5507 | 105,101,320.00 Dr | DKK |

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity | D | Open Price | Notional | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 203304 | 20-12-13 27-12-13 | | COLOB DC COLOPLAST-B | 500,000 | S | 353.2000 | 176,600,000 | DKK | 447.2000 | -47,000,000 | | Fixed | 0.0000 | |
| 172560 | 12-11-13 15-11-13 | | VEON US VEON LTD | 684,000 | S | 12.9900 | 8,885,160 | USD | 8.9900 | 2,736,000 | | Fixed | 0.0000 | |

## Account Summary

```
Item                                         Amount (USD)
----------------------------------------    ================
Value of opening currency balance             41,231,922.70 Dr
Value of trades settling today                 9,838,095.18 Dr
Value of Rec/Del today                                 0.00 Cr
Value of Deposits/Withdrawls today            10,247,146.37 Cr
----------------------------------------    ================
Value of closing currency balance(s)          40,822,871.51 Dr

Cash Collateral Pending Settlement                     0.00 Cr
Financed Cash Pending Settlement                       0.00 Cr
NonFX Proceeds Pending Settlement             48,863,637.79 Dr
----------------------------------------    ================
Trade Date Cash Balance                       89,686,509.30 Dr

Market Value of Positions                     94,217,825.70 Cr
Mkt Val of Unsettled Fin Positions                     0.00 Cr
Mkt Val of Settled Fin Positions                       0.00 Cr
Mkt Val of Unsettled Fin Collateral                    0.00 Cr
Mkt Val of Settled Fin Collateral                      0.00 Cr
Net Value of Financing Interest                        0.00 Cr
Open Trade Equity on FX Deals                          0.00 Cr
Accrued Interest on Fixed Income                       0.00 Cr
Value of Open Swap Positions                   6,002,820.92 Dr
----------------------------------------    ================
Preliminary Account Value                      1,471,504.52 Dr
```

# Account Equity

```
ED&F Man Capital Markets Ltd                        Account Number: CC:AMERIC-INVGR
3 London Bridge Street                              Account Name  : American Investment Group of NY
London SE1 9SG                                      Date          : 07-03-2014
United Kingdom                                      Currency      : USD
```

## Margin Summary

```
-----------------------------------   ===========================
Margin Req (Reg-T: Initial)                             0.00 Cr
Margin Req (Reg-T: Maintenance)                         0.00 Cr
Margin Req (Future Initial)                     2,379,934.21 Dr
Margin Req (FOREX)                                      0.00 Cr
Margin Req (Minimum Equity)                             0.00 Cr
-----------------------------------   ===========================
Margin Req (Total)                              2,379,934.21 Dr
```

Futures Initial Requirement

```
Cur Requirement            Requirement (USD)    Conv Rate
DKK      12,800,000.00 Dr     2,379,934.21 Dr    0.18593
                              ================
                              2,379,934.21 Dr
```

Total Account Value                                         3,851,438.73 Dr

## Financing Summary

```
Unsettled Value of collateral at close                  0.00 Cr
Unsettled Financing Valuation                           0.00 Cr
-----------------------------------   ===========================
Unsettled Financing Excess at close                     0.00

Settled Value of collateral at close                    0.00 Cr
Settled Financing Valuation                             0.00 Cr
-----------------------------------   ===========================
Settled Financing Excess at close                       0.00

Total Financing Excess at close                         0.00
```

# TDC A/S                                                                                      TDC DC

| ISIN: DK0060228559 | | SEDOL: 5698790 | | COUNTRY: DK |
|---|---|---|---|---|
| EX DATE: | 07/03/2014 | REC DATE: | 11/03/2014 | PAY DATE: 12/03/2014 |
| CCY: | DKK | GROSS RATE: | 2.20 | FEE: 0.00 |

## AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 1,000,000 | | 1,606,000.00 | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 2,069,400 | | 3,323,456.40 | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 828,000 | | 1,329,768.00 | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 2,604,000 | | 4,182,024.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 1,853,700 | | 2,977,042.20 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 980,000 | | 1,573,880.00 | | | |
| CC:CUBXBE-00000 | Cubix Managers Limited Partnerships | 73% | 4,995,000 | | 8,021,970.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 2,136,100 | | 3,430,576.60 | | | |
| CC:KAMCOO-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 73% | 1,000,000 | | 1,606,000.00 | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 1,678,600 | | 2,695,831.60 | | | |
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 73% | 2,857,000 | | 4,588,342.00 | | | |
| CC:TEWLP0-TEWLP | Tew LP Retirement Plan | 73% | 2,843,200 | | 4,566,179.20 | | | |
| LC:GLOBAL-EQY01 | BNP Paribas Depot 778523F | 73% | | -24,835,000 | | -39,981,070.00 | | |
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 4,000,000 | | 6,424,000.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -2,000,000 | | -3,212,000.00 | YES | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 1,635,600 | | 2,626,773.60 | | | |
| SB:000004-00000 | Equity Finance Vs ICB | 73% | | -435,000 | | -698,298.00 | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -1,137,600 | | -1,826,985.60 | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 782,000 | | 1,255,892.00 | | | |
| SB:000004-00000 | Equity Finance Vs ICB | 73% | | -377,000 | | -605,374.00 | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -403,000 | | -647,218.00 | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 1,644,000 | | 2,640,264.00 | | | |
| SB:000004-00000 | Equity Finance Vs ICB | 73% | | -457,000 | | -734,812.00 | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -1,192,000 | | -1,914,352.00 | | |
| CC:CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 8,000,000 | | 12,848,000.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -8,000,000 | | -12,848,000.00 | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 1,548,700 | | 2,487,212.20 | | | |
| SB:000004-00000 | Equity Finance Vs ICB | 73% | | -745,000 | | -1,196,470.00 | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -803,700 | | -1,290,742.20 | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 590,000 | | 947,540.00 | | | |
| SB:000004-00000 | Equity Finance Vs ICB | 73% | | -200,000 | | -321,200.00 | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -390,000 | | -626,340.00 | | |
| CC:DW0000-CONST | DW CONSTRUCTION INC RETIREMENT PLAN | 73% | 3,300,000 | | 5,299,800.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -3,300,000 | | -5,299,800.00 | | |
| CC:GOLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO She | 73% | 2,200,000 | | 3,533,200.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -2,200,000 | | -3,533,200.00 | | |
| CC:HAMLYN-LLPD0 | HAMLYN LP | 73% | 24,000,000 | | 38,544,000.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -24,000,000 | | -38,544,000.00 | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 1,577,100 | | 2,532,822.60 | | | |
| SB:000004-00000 | Equity Finance Vs ICB | 73% | | -416,000 | | -668,096.00 | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -1,161,100 | | -1,864,726.60 | | |

| CC/SB Account | Client Name | DIV % | LONG | SHORT | PAYABLE | RECEIVABLE | CLAIM? |
|---|---|---|---|---|---|---|---|
| CC:KAMCOO-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 73% | 4,000,000 | | 6,424,000.00 | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -2,000,000 | | -3,212,000.00 | YES |
| CC:KAMCOO-INVES | KAMCO INVESTMENTS INC PENSION PLAN | 73% | 2,000,000 | | 3,212,000.00 | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -2,000,000 | | -3,212,000.00 | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 2,150,000 | | 3,452,900.00 | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -2,150,000 | | -3,452,900.00 | |
| CC:MOIRAO-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 73% | 6,000,000 | | 9,636,000.00 | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -6,000,000 | | -9,636,000.00 | YES |
| CC:NSONGF-401PL | Newsong Fellowship Church 401k | 73% | 2,500,000 | | 4,015,000.00 | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -2,500,000 | | -4,015,000.00 | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 2,150,000 | | 3,452,900.00 | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -2,150,000 | | -3,452,900.00 | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 1,394,600 | | 2,239,727.60 | | |
| (illegible) | Equity Finance vs ICB | 73% | | -225,000 | | -361,350.00 | YES |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -1,169,600 | | -1,878,377.60 | |
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 73% | 1,712,000 | | 2,749,472.00 | | |
| (illegible) | Equity Finance vs ICB | 73% | | -578,000 | | -928,568.00 | YES |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -1,134,000 | | -1,821,704.00 | |
| CC:TEWLP0-TEWLP | Tew LP Retirement Plan | 73% | 2,116,000 | | 3,398,296.00 | | |
| (illegible) | Equity Finance vs ICB | 73% | | -506,000 | | -812,636.00 | YES |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -1,610,000 | | -2,585,660.00 | |
| CC:TVETER-TVETE | Tveter LLC Pension Plan | 73% | 1,000,000 | | 1,606,000.00 | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -1,000,000 | | -1,606,000.00 | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | 64,300,000 | | 103,265,800.00 | | |
| CC:EDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -64,300,000 | | -103,265,800.00 | |
| | TOTALS | | 163,445,000 | -163,445,000 | 262,492,670.00 | -262,492,670.00 | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NET STK LOAN AMNT | PYMNT Y/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:JEFFER-INTER | Jefferies International Ltd | 85% | 950,000 | | 1,776,500.00 | | YES | | | |
| BR:MACQUA-MACQU | MACQUARIE BANK LIMITED | 85% | 400,000 | | 748,000.00 | | YES | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 21,800 | | 47,960.00 | | | | | |
| CC:TEWLPO-TEWLP | Tew LP Retirement Plan | 100% | -128,200 | | 282,040.00 | | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -1,500,000 | | -3,300,000.00 | | | | |
| | SL TOTALS | | 1,500,000 | -1,500,000 | 2,854,500.00 | -3,300,000.00 | | | | |

Handwritten: 1350,000@85   150,000@100

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVABLE |
|---|---|---|---|---|---|---|
| | | | SWP TOTAL | | | |
| | | | | TOTALS | 0.00 | 0.00 |

PREPARED: (signature)   DESK SIGN OFF: (signature)   OPS MANAGER SIGN OFF: Maclean (signature)

AGENT CASH RECEIVED   CLAIMS PAID   JOURNAL NUMBERS UPDATED   DATE:   FILE CLOSED   CLOSER:

CONFIDENTIAL                                                         ED&F-00040984