| MESSAGE ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OPARBFRPPXXX5661401766050101DKK 140312 | 1 Tag 16R | GENL | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 2 Tag 20C | :CORP//2014636956 | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 3 Tag 20C | :SEME//1401766050101DKK | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 4 Tag 23G | NEWM | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 5 Tag 22F | :CAEV//DVCA | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 6 Tag 16R | LINK | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 7 Tag 22F | :LINK//INFO | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 8 Tag 13A | :LINK//564 | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 9 Tag 20C | :PREV//2014636956000209 | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 10 Tag 16S | LINK | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 11 Tag 16S | GENL | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 12 Tag 16R | USECU | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 13 Tag 97A | :SAFE//41329000010000778523F | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 14 Tag 94F | :SAFE//CUST/NDEADKKKXXX | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 15 Tag 35B | ISIN DK0060228559 TDC SHS | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 16 Tag 93B | :CONB//UNIT/24845000, | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 17 Tag 16S | USECU | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 18 Tag 16R | CADETL | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 19 Tag 98A | :XDTE//20140307 | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 20 Tag 98A | :RDTE//20140311 | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 21 Tag 22F | :DIVI//REGR | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 22 Tag 16S | CADETL | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 23 Tag 16R | CACONF | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 24 Tag 13A | :CAON//001 | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 25 Tag 22F | :CAOP//CASH | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 26 Tag 16R | CASHMOVE | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 27 Tag 22H | :CRDB//CRED | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 28 Tag 97A | :CASH//41329000010000724864B | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 29 Tag 19B | :PSTA//DKK39901070, | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 30 Tag 19B | :GRSS//DKK54659000, | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 31 Tag 19B | :NETT//DKK39901070, | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 32 Tag 19B | :WITF//DKK14757930, | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 33 Tag 98A | :POST//20140312 | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 34 Tag 98A | :VALU//20140312 | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 35 Tag 98A | :PAYD//20140312 | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 36 Tag 92F | :NETT//DKK1,606 | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 37 Tag 92F | :GRSS//DKK2,2 | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 38 Tag 92A | :WITF//27, | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 39 Tag 16S | CASHMOVE | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 40 Tag 16S | CACONF | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 41 Tag 16R | ADDINFO | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 42 Tag 70E | :TAXE// half-base taxation for foreign securities | |
| OPARBFRPPXXX5661401766050101DKK 140312 | 43 Tag 16S | ADDINFO | |

CONFIDENTIAL

# Charlotte Woodward

| | |
|---|---|
| **From:** | Clenet Pierre (RBC IS) <Pierre.Clenet@rbc.com> |
| **Sent:** | 13 March 2014 11:23 |
| **To:** | Meade, Michael (LDN) |
| **Cc:** | LDN-EQUITYASSETSERVICING-DL; RBCISCorporateActions |
| **Subject:** | RE: DK0060228559 - TDC A/S - P/D 12/03/2014 - Dividend due to ED&F Man Capital Markets from Lutetia Patrimoine |

Hi Michael,

We agree with your claim,

We will pay you 9,636,000.00 DKK - value date 17 March 2014.

Best regards,

**Pierre Clénet**
Administrator Entitlements and Tax Operations
Corporate Actions

**RBC Investor & Treasury Services**
T +331 7037 8387
F +331 7037 8381

rbcits.com

RBC Investor Services Bank France S.A. operates in France under the RBC Investor & Treasury Services brand name.

---

**From:** Meade, Michael (LDN) [mailto:mmeade@edfmancapital.com]
**Sent:** jeudi, 13. mars 2014 09:08
**To:** Clenet Pierre (RBC IS)
**Cc:** LDN-EQUITYASSETSERVICING-DL
**Subject:** DK0060228559 - TDC A/S - P/D 12/03/2014 - Dividend due to ED&F Man Capital Markets from Lutetia Patrimoine
**Importance:** High

Hi All,

We are claiming the below dividend due to cum dividend trades settling after the dividend record date. These trades relate to client Lutetia Patrimoine. Please see event details below:

| | |
|---|---|
| SECURITY | TDC A/S |
| ISIN | DK0060228559 |
| REC DATE | 11/03/2014 |
| PAY DATE | 12/03/2014 |
| GROSS DIV RATE | 2.20 |

CONFIDENTIAL                                          ED&F-00040986

| CURRENCY | DKK |
|---|---|
| TAX RATE | 27% |

Attached is a breakdown of the trades involved. The transaction status is from ED&F Man Capital Markets' perspective, so these are your sales.

Total amount claimed is DKK 9,636,000.00.

If you are in agreement, please make payment to the below account and kindly confirm back with the payment value date:

| | |
|---|---|
| Correspondent Bank: | Nordea Bank, Denmark |
| Correspondent SWIFT: | NDEADKKK |
| Beneficiary Bank: | JP Morgan Chase Bank, NA London |
| Beneficiary Bank SWIFT: | CHASGB2L |
| Final Beneficiary: | ED&F Man Capital Market Ltd |
| Final BeneficiaryAccount: | GB31CHAS60924241018467 |

If you require any more information please let me know.

Regards,

**Michael Meade**
Asset Services



Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7240
Group: +44 (0)20 3580 7234
Email: mmeade@edfmancapital.com
Group: LDN-EQUITYASSETSERVICING@edfmancapital.com

Cet e-mail peut contenir des informations confidentielles et l'expéditeur de cet email ne renonce à aucun droit ou obligation qu'il pourrait avoir sur ces informations. Toute distribution, utilisation ou copie de cet email ou des informations qu'il contient par une personne autre que son destinataire visé ou désigné est interdite. Si vous avez reçu cet email par erreur, veuillez m'en avertir (en répondant à cet email ou autrement) et supprimer cet email immédiatement. Cet email et les fichiers joints peuvent contenir des virus ou tout autre défaut qui pourrait affecter votre système informatique une fois l'email ou les fichiers reçus ou ouverts. Bien que RBC Investor Services Bank S.A., ses filiales et succursales prennent toutes les précautions raisonnables afin de réduire ce risque, nous n'acceptons aucune responsabilité pour tout dommage ou perte que vous pourriez subir à cause de ces virus ou défauts. Vous êtres responsables des vérifications concernant les virus avant d'ouvrir tout fichier joint. L'expéditeur de cet email n'accepte aucune responsabilité pour les erreurs ou omissions.

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient(s) is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately and delete this e-mail. This email and the contents of any attachment to this e-mail may contain software viruses or other defect which might affect your own computer system once received or opened. While RBC Investor Services Bank S.A., its subsidiaries and branches take reasonable precautions to minimize that risk, we cannot accept liability or responsibility for any damage or loss which may occur or be sustained as a result of a software virus or other defect. You are responsible for virus checks before opening any attachment. The sender does not accept liability for any errors or omissions.

CONFIDENTIAL                                                                                                                ED&F-00040987


CONFIDENTIAL





ShadowSuite 9.8.1 - User[MMEADE] Company [E1] Trade Date[15-10-2018] Server[tcp://172.20.20.38:5050] Port[VMSREDFPRDMT1] Zone[GREEN] - [General Journal Detail]

File Configuration Account Master Treasury Settlement Trading General Ledger Positions Price Operations Report Window Help

**Journal ID** 258586 **Retrieve By:** Journal ID **Origin** System

Journal Header

| Journal ID | As Of Date | Entry Date | As of Post Date | Post Date | Type | Source | Origin |
|---|---|---|---|---|---|---|---|
| 258586 | 17-03-2014 | 17-03-2014 | 17-03-2014 | 17-03-2014 | User Adjustment | ORG | Import |

**Description** CASH DIV - TDC DC - PD 12/03/14

**Reverse ID** (None)

**Status** Posted

**External ID**

**Reversal Type** Never

**Reverse Status** Not Applicable

**Ancestor External ID**

**Ancestor ID**

**Reverse Date** EOT

New Journal | Copy Journal | Delete Journal | Post | Unpost | Set Rev Info | Add Reversal

Journal Detail Lines | Audit Trail Information | Authorization

**Detail Lines (2)**

Show Groups

| | Seq | Asset | Country | Cur | Amount | Account ID | Account Name | Layer | Invt Type | Cost | De |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | DKK | (None) | DKK | 3,212,000.0000 Dr | CO:CORPAC–CORPA | CORPORATE ACTIONS CONTROL AC | Cash | Unclassified Inventory Type | | |
| 2 | 2 | DKK | (None) | DKK | 3,212,000.0000 Cr | CC:AMERIC–INVGR | American Investment Group of NY LP Pension Plan | Cash | Unclassified Inventory Type | | |



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Cambridge Way LLC 401K Profit Sharing Plan – Suite 309, 35 Cambridge Way, Weehawken, New Jersey, 07086, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 07th March 2014 |
| Record Date: | 11th March 2014 |
| Pay Date: | 12th March 2014 |
| Quantity: | 8,000,000 Shares |
| Gross Div Rate: | DKK 2.20 |
| Amount Received: | DKK 12,848,000.00 |
| WHT Suffered: | DKK 4,752,000.00 |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Cambridge Way LLC 401K Profit Sharing Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE
CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

ED&F-00040991





# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, DW Construction Inc Retirement Plan – 5532 Lillehammer Lane, Park City, Utah, 84098, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 07th March 2014 |
| Record Date: | 11th March 2014 |
| Pay Date: | 12th March 2014 |
| Quantity: | 3,300,000 Shares |
| Gross Div Rate: | DKK 2.20 |
| Amount Received: | DKK 5,299,800.00 |
| WHT Suffered: | DKK 1,960,200.00 |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to DW Construction Inc Retirement Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE
CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

ED&F-00041009





# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein – Suite 1915, 61 Broadway, New York City, New York, 10006, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 07th March 2014 |
| Record Date: | 11th March 2014 |
| Pay Date: | 12th March 2014 |
| Quantity: | 2,200,000 Shares |
| Gross Div Rate: | DKK 2.20 |
| Amount Received: | DKK 3,533,200.00 |
| WHT Suffered: | DKK 1,306,800.00 |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00041034



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm that the amount was paid into the account of Hamlyn LP which held the below security over dividend date for Del Mar Asset Management Saving And Retirement Plan, 711 Fifth Avenue, New York, NY 10022, United States, the beneficial owner of the security.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 07th March 2014 |
| Record Date: | 11th March 2014 |
| Pay Date: | 12th March 2014 |
| Quantity: | 24,000,000 Shares |
| Gross Div Rate: | DKK 2.20 |
| Amount Received: | DKK 38,544,000.00 |
| WHT Suffered: | DKK 14,256,000.00 |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were received by Hamlyn LP where the beneficial owner is Del Mar Asset Management Saving And Retirement Plan, net of withholding tax. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

ED&F-00041059





E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Kamco Investments Inc Pension Plan – Suite 103, 5532 Lillehammer Lane, Park City, Utah, 84098, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 07th March 2014 |
| Record Date: | 11th March 2014 |
| Pay Date: | 12th March 2014 |
| Quantity: | 2,000,000 Shares |
| Gross Div Rate: | DKK 2.20 |
| Amount Received: | DKK 3,212,000.00 |
| WHT Suffered: | DKK 1,188,000.00 |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Kamco Investments Inc Pension Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

ED&F-00041083

CONFIDENTIAL



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Kamco L.P. Profit Sharing Plan FBO Stacey Kaminer – Suite 103, 5532 Lillehammer Lane, Park City, Utah, 84098, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 07th March 2014 |
| Record Date: | 11th March 2014 |
| Pay Date: | 12th March 2014 |
| Quantity: | 5,000,000 Shares |
| Gross Div Rate: | DKK 2.20 |
| Amount Received: | DKK 8,030,000.00 |
| WHT Suffered: | DKK 2,970,000.00 |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Kamco L.P. Profit Sharing Plan FBO Stacey Kaminer. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations
Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00041108



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm that the amount was paid into the account of CUBIX Managers Limited Partnership which held the below security over dividend date for KK Law Firm Retirement Plan Trust – 6572 Berrywood Lane, Downers Grove, IL 60516, United States of America the beneficial owner of the security.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 07th March 2014 |
| Record Date: | 11th March 2014 |
| Pay Date: | 12th March 2014 |
| Quantity: | 1,448,550 Shares |
| Gross Div Rate: | DKK 2.20 |
| Amount Received: | DKK 2,326,371.30 |
| WHT Suffered: | DKK 860,438.70 |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were received by KK Law Firm Retirement Plan Trust – 6572 Berrywood Lane, Downers Grove, IL 60516, United States of America net of withholding tax. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00041180