Case 1:18-md-02865-LAK    Document 824-168    Filed 06/15/22    Page 1 of 16

Trade executed by The Link Asset & Securities Co. Ltd.
2 Broadgate, London EC2M 7UR
T: +44 (0) 20 7663 5333
F: +44 (0) 20 7696 3555



# Trade confirm MW018486 on trade date 07 Mar 2014

an ICAP group company

We are pleased to confirm the details of your OTC transaction

### Trade details

| Buyer | E D & F MAN CAPITAL MARKETS LIMITED RE JPM | Trader | Victoria Foster | Settlement | 12 Mar 2014 |
|---|---|---|---|---|---|

### Basket

| Ticker | Stock | ISIN | SEDOL | Quantity | Gross price | Net price | Value |
|---|---|---|---|---|---|---|---|
| TDC | TDC A/S | DK0060228559 | 5698790 | 2,000,000 | 50.65000 | 50.65000 | 101,300,000.00 |
| TDC | TDC A/S | DK0060228559 | 5698790 | 2,000,000 | 50.65000 | 50.65000 | 101,300,000.00 |
| TDC | TDC A/S | DK0060228559 | 5698790 | 2,000,000 | 50.65000 | 50.65000 | 101,300,000.00 |
| TDC | TDC A/S | DK0060228559 | 5698790 | 2,200,000 | 50.65000 | 50.65000 | 111,430,000.00 |
| TDC | TDC A/S | DK0060228559 | 5698790 | 2,150,000 | 50.65000 | 50.65000 | 108,897,500.00 |
| TDC | TDC A/S | DK0060228559 | 5698790 | 2,150,000 | 50.65000 | 50.65000 | 108,897,500.00 |
| TDC | TDC A/S | DK0060228559 | 5698790 | 3,300,000 | 50.65000 | 50.65000 | 167,145,000.00 |
| TDC | TDC A/S | DK0060228559 | 5698790 | 4,000,000 | 50.65000 | 50.65350 | 202,614,000.00 |
| TDC | TDC A/S | DK0060228559 | 5698790 | 2,500,000 | 50.65000 | 50.65000 | 126,625,000.00 |
|  |  |  |  |  |  |  | **1,129,509,000.00** |

### Brokerage

| Calculated by | Per basket | Our broker | Cash Cross Swaps | Brokerage | DKK 14,000 |
|---|---|---|---|---|---|

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | Friday, March 7, 2014 11:05 AM |
| **To:** | Foster, Victoria (LDN); LDN-EQUITYFINANCE-TRADS-DL |
| **Subject:** | RE: Trade Intererst |
| **Attachments:** | 07032014TKFBClearFutures(MCM).pdf; MW018485.pdf |

Confirms attached for re hypo.

LINK – stock
Vol- futures (booked principally)

Thanks,
Oli

---

**From:** Foster, Victoria (LDN)
**Sent:** 07 March 2014 09:23
**To:** LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: Trade Intererst

If you can get the futures and stock as close to €50.65 that would be great.

I know Rich said he was seeing volume in the futures.

Broker lines for stock are available with ICAP / LINK.

---

**From:** Foster, Victoria (LDN)
**Sent:** 07 March 2014 08:17
**To:** LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: Trade Intererst

Team,

Please go out to the market and find out levels to re-hypothecate the below T+3 ideally as I need to free up the funding

thanks

---

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 06 March 2014 01:44
**To:** Bottomley, Oliver (LDN); Mina, Sara (LDN)
**Cc:** Foster, Victoria (LDN)
**Subject:** Trade Intererst

Hi All,

The following accounts are interested in purchasing 22.3 mil shares of TDC DC, ISIN DK0060228559, T+4 and hedging their purchase by selling Bclear futures in the amount of 223,000 TKF june. Can you provide clearance for these transactions? Also, the accounts are looking for liquidity if you are able to source any please let them know.

1

CONFIDENTIAL                                                                                                                    ED&F-00190794

```
AIGPP   AMERIC-INVGR        2,000,000
KIPP    KAMCO0-INVES        2,000,000
KLPP    KAMCO0-LPPRO        2,000,000
GLG     GOLDST-LAWGP        2,200,000
LABP    LINDEN-ADBPL        2,150,000
RABP    RIVERS-ASSOC        2,150,000
DWCPP   DW000-CONST         3,300,000
MAPP    MOIRA0-ASSOC        4,000,000
NEWP    NSONGF-401PL        2,500,000
```

I will check in from the office in the morning.

Best,

Stacey

2

CONFIDENTIAL                                                                                                              ED&F-00190795

**Volcafe Futures Confirmation:**
Trade Date                           07-Mar-14
**ED&F Man Capital Markets**
OLIVER BOTTOMLEY
  BClear                             EMC LEQ HI002

| | Underlying Stock | Bberg | CCY | Multiplier | Exchange | Contract | Direction | Quantity | Ref Price | Futs Price | CCY | Notional | CCY | Invoice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TDC A/S | TDC DC | DKK | 100 | BCLEAR | TKF 21 March 2014 | BUY | 223,000 | 50.6500 | 50.6500 | DKK | 1,129,495,000.00 | DKK | 14,118.69 |

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur Switzerland

CONFIDENTIAL                                                                                                   ED&F-00190796

Trade executed by The Link Asset & Securities Co. Ltd.
2 Broadgate, London EC2M 7UR
T: +44 (0) 20 7663 5333
F: +44 (0) 20 7696 3555



# Link

an ICAP group company

**Trade confirm MW018485 on trade date 07 Mar 2014**

We are pleased to confirm the details of your OTC transaction

| Trade details | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Seller** | ED&F Man Capital Markets Ltd - Re Paribas | **Trader** | Oliver Bottomley | | **Settlement** | 12 Mar 2014 | |
| **Basket** | | | | | | | |
| **Ticker** | **Stock** | **ISIN** | **SEDOL** | **Quantity** | **Gross price** | **Net price** | **Value** |
| TDC | TDC A/S | DK0060228559 | 5698790 | 2,000,000 | 50.65000 | 50.65000 | 101,300,000.00 |
| TDC | TDC A/S | DK0060228559 | 5698790 | 2,000,000 | 50.65000 | 50.65000 | 101,300,000.00 |
| TDC | TDC A/S | DK0060228559 | 5698790 | 2,000,000 | 50.65000 | 50.65000 | 101,300,000.00 |
| TDC | TDC A/S | DK0060228559 | 5698790 | 2,200,000 | 50.65000 | 50.65000 | 111,430,000.00 |
| TDC | TDC A/S | DK0060228559 | 5698790 | 2,150,000 | 50.65000 | 50.65000 | 108,897,500.00 |
| TDC | TDC A/S | DK0060228559 | 5698790 | 2,150,000 | 50.65000 | 50.65000 | 108,897,500.00 |
| TDC | TDC A/S | DK0060228559 | 5698790 | 3,300,000 | 50.65000 | 50.65000 | 167,145,000.00 |
| TDC | TDC A/S | DK0060228559 | 5698790 | 4,000,000 | 50.65000 | 50.65000 | 202,600,000.00 |
| TDC | TDC A/S | DK0060228559 | 5698790 | 2,500,000 | 50.65000 | 50.64920 | 126,623,000.00 |
| | | | | | | | **1,129,493,000.00** |
| **Brokerage** | | | | | | | |
| **Calculated by** | Per basket | **Our broker** | Cash Cross Swaps | | **Brokerage** | DKK 2,000 | |

CONFIDENTIAL                                                                                           ED&F-00190797



**ED&F MAN**

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm that the amount was paid into the account of CUBIX Managers Limited Partnership which held the below security over dividend date for 5T Advisory Services Retirement Plan Trust, 1 Harborview West, Lawrence, NY 11559, United States of America the beneficial owner of the security.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 07th March 2014 |
| Record Date: | 11th March 2014 |
| Pay Date: | 12th March 2014 |
| Quantity: | 1,673,325 Shares |
| Gross Div Rate: | DKK 2.20 |
| Amount Received: | DKK 2,687,359.95 |
| WHT Suffered: | DKK 993,955.05 |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were received by 5T Advisory Services Retirement Plan Trust, 1 Harborview West, Lawrence, NY 11559, United States of America net of withholding tax. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                                         ED&F-00222877


# ED&F MAN

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm that the amount was paid into the account of CUBIX Managers Limited Partnership which held the below security over dividend date for Uplands Consulting Retirement Plan Trust - 1301 Avenue of the Americas, 33rd Floor, New York, NY10019, United States of America the beneficial owner of the security.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 07th March 2014 |
| Record Date: | 11th March 2014 |
| Pay Date: | 12th March 2014 |
| Quantity: | 1,873,125 Shares |
| Gross Div Rate: | DKK 2.20 |
| Amount Received: | DKK 3,008,238.75 |
| WHT Suffered: | DKK 1,112,636.25 |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were received by Uplands Consulting Retirement Plan Trust- 1301 Avenue of the Americas, 33rd Floor, New York, NY10019, United States of America net of withholding tax. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                    ED&F-00222878



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm that the amount was paid into the account of CUBIX Managers Limited Partnership which held the below security over dividend date for KK Law Firm Retirement Plan Trust – 6572 Berrywood Lane, Downers Grove, IL 60516, United States of America the beneficial owner of the security.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 07th March 2014 |
| Record Date: | 11th March 2014 |
| Pay Date: | 12th March 2014 |
| Quantity: | 1,448,550 Shares |
| Gross Div Rate: | DKK 2.20 |
| Amount Received: | DKK 2,326,371.30 |
| WHT Suffered: | DKK 860,438.70 |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were received by KK Law Firm Retirement Plan Trust – 6572 Berrywood Lane, Downers Grove, IL 60516, United States of America net of withholding tax. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                                                                             ED&F-00222879

Message

| | |
|---|---|
| **From**: | Mina, Sara (LDN) [smina@edfmancapital.com] |
| **Sent**: | 12/03/2014 14:26:30 |
| **To**: | Foster, Victoria (LDN) [vfoster@edfmancapital.com]; LDN-EQUITYFINANCE-TRADS-DL [LDN-EQUITYFINANCE-TRADS-DL@edfmancapital.com] |
| **BCC**: | fireland@edfmancapital.com; mhoward@edfmancapital.com; obottomley@edfmancapital.com; smina@edfmancapital.com; cscanlan@edfmancapital.com |
| **Subject**: | RE: TDC DC Rehypothecation |
| **Attachments**: | Trade confirmation; Trade confirmation; Confirm; Conf ref A1084018/A1084019/A1084020: Teradata Corp Bclear Futures |

All done Vic.

Stock rehypothecated @ 48.88.

Futures bought at 48.8892.

Thanks,
Sara

**From:** Mina, Sara (LDN)
**Sent:** 12 March 2014 07:58
**To:** Foster, Victoria (LDN); LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: TDC DC Rehypothecation

Noted Vic, will check for liquidity and revert.

**From:** Foster, Victoria (LDN)
**Sent:** 12 March 2014 07:55
**To:** LDN-EQUITYFINANCE-TRADS-DL
**Subject:** TDC DC Rehypothecation

Team,

Looking through the settlement today I can see we didn't re-hypothecate all of the TDC DC. Can you see what you can do on the following t/s s/ds today !

American Investment Group 2mln
Kamco LP  2mln
Moria assocs  2mln

So 6 mln shs in total.

I can also see a mismatch of Futures Expiries … on our books for 20,000 lots of June and April expiries which will need to be flattened if possible.

Thanks, Vic.

Victoria Foster
Managing Director, Equity Finance

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7628  |  Desk: +44 (0)203 580 7626  |  Mobile: +44 (0)7855 252 899
vfoster@edfmancapital.com | www.edfman.com

 Please consider the environment before printing this e-mail

CONFIDENTIAL

ED&F-00252018

Message

| | |
|---|---|
| **From**: | Stuart Julian (GFI SECURITIES LIMIT) [sjulian5@bloomberg.net] |
| **Sent**: | 12/03/2014 11:15:45 |
| **To**: | Mina, Sara (LDN) [smina@edfmancapital.com] |
| **Subject**: | Trade confirmation |
| **Flag**: | Follow up |

```
Trade confirmation

ED & F Man Sells the following T+1

2,000,000 TDC DC (DK0060228559) @ Limit DKK 48.88

Trade date 12th March
Value date 13th March

Thanks

Havers

--------------------------------------------------------------------------------
This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is
intended solely for the personal and confidential use of the designated recipient named therein and
therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or
manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited.  If you
are not the designated recipient, you are requested to return this email to the sender immediately and to
delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the
consequences of reliance upon any opinion or information contained herein.
```

CONFIDENTIAL                                                                                                                      ED&F-00252019

Message

| | |
|---|---|
| **From**: | Martyn Medcraft (ICAP) [mmedcraft2@bloomberg.net] |
| **Sent**: | 12/03/2014 11:15:01 |
| **To**: | Mina, Sara (LDN) [smina@edfmancapital.com] |
| **Subject**: | Trade confirmation |
| **Flag**: | Follow up |

Trade confirmation

ED&F SELL the following T+1

2,000,000 TDC DC (DK0060228559) @ DKK 48.88

Trade date 12th Mar 14
Value date 13th Mar 14

Many thanks
Simp

--------------------------------------------------------------------------------
This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited.  If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

CONFIDENTIAL ED&F-00252020

**Message**

| | |
|---|---|
| **From**: | Isabel Hagan (LINK ASSET & SECURIT) [ihagan1@bloomberg.net] |
| **Sent**: | 12/03/2014 10:05:30 |
| **To**: | Mina, Sara (LDN) [smina@edfmancapital.com] |
| **Subject**: | Confirm |
| **Flag**: | Follow up |

Hi Sara

To confirm ED&F MAN (BNP account number 1) SELLS the following today T+1:

2,000,000 TDC DC  (DK0060228559)    @ DKK 48.88

Trade Date: 12-March
Value Date: 13-March

Thanks, Isabel

---

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited.  If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

# TDC A/S — TDC DC

| | | | | |
|---|---|---|---|---|
| ISIN: DK0060228559 | SEDOL: 5698790 | | | COUNTRY: DK |
| EX DATE: 07/03/2014 | REC DATE: 11/03/2014 | | PAY DATE: 12/03/2014 | |
| CCY: DKK | GROSS RATE: 2.20 | | FEE: 0.00 | |

## AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY LP PENSION PLAN | 73% | 1,000,000 | | 1,606,000.00 | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 2,069,400 | | 3,325,456.40 | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 828,800 | | 1,329,768.00 | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 2,604,000 | | 4,182,024.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 1,853,700 | | 2,977,042.20 | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 980,000 | | 1,573,880.00 | | | |
| CC:CUBXBE-00000 | Cubix Managers Limited Partnerships | 73% | 4,995,000 | | 8,021,970.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 2,136,100 | | 3,430,576.60 | | | |
| CC:KAMCOO-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 73% | 1,000,000 | | 1,606,000.00 | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 1,678,600 | | 2,695,831.60 | | | |
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 73% | 2,857,000 | | 4,588,342.00 | | | |
| CC:TEWLPO-TEWLP | Tew LP Retirement Plan | 73% | 2,843,200 | | 4,566,179.20 | | | |
| LC:GLOBAL-EQYB1 | BNP Paribas Depot 778523F | 73% | | -24,849,000 | | -39,901,070.00 | | |
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY LP PENSION PLAN | 73% | 4,000,000 | | 6,424,000.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -2,000,000 | | -3,212,000.00 | | YES |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 1,635,600 | | 2,626,773.60 | | | |
| BK:000001-00001 | Equity Finance Vs ICB | 73% | | -499,000 | | -799,798.00 | | YES |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -1,137,600 | | -1,826,985.60 | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 782,000 | | 1,255,892.00 | | | |
| BK:000001-00001 | Equity Finance Vs ICB | 73% | | -379,000 | | -608,674.00 | | YES |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -403,000 | | -647,218.00 | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 1,644,000 | | 2,640,264.00 | | | |
| BK:000001-00001 | Equity Finance Vs ICB | 73% | | -452,000 | | -725,912.00 | | YES |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -1,192,000 | | -1,914,352.00 | | |
| CC:CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 8,000,000 | | 12,848,000.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -8,000,000 | | -12,848,000.00 | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 1,548,700 | | 2,487,212.20 | | | |
| BK:000001-00001 | Equity Finance Vs ICB | 73% | | -745,000 | | -1,196,470.00 | | YES |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -803,700 | | -1,290,742.20 | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 590,000 | | 947,540.00 | | | |
| BK:000001-00001 | Equity Finance Vs ICB | 73% | | -200,000 | | -321,200.00 | | YES |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -390,000 | | -626,340.00 | | |
| CC:DW0000-CONST | DW CONSTRUCTION INC RETIREMENT PLAN | 73% | 3,300,000 | | 5,299,800.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -3,300,000 | | -5,299,800.00 | | |
| CC:GOLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Shel | 73% | 2,200,000 | | 3,533,200.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -2,200,000 | | -3,533,200.00 | | |
| CC:HAMLYN-LLP00 | HAMLYN LP | 73% | 24,000,000 | | 38,544,000.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -24,000,000 | | -38,544,000.00 | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 1,577,100 | | 2,532,822.60 | | | |
| BK:000001-00001 | Equity Finance Vs ICB | 73% | | -416,000 | | -668,096.00 | | YES |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -1,161,100 | | -1,864,726.60 | | |
| CC:KAMCOO-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 73% | 4,000,000 | | 6,424,000.00 | | | |

CONFIDENTIAL  ED&F-00446138

| SB Client Account | SB Client Name | Div % | Long Hldg | Short Hldg | Payable | Receivable | Claim? |
|---|---|---|---|---|---|---|---|
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% |  | -2,000,000 |  | -3,212,000.00 | YES |
| CC:KAMCO0-INVES | KAMCO INVESTMENTS INC PENSION PLAN | 73% | 2,000,000 |  | 3,212,000.00 |  |  |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% |  | -2,000,000 |  | -3,212,000.00 |  |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 2,150,000 |  | 3,452,900.00 |  |  |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% |  | -2,150,000 |  | -3,452,900.00 |  |
| CC:MOIRA0-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 73% | 6,000,000 |  | 9,636,000.00 |  |  |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% |  | -4,000,000 |  | -6,424,000.00 | YES |
| CC:NSONGF-401PL | Newsong Fellowship Church 401K | 73% | 2,500,000 |  | 4,015,000.00 |  |  |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% |  | -2,500,000 |  | -4,015,000.00 |  |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 2,150,000 |  | 3,452,900.00 |  |  |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% |  | -2,150,000 |  | -3,452,900.00 |  |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 1,394,600 |  | 2,239,727.60 |  |  |
| BR:IXX004-IXX00 | Equity Finance Yr. 0B | 73% |  | -226,000 |  | -362,856.00 | YES |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% |  | -1,168,600 |  | -1,876,771.60 |  |
| CC:TEWLLC-TEWC0 | Tew Enterprises LLC Retirement Plan | 73% | 1,712,000 |  | 2,749,472.00 |  |  |
| BR:IXX004-IXX00 | Equity Finance Yr. 0B | 73% |  | -578,000 |  | -928,268.00 | YES |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% |  | -1,134,000 |  | -1,821,204.00 |  |
| CC:TEWLP0-TEWLP | Tew LP Retirement Plan | 73% | 2,116,000 |  | 3,398,296.00 |  |  |
| BR:IXX004-IXX00 | Equity Finance Yr. 0B | 73% |  | -506,000 |  | -812,636.00 | YES |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% |  | -1,610,000 |  | -2,585,660.00 |  |
| CC:TVETER-TVETE | Tveter LLC Pension Plan | 73% | 1,000,000 |  | 1,606,000.00 |  |  |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% |  | -1,000,000 |  | -1,606,000.00 |  |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | 64,300,000 |  | 103,265,800.00 |  |  |
| CC:EDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% |  | -64,300,000 |  | -103,265,800.00 |  |
|  |  | TOTALS | 163,445,000 | -163,445,000 | TOTALS 262,492,670.00 | -262,492,670.00 |  |

### SECURITIES LENDING POSITIONS

| SL Client Account | SL Client Name | Div % | Long Hldg | Short Hldg | Payable | Receivable | Claim? | Net Stk Loan Amnt | PYMNT V/D | PYMNT MVL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:JEFFER-INTER | Jefferies International Ltd | 85% | 950,000 |  | 1,776,500.00 |  | YES |  | 17/03 | 258597 |
| BR:MACQUA-MACQU | MACQUARIE BANK LIMITED | 85% | 400,000 |  | 748,000.00 |  | YES |  |  |  |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 21,800 |  | 47,960.00 |  |  |  | 17/03 | 258597 |
| CC:TEWLP0-TEWLP | Tew LP Retirement Plan | 100% | 128,200 |  | 282,040.00 |  |  |  |  |  |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 85% |  | -1,350,000 |  | -2,524,500.00 |  |  |  |  |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% |  | -150,000 |  | -330,000.00 |  |  |  |  |
|  |  | SL TOTALS | 1,500,000 | -1,500,000 | TOTALS 2,854,500.00 | -2,854,500.00 |  |  |  |  |

### SWAP POSITIONS

| SWP Client Account | SWP Client Name | Div % | Swap Long | Swap Short | Payable | Receivable |
|---|---|---|---|---|---|---|
|  |  | SWP TOTAL | 0 | 0 | TOTALS 0.00 | 0.00 |

| PREPARED: | DESK SIGN OFF: | OPS MANAGER SIGN OFF: |
|---|---|---|

| AGENT CASH RECEIVED | CLAIMS PAID | JOURNAL NUMBERS UPDATED | DATE: 17/03/14 | FILE CLOSED CLOSER: |
|---|---|---|---|---|

ED&F-00446139

CONFIDENTIAL

## TDC A/S — TDC DC

ISIN: DK0060228559   SEDOL: 5698790   COUNTRY: DK
EX DATE: 07/03/2014   REC DATE: 11/03/2014   PAY DATE: 12/03/2014
CCY: DKK   GROSS RATE: 2.20   FEE: 0.00

### AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY LP PENSION PLAN | 73% | 1,000,000 | | 1,606,000.00 | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 2,069,400 | | 3,323,456.40 | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 828,000 | | 1,329,768.00 | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 2,604,000 | | 4,182,024.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 1,853,700 | | 2,977,042.20 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 980,000 | | 1,573,880.00 | | | |
| CC:CUBXBE-00000 | Cubix Managers Limited Partnerships | 73% | 4,995,000 | | 8,021,970.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 2,136,100 | | 3,430,576.60 | | | |
| CC:KAMCO0-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 73% | 1,000,000 | | 1,606,000.00 | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 1,678,600 | | 2,695,831.60 | | | |
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 73% | 2,857,000 | | 4,588,342.00 | | | |
| CC:TEWLP0-TEWLP | Tew LP Retirement Plan | 73% | 2,843,200 | | 4,566,179.20 | | | |
| LC:GLOBAL-EQY01 | BNP Paribas Depot 778523F | 73% | | -24,845,000 | | -39,901,070.00 | | |
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY LP PENSION PLAN | 73% | 4,000,000 | | 6,424,000.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -2,000,000 | | -3,212,000.00 | YES | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 1,635,600 | | 2,626,773.60 | | | |
| BK:000001-00000 | Equity Finance Vs ICB | 73% | | -335,000 | | -799,785.00 | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -1,137,600 | | -1,826,866.40 | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 782,000 | | 1,255,892.00 | | | |
| BK:000001-00000 | Equity Finance Vs ICB | 73% | | -275,000 | | -441,675.00 | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -403,000 | | -647,218.00 | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 1,644,000 | | 2,640,264.00 | | | |
| BK:000001-00000 | Equity Finance Vs ICB | 73% | | -452,000 | | -725,812.00 | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -1,192,000 | | -1,914,352.00 | | |
| CC:CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 8,000,000 | | 12,848,000.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -8,000,000 | | -12,848,000.00 | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 1,548,700 | | 2,487,212.20 | | | |
| BK:000001-00000 | Equity Finance Vs ICB | 73% | | -745,000 | | -1,196,470.00 | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -803,700 | | -1,290,742.20 | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 590,000 | | 947,540.00 | | | |
| BK:000001-00000 | Equity Finance Vs ICB | 73% | | -200,000 | | -321,200.00 | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -390,000 | | -626,340.00 | | |
| CC:DW0000-CONST | DW CONSTRUCTION INC RETIREMENT PLAN | 73% | 3,300,000 | | 5,299,800.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -3,300,000 | | -5,299,800.00 | | |
| CC:GOLDST-LAWGP | The Goldstein Law Group PC 401(k) Profit Sharing Plan FBO She | 73% | 2,200,000 | | 3,533,200.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -2,200,000 | | -3,533,200.00 | | |
| CC:HAMLYN-LLP00 | HAMLYN LP | 73% | 24,000,000 | | 38,544,000.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -24,000,000 | | -38,544,000.00 | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 1,577,100 | | 2,532,822.60 | | | |
| BK:000001-00000 | Equity Finance Vs ICB | 73% | | -415,000 | | -666,490.00 | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -1,161,000 | | -1,864,726.60 | | |

ED&F-00446140
CONFIDENTIAL