ED&F-00446141

| SB/CC Account | Client Name | DIV % | Long | Short | Payable | Receivable | Claim? |
|---|---|---|---|---|---|---|---|
| CC:KAMCOO-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 73% | 4,000,000 | | 6,424,000.00 | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited – ICBC | 73% | | -2,000,000 | | -3,212,000.00 | YES |
| CC:KAMCOO-INVES | KAMCO INVESTMENTS INC PENSION PLAN | 73% | 2,000,000 | | 3,212,000.00 | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited – ICBC | 73% | | -2,000,000 | | -3,212,000.00 | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 2,150,000 | | 3,452,900.00 | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited – ICBC | 73% | | -2,150,000 | | -3,452,900.00 | |
| CC:MOIRAO-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 73% | 6,000,000 | | 9,636,000.00 | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited – ICBC | 73% | | -4,000,000 | | -6,424,000.00 | YES |
| CC:NSONGF-401PL | Newsong Fellowship Church 401K | 73% | 2,500,000 | | 4,015,000.00 | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited – ICBC | 73% | | -2,500,000 | | -4,015,000.00 | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 2,150,000 | | 3,452,900.00 | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited – ICBC | 73% | | -2,150,000 | | -3,452,900.00 | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 1,394,600 | | 2,239,727.60 | | |
| BR:EXXXXX-XXXXX | Equity Finance VS ICBC | 73% | | -225,000 | | -362,956.00 | YES |
| SB:VOLCAF-ICBC0 | Volcafe Limited – ICBC | 73% | | -1,168,600 | | -1,876,771.60 | |
| CC:TEWLLC-TEWOO | Tew Enterprises LLC Retirement Plan | 73% | 1,712,000 | | 2,749,472.00 | | |
| BR:EXXXXX-XXXXX | Equity Finance VS ICBC | 73% | | -578,000 | | -928,268.00 | YES |
| SB:VOLCAF-ICBC0 | Volcafe Limited – ICBC | 73% | | -1,134,000 | | -1,821,294.00 | |
| CC:TEWLPO-TEWLP | Tew LP Retirement Plan | 73% | 2,116,000 | | 3,398,296.00 | | |
| BR:EXXXXX-XXXXX | Equity Finance VS ICBC | 73% | | -506,000 | | -812,636.00 | YES |
| SB:VOLCAF-ICBC0 | Volcafe Limited – ICBC | 73% | | -1,610,000 | | -2,585,660.00 | |
| CC:TVETER-TVETE | Tveter LLC Pension Plan | 73% | 1,000,000 | | 1,606,000.00 | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited – ICBC | 73% | | -1,000,000 | | -1,606,000.00 | |
| SB:VOLCAF-ICBC0 | Volcafe Limited – ICBC | 73% | 64,300,000 | | 103,265,800.00 | | |
| CC:EDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -64,300,000 | | -103,265,800.00 | |
| | TOTALS | | 163,445,000 | -163,445,000 | TOTALS 262,492,670.00 | -262,492,670.00 | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NET STK LOAN AMNT | PYMNT I/O | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:JEFFER-INTER | Jefferies International Ltd | 85% | 950,000 | | 1,776,500.00 | | YES | | | |
| BR:MACQUA-MACQU | MACQUARIE BANK LIMITED | 85% | 400,000 | | 748,000.00 | | YES | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 21,800 | | 47,960.00 | | | | | |
| CC:TEWLPO-TEWLP | Tew LP Retirement Plan | 100% | -128,200 | | 282,040.00 | | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -1,500,000 | | -3,300,000.00 | | | | |
| | SL TOTALS | | 1,500,000 | -1,500,000 | TOTALS 2,854,500.00 | -3,300,000.00 | | | | |

handwritten: 1,350,000 @ 85
150,000 @ 100

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVABLE |
|---|---|---|---|---|---|---|
| | | | SWP TOTALS | | TOTALS 0.00 | 0.00 |

PREPARED:       DESK SIGN OFF:       OPS MANAGER SIGN OFF:

AGENT CASH RECEIVED       CLAIMS PAID       JOURNAL NUMBERS UPDATED       DATE:       FILE CLOSED CLOSER:

CONFIDENTIAL