**Charlotte Woodward**

| | |
|---|---|
| **From:** | LDN-SECOPS-MB <secops@edfmancapital.com> |
| **Sent:** | 20 March 2014 17:17 |
| **To:** | LDN-EQUITYFINANCE-REPORTING-MB |
| **Attachments:** | ATT00001.bin |

### Trade Reference 231626

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Customer: | DW CONSTRUCTION INC RETIREMENT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | NFY16APR2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 243.13 |
| Quantity: | 38,500 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28602-105209 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018127 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:     Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL     ED&F-00048744

**Charlotte Woodward**

| | |
|---|---|
| **From:** | LDN-SECOPS-MB <secops@edfmancapital.com> |
| **Sent:** | 20 March 2014 17:17 |
| **To:** | LDN-EQUITYFINANCE-REPORTING-MB |
| **Attachments:** | ATT00001.bin |

### Trade Reference 231974

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Settlement Date: | 26/03/2014 |
| Customer: | DW CONSTRUCTION INC RETIREMENT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | NOVO NORDISK A/S-B |
| ISIN: | DK0060534915 |
| Gross Price: | 246.703250 |
| Net Price: | 246.703250 |
| Quantity: | 3,850,000 |
| Settlement Method: | DNI |
| Net Cash: | 949,807,512.50 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28573-105287 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018150 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:     Tel: +44 (0) 20 3580 7234
                                                                                            Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                        ED&F-00048745

**Charlotte Woodward**

| | |
|---|---|
| **From:** | LDN-SECOPS-MB <secops@edfmancapital.com> |
| **Sent:** | 20 March 2014 17:17 |
| **To:** | LDN-EQUITYFINANCE-REPORTING-MB |
| **Attachments:** | ATT00001.bin |

## Trade Reference 231625

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Customer: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | NFY16APR2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 243.13 |
| Quantity: | 35,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28602-105203 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018127 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:    Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                 ED&F-00048746

**Charlotte Woodward**

| | |
|---|---|
| **From:** | LDN-SECOPS-MB <secops@edfmancapital.com> |
| **Sent:** | 20 March 2014 17:17 |
| **To:** | LDN-EQUITYFINANCE-REPORTING-MB |
| **Attachments:** | ATT00001.bin |

## Trade Reference 231973

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Settlement Date: | 26/03/2014 |
| Customer: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | NOVO NORDISK A/S-B |
| ISIN: | DK0060534016 |
| Gross Price: | 246.703250 |
| Net Price: | 246.703250 |
| Quantity: | 3,500,000 |
| Settlement Method: | DNI |
| Net Cash: | 863,461,375.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28573-105286 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018150 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:          Tel: +44 (0) 20 3580 7234
                                                                                                  Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                                     ED&F-00048747

**Charlotte Woodward**

| | |
|---|---|
| **From:** | GOODWIN, Richard (CH Volcafe) <RGOODWIN@volcafe.ch> |
| **Sent:** | 20 March 2014 11:24 |
| **To:** | Bottomley, Oliver (LDN); Ireland, Freddie (LDN) |
| **Subject:** | Confirm 12,000,000 NOVOB DC T+4 |
| **Attachments:** | 20032014NOVOBDC(MCM2).pdf |

Oliver:

**Volcafe Cash Equity Confirmation**

| | | |
|---|---|---|
| **Trade Date** | 20-Mar | Trade time |
| **Value Date** | 26-Mar | 12:11:29 |
| | | |
| **ED&F Man Capital Markets** | **BUYS** | |
| **Trader** | OLIVER BOTTOMLEY | |
| | | |
| **Stock** | **NOVO NORDISK A/S-B** | |
| | NOVOB DC Equity | |
| **ISIN** | DK0060534915 | |
| | | |
| **Number Shares** | **12,000,000** | |
| | | |
| **Splits** | 8 x 1,500,000 | |
| | | |
| **CCY** | DKK | |
| **Gross Price** | 246.70000 | |
| | | |
| **Notional** | | 2,960,400,000.00 |
| | | |
| **Net Price** | **246.70325** | |
| | | |
| **Net Notional** | | 2,960,439,000.00 |
| | | |
| **Invoice at month End** | **NA** | |
| | | |
| **Additional information:** | **Clearing BNP #1** | |
| | | |
| **Volcafe Clearing** | ICBC | |

Best regards,

Richard Goodwin.

CONFIDENTIAL

1

ED&F-00048748



Volcafe Ltd,
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office: +41 52 264 94 56, Mobile: +41 79 961 04 69
rgoodwin@volcafe.ch I www.volcafe.com

CONFIDENTIAL

ED&F-00048749

**Volcafe Cash Equity Confirmation**

VOLCAFE

| | | |
|---|---|---|
| **Trade Date** | 20-Mar | Trade time |
| **Value Date** | 26-Mar | 12:11:29 |
| | | |
| **ED&F Man Capital Markets** | **BUYS** | |
| **Trader** | OLIVER BOTTOMLEY | |
| | | |
| Stock | **NOVO NORDISK A/S-B** | |
| | NOVOB DC Equity | |
| ISIN | DK0060534915 | |
| | | |
| **Number Shares** | **12,000,000** | |
| | | |
| Splits | 8 x 1,500,000 | |
| | | |
| CCY | DKK | |
| **Gross Price** | 246.70000 | |
| | | |
| Notional | 2,960,400,000,00 | |
| | | |
| **Net Price** | **246.70325** | |
| | | |
| **Net Notional** | 2,960,439,000.00 | |
| | | |
| Invoice at month End | NA | |
| | | |
| Additional information: | Clearing BNP #1 | |
| | | |
| **Volcafe Clearing** | ICBC | |

Best regards,

Richard Goodwin.

CONFIDENTIAL

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00048750

**Charlotte Woodward**

| | |
|---|---|
| **From:** | ROSS LIDDARD <rliddard@edfmancapital.com> |
| **Sent:** | 20 March 2014 11:16 |
| **Subject:** | Bloomberg: Hello Oli, |

Greeting: EQUITY FINANCE BROKER 0203 580 7639 07789 263 785 {B9} {#L}

Hello Oli,

To confirm ED&F (a/c #1) BUYS the following:

10,000,000 NOVOB DC (DK0060534915) @ DKK 246.70
                                    @ DKK 246.70308 Net

SHAPES: 6 * 1,500,000 + 1,000,000

TRADE DATE: 20-MAR
VALUE DATE: 26-MAR

Thanks, Ross

**Sent By :**

▣ **ROSS LIDDARD**, rliddard@edfmancapital.com, RLIDDARD3@Bloomberg.net, E D & F MAN CAPITAL

**Recipients :**

▣ **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers :**

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 2478 | 2014-03-20 11:59:43 PM (EDT)

CONFIDENTIAL                                                                                    ED&F-00048751

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Andrew Wilkins <Andrew.Wilkins@makofinancialmarkets.com> |
| **Sent:** | 20 March 2014 11:24 |
| **To:** | obottomley@edfmancapital.com |
| **Subject:** | Trade Confirm |
| **Attachments:** | 20140320TradeLogNFYSell.pdf |

Good Morning,

Please find your trade confirm for NFY attached.

Kind Regards,

Andy Wilkins

----- MAKO -----

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately by e-mail and delete this e-mail from your system. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the Mako Group. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action with respect to the contents of this information is strictly prohibited. Finally, the recipient should check this email and any attachments for the presence of viruses. The Mako Group accepts no liability for any damage caused by any virus transmitted by this email.
For important disclosures please click <<http://www.makoglobal.com/UKRegulatoryNotice.html>>

CONFIDENTIAL                                                                                     ED&F-00048752

URES

ls of your SALE

| | Expiry | Currency | Quantity | Market Price |
|---|---|---|---|---|
| | 16-Apr-14 | DKK | 220,000 | 243.1300 |

es

ip LLP immediately if any of the above details are incorrect.  If you do not notify us of any errors or omissions within 24 hours we will assume your agreement

acts in the capacity of arranger,  all counterparties understand, accept and agree that Mako Financial Markets Partnerships LLP is not a counterparty to the tra

saction, including the settlement of differences, are those of the relevant transaction counterparties.

ining that each have the capacity, legal or otherwise to enter into the transaction.

**Charlotte Woodward**

| | |
|---|---|
| **From:** | GOODWIN, Richard (CH Volcafe) |
| **Sent:** | 20 March 2014 11:17 |
| **To:** | Chris Henstock (Capital Markets) (chenstock@edfmpt.ae) |
| **Cc:** | Sara Mina (smina@edfmancapital.com); Victoria Foster (Capital Markets) |
| **Subject:** | Confirm 12 NOVOB DC T+4 |
| **Attachments:** | 20032014NOVOBDC(EDFDubai2).pdf |

Chris:

**Volcafe Cash Equity Confirmation**

| | |
|---|---|
| **Trade Date** | 20-Mar |
| **Value Date** | 26-Mar |

| | |
|---|---|
| **ED&F MCM obo ED&F Man Professional Trading Dubai** | **SELLS** |
| **Trader** | CHRIS HENSTOCK |
| **Stock** | **NOVO NORDISK A/S-B** |
| | NOVOB DC Equity |
| **ISIN** | DK0060534915 |
| **Number Shares** | 12,000,000 |
| **Splits** | 8 x 1,500,000 |
| **CCY** | DKK |
| **Gross Price** | 246.70000 |
| **Notional** | 2,960,400,000.00 |
| **Net Price** | 246.70000 |
| **Net Notional** | 2,960,400,000.00 |
| **Invoice at month End** | NA |
| **Additional information:** | **Clearing JP Morgan** |
| **Volcafe Clearing** | ICBC |

Best regards,

Richard Goodwin.

CONFIDENTIAL                                           ED&F-00048754



Volcafe Ltd,
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office:  +41 52 264 94 56, Mobile: +41 79 961 04 69
rgoodwin@volcafe.ch I www.volcafe.com

CONFIDENTIAL                                    ED&F-00048755

**Volcafe Cash Equity Confirmation**

**VOLCAFE**

| | |
|---|---|
| **Trade Date** | 20-Mar |
| **Value Date** | 26-Mar |

| | |
|---|---|
| **ED&F MCM obo ED&F Man Professional Trading Dubai** | **SELLS** |
| **Trader** | CHRIS HENSTOCK |

| | |
|---|---|
| **Stock** | **NOVO NORDISK A/S-B** |
| | NOVOB DC Equity |
| **ISIN** | DK0060534915 |

| | |
|---|---|
| **Number Shares** | 12,000,000 |

| | |
|---|---|
| **Splits** | 8 x 1,500,000 |

| | |
|---|---|
| **CCY** | DKK |
| **Gross Price** | 246.70000 |

| | |
|---|---|
| **Notional** | 2,960,400,000.00 |

| | |
|---|---|
| **Net Price** | 246.70000 |

| | |
|---|---|
| **Net Notional** | 2,960,400,000.00 |

| | |
|---|---|
| **Invoice at month End** | NA |

| | |
|---|---|
| **Additional information:** | **Clearing JP Morgan** |

| | |
|---|---|
| **Volcafe Clearing** | ICBC |

Best regards,

Richard Goodwin.

CONFIDENTIAL

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00048756

**Charlotte Woodward**

| | |
|---|---|
| **From:** | ROSS LIDDARD <rliddard@edfmancapital.com> |
| **Sent:** | 20 March 2014 11:15 |
| **Subject:** | Bloomberg: Hello Chris, |

Greeting: EQUITY FINANCE BROKER 0203 580 7639 07789 263 785 {B9} {#L}

Hello Chris,

To confirm ED&F DUBAI SELLS the following:

10,000,000 NOVOB DC (DK0060534915) @ DKK 246.70

SHAPES: 6 * 1,500,000 + 1,000,000

TRADE DATE: 20-MAR
VALUE DATE: 26-MAR

Thanks, Ross

**Sent By :**

🖹 **ROSS LIDDARD**, rliddard@edfmancapital.com, RLIDDARD3@Bloomberg.net, E D & F MAN CAPITAL

**Recipients :**

🖹 **CHRIS HENSTOCK**, chris.henstock@edfman.com, CHENSTOCK2@Bloomberg.net, ED&F MAN PROFESSIONA

🖹 **CHENSTOCK**, CHENSTOCK@EDFMPT.AE, Unknown Company

**Disclaimers :**

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 2477 | 2014-03-20 11:59:43 PM (EDT)

CONFIDENTIAL                                                      ED&F-00048757

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 014 | 2014-03-24 | 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.700000 |
| 014 | 2014-03-24 | 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.700000 |
| 014 | 2014-03-24 | 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.700000 |
| 014 | 2014-03-24 | 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.700000 |
| 014 | 2014-03-24 | 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.700000 |
| 014 | 2014-03-24 | 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.700000 |
| 014 | 2014-03-24 | 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.700000 |
| 014 | 2014-03-24 | 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.700000 |
| 014 | 2014-03-24 | 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.700000 |
| 014 | 2014-03-24 | 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.700000 |
| 014 | 2014-03-24 | 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.700000 |
| 014 | 2014-03-24 | 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.700000 |
| 014 | 2014-03-24 | 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.700000 |
| 014 | 2014-03-24 | 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.700000 |
| 014 | 2014-03-24 | 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.700000 |
| 014 | 2014-03-24 | 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.700000 |
| 014 | 2014-03-24 | 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.700000 |
| 014 | 2014-03-24 | 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.700000 |
| 014 | 2014-03-20 | 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,500,000 | 370054875.00 | 246.703250 |
| 014 | 2014-03-20 | 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,500,000 | 370054875.00 | 246.703250 |
| 014 | 2014-03-20 | 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,500,000 | 370054875.00 | 246.703250 |
| 014 | 2014-03-20 | 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,500,000 | 370054875.00 | 246.703250 |
| 014 | 2014-03-20 | 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,500,000 | 370054875.00 | 246.703250 |
| 014 | 2014-03-20 | 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,500,000 | 370054875.00 | 246.703250 |
| 014 | 2014-03-20 | 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,500,000 | 370054875.00 | 246.703250 |
| 014 | 2014-03-25 | 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370054620.00 | 246.703080 |
| 014 | 2014-03-25 | 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370054620.00 | 246.703080 |
| 014 | 2014-03-25 | 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370054620.00 | 246.703080 |
| 014 | 2014-03-25 | 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370054620.00 | 246.703080 |
| 014 | 2014-03-25 | 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370054620.00 | 246.703080 |
| 014 | 2014-03-25 | 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | BUY | 1,000,000 | 246703080.00 | 246.703080 |
| 014 | 2014-03-25 | 00:00:00.000 | 26/03/2014 | 1020010DW0000CONST | EQUITY | DK0060534915 | DKK | REP | SEL | 3,850,000 | 949806858.00 | 246.703080 |
| 014 | 2014-03-25 | 00:00:00.000 | 26/03/2014 | 1020010AMERICINVGR | EQUITY | DK0060534915 | DKK | REP | SEL | 3,500,000 | 863460780.00 | 246.703080 |
| 014 | 2014-03-25 | 00:00:00.000 | 26/03/2014 | 1020010KAMCO0LPPRO | EQUITY | DK0060534915 | DKK | REP | SEL | 3,500,000 | 863460780.00 | 246.703080 |
| 014 | 2014-03-25 | 00:00:00.000 | 26/03/2014 | 1020010GOLDSTLAWGP | EQUITY | DK0060534915 | DKK | REP | SEL | 2,000,000 | 493406160.00 | 246.703080 |
| 014 | 2014-03-25 | 00:00:00.000 | 26/03/2014 | 1020010LINDENADBPL | EQUITY | DK0060534915 | DKK | REP | SEL | 2,000,000 | 493406160.00 | 246.703080 |
| 014 | 2014-03-25 | 00:00:00.000 | 26/03/2014 | 1020010KAMCO0INVES | EQUITY | DK0060534915 | DKK | REP | SEL | 2,000,000 | 493406160.00 | 246.703080 |

# SWIFT Message Detail

Message ID 2713538

Retrieve

## SWIFT Information

| | |
|---|---|
| **Msg Type** | **Direction** |
| 545 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| PG325CJU1A001 | N/A |
| **Asset Series** | **Curr Series** |
| 277423 | 277422 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **User Hdr** |
| {MAC:00000000}{CHK:8234E49D2O4E} | {108:ISI4190850HHKD00} |
| **Basic Hdr** | **App Hdr** |
| F01MACVGHZ2AXXX0624077285 | O5451232140326PARSFRPPCXX02197473041140326 1132N |
| **Load User** | **Load Date** |
| SHSYSTEM | 26-03-2014 07:35:19 |
| **Load Port** | **Proc User** |
| S608207NJ3VW07 | N/A |
| **Proc Date** | **Proc Port** |
| {NULL} | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | **OATS** ☐ |
| {NULL} | **OATS Sent** ☐ |
| **File Name** | |
| 06846856.TXT | |
| **Memo** | |

## Details (38)

Show Groups     System Default

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//PG325CJU1A001 |
| 3 | 23G | NEWM |
| 4 | 98C | :PREP//20140326122859 |
| 5 | 16R | LINK |
| 6 | 13A | :LINK//541 |
| 7 | 20C | :RELA/E/00002774290 |
| 8 | 16S | LINK |
| 9 | 16S | GENL |
| 10 | 16R | TRADDET |
| 11 | 98A | :TRAD//20140320 |
| 12 | 98A | :ESET//20140326 |
| 13 | 35B | ISIN DK0000994515 |
| 14 | 000 | NOVO NORDISK AS |
| 15 | 16S | TRADDET |
| 16 | 16R | FIAC |
| 17 | 36B | :ESTT//UNIT/1500000, |
| 18 | 97A | :SAFE/41040000010000778835F |
| 19 | 97A | :CASH/41385000010000734755K |
| 20 | 94F | :SAFE//CUST/NDEADKKXXXXX |
| 21 | 16S | FIAC |
| 22 | 16R | SETDET |
| 23 | 22F | :SETR//TRAD |
| 24 | 16R | SETPRTY |
| 25 | 95P | :DEAG//ESSEDKKXXXXX |
| 26 | 16S | SETPRTY |
| 27 | 16R | SETPRTY |
| 28 | 95P | :SELL//IRVTBEBBXXX |
| 29 | 97A | :SAFE//08255114373 |
| 30 | 16S | SETPRTY |
| 31 | 16R | SETPRTY |
| 32 | 95P | :PSET//VPDKKKXXXXX |
| 33 | 16S | SETPRTY |
| 34 | 16R | AMT |
| 35 | 19A | :ESTT//DKK870064875, |
| 36 | 98A | :VALU//20140326 |
| 37 | 16S | AMT |
| 38 | 16S | SETDET |

Release   CONFIDENTIAL Modify   Tag Value                    ED&F-00048759

SWIFT Message Detail Retrieved



SWIFT Message Detail

**Message ID** 2713570

Retrie

## SWIFT Information

**Msg Type**
545

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
PG326CJT9A001

**Purpose**
N/A

**Asset Series**
277425

**Curr Series**
277424

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:A804E4E0604E}

**UserHdr**
{108:ISI4190850HIA000}

**Basic Hdr**
F01MACVGB22AXXX0624077301

**App Hdr**
O5451233140326PARBFRPPCXXX81974730451403261133N

**Load User**
SHSYSTEM

**Load Date**
26-03-2014 07:36:21

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS**

**OATS Sent**

**File Name**
06846257.TXT

**Memo**

CONFIDENTIAL

## Details (38)

Show Groups

System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG326CJT9A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326122856 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//5[illegible] |
| 7 | 7 | 20C | :RELA//E1000X27743601 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1500000, |
| 18 | 18 | 97A | :SAFE//41329000100007750823F |
| 19 | 19 | 97A | :CASH//413290001000072475SP |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//RPVTBE8SXXX |
| 29 | 29 | 97A | :SAFE//0029514373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK870064875, |
| 36 | 36 | 98A | :VALU//20140326 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |





SWIFT Message Detail

**Message ID** 2713552

Ret

SWIFT Information

| | |
|---|---|
| **Msg Type** | **Direction** |
| 545 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| PG325CJU2A001 | N/A |
| **Asset Series** | **Curr Series** |
| 277427 | 277426 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **User Hdr** |
| {MAC:00000000}{CHK:2814E49D151E} | {108:ISI4190850HHM000} |
| **Basic Hdr** | **App Hdr** |
| F01MACVGB22AXXX0624077292 | O5451232140326PARBFRPPCXXX2157473042140326 1133N |
| **Load User** | **Load Date** |
| SHSYSTEM | 26-03-2014 07:36:20 |
| **Load Port** | **Proc User** |
| S608207NJ3VW07 | N/A |
| **ProcDate** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | OATS ☐ |
| [NULL] | OATS Sent ☐ |
| **File Name** | |
| 06846857.TXT | |
| **Memo** | |

**Details (38)**

Show Groups — System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG326CJU2A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326122900 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E100001774270I |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1500000, |
| 18 | 18 | 97A | :SAFE//41329000100007785823F |
| 19 | 19 | 97A | :CASH//41329000100007247596K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKCCCC |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//RVTBEB8XXX |
| 29 | 29 | 97A | :SAFE//06295114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK870054875, |
| 36 | 36 | 98A | :VALU//20140326 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

SWIFT Message Detail

Message ID 2706912

SWIFT Information

| | |
|---|---|
| **Msg Type**<br>545 | **Direction**<br>From Swift |
| **Status**<br>Closed | **Loc ID**<br>N/A |
| **Related Ref**<br>N/A | **Loc SWIFT ID**<br>N/A |
| **Transaction Ref**<br>PG325CJU6A001 | **Purpose**<br>N/A |
| **Asset Series**<br>277429 | **Curr Series**<br>277428 |
| **Reason Code**<br>N/A | **External ID**<br>N/A |
| **Trailer Hdr**<br>{MAC:00000000}{CHK:4244845C154E} | **UserHdr**<br>{108:ISI41908502v5000} |
| **Basic Hdr**<br>F01MACVGB22AXXX0624074074 | **App Hdr**<br>O5450143140326PARBFRPPKXXX49809468581403260043N |
| **Load User**<br>SHSYSTEM | **Load Date**<br>26-03-2014 01:00:47 |
| **Load Port**<br>S608207NJ3VW07 | **Proc User**<br>N/A |
| **Proc Date**<br>[NULL] | **Proc Port**<br>N/A |
| **Duration**<br>N/A | **Instruction Date**<br>N/A |
| **ACK Date**<br>[NULL] | **OATS** ☐<br>**OATS Sent** ☐ |
| **File Name**<br>06846764.TXT | |
| **Memo** | |

Details (38)

Show Groups System D

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG325CJU6A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326014056 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E1000027742901 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/150000, |
| 18 | 18 | 97A | :SAFE//4132900010000778823F |
| 19 | 19 | 97A | :CASH//4132900010000724756K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//RVTBEBBXXX |
| 29 | 29 | 97A | :SAFE//08295114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK87064875, |
| 36 | 36 | 98A | :VA[illegible] |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |



CONFIDENTIAL

ED&F-00048763