

SWIFT Message Detail

**Message ID** 2713534

**Retrieve**

## SWIFT Information

**MsgType**
545

**Direction**
From Swift

**Status**
Closed

**LocID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
PG325CJU7A001

**Purpose**
N/A

**Asset Series**
277433

**Curr Series**
277432

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:8034E49D1D4E}

**User Hdr**
{108:ISI4190850HHL000}

**Basic Hdr**
F01MACVGB22AXXX0624077283

**App Hdr**
O5451232140326PARBFRPPDXXX07017792241403261132N

**Load User**
SHSYSTEM

**Load Date**
26-03-2014 07:36:19

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS** ☐

**OATS Sent** ☐

**File Name**
06848856.TXT

**Memo**

## Details (38)

Show Groups — System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG325CJU7A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326122559 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//511 |
| 7 | 7 | 20C | :RELA//E10000277433001 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1500000, |
| 18 | 18 | 97A | :SAFE//41329000010000778823F |
| 19 | 19 | 97A | :CASH//41329000010000724759K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//RVTBEB8XXX |
| 29 | 29 | 97A | :SAFE//05095114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |

CONFIDENTIAL

ED&F-00048764

Release | Modify | **Tag Value**

SWIFT Message Detail Retrieved

# SWIFT Message Detail

**Message ID** 2713336

## SWIFT Information

| Field | Value |
|---|---|
| **Msg Type** | 545 |
| **Status** | Closed |
| **Related Ref** | N/A |
| **Transaction Ref** | PGSZCLW54081 |
| **Asset Series** | 0.0 |
| **Reason Code** | N/A |
| **Trailer Hdr** | {MAC:00000000}{CHK:0A01AE85200642} |
| **Basic Hdr** | F01MAOVGB2OAXXX0527240777284 |
| **Load User** | SHSYSTEM |
| **Load Port** | SESK207NU37AX07 |
| **Proc Date** | [NULL] |
| **Duration** | N/A |
| **ACK Date** | [NULL] |
| **File Name** | QS345856.TXT |
| **Memo** | |

| Field | Value |
|---|---|
| **Direction** | From Swift |
| **Loc ID** | OEN-27X |
| **Loc SWIFT ID** | N/A |
| **Purpose** | N/A |
| **Curr Series** | 0.0 |
| **External ID** | N/A |
| **User Hdr** | {108:IS419285QHHJ000} |
| **App Hdr** | O5455232140026FA4R8FRPPJAXXXC2362Z8716148N10C611132N |
| **Load Date** | 25-03-2014 07:36:15 |
| **Proc User** | N/A |
| **Proc Port** | N/A |
| **Instruction Date** | N/A |
| **OATS?** | |
| **OATS Sent?** | |

CONFIDENTIAL

## Details (38)

Show Groups

System Default

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//PGSZCLW54081 |
| 3 | 23G | NEWM |
| 4 | 98C | :PREP//20140326122358 |
| 5 | 16R | LINK |
| 6 | 13A | :LINK//541 |
| 7 | 20C | :RELA//E0009727743701 |
| 8 | 16S | LINK |
| 9 | 16S | GENL |
| 10 | 16R | TRADDET |
| 11 | 98A | :TRAD//20140320 |
| 12 | 98A | :ESET//20140326 |
| 13 | 35B | ISIN DK0060034915 |
| 14 | | NOVO NORDISK AS |
| 15 | 16S | TRADDET |
| 16 | 16R | FIAC |
| 17 | 36B | :ESTT//UNIT//500000. |
| 18 | 97A | :SAFE//141325000000:2700785XXX |
| 19 | 97A | :CASH//141325000000:70040774796X |
| 20 | 94F | :SAFE//CUSTH//OEADxMVXXX |
| 21 | 16S | FIAC |
| 22 | 16R | SETDET |
| 23 | 22F | :SETR//TRAD |
| 24 | 16R | SETPRTY |
| 25 | 95P | :DEAG//ESSEDKKXXXX |
| 26 | 16S | SETPRTY |
| 27 | 16R | SETPRTY |
| 28 | 95P | :SELL//HRVPSGSBXXX |
| 29 | 97A | :SAFE//00885114573 |
| 30 | 16S | SETPRTY |
| 31 | 16R | SETPRTY |
| 32 | 95P | :PSET//XPOKX27X00XXXX |
| 33 | 16S | SETPRTY |
| 34 | 16R | AMT |
| 35 | 13A | :ESTT//DKK37084675 |
| 36 | 98A | :VALU//20140326 |
| 37 | 16S | AMT |
| 38 | 16S | SETDET |

ED&F-00048765

WIFT Message De ail



essage ID 2711177

Retrieve

WIFT Information

| | | |
|---|---|---|
| sg Type | Direction | |
| 5 | F om Swif | |
| atus | Loc ID | |
| osed | DEN-27% | |
| elated Ref | Loc SWIFT ID | |
| A | N/A | |
| ansaction Ref | Purpose | |
| 326ATG2A001 | N/A | |
| sset Series | Curr Series | |
| 2 | 00 | |
| eason Code | External ID | |
| | N/A | |
| ailer Hdr | User Hdr | |
| AC 00000000 CHK AD3E7185F2F6 | {108 ISI4190850G0 M000} | |
| asic I dr | App Hdr | |
| 1MAC VGEZ2AXXX 0624076185 | 05451037140326 PARSFRPPFXXX 4664468 03141403260937 N | |
| ad User | Load Date | |
| SYSTEM | 03/26/2014 05:38:39 | |
| ad Port | Proc User | |
| 0S207NJ3Vv07 | N/A | |
| ocDate | Proc Port | |
| ULL] | N/A | |
| ration | Instruction Date | |
| A | N/A | |
| K Date | OATS | |
| ULL] | OATS Sent | |
| e Name | | |
| 9.8.TXT | | |
| emo | | |

Details (37)

Show Groups                                                                    System Default

| Index | Tag | Value |
|---|---|---|
| 1 | 1 16R | GENL |
| 2 | 2 20C | :SEME//FG3CAT@2A001 |
| 3 | 3 23G | NEWM |
| 4 | 3 98C | :PREP//20140326 103359 |
| 5 | 5 16R | LINK |
| 6 | 6 20C | :REIA//E10XX27744801 |
| 7 | 7 16S | LINK |
| 8 | 8 16S | GENL |
| 9 | 9 16R | TRADDET |
| 10 | 10 98A | :TRAD//20140320 |
| 11 | 11 98A | :ESET//20140326 |
| 12 | 12 36B | ISIN DK0060 94515 |
| 13 | 13 000 | NOVO NORDISK AS |
| 14 | 14 16S | TRADDET |
| 15 | 15 16R | FIAC |
| 16 | 16 36B | :ESTT//UNIT/ 1500000, |
| 17 | 17 97A | :SAFE//4133900001000077852 0F |
| 18 | 18 97A | :CASH//433900000 0000 24798X |
| 19 | 19 94F | :SAFE//CUST/NDEADKXXXXX |
| 20 | 20 16S | FIAC |
| 21 | 21 16R | SETDET |
| 22 | 22 22F | :SETR//TRAD |
| 23 | 23 16R | SETPRTY |
| 24 | 24 95P | :DEAG//BSSEDKXXXXX |
| 25 | 25 16S | SETPRTY |
| 26 | 26 16P | SETPRTY |
| 27 | 27 95P | :SELL//IRVTBEBBXXX |
| 28 | 28 97A | :SAFE//03 95 14373 |
| 29 | 29 16S | SETPRTY |
| 30 | 30 16R | SETPRTY |
| 31 | 31 95P | :PSET//VPDN DKXXXXX |
| 32 | 32 16S | SETPRTY |
| 33 | 33 16R | AMT |
| 34 | 34 19A | :ESTT//DKK 570064875, |
| 35 | 35 98A | :VALU//20140326 |
| 36 | 36 16S | AMT |
| 37 | 37 16S | SETDET |

Release    CONFIDENTIAL    Modify    Tag Value    

ED&F-00048766

FT Message Detail Retrieved





SWIFT Message Detail

Message ID 2713644 Retrieve

## SWIFT Information

| | |
|---|---|
| **Msg Type**<br>545 | **Direction**<br>From Swift |
| **Status**<br>Closed | **Loc ID**<br>N/A |
| **Related Ref**<br>N/A | **Loc SWIFT ID**<br>N/A |
| **Transaction Ref**<br>PG325DCY3A001 | **Purpose**<br>N/A |
| **Asset Series**<br>279217 | **Curr Series**<br>279216 |
| **Reason Code**<br>N/A | **External ID**<br>N/A |
| **Trailer Hdr**<br>{MAC:00000000}{CHK:605DD068D03E} | **User Hdr**<br>{108:ISI4190850HL8000} |
| **Basic Hdr**<br>F01MACVGB22AXXX0624077338 | **App Hdr**<br>O5451233140326PARBFRPPBXXX83457662541403261134N |
| **Load User**<br>SHSYSTEM | **Load Date**<br>26-03-2014 07:36:26 |
| **Load Port**<br>S608207NJ3VW07 | **Proc User**<br>N/A |
| **Proc Date**<br>[NULL] | **Proc Port**<br>N/A |
| **Duration**<br>N/A | **Instruction Date**<br>N/A |
| **ACK Date**<br>[NULL] | OATS ☐<br>OATS Sent ☐ |
| **File Name**<br>06846862.TXT | |
| **Memo** | |

## Details (38)

Show Groups System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG325DCY3A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326123045 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//5[illegible] |
| 7 | 7 | 20C | :RELA//E10000[illegible]7321701 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :SETT//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/150000, |
| 18 | 18 | 97A | :SAFE//41379000100007760823F |
| 19 | 19 | 97A | :CASH//41379000100007247596K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//RVTBEBBXXX |
| 29 | 29 | 97A | :SAFE//05295114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK870054420, |
| 36 | 36 | 98A | :VALU//20140326 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

SWIFT Message Detail

Message ID 2713642



**SWIFT Information**

| | |
|---|---|
| **Msg Type** | **Direction** |
| 545 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| PG325DCY2A001 | N/A |
| **Asset Series** | **Curr Series** |
| 278221 | 278220 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **User Hdr** |
| {MAC:00600000}{CHK:186DD068D53E} | {103:ISI4190250HLA000} |
| **Basic Hdr** | **App Hdr** |
| F01MACVGB22AXXX0524077337 | O5451233140326PARBFRPPGXXX23457662531403261134N |
| **Load User** | **Load Date** |
| SHSYSTEM | 26-03-2014 07:36:26 |
| **Load Port** | **ProcUser** |
| S608207NJ3VW07 | N/A |
| **Proc Date** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | OATS ☐ |
| [NULL] | OATS Sent ☐ |
| **File Name** | |
| 06946862.TXT | |
| **Memo** | |

**Details (38)**                                            System Defa

Show Groups

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//PG325DCY2A001 |
| 3 | 23G | NEWM |
| 4 | 98C | :PREP//20140326123043 |
| 5 | 16R | LINK |
| 6 | 13A | :LINK//541 |
| 7 | 20C | :RELA//EI0000779.2101 |
| 8 | 16S | LINK |
| 9 | 16S | GENL |
| 10 | 16R | TRADDET |
| 11 | 98A | :TRAD//20140320 |
| 12 | 98A | :ESET//20140326 |
| 13 | 35B | ISIN DK00209494915 |
| 14 | 000 | NOVO NORDISK AS |
| 15 | 16S | TRADDET |
| 16 | 16R | FIAC |
| 17 | 36B | :ESTT//UNIT/1800000, |
| 18 | 97A | :SAFE//41329000010XXX0778223F |
| 19 | 97A | :CASH//41329000010000/2475691, |
| 20 | 94F | :SAFE//CUST/INDEADKKXXXXX |
| 21 | 16S | FIAC |
| 22 | 16R | SETDET |
| 23 | 22F | :SETR//TRAD |
| 24 | 16R | SETPRTY |
| 25 | 95P | :DEAG//ESSEDKKXXXXX |
| 26 | 16S | SETPRTY |
| 27 | 16R | SETPRTY |
| 28 | 95P | :SELL//ARVFBES8XXX |
| 29 | 97A | :SAFE//08826114373 |
| 30 | 16S | SETPRTY |
| 31 | 16R | SETPRTY |
| 32 | 95P | :PSET//VPDKKKXXXXX |
| 33 | 16S | SETPRTY |
| 34 | 16R | AMT |
| 35 | 19A | :ESTT//DKK48700646,0 |
| 36 | 98A | :VALU//20140326 |
| 37 | 16S | AMT |
| 38 | 16S | SETDET |

CONFIDENTIAL

ED&F-00048768

Release    Modify    Tag Value





SWIFT Message Detail

**Message ID** 2713604 | Retri

**SWIFT Information**

**Msg Type**
545

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
PG325DCY0A001

**Purpose**
N/A

**Asset Series**
279227

**Curr Series**
279226

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:185DD049E52E}

**User Hdr**
{108:ISI4190850HKI000}

**Basic Hdr**
F01MACVGB22AXXX0624077318

**App Hdr**
O5451233140326FARBFRPPDXXX07017792711403261133N

**Load User**
SHSYSTEM

**Load Date**
26-03-2014 07:36:23

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS** ☐

**OATS Sent** ☐

**File Name**
08346860.TXT

**Memo**

**Details (38)**

Show Groups — System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GEN |
| 2 | 2 | 20C | :SEME//PG325DCY0A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326122958 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E1000027[illegible]701 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GEN |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1500000, |
| 18 | 18 | 97A | :SAFE//413790001000077[illegible]F |
| 19 | 19 | 97A | :CASH//41379000100007247[illegible]K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//RVTBEBBXXX |
| 29 | 29 | 97A | :SAFE//0[illegible]5114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK[illegible]70064[illegible]0, |
| 36 | 36 | 98A | :VALU//20140326 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

Release | Modify | Tag Value

SWIFT Message Detail

Message ID 2713516

SWIFT Information

| | |
|---|---|
| **Msg Type** 545 | **Direction** From Swift |
| **Status** Closed | **Loc ID** N/A |
| **Related Ref** N/A | **Loc SWIFT ID** N/A |
| **Transaction Ref** PG325DCY1A001 | **Purpose** N/A |
| **Asset Series** 279233 | **Curr Series** 279232 |
| **Reason Code** N/A | **ExternalID** N/A |
| **Trailer Hdr** {MAC:00000000}{CHK:807DD049ED5E} | **User Hdr** {108:ISI4190850HGX000} |
| **Basic Hdr** F01MACVGB22AXXX0624077274 | **App Hdr** O5451232140326PARBFRPPEXXX48782198341403261132N |
| **Load User** SHSYSTEM | **Load Date** 26-03-2014 07:36:12 |
| **Load Port** S608207NJ3VW07 | **Proc User** N/A |
| **Proc Date** [NULL] | **Proc Port** N/A |
| **Duration** N/A | **Instruction Date** N/A |
| **ACK Date** [NULL] | **OATS** |
| **File Name** 06246856.TXT | **OATS Sent** |
| **Memo** | |

CONFIDENTIAL

Details (38)

Show Groups System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG3250CY1A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326122529 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E400082/572301 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/150000, |
| 18 | 18 | 97A | :SAFE//41329000010000778923F |
| 19 | 19 | 97A | :CASH//41329000010000724796F. |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//SRV16E68XXX |
| 29 | 29 | 97A | :SAFE//088951/4373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK8700564620, |
| 36 | 36 | 98A | :VALU//20140326 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

ED&F-00048770



SWIFT Message Detail

Message ID 2713636

**SWIFT Information**

| | |
|---|---|
| **Msg Type** | **Direction** |
| 545 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| #G325DDH9A001 | N/A |
| **Asset Series** | **Curr Series** |
| 279241 | 279240 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **User Hdr** |
| {MAC:00000000}{CHK:186DA2683D5E} | {1021SI4190850HKX000} |
| **Basic Hdr** | **App Hdr** |
| F01MACVG*Z2AXXX0624077334 | O5451233140326*ARGFRPP*BXXX23457662361403261134N |
| **Load User** | **Load Date** |
| SHSYSTEM | 26-03-2014 07:36:25 |
| **Load Port** | **Proc User** |
| S603207NJ3VW07 | N/A |
| **Proc Date** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | OATS ☐ |
| [NULL] | |
| **File Name** | OATS Sent ☐ |
| 06846861.TXT | |
| **Memo** | |

CONFIDENTIAL

**Details (38)**

Show Groups                                      System Default

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | SEME//#G325DDH9A001 |
| 3 | 23G | NEWM |
| 4 | 98C | PREP//20140326123020 |
| 5 | 16R | LINK |
| 6 | 13A | LINK//541 |
| 7 | 20C | RELA//E100009723410 |
| 8 | 16S | LINK |
| 9 | 16S | GENL |
| 10 | 16R | TRADDET |
| 11 | 98A | TRAD//20140326 |
| 12 | 98A | ESET//20140326 |
| 13 | 35B | ISIN DK0060914315 |
| 14 | 000 | NOVO NORDISK AS |
| 15 | 16S | TRADDET |
| 16 | 16R | FIAC |
| 17 | 36B | ESTT//UNIT/500000, |
| 18 | 97A | SAFE//4137800001XX0778223F |
| 19 | 97A | CASH//4137900010007/24756% |
| 20 | 94F | SAFE//CUST/NDEADXXXXXX |
| 21 | 16S | FIAC |
| 22 | 16R | SETDET |
| 23 | 22F | SETR//TRAD |
| 24 | 16R | SETPRTY |
| 25 | 95P | DEAG//ESSEDKXXXXX |
| 26 | 16S | SETPRTY |
| 27 | 16P | SETPRTY |
| 28 | 95P | SELL//IRVTBEBBXXX |
| 29 | 97A | SAFE//00856114373 |
| 30 | 16S | SETPRTY |
| 31 | 16R | SETPRTY |
| 32 | 95P | PSET//VPDKDKKXXXX |
| 33 | 16S | SETPRTY |
| 34 | 16R | AMT |
| 35 | 19A | ESTT//DKK48700646620, |
| 36 | 98A | VALU//20140326 |
| 37 | 16S | AMT |
| 38 | 16S | SETDET |

ED&F-00048771



SWIFT Message Detail

Message ID  2713850

SWIFT Information

| Msg Type | Direction |
|---|---|
| 545 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| PG3250010A001 | N/A |
| **Asset Series** | **Curr Series** |
| 279239 | 279239 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **User Hdr** |
| {MAC:00000000}{CHK:50ZDA278C51E} | {108:S141903SONLP000} |
| **Basic Hdr** | **App Hdr** |
| F01MACVGB22AXXX0524077341 | O5451234140326PARBFRPPCXXX2197473075140326 1134N |
| **Load User** | **Load Date** |
| SHSYSTEM | 26-03-2014 07 36 26 |
| **Load Port** | **Proc User** |
| S6082207NJ3VWR7 | N/A |
| **Proc Date** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | OATS ☐ |
| [NULL] | OATS Sent ☐ |
| **File Name** | |
| 0684E982.TXT | |
| **Memo** | |

CONFIDENTIAL

Details (38)

View Group                                    System

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//PG3250010A001 |
| 3 | 23G | NEWM |
| 4 | 98C | :PREP//20140325123047 |
| 5 | 16R | LINK |
| 6 | 13A | :LINK//541 |
| 7 | 20C | :RELA//E100002792390* |
| 8 | 16S | LINK |
| 9 | 16S | GENL |
| 10 | 16R | TRADDET |
| 11 | 98A | :TRAD//20140320 |
| 12 | 98A | :ESET//20140326 |
| 13 | 35B | ISIN DK0060534915 |
| 14 | 300 | NOVO NORDISK AS |
| 15 | 16S | TRADDET |
| 16 | 16R | FIAC |
| 17 | 36B | :ESTT//UNIT/1300000. |
| 18 | 97A | :SAFE//4132B0000100007785203 |
| 19 | 97A | :CASH//4132B0000100007247930* |
| 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 16S | FIAC |
| 22 | 16R | SETDET |
| 23 | 22F | :SETR//TRAD |
| 24 | 16R | SETPRTY |
| 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 16S | SETPRTY |
| 27 | 16R | SETPRTY |
| 28 | 95P | :SELL//IRVTBEBBXXX |
| 29 | 97A | :SAFE//05285114373 |
| 30 | 16S | SETPRTY |
| 31 | 16R | SETPRTY |
| 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 16S | SETPRTY |
| 34 | 16R | AMT |
| 35 | 19A | :ESTT//DKK37005462 |
| 36 | 98A | :VALU//20140326 |
| 37 | 16S | ED8F-00048772 |
| 38 | 16S | SETDET |


SWIFT Message Detail

Message ID 2708856

**SWIFT Information**

| | |
|---|---|
| **Msg Type** | **Direction** |
| 545 | From Swi |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| PG325DDH8AD01 | N/A |
| **Asset Series** | **Curr Series** |
| 279245 | 279244 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **UserHdr** |
| {MAC:00000000}{CHK:A47DF2889D68} | {108:ISI41902502U1000} |
| **Basic Hdr** | **App Hdr** |
| FD1MACVGHZZAXXX0624074054 | O5450143140229PARBFRPPAXXX03912221781403260043N |
| **Load User** | **Load Date** |
| SHSYSTEM | 26-03-2014 01 00.43 |
| **Load Port** | **Proc User** |
| SF0S207NJ3VW07 | N/A |
| **Proc Date** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | **OATS** ☐ |
| [NULL] | |
| | **OATS Sent** ☐ |
| **File Name** | |
| 06846763.TXT | |
| **Memo** | |

CONFIDENTIAL

Release    Modify    Tag Value

**Details (38)**

Show Groups                                    System C

| Index | Tag | Value |
|---|---|---|
| 1 | 1 16R | GENL |
| 2 | 2 20C | SEME//PG386DDH8A001 |
| 3 | 3 23G | NEWM |
| 4 | 4 98C | :PREP//20140326014:02 |
| 5 | 5 16R | LINK |
| 6 | 6 13A | :LINK//541 |
| 7 | 7 20C | RELA//E10000275240001 |
| 8 | 8 16S | LINK |
| 9 | 9 16S | GENL |
| 10 | 10 16R | TRADDET |
| 11 | 11 98A | :TRAD//20140320 |
| 12 | 12 98A | :ESET//20140326 |
| 13 | 13 35B | ISIN DK0090941915 |
| 14 | 14 000 | NOVO NORDISK AS |
| 15 | 15 16S | TRADDET |
| 16 | 16 16R | FIAC |
| 17 | 17 36B | :ESTT//UNIT/1000000, |
| 18 | 18 97A | :SAFE//4137000010000778023F |
| 19 | 19 97A | :CASH//4137000010000734786K |
| 20 | 20 94F | :SAFE//CUST/INDEADKKKXXX |
| 21 | 21 16S | FIAC |
| 22 | 22 16R | SETDET |
| 23 | 23 22F | :SETR//TRAD |
| 24 | 24 16R | SETPRTY |
| 25 | 25 95P | :DEAG/ ESSEDKKKXXX |
| 26 | 26 16S | SETPRTY |
| 27 | 27 16R | SETPRTY |
| 28 | 28 95P | :SELL//IRVTBE8BXXX |
| 29 | 29 97A | :SAFE//00895114373 |
| 30 | 30 16S | SETPRTY |
| 31 | 31 16R | SETPRTY |
| 32 | 32 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 16S | SETPRTY |
| 34 | 34 16R | AMT |
| 35 | 35 19A | :ESTT//DKK246703080, |
| 36 | 36 98A | :VALU//20140326 |
| 37 | 37 16S | AMT |
| 38 | 38 16S | SETDET |

ED&F-00048773

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : American Investment Group of NY
Date          : 21-03-2014
Currency      : USD

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 2,405,718,355.00 Dr | 0.18478140 | 444,632,005.65 Dr | 857,236,110.00 Dr | 0.18478140 | 158,401,288.54 Dr |
| DKK Var Margin | 8,639,600.00 Dr | 0.18478140 | 1,596,437.36 Dr | 8,639,600.00 Dr | 0.18478140 | 1,596,437.36 Dr |
| EUR Cash | 16,799.77 Dr | 1.37940000 | 23,173.60 Dr | 16,799.77 Dr | 1.37940000 | 23,173.60 Dr |
| EUR SEG CASH A | 109,684.84 Cr | 1.37940000 | 151,299.27 Cr | 109,684.84 Cr | 1.37940000 | 151,299.27 Cr |
| USD Cash | 8,879,581.50 Dr | 1.00000000 | 8,879,581.50 Dr | 8,879,581.50 Dr | 1.00000000 | 8,879,581.50 Dr |
| USD SEG CASH A | 199,238.41 Cr | 1.00000000 | 199,238.41 Cr | 199,238.41 Cr | 1.00000000 | 199,238.41 Cr |
| | | | 454,680,660.45 Dr | | | 168,549,943.34 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| COLOB DC | COLOPLAST-B | C | 500,000.00 Lg | 354.9044 | 435.2000 | 177,452,220.00 Dr | 217,600,000.00 Cr | 40,147,780.00 Cr DKK |
| DANSKE DC | DANSKE BANK A/S | C | 7,750,000.00 Lg | 143.5905 | 145.3000 | 1,112,826,210.00 Dr | 1,126,075,000.00 Cr | 13,248,790.00 Cr DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 3,500,000.00 Lg | 246.7033 | 239.2000 | 863,461,375.00 Dr | 837,200,000.00 Cr | 26,261,375.00 Dr DKK |
| TDC DC | TDC A/S | C | 5,000,000.00 Lg | 52.5607 | 49.4200 | 262,803,300.00 Dr | 247,100,000.00 Cr | 15,703,300.00 Dr DKK |
| | | | | | Totals: | 2,416,543,105.00 Dr | 2,427,975,000.00 Cr | 11,431,895.00 Cr |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| SOLB BB | SOLVAY SA | C | 800,000.00 Lg | 108.4014 | 112.2000 | 86,721,089.00 Dr | 89,760,000.00 Cr | 3,038,912.00 Cr EUR |
| | | | | | Totals: | 86,721,089.00 Dr | 89,760,000.00 Cr | 3,038,912.00 Cr |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| VEON US | VEON LTD | C | 684,000.00 Lg | 12.9902 | 8.8900 | 8,885,269.44 Dr | 6,080,760.00 Cr | 2,804,509.44 Dr USD |
| | | | | | Totals: | 8,885,269.44 Dr | 6,080,760.00 Cr | 2,804,509.44 Dr |

## Trade Date Positions (OTC-OPTIONS) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| SOLB BB | SOLVAY SA | C | 8,000.00 Sh | 103.3500 | 112.1900 | 82,680,000.00 Cr | 89,752,000.00 Dr | 7,072,000.00 Dr EUR |
| | | | | | Totals: | 82,680,000.00 Cr | 89,752,000.00 Dr | 7,072,000.00 Dr |

# Account Equity

| ED&F Man Capital Markets Ltd | Account Number: CC:AMERIC-INVGR |
| 3 London Bridge Street | Account Name  : American Investment Group of NY |
| London SE1 9SG | Date          : 21-03-2014 |
| United Kingdom | Currency      : USD |

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity Cur |
|-------|-------------|----------|-----------|--------------|---------------|--------------|---------------------|
| NFY16APR2014 | NFY16APR2014BCLEAR | 35,000.00 Sh | 243.1300 | 239.2200 | 850,955,000.00 Cr | 837,270,000.00 Dr | 13,685,000.00 Cr DKK |
| OGY16APR2014 | OGY16APR2014BCLEAR | 47,500.00 Sh | 142.6300 | 145.3100 | 677,492,500.00 Cr | 690,222,500.00 Dr | 12,730,000.00 Dr DKK |
| OGY20JUN2014 | OGY20JUN2014BCLEAR | 30,000.00 Sh | 140.8500 | 145.3500 | 422,550,000.00 Cr | 436,050,000.00 Dr | 13,500,000.00 Dr DKK |
| TKF18JUL2014 | TKF18JUL2014BCLEAR | 20,000.00 Sh | 49.3836 | 49.4500 | 98,767,200.00 Cr | 98,900,000.00 Dr | 132,800.00 Dr DKK |
| TKF20JUN2014 | TKF20JUN2014BCLEAR | 30,000.00 Sh | 50.7861 | 49.4400 | 152,358,200.00 Cr | 148,320,000.00 Dr | 4,038,200.00 Cr DKK |
| | | | | | 2,202,122,900.00 Cr | 2,210,762,500.00 Dr | 8,639,600.00 Dr DKK |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|----------|----------|------|-----|----------|-------|-----------|----------|-----|
| 18-03-14 | 24-03-14 | Normal | BUY | 2,500,000.00 | DANSKE DC | 144.2149 | 360,537,300.00 Dr | DKK |
| 18-03-14 | 24-03-14 | Normal | BUY | 2,250,000.00 | DANSKE DC | 144.2149 | 324,483,570.00 Dr | DKK |
| 20-03-14 | 26-03-14 | Normal | BUY | 3,500,000.00 | NOVOB DC | 246.7033 | 863,461,375.00 Dr | DKK |

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Next Valuation Reset | Rate Description | Rate | Accrued Financing |
|----------|-----------------|---------|-------------------|------------|------------|--------------|--------------|--------------------------|------------------|------|-------------------|
| 203304 | 20-12-13 27-12-13 | 26-03-14 | COLOB DC COLOPLAST-B | 500,000 S | 353.2000 | 176,600,000 DKK | 435.2000 | -41,000,000 | Fixed | 0.0000 | 0.00 |
| 172560 | 12-11-13 15-11-13 | 12-11-14 | VEON US VEON LTD | 684,000 S | 13.9900 | 8,885,160 USD | 8.8900 | 2,804,400 | Fixed | 0.0000 | 0.00 |

ED&F-00048775