# Account Equity

ED&F Man Capital Markets Ltd  
3 London Bridge Street  
London SE1 9SG  
United Kingdom

Account Number: CC:AMERIC-INVGR  
Account Name   : American Investment Group of NY  
Date           : 21-03-2014  
Currency       : USD

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 169,190,617.41 Dr |
| Value of trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 640,674.06 Cr |
| **Value of closing currency balance(s)** | **168,549,943.34 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 286,130,717.11 Dr |
| **Trade Date Cash Balance** | **454,680,660.45 Dr** |
| Market Value of Positions | 454,736,414.87 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 4,771,637.40 Dr |
| **Preliminary Account Value** | **4,715,882.98 Dr** |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 29,563,176.19 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **29,563,176.19 Dr** |

## Futures Initial Requirement

| Cur | Requirement | Requirement (USD) | Conv Rate |
|---|---|---|---|
| DKK | 159,990,000.00 Dr | 29,563,176.19 Dr | 0.18478 |
| | | 29,563,176.19 Dr | |

**Total Account Value**  34,279,059.17 Dr

CONFIDENTIAL                                                                 ED&F-00048776
Page 3 of 4

# Account Equity

```
ED&F Man Capital Markets Ltd              Account Number: CC:AMERIC-INVGR
3 London Bridge Street                    Account Name   : American Investment Group of NY
London SE1 9SG                            Date           : 21-03-2014
United Kingdom                            Currency       : USD
```

## Financing Summary

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |



| Novo Nordisk A/S | | | | | | | NOVOB DC |
|---|---|---|---|---|---|---|---|
| ISIN: DK0060534915 | | | SEDOL: BHC8X90 | | | | COUNTRY: DK |
| | EX DATE: | 21/03/2014 | REC DATE: | 25/03/2014 | | PAY DATE: | 26/03/2014 |
| | CCY: DKK | | GROSS RATE: | 4.50 | | FEE: | 0.00 |

AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AMERIS-INVGR | AMERICAN INVESTMENT GROUP OF NY LP PENSION PLAN | 73% | 3,590,000 | | 11,492,550.00 | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 640,000 | | 2,102,400.00 | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 672,000 | | 2,207,520.00 | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 739,000 | | 2,427,615.00 | | | |
| | | | | | | | | |
| CC:CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 519,000 | | 1,704,915.00 | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 647,000 | | 2,125,395.00 | | | |
| | | | | | | | | |
| CC:CUBXBE-00000 | Cubix Managers Limited Partnerships | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:CWD000-CWST | TWP CONSTRUCTION INC RETIREMENT PLAN | 73% | 3,850,000 | | 12,647,250.00 | | | |
| | | | | | | | | |
| CC:GOLDS1-KP4GP | The Goldman Sachs Group FL 401(K) Profit Sharing Plan & Trust | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:GSFS00-TRAD0 | GSFS Trading Canada Corporate Pension Plan | 73% | 2,180,000 | | 7,161,300.00 | | | |
| CC:HAMLYN-LP00 | HAMLYN LP | 73% | 2,600,000 | | 8,541,000.00 | | | |
| CC:INDUST-PENSP | Industrial Pension Group Trust | 73% | 676,000 | | 2,220,660.00 | | | |
| CC:KAMCOO-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 73% | 900,000 | | 2,956,500.00 | | | |
| CC:KAMCOO-GPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 73% | 3,500,000 | | 11,497,500.00 | | | |
| CC:KAMCOO-INVES | KAMC INVESTMENTS INC PENSION PLAN | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:MOIRA-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 73% | 3,150,000 | | 10,345,500.00 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 817,000 | | 2,683,845.00 | | | |
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 73% | 674,000 | | 2,214,090.00 | | | |
| CC:TEWLP0-TEWLP | Tew LP Retirement Plan | 73% | 616,000 | | 2,023,560.00 | | | |
| | | | | | | | | |
| CC:VETER-TRUST | Veres LLC Retirement Plan | 73% | 225,000 | | 739,125.00 | | | |
| CC:TDFDUB-FOR01 | TDSA Men Professional Trading (Dubai) Limited | 73% | | 26,825,000 | | 88,120,125.00 | | |
| | | | | | | | | |
| LC:GLOBAL-EQY01 | BNP Paribas Depot 778523F | 73% | | -11,080,000 | | -36,397,800.00 | | |
| SB:VOLCAF-ICB00 | Volcafe Limited – ICBC | 73% | 26,825,000 | | 88,118,125.00 | | | |
| SB:VOLCAF-ICB01 | Volcafe Limited – ICBC | 73% | 33,865,000 | | 111,232,125.00 | | | |

CONFIDENTIAL

DL 273570

ED&F-00048778

|  |  | TOTALS | 96,730,000 | -96,730,000 | TOTALS | 317,758,050.00 | -317,758,050.00 | YES YES |  |  |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:MAPLEO-UKLTD | Maple Securities UK Ltd | 85% | 2,180,000 |  | 8,338,500.00 |  | YES |  | 28/3 | 273593 |
| CC:ETS000-MALTA | ETS Malta Limited | 85% |  | -2,180,000 |  | -8,338,500.00 |  |  |  |  |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 11,750 |  | 52,875.00 |  |  |  |  |  |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 100% | 13,500 |  | 60,750.00 |  |  |  |  |  |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 100% | 10,085 |  | 45,382.50 |  |  |  |  |  |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 44,500 |  | 200,250.00 |  |  |  |  |  |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 100% | 2,500 |  | 11,250.00 |  |  |  |  |  |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 100% | 3,500 |  | 15,750.00 |  |  |  |  |  |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 100% | 6,665 |  | 29,992.50 |  |  |  |  |  |
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 100% | 43,665 |  | 196,492.50 |  |  |  |  |  |
| CC:TEWLPO-TEWLP | Tew LP Retirement Plan | 100% | 63,835 |  | 287,257.50 |  |  |  |  |  |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% |  | -200,000 |  | -900,000.00 |  |  |  |  |
| CC:CUBXBE-00000 | Cubix Managers Limited Partnerships | 100% | 2,750,000 |  | 12,375,000.00 |  |  |  |  |  |
| CC:CUBXBE-BLOAN | Cubix Managers Limited Partnerships - BLOAN | 100% |  | -2,750,000 |  | -12,375,000.00 |  |  |  |  |
|  |  | SL TOTALS | 5,130,000 | -5,130,000 | TOTALS | 21,613,500.00 | -21,613,500.00 |  |  |  |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVABLE |
|---|---|---|---|---|---|---|
| CC:LAKEWO-BLOAN | Lakewood Limited - BLOAN | 100% | 2,750,000 |  | 12,375,000.00 |  |
| CC:LAKEWO-00LTD | Lakewood Limited | 100% |  | -2,750,000 |  | -12,375,000.00 |
|  |  | SWP TOTAL | 2,750,000 | -2,750,000 | TOTALS | 12,375,000.00 | -12,375,000.00 |

PREPARED: _[sig]_  DESK SIGN OFF: _[sig]_  OPS MANAGER SIGN OFF: mockimo

AGENT CASH RECEIVED _[sig]_  CLAIMS PAID _[sig]_  JOURNAL NUMBERS UPDATED _[sig]_  DATE: 28/3/14  FILE CLOSED CLOSER: _[sig]_

CONFIDENTIAL

ED&F-00048779



ShadowSuite 9.8.1 - User[MMEADE] Company [E1] Trade Date[15-10-2018] Server[tcp://172.20.20.38:5050] Port[VMSREDFPRDMT1] Zone[GREEN] - [General Journal Detail]

File | Configuration | Account Master | Treasury | Settlement | Trading | General Ledger | Positions | Price | Operations | Report | Window | Help

**Journal ID** 273507 **Retrieve By:** Journal ID **Origin** System

Journal Header

| Journal ID | As Of Date | Entry Date | As of Post Date | Post Date | Type | Source | Origin |
|---|---|---|---|---|---|---|---|
| 273507 | 28-03-2014 | 28-03-2014 | 28-03-2014 | 28-03-2014 | User Adjustment | ORG | Import |

**Description**
CASH DIV - NOVOB DC - PD 26/03/14

**Reverse ID** (None)

**Status** Posted

**External ID**

**Reversal Type** Never

**Reverse Status** Not Applicable

**Ancestor External ID**

**Ancestor ID**

**Reverse Date** EOT

New Journal | Copy Journal | Delete Journal | Post | Unpost | Set R v Info | Del R versal

Journal Detail Lines | Audit Trail Information | Authorization

**Detail Lines (2)**

Show Groups

| | Seq | Asset | Country | Cur | Amount | Account ID | Account Name | Layer | Invt Type | Cost | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | DKK | (None) | DKK | 11,497,500.0000 Dr | CO:CORPAC–CORPA | CORPORATE ACTIONS CONTROL AC | Cash | Unclassified Inventory Type | | |
| 2 | 2 | DKK | (None) | DKK | 11,4 7,500.0000 Cr | CC:AMERIC–INVGR | American Investment Group of NY P Pension Plan | Cas | Unclassified Inventory Type | | |



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Autoparts Pensions Group Trust - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 2,540,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 8,343,900.00 |
| WHT Suffered: | 3,086,100.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Autoparts Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00048781



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Bluegrass Investment Management LLC Retirement Plan - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 2,262,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 7,430,670.00 |
| WHT Suffered: | 2,748,330.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Bluegrass Investment Management LLC Retirement Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00048847



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Bluegrass Retirement Group Trust - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 1,397,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 4,589,145.00 |
| WHT Suffered: | 1,697,355.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Bluegrass Retirement Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE
Regulated by the Financial Services Authority
Registered in England No.1292851
Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                    ED&F-00048905




# ED & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Cambridge Way LLC 401K Profit Sharing Plan – 35 Cambridge Way, Weehawken, New Jersey, 07086, United States of America was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 2,000,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 6,570,000.00 |
| WHT Suffered: | 2,430,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Cambridge Way LLC 401K Profit Sharing Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                      ED&F-00048961



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Casting Pensions Group Trust - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 2,519,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 8,274,915.00 |
| WHT Suffered: | 3,060,585.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Casting Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                                                                   ED&F-00048977



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Central Technologies Pensions Group Trust - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 1,397,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 4,589,145.00 |
| WHT Suffered: | 1,697,355.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Central Technologies Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL    ED&F-00049035



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm that the amount was paid into the account of Hamlyn LP which held the below security over dividend date for Del Mar Asset Management Saving And Retirement Plan, 711 Fifth Avenue, New York, NY 10022, United States, the beneficial owner of the security.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 2,600,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 8,541,000.00 |
| WHT Suffered: | 3,159,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were received by Hamlyn LP where the beneficial owner is Del Mar Asset Management Saving And Retirement Plan, net of withholding tax. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                                 ED&F-00049091



# ED&F MAN

**E D & F MAN CAPITAL MARKETS LIMITED**

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, DW CONSTRUCTION INC RETIREMENT PLAN - 5532 Lillehammer Lane, Park City, UT 84098, USA was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 3,850,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 12,647,250.00 |
| WHT Suffered: | 4,677,750.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to DW CONSTRUCTION INC RETIREMENT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL    ED&F-00049119



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, FEDERATED LOGISTICS 401(K) PLAN - 599 Middlesex Road, Darien, Connecticut, 6820, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 10,000,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 32,850,000.00 |
| WHT Suffered: | 12,150,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to FEDERATED LOGISTICS 401(K) PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00049171



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Industrial Pension Group Trust - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 2,546,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 8,363,610.00 |
| WHT Suffered: | 3,093,390.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Industrial Pension Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*(signature)*

Head of Securities Operations
Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                     ED&F-00049199



**E D & F MAN CAPITAL MARKETS LIMITED**

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, KAMCO INVESTMENTS INC PENSION PLAN - 5532 Lillehammer Lane, Suite 103, Park City, UT 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 2,000,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 6,570,000.00 |
| WHT Suffered: | 2,430,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to KAMCO INVESTMENTS INC PENSION PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL        ED&F-00049257