

## ED&F MAN

### E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN - 75 Claremont Road, Suite 309, Bernardsville, NJ 07924, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S |
| ISIN: | DK0010244508 |
| SEDOL: | 4253048 |
| Ex Date: | 01/04/2014 |
| Record Date: | 03/04/2014 |
| Pay Date: | 04/04/2014 |
| Quantity: | 1,000.00 |
| Gross Div Rate: | 1400 |
| Amount Received: | 1,022,000.00 |
| WHT Suffered: | 378,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE
CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

ED&F-00077536

## Charlotte Woodward

| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
|---|---|
| Sent: | 28 March 2014 15:22 |
| To: | Stacey Kaminer; Mina, Sara (LDN) |
| Cc: | Foster, Victoria (LDN) |
| Subject: | RE: Trade Interest |
| Attachments: | ED&F280314MAERSKB.PDF; 1,000 MAERSKB DC - CONFIRM AMERICAN INVESTMENT GROUP (3.36 KB) |

Hi Stacey,

Confirms attached.

Thanks,
Oliver

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 28 March 2014 14:00
**To:** Bottomley, Oliver (LDN); Mina, Sara (LDN)
**Cc:** Foster, Victoria (LDN)
**Subject:** Trade Interest

Hi All,

The following accounts are interested in purchasing at total of 1000 shares of MAERSKB DC, ISIN DK0010244508, T+3 and hedging their purchase by selling Bclear futures in the amount of 10 MAZ june expiry.  Can you provide clearance for these transactions?  Also, the accounts are looking for liquidity if you are able to source any please let them know.

AIGPP      AMERIC-INVGR          1,000

Best,

Stacey

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a

1

CONFIDENTIAL

registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL                                                                                    ED&F-00077538

## Charlotte Woodward

| | |
|---|---|
| **From:** | Oliver Bottomley (E D & F MAN CAPITAL) <obottomley2@bloomberg.net> |
| **Sent:** | 28 March 2014 15:20 |
| **Subject:** | 1,000 MAERSKB DC - CONFIRM AMERICAN INVESTMENT GROUP |

--- Original Sender: PAUL SCHOFIELD, E D & F MAN CAPITAL ---

----- Original Message -----
From: PAUL SCHOFIELD (E D & F MAN CAPITAL)
To: OLIVER BOTTOMLEY (E D & F MAN CAPITAL)
At: Mar 28 2014 15:11:57

Hi,

To confirm ED&F MCM (AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN) BUY the following,

1,000 MAERSKB DC (DK0010244508) @ DKK 63,400.00
            @ DKK 63,400.7925 net

Trade date 28-Mar
Value date 02-Apr

Thanks,
Paul


-------------------------------------------------------------------------------

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited.  If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

CONFIDENTIAL                                    ED&F-00077539

Marex Financial Limited
155 Bishopsgate
London EC2M 3TQ
Tel: +44 207 655 6000
www.marexspectron.com



---

## Futures Confirmation

| | |
|---|---|
| **Trade Reference:** | ED&F280314MAERSKB |
| **Client:** | ED&F Man Capital Markets |
| **Futures Account:** | BPS MCMEQT |
| **Trader:** | Oliver Bottomley |
| **Trade Date:** | 28 March 2014 |

| CONTRACT | EXCHANGE | CONTRACT TYPE | EXPIRY | BUY/SELL | NO. OF LOTS | UNDERLYING | FUTURES PRICE |
|---|---|---|---|---|---|---|---|
| MAY | Bclear | Cash | Jun-14 | SELL | 10 | MAERSKB DC | DKK 62,135.61 |

**Brokerage:**　　DKK 0.00

### ADDITIONAL NOTES:

This confirmation shall, in the absence of manifest error, be conclusive and binding on you, unless we receive from you, an objection in writing within 24 hours to efs@marexspectron.com or by calling us on (+44) 207 650 4496, failing which your trade confirmation shall be deemed correct and conforming with your own records. Times of trades and venue of execution are available on request.

Marex Financial Limited is a wholly owned subsidiary of Marex Spectron Group Limited, and is authorized and regulated by the Financial Services Authority (FSA number 442767 ) with its registered address at 155 Bishopsgate, London, EC2M 3TQ (registered number 5613061 and VAT registration no. GB 872 8106 13 ).

To read our full terms and conditions, please visit www.marexspectron.com.

## Charlotte Woodward

| | |
|---|---|
| **From:** | PAUL SCHOFIELD <pschofield@edfmancapital.com> |
| **Sent:** | 28 March 2014 15:13 |
| **Subject:** | Bloomberg: 1,000 MAERSKB DC CONFIRM |

**Greeting**: Equity Finance Desk: 0203 580 7637 Mob: 07810 543272

Hi,

To confirm HSBC SELL the following,

1,000 MAERSKB DC (DK0010244508) @ DKK 63,400.00

Trade date 28-Mar
Value date 02-Apr

Thanks,
Paul

### Sent By :

B **PAUL SCHOFIELD**, pschofield@edfmancapital.com, PSCHOFIELD9@Bloomberg.net, E D & F MAN CAPITAL

### Recipients :

B **JONATHAN WARD**, JONWARD@Bloomberg.net, HSBC BANK PLC

### Disclaimers :

#### E D & F MAN CAPITAL

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 4813 | 2014-03-29 02:51:20 AM (EDT)

CONFIDENTIAL                                                                 ED&F-00077541

Rosenblatt work product: extracts of shadow data

| Firm | Date Basis | Ticket Sequence | ExtRefID | Trade Date | Entry Date | Settlement Date | Trade Account | Product Type | AssetAlias1 | Trade Currency | Ticket State | Trade Transaction | Quantity | Trade Proceeds | FinalPrice | Asset Alias4 | MasterAccount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 238706 | EQ29684-108142 | 28/03/2014 | 2014-03-28 00:00:00.000 | 02/04/2014 | 1020035RISKPRICBC0 | EQUITY | DK0010244508 | DKK | ORG | BUY | 1,000 | 63400792.50 | 63400.7925000000 | MAERSKB | 1020035RISKPRICBC0 |
| E1 | TRD | 238706 | EQ29684-108142 | 28/03/2014 | 2014-03-28 00:00:00.000 | 02/04/2014 | 1020010AMERICINVGR | EQUITY | DK0010244508 | DKK | ORG | SEL | 1,000 | 63400792.50 | 63400.7925000000 | MAERSKB | 1020010AMERICINVGR |

ED&F-00077542



SWIFT Message Detail

Message ID 2789378

Retrieve

**SWIFT Information**

| | |
|---|---|
| **Msg Type** 545 | **Direction** From Swift |
| **Status** Closed | **Loc ID** N/A |
| **Related Ref** N/A | **Loc SWIFT ID** N/A |
| **Transaction Ref** PG401CRC3A001 | **Purpose** N/A |
| **Asset Series** 281487 | **Curr Series** 281486 |
| **Reason Code** N/A | **External ID** N/A |
| **Trailer Hdr** {MAC:00000000}{CHK:67F7CEBC66E1} | **User Hdr** {108:IS14190S2022X000} |
| **Basic Hdr** F01MACVGR22AXXX0629114728 | **App Hdr** O5450200140402PARBFRPPHXXXX3825N3M6Z31404020100N |
| **Load User** SHSYSTEM | **Load Date** 02-04-2014 01:00:58 |
| **Load Port** 5608207NJ3VW07 | **Proc User** N/A |
| **Proc Date** [NULL] | **Proc Port** N/A |
| **Duration** N/A | **Instruction Date** N/A |
| **ACK Date** [NULL] | OATS ☐ |
| | OATS Sent ☐ |
| **File Name** 0684786S.TXT | |
| **Memo** | |

**Details (38)**

Show Group          System Default

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//PG401CRC3A001 |
| 3 | 23G | NEWM |
| 4 | 98C | :PREP//20140402015715 |
| 5 | 16R | LINK |
| 6 | 13A | :LINK//541 |
| 7 | 20C | :RELA//E1000028148701 |
| 8 | 16S | LINK |
| 9 | 16S | GENL |
| 10 | 16R | TRADDET |
| 11 | 98A | :TRAD//20140328 |
| 12 | 98A | :ESET//20140402 |
| 13 | 35B | ISIN DK0010244508 |
| 14 | 00O | AP MOELLER MAERSK A/S |
| 15 | 16S | TRADDET |
| 16 | 16R | FIAC |
| 17 | 36B | :ESTT//UNIT/1000, |
| 18 | 97A | :SAFE//41323000010000778523F |
| 19 | 97A | :CASH//41323000010000724736K |
| 20 | 94F | :SAFE//CUST/IN DEAD404XXXX |
| 21 | 16S | FIAC |
| 22 | 16R | SETDET |
| 23 | 22F | :SETR//TRAD |
| 24 | 16R | SETPRTY |
| 25 | 95P | :DEAG//ESSEDKKKXXXX |
| 26 | 16S | SETPRTY |
| 27 | 16R | SETPRTY |
| 28 | 95P | :SELL//RVT8988XXX |
| 29 | 97A | :SAFE//09885114373 |
| 30 | 16S | SETPRTY |
| 31 | 16R | SETPRTY |
| 32 | 95P | :PSET//VPOKDKKKXXX |
| 33 | 16S | SETPRTY |
| 34 | 16R | AMT |
| 35 | 19A | :ESTT//DKK/3400782.5 |
| 36 | 98A | :VALU//20140402 |
| 37 | 16S | AMT |
| 38 | 16S | SETDET |

CONFIDENTIAL

ED&F-00077543