## Account Equity

ED&F Man Capital Markets Ltd  
3 London Bridge Street  
London SE1 9SG  
United Kingdom

Account Number: CC:AMERIC-INVGR  
Account Name  : American Investment Group of NY  
Date          : 01-04-2014  
Currency      : USD

### Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash       | 2,488,681,585.00 Dr | 0.18477458 | 459,845,094.63 Dr | 2,425,280,792.50 Dr | 0.18477458 | 448,130,239.82 Dr |
| DKK Var Margin |    93,447,440.00 Dr | 0.18477458 |  17,266,711.48 Dr |    93,447,440.00 Dr | 0.18477458 |  17,266,711.48 Dr |
| EUR Cash       |        43,923.01 Dr | 1.37930000 |      60,583.01 Dr |        43,923.01 Dr | 1.37930000 |      60,583.01 Dr |
| EUR SEG CASH A |       109,684.84 Cr | 1.37930000 |     151,288.30 Cr |       109,684.84 Cr | 1.37930000 |     151,288.30 Cr |
| USD Cash       |     8,879,581.50 Dr | 1.00000000 |   8,879,581.50 Dr |     8,879,581.50 Dr | 1.00000000 |   8,879,581.50 Dr |
| USD SEG CASH A |       199,238.41 Cr | 1.00000000 |     199,238.41 Cr |       199,238.41 Cr | 1.00000000 |     199,238.41 Cr |
|                |                     |            | 485,701,443.91 Dr |                     |            | 473,986,589.10 Dr |

### Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| COLOB DC   | COLOPLAST-B            | C |   500,000.00 Lg | 354.9044   | 445.0000  |   177,452,220.00 Dr |   222,500,000.00 Cr | 45,047,780.00 Cr | DKK |
| DANSKE DC  | DANSKE BANK A/S        | C | 7,750,000.00 Lg | 143.5905   | 153.2000  | 1,112,826,210.00 Dr | 1,187,300,000.00 Cr | 74,473,790.00 Cr | DKK |
| MAERSKB DC | AP MOELLER-MAERSK A/S-B| C |     1,000.00 Lg | 63400.7925 | 64000.0000|    63,400,792.50 Dr |    64,000,000.00 Cr |    599,207.50 Cr | DKK |
| NOVOB DC   | NOVO NORDISK A/S-B     | C | 3,500,000.00 Lg | 246.7031   | 244.5000  |   863,460,780.00 Dr |   855,750,000.00 Cr |  7,710,780.00 Dr | DKK |
| TDC DC     | TDC A/S                | C | 5,000,000.00 Lg |  52.5607   |  50.0500  |   262,803,300.00 Dr |   250,250,000.00 Cr | 12,553,300.00 Dr | DKK |
|            |                        |   |                 |            | Totals:   | 2,479,943,302.50 Dr | 2,579,800,000.00 Cr | 99,856,697.50 Cr |     |

### Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| SOLB BB | SOLVAY SA | C | 800,000.00 Lg | 108.4014 | 114.5000 | 86,721,088.00 Dr | 91,600,000.00 Cr | 4,878,912.00 Cr | EUR |
|         |           |   |               |          | Totals:  | 86,721,088.00 Dr | 91,600,000.00 Cr | 4,878,912.00 Cr |     |

### Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| VEON US | VEON LTD | C | 684,000.00 Lg | 12.9902 | 9.0500 | 8,885,269.44 Dr | 6,190,200.00 Cr | 2,695,069.44 Dr | USD |
|         |          |   |               |         | Totals: | 8,885,269.44 Dr | 6,190,200.00 Cr | 2,695,069.44 Dr |     |

### Trade Date Positions (OTC-OPTIONS) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| SOLB BB | SOLVAY SA | C | 8,000.00 Sh | 103.3500 | 114.4900 | 82,680,000.00 Cr | 91,592,000.00 Dr | 8,912,000.00 Dr | EUR |
|         |           |   |             |          | Totals:  | 82,680,000.00 Cr | 91,592,000.00 Dr | 8,912,000.00 Dr |     |

CONFIDENTIAL
ED&F-00077544

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name   : American Investment Group of NY
Date           : 01-04-2014
Currency       : USD

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity Cur |
|---|---|---|---|---|---|---|---|
| MAY20JUN2014 | MAY20JUN2014BCLEAR | 10.00 Sh | 62135.6100 | 64023.4500 | 62,135,610.00 Cr | 64,023,450.00 Dr | 1,887,840.00 Dr DKK |
| NFY16APR2014 | NFY16APR2014BCLEAR | 35,000.00 Sh | 243.1300 | 244.5100 | 850,955,000.00 Cr | 855,785,000.00 Dr | 4,830,000.00 Dr DKK |
| OGY16APR2014 | OGY16APR2014BCLEAR | 47,500.00 Sh | 142.6300 | 153.2100 | 677,492,500.00 Cr | 727,747,500.00 Dr | 50,255,000.00 Dr DKK |
| OGY20JUN2014 | OGY20JUN2014BCLEAR | 30,000.00 Sh | 140.8500 | 153.2600 | 422,550,000.00 Cr | 459,780,000.00 Dr | 37,230,000.00 Dr DKK |
| TKF18JUL2014 | TKF18JUL2014BCLEAR | 20,000.00 Sh | 49.3836 | 50.0800 | 98,767,200.00 Cr | 100,160,000.00 Dr | 1,392,800.00 Dr DKK |
| TKF20JUN2014 | TKF20JUN2014BCLEAR | 30,000.00 Sh | 50.7861 | 50.0700 | 152,358,200.00 Cr | 150,210,000.00 Dr | 2,148,200.00 Cr DKK |
| | | | | | 2,264,258,510.00 Cr | 2,357,705,950.00 Dr | 93,447,440.00 Dr DKK |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 28-03-14 | 02-04-14 | Normal | BUY | 1,000.00 | MAERSKB DC | 63400.7925 | 63,400,792.50 Dr | DKK |

## Equity Swaps

| Tick Seq | Trade Dt / Set Dt | Term Dt | Asset Description | Quantity | D | Open Price | Notional | Cur | Market Price | MTM Next Valuation Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 238724 | 21-03-14 / 26-03-14 | 26-06-14 | COLOB DC COLOPLAST-B | 500,000 | S | 439.2000 | 219,600,000 | DKK | 445.0000 | -2,900,000 | Fixed | 0.0000 | 0.00 |
| 172560 | 12-11-13 / 15-11-13 | 12-11-14 | VEON US VEON LTD | 684,000 | S | 12.9900 | 8,885,160 | USD | 9.0500 | 2,694,960 | Fixed | 0.0000 | 0.00 |

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 472,431,895.82 Dr |
| Value of trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 1,554,693.27 Dr |
| **Value of closing currency balance(s)** | **473,986,589.10 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 11,714,854.81 Dr |
| **Trade Date Cash Balance** | **485,701,443.91 Dr** |
| Market Value of Positions | 482,882,695.89 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 2,159,113.72 Cr |
| **Preliminary Account Value** | **659,634.30 Dr** |

CONFIDENTIAL                                                                ED&F-00077545

# Account Equity

| | |
|---|---|
| ED&F Man Capital Markets Ltd | Account Number: CC:AMERIC-INVGR |
| 3 London Bridge Street | Account Name  : American Investment Group of NY |
| London SE1 9SG | Date          : 01-04-2014 |
| United Kingdom | Currency      : USD |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 30,304,191.50 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **30,304,191.50 Dr** |

### Futures Initial Requirement

| Cur | Requirement | Requirement (USD) | Conv Rate |
|---|---|---|---|
| DKK | 164,006,280.00 Dr | 30,304,191.50 Dr | 0.18477 |
| | | 30,304,191.50 Dr | |

**Total Account Value**          30,963,825.80 Dr

## Financing Summary

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |



## AP Moeller - Maersk A/S B shs — MAERSKB DC

ISIN: DK0010244508   SEDOL: 4253048   COUNTRY: DK
EX DATE: 01/04/2014   REC DATE: 03/04/2014   PAY DATE: 04/04/2014
CCY: DKK   GROSS RATE: 1400.00   FEE: 0.00

### AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:ACORNO-CAPS1 | ACORN CAPITAL STRATEGIES LLC EMPLOYEE PENSION PROFITS | 73% | 20,000 | | 20,440,000.00 | | | |
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 1,000 | | 1,022,000.00 | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 2,700 | | 2,759,400.00 | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 2,200 | | 2,248,400.00 | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 3,000 | | 3,066,000.00 | | | |
| CC:CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 20,000 | | 20,440,000.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 2,500 | | 2,555,000.00 | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 1,400 | | 1,430,800.00 | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 3,800 | | 3,883,590.00 | | | |
| CC:DWC000-CONSP | DW CONSTRUCTION INC RETIREMENT PLAN | 73% | 5,000 | | 5,180,000.00 | | | |
| CC:FEDLOG-FEDLO | FEDERATED LOGISTICS 401(K) PLAN | 73% | 18,000 | | 18,396,000.00 | | | |
| CC:HAMLYN-LLP00 | HAMLYN LP | 73% | 12,000 | | 12,264,000.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 2,200 | | 2,248,400.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 1,000 | | 1,166,200.00 | | | |
| CC:KAMCO-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 73% | 5,000 | | 5,110,000.00 | | | |
| CC:MOIRAD-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 73% | 5,000 | | 5,110,000.00 | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 500 | | 511,000.00 | | | |
| CC:TVETER-TVETE | Tveter LLC Pension Plan | 73% | 800 | | 817,600.00 | | | |
| CC:ELKDUB-EDFDU | ELKE Man Professional Trading (Dubai) Limited | 73% | | -85,800 | 87,687,600.00 | | | |
| LC:GLOBAL-EQY01 | BNP Paribas Depot 778523F | 73% | | -12,500 | | -12,775,000.00 | YES | |
| | Equity Economics Ltd (BNP) | 73% | | -30,000 | | | YES | |
| | Equity Economics Ltd (BNP) | 73% | | -4,500 | | | YES | |
| SB:VOLCAF-ICRCO | Volcafe Limited - ICBC | 73% | 85,800 | | 87,687,600.00 | | YES | |
| SB:VOLCAF-ICRCO | Volcafe Limited - ICBC | 73% | | -85,800 | | -87,687,600.00 | YES | |
| | TOTALS | | 199,800 | -199,800 | 204,195,600.00 | -204,195,600.00 | | |

Handwritten notes: D1 277320 ; received 4/4 ; val 7/4 ; val 8/4 ; 8/4 277314

### SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT W/O | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:MAPLE0-UKLTD | Maple Securities UK Ltd | 85% | 1,200 | | 1,428,000.00 | | YES | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 85% | | -1,200 | | -1,428,000.00 | | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 100% | 3,700 | | 5,180,000.00 | | | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 100% | 3,000 | | 4,200,000.00 | | | | | |

CONFIDENTIAL   ED&F-00077547

| SL Client Account | SL Client Name | DIV % | SL Long | SL Short | | Payable | Receivable |
|---|---|---|---|---|---|---|---|
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 100% | 4,000 | | | 5,600,000.00 | |
| CC:TEWLPO-TEWLP | Tew LP Retirement Plan | 100% | 4,300 | | | 6,020,000.00 | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -15,000 | | | -21,000,000.00 |
| | | SL TOTALS | 16,200 | -16,200 | TOTALS | 22,428,000.00 | -22,428,000.00 |

## SWAP POSITIONS

| SWP Client Account | SWP Client Name | DIV % | Swap Long | Swap Short | | Payable | Receivable |
|---|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS | 0.00 | 0.00 |

PREPARED: [signature]  DESK SIGN OFF: [signature]  OPS MANAGER SIGN OFF: Maclean [signature]

AGENT CASH RECEIVED [signature]  CLAIMS PAID [signature]  JOURNAL NUMBERS UPDATED [signature]  DATE: 08/04/14  FILE CLOSED CLOSER: [signature]



CONFIDENTIAL                    ED&F-00077548