| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OPARBFRPPXXX5661403162710101DKK 140404 | 1 | Tag 16R | GENL |
| OPARBFRPPXXX5661403162710101DKK 140404 | 2 | Tag 20C | :CORP//2014650716 |
| OPARBFRPPXXX5661403162710101DKK 140404 | 3 | Tag 20C | :SEME//1403162710101DKK |
| OPARBFRPPXXX5661403162710101DKK 140404 | 4 | Tag 23G | NEWM |
| OPARBFRPPXXX5661403162710101DKK 140404 | 5 | Tag 22F | :CAEV//DVCA |
| OPARBFRPPXXX5661403162710101DKK 140404 | 6 | Tag 16R | LINK |
| OPARBFRPPXXX5661403162710101DKK 140404 | 7 | Tag 22F | :LINK//INFO |
| OPARBFRPPXXX5661403162710101DKK 140404 | 8 | Tag 13A | :LINK//564 |
| OPARBFRPPXXX5661403162710101DKK 140404 | 9 | Tag 20C | :PREV//2014650716000292 |
| OPARBFRPPXXX5661403162710101DKK 140404 | 10 | Tag 16S | LINK |
| OPARBFRPPXXX5661403162710101DKK 140404 | 11 | Tag 16S | GENL |
| OPARBFRPPXXX5661403162710101DKK 140404 | 12 | Tag 16R | USECU |
| OPARBFRPPXXX5661403162710101DKK 140404 | 13 | Tag 97A | :SAFE//41329000010000778523F |
| OPARBFRPPXXX5661403162710101DKK 140404 | 14 | Tag 94F | :SAFE//CUST/NDEADKKKXXX |
| OPARBFRPPXXX5661403162710101DKK 140404 | 15 | Tag 35B | ISIN DK0010244508 |
|  |  |  | AP MOELLER MAERSK A/S |
| OPARBFRPPXXX5661403162710101DKK 140404 | 16 | Tag 93B | :CONB//UNIT/12500, |
| OPARBFRPPXXX5661403162710101DKK 140404 | 17 | Tag 16S | USECU |
| OPARBFRPPXXX5661403162710101DKK 140404 | 18 | Tag 16R | CADETL |
| OPARBFRPPXXX5661403162710101DKK 140404 | 19 | Tag 98A | :XDTE//20140401 |
| OPARBFRPPXXX5661403162710101DKK 140404 | 20 | Tag 98A | :RDTE//20140403 |
| OPARBFRPPXXX5661403162710101DKK 140404 | 21 | Tag 22F | :DIVI//REGR |
| OPARBFRPPXXX5661403162710101DKK 140404 | 22 | Tag 16S | CADETL |
| OPARBFRPPXXX5661403162710101DKK 140404 | 23 | Tag 16R | CACONF |
| OPARBFRPPXXX5661403162710101DKK 140404 | 24 | Tag 13A | :CAON//001 |
| OPARBFRPPXXX5661403162710101DKK 140404 | 25 | Tag 22F | :CAOP//CASH |
| OPARBFRPPXXX5661403162710101DKK 140404 | 26 | Tag 16R | CASHMOVE |
| OPARBFRPPXXX5661403162710101DKK 140404 | 27 | Tag 22H | :CRDB//CRED |
| OPARBFRPPXXX5661403162710101DKK 140404 | 28 | Tag 97A | :CASH//41329000010000724864B |
| OPARBFRPPXXX5661403162710101DKK 140404 | 29 | Tag 19B | :PSTA//DKK12775000, |
| OPARBFRPPXXX5661403162710101DKK 140404 | 30 | Tag 19B | :GRSS//DKK17500000, |
| OPARBFRPPXXX5661403162710101DKK 140404 | 31 | Tag 19B | :NETT//DKK12775000, |
| OPARBFRPPXXX5661403162710101DKK 140404 | 32 | Tag 19B | :WITF//DKK4725000, |
| OPARBFRPPXXX5661403162710101DKK 140404 | 33 | Tag 98A | :POST//20140404 |
| OPARBFRPPXXX5661403162710101DKK 140404 | 34 | Tag 98A | :VALU//20140404 |
| OPARBFRPPXXX5661403162710101DKK 140404 | 35 | Tag 98A | :PAYD//20140404 |
| OPARBFRPPXXX5661403162710101DKK 140404 | 36 | Tag 92F | :NETT//DKK1022, |
| OPARBFRPPXXX5661403162710101DKK 140404 | 37 | Tag 92F | :GRSS//DKK1400, |
| OPARBFRPPXXX5661403162710101DKK 140404 | 38 | Tag 92A | :WITF//27, |
| OPARBFRPPXXX5661403162710101DKK 140404 | 39 | Tag 16S | CASHMOVE |
| OPARBFRPPXXX5661403162710101DKK 140404 | 40 | Tag 16S | CACONF |
| OPARBFRPPXXX5661403162710101DKK 140404 | 41 | Tag 16R | ADDINFO |
| OPARBFRPPXXX5661403162710101DKK 140404 | 42 | Tag 70E | :TAXE// half-base taxation for foreign securities |
| OPARBFRPPXXX5661403162710101DKK 140404 | 43 | Tag 95Q | :MERE//ASSET SERVICES |
| OPARBFRPPXXX5661403162710101DKK 140404 | 44 | Tag 16S | ADDINFO |

ED&F-00077549



ShadowSuite 9.8.1 - User[MMEADE] Company [E1] Trade Date[15-10-2018] Server[tcp://172.20.20.38:5050] Port[VMSREDFPRDMT1] Zone[GREEN] - [General Journal Detail]

File | Configuration | Account Master | Treasury | Settlement | Trading | General Ledger | Positions | Price | Operations | Report | Window | Help

Journal ID 277258 Retrieve By: Journal ID Origin System

Journal Header

Journal ID: 277258
As Of Date: 08-04-2014
Entry Date: 0 04- 014
As of Post Date: 08-04-2014
Post Date: 08-04-2014
Type: UserAdjustment
Source: ORG
Origin: Import
Description: CASH DIV - MAERSKB DC - PD 04/04/14
Reverse ID: (None)
Status: Posted
External ID:
Reversal Type: Never
Reverse Status: Not Applicable
Ancestor External ID:
Ancestor ID:
Reverse Date: EOT

New Journal | Copy Journal | Delete Journal | Post | Unpost | Set Rev Info | Del Reversal

Journal Detail Lines | Audit Trail Information | Authorization

Detail Lines (2)

Show Groups

| | Seq | Asset | Country | Cur | Amount | Account ID | Account Name | Layer | Invt Type | Cost | De |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | DKK | (None) | DKK | 1,022,000.0000 Dr | CO:CORPAC-CORPA | CORPORATE ACTIONS CONTROL AC | Cash | Unclassified Inventory Type | | |
| 2 | 2 | DKK | (None) | DKK | 1,022,000.0000 Cr | CC:AMERIC-INVGR | American Investment Group of NY LP Pension Plan | Cash | Unclassified Inventory Type | | |





E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Bluegrass Retirement Group Trust - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S |
| ISIN: | DK0010244508 |
| SEDOL: | 4253048 |
| Ex Date: | 01/04/2014 |
| Record Date: | 03/04/2014 |
| Pay Date: | 04/04/2014 |
| Quantity: | 5,200.00 |
| Gross Div Rate: | 1400 |
| Amount Received: | 5,314,400.00 |
| WHT Suffered: | 1,965,600.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Bluegrass Retirement Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Mackinne

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE
CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

ED&F-00077625



**ED&F MAN**                                    E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Cambridge Way LLC 401K Profit Sharing Plan – 35 Cambridge Way, Weehawken, New Jersey, 07086, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S |
| ISIN: | DK0010244508 |
| SEDOL: | 4253048 |
| Ex Date: | 01/04/2014 |
| Record Date: | 03/04/2014 |
| Pay Date: | 04/04/2014 |
| Quantity: | 20,000.00 |
| Gross Div Rate: | 1400 |
| Amount Received: | 20,440,000.00 |
| WHT Suffered: | 7,560,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Cambridge Way LLC 401K Profit Sharing Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*Mackinnon*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00077697

926



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Casting Pensions Group Trust - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S |
| ISIN: | DK0010244508 |
| SEDOL: | 4253048 |
| Ex Date: | 01/04/2014 |
| Record Date: | 03/04/2014 |
| Pay Date: | 04/04/2014 |
| Quantity: | 5,500.00 |
| Gross Div Rate: | 1400 |
| Amount Received: | 5,621,000.00 |
| WHT Suffered: | 2,079,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Casting Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*Mackinna*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00077717





E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Central Technologies Pensions Group Trust - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S |
| ISIN: | DK0010244508 |
| SEDOL: | 4253048 |
| Ex Date: | 01/04/2014 |
| Record Date: | 03/04/2014 |
| Pay Date: | 04/04/2014 |
| Quantity: | 5,200.00 |
| Gross Div Rate: | 1400 |
| Amount Received: | 5,314,400.00 |
| WHT Suffered: | 1,965,600.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Central Technologies Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Lmookinnes

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00077791

830



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm that the amount was paid into the account of Hamlyn LP which held the below security over dividend date for Del Mar Asset Management Saving And Retirement Plan, 711 Fifth Avenue, New York, NY 10022, United States, the beneficial owner of the security.

| | |
|---|---|
| Security Description: | AP Moeller – Maersk A/S |
| ISIN: | DK0010244508 |
| SEDOL: | 4253048 |
| Ex Date: | 01/04/2014 |
| Record Date: | 03/04/2014 |
| Pay Date: | 04/04/2014 |
| Quantity: | 12,000.00 |
| Gross Div Rate: | 1400 |
| Amount Received: | 12,264,000.00 |
| WHT Suffered: | 4,536,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to HAMLYN LP. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*Mackinnon*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00077846



**ED&F MAN**                                   E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, DW CONSTRUCTION INC RETIREMENT PLAN - 5532 Lillehammer Lane, Park City, UT 84098, USA, was holding the below security over the dividend date.

|  |  |
|---|---|
| Security Description: | AP Moeller - Maersk A/S |
| ISIN: | DK0010244508 |
| SEDOL: | 4253048 |
| Ex Date: | 01/04/2014 |
| Record Date: | 03/04/2014 |
| Pay Date: | 04/04/2014 |
| Quantity: | 5,000.00 |
| Gross Div Rate: | 1400 |
| Amount Received: | 5,110,000.00 |
| WHT Suffered: | 1,890,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to DW CONSTRUCTION INC RETIREMENT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*Macceino*

Head of Securities Operations

Cottens Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                                      ED&F-00077869



**ED&F MAN**                                    E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, FEDERATED LOGISTICS 401(K) PLAN - 599 Middlesex Road, Darien, Connecticut, 06820, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S |
| ISIN: | DK0010244508 |
| SEDOL: | 4253048 |
| Ex Date: | 01/04/2014 |
| Record Date: | 03/04/2014 |
| Pay Date: | 04/04/2014 |
| Quantity: | 18,000.00 |
| Gross Div Rate: | 1400 |
| Amount Received: | 18,396,000.00 |
| WHT Suffered: | 6,804,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to FEDERATED LOGISTICS 401(K) PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

ED&F-00077895

964

 **ED&F MAN**

### E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Industrial Pension Group Trust - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller – Maersk A/S |
| ISIN: | DK0010244508 |
| SEDOL: | 4253048 |
| Ex Date: | 01/04/2014 |
| Record Date: | 03/04/2014 |
| Pay Date: | 04/04/2014 |
| Quantity: | 5,300.00 |
| Gross Div Rate: | 1400 |
| Amount Received: | 5,416,600.00 |
| WHT Suffered: | 2,003,400.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Industrial Pension Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*Mackinnon*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00077920



**ED&F MAN**                                E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, KAMCO LP PROFIT SHARING PLAN FBO - 5532 Lillehammer Lane, Suite 103, Park City, UT 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S |
| ISIN: | DK0010244508 |
| SEDOL: | 4253048 |
| Ex Date: | 01/04/2014 |
| Record Date: | 03/04/2014 |
| Pay Date: | 04/04/2014 |
| Quantity: | 5,000.00 |
| Gross Div Rate: | 1400 |
| Amount Received: | 5,110,000.00 |
| WHT Suffered: | 1,890,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to KAMCO LP PROFIT SHARING PLAN FBO. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

C. Mackinne

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                ED&F-00077994



## E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, MOIRA ASSOCIATES LLC 401K PLAN – 5532 Lillehammer Lane, Suite 103, Park City, UT 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller – Maersk A/S |
| ISIN: | DK0010244508 |
| SEDOL: | 4253048 |
| Ex Date: | 01/04/2014 |
| Record Date: | 03/04/2014 |
| Pay Date: | 04/04/2014 |
| Quantity: | 5,000.00 |
| Gross Div Rate: | 1400 |
| Amount Received: | 5,110,000.00 |
| WHT Suffered: | 1,890,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to MOIRA ASSOCIATES LLC 401K PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00078020



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, SV Holdings LLC Retirement Plan - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S |
| ISIN: | DK0010244508 |
| SEDOL: | 4253048 |
| Ex Date: | 01/04/2014 |
| Record Date: | 03/04/2014 |
| Pay Date: | 04/04/2014 |
| Quantity: | 500.00 |
| Gross Div Rate: | 1400 |
| Amount Received: | 511,000.00 |
| WHT Suffered: | 189,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to SV Holdings LLC Retirement Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE
CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in Enmland No.1292051

Telephone: +44 (0)20 7089 8000

ED&F-00078046



**ED&F MAN**

### E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Tveter LLC Pension Plan - 123 Colonial Road, New Canaan, Connecticut, CT 06840, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S |
| ISIN: | DK0010244508 |
| SEDOL: | 4253048 |
| Ex Date: | 01/04/2014 |
| Record Date: | 03/04/2014 |
| Pay Date: | 04/04/2014 |
| Quantity: | 800.00 |
| Gross Div Rate: | 1400 |
| Amount Received: | 817,600.00 |
| WHT Suffered: | 302,400.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Tveter LLC Pension Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*Mackinnon*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00078065



## AP Moeller - Maersk A/S **B shs**                                          MAERSKB DC

ISIN: DK0010244508                SEDOL: 4253048                                    COUNTRY: DK

| | | |
|---|---|---|
| EX DATE: 01/04/2014 | REC DATE: 03/04/2014 | PAY DATE: 04/04/2014 |
| CCY: DKK | GROSS RATE: 1400.00 | FEE: 0.00 |

### AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:ACORN-CAPST | ACORN CAPITAL STRATEGIES LLC EMPLOYEE PENSION PROFITS | 73% | 20,000 | | 20,440,000.00 | | | |
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 1,000 | | 1,022,000.00 | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 2,700 | | 2,759,400.00 | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 2,600 | | 2,861,400.00 | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 2,200 | | 2,248,400.00 | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 3,000 | | 3,066,000.00 | | | |
| CC:CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 20,000 | | 20,440,000.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 2,500 | | 2,555,000.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 3,000 | | 3,066,000.00 | | | |
| CC:TECHO-00000 | Central Technologies Pensions Group Trust | 73% | 1,400 | | 1,430,800.00 | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 3,400 | | 3,844,600.00 | | | |
| CC:DWCO00-CONST | DW CONSTRUCTION INC RETIREMENT PLAN | 73% | 5,000 | | 5,110,000.00 | | | |
| CC:FRUSTR-FRTED | FRUSTRATED CROATS 401(K) PLAN | 73% | 18,000 | | 16,996,000.00 | | | |
| CC:HAMLYN-LP00 | HAMLYN LP | 73% | 12,000 | | 12,264,000.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 2,200 | | 2,248,400.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 3,100 | | 3,168,200.00 | | | |
| CC:KAMCO0-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 73% | 5,000 | | 5,110,000.00 | | | |
| CC:MUIRA0-ASSOC | MUIRA ASSOCIATES LLC 401K PLAN | 73% | 5,000 | | 5,110,000.00 | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 500 | | 511,000.00 | | | |
| CC:TVETE0-TVETE | Tveter LLC Pension Plan | 73% | 800 | | 817,600.00 | | | |
| CC:EDEDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -85,800 | -37,687,800.00 | | | — DI 277320 |
| LC:GLOBAL-EQY01 | BNP Paribas Depot 778523F | 73% | | -12,500 | -12,775,000.00 | | | received 4/4 |
| SB:IDREDF-IDBED | Equity Finance VS IDB (BNP) | 73% | 10,500 | | 11,229,500.00 | | YES | vol 7/4 |
| SB:IDREDF-IDSEO | Equity Finance VS IDB (BOY) | 73% | | 4,300 | -4,395,000.00 | | YES | — vol 3/4 . |
| SB:VOLCAT-ICBC0 | Volcafe Limited - ICBC | 73% | 85,800 | | 87,687,600.00 | | YES | |
| SR:VOLCAT-ICBC0 | Volcafe Limited - ICBC | 73% | | -85,800 | -87,687,600.00 | | YES | |
| | | TOTALS | 199,800 | -199,800 | TOTALS 204,195,600.00 | -204,195,600.00 | | |

### SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNS | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:MAPLE0-UKLTD | Maple Securities UK Ltd | 85% | 1,200 | | 1,428,000.00 | | YES | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 85% | | -1,200 | | -1,428,000.00 | | | 7/4 | 277314 |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 100% | 3,700 | | 5,180,000.00 | | | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 100% | 3,000 | | 4,200,000.00 | | | | | |

ED&F-00446046

CONFIDENTIAL

ED&F-00446047

| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 100% | 4,000 | | | 5,600,000.00 | | |
|---|---|---|---|---|---|---|---|---|
| CC:TEWLPO-TEWLP | Tew LP Retirement Plan | 100% | 4,300 | | | 6,020,000.00 | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -15,000 | | | -21,000,000.00 | |
| | | SL TOTALS | 16,200 | -16,200 | TOTALS | 22,428,000.00 | -22,428,000.00 | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | | PAYABLE | RECEIVEABLE | |
|---|---|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS | 0.00 | 0.00 | |

| PREPARED: | | DESK SIGN OFF: | | | | OPS MANAGER SIGN OFF: | |
|---|---|---|---|---|---|---|---|
| AGENT CASH RECEIVED | CLAIMS PAID | | JOURNAL NUMBERS UPDATED | | DATE: 08/04/14 | FILE CLOSED CLOSER: | |

CONFIDENTIAL