## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 02 April 2014 17:20 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN- Confirm |
| **Attachments:** | ATT00001.bin |

Trade Reference 243453
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 02/04/2014 |
| Customer: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TFY20JUN2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 532.38 |
| Quantity: | 50 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30133-109617 Execution Time: Wednesday April 02,2014 12:00:00 AM Batch Id: 20140402_019029 |
| Direct Commission: | (11.50) |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:   Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

# Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 02 April 2014 17:19 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN - Confirm |
| **Attachments:** | ATT00001.bin |

Trade Reference 243452
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 02/04/2014 |
| Customer: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TFY20JUN2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 532.37 |
| Quantity: | 450 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30133-109616 Execution Time: Wednesday April 02,2014 12:00:00 AM Batch Id: 20140402_019029 |
| Direct Commission: | (103.50) |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:    Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

1

CONFIDENTIAL                                                                                                    ED&F-00044540

# Charlotte Woodward

| | |
|---|---|
| **From:** | Conor Cooling <Conor.Cooling@Linkbrokers.co.uk> |
| **Sent:** | 02 April 2014 17:12 |
| **To:** | OLIVER BOTTOMLEY |
| **Subject:** | Bloomberg: Ref: MW018963 Confirmation of trade with Link brokers |
| **Attachments:** | alt_body.html; MW018963.pdf |

```
Confirmation of trade number : MW018963 (ED&F Man Capital Markets Ltd - Re Paribas)

This communication and all information contained in or attached to it (including, but not limited to
market prices/levels and market commentary) (the "Information") is for
informational purposes only, is confidential, may be legally privileged and is the intellectual
property of one of the companies of ICAP plc group ("ICAP") or third parties.
The Information is subject to ICAP's terms of business as published or communicated to clients from
time to time and is directed to Eligible Counterparties and Professional
Customers only and is not intended for Retail Clients (as each term is defined by the rules of the
Financial Conduct Authority).

The Information is not, and should not be construed as, an offer, bid, recommendation or solicitation
in relation to any financial instrument or investment or to participate in any
particular trading strategy. The Information is not to be relied upon and is not warranted, including,
but not limited, as to completeness, timeliness or accuracy and is subject to
change without notice. All representations and warranties are expressly disclaimed. Access to the
Information by anyone other than the intended recipient is unauthorised and any
disclosure, copying or redistribution is prohibited. ICAP Securities Limited and certain of its
affiliates are authorised and regulated by the Financial Conduct Authority.
For further regulatory information and our terms of business, please see www.icap.com. If you receive
this message in error, please immediately delete all copies of it and notify the sender.


We have taken precautions to minimise the risk of transmitting software viruses, but we advise you to
carry out your own virus checks on any attachment to this message.
We cannot accept liability for any loss or damage caused by software viruses.
```

---

**Sent By** :

📇 **Conor Cooling**, Conor.Cooling@Linkbrokers.co.uk, Unknown Company

**Recipients** :

📇 **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

---

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 6725 | 2014-04-03 05:25:38 AM (EDT)

CONFIDENTIAL                                           ED&F-00044541