Trade executed by The Link Asset & Securities Co. Ltd.
2 Broadgate, London EC2M 7UR
T: +44 (0) 20 7663 5333
F: +44 (0) 20 7696 3555



an ICAP group company

## Trade confirm MW018963 on trade date 02 Apr 2014

We are pleased to confirm the details of your OTC transaction

### Trade details

| Buyer | ED&F Man Capital Markets Ltd - Re Paribas | Trader | Oliver Bottomley | Settlement | 07 Apr 2014 |
|---|---|---|---|---|---|

### Basket

| Ticker | Stock | ISIN | SEDOL | Quantity | Gross price | Net price | Value |
|---|---|---|---|---|---|---|---|
| TRYG | TRYG A/S | DK0060013274 | B0LL2W7 | 50,000 | 557.00000 | 557.00700 | 27,850,350.00 |
| | | | | | | | 27,850,350.00 |

### Brokerage

| Calculated by | Per basket | Our broker | Cash Cross Swaps | Brokerage | DKK 350 |
|---|---|---|---|---|---|

CONFIDENTIAL

ED&F-00044542

# Charlotte Woodward

| | |
|---|---|
| From: | Ton That, Anatole <ATonThat@marexspectron.com> |
| Sent: | 02 April 2014 17:12 |
| To: | 'obottomley@edfmancapital.com' |
| Cc: | EquityFinanceTrading |
| Subject: | TYF Jun14 Bclear Confirmation |
| Attachments: | EDF020414TRYG.pdf |

Hi Oliver

Please find enclosed the confirmation of this trade.

Thanks

Anatole

Direct: +44 (0)20 7650 4497
Mobile: +44 (0)7980 413 780
Address: 155 Bishopsgate London EC2M 3TQ



This e-mail was sent to you by Marex Spectron.

The Marex Spectron® group of companies includes Marex Financial Limited, Marex USA Limited, Marex North America LLC, Marex Hong Kong Limited, Spectron Commodities Futures Inc, Spectron Energy Services Limited, Spectron Commodities Limited and Marex Spectron Securities LLP (individually and collectively "Marex Spectron").

This e-mail and/or any attached documents may contain privileged and confidential information and should only be read by the intended recipient. If you have received this email in error, you must not copy, distribute, disclose or use any of the information in it. Please delete the email, including attachments, from your computer and immediately notify the sender.

This message has been scanned for viruses by our regularly updated email security systems but in accordance with good computer practice, please ensure that all messages received are checked by your own security systems before opening.

For further important information concerning this email, please click here
http://www.marexspectron.com/EmailDisclaimer.aspx

CONFIDENTIAL    ED&F-00044543

Marex Financial Limited
155 Bishopsgate
London EC2M 3TQ
Tel: +44 207 655 6000

www.marexspectron.com



## Futures Confirmation

| | |
|---|---|
| **Trade Reference:** | EDF020414TRYG |
| **Client:** | ED&F Man Capital |
| **Futures Account:** | BNP BPS MCMEQT |
| **Trader:** | Oliver Bottomley |
| **Trade Date:** | 02 April 2014 |

| CONTRACT | EXCHANGE | CONTRACT TYPE | EXPIRY | BUY/SELL | NO. OF LOTS | UNDERLYING | FUTURES PRICE |
|---|---|---|---|---|---|---|---|
| TYF | Bclear | Cash | Jun-14 | SELL | 450 | TRYG DC | DKK 532.37 |
| TYF | Bclear | Cash | Jun-14 | SELL | 50 | TRYG DC | DKK 532.38 |

**Brokerage:** DKK 0.00

**ADDITIONAL NOTES:**

This confirmation shall, in the absence of manifest error, be conclusive and binding on you, unless we receive from you, an objection in writing within 24 hours to efs@marexspectron.com or by calling us on (+44) 207 650 4496, failing which your trade confirmation shall be deemed correct and conforming with your own records. Times of trades and venue of execution are available on request.

Marex Financial Limited is a wholly owned subsidiary of Marex Spectron Group Limited, and is authorized and regulated by the Financial Services Authority (FSA number 442767 ) with its registered address at 155 Bishopsgate, London, EC2M 3TQ (registered number 5613061 and VAT registration no. GB 872 8106 13 ).

To read our full terms and conditions, please visit www.marexspectron.com.

CONFIDENTIAL

ED&F-00044544

Rosenblatt work product: extracts of shadow data

| Firm | DateBasis | Sequence | ExtRefID | TradeDate | EntryDate | SettlementDate | TradeAccount | Product | AssetAlias1 | Currency | Ticket | Transaction | Quantity | Proceeds | FinalPrice | Asset | MasterAccount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 243456 | EQ30134-109618 | 02/04/2014 | 2014-04-02 00:00:00.000 | 07/04/2014 | 1020035LINK00LINK0 | EQUITY | DK0060013274 | DKK | ORG | BUY | 50,000 | 27850350.00 | 557.0070000000 | TRYG DC | 1020035LINK00LINK0 |
| E1 | TRD | 243456 | EQ30134-109618 | 02/04/2014 | 2014-04-02 00:00:00.000 | 07/04/2014 | 1020010AMERICINVGR | EQUITY | DK0060013274 | DKK | ORG | SEL | 50,000 | 27850350.00 | 557.0070000000 | TRYG DC | 1020010AMERICINVGR |

CONFIDENTIAL                                                                                                                                                     ED&F-00044545