

SWIFT Message Detail

**Message ID** 2875807

SWIFT Information

**Msg Type**
547

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
PG408DJP4A001

**Purpose**
N/A

**Asset Series**
285322

**Curr Series**
285321

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:6C84330336D5}

**User Hdr**
{108:ISI4190890CMS000}

**Basic Hdr**
F01MACVGB22AXXX0636157415

**App Hdr**
O5471045140409PARBFRPPGXXX7995885033140409094 5N

**Load User**
SHSYSTEM

**Load Date**
09-04-2014 04:47:57

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS** ☐

**OATS Sent** ☐

**File Name**
06849116.TXT

**Memo**

CONFIDENTIAL

**Details (38)**

Show Groups — System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG408DJP4A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140409104228 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//543 |
| 7 | 7 | 20C | :RELA//E1000028532201 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140408 |
| 12 | 12 | 98A | :ESET//20140409 |
| 13 | 13 | 35B | ISIN DK0060013274 |
| 14 | 14 | 000 | TRYG A/S |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/50000, |
| 18 | 18 | 97A | :SAFE//4132900001000778523F |
| 19 | 19 | 97A | :CASH//4132900001000724796K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :REAG//NDEADKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :BUYR//PARBFRPPXXX |
| 29 | 29 | 97A | :SAFE//020001007697143 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK26225000, |
| 36 | 36 | 98A | :VALU//20140409 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

ED&F-00044546

Tag Value

# Account Equity

```
ED&F Man Capital Markets Ltd                          Account Number: CC:AMERIC-INVGR
3 London Bridge Street                                Account Name   : American Investment Group of NY
London SE1 9SG                                        Date           : 04-04-2014
United Kingdom                                        Currency       : USD
```

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 2,516,725,757.76 Dr | 0.18357382 | 462,004,961.25 Dr | 2,488,875,407.76 Dr | 0.18357382 | 456,892,366.11 Dr |
| DKK Var Margin | 48,098,490.00 Dr | 0.18357382 | 8,829,623.55 Dr | 48,098,490.00 Dr | 0.18357382 | 8,829,623.55 Dr |
| EUR Cash | 52,464.82 Cr | 1.37050000 | 71,903.04 Cr | 52,464.82 Cr | 1.37050000 | 71,903.04 Cr |
| EUR SEG CASH A | 9,684.84 Cr | 1.37050000 | 13,273.07 Cr | 9,684.84 Cr | 1.37050000 | 13,273.07 Cr |
| USD Cash | 8,380,343.09 Dr | 1.00000000 | 8,380,343.09 Dr | 8,380,343.09 Dr | 1.00000000 | 8,380,343.09 Dr |
| | | | 479,129,751.78 Dr | | | 474,017,156.64 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| COLOB DC | COLOPLAST-B | C | 500,000.00 Lg | 354.9044 | 448.9000 | 177,452,220.00 Dr | 224,450,000.00 Cr | 46,997,780.00 Cr | DKK |
| DANSKE DC | DANSKE BANK A/S | C | 7,750,000.00 Lg | 143.5905 | 154.8000 | 1,112,826,210.00 Dr | 1,199,700,000.00 Cr | 86,873,790.00 Cr | DKK |
| MAERSKB DC | AP MOELLER-MAERSK A/S-B | C | 1,000.00 Lg | 63400.7925 | 13080.0000 | 63,400,792.50 Dr | 13,080,000.00 Cr | 50,320,792.50 Dr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 3,500,000.00 Lg | 246.7031 | 243.6000 | 863,460,780.00 Dr | 852,600,000.00 Cr | 10,860,780.00 Dr | DKK |
| TDC DC | TDC A/S | C | 5,000,000.00 Lg | 52.5607 | 49.4300 | 262,803,300.00 Dr | 247,150,000.00 Cr | 15,653,300.00 Dr | DKK |
| TRYG DC | TRYG A/S | C | 50,000.00 Lg | 557.0070 | 524.5000 | 27,850,350.00 Dr | 26,225,000.00 Cr | 1,625,350.00 Dr | DKK |
| | | | | | Totals: | 2,507,793,652.50 Dr | 2,563,205,000.00 Cr | 55,411,347.50 Cr | |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| SOLB BB | SOLVAY SA | C | 800,000.00 Lg | 108.4014 | 110.8500 | 86,721,088.00 Dr | 88,680,000.00 Cr | 1,958,912.00 Cr | EUR |
| | | | | | Totals: | 86,721,088.00 Dr | 88,680,000.00 Cr | 1,958,912.00 Cr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| VEON US | VEON LTD | C | 684,000.00 Lg | 12.9902 | 8.5500 | 8,885,269.44 Dr | 5,848,200.00 Cr | 3,037,069.44 Dr | USD |
| | | | | | Totals: | 8,885,269.44 Dr | 5,848,200.00 Cr | 3,037,069.44 Dr | |

## Trade Date Positions (OTC-OPTIONS) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| SOLB BB | SOLVAY SA | C | 8,000.00 Sh | 103.3500 | 110.8400 | 82,680,000.00 Cr | 88,672,000.00 Dr | 5,992,000.00 Dr | EUR |
| | | | | | Totals: | 82,680,000.00 Cr | 88,672,000.00 Dr | 5,992,000.00 Dr | |

# Account Equity

```
ED&F Man Capital Markets Ltd                                Account Number: CC:AMERIC-INVGR
3 London Bridge Street                                      Account Name   : American Investment Group of NY
London SE1 9SG                                              Date           : 04-04-2014
United Kingdom                                              Currency       : USD
```

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| MAY20JUN2014 | MAY20JUN2014BCLEAR | 10.00 Sh | 62135.6100 | 13083.5500 | 62,135,610.00 Cr | 13,083,550.00 Dr | 49,052,060.00 Cr | DKK |
| NFY16APR2014 | NFY16APR2014BCLEAR | 35,000.00 Sh | 243.1300 | 243.6000 | 850,955,000.00 Cr | 852,600,000.00 Dr | 1,645,000.00 Dr | DKK |
| OGY16APR2014 | OGY16APR2014BCLEAR | 47,500.00 Sh | 142.6300 | 154.8000 | 677,492,500.00 Cr | 735,300,000.00 Dr | 57,807,500.00 Dr | DKK |
| OGY20JUN2014 | OGY20JUN2014BCLEAR | 30,000.00 Sh | 140.8500 | 154.8400 | 422,550,000.00 Cr | 464,520,000.00 Dr | 41,970,000.00 Dr | DKK |
| TKF18JUL2014 | TKF18JUL2014BCLEAR | 20,000.00 Sh | 49.3836 | 49.4600 | 98,767,200.00 Cr | 98,920,000.00 Dr | 152,800.00 Dr | DKK |
| TKF20JUN2014 | TKF20JUN2014BCLEAR | 30,000.00 Sh | 50.7861 | 49.4400 | 152,358,200.00 Cr | 148,320,000.00 Dr | 4,038,200.00 Cr | DKK |
| TYF20JUN2014 | TYF20JUN2014BCLEAR | 500.00 Sh | 532.3710 | 524.6400 | 26,618,550.00 Cr | 26,232,000.00 Dr | 386,550.00 Cr | DKK |
| | | | | | 2,290,877,060.00 Cr | 2,338,975,550.00 Dr | 48,098,490.00 Dr | DKK |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 02-04-14 | 07-04-14 | Normal | BUY | 50,000.00 | TRYG DC | 557.0070 | 27,850,350.00 Dr | DKK |

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity | D | Open Price | Notional | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 238724 | 21-03-14 26-03-14 | 26-06-14 | COLOB DC COLOPLAST-B | 500,000 | S | 439.2000 | 219,600,000 | DKK | 448.9000 | -4,850,000 | | Fixed | 0.0000 | 0.00 |
| 172560 | 12-11-13 15-11-13 | 12-11-14 | VEON US VEON LTD | 684,000 | S | 12.9900 | 8,885,160 | USD | 8.5500 | 3,036,960 | | Fixed | 0.0000 | 0.00 |