# Account Equity

```
ED&F Man Capital Markets Ltd                        Account Number: CC:AMERIC-INVGR
3 London Bridge Street                              Account Name   : American Investment Group of NY
London SE1 9SG                                      Date           : 04-04-2014
United Kingdom                                      Currency       : USD
```

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 482,166,898.24 Dr |
| Value of trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 8,149,741.61 Cr |
| **Value of closing currency balance(s)** | **474,017,156.64 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 5,112,595.14 Dr |
| **Trade Date Cash Balance** | **479,129,751.78 Dr** |
| Market Value of Positions | 476,396,497.29 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 2,146,626.97 Cr |
| **Preliminary Account Value** | **586,627.52 Dr** |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 30,425,759.90 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **30,425,759.90 Dr** |

## Futures Initial Requirement

| Cur | Requirement | Requirement (USD) | Conv Rate |
|---|---|---|---|
| DKK | 165,741,280.00 Dr | 30,425,759.90 Dr | 0.18357 |
|  |  | 30,425,759.90 Dr |  |

**Total Account Value**      31,012,387.42 Dr

## Account Equity

```
ED&F Man Capital Markets Ltd                    Account Number: CC:AMERIC-INVGR
3 London Bridge Street                          Account Name  : American Investment Group of NY
London SE1 9SG                                  Date          : 04-04-2014
United Kingdom                                  Currency      : USD
```

### Financing Summary

```
Unsettled Value of collateral at close              0.00 Cr
Unsettled Financing Valuation                       0.00 Cr
-------------------------------------         ==========================
Unsettled Financing Excess at close                 0.00

Settled Value of collateral at close                0.00 Cr
Settled Financing Valuation                         0.00 Cr
-------------------------------------         ==========================
Settled Financing Excess at close                   0.00

Total Financing Excess at close                     0.00
```