| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OPARBFRPPXXX5661403358130101DKK 140409 | 1 | Tag 16R | GENL |
| OPARBFRPPXXX5661403358130101DKK 140409 | 2 | Tag 20C | :CORP//2014625433 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 3 | Tag 20C | :SEME//1403358130101DKK |
| OPARBFRPPXXX5661403358130101DKK 140409 | 4 | Tag 23G | NEWM |
| OPARBFRPPXXX5661403358130101DKK 140409 | 5 | Tag 22F | :CAEV//DVCA |
| OPARBFRPPXXX5661403358130101DKK 140409 | 6 | Tag 16R | LINK |
| OPARBFRPPXXX5661403358130101DKK 140409 | 7 | Tag 22F | :LINK//INFO |
| OPARBFRPPXXX5661403358130101DKK 140409 | 8 | Tag 13A | :LINK//564 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 9 | Tag 20C | :PREV//2014625433000100 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 10 | Tag 16S | LINK |
| OPARBFRPPXXX5661403358130101DKK 140409 | 11 | Tag 16R | LINK |
| OPARBFRPPXXX5661403358130101DKK 140409 | 12 | Tag 22F | :LINK//INFO |
| OPARBFRPPXXX5661403358130101DKK 140409 | 13 | Tag 13A | :LINK//000 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 14 | Tag 20C | :RELA//E1000028295401 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 15 | Tag 16S | LINK |
| OPARBFRPPXXX5661403358130101DKK 140409 | 16 | Tag 16S | GENL |
| OPARBFRPPXXX5661403358130101DKK 140409 | 17 | Tag 16R | USECU |
| OPARBFRPPXXX5661403358130101DKK 140409 | 18 | Tag 97A | :SAFE//41329000010000778523F |
| OPARBFRPPXXX5661403358130101DKK 140409 | 19 | Tag 94F | :SAFE//CUST/NDEADKKKXXX |
| OPARBFRPPXXX5661403358130101DKK 140409 | 20 | Tag 35B | ISIN DK0060013274<br>TRYG A/S |
| OPARBFRPPXXX5661403358130101DKK 140409 | 21 | Tag 93B | :CONB//UNIT/73000, |
| OPARBFRPPXXX5661403358130101DKK 140409 | 22 | Tag 16S | USECU |
| OPARBFRPPXXX5661403358130101DKK 140409 | 23 | Tag 16R | CADETL |
| OPARBFRPPXXX5661403358130101DKK 140409 | 24 | Tag 98A | :XDTE//20140404 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 25 | Tag 98A | :RDTE//20140408 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 26 | Tag 22F | :DIVI//REGR |
| OPARBFRPPXXX5661403358130101DKK 140409 | 27 | Tag 16S | CADETL |
| OPARBFRPPXXX5661403358130101DKK 140409 | 28 | Tag 16R | CACONF |
| OPARBFRPPXXX5661403358130101DKK 140409 | 29 | Tag 13A | :CAON//001 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 30 | Tag 22F | :CAOP//CASH |
| OPARBFRPPXXX5661403358130101DKK 140409 | 31 | Tag 16R | CASHMOVE |
| OPARBFRPPXXX5661403358130101DKK 140409 | 32 | Tag 22H | :CRDB//CRED |
| OPARBFRPPXXX5661403358130101DKK 140409 | 33 | Tag 97A | :CASH//41329000010000724864B |
| OPARBFRPPXXX5661403358130101DKK 140409 | 34 | Tag 19B | :PSTA//DKK1438830, |
| OPARBFRPPXXX5661403358130101DKK 140409 | 35 | Tag 19B | :GRSS//DKK1971000, |
| OPARBFRPPXXX5661403358130101DKK 140409 | 36 | Tag 19B | :NETT//DKK1438830, |
| OPARBFRPPXXX5661403358130101DKK 140409 | 37 | Tag 19B | :WITF//DKK532170, |
| OPARBFRPPXXX5661403358130101DKK 140409 | 38 | Tag 98A | :POST//20140409 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 39 | Tag 98A | :VALU//20140409 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 40 | Tag 98A | :PAYD//20140409 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 41 | Tag 92F | :NETT//DKK19,71 |
| OPARBFRPPXXX5661403358130101DKK 140409 | 42 | Tag 92F | :GRSS//DKK27, |
| OPARBFRPPXXX5661403358130101DKK 140409 | 43 | Tag 92A | :WITF//27, |
| OPARBFRPPXXX5661403358130101DKK 140409 | 44 | Tag 16S | CASHMOVE |
| OPARBFRPPXXX5661403358130101DKK 140409 | 45 | Tag 16S | CACONF |
| OPARBFRPPXXX5661403358130101DKK 140409 | 46 | Tag 16R | ADDINFO |
| OPARBFRPPXXX5661403358130101DKK 140409 | 47 | Tag 70E | :TAXE// half-base taxation for foreign securities |
| OPARBFRPPXXX5661403358130101DKK 140409 | 48 | Tag 95Q | :MERE//ASSET SERVICES |
| OPARBFRPPXXX5661403358130101DKK 140409 | 49 | Tag 16S | ADDINFO |

CONFIDENTIAL
ED&F-00044553