warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL        ED&F-00044893

# Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 03 April 2014 15:00 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN- Confirm |
| **Attachments:** | ATT00001.bin |

Trade Reference 243637
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 03/04/2014 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TYF16APR2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 533.42 |
| Quantity: | 1,750 |
| Currency: | DKK |
| Comments: | |
| Direct Commission: | (402.50) |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:    Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                                                    ED&F-00044894

# Charlotte Woodward

| | |
|---|---|
| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 03 April 2014 15:00 |
| To: | Bottomley, Oliver (LDN) |
| Subject: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN- Confirm |
| Attachments: | ATT00001.bin |

**Trade Reference 243723**
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 03/04/2014 |
| Settlement Date: | 09/04/2014 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TRYG A/S |
| ISIN: | DK0060013274 |
| Gross Price: | 555 |
| Net Price: | 555.006940 |
| Quantity: | 175,000 |
| Settlement Method: | DNI |
| Net Cash: | 97,126,214.50 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30183-109777 Execution Time: Thursday April 03,2014 12:00:00 AM Batch Id: 20140403_019108 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:   Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                    ED&F-00044895

# Charlotte Woodward

| | |
|---|---|
| From: | GOODWIN, Richard (CH Volcafe) <RGOODWIN@volcafe.ch> |
| Sent: | 03 April 2014 10:13 |
| To: | BOTTOMLEY, Oliver (Capital Markets) |
| Subject: | Confirm TRYG DC 2 x 400,000 Shares |
| Attachments: | 03042014TRYGDC(MCM1).pdf |

Oliver:

## Volcafe Cash Equity Confirmation

| | |
|---|---|
| Trade Date | 03-Apr |
| Value Date | 09-Apr |
| | |
| ED&F Man Capital Markets | **BUYS** |
| Trader | OLIVER BOTTOMLEY |
| | |
| Stock | **TRYG A/S** |
| | TRYG DC Equity |
| ISIN | DK0060013274 |
| | |
| Number Shares | **800,000** |
| | |
| Splits | 2 x 400,000 |
| | 0 |
| | |
| CCY | DKK |
| Gross Price | 555.00000 |
| | |
| Total Notional | 444,000,000.00 |
| | |
| Net Price | **555.00694** |
| | |
| Total Net Notional | 444,005,552.00 |
| | |
| Invoice at month End | NA |
| Brokerage | 5,552.00   DKK |
| | |
| Additional information: | Clearing BNP #1 |
| | |
| Volcafe Clearing | ICBC |

Best regards,

Richard Goodwin.

CONFIDENTIAL                                                                                                                    ED&F-00044896



Volcafe Ltd,
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office: +41 52 264 94 56, Mobile: +41 79 961 04 69
**rgoodwin@volcafe.ch | www.volcafe.com**

CONFIDENTIAL                                                                 ED&F-00044897

**Volcafe Cash Equity Confirmation**

| | | |
|---|---|---|
| **Trade Date** | 03-Apr | **Trade Time** |
| **Value Date** | 09-Apr | 10:09:20 C.E.T |
| **ED&F Man Capital Markets** | **BUYS** | |
| **Trader** | OLIVER BOTTOMLEY | |
| **Stock** | **TRYG A/S** <br> TRYG DC Equity | |
| **ISIN** | DK0060013274 | |
| **Number Shares** | **800,000** | |
| **Splits** | 2 x 400,000 | |
| | 0 | |
| **CCY** | DKK | |
| **Gross Price** | 555.00000 | |
| **Total Notional** | 444,000,000.00 | |
| **Net Price** | **555.00694** | |
| **Total Net Notional** | 444,005,552.00 | |
| **Invoice at month End** | NA | |
| **Brokerage** | 5,552.00  DKK | |
| **Additional information:** | Clearing BNP #1 | |
| **Volcafe Clearing** | ICBC | |

Best regards,

Richard Goodwin.

CONFIDENTIAL

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00044898