# Charlotte Woodward

| | |
|---|---|
| From: | GOODWIN, Richard (Volcafe) <rgoodwin@volcafe.ch> |
| Sent: | 03 April 2014 10:15 |
| To: | Henstock, Chris (DUB) |
| Cc: | Mina, Sara (LDN); Foster, Victoria (LDN) |
| Subject: | Confirm TRYG DC 2 x 400,000 T+4 |
| Attachments: | 03042014TRYGDC(EDFDubai1).pdf |

Chris:

## Volcafe Cash Equity Confirmation

| | |
|---|---|
| Trade Date | 03-Apr |
| Value Date | 09-Apr |
| ED&F MCM obo ED&F Man Professional Trading Dubai | **SELLS** |
| Trader | CHRIS HENSTOCK |
| **Stock** | **TRYG A/S** |
| | TRYG DC Equity |
| ISIN | DK0060013274 |
| **Number Shares** | 800,000 |
| **Splits** | 2 x 400,000 |
| | 0 |
| CCY | DKK |
| **Gross Price** | 555.00000 |
| **Notional** | 444,000,000.00 |
| **Net Price** | 555.00000 |
| **Net Notional** | 444,000,000.00 |
| **Invoice at month End** | NA |
| **Additional information:** | Clearing JP Morgan |
| **Volcafe Clearing** | ICBC |

Best regards,

CONFIDENTIAL    ED&F-00044899

Richard Goodwin.



Volcafe Ltd,
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office: +41 52 264 94 56, Mobile: +41 79 961 04 69
rgoodwin@volcafe.ch I www.volcafe.com

CONFIDENTIAL
ED&F-00044900

**Volcafe Cash Equity Confirmation**

| | | |
|---|---|---|
| **Trade Date** | 03-Apr | **Trade Time** |
| **Value Date** | 09-Apr | 10:09:20 |
| | | C.E.T |

| | |
|---|---|
| ED&F MCM obo ED&F Man Professional Trading Dubai | SELLS |
| **Trader** | CHRIS HENSTOCK |

| | |
|---|---|
| **Stock** | **TRYG A/S** |
| | TRYG DC Equity |
| **ISIN** | DK0060013274 |
| **Number Shares** | 800,000 |
| **Splits** | 2 x 400,000 |
| | 0 |
| **CCY** | DKK |
| **Gross Price** | 555.00000 |
| **Notional** | 444,000,000.00 |
| **Net Price** | 555.00000 |
| **Net Notional** | 444,000,000.00 |
| **Invoice at month End** | NA |
| **Additional information:** | Clearing JP Morgan |
| **Volcafe Clearing** | ICBC |

Best regards,

Richard Goodwin.

# Charlotte Woodward

| | |
|---|---|
| **From:** | Schofield, Paul (LDN) <pschofield@edfmancapital.com> |
| **Sent:** | 03 April 2014 10:20 |
| **To:** | Bottomley, Oliver (LDN); Foster, Victoria (LDN) |
| **Cc:** | Regan, Paul (LDN); Liddard, Ross (LDN); Schofield, Paul (LDN) |
| **Subject:** | 8,000 TYF 16Apr2014 Bclear confirm - ED&F MCM |

Hi,

To confirm ED&F MCM (ECM LEQ HI002) SELL the following,

8,000 TYF 16Apr2014 Bclear futs @ 533.42 (Ref: DKK 555.00)

Shapes: 2 x 1,750 / 2 x 2,250

Thanks,
Paul

Paul Schofield
Senior Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7637
Mob: +44 (0)7810 543272

CONFIDENTIAL                                                                                                    ED&F-00044902

# Charlotte Woodward

| | |
|---|---|
| **From:** | Schofield, Paul (LDN) <pschofield@edfmancapital.com> |
| **Sent:** | 03 April 2014 10:21 |
| **To:** | Henstock, Chris (DUB) |
| **Cc:** | Mina, Sara (LDN); Regan, Paul (LDN); Liddard, Ross (LDN); Schofield, Paul (LDN) |
| **Subject:** | 8,000 TYF 16Apr2014 Bclear confirm - ED&F Dubai |

Hi,

To confirm ED&F DUBAI (ECM LEQ HI002) BUYS the following,

8,000 TYF 16Apr2014 Bclear futs @ 533.42 (Ref: DKK 555.00)


Shapes: 2 x 1,750 / 2 x 2,250

Commission: DKK 5,334


Thanks,
Paul


Paul Schofield

Senior Equity Finance Broker


 <http://www.derivatives-broker.com/>

ED&F Man Capital Markets

Cottons Centre, Hays Lane, London, SE1 2QE

Direct: +44 (0)20 3580 7637

Mob: +44 (0)7810 543272

CONFIDENTIAL                                              ED&F-00044903

Rosenblatt work product: extracts of shadow data

| Firm | DateBasis | Sequence | ExtRefID | TradeDate | EntryDate | SettlementDate | TradeAccount | Product | AssetAlias1 | Currency | Ticket | Transaction | Quantity | Proceeds | FinalPrice | Asset | MasterAccount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 243712 | EQ30183-109766 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060013274 | DKK | ORG | BUY | 400,000 | 222000000.00 | 555.0000000000 | TRYG DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 243712 | EQ30183-109766 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060013274 | DKK | ORG | SEL | 400,000 | 222000000.00 | 555.0000000000 | TRYG DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 243713 | EQ30183-109767 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060013274 | DKK | ORG | BUY | 400,000 | 222000000.00 | 555.0000000000 | TRYG DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 243713 | EQ30183-109767 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060013274 | DKK | ORG | SEL | 400,000 | 222000000.00 | 555.0000000000 | TRYG DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 243718 | EQ30183-109772 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060013274 | DKK | ORG | BUY | 400,000 | 222002776.00 | 555.0069400000 | TRYG DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 243719 | EQ30183-109773 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060013274 | DKK | ORG | BUY | 400,000 | 222002776.00 | 555.0069400000 | TRYG DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 243720 | EQ30183-109774 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020010LINDENADBPL | EQUITY | DK0060013274 | DKK | ORG | SEL | 175,000 | 97126214.50 | 555.0069400000 | TRYG DC | 1020010LINDENADBPL |
| E1 | TRD | 243721 | EQ30183-109775 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020010MOIRA0ASSOC | EQUITY | DK0060013274 | DKK | ORG | SEL | 225,000 | 124876561.50 | 555.0069400000 | TRYG DC | 1020010MOIRA0ASSOC |
| E1 | TRD | 243722 | EQ30183-109776 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020010NSONGF401PL | EQUITY | DK0060013274 | DKK | ORG | SEL | 225,000 | 124876561.50 | 555.0069400000 | TRYG DC | 1020010NSONGF401PL |
| E1 | TRD | 243723 | EQ30183-109777 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020010RIVERSASSOC | EQUITY | DK0060013274 | DKK | ORG | SEL | 175,000 | 97126214.50 | 555.0069400000 | TRYG DC | 1020010RIVERSASSOC |

CONFIDENTIAL                                                                                                                    ED&F-00044904