

SWIFT Message Detail

**Message ID** 2872628

Retr

## SWIFT Information

**Msg Type**
545

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
PG408BEL2A001

**Purpose**
N/A

**Asset Series**
284314

**Curr Series**
284313

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:B944CDB6FC99}

**User Hdr**
{108:ISI41909902FS000}

**Basic Hdr**
F01MACVGB22AXXX0636155844

**App Hdr**
O5450140140409PARBFRPPAXXX04075545371404090040N

**Load User**
SHSYSTEM

**Load Date**
09-04-2014 01:00:48

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS** ☐

**OATS Sent** ☐

**File Name**
06849057.TXT

**Memo**

CONFIDENTIAL

## Details (38)

Show Groups

System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG408BEL2A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140409013754 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E1000028431401 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140403 |
| 12 | 12 | 98A | :ESET//20140409 |
| 13 | 13 | 35B | ISIN DK0060013274 |
| 14 | 14 | 000 | TRYG A/S |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/400000, |
| 18 | 18 | 97A | :SAFE//41329000010000778523F |
| 19 | 19 | 97A | :CASH//41329000010000724796K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//IRVTBEBBXXX |
| 29 | 29 | 97A | :SAFE//05295114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK222002776, |
| 36 | 36 | 98A | :VALU//20140409 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

ED&F-00044905

## SWIFT Message Detail

**Message ID:** 2872608

### SWIFT Information

| Field | Value | Field | Value |
|---|---|---|---|
| Msg Type | 545 | Direction | From Swift |
| Status | Closed | Loc ID | N/A |
| Related Ref | N/A | Loc SWIFT ID | N/A |
| Transaction Ref | PG408BEK9A001 | Purpose | N/A |
| Asset Series | 284316 | Curr Series | 284316 |
| Reason Code | N/A | External ID | N/A |
| Trailer Hdr | {MAC:00000000}{CHK:B140CDB2EA9D} | User Hdr | {108:ISI41909902FN000} |
| Basic Hdr | F01MACVGB22AXXX0636155834 | App Hdr | O5450140140409PARBFRPPJXXX83524329801404090040N |
| Load User | SHSYSTEM | Load Date | 09-04-2014 01:00:46 |
| Load Port | S608207NJ3VW07 | Proc User | N/A |
| Proc Date | [NULL] | Proc Port | N/A |
| Duration | N/A | Instruction Date | N/A |
| ACK Date | [NULL] | OATS | ☐ |
| File Name | 06849057.TXT | OATS Sent | ☐ |
| Memo | | | |

### Details (38)

Show Groups

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//PG408BEK9A001 |
| 3 | 23G | NEWM |
| 4 | 98C | :PREP//20140409013746 |
| 5 | 16R | LINK |
| 6 | 13A | :LINK//541 |
| 7 | 20C | :RELA//E1000029431601 |
| 8 | 16S | LINK |
| 9 | 16S | GENL |
| 10 | 16R | TRADDET |
| 11 | 98A | :TRAD//20140403 |
| 12 | 98A | :ESET//20140409 |
| 13 | 35B | ISIN DK0060013274 |
| 14 | 000 | TRYG A/S |
| 15 | 16S | TRADDET |
| 16 | 16R | FIAC |
| 17 | 36B | :ESTT//UNIT/400000, |
| 18 | 97A | :SAFE//41329000010000778523F |
| 19 | 97A | :CASH//41329000010000724798K |
| 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 16S | FIAC |
| 22 | 16R | SETDET |
| 23 | 22F | :SETR//TRAD |
| 24 | 16R | SETPRTY |
| 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 16S | SETPRTY |
| 27 | 16R | SETPRTY |
| 28 | 95P | :SELL//IRVTBEBBXXX |
| 29 | 97A | :SAFE//05295114373 |
| 30 | 16S | SETPRTY |
| 31 | 16R | SETPRTY |
| 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 16S | SETPRTY |
| 34 | 16R | AMT |
| 35 | 19A | :ESTT//DKK222002776, |
| 36 | 98A | :VALU//20140409 |
| 37 | 16S | AMT    ED&F-00044906 |
| 38 | 16S | SETDET |

CONFIDENTIAL

