# Account Equity

```
ED&F Man Capital Markets Ltd                         Account Number: CC:RIVERS-ASSOC
3 London Bridge Street                               Account Name   : RIVERSIDE ASSOCIATES DEFINED BE
London SE1 9SG                                       Date           : 04-04-2014
United Kingdom                                       Currency       : USD
```

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 976,020,033.50 Dr | 0.18357382 | 179,171,725.95 Dr | 878,893,819.00 Dr | 0.18357382 | 161,341,895.73 Dr |
| DKK Var Margin | 23,885,010.00 Dr | 0.18357382 | 4,384,662.53 Dr | 23,885,010.00 Dr | 0.18357382 | 4,384,662.53 Dr |
| EUR Cash | 2,846.45 Dr | 1.37050000 | 3,901.06 Dr | 2,846.45 Dr | 1.37050000 | 3,901.06 Dr |
| EUR SEG CASH A | 26,719.00 Cr | 1.37050000 | 36,618.39 Cr | 26,719.00 Cr | 1.37050000 | 36,618.39 Cr |
| USD Cash | 143,655,471.00 Dr | 1.00000000 | 143,655,471.00 Dr | 143,655,471.00 Dr | 1.00000000 | 143,655,471.00 Dr |
| USD SEG CASH A | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr |
|  |  |  | 327,033,046.50 Dr |  |  | 309,203,216.28 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| DANSKE DC | DANSKE BANK A/S | C | 2,000,000.00 Lg | 144.2149 | 154.8000 | 288,429,840.00 Dr | 309,600,000.00 Cr | 21,170,160.00 Cr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 2,000,000.00 Lg | 246.7031 | 243.6000 | 493,406,160.00 Dr | 487,200,000.00 Cr | 6,206,160.00 Dr | DKK |
| TDC DC | TDC A/S | C | 2,150,000.00 Lg | 52.4007 | 49.4300 | 112,661,419.00 Dr | 106,274,500.00 Cr | 6,386,919.00 Dr | DKK |
| TRYG DC | TRYG A/S | C | 175,000.00 Lg | 555.0069 | 524.5000 | 97,126,214.50 Dr | 91,787,500.00 Cr | 5,338,714.50 Dr | DKK |
|  |  |  |  |  | Totals: | 991,623,633.50 Dr | 994,862,000.00 Cr | 3,238,366.50 Cr |  |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UN US | UNILEVER N V -NY SHARES | C | 3,644,600.00 Lg | 42.2374 | 40.5700 | 153,938,309.64 Dr | 147,861,422.00 Cr | 6,076,887.64 Dr | USD |
|  |  |  |  |  | Totals: | 153,938,309.64 Dr | 147,861,422.00 Cr | 6,076,887.64 Dr |  |

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| NFY16APR2014 | NFY16APR2014BCLEAR | 20,000.00 Sh | 243.1300 | 243.6000 | 486,260,000.00 Cr | 487,200,000.00 Dr | 940,000.00 Dr | DKK |
| OGY16APR2014 | OGY16APR2014BCLEAR | 20,000.00 Sh | 142.6300 | 154.8000 | 285,260,000.00 Cr | 309,600,000.00 Dr | 24,340,000.00 Dr | DKK |
| TKF18JUL2014 | TKF18JUL2014BCLEAR | 21,500.00 Sh | 49.3836 | 49.4600 | 106,174,740.00 Cr | 106,339,000.00 Dr | 164,260.00 Dr | DKK |
| TYF16APR2014 | TYF16APR2014BCLEAR | 1,750.00 Sh | 533.4200 | 524.5100 | 93,348,500.00 Cr | 91,789,250.00 Dr | 1,559,250.00 Cr | DKK |
|  |  |  |  |  | 971,043,240.00 Cr | 994,928,250.00 Dr | 23,885,010.00 Dr | DKK |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 03-04-14 | 09-04-14 | Normal | BUY | 175,000.00 | TRYG DC | 555.0069 | 97,126,214.50 Dr | DKK |

CONFIDENTIAL                                                                ED&F-00044907

# Account Equity

```
ED&F Man Capital Markets Ltd                              Account Number: CC:RIVERS-ASSOC
3 London Bridge Street                                    Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
London SE1 9SG                                            Date          : 04-04-2014
United Kingdom                                            Currency      : USD
```

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 203930 | 27-12-13 27-12-13 | 19-12-14 | UN US UNILEVER N V -NY SHARES | 1,444,600 S | 39.4600 | 57,003,916 USD | 40.5700 | -1,603,506 | 21-04-14 | Fixed | 0.0000 | 0.00 |
| 203931 | 27-12-13 27-12-13 | 19-12-14 | UN US UNILEVER N V -NY SHARES | 2,200,000 S | 39.4600 | 86,812,000 USD | 40.5700 | -2,442,000 | 21-04-14 | Fixed | 0.0000 | 0.00 |

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 308,895,970.97 Dr |
| Value of trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 307,245.31 Dr |
| **Value of closing currency balance(s)** | **309,203,216.28 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 17,829,830.22 Dr |
| **Trade Date Cash Balance** | **327,033,046.50 Dr** |
| Market Value of Positions | 330,492,039.70 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 4,045,506.00 Dr |
| **Preliminary Account Value** | **586,512.80 Dr** |

## Margin Summary

| | Amount |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 12,438,319.53 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **12,438,319.53 Dr** |

## Futures Initial Requirement

| Cur | Requirement | Requirement (USD) | Conv Rate |
|---|---|---|---|
| DKK | 67,756,500.00 Dr | 12,438,319.53 Dr | 0.18357 |
| | | 12,438,319.53 Dr | |

CONFIDENTIAL                                              ED&F-00044908

## Account Equity

```
ED&F Man Capital Markets Ltd                    Account Number: CC:RIVERS-ASSOC
3 London Bridge Street                          Account Name   : RIVERSIDE ASSOCIATES DEFINED BE
London SE1 9SG                                  Date           : 04-04-2014
United Kingdom                                  Currency       : USD
```

### Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|---|---|---|---|---|---|---|---|---|
| 102343 | Futures call | Issued | 04-04-2014 | 04-04-2014 | 04-04-2014 | 4,594,663.80 | 4,594,663.80 | USD |
|  |  |  |  |  |  | ==================== | ==================== |  |
|  |  |  |  |  |  | 4,594,663.80 | 4,594,663.80 |  |

**Total Account Value**                                    13,024,832.33 Dr

### Financing Summary

```
Unsettled Value of collateral at close              0.00 Cr
Unsettled Financing Valuation                       0.00 Cr
--------------------------------------         ====================
Unsettled Financing Excess at close                 0.00

Settled Value of collateral at close                0.00 Cr
Settled Financing Valuation                         0.00 Cr
--------------------------------------         ====================
Settled Financing Excess at close                   0.00

Total Financing Excess at close                     0.00
```