# Tryg A/S

**TRYG DC**

| | | | | | | |
|---|---|---|---|---|---|---|
| ISIN: DK0060013274 | | SEDOL: B0LL2W7 | | | COUNTRY: DK | |
| | EX DATE: 04/04/2014 | REC DATE: 08/04/2014 | | PAY DATE: 09/04/2014 | | |
| | CCY: DKK | GROSS RATE: 27.00 | | FEE: 0.00 | | |

## AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 50,000 | | 985,500.00 | | | 16/04/14 - Rate on Maple borrow amended from 85% as per agreement from desk & client - MPM |
| CC:AUTOPA-AUTOP | Automotive Pension Group Trust | 73% | 156,000 | | 1,860,160.00 | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 115,000 | | 2,270,340.00 | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 23,000 | | 453,330.00 | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 128,000 | | 1,522,880.00 | | | |
| CC:CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 612,500 | | 12,072,375.00 | | | |
| CC:CALIFPE-GRTR | Casting Pensions Group Trust | 73% | 138,000 | | 1,503,660.00 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 106,000 | | 2,895,260.00 | | | |
| CC:FEDLOG-FEDLO | FEDERATED LOGISTICS 401(K) PLAN | 73% | 300,000 | | 5,913,000.00 | | | |
| CC:HAMLYN-LLP00 | HAMLYN LP | 73% | 350,000 | | 6,898,500.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 130,000 | | 2,560,350.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 175,000 | | 3,449,250.00 | | | |
| CC:MOIRA0-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 73% | 225,000 | | 4,434,750.00 | | | |
| CC:NSONGF-401PL | Newsong Fellowship Church 401K | 73% | 225,000 | | 4,434,750.00 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 175,000 | | 3,449,250.00 | | | |
| CC:SVHOLD-SVH00 | SV Holdings LLC Retirement Plan | 73% | 115,000 | | 2,267,250.00 | | | |
| CC:TVETER-TVETE | Tveter LLC Pension Plan | 73% | 100,000 | | 1,971,000.00 | | | |
| CC:EDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -2,162,500 | | -42,622,875.00 | | |
| LC:GLOBAL-EQY01 | BNP Paribas Depot 778523F | 73% | | -73,000 | | -1,438,830.00 | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | 2,162,500 | | 42,622,875.00 | | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -2,162,500 | | -42,622,875.00 | YES | |
| SB:EQFIED-ICBC0 | Equity Finance in ICBC (SWF) | 73% | 541,000 | | 10,663,110.00 | | YES | |
| SB:EQFIED-ICBC0 | Equity Finance in ICBC (SWF) | 73% | | -541,000 | | -10,663,110.00 | | YES |
| | | TOTALS | 5,238,000 | -5,238,000 | TOTALS | 103,240,980.00 | -103,240,980.00 | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:MAPLED-UKLTD | Maple Securities UK Ltd | 73% | 23,000 | | 453,330.00 | | YES | | 22/04 | 280899 |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 73% | | -23,000 | | -453,330.00 | | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 100% | 12,000 | | 324,000.00 | | | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 100% | 5,000 | | 135,000.00 | | | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 100% | 14,000 | | 378,000.00 | | | | | |
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 100% | 130,500 | | 3,523,500.00 | | | | | |

CONFIDENTIAL

ED&F-00044910

| CC:TEWLPD-TEWLP | Tew LP Retirement Plan | 100% | 115,500 | | | 3,118,500.00 | |
|---|---|---|---|---|---|---|---|
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -277,000 | | | -7,479,000.00 |
| | | SL TOTALS | 300,000 | -300,000 | TOTALS | 7,932,330.00 | -7,932,330.00 |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS | 0.00 | 0.00 |

| PREPARED: | | DESK SIGN OFF: | | OPS MANAGER SIGN OFF: Mackinn |
|---|---|---|---|---|
| AGENT CASH RECEIVED | CLAIMS PAID | JOURNAL NUMBERS UPDATED | DATE: 22/04/14 | FILE CLOSED CLOSER: |

CONFIDENTIAL

ED&F-00044911