

CONFIDENTIAL

ED&F-00044912

1077



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, SV Holdings LLC Retirement Plan - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Tryg A/S |
| ISIN: | DK0060013274 |
| SEDOL: | B0LL2W7 |
| Ex Date: | 04/04/2014 |
| Record Date: | 08/04/2014 |
| Pay Date: | 09/04/2014 |
| Quantity: | 113,000.00 |
| Gross Div Rate: | 27 |
| Amount Received: | 2,227,230.00 |
| WHT Suffered: | 823,770.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to SV Holdings LLC Retirement Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature: MacKinnon]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                                ED&F-00044913



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Tveter LLC Pension Plan - 123 Colonial Road, New Canaan, Connecticut, 06840, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Tryg A/S |
| ISIN: | DK0060013274 |
| SEDOL: | B0LL2W7 |
| Ex Date: | 04/04/2014 |
| Record Date: | 08/04/2014 |
| Pay Date: | 09/04/2014 |
| Quantity: | 100,000.00 |
| Gross Div Rate: | 27 |
| Amount Received: | 1,971,000.00 |
| WHT Suffered: | 729,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Tveter LLC Pension Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                    ED&F-00044946

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | Friday, April 4, 2014 3:28 PM |
| **To:** | Mina, Sara (LDN); LDN-EQUITYFINANCE-TRADS-DL |
| **Subject:** | RE: TRYG DC Rehypo |
| **Attachments:** | FC BUY TYF MAY 14 (112 KB); Cash Confirmation for ED&F Man Capital Markets (TRYG DC TRADED) (3.34 KB); TRYG DC confirm (ICBC please) #2 (19.6 KB); Confirm 8,000 TYF 16 April 2014 BClear Futures (76.7 KB) |

Hi Sara,

Have managed to rehpo all for T+3.

Thanks,
Oli

**From:** Mina, Sara (LDN)
**Sent:** 04 April 2014 16:20
**To:** LDN-EQUITYFINANCE-TRADS-DL
**Subject:** TRYG DC Rehypo

Guys,

Can you please rehypo

800K ACER TRYG DC
300K FEDERATED LOGISTICS
350K HAMLYN

Thanks

Sara Mina
Equity Finance Trader

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7629  | Desk: +44 (0)203 580 7625  | Mobile: +44 (0)7810867085
smina@edfmancapital.com | www.edfman.com

1

CONFIDENTIAL                                                                                                         ED&F-00072836

| | |
|---|---|
| **From:** | Regan, Paul (LDN) <pregan@edfmancapital.com> |
| **Sent:** | Friday, April 4, 2014 8:41 AM |
| **To:** | Bottomley, Oliver (LDN) |
| **Cc:** | Schofield, Paul (LDN); Liddard, Ross (LDN) |
| **Subject:** | TRYG DC confirm (ICBC please) #2 |

Hi Oli,

To confirm ED&F MCM (BNP) SELL the following:

800,000 TRYG DC (DK0060013274) @ DKK 528

Trade date 04-APR
Value date 09-APR

Shapes: 175,000 / 175,000 / 225,000 / 225,000

Thanks

Much Appreciated,

Paul A Regan
Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7638
Mobile: +44 (0)79854 75190

1

CONFIDENTIAL                                                                                     ED&F-00072841