Message

| | |
|---|---|
| From: | PAUL REGAN [pregan@edfmancapital.com] |
| Sent: | 04/04/2014 08:42:05 |
| BCC: | CHRIS HENSTOCK [chris.henstock@edfman.com]; CHENSTOCK [CHENSTOCK@EDFMPT.AE] |
| Subject: | Bloomberg: TRYG DC confirm #2 |

**Greeting**: Equity Finance Broker 0203 580 7638 07985475190

```
Hi Chris,

To confirm ED&F DUBAI BUY the following:

800,000 TRYG DC (DK0060013274) @ DKK 528
                                @ DKK 528.00661 Net

Trade date 04-APR
Value date 09-APR

Shapes: 175,000 / 175,000 / 225,000 / 225,000

Thanks
Regan
```

**Sent By :**

**PAUL REGAN**, pregan@edfmancapital.com, PREGAN18@Bloomberg.net, E D & F MAN CAPITAL

**Recipients :**

**CHRIS HENSTOCK**, chris.henstock@edfman.com, CHENSTOCK2@Bloomberg.net, ED&F MAN PROFESSIONA

**CHENSTOCK**, CHENSTOCK@EDFMPT.AE, Unknown Company

**Disclaimers :**

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 1464 | 2014-04-04 11:51:58 PM (EDT)

CONFIDENTIAL                                                                                              ED&F-00210932