# Tryg A/S

**TRYG DC**

ISIN: DK0060013274   SEDOL: B0LL2W7   COUNTRY: DK

| EX DATE: | 04/04/2014 | REC DATE: | 08/04/2014 | PAY DATE: | 09/04/2014 |
|---|---|---|---|---|---|
| CCY: | DKK | GROSS RATE: | 27.00 | FEE: | 0.00 |

## AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 50,000 | | 985,500.00 | | | 16/04/14 - Rate on Maple borrow amended from 85% as per agreement from desk & client - MPM |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 136,000 | | 2,680,560.00 | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 113,000 | | 2,227,230.00 | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 23,000 | | 453,330.00 | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 128,000 | | 2,522,880.00 | | | |
| CC:CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 612,500 | | 12,072,375.00 | | | |
| CC:CASTLE-GRPTR | Castle Pensions Group Trust | 73% | 128,000 | | 2,522,880.00 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 106,000 | | 2,089,260.00 | | | |
| CC:FEDLOG-FEDLO | FEDERATED LOGISTICS 401(K) PLAN | 73% | 300,000 | | 5,913,000.00 | | | |
| CC:HAMLYN-LLP00 | HAMLYN LP | 73% | 350,000 | | 6,898,500.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 116,000 | | 2,286,360.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 125,000 | | 1,449,250.00 | | | |
| CC:MOIRAD-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 73% | 225,000 | | 4,434,750.00 | | | |
| CC:NSONGF-401PL | Newsong Fellowship Church 401K | 73% | 225,000 | | 4,434,750.00 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 175,000 | | 3,449,250.00 | | | |
| CC:SWHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 113,000 | | 2,227,230.00 | | | |
| CC:TVETER-TVETE | Tveter LLC Pension Plan | 73% | 100,000 | | 1,971,000.00 | | | |
| CC:EDEDUB-EDFOU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -2,162,500 | | -42,622,875.00 | | |
| LC:GLOBAL-EQY01 | BNP Paribas Depot 778523F | 73% | | -73,000 | | -1,438,830.00 | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | 2,162,500 | | 42,622,875.00 | | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -2,162,500 | | -42,622,875.00 | YES | |
| SB:IDBEQF-IDBEQ | Equity Finance vs IDB (BNP) | 73% | | | | | YES | |
| SB:IDBEQF-IDBEQ | Equity Finance vs IDB (BNP) | 73% | | | | | YES | |
| | | TOTALS | 5,238,000 | -5,238,000 | TOTALS | 103,240,980.00 | -103,240,980.00 | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:MAPLE0-UKLTD | Maple Securities UK Ltd | 73% | 23,000 | | 453,330.00 | | YES | | 23/04 | 280849 |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 73% | | -23,000 | | -453,330.00 | | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 100% | 12,000 | | 324,000.00 | | | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 100% | 5,000 | | 135,000.00 | | | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 100% | 14,000 | | 378,000.00 | | | | | |
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 100% | 130,500 | | 3,523,500.00 | | | | | |

ED&F-00446120

CONFIDENTIAL