| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CC:TEWLP0-TEWLP | Tew LP Retirement Plan | 100% | 115,500 | | | 3,118,500.00 | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -277,000 | | | -7,479,000.00 |
| | | SL TOTALS | 300,000 | -300,000 | TOTALS | 8,006,850.00 | -8,006,850.00 |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS | 0.00 | 0.00 |

PREPARED:     DESK SIGN OFF:     OPS MANAGER SIGN OFF:

AGENT CASH RECEIVED     CLAIMS PAID     JOURNAL NUMBERS UPDATED     DATE:     FILE CLOSED     CLOSER:

ED&F-00446123

CONFIDENTIAL