

# E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Autoparts Pensions Group Trust - 901 Aiken Road, Versailles, Kentucky, 40383, USA was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | D/S Norden A/S |
| ISIN: | DK0060083210 |
| SEDOL: | B1WP656 |
| Ex Date: | 24/04/2014 |
| Record Date: | 28/04/2014 |
| Pay Date: | 29/04/2014 |
| Quantity: | 183,000.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 667,950.00 |
| WHT Suffered: | 247,050.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Autoparts Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, BlueGrass Investment Management LLC Retirement Plan - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | D/S Norden A/S |
| ISIN: | DK0060083210 |
| SEDOL: | B1WP656 |
| Ex Date: | 24/04/2014 |
| Record Date: | 28/04/2014 |
| Pay Date: | 29/04/2014 |
| Quantity: | 177,000.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 646,050.00 |
| WHT Suffered: | 238,950.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to BlueGrass Investment Management LLC Retirement Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hays Lane
London SE1 2QE
CONFIDENTIAL
Regulated by the Financial Services Authority
Telephone: +44 (0)20 7089 8000
ED&F-00076487



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Bluegrass Retirement Group Trust - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | D/S Norden A/S |
| ISIN: | DK0060083210 |
| SEDOL: | B1WP656 |
| Ex Date: | 24/04/2014 |
| Record Date: | 28/04/2014 |
| Pay Date: | 29/04/2014 |
| Quantity: | 166,000.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 605,900.00 |
| WHT Suffered: | 224,100.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Bluegrass Retirement Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations



# ED&F MAN

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Cambridge Way LLC 401K Profit Sharing Plan – 35 Cambrdige Way, Weehawken, New Jersey, 07086, USA was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | D/S Norden A/S |
| ISIN: | DK0060083210 |
| SEDOL: | B1WP656 |
| Ex Date: | 24/04/2014 |
| Record Date: | 28/04/2014 |
| Pay Date: | 29/04/2014 |
| Quantity: | 425,000.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 1,551,250.00 |
| WHT Suffered: | 573,750.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Cambridge Way LLC 401K Profit Sharing Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

ED&F-00076579

CONFIDENTIAL



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Casting Pensions Group Trust - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | D/S Norden A/S |
| ISIN: | DK0060083210 |
| SEDOL: | B1WP656 |
| Ex Date: | 24/04/2014 |
| Record Date: | 28/04/2014 |
| Pay Date: | 29/04/2014 |
| Quantity: | 176,000.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 642,400.00 |
| WHT Suffered: | 237,600.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Casting Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hays Lane
London SE1 2QE
CONFIDENTIAL
Regulated by the Financial Services Authority
Registered in England No. 1292851
Telephone: +44 (0)20 7089 8000
ED&F-00076597



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Central Technologies Pensions Group Trust - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | D/S Norden A/S |
| ISIN: | DK0060083210 |
| SEDOL: | B1WP656 |
| Ex Date: | 24/04/2014 |
| Record Date: | 28/04/2014 |
| Pay Date: | 29/04/2014 |
| Quantity: | 168,000.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 613,200.00 |
| WHT Suffered: | 226,800.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Central Technologies Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hays Lane
CONFIDENTIAL
London SE1 2QE
Regulated by the Financial Services Authority

Telephone: +44 (0)20 7089 8000
ED&F-00076644



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Industrial Pension Group Trust - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | D/S Norden A/S |
| ISIN: | DK0060083210 |
| SEDOL: | B1WP656 |
| Ex Date: | 24/04/2014 |
| Record Date: | 28/04/2014 |
| Pay Date: | 29/04/2014 |
| Quantity: | 166,000.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 605,900.00 |
| WHT Suffered: | 224,100.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Industrial Pension Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Linden Associates Defined Benefit Plan - 5532 Lillehammer Lane, Suite 103, Park City, UT 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | D/S Norden A/S |
| ISIN: | DK0060083210 |
| SEDOL: | B1WP656 |
| Ex Date: | 24/04/2014 |
| Record Date: | 28/04/2014 |
| Pay Date: | 29/04/2014 |
| Quantity: | 322,500.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 1,177,125.00 |
| WHT Suffered: | 435,375.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Linden Associates Defined Benefit Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE
Regulated by the Financial Services Authority
Registered in England No 1292851
Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00076734



**E D & F MAN CAPITAL MARKETS LIMITED**

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, UT 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | D/S Norden A/S |
| ISIN: | DK0060083210 |
| SEDOL: | B1WP656 |
| Ex Date: | 24/04/2014 |
| Record Date: | 28/04/2014 |
| Pay Date: | 29/04/2014 |
| Quantity: | 322,500.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 1,177,125.00 |
| WHT Suffered: | 435,375.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE
CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

ED&F-00076758

**From:** Bottomley, Oliver (LDN) <obottomley@edfmancapital.com>
**Sent:** 23 April 2014 16:49
**To:** Stacey Kaminer; Mina, Sara (LDN)
**Cc:** Foster, Victoria (LDN)
**Subject:** RE: TRADE INTEREST

Booked as attached.

Thanks,
Oli

---

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 23 April 2014 15:51
**To:** Bottomley, Oliver (LDN); Mina, Sara (LDN)
**Cc:** Foster, Victoria (LDN)
**Subject:** RE: TRADE INTEREST

Sorry for the delay first my email was down and then my office lost power. I am working from home now.

Regarding allocations please allocate to the following accounts:

| | | |
|---|---|---|
| GLG | GOLDST-LAWGP | 215,000 |
| LABP | LINDEN-ADBPL | 322,500 |
| RABP | RIVERS-ASSOC | 322,500 |

Best,

Stacey

**From:** Bottomley, Oliver (LDN) [mailto:obottomley@edfmancapital.com]
**Sent:** Wednesday, April 23, 2014 1:35 AM
**To:** Stacey Kaminer; Mina, Sara (LDN)
**Cc:** Foster, Victoria (LDN)
**Subject:** RE: TRADE INTEREST

Hi Stacey,

Approved, please provide allocations.

Thanks,
Oliver

---

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 23 April 2014 00:48
**To:** Bottomley, Oliver (LDN); Mina, Sara (LDN)
**Cc:** Foster, Victoria (LDN)
**Subject:** TRADE INTEREST

Hi All,

Some of the accounts are interested in buying up to 860,000 shares of DNORD and sell a single stock future to hedge the equity position. Can you provide clearance and liquidity for this transaction? If you are able to execute all or some of these purchases I will provide you with allocations.

1

CONFIDENTIAL                                                                                                                                             ED&F-00076759

Best,

Stacey

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL                                                                                                          ED&F-00076760

**Charlotte Woodward**

| | |
|---|---|
| From: | LDN-SECOPS-MB <secops@edfmancapital.com> |
| Sent: | 23 April 2014 16:31 |
| To: | LDN-EQUITYFINANCE-REPORTING-MB |
| Attachments: | ATT00001.bin |

**Trade Reference 253742**

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 23/04/2014 |
| Settlement Date: | 29/04/2014 |
| Customer: | Linden Associates Defined Benefit Plan |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | D/S NORDEN |
| ISIN: | DK0060083210 |
| Gross Price: | 223.407790 |
| Net Price: | 223.407790 |
| Quantity: | 322,500 |
| Settlement Method: | DNI |
| Net Cash: | 72,049,012.28 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30946-113452 Execution Time: Wednesday April 23,2014 12:00:00 AM Batch Id: 20140423_020274 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:    Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                                                         ED&F-00076761

**Charlotte Woodward**

| | |
|---|---|
| From: | LDN-SECOPS-MB <secops@edfmancapital.com> |
| Sent: | 23 April 2014 16:48 |
| To: | LDN-EQUITYFINANCE-REPORTING-MB |
| Attachments: | ATT00001.bin |

Trade Reference 253569

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 23/04/2014 |
| Customer: | Linden Associates Defined Benefit Plan |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | NYF15MAY2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 219.42 |
| Quantity: | 3,225 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30943-113445 Execution Time: Wednesday April 23,2014 12:00:00 AM Batch Id: 20140423_020269 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:     Tel: +44 (0) 20 3580 7234
                                                                                              Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                                                                                    ED&F-00076762

**Charlotte Woodward**

| | |
|---|---|
| From: | LDN-SECOPS-MB <secops@edfmancapital.com> |
| Sent: | 23 April 2014 16:31 |
| To: | LDN-EQUITYFINANCE-REPORTING-MB |
| Attachments: | ATT00001.bin |

Trade Reference 253743

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 23/04/2014 |
| Settlement Date: | 29/04/2014 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | D/S NORDEN |
| ISIN: | DK0060083210 |
| Gross Price: | 223.407790 |
| Net Price: | 223.407790 |
| Quantity: | 322,500 |
| Settlement Method: | DNI |
| Net Cash: | 72,049,012.28 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30946-113453 Execution Time: Wednesday April 23,2014 12:00:00 AM Batch Id: 20140423_020274 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept: Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                          ED&F-00076763

**Charlotte Woodward**

| | |
|---|---|
| From: | LDN-SECOPS-MB <secops@edfmancapital.com> |
| Sent: | 23 April 2014 16:48 |
| To: | LDN-EQUITYFINANCE-REPORTING-MB |
| Attachments: | ATT00001.bin |

Trade Reference 253570

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 23/04/2014 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | NYF15MAY2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 219.42 |
| Quantity: | 3,225 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30943-113446 Execution Time: Wednesday April 23,2014 12:00:00 AM Batch Id: 20140423_020269 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:   Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL

ED&F-00076764