**Charlotte Woodward**

| | |
|---|---|
| From: | LDN-SECOPS-MB <secops@edfmancapital.com> |
| Sent: | 23 April 2014 16:31 |
| To: | LDN-EQUITYFINANCE-REPORTING-MB |
| Attachments: | ATT00001.bin |

Trade Reference 253741

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 23/04/2014 |
| Settlement Date: | 29/04/2014 |
| Customer: | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | D/S NORDEN |
| ISIN: | DK0060083210 |
| Gross Price: | 223.407790 |
| Net Price: | 223.407790 |
| Quantity: | 215,000 |
| Settlement Method: | DNI |
| Net Cash: | 48,032,674.85 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30946-113450 Execution Time: Wednesday April 23,2014 12:00:00 AM Batch Id: 20140423_020274 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:    Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                    ED&F-00076765

# Charlotte Woodward

**From:** LDN-SECOPS-MB <secops@edfmancapital.com>
**Sent:** 23 April 2014 16:48
**To:** LDN-EQUITYFINANCE-REPORTING-MB
**Attachments:** ATT00001.bin

Trade Reference 253568

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 23/04/2014 |
| Customer: | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | NYF15MAY2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 219.42 |
| Quantity: | 2,150 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30943-113444 Execution Time: Wednesday April 23,2014 12:00:00 AM Batch Id: 20140423_020269 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:   Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                 ED&F-00076766

# Charlotte Woodward

| | |
|---|---|
| From: | GOODWIN, Richard (CH Volcafe) <RGOODWIN@volcafe.ch> |
| Sent: | 23 April 2014 10:22 |
| To: | BOTTOMLEY, Oliver (Capital Markets) |
| Subject: | Confirm DNORD DC 860,000 T+4 |
| Attachments: | 23042014NDORDDC(MCM1).pdf |

Oliver:

**Volcafe Cash Equity Confirmation**

| | |
|---|---|
| Trade Date | 23-Apr |
| Value Date | 29-Apr |
| ED&F Man Capital Markets | **BUYS** |
| Trader | OLIVER BOTTOMLEY |
| Stock | **D/S NORDEN** |
| | DNORD DC Equity |
| ISIN | DK0060083210 |
| Number Shares | **860,000** |
| Splits | 1 x 325,000 |
| | 1 x 535,000 |
| CCY | DKK |
| Gross Price | 223.40500 |
| Total Notional | 192,128,300.00 |
| Net Price | **223.40779** |
| Total Net Notional | 192,130,699.40 |
| Invoice at month End | NA |
| Brokerage | 2,399.40   DKK |
| Additional information: | Clearing BNP #1 |
| Volcafe Clearing | ICBC |

Best regards,

Richard Goodwin.

CONFIDENTIAL                                                                 ED&F-00076767



Volcafe Ltd,
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office: +41 52 264 94 56, Mobile: +41 79 961 04 69
rgoodwin@volcafe.ch | www.volcafe.com

CONFIDENTIAL                                                                                       ED&F-00076768

# VOLCAFE

**Volcafe Cash Equity Confirmation**

| | | |
|---|---|---|
| Trade Date | 23-Apr | Trade Time |
| Value Date | 29-Apr | 11:09:20 |
| | | C.E.T |

| | |
|---|---|
| ED&F Man Capital Markets | **BUYS** |
| Trader | OLIVER BOTTOMLEY |

| | |
|---|---|
| Stock | **D/S NORDEN** |
| | DNORD DC Equity |
| ISIN | DK0060083210 |

| | |
|---|---|
| Number Shares | **860,000** |

| | |
|---|---|
| Splits | 1 x 325,000 |
| | 1 x 535,000 |

| | |
|---|---|
| CCY | DKK |
| Gross Price | 223.40500 |

| | |
|---|---|
| Total Notional | 192,128,300.00 |

| | |
|---|---|
| Net Price | **223.40779** |

| | |
|---|---|
| Total Net Notional | 192,130,699.40 |

| | | |
|---|---|---|
| Invoice at month End | NA | |
| Brokerage | | 2,399.40  DKK |

| | |
|---|---|
| Additional information: | Clearing BNP #1 |

| | |
|---|---|
| Volcafe Clearing | ICBC |

Best regards,

Richard Goodwin.

CONFIDENTIAL

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00076769

# Charlotte Woodward

| | |
|---|---|
| From: | GOODWIN, Richard (Volcafe) <rgoodwin@volcafe.ch> |
| Sent: | 23 April 2014 10:21 |
| To: | Henstock, Chris (DUB) |
| Cc: | Mina, Sara (LDN); Foster, Victoria (LDN) |
| Subject: | Confirm DNORD DC 860,000 T+4 |
| Attachments: | 23042014NDORDDC(EDFDubai1).pdf |

Chris:

**Volcafe Cash Equity Confirmation**

| | |
|---|---|
| Trade Date | 23-Apr |
| Value Date | 29-Apr |
| ED&F MCM obo ED&F Man Professional Trading Dubai | **SELLS** |
| Trader | CHRIS HENSTOCK |
| Stock | **D/S NORDEN** |
| | DNORD DC Equity |
| ISIN | DK0060083210 |
| Number Shares | 860,000 |
| Splits | 1 x 325,000 |
| | 1 x 535,000 |
| CCY | DKK |
| Gross Price | 223.40500 |
| Notional | 192,128,300.00 |
| Net Price | 223.40500 |
| Net Notional | 192,128,300.00 |
| Invoice at month End | NA |
| Additional information: | Clearing JP Morgan #3 |
| Volcafe Clearing | ICBC |

Best regards,

Richard Goodwin.

CONFIDENTIAL                                    ED&F-00076770



Volcafe Ltd,
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office: +41 52 264 94 56, Mobile: +41 79 961 04 69
rgoodwin@volcafe.ch I www.volcafe.com

CONFIDENTIAL                                   ED&F-00076771

**Volcafe Cash Equity Confirmation**

**VOLCAFE**

| | | |
|---|---|---|
| Trade Date | 23-Apr | Trade Time |
| Value Date | 29-Apr | 11:09:20 |
| | | C.E.T |

ED&F MCM obo ED&F Man Professional Trading Dubai   SELLS
Trader                                              CHRIS HENSTOCK

Stock            **D/S NORDEN**
                 DNORD DC Equity
ISIN             DK0060083210

Number Shares    860,000

Splits           1 x 325,000
                 1 x 535,000

CCY              DKK
Gross Price      223.40500

Notional                                      192,128,300.00

Net Price        223.40500

Net Notional                                  192,128,300.00

Invoice at month End    NA

Additional information:   Clearing JP Morgan #3

Volcafe Clearing          ICBC

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

CONFIDENTIAL                                                    ED&F-00076772

Charlotte Woodward

| | |
|---|---|
| From: | Schofield, Paul (LDN) <pschofield@edfmancapital.com> |
| Sent: | 23 April 2014 10:10 |
| To: | Henstock, Chris (DUB) |
| Cc: | Mina, Sara (LDN); Regan, Paul (LDN); Liddard, Ross (LDN); Schofield, Paul (LDN) |
| Subject: | 8,600 NYF Bclear confirm - ED&F DUBAI |

Hi,

To confirm ED&F DUBAI (ECM LEQ HI002) BUY the following:

8,600 NYF 15May2014 Bclear @ 219.42 (Ref: 223.405)

Commission: DKK 2,359


Thanks,
P


Paul Schofield

Senior Equity Finance Broker


<http://www.derivatives-broker.com/>

ED&F Man Capital Markets

Cottons Centre, Hays Lane, London, SE1 2QE

Direct: +44 (0)20 3580 7637

Mob: +44 (0)7810 543272

CONFIDENTIAL                                              ED&F-00076773

senblatt work product: extracts of shadow data

| Firm | DateBasis | Sequence | ExtRefID | TradeDate | EntryDate | SettlementDate | TradeAccount | Product | AssetAlias1 | Currency | Ticket | Transaction | Quantity | Proceeds | FinalPrice | Asset | MasterAccount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 252620 | EQ30894-113322 | 23/04/2014 | 2014-04-23 00:00:00.000 | 29/04/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060083210 | DKK | ORG | BUY | 325,000 | 72606625.00 | 223.4050000000 | DNORD DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 252620 | EQ30894-113322 | 23/04/2014 | 2014-04-23 00:00:00.000 | 29/04/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060083210 | DKK | ORG | SEL | 325,000 | 72606625.00 | 223.4050000000 | DNORD DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 256966 | EQ30907-113360 | 23/04/2014 | 2014-04-28 00:00:00.000 | 29/04/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060083210 | DKK | REP | BUY | 535,000 | 119521675.00 | 223.4050000000 | DNORD DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 256966 | EQ30907-113360 | 23/04/2014 | 2014-04-28 00:00:00.000 | 29/04/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060083210 | DKK | REP | SEL | 535,000 | 119521675.00 | 223.4050000000 | DNORD DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 256964 | EQ30907-113361 | 23/04/2014 | 2014-04-28 00:00:00.000 | 29/04/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060083210 | DKK | REP | BUY | 535,000 | 119523167.65 | 223.4077900000 | DNORD DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 252621 | EQ30894-113325 | 23/04/2014 | 2014-04-23 00:00:00.000 | 29/04/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060083210 | DKK | ORG | BUY | 325,000 | 72607531.75 | 223.4077900000 | DNORD DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 253741 | EQ30946-113450 | 23/04/2014 | 2014-04-23 00:00:00.000 | 29/04/2014 | 1020010GOLDSTLAWGP | EQUITY | DK0060083210 | DKK | ORG | SEL | 215,000 | 48032674.85 | 223.4077900000 | DNORD DC | 1020010GOLDSTLAWGP |
| E1 | TRD | 253742 | EQ30946-113452 | 23/04/2014 | 2014-04-23 00:00:00.000 | 29/04/2014 | 1020010LINDENADBPL | EQUITY | DK0060083210 | DKK | ORG | SEL | 322,500 | 72049012.28 | 223.4077900000 | DNORD DC | 1020010LINDENADBPL |
| E1 | TRD | 253743 | EQ30946-113453 | 23/04/2014 | 2014-04-23 00:00:00.000 | 29/04/2014 | 1020010RIVERSASSOC | EQUITY | DK0060083210 | DKK | ORG | SEL | 322,500 | 72049012.28 | 223.4077900000 | DNORD DC | 1020010RIVERSASSOC |

CONFIDENTIAL

ED&F-00076774



CONFIDENTIAL

ED&F-00076775



SWIFT Message Detail

**Message ID** 3114298

**SWIFT Information**

| | |
|---|---|
| **Msg Type** 545 | **Direction** From Swift |
| **Status** Closed | **Loc ID** N/A |
| **Related Ref** N/A | **Loc SWIFT ID** N/A |
| **Transaction Ref** FG428DEX2A001 | **Purpose** N/A |
| **Asset Series** 296756 | **Curr Series** 296755 |
| **Reason Code** N/A | **External ID** N/A |
| **Trailer Hdr** {MAC:00000000}{CHK:FAA61704F69F} | **User Hdr** {108:IS14191190 2EA000} |
| **Basic Hdr** F01MACVGB22AXXX0654274189 | **App Hdr** O5450140140429RABFRPPCXXX5225983541404290040N |
| **Load User** SHSYSTEM | **Load Date** 29-04-2014 01:00:41 |
| **Load Port** S60820?NJ3VW07 | **Proc User** N/A |
| **Proc Date** [NULL] | **Proc Port** N/A |
| **Duration** N/A | **Instruction Date** N/A |
| **ACK Date** [NULL] | **OATS** ☐ |
| | **OATS Sent** ☐ |
| **File Name** 05843242.TXT | |
| **Memo** | |

CONFIDENTIAL

**Details (38)**

Show Groups System Defau

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//FG428DEX2A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140429013744 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E1000025675801 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140423 |
| 12 | 12 | 98A | :SETT//20140429 |
| 13 | 13 | 35B | ISIN DK0060083210 |
| 14 | 14 | 000 | DAMPSKIBSSELSKABET NORDEN A/S |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/985000, |
| 18 | 18 | 97A | :SAFE//4132900010000774883F |
| 19 | 19 | 97A | :CASH//4132900010000724796K, |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//RVTBEBBXXX |
| 29 | 29 | 97A | :SAFE//00895114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :SETT//DKK18923167,65 |
| 36 | 36 | 98A | :VALU//20140429 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

ED&F-00076776

Release Modify Tag Value

## Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 24-04-2014
Currency      : USD

### Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 1,022,324,783.48 Dr | 0.18535681 | 189,494,860.65 Dr | 950,275,771.20 Dr | 0.18535681 | 176,140,085.67 Dr |
| EUR Cash | 62,554.56 Cr | 1.38320000 | 86,525.47 Cr | 62,554.56 Cr | 1.38320000 | 86,525.47 Cr |
| EUR SEG CASH A | 26,719.00 Cr | 1.38320000 | 36,957.72 Cr | 26,719.00 Cr | 1.38320000 | 36,957.72 Cr |
| USD Cash | 143,655,471.00 Dr | 1.00000000 | 143,655,471.00 Dr | 143,655,471.00 Dr | 1.00000000 | 143,655,471.00 Dr |
| USD SEG CASH A | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr |
|  |  |  | 332,880,752.81 Dr |  |  | 319,525,977.73 Dr |

### Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| DANSKE DC | DANSKE BANK A/S | C | 2,000,000.00 Lg | 144.2149 | 153.2000 | 288,429,840.00 Dr | 306,400,000.00 Cr | 17,970,160.00 Cr | DKK |
| DNORD DC | D/S NORDEN | C | 322,500.00 Lg | 223.4078 | 218.0000 | 72,049,012.28 Dr | 70,305,000.00 Cr | 1,744,012.28 Dr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 2,000,000.00 Lg | 246.7031 | 241.6000 | 493,406,160.00 Dr | 483,200,000.00 Cr | 10,206,160.00 Dr | DKK |
| TDC DC | TDC A/S | C | 2,150,000.00 Lg | 52.4007 | 50.6000 | 112,661,419.00 Dr | 108,790,000.00 Cr | 3,871,419.00 Dr | DKK |
| TRYG DC | TRYG A/S | C | 175,000.00 Lg | 555.0069 | 510.0000 | 97,126,214.50 Dr | 89,250,000.00 Cr | 7,876,214.50 Dr | DKK |
|  |  |  |  |  | Totals: | 1,063,672,645.78 Dr | 1,057,945,000.00 Cr | 5,727,645.78 Dr |  |

### Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UN US | UNILEVER N V -NY SHARES | C | 3,644,600.00 Lg | 42.2374 | 41.6700 | 153,938,309.64 Dr | 151,870,482.00 Cr | 2,067,827.64 Dr | USD |
|  |  |  |  |  | Totals: | 153,938,309.64 Dr | 151,870,482.00 Cr | 2,067,827.64 Dr |  |

### Trade Date Positions (OTC-OPTIONS) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| SIE GY | SIEMENS AG- REG | C | 774.00 Sh | 95.8038 |  | 74,152.14 Cr | 0.00 Cr | 0.00 Cr | EUR |
|  |  |  |  |  | Totals: | 74,152.14 Cr | 0.00 Cr | 0.00 Cr |  |

### Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 23-04-14 | 29-04-14 | Normal | BUY | 322,500.00 | DNORD DC | 223.4078 | 72,049,012.28 Dr | DKK |

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 24-04-2014
Currency      : USD

## Equity Swaps

| Tick Seq | Trade Dt / Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 246968 | 14-04-14 / 16-04-14 | 23-12-14 | TDC DC / TDC A/S | 2,150,000 S | 49.4300 | 106,274,500 | DKK | 50.6000 | -2,515,500 | | Fixed | 0.0000 | 0.00 |
| 246841 | 14-04-14 / 16-04-14 | 23-12-14 | NOVOB DC / NOVO NORDISK A/S-B | 2,000,000 S | 227.8000 | 455,600,000 | DKK | 241.6000 | -27,600,000 | | Fixed | 0.0000 | 0.00 |
| 246995 | 14-04-14 / 16-04-14 | 23-12-14 | TRYG DC / TRYG A/S | 175,000 S | 506.5000 | 88,637,500 | DKK | 510.0000 | -612,500 | | Fixed | 0.0000 | 0.00 |
| 246927 | 14-04-14 / 16-04-14 | 23-12-14 | DANSKE DC / DANSKE BANK A/S | 2,000,000 S | 148.1000 | 296,200,000 | DKK | 153.2000 | -10,200,000 | | Fixed | 0.0000 | 0.00 |
| 247400 | 15-04-14 / 15-04-14 | 20-05-14 | SIE GY / SIEMENS AG- REG | 774 L | 95.8038 | 74,152 | EUR | 97.4900 | 1,305 | | Fixed | 0.0000 | 0.00 |
| 203931 | 27-12-13 / 27-12-13 | 19-12-14 | UN US / UNILEVER N V -NY SHARES | 2,200,000 S | 39.4600 | 86,812,000 | USD | 41.6700 | -4,862,000 | 19-05-14 | Fixed | 0.0000 | 0.00 |
| 203930 | 27-12-13 / 27-12-13 | 19-12-14 | UN US / UNILEVER N V -NY SHARES | 1,444,600 S | 39.4600 | 57,003,916 | USD | 41.6700 | -3,192,566 | 19-05-14 | Fixed | 0.0000 | 0.00 |

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 319,381,913.78 Dr |
| Value of trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 144,063.95 Dr |
| **Value of closing currency balance(s)** | **319,525,977.73 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 13,354,775.08 Dr |
| **Trade Date Cash Balance** | **332,880,752.81 Dr** |
| Market Value of Positions | 347,967,792.35 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 15,639,044.29 Dr |
| **Preliminary Account Value** | **552,004.75 Dr** |

## Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number : CC:RIVERS-ASSOC
Account Name   : RIVERSIDE ASSOCIATES DEFINED BE
Date           : 24-04-2014
Currency       : USD

### Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 0.00 Cr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **0.00 Cr** |

Total Account Value                 552,004.75 Dr

### Financing Summary

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |

### Missing Market Prices

| Asset | Our Product | Description |
|---|---|---|
| SIE GY | EUR OTC-OP | SIEMENS AG- REG |