# D/S Norden A/S

DNORD DC

ISIN: DK0060083210     SEDOL: B1WP656     COUNTRY: DK

| | | | |
|---|---|---|---|
| EX DATE: | 24/04/2014 | REC DATE: | 28/04/2014 | PAY DATE: | 29/04/2014 |
| CCY: DKK | | GROSS RATE: | 5.00 | FEE: | 0.00 |

## AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | RATE | UNITS HELD | SHORT POSITION | PAYOUT | RECLAIM AMT | CLAIMS | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC-AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 37,000 | | 135,050.00 | | | |
| CC-AUTOPA-AUTOP | | | | | | | | |
| CC-BLUE GR-BLUEG | Bluegrass Retirement Group Trust | 73% | 26,000 | | 94,900.00 | | | |
| CC-BLUEGR-BLUEG | | | | | | | | |
| CC-BLUFBL-BLUFL | BlueGrass Investment Management LLC Retirement Plan | 73% | 36,000 | | 131,400.00 | | | |
| CC-BLUFBL-BLUFL | | | | | | | | |
| CC-CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 29,000 | | 105,850.00 | | | |
| CC-CASTPE-GRPTR | | | | | | | | |
| CC-CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 31,000 | | 113,150.00 | | | |
| CC-CTECHO-00000 | | | | | | | | |
| CC-INDUST-PENSP | Industrial Pension Group Trust | 73% | 22,000 | | 80,300.00 | | | |
| CC-INDUST-PENSP | | | | | | | | |
| CC-SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 34,000 | | 124,100.00 | | | |
| CC-SVHOLD-SVHOL | | | | | | | | |
| LC-GLOBAL-EQPO1 | BNP Paribas Depot 77852SF | 73% | -215,000 | | -784,750.00 | | | — DL 284981 |
| | | 73% | | | | | | |
| | | | | | | | | |
| | TOTALS | 4,265,000 | -4,265,000 | TOTALS | 15,567,250.00 | -15,567,250.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | LE CLIENT NAME | RATE | UNITS LENT | SHORT PLACED | PAYOUT | RECLAIM | CLAIM | NETBY LOAN ASSET | PRINTED | PLACE ISSUE |
|---|---|---|---|---|---|---|---|---|---|---|
| MR-MAPLED-UKLTD | Maple Securities UK Ltd | 85% | 165,000 | | 701,250.00 | | YES | | | 01605 289442 |
| BR-GOLDMA-LONDN | Goldman Sachs International | 85% | 50,000 | | 212,500.00 | | YES | | | 1405 289739 |
| CC-POLLEN-FUND0 | POLLEN FUND LIMITED | 85% | | -215,000 | | -913,350.00 | | | | |
| CC-AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 4,000 | | 15,000.00 | | | | | |
| CC-BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 100% | 2,000 | | 10,000.00 | | | | | |
| CC-BLUFBL-BLUFL | BlueGrass Investment Management LLC Retirement Plan | 100% | 2,000 | | 10,000.00 | | | | | |
| CC-CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 9,000 | | 45,000.00 | | | | | |
| CC-CTECHO-00000 | Central Technologies Pensions Group Trust | 100% | 3,000 | | 15,000.00 | | | | | |
| CC-INDUST-PENSP | Industrial Pension Group Trust | 100% | 4,000 | | 20,000.00 | | | | | |
| CC-SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 100% | 1,000 | | 5,000.00 | | | | | |
| CC-TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 100% | 31,000 | | 155,000.00 | | | | | |
| CC-TEWLPD-TEWLP | Tew LP Retirement Plan | 100% | 30,000 | | 150,000.00 | | | | | |
| CC-POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -85,000 | | -425,000.00 | | | | |
| | SL TOTALS | 300,000 | -300,000 | TOTALS | 1,338,750.00 | -1,338,750.00 | | | | |

## SWAP POSITIONS

| SWAP CLIENT ACCOUNT | SWAP CLIENT NAME | RATE | SWAP LONG | SWAP SHORT | PAYMENT | NET PAYMENT |
|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | | TOTALS | 0.00 | 0.00 |

| | | |
|---|---|---|
| PREPARED: | DESK SIGN OFF: | DESK MANAGER SIGN OFF: |
| AGENT CASH RECEIVED | CLAIMS PAID   DL JOURNAL POSTED   JOURNAL NUMBERS UPDATED   DATE: 14/05/14 | FILE CLOSED   CLOSER: |

CONFIDENTIAL

ED&F-00076780



File Configuration Account Master Treasury Settlement Trading General Ledger Positions Price Operations Report Window Help

**Journal ID** 284958 **Retrieve By:** Journal ID **Origin** System

Journal Header

**Journal ID** 284958 **As Of Date** 01-05-2014 **Entry Date** 01-05-2014 **As of Post Date** 01-05-2014 **Post Date** 01-05-2014 **Type** User Adjustment **Source** ORG **Origin** Import

**Description** CASH DIV - NORD DC - P 29/04/14

**Reverse ID** (None) **Status** Posted

**External ID**

**Reversal Type** Never **Reverse Status** Not Applicable

**Ancestor External ID**

**Ancestor ID** **Reverse Date** EOT

New Journal | Copy Journal | Delete Journal | Post | Unpost | Set Rev Info | Del Reversal

Journal Detail Lines | Audit Trail Information | Authorization

**Detail Lines (2)**

Show Groups

| | Seq | Asset | Country | Cur | Amount | Account ID | Account Name | Layer | Invt Type | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | DKK | (None) | DKK | 1,177,125.0000 Dr | CO:CORPAC–CORPA | CORPORATE ACTIONS CONTROL AC | Cash | Unclassified Inventory Type | |
| 2 | 2 | DKK | (None) | DKK | 1,177,125.0000 Cr | CC:RIVER -AS OC | RIVER IDE AS OCIATE DEFINED BENEFIT PLAN | | Unclassified Inventory Type | |



**ED&F MAN**

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, SV Holdings LLC Retirement Plan - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | D/S Norden A/S |
| ISIN: | DK0060083210 |
| SEDOL: | B1WP656 |
| Ex Date: | 24/04/2014 |
| Record Date: | 28/04/2014 |
| Pay Date: | 29/04/2014 |
| Quantity: | 179,000.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 653,350.00 |
| WHT Suffered: | 241,650.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to SV Holdings LLC Retirement Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations



**ED&F MAN**

**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane,  London SE1 2QE and registered in the United Kingdom — confirm, The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein - 61 Broadway, Suite 1915, New York, 10006, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | D/S Norden A/S |
| ISIN: | DK0060083210 |
| SEDOL: | B1WP656 |
| Ex Date: | 24/04/2014 |
| Record Date: | 28/04/2014 |
| Pay Date: | 29/04/2014 |
| Quantity: | 215,000.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 784,750.00 |
| WHT Suffered: | 290,250.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00076827



### E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Tveter LLC Pension Plan - 123 Colonial Road, New Canaan, Connecticut, 06840, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | D/S Norden A/S |
| ISIN: | DK0060083210 |
| SEDOL: | B1WP656 |
| Ex Date: | 24/04/2014 |
| Record Date: | 28/04/2014 |
| Pay Date: | 29/04/2014 |
| Quantity: | 240,000.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 876,000.00 |
| WHT Suffered: | 324,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Tveter LLC Pension Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

ED&F-00076852

EDF-00081185

| | J | K | M | O | X | Y | Z | AA | AC | AH | AI | AT | AY | BG | BH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ExtRefID | TradeDate | SettlementDate | TradeAccount | TradeCurrency | TicketState | TradeTransaction | Quantity | ValueAmount | TradeProceeds | FinalPrice | AssetAlias4 | Counterparty | Location1 | Location2 |
| | EQ30992-113540 | 2014-04-24 00:00:00.000 | 2014-04-29 00:00:00.000 | 10200J0EDFMCMEDFMC | DKK | ORG | BUY | 110000.0000 | 110000.0000 | 24796728.00 | 225.4248000000 | DNORD DC | 10200J0EDFMCMEDFMC | JPMDUBAI | JPMDUBA |
| | EQ30993-113541 | 2014-04-24 00:00:00.000 | 2014-04-29 00:00:00.000 | 10200J5RISKPRICBCO | DKK | ORG | BUY | 110000.0000 | 110000.0000 | 24796728.00 | 225.4248000000 | DNORD DC | 10200J0EDFDUBEDFDU | JPMDUBAI | JPMDUBA |
| | EQ30993-113541 | 2014-04-24 00:00:00.000 | 2014-04-29 00:00:00.000 | 10200J0EDFDUBEDFDU | DKK | ORG | SEL | 110000.0000 | 110000.0000 | 24796728.00 | 225.4248000000 | DNORD DC | 10200J5RISKPRICBCO | JPMDUBAI | JPMDUBA |
| | EQ31043-113674 | 2014-04-24 00:00:00.000 | 2014-04-29 00:00:00.000 | 10200J5RISKPRICBCO | DKK | ORG | SEL | 110000.0000 | 110000.0000 | 24796728.00 | 225.4248000000 | DNORD DC | 10200J5RISKPRICBCO | DEN-27% | DEN-27% |

Message

---

**From:** ROSS LIDDARD [rliddard@edfmancapital.com]
**Sent:** 24/04/2014 11:34:35
**BCC:** OLIVER BOTTOMLEY [obottomley@edfmancapital.com]
**Subject:** Bloomberg: Hello Oli,

**Greeting**: EQUITY FINANCE BROKER 0203 580 7639 07789 263 785 {B9} {#L}

---

Hello Oli,

To confirm ED&F MAN (#BNP 1) SELLS the following:

110,000 DNORD DC (DK0060083210) @ DKK 225.4248

TRADE DATE: 24-APR
VALUE DATE: 29-APR

Thanks, Ross

---

**Sent By :**

  ⊟ **ROSS LIDDARD**, rliddard@edfmancapital.com, RLIDDARD3@Bloomberg.net, E D & F MAN CAPITAL

**Recipients :**

  ⊟ **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

---

**Disclaimers :**

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

---

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 3164 | 2014-04-24 10:50:18 PM (EDT)

Message

| | |
|---|---|
| **From:** | JAMIE DUGGAN [JDUGGAN10@Bloomberg.net] |
| **Sent:** | 24/04/2014 12:43:55 |
| **BCC:** | OLIVER BOTTOMLEY [obottomley@edfmancapital.com] |
| **Subject:** | Bloomberg: Oli, To Confirm |

**Greeting**: GLOBAL EQUITY FINANCE Mo:07500 786 717

Oli, To Confirm

ED&F Man SELLs the following T+3 Vd 29th

DNORD DC 750,000shs @ DKK 225.4248

CFE will MiFID report using otc rules
Many thanks for the trade.
Jamie

**Sent By :**

**JAMIE DUGGAN**, JDUGGAN10@Bloomberg.net, CANTOR FITZGERALD EU

**Recipients :**

**OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers :**

**CANTOR FITZGERALD EU**

This document is for information purposes only and does not constitute an offer to buy or sell investments. The information provided is believed reliable but Cantor Fitzgerald Europe ('Cantor') does not warrant its accuracy. Prices provided on customer inventories for which no specific transaction is being negotiated are indicative and not executable. Cantor may have positions in financial instruments mentioned, may have acquired such positions at prices no longer available, and may have interests different or adverse to your interests. No liability is accepted by Cantor for any loss that may arise from any use of the information contained or derived here from.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 4242 | 2014-04-24 10:50:18 PM (EDT)

Message

| | |
|---|---|
| **From**: | Mina, Sara (LDN) [smina@edfmancapital.com] |
| **Sent**: | 24/04/2014 09:26:58 |
| **To**: | Bottomley, Oliver (LDN) [obottomley@edfmancapital.com]; LDN-EQUITYFINANCE-TRADS-DL [LDN-EQUITYFINANCE-TRADS-DL@edfmancapital.com] |
| **BCC**: | fireland@edfmancapital.com; mhoward@edfmancapital.com; vfoster@edfmancapital.com; smina@edfmancapital.com; cscanlan@edfmancapital.com |
| **Subject**: | RE: NOVOB DC correct to DNORD DC |

Please note correct stock is DNORD DC

---

**From:** Bottomley, Oliver (LDN)
**Sent:** 24 April 2014 10:20
**To:** Mina, Sara (LDN); LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: NOVOB DC

Hi Sara,

Will take a look and get back to you.

Thanks,
Oli

---

**From:** Mina, Sara (LDN)
**Sent:** 24 April 2014 10:05
**To:** LDN-EQUITYFINANCE-TRADS-DL
**Subject:** NOVOB DC

Hi guys,

Looking at the funding I can see that we need to rehypothecate Acer's DNORD position of 860K shares.

Can you let me know if you finance this position?

Thanks

Sara Mina
Equity Finance Trader

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7629  | Desk: +44 (0)203 580 7625  | Mobile: +44 (0)7810867085
smina@edfmancapital.com | www.edfman.com

Message

| | |
|---|---|
| **From:** | ROSS LIDDARD [rliddard@edfmancapital.com] |
| **Sent:** | 24/04/2014 11:23:07 |
| **BCC:** | CHRIS HENSTOCK [chris.henstock@edfman.com]; CHENSTOCK [CHENSTOCK@EDFMPT.AE] |
| **Subject:** | Bloomberg: Re:Hi Paul, I am looking to BUY up to 110,000shs DNORD DC today, |

**Greeting**: EQUITY FINANCE BROKER 0203 580 7639 07789 263 785 {B9} {#L}

Afternoon Chris, checking for interest.  Thanks

----- Original Message -----
From: CHRIS HENSTOCK (ED&F MAN PROFESSIONA)
At: Apr 24 2014 12:22:31

Hi Paul, I am looking to BUY up to 110,000shs DNORD DC today,
T+3, can you help? Ideally looking to trade at Dkk 225.4248 if
possible.
Regards,
Chris.

**Sent By** :

**ROSS LIDDARD**, rliddard@edfmancapital.com, RLIDDARD3@Bloomberg.net, E D & F MAN CAPITAL

**Recipients** :

**CHRIS HENSTOCK**, chris.henstock@edfman.com, CHENSTOCK2@Bloomberg.net, ED&F MAN PROFESSIONA

**CHENSTOCK**, CHENSTOCK@EDFMPT.AE, Unknown Company

**Disclaimers** :

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 3052 | 2014-04-24 10:50:18 PM (EDT)

Message

| | |
|---|---|
| **From:** | Mina, Sara (LDN) [smina@edfmancapital.com] |
| **Sent:** | 24/04/2014 10:29:53 |
| **To:** | Henstock, Chris (DUB) [chenstock@edfmpt.ae] |
| **Subject:** | RE: Trade |
| **Attachments:** | Trade Confirmation_ 750k DNORD DC (2.84 KB).msg |

Confirm attached Chris, thanks

---

**From:** Henstock, Chris (DUB)
**Sent:** 24 April 2014 11:05
**To:** Mina, Sara (LDN)
**Subject:** RE: Trade

Hi Sara,

Sorry to chase, have you had any luck here?

Regards,

Chris.

---

**From:** Mina, Sara (LDN)
**Sent:** 24 April 2014 12:43
**To:** Henstock, Chris (DUB)
**Subject:** RE: Trade

HI Chris,

Looking for liquidity now.

Thanks,
Sara

---

**From:** Henstock, Chris (DUB)
**Sent:** 24 April 2014 09:40
**To:** Mina, Sara (LDN)
**Subject:** Trade

Hi Sara,

I am looking to BUY up to 750,000shs DNORD DC today, T+3, can you help? Ideally looking to trade at Dkk 229.2045 if possible.

Regards,

Chris.

Chris Henstock
Equity Finance Trader

E D & F Man Professional Trading (Dubai) Limited

---

Dubai International Financial Centre
Office 14, Level 15, The Gate, P.O. Box 121208, Dubai, UAE
Direct: +971 4 401 9676 | Mobile: +971 (0) 527 275463

chenstock@edfmpt.ae | www.edfman.com

CONFIDENTIAL

ED&F 00409385

/S Norden A/S

**DNORD DC**

| ISIN: DK0060083210 | | SEDOL: B1WP6S6 | | COUNTRY: DK |
| --- | --- | --- | --- | --- |
| EX DATE: | 24/04/2014 | REC DATE: | 28/04/2014 | PAY DATE: 29/04/2014 |
| CCY: DKK | | GROSS RATE: | 5.00 | FEE: 0.00 |

## AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DWTH | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM | NOTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| STOVA-AUTOP | Autopatrs Pensions Group Trust | 73% | 37,000 | | 131,050.00 | | | |
| | | | | | | | | |
| | Bluegrass Retirement Group Trust | 70% | 26,000 | | 91,960.00 | | | |
| | | | | | | | | |
| UELL-SELIEL | BlackGrass Investment Management LLC Retirement Plan | 74% | 40,000 | | 131,600.00 | | | |
| | | | | | | | | |
| | | | | | | | | |
| KSTPG-GRP N | Casting Pensions Group Trust | 73% | 29,000 | | 108,050.00 | | | |
| | | | | | | | | |
| SCHG-GOGO | Central Technologies Pensions Group Trust | 76% | 33,000 | | 111,150.00 | | | |
| | | | | | | | | |
| | | | | | | | | |
| OUST-PENGP | Industrial Pension Group Trust | 73% | 22,000 | | 81,350.00 | | | |
| | | | | | | | | |
| | | | | | | | | |
| HOLD-SYHOL | LW Holdings LLC Retirement Plan | 74% | 34,000 | | 124,100.00 | | | |
| | | | | | | | | |
| | | | | | | | | |
| GAAL-BNP01 | BNP Paribat Depot 778528F | 73% | | -215,000 | | 784,750.00 | | — DI 284981 |
| | | | | | | | | |
| | | | | | | | | |
| | TOTALS | | 4,369,000 | -4,785,000 | TOTALS 13,597,250.00 | -15,567,250.00 | | |

## SECURITIES LENDING POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV% | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM% | NET RTN LOAN AMNT | PAYMT REQ'D | PAYMT RCVD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A-PLEO-UNLTD | Maple Securities UK Ltd | 85% | 165,000 | | 701,250.00 | | 165 | | 01/05 | 284992 |
| OLDMA-LGMON | Goldman Sachs International | 85% | 50,000 | | 212,500.00 | | YES | | 14/05 | 284739 |
| OLLEEN-FUNOO | POLLEN FUND LIMITED | 80% | | -215,000 | | -913,750.00 | | | | |
| ATOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 3,000 | | 15,000.00 | | | | | |
| LEGRA-BLLEG | Bluegrass Retirement Group Trust | 100% | 2,000 | | 10,000.00 | | | | | |
| UELL-BLUEL | BlackGrass Investment Management LLC Retirement Plan | 100% | 2,600 | | 10,000.00 | | | | | |
| KSTPG-GRPTR | Casting Pensions Group Trust | 100% | 9,000 | | 45,000.00 | | | | | |
| SCHG-GOGO | Central Technologies Pensions Group Trust | 100% | 3,000 | | 15,000.00 | | | | | |
| OUST-PENGP | Industrial Pension Group Trust | 100% | 4,000 | | 20,000.00 | | | | | |
| VKP-LO-TVHOL | LW Holdings LLC Retirement Plan | 100% | 1,000 | | 5,000.00 | | | | | |
| MWLO-TEVKM | Tew Enterprises LLC Retirement Plan | 100% | 31,000 | | 155,000.00 | | | | | |
| WOLEO-TEWLP | Tew LP Retirement Plan | 100% | 30,000 | | 150,000.00 | | | | | |
| OLLEEN-FUNOO | POLLEN FUND LIMITED | 100% | | -25,000 | | -425,000.00 | | | | |
| | SL TOTALS | | 300,000 | -490,000 | TOTALS 1,418,750.00 | -4,388,750.00 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV% | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVABLE | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | SWP TOTALS | 0 | | TOTALS 0.00 | 0.00 | | |

KRD:    DESK SIGN OFF:    OPERATIONS SIGN OFF:

T CASH RECEIVED    CLAIMS PAID    01 JOURNAL POSTED    JOURNAL NUMBERS UPDATED    DATE: 14/05/14    FILE CLOSED    CLOSER:

## /S Norden A/S        DNORD DC

| | | | | | | |
|---|---|---|---|---|---|---|
| ISIN: DK0060083210 | | SEDOL: B1WP656 | | | COUNTRY: DK | |
| | EX DATE: 24/04/2014 | REC DATE: 28/04/2014 | | PAY DATE: 29/04/2014 | | |
| | CCY: DKK | GROSS RATE: 5.00 | | FEE: 0.00 | | |

## GENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 37,000 | | 135,050.00 | | | |
| AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 145,000 | | 532,900.00 | | | |
| BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 26,000 | | 94,900.00 | | | |
| BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 140,000 | | 511,000.00 | | | |
| BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 36,000 | | 131,400.00 | | | |
| BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 141,000 | | 514,650.00 | | | |
| CAMBRIDGE | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 635,000 | | 2,331,250.00 | | | |
| CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 29,000 | | 105,850.00 | | | |
| CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 147,000 | | 536,550.00 | | | |
| CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 31,000 | | 113,150.00 | | | |
| CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 137,000 | | 500,050.00 | | | |
| GOLDST-AWSP | The Goldstein Law Group PC 401(K) Profit Sharing Plan 100 3% | 73% | 215,000 | | 784,750.00 | | | |
| INDUST-PENGP | Industrial Pension Group Trust | 73% | 22,000 | | 80,300.00 | | | |
| INDUST-PENGP | Industrial Pension Group Trust | 73% | 144,000 | | 525,600.00 | | | |
| RIVERSA-BENL | Riverside Associates Defined Benefit Plan | 73% | 327,000 | | 1,173,550.00 | | | |
| RIVERSA-ASSOCI | Riverside Associates Defined Benefit Plan | 73% | 569,000 | | 1,971,350.00 | | | |
| SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 34,000 | | 124,100.00 | | | |
| SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 145,000 | | 529,250.00 | | | |
| VISTRA-PENS | Vistra LLC Pension Plan | 73% | 240,000 | | 876,000.00 | | | |
| DROITE-EQY01 | Droite Main Professional Trading (Global) Limited | 73% | | | | | | |
| LOBAL-EQY01 | BNP Paribas Depot 778523F | 73% | | -215,000 | | -784,750.00 | | |
| BBEDF-IDHED | Equity Finance VS IDF (BNP) | 73% | | -1,000,000 | | -3,650,000.00 | | |
| VISTRA-PMGP | Vistra Limited (OB) | 73% | 1,512,000 | | 5,526,052.00 | | | |
| VISTRA-PMGP | Vistra Limited (OB) | 73% | | | | | | |
| | | TOTALS | 4,265,000 | -4,265,000 | TOTALS 15,567,250.00 | -15,567,250.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| MAPLEQ-UKLTD | Maple Securities UK Ltd | 85% | 155,000 | | 701,250.00 | | YES | | | |
| GOLDMA-LONDN | Goldman Sachs International | 85% | 50,000 | | 212,500.00 | | YES | | | |
| POLLEN-FUND0 | POLLEN FUND LIMITED | 85% | | -215,000 | | -913,750.00 | | | | |
| AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 3,000 | | 15,000.00 | | | | | |
| BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 100% | 2,000 | | 10,000.00 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| BLUEL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 100% | 2,000 | | 10,000.00 | |
| CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 9,000 | | 45,000.00 | |
| CTECH0-G0000 | Central Technologies Pensions Group Trust | 100% | 3,000 | | 15,000.00 | |
| INDUST-PENGP | Industrial Pension Group Trust | 100% | 4,000 | | 20,000.00 | |
| SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 100% | 1,000 | | 5,000.00 | |
| TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 100% | 31,000 | | 155,000.00 | |
| TEWLP0-TEWLP | Tew LP Retirement Plan | 100% | 30,000 | | 150,000.00 | |
| POLLEN-FUN00 | POLLEN FUND LIMITED | 100% | | -85,000 | | -425,000.00 |
| | | SL TOTALS | 300,000 | -300,000 | TOTALS 1,338,750.00 | -1,338,750.00 |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| GOLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO She | 73% | | -215,000 | | -784,750.00 |
| GOLDST-BLOAN | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO She | 73% | 215,000 | | 784,750.00 | |
| LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | | -322,500 | | -1,177,125.00 |
| LINDAS-BLOAN | Linden Associates Defined Benefit Plan - BLOAN | 73% | 322,500 | | 1,177,125.00 | |
| RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | | -322,500 | | -1,177,125.00 |
| RIVERS-BLOAN | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - BLOAN | 73% | 322,500 | | 1,177,125.00 | |
| | | SWP TOTALS | 860,000 | -860,000 | TOTALS 3,139,000.00 | -3,139,000.00 |

| PREPARED: | | DESK SIGN OFF: | | OPS MANAGER SIGN OFF: |
|---|---|---|---|---|

| INT CASH RECEIVED | CLAIMS PAID | DI JOURNAL POSTED | JOURNAL NUMBERS UPDATED | FILE CLOSED |
|---|---|---|---|---|
| | | | DATE: | CLOSER: |