E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

CONFIDENTIAL

ED&F-00045480

# Charlotte Woodward

| | |
|---|---|
| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 08 May 2014 10:00 |
| To: | Bottomley, Oliver (LDN) |
| Subject: | Linden Associates Defined Benefit Plan COLOB DC |
| Attachments: | ATT00001.bin |

Trade Reference 277807
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 08/05/2014 |
| Settlement Date: | 14/05/2014 |
| Customer: | Linden Associates Defined Benefit Plan |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | COLOPLAST-B |
| ISIN: | DK0060448595 |
| Gross Price: | 474.105930 |
| Net Price: | 474.105930 |
| Quantity: | 350,000 |
| Settlement Method: | DNI |
| Net Cash: | 165,937,075.50 |
| Currency: | DKK |
| Comments: | External Sequence: EQ33081-120490 Execution Time: Thursday May 08,2014 12:00:00 AM Batch Id: 20140508_021837 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:

Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

CONFIDENTIAL                                                                                           ED&F-00045481

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

CONFIDENTIAL

ED&F-00045482

**Charlotte Woodward**

| | |
|---|---|
| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 08 May 2014 10:00 |
| To: | Bottomley, Oliver (LDN) |
| Subject: | Linden Associates Defined Benefit Plan DFD20JUN2014BCLEAR |
| Attachments: | ATT00001.bin |

Trade Reference 277788
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 08/05/2014 |
| Customer: | Linden Associates Defined Benefit Plan |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | DFD20JUN2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 471.01 |
| Quantity: | 8,500 |
| Currency: | DKK |
| Comments: | External Sequence: EQ33082-120483 Execution Time: Thursday May 08,2014 12:00:00 AM Batch Id: 20140508_021836 |
| Direct Commission: | (730.00) |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:
Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

1

# Charlotte Woodward

| | |
|---|---|
| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 08 May 2014 10:00 |
| To: | Bottomley, Oliver (LDN) |
| Subject: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN COLOB DC |
| Attachments: | ATT00001.bin |

Trade Reference 277808
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 08/05/2014 |
| Settlement Date: | 14/05/2014 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | COLOPLAST-B |
| ISIN: | DK0060448595 |
| Gross Price: | 474.105930 |
| Net Price: | 474.105930 |
| Quantity: | 750,000 |
| Settlement Method: | DNI |
| Net Cash: | 355,579,447.50 |
| Currency: | DKK |
| Comments: | External Sequence: EQ33081-120491 Execution Time: Thursday May 08,2014 12:00:00 AM Batch Id: 20140508_021837 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:

Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

CONFIDENTIAL                                                                                  ED&F-00045484

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

CONFIDENTIAL

ED&F-00045485

# Charlotte Woodward

| | |
|---|---|
| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 08 May 2014 10:01 |
| To: | Bottomley, Oliver (LDN) |
| Subject: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN COLOB DC |
| Attachments: | ATT00001.bin |

Trade Reference 277809
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 08/05/2014 |
| Settlement Date: | 14/05/2014 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | COLOPLAST-B |
| ISIN: | DK0060448595 |
| Gross Price: | 474.105930 |
| Net Price: | 474.105930 |
| Quantity: | 350,000 |
| Settlement Method: | DNI |
| Net Cash: | 165,937,075.50 |
| Currency: | DKK |
| Comments: | External Sequence: EQ33081-120511 Execution Time: Thursday May 08,2014 12:00:00 AM Batch Id: 20140508_021837 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:

Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

CONFIDENTIAL                                                                                                   ED&F-00045486

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

CONFIDENTIAL

# Charlotte Woodward

| | |
|---|---|
| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 08 May 2014 10:01 |
| To: | Bottomley, Oliver (LDN) |
| Subject: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN DFD20JUN2014BCLEAR |
| Attachments: | ATT00001.bin |

Trade Reference 277789
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 08/05/2014 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | DFD20JUN2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 471.01 |
| Quantity: | 8,500 |
| Currency: | DKK |
| Comments: | External Sequence: EQ33082-120485 Execution Time: Thursday May 08,2014 12:00:00 AM Batch Id: 20140508_021836 |
| Direct Commission: | (730.00) |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:

Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

# Charlotte Woodward

**From:** SIMON PARK <SPARK386@Bloomberg.net>
**Sent:** 08 May 2014 09:23
**Subject:** Bloomberg: HI Oli , *** CONFIRM***

Greeting: Mobile 07515 929457

HI Oli , *** CONFIRM***

we SELL to EDF ( Settling @ BNP )

4,300,000 COLOB DC ( DK0060448595) @ 474.10
T + 4 ( May 14)   5 x 750k / 1 x 550k
   NET in EACH shape 474.10593

            Cheers Simon

**Sent By:**

SIMON PARK, SPARK386@Bloomberg.net, SUNRISE BROKERS LLP

**Recipients:**

OLIVER BOTTOMLEY, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 1924 | 2014-05-09 08:41:48 AM (EDT)

CONFIDENTIAL                                                                                    ED&F-00045489

**Charlotte Woodward**

From: Henstock, Chris (DUB) <chenstock@edfmpt.ae>
Sent: 08 May 2014 09:26
To: Mina, Sara (LDN)
Subject: FW: HI Chris , *** CONFIRM***

FYI

-----Original Message-----
From: spark386@bloomberg.net [mailto:spark386@bloomberg.net]
Sent: 08 May 2014 12:26
To: Henstock, Chris (DUB)
Subject: HI Chris , *** CONFIRM***

HI Chris , *** CONFIRM***

we BUY from EDF ( Settling @ JPM 3 )

4,300,000 COLOB DC ( DK0060448595) @ 474.10
T + 4 ( May 14)  5 x 750k / 1 x 550k

2,850,000 COLOB DC @ 473.50
T + 4(May 14)  4 x 712.5k

Many thx Chris , Parky

CONFIDENTIAL    ED&F-00045490

# Charlotte Woodward

| | |
|---|---|
| From: | GOODWIN, Richard (CH Volcafe) |
| Sent: | 08 May 2014 09:11 |
| To: | Oliver Bottomley (obottomley@edfmancapital.com) |
| Subject: | Confirm 43,000 DFD 20 June 2014 BClear Futures |
| Attachments: | 08052014DFDBClearFutures(MCM).pdf |

Oliver:

**Volcafe Futures Confirmation:**

Trade Date                               08-May-14
**ED&F Man Capital Markets**
OLIVER BOTTOMLEY
  BClear                                 ECM LEQ HI002

| | Underlying Stock | Bberg | CCY | Multiplier | Exchange | | Contract |
|---|---|---|---|---|---|---|---|
| 1 | COLOPLAST-B | COLOB DC | DKK | 100 | BCLEAR | DFD | 20 June 2014 |
| 2 | COLOPLAST-B | COLOB DC | DKK | 100 | BCLEAR | DFD | 20 June 2014 |
| 3 | COLOPLAST-B | COLOB DC | DKK | 100 | BCLEAR | DFD | 20 June 2014 |
| 4 | COLOPLAST-B | COLOB DC | DKK | 100 | BCLEAR | DFD | 20 June 2014 |



Volcafe Ltd,
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office: +41 52 264 94 56, Mobile. +41 79 961 04 69
rgoodwin@volcafe.ch I www.volcafe.com



**Volcafe Futures Confirmation:**
Trade Date                  08-May-14
**ED&F Man Capital Markets**
OLIVER BOTTOMLEY
  BClear                    ECM LEQ HI002

| # | Underlying Stock | Bberg | CCY | Multiplier | Exchange | Contract | Direction | Quantity | Ref Price | Futs Price | CCY | Notional | CCY | Invoice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | COLOPLAST-B | COLOB DC | DKK | 100 | BCLEAR | DFD 20 June 2014 | SELL | 13,000 | 474.1000 | 471.0100 | DKK | 612,313,000.00 | DKK | - |
| 2 | COLOPLAST-B | COLOB DC | DKK | 100 | BCLEAR | DFD 20 June 2014 | SELL | 13,000 | 474.1000 | 471.0100 | DKK | 612,313,000.00 | DKK | - |
| 3 | COLOPLAST-B | COLOB DC | DKK | 100 | BCLEAR | DFD 20 June 2014 | SELL | 8,500 | 474.1000 | 471.0100 | DKK | 400,358,500.00 | DKK | - |
| 4 | COLOPLAST-B | COLOB DC | DKK | 100 | BCLEAR | DFD 20 June 2014 | SELL | 8,500 | 474.1000 | 471.0100 | DKK | 400,358,500.00 | DKK | - |
|   |   |   |   |   |   |   |   | 43,000 |   |   |   |   |   |   |

CONFIDENTIAL

ED&F-00045492

# Charlotte Woodward

**From:** GOODWIN, Richard (Volcafe) <rgoodwin@volcafe.ch>
**Sent:** 08 May 2014 09:11
**To:** Henstock, Chris (DUB)
**Cc:** Mina, Sara (LDN); Foster, Victoria (LDN)
**Subject:** Confirm 43,000 DFD 20 June 2014 BClear Futures
**Attachments:** 08052014DFDBClearFutures(EDFDubai).pdf

Chris:

**Volcafe Futures Confirmation:**

Trade Date                                08-May-14
**ED&F MCM obo ED& Man Professional Trading Dubai**
CHRIS HENSTOCK
   BClear                                 ECM LEQ HI002

|   | Underlying Stock | Bberg | CCY | Multiplier | Exchange | Contract | |
|---|---|---|---|---|---|---|---|
| 1 | COLOPLAST-B | COLOB DC | DKK | 100 | BCLEAR | DFD | 20 June 2014 |
| 2 | COLOPLAST-B | COLOB DC | DKK | 100 | BCLEAR | DFD | 20 June 2014 |
| 3 | COLOPLAST-B | COLOB DC | DKK | 100 | BCLEAR | DFD | 20 June 2014 |
| 4 | COLOPLAST-B | COLOB DC | DKK | 100 | BCLEAR | DFD | 20 June 2014 |



Volcafe Ltd.
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office: +41 52 264 94 56, Mobile: +41 79 961 04 69
rgoodwin@volcafe.ch | www.volcafe.com

CONFIDENTIAL                                              ED&F-00045493

**Volcafe Futures Confirmation:**

Trade Date: 08-May-14

**ED&F MCM obo ED& Man Professional Trading Dubai**

CHRIS HENSTOCK

BClear                ECM LEQ HI002

| | Underlying Stock | Bberg | CCY | Multiplier | Exchange | Contract | Direction | Quantity | Ref Price | Futs Price | CCY | Notional | CCY | Invoice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | COLOPLAST-B | COLOB DC | DKK | 100 | BCLEAR | DFD 20 June 2014 | BUY | 13,000 | 474.1000 | 471.0100 | DKK | 612,313,000.00 | DKK | 7,653.91 |
| 2 | COLOPLAST-B | COLOB DC | DKK | 100 | BCLEAR | DFD 20 June 2014 | BUY | 13,000 | 474.1000 | 471.0100 | DKK | 612,313,000.00 | DKK | 7,653.91 |
| 3 | COLOPLAST-B | COLOB DC | DKK | 100 | BCLEAR | DFD 20 June 2014 | BUY | 8,500 | 474.1000 | 471.0100 | DKK | 400,358,500.00 | DKK | 5,004.48 |
| 4 | COLOPLAST-B | COLOB DC | DKK | 100 | BCLEAR | DFD 20 June 2014 | BUY | 8,500 | 474.1000 | 471.0100 | DKK | 400,358,500.00 | DKK | 5,004.48 |
| | | | | | | | | 43,000 | | | | | | |

CONFIDENTIAL

ED&F-00045494

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 014 | 2014-05-08 00:00:00.000 | 14/05/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060448595 | DKK | ORG | BUY | 750,000 | 355575000.00 | 474.100000 |
| 014 | 2014-05-08 00:00:00.000 | 14/05/2014 | 1020035SUNRISBRKRS | EQUITY | DK0060448595 | DKK | ORG | SEL | 750,000 | 355575000.00 | 474.100000 |
| 014 | 2014-05-08 00:00:00.000 | 14/05/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060448595 | DKK | ORG | BUY | 550,000 | 260755000.00 | 474.100000 |
| 014 | 2014-05-08 00:00:00.000 | 14/05/2014 | 1020035SUNRISBRKRS | EQUITY | DK0060448595 | DKK | ORG | SEL | 550,000 | 260755000.00 | 474.100000 |
| 014 | 2014-05-08 00:00:00.000 | 14/05/2014 | 1020035SUNRISBRKRS | EQUITY | DK0060448595 | DKK | REP | BUY | 750,000 | 355579447.50 | 474.105930 |
| 014 | 2014-05-08 00:00:00.000 | 14/05/2014 | 1020035SUNRISBRKRS | EQUITY | DK0060448595 | DKK | REP | BUY | 750,000 | 355579447.50 | 474.105930 |
| 014 | 2014-05-08 00:00:00.000 | 14/05/2014 | 1020035SUNRISBRKRS | EQUITY | DK0060448595 | DKK | REP | BUY | 750,000 | 355579447.50 | 474.105930 |
| 014 | 2014-05-08 00:00:00.000 | 14/05/2014 | 1020035SUNRISBRKRS | EQUITY | DK0060448595 | DKK | REP | BUY | 750,000 | 355579447.50 | 474.105930 |
| 014 | 2014-05-08 00:00:00.000 | 14/05/2014 | 1020035SUNRISBRKRS | EQUITY | DK0060448595 | DKK | REP | BUY | 750,000 | 355579447.50 | 474.105930 |
| 014 | 2014-05-08 00:00:00.000 | 14/05/2014 | 1020035SUNRISBRKRS | EQUITY | DK0060448595 | DKK | ORG | BUY | 550,000 | 260758261.50 | 474.105930 |
| 014 | 2014-05-08 00:00:00.000 | 14/05/2014 | 1020010DW0000CONST | EQUITY | DK0060448595 | DKK | ORG | SEL | 550,000 | 260758261.50 | 474.105930 |
| 014 | 2014-05-08 00:00:00.000 | 14/05/2014 | 1020010DW0000CONST | EQUITY | DK0060448595 | DKK | ORG | SEL | 750,000 | 355579447.50 | 474.105930 |
| 014 | 2014-05-08 00:00:00.000 | 14/05/2014 | 1020010KAMCOOINVES | EQUITY | DK0060448595 | DKK | ORG | SEL | 750,000 | 355579447.50 | 474.105930 |
| 014 | 2014-05-08 00:00:00.000 | 14/05/2014 | 1020010KAMCOOINVES | EQUITY | DK0060448595 | DKK | ORG | SEL | 550,000 | 260758261.50 | 474.105930 |
| 014 | 2014-05-08 00:00:00.000 | 14/05/2014 | 1020010LINDENADBPL | EQUITY | DK0060448595 | DKK | ORG | SEL | 750,000 | 355579447.50 | 474.105930 |
| 014 | 2014-05-08 00:00:00.000 | 14/05/2014 | 1020010LINDENADBPL | EQUITY | DK0060448595 | DKK | NEW | SEL | 100,000 | 47410593.00 | 474.105930 |
| 014 | 2014-05-08 00:00:00.000 | 14/05/2014 | 1020010RIVERSASSOC | EQUITY | DK0060448595 | DKK | ORG | SEL | 750,000 | 355579447.50 | 474.105930 |
| 014 | 2014-05-08 00:00:00.000 | 14/05/2014 | 1020010RIVERSASSOC | EQUITY | DK0060448595 | DKK | NEW | SEL | 100,000 | 47410593.00 | 474.105930 |



Details (38)

Show Groups

System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG5138FC2A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140514013130 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//511 |
| 7 | 7 | 20C | :RELA//E10000G0684001 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140508 |
| 12 | 12 | 98A | :ESET//20140514 |
| 13 | 13 | 35B | ISIN DK0060448595 |
| 14 | 14 | 070 | COLOPLAST B |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/750000, |
| 18 | 18 | 97A | :SAFE//4132900010000/7&&23F |
| 19 | 19 | 97A | :CASH//4132900010000/24796K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//RVTBEB8XXX |
| 29 | 29 | 97A | :SAFE//00865144373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKXXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK866675447,5 |
| 36 | 36 | 98A | :VALU//20140514 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |





CONFIDENTIAL ED&F-00045498



CONFIDENTIAL   ED&F-00045499