Details (38)

Show Groups                                           System Default

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//PG512DFD3A001 |
| 3 | 23G | NEWM |
| 4 | 98C | :PREP//20140614013427 |
| 5 | 16R | LINK |
| 6 | 13A | :LINK/541 |
| 7 | 20C | :RELA//E100003XA9RZ-01 |
| 8 | 16S | LINK |
| 9 | 16S | GENL |
| 10 | 16R | TRADDET |
| 11 | 98A | :TRAD//20140508 |
| 12 | 98A | :ESET//20140514 |
| 13 | 35B | ISIN DK0060534915 |
| 14 | 90B | COLOPLAST B |
| 15 | 16S | TRADDET |
| 16 | 16R | FIAC |
| 17 | 36B | :ESTT//UNIT/75000, |
| 18 | 97A | :SAFE//41327900010000778983F |
| 19 | 97A | :CASH//4132790001000074796K |
| 20 | 94F | :SAFE//CUST/N EADKKKXXX |
| 21 | 16S | FIAC |
| 22 | 16R | SETDET |
| 23 | 22F | :SETR//TRAD |
| 24 | 16R | SETPRTY |
| 25 | 95P | :DEAG/ESSEUXKKXXX |
| 26 | 16S | SETPRTY |
| 27 | 16R | SETPRTY |
| 28 | 95P | :SELL//HRVTBEBBXXX |
| 29 | 97A | :SAFE//02056114373 |
| 30 | 16S | SETPRTY |
| 31 | 16R | SETPRTY |
| 32 | 95P | :PSET//VPCKDKKKXXX |
| 33 | 16S | SETPRTY |
| 34 | 16R | AMT |
| 35 | 19A | :ESTT//DKK0355579447,5 |
| 36 | 98A | :VALU//20140514 |
| 37 | 16S | AMT |
| 38 | 16S | CONFIDENTIAL       ED&F-00045500 |



CONFIDENTIAL        ED&F-00045501

# Account Equity

ED&F Man Capital Markets Ltd  
3 London Bridge Street  
London SE1 9SG  
United Kingdom  

Account Number: CC:RIVERS-ASSOC  
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE  
Date          : 09-05-2014  
Currency      : USD  

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 1,423,591,010.78 Dr | 0.18433180 | 262,413,093.48 Dr | 1,020,600,970.28 Dr | 0.18433180 | 188,129,113.93 Dr |
| EUR Cash | 148,434,849.22 Dr | 1.37580000 | 204,216,665.56 Dr | 148,434,849.22 Dr | 1.37580000 | 204,216,665.56 Dr |
| EUR SEG CASH A | 26,719.00 Cr | 1.37580000 | 36,760.00 Cr | 26,719.00 Cr | 1.37580000 | 36,760.00 Cr |
| USD Cash | 143,655,471.00 Dr | 1.00000000 | 143,655,471.00 Dr | 143,655,471.00 Dr | 1.00000000 | 143,655,471.00 Dr |
| USD SEG CASH A | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr |
|  |  |  | 610,102,374.39 Dr |  |  | 535,818,494.84 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| COLOB DC | COLOPLAST-B | C | 850,000.00 Lg | 474.1059 | 476.2000 | 402,990,040.50 Dr | 404,770,000.00 Cr | 1,779,959.50 Cr | DKK |
| DANSKE DC | DANSKE BANK A/S | C | 2,000,000.00 Lg | 144.2149 | 152.9000 | 288,429,840.00 Dr | 305,800,000.00 Cr | 17,370,160.00 Cr | DKK |
| DNORD DC | D/S NORDEN | C | 322,500.00 Lg | 223.4078 | 208.9000 | 72,049,012.28 Dr | 67,370,250.00 Cr | 4,678,762.28 Dr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 2,000,000.00 Lg | 246.7031 | 234.5000 | 493,406,160.00 Dr | 469,000,000.00 Cr | 24,406,160.00 Dr | DKK |
| TDC DC | TDC A/S | C | 2,150,000.00 Lg | 52.4007 | 52.1500 | 112,661,419.00 Dr | 112,122,500.00 Cr | 538,919.00 Dr | DKK |
| TRYG DC | TRYG A/S | C | 175,000.00 Lg | 555.0069 | 504.0000 | 97,126,214.50 Dr | 88,200,000.00 Cr | 8,926,214.50 Dr | DKK |
|  |  |  |  | Totals: |  | 1,466,662,686.28 Dr | 1,447,262,750.00 Cr | 19,399,936.28 Dr |  |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| AGS BB | AGEAS | C | 1,200,000.00 Lg | 30.9904 | 30.5500 | 37,189,480.00 Dr | 36,660,000.00 Cr | 529,480.00 Dr | EUR |
| UCB BB | UCB SA | C | 1,870,000.00 Lg | 59.4800 | 58.8500 | 111,227,600.00 Dr | 110,049,500.00 Cr | 1,178,100.00 Dr | EUR |
|  |  |  |  | Totals: |  | 148,416,080.00 Dr | 146,709,500.00 Cr | 1,706,580.00 Dr |  |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UN US | UNILEVER N V -NY SHARES | C | 3,644,600.00 Lg | 42.2374 | 42.6700 | 153,938,309.64 Dr | 155,515,082.00 Cr | 1,576,772.36 Cr | USD |
|  |  |  |  | Totals: |  | 153,938,309.64 Dr | 155,515,082.00 Cr | 1,576,772.36 Cr |  |

## Trade Date Positions (OTC-OPTIONS) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| SIE GY | SIEMENS AG- REG | C | 774.00 Sh | 95.8038 |  | 74,152.14 Cr | 0.00 Cr | 0.00 Cr | EUR |
|  |  |  |  | Totals: |  | 74,152.14 Cr | 0.00 Cr | 0.00 Cr |  |

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 09-05-2014
Currency      : USD

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type   | Trn | Quantity   | Asset    | Trd Price | Proceeds       | Cur |
|----------|----------|--------|-----|------------|----------|-----------|----------------|-----|
| 08-05-14 | 14-05-14 | Normal | BUY | 750,000.00 | COLOB DC | 474.1059  | 355,579,447.50 Dr | DKK |
| 08-05-14 | 14-05-14 | Normal | BUY | 100,000.00 | COLOB DC | 474.1059  | 47,410,593.00 Dr  | DKK |

## Equity Swaps

| Tick Seq | Trade Dt / Set Dt | Term Dt  | Asset / Description     | Quantity   D | Open Price | Notional    | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate   | Accrued Financing |
|----------|-------------------|----------|-------------------------|--------------|------------|-------------|-----|--------------|---------------|------------|------------------|--------|-------------------|
| 280118   | 09-05-14 / 14-05-14 | 25-07-14 | COLOB DC / COLOPLAST-B | 850,000  S  | 472.4000   | 401,540,000 | DKK | 476.2000     | -3,230,000    | 14-05-14   | Fixed            | 0.0000 | 0.00              |
| 256432   | 24-04-14 / 29-04-14 | 24-07-14 | DNORD DC / D/S NORDEN  | 322,500  S  | 225.4248   | 72,699,498  | DKK | 208.9000     | 5,329,248     |            | Fixed            | 0.0000 | 0.00              |
| 246968   | 14-04-14 / 16-04-14 | 23-12-14 | TDC DC / TDC A/S       | 2,150,000 S | 49.4300    | 106,274,500 | DKK | 52.1500      | -5,848,000    |            | Fixed            | 0.0000 | 0.00              |
| 246841   | 14-04-14 / 16-04-14 | 23-12-14 | NOVOB DC / NOVO NORDISK A/S-B | 2,000,000 S | 227.8000 | 455,600,000 | DKK | 234.5000 | -13,400,000 |            | Fixed            | 0.0000 | 0.00              |
| 246927   | 14-04-14 / 16-04-14 | 23-12-14 | DANSKE DC / DANSKE BANK A/S | 2,000,000 S | 148.1000 | 296,200,000 | DKK | 152.9000  | -9,600,000    |            | Fixed            | 0.0000 | 0.00              |
| 246995   | 14-04-14 / 16-04-14 | 23-12-14 | TRYG DC / TRYG A/S     | 175,000  S  | 506.5000   | 88,637,500  | DKK | 504.0000     | 437,500       |            | Fixed            | 0.0000 | 0.00              |
| 275626   | 05-05-14 / 08-05-14 | 25-07-14 | AGS BB / AGEAS         | 1,200,000 S | 30.2000    | 36,240,000  | EUR | 30.5500      | -420,000      | 26-05-14   | Fixed            | 0.0000 | 0.00              |
| 270949   | 29-04-14 / 05-05-14 | 24-07-14 | UCB BB / UCB SA        | 1,870,000 S | 59.3450    | 110,975,150 | EUR | 58.8500      | 925,650       |            | Fixed            | 0.0000 | 0.00              |
| 247400   | 15-04-14 / 15-04-14 | 20-05-14 | SIE GY / SIEMENS AG-REG| 774  L      | 95.8038    | 74,152      | EUR | 96.6700      | 670           |            | Fixed            | 0.0000 | 0.00              |
| 203930   | 27-12-13 / 27-12-13 | 19-12-14 | UN US / UNILEVER N V -NY SHARES | 1,444,600 S | 39.4600 | 57,003,916 | USD | 42.6700 | -4,637,166 | 19-05-14 | Fixed            | 0.0000 | 0.00              |
| 203931   | 27-12-13 / 27-12-13 | 19-12-14 | UN US / UNILEVER N V -NY SHARES | 2,200,000 S | 39.4600 | 86,812,000 | USD | 42.6700 | -7,062,000 | 19-05-14 | Fixed            | 0.0000 | 0.00              |

CONFIDENTIAL
ED&F-00045503

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name   : RIVERSIDE ASSOCIATES DEFINED BE
Date           : 09-05-2014
Currency       : USD

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 534,504,495.09 Dr |
| Value of trades settling today | 1,004.34 Dr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 1,312,995.42 Dr |
| **Value of closing currency balance(s)** | **535,818,494.84 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 74,283,879.55 Dr |
| **Trade Date Cash Balance** | **610,102,374.39 Dr** |
| Market Value of Positions | 624,134,559.89 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 15,852,570.78 Dr |
| **Preliminary Account Value** | **1,820,385.28 Dr** |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 0.00 Cr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **0.00 Cr** |

**Total Account Value**                     1,820,385.28 Dr

## Account Equity

```
ED&F Man Capital Markets Ltd                       Account Number: CC:RIVERS-ASSOC
3 London Bridge Street                             Account Name   : RIVERSIDE ASSOCIATES DEFINED BE
London SE1 9SG                                     Date           : 09-05-2014
United Kingdom                                     Currency       : USD
```

### Financing Summary

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |

### Missing Market Prices

| Asset | Cur | Product | Description |
|---|---|---|---|
| SIE GY | EUR | OTC-OP | SIEMENS AG- REG |

# Coloplast A/S                                                                                           COLOB DC

ISIN: DK0060448595     SEDOL: B8FMRX8     COUNTRY: DK

EX DATE: 09/05/2014     REC DATE: 13/05/2014     PAY DATE: 14/05/2014

CCY: DKK     GROSS RATE: 4.00     FEE: 0.00

## AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| CC:CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 2,850,000 | | | 8,322,000.00 | | | |
| CC:DW0000-CONST | DW CONSTRUCTION INC RETIREMENT PLAN | 73% | 1,300,000 | | | 3,796,000.00 | | | |
| CC:FEDLOG-FEDLO | FEDERATED LOGISTICS 401(K) PLAN | 73% | 1,300,000 | | | 3,796,000.00 | | | |
| CC:HAMLYN-LLP00 | HAMLYN LP | 73% | 3,000,000 | | | 8,760,000.00 | | | |
| CC:KAMCOO-INVES | KAMCO INVESTMENTS INC PENSION PLAN | 73% | 1,300,000 | | | 3,796,000.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 850,000 | | | 2,482,000.00 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 850,000 | | | 2,482,000.00 | | | |
| CC:TVETER-TVETE | Tveter LLC Pension Plan | 73% | 115,000 | | | 335,800.00 | | | |
| SB:SUNRIS-BRKRS | Sunrise Brokers LLP | 73% | | -11,565,000 | | | -33,769,800.00 | | |
| CC:EDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -11,565,000 | | | -33,769,800.00 | | D1- 290273 |
| SB:SUNRIS-BRKRS | Sunrise Brokers LLP | 73% | 11,565,000 | | | 33,769,800.00 | | | |
| | | TOTALS | 23,130,000 | -23,130,000 | TOTALS | 67,539,600.00 | -67,539,600.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT YD | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 100% | 55,100 | | | 220,400.00 | | | | | |
| CC:CUBXBE-00000 | Cubix Managers Limited Partnerships | 100% | 500,000 | | | 2,000,000.00 | | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | 15,216,000 | | | 60,864,000.00 | | | | | |
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 100% | 96,500 | | | 386,000.00 | | | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | | -3,622,900 | | | -14,491,600.00 | | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 100% | | -3,640,200 | | | -14,560,800.00 | | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | | -254,000 | | | -1,016,000.00 | | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 100% | | -342,800 | | | -1,371,200.00 | | | | |
| CC:CUBXBE-BLOAN | Cubix Managers Limited Partnerships - BLOAN | 100% | | -500,000 | | | -2,000,000.00 | | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 100% | | -3,682,800 | | | -14,731,200.00 | | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 100% | | -332,700 | | | -1,330,800.00 | | | | |
| CC:TEWLP0-TEWLP | Tew LP Retirement Plan | 100% | | -3,492,200 | | | -13,968,800.00 | | | | |
| | | SL TOTALS | 15,867,600 | -15,867,600 | TOTALS | 63,470,400.00 | -63,470,400.00 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| CC:APEXCP-BLOAN | Apex Capital Limited - BLOAN | 73% | 500,000 | | 1,460,000.00 | |

CONFIDENTIAL                                                                                             ED&F-00045506

| CC: APEX00-CPLTD | Apex Capital Limited | 73% | -500,000 | | -1,460,000.00 |
|---|---|---|---|---|---|
| | | SWP TOTALS  500,000 | -500,000 | TOTALS  1,460,000.00 | -1,460,000.00 |

| PREPARED: | [signature] | DESK SIGN OFF: | [signature] | | OPS MANAGER SIGN OFF | Mackins [signature] |
|---|---|---|---|---|---|---|
| AGENT CASH RECEIVED | N/A | CLAIMS PAID  N/A | D1 JOURNAL POSTED [signature] | JOURNAL NUMBERS UPDATED [signature] | DATE: 15/05/14 | FILE CLOSED CLOSER: [signature] |

CONFIDENTIAL

ED&F-00045507



CONFIDENTIAL

ED&F-00045508



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Tveter LLC Pension Plan - 123 Colonial Road, New Canaan, Connecticut, 06840, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 09/05/2014 |
| Record Date: | 13/05/2014 |
| Pay Date: | 14/05/2014 |
| Quantity: | 115,000.00 |
| Gross Div Rate: | 4 |
| Amount Received: | 335,800.00 |
| WHT Suffered: | 124,200.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Tveter LLC Pension Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE
CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000
ED&F-00045509

Message

**From:** Bottomley, Oliver (LDN) [obottomley@edfmancapital.com]
**Sent:** 12/05/2014 13:08:11
**To:** Mina, Sara (LDN) [smina@edfmancapital.com]; LDN-EQUITYFINANCE-TRADS-DL [LDN-EQUITYFINANCE-TRADS-DL@edfmancapital.com]
**BCC:** fireland@edfmancapital.com; mhoward@edfmancapital.com; vfoster@edfmancapital.com; obottomley@edfmancapital.com; cscanlan@edfmancapital.com
**Subject:** RE: COLOB DC Rehyp
**Attachments:** Oli To Confirm:; Fwd:BClear Coloplast A/S Trade, Ref: ME007201 Confirmation of trade with Link brokers; Confirm 3,300,000 COLOB DC T+3; 33,000 DFD Confirm - ED&F MCM; Hello Vic,; 09052014COLOBDC(MCM3).pdf; Fwd:Confirm

Hi Sara,

All re hypothecated as attached, futures rolled out for SWAPS.

Thanks,
Oliver

---

**From:** Mina, Sara (LDN)
**Sent:** 09 May 2014 09:57
**To:** LDN-EQUITYFINANCE-TRADS-DL
**Subject:** COLOB DC Rehyp

Guys, funding is looking a bit tight so could you please try to rehyp colob dc for me today?

Thanks

Sara Mina
Equity Finance Trader

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7629 | Desk: +44 (0)203 580 7625 | Mobile: +44 (0)7810867085
smina@edfmancapital.com | www.edfman.com

CONFIDENTIAL                                                                                         ED&F 00252026

**Volcafe Cash Equity Confirmation**

VOLCAFE

| | | | |
|---|---|---|---|
| Trade Date | 09-May | Trade Time | 16:38:01 |
| Value Date | 14-May | | C.E.T |

| | |
|---|---|
| ED&F Man Capital Markets | SELLS |
| Trader | VICTORIA FOSTER |

| | |
|---|---|
| Stock | **COLOPLAST-B** |
| | COLOB DC Equity |
| ISIN | DK0060448595 |
| Number Shares | 2,500,000 |
| Splits | 5 x 500,000 |
| CCY | DKK |
| Gross Price | 472.40000 |
| Notional | 1,181,000,000.00 |
| Net Price | 472.40000 |
| Net Notional | 1,181,000,000.00 |
| Invoice at month End | NA |
| Additional information: | Clearing BNP #1 |
| Volcafe Clearing | ICBC |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

CONFIDENTIAL

ED&F-0025203

Message

**From:** Oliver Bottomley (E D & F MAN CAPITAL) [obottomley2@bloomberg.net]
**Sent:** 12/05/2014 13:07:17
**Subject:** Fwd:Confirm

--- Original Sender: VICTORIA FOSTER, E D & F MAN CAPITAL ---

----- Original Message -----
From: VICTORIA FOSTER (E D & F MAN CAPITAL)
To: OLIVER BOTTOMLEY (E D & F MAN CAPITAL)
At: May 12 2014 14:04:28

----- Original Message -----
From: ISABEL HAGAN (LINK ASSET & SECURIT)
At: May  9 2014 16:29:02

Hi Vicky

To confirm ED&F MAN (BNP Acct 1) SELLS the following today T+3:

1,800,000 COLOB DC  (DK0060448595)   @ DKK 472.40

SHAPES:     4 x 450,000

Trade Date: 09-May
Value Date: 14-May

Thanks, Isabel

---

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

CONFIDENTIAL                                                                                     ED&F 00252036

Message

| | |
|---|---|
| From: | GOODWIN, Richard (CH Volcafe) [RGOODWIN@volcafe.ch] |
| Sent: | 09/05/2014 14:47:32 |
| To: | Chris Henstock (Capital Markets) (chenstock@edfmpt.ae) [chenstock@edfmpt.ae] |
| CC: | MINA, Sara (Capital Markets) [smina@edfmancapital.com] |
| Subject: | Confirm 2,500,000 COLOB DC T+3 |
| Attachments: | 09052014COLOBDC(EDFDubai3).pdf |

Chris:

**Volcafe Cash Equity Confirmation**

| | |
|---|---|
| Trade Date | 09-May |
| Value Date | 14-May |
| ED&F MCM obo ED&F Man Professional Trading Dubai | BUYS |
| Trader | CHRIS HENSTOCK |
| Stock | **COLOPLAST-B** |
| | COLOB DC Equity |
| ISIN | DK0060448595 |
| Number Shares | **2,500,000** |
| Splits | 5 x 500,000 |
| CCY | DKK |
| Gross Price | 472.40000 |
| Total Notional | 1,181,000,000.00 |
| Net Price | 472.40591 |
| Total Net Notional | 1,181,014,775.00 |
| Invoice at month End | NA |
| Brokerage | 14,775.00    DKK |
| Additional information: | Clearing JP Morgan |
| Volcafe Clearing | ICBC |

Best regards,

Richard Goodwin.

CONFIDENTIAL                                                                                    ED&F 00409464



Volcafe Ltd.
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office: +41 52 264 94 56, Mobile: +41 79 961 04 69
rgoodwin@volcafe.ch | www.volcafe.com

| | |
|---|---|
| **Message** | |
| From: | Foster, Victoria (LDN) [vfoster@edfmancapital.com] |
| Sent: | 09/05/2014 14:53:48 |
| To: | Henstock, Chris (DUB) [chenstock@edfmpt.ae]; Mina, Sara (LDN) [smina@edfmancapital.com] |
| Subject: | RE: Trade |
| Attachments: | Vic, To Confirm (2.86 KB).msg |

Confirm attached Chris

thanks

---

**From:** Henstock, Chris (DUB)
**Sent:** 09 May 2014 15:20
**To:** Foster, Victoria (LDN); Mina, Sara (LDN)
**Subject:** Trade

Hi Vic,

I am looking to BUY up to 1,800,000shs COLOB DC today, T+3, can you help? Ideally looking to trade at Dkk 472.52 if possible?

Regards,

Chris.

Chris Henstock
Equity Finance Trader

E D & F Man Professional Trading (Dubai) Limited

Dubai International Financial Centre
Office 14, Level 15, The Gate, P.O. Box 121208, Dubai, UAE
Direct: +971 4 401 9676 | Mobile: +971 (0) 527 275463

chenstock@edfmpt.ae | www.edfman.com

| | |
|---|---|
| **Message** | |
| From: | Victoria Foster (E D & F MAN CAPITAL) [vfoster4@bloomberg.net] |
| Sent: | 09/05/2014 14:52:30 |
| Subject: | Vic, To Confirm |

```
--- Original Sender: DARYL COLLYER, CANTOR FITZGERALD EU ---

Vic, To Confirm

ED&F Man BUYs the following T+3 Vd 14th

COLOB DC 900,000shs @ DKK 472.52
COLOB DC 900,000shs @ DKK 472.52 ** Net Px 472.53181

CFE will MiFID report using otc rules
Many thanks for the trade.
Daryl
```

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

# oloplast A/S

**COLOB DC**

ISIN: DK0060448595  SEDOL: B8FMRX8  COUNTRY: DK

| | | | |
|---|---|---|---|
| EX DATE: 09/05/2014 | REC DATE: 13/05/2014 | PAY DATE: 14/05/2014 |
| CCY: DKK | GROSS RATE: 4.00 | FEE: 0.00 |

## GENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| AMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 2,850,000 | | 8,322,000.00 | | | |
| DW000-CONST | DW CONSTRUCTION INC RETIREMENT PLAN | 73% | 1,300,000 | | 3,796,000.00 | | | |
| EDLOG-FEDLO | FEDERATED LOGISTICS 401(K) PLAN | 73% | 1,300,000 | | 3,796,000.00 | | | |
| AMLYN-LLP09 | HAMLYN LP | 73% | 3,000,000 | | 8,760,000.00 | | | |
| AMCO0-INVES | KAMCO INVESTMENTS INC PENSION PLAN | 73% | 1,300,000 | | 3,796,000.00 | | | |
| NDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 850,000 | | 2,482,000.00 | | | |
| VERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 850,000 | | 2,482,000.00 | | | |
| VETER-TVETE | Tveter LLC Pension Plan | 73% | 115,000 | | 335,800.00 | | | |
| UNRIS-BRKRS | Sunrise Brokers LLP | 73% | | -11,565,000 | | -33,769,800.00 | | |
| OFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -11,565,000 | | -33,769,800.00 | | 01- 290273 |
| UNRIS-BRKRS | Sunrise Brokers LLP | 73% | 11,565,000 | | 33,769,800.00 | | | |
| | | TOTALS | 23,130,000 | -23,130,000 | TOTALS 67,539,600.00 | -67,539,600.00 | | |

## ECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| LUEGR-BLUEG | Bluegrass Retirement Group Trust | 100% | 55,100 | | 220,400.00 | | | | | |
| UBXBE-00000 | Cubix Managers Limited Partnerships | 100% | 500,000 | | 2,000,000.00 | | | | | |
| OLLEN-FUND0 | POLLEN FUND LIMITED | 100% | 15,216,000 | | 60,864,000.00 | | | | | |
| EWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 100% | 96,500 | | 386,000.00 | | | | | |
| UTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | | -3,622,900 | | -14,491,600.00 | | | | |
| LUELI-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 100% | | -3,640,200 | | -14,560,800.00 | | | | |
| ASTPE-GRPTR | Casting Pensions Group Trust | 100% | | -254,000 | | -1,016,000.00 | | | | |
| TECH0-00000 | Central Technologies Pensions Group Trust | 100% | | -342,800 | | -1,371,200.00 | | | | |
| UBXBE-BLOAN | Cubix Managers Limited Partnerships - BLOAN | 100% | | -500,000 | | -2,000,000.00 | | | | |
| DUST-PENGP | Industrial Pension Group Trust | 100% | | -3,682,800 | | -14,731,200.00 | | | | |
| VHOLD-SVHOL | SV Holdings LLC Retirement Plan | 100% | | -332,700 | | -1,330,800.00 | | | | |
| EWLP0-TEWLP | Tew LP Retirement Plan | 100% | | -3,492,200 | | -13,968,800.00 | | | | |
| | | SL TOTALS | 15,867,600 | -15,867,600 | TOTALS 63,470,400.00 | -63,470,400.00 | | | | |

## WAP POSITIONS

| WP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| PEXCP-BLOAN | Apex Capital Limited - BLOAN | 73% | 500,000 | | 1,460,000.00 | |

| PEX00-CPLTD | Apex Capital Limited | 73% | | -500,000 | | | -1,460,000.00 |
|---|---|---|---|---|---|---|---|
| | | SWP TOTALS | 500,000 | -500,000 | TOTALS | 1,460,000.00 | -1,460,000.00 |

PARED: [signature]   DESK SIGN OFF: [signature]   OPS MANAGER SIGN OFF: [signature] Maclean

NT CASH RECEIVED: N/A   CLAIMS PAID: N/A   D1 JOURNAL POSTED: [signature]   JOURNAL NUMBERS UPDATED: [signature]   DATE: 15/05/14   FILE CLOSED CLOSER: [signature]