

# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN - Suite 309, 75 Claremont Road, Bernardsville, New Jersey, 07924, USA, was holding the below security over the dividend date.

| | |
|---|---:|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 08/08/2014 |
| Record Date: | 12/08/2014 |
| Pay Date: | 13/08/2014 |
| Quantity: | 3,400,000.00 |
| Gross Div Rate: | 1.5 |
| Amount Received: | 3,723,000.00 |
| WHT Suffered: | 1,377,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*signature*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00042261

# Charlotte Woodward

**From:** Bottomley, Oliver (LDN) <obottomley@edfmancapital.com>
**Sent:** 07 August 2014 17:11
**To:** Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: TRADE INTEREST
**Attachments:** MOIRA ASSOCIATES LLC 401K PLAN TKF15AUG2014BCLEAR (17.3 KB); MOIRA ASSOCIATES LLC 401K PLAN TDC DC (18.4 KB); KAMCO LP PROFIT SHARING PLAN FBO TDC DC (18.7 KB); KAMCO LP PROFIT SHARING PLAN FBO TDC DC (18.7 KB); KAMCO INVESTMENTS INC PENSION PLAN TKF15AUG2014BCLEAR (17.6 KB); KAMCO INVESTMENTS INC PENSION PLAN TDC DC (18.7 KB); DW CONSTRUCTION INC RETIREMENT PLAN TKF15AUG2014BCLEAR (17.8 KB); DW CONSTRUCTION INC RETIREMENT PLAN TDC DC (18.7 KB); AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN TKF15AUG2014BCLEAR (17.6 KB); AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN TDC DC (18.7 KB)

Confirms Attached.

Thanks,
Oliver

---

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 07 August 2014 15:08
**To:** Bottomley, Oliver (LDN)
**Cc:** LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: TRADE INTEREST

On the futures hedge looking for August expiry TKF at 50.4673 if you can find liquidity.

---

**From:** Bottomley, Oliver (LDN) [mailto:obottomley@edfmancapital.com]
**Sent:** Thursday, August 07, 2014 8:11 AM
**To:** Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: TRADE INTEREST

Hi Stacey,

Looking for liquidity, will get back to you.

Thanks,
Oliver

---

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 07 August 2014 15:04
**To:** Bottomley, Oliver (LDN)
**Subject:** FW: TRADE INTEREST

Sorry Oliver forgot to include that they are looking for a price of 51.8. And correction to T+2.

---

**From:** Stacey Kaminer
**Sent:** Thursday, August 07, 2014 8:03 AM
**To:** 'Bottomley, Oliver (LDN)'
**Subject:** TRADE INTEREST

Hi All,

CONFIDENTIAL                                                                                                 ED&F-00042262

The following accounts are interested in purchasing a total of 16,601,000 mil shares of TDC, ISIN DK0060228559, T+2 and hedging their purchase by selling Bclear futures. Can you provide clearance for these transactions? Also, the accounts are looking for liquidity if you are able to source any please let them know.

| | | | |
|---|---|---|---|
| AIGPP | AMERIC-INVGR | | 3,400,000 |
| DWCPP | DW000-CONST | | 3,400,000 |
| KIPP | KAMCO0-INVES | | 3,500,000 |
| KLPP | KAMCO0-LPPRO | 2,901,000 | |
| MAPP | MOIRA0-ASSOC | 3,400,000 | |

Best,

Stacey

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL                                        ED&F-00042263

# Charlotte Woodward

| | |
|---|---|
| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 07 August 2014 17:10 |
| To: | Bottomley, Oliver (LDN) |
| Subject: | MOIRA ASSOCIATES LLC 401K PLAN TDC DC |
| Attachments: | ATT00001.bin |

Trade Reference 317978

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Settlement Date: | 11/08/2014 |
| Customer: | MOIRA ASSOCIATES LLC 401K PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 51.800650 |
| Net Price: | 51.800650 |
| Quantity: | 3,400,000 |
| Settlement Method: | DNI |
| Net Cash: | 176,122,210.00 |
| Currency: | DKK |
| Comments: | |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:   Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

1

## Charlotte Woodward

| | |
|---|---|
| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 07 August 2014 17:10 |
| To: | Bottomley, Oliver (LDN) |
| Subject: | MOIRA ASSOCIATES LLC 401K PLAN TKF15AUG2014BCLEAR |
| Attachments: | ATT00001.bin |

Trade Reference 317981

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Customer: | MOIRA ASSOCIATES LLC 401K PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TKF15AUG2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 50.47 |
| Quantity: | 34,000 |
| Currency: | DKK |
| Comments: | |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:  Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

1

## Charlotte Woodward

| | |
|---|---|
| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 07 August 2014 17:07 |
| To: | Bottomley, Oliver (LDN) |
| Subject: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN TDC DC |
| Attachments: | ATT00001.bin |

Trade Reference 317924

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Settlement Date: | 11/08/2014 |
| Customer: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 51.800650 |
| Net Price: | 51.800650 |
| Quantity: | 3,400,000 |
| Settlement Method: | DNI |
| Net Cash: | 176,122,210.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ42228-142666 Execution Time: Thursday August 07,2014 12:00:00 AM Batch Id: 20140807_025879 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept.

Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL   ED&F-00042266

## Charlotte Woodward

| | |
|---|---|
| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 07 August 2014 17:07 |
| To: | Bottomley, Oliver (LDN) |
| Subject: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN TKF15AUG2014BCLEAR |
| Attachments: | ATT00001.bin |

Trade Reference 317968

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Customer: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TKF15AUG2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 50.47 |
| Quantity: | 34,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ42232-142683 Execution Time: Thursday August 07,2014 12:00:00 AM Batch Id: 20140807_025881 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept;  Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

1

# Charlotte Woodward

| | |
|---|---|
| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 07 August 2014 17:08 |
| To: | Bottomley, Oliver (LDN) |
| Subject: | DW CONSTRUCTION INC RETIREMENT PLAN TDC DC |
| Attachments: | ATT00001.bin |

Trade Reference 317925

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Settlement Date: | 11/08/2014 |
| Customer: | DW CONSTRUCTION INC RETIREMENT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 51.800650 |
| Net Price: | 51.800650 |
| Quantity: | 3,400,000 |
| Settlement Method: | DNI |
| Net Cash: | 176,122,210.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ42228-142667 Execution Time: Thursday August 07,2014 12:00:00 AM Batch Id: 20140807_025879 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept.   Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL   ED&F-00042268

# Charlotte Woodward

| | |
|---|---|
| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 07 August 2014 17:08 |
| To: | Bottomley, Oliver (LDN) |
| Subject: | DW CONSTRUCTION INC RETIREMENT PLAN TKF15AUG2014BCLEAR |
| Attachments: | ATT00001.bin |

Trade Reference 317969
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Customer: | DW CONSTRUCTION INC RETIREMENT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TKF15AUG2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 50.47 |
| Quantity: | 34,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ42232-142684 Execution Time: Thursday August 07,2014 12:00:00 AM Batch Id: 20140807_025881 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:
Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL   ED&F-00042269

# Charlotte Woodward

| | |
|---|---|
| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 07 August 2014 17:09 |
| To: | Bottomley, Oliver (LDN) |
| Subject: | KAMCO INVESTMENTS INC PENSION PLAN TDC DC |
| Attachments: | ATT00001.bin |

Trade Reference 317926

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Settlement Date: | 11/08/2014 |
| Customer: | KAMCO INVESTMENTS INC PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 51.800650 |
| Net Price: | 51.800650 |
| Quantity: | 3,500,000 |
| Settlement Method: | DNI |
| Net Cash: | 181,302,275.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ42228-142668 Execution Time: Thursday August 07,2014 12:00:00 AM Batch Id: 20140807_025879 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept.   Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

1

CONFIDENTIAL

ED&F-00042270

# Charlotte Woodward

| | |
|---|---|
| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 07 August 2014 17:09 |
| To: | Bottomley, Oliver (LDN) |
| Subject: | KAMCO INVESTMENTS INC PENSION PLAN TKF15AUG2014BCLEAR |
| Attachments: | ATT00001.bin |

Trade Reference 317970

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Customer: | KAMCO INVESTMENTS INC PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TKF15AUG2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 50.47 |
| Quantity: | 35,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ42232-142685 Execution Time: Thursday August 07,2014 12:00:00 AM Batch Id: 20140807_025881 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:

Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                                                               ED&F-00042271

# Charlotte Woodward

| | |
|---|---|
| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 07 August 2014 17:10 |
| To: | Bottomley, Oliver (LDN) |
| Subject: | KAMCO LP PROFIT SHARING PLAN FBO TDC DC |
| Attachments: | ATT00001.bin |

Trade Reference 317928

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Settlement Date: | 11/08/2014 |
| Customer: | KAMCO LP PROFIT SHARING PLAN FBO |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 51.800650 |
| Net Price: | 51.800650 |
| Quantity: | 3,400,000 |
| Settlement Method: | DNI |
| Net Cash: | 176,122,210.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ42228-142670 Execution Time: Thursday August 07,2014 12:00:00 AM Batch Id: 20140807_025879 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept.

Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL    ED&F-00042272

# Charlotte Woodward

| | |
|---|---|
| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 07 August 2014 17:09 |
| To: | Bottomley, Oliver (LDN) |
| Subject: | KAMCO LP PROFIT SHARING PLAN FBO TDC DC |
| Attachments: | ATT00001.bin |

Trade Reference 317927
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 07/08/2014 |
| Settlement Date: | 11/08/2014 |
| Customer: | KAMCO LP PROFIT SHARING PLAN FBO |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 51.800650 |
| Net Price: | 51.800650 |
| Quantity: | 2,901,000 |
| Settlement Method: | DNI |
| Net Cash: | 150,273,685.65 |
| Currency: | DKK |
| Comments: | External Sequence: EQ42228-142669 Execution Time: Thursday August 07,2014 12:00:00 AM Batch Id: 20140807_025879 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept.

Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL
ED&F-00042273

# Charlotte Woodward

**From:** Regan, Paul (LDN) <pregan@edfmancapital.com>
**Sent:** 07 August 2014 15:55
**To:** Bottomley, Oliver (LDN)
**Cc:** Schofield, Paul (LDN); Liddard, Ross (LDN)
**Subject:** TDC DC confirm (SEB please)

Hi Oli,

To confirm ED&F MCM (A/C SEB MAIN) BUYS the following:

16,601,000 TDC DC (DK0060228559) @ DKK 51.80
@ DKK 51.80065 Net

TRADE DATE: 07-AUG
VALUE DATE: 12-AUG

Shapes: 3 x 3,400,000 / 1 x 3,500,000 / 1 x 2,901,000

Thanks
Regan

Much Appreciated.

Paul A Regan
Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7638
Mobile: +44 (0)79854 75190

CONFIDENTIAL                    ED&F-00042274

**Charlotte Woodward**

| | |
|---|---|
| From: | GOODWIN, Richard (CH Volcafe) <RGOODWIN@volcafe.ch> |
| Sent: | 07 August 2014 15:46 |
| To: | BOTTOMLEY, Oliver (Capital Markets) |
| Subject: | Confirm TKF 15 August 2014 BClear Futures: |
| Attachments: | 07082014TKFBClearFutures(MCM).pdf |

Oliver:

**ED&F MAN Switzerland Ltd Futures Confirmation:**

Trade Date                    07-Aug-14

**ED&F Man Capital Markets**
OLIVER BOTTOMLEY

BClear          ECM LEQ HI002

| | Underlying Stock | Bberg | CCY | Multiplier | Exchange | | Contract | Direction | Quantity | Ref Price | Futs Price | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TDC A/S | TDC DC | DKK | 100 | BCLEAR | TKF | 15 August 2014 | SELL | 121,187 | 51.8000 | 50.4700 | DKK |
| 2 | TDC A/S | TDC DC | DKK | 100 | BCLEAR | TKF | 15 August 2014 | SELL | 44,823 | 51.8000 | 50.4600 | DKK |
| | | | | | | | | | 166,010 | | | |

Thanks very much,

Richard.



ED&F Man Switzerland Limited
Technoparkstrasse 7  CH-8406 Winterthur
Office:  +41 52 254 94 94
Direct:  +41 52 264 94 56
Mobile: +41 79 961 04 69
rgoodwin@volcafe.ch | www.edfman.com

1

CONFIDENTIAL                                                                                                       ED&F-00042275



**ED&F MAN Switzerland Ltd Futures Confirmation:**
Trade Date                              07-Aug-14
**ED&F Man Capital Markets**
OLIVER BOTTOMLEY
BClear                                  ECM LEQ HI002

ED&F MAN Switzerland Limited

| | Underlying Stock | Bberg | CCY | Multiplier | Exchange | Contract | Direction | Quantity | Ref Price | Futs Price | CCY | Notional | CCY | Invoice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TDC A/S | TDC DC | DKK | 100 | BCLEAR | TKF 15 August 2014 | SELL | 121,187 | 51.8000 | 50.4700 | DKK | 611,630,789.00 | DKK | - |
| 2 | TDC A/S | TDC DC | DKK | 100 | BCLEAR | TKF 15 August 2014 | SELL | 44,823 | 51.8000 | 50.4600 | DKK | 226,176,858.00 | DKK | - |
| | | | | | | | | 166,010 | | | | | | |

CONFIDENTIAL

ED&F-00042276

# Charlotte Woodward

**From:** Regan, Paul (LDN) <pregan@edfmancapital.com>
**Sent:** 07 August 2014 15:56
**To:** Mina, Sara (LDN)
**Cc:** Schofield, Paul (LDN); Liddard, Ross (LDN)
**Subject:** TDC DC confirm (SEB please)

Hi Sara,

To confirm ED&F MCM (A/C SEB MAIN) SELLS the following:

16,601,000 TDC DC (DK0060228559) @ DKK 51.80

TRADE DATE: 07-AUG
VALUE DATE: 12-AUG

Shapes: 3 x 3,400,000 / 1 x 3,500,000 / 1 x 2,901,000

Thanks
Regan

Much Appreciated,

Paul A Regan
Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7638
Mobile: +44 (0)79854 75190

CONFIDENTIAL                                      ED&F-00042277