## Charlotte Woodward

| | |
|---|---|
| **From:** | GOODWIN, Richard (CH Volcafe) <RGOODWIN@volcafe.ch> |
| **Sent:** | 07 August 2014 15:46 |
| **To:** | MINA, Sara (Capital Markets) |
| **Subject:** | Confirm TKF 15 August 2014 BClear Futures: |
| **Attachments:** | 07082014TKFBClearFutures(EDF).pdf |

Sara:

### ED&F MAN Switzerland Ltd Futures Confirmation:

Trade Date                    07-Aug-14

**ED&F Man Capital Markets**

SARA MINA

BClear          ECM LEQ HI002

| | Underlying Stock | Bberg | CCY | Multiplier | Exchange | | Contract | Direction | Quantity | Ref Price | Futs Price | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TDC A/S | TDC DC | DKK | 100 | BCLEAR | TKF | 15 August 2014 | BUY | 121,187 | 51.8000 | 50.4700 | D |
| 2 | TDC A/S | TDC DC | DKK | 100 | BCLEAR | TKF | 15 August 2014 | BUY | 44,823 | 51.8000 | 50.4600 | D |
| | | | | | | | | | 166,010 | | | |

Many thanks,

Richard



ED&F Man Switzerland Limited
**Technoparkstrasse 7  CH-8406 Winterthur**
Office: +41 52 254 94 94
Direct: +41 52 264 94 56
Mobile: +41 79 961 04 69
**rgoodwin@volcafe.ch | www.edfman.com**

CONFIDENTIAL

ED&F-00042278

**ED&F MAN Switzerland Ltd Futures Confirmation:**
Trade Date                                    07-Aug-14
**ED&F Man Capital Markets**
SARA MINA
BClear                                         ECM LEQ HI002



**ED&F MAN Switzerland Limited**

| Underlying Stock | Bberg | CCY | Multiplier | Exchange | Contract | Direction | Quantity | Ref Price | Futs Price | CCY | Notional | CCY | Invoice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 TDC A/S | TDC DC | DKK | 100 | BCLEAR | TKF 15 August 2014 | BUY | 121,187 | 51.8000 | 50.4700 | DKK | 611,630,789.00 | DKK | 7,645.38 |
| 2 TDC A/S | TDC DC | DKK | 100 | BCLEAR | TKF 15 August 2014 | BUY | 44,823 | 51.8000 | 50.4600 | DKK | 226,176,858.00 | DKK | 2,827.21 |
|  |  |  |  |  |  |  | 166,010 |  |  |  |  |  |  |

CONFIDENTIAL

ED&F-00042279

## Charlotte Woodward

| | |
|---|---|
| **From:** | OLIVER BOTTOMLEY <obottomley@edfmancapital.com> |
| **Sent:** | 14 July 2014 12:01 |
| **Subject:** | Bloomberg: Re: |

**Greeting**: 07923380478 02035807633

booked, thanks mate

----- Original Message -----
From: ALASDAIR SUTHERLAND (MAPLE SECURITIES (UK)
To: OLIVER BOTTOMLEY (E D & F MAN CAPITAL)
At: Jul 14 2014 10:34:17

Hi mate - to confirm.....I lend you:                                    TDC DC (5698790)
Amount    1,900,000
Price     € 7.30000
Value     € 13,870,000.00
Dividend      EUR 0.29480
Div Req    85.00
All In     89.50
Start Date    18-Aug-14
End Date    21-Aug-14
Duration    3
Fee     21.808

TDC DC (5698790):
Amount    150,000
Price     € 7.30
Value     € 1,095,000.00
Dividend      EUR 0.2948
Div Req    73.00
All In     89.50
Start Date    18-Aug-14
End Date    21-Aug-14
Duration    3
Fee     79.960
****Please confirm - thanks*****

---

**Sent By** :

🅑 **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Recipients** :

🅑 **ALASDAIR SUTHERLAND**, ASUTHERLAND1@Bloomberg.net, MAPLE SECURITIES (UK

---

**Disclaimers** :

### E D & F MAN CAPITAL

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

CONFIDENTIAL                                                                                   ED&F-00042280

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (IB) Message | 2014-08-01 03:12:29 AM EDT

CONFIDENTIAL                                                                              ED&F-00042281

## Charlotte Woodward

| | |
|---|---|
| **From:** | OLIVER BOTTOMLEY <obottomley@edfmancapital.com> |
| **Sent:** | 14 July 2014 16:40 |
| **Subject:** | Bloomberg: Re:775,000 TDC DC |

Greeting: 07923380478 02035807633

thanks, booked

----- Original Message -----
From: ALASDAIR SUTHERLAND (MAPLE SECURITIES (UK)
To: OLIVER BOTTOMLEY (E D & F MAN CAPITAL)
At: Jul 14 2014 15:10:35

Hi mate - please confirm.....I lend you:                              Name     TDC A/S
Sedol       5698790
Nominal     775,000
Ticker      TDC DC
FX          0.1826
Price       10.45
Div Req     85.00
All In      89.5000
Dividend    1.85000
Start       18-Aug-14
End         21-Aug-14
Days        3
Fee         17.46%
Comment     USD cash-pool

---

**Sent By** :

📧 **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Recipients** :

📧 **ALASDAIR SUTHERLAND**, ASUTHERLAND1@Bloomberg.net, MAPLE SECURITIES (UK

---

**Disclaimers** :

### E D & F MAN CAPITAL

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

---

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 4837 | 2014-07-14 11:52:39 PM (EDT)

CONFIDENTIAL                                                              ED&F-00042282

## Charlotte Woodward

| From: | CARMEN COX <CCOX44@Bloomberg.net> |
|---|---|
| Sent: | 15 July 2014 13:49 |
| Subject: | Bloomberg: TDC DC - 2.75mln: |

**Greeting**: ING GSF - Equity Lending and Repo INGGSFELR@UK.ING.COM

```
TDC DC - 2.75mln:

dvd ccy      DKK
last div     1.65
last px      €7.3a
u/l          85.00
AI           89.50
spread       4.500
start dt  18-Aug
term dt   21-Aug
duration     3
rate       13.16
eur dvp - pls confirm, thx CC
```

**Sent By** :

 **CARMEN COX**, CCOX44@Bloomberg.net, ING BK FIN MKTS LON

**Recipients** :

 **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers** :

### ING BK FIN MKTS LON

Prepared by ING Bank NV (ING) for information only. Not an offer to purchase or sell any security. Information believed to be reliable but ING does not represent that it is accurate or complete. No liability accepted whatsoever for any loss from its use. Quotations, assumptions are indicative only. ING or its affiliates may have a material interest in the subject or a related matter herein. Transactions by US persons in any security herein should be with ING Financial Markets LLC, which is responsible for distribution in the USA. ING Bank N.V. London Branch is authorised by the Dutch Central Bank.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 3025 | 2014-07-16 12:00:24 AM (EDT)

CONFIDENTIAL                                                                           ED&F-00042283

## Charlotte Woodward

| | |
|---|---|
| **From:** | CARMEN COX <CCOX44@Bloomberg.net> |
| **Sent:** | 17 July 2014 16:05 |
| **Subject:** | Bloomberg: TDC DC - 1.225mln: ** 2,245,000mln qty amend - ok? ** |

**Greeting**: ING GSF - Equity Lending and Repo INGGSFELR@UK.ING.COM

TDC DC - 1.225mln:  ** 2,245,000mln qty amend - ok?  **

```
dvd ccy      DKK
last div    1.85
last px    €7.38
u/l        85.00
AI         89.50
spread     4.500
start dt  18-Aug
term dt   21-Aug
duration     3
rate       13.16
eur dvp - pls confirm, thx CC
```

**Sent By :**

📧 **CARMEN COX**, CCOX44@Bloomberg.net, ING BK FIN MKTS LON

**Recipients :**

📧 **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers :**

### ING BK FIN MKTS LON

Prepared by ING Bank NV (ING) for information only. Not an offer to purchase or sell any security. Information believed to be reliable but ING does not represent that it is accurate or complete. No liability accepted whatsoever for any loss from its use. Quotations, assumptions are indicative only. ING or its affiliates may have a material interest in the subject or a related matter herein. Transactions by US persons in any security herein should be with ING Financial Markets LLC, which is responsible for distribution in the USA. ING Bank N.V. London Branch is authorised by the Dutch Central Bank.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 4826 | 2014-07-18 04:26:51 AM (EDT)

CONFIDENTIAL                                                                ED&F-00042284

## Charlotte Woodward

| | |
|---|---|
| **From:** | RICH WALKER <RWALKER25@Bloomberg.net> |
| **Sent:** | 18 July 2014 15:40 |
| **Subject:** | Bloomberg: Oli - TDC DC |

**Greeting**: was, On the beach... {B5}

```
Oli - TDC DC
      500k
      18-21 Aug
      +7.37 / 0.243103 dv
      8Jul / 39.5ai
      17.18%

      thnx - brb on more
```

**Sent By** :

🅑 **RICH WALKER**, RWALKER25@Bloomberg.net, JEFFERIES INTERNATIO

**Recipients** :

🅑 **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers** :

### JEFFERIES INTERNATIO

Jefferies archives and monitors messages. This message is confidential. This message may be produced to regulators or civil litigants. Jefferies accepts no liability for any errors or omissions arising as a result of this transmission. In the United Kingdom, Jefferies operates as Jefferies International Limited; registered in England: no. 1978621; and Jefferies Bache Limited; registered in England: no. 512397; registered office for both: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ. Jefferies International Limited and Jefferies Bache Limited are authorised and regulated by the Financial Conduct Authority. If you received this transmission in error please contact the sender.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 4342 | 2014-07-19 12:45:53 AM (EDT)

CONFIDENTIAL

ED&F-00042285

## Charlotte Woodward

| From: | CHAT-fs-53C8E73301E00014 <CHAT-fs-53C8E73301E00014@unknown> |
|---|---|
| Sent: | 18 July 2014 14:38 |
| To: | LANEP; OBOTTOMLEY2 |
| Subject: | IB: 2 Users, 27 Messages, 4 Hours 15 Minutes |

Go to start of conversation

**Message Summary Table | Instant Bloomberg | Timezone:** Eastern Standard Time; **Started:** Jul 18 05
**Finished:** Jul 18 09:37:45 AM EDT; **Duration:** 4 Hours 15 Minutes

| Company | Participant | Bloomberg ID | Email |
|---|---|---|---|
| E D & F MAN CAPITAL | OBOTTOMLEY2 | OBOTTOMLEY2@Bloomberg.net | obottomley@edfmancapital.com |

**(Jul 18 05:21:55 AM EDT) LANEP** (MAPLE SECURITIES (UK) **enters the conversation**

(Jul 18 05:21:55 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
*** MAPLE SECURITIES (UK (50328) Disclaimer:

(Jul 18 05:21:59 AM EDT) **LANEP** (MAPLE SECURITIES (UK) **has invited user OBOTTOMLEY2** (E
D & F MAN CAPITAL) :
morning mate

**(Jul 18 05:22:00 AM EDT) OBOTTOMLEY2** (E D & F MAN CAPITAL) **enters the conversation**

(Jul 18 05:22:00 AM EDT) OBOTTOMLEY2 (E D & F MAN CAPITAL) :
*** E D & F MAN CAPITAL (30145349) Disclaimer: This electronic mail message was sent by ED&F
Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and
confidential use of the designated recipient named therein and therefore may not be redistributed,
retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent
of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient,
you are requested to return this email to the sender immediately and to delete all copies. MCM does
not represent or warrant the accuracy of and will not be responsible for the consequences of reliance
upon any opinion or information contained herein.

(Jul 18 05:22:17 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
all ok ?

(Jul 18 05:24:17 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
wondered if you had any interests in ENA PW ? around 300,000

(Jul 18 05:45:07 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
also any more interest in TDC DC ?

(Jul 18 05:48:04 AM EDT) OBOTTOMLEY2 (E D & F MAN CAPITAL) :
morning mate

(Jul 18 05:48:19 AM EDT) OBOTTOMLEY2 (E D & F MAN CAPITAL) :
yeah could take another 500k TDC DC @ 89.50

(Jul 18 05:51:10 AM EDT) OBOTTOMLEY2 (E D & F MAN CAPITAL) :
ENA PW work too, but will need to be 94.50ai

🖼 (Jul 18 05:54:49 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
thanks mate, i can do the 300k ENA PW @94.50ai – what dates would you like ? I'll be back on the TDC DC cheers

🖼 (Jul 18 05:59:25 AM EDT) OBOTTOMLEY2 (E D & F MAN CAPITAL) :
can you do less than a wee on ENA PW?

🖼 (Jul 18 06:00:39 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
yeah can do as only small – something like 21-24 July work ?

🖼 (Jul 18 06:15:37 AM EDT) OBOTTOMLEY2 (E D & F MAN CAPITAL) :
yeah perfect

🖼 (Jul 18 06:15:41 AM EDT) OBOTTOMLEY2 (E D & F MAN CAPITAL) :
thanks

🖼 (Jul 18 06:21:25 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
no probs i'll fire over dets shortly on the TDC DC i think this would work - out of interest would you be able to do 1 week on this one ?

🖼 (Jul 18 06:21:58 AM EDT) OBOTTOMLEY2 (E D & F MAN CAPITAL) :
cant really do 1W on it

🖼 (Jul 18 06:22:45 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
no probs, again oly small so should be able to handle - be right back on this one

🖼 (Jul 18 06:34:48 AM EDT) OBOTTOMLEY2 (E D & F MAN CAPITAL) :
cheers Pete

🖼 (Jul 18 06:35:44 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
here are the ENA dets : Ticker ENA PW Amount 300,000 Price EUR 3.64 Dividend PLN 0.57 = EUR 0.13733 Div Req 85.00 All In 94.50 Start Date 21-Jul-14 End Date 24-Jul-14 Fee 43.078 EONIA CP FOP

🖼 (Jul 18 06:51:42 AM EDT) OBOTTOMLEY2 (E D & F MAN CAPITAL) :
booked, thanks

🖼 (Jul 18 08:18:03 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
hi Oli, done on the 500k TDC DC - do you want 18-21 August again ?

🖼 (Jul 18 08:19:03 AM EDT) OBOTTOMLEY2 (E D & F MAN CAPITAL) :
yeah please

🖼 (Jul 18 08:19:06 AM EDT) OBOTTOMLEY2 (E D & F MAN CAPITAL) :
thanks

🖼 (Jul 18 08:19:18 AM EDT) OBOTTOMLEY2 (E D & F MAN CAPITAL) :
vs EUR

🖼 (Jul 18 09:36:30 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :
here are the TDC DC dets : Ticker TDC DC Amount 500,000 Price EUR 7.3688 Dividend DKK 1.85 Div Req 85.00 All In 89.50 Start Date 18-Aug-14 End Date 21-Aug-14 Fee 18.18% EONIA CP FOP

🖼 (Jul 18 09:37:27 AM EDT) OBOTTOMLEY2 (E D & F MAN CAPITAL) :
thanks, bookrf

🖼 (Jul 18 09:37:32 AM EDT) OBOTTOMLEY2 (E D & F MAN CAPITAL) :
booked*

🖼 (Jul 18 09:37:45 AM EDT) **LANEP** (MAPLE SECURITIES (UK) :

CONFIDENTIAL

ED&F-00042287

cheers

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (IB) Message | 2014-07-19 12:34:08 AM EDT

CONFIDENTIAL                                                                ED&F-00042288

## Charlotte Woodward

| | |
|---|---|
| **From:** | CARMEN COX <CCOX44@Bloomberg.net> |
| **Sent:** | 25 July 2014 16:39 |
| **Subject:** | Bloomberg: TDC DC - 161k: |

**Greeting**: ING GSF - Equity Lending and Repo INGGSFELR@UK.ING.COM

```
TDC DC - 161k:

dvd ccy      DKK
last div    1.65
last px     67.45
u/l         85.00
AI          88.500
spread      3.500
start dt    18-Aug
term dt     21-Aug
duration       3
rate        13.99    eur dvp - ok?
            ** this ok ?
```

**Sent By** :

**CARMEN COX**, CCOX44@Bloomberg.net, ING BK FIN MKTS LON

**Recipients** :

**OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers** :

### ING BK FIN MKTS LON

Prepared by ING Bank NV (ING) for information only. Not an offer to purchase or sell any security. Information believed to be reliable but ING does not represent that it is accurate or complete. No liability accepted whatsoever for any loss from its use. Quotations, assumptions are indicative only. ING or its affiliates may have a material interest in the subject or a related matter herein. Transactions by US persons in any security herein should be with ING Financial Markets LLC, which is responsible for distribution in the USA. ING Bank N.V. London Branch is authorised by the Dutch Central Bank.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 5049 | 2014-07-26 01:46:06 AM (EDT)

CONFIDENTIAL                                                                                    ED&F-00042289

## Charlotte Woodward

| | |
|---|---|
| **From:** | RICH WALKER <RWALKER25@Bloomberg.net> |
| **Sent:** | 30 July 2014 16:41 |
| **Subject:** | Bloomberg: oli - TDC DC |

**Greeting:** was, On the beach... {B5}

```
oli - TDC DC
    1mm                    (now 1.149.000(
    €7.64  / €0.201157
    11-14th aug
    85u1 / 8eal
    9.479% fee

    :knx
Reply:
booked, thanks
Reply:
```

**Sent By** :

   **RICH WALKER**, RWALKER25@Bloomberg.net, JEFFERIES INTERNATIO

**Recipients** :

   **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers** :

### JEFFERIES INTERNATIO

Jefferies archives and monitors messages. This message is confidential. This message may be produced to regulators or civil litigants. Jefferies accepts no liability for any errors or omissions arising as a result of this transmission. In the United Kingdom, Jefferies operates as Jefferies International Limited; registered in England: no. 1978621; and Jefferies Bache Limited; registered in England: no. 512397; registered office for both: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ. Jefferies International Limited and Jefferies Bache Limited are authorised and regulated by the Financial Conduct Authority. If you received this transmission in error please contact the sender.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 5671 | 2014-07-31 04:52:59 AM (EDT)

1

## Charlotte Woodward

| | |
|---|---|
| **From:** | OLIVER BOTTOMLEY <obottomley@edfmancapital.com> |
| **Sent:** | 30 July 2014 17:05 |
| **Subject:** | Bloomberg: TDC DC - 1.5mln: |

**Greeting**: 07923380478 02035807633

```
TDC DC - 1.5min:

last div     1.5
last px     €7.70
u/l         85.00
AI          88.50
spread       3.50
start dt   11-Aug
term dt    14-Aug
duration        3
rate        10.98
sur dvp, ok?
booked. thanks
```

**Sent By** :

□ **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Recipients** :

□ **CARMEN COX**, CCOX44@Bloomberg.net, ING BK FIN MKTS LON

**Disclaimers** :

### E D & F MAN CAPITAL

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 5910 | 2014-07-31 04:52:59 AM (EDT)

CONFIDENTIAL                                                    ED&F-00042291

## Charlotte Woodward

| | |
|---|---|
| **From:** | CHAT-fs-53D8963B03000088 <CHAT-fs-53D8963B03000088@unknown> |
| **Sent:** | 30 July 2014 17:21 |
| **To:** | KWONGB; OBOTTOMLEY2 |
| **Subject:** | IB: 2 Users, 89 Messages, 9 Hours 28 Minutes |

Go to start of conversation

**Message Summary Table | Instant Bloomberg | Timezone:** Eastern Standard Time; **Started:** Jul 30 02
**Finished:** Jul 30 12:20:51 PM EDT; **Duration:** 9 Hours 28 Minutes

| Company | Participant | Bloomberg ID | Email |
|---|---|---|---|
| E D & F<br>MAN<br>CAPITAL | **OBOTTOMLEY2** | **OBOTTOMLEY2@Bloomberg.net** | **obottomley@edfmancapital.com** |

**(Jul 30 02:52:43 AM EDT) OBOTTOMLEY2** (E D & F MAN CAPITAL) **enters the conversation**

(Jul 30 02:52:44 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
*** E D & F MAN CAPITAL (30145349) Disclaimer: This electronic mail message was sent by ED&F
Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and
confidential use of the designated recipient named therein and therefore may not be redistributed,
retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent
of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient,
you are requested to return this email to the sender immediately and to delete all copies. MCM does
not represent or warrant the accuracy of and will not be responsible for the consequences of reliance
upon any opinion or information contained herein.

(Jul 30 02:52:50 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) **has invited user KWONGB**
(MORGAN STANLEY & CO) :
Morning Billy

**(Jul 30 02:52:50 AM EDT) KWONGB (MORGAN STANLEY & CO) enters the conversation**

(Jul 30 02:52:52 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
*** MORGAN STANLEY & CO (507993) Disclaimer: This is not a research report or product of MS
Research but may refer to a research analyst/research report. Contact me for MS Research/disclosures
or review at https://secure.ms.com. Unless otherwise indicated views expressed are author's and may
differ from MS Research or others within Morgan Stanley. This material will not be updated and we do
not represent it is accurate or complete. This is not an offer to buy/sell or solicitation of an offer to
buy/sell the securities mentioned. MS may invest in or act as market maker for securities mentioned
or may advise the issuers. We are not acting as municipal advisor under Sect. 975 of the Dodd-Frank
Wall Street Reform & Consumer Protection Act.

(Jul 30 02:52:53 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
how you doing?

(Jul 30 02:53:53 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
Morning Oli

(Jul 30 02:53:58 AM EDT) **KWONGB** (MORGAN STANLEY & CO) :
good thanks, how you?

(Jul 30 02:55:23 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :

yeah good mate

🖼(Jul 30 02:55:37 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
tried you yesterday but think you'd gone

🖼(Jul 30 02:56:04 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
was speaking to Terry, let me know when you guys are good for that dinner we discussed..

🖼(Jul 30 02:56:10 AM EDT) KWONGB (MORGAN STANLEY & CO) :
part timer nowadays

🖼(Jul 30 02:57:01 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
fair

🖼(Jul 30 03:28:21 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
best way to be..

🖼(Jul 30 03:28:33 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
wanted to ask you on TDC DC..

🖼(Jul 30 03:28:45 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
looking for up to 5m shs @ 88 if you have any to go

🖼(Jul 30 03:29:41 AM EDT) KWONGB (MORGAN STANLEY & CO) :
let me see what i can do

🖼(Jul 30 03:29:48 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
cheers

🖼(Jul 30 03:34:02 AM EDT) KWONGB (MORGAN STANLEY & CO) :
what struct are u looking at?

🖼(Jul 30 03:41:36 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
SBL

🖼(Jul 30 03:43:34 AM EDT) KWONGB (MORGAN STANLEY & CO) :
let me work on it

🖼(Jul 30 03:43:56 AM EDT) KWONGB (MORGAN STANLEY & CO) :
im sure i can get decent size, not so sure if i can get it below 88!

🖼(Jul 30 03:44:14 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
if size is decent I can be flex on lvl

🖼(Jul 30 03:45:54 AM EDT) KWONGB (MORGAN STANLEY & CO) :
got cha

🖼(Jul 30 05:24:58 AM EDT) KWONGB (MORGAN STANLEY & CO) :
what dates are you looking at mate?

🖼(Jul 30 05:30:20 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
11-14th pls mate

🖼(Jul 30 05:46:22 AM EDT) KWONGB (MORGAN STANLEY & CO) :
will this trade be in euros or dkk?

🖼(Jul 30 05:48:43 AM EDT) **OBOTTOMLEY2** (E D & F MAN CAPITAL) :
Euro please mate, FOP

🖼(Jul 30 05:52:00 AM EDT) KWONGB (MORGAN STANLEY & CO) :
cool

2