Internet email are subject to the terms and conditions expressed
in any applicable governing ING terms of business or client engagement letter.

ING Bank N.V. is incorporated with limited liability in the Netherlands and ING Bank N.V., London branch
is registered in England (number BR000341) at 60 London Wall, London EC2M 5TQ. Authorised by the
Dutch Central Bank. Visit us at www.ing.com
------------------------------------------------------------------------------

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This
information is intended solely for the personal and confidential use of the designated recipient named
therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form
or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you
are not the designated recipient, you are requested to return this email to the sender immediately and to
delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the
consequences of reliance upon any opinion or information contained herein or for any omission therefrom.
This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email
communications may be reviewed by MCM authorised personnel and may be provided to regulators or
others with a legal right to access such information. Further information is available at
http://www.edfmancapital.com. This document has been prepared for informational purposes only and
opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative
and all estimates and opinions included in this document are as of the date of the document and may be
subject to change without notice. MCM does not provide legal, tax or accounting advice and you are
responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre,
Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is
authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at
http://www.fca.org.uk. Member of the LSE.


------------------------------------------------------------------------------
The information in this Internet email is confidential and may be
legally privileged.It is intended solely for the addressee. Access
to this Internet email by anyone else is unauthorised.

If you are not the intended recipient, any disclosure, copying,
distribution or any action taken or omitted to be taken in reliance on it,
is prohibited and may be unlawful.
When addressed to our clients any opinions or advice contained in this
Internet email are subject to the terms and conditions expressed
in any applicable governing ING terms of business or client engagement letter.


ING Bank N.V. is incorporated with limited liability in the Netherlands and ING Bank N.V., London branch
is registered in England (number BR000341) at 60 London Wall, London EC2M 5TQ. Authorised by the
Dutch Central Bank. Visit us at www.ing.com
------------------------------------------------------------------------------

CONFIDENTIAL                                                                    ED&F-00042306

Rosenblatt work product: extracts of shadow data

| Firm | Date Basis | Ticket Sequence | ExtRefID | Trade Date | Entry Date | Settlement Date | Trade Account | Product Type | AssetAlias1 | Trade Currency | Ticket State | Trade Transaction | Quantity | Trade Proceeds | Final Price | Asset Alias4 | Master Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 317091 | EQ41145-140660 | 11/07/2014 | 2014-08-01 00:00:00.000 | 11/08/2014 | 1020030MAPLE0UKLTD | EQUITY | DK0060228559 | EUR | REP | BOR | 1,875,000 | 14371875.00 | 7.3000000000 | TDC DC | 1020030MAPLE0UKLTD |
| E1 | TRD | 315117 | EQ41145-140661 | 14/07/2014 | 2014-07-29 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 1,875,000 | 13687500.00 | 7.3000000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 315118 | EQ41145-140662 | 14/07/2014 | 2014-07-29 00:00:00.000 | 11/08/2014 | 1020030MAPLE0UKLTD | EQUITY | DK0060228559 | EUR | ORG | BOR | 150,000 | 1149750.00 | 7.3000000000 | TDC DC | 1020030MAPLE0UKLTD |
| E1 | TRD | 315119 | EQ41145-140663 | 14/07/2014 | 2014-07-29 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 150,000 | 1095000.00 | 7.3000000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317082 | EQ41145-140664 | 14/07/2014 | 2014-08-01 00:00:00.000 | 11/08/2014 | 1020030MAPLE0UKLTD | EQUITY | DK0060228559 | USD | REP | BOR | 775,000 | 8503687.50 | 10.4500000000 | TDC DC | 1020030MAPLE0UKLTD |
| E1 | TRD | 315121 | EQ41145-140665 | 14/07/2014 | 2014-07-29 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | USD | ORG | BOR | 775,000 | 8098750.00 | 10.4500000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 315122 | EQ41145-140666 | 15/07/2014 | 2014-07-29 00:00:00.000 | 11/08/2014 | 1020030MAPLE0UKLTD | EQUITY | DK0060228559 | EUR | ORG | BOR | 500,000 | 3874500.00 | 7.3800000000 | TDC DC | 1020030MAPLE0UKLTD |
| E1 | TRD | 315123 | EQ41145-140667 | 15/07/2014 | 2014-07-29 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 500,000 | 3690000.00 | 7.3800000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317364 | EQ41036-140084 | 15/07/2014 | 2014-08-05 00:00:00.000 | 11/08/2014 | 1020030INGL00INGL0 | EQUITY | DK0060228559 | EUR | REP | BOR | 2,750,000 | 21309750.00 | 7.3800000000 | TDC DC | 1020030INGL00INGL0 |
| E1 | TRD | 314537 | EQ41036-140085 | 15/07/2014 | 2014-07-29 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | REP | BOR | 2,750,000 | 20295000.00 | 7.3800000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317365 | EQ41036-140082 | 15/07/2014 | 2014-08-05 00:00:00.000 | 11/08/2014 | 1020030INGL00INGL0 | EQUITY | DK0060228559 | EUR | REP | BOR | 2,245,000 | 17396505.00 | 7.3800000000 | TDC DC | 1020030INGL00INGL0 |
| E1 | TRD | 319087 | EQ41036-140083 | 15/07/2014 | 2014-08-11 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | NEW | LON | 2,245,000 | 16568100.00 | 7.3800000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 319103 | EQ41138-140631 | 23/07/2014 | 2014-08-11 00:00:00.000 | 11/08/2014 | 1020030INGL00INGL0 | EQUITY | DK0060228559 | EUR | REP | BOR | 37,424 | 292749.24 | 7.4500000000 | TDC DC | 1020030INGL00INGL0 |
| E1 | TRD | 319097 | EQ41138-140632 | 23/07/2014 | 2014-08-11 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | REP | LON | 37,424 | 278808.80 | 7.4500000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317081 | EQ41139-140634 | 21/07/2014 | 2014-08-01 00:00:00.000 | 11/08/2014 | 1020030IEFFERINTER | EQUITY | DK0060228559 | EUR | REP | BOR | 500,000 | 3869250.00 | 7.3700000000 | TDC DC | 1020030IEFFERINTER |
| E1 | TRD | 314584 | EQ41139-140635 | 21/07/2014 | 2014-07-29 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 500,000 | 3685000.00 | 7.3700000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317088 | EQ41160-140708 | 30/07/2014 | 2014-08-01 00:00:00.000 | 11/08/2014 | 1020030IEFFERINTER | EQUITY | DK0060228559 | EUR | REP | BOR | 1,145,000 | 9185190.00 | 7.6400000000 | TDC DC | 1020030IEFFERINTER |
| E1 | TRD | 316396 | EQ41160-140709 | 30/07/2014 | 2014-07-30 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | NEW | LON | 1,145,000 | 8747800.00 | 7.6400000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317668 | EQ41162-140712 | 30/07/2014 | 2014-08-07 00:00:00.000 | 11/08/2014 | 1020030MSIPLCLDN00 | EQUITY | DK0060228559 | EUR | REP | BOR | 1,000,000 | 8492000.00 | 7.7200000000 | TDC DC | 1020030MSIPLCLDN00 |
| E1 | TRD | 316096 | EQ41162-140721 | 30/07/2014 | 2014-07-30 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 1,000,000 | 7720000.00 | 7.7200000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317669 | EQ41162-140717 | 30/07/2014 | 2014-08-07 00:00:00.000 | 11/08/2014 | 1020030MSIPLCLDN00 | EQUITY | DK0060228559 | EUR | REP | BOR | 1,000,000 | 8492000.00 | 7.7200000000 | TDC DC | 1020030MSIPLCLDN00 |
| E1 | TRD | 316097 | EQ41162-140722 | 30/07/2014 | 2014-07-30 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 1,000,000 | 7720000.00 | 7.7200000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317670 | EQ41162-140719 | 30/07/2014 | 2014-08-07 00:00:00.000 | 11/08/2014 | 1020030MSIPLCLDN00 | EQUITY | DK0060228559 | EUR | REP | BOR | 1,000,000 | 8492000.00 | 7.7200000000 | TDC DC | 1020030MSIPLCLDN00 |
| E1 | TRD | 316098 | EQ41162-140723 | 30/07/2014 | 2014-07-30 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 1,000,000 | 7720000.00 | 7.7200000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317671 | EQ41162-140718 | 30/07/2014 | 2014-08-07 00:00:00.000 | 11/08/2014 | 1020030MSIPLCLDN00 | EQUITY | DK0060228559 | EUR | REP | BOR | 1,000,000 | 8492000.00 | 7.7200000000 | TDC DC | 1020030MSIPLCLDN00 |
| E1 | TRD | 316099 | EQ41162-140724 | 30/07/2014 | 2014-07-30 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 1,000,000 | 7720000.00 | 7.7200000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 317672 | EQ41162-140720 | 30/07/2014 | 2014-08-07 00:00:00.000 | 11/08/2014 | 1020030MSIPLCLDN00 | EQUITY | DK0060228559 | EUR | REP | BOR | 1,000,000 | 8492000.00 | 7.7200000000 | TDC DC | 1020030MSIPLCLDN00 |
| E1 | TRD | 316100 | EQ41162-140725 | 30/07/2014 | 2014-07-30 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 1,000,000 | 7720000.00 | 7.7200000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 316390 | EQ41171-140741 | 30/07/2014 | 2014-07-30 00:00:00.000 | 11/08/2014 | 1020030INGL00INGL0 | EQUITY | DK0060228559 | EUR | ORG | BOR | 1,500,000 | 12127500.00 | 7.7000000000 | TDC DC | 1020030INGL00INGL0 |
| E1 | TRD | 316391 | EQ41171-140742 | 30/07/2014 | 2014-07-30 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | EUR | ORG | LON | 1,500,000 | 11550000.00 | 7.7000000000 | TDC DC | 1020010CLIENTHEDGE |

Rosenblatt work product: extracts of shadow data

| Firm | Date Basis | Ticket Sequence | ExtRefID | Trade Date | Entry Date | Settlement Date | Trade Account | Product Type | AssetAlias1 | Trade Currency | Ticket State | Trade Transaction | Quantity | Trade Proceeds | Final Price | Asset Alias4 | Master Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 318906 | EQ42228-142675 | 07/08/2014 | 2014-08-08 00:00:00.000 | 11/08/2014 | 1020010CLIENTHEDGE | EQUITY | DK0060228559 | DKK | REP | BUY | 3,400,000 | 176120000.00 | 51.8000000000 | TDC DC | 1020010CLIENTHEDGE |
| E1 | TRD | 318906 | EQ42228-142675 | 07/08/2014 | 2014-08-08 00:00:00.000 | 11/08/2014 | 1020035IDBSEBIDBE1 | EQUITY | DK0060228559 | DKK | REP | SEL | 3,400,000 | 176120000.00 | 51.8000000000 | TDC DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 318196 | EQ42228-142666 | 07/08/2014 | 2014-08-08 00:00:00.000 | 11/08/2014 | 1020035IDBSEBIDBE1 | EQUITY | DK0060228559 | DKK | REP | BUY | 3,400,000 | 176122210.00 | 51.8006500000 | TDC DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 318196 | EQ42228-142666 | 07/08/2014 | 2014-08-08 00:00:00.000 | 11/08/2014 | 1020010AMERICINVGR | EQUITY | DK0060228559 | DKK | REP | SEL | 3,400,000 | 176122210.00 | 51.8006500000 | TDC DC | 1020010AMERICINVGR |

CONFIDENTIAL

ED&F-00042308

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX544C2682611 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX544C2682611 140811 | 2 | Tag 20C | :SEME//C2682611 |
| OESSEDKKKXXX544C2682611 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX544C2682611 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX544C2682611 140811 | 5 | Tag 20C | :RELA//E1000035399001 |
| OESSEDKKKXXX544C2682611 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX544C2682611 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX544C2682611 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX544C2682611 140811 | 9 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX544C2682611 140811 | 10 | Tag 98A | :TRAD//20140711 |
| OESSEDKKKXXX544C2682611 140811 | 11 | Tag 35B | ISIN DK0060228559 TDC 2010 |
| OESSEDKKKXXX544C2682611 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX544C2682611 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX544C2682611 140811 | 14 | Tag 36B | :ESTT//UNIT/1875000, |
| OESSEDKKKXXX544C2682611 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX544C2682611 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX544C2682611 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX544C2682611 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX544C2682611 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2682611 140811 | 20 | Tag 95P | :DEAG//DABADKKKXXX |
| OESSEDKKKXXX544C2682611 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2682611 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2682611 140811 | 23 | Tag 95P | :SELL//MAPAGB2L |
| OESSEDKKKXXX544C2682611 140811 | 24 | Tag 97A | :SAFE//3004079965 |
| OESSEDKKKXXX544C2682611 140811 | 25 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2682611 140811 | 26 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2682611 140811 | 27 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX544C2682611 140811 | 28 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2682611 140811 | 29 | Tag 16S | SETDET |

ED&F-00042309

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX544C2705402 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX544C2705402 140811 | 2 | Tag 20C | :SEME//C2705402 |
| OESSEDKKKXXX544C2705402 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX544C2705402 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX544C2705402 140811 | 5 | Tag 20C | :RELA//E1000035421601 |
| OESSEDKKKXXX544C2705402 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX544C2705402 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX544C2705402 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX544C2705402 140811 | 9 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX544C2705402 140811 | 10 | Tag 98A | :TRAD//20140711 |
| OESSEDKKKXXX544C2705402 140811 | 11 | Tag 35B | ISIN DK0060228559 TDC 2010 |
| OESSEDKKKXXX544C2705402 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX544C2705402 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX544C2705402 140811 | 14 | Tag 36B | :ESTT//UNIT/150000, |
| OESSEDKKKXXX544C2705402 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX544C2705402 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX544C2705402 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX544C2705402 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX544C2705402 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2705402 140811 | 20 | Tag 95P | :DEAG//DABADKKKXXX |
| OESSEDKKKXXX544C2705402 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2705402 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2705402 140811 | 23 | Tag 95P | :SELL//MAPAGB2L |
| OESSEDKKKXXX544C2705402 140811 | 24 | Tag 97A | :SAFE//3004079965 |
| OESSEDKKKXXX544C2705402 140811 | 25 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2705402 140811 | 26 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2705402 140811 | 27 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX544C2705402 140811 | 28 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2705402 140811 | 29 | Tag 16S | SETDET |

CONFIDENTIAL

ED&F-00042310

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX544C2682593 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX544C2682593 140811 | 2 | Tag 20C | :SEME//C2682593 |
| OESSEDKKKXXX544C2682593 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX544C2682593 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX544C2682593 140811 | 5 | Tag 20C | :RELA//E1000035397201 |
| OESSEDKKKXXX544C2682593 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX544C2682593 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX544C2682593 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX544C2682593 140811 | 9 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX544C2682593 140811 | 10 | Tag 98A | :TRAD//20140714 |
| OESSEDKKKXXX544C2682593 140811 | 11 | Tag 35B | ISIN DK0060228559 TDC 2010 |
| OESSEDKKKXXX544C2682593 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX544C2682593 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX544C2682593 140811 | 14 | Tag 36B | :ESTT//UNIT/775000, |
| OESSEDKKKXXX544C2682593 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX544C2682593 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX544C2682593 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX544C2682593 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX544C2682593 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2682593 140811 | 20 | Tag 95P | :DEAG//DABADKKKXXX |
| OESSEDKKKXXX544C2682593 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2682593 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2682593 140811 | 23 | Tag 95P | :SELL//MAPAGB2L |
| OESSEDKKKXXX544C2682593 140811 | 24 | Tag 97A | :SAFE//3004079965 |
| OESSEDKKKXXX544C2682593 140811 | 25 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2682593 140811 | 26 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2682593 140811 | 27 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX544C2682593 140811 | 28 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2682593 140811 | 29 | Tag 16S | SETDET |

 ED&F-00042311

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX545E1000035422901 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX545E1000035422901 140811 | 2 | Tag 20C | :SEME//E1000035422901 |
| OESSEDKKKXXX545E1000035422901 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX545E1000035422901 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX545E1000035422901 140811 | 5 | Tag 20C | :RELA//E1000035422901 |
| OESSEDKKKXXX545E1000035422901 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX545E1000035422901 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX545E1000035422901 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX545E1000035422901 140811 | 9 | Tag 98A | :TRAD//20140715 |
| OESSEDKKKXXX545E1000035422901 140811 | 10 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX545E1000035422901 140811 | 11 | Tag 35B | ISIN DK0060228559 |
| OESSEDKKKXXX545E1000035422901 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX545E1000035422901 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX545E1000035422901 140811 | 14 | Tag 36B | :ESTT//UNIT/2750000, |
| OESSEDKKKXXX545E1000035422901 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX545E1000035422901 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX545E1000035422901 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX545E1000035422901 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX545E1000035422901 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035422901 140811 | 20 | Tag 95P | :DEAG//ESSEDKKKXXX |
| OESSEDKKKXXX545E1000035422901 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035422901 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035422901 140811 | 23 | Tag 95P | :SELL//INGBGB2LXXX |
| OESSEDKKKXXX545E1000035422901 140811 | 24 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035422901 140811 | 25 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035422901 140811 | 26 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX545E1000035422901 140811 | 27 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035422901 140811 | 28 | Tag 16R | AMT |
| OESSEDKKKXXX545E1000035422901 140811 | 29 | Tag 19A | :ESTT//EUR21309750, |
| OESSEDKKKXXX545E1000035422901 140811 | 30 | Tag 16S | AMT |
| OESSEDKKKXXX545E1000035422901 140811 | 31 | Tag 16S | SETDET |

 ED&F-00042312

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX545E1000035423301 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX545E1000035423301 140811 | 2 | Tag 20C | :SEME//E1000035423301 |
| OESSEDKKKXXX545E1000035423301 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX545E1000035423301 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX545E1000035423301 140811 | 5 | Tag 20C | :RELA//E1000035423301 |
| OESSEDKKKXXX545E1000035423301 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX545E1000035423301 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX545E1000035423301 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX545E1000035423301 140811 | 9 | Tag 98A | :TRAD//20140715 |
| OESSEDKKKXXX545E1000035423301 140811 | 10 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX545E1000035423301 140811 | 11 | Tag 35B | ISIN DK0060228559 |
| OESSEDKKKXXX545E1000035423301 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX545E1000035423301 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX545E1000035423301 140811 | 14 | Tag 36B | :ESTT//UNIT/2245000, |
| OESSEDKKKXXX545E1000035423301 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX545E1000035423301 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX545E1000035423301 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX545E1000035423301 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX545E1000035423301 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035423301 140811 | 20 | Tag 95P | :DEAG//ESSEDKKKXXX |
| OESSEDKKKXXX545E1000035423301 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035423301 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035423301 140811 | 23 | Tag 95P | :SELL//INGBGB2LXXX |
| OESSEDKKKXXX545E1000035423301 140811 | 24 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035423301 140811 | 25 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035423301 140811 | 26 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX545E1000035423301 140811 | 27 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035423301 140811 | 28 | Tag 16R | AMT |
| OESSEDKKKXXX545E1000035423301 140811 | 29 | Tag 19A | :ESTT//EUR17396505, |
| OESSEDKKKXXX545E1000035423301 140811 | 30 | Tag 16S | AMT |
| OESSEDKKKXXX545E1000035423301 140811 | 31 | Tag 16S | SETDET |

CONFIDENTIAL

ED&F-00042313