| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX544C2706195 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX544C2706195 140811 | 2 | Tag 20C | :SEME//C2706195 |
| OESSEDKKKXXX544C2706195 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX544C2706195 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX544C2706195 140811 | 5 | Tag 20C | :RELA//E1000035397001 |
| OESSEDKKKXXX544C2706195 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX544C2706195 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX544C2706195 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX544C2706195 140811 | 9 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX544C2706195 140811 | 10 | Tag 98A | :TRAD//20140721 |
| OESSEDKKKXXX544C2706195 140811 | 11 | Tag 35B | ISIN DK0060228559 TDC 2010 |
| OESSEDKKKXXX544C2706195 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX544C2706195 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX544C2706195 140811 | 14 | Tag 36B | :ESTT//UNIT/500000, |
| OESSEDKKKXXX544C2706195 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX544C2706195 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX544C2706195 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX544C2706195 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX544C2706195 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2706195 140811 | 20 | Tag 95P | :DEAG//NDEADKKKXXX |
| OESSEDKKKXXX544C2706195 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2706195 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2706195 140811 | 23 | Tag 95P | :SELL//JEFFGB2X |
| OESSEDKKKXXX544C2706195 140811 | 24 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2706195 140811 | 25 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2706195 140811 | 26 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX544C2706195 140811 | 27 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2706195 140811 | 28 | Tag 16S | SETDET |

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX544C2705444 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX544C2705444 140811 | 2 | Tag 20C | :SEME//C2705444 |
| OESSEDKKKXXX544C2705444 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX544C2705444 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX544C2705444 140811 | 5 | Tag 20C | :RELA//E1000035421801 |
| OESSEDKKKXXX544C2705444 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX544C2705444 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX544C2705444 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX544C2705444 140811 | 9 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX544C2705444 140811 | 10 | Tag 98A | :TRAD//20140718 |
| OESSEDKKKXXX544C2705444 140811 | 11 | Tag 35B | ISIN DK0060228559 TDC 2010 |
| OESSEDKKKXXX544C2705444 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX544C2705444 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX544C2705444 140811 | 14 | Tag 36B | :ESTT//UNIT/500000, |
| OESSEDKKKXXX544C2705444 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX544C2705444 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX544C2705444 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX544C2705444 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX544C2705444 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2705444 140811 | 20 | Tag 95P | :DEAG//DABADKKKXXX |
| OESSEDKKKXXX544C2705444 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2705444 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2705444 140811 | 23 | Tag 95P | :SELL//MAPAGB2L |
| OESSEDKKKXXX544C2705444 140811 | 24 | Tag 97A | :SAFE//3004079965 |
| OESSEDKKKXXX544C2705444 140811 | 25 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2705444 140811 | 26 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2705444 140811 | 27 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX544C2705444 140811 | 28 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2705444 140811 | 29 | Tag 16S | SETDET |

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX545E1000035528001 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX545E1000035528001 140811 | 2 | Tag 20C | :SEME//E1000035528001 |
| OESSEDKKKXXX545E1000035528001 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX545E1000035528001 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX545E1000035528001 140811 | 5 | Tag 20C | :RELA//E1000035528001 |
| OESSEDKKKXXX545E1000035528001 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX545E1000035528001 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX545E1000035528001 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX545E1000035528001 140811 | 9 | Tag 98A | :TRAD//20140723 |
| OESSEDKKKXXX545E1000035528001 140811 | 10 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX545E1000035528001 140811 | 11 | Tag 35B | ISIN DK0060228559 |
| OESSEDKKKXXX545E1000035528001 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX545E1000035528001 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX545E1000035528001 140811 | 14 | Tag 36B | :ESTT//UNIT/37424, |
| OESSEDKKKXXX545E1000035528001 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX545E1000035528001 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX545E1000035528001 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX545E1000035528001 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX545E1000035528001 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035528001 140811 | 20 | Tag 95P | :DEAG//ESSEDKKKXXX |
| OESSEDKKKXXX545E1000035528001 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035528001 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035528001 140811 | 23 | Tag 95P | :SELL//INGBGB2LXXX |
| OESSEDKKKXXX545E1000035528001 140811 | 24 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035528001 140811 | 25 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035528001 140811 | 26 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX545E1000035528001 140811 | 27 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035528001 140811 | 28 | Tag 16R | AMT |
| OESSEDKKKXXX545E1000035528001 140811 | 29 | Tag 19A | :ESTT//EUR292749,24 |
| OESSEDKKKXXX545E1000035528001 140811 | 30 | Tag 16S | AMT |
| OESSEDKKKXXX545E1000035528001 140811 | 31 | Tag 16S | SETDET |

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX544C2706197 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX544C2706197 140811 | 2 | Tag 20C | :SEME//C2706197 |
| OESSEDKKKXXX544C2706197 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX544C2706197 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX544C2706197 140811 | 5 | Tag 20C | :RELA//E1000035398401 |
| OESSEDKKKXXX544C2706197 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX544C2706197 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX544C2706197 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX544C2706197 140811 | 9 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX544C2706197 140811 | 10 | Tag 98A | :TRAD//20140730 |
| OESSEDKKKXXX544C2706197 140811 | 11 | Tag 35B | ISIN DK0060228559 TDC 2010 |
| OESSEDKKKXXX544C2706197 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX544C2706197 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX544C2706197 140811 | 14 | Tag 36B | :ESTT//UNIT/1145000, |
| OESSEDKKKXXX544C2706197 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX544C2706197 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX544C2706197 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX544C2706197 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX544C2706197 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2706197 140811 | 20 | Tag 95P | :DEAG//NDEADKKKXXX |
| OESSEDKKKXXX544C2706197 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2706197 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2706197 140811 | 23 | Tag 95P | :SELL//JEFFGB2X |
| OESSEDKKKXXX544C2706197 140811 | 24 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2706197 140811 | 25 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C2706197 140811 | 26 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX544C2706197 140811 | 27 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C2706197 140811 | 28 | Tag 16S | SETDET |

CONFIDENTIAL
ED&F-00042317

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX545E1000035335801 140811 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX545E1000035335801 140811 | 2 | Tag 20C | :SEME//E1000035335801 |
| OESSEDKKKXXX545E1000035335801 140811 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX545E1000035335801 140811 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX545E1000035335801 140811 | 5 | Tag 20C | :RELA//E1000035335801 |
| OESSEDKKKXXX545E1000035335801 140811 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX545E1000035335801 140811 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX545E1000035335801 140811 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX545E1000035335801 140811 | 9 | Tag 98A | :TRAD//20140730 |
| OESSEDKKKXXX545E1000035335801 140811 | 10 | Tag 98A | :ESET//20140811 |
| OESSEDKKKXXX545E1000035335801 140811 | 11 | Tag 35B | ISIN DK0060228559 |
| OESSEDKKKXXX545E1000035335801 140811 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX545E1000035335801 140811 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX545E1000035335801 140811 | 14 | Tag 36B | :ESTT//UNIT/1500000, |
| OESSEDKKKXXX545E1000035335801 140811 | 15 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX545E1000035335801 140811 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX545E1000035335801 140811 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX545E1000035335801 140811 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX545E1000035335801 140811 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035335801 140811 | 20 | Tag 95P | :DEAG//ESSEDKKKXXX |
| OESSEDKKKXXX545E1000035335801 140811 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035335801 140811 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035335801 140811 | 23 | Tag 95P | :SELL//INGBGB2LXXX |
| OESSEDKKKXXX545E1000035335801 140811 | 24 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035335801 140811 | 25 | Tag 16R | SETPRTY |
| OESSEDKKKXXX545E1000035335801 140811 | 26 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX545E1000035335801 140811 | 27 | Tag 16S | SETPRTY |
| OESSEDKKKXXX545E1000035335801 140811 | 28 | Tag 16R | AMT |
| OESSEDKKKXXX545E1000035335801 140811 | 29 | Tag 19A | :ESTT//EUR12127500, |
| OESSEDKKKXXX545E1000035335801 140811 | 30 | Tag 16S | AMT |
| OESSEDKKKXXX545E1000035335801 140811 | 31 | Tag 16S | SETDET |

CONFIDENTIAL
ED&F-00042318



SWIFT Message Detail

**Message ID** [illegible] **Retrieve**

SWIFT Information

**Msg Type**
544

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
C2734538

**Purpose**
N/A

**Asset Series**
354600

**Curr Series**
0.0

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:7E2BB5B976A5}

**User Hdr**
{108:0811102836479480}

**Basic Hdr**
F01MACVGB22AXXX0758915001

**App Hdr**
O5441028140811ESSEDKKKCXXX27789746251408110928N

**Load User**
SHSYSTEM

**Load Date**
11-08-2014 04:31:17

**Load Port**
S808207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS** ☐

**OATS Sent** ☐

**File Name**
06845917.TXT

**Memo**

Details (29)

Show Groups — System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C2734538 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E1000035460001 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :ESET//20140811 |
| 10 | 10 | 98A | :TRAD//20140730 |
| 11 | 11 | 35B | ISIN DK0060228559 |
| 12 | 12 | 000 | TDC 2010 |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :ESTT//UNIT/1009000, |
| 16 | 16 | 97A | :SAFE//05295142814 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//MSLNGB2XXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MSLNGB2X |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16S | SETDET |

**Release** CONFIDENTIAL **Modify** **Tag Value** ED&F-00042319

SWIFT Message Detail Retrieved



SWIFT Message Detail

**Message ID** [illegible]

Retrieve

SWIFT Information

**Msg Type**
544

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
C2734540

**Purpose**
N/A

**Asset Series**
354602

**Curr Series**
0.0

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:7ECAB5F976A5}

**User Hdr**
{108:0811102836522576}

**Basic Hdr**
F01MACVGB22AXXX0758915002

**App Hdr**
O5441028140811ESSEDKKKBXXX5511729434140811 0928N

**Load User**
SHSYSTEM

**Load Date**
11-08-2014 04:31:17

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS** ☐

**OATS Sent** ☐

**File Name**
06845917.TXT

**Memo**

**Details (29)**

Show Groups

System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C2734540 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E1000035460201 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :ESET//20140811 |
| 10 | 10 | 98A | :TRAD//20140730 |
| 11 | 11 | 35B | ISIN DK0060228559 |
| 12 | 12 | 000 | TDC 2010 |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :ESTT//UNIT/1000000, |
| 16 | 16 | 97A | :SAFE//05295142814 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//MSLNGB2XXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MSLNGB2X |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16S | SETDET |

Release CONFIDENTIAL Modify **Tag Value**

ED&F-00042320

SWIFT Message Detail Retrieved

## SWIFT Message Detail

**Message ID** [illegible] **Retrieve**

### SWIFT Information

| | |
|---|---|
| **Msg Type** | **Direction** |
| 544 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| C2734542 | N/A |
| **Asset Series** | **Curr Series** |
| 354604 | 0.0 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **User Hdr** |
| {MAC:00000000}{CHK:7ECAF53976A5} | {108:0811102836551720} |
| **Basic Hdr** | **App Hdr** |
| F01MACVGB22AXXX0758915003 | O5441028140811ESSEDKKKAXXX50481854431408110928N |
| **Load User** | **Load Date** |
| SHSYSTEM | 11-08-2014 04:31:17 |
| **Load Port** | **Proc User** |
| S608207NJ3VW07 | N/A |
| **Proc Date** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | **OATS** ☐ |
| [NULL] | **OATS Sent** ☐ |
| **File Name** | |
| 06845917.TXT | |
| **Memo** | |

### Details (29)

Show Groups System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C2734542 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E100003546040 1 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :ESET//20140811 |
| 10 | 10 | 98A | :TRAD//20140730 |
| 11 | 11 | 35B | ISIN DK0060228559 |
| 12 | 12 | 000 | TDC 2010 |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :ESTT//UNIT/1000000, |
| 16 | 16 | 97A | :SAFE//05295142814 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//MSLNGB2XXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MSLNGB2X |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16S | SETDET |

**Release** CONFIDENTIAL **Modify** **Tag Value**

ED&F-00042321

SWIFT Message Detail Retrieved

SWIFT Message Detail

**Message ID** 4451758 **Retrieve**

SWIFT Information

**Msg Type**
544

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
C2734548

**Purpose**
N/A

**Asset Series**
354606

**Curr Series**
0.0

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:7ECBB57976A5}

**User Hdr**
{108:0811102836579360}

**Basic Hdr**
F01MACVGB22AXXX0758915004

**App Hdr**
O5441028140811ESSEDKKKCXXX2778974627140811O928N

**Load User**
SHSYSTEM

**Load Date**
11-08-2014 04:31:17

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS** ☐

**OATS Sent** ☐

**File Name**
06845917.TXT

**Memo**

Details (29)

Show Groups

System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C2734548 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E1000035460601 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :ESET//20140811 |
| 10 | 10 | 98A | :TRAD//20140730 |
| 11 | 11 | 35B | ISIN DK0060228559 |
| 12 | 12 | 000 | TDC 2010 |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :ESTT//UNIT/1000000, |
| 16 | 16 | 97A | :SAFE//05295142814 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//MSLNGB2XXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MSLNGB2X |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16S | SETDET |

Release CONFIDENTIAL Modify **Tag Value**

ED&F-00042322

SWIFT Message Detail Retrieved

SWIFT Message Detail

**Message ID** 243575 Retrieve

SWIFT Information

**Msg Type**
544

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
C2734550

**Purpose**
N/A

**Asset Series**
354608

**Curr Series**
0.0

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:7EEAB4B976A5}

**User Hdr**
{108:0811121042520104}

**Basic Hdr**
F01MACVGB22AXXX0758915924

**App Hdr**
O5441210140811ESSEDKKKBXXX55117298141408111111N

**Load User**
SHSYSTEM

**Load Date**
11-08-2014 06:14:11

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS**

**OATS Sent**

**File Name**
06845925.TXT

**Memo**

Details (29)

Show Groups System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C2734550 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E100003546080 1 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :ESET//20140811 |
| 10 | 10 | 98A | :TRAD//20140730 |
| 11 | 11 | 35B | ISIN DK0060228559 |
| 12 | 12 | 000 | TDC 2010 |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :ESTT//UNIT/1000000, |
| 16 | 16 | 97A | :SAFE//05295142814 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//MSLNGB2XXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MSLNGB2X |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16S | SETDET |

Release Modify **Tag Value**

CONFIDENTIAL

SWIFT Message Detail Retrieved

SWIFT Message Detail

**Message ID** [illegible] **Retrieve**

SWIFT Information

**Msg Type**
545

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
C2750740

**Purpose**
N/A

**Asset Series**
354816

**Curr Series**
354815

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:145A839B66B4}

**User Hdr**
{108:0811060318670272}

**Basic Hdr**
F01MACVGB22AXXX0758913657

**App Hdr**
O5450604140811ESSEDKKKBXXX55117281901408110504N

**Load User**
SHSYSTEM

**Load Date**
11-08-2014 01:01:36

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS** ☐

**OATS Sent** ☐

**File Name**
06845899.TXT

**Memo**

Details (32)

Show Groups System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C2750740 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E1000035481601 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :ESET//20140811 |
| 10 | 10 | 98A | :TRAD//20140807 |
| 11 | 11 | 35B | ISIN DK0060228559 |
| 12 | 12 | 000 | TDC 2010 |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :ESTT//UNIT/3400000, |
| 16 | 16 | 97A | :SAFE//05295142814 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//ESSEDKKKXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MACVGB22 |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16R | AMT |
| 30 | 30 | 19A | :ESTT//DKK176122210, |
| 31 | 31 | 16S | AMT |
| 32 | 32 | 16S | SETDET |

Release Modify **Tag Value**

CONFIDENTIAL

ED&F-00042324

SWIFT Message Detail Retrieved







