# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : American Investment Group of NY
Date          : 08-08-2014
Currency      : USD

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Var Margin | 4,818,820.00 Cr | 0.17987876 | 866,803.37 Cr | 4,818,820.00 Cr | 0.17987876 | 866,803.37 Cr |
| DKK Cash | 176,122,210.00 Dr | 0.17987876 | 31,680,644.74 Dr | 0.00 Cr | 0.17987876 | 0.00 Cr |
| EUR Cash | 42,757.54 Cr | 1.34100000 | 57,337.86 Cr | 42,757.54 Cr | 1.34100000 | 57,337.86 Cr |
| USD Cash | 8,369,541.84 Dr | 1.00000000 | 8,369,541.84 Dr | 8,369,541.84 Dr | 1.00000000 | 8,369,541.84 Dr |
| | | | 39,126,045.35 Dr | | | 7,445,400.61 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| TDC DC | TDC A/S | C | 3,400,000.00 Lg | 51.8007 | 49.0500 | 176,122,210.00 Dr | 166,770,000.00 Cr | 9,352,210.00 Dr | DKK |
| | | | | | Totals: | 176,122,210.00 Dr | 166,770,000.00 Cr | 9,352,210.00 Dr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| VEON US | VEON LTD | C | 684,000.00 Lg | 12.9902 | 8.2000 | 8,885,269.44 Dr | 5,608,800.00 Cr | 3,276,469.44 Dr | USD |
| | | | | | Totals: | 8,885,269.44 Dr | 5,608,800.00 Cr | 3,276,469.44 Dr | |

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| TKF15AUG2014 | TKF15AUG2014BCLEAR | 34,000.00 Sh | 50.4673 | 49.0500 | 171,588,820.00 Cr | 166,770,000.00 Dr | 4,818,820.00 Cr | DKK |
| | | | | | 171,588,820.00 Cr | 166,770,000.00 Dr | 4,818,820.00 Cr | DKK |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity Asset | Trd Price | Proceeds Cur |
|---|---|---|---|---|---|---|
| 07-08-14 | 11-08-14 | Normal | BUY | 3,400,000.00 TDC DC | 51.8007 | 176,122,210.00 Dr DKK |

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Valuation Reset | Next | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 172560 | 12-11-13 15-11-13 | 12-11-14 | VEON US VEON LTD | 684,000 S | 12.9900 | 8,885,160 USD | 8.2000 | 3,276,360 | | Fixed | 0.0000 | 0.00 |

CONFIDENTIAL
ED&F-00042325

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : American Investment Group of NY
Date          : 08-08-2014
Currency      : USD

## Account Summary

| Item | Amount (USD) |
|------|-------------|
| Value of opening currency balance | 7,934,670.84 Dr |
| Value of trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 489,270.23 Cr |
| **Value of closing currency balance(s)** | **7,445,400.61 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 31,680,644.74 Dr |
| **Trade Date Cash Balance** | **39,126,045.35 Dr** |
| Market Value of Positions | 35,607,180.81 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 3,276,360.00 Cr |
| **Preliminary Account Value** | **242,504.54 Dr** |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 1,657,402.89 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **1,657,402.89 Dr** |

## Futures Initial Requirement

| Cur Requirement | | Requirement (USD) | Conv Rate |
|------|------|------|------|
| DKK | 9,214,000.00 Dr | 1,657,402.89 Dr | 0.17988 |
| | | 1,657,402.89 Dr | |

CONFIDENTIAL

ED&F-00042326

# Account Equity

| | |
|---|---|
| ED&F Man Capital Markets Ltd | Account Number: CC:AMERIC-INVGR |
| 3 London Bridge Street | Account Name  : American Investment Group of NY |
| London SE1 9SG | Date          : 08-08-2014 |
| United Kingdom | Currency      : USD |

## Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|---|---|---|---|---|---|---|---|---|
| 164965 | Money due call | Issued | 01-08-2014 | 01-08-2014 | 08-08-2014 | 122,960.62 | 122,960.62 | USD |
| 165686 | Money due call | Issued | 04-08-2014 | 04-08-2014 | 11-08-2014 | 1,619,876.64 | 1,619,876.64 | USD |
| 166412 | Money due call | Issued | 05-08-2014 | 05-08-2014 | 12-08-2014 | 264,595.60 | 264,595.60 | USD |
| 167144 | Money due call | Issued | 06-08-2014 | 06-08-2014 | 13-08-2014 | 623,940.49 | 623,940.49 | USD |
| 168628 | Futures call | Issued | 08-08-2014 | 08-08-2014 | 08-08-2014 | 3,411,697.45 | 3,411,697.45 | USD |
| | | | | | | 6,043,070.80 | 6,043,070.80 | |

**Total Account Value**                  **1,899,907.43 Dr**

## Financing Summary

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |

CONFIDENTIAL

ED&F-00042327

# TDC A/S                                                                                                      TDC DC

| ISIN: DK0060228559 | | | | SEDOL: 5698790 | | | | | COUNTRY: DK | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | EX DATE: | 08/08/2014 | REC DATE: | 12/08/2014 | | PAY DATE: | 13/08/2014 | | |
| | | CCY: DKK | | GROSS RATE: | 1.50 | | FEE: | 0.00 | | |

## AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR: DATE:
CZ / FI / NO / PL / SE

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 3,400,000 | | 3,723,000.00 | | | 21/08/14 - Client Hedges position adjusted vs Pollen to reflect |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 5,778,000 | | 6,326,910.00 | | | corrected position - MPM |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 2,025,000 | | 2,217,375.00 | | YES | 19/08/14 - Maple position split out to include piece @ 73% |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 5,778,000 | | 6,326,910.00 | | | and refelected back to Client Hedges & Pollen adj vs Client |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 2,025,000 | | 2,217,375.00 | | YES | Hedges - MPM |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 5,778,000 | | 6,326,910.00 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 25,000 | | 27,375.00 | | YES | |
| CC:DW0000-CONST | DW CONSTRUCTION INC RETIREMENT PLAN | 73% | 3,400,000 | | 3,723,000.00 | | | |
| CC:FEDLOG-FEDLO | FEDERATED LOGISTICS 401(K) PLAN | 73% | 2,000,000 | | 2,190,000.00 | | | |
| CC:GSA000-TRAD0 | GSA Trading (Canada) Corporate Pension Plan | 73% | 3,500,000 | | 3,832,500.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 5,778,000 | | 6,326,910.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 2,025,000 | | 2,217,375.00 | | YES | |
| CC:KAMCO0-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 73% | 2,777,424 | | 3,041,279.28 | | | |
| CC:KAMCO0-INVES | KAMCO INVESTMENTS INC PENSION PLAN | 73% | 3,500,000 | | 3,832,500.00 | | | |
| CC:MOIRA0-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 73% | 3,400,000 | | 3,723,000.00 | | | |
| CC:TVETER-TVETE | Tveter LLC Pension Plan | 73% | 1,100,000 | | 1,204,500.00 | | | |
| LC:DENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -40,913,000 | -44,799,735.00 | | | |
| LC:DENDKK-DKKDK | SEB Depot 05295142814 | 73% | | -3,276,424 | -3,587,684.28 | | | |
| BK:000004-00000 | ICBC (due to incorrectly allocated stock) | 73% | | -2,000,000 | -2,190,000.00 | YES | | |
| BK:000004-00000 | IDB Vs Equity Finance (SEB-MAIN) | 73% | | -3,200,000 | -3,504,000.00 | YES | | |
| BK:000004-00000 | The Link Asset & Securities Co Ltd | 73% | | -2,900,000 | -3,175,500.00 | YES | | |
| | | TOTALS | 52,289,424 | -52,289,424 | TOTALS 57,256,919.28 | -57,256,919.28 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:ABN000-AMRO0 | ABN AMRO Bank NV UK Branch | 85% | 2,500,000 | | 3,187,500.00 | | YES | | 15-Aug | 323695 |
| BR:INGL00-INGL0 | ING Bank NV (London Branch) | 85% | 9,514,424 | | 12,130,890.60 | | YES | | 19-Aug | 324596 |
| BR:JEFFER-INTER | Jefferies International Ltd | 85% | 6,645,000 | | 8,472,375.00 | | YES | | 19-Aug | 324597 |
| BR:MACQUA-MACQU | MACQUARIE BANK LIMITED | 85% | 2,580,000 | | 3,289,500.00 | | YES | | 15-Aug | 323696 |
| BR:MAPLE0-UKLTD | Maple Securities UK Ltd | 85% | 4,700,000 | | 5,992,500.00 | | YES | 6,156,750.00 | 19-Aug | 324598 |
| BR:MAPLE0-UKLTD | Maple Securities UK Ltd | 73% | 150,000 | | 164,250.00 | | YES | | | |
| BR:MSIPLC-LDN00 | Morgan Stanley & Co International Plc | 85% | 5,000,000 | | 6,375,000.00 | | YES | | 19-Aug | 324599 |
| BR:NOMURA-NOMUR | Nomura International Plc | 85% | 4,000,000 | | 5,100,000.00 | | YES | | 15-Aug | 323697 |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 3,031,800 | | 4,547,700.00 | | | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 1,936,800 | | 2,905,200.00 | | | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 100% | 90,200 | | 135,300.00 | | | | | |
| CC:CUBXBE-00000 | Cubix Managers Limited Partnerships | 100% | 4,995,000 | | 7,492,500.00 | | | | | |

CONFIDENTIAL                                                                                              ED&F-00042328

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CC:GSA000-TRAD0 | GSA Trading (Canada) Corporate Pension Plan | 100% | 500,000 | | | 750,000.00 | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 100% | 1,729,200 | | | 2,593,800.00 | | |
| CC:KAMCO0-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 100% | 123,576 | | | 185,364.00 | | |
| CC:CLIENT-HEDGE | Client Hedges | 100% | | 123,576 | | | | -185,364.00 |
| CC:CLIENT-HEDGE | Client Hedges | 85% | | 16,327,424 | | | | -20,817,465.60 |
| CC:CLIENT-HEDGE | Client Hedges | 73% | | -130,000 | | | | 164,250.00 |
| CC:CUBXBE-BLOAN | Cubix Managers Limited Partnerships - BLOAN | 100% | | -4,995,000 | | | | -7,492,500.00 |
| CC:ETS000-MALTA | ETS Malta Limited | 85% | | -3,500,000 | | | | -4,462,500.00 |
| CC:ETS000-MALTA | ETS Malta Limited | 100% | | -500,000 | | | | -750,000.00 |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 85% | | 15,112,000 | | | | 19,267,800.00 |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -6,783,000 | | | | -10,182,000.00 |
| | | | SL TOTALS | 47,496,000 | -47,496,000 | TOTALS | 63,321,879.60 | -63,321,879.60 |

# SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|---|
| CC:APEXCP-BLOAN | Apex Capital Limited - BLOAN | 100% | 4,995,000 | | | 7,492,500.00 | |
| CC:APEX00-CPLTD | Apex Capital Limited | 100% | | -4,995,000 | | | -7,492,500.00 |
| | | | SWP TOTALS | 4,995,000 | -4,995,000 | TOTALS | 7,492,500.00 -7,492,500.00 |

| PREPARED: | DESK SIGN OFF: | | OPS MANAGER SIGN OFF: |
|---|---|---|---|
| AGENT CASH RECEIVED | CLAIMS PAID | D1 JOURNAL POSTED | JOURNAL NUMBERS UPDATED |

DATE:

FILE CLOSED:
CLOSER:

CONFIDENTIAL

ED&F-00042329

| MESSAGE_ID | Tag Sequence   Tag Name | Tag Value |
|---|---|---|
| OESSEDKKKXXX566C140813000267757 140813 | 1 Tag 16R | GENL |
| OESSEDKKKXXX566C140813000267757 140813 | 2 Tag 20C | :CORP//140808DVCA149034 |
| OESSEDKKKXXX566C140813000267757 140813 | 3 Tag 20C | :SEME//C140813000267757 |
| OESSEDKKKXXX566C140813000267757 140813 | 4 Tag 23G | NEWM |
| OESSEDKKKXXX566C140813000267757 140813 | 5 Tag 22F | :CAEV//DVCA |
| OESSEDKKKXXX566C140813000267757 140813 | 6 Tag 16R | LINK |
| OESSEDKKKXXX566C140813000267757 140813 | 7 Tag 13A | :LINK//564 |
| OESSEDKKKXXX566C140813000267757 140813 | 8 Tag 20C | :PREV//C140812000267256 |
| OESSEDKKKXXX566C140813000267757 140813 | 9 Tag 16S | LINK |
| OESSEDKKKXXX566C140813000267757 140813 | 10 Tag 16S | GENL |
| OESSEDKKKXXX566C140813000267757 140813 | 11 Tag 16R | USECU |
| OESSEDKKKXXX566C140813000267757 140813 | 12 Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX566C140813000267757 140813 | 13 Tag 35B | ISIN DK0060228559<br>TDC 2010 |
| OESSEDKKKXXX566C140813000267757 140813 | 14 Tag 93B | :CONB//UNIT/40913000, |
| OESSEDKKKXXX566C140813000267757 140813 | 15 Tag 16S | USECU |
| OESSEDKKKXXX566C140813000267757 140813 | 16 Tag 16R | CADETL |
| OESSEDKKKXXX566C140813000267757 140813 | 17 Tag 98A | :XDTE//20140808 |
| OESSEDKKKXXX566C140813000267757 140813 | 18 Tag 98A | :RDTE//20140812 |
| OESSEDKKKXXX566C140813000267757 140813 | 19 Tag 16S | CADETL |
| OESSEDKKKXXX566C140813000267757 140813 | 20 Tag 16R | CACONF |
| OESSEDKKKXXX566C140813000267757 140813 | 21 Tag 13A | :CAON//001 |
| OESSEDKKKXXX566C140813000267757 140813 | 22 Tag 22F | :CAOP//CASH |
| OESSEDKKKXXX566C140813000267757 140813 | 23 Tag 16R | CASHMOVE |
| OESSEDKKKXXX566C140813000267757 140813 | 24 Tag 22H | :CRDB//CRED |
| OESSEDKKKXXX566C140813000267757 140813 | 25 Tag 97A | :CASH//52950017004263 |
| OESSEDKKKXXX566C140813000267757 140813 | 26 Tag 19B | :PSTA//DKK44799735, |
| OESSEDKKKXXX566C140813000267757 140813 | 27 Tag 19B | :GRSS//DKK61369500, |
| OESSEDKKKXXX566C140813000267757 140813 | 28 Tag 19B | :NETT//DKK44799735, |
| OESSEDKKKXXX566C140813000267757 140813 | 29 Tag 19B | :WITL//DKK16569765, |
| OESSEDKKKXXX566C140813000267757 140813 | 30 Tag 98A | :POST//20140813 |
| OESSEDKKKXXX566C140813000267757 140813 | 31 Tag 98A | :VALU//20140813 |
| OESSEDKKKXXX566C140813000267757 140813 | 32 Tag 98A | :PAYD//20140813 |
| OESSEDKKKXXX566C140813000267757 140813 | 33 Tag 92F | :GRSS//DKK1,500000 |
| OESSEDKKKXXX566C140813000267757 140813 | 34 Tag 92A | :TAXR//27, |
| OESSEDKKKXXX566C140813000267757 140813 | 35 Tag 16S | CASHMOVE |
| OESSEDKKKXXX566C140813000267757 140813 | 36 Tag 16S | CACONF |
| OESSEDKKKXXX566C140813000267757 140813 | 37 Tag 16R | ADDINFO |
| OESSEDKKKXXX566C140813000267757 140813 | 38 Tag 70E | :PACO//SEB MERCHANT BANKING<br>CUSTODY SERVICES DENMARK<br>CORPORATE ACTIONS<br>PHONE +45 3328 1047, +45 3328<br>1055 |
| OESSEDKKKXXX566C140813000267757 140813 | 39 Tag 16S | ADDINFO |

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX566C140813000267758 140813 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX566C140813000267758 140813 | 2 | Tag 20C | :CORP//140808DVCA149034 |
| OESSEDKKKXXX566C140813000267758 140813 | 3 | Tag 20C | :SEME//C140813000267758 |
| OESSEDKKKXXX566C140813000267758 140813 | 4 | Tag 23G | NEWM |
| OESSEDKKKXXX566C140813000267758 140813 | 5 | Tag 22F | :CAEV//DVCA |
| OESSEDKKKXXX566C140813000267758 140813 | 6 | Tag 16R | LINK |
| OESSEDKKKXXX566C140813000267758 140813 | 7 | Tag 13A | :LINK//564 |
| OESSEDKKKXXX566C140813000267758 140813 | 8 | Tag 20C | :PREV//C140812000267257 |
| OESSEDKKKXXX566C140813000267758 140813 | 9 | Tag 16S | LINK |
| OESSEDKKKXXX566C140813000267758 140813 | 10 | Tag 16S | GENL |
| OESSEDKKKXXX566C140813000267758 140813 | 11 | Tag 16R | USECU |
| OESSEDKKKXXX566C140813000267758 140813 | 12 | Tag 97A | :SAFE//05295142814 |
| OESSEDKKKXXX566C140813000267758 140813 | 13 | Tag 35B | ISIN DK0060228559 TDC 2010 |
| OESSEDKKKXXX566C140813000267758 140813 | 14 | Tag 93B | :CONB//UNIT/3276424, |
| OESSEDKKKXXX566C140813000267758 140813 | 15 | Tag 16S | USECU |
| OESSEDKKKXXX566C140813000267758 140813 | 16 | Tag 16R | CADETL |
| OESSEDKKKXXX566C140813000267758 140813 | 17 | Tag 98A | :XDTE//20140808 |
| OESSEDKKKXXX566C140813000267758 140813 | 18 | Tag 98A | :RDTE//20140812 |
| OESSEDKKKXXX566C140813000267758 140813 | 19 | Tag 16S | CADETL |
| OESSEDKKKXXX566C140813000267758 140813 | 20 | Tag 16R | CACONF |
| OESSEDKKKXXX566C140813000267758 140813 | 21 | Tag 13A | :CAON//001 |
| OESSEDKKKXXX566C140813000267758 140813 | 22 | Tag 22F | :CAOP//CASH |
| OESSEDKKKXXX566C140813000267758 140813 | 23 | Tag 16R | CASHMOVE |
| OESSEDKKKXXX566C140813000267758 140813 | 24 | Tag 22H | :CRDB//CRED |
| OESSEDKKKXXX566C140813000267758 140813 | 25 | Tag 97A | :CASH//52950017004247 |
| OESSEDKKKXXX566C140813000267758 140813 | 26 | Tag 19B | :PSTA//DKK3587684,28 |
| OESSEDKKKXXX566C140813000267758 140813 | 27 | Tag 19B | :GRSS//DKK4914636, |
| OESSEDKKKXXX566C140813000267758 140813 | 28 | Tag 19B | :NETT//DKK3587684,28 |
| OESSEDKKKXXX566C140813000267758 140813 | 29 | Tag 19B | :WITL//DKK1326951,72 |
| OESSEDKKKXXX566C140813000267758 140813 | 30 | Tag 98A | :POST//20140813 |
| OESSEDKKKXXX566C140813000267758 140813 | 31 | Tag 98A | :VALU//20140813 |
| OESSEDKKKXXX566C140813000267758 140813 | 32 | Tag 98A | :PAYD//20140813 |
| OESSEDKKKXXX566C140813000267758 140813 | 33 | Tag 92F | :GRSS//DKK1,500000 |
| OESSEDKKKXXX566C140813000267758 140813 | 34 | Tag 92A | :TAXR//27, |
| OESSEDKKKXXX566C140813000267758 140813 | 35 | Tag 16S | CASHMOVE |
| OESSEDKKKXXX566C140813000267758 140813 | 36 | Tag 16S | CACONF |
| OESSEDKKKXXX566C140813000267758 140813 | 37 | Tag 16R | ADDINFO |
| OESSEDKKKXXX566C140813000267758 140813 | 38 | Tag 70E | :PACO//SEB MERCHANT BANKING CUSTODY SERVICES DENMARK CORPORATE ACTIONS PHONE +45 3328 1047, +45 3328 1055 |
| OESSEDKKKXXX566C140813000267758 140813 | 39 | Tag 16S | ADDINFO |

ED&F-00042331

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX566C140829000269314 140829 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX566C140829000269314 140829 | 2 | Tag 20C | :CORP//140808DVCA149034 |
| OESSEDKKKXXX566C140829000269314 140829 | 3 | Tag 20C | :SEME//C140829000269314 |
| OESSEDKKKXXX566C140829000269314 140829 | 4 | Tag 23G | NEWM |
| OESSEDKKKXXX566C140829000269314 140829 | 5 | Tag 22F | :CAEV//DVCA |
| OESSEDKKKXXX566C140829000269314 140829 | 6 | Tag 16R | LINK |
| OESSEDKKKXXX566C140829000269314 140829 | 7 | Tag 13A | :LINK//540 |
| OESSEDKKKXXX566C140829000269314 140829 | 8 | Tag 20C | :RELA//E1000035493909 |
| OESSEDKKKXXX566C140829000269314 140829 | 9 | Tag 16S | LINK |
| OESSEDKKKXXX566C140829000269314 140829 | 10 | Tag 16S | GENL |
| OESSEDKKKXXX566C140829000269314 140829 | 11 | Tag 16R | USECU |
| OESSEDKKKXXX566C140829000269314 140829 | 12 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX566C140829000269314 140829 | 13 | Tag 35B | ISIN DK0060228559 |
| | | | TDC 2010 |
| OESSEDKKKXXX566C140829000269314 140829 | 14 | Tag 93B | :CONB//UNIT/2000000, |
| OESSEDKKKXXX566C140829000269314 140829 | 15 | Tag 16S | USECU |
| OESSEDKKKXXX566C140829000269314 140829 | 16 | Tag 16R | CADETL |
| OESSEDKKKXXX566C140829000269314 140829 | 17 | Tag 98A | :XDTE//20140808 |
| OESSEDKKKXXX566C140829000269314 140829 | 18 | Tag 98A | :RDTE//20140812 |
| OESSEDKKKXXX566C140829000269314 140829 | 19 | Tag 22F | :ADDB//CLAI |
| OESSEDKKKXXX566C140829000269314 140829 | 20 | Tag 16S | CADETL |
| OESSEDKKKXXX566C140829000269314 140829 | 21 | Tag 16R | CACONF |
| OESSEDKKKXXX566C140829000269314 140829 | 22 | Tag 13A | :CAON//001 |
| OESSEDKKKXXX566C140829000269314 140829 | 23 | Tag 22F | :CAOP//CASH |
| OESSEDKKKXXX566C140829000269314 140829 | 24 | Tag 16R | CASHMOVE |
| OESSEDKKKXXX566C140829000269314 140829 | 25 | Tag 22H | :CRDB//CRED |
| OESSEDKKKXXX566C140829000269314 140829 | 26 | Tag 97A | :CASH//52950017004263 |
| OESSEDKKKXXX566C140829000269314 140829 | 27 | Tag 19B | :PSTA//DKK2190000, |
| OESSEDKKKXXX566C140829000269314 140829 | 28 | Tag 19B | :MKTC//DKK2190000, |
| OESSEDKKKXXX566C140829000269314 140829 | 29 | Tag 19B | :GRSS//DKK3000000, |
| OESSEDKKKXXX566C140829000269314 140829 | 30 | Tag 19B | :NETT//DKK2190000, |
| OESSEDKKKXXX566C140829000269314 140829 | 31 | Tag 19B | :WITL//DKK810000, |
| OESSEDKKKXXX566C140829000269314 140829 | 32 | Tag 98A | :POST//20140829 |
| OESSEDKKKXXX566C140829000269314 140829 | 33 | Tag 98A | :VALU//20140829 |
| OESSEDKKKXXX566C140829000269314 140829 | 34 | Tag 98A | :PAYD//20140813 |
| OESSEDKKKXXX566C140829000269314 140829 | 35 | Tag 92F | :GRSS//DKK1,500000 |
| OESSEDKKKXXX566C140829000269314 140829 | 36 | Tag 92A | :TAXR//27, |
| OESSEDKKKXXX566C140829000269314 140829 | 37 | Tag 16S | CASHMOVE |
| OESSEDKKKXXX566C140829000269314 140829 | 38 | Tag 16S | CACONF |
| OESSEDKKKXXX566C140829000269314 140829 | 39 | Tag 16R | ADDINFO |
| OESSEDKKKXXX566C140829000269314 140829 | 40 | Tag 70E | :PACO//SEB MERCHANT BANKING |
| | | | CUSTODY SERVICES DENMARK |
| | | | CORPORATE ACTIONS |
| | | | PHONE +45 3328 1047, +45 3328 1055 |
| OESSEDKKKXXX566C140829000269314 140829 | 41 | Tag 16S | ADDINFO |

ED&F-00042332





E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Autoparts Pensions Group Trust - 910 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 08/08/2014 |
| Record Date: | 12/08/2014 |
| Pay Date: | 13/08/2014 |
| Quantity: | 7,803,000.00 |
| Gross Div Rate: | 1.5 |
| Amount Received: | 8,544,285.00 |
| WHT Suffered: | 3,160,215.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Autoparts Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED  SIGNATORY

Christina MacKinnon

Mackinno

Head of Securities Operations

Cottons Centre
CONFIDENTIAL
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000
ED&F-00042334



ED&F
MAN

### E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Casting Pensions Group Trust - 910 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 08/08/2014 |
| Record Date: | 12/08/2014 |
| Pay Date: | 13/08/2014 |
| Quantity: | 7,803,000.00 |
| Gross Div Rate: | 1.5 |
| Amount Received: | 8,544,285.00 |
| WHT Suffered: | 3,160,215.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Casting Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon



Head of Securities Operations

Cottons Centre
CONFIDENTIAL
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000
ED&F-00042424



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Central Technologies Pensions Group Trust - 910 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 08/08/2014 |
| Record Date: | 12/08/2014 |
| Pay Date: | 13/08/2014 |
| Quantity: | 5,803,000.00 |
| Gross Div Rate: | 1.5 |
| Amount Received: | 6,354,285.00 |
| WHT Suffered: | 2,350,215.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Central Technologies Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
CONFIDENTIAL
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000
ED&F-00042514



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, DW CONSTRUCTION INC RETIREMENT PLAN - Suite 103, 5532 Lillehammer Lane, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 08/08/2014 |
| Record Date: | 12/08/2014 |
| Pay Date: | 13/08/2014 |
| Quantity: | 3,400,000.00 |
| Gross Div Rate: | 1.5 |
| Amount Received: | 3,723,000.00 |
| WHT Suffered: | 1,377,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to DW CONSTRUCTION INC RETIREMENT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00042604



### E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane,  London SE1 2QE
and registered in the United Kingdom – confirm, FEDERATED LOGISTICS 401(K) PLAN -
599 Middlesex Road, Darien, Connecticut, 06820, USA, was holding the below security over
the dividend date

| | |
|---|---:|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 08/08/2014 |
| Record Date: | 12/08/2014 |
| Pay Date: | 13/08/2014 |
| Quantity: | 2,000,000.00 |
| Gross Div Rate: | 1.5 |
| Amount Received: | 2,190,000.00 |
| WHT Suffered: | 810,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be
reclaiming the tax. The dividends specified on this credit advice were paid net of withholding
tax to FEDERATED LOGISTICS 401(K) PLAN. If you have any further concerns or issues
please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*Mackinnon*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00042677