# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name   : American Investment Group of NY
Date           : 28-11-2014
Currency       : USD

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 72,017,837.72 Dr |
| Value of trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 0.00 Cr |
| **Value of closing currency balance(s)** | **72,017,837.72 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 34,662,547.79 Dr |
| **Trade Date Cash Balance** | **106,680,385.51 Dr** |
| Market Value of Positions | 102,129,168.49 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 5,019,614.18 Cr |
| **Preliminary Account Value** | **468,397.16 Cr** |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 0.00 Cr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **0.00 Cr** |

## Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|---|---|---|---|---|---|---|---|---|
| 225694 | Money due call | Issued | 21-11-2014 | 21-11-2014 | 28-11-2014 | 1,118,913.10 | 1,118,913.10 | USD |
| 226397 | Money due call | Issued | 24-11-2014 | 24-11-2014 | 01-12-2014 | 353,113.94 | 353,113.94 | USD |
| 227101 | Money due call | Issued | 25-11-2014 | 25-11-2014 | 02-12-2014 | 237,114.08 | 237,114.08 | USD |
| 229251 | Money due call | Issued | 28-11-2014 | 28-11-2014 | 05-12-2014 | 2,842,075.90 | 2,842,075.90 | USD |
| | | | | | | 4,551,217.02 | 4,551,217.02 | |

CONFIDENTIAL                                                                                               ED&F-00026801

## Account Equity

ED&F Man Capital Markets Ltd  
3 London Bridge Street  
London SE1 9SG  
United Kingdom

Account Number: CC:AMERIC-INVGR  
Account Name   : American Investment Group of NY  
Date           : 28-11-2014  
Currency       : USD

Total Account Value                              468,397.16 Cr

Financing Summary

Unsettled Value of collateral at close       0.00 Cr
Unsettled Financing Valuation                0.00 Cr
Unsettled Financing Excess at close          0.00

Settled Value of collateral at close         0.00 Cr
Settled Financing Valuation                  0.00 Cr
Settled Financing Excess at close            0.00

Total Financing Excess at close              0.00

CONFIDENTIAL                                              ED&F-00026802



CONFIDENTIAL

ED&F-00026803

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX566C141202000277243 141202 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX566C141202000277243 141202 | 2 | Tag 20C | :CORP//141104DVCA154421 |
| OESSEDKKKXXX566C141202000277243 141202 | 3 | Tag 20C | :SEME//C141202000277243 |
| OESSEDKKKXXX566C141202000277243 141202 | 4 | Tag 23G | NEWM |
| OESSEDKKKXXX566C141202000277243 141202 | 5 | Tag 22F | :CAEV//DVCA |
| OESSEDKKKXXX566C141202000277243 141202 | 6 | Tag 16R | LINK |
| OESSEDKKKXXX566C141202000277243 141202 | 7 | Tag 13A | :LINK//564 |
| OESSEDKKKXXX566C141202000277243 141202 | 8 | Tag 20C | :PREV//C141201000277008 |
| OESSEDKKKXXX566C141202000277243 141202 | 9 | Tag 16S | LINK |
| OESSEDKKKXXX566C141202000277243 141202 | 10 | Tag 16S | GENL |
| OESSEDKKKXXX566C141202000277243 141202 | 11 | Tag 16R | USECU |
| OESSEDKKKXXX566C141202000277243 141202 | 12 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX566C141202000277243 141202 | 13 | Tag 35B | ISIN DK0060227585 CHR HANSEN HOLDING |
| OESSEDKKKXXX566C141202000277243 141202 | 14 | Tag 93B | :CONB//UNIT/4080000, |
| OESSEDKKKXXX566C141202000277243 141202 | 15 | Tag 16S | USECU |
| OESSEDKKKXXX566C141202000277243 141202 | 16 | Tag 16R | CADETL |
| OESSEDKKKXXX566C141202000277243 141202 | 17 | Tag 98A | :XDTE//20141128 |
| OESSEDKKKXXX566C141202000277243 141202 | 18 | Tag 98A | :RDTE//20141201 |
| OESSEDKKKXXX566C141202000277243 141202 | 19 | Tag 16S | CADETL |
| OESSEDKKKXXX566C141202000277243 141202 | 20 | Tag 16R | CACONF |
| OESSEDKKKXXX566C141202000277243 141202 | 21 | Tag 13A | :CAON//001 |
| OESSEDKKKXXX566C141202000277243 141202 | 22 | Tag 22F | :CAOP//CASH |
| OESSEDKKKXXX566C141202000277243 141202 | 23 | Tag 16R | CASHMOVE |
| OESSEDKKKXXX566C141202000277243 141202 | 24 | Tag 22H | :CRDB//CRED |
| OESSEDKKKXXX566C141202000277243 141202 | 25 | Tag 97A | :CASH//52950017004263 |
| OESSEDKKKXXX566C141202000277243 141202 | 26 | Tag 19B | :PSTA//DKK11228568, |
| OESSEDKKKXXX566C141202000277243 141202 | 27 | Tag 19B | :GRSS//DKK15381600, |
| OESSEDKKKXXX566C141202000277243 141202 | 28 | Tag 19B | :NETT//DKK11228568, |
| OESSEDKKKXXX566C141202000277243 141202 | 29 | Tag 19B | :WITL//DKK4153032, |
| OESSEDKKKXXX566C141202000277243 141202 | 30 | Tag 98A | :POST//20141202 |
| OESSEDKKKXXX566C141202000277243 141202 | 31 | Tag 98A | :VALU//20141202 |
| OESSEDKKKXXX566C141202000277243 141202 | 32 | Tag 98A | :PAYD//20141202 |
| OESSEDKKKXXX566C141202000277243 141202 | 33 | Tag 92F | :GRSS//DKK3,770000 |
| OESSEDKKKXXX566C141202000277243 141202 | 34 | Tag 92A | :TAXR//27, |
| OESSEDKKKXXX566C141202000277243 141202 | 35 | Tag 16S | CASHMOVE |
| OESSEDKKKXXX566C141202000277243 141202 | 36 | Tag 16S | CACONF |
| OESSEDKKKXXX566C141202000277243 141202 | 37 | Tag 16R | ADDINFO |
| OESSEDKKKXXX566C141202000277243 141202 | 38 | Tag 70E | :PACO//SEB MERCHANT BANKING CUSTODY SERVICES DENMARK CORPORATE ACTIONS PHONE +371 677 57262 |
| OESSEDKKKXXX566C141202000277243 141202 | 39 | Tag 16S | ADDINFO |

CONFIDENTIAL

ED&F-00026804



CONFIDENTIAL

ED&F-00026805



E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Autoparts Pensions Group Trust - Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Chr Hansen Holding A/S |
| ISIN: | DK0060227585 |
| SEDOL: | B573M11 |
| Ex Date: | 28/11/2014 |
| Record Date: | 01/12/2014 |
| Pay Date: | 02/12/2014 |
| Quantity: | 820,000.00 |
| Gross Div Rate: | 3.77 |
| Amount Received: | 2,256,722.00 |
| WHT Suffered: | 834,678.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Autoparts Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00026806



**E D & F MAN CAPITAL MARKETS LIMITED**

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Casting Pensions Group Trust - Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Chr Hansen Holding A/S |
| ISIN: | DK0060227585 |
| SEDOL: | B573M11 |
| Ex Date: | 28/11/2014 |
| Record Date: | 01/12/2014 |
| Pay Date: | 02/12/2014 |
| Quantity: | 820,000.00 |
| Gross Div Rate: | 3.77 |
| Amount Received: | 2,256,722.00 |
| WHT Suffered: | 834,678.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Casting Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                         ED&F-00026857



E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Central Technologies Pensions Group Trust - Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Chr Hansen Holding A/S |
| ISIN: | DK0060227585 |
| SEDOL: | B573M11 |
| Ex Date: | 28/11/2014 |
| Record Date: | 01/12/2014 |
| Pay Date: | 02/12/2014 |
| Quantity: | 820,000.00 |
| Gross Div Rate: | 3.77 |
| Amount Received: | 2,256,722.00 |
| WHT Suffered: | 834,678.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Central Technologies Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                                  ED&F-00026908



**E D & F MAN CAPITAL MARKETS LIMITED**

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Industrial Pension Group Trust - Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Chr Hansen Holding A/S |
| ISIN: | DK0060227585 |
| SEDOL: | B573M11 |
| Ex Date: | 28/11/2014 |
| Record Date: | 01/12/2014 |
| Pay Date: | 02/12/2014 |
| Quantity: | 820,000.00 |
| Gross Div Rate: | 3.77 |
| Amount Received: | 2,256,722.00 |
| WHT Suffered: | 834,678.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Industrial Pension Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*C. Mackinnon*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL    ED&F-00026960



hr Hansen Holding A/S                                                                                          CHR DC

ISIN: DK0060227585     SEDOL: B573M11     COUNTRY: DK
EX DATE: 28/11/2014     REC DATE: 01/12/2014     PAY DATE: 02/12/2014
CCY: DKK     GROSS RATE: 3.77     FEE: 0.00

### AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR CZ/FI/NO/PL/SE    DATE: N/A

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY LP PENSION PLAN | 73% | 800,000 | | 2,201,680.00 | | | |
| AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 820,000 | | 2,256,722.00 | | | |
| CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 820,000 | | 2,256,722.00 | | | |
| CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 820,000 | | 2,256,722.00 | | | |
| INDUST-PENGP | Industrial Pension Group Trust | 73% | 820,000 | | 2,256,722.00 | | | |
| ENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -4,080,000 | | -11,228,568.00 | | |
| | TOTALS | | 4,080,000 | -4,080,000 | TOTALS 11,228,568.00 | -11,228,568.00 | | |

### SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| MSIPLC-LDN00 | Morgan Stanley & Co International Plc | 85% | 800,000 | | 2,563,600.00 | | YES | | 4/12 | 362857 |
| CLIENT-HEDGE | Client Hedges | 85% | | 800,000 | | -2,563,600.00 | | | | |
| | SL TOTALS | | 800,000 | -800,000 | TOTALS 2,563,600.00 | -2,563,600.00 | | | | |

### SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | SWP TOTALS | | 0 | 0 | TOTALS 0.00 | 0.00 |

PREPARED: [signature]    DESK SIGN OFF: [signature]    OPS MANAGER SIGN OFF: [signature]

NT CASH RECEIVED: [signature]    CLAIMS PAID: [signature]    DI JOURNAL POSTED: N/A    JOURNAL NUMBERS UPDATED: [signature]    DATE: 05/12/14    FILE CLOSED CLOSER: [signature]