

# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN - 75 Claremont Road, Suite 309, Bernardsville, New Jersey, 07924, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 05/12/2014 |
| Record Date: | 08/12/2014 |
| Pay Date: | 09/12/2014 |
| Quantity: | 1,500,000.00 |
| Gross Div Rate: | 7.5 |
| Amount Received: | 8,212,500.00 |
| WHT Suffered: | 3,037,500.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE
CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

ED&F-00045535

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 03 December 2014 17:17 |
| **To:** | Stacey Kaminer; Mina, Sara (LDN) |
| **Cc:** | Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL |
| **Subject:** | RE: COLOB DC |
| **Attachments:** | 1,550,000 COLOB confirm (MOIRA0 -ASSOC); 600,000 COLOB DC confirm (DW0000-CONST); 350,000 COLOB DC confirm (GOLDST-LAWGP); COLOB DC confirm (AMERIC-INVGR); e176347 _execution_seller.pdf; e176581_execution_seller.pdf; e176350_execution_seller.pdf; **CONFIRM** |

Confirms attached.

Thanks,
Oliver

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 03 December 2014 16:08
**To:** Mina, Sara (LDN)
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: COLOB DC

I am happy with the pricing please allocate to the following accounts:

1.5 mil AMERIC-INVGR
350k GOLDST-LAWGP
600k DW0000-CONST
1.55 mil MOIRA0 -ASSOC

Best,

Stacey

**From:** Mina, Sara (LDN) [mailto:smina@edfmancapital.com]
**Sent:** Wednesday, December 03, 2014 8:54 AM
**To:** Stacey Kaminer
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: COLOB DC

Hi Stacey,

Please see suggested pricing below.

You buy 1,500,000 COLOB DC @ DKK 527 T+2
Hedged with CLF Ice futures Dec 14 expiry at DKK 520.3603

You buy 350,000 COLOB DC @ DKK 527 T+2
Hedged with CLF Ice futures Dec 14 expiry at DKK 520.4168

You buy 600,000 COLOB DC @ DKK 527 T+2
Hedged with CLF Ice futures Dec 14 expiry at DKK 520.3793

You buy 1,550,000 COLOB DC @ DKK 527 T+2
Hedged with CLF Ice futures Dec 14 expiry at DKK 520.3823

CONFIDENTIAL                                                                 ED&F-00045536

Thanks,
Sara

---

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 02 December 2014 16:35
**To:** Bottomley, Oliver (LDN); Mina, Sara (LDN)
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: COLOB DC

Max size is 4 mil

---

**From:** Bottomley, Oliver (LDN) [mailto:obottomley@edfmancapital.com]
**Sent:** Tuesday, December 02, 2014 9:34 AM
**To:** Stacey Kaminer; Mina, Sara (LDN)
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: COLOB DC

Do you have a max size on this name Stacey?
Seeing other smaller pieces of liquidity around.

Thanks,
Oliver

---

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 02 December 2014 15:41
**To:** Mina, Sara (LDN)
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: COLOB DC

We are interested thanks.

---

**From:** Mina, Sara (LDN) [mailto:smina@edfmancapital.com]
**Sent:** Tuesday, December 02, 2014 5:46 AM
**To:** Stacey Kaminer
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** COLOB DC

Hi Stacey,

We have seen some very good liquidity in COLOB DC and were wondering if this would be of interest.

We're being offered up to 4 million shares at 88.78, Would this be of interest to you?

Many thanks,
Sara

Sara Mina
Equity Finance Trader

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7629  |  Desk: +44 (0)203 580 7625  |  Mobile: +44 (0)7810867085

CONFIDENTIAL                                    ED&F-00045537

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is

CONFIDENTIAL                                                                      ED&F-00045538

authorise... legitimate ...cial Document Number in the ... Member of the LSE.
http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL

ED&F-00045539

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 03 December 2014 17:12 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | 350,000 COLOB DC confirm (GOLDST-LAWGP) |

**From:** Regan, Paul (LDN)
**Sent:** 03 December 2014 16:42
**To:** Bottomley, Oliver (LDN)
**Cc:** Schofield, Paul (LDN); Liddard, Ross (LDN)
**Subject:** 350,000 COLOB DC confirm (SEB please)

Hi Oli,

To confirm ED&F MCM OBO GOLDST-LAWGP (A/C SEB MAIN) BUY the following:

350,000 COLOB DC (DK0060448595) @ DKK 527
@ DKK 527.00659 Net

TRADE DATE: 03-DEC
VALUE DATE: 05-DEC

Thanks,
Regan

Much Appreciated,

Paul A Regan
Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7638
Mobile: +44 (0)79854 75190

CONFIDENTIAL

ED&F-00045540

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 03 December 2014 17:11 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | 600,000 COLOB DC confirm (DW0000-CONST) |

Hi Oli,

To confirm ED&F MCM OBO DW0000-CONST (A/C SEB MAIN) BUY the following:

600,000 COLOB DC (DK0060448595) @ DKK 527
                                    @ DKK 527.00659 Net

TRADE DATE: 03-DEC
VALUE DATE: 05-DEC

Thanks,
Regan

Much Appreciated,

Paul A Regan
Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7639
Mobile: +44 (0)79354 75190

CONFIDENTIAL

ED&F-00045541

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 03 December 2014 17:11 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | 1,550,000 COLOB confirm (MOIRA0 -ASSOC) |

**From:** Regan, Paul (LDN)
**Sent:** 03 December 2014 16:42
**To:** Bottomley, Oliver (LDN)
**Cc:** Schofield, Paul (LDN); Liddard, Ross (LDN)
**Subject:** 1,550,000 COLOB confirm (SEB please)

Hi Oli,

To confirm ED&F MCM OBO MOIRA0 -ASSOC (A/C SEB MAIN) BUY the following:

1,550,000 COLOB DC (DK0060448595) @ DKK 527
@ DKK 527.00659 Net

SHAPES: 900,000 / 500,000 / 150,000

TRADE DATE: 03-DEC
VALUE DATE: 05-DEC

Thanks,
Regan


Much Appreciated,

Paul A Regan
Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7638
Mobile: +44 (0)79854 75190

CONFIDENTIAL                    ED&F-00045542

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 03 December 2014 17:14 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | COLOB DC confirm (AMERIC-INVGR) |

Hi Oli,

To confirm ED&F MCM (A/C SEB MAIN) OBO AMERIC-INVGR BUYS the following:

1,500,000 COLOB DC (DK0060448595) @ DKK 527
@ DKK 527.00659 Net

SHAPES: 2 x 750,000

TRADE DATE: 03-DEC
VALUE DATE: 05-DEC

Thanks,
Regan

Much Appreciated,

Paul A Regan
Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London. SE1 2QE
Direct: +44 (0)20 3580 7638
Mobile: +44 (0)79854 75190

CONFIDENTIAL

ED&F-00045543

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Oliver Bottomley (E D & F MAN CAPITAL) <obottomley2@bloomberg.net> |
| **Sent:** | 03 December 2014 17:01 |
| **Subject:** | **CONFIRM** |

--- Original Sender: JAMES LEVER, MINT PARTNERS ---

**CONFIRM**

E D & F SELL 15,500 COLOB DC (CLP) DEC'14 ICE FUTURES (REF 527) MOIRA ASSOCIATES

SPLIT 1 : 11,935 @ 520.38
SPLIT 2 : 3,565 @ 520.39

TOTAL   : 15,500 @ 520.3823

ACCOUNT : ECM LEQ HI002

MANY THANKS, JAMES

-----------------------------------------------------------------------------

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited.  If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

CONFIDENTIAL                                                                          ED&F-00045544

LONDON

*Powered by mBOSStm*



# SUNRISE

| | | |
|---|---|---|
| TRADE CONFIRMATION REFERENCE: | e176347 | DATE: 03 December 2014 |
| TO | ED&F Man Capital Markets Ltd | |
| TRADER | Freddie Ireland – Email (fireland@edfmancapital.com) | |

## Equity Finance - Futures

| | |
|---|---|
| Equity | Coloplast |
| Futures Contract Code | Intercontinental Exchange Contract: CLP Dec 2014 |
| Multiplier | 100 |
| Number of Futures | 15,000 |
| Expiry of the futures | 19 Dec 14 |
| Cross Level | 520.3602 |
| Currency | DKK |
| Obligations: | ED&F Man Capital Markets Ltd sells 15,000 Cash Intercontinental Exchange Futures |
| Trade Date | 03/12/2014 |
| Settlement Date | 05/12/2014 |

SUNRISE BROKERS LONDON BROKERAGE FEE        Pounds Sterling 0

SUNRISE BROKERS LONDON PAYMENT DETAILS FOR BANK TRANSFERS

SUNRISE BROKERS LONDON, Barclays Bank, Level 11, 1 Churchill Place, London, UK E14 5HP
SORT CODE: 20-19-90, ACCOUNT NO: 90808458, SWIFT CODE: BARCGB22

Authorised & regulated by the Financial Conduct Authority: FRN No. 208265
Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.
**www.sunrisebrokers.com**

ED&F-00045545

LONDON

*Powered by mBOSStm*



# SUNRISE

| | | |
|---|---|---|
| TRADE CONFIRMATION REFERENCE: | e176350 | DATE: 03 December 2014 |
| TO | ED&F Man Capital Markets Ltd | |
| TRADER | Freddie Ireland – Email (fireland@edfmancapital.com) | |

## Equity Finance - Futures

| | |
|---|---|
| Equity | Coloplast |
| Futures Contract Code | Intercontinental Exchange Contract: CLP Dec 2014 |
| Multiplier | 100 |
| Number of Futures | 3,500 |
| Expiry of the futures | 19 Dec 14 |
| Cross Level | 520.4168 |
| Currency | DKK |
| Obligations: | ED&F Man Capital Markets Ltd sells 3,500 Cash Intercontinental Exchange Futures |
| Trade Date | 03/12/2014 |
| Settlement Date | 05/12/2014 |

SUNRISE BROKERS LONDON BROKERAGE FEE        Pounds Sterling 700

SUNRISE BROKERS LONDON PAYMENT DETAILS FOR BANK TRANSFERS

SUNRISE BROKERS LONDON, Barclays Bank, Level 11, 1 Churchill Place, London, UK E14 5HP
SORT CODE: 20-19-90, ACCOUNT NO: 90808458, SWIFT CODE: BARCGB22

Authorised & regulated by the Financial Conduct Authority: FRN No. 208265
Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.
**www.sunrisebrokers.com**

CONFIDENTIAL

ED&F-00045546



# SUNRISE

TRADE CONFIRMATION REFERENCE:    e176581                                              DATE: 03 December 2014
TO                               ED&F Man Capital Markets Ltd
TRADER                           Oliver Bottomley - Email (obottomley@edfmancapital.com)

## Equity Finance - Futures

| | |
|---|---|
| Equity | Coloplast |
| Futures Contract Code | Intercontinental Exchange Contract: CLP Dec 2014 |
| Multiplier | 100 |
| Number of Futures | 6,000 |
| Expiry of the futures | 19 Dec 14 |
| Cross Level | 520.3793 |
| Currency | DKK |
| Obligations: | ED&F Man Capital Markets Ltd sells 6,000 Cash Intercontinental Exchange Futures |
| Trade Date | 03/12/2014 |
| Settlement Date | 05/12/2014 |

SUNRISE BROKERS LONDON BROKERAGE FEE          Pounds Sterling 1,200

SUNRISE BROKERS LONDON PAYMENT DETAILS FOR BANK TRANSFERS

SUNRISE BROKERS LONDON, Barclays Bank, Level 11, 1 Churchill Place, London, UK E14 5HP
SORT CODE: 20-19-90, ACCOUNT NO: 90808458, SWIFT CODE: BARCGB22

Authorised & regulated by the Financial Conduct Authority: FRN No. 208265
Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.
**www.sunrisebrokers.com**

CONFIDENTIAL                                              ED&F-00045547

**Charlotte Woodward**

| | |
|---|---|
| **From:** | PAUL REGAN <pregan@edfmancapital.com> |
| **Sent:** | 03 December 2014 12:45 |
| **Subject:** | Bloomberg: COLOB DC confirm |

Greeting: EQUITY FINANCE BROKER 0203 580 7638 07985475190

Hi Tom,

To confirm MS EDS LUX SELLS the following:

1,500,000 COLOB DC (DK0060448595) @ DKK 527

SHAPES: 2 x 750,000

TRADE DATE: 03-DEC
VALUE DATE: 05-DEC

Thanks,
Regan

**Sent By :**

 B  **PAUL REGAN**, pregan@edfmancapital.com, PREGAN18@Bloomberg.net, E D & F MAN CAPITAL

**Recipients :**

 B  **TOM ONIONS**, TONIONS@Bloomberg.net, MORGAN STANLEY & CO

**Disclaimers :**

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 3485 | 2014-12-04 04:25:57 AM (EST)

CONFIDENTIAL                                                                            ED&F-00045548



Details (32)

Story Groups                                    System Default

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//C4062431 |
| 3 | 23G | NEWM |
| 4 | 16R | LINK |
| 5 | 20C | :RELA//EY0000SV311801 |
| 6 | 16S | LINK |
| 7 | 16S | GENL |
| 8 | 16R | TRADDET |
| 9 | 98A | :ESET//20141205 |
| 10 | 98A | :TRAD//20141203 |
| 11 | 35B | ISIN DK0009448595 |
| 12 | 000 | COLOPLAST B |
| 13 | 16S | TRADDET |
| 14 | 16R | FIAC |
| 15 | 36B | :ESTT//UNIT/750000, |
| 16 | 97A | :SAFE//08256142906 |
| 17 | 16S | FIAC |
| 18 | 16R | SETDET |
| 19 | 22F | :SETR//TRAD |
| 20 | 16R | SETPRTY |
| 21 | 95P | :DEAG//ESSEDKKXXXX |
| 22 | 16S | SETPRTY |
| 23 | 16R | SETPRTY |
| 24 | 95P | :SELL//MACVGB2L |
| 25 | 16S | SETPRTY |
| 26 | 16R | SETPRTY |
| 27 | 95P | :PSET//VPDKDKKXXXX |
| 28 | 16S | SETPRTY |
| 29 | 16R | AMT |
| 30 | 19A | :ESTT//DKK395254942,50 |
| 31 | 16S | AMT |
| 32 | 16S | CONFIDENTIAL ELYSIUM-00045550 |

CONFIDENTIAL ELYSIUM-00045550