

CONFIDENTIAL ED&F00045551

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name   : American Investment Group of NY
Date           : 05-12-2014
Currency       : USD

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 951,671,472.99 Dr | 0.16510914 | 157,129,658.47 Dr | 951,671,472.99 Dr | 0.16510914 | 157,129,658.47 Dr |
| DKK Var Margin | 9,224,700.00 Dr | 0.16510914 | 1,523,082.28 Dr | 9,224,700.00 Dr | 0.16510914 | 1,523,082.28 Dr |
| EUR Cash | 36,211,207.71 Dr | 1.22830000 | 44,476,226.43 Dr | 36,211,207.71 Dr | 1.22830000 | 44,476,226.43 Dr |
| USD Cash | 365,618.16 Cr | 1.00000000 | 365,618.16 Cr | 365,618.16 Cr | 1.00000000 | 365,618.16 Cr |
| | | | 202,765,349.02 Dr | | | 202,765,349.02 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| COLOB DC | COLOPLAST-B | C | 1,500,000.00 Lg | 527.0066 | 526.5000 | 790,509,885.00 Dr | 789,750,000.00 Cr | 759,885.00 Dr | DKK |
| TDC DC | TDC A/S | C | 3,400,000.00 Lg | 51.8007 | 50.0000 | 176,122,210.00 Dr | 170,000,000.00 Cr | 6,122,210.00 Dr | DKK |
| | | | | | Totals: | 966,632,095.00 Dr | 959,750,000.00 Cr | 6,882,095.00 Dr | |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UMI BB | UMICORE | C | 997,600.00 Lg | 37.1205 | 32.8050 | 37,031,370.90 Dr | 32,726,268.00 Cr | 4,305,102.90 Dr | EUR |
| | | | | | Totals: | 37,031,370.90 Dr | 32,726,268.00 Cr | 4,305,102.90 Dr | |

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| DFD19DEC2014 | DFD19DEC2014BCLEAR | 15,000.00 Sh | 520.3602 | 526.5100 | 780,540,300.00 Cr | 789,765,000.00 Dr | 9,224,700.00 Dr | DKK |
| | | | | | 780,540,300.00 Cr | 789,765,000.00 Dr | 9,224,700.00 Dr | DKK |

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity | D | Open Price | Notional | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 321173 | 13-08-14 14-08-14 | 18-03-15 | TDC DC TDC A/S | 3,400,000 | S | 48.0015 | 163,205,100 | DKK | 50.0000 | -6,794,900 | | Fixed | 0.0000 | 0.00 |
| 361598 | 27-11-14 01-12-14 | 05-12-14 | CHR DC CHR HANSEN HOLDING A/S | 0 | S | 258.5636 | 0 | DKK | 261.5000 | 0 | | Fixed | 0.3050 | 0.00 |
| 324624 | 01-09-14 04-09-14 | 16-09-15 | UMI BB UMICORE | 997,600 | S | 36.3310 | 36,243,806 | EUR | 32.8050 | 3,517,538 | | Fixed | 0.0000 | 0.00 |

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name   : American Investment Group of NY
Date           : 05-12-2014
Currency       : USD

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 105,101,312.22 Dr |
| Value of trades settling today | 95,992,783.92 Dr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 1,671,252.88 Dr |
| **Value of closing currency balance(s)** | **202,765,349.02 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 0.00 Cr |
| **Trade Date Cash Balance** | **202,765,349.02 Dr** |
| Market Value of Positions | 198,661,172.10 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 3,198,691.33 Cr |
| **Preliminary Account Value** | **905,485.59 Dr** |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 10,154,212.11 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **10,154,212.11 Dr** |

## Futures Initial Requirement

| Cur | Requirement | Requirement (USD) | Conv Rate |
|---|---|---|---|
| DKK | 61,500,000.00 Dr | 10,154,212.11 Dr | 0.16511 |
| | | 10,154,212.11 Dr | |

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name   : American Investment Group of NY
Date           : 05-12-2014
Currency       : USD

## Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|---|---|---|---|---|---|---|---|---|
| 229251 | Money due call | Issued | 28-11-2014 | 28-11-2014 | 05-12-2014 | 2,842,075.90 | 2,842,075.90 | USD |
| 229955 | Money due call | Issued | 01-12-2014 | 01-12-2014 | 09-12-2014 | 726,594.31 | 726,594.31 | USD |
| 232803 | Futures call | Issued | 05-12-2014 | 05-12-2014 | 05-12-2014 | 9,166,636.54 | 9,166,636.54 | USD |
| | | | | | | 12,735,306.75 | 12,735,306.75 | |

**Total Account Value**         11,059,697.70 Dr

## Financing Summary

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |

# Coloplast A/S

**COLOB DC**

ISIN: DK0060448595  SEDOL: B8FMRX8  COUNTRY: DK

EX DATE: 05/12/2014  REC DATE: 08/12/2014  PAY DATE: 09/12/2014

CCY: DKK  GROSS RATE: 7.50  FEE: 0.00

## AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR: DATE: N/A
C2 / FI / NO / PL / SE

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY LP PENSION PLAN | 73% | 1,500,000 | | 8,212,500.00 | | | 09/12/2014 - Rates amended as per desk request  MPM |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 155,000 | | 848,625.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 155,000 | | 848,625.00 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 155,000 | | 848,625.00 | | | |
| CC:DW0000-CONST | DW CONSTRUCTION INC RETIREMENT PLAN | 73% | 600,000 | | 3,285,000.00 | | | |
| CC:GOLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheli | 73% | 350,000 | | 1,916,250.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 165,000 | | 903,375.00 | | | |
| CC:MOIRA0-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 73% | 1,550,000 | | 8,486,250.00 | | | |
| LC:DENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -4,630,000 | | -25,349,250.00 | | |
| | TOTALS | | 4,630,000 | -4,630,000 | TOTALS  25,349,250.00 | -25,349,250.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:MAPLE0-UKLTD | Maple Securities UK Ltd | 85% | 150,000 | | 956,250.00 | | YES | | 10-Dec | 364196 |
| BR:MSIPLC-LDN00 | Morgan Stanley & Co International Plc | 85% | 1,400,000 | | 8,925,000.00 | | YES | | 10-Dec | 364195 |
| CC:CUBXBE-00000 | Cubix Managers Limited Partnerships | 100% | 500,000 | | 3,750,000.00 | | | | | |
| CC:CLIENT-HEDGE | Client Hedges | 85% | | -1,550,000 | | -9,881,250.00 | | | | |
| CC:CUBXBE-BLOAN | Cubix Managers Limited Partnerships - BLOAN | 100% | | -500,000 | | -3,750,000.00 | | | | |
| | SL TOTALS | | 2,050,000 | -2,050,000 | TOTALS  13,631,250.00 | -13,631,250.00 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| CC:APEXCP-BLOAN | Apex Capital Limited - BLOAN | 73% | 500,000 | | 2,737,500.00 | |
| CC:APEX00-CPLTD | Apex Capital Limited | 73% | | -500,000 | | -2,737,500.00 |
| | SWP TOTALS | | 500,000 | -500,000 | TOTALS  2,737,500.00 | -2,737,500.00 |

PREPARED: [signed]  DESK SIGN OFF: [signed]  OPS MANAGER SIGN OFF: [signed]

AGENT CASH RECEIVED [signed]  CLAIMS PAID [signed]  D1 JOURNAL POSTED  N/A  JOURNAL NUMBERS UPDATED [signed]  DATE: 11/12/14  FILE CLOSED  CLOSER: [signed]

CONFIDENTIAL

ED&F-00045555

| | | | |
|---|---|---|---|
| KKKXXX566C141209000278374 141209 | | 8 Tag 20C | :PREV//C141208000277866 |
| KKKXXX566C141209000278374 141209 | | 9 Tag 16S | LINK |
| KKKXXX566C141209000278374 141209 | | 10 Tag 16S | GENL |
| KKKXXX566C141209000278374 141209 | | 11 Tag 16R | USECU |
| KKKXXX566C141209000278374 141209 | | 12 Tag 97A | :SAFE//05295142806 |
| KKKXXX566C141209000278374 141209 | | 13 Tag 35B | ISIN DK0060448595 COLOPLAST B |
| KKKXXX566C141209000278374 141209 | | 14 Tag 93B | :CONB//UNIT/4630000, |
| KKKXXX566C141209000278374 141209 | | 15 Tag 16S | USECU |
| KKKXXX566C141209000278374 141209 | | 16 Tag 16R | CADETL |
| KKKXXX566C141209000278374 141209 | | 17 Tag 98A | :XDTE//20141205 |
| KKKXXX566C141209000278374 141209 | | 18 Tag 98A | :RDTE//20141208 |
| KKKXXX566C141209000278374 141209 | | 19 Tag 16S | CADETL |
| KKKXXX566C141209000278374 141209 | | 20 Tag 16R | CACONF |
| KKKXXX566C141209000278374 141209 | | 21 Tag 13A | :CAON//001 |
| KKKXXX566C141209000278374 141209 | | 22 Tag 22F | :CAOP//CASH |
| KKKXXX566C141209000278374 141209 | | 23 Tag 16R | CASHMOVE |
| KKKXXX566C141209000278374 141209 | | 24 Tag 22H | :CRDB//CRED |
| KKKXXX566C141209000278374 141209 | | 25 Tag 97A | :CASH//529500017004263 |
| KKKXXX566C141209000278374 141209 | | 26 Tag 19B | :PSTA//DKK25349250, |
| KKKXXX566C141209000278374 141209 | | 27 Tag 19B | :GRSS//DKK34725000, |
| KKKXXX566C141209000278374 141209 | | 28 Tag 19B | :NETT//DKK25349250, |
| KKKXXX566C141209000278374 141209 | | 29 Tag 19B | :WITL//DKK9375750, |
| KKKXXX566C141209000278374 141209 | | 30 Tag 98A | :POST//20141209 |
| KKKXXX566C141209000278374 141209 | | 31 Tag 98A | :VALU//20141209 |
| KKKXXX566C141209000278374 141209 | | 32 Tag 98A | :PAYD//20141209 |
| KKKXXX566C141209000278374 141209 | | 33 Tag 92F | :GRSS//DKK7,500000 |
| KKKXXX566C141209000278374 141209 | | 34 Tag 92A | :TAXR//27, |
| KKKXXX566C141209000278374 141209 | | 35 Tag 16S | CASHMOVE |
| KKKXXX566C141209000278374 141209 | | 36 Tag 16S | CACONF |
| KKKXXX566C141209000278374 141209 | | 37 Tag 16R | ADDINFO |
| KKKXXX566C141209000278374 141209 | | 38 Tag 70E | :PACO//SEB MERCHANT BANKING CUSTODY SERVICES DENMARK CORPORATE ACTIONS PHONE +371 677 57262 |
| KKKXXX566C141209000278374 141209 | | 39 Tag 16S | ADDINFO |



CONFIDENTIAL

ED&F-00045557



**E D & F MAN CAPITAL MARKETS LIMITED**

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Autoparts Pensions Group Trust - Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 05/12/2014 |
| Record Date: | 08/12/2014 |
| Pay Date: | 09/12/2014 |
| Quantity: | 155,000.00 |
| Gross Div Rate: | 7.5 |
| Amount Received: | 848,625.00 |
| WHT Suffered: | 313,875.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Autoparts Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                                                                       ED&F-00045558



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Casting Pensions Group Trust - Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 05/12/2014 |
| Record Date: | 08/12/2014 |
| Pay Date: | 09/12/2014 |
| Quantity: | 155,000.00 |
| Gross Div Rate: | 7.5 |
| Amount Received: | 846,625.00 |
| WHT Suffered: | 313,875.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Casting Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cotton's Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00045598



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Central Technologies Pensions Group Trust - Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 05/12/2014 |
| Record Date: | 08/12/2014 |
| Pay Date: | 09/12/2014 |
| Quantity: | 155,000.00 |
| Gross Div Rate: | 7.5 |
| Amount Received: | 848,625.00 |
| WHT Suffered: | 313,875.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Central Technologies Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*/s/ MacKinnon*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                ED&F-00045638



E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, DW CONSTRUCTION INC RETIREMENT PLAN – 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 05/12/2014 |
| Record Date: | 08/12/2014 |
| Pay Date: | 09/12/2014 |
| Quantity: | 600,000.00 |
| Gross Div Rate: | 7.5 |
| Amount Received: | 3,285,000.00 |
| WHT Suffered: | 1,215,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to DW CONSTRUCTION INC RETIREMENT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*C. MacKinnon*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                    ED&F-00045678



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Industrial Pension Group Trust - Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 05/12/2014 |
| Record Date: | 08/12/2014 |
| Pay Date: | 09/12/2014 |
| Quantity: | 165,000.00 |
| Gross Div Rate: | 7.5 |
| Amount Received: | 903,375.00 |
| WHT Suffered: | 334,125.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Industrial Pension Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                    ED&F-00045700



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, MOIRA ASSOCIATES LLC 401K PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 05/12/2014 |
| Record Date: | 08/12/2014 |
| Pay Date: | 09/12/2014 |
| Quantity: | 1,550,000.00 |
| Gross Div Rate: | 7.5 |
| Amount Received: | 8,486,250.00 |
| WHT Suffered: | 3,138,750.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to MOIRA ASSOCIATES LLC 401K PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                           ED&F-00045740



E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein - 61 Broadway, Suite 1915, New York City, New York, 10006, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 05/12/2014 |
| Record Date: | 08/12/2014 |
| Pay Date: | 09/12/2014 |
| Quantity: | 350,000.00 |
| Gross Div Rate: | 7.5 |
| Amount Received: | 1,916,250.00 |
| WHT Suffered: | 708,750.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE
CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

ED&F-00045782



# Coloplast A/S — COLOB DC

ISIN: DK0060448595  SEDOL: B8FMRX8  COUNTRY: DK
EX DATE: 05/12/2014  REC DATE: 08/12/2014  PAY DATE: 09/12/2014
CCY: DKK  GROSS RATE: 7.50  FEE: 0.00

## AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR: DATE: N/A
CZ / FI / NO / PL / SE

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 1,500,000 | | 8,212,500.00 | | | 09/12/2014 - Rates amended as per desk request - MPM |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 155,000 | | 848,625.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 155,000 | | 848,625.00 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 155,000 | | 848,625.00 | | | |
| CC:DW0000-CONST | DW CONSTRUCTION INC RETIREMENT PLAN | 73% | 600,000 | | 3,285,000.00 | | | |
| CC:GOLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Shel | 73% | 350,000 | | 1,916,250.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 165,000 | | 903,375.00 | | | |
| CC:MOIRA0-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 73% | 1,550,000 | | 8,486,250.00 | | | |
| LG:DENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -4,630,000 | | -25,349,250.00 | | |
| | TOTALS | | 4,630,000 | -4,630,000 | TOTALS 25,349,250.00 | -25,349,250.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:MAPLE0-UKLTD | Maple Securities UK Ltd | 85% | 150,000 | | 956,250.00 | | YES | | 10-Dec | 364196 |
| BR:MSIPLC-LDN00 | Morgan Stanley & Co International Plc | 85% | 1,400,000 | | 8,925,000.00 | | YES | | 10-Dec | 364195 |
| CC:CUBXBE-00000 | Cubix Managers Limited Partnerships | 100% | 500,000 | | 3,750,000.00 | | | | | |
| CC:CLIENT-HEDGE | Client Hedges | 85% | | -1,550,000 | | -9,881,250.00 | | | | |
| CC:CUBXBE-BLOAN | Cubix Managers Limited Partnerships - BLOAN | 100% | | -500,000 | | -3,750,000.00 | | | | |
| | SL TOTALS | | 2,050,000 | -2,050,000 | TOTALS 13,631,250.00 | -13,631,250.00 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| CC:APEXCP-BLOAN | Apex Capital Limited - BLOAN | 73% | 500,000 | | 2,737,500.00 | |
| CC:APEX00-CPLTD | Apex Capital Limited | 73% | | -500,000 | | -2,737,500.00 |
| | SWP TOTALS | | 500,000 | -500,000 | TOTALS 2,737,500.00 | -2,737,500.00 |

PREPARED: [signature]  DESK SIGN OFF: [signature]  OPS MANAGER SIGN OFF: [signature]

AGENT CASH RECEIVED: [✓]  CLAIMS PAID: [✓]  DI JOURNAL POSTED: N/A  JOURNAL NUMBERS UPDATED: [✓]  DATE: 11/12/14  FILE CLOSED / CLOSER: [✓]

# Coloplast A/S — COLOB DC

ISIN: DK0060448595 SEDOL: B8FMRX8 COUNTRY: DK

EX DATE: 05/12/2014 REC DATE: 08/12/2014 PAY DATE: 09/12/2014

CCY: DKK GROSS RATE: 7.50 FEE: 0.00

## AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR: CZ / FI / NO / PL / SE DATE: N/A

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 1,500,000 | | | 8,212,500.00 | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 155,000 | | | 848,625.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 155,000 | | | 848,625.00 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 155,000 | | | 848,625.00 | | | |
| CC:DW0000-CONST | DW CONSTRUCTION INC RETIREMENT PLAN | 73% | 600,000 | | | 3,285,000.00 | | | |
| CC:GOLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheir | 73% | 350,000 | | | 1,916,250.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 165,000 | | | 903,375.00 | | | |
| CC:MOIRA0-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 73% | 1,550,000 | | | 8,486,250.00 | | | |
| LC:DENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -4,630,000 | | | -25,349,250.00 | | |
| | | TOTALS | 4,630,000 | -4,630,000 | TOTALS | 25,349,250.00 | -25,349,250.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BR:MAPLE0-UKLTD | Maple Securities UK Ltd | 85% | 150,000 | | | 956,250.00 | | YES | | 10/12 | 364196 |
| BR:MSIPLC-LDN00 | Morgan Stanley & Co International Plc | 85% | 1,400,000 | | | 8,925,000.00 | | YES | | | 364195 |
| CC:CUBXBE-00000 | Cubix Managers Limited Partnerships | 85% | 500,000 | | | 3,187,500.00 | | | | | |
| CC:CLIENT-HEDGE | Client Hedges | 85% | | -1,550,000 | | | -9,881,250.00 | | | | |
| CC:CUBXBE-BLOAN | Cubix Managers Limited Partnerships - BLOAN | 85% | | -500,000 | | | -3,187,500.00 | | | | |
| | | SL TOTALS | 2,050,000 | -2,050,000 | TOTALS | 13,068,750.00 | -13,068,750.00 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|---|
| CC:APEXCP-BLOAN | Apex Capital Limited - BLOAN | 73% | 500,000 | | | 2,737,500.00 | |
| CC:APEX00-CPLTD | Apex Capital Limited | 73% | | -500,000 | | | -2,737,500.00 |
| | | SWP TOTALS | 500,000 | -500,000 | TOTALS | 2,737,500.00 | -2,737,500.00 |

| | | |
|---|---|---|
| PREPARED: | DESK SIGN OFF: | OPS MANAGER SIGN OFF: |

| | | | | | |
|---|---|---|---|---|---|
| AGENT CASH RECEIVED | CLAIMS PAID | D1 JOURNAL POSTED N/A | JOURNAL NUMBERS UPDATED | DATE: 10/12/14 | FILE CLOSED CLOSER: |

