

**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN - Suite 309, 75 Claremont Road, Bernardsville, New Jersey, 07924, USA, was holding the below security over the dividend date.

| Security Description: | Novozymes A/S |
|---|---|
| ISIN: | DK0060336014 |
| SEDOL: | B798FW0 |
| Ex Date: | 26/02/2015 |
| Record Date: | 27/02/2015 |
| Pay Date: | 02/03/2015 |
| Quantity: | 750,000.00 |
| Gross Div Rate: | 3.00 |
| Amount Received: | 1,642,500.00 |
| WHT Suffered: | 607,500.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00076389

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 25 February 2015 17:32 |
| **To:** | Stacey Kaminer |
| **Cc:** | LDN-EQUITYFINANCE-TRADS-DL |
| **Subject:** | RE: NZYMB |
| **Attachments:** | Confirm NZTMB DC T+3 (Clearing SEB); e182793_execution_seller.pdf |

Got a slightly better price for you on your hedge Stacey, 320.3213.
Confirms attached.

Thanks
Oliver

-----Original Message-----
From: Stacey Kaminer [mailto:SK@acerinvest.com]
Sent: 25 February 2015 17:10
To: Bottomley, Oliver (LDN)
Cc: LDN-EQUITYFINANCE-TRADS-DL
Subject: RE: NZYMB

That works for the following account:

AMERIC-INVGR

-----Original Message-----
From: Bottomley, Oliver (LDN) [mailto:obottomley@edfmancapital.com]
Sent: Wednesday, February 25, 2015 9:53 AM
To: Stacey Kaminer
Cc: LDN-EQUITYFINANCE-TRADS-DL
Subject: RE: NZYMB

Hi Stacey,

Liquidity found up to 750k @ DKK 322.50 T+3.
I can show hedging liquidity @ 320.3208 if that works?

Thanks
Oli

-----Original Message-----
From: Stacey Kaminer [mailto:SK@acerinvest.com]
Sent: 25 February 2015 14:25
To: Bottomley, Oliver (LDN)
Subject: NZYMB

Oil,

The accounts are looking to purchase up to 4.6 million shares of NZYMB DC. Can EDF provide financing and liquidity?
The accounts would also like to sell an SSF.

Stacey

CONFIDENTIAL

ED&F-00076390

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at https://protect-eu.mimecast.com/s/IbaBCEq9VtADEMSNpcfs?domain=edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at https://protect-eu.mimecast.com/s/kkOrCGR5VFyMvGi7Dq1e?domain=fca.org.uk. Member of the LSE.

CONFIDENTIAL

ED&F-00076391

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Goodwin, Richard (LDN) <rgoodwin@edfmancapital.com> |
| **Sent:** | 25 February 2015 16:58 |
| **To:** | Bottomley, Oliver (LDN) |
| **Cc:** | Regan, Paul (LDN); Schofield, Paul (LDN); Liddard, Ross (LDN) |
| **Subject:** | Confirm NZTMB DC T+3 (Clearing SEB) |

Oliver

To confirm,

ED&F Man Capital Markets (Clearing SEB) BUY

Trade date 25/02/15
Value date 02/03/15

NZYMB DC (DK0060336014) NOVOZYMES-B SHS
750,000 shares @ DKK 322.50 **Net DKK 322.50403**

Many thanks,

Richard Goodwin

Equity Finance Broker



Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 203 580 7635

CONFIDENTIAL                                    ED&F-00076392

LONDON

*Powered by mBOSStm*



# SUNRISE

| TRADE CONFIRMATION REFERENCE: | e182793 | | DATE: 25 February 2015 |
|---|---|---|---|
| TO | ED&F Man Capital Markets Ltd | | |
| TRADER | Oliver Bottomley - Email (obottomley@edfmancapital.com) | | |

## Equity Finance - Futures

| Equity | Novozyme | Bloomberg Ticker: | NZYMB DC |
|---|---|---|---|
| Futures Contract Code | Ice Contract: NJD Mar 2015 | | |
| Multiplier | 100 | | |
| Number of Futures | 7,500 | | |
| Expiry of the futures | 20 Mar 15 | | |
| Cross Level | 320.3213 | | |
| Currency | DKK | | |
| Obligations: | ED&F Man Capital Markets Ltd sells 7,500 NZYMB DC Cash Ice Futures | | |
| Trade Date | 25/02/2015 | | |
| Settlement Date | 27/02/2015 | | |

SUNRISE BROKERS LONDON BROKERAGE FEE        Pounds Sterling 0

SUNRISE BROKERS LONDON PAYMENT DETAILS FOR BANK TRANSFERS

SUNRISE BROKERS LONDON, Barclays Bank, Level 11, 1 Churchill Place, London, UK E14 5HP
SORT CODE: 20-19-90, ACCOUNT NO: 90808458, SWIFT CODE: BARCGB22

Authorised & regulated by the Financial Conduct Authority: FRN No. 208265
Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction. **www.sunrisebrokers.com**

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Foster, Victoria (LDN) <vfoster@edfmancapital.com> |
| **Sent:** | 25 February 2015 17:27 |
| **To:** | Henstock, Chris (DUB); Ireland, Freddie (LDN) |
| **Subject:** | RE: Trade for execution |
| **Attachments:** | Confirm NZTMB DC T+3 (Clearing SEB) (18.6 KB); e182793_execution_buyer.pdf |

HI Chris,

Confirms attached.

Thanks, Vic.

**From:** Henstock, Chris (DUB)
**Sent:** 25 February 2015 16:26
**To:** Foster, Victoria (LDN); Ireland, Freddie (LDN)
**Subject:** Trade for execution

Hi Vic/ Freddie,

I am looking for liquidity in the following today, can you help?

Looking to SELL up to 750,000shs NZYMB DC, can you try and get me to Dkk 322.50

Looking to BUY up to 7,500 lots NJD 20 March 2015 ICE Clear Futures, based off a ref of Dkk 322.50 can you try and get me to Dkk 320.3213

Can you help here?

Regards,

Chris.

Chris Henstock
Equity Finance Trader

E D & F Man Professional Trading (Dubai) Limited

Dubai International Financial Centre
Office 14, Level 15, The Gate, P.O. Box 121208, Dubai, UAE
Direct: +971 4 401 9676 | Mobile: +971 (0) 527 275463

chenstock@edfmpt.ae | www.edfman.com

CONFIDENTIAL                                                      ED&F-00076394

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Goodwin, Richard (LDN) <rgoodwin@edfmancapital.com> |
| **Sent:** | 25 February 2015 16:58 |
| **To:** | Foster, Victoria (LDN) |
| **Cc:** | Regan, Paul (LDN); Schofield, Paul (LDN); Liddard, Ross (LDN) |
| **Subject:** | Confirm NZTMB DC T+3 (Clearing SEB) |

Victoria,

To confirm,

ED&F Man Capital Markets (Clearing JPM) SELL

Trade date     25/02/15
Value date     02/03/15

NZYMB DC (DK0060336014) NOVOZYMES-B SHS
750,000 shares @ DKK 322.50

Many thanks,


Richard Goodwin

Equity Finance Broker



Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 203 580 7635

CONFIDENTIAL                                                                                      ED&F-00076395

LONDON

*Powered by mBOSStm*



# SUNRISE

TRADE CONFIRMATION REFERENCE:    e182793                                                           DATE: 25 February 2015
TO                               ED&F Man Capital Markets Ltd
TRADER                           Victoria Foster – Email (vfoster@edfmancapital.com)

## Equity Finance – Futures

| | | | |
|---|---|---|---|
| Equity | Novozyme | Bloomberg Ticker: | NZYMB DC |
| Futures Contract Code | Ice Contract: NJD Mar 2015 | | |
| Multiplier | 100 | | |
| Number of Futures | 7,500 | | |
| Expiry of the futures | 20 Mar 15 | | |
| Cross Level | 320.3213 | | |
| Currency | DKK | | |
| Obligations: | ED&F Man Capital Markets Ltd buys 7,500 NZYMB DC Cash Ice Futures | | |
| Trade Date | 25/02/2015 | | |
| Settlement Date | 27/02/2015 | | |

SUNRISE BROKERS LONDON BROKERAGE FEE          Pounds Sterling 280

SUNRISE BROKERS LONDON PAYMENT DETAILS FOR BANK TRANSFERS

SUNRISE BROKERS LONDON, Barclays Bank, Level 11, 1 Churchill Place, London, UK E14 5HP
SORT CODE: 20-19-90, ACCOUNT NO: 90808458, SWIFT CODE: BARCGB22

Authorised & regulated by the Financial Conduct Authority: FRN No. 208265
Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.
**www.sunrisebrokers.com**



SWIFT Message Detail

Message ID 7255640                                                              Retr

### SWIFT Information

| | |
|---|---|
| **Msg Type** | **Direction** |
| 545 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| 6617685S | N/A |
| **Asset Series** | **Curr Series** |
| 437285 | 437285 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trader Hdr** | **User Hdr** |
| {MAC:00000000}{CHK:1801D93A7840} | {108:0303060118717412} |
| **Basic Hdr** | **App Hdr** |
| F01MACVGXX22AXX0730527O519 | O5450601150203ESSEBXXXEXXX554953X2101503030502N |
| **Load User** | **Load Date** |
| SHSYSTEM | 03-03-2015 01:01:59 |
| **Load Port** | **Proc User** |
| S608207NJ3VW07 | N/A |
| **Proc Date** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | **OATS** ☐ |
| [NULL] | **OATS Sent** ☐ |
| **File Name** | |
| DK842415.TXT | |
| **Memo** | CONFIDENTIAL |

### Details (32)

Show Groups                                                    System Default

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | SEME//CS178586 |
| 3 | 23G | NEWM |
| 4 | 16R | LINK |
| 5 | 20C | RELA//E1000043728601 |
| 6 | 16S | LINK |
| 7 | 16S | GENL |
| 8 | 16R | TRADDET |
| 9 | 98A | ESET//20150303 |
| 10 | 98A | TRAD//20150225 |
| 11 | 35B | ISIN DK0008031014 |
| 12 | 00D | NOVOZYMES 2011 |
| 13 | 16S | TRADDET |
| 14 | 16R | FIAC |
| 15 | 36B | ESTT//UNIT/750000, |
| 16 | 97A | SAFE//00295142808 |
| 17 | 16S | FIAC |
| 18 | 16R | SETDET |
| 19 | 22F | SETR//TRAD |
| 20 | 16R | SETPRTY |
| 21 | 95P | DEAG//ESSEDKKC0#NK |
| 22 | 16S | SETPRTY |
| 23 | 16R | SETPRTY |
| 24 | 95P | SELL//MACVG822 |
| 25 | 16S | SETPRTY |
| 26 | 16R | SETPRTY |
| 27 | 95P | PSET//VPDKDXXXXXX |
| 28 | 16S | SETPRTY |
| 29 | 16R | AMT |
| 30 | 19A | ESTT//DKK241873522,50 |
| 31 | 16S | AMT |
| 32 | 16S | SETDET |

ED&F-00076398

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : American Investment Group of NY
Date          : 26-02-2015
Currency      : USD

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 164,666,459.71 Dr | 0.15008255 | 24,713,562.18 Dr | 164,063,437.21 Dr | 0.15008255 | 24,623,059.02 Dr |
| EUR Cash | 36,235,012.04 Dr | 1.11980000 | 40,575,966.48 Dr | 36,235,012.04 Dr | 1.11980000 | 40,575,966.18 Dr |
| USD Cash | 234,801,321.84 Dr | 1.00000000 | 234,801,321.84 Dr | 234,801,321.84 Dr | 1.00000000 | 234,801,321.84 Dr |
| | | | 300,090,850.50 Dr | | | 300,000,347.44 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| TDC DC | TDC A/S | C | 3,400,000.00 Lg | 51.8007 | 52.6000 | 176,122,210.00 Dr | 178,840,000.00 Cr | 2,717,790.00 Cr | DKK |
| | | | | | Totals: | 176,122,210.00 Dr | 178,840,000.00 Cr | 2,717,790.00 Cr | |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UMI BB | UMICORE | C | 997,600.00 Lg | 37.1205 | 38.6800 | 37,031,370.90 Dr | 38,587,168.00 Cr | 1,555,797.10 Cr | EUR |
| | | | | | Totals: | 37,031,370.90 Dr | 38,587,168.00 Cr | 1,555,797.10 Cr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| RDS/A US | ROYAL DUTCH SHELL PLC-ADR | C | 2,400,000.00 Lg | 65.6608 | 64.8200 | 157,585,968.00 Dr | 155,568,000.00 Cr | 2,017,968.00 Dr | USD |
| UN US | UNILEVER N V -NY SHARES | C | 1,800,000.00 Lg | 43.1005 | 43.2500 | 77,580,972.00 Dr | 77,850,000.00 Cr | 269,028.00 Cr | USD |
| | | | | | Totals: | 235,166,940.00 Dr | 233,418,000.00 Cr | 1,748,940.00 Dr | |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 25-02-15 | 02-03-15 | Normal | BUY | 750,000.00 | NZYMB DC | 322.5040 | 241,878,022.50 Dr | DKK |
| 26-02-15 | 02-03-15 | Normal | SEL | 750,000.00 | NZYMB DC | 321.7000 | 241,275,000.00 Cr | DKK |

## Equity Swaps

| Tick | Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity | D | Open Price | Notional | Cur | Market Price | MTM Next Valuation Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 321173 | 13-08-14 14-08-14 | 18-03-15 | TDC DC TDC A/S | 3,400,000 | S | 48.0015 | 163,205,100 | DKK | 52.6000 | -15,634,900 | Fixed | 0.0000 | 0.00 |

CONFIDENTIAL

ED&F-00076399

# Account Equity

| ED&F Man Capital Markets Ltd | | Account Number: CC:AMERIC-INVGR |
|---|---|---|
| 3 London Bridge Street | | Account Name  : American Investment Group of NY |
| London SE1 9SG | | Date          : 26-02-2015 |
| United Kingdom | | Currency      : USD |

## Equity Swaps (Con't)

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324624 | 01-09-14 04-09-14 | 16-09-15 | UMI BB UMICORE | 997,600 S | 36.3310 | 36,243,806 EUR | 38.6800 | -2,343,362 | | Fixed | 0.0000 | 0.00 |
| 378429 | 10-02-15 12-02-15 | 21-05-15 | RDS/A US ROYAL DUTCH SHELL PLC-ADR | 2,400,000 S | 65.5907 | 157,417,680 USD | 64.8200 | 1,849,680 | | Fixed | 0.0000 | 0.00 |
| 375827 | 03-02-15 06-02-15 | 30-04-15 | UN US UNILEVER N V -NY SHARES | 1,800,000 S | 42.8060 | 77,050,800 USD | 43.2500 | -799,200 | | Fixed | 0.0000 | 0.00 |

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 299,765,070.01 Dr |
| Value of trades settling today | 1,002.22 Dr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 234,175.11 Dr |
| **Value of closing currency balance(s)** | **300,000,347.34 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 90,503.16 Dr |
| **Trade Date Cash Balance** | **300,090,850.50 Dr** |
| Market Value of Positions | 303,468,673.97 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 3,920,142.88 Dr |
| **Preliminary Account Value** | **542,319.41 Dr** |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 0.00 Cr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **0.00 Cr** |

CONFIDENTIAL                                                                                               ED&F-00076400