# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name : American Investment Group of NY
Date : 26-02-2015
Currency : USD

Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|---|---|---|---|---|---|---|---|---|
| 268804 | Money due call | Issued | 19-02-2015 | 19-02-2015 | 26-02-2015 | 1,064,724.53 | 1,064,724.53 | USD |
| | | | | | | 1,064,724.53 | 1,064,724.53 | |

**Total Account Value** 542,319.41 Dr

## Financing Summary

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |



# Novozymes A/S — NZYMB DC

ISIN: DK0060336014 SEDOL: B798FW0 COUNTRY: DK

EX DATE: 26/02/2015 REC DATE: 27/02/2015 PAY DATE: 02/03/2015

CCY: DKK GROSS RATE: 3.00 FEE: 0.00

## AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR: CZ / FI / NO / PL / SE — DATE: N/A

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 750,000 | | 1,642,500.00 | | | |
| CC:GOLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO She | 73% | 558,000 | | 1,222,020.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 557,000 | | 1,219,830.00 | | | |
| BK:000004-00000 | Equity Finance Vs IOB (SEB) | 73% | 750,000 | | 1,642,500.00 | | | |
| CC:EDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -750,000 | | -1,642,500.00 | | |
| BK:000004-00000 | Equity Finance Vs IOB (SEB) | 73% | | -750,000 | | -1,642,500.00 | | |
| LC:DENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -1,115,000 | | -2,441,850.00 | | |
| | | TOTALS | 2,615,000 | -2,615,000 | TOTALS 5,726,850.00 | -5,726,850.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:MACQUA-MACQU | MACQUARIE BANK LIMITED | 85% | 1,125,000 | | 2,868,750.00 | | YES | 2,846,850.00 | 6/3 | 393353 |
| BR:MACQUA-MACQU | MACQUARIE BANK LIMITED | 73% | | -10,000 | | -21,900.00 | | | | |
| CC:POLLEN-FUNDO | POLLEN FUND LIMITED | 73% | 10,327,636 | | 22,617,522.84 | | | | | |
| CC:CLIENT-HEDGE | Client Hedges | 73% | 10,000 | | 21,900.00 | | | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | | -2,534,434 | | -5,550,410.46 | | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | | -2,577,034 | | -5,643,704.46 | | | | |
| CC:CLIENT-HEDGE | Client Hedges | 85% | | -1,125,000 | | -2,868,750.00 | | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | | -2,557,784 | | -5,601,546.96 | | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | | -2,658,384 | | -5,821,860.96 | | | | |
| | | SL TOTALS | 11,462,636 | -11,462,636 | TOTALS 25,508,172.84 | -25,508,172.84 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS 0.00 | 0.00 |

PREPARED: [signature] DESK SIGN OFF: [signature] OPS MANAGER SIGN OFF: [signature]

AGENT CASH RECEIVED [initials] CLAIMS PAID [initials] D1 JOURNAL POSTED [initials] JOURNAL NUMBERS UPDATED [initials] DATE: 06/03/15 FILE CLOSED CLOSER: [initials]

CONFIDENTIAL ED&F-00076402

ShadowSuite 9.8.1 - User[MMEADE] Company [E1] Trade Date[15-10-2018] Server[tcp://172.20.20.38:5050] Port[VMSREDFPROMT1] Zone[GREEN] - [General Journal Detail]

File Configuration Account Master Treasury Settlement Trading General Ledger Positions Price Operations Report Window Help

Journal ID 392120 Retrieve By: Journal ID Origin System

Journal Header

| Journal ID | As Of Date | Entry Date | As of Post Date | Post Date | Type | Source | Origin |
|---|---|---|---|---|---|---|---|
| 392120 | 03-03-2015 | 03-03-2015 | 03-03-2015 | 03-03-2015 | User Adjustment | ORG | Import |

Description: CASH DIV - NZYMB DC - PD 02/03/15

Reverse ID: (None)

Status: Posted

External ID

Reversal Type: Never

Reverse Status: Not Applicable

Ances or External ID

Ance or ID

Reverse Date: EOT

New Journal | Copy Journal | Delete Journal | Post | Unpost | Set Rev Info | Del Reversal

Journal Detail Lines | Audit Trail Information | Authorization

Detail Lines (2)

Show Groups

| | Seq | Asset | Country | Cur | Amount | Account ID | Account Name | Layer | Invt Type | Cost | Des |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | DKK | (None) | DKK | 1,642,500.0000 Dr | CO:CORPAC--CORPA | CORPORATE ACTIONS CONTROL AC | Cash | Unclassified Inventory Type | | |
| 2 | 2 | DKK | (None) | DKK | 1,642,500.0000 Cr | CC:AMERIC--INVGR | American Investment Group of NY LP Pension Plan | | Unclassified Inventory Type | | |

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Linden Associates Defined Benefit Plan – 5532 Lillehammer Lane, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novozymes A/S |
| ISIN: | DK0060336014 |
| SEDOL: | B798FW0 |
| Ex Date: | 26/02/2015 |
| Record Date: | 27/02/2015 |
| Pay Date: | 02/03/2015 |
| Quantity: | 557,000.00 |
| Gross Div Rate: | 3.00 |
| Amount Received: | 1,219,830.00 |
| WHT Suffered: | 451,170.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Linden Associates Defined Benefit Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

C MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00076404



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein - Suite 1915, 61 Broadway, New York City, New York, 10006, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novozymes A/S |
| ISIN: | DK0060336014 |
| SEDOL: | B798FW0 |
| Ex Date: | 26/02/2015 |
| Record Date: | 27/02/2015 |
| Pay Date: | 02/03/2015 |
| Quantity: | 558,000.00 |
| Gross Div Rate: | 3.00 |
| Amount Received: | 1,222,020.00 |
| WHT Suffered: | 451,980.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

C. MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00076422

Message

**From:** Bottomley, Oliver (LDN) [obottomley@edfmancapital.com]
**Sent:** 26/02/2015 09:49:46
**To:** Stacey Kaminer [SK@acerinvest.com]
**CC:** LDN-EQUITYFINANCE-TRADS-DL [LDN-EQUITYFINANCE-TRADS-DL@edfmancapital.com]
**Subject:** RE: NZYMB DC
**Attachments:** 20150226TradeLogNJDBuy.pdf; 20150226TradeLogNJDBuy.pdf; **CONFIRM**

Liquidity found for unwinds T+2.
Confirms attached.

Thanks
Oliver

---

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 26 February 2015 07:40
**To:** Bottomley, Oliver (LDN)
**Cc:** LDN-EQUITYFINANCE-TRADS-DL
**Subject:** Re: NZYMB DC

Looking for T+2.

Sent from my iPhone

On Feb 25, 2015, at 11:53 PM, Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> wrote:

> Morning Stacey,
>
> I will look for some liquidity this morning and revert with confirms.
>
> Thanks
> Oliver
>
> ---
>
> **From:** Stacey Kaminer [mailto:SK@acerinvest.com]
> **Sent:** 25 February 2015 23:13
> **To:** Bottomley, Oliver (LDN)
> **Subject:** NZYMB DC
>
> AIGPP would like to sell their position in NZYMB DC. They would also like to close out their future. Can EDF find liquidity to sell 750,000 shares?
>
> Best,
>
> Stacey
> This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This

email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

Message

**From:** Oliver Bottomley (E D & F MAN CAPITAL) [obottomley2@bloomberg.net]
**Sent:** 26/02/2015 09:36:37
**Subject:** **CONFIRM**

--- Original Sender: JAMIE FULLAWAY, MINT PARTNERS ---

**CONFIRM**

E D & F SELL

750,000 NZYMB DC

DKK 321.70

T+2

MANY THANKS,

JAMIE *SEB ACCOUNT

---

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Message

**From:** Foster, Victoria (LDN) [vfoster@edfmancapital.com]
**Sent:** 26/02/2015 09:38:47
**To:** Henstock, Chris (DUB) [chenstock@edfmpt.ae]; Ireland, Freddie (LDN) [fireland@edfmancapital.com]
**Subject:** RE: Trade for execution
**Attachments:** 20150226TradeLogNJDSell.pdf; 20150226TradeLogNJDSell.pdf; __CONFIRM__ (2.51 KB).msg

Chris

Confirms attached.

Thanks, Vic.

---

**From:** Henstock, Chris (DUB)
**Sent:** 26 February 2015 08:54
**To:** Foster, Victoria (LDN); Ireland, Freddie (LDN)
**Subject:** Trade for execution

Hi Vic/ Freddie,

I am looking for liquidity in the following today, can you help?

Looking to BUY up to 750,000shs NZYMB DC, can you try and get me to Dkk 321.70

Looking to SELL up to 7,500 lots NJD 20 March 2015 ICE Clear Futures, based off a ref of Dkk 321.70 can you try and get me to Dkk 321.7113

Can you help here?

Regards,

Chris.

Chris Henstock
Equity Finance Trader

E D & F Man Professional Trading (Dubai) Limited

Dubai International Financial Centre
Office 14, Level 15, The Gate, P.O. Box 121208, Dubai, UAE
Direct: +971 4 401 9676 | Mobile: +971 (0) 527 275463

chenstock@edfmpt.ae | www.edfman.com

Message

**From:** Victoria Foster (E D & F MAN CAPITAL) [vfoster4@bloomberg.net]
**Sent:** 26/02/2015 09:32:47
**Subject:** **CONFIRM**

--- Original Sender: JAMIE FULLAWAY, MINT PARTNERS ---

**CONFIRM**

E D & F BUY

750,000 NZYMB DC

DKK 321.70

T+2

MANY THANKS,

JAMIE *JPM ACCOUNT

---

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.



# ovozymes A/S

NZYMB DC

ISIN: DK0060336014 | SEDOL: B798FW0 | COUNTRY: DK

EX DATE: 26/02/2015 | REC DATE: 27/02/2015 | PAY DATE: 02/03/2015

CCY: DKK | GROSS RATE: 3.00 | FEE: 0.00

## GENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR: CZ / FI / NO / PL / SE — DATE: N/A

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| MERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 750,000 | | 1,642,500.00 | | | |
| OLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO She | 73% | 558,000 | | 1,222,020.00 | | | |
| INDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 557,000 | | 1,219,830.00 | | | |
| 00004-00000 | Equity Finance Vs IDB (SEB) | 73% | 750,000 | | 1,642,500.00 | | | |
| DFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -750,000 | | -1,642,500.00 | | |
| 00004-00000 | Equity Finance Vs IDB (SEB) | 73% | | -750,000 | | -1,642,500.00 | | |
| ENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -1,115,000 | | -2,441,850.00 | | |
| | | TOTALS | 2,615,000 | -2,615,000 | TOTALS 5,726,850.00 | -5,726,850.00 | | |

## ECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| ACQUA-MACQU | MACQUARIE BANK LIMITED | 85% | 1,125,000 | | 2,868,750.00 | | YES | 2,846,850.00 | 6 4/3 | 393353 |
| ACQUA-MACQU | MACQUARIE BANK LIMITED | 73% | | -10,000 | | -21,900.00 | | | | |
| OLLEN-FUNDO | POLLEN FUND LIMITED | 73% | 10,327,636 | | 22,617,522.84 | | | | | |
| LIENT-HEDGE | Client Hedges | 73% | 10,000 | | 21,900.00 | | | | | |
| UTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | | -2,534,434 | | -5,550,410.46 | | | | |
| ASTPE-GRPTR | Casting Pensions Group Trust | 73% | | -2,577,034 | | -5,643,704.46 | | | | |
| LIENT-HEDGE | Client Hedges | 85% | | -1,125,000 | | -2,868,750.00 | | | | |
| TECHO-00000 | Central Technologies Pensions Group Trust | 73% | | -2,557,784 | | -5,601,546.96 | | | | |
| DUST-PENGP | Industrial Pension Group Trust | 73% | | -2,658,384 | | -5,821,860.96 | | | | |
| | | SL TOTALS | 11,462,636 | -11,462,636 | TOTALS 25,508,172.84 | -25,508,172.84 | | | | |

## WAP POSITIONS

| WP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS 0.00 | 0.00 |

ARED: [signature] | DESK SIGN OFF: [signature] | OPS MANAGER SIGN OFF: [signature]

T CASH RECEIVED [initials] | CLAIMS PAID [initials] | D1 JOURNAL POSTED [initials] | JOURNAL NUMBERS UPDATED [initials] | DATE: 06/03/15 | FILE CLOSED CLOSER: [initials]

# ovozymes A/S NZYMB DC

ISIN: DK0060336014 SEDOL: B798FW0 COUNTRY: DK

EX DATE: 26/02/2015 REC DATE: 27/02/2015 PAY DATE: 02/03/2015

CCY: DKK GROSS RATE: 3.00 FEE: 0.00

## GENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR: CZ / FI / NO / PL / SE DATE: N/A

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| MERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 750,000 ✓ | | 1,642,500.00 | | | |
| OLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO She | 73% | 558,000 ✓ | | 1,222,020.00 | | | |
| NDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 557,000 ✓ | | 1,219,830.00 | | | |
| 00004-00000 | Equity Finance V: IDB (SEB) | 73% | 750,000 | | 1,642,500.00 | | | |
| DFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -750,000 | | -1,642,500.00 | | |
| 00000-00000 | Equity Finance V: IDB (SEB) | 73% | | -750,000 | | 1,642,500.00 | | |
| ENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -1,115,000 | | -2,441,850.00 | | |
| | | TOTALS | 2,615,000 | -2,615,000 | TOTALS 5,726,850.00 | -5,726,850.00 | | |

## ECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| ACQUA-MACQU | MACQUARIE BANK LIMITED | 85% | 1,115,000 | | 2,843,250.00 | | YES | | | |
| OLLEN-FUNDO | POLLEN FUND LIMITED | 73 100% | 10,327,636 | | 30,982,908.00 | | | | | |
| UTOPA-AUTOP | Autoparts Pensions Group Trust | 73 100% | | -2,534,434 | | -7,603,302.00 | | | | |
| ASTPE-GRPTR | Casting Pensions Group Trust | 73 100% | | -2,577,034 | | -7,731,102.00 | | | | |
| LIENT-HEDGE | Client Hedges | 85% | | -1,115,000 | | -2,843,250.00 | | | | |
| TECH0-00000 | Central Technologies Pensions Group Trust | 73 100% | | -2,557,784 | | -7,673,352.00 | | | | |
| DUST-PENGP | Industrial Pension Group Trust | 73 100% | | -2,658,384 | | -7,975,152.00 | | | | |
| | | SL TOTALS | 11,442,636 | -11,442,636 | TOTALS 33,826,158.00 | -33,826,158.00 | | | | |

## WAP POSITIONS

| WP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS 0.00 | 0.00 |

ARED: DESK SIGN OFF: OPS MANAGER SIGN OFF:

T CASH RECEIVED CLAIMS PAID D1 JOURNAL POSTED JOURNAL NUMBERS UPDATED DATE: FILE CLOSED CLOSER: