

# ED&F MAN

E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Autoparts Pensions Group Trust – Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 06/03/2015 |
| Record Date: | 09/03/2015 |
| Pay Date: | 10/03/2015 |
| Quantity: | 6,900,000.00 |
| Gross Div Rate: | 1 |
| Amount Received: | 5,037,000.00 |
| WHT Suffered: | 1,863,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Autoparts Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hays Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

ED&F-00043077



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Casting Pensions Group Trust - Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---:|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 06/03/2015 |
| Record Date: | 09/03/2015 |
| Pay Date: | 10/03/2015 |
| Quantity: | 4,500,000.00 |
| Gross Div Rate: | 1 |
| Amount Received: | 3,285,000.00 |
| WHT Suffered: | 1,215,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Casting Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*L. MacKinnon*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE
CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

ED&F-00043131



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Central Technologies Pensions Group Trust - Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 06/03/2015 |
| Record Date: | 09/03/2015 |
| Pay Date: | 10/03/2015 |
| Quantity: | 5,500,000.00 |
| Gross Div Rate: | 1 |
| Amount Received: | 4,015,000.00 |
| WHT Suffered: | 1,485,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Central Technologies Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

ED&F-00043185

CONFIDENTIAL



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, GSA Trading (Canada) Corporate Pension Plan - 34 Grace Crescent, Barrie, Ontario, L4N 9S5, Canada, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 06/03/2015 |
| Record Date: | 09/03/2015 |
| Pay Date: | 10/03/2015 |
| Quantity: | 3,500,000.00 |
| Gross Div Rate: | 1 |
| Amount Received: | 2,555,000.00 |
| WHT Suffered: | 945,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to GSA Trading (Canada) Corporate Pension Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00043239

2087



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Industrial Pension Group Trust - Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 06/03/2015 |
| Record Date: | 09/03/2015 |
| Pay Date: | 10/03/2015 |
| Quantity: | 4,000,000.00 |
| Gross Div Rate: | 1 |
| Amount Received: | 2,920,000.00 |
| WHT Suffered: | 1,080,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Industrial Pension Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*C. MacKinnon*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

ED&F-00043272

CONFIDENTIAL



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Linden Associates Defined Benefit Plan - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 06/03/2015 |
| Record Date: | 09/03/2015 |
| Pay Date: | 10/03/2015 |
| Quantity: | 1,615,200.00 |
| Gross Div Rate: | 1 |
| Amount Received: | 1,179,096.00 |
| WHT Suffered: | 436,104.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Linden Associates Defined Benefit Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                ED&F-00043326



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Oranje Canada Corporate Pension Plan - 34 Grace Crescent, Barrie, Ontario, L4N 9S5, Canada, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 06/03/2015 |
| Record Date: | 09/03/2015 |
| Pay Date: | 10/03/2015 |
| Quantity: | 3,500,000.00 |
| Gross Div Rate: | 1 |
| Amount Received: | 2,555,000.00 |
| WHT Suffered: | 945,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Oranje Canada Corporate Pension Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00043348



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 06/03/2015 |
| Record Date: | 09/03/2015 |
| Pay Date: | 10/03/2015 |
| Quantity: | 2,000,000.00 |
| Gross Div Rate: | 1 |
| Amount Received: | 1,460,000.00 |
| WHT Suffered: | 540,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000
ED&F-00043382

CONFIDENTIAL

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> |
| **Sent:** | 04 March 2015 16:37 |
| **To:** | Stacey Kaminer |
| **Cc:** | Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL |
| **Subject:** | RE: TDC DC |
| **Attachments:** | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN TDC DC Stock TD March 4th; RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN TKF Futures TD TD March 4th; Linden Associates Defined Benefit Plan TKF Futures TD March 4th; Linden Associates Defined Benefit Plan TDC DC Stock TD March 4th |

Hi Stacey,

Please find confirms per legal entity attached.

Thanks,
Sara

---

**From:** Mina, Sara (LDN)
**Sent:** 04 March 2015 16:24
**To:** Stacey Kaminer
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: TDC DC

Great thanks Stacey.

Please find your confirms attached.

To confirm:

1,615,200 for LINDEN-ADBPL
2,000,000 for RIVERS-ASSOC

**From:** Stacey Kaminer [mailto:sk@aigkamco.com]
**Sent:** 04 March 2015 15:30
**To:** Mina, Sara (LDN)
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: TDC DC

Terms are agreeable. Please allocate as follows:

RIVERS-ASSOC – 2,000,000
LINDEN-ADBPL

Stacey

---

**From:** Mina, Sara (LDN) [mailto:smina@edfmancapital.com]
**Sent:** Wednesday, March 04, 2015 8:22 AM
**To:** Stacey Kaminer
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: TDC DC

Slight reduction on one clip

**From:** Mina, Sara (LDN)
**Sent:** 04 March 2015 11:11
**To:** Stacey Kaminer
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** TDC DC

Morning Stacey,

We have seen liquidity in TDC DC vs March expiry Ice futures. Details are bellow. Let me know if these work for you and if so I will hit this.

Many thanks,
Sara


TDC DC
TD March 4th
SD March 6th
Quantity 1,615,200
Buy Stock @ 52.8466
Sell Futures @ 51.95

TDC DC
TD March 4th
SD March 6th
Quantity 2,000,000
Buy Stock @ 52.8466
Sell Futures @ 51.96


Sara Mina
Equity Finance Trader

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7629 | Desk: +44 (0)203 580 7625 | Mobile: +44 (0)7810367085
smina@edfmancapital.com | www.edfman.com

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL                                                                  ED&F-00043384

# Charlotte Woodward

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 04 March 2015 16:36 |
| **To:** | Mina, Sara (LDN) |
| **Subject:** | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN TDC DC Stock TD March 4th |
| **Attachments:** | ATT00001.bin |

Trade Reference 414895

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 04/03/2015 |
| Settlement Date: | 06/03/2015 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 52.847260 |
| Net Price: | 52.847260 |
| Quantity: | 2,000,000 |
| Settlement Method: | DNI |
| Net Cash: | 105,694,520.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ51024-183155 Execution Time: Wednesday March 04,2015 12:00:00 AM Batch Id: 20150304_033132 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:   Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

1

CONFIDENTIAL                                                                                   ED&F-00043385

**Charlotte Woodward**

| | |
|---|---|
| From: | Mina, Sara (LDN) <smina@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 04 March 2015 16:36 |
| To: | Mina, Sara (LDN) |
| Subject: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN TKF Futures TD TD March 4th |
| Attachments: | ATT00001.bin |

Trade Reference 414886

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 04/03/2015 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | Mint |
| Customer Trade Type: | Sell |
| Sec Desc: | TKF20MAR2015BCLEAR |
| Exchange: | LIFFE |
| Price: | 51.96 |
| Quantity: | 20,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ51023-183150 Execution Time: Wednesday March 04,2015 12:00:00 AM Batch Id: 20150304_033130 |
| Direct Commission: | (1,075.00) |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:   Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

1

CONFIDENTIAL    ED&F-00043386

# Charlotte Woodward

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 04 March 2015 16:36 |
| **To:** | Mina, Sara (LDN) |
| **Subject:** | Linden Associates Defined Benefit Plan TDC DC Stock TD March 4th |
| **Attachments:** | ATT00001.bin |

Trade Reference 414894

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 04/03/2015 |
| Settlement Date: | 06/03/2015 |
| Customer: | Linden Associates Defined Benefit Plan |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TDC A/S |
| ISIN: | DK0060228559 |
| Gross Price: | 52.847260 |
| Net Price: | 52.847260 |
| Quantity: | 1,615,200 |
| Settlement Method: | DNI |
| Net Cash: | 85,358,894.35 |
| Currency: | DKK |
| Comments: | External Sequence: EQ51024-183154 Execution Time: Wednesday March 04,2015 12:00:00 AM Batch Id: 20150304_033132 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:    Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                          ED&F-00043387

**Charlotte Woodward**

| | |
|---|---|
| From: | Mina, Sara (LDN) <smina@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| Sent: | 04 March 2015 16:36 |
| To: | Mina, Sara (LDN) |
| Subject: | Linden Associates Defined Benefit Plan TKF Futures TD March 4th |
| Attachments: | ATT00001.bin |

Trade Reference 414887

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 04/03/2015 |
| Customer: | Linden Associates Defined Benefit Plan |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TKF20MAR2015BCLEAR |
| Exchange: | LIFFE |
| Price: | 51.95 |
| Quantity: | 16,152 |
| Currency: | DKK |
| Comments: | External Sequence: EQ51023-183151 Execution Time: Wednesday March 04,2015 12:00:00 AM Batch Id: 20150304_033130 |
| Direct Commission: | (959.56) |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:
Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                    ED&F-00043388

# Charlotte Woodward

**From:** Regan, Paul (LDN) <pregan@edfmancapital.com>
**Sent:** 04 March 2015 16:15
**To:** Mina, Sara (LDN)
**Cc:** Schofield, Paul (LDN); Liddard, Ross (LDN); Goodwin, Richard (LDN)
**Subject:** TDC DC Confirm

Hi Sara,

To confirm ED&F MCM (A/C SEB MAIN) BUYS the following:

2,000,000 TDC DC (DK0060228559) @ DKK 52.8466 (52.84726 Net)
1,615,200 TDC DC (DK0060228559) @ DKK 52.8466 (52.84726 Net)

TRADE DATE: 04-MAR
VALUE DATE: 06-MAR

Thanks,
Regan

Much Appreciated.

Paul A Regan
Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7638
Mobile: +44 (0)79854 75190

CONFIDENTIAL                                                ED&F-00043389

**Charlotte Woodward**

| | |
|---|---|
| From: | Freddie Ireland (E D & F MAN CAPITAL) <fireland@bloomberg.net> |
| Sent: | 04 March 2015 16:18 |
| To: | undisclosed-recipients: |
| Subject: | **CONFIRM** |

--- Original Sender: JAMIE FULLAWAY, MINT PARTNERS ---

**CONFIRM**

E D & F SELL TKF (TDC DC) MAR'15 ICE FUTURES

16,152 TKF @ 51.95 (REF 52.8466)

20,000 TKF @ 51.96 (REF 52.8466)

ACCOUNT : ECM LEQ HI002

MANY THANKS,

JAMIE

--------------------------------------------------------------------------------
This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.