**Charlotte Woodward**

| | |
|---|---|
| **From:** | Regan, Paul (LDN) <pregan@edfmancapital.com> |
| **Sent:** | 04 March 2015 16:15 |
| **To:** | Ireland, Freddie (LDN) |
| **Cc:** | Schofield, Paul (LDN); Liddard, Ross (LDN); Goodwin, Richard (LDN) |
| **Subject:** | TDC DC Confirm |

Hi Freddie,

To confirm ED&F MCM (A/C SEB MAIN) SELLS the following:

2,000,000 TDC DC (DK0060228559) @ DKK 52.8466
1,615,200 TDC DC (DK0060228559) @ DKK 52.8466

TRADE DATE: 04-MAR
VALUE DATE: 06-MAR

Thanks,
Regan

Much Appreciated,

Paul A Regan
Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7638
Mobile: +44 (0)79354 75190

CONFIDENTIAL

ED&F-00043391

**Charlotte Woodward**

| | |
|---|---|
| **From:** | jfullaway1@bloomberg.net on behalf of Jamie Fullaway (MINT PARTNERS) <jfullaway1 @bloomberg.net> |
| **Sent:** | 04 March 2015 16:12 |
| **To:** | undisclosed-recipients: |
| **Subject:** | **CONFIRM** |

--- Original Sender: JAMES LEVER, MINT PARTNERS ---

**CONFIRM**

E D & F BUY TKF (TDC DC) MAR'15 ICE FUTURES

16,152 TKF @ 51.95 (REF 52.8466)

20,000 TKF @ 51.96 (REF 52.8466)

ACCOUNT : ECM LEQ HI002

MANY THANKS,

JAMIE

-------------------------------------------------------------------------------
This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited.  If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

CONFIDENTIAL

ED&F-00043392

**Charlotte Woodward**

| | |
|---|---|
| **From:** | noreply.SF@nl.abnamro.com |
| **Sent:** | 04 March 2015 17:58 |
| **To:** | secops@edfmancapital.com |
| **Subject:** | EDFLON - Confirmations - Stock Loan Report [REF:1565555] |
| **Attachments:** | 04-MAR-2015.pdf |

Please note this is a no reply address. Should you have any questions relating to this mail message, please contact your regular contact persons at Securities Financing

This message has been sent by ABN AMRO Bank N.V., which has its seat at Gustav Mahlerlaan 10 (1082 PP) Amsterdam, the Netherlands, and is registered in the Commercial Register of Amsterdam under number 34334259.

1

CONFIDENTIAL

ED&F-00043393

 **ABN·AMRO**

Dealer Comments:



Gustav Mahlerlaan 10
1082 PP Amsterdam The Netherlands
4Sight Report
Telephone: No Number Available
Fax: No Fax Number Available
Contact: 4Sight Report Dealer: X47810

## STOCK LOAN CONFIRMATION

To: EDF Man Holdings
    Cottons Centre
    Hay's Lane
    London SE1 2QE
Fax: No Fax Number Available

We are pleased to confirm the following LEND TO YOU.

We DELIVER the following securities Delivery Vs Payment :-

Security Code: ISIN: DK0060228559 SEDOL: 5698790          Trade Date: 04-MAR-2015
Security Name: TDC A/S                                    Reference: L2589153

| Quantity | Rate | 100% Price | Value |
|---|---|---|---|
| 1.615.200,00 | 6.51%(Fee) | 6.500000 | 11.023.740,00 EUR |

Security Settlement: 06-MAR-2015                                     Term Date: 10-mrt-2015

Dividend - Net Claim: 85,00%

YOUR AGENT BANK: ESSEDKKK          Collateral Type: CASH POOL          OUR AGENT BANK: ESSEDKKK
         REF: ESSEDKKK                                                         REF: ABNCNL2A
         A/C: 05295142806                                                      A/C: 5295046300

 **4sight** Powered by
CONFIDENTIAL 4Sight Securities Finance

PLEASE NOTIFY US IMMEDIATELY OF ANY DISCREPANCIES

ED&F-00043394

**Charlotte Woodward**

| | |
|---|---|
| **From:** | WASEEM ULLAH <WULLAH@Bloomberg.net> |
| **Sent:** | 12 February 2015 13:43 |
| **Subject:** | Bloomberg: CONFO |

```
Macquarie Lends:        TDC DC
*********************
Trade Date              12-Feb
Value Date              06-March
Term Date:              13-March
Quantity:               2,000,000
Price (eur)             6.518   (fixed)
Div Req%:               85.00
All In%:                87.50
Dvd Amt:                3.00DKK
Fee%:                   7.65%
DVP vs 110%
```

**Sent By :**

B **WASEEM ULLAH**, WULLAH@Bloomberg.net, MACQUARIE BANK LIMIT

**Original Sender :**

B **OLIVER SEMMELBAUER**, OSEMMELBAUER@Bloomberg.net, BNP PARIBAS NIEDERLA

**Recipients :**

B **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers :**

**MACQUARIE BANK LIMIT**

This message is confidential and subject to important disclaimers at: www.macquarie.com/disclosures. Any views or opinions expressed are the author's own and may not reflect the views or opinions of Macquarie. If you are not the intended recipient, you must not use the information in this message in any way, please delete this message and notify the sender immediately. Macquarie does not guarantee that messages or attached files transmitted electronically (sent or received) are secure or free of errors or viruses. No confidentiality or privilege is waived or lost by any transmission errors. Macquarie reserves the right, to the extent permitted by law, to monitor and retain electronic messages.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 4311 | 2015-02-13 06:33:23 AM (EST)

CONFIDENTIAL

ED&F-00043395

| 2015 | 2015-03-06 00:00:00.000 | 06/03/2015 | 1020010RIVERSASSOC | EQUITY | DK0060228559 | DKK | REP | SEL | 1,000,000 | 52847260.00 | 52.84 |
| 2015 | 2015-03-06 00:00:00.000 | 06/03/2015 | 1020010RIVERSASSOC | EQUITY | DK0060228559 | DKK | REP | SEL | 1,000,000 | 52847260.00 | 52.84 |
| 2015 | 2015-03-06 00:00:00.000 | 06/03/2015 | 1020010RIVERSASSOC | EQUITY | DK0060228559 | DKK | REP | SEL | 1,000,000 | 52847260.00 | 52.84 |



SWIFT Message Detail

Message ID [C31260]

**SWIFT Information**

| Msg Type | Direction |
|---|---|
| 545 | From Swift |

| Status | Loc ID |
|---|---|
| Closed | N/A |

| Related Ref | Loc SWIFT ID |
|---|---|
| N/A | N/A |

| Transaction Ref | Purpose |
|---|---|
| C5270227 | N/A |

| Asset Series | Curr Series |
|---|---|
| 444597 | 444596 |

| Reason Code | External ID |
|---|---|
| N/A | N/A |

| Trailer Hdr | User Hdr |
|---|---|
| {MAC:00000000}{CHK:8E0C3A665283} | {108:0306122412541864} |

| Basic Hdr | App Hdr |
|---|---|
| F01MACVGB22AXXX0959239025 | O5451224150306ESSEDKKKBXXX55496159821503061124N |

| Load User | Load Date |
|---|---|
| SHSYSTEM | 06-03-2015 06.26.11 |

| Load Port | Proc User |
|---|---|
| S608207NJ3VW07 | N/A |

| Proc Date | Proc Port |
|---|---|
| [NULL] | N/A |

| Duration | Instruction Date |
|---|---|
| N/A | N/A |

| ACK Date | OATS |
|---|---|
| [NULL] | |

| File Name | OATS Sent |
|---|---|
| 06843557.TXT  CONFIDENTIAL | |

Memo

**Details (32)**

Show Groups                                    Syst

| Index | Tag | Value |
|---|---|---|
| 1 | 1 16R | GENL |
| 2 | 2 20C | :SEME//C5270227 |
| 3 | 3 23G | NEWM |
| 4 | 4 16R | LINK |
| 5 | 5 20C | :RELA//E1000044459701 |
| 6 | 6 16S | LINK |
| 7 | 7 16S | GENL |
| 8 | 8 16R | TRADDET |
| 9 | 9 98A | :ESET//20150306 |
| 10 | 10 98A | :TRAD//20150304 |
| 11 | 11 35B | ISIN DK0060228559 |
| 12 | 12 90B | TDC 2010 |
| 13 | 13 16S | TRADDET |
| 14 | 14 16R | FIAC |
| 15 | 15 36B | :ESTT//UNIT/1000000, |
| 16 | 16 97A | :SAFE//05295142806 |
| 17 | 17 16S | FIAC |
| 18 | 18 16R | SETDET |
| 19 | 19 22F | :SETR//TRAD |
| 20 | 20 16R | SETPRTY |
| 21 | 21 95P | :DEAG//ESSEDKKKXXX |
| 22 | 22 16S | SETPRTY |
| 23 | 23 16R | SETPRTY |
| 24 | 24 95P | :SELL//MACVGB22 |
| 25 | 25 16S | SETPRTY |
| 26 | 26 16R | SETPRTY |
| 27 | 27 95P | :PSET//VPDKDKKKXXX |
| 28 | 28 16S | SETPRTY |
| 29 | 29 16R | AMT |
| 30 | 30 19A | :ESTT//DKK52847260, EDaF:00043397 |
| 31 | 31 16S | AMT |
| 32 | 32 16S | SETDET |



## SWIFT Message Detail

**Message ID** 7324630

### SWIFT Information

**Msg Type**
545

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
C5270245

**Purpose**
N/A

**Asset Series**
444603

**Curr Series**
444602

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:2F6CBA1E5283}

**User Hdr**
{108:0309060318874624}

**Basic Hdr**
F01MACVGB22AXXX0961244189

**App Hdr**
O5450604150309ESSEDKKDXXX2682978449150309050 4N

**Load User**
SHSYSTEM

**Load Date**
09-03-2015 01:06:21

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS** ☐

**OATS Sent** ☐

**File Name**
06843702.TXT

**Memo**

CONFIDENTIAL

### Details (32)

Show Groups

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C5270245 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E1000044480301 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :ESET//20150309 |
| 10 | 10 | 98A | :TRAD//20150304 |
| 11 | 11 | 35B | ISIN DK0060228559 |
| 12 | 12 | 000 | TDC 2010 |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :ESTT//UNIT/1000000, |
| 16 | 16 | 97A | :SAFE//05295142806 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//ESSEDKKKXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MACVGB22 |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16R | AMT |
| 30 | 30 | [illegible] | [illegible]STT//DKK52847260, |
| 31 | 31 | 16S | AMT |
| 32 | 32 | 16S | SETDET |

ED&F-00043398

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 06-03-2015
Currency      : USD

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 105,696,990.16 Dr | 0.14558796 | 15,388,209.18 Dr | 105,696,990.16 Dr | 0.14558796 | 15,388,209.18 Dr |
| DKK Var Margin | 2,060,000.00 Dr | 0.14558796 | 299,911.20 Dr | 2,060,000.00 Dr | 0.14558796 | 299,911.20 Dr |
| EUR Cash | 54,718.53 Cr | 1.08440000 | 59,336.77 Cr | 54,718.53 Cr | 1.08440000 | 59,336.77 Cr |
| GBP Cash | 100.63 Dr | 1.50370000 | 151.32 Dr | 100.63 Dr | 1.50370000 | 151.32 Dr |
| USD Cash | 62,241,814.04 Dr | 1.00000000 | 62,241,814.04 Dr | 62,241,814.04 Dr | 1.00000000 | 62,241,814.04 Dr |
| USD SEG CASH A | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr |
| | | | 77,724,653.32 Dr | | | 77,724,653.32 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| TDC DC | TDC A/S | C | 2,000,000.00 Lg | 52.8473 | 53.0000 | 105,694,520.00 Dr | 106,000,000.00 Cr | 305,480.00 Cr DKK |
| | | | | | Totals: | 105,694,520.00 Dr | 106,000,000.00 Cr | 305,480.00 Cr |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| UN US | UNILEVER N V -NY SHARES | C | 1,444,600.00 Lg | 42.1105 | 42.7900 | 60,832,871.64 Cr | 61,814,434.00 Cr | 981,562.36 Cr USD |
| | | | | | Totals: | 60,832,871.64 Dr | 61,814,434.00 Cr | 981,562.36 Cr |

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity Cur |
|---|---|---|---|---|---|---|---|
| TKF20MAR2015 | TKF20MAR2015BCLEAR | 20,000.00 Sh | 51.9600 | 52.9900 | 103,920,000.00 Cr | 105,980,000.00 Dr | 2,060,000.00 Dr DKK |
| | | | | | 103,920,000.00 Cr | 105,980,000.00 Dr | 2,060,000.00 Dr DKK |

## Equity Swaps

| Tick Seq | Trade Dt Term Dt Set Dt | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Next Valuation Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|
| 375276 | 27-01-15 30-04-15 30-01-15 | UN US UNILEVER N V -NY SHARES | 1,444,600 S | 42.9060 | 61,837,548 USD | 42.7900 | 23,114 | Fixed | 0.0000 | 0.00 |

CONFIDENTIAL

ED&F-00043399

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 06-03-2015
Currency      : USD

## Account Summary

| Item | Amount (USD) |
|------|-------------:|
| Value of opening currency balance | 62,336,803.77 Dr |
| Value of trades settling today | 46,163,543.63 Dr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 30,775,699.09 Cr |
| **Value of closing currency balance(s)** | **77,724,653.32 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 0.00 Cr |
| **Trade Date Cash Balance** | **77,724,653.32 Dr** |
| Market Value of Positions | 77,246,757.76 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 23,113.60 Cr |
| **Preliminary Account Value** | **454,781.96 Dr** |

## Margin Summary

| | |
|------|-------------:|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 6,097,893.47 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **6,097,893.47 Dr** |

## Futures Initial Requirement

| Cur | Requirement | Requirement (USD) | Conv Rate |
|-----|-------------|-------------------|-----------|
| DKK | 41,894,600.00 Dr | 6,097,893.47 Dr | 0.14559 |
| | | 6,097,893.47 Dr | |

CONFIDENTIAL

ED&F-00043400

# Account Equity

| | |
|---|---|
| ED&F Man Capital Markets Ltd | Account Number: CC:RIVERS-ASSOC |
| 3 London Bridge Street | Account Name  : RIVERSIDE ASSOCIATES DEFINED BE |
| London SE1 9SG | Date          : 06-03-2015 |
| United Kingdom | Currency      : USD |

## Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|---|---|---|---|---|---|---|---|---|
| 276715 | Futures call | Issued | 06-03-2015 | 06-03-2015 | 06-03-2015 | 6,275,877.83 | 6,275,877.83 | USD |
| | | | | | | 6,275,877.83 | 6,275,877.83 | |

## Total Account Value                                 6,552,675.43 Dr

## Financing Summary

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |

CONFIDENTIAL

ED&F-00043401

# TDC A/S

# TDC DC

| ISIN: DK0060228559 | | SEDOL: 5698790 | | | | COUNTRY: DK | |
|---|---|---|---|---|---|---|---|
| | EX DATE: 06/03/2015 | | REC DATE: 09/03/2015 | | PAY DATE: 10/03/2015 | | |
| | CCY: DKK | | GROSS RATE: 1.00 | | FEE: 0.00 | | |

## AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR: DATE:
CZ / FI / NO / PL / SE

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 6,900,000 | | 5,037,000.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 4,500,000 | | 3,285,000.00 | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 5,500,000 | | 4,015,000.00 | | | |
| CC:GSA000-TRADO | GSA Trading (Canada) Corporate Pension Plan | 73% | 3,500,000 | | 2,555,000.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 4,000,000 | | 2,920,000.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 1,615,200 | | 1,179,096.00 | | | |
| CC:ORANJE-ORANG | Oranje Canada Corporate Pension Plan | 73% | 3,500,000 | | 2,555,000.00 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 2,000,000 | | 1,460,000.00 | | | |
| LC:DENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -31,515,200 | | -23,006,696.00 | | |
| | | TOTALS | 31,515,200 | -31,515,200 | TOTALS | 23,006,096.00 | -23,006,696.00 | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:ABN000-AMRO0 | ABN AMRO Bank NV UK Branch | 85% | 1,615,200 | | 1,372,920.00 | | YES | | 2/3 | 394928 |
| BR:MACQUA-MACQU | MACQUARIE BANK LIMITED | 85% | 2,000,000 | | 1,700,000.00 | | YES | | 12/3 | 395304 |
| BR:MAPLE0-UNLTD | Maple Securities UK Ltd | 85% | 1,500,000 | | 1,275,000.00 | | YES | | 1/3 | 394929 |
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 100% | 3,400,000 | | 3,400,000.00 | | | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 3,934,800 | | 3,934,800.00 | | | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 5,239,800 | | 5,239,800.00 | | | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 100% | 393,200 | | 393,200.00 | | | | | |
| CC:DW0000-CONST | DW CONSTRUCTION INC RETIREMENT PLAN | 100% | 3,400,000 | | 3,400,000.00 | | | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 100% | 5,532,200 | | 5,532,200.00 | | | | | |
| CC:KAMCO0-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 100% | 2,901,000 | | 2,901,000.00 | | | | | |
| CC:KAMCO0-INVES | KAMCO INVESTMENTS INC PENSION PLAN | 100% | 3,500,000 | | 3,500,000.00 | | | | | |
| CC:MOIRA0-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 100% | 3,400,000 | | 3,400,000.00 | | | | | |
| CC:AMERIC-BLOAN | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN-BLOA | 100% | | -3,400,000 | | -3,400,000.00 | | | | |
| CC:CLIENT-HEDGE | Client Hedges | 85% | | -3,615,200 | | -3,072,920.00 | | | | |
| CC:DWCON0-BLOAN | DW CONSTRUCTION INC RETIREMENT PLAN - BLOAN | 100% | | -3,400,000 | | -3,400,000.00 | | | | |
| CC:KAMCO0-BLOAN | KAMCO LP PROFIT SHARING PLAN FBO-BLOAN | 100% | | -2,901,000 | | -2,901,000.00 | | | | |
| CC:KAMINV-BLOAN | KAMCO INVESTMENTS INC PENSION PLAN - BLOAN | 100% | | -3,500,000 | | -3,500,000.00 | | | | |
| CC:MOIRAA-BLOAN | MOIRA ASSOCIATES LLC 401K PLAN - BLOAN | 100% | | -3,400,000 | | -3,400,000.00 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -15,100,000 | | -15,100,000.00 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 85% | | -1,500,000 | | -1,275,000.00 | | | | |
| | | SL TOTALS | 36,816,200 | -36,816,200 | TOTALS | 36,048,920.00 | -36,048,920.00 | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS 0.00 | 0.00 |

| PREPARED: | | DESK SIGN OFF: Sam Muri | | OPS MANAGER SIGN OFF: | |
|---|---|---|---|---|---|

CONFIDENTIAL

| AGENT CLAIMS PAID | CLAIMS PAID | D1 JOURNAL POSTED | N/A | JOURNAL NUMBERS UPDATED | DATE: 12/03/15 | FILE CLOSED | ED&F 00043402 |
| | | | | | | CLOSER: | |

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX566C150310000292361 150310 | 2 Tag 20C | | :CORP//150227DVCA163170 |
| OESSEDKKKXXX566C150310000292361 150310 | 3 Tag 20C | | :SEME//C150310000292361 |
| OESSEDKKKXXX566C150310000292361 150310 | 4 Tag 23G | | NEWM |
| OESSEDKKKXXX566C150310000292361 150310 | 5 Tag 22F | | :CAEV//DVCA |
| OESSEDKKKXXX566C150310000292361 150310 | 6 Tag 16R | | LINK |
| OESSEDKKKXXX566C150310000292361 150310 | 7 Tag 13A | | :LINK//564 |
| OESSEDKKKXXX566C150310000292361 150310 | 8 Tag 20C | | :PREV//C150309000291894 |
| OESSEDKKKXXX566C150310000292361 150310 | 9 Tag 16S | | LINK |
| OESSEDKKKXXX566C150310000292361 150310 | 10 Tag 16S | | GENL |
| OESSEDKKKXXX566C150310000292361 150310 | 11 Tag 16R | | USECU |
| OESSEDKKKXXX566C150310000292361 150310 | 12 Tag 97A | | :SAFE//05295142806 |
| OESSEDKKKXXX566C150310000292361 150310 | 13 Tag 35B | | ISIN DK0060228559 |
| | | | TDC 2010 |
| OESSEDKKKXXX566C150310000292361 150310 | 14 Tag 93B | | :CONB//UNIT/31515200, |
| OESSEDKKKXXX566C150310000292361 150310 | 15 Tag 16S | | USECU |
| OESSEDKKKXXX566C150310000292361 150310 | 16 Tag 16R | | CADETL |
| OESSEDKKKXXX566C150310000292361 150310 | 17 Tag 98A | | :XDTE//20150306 |
| OESSEDKKKXXX566C150310000292361 150310 | 18 Tag 98A | | :RDTE//20150309 |
| OESSEDKKKXXX566C150310000292361 150310 | 19 Tag 16S | | CADETL |
| OESSEDKKKXXX566C150310000292361 150310 | 20 Tag 16R | | CACONF |
| OESSEDKKKXXX566C150310000292361 150310 | 21 Tag 13A | | :CAON//001 |
| OESSEDKKKXXX566C150310000292361 150310 | 22 Tag 22F | | :CAOP//CASH |
| OESSEDKKKXXX566C150310000292361 150310 | 23 Tag 16R | | CASHMOVE |
| OESSEDKKKXXX566C150310000292361 150310 | 24 Tag 22H | | :CRDB//CRED |
| OESSEDKKKXXX566C150310000292361 150310 | 25 Tag 97A | | :CASH//52950017004263 |
| OESSEDKKKXXX566C150310000292361 150310 | 26 Tag 19B | | :PSTA//DKK23006096, |
| OESSEDKKKXXX566C150310000292361 150310 | 27 Tag 19B | | :GRSS//DKK31515200, |
| OESSEDKKKXXX566C150310000292361 150310 | 28 Tag 19B | | :NETT//DKK23006096, |
| OESSEDKKKXXX566C150310000292361 150310 | 29 Tag 19B | | :WITL//DKK8509104, |
| OESSEDKKKXXX566C150310000292361 150310 | 30 Tag 98A | | :POST//20150310 |
| OESSEDKKKXXX566C150310000292361 150310 | 31 Tag 98A | | :VALU//20150310 |
| OESSEDKKKXXX566C150310000292361 150310 | 32 Tag 98A | | :PAYD//20150310 |
| OESSEDKKKXXX566C150310000292361 150310 | 33 Tag 92F | | :GRSS//DKK1, |
| OESSEDKKKXXX566C150310000292361 150310 | 34 Tag 92A | | :TAXR//27, |
| OESSEDKKKXXX566C150310000292361 150310 | 35 Tag 16S | | CASHMOVE |
| OESSEDKKKXXX566C150310000292361 150310 | 36 Tag 16S | | CACONF |
| OESSEDKKKXXX566C150310000292361 150310 | 37 Tag 16R | | ADDINFO |
| OESSEDKKKXXX566C150310000292361 150310 | 38 Tag 70E | | :PACO//SEB MERCHANT BANKING |
| | | | CUSTODY SERVICES DENMARK |
| | | | CORPORATE ACTIONS |
| | | | PHONE +371 677 57262 |
| OESSEDKKKXXX566C150310000292361 150310 | 39 Tag 16S | | ADDINFO |



ED&F-00043404

# TDC A/S

TDC DC

| ISIN: DK0060228559 | | | SEDOL: 5698790 | | | | | | COUNTRY: DK | |
|---|---|---|---|---|---|---|---|---|---|---|
| | EX DATE: | 06/03/2015 | | REC DATE: | 09/03/2015 | | PAY DATE: | 10/03/2015 | | |
| | | CCY: DKK | | GROSS RATE: | 1.00 | | | FEE: 0.00 | | |

## AGENT POSITIONS

BOO BREAKDOWN TO BE SENT TO AGENT FOR: DATE-
C2 / FI / NO / PL / SE

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 6,900,000 | | | 5,037,000.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 4,500,000 | | | 3,285,000.00 | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 5,500,000 | | | 4,015,000.00 | | | |
| CC:GSAOGD-TRADO | GSA Trading (Canada) Corporate Pension Plan | 73% | 3,500,000 | | | 2,555,000.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 4,000,000 | | | 2,920,000.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 1,615,200 | | | 1,179,096.00 | | | |
| CC:ORANJE-ORANG | Oranje Canada Corporate Pension Plan | 73% | 5,500,000 | | | 2,555,000.00 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 2,000,000 | | | 1,460,000.00 | | | |
| LC:DENDKK-DIVDH | SEB Depot 05295142808 | 73% | | -31,525,200 | | | -23,006,096.00 | | |
| | | TOTALS | 31,515,200 | -31,515,200 | TOTALS | 23,006,096.00 | -23,006,096.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BR:ABN000-AMROB | ABN AMRO Bank NV UK Branch | 85% | 1,615,200 | | | 1,372,920.00 | | YES | | 1/3 | 394928 |
| BR:MACQUA-MACQU | MACQUARIE BANK LIMITED | 83% | 2,000,000 | | | 1,700,000.00 | | YES | | 12/3 | 395304 |
| BR:MAPLEO-UKLTD | Maple Securities UK Ltd | 85% | 1,500,000 | | | 1,275,000.00 | | YES | | 1/3 | 394929 |
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 100% | 3,400,000 | | | 3,400,000.00 | | | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 3,934,800 | | | 3,934,800.00 | | | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 5,238,800 | | | 5,238,800.00 | | | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 100% | 393,200 | | | 393,200.00 | | | | | |
| CC:DWC000-CONST | DW CONSTRUCTION INC RETIREMENT PLAN | 100% | 3,400,000 | | | 3,400,000.00 | | | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 100% | 5,532,700 | | | 5,532,700.00 | | | | | |
| CC:KAMCO0-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 100% | 2,901,000 | | | 2,901,000.00 | | | | | |
| CC:KAMCO0-INVES | KAMCO INVESTMENTS INC PENSION PLAN | 100% | 3,900,000 | | | 3,900,000.00 | | | | | |
| CC:MOIRA0-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 100% | 3,400,000 | | | 3,400,000.00 | | | | | |
| CC:AMERIC-BLOAN | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN-BLOA | 100% | | -3,400,000 | | | -3,400,000.00 | | | | |
| CC:CLIENT-HEDGE | Client Hedges | 85% | | -3,615,200 | | | -3,072,920.00 | | | | |
| CC:DWCONS-BLOAN | DW CONSTRUCTION INC RETIREMENT PLAN – BLOAN | 100% | | -3,400,000 | | | -3,400,000.00 | | | | |
| CC:KAMCO0-BLOAN | KAMCO LP PROFIT SHARING PLAN FBO-BLOAN | 100% | | -2,901,000 | | | -2,901,000.00 | | | | |
| CC:KAMINV-BLOAN | KAMCO INVESTMENTS INC PENSION PLAN – BLOAN | 100% | | -3,500,000 | | | -3,500,000.00 | | | | |
| CC:MOIRA4-BLOAN | MOIRA ASSOCIATES LLC 401K PLAN – BLOAN | 100% | | -3,400,000 | | | -3,400,000.00 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -16,100,000 | | | -16,100,000.00 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 85% | | -1,500,000 | | | -1,275,000.00 | | | | |
| | | SL TOTALS | 36,816,200 | -36,816,200 | TOTALS | 36,048,920.00 | -36,048,920.00 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS | 0.00 | 0.00 |

| PREPARED: | | DESK SIGN OFF: | Sam Muir | | | | OPS MANAGER SIGN OFF- | |
|---|---|---|---|---|---|---|---|---|
| AGENT CASH RECEIVED | CLAIMS PAID | DJ JOURNAL POSTED | | JOURNAL NUMBERS UPDATED | | DATE: 12/03/15 | FILE CLOSED | CLOSER: |