

# ED&F MAN

**E D & F MAN CAPITAL MARKETS LIMITED**

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Autoparts Pensions Group Trust – Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---:|
| Security Description: | Danske Bank A/S |
| ISIN: | DK0010274414 |
| SEDOL: | 4588825 |
| Ex Date: | 19/03/2015 |
| Record Date: | 20/03/2015 |
| Pay Date: | 23/03/2015 |
| Quantity: | 3,675,000.00 |
| Gross Div Rate: | 5.5 |
| Amount Received: | 14,755,125.00 |
| WHT Suffered: | 5,457,375.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Autoparts Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL
ED&F-00047064



# ED&F MAN

E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Casting Pensions Group Trust - Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Danske Bank A/S |
| ISIN: | DK0010274414 |
| SEDOL: | 4588825 |
| Ex Date: | 19/03/2015 |
| Record Date: | 20/03/2015 |
| Pay Date: | 23/03/2015 |
| Quantity: | 3,375,000.00 |
| Gross Div Rate: | 5.5 |
| Amount Received: | 13,550,625.00 |
| WHT Suffered: | 5,011,875.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Casting Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*L. MacKinnon*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00047118



E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Central Technologies Pensions Group Trust – Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Danske Bank A/S |
| ISIN: | DK0010274414 |
| SEDOL: | 4588825 |
| Ex Date: | 19/03/2015 |
| Record Date: | 20/03/2015 |
| Pay Date: | 23/03/2015 |
| Quantity: | 3,680,000.00 |
| Gross Div Rate: | 5.5 |
| Amount Received: | 14,775,200.00 |
| WHT Suffered: | 5,464,800.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Central Technologies Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00047172



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, GSA Trading (Canada) Corporate Pension Plan - 34 Grace Crescent, Barrie, Ontario, L4N 9S5, Canada, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Danske Bank A/S |
| ISIN: | DK0010274414 |
| SEDOL: | 4588825 |
| Ex Date: | 19/03/2015 |
| Record Date: | 20/03/2015 |
| Pay Date: | 23/03/2015 |
| Quantity: | 3,100,000.00 |
| Gross Div Rate: | 5.5 |
| Amount Received: | 12,446,500.00 |
| WHT Suffered: | 4,603,500.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to GSA Trading (Canada) Corporate Pension Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                               ED&F-00047226



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Industrial Pension Group Trust - Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---:|
| Security Description: | Danske Bank A/S |
| ISIN: | DK0010274414 |
| SEDOL: | 4588825 |
| Ex Date: | 19/03/2015 |
| Record Date: | 20/03/2015 |
| Pay Date: | 23/03/2015 |
| Quantity: | 3,575,000.00 |
| Gross Div Rate: | 5.5 |
| Amount Received: | 14,353,625.00 |
| WHT Suffered: | 5,308,875.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Industrial Pension Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*(signature)*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00047261



# ED & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Koutroulakis & Co Corporate Pension Plan - 204 Dunlop Street West, Barrie, Ontario, L4N 1B3, Canada, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Danske Bank A/S |
| ISIN: | DK0010274414 |
| SEDOL: | 4588825 |
| Ex Date: | 19/03/2015 |
| Record Date: | 20/03/2015 |
| Pay Date: | 23/03/2015 |
| Quantity: | 4,000,000.00 |
| Gross Div Rate: | 5.5 |
| Amount Received: | 16,060,000.00 |
| WHT Suffered: | 5,940,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Koutroulakis & Co Corporate Pension Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                      ED&F-00047315



# ED & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Linden Associates Defined Benefit Plan - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Danske Bank A/S |
| ISIN: | DK0010274414 |
| SEDOL: | 4588825 |
| Ex Date: | 19/03/2015 |
| Record Date: | 20/03/2015 |
| Pay Date: | 23/03/2015 |
| Quantity: | 1,100,000.00 |
| Gross Div Rate: | 5.5 |
| Amount Received: | 4,416,500.00 |
| WHT Suffered: | 1,633,500.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Linden Associates Defined Benefit Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                       ED&F-00047332



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Danske Bank A/S |
| ISIN: | DK0010274414 |
| SEDOL: | 4588825 |
| Ex Date: | 19/03/2015 |
| Record Date: | 20/03/2015 |
| Pay Date: | 23/03/2015 |
| Quantity: | 1,200,000.00 |
| Gross Div Rate: | 5.5 |
| Amount Received: | 4,818,000.00 |
| WHT Suffered: | 1,782,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00047364

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> |
| **Sent:** | 13 March 2015 15:45 |
| **To:** | Stacey Kaminer |
| **Cc:** | Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL |
| **Subject:** | RE: DANSKE DC potential liquidity 3.4 million shares |
| **Attachments:** | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein Stock DANSKE DC 1.1 million; Linden Associates Defined Benefit Plan Stock DANSKE DC 1.1 million; RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN Stock DANSKE DC 1.2 million; Linden Associates Defined Benefit Plan Futures OGY 11K; RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN Futures OGY 12K; The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein Futures OGY 11K |

Hi Stacey,

Please find your confirms attached. As discussed we were able to fill your futures at a slightly better level of 171.0973.

Thanks,
Sara

DANSKE DC
TD March 13th
SD March 17th
Quantity 3,400,000
Buy Stock @ 176
Sell Futures @ 171.0973

---

**From:** Stacey Kaminer [mailto:sk@aigkamco.com]
**Sent:** 13 March 2015 14:09
**To:** Mina, Sara (LDN)
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: DANSKE DC potential liquidity 3.4 million shares

The following accounts are interested:

1.1 mil shares – GOLDST-LAWGP
1.2 mil shares – RIVERS-ASSOC
1.1 mil shares – LINDEN-ADBPL

   The pricing is accepted.

   Best,

   Stacey

---

**From:** Mina, Sara (LDN) [mailto:smina@edfmancapital.com]
**Sent:** Friday, March 13, 2015 7:28 AM
**To:** Stacey Kaminer

Cc: Alan
Subject: DANSKE DC potential liquidity 3.4 million shares

Morning Stacey,

We have seen some decent liquidity in DANSKE DC vs April expiry Ice futures per below details. Details are bellow. Let me know if these work for you and if so we will allocate to you.

Many thanks,
Sara

DANSKE DC
TD March 13th
SD March 17th
Quantity 3,400,000
Buy Stock @ 176
Sell Futures @ 171.0928


Sara Mina
Equity Finance Trader

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7629 | Desk: +44 (0)203 580 7625 | Mobile: +44 (0)7810867085
smina@edfmancapital.com | www.edfman.com

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL                                                                            ED&F-00047366

| | |
|---|---|
| From: | Mina, Sara (LDN) <smina@edfmancapital.com> |
| Sent: | 13 March 2015 15:38 |
| To: | Mina, Sara (LDN) |
| Subject: | Linden Associates Defined Benefit Plan Futures OGY 11K |
| Attachments: | ATT00001.bin |

Trade Reference 423084
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 13/03/2015 |
| Customer: | Linden Associates Defined Benefit Plan |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | OGY17APR2015BCLEAR |
| Exchange: | LIFFE |
| Price: | 171.0973 |
| Quantity: | 11,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ52025-187032 Execution Time: Friday March 13,2015 12:00:00 AM Batch Id: 20150313_033644 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:

Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

# Charlotte Woodward

| | |
|---|---|
| From: | Mina, Sara (LDN) <smina@edfmancapital.com> |
| Sent: | 13 March 2015 15:32 |
| To: | Mina, Sara (LDN) |
| Subject: | Linden Associates Defined Benefit Plan Stock DANSKE DC 1.1 million |
| Attachments: | ATT00001.bin |

Trade Reference 422735
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 13/03/2015 |
| Settlement Date: | 16/03/2015 |
| Customer: | Linden Associates Defined Benefit Plan |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | DANSKE BANK A/S |
| ISIN: | DK0010274414 |
| Gross Price: | 176.002200 |
| Net Price: | 176.002200 |
| Quantity: | 1,100,000 |
| Settlement Method: | DNI |
| Net Cash: | 193,602,420.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ52022-187002 Execution Time: Friday March 13,2015 12:00:00 AM Batch Id: 20150313_033629 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:

Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

1

CONFIDENTIAL                                                                 ED&F-00047368

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

CONFIDENTIAL　　　ED&F-00047369

## Charlotte Woodward

| | |
|---|---|
| From: | Mina, Sara (LDN) <smina@edfmancapital.com> |
| Sent: | 13 March 2015 15:40 |
| To: | Mina, Sara (LDN) |
| Subject: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN Futures OGY 12K |
| Attachments: | ATT00001.bin |

Trade Reference 423083
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 13/03/2015 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | OGY17APR2015BCLEAR |
| Exchange: | LIFFE |
| Price: | 171.0973 |
| Quantity: | 12,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ52025-187031 Execution Time: Friday March 13,2015 12:00:00 AM Batch Id: 20150313_033644 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:
Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926