**Charlotte Woodward**

| | |
|---|---|
| From: | Mina, Sara (LDN) <smina@edfmancapital.com> |
| Sent: | 13 March 2015 15:32 |
| To: | Mina, Sara (LDN) |
| Subject: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN Stock DANSKE DC 1.2 million |
| Attachments: | ATT00001.bin |

Trade Reference 422734
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 13/03/2015 |
| Settlement Date: | 16/03/2015 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | DANSKE BANK A/S |
| ISIN: | DK0010274414 |
| Gross Price: | 176.002200 |
| Net Price: | 176.002200 |
| Quantity: | 1,200,000 |
| Settlement Method: | DNI |
| Net Cash: | 211,202,640.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ52022-187001 Execution Time: Friday March 13,2015 12:00:00 AM Batch Id: 20150313_033629 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we

have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:

Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

CONFIDENTIAL                                                                 ED&F-00047371

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

CONFIDENTIAL

ED&F-00047372

# Charlotte Woodward

| | |
|---|---|
| From: | Mina, Sara (LDN) <smina@edfmancapital.com> |
| Sent: | 13 March 2015 15:41 |
| To: | Mina, Sara (LDN) |
| Subject: | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein Futures OGY 11K |
| Attachments: | ATT00001.bin |

Trade Reference 423082
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 13/03/2015 |
| Customer: | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | OGY17APR2015BCLEAR |
| Exchange: | LIFFE |
| Price: | 171.0973 |
| Quantity: | 11,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ52025-187030 Execution Time: Friday March 13,2015 12:00:00 AM Batch Id: 20150313_033644 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept.

Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

1

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

CONFIDENTIAL

ED&F-00047374

| | |
|---|---|
| From: | Mina, Sara (LDN) <smina@edfmancapital.com> |
| Sent: | 13 March 2015 15:32 |
| To: | Mina, Sara (LDN) |
| Subject: | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein Stock DANSKE DC 1.1 million |
| Attachments: | ATT00001.bin |

Trade Reference 422733
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 13/03/2015 |
| Settlement Date: | 16/03/2015 |
| Customer: | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | DANSKE BANK A/S |
| ISIN: | DK0010274414 |
| Gross Price: | 176.002200 |
| Net Price: | 176.002200 |
| Quantity: | 1,100,000 |
| Settlement Method: | DNI |
| Net Cash: | 193,602,420.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ52022-187000 Execution Time: Friday March 13,2015 12:00:00 AM Batch Id: 20150313_033629 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we

have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:

Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

CONFIDENTIAL
ED&F-00047376

# Charlotte Woodward

**From:** Schofield, Paul (LDN) <pschofield@edfmancapital.com>
**Sent:** 13 March 2015 14:06
**To:** Mina, Sara (LDN)
**Cc:** Liddard, Ross (LDN); Schofield, Paul (LDN)
**Subject:** DANSKE + NOVOB CONFIRM (SEB Settlement please)

Hi,

To confirm ED&F MCM BUY the following,

4,500,000 DANSKE DC (DK0010274414) @ DKK 176.00 (DKK 176.0022 net)
4,000,000 NOVOB DC (DK0060534915) @ DKK 329.10 (DKK 329.10411 net)

Trade date 13-Mar
Value date 17-Mar

DANSKE SHAPES: 2 x 1,000,000 / 1 x 2,500,000
NOVOB SHAPES: 4 x 1,000,000

Thanks,
P

Paul Schofield
Senior Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7637
Mob: +44 (0)7810 543272

# Charlotte Woodward

**From:** PAUL SCHOFIELD <pschofield@edfmancapital.com>
**Sent:** 13 March 2015 14:01
**Subject:** Bloomberg: DANSKE + NOVOB CONFIRM

**Greeting:** Equity Finance Office: 0203 580 7637 Mobile: 07810 543272

Hi,

To confirm CGML SELL the following,

1,000,000 DANSKE DC (DK0010274414) @ DKK 176.00
2,500,000 DANSKE DC (DK0010274414) @ DKK 176.00
3,000,000 NOVOB DC  (DK0060534915) @ DKK 329.10 (3 x 1,000,000)

Trade date 13-Mar
Value date 17-Mar

Thanks,
P

**Sent By :**

PAUL SCHOFIELD, pschofield@edfmancapital.com, PSCHOFIELD9@Bloomberg.net, E D & F MAN CAPITAL

**Recipients :**

CHRIS BEARDSELL, CBEARDSELL2@Bloomberg.net, CITIGROUP GLOBAL MAR

**Disclaimers :**

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 9120 | 2015-03-14 02:24:45 AM (EDT)

CONFIDENTIAL                ED&F-00047378

**Charlotte Woodward**

| | |
|---|---|
| **From:** | amartinezbar@bloomberg.net on behalf of Angel Martinez Barenys (BOFA MERRILL LYNCH) <amartinezbar@bloomberg.net> |
| **Sent:** | 13 March 2015 13:49 |
| **To:** | undisclosed-recipients: |
| **Subject:** | Hi,     **DANSKE + NOVOB** |

Hi,     **DANSKE + NOVOB**

I am a BUYER of the following today T+2:

4,500,000 DANSKE DC @ DKK 176.00 (2 x 1,000,000/1 x 2,500,000)
4,000,000 NOVOB DC  @ DKK 329.10 (1 x 3,000,000/1 x 1,000,000)

Any interest here please?

Thanks,
P
Reply:
I CAN SELL YOU 1m ON BOTH. PLEASE SEND CONFIRM. THX

---

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited.  If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

| | |
|---|---|
| From: | Dan Lacey <Dan.Lacey@sunrisebrokers.com> |
| Sent: | 13 March 2015 14:48 |
| To: | Freddie Ireland. |
| Cc: | LDN-EQUITYFINANCE-TRADS-DL@edfmancapital.com |
| Subject: | SUNRISE BROKERS LONDON: Confirmation for Trade e180486 - Danske Bank - Equity Finance - Futures |
| Attachments: | 115031314474602627.gif; e180486_execution_seller.pdf |

SUNRISE BROKERS LONDON: Confirmation for Trade e180486 - Danske Bank - Equity Finance - Futures Attached.

Dan Lacey


4 Triton Square / Regent's Place / London / NW1 3HG / UK
T: / F: +44 20 7612 8313
www.sunrisebrokers.com <http://www.sunrisebrokers.com>


All prices are indicative only. All prices and fills are subject to formal confirmation by phone and subject to confirmation of the eligibility of the counter party. Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Sunrise Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as investment advice, or as an official statement of Sunrise. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

This email message has been swept by MailMarshal and Mimecast for the presence of computer viruses and other undesirable content.

Authorised and Regulated by the Financial Conduct Authority.

T: +44 (0) 207 0349800

CONFIDENTIAL    ED&F-00047380



LONDON

Powered by mBOSStm

| | | | |
|---|---|---|---|
| TRADE CONFIRMATION REFERENCE: | e180486 | | DATE: 13 March 2015 |
| TO | ED&F Man Capital Markets Ltd | | |
| TRADER | Freddie Ireland. - Email (fireland@edfmancapital.com) | | |

**Equity Finance - Futures**

| | | | |
|---|---|---|---|
| Equity | Danske Bank | Bloomberg Ticker: | DANSKE DC |
| Futures Contract Code | Ice Contract: DAN / OGY Apr 2015 | | |
| Multiplier | 100 | | |
| Number of Futures | 25,000 | | |
| Expiry of the futures | 17 Apr 15 | | |
| Cross Level | 171.115 | | |
| Currency | DKK | | |
| Obligations: | ED&F Man Capital Markets Ltd sells 25,000 DANSKE DC Cash Ice Futures | | |
| Trade Date | 13/03/2015 | | |
| Settlement Date | 17/03/2015 | | |

SUNRISE BROKERS LONDON BROKERAGE FEE        Danish Krone 31,250

SUNRISE BROKERS LONDON PAYMENT DETAILS FOR BANK TRANSFERS

SUNRISE BROKERS LONDON, Barclays Bank, Level 11, 1 Churchill Place, London, UK E14 5HP
SORT CODE: 20-19-90, ACCOUNT NO: 90808458, SWIFT CODE: BARCGB22

Authorised & regulated by the Financial Conduct Authority: FRN No. 208265
Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.
**www.sunrisebrokers.com**

CONFIDENTIAL

ED&F-00047381

**Charlotte Woodward**

| | |
|---|---|
| From: | Dan Lacey <Dan.Lacey@sunrisebrokers.com> |
| Sent: | 13 March 2015 14:55 |
| To: | Freddie Ireland. |
| Cc: | LDN-EQUITYFINANCE-TRADS-DL@edfmancapital.com |
| Subject: | SUNRISE BROKERS LONDON: Confirmation for Trade e180483 - Danske Bank - Equity Finance - Futures |
| Attachments: | 115031314544702767.gif; e180483_execution_seller.pdf |

SUNRISE BROKERS LONDON: Confirmation for Trade e180483 - Danske Bank - Equity Finance - Futures Attached.

Dan Lacey

4 Triton Square / Regent's Place / London / NW1 3HG / UK
T: / F: +44 20 7612 8313
www.sunrisebrokers.com <http://www.sunrisebrokers.com>

All prices are indicative only. All prices and fills are subject to formal confirmation by phone and subject to confirmation of the eligibility of the counter party. Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Sunrise Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as investment advice, or as an official statement of Sunrise. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

This email message has been swept by MailMarshal and Mimecast for the presence of computer viruses and other undesirable content.

Authorised and Regulated by the Financial Conduct Authority.

T: +44 (0) 207 0349800

CONFIDENTIAL                                                                                               ED&F-00047382



LONDON

Powered by mBOSStm

# SUNRISE

| | | |
|---|---|---|
| TRADE CONFIRMATION REFERENCE: | e180483 | DATE: 13 March 2015 |
| TO | ED&F Man Capital Markets Ltd | |
| TRADER | Freddie Ireland. - Email (fireland@edfmancapital.com) | |

**Equity Finance - Futures**

| | | | |
|---|---|---|---|
| Equity | Danske Bank | Bloomberg Ticker: | DANSKE DC |
| Futures Contract Code | Ice Contract: DAN / OGY Apr 2015 | | |
| Multiplier | 100 | | |
| Number of Futures | 10,000 | | |
| Expiry of the futures | 17 Apr 15 | | |
| Cross Level | 171.1219 | | |
| Currency | DKK | | |
| Obligations: | ED&F Man Capital Markets Ltd sells 10,000 DANSKE DC Cash Ice Futures | | |
| Trade Date | 13/03/2015 | | |
| Settlement Date | 17/03/2015 | | |

SUNRISE BROKERS LONDON BROKERAGE FEE     Danish Krone 12,500

SUNRISE BROKERS LONDON PAYMENT DETAILS FOR BANK TRANSFERS

SUNRISE BROKERS LONDON, Barclays Bank, Level 11, 1 Churchill Place, London, UK E14 5HP
SORT CODE: 20-19-90, ACCOUNT NO: 90808458, SWIFT CODE: BARCGB22

Authorised & regulated by the Financial Conduct Authority: FRN No. 208265
Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.
www.sunrisebrokers.com

| | |
|---|---|
| From: | Dan Lacey <Dan.Lacey@sunrisebrokers.com> |
| Sent: | 13 March 2015 14:55 |
| To: | Freddie Ireland. |
| Cc: | LDN-EQUITYFINANCE-TRADS-DL@edfmancapital.com |
| Subject: | SUNRISE BROKERS LONDON: Confirmation for Trade e180478 - Danske Bank - Equity Finance - Futures |
| Attachments: | 115031314553008161.gif; e180478_execution_seller.pdf |

SUNRISE BROKERS LONDON: Confirmation for Trade e180478 - Danske Bank - Equity Finance - Futures Attached.

Dan Lacey


4 Triton Square / Regent's Place / London / NW1 3HG / UK
T: / F: +44 20 7612 8313
www.sunrisebrokers.com <http://www.sunrisebrokers.com>


All prices are indicative only. All prices and fills are subject to formal confirmation by phone and subject to confirmation of the eligibility of the counter party. Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Sunrise Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as investment advice, or as an official statement of Sunrise. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

This email message has been swept by MailMarshal and Mimecast for the presence of computer viruses and other undesirable content.

Authorised and Regulated by the Financial Conduct Authority.

T: +44 (0) 207 0349800

CONFIDENTIAL    ED&F-00047384