LONDON

*Powered by mBOSStm*



# SUNRISE

| | | | |
|---|---|---|---|
| TRADE CONFIRMATION REFERENCE: | e180478 | | DATE: 13 March 2015 |
| TO | ED&F Man Capital Markets Ltd | | |
| TRADER | Freddie Ireland. - Email (fireland@edfmancapital.com) | | |

## Equity Finance - Futures

| | | | |
|---|---|---|---|
| Equity | Danske Bank | Bloomberg Ticker: | DANSKE DC |
| Futures Contract Code | Ice Contract: DAN / OGY Apr 2015 | | |
| Multiplier | 100 | | |
| Number of Futures | 10,000 | | |
| Expiry of the futures | 17 Apr 15 | | |
| Cross Level | 171,1219 | | |
| Currency | DKK | | |
| Obligations: | ED&F Man Capital Markets Ltd sells 10,000 DANSKE DC Cash Ice Futures | | |
| Trade Date | 13/03/2015 | | |
| Settlement Date | 17/03/2015 | | |

SUNRISE BROKERS LONDON BROKERAGE FEE          Danish Krone 12,500

SUNRISE BROKERS LONDON PAYMENT DETAILS FOR BANK TRANSFERS

SUNRISE BROKERS LONDON, Barclays Bank, Level 11, 1 Churchill Place, London, UK E14 5HP
SORT CODE: 20-19-90, ACCOUNT NO: 90808458, SWIFT CODE: BARCGB22

Authorised & regulated by the Financial Conduct Authority: FRN No. 208265
Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.
**www.sunrisebrokers.com**







SWIFT Message Detail

**Message ID** 7415882

**SWIFT Information**

| | |
|---|---|
| **MsgType**<br>545 | **Direction**<br>From Swift |
| **Status**<br>Closed | **Loc ID**<br>N/A |
| **Related Ref**<br>N/A | **Loc SWIFT ID**<br>N/A |
| **Transaction Ref**<br>C5823718 | **Purpose**<br>N/A |
| **Asset Series**<br>451613 | **Curr Series**<br>451611 |
| **Reason Code**<br>N/A | **External ID**<br>N/A |
| **Trailer Hdr**<br>{MAC:00000000}{CHK:5833S6A5D9E7} | **User Hdr**<br>{108:0318072819546400} |
| **Basic Hdr**<br>F01MACVGB22AXXX0570285989 | **App Hdr**<br>O5450729150318ESSEDKKAXXX5089770242150318062 9N |
| **Load User**<br>SHSYSTEM | **Load Date**<br>18-03-2015 02:32:05 |
| **Load Port**<br>SS08207NJ3VW07 | **Proc User**<br>N/A |
| **Proc Date**<br>[NULL] | **Proc Port**<br>N/A |
| **Duration**<br>N/A | **Instruction Date**<br>N/A |
| **ACK Date**<br>[NULL] | **OATS** ☐ |
| | **OATS Sent** ☐ |
| **File Name**<br>06845939.TXT | |
| **Memo** CONFIDENTIAL | |

**Details (32)**

Show Groups — System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C5863718 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E100004546130 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :ESET//20150318 |
| 10 | 10 | 98A | :TRAD//20150313 |
| 11 | 11 | 35B | ISIN DK0010274414 |
| 12 | 12 | 000 | DANSKE BANK A/S |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :ESTT//UNIT/2600000, |
| 16 | 16 | 97A | :SAFE//05865142806 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//ESSEDKKXXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MACVGB22 |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPOKDKKKXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16R | AMT |
| 30 | 30 | 19A | :ESTT//DKK440036500, |
| 31 | 31 | 16S | AMT |
| 32 | 32 | 16S | SE[illegible] |

ED&F-00047388

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number : CC:RIVERS-ASSOC
Account Name   : RIVERSIDE ASSOCIATES DEFINED BE
Date           : 19-03-2015
Currency       : USD

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 863,056,731.29 Dr | 0.14308813 | 123,493,173.76 Dr | 863,056,731.29 Dr | 0.14308813 | 123,493,173.76 Dr |
| DKK Var Margin | 13,153,840.00 Dr | 0.14308813 | 1,882,158.37 Dr | 13,153,840.00 Dr | 0.14308813 | 1,882,158.37 Dr |
| EUR Cash | 52,953.53 Cr | 1.06590000 | 56,443.17 Cr | 52,953.53 Cr | 1.06590000 | 56,443.17 Cr |
| GBP Cash | 100.63 Dr | 1.47530000 | 148.46 Dr | 100.63 Dr | 1.47530000 | 148.46 Dr |
| USD Cash | 61,816,836.65 Dr | 1.00000000 | 61,816,836.65 Dr | 61,816,836.65 Dr | 1.00000000 | 61,816,836.65 Dr |
| USD SEG CASH A | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr |
| | | | 186,989,778.42 Dr | | | 186,989,778.42 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| DANSKE DC | DANSKE BANK A/S | C | 1,200,000.00 Lg | 176.0022 | 172.3000 | 211,202,640.00 Dr | 206,760,000.00 Cr | 4,442,640.00 Dr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 1,400,000.00 Lg | 329.1041 | 341.9000 | 460,745,754.00 Cr | 478,660,000.00 Cr | 17,914,246.00 Cr | DKK |
| PNDORA DC | PANDORA A/S | C | 300,000.00 Lg | 635.0079 | 617.0000 | 190,502,382.00 Dr | 185,100,000.00 Cr | 5,402,382.00 Dr | DKK |
| | | | | | Totals: | 882,450,778.00 Dr | 870,520,000.00 Cr | 8,069,224.00 Cr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UN US | UNILEVER N V  -NY SHARES | C | 1,444,600.00 Lg | 42.1105 | 42.3100 | 60,832,871.64 Dr | 61,121,026.00 Cr | 288,154.36 Cr | USD |
| | | | | | Totals: | 60,832,871.64 Dr | 61,121,026.00 Cr | 288,154.36 Cr | |

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| NFY17APR2015 | NFY17APR2015BCLEAR | 14,000.00 Sh | 324.5961 | 336.7700 | 454,434,540.00 Cr | 471,478,000.00 Dr | 17,043,460.00 Dr | DKK |
| OGY17APR2015 | OGY17APR2015BCLEAR | 12,000.00 Sh | 171.0973 | 172.2400 | 205,316,760.00 Cr | 206,688,000.00 Dr | 1,371,240.00 Dr | DKK |
| PAD17APR2015 | PAD17APR2015BCLEAR | 3,000.00 Sh | 626.8062 | 609.3700 | 188,041,860.00 Cr | 182,781,000.00 Dr | 5,260,860.00 Cr | DKK |
| | | | | | 847,793,160.00 Cr | 860,947,000.00 Dr | 13,153,840.00 Dr | DKK |

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Next Valuation Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 375276 | 27-01-15 30-01-15 | 30-04-15 | UN US UNILEVER N V  -NY SHARES | 1,444,600 S | 42.8060 | 61,837,548 USD | 42.3100 | 716,523 | Fixed | 0.0000 | 0.00 |

CONFIDENTIAL

ED&F-00047390

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 19-03-2015
Currency      : USD

## Account Summary

| Item | Amount (USD) |
|------|-------------:|
| Value of opening currency balance | 158,880,867.48 Dr |
| Value of trades settling today | 27,258,629.60 Dr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 850,281.34 Dr |
| **Value of closing currency balance(s)** | **186,989,778.42 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 0.00 Cr |
| **Trade Date Cash Balance** | **186,989,778.42 Dr** |
| Market Value of Positions | 185,682,104.93 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 716,521.60 Cr |
| **Preliminary Account Value** | **591,151.89 Dr** |

## Margin Summary

| | Amount |
|------|-------------:|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 2,967,762.29 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **2,967,762.29 Dr** |

## Futures Initial Requirement

| Cur Requirement | Requirement (USD) | Conv Rate |
|-----------------|------------------:|----------:|
| DKK    90,740,800.00 Dr | 2,967,762.29 Dr | 0.14309 |
| | 2,967,762.29 Dr | |

CONFIDENTIAL

ED&F-00047391

# Account Equity

| ED&F Man Capital Markets Ltd | Account Number: CC:RIVERS-ASSOC |
| 3 London Bridge Street | Account Name  : RIVERSIDE ASSOCIATES DEFINED BE |
| London SE1 9SG | Date          : 19-03-2015 |
| United Kingdom | Currency      : USD |

## Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|-----|-------------|--------|-----------|-----------|----------|-------------------|---------------|-----|
| 283284 | Futures call | Issued | 19-03-2015 | 19-03-2015 | 19-03-2015 | 2,393,277.40 | 2,393,277.40 | USD |
| | | | | | | 2,393,277.40 | 2,393,277.40 | |

## Total Account Value

3,558,914.18 Dr

## Financing Summary

| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |

CONFIDENTIAL

ED&F-00047392



# Danske Bank A/S

# DANSKE DC

|  | ISIN: DK0010274414 | | | SEDOL: 4588825 | | | | COUNTRY: DK | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | EX DATE: | 19/03/2015 | REC DATE: | 20/03/2015 | | PAY DATE: | 23/03/2015 | |
|  |  | CCY: DKK | | GROSS RATE: | 5.50 | | FEE: 0.00 | | |

## AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR: DATE: N/A
EZ / FI / NO / PL / SE

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AUTOPA-AUTOP | Autsports Pensions Group Trust | 73% | 3,675,000 | | 14,755,125.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 3,375,000 | | 13,550,625.00 | | | |
| CC:CTECHO-OOOOO | Central Technologies Pensions Group Trust | 73% | 3,680,000 | | 14,775,200.00 | | | |
| CC:GOLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Shei | 73% | 1,100,000 | | 4,416,500.00 | | | |
| CC:GSA000-TRADG | GSA Trading (Canada) Corporate Pension Plan | 73% | 3,100,000 | | 12,446,500.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 3,575,000 | | 14,353,625.00 | | | |
| CC:KOUTRO-PENPL | Koutroulakis & Co Corporate Pension Trust | 73% | 4,000,000 | | 16,060,000.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 1,100,000 | | 4,416,500.00 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 1,200,000 | | 4,818,000.00 | | | |
| LC:DENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -24,805,000 | | -93,592,075.00 | | |
|  |  | TOTALS | 24,805,000 | -24,805,000 | TOTALS 99,592,075.00 | -99,592,075.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RETRIEVABLE | CLAIM | SEC STK LOAN AMNT | PYMNT VID | PYMNT RNG NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:MACQUA-MACQU | MACQUARIE BANK LIMITED | 85% | 6,805,000 | | 31,813,375.00 | | YES | | 24-Mar | 3993 +1 |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 270,000 | | 1,485,000.00 | | | | | |
| CC:CTECHO-OOOOO | Central Technologies Pensions Group Trust | 100% | 110,000 | | 605,000.00 | | | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 100% | 152,000 | | 836,000.00 | | | | | |
| CC:GSA-DE-GMBH0 | GSA Germany GmbH | 85% | | -4,000,000 | | -18,700,000.00 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -532,000 | | -2,926,000.00 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 85% | | -2,805,000 | | -13,113,375.00 | | | | |
|  |  | SL TOTALS | 7,337,000 | -7,337,000 | TOTALS 34,739,375.00 | -34,739,375.00 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RETRIEVABLE |
|---|---|---|---|---|---|---|
|  |  | SWP TOTALS | 0 | 0 | TOTALS 0.00 | 0.00 |

| PREPARED: | DESK SIGN OFF: | | OPS MANAGER SIGN OFF: |
|---|---|---|---|

| AGENT CASH RECEIVED | CLAIMS PAID | DI JOURNAL POSTED N/A | JOURNAL NUMBERS UPDATED | DATE: 25/3/15 | FILE CLOSED CLOSER: |
|---|---|---|---|---|---|

CONFIDENTIAL

ED&F-00047393

| | | | |
|---|---|---|---|
| KKKXXX566C150323000297209 150323 | 8 | Tag 20C | :PREV//C150320000296117 |
| KKKXXX566C150323000297209 150323 | 9 | Tag 16S | LINK |
| KKKXXX566C150323000297209 150323 | 10 | Tag 16S | GENL |
| KKKXXX566C150323000297209 150323 | 11 | Tag 16R | USECU |
| KKKXXX566C150323000297209 150323 | 12 | Tag 97A | :SAFE//05295142806 |
| KKKXXX566C150323000297209 150323 | 13 | Tag 35B | ISIN DK0010274414<br>DANSKE BANK A/S |
| KKKXXX566C150323000297209 150323 | 14 | Tag 93B | :CONB//UNIT/24805000, |
| KKKXXX566C150323000297209 150323 | 15 | Tag 16S | USECU |
| KKKXXX566C150323000297209 150323 | 16 | Tag 16R | CADETL |
| KKKXXX566C150323000297209 150323 | 17 | Tag 98A | :XDTE//20150319 |
| KKKXXX566C150323000297209 150323 | 18 | Tag 98A | :RDTE//20150320 |
| KKKXXX566C150323000297209 150323 | 19 | Tag 16S | CADETL |
| KKKXXX566C150323000297209 150323 | 20 | Tag 16R | CACONF |
| KKKXXX566C150323000297209 150323 | 21 | Tag 13A | :CAON//001 |
| KKKXXX566C150323000297209 150323 | 22 | Tag 22F | :CAOP//CASH |
| KKKXXX566C150323000297209 150323 | 23 | Tag 16R | CASHMOVE |
| KKKXXX566C150323000297209 150323 | 24 | Tag 22H | :CRDB//CRED |
| KKKXXX566C150323000297209 150323 | 25 | Tag 97A | :CASH//52950017004263 |
| KKKXXX566C150323000297209 150323 | 26 | Tag 19B | :PSTA//DKK99592075, |
| KKKXXX566C150323000297209 150323 | 27 | Tag 19B | :GRSS//DKK136427500, |
| KKKXXX566C150323000297209 150323 | 28 | Tag 19B | :NETT//DKK99592075, |
| KKKXXX566C150323000297209 150323 | 29 | Tag 19B | :WITL//DKK36835425, |
| KKKXXX566C150323000297209 150323 | 30 | Tag 98A | :POST//20150323 |
| KKKXXX566C150323000297209 150323 | 31 | Tag 98A | :VALU//20150323 |
| KKKXXX566C150323000297209 150323 | 32 | Tag 98A | :PAYD//20150323 |
| KKKXXX566C150323000297209 150323 | 33 | Tag 92F | :GRSS//DKK5,500000 |
| KKKXXX566C150323000297209 150323 | 34 | Tag 92A | :TAXR//27, |
| KKKXXX566C150323000297209 150323 | 35 | Tag 16S | CASHMOVE |
| KKKXXX566C150323000297209 150323 | 36 | Tag 16S | CACONF |
| KKKXXX566C150323000297209 150323 | 37 | Tag 16R | ADDINFO |
| KKKXXX566C150323000297209 150323 | 38 | Tag 70E | :PACO//SEB MERCHANT<br>BANKING<br>CUSTODY SERVICES DENMARK<br>CORPORATE ACTIONS<br>PHONE +371 677 57262 |
| KKKXXX566C150323000297209 150323 | 39 | Tag 16S | ADDINFO |





ShadowSuite 9.8.1 - User[MMEADE] Company [E1] Trade Date[15-10-2018] Server[tcp://172.20.20.38:5050] Port[VMSREDFPRDMT1] Zone[GREEN] - [General Journal Detail]

File Configuration Account Master Treasury Settlement Trading General Ledger Positions Price Operations Report Window Help

**Journal ID** 399392 **Retrieve By:** Journal ID **Origin** System

Journal Header

**Journal ID** 399392 **As Of Date** 24-03-2015 **Entry Date** 24-03-2015 **As of Post Date** 24-03-2015 **Post Date** 24-03-2015 **Type** User Adjustment **Source** ORG **Origin** Import

**Description** CASH DIV - DANSKE DC - PD 23/03/15 **Reverse ID** (None) **Status** Posted

**External ID** **Reversal Type** Never **Rever e Statu** Not Applicable

**Ancestor External ID** **Ancestor ID** **Rever e Date** EOT

New Journal | Copy Journal | Delete Journal | Post | Unpost | Set Rev Info | Del Reversal

Journal Detail Lines | Audit Trail Information | Authorization

**Detail Lines (2)**

Show Groups

| | Seq | Asset | Country | Cur | Amount | Account ID | Account Name | Layer | Invt Type | Cost | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | DKK | (None) | DKK | 4,818,000.0000 Dr | CO:CORPAC-CORPA | CORPORATE ACTIONS CONTROL AC | Cash | Unclassified Inventory Type | | |
| 2 | 2 | DKK | (None) | DKK | 4,818,000.0000 Cr | CC:RIVER -ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | | Unclassified Inventory Type | | |

**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein – 615 Haverstraw Road, Suffern, New York, 10901, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Danske Bank A/S |
| ISIN: | DK0010274414 |
| SEDOL: | 4588825 |
| Ex Date: | 19/03/2015 |
| Record Date: | 20/03/2015 |
| Pay Date: | 23/03/2015 |
| Quantity: | 1,100,000.00 |
| Gross Div Rate: | 5.5 |
| Amount Received: | 4,416,500.00 |
| WHT Suffered: | 1,633,500.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00047396

# Danske Bank A/S                                                                          DANSKE DC

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ISIN: DK0010274414 | | | SEDOL: 4588825 | | | | COUNTRY: DK | |
| | EX DATE: 19/03/2015 | | REC DATE: 20/03/2015 | | | PAY DATE: 23/03/2015 | | |
| | CCY: DKK | | GROSS RATE: 5.50 | | | FEE: 0.00 | | |

## AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR: DATE:
CZ / FI / NO / PL / SE  N/A

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 3,675,000 | | 14,755,125.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 3,375,000 | | 13,550,625.00 | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 3,680,000 | | 14,775,200.00 | | | |
| CC:GOLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheld | 73% | 1,100,000 | | 4,416,500.00 | | | |
| CC:GSA000-TRAD0 | GSA Trading (Canada) Corporate Pension Plan | 73% | 3,100,000 | | 12,446,500.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 3,575,000 | | 14,353,625.00 | | | |
| CC:KOUTRO-PENPL | Koutroulakis & Co Corporate Pension Plan | 73% | 4,000,000 | | 16,060,000.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 1,100,000 | | 4,416,500.00 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 1,200,000 | | 4,516,000.00 | | | |
| LC:DENDKK-DIVDK | SEB Depot 08295142806 | 73% | | -24,805,000 | | -99,592,075.00 | | |
| | | TOTALS | 24,805,000 | -24,805,000 | TOTALS 99,592,075.00 | -99,592,075.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BP:MACQUA-MACCU | MACQUARIE BANK LIMITED | 85% | 6,505,000 | | 31,818,375.00 | | YES | | 24-Mar | 399371 |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 270,000 | | 1,485,000.00 | | | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 100% | 110,000 | | 605,000.00 | | | | | |
| CC:INDUST-PENSP | Industrial Pension Group Trust | 100% | 152,000 | | 836,000.00 | | | | | |
| CC:GSA-DE-GMBH0 | GSA Germany GmbH | 85% | | -4,000,000 | | -18,700,000.00 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -532,000 | | -2,926,000.00 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 85% | | -2,805,000 | | -13,113,375.00 | | | | |
| | | SL TOTALS | 7,337,000 | -7,337,000 | TOTALS 34,739,375.00 | -34,739,375.00 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| PREPARED: | | DESK SIGN OFF: | | OPS MANAGER SIGN OFF: Modern |
| AGENT CASH RECEIVED | CLAIMS PAID | D1 JOURNAL POSTED N/A | JOURNAL NUMBERS UPDATED | DATE: 25/3/15    FILE CLOSED CLOSER: |

# Danske Bank A/S

## DANSKE DC

ISIN: DK0010274414      SEDOL: 4588825      COUNTRY: DK

| | | | |
|---|---|---|---|
| EX DATE: | 19/03/2015 | REC DATE: | 20/03/2015 |
| CCY: DKK | | GROSS RATE: | 5.50 |

PAY DATE: 23/03/2015
FEE: 0.00

## AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR: DATE: N/A
CZ / FI / NO / PL / SE

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 3,675,000 | | 14,753,125.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 3,375,000 | | 13,550,625.00 | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 3,680,000 | | 14,775,200.00 | | | |
| CC:ETS000-MALTA | ETS Malta Limited | 73% | 1,100,000 | | 4,416,500.00 | | | |
| CC:GOLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheld | 73% | 1,100,000 | | 4,416,500.00 | | | |
| CC:GSA000-TRAD0 | GSA Trading (Canada) Corporate Pension Plan | 73% | 2,000,000 | | 8,030,000.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 3,575,000 | | 14,353,625.00 | | | |
| CC:KOUTRO-PENPL | Koutoulakis & Co Corporate Pension Plan | 73% | 4,000,000 | | 16,060,000.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 1,100,000 | | 4,416,500.00 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 1,200,000 | | 4,818,000.00 | | | |
| LC:DENDKK-DIVDK | SEB Depot 05295142805 | 73% | | -24,805,000 | | -99,592,075.00 | | |
| | TOTALS | | 24,805,000 | -24,805,000 | TOTALS 99,592,075.00 | -99,592,075.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:MACQUA-MACQU | MACQUARIE BANK LIMITED | 85% | 6,805,000 | | 31,813,375.00 | | YES | | 24/5 | 399371 |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 270,000 | | 1,485,000.00 | | | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 100% | 110,000 | | 605,000.00 | | | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 100% | 152,000 | | 836,000.00 | | | | | |
| CC:GSA-DE-GMBHO | GSA Germany GmbH | 85% | | -4,000,000 | | -18,700,000.00 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -532,000 | | -2,926,000.00 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 85% | | -2,865,000 | | -15,115,875.00 | | | | |
| | SL TOTALS | | -7,337,000 | -7,337,000 | TOTALS 34,739,375.00 | -34,739,375.00 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVABLE |
|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| PREPARED: | DESK SIGN OFF: *Ann Min* | | OPS MANAGER SIGN OFF: *Madein* |
| AGENT CASH RECEIVED | CLAIMS PAID | D1 JOURNAL POSTED N/A | JOURNAL NUMBERS UPDATED |
| | | | DATE: 24/2/15 | FILE CLOSED: CLOSER: |