

# E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Linden Associates Defined Benefit Plan - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Pandora A/S |
| ISIN: | DK0060252690 |
| SEDOL: | B44XTX8 |
| Ex Date: | 19/03/2015 |
| Record Date: | 20/03/2015 |
| Pay Date: | 23/03/2015 |
| Quantity: | 400,950.00 |
| Gross Div Rate: | 9.00 |
| Amount Received: | 2,634,241.50 |
| WHT Suffered: | 974,308.50 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Linden Associates Defined Benefit Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE
CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000
ED&F-00043981



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Pandora A/S |
| ISIN: | DK0060252690 |
| SEDOL: | B44XTX8 |
| Ex Date: | 19/03/2015 |
| Record Date: | 20/03/2015 |
| Pay Date: | 23/03/2015 |
| Quantity: | 300,000.00 |
| Gross Div Rate: | 9.00 |
| Amount Received: | 1,971,000.00 |
| WHT Suffered: | 729,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
CONFIDENTIAL
Hays Lane
Regulated by the Financial Services Authority
Telephone: +44 (0)20 7089 8000
ED&F-00043997

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 17 March 2015 17:05 |
| **To:** | Stacey Kaminer; Mina, Sara (LDN) |
| **Cc:** | Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL |
| **Subject:** | RE: PNDORA DC potential liquidity 700,950 shares |
| **Attachments:** | 300,000 PNDORA DC (12 Feb fut) ED&F tkt.xlsx; Fwd:300,000 PNDORA DC CONFIRM; Afternoon Oli.; e184229_confirmation_seller.pdf |

Confirms attached.

RIVERS-ASSOC
PNDORA DC
TD March 17th
SD March 19th
Quantity 300,000
Buy Stock @ 635
Sell Futures @ 626.80617

LINDEN-ADBPL
PNDORA DC
TD March 17th
SD March 19th
Quantity 400,950
Buy Stock @ 635
Sell Futures @ 626.7586

Thanks
Oliver

---

**From:** Bottomley, Oliver (LDN)
**Sent:** 17 March 2015 14:38
**To:** Stacey Kaminer; Mina, Sara (LDN)
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: PNDORA DC potential liquidity 700,950 shares

Going active now Stacey, confirms to follow.

Thanks
Oliver

---

**From:** Stacey Kaminer [mailto:sk@aigkamco.com]
**Sent:** 17 March 2015 14:32
**To:** Mina, Sara (LDN)
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: PNDORA DC potential liquidity 700,950 shares

Thank you, Sara. As you know the accounts have been looking for liquidity in this security. Please allocate to the following accounts:

RIVERS-ASSOC – 300k

Stacey

**From:** Mina, Sara (LDN) [mailto:smina@edfmancapital.com]
**Sent:** Tuesday, March 17, 2015 7:57 AM
**To:** Stacey Kaminer
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** PNDORA DC potential liquidity 700,950 shares
**Importance:** High

Morning Stacey,

We have seen some decent liquidity in PNDORA DC vs April expiry Ice futures per below details. Details are bellow. Let me know if these work for you and if so we will allocate to you.

Many thanks,
Sara

PNDORA DC
TD March 17th
SD March 19th
Quantity 300,000
Buy Stock @ 635
Sell Futures @ 626.80617

PNDORA DC
TD March 17th
SD March 19th
Quantity 400,950
Buy Stock @ 635
Sell Futures @ 626.7586

Sara Mina
Equity Finance Trader

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7629 | Desk: +44 (0)203 580 7625 | Mobile: +44 (0)7810867085
smina@edfmancapital.com | www.edfman.com

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a

registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL

ED&F-00044000

**Charlotte Woodward**

---

**From:** Oliver Bottomley (E D & F MAN CAPITAL) <obottomley2@bloomberg.net>
**Sent:** 17 March 2015 12:04
**Subject:** Fwd:300,000 PNDORA DC CONFIRM

--- Original Sender: PAUL SCHOFIELD, E D & F MAN CAPITAL ---


----- Original Message -----
From: PAUL SCHOFIELD (E D & F MAN CAPITAL)
To: OLIVER BOTTOMLEY (E D & F MAN CAPITAL)
At: Mar 17 2015 11:56:43

Hi,

To confirm ED&F MCM BUY the following:

300,000 PNDORA DC (DK0060252690) @ DKK 635.00
                 @ DKK 635.00794 net

Trade date 17-Mar
Value date 19-Mar

SHAPES: 150,000 / 2 x 75,000

Thanks,
P


---

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

CONFIDENTIAL                                      ED&F-00044001

# ICAP Securities Limited

## Trade Confirmation

To:     ED&F MAN CAPITAL MARKETS LIMITED

ICAP Securities Limited hereby confirm that, acting as agents on your instructions, we have preliminarily arranged the following equity future transaction on your behalf. The transaction remains subject to the agreement of certain terms.

| | |
|---|---|
| Trade Date | 17-Mar-15 |
| Time | 15:00 |
| Equity | PANDORA A/S |
| Bloomberg Code | PNDORA DC EQUITY |
| Expiry Date | 17-Apr-15 |
| Future | PAD |
| Exchange | ICE |
| Futures Price | TBC |
| Reference Price | TBC |
| Currency | DKK |
| | |
| No. of Contacts | 3,000 |
| Multiplier | 100 |
| | |
| Futures Seller | ED&F MAN CAPITAL MARKETS LIMITED |
| | |
| **Arrangement Fee** | DKK 6,750 |
| | |
| Special Terms | Futures to be priced on trade date using 88.5% of the gross dividend and a 1 week CIBOR |

Please advise ICAP Securities Limited via email to Icap_SFPG_Confirmations@icap.com immediately if the details of this preliminary trade confirmation differ from your understanding or if you do not receive a confirmation that you are expecting.

ICAP Securities Limited has arranged the above proposed transaction. The terms set out above are indicative only and do not constitute a binding transaction. Should the transaction go ahead, ICAP Securities Limited will send a confirmation in respect of such transaction in accordance with standard practice.

This communication is made subject to the terms and regulatory requirements to be found at http://www.icap.com/financial-regulation/icap-disclaimers.aspx.

ICAP Securities Limited is authorised and regulated by the Financial Services Authority and is a Member of the London Stock Exchange. This transaction is subject to English Law and ICAP Securities Limited accepts no liability for the commercial advisability of this transaction. ICAP Securities Limited is not a member of the Securities Investor Protection Corporation ("SIPC") (www.sipc.org).

Copyright ICAP Ref. 2370043

# Charlotte Woodward

**From:** PAUL SCHOFIELD <pschofield@edfmancapital.com>
**Sent:** 17 March 2015 11:56
**Subject:** Bloomberg: 150,000 PNDORA DC CONFIRM

Greeting: Equity Finance Office: 0203 580 7637 Mobile: 07810 543272

---

Hi,

To confirm ML INTL SELL the following:

150,000 PNDORA DC (DK0060252690) @ DKK 635.00

Trade date 17-Mar
Value date 19-Mar

Thanks,
P

---

**Sent By :**

PAUL SCHOFIELD, pschofield@edfmancapital.com, PSCHOFIELD9@Bloomberg.net, E D & F MAN CAPITAL

**Recipients :**

ANGEL MARTINEZ BARENYS, AMARTINEZBAR@Bloomberg.net, BOFA MERRILL LYNCH

---

**Disclaimers :**

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

---

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 5344 | 2015-03-18 01:53:37 AM (EDT)

# Charlotte Woodward

**From:** PAUL SCHOFIELD <pschofield@edfmancapital.com>
**Sent:** 17 March 2015 10:56
**Subject:** Bloomberg: 150,000 PNDORA DC CONFIRM

Greeting: Equity Finance Office: 0203 580 7637 Mobile: 07810 543272

Hi,

To confirm UBS LONDON SELL the following:

150,000 PNDORA DC (DK0060252690) @ DKK 635.00

Trade date 17-Mar
Value date 19-Mar

SHAPES: 2 x 75,000

Thanks,
P

**Sent By :**

PAUL SCHOFIELD, pschofield@edfmancapital.com, PSCHOFIELD9@Bloomberg.net, E D & F MAN CAPITAL

**Recipients :**

ANDERS RASMUSSEN, ARASMUSSEN17@Bloomberg.net, UBS LIMITED

**Disclaimers :**

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 3958 | 2015-03-18 01:53:37 AM (EDT)

CONFIDENTIAL                                                    ED&F-00044004

Rosenblatt work product: extracts of shadow data

| Firm | DateBasis | Sequence | ExtRefID | TradeDate | EntryDate | SettlementDate | TradeAccount | Product | AssetAlias1 | Currency | Ticket | Transaction | Quantity | Proceeds | FinalPrice | Asset | MasterAccount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 423870 | EQ52094-187305 | 17/03/2015 | 2015-03-17 00:00:00.000 | 19/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060252690 | DKK | NEW | BUY | 150,000 | 95251191.00 | 635.0079400000 | PNDORA C | 1020035IDBSEBIDBE1 |
| E1 | TRD | 423870 | EQ52094-187305 | 17/03/2015 | 2015-03-17 00:00:00.000 | 19/03/2015 | 1020010RIVERSASSOC | EQUITY | DK0060252690 | DKK | NEW | SEL | 150,000 | 95251191.00 | 635.0079400000 | PNDORA C | 1020010RIVERSASSOC |
| E1 | TRD | 423878 | EQ52096-187307 | 17/03/2015 | 2015-03-17 00:00:00.000 | 19/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060252690 | DKK | ORG | BUY | 75,000 | 47625595.50 | 635.0079400000 | PNDORA C | 1020035IDBSEBIDBE1 |
| E1 | TRD | 423878 | EQ52096-187307 | 17/03/2015 | 2015-03-17 00:00:00.000 | 19/03/2015 | 1020010RIVERSASSOC | EQUITY | DK0060252690 | DKK | ORG | SEL | 75,000 | 47625595.50 | 635.0079400000 | PNDORA C | 1020010RIVERSASSOC |
| E1 | TRD | 423879 | EQ52096-187308 | 17/03/2015 | 2015-03-17 00:00:00.000 | 19/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060252690 | DKK | ORG | BUY | 75,000 | 47625595.50 | 635.0079400000 | PNDORA C | 1020035IDBSEBIDBE1 |
| E1 | TRD | 423879 | EQ52096-187308 | 17/03/2015 | 2015-03-17 00:00:00.000 | 19/03/2015 | 1020010RIVERSASSOC | EQUITY | DK0060252690 | DKK | ORG | SEL | 75,000 | 47625595.50 | 635.0079400000 | PNDORA C | 1020010RIVERSASSOC |

CONFIDENTIAL

ED&F-00044005