





SWIFT Message Detail

**Message ID** 7425898 Retrieve

SWIFT Information

**Msg Type**
545

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
C5415647

**Purpose**
N/A

**Asset Series**
452367

**Curr Series**
452366

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:E88A052598A8}

**User Hdr**
{108:0319060226352688}

**Basic Hdr**
F01MACVGB22AXXX0971290921

**App Hdr**
O5450603150319ESSEDKKKCXXX2820816369150319050 3N

**Load User**
SHSYSTEM

**Load Date**
19-03-2015 01:06:45

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS** ☐

**OATS Sent** ☐

**File Name**
06846192.TXT

**Memo**

**Details (32)**

Show Groups System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C5415647 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E1000045236701 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :ESET//20150319 |
| 10 | 10 | 98A | :TRAD//20150317 |
| 11 | 11 | 35B | ISIN DK0060252690 |
| 12 | 12 | 000 | PANDORA HOLDING |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :ESTT//UNIT/150000, |
| 16 | 16 | 97A | :SAFE//05295142806 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//ESSEDKKKXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MACVGB22 |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16R | AMT |
| 30 | 30 | 19A | :ESTT//DKK95251191, |
| 31 | 31 | 16S | AMT |
| 32 | 32 | 16S | SETDET |

CONFIDENTIAL

SWIFT Message Detail

**Message ID** 7425896

Retri

SWIFT Information

**Msg Type**
545

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
C5415649

**Purpose**
N/A

**Asset Series**
452377

**Curr Series**
452376

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:41C533B2095E}

**User Hdr**
{108:0319060226145392}

**Basic Hdr**
F01MACVGB22AXXX0971290920

**App Hdr**
O5450603150319ESSEDKKKBXXX55526706181503190503N

**Load User**
SHSYSTEM

**Load Date**
19-03-2015 01:06:45

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS**

**OATS Sent**

**File Name**
06846192.TXT

**Memo**

**Details (32)**

Show Groups

System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C5415649 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E100004523770 1 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :ESET//20150319 |
| 10 | 10 | 98A | :TRAD//20150317 |
| 11 | 11 | 35B | ISIN DK0060252690 |
| 12 | 12 | 000 | PANDORA HOLDING |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :ESTT//UNIT/75000, |
| 16 | 16 | 97A | :SAFE//05295142806 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//ESSEDKKKXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MACVGB22 |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16R | AMT |
| 30 | 30 | 19A | :ESTT//DKK47625596,50 |
| 31 | 31 | 16S | AMT |
| 32 | 32 | 16S | SETDET |

Release Modify **Tag Value**

SWIFT Message Detail Retrieved

# Account Equity

ED&F Man Capital Markets Ltd  
3 London Bridge Street  
London SE1 9SG  
United Kingdom  

Account Number: CC:RIVERS-ASSOC  
Account Name   : RIVERSIDE ASSOCIATES DEFINED BE  
Date           : 19-03-2015  
Currency       : USD  

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 863,056,731.29 Dr | 0.14308813 | 123,493,173.76 Dr | 863,056,731.29 Dr | 0.14308813 | 123,493,173.76 Dr |
| DKK Var Margin | 13,153,840.00 Dr | 0.14308813 | 1,882,158.37 Dr | 13,153,840.00 Dr | 0.14308813 | 1,882,158.37 Dr |
| EUR Cash | 52,953.53 Cr | 1.06590000 | 56,443.17 Cr | 52,953.53 Cr | 1.06590000 | 56,443.17 Cr |
| GBP Cash | 100.63 Dr | 1.47530000 | 148.46 Dr | 100.63 Dr | 1.47530000 | 148.46 Dr |
| USD Cash | 61,816,836.65 Dr | 1.00000000 | 61,816,836.65 Dr | 61,816,836.65 Dr | 1.00000000 | 61,816,836.65 Dr |
| USD SEG CASH A | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr |
| | | | 186,989,778.42 Dr | | | 186,989,778.42 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| DANSKE DC | DANSKE BANK A/S | C | 1,200,000.00 Lg | 176.0022 | 172.3000 | 211,202,640.00 Dr | 206,760,000.00 Cr | 4,442,640.00 Dr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 1,400,000.00 Lg | 329.1041 | 341.9000 | 460,745,754.00 Dr | 478,660,000.00 Cr | 17,914,246.00 Cr | DKK |
| PNDORA DC | PANDORA A/S | C | 300,000.00 Lg | 635.0079 | 617.0000 | 190,502,382.00 Dr | 185,100,000.00 Cr | 5,402,382.00 Dr | DKK |
| | | | | | Totals: | 862,450,776.00 Dr | 870,520,000.00 Cr | 8,069,224.00 Cr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UN US | UNILEVER N V -NY SHARES | C | 1,444,600.00 Lg | 42.1105 | 42.3100 | 60,832,871.64 Dr | 61,121,026.00 Cr | 288,154.36 Cr | USD |
| | | | | | Totals: | 60,832,871.64 Dr | 61,121,026.00 Cr | 288,154.36 Cr | |

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| NFY17APR2015 | NFY17APR2015BCLEAR | 14,000.00 Sh | 324.5961 | 336.7700 | 454,434,540.00 Cr | 471,478,000.00 Dr | 17,043,460.00 Dr | DKK |
| OGY17APR2015 | OGY17APR2015BCLEAR | 12,000.00 Sh | 171.0973 | 172.2400 | 205,316,760.00 Cr | 206,688,000.00 Dr | 1,371,240.00 Dr | DKK |
| PAD17APR2015 | PAD17APR2015BCLEAR | 3,000.00 Sh | 626.8062 | 609.2700 | 188,041,860.00 Cr | 182,781,000.00 Dr | 5,260,860.00 Cr | DKK |
| | | | | | 847,793,160.00 Cr | 860,947,000.00 Dr | 13,153,840.00 Dr | DKK |

## Equity Swaps

| Tick Seq | Trade Dt / Set Dt | Term Dt | Asset Description | Quantity | D | Open Price | Notional | Cur | Market Price | MTM Next Valuation Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 375276 | 27-01-15 / 30-01-15 | 30-04-15 | UN US UNILEVER N V -NY SHARES | 1,444,600 | S | 42.8060 | 61,837,548 | USD | 42.3100 | 716,522 | Fixed | 0.0000 | 0.00 |

CONFIDENTIAL  
Page 1 of 3  
ED&F-00044009

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name   : RIVERSIDE ASSOCIATES DEFINED BE
Date           : 19-03-2015
Currency       : USD

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 158,880,867.48 Dr |
| Value of trades settling today | 27,258,629.60 Dr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 850,281.34 Dr |
| **Value of closing currency balance(s)** | **186,989,778.42 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 0.00 Cr |
| **Trade Date Cash Balance** | **186,989,778.42 Dr** |
| Market Value of Positions | 185,682,104.93 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 716,521.60 Cr |
| **Preliminary Account Value** | **591,151.89 Dr** |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 2,967,762.29 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **2,967,762.29 Dr** |

## Futures Initial Requirement

| Cur | Requirement | Requirement (USD) | Conv Rate |
|---|---|---|---|
| DKK | 20,740,800.00 Dr | 2,967,762.29 Dr | 0.14309 |
| | | 2,967,762.29 Dr | |

## Account Equity

```
ED&F Man Capital Markets Ltd                          Account Number: CC:RIVERS-ASSOC
3 London Bridge Street                                Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
London SE1 9SG                                        Date          : 19-03-2015
United Kingdom                                        Currency      : USD
```

### Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|---|---|---|---|---|---|---|---|---|
| 283284 | Futures call | Issued | 19-03-2015 | 19-03-2015 | 19-03-2015 | 2,393,277.40 | 2,393,277.40 | USD |
|  |  |  |  |  |  | 2,393,277.40 | 2,393,277.40 |  |

**Total Account Value**                              3,558,914.18 Dr

### Financing Summary

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |

# Pandora A/S

**PNDORA DC**

| ISIN: DK0060252690 | SEDOL: B44XTX8 | | COUNTRY: DK |
|---|---|---|---|
| EX DATE: 19/03/2015 | REC DATE: 20/03/2015 | | PAY DATE: 23/03/2015 |
| CCY: DKK | GROSS RATE: 9.00 | | FEE: 0.00 |

## AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR DATE: N/A
CZ / FI / NO / PL / SE

| CLIENT ACCOUNT | CLIENT NAME | DIV% | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 400,950 | | 2,634,241.50 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 300,000 | | 1,971,000.00 | | | |
| LC:DENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -700,950 | | -4,605,241.50 | | |
| | TOTALS | | 700,950 | -700,950 | TOTALS 4,605,241.50 | -4,605,241.50 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV% | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:ABN000-AMR00 | ABN AMRO Bank NV UK Branch | 85% | 400,950 | | 3,067,267.50 | | YES | | 24/3 | 349370 |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 415,500 | | 3,739,500.00 | | | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 421,000 | | 3,789,000.00 | | | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 100% | 416,500 | | 3,748,500.00 | | | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 100% | 486,100 | | 4,374,900.00 | | | | | |
| CC:CLIENT-HEDGE | Client Hedges | 85% | | -400,950 | | -3,067,267.50 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -1,739,100 | | -15,651,900.00 | | | | |
| | SL TOTALS | | 2,140,050 | -2,140,050 | TOTALS 18,719,167.50 | -18,719,167.50 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV% | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| | SWP TOTALS | | 0 | 0 | TOTALS 0.00 | 0.00 |

PREPARED: [signature]    DESK SIGN OFF: [signature]    OPS MANAGER SIGN: [signature]

AGENT CASH RECEIVED [✗]    CLAIMS PAID [✗]    DI JOURNAL POSTED N/A    JOURNAL NUMBERS UPDATED [✗]    DATE: 24/5/15    FILE CLOSED / CLOSER: [signature]

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX566C150323000297705 150323 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX566C150323000297705 150323 | 2 | Tag 20C | :CORP//150218DVCA161898 |
| OESSEDKKKXXX566C150323000297705 150323 | 3 | Tag 20C | :SEME//C150323000297705 |
| OESSEDKKKXXX566C150323000297705 150323 | 4 | Tag 23G | NEWM |
| OESSEDKKKXXX566C150323000297705 150323 | 5 | Tag 22F | :CAEV//DVCA |
| OESSEDKKKXXX566C150323000297705 150323 | 6 | Tag 16R | LINK |
| OESSEDKKKXXX566C150323000297705 150323 | 7 | Tag 13A | :LINK//564 |
| OESSEDKKKXXX566C150323000297705 150323 | 8 | Tag 20C | :PREV//C150320000296618 |
| OESSEDKKKXXX566C150323000297705 150323 | 9 | Tag 16S | LINK |
| OESSEDKKKXXX566C150323000297705 150323 | 10 | Tag 16S | GENL |
| OESSEDKKKXXX566C150323000297705 150323 | 11 | Tag 16R | USECU |
| OESSEDKKKXXX566C150323000297705 150323 | 12 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX566C150323000297705 150323 | 13 | Tag 35B | ISIN DK0060252690<br>PANDORA HOLDING |
| OESSEDKKKXXX566C150323000297705 150323 | 14 | Tag 93B | :CONB//UNIT/700950, |
| OESSEDKKKXXX566C150323000297705 150323 | 15 | Tag 16S | USECU |
| OESSEDKKKXXX566C150323000297705 150323 | 16 | Tag 16R | CADETL |
| OESSEDKKKXXX566C150323000297705 150323 | 17 | Tag 98A | :XDTE//20150319 |
| OESSEDKKKXXX566C150323000297705 150323 | 18 | Tag 98A | :RDTE//20150320 |
| OESSEDKKKXXX566C150323000297705 150323 | 19 | Tag 16S | CADETL |
| OESSEDKKKXXX566C150323000297705 150323 | 20 | Tag 16R | CACONF |
| OESSEDKKKXXX566C150323000297705 150323 | 21 | Tag 13A | :CAON//001 |
| OESSEDKKKXXX566C150323000297705 150323 | 22 | Tag 22F | :CAOP//CASH |
| OESSEDKKKXXX566C150323000297705 150323 | 23 | Tag 16R | CASHMOVE |
| OESSEDKKKXXX566C150323000297705 150323 | 24 | Tag 22H | :CRDB//CRED |
| OESSEDKKKXXX566C150323000297705 150323 | 25 | Tag 97A | :CASH//52950017004263 |
| OESSEDKKKXXX566C150323000297705 150323 | 26 | Tag 19B | :PSTA//DKK4605241,50 |
| OESSEDKKKXXX566C150323000297705 150323 | 27 | Tag 19B | :GRSS//DKK6308550, |
| OESSEDKKKXXX566C150323000297705 150323 | 28 | Tag 19B | :NETT//DKK4605241,50 |
| OESSEDKKKXXX566C150323000297705 150323 | 29 | Tag 19B | :WITL//DKK1703308,50 |
| OESSEDKKKXXX566C150323000297705 150323 | 30 | Tag 98A | :POST//20150323 |
| OESSEDKKKXXX566C150323000297705 150323 | 31 | Tag 98A | :VALU//20150323 |
| OESSEDKKKXXX566C150323000297705 150323 | 32 | Tag 98A | :PAYD//20150323 |
| OESSEDKKKXXX566C150323000297705 150323 | 33 | Tag 92F | :GRSS//DKK9, |
| OESSEDKKKXXX566C150323000297705 150323 | 34 | Tag 92A | :TAXR//27, |
| OESSEDKKKXXX566C150323000297705 150323 | 35 | Tag 16S | CASHMOVE |
| OESSEDKKKXXX566C150323000297705 150323 | 36 | Tag 16S | CACONF |
| OESSEDKKKXXX566C150323000297705 150323 | 37 | Tag 16R | ADDINFO |
| OESSEDKKKXXX566C150323000297705 150323 | 38 | Tag 70E | :PACO//SEB MERCHANT BANKING<br>CUSTODY SERVICES DENMARK<br>CORPORATE ACTIONS<br>PHONE +371 677 57262 |
| OESSEDKKKXXX566C150323000297705 150323 | 39 | Tag 16S | ADDINFO |



ShadowSuite 9.8.1 - User[MMEADE] Company [E1] Trade Date[15-10-2018] Server[tcp://172.20.20.38:5050] Port[VMSREDFPRDMT1] Zone[GREEN] - [General Journal Detail]

File Configuration Account Master Treasury Settlement Trading General Ledger Positions Price Operations Report Window Help

**Journal ID** 399373 **Retrieve By:** Journal ID **Origin** System

Journal Header

**Journal ID** 399373
**As Of Date** 24-03-2015
**Entry Date** 24-03-2015
**As of Post Date** 24-03-2015
**Post Date** 24-03-2015
**Type** User Adjustment
**Source** ORG
**Origin** Import
**Description** CASH DIV - PNDORA DC - PD 23/03/15
**Reverse ID** (None)
**Status** Posted
**External ID**
**Reversal Type** Never
**Reverse Status** Not Applicable
**Ancestor External ID**
**Ancestor ID**
**Reverse Date** EOT

New Journal | Copy Journal | Delete Journal | Post | Unpost | Set Rev Info | Del Reversal

**Journal Detail Lines** | **Audit Trail Information** | **Authorization**

**Detail Lines (2)**

Show Groups

| | Seq | Asset | Country | Cur | Amount | Account ID | Account Name | Layer | Invt Type | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | DKK | (None) | DKK | 1,971,000.0000 Dr | CO:CORPAC-CORPA | CORPORATE ACTIONS CONTROL AC | Cash | Unclassified Inventory Type | |
| 2 | 2 | DKK | (None) | DKK | 1,971,000.0000 Cr | CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | Cash | Unclassified Inventory Type | |

# andora A/S

PNDORA DC

ISIN: DK0060252690  SEDOL: 844XTX8  COUNTRY: DK

EX DATE: 19/03/2015   REC DATE: 20/03/2015   PAY DATE: 23/03/2015
CCY: DKK   GROSS RATE: 9.00   FEE: 0.00

## GENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR CZ / FI / NO / PL / SE   DATE: N/A

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| INDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 400,950 | | 2,634,241.50 | | | |
| IVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 300,000 | | 1,971,000.00 | | | |
| ENDKK-DIVDX | SEB Depot 05295142806 | 73% | | -700,950 | | -4,605,241.50 | | |
| | | | TOTALS 700,950 | -700,950 | TOTALS 4,605,241.50 | -4,605,241.50 | | |

## ECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| ABN000-AMR00 | ABN AMRO Bank NV UK Branch | 85% | 400,950 | | 3,067,267.50 | | YES | | 24/3 | 39937-0 |
| UTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 415,500 | | 3,739,500.00 | | | | | |
| ASTPE-GRPTR | Casting Pensions Group Trust | 100% | 421,000 | | 3,789,000.00 | | | | | |
| TECH0-00000 | Central Technologies Pensions Group Trust | 100% | 416,500 | | 3,748,500.00 | | | | | |
| NDUST-PENGP | Industrial Pension Group Trust | 100% | 486,100 | | 4,374,900.00 | | | | | |
| LIENT-HEDGE | Client Hedges | 85% | | -400,950 | | -3,067,267.50 | | | | |
| OLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -1,739,100 | | -15,651,900.00 | | | | |
| | | | SL TOTALS 2,140,050 | -2,140,050 | TOTALS 18,719,167.50 | -18,719,167.50 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| | | | SWP TOTALS 0 | 0 | TOTALS 0.00 | 0.00 |

PARED: [signed]   DESK SIGN OFF: [signed]   OPS MANAGER SIGN OFF: [signed Maclean]

NT CASH RECEIVED [✗]   CLAIMS PAID [✗]   DI JOURNAL POSTED N/A   JOURNAL NUMBERS UPDATED [✗]   DATE: 24/3/15   FILE CLOSED CLOSER: [✗]