Rosenblatt work product: extracts of shadow data

| Firm | DateBasis | Sequence | ExtRefID | TradeDate | EntryDate | SettlementDate | TradeAccount | Product | AssetAlias1 | Currency | Ticket | Transaction | Quantity | Proceeds | FinalPrice | Asset | MasterAccount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 422752 | EQ52023-187003 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,000,000 | 329104110.00 | 329.1041100000 | NOVOB DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 422753 | EQ52023-187004 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,000,000 | 329104110.00 | 329.1041100000 | NOVOB DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 422754 | EQ52023-187005 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,000,000 | 329104110.00 | 329.1041100000 | NOVOB DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 422755 | EQ52023-187006 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,000,000 | 329104110.00 | 329.1041100000 | NOVOB DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 422837 | EQ52023-187009 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020010LINDENADBPL | EQUITY | DK0060534915 | DKK | NEW | SEL | 1,400,000 | 460745754.00 | 329.1041100000 | NOVOB DC | 1020010LINDENADBPL |
| E1 | TRD | 422838 | EQ52023-187008 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020010RIVERSASSOC | EQUITY | DK0060534915 | DKK | NEW | SEL | 1,400,000 | 460745754.00 | 329.1041100000 | NOVOB DC | 1020010RIVERSASSOC |
| E1 | TRD | 422839 | EQ52023-187007 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020010GOLDSTLAWGP | EQUITY | DK0060534915 | DKK | NEW | SEL | 1,200,000 | 394924932.00 | 329.1041100000 | NOVOB DC | 1020010GOLDSTLAWGP |



ED&F-00049930



SWIFT Message Detail

**Message ID** 7404598 | **Retrieve**

**SWIFT Information**

**Msg Type**
545

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
C5383712

**Purpose**
N/A

**Asset Series**
451595

**Curr Series**
451594

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:DD8207058D8}

**User Hdr**
{108:031706040476820}

**Basic Hdr**
F01MACVGB22AXXX0969280462

**App Hdr**
O5450608150317ESSEDKKKBXXX0688300615415031705090N

**Load User**
SHSYSTEM

**Load Date**
17-03-2015 01:11:13

**Load Port**
S508207NJ3VW07

**Proc User**
N/A

**ProcDate**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS** ☐

**OATS Sent** ☐

**File Name**
06845617.TXT

**Memo** CONFIDENTIAL

**Details (32)**

Show Groups — System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C5383712 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E1000046159601 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :ESET//20150317 |
| 10 | 10 | 98A | :TRAD//20150313 |
| 11 | 11 | 35B | ISIN DK0060534915 |
| 12 | 12 | 000 | NOVO NORDISK REG SH DKK0.2 |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :ESTT//UNIT/100000, |
| 16 | 16 | 97A | :SAFE//00006142806 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//ESSEDKKKXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MACVGB22 |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16R | AMT |
| 30 | 30 | 19A | :ESTT//DKK29101110, |
| 31 | 31 | 16S | AMT |
| 32 | 32 | 16S | SETDET |

ED&F-00049931





SWIFT Message Detail

**Message ID** 7404600

Retri

**SWIFT Information**

**MsgType**
545

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
C5383714

**Purpose**
N/A

**Asset Series**
451597

**Curr Series**
451596

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:DBB0E2705BD8}

**User Hdr**
{108:317060404825824}

**Basic Hdr**
F01MACVG822AXXX0969280464

**App Hdr**
O5450608150317ESSEDKKBAXXX26830061571503170509N

**Load User**
SHSYSTEM

**Load Date**
17-03-2015 01:11:13

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS**

**OATSSent**

**File Name**
05845517.TXT

**Memo**

CONFIDENTIAL

**Details (32)**

Show Groups

System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C5383714 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E1000045159701 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :ESET//20150317 |
| 10 | 10 | 98A | :TRAD//20150313 |
| 11 | 11 | 35B | ISIN DK0060534915 |
| 12 | 12 | 000 | NOVO NORDISK/REG SH DKK0.2 |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :ESTT//UNIT/100000, |
| 16 | 16 | 97A | :SAFE//05825142806 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//ESSEDKKKXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MACVG822 |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPDKDKKXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16R | AMT |
| 30 | 30 | 19A | :ESTT//DKK2901110, |
| 31 | 31 | 16S | AMT |
| 32 | 32 | 16S | SETDET |

ED&F-00049932

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name   : RIVERSIDE ASSOCIATES DEFINED BE
Date           : 20-03-2015
Currency       : USD

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 203,193,220.16 Dr | 0.14520000 | 29,503,655.57 Dr | 889,473,220.16 Dr | 0.14520000 | 129,151,511.57 Dr |
| DKK Var Margin | 4,528,860.00 Cr | 0.14520000 | 657,590.47 Cr | 4,528,860.00 Cr | 0.14520000 | 657,590.47 Cr |
| EUR Cash | 51,493.53 Cr | 1.08210000 | 55,721.15 Cr | 51,493.53 Cr | 1.08210000 | 55,721.15 Cr |
| GBP Cash | 100.63 Dr | 1.49490000 | 150.43 Dr | 100.63 Dr | 1.49490000 | 150.43 Dr |
| USD Cash | 61,816,836.65 Dr | 1.00000000 | 61,816,836.65 Dr | 61,816,836.65 Dr | 1.00000000 | 61,816,836.65 Dr |
| USD SEG CASH A | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr |
| | | | 90,461,235.38 Dr | | | 190,109,091.38 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| PNDORA DC | PANDORA A/S | C | 300,000.00 Lg | 635.0079 | 619.5000 | 190,502,382.00 Dr | 185,850,000.00 Cr | 4,652,382.00 Dr | DKK |
| | | | | | Totals: | 190,502,382.00 Dr | 185,850,000.00 Cr | 4,652,382.00 Dr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UN US | UNILEVER N V  -NY SHARES | C | 1,444,600.00 Lg | 42.1105 | 43.0000 | 60,832,871.64 Dr | 62,117,800.00 Cr | 1,284,928.36 Cr | USD |
| | | | | | Totals: | 60,832,871.64 Dr | 62,117,800.00 Cr | 1,284,928.36 Cr | |

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| PAD17APR2015 | PAD17APR2015BCLEAR | 3,000.00 Sh | 626.8062 | 611.7100 | 188,041,860.00 Cr | 183,513,000.00 Dr | 4,528,860.00 Cr | DKK |
| | | | | | 188,041,860.00 Cr | 183,513,000.00 Dr | 4,528,860.00 Cr | DKK |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 20-03-15 | 24-03-15 | Normal | SEL | 1,200,000.00 | DANSKE DC | 173.6000 | 208,320,000.00 Cr | DKK |
| 20-03-15 | 24-03-15 | Normal | SEL | 1,400,000.00 | NOVOB DC | 341.4000 | 477,960,000.00 Cr | DKK |

CONFIDENTIAL                                                                                 ED&F-00049934

# Account Equity

ED&F Man Capital Markets Ltd  
3 London Bridge Street  
London SE1 9SG  
United Kingdom

Account Number: CC:RIVERS-ASSOC  
Account Name   : RIVERSIDE ASSOCIATES DEFINED BE  
Date           : 20-03-2015  
Currency       : USD

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 375276 | 27-01-15 30-01-15 | 30-04-15 | UN US UNILEVER N V -NY SHARES | 1,444,600 S | 42.8060 | 61,837,548 USD | 43.0000 | -280,252 | | Fixed | 0.0000 | 0.00 |

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 188,839,365.37 Dr |
| Value of trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 1,269,726.02 Dr |
| **Value of closing currency balance(s)** | **190,109,091.38 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 99,647,856.00 Cr |
| **Trade Date Cash Balance** | **90,461,235.38 Dr** |
| Market Value of Positions | 89,103,220.00 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 280,252.40 Dr |
| **Preliminary Account Value** | **1,638,267.78 Dr** |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 912,246.59 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **912,246.59 Dr** |

## Futures Initial Requirement

| Cur Requirement | | Requirement (USD) | Conv Rate |
|---|---|---|---|
| DKK | 6,282,690.00 Dr | 912,246.59 Dr | 0.14520 |
| | | 912,246.59 Dr | |

CONFIDENTIAL  
ED&F-00049935

## Account Equity

```
ED&F Man Capital Markets Ltd                              Account Number: CC:RIVERS-ASSOC
3 London Bridge Street                                    Account Name   : RIVERSIDE ASSOCIATES DEFINED BE
London SE1 9SG                                            Date           : 20-03-2015
United Kingdom                                            Currency       : USD
```

### Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|---|---|---|---|---|---|---|---|---|
| 284037 | Futures call | Issued | 20-03-2015 | 20-03-2015 | 20-03-2015 | 2,927,852.44 | 2,927,852.44 | USD |
|  |  |  |  |  |  | 2,927,852.44 | 2,927,852.44 |  |

**Total Account Value**           2,550,514.37 Dr

### Financing Summary

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |


Novo Nordisk A/S — NOVOB DC

ISIN: DK0060534915  SEDOL: BHC8X90  COUNTRY: DK
EX DATE: 20/03/2015  REC DATE: 23/03/2015  PAY DATE: 24/03/2015
CCY: DKK  GROSS RATE: 5.00  FEE: 0.00

### AGENT POSITIONS

| Client Account | Client Name | DIV % | Long Hldng | Short Hldng | Payable | Receivable | Claim | Notes |
|---|---|---|---|---|---|---|---|---|
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 125,000 | | 456,250.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 125,000 | | 456,250.00 | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 125,000 | | 456,250.00 | | | |
| CC:GOLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Shel. | 73% | 1,200,000 | | 4,380,000.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 125,000 | | 456,250.00 | | | |
| CC:KOUTRO-PENPL | Koutroulakis & Co Corporate Pension Plan | 73% | 1,100,000 | | 4,015,000.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 1,400,000 | | 5,110,000.00 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 1,400,000 | | 5,110,000.00 | | | |
| LC:DENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -5,600,000 | | -20,440,000.00 | | |
| | TOTALS | | 5,600,000 | -5,600,000 | TOTALS 20,440,000.00 | -20,440,000.00 | | |

### SECURITIES LENDING POSITIONS

| SL Client Account | SL Client Name | DIV % | Long Hldng | Short Hldng | Payable | Receivable | Claim | Net Stk Loan Amnt | Pymnt No | Event Ibnlno |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:MAPLED-UKLTD | Maple Securities UK Ltd | 85% | 1,100,000 | | 4,675,000.00 | | YES | | 25/3 | 399988 |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 2,426,750 | | 12,133,750.00 | | | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 2,438,500 | | 12,192,500.00 | | | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 100% | 1,274,500 | | 6,372,500.00 | | | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 100% | 2,424,500 | | 12,122,500.00 | | | | | |
| CC:GSA-DE-GMBHO | GSA Germany GmbH | 85% | | -1,100,000 | | -4,675,000.00 | | | | |
| CC:POLLEN-FUNDO | POLLEN FUND LIMITED | 100% | | -8,564,250 | | -42,821,250.00 | | | | |
| | SL TOTALS | | 9,664,250 | -9,664,250 | TOTALS 47,496,250.00 | -47,496,250.00 | | | | |

### SWAP POSITIONS

| Swp Client Account | Swp Client Name | DIV % | Swap Long | Swap Short | Payable | Receivable |
|---|---|---|---|---|---|---|
| | SWP TOTALS | | 0 | 0 | TOTALS 0.00 | 0.00 |

PREPARED: [initials]  DESK SIGN OFF: Sam [signature]  OPS MANAGER SIG: [signature]
AGENT CASH RECEIVED: [initials]  CLAIMS PAID: [initials]  DJ JOURNAL POSTED: N/A  JOURNAL NUMBERS UPDATED: [initials]  DATE: 25/3/15  FILE CLOSED / CLOSER: [initials]

CONFIDENTIAL  ED&F-00049937

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX566C150324000300662 150324 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX566C150324000300662 150324 | 2 | Tag 20C | :CORP//150209DVCA161181 |
| OESSEDKKKXXX566C150324000300662 150324 | 3 | Tag 20C | :SEME//C150324000300662 |
| OESSEDKKKXXX566C150324000300662 150324 | 4 | Tag 23G | NEWM |
| OESSEDKKKXXX566C150324000300662 150324 | 5 | Tag 22F | :CAEV//DVCA |
| OESSEDKKKXXX566C150324000300662 150324 | 6 | Tag 16R | LINK |
| OESSEDKKKXXX566C150324000300662 150324 | 7 | Tag 13A | :LINK//564 |
| OESSEDKKKXXX566C150324000300662 150324 | 8 | Tag 20C | :PREV//C150323000299073 |
| OESSEDKKKXXX566C150324000300662 150324 | 9 | Tag 16S | LINK |
| OESSEDKKKXXX566C150324000300662 150324 | 10 | Tag 16S | GENL |
| OESSEDKKKXXX566C150324000300662 150324 | 11 | Tag 16R | USECU |
| OESSEDKKKXXX566C150324000300662 150324 | 12 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX566C150324000300662 150324 | 13 | Tag 35B | ISIN DK0060534915<br>NOVO NORDISK/REG SH DKK0.2 |
| OESSEDKKKXXX566C150324000300662 150324 | 14 | Tag 93B | :CONB//UNIT/5600000, |
| OESSEDKKKXXX566C150324000300662 150324 | 15 | Tag 16S | USECU |
| OESSEDKKKXXX566C150324000300662 150324 | 16 | Tag 16R | CADETL |
| OESSEDKKKXXX566C150324000300662 150324 | 17 | Tag 98A | :XDTE//20150320 |
| OESSEDKKKXXX566C150324000300662 150324 | 18 | Tag 98A | :RDTE//20150323 |
| OESSEDKKKXXX566C150324000300662 150324 | 19 | Tag 16S | CADETL |
| OESSEDKKKXXX566C150324000300662 150324 | 20 | Tag 16R | CACONF |
| OESSEDKKKXXX566C150324000300662 150324 | 21 | Tag 13A | :CAON//001 |
| OESSEDKKKXXX566C150324000300662 150324 | 22 | Tag 22F | :CAOP//CASH |
| OESSEDKKKXXX566C150324000300662 150324 | 23 | Tag 16R | CASHMOVE |
| OESSEDKKKXXX566C150324000300662 150324 | 24 | Tag 22H | :CRDB//CRED |
| OESSEDKKKXXX566C150324000300662 150324 | 25 | Tag 97A | :CASH//52950017004263 |
| OESSEDKKKXXX566C150324000300662 150324 | 26 | Tag 19B | :PSTA//DKK20440000, |
| OESSEDKKKXXX566C150324000300662 150324 | 27 | Tag 19B | :GRSS//DKK28000000, |
| OESSEDKKKXXX566C150324000300662 150324 | 28 | Tag 19B | :NETT//DKK20440000, |
| OESSEDKKKXXX566C150324000300662 150324 | 29 | Tag 19B | :WITL//DKK7560000, |
| OESSEDKKKXXX566C150324000300662 150324 | 30 | Tag 98A | :POST//20150324 |
| OESSEDKKKXXX566C150324000300662 150324 | 31 | Tag 98A | :VALU//20150324 |
| OESSEDKKKXXX566C150324000300662 150324 | 32 | Tag 98A | :PAYD//20150324 |
| OESSEDKKKXXX566C150324000300662 150324 | 33 | Tag 92F | :GRSS//DKK5, |
| OESSEDKKKXXX566C150324000300662 150324 | 34 | Tag 92A | :TAXR//27, |
| OESSEDKKKXXX566C150324000300662 150324 | 35 | Tag 16S | CASHMOVE |
| OESSEDKKKXXX566C150324000300662 150324 | 36 | Tag 16S | CACONF |
| OESSEDKKKXXX566C150324000300662 150324 | 37 | Tag 16R | ADDINFO |
| OESSEDKKKXXX566C150324000300662 150324 | 38 | Tag 70E | :PACO//SEB MERCHANT BANKING CUSTODY SERVICES DENMARK CORPORATE ACTIONS PHONE +371 677 57262 |
| OESSEDKKKXXX566C150324000300662 150324 | 39 | Tag 16S | ADDINFO |

CONFIDENTIAL
ED&F-00049938



CONFIDENTIAL

ED&F-00049939



**E D & F MAN CAPITAL MARKETS LIMITED**

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein – 615 Haverstraw Road, Suffern, New York, 10901, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 20/03/2015 |
| Record Date: | 23/03/2015 |
| Pay Date: | 24/03/2015 |
| Quantity: | 1,200,000.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 4,380,000.00 |
| WHT Suffered: | 1,620,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                    ED&F-00049940

# Novo Nordisk A/S

**NOVOB DC**

ISIN: DK0060534915  SEDOL: BHC8X90  COUNTRY: DK

EX DATE: 20/03/2015  REC DATE: 23/03/2015  PAY DATE: 24/03/2015
CCY: DKK  GROSS RATE: 5.00  FEE: 0.00

## AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR CZ / FI / NO / PL / SE  DATE: N/A

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| :AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 125,000 | | 456,250.00 | | | |
| :CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 125,000 | | 456,250.00 | | | |
| :CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 125,000 | | 456,250.00 | | | |
| :GOLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Shel | 73% | 1,200,000 | | 4,380,000.00 | | | |
| :INDUST-PENGP | Industrial Pension Group Trust | 73% | 125,000 | | 456,250.00 | | | |
| :KOUTRO-PENPL | Koutroulakis & Co Corporate Pension Plan | 73% | 1,100,000 | | 4,015,000.00 | | | |
| :LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 1,400,000 | | 5,110,000.00 | | | |
| :RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 1,400,000 | | 5,110,000.00 | | | |
| :DENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -5,600,000 | | -20,440,000.00 | | |
| | | TOTALS | 5,600,000 | -5,600,000 | TOTALS 20,440,000.00 | -20,440,000.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| :MAPLEO-UKLTD | Maple Securities UK Ltd | 85% | 1,100,000 | | 4,675,000.00 | | YES | | 25/3 | 379488 |
| :AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 2,426,750 | | 12,133,750.00 | | | | | |
| :CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 2,438,500 | | 12,192,500.00 | | | | | |
| :CTECHO-00000 | Central Technologies Pensions Group Trust | 100% | 1,274,500 | | 6,372,500.00 | | | | | |
| :INDUST-PENGP | Industrial Pension Group Trust | 100% | 2,424,500 | | 12,122,500.00 | | | | | |
| :GSA-DE-GMBH0 | GSA Germany GmbH | 85% | | -1,100,000 | | -4,675,000.00 | | | | |
| :POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -8,564,250 | | -42,821,250.00 | | | | |
| | | SL TOTALS | 9,664,250 | -9,664,250 | TOTALS 47,496,250.00 | -47,496,250.00 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS 0.00 | 0.00 |

PREPARED: [sig]  DESK SIGN OFF: Sam M___  OPS MANAGER SIGN OFF: [sig]

AGENT CASH RECEIVED: [sig]  CLAIMS PAID: [sig]  DI JOURNAL POSTED: N/A  JOURNAL NUMBERS UPDATED: [sig]  DATE: 25/3/15  FILE CLOSED CLOSER: [sig]