

# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN - Suite 104, 3372 Woods Edge Circle, Bonita Springs, Florida, 34134, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S B Share |
| ISIN: | DK0010244508 |
| SEDOL: | 4235048 |
| Ex Date: | 31/03/2015 |
| Record Date: | 01/04/2015 |
| Pay Date: | 07/04/2015 |
| Quantity: | 4,000.00 |
| Gross Div Rate: | 1971 |
| Amount Received: | 5,755,320.00 |
| WHT Suffered: | 2,128,680.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00078083

# Charlotte Woodward

| | |
|---|---|
| From: | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| Sent: | 31 March 2015 09:17 |
| To: | Alan Goldman; Stacey Kaminer |
| Cc: | LDN-EQUITYFINANCE-TRADS-DL |
| Subject: | RE: MAERSKB DC- liquidity |
| Attachments: | American Investment Group - PRS MAERSKB DC 30th Mar.xlsx; Kamco Investments Inc Pension Plan - PRS MAERSKB DC 30th Mar.xlsx |

Term sheets attached.

Thanks
Oliver

---

**From:** Bottomley, Oliver (LDN)
**Sent:** 30 March 2015 17:55
**To:** Alan Goldman; Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL; LDN-MIDDLEOFFICE-EQUITYFINANCE-DL
**Subject:** Re: MAERSKB DC- liquidity

Alan filled stock @ DKK 16,410 T+2.

PRS Hedge
SELL Performance
American Invesmtent Group of NY
4,000 shares
DKK 14,608.5060
TD 30/03
VD 01/04
UW 17/04
SD 21/04
Rate: 1w CIBOR
(-0.2350%)
PRS Hedge
SELL Performance
kamco Investments Inc. Pension Plans
5,595 shares
DKK 14,608.5060
TD 30/03
VD 01/04
UW 17/04
SD 21/04
Rate: 1w CIBOR
(-0.2350%)

Term sheets to follow.

Thanks
Oliver

CONFIDENTIAL                                                    ED&F-00078084

**From:** Bottomley, Oliver (LDN)
**Sent:** 30 March 2015 17:26
**To:** Alan Goldman; Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL; LDN-MIDDLEOFFICE-EQUITYFINANCE-DL
**Subject:** Re: MAERSKB DC- liquidity

Thanks Alan.

Seeing liquidty for 4,000 into AIGPP and 4,595 into KLPP. We can hedge these versus PRS.

---

**From:** Alan Goldman <AG@acerinvest.com>
**Sent:** 30 March 2015 16:24
**To:** Bottomley, Oliver (LDN); Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL; LDN-MIDDLEOFFICE-EQUITYFINANCE-DL
**Subject:** RE: MAERSKB DC- liquidity

Hi Oli,

AIGPP and KLPP would both be interested in purchasing 5K shares each vs. a single stock futures hedge (May 17th April 2015).

Regards,

Alan Goldman
Chief Financial Officer
Acer Investment Group, LLC
3372 Woods Edge Circle, Suite 104
Bonita Springs, FL 34134

---

**From:** Bottomley, Oliver (LDN) [mailto:obottomley@edfmancapital.com]
**Sent:** Monday, March 30, 2015 10:59 AM
**To:** Alan Goldman; Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL; LDN-MIDDLEOFFICE-EQUITYFINANCE-DL
**Subject:** MAERSKB DC- liquidity

Morning Alan,

We can see some liquidity today in MAERSKB DC.
Potential to BUY circa 10k shares vs. a single stock futures hedge (May 17th April 2015).

Do you have an account that would be interested in this?

Thanks
Oliver

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to

CONFIDENTIAL                                                                                                                                                 ED&F-00078085

delete all copies. The sender presents no warranty and accepts no liability or responsibility for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL

**ED&F MAN**

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Telephone: +44 203 580 7625

Our Ref: 468118

## Price Return Equity Swap Confirmation

| | |
|---|---|
| TO | American Investment Group |
| TRADER | Stacey Kaminer |
| CONTACT | staceykaminerSK@aigkamco.com |
| OUR CONTACT | Victoria Foster (Tel: +44 20 3580 7629) |

| | |
|---|---|
| Trade Date | 30-Mar-2015 |
| Effective Date | 1-Apr-2015 |
| Termination Date | 17-Apr-2015 |
| Shares | MAERSKB DC |
| Number of Shares | 4,000 |
| Equity Notional Amount | kr. 58,434,024.00 |
| Initial Price | kr. 14,608.51 |

### Equity Amounts

| | |
|---|---|
| Equity Amount Payer | American Investment Group |
| Dividend Amount | Not Applicable |
| Dividend Payment Date | Not Applicable |
| Cash Settlement Payment Date | Payment Date |
| Valuation Dates | 17-Apr-15 |

### Floating Amounts

| | |
|---|---|
| Floating Amount Payer | E D & F Man Capital Markets Limited |
| Floating Rate Option | FIXED |
| Designated Maturity | 17-Apr-15 |
| Spread | Zero |
| Business Days | London |
| Floating Rate Day Count Fraction | Act/360 |
| Payment Date | 21-Apr-15 |

| | |
|---|---|
| Calculation Agent | E D & F Man Capital Markets Limited |
| Other Provisions | Either Party may, by giving notice to the other party prior to the Final Valuation Date designate a revised Final Valuation Date according to the provisions laid out in the ISDA confirmation. |

Clients are advised to seek their own advice or satisfy themselves regarding the legal, credit, tax, risk management and risk tolerance implications of this transaction. Should clarification of any of the details of the transaction be required please contact us on + 44 20 3580 7625. E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority and is a member of the London Stock Exchange.

## Other Swap Terms

### General Terms

| | |
|---|---|
| Exchange | Copenhagen Stock Exchange |
| Related Exchange | All Exchanges |

### Equity Amounts

| | |
|---|---|
| Equity Notional Reset | Not Applicable |
| Re-investment of Dividends | Not Applicable |

### Floating Amounts

| | |
|---|---|
| Floating Rate for initial Calculation Period | -0.235% |
| Linear Interpolation | Applicable |
| Reset Dates | The first day of each Calculation Period |

CONFIDENTIAL

ED&F-00078087

**Adjustments**

| | |
|---|---|
| Method of Adjustment | Calculation Agent Adjustment |

**Extraordinary Events:**

Consequences of Merger Events

| | |
|---|---|
| Share-for-Share | Mod Calc Agent Adjustment |
| Share-for-Other | Mod Calc Agent Adjustment |
| Share-for-Combined | Mod Calc Agent Adjustment |

Consequences of Tender Offers

| | |
|---|---|
| Tender Offer: | Applicable |
| Share-for-Share | Mod Calc Agent Adjustment |
| Share-for-Other | Mod Calc Agent Adjustment |
| Share-for-Combined | Mod Calc Agent Adjustment |
| Composition of Combined Consideration | Not Applicable |
| Nationalisation, Insolvency or Delisting | Cancellation and Payment |

**Additional Disruption Events:**

| | |
|---|---|
| Change in Law | Applicable |
| Failure to Deliver | Not Applicable |
| Insolvency Filing | Not Applicable |
| Hedging Disruption | Not Applicable |
| Increased Cost of Hedging | Not Applicable |
| Loss of Stock Borrow | Not Applicable |
| Increased Cost of Stock Borrow | Not Applicable |
| Maximum Stock Loan Rate | |
| Initial Stock Loan Rate | |

**Agreements and Acknowledgements:**

| | |
|---|---|
| Non-Reliance | Applicable |
| Regarding Hedging Activities | Applicable |
| Additional Acknowledgements | Applicable |
| Early Termination | Applicable Both Parties |

CONFIDENTIAL
ED&F-00078088

**ED&F MAN**

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Telephone: +44 203 580 7625

Our Ref: 468119

## Price Return Equity Swap Confirmation

| | |
|---|---|
| TO | Kamco Investments Inc Pension Plan |
| TRADER | Stacey Kaminer |
| CONTACT | staceykaminerSK@aigkamco.com |
| OUR CONTACT | Victoria Foster (Tel: +44 20 3580 7629) |

| | |
|---|---|
| Trade Date | 30-Mar-2015 |
| Effective Date | 1-Apr-2015 |
| Termination Date | 17-Apr-2015 |
| Shares | MAERSKB DC |
| Number of Shares | 5,595 |
| Equity Notional Amount | kr. 81,734,591.07 |
| Initial Price | kr. 14,608.51 |

### Equity Amounts

| | |
|---|---|
| Equity Amount Payer | Kamco Investments Inc Pension Plan |
| Dividend Amount | Not Applicable |
| Dividend Payment Date | Not Applicable |
| Cash Settlement Payment Date | Payment Date |
| Valuation Dates | 17-Apr-15 |

### Floating Amounts

| | |
|---|---|
| Floating Amount Payer | E D & F Man Capital Markets Limited |
| Floating Rate Option | FIXED |
| Designated Maturity | 21-Apr-15 |
| Spread | Zero |
| Business Days | London |
| Floating Rate Day Count Fraction | Act/360 |
| Payment Date | 21-Apr-15 |

| | |
|---|---|
| Calculation Agent | E D & F Man Capital Markets Limited |
| Other Provisions | Either Party may, by giving notice to the other party prior to the Final Valuation Date designate a revised Final Valuation Date according to the provisions laid out in the ISDA confirmation. |

Clients are advised to seek their own advice or satisfy themselves regarding the legal, credit, tax, risk management and risk tolerance implications of this transaction. Should clarification of any of the details of the transaction be required please contact us on + 44 20 3580 7625. E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority and is a member of the London Stock Exchange.

## Other Swap Terms

### General Terms

| | |
|---|---|
| Exchange | Copenhagen Stock Exchange |
| Related Exchange | All Exchanges |

### Equity Amounts

| | |
|---|---|
| Equity Notional Reset | Not Applicable |
| Re-investment of Dividends | Not Applicable |

### Floating Amounts

| | |
|---|---|
| Floating Rate for Initial Calculation Period | -0.235% |
| Linear Interpolation | Applicable |
| Reset Dates | The first day of each Calculation Period |

CONFIDENTIAL

ED&F-00078089

**Adjustments**

| | |
|---|---|
| Method of Adjustment | Calculation Agent Adjustment |

**Extraordinary Events:**

Consequences of Merger Events
| | |
|---|---|
| Share-for-Share | Mod Calc Agent Adjustment |
| Share-for-Other | Mod Calc Agent Adjustment |
| Share-for-Combined | Mod Calc Agent Adjustment |

Consequences of Tender Offers
| | |
|---|---|
| Tender Offer: | Applicable |
| Share-for-Share | Mod Calc Agent Adjustment |
| Share-for-Other | Mod Calc Agent Adjustment |
| Share-for-Combined | Mod Calc Agent Adjustment |

| | |
|---|---|
| Composition of Combined Consideration | Not Applicable |
| Nationalisation, Insolvency or Delisting | Cancellation and Payment |

**Additional Disruption Events:**

| | |
|---|---|
| Change in Law | Applicable |
| Failure to Deliver | Not Applicable |
| Insolvency Filing | Not Applicable |
| Hedging Disruption | Not Applicable |
| Increased Cost of Hedging | Not Applicable |
| Loss of Stock Borrow | Not Applicable |
| Increased Cost of Stock Borrow | Not Applicable |
| Maximum Stock Loan Rate | |
| Initial Stock Loan Rate | |

**Agreements and Acknowledgements:**

| | |
|---|---|
| Non-Reliance | Applicable |
| Regarding Hedging Activities | Applicable |
| Additional Acknowledgements | Applicable |
| Early Termination | Applicable Both Parties |

CONFIDENTIAL

ED&F-00078090

**Charlotte Woodward**

**From:** Alan Goldman <AG@acerinvest.com>
**Sent:** 31 March 2015 14:54
**To:** Mina, Sara (LDN); Bottomley, Oliver (LDN); Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL; LDN-MIDDLEOFFICE-EQUITYFINANCE-DL
**Subject:** RE: MAERSKB DC- liquidity

Agreed.

Regards,

Alan Goldman

**From:** Mina, Sara (LDN) [mailto:smina@edfmancapital.com]
**Sent:** Tuesday, March 31, 2015 9:53 AM
**To:** Bottomley, Oliver (LDN); Alan Goldman; Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL; LDN-MIDDLEOFFICE-EQUITYFINANCE-DL
**Subject:** RE: MAERSKB DC- liquidity

Hi Alan,

As discussed, actual liquidity should read 4,000 and 5,595.

To confirm:

AIGPP is long 4,000 shs

KLPP is long 5,595 shs

Many thanks,
Sara

**From:** Bottomley, Oliver (LDN)
**Sent:** 30 March 2015 17:26
**To:** Alan Goldman; Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL; LDN-MIDDLEOFFICE-EQUITYFINANCE-DL
**Subject:** Re: MAERSKB DC- liquidity

Thanks Alan.

Seeing liquidty for 4,000 into AIGPP and 4,595 into KLPP. We can hedge these versus PRS.

**From:** Alan Goldman <AG@acerinvest.com>
**Sent:** 30 March 2015 16:24
**To:** Bottomley, Oliver (LDN); Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL; LDN-MIDDLEOFFICE-EQUITYFINANCE-DL
**Subject:** RE: MAERSKB DC- liquidity

Hi Oli,

AIGPP and KLPP would both be interested in purchasing 5K shares each vs. a single stock futures hedge (May 17th April 2015).

Regards,

CONFIDENTIAL                                           ED&F-00078091

Alan Goldman
Chief Financial Officer
Acer Investment Group, LLC
3372 Woods Edge Circle, Suite 104
Bonita Springs, FL 34134

---

**From:** Bottomley, Oliver (LDN) [mailto:obottomley@edfmancapital.com]
**Sent:** Monday, March 30, 2015 10:59 AM
**To:** Alan Goldman; Stacey Kaminer
**Cc:** LDN-EQUITYFINANCE-TRADS-DL; LDN-MIDDLEOFFICE-EQUITYFINANCE-DL
**Subject:** MAERSKB DC- liquidity

Morning Alan,

We can see some liquidity today in MAERSKB DC.
Potential to BUY circa 10k shares vs. a single stock futures hedge (May 17th April 2015).

Do you have an account that would be interested in this?

Thanks
Oliver

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.
This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at

CONFIDENTIAL                                                                                              ED&F-00078092

http://www.edfmancapital.com this document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL                                                                                                                    ED&F-00078093

# Charlotte Woodward

**From:** ROSS LIDDARD <rliddard@edfmancapital.com>
**Sent:** 30 March 2015 17:11
**Subject:** Bloomberg: Hello Oli,

**Greeting:** EQUITY FINANCE BROKER 0203 580 7639 07789 263 785 {B9} {#L}

---

Hello Oli,

To confirm ED&F MAN BUYS the following:

9,595 MAERSKB DC (DK0010244508) @ DKK 16,410
                                @ DKK 16,410.20513

SHAPES: 4,000 + 3,570 + 2,025

TRADE DATE: 30-MAR
VALUE DATE: 01-APR

Thanks, Ross

---

**Sent By:**

  **ROSS LIDDARD**, rliddard@edfmancapital.com, RLIDDARD3@Bloomberg.net, E D & F MAN CAPITAL

**Recipients:**

  **OLIVER BOTTOMLEY**, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

---

**Disclaimers:**

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

---

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 14071 | 2015-03-31 06:32:27 AM (EDT)

CONFIDENTIAL                                    ED&F-00078094

# Charlotte Woodward

| | |
|---|---|
| From: | FREDDIE IRELAND <fireland@edfmancapital.com> |
| Sent: | 30 March 2015 17:13 |
| Subject: | Bloomberg: thanks mate Hello Freddie, |

```
thanks mate Hello Freddie,

        To confirm ED&F MAN SELLS the following:

        9,595 MAERSKB DC (DK0010244508) @ DKK 16,410

        SHAPES: 4,000 + 3,570 + 2,025

        TRADE DATE: 30-MAR
        VALUE DATE: 01-APR

        Thanks, Ross
```

**Sent By :**

▣ **FREDDIE IRELAND,** fireland@edfmancapital.com, FIRELAND@Bloomberg.net, E D & F MAN CAPITAL

**Recipients :**

▣ **ROSS LIDDARD,** rliddard@edfmancapital.com, RLIDDARD3@Bloomberg.net, E D & F MAN CAPITAL

▣ **PAUL SCHOFIELD,** pschofield@edfmancapital.com, PSCHOFIELD9@Bloomberg.net, E D & F MAN CAPITAL

▣ **PAUL SCHOFIELD,** pschofield@edfmancapital.com, PSCHOFIELD9@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers :**

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 14132 | 2015-03-31 06:32:27 AM (EDT)

CONFIDENTIAL                                                                 ED&F-00078095