# Charlotte Woodward

**From:** STEVEN GOFF <SGOFF4@Bloomberg.net>
**Sent:** 30 March 2015 14:16
**Subject:** Bloomberg: Oli - details of the maerskb are:

Greeting: 0207-898-7270

Oli - details of the maerskb are:

MAERSKB_DC - 2,025shs
€2,145.15 (100%fixed), fop
div dkk 1971 (€263.93)
fx 7.468
from 1-/apr (6)
85%u/l, 89.5al
= 33.219%fee

thanks steve

**Sent By:**

STEVEN GOFF, SGOFF4@Bloomberg.net, JEFFERIES INTERNATIO

**Recipients:**

OLIVER BOTTOMLEY, obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers:**

**JEFFERIES INTERNATIO**

Jefferies archives and monitors messages. This message is confidential. This message may be produced to regulators or civil litigants. Jefferies accepts no liability for any errors or omissions arising as a result of this transmission. In the United Kingdom, Jefferies operates as Jefferies International Limited; registered in England: no. 1978621; and Jefferies Bache Limited; registered in England: no. 512397; registered office for both: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ. Jefferies International Limited and Jefferies Bache Limited are authorised and regulated by the Financial Conduct Authority. If you received this transmission in error please contact the sender.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 8234 | 2015-03-31 06:32:27 AM (EDT)

**Charlotte Woodward**

| | |
|---|---|
| From: | Sarah L Williams <sarahl.williams@icap.com> |
| Sent: | 30 March 2015 15:17 |
| To: | 'fireland@edfmancapital.com' |
| Cc: | LGES confirmation; Duncan Trenholme; Hayley Munden; Simon Forster; ldn-confirms-dl@edfmancapital.com |
| Subject: | MAERSKB DC confirm *amended |
| Attachments: | 4,000 MAERSKB DC (10 Mar SBL) ED&F vMAPLE ED&F tkt.xlsx |

Hi Freddie

Please see attached amended confirms with new deets for MAERSKB DC.

Many thanks
Sarah

**Sarah L Williams** | Execution Broker

ICAP SECURITIES LIMITED | 2 Broadgate, London, EC2M 7UR | Phone: +44 207 532 4458 | sarah.williams2@icap.com



This communication and all information contained in or attached to it (including, but not limited to market prices/levels and market commentary) (the "Information") is for informational purposes only, is confidential, may be legally privileged and is the intellectual property of one of the companies of ICAP plc group ("ICAP") or third parties. The Information is subject to ICAP's terms of business as published or communicated to clients from time to time and is directed to Eligible Counterparties and Professional Customers only and is not intended for Retail Clients (as each term is defined by the rules of the Financial Conduct Authority).

The Information is not, and should not be construed as, an offer, bid, recommendation or solicitation in relation to any financial instrument or investment or to participate in any particular trading strategy. The Information is not to be relied upon and is not warranted, including, but not limited, as to completeness, timeliness or accuracy and is subject to change without notice. All representations and warranties are expressly disclaimed. Access to the Information by anyone other than the intended recipient is unauthorised and any disclosure, copying or redistribution is prohibited. ICAP Securities Limited and certain of its affiliates are authorised and regulated by the Financial Conduct Authority. For further regulatory information and our terms of business, please see www.icap.com. If you receive this message in error, please immediately delete all copies of it and notify the sender.

We have taken precautions to minimise the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses.

CONFIDENTIAL                                                                              ED&F-00078097

# ICAP Securities Limited
# Preliminary Trade Confirmation



To      ED&F MAN CAPITAL MARKETS LIMITED

ICAP Securities Limited hereby confirm that, acting as agents on your instructions, we have preliminarily arranged the following equity stock loan transaction on your behalf. The transaction remains subject to the agreement of certain terms.

| | |
|---|---|
| Arrangement Date | 10-Mar-15 |
| Trade Date | 10-Mar-15 |
| Equity | AP MOLLER – MAERSK A/S |
| Bloomberg Code | MAERSKB DC EQUITY |
| Initial Value Date | 31-Mar-15 |
| Termination Date | 07-Apr-15 |
| No. of Shares | 4,000 |
| Share Reference Price | 2,156       (DKK 16,100 FX 7.4674) |
| Currency | EUR |
| Underlying Div % | 85 |
| Type Of Collateral | Euro Cashpool FOP |
| Initial Collateral Amount | 105% |
| Fee | 44.082 |
| Interest Rate | EONIA |
| Calculation Basis | ACT/360 |
| Dividend % | 92 |
| Dividend Amount | 264       (DKK 1,971 FX 7.4674) |
| Dividend Ccy | EUR |
| Stock Lender | MAPLE SECURITIES (UK) LTD |
| Stock Borrower | ED&F MAN CAPITAL MARKETS LIMITED |
| | |
| **Arrangement Fee** | na |

Please advise ICAP Securities Limited via email to Icap_SFPG_Confirmations@icap.com immediately if the details of this preliminary trade confirmation differ from your understanding or if you do not receive a confirmation that you are expecting.

ICAP Securities Limited has arranged the above transaction between the named counterparties. ICAP Securities Limited is not a principal to the transaction and is neither liable nor responsible for the due performance of any of the terms set out above.

This communication is made subject to the terms and regulatory requirements to be found at http://www.icap.com/financial-regulation/icap-disclaimers.aspx.

ICAP Securities Limited is authorised and regulated by the Financial Services Authority and is a Member of the London Stock Exchange. This transaction is subject to English Law and ICAP Securities Limited accepts no liability for the commercial advisability of this transaction. ICAP Securities Limited is not a member of the Securities Investor Protection Corporation ("SIPC") (www.sipc.org).

Copyright ICAP 2015.

ICAP Ref. 2374613

CONFIDENTIAL                                                                                                 ED&F-00078098

# Charlotte Woodward

**From:** STEVEN GOFF <SGOFF4@Bloomberg.net>
**Sent:** 11 March 2015 16:44
**Subject:** Bloomberg: Freddie - details of the MAERSKB

Greeting: 0207-898-7270

Freddie - details of the MAERSKB

MAERSKB DC - 3,570shs
€2,048.81 (100%fixed), fx 7.458, div €250.94 (amend if changes)
from 31mar-7apr (7)
85%u/1, 91.75ai
= 42.518%fee

thanks steve

**Sent By:**

STEVEN GOFF, SGOFF4@Bloomberg.net, JEFFERIES INTERNATIO

**Recipients:**

FREDDIE IRELAND, fireland@edfmancapital.com, FIRELAND@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers:**

**JEFFERIES INTERNATIO**

Jefferies archives and monitors messages. This message is confidential. This message may be produced to regulators or civil litigants. Jefferies accepts no liability for any errors or omissions arising as a result of this transmission. In the United Kingdom, Jefferies operates as Jefferies International Limited; registered in England: no. 1978621; and Jefferies Bache Limited; registered in England: no. 512397; registered office for both: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ. Jefferies International Limited and Jefferies Bache Limited are authorised and regulated by the Financial Conduct Authority. If you received this transmission in error please contact the sender.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 15147 | 2015-03-11 10:32:18 PM (EDT)

CONFIDENTIAL                                                                                                    ED&F-00078099

enblatt work product: extracts of shadow data

| Firm | Date Basis | Ticket Sequence | ExtRefID | Trade Date | Entry Date | Settlement Date | Trade Account | Product Type | AssetAlias1 | Trade Currency | Ticket State | Trade Transaction | Quantity | Trade Proceeds | FinalPrice | Asset Alias4 | MasterAccount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 463015 | EQ51160-184979 | 10/03/2015 | 2015-03-30 00:00:00.000 | 31/03/2015 | 1020030MAPLEOUKLTD | EQUITY | DK0010244508 | EUR | REP | BOR | 4,000 | 9055200.00 | 2156.0000000000 | MAERSKB I | 1020030MAPLEOUKLTD |
| E1 | TRD | 462790 | EQ51160-184981 | 10/03/2015 | 2015-03-30 00:00:00.000 | 31/03/2015 | 1020010CLIENTBLOAN | EQUITY | DK0010244508 | EUR | REP | LON | 4,000 | 8624000.00 | 2156.0000000000 | MAERSKB I | 1020010CLIENTBLOAN |
| E1 | TRD | 462781 | EQ51945-186166 | 12/03/2015 | 2015-03-30 00:00:00.000 | 31/03/2015 | 1020030JEFFERINTER | EQUITY | DK0010244508 | EUR | REP | BOR | 3,570 | 7679964.29 | 2048.8100000000 | MAERSKB I | 1020030JEFFERINTER |
| E1 | TRD | 422119 | EQ51945-186173 | 12/03/2015 | 2015-03-12 00:00:00.000 | 31/03/2015 | 1020010CLIENTBLOAN | EQUITY | DK0010244508 | EUR | ORG | LON | 3,570 | 7314251.70 | 2048.8100000000 | MAERSKB I | 1020010CLIENTBLOAN |
| E1 | TRD | 467928 | EQ52619-197732 | 30/03/2015 | 2015-03-30 00:00:00.000 | 01/04/2015 | 1020030JEFFERINTER | EQUITY | DK0010244508 | EUR | ORG | BOR | 2,025 | 4561125.19 | 2145.1500000000 | MAERSKB I | 1020030JEFFERINTER |
| E1 | TRD | 467929 | EQ52619-197733 | 30/03/2015 | 2015-03-30 00:00:00.000 | 01/04/2015 | 1020010CLIENTBLOAN | EQUITY | DK0010244508 | EUR | ORG | LON | 2,025 | 4343928.75 | 2145.1500000000 | MAERSKB I | 1020010CLIENTBLOAN |
| E1 | TRD | 468109 | EQ52637-197780 | 30/03/2015 | 2015-03-30 00:00:00.000 | 01/04/2015 | 1020010CLIENTHEDGE | EQUITY | DK0010244508 | DKK | ORG | BUY | 4,000 | 65640000.00 | 16410.0000000000 | MAERSKB I | 1020010CLIENTHEDGE |
| E1 | TRD | 468109 | EQ52637-197780 | 30/03/2015 | 2015-03-30 00:00:00.000 | 01/04/2015 | 1020035IDBEDFIDBED | EQUITY | DK0010244508 | DKK | ORG | SEL | 4,000 | 65640000.00 | 16410.0000000000 | MAERSKB I | 1020035IDBEDFIDBED |
| E1 | TRD | 469148 | EQ52637-197783 | 30/03/2015 | 2015-04-01 00:00:00.000 | 01/04/2015 | 1020035IDBEDFIDBED | EQUITY | DK0010244508 | DKK | REP | BUY | 4,000 | 65640820.52 | 16410.2051300000 | MAERSKB I | 1020035IDBEDFIDBED |
| E1 | TRD | 469148 | EQ52637-197783 | 30/03/2015 | 2015-04-01 00:00:00.000 | 01/04/2015 | 1020010AMERICINVGR | EQUITY | DK0010244508 | DKK | REP | SEL | 4,000 | 65640820.52 | 16410.2051300000 | MAERSKB I | 1020010AMERICINVGR |
| E1 | TRD | 468110 | EQ52637-197781 | 30/03/2015 | 2015-03-30 00:00:00.000 | 01/04/2015 | 1020010CLIENTHEDGE | EQUITY | DK0010244508 | DKK | ORG | BUY | 3,570 | 58583700.00 | 16410.0000000000 | MAERSKB I | 1020010CLIENTHEDGE |
| E1 | TRD | 468110 | EQ52637-197781 | 30/03/2015 | 2015-03-30 00:00:00.000 | 01/04/2015 | 1020035IDBEDFIDBED | EQUITY | DK0010244508 | DKK | ORG | SEL | 3,570 | 58583700.00 | 16410.0000000000 | MAERSKB I | 1020035IDBEDFIDBED |
| E1 | TRD | 469149 | EQ52637-197784 | 30/03/2015 | 2015-04-01 00:00:00.000 | 01/04/2015 | 1020010KAMCO0INVES | EQUITY | DK0010244508 | DKK | REP | SEL | 3,570 | 58584432.31 | 16410.2051300000 | MAERSKB I | 1020010KAMCO0INVES |
| E1 | TRD | 469149 | EQ52637-197784 | 30/03/2015 | 2015-04-01 00:00:00.000 | 01/04/2015 | 1020035IDBEDFIDBED | EQUITY | DK0010244508 | DKK | REP | BUY | 3,570 | 58584432.31 | 16410.2051300000 | MAERSKB I | 1020035IDBEDFIDBED |
| E1 | TRD | 468111 | EQ52637-197782 | 30/03/2015 | 2015-03-30 00:00:00.000 | 01/04/2015 | 1020010CLIENTHEDGE | EQUITY | DK0010244508 | DKK | ORG | BUY | 2,025 | 33230250.00 | 16410.0000000000 | MAERSKB I | 1020010CLIENTHEDGE |
| E1 | TRD | 468111 | EQ52637-197782 | 30/03/2015 | 2015-03-30 00:00:00.000 | 01/04/2015 | 1020035IDBEDFIDBED | EQUITY | DK0010244508 | DKK | ORG | SEL | 2,025 | 33230250.00 | 16410.0000000000 | MAERSKB I | 1020035IDBEDFIDBED |
| E1 | TRD | 469152 | EQ52637-197785 | 30/03/2015 | 2015-04-01 00:00:00.000 | 01/04/2015 | 1020035IDBEDFIDBED | EQUITY | DK0010244508 | DKK | REP | BUY | 2,025 | 33230665.39 | 16410.2051300000 | MAERSKB I | 1020035IDBEDFIDBED |
| E1 | TRD | 469152 | EQ52637-197785 | 30/03/2015 | 2015-04-01 00:00:00.000 | 01/04/2015 | 1020010KAMCO0INVES | EQUITY | DK0010244508 | DKK | REP | SEL | 2,025 | 33230665.39 | 16410.2051300000 | MAERSKB I | 1020010KAMCO0INVES |

CONFIDENTIAL

ED&F-00078100

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX544C5572740 150331 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX544C5572740 150331 | 2 | Tag 20C | :SEME//C5572740 |
| OESSEDKKKXXX544C5572740 150331 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX544C5572740 150331 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX544C5572740 150331 | 5 | Tag 20C | :RELA//E1000048325701 |
| OESSEDKKKXXX544C5572740 150331 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX544C5572740 150331 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX544C5572740 150331 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX544C5572740 150331 | 9 | Tag 98A | :ESET//20150331 |
| OESSEDKKKXXX544C5572740 150331 | 10 | Tag 98A | :TRAD//20150310 |
| OESSEDKKKXXX544C5572740 150331 | 11 | Tag 35B | ISIN DK0010244508 MOELLER MAERSK B |
| OESSEDKKKXXX544C5572740 150331 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX544C5572740 150331 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX544C5572740 150331 | 14 | Tag 36B | :ESTT//UNIT/4000, |
| OESSEDKKKXXX544C5572740 150331 | 15 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX544C5572740 150331 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX544C5572740 150331 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX544C5572740 150331 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX544C5572740 150331 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C5572740 150331 | 20 | Tag 95P | :DEAG//DABADKKKXXX |
| OESSEDKKKXXX544C5572740 150331 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C5572740 150331 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C5572740 150331 | 23 | Tag 95P | :SELL//MAPAGB2L |
| OESSEDKKKXXX544C5572740 150331 | 24 | Tag 97A | :SAFE//3004079965 |
| OESSEDKKKXXX544C5572740 150331 | 25 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C5572740 150331 | 26 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C5572740 150331 | 27 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX544C5572740 150331 | 28 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C5572740 150331 | 29 | Tag 16S | SETDET |

CONFIDENTIAL

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX544C5591714 150331 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX544C5591714 150331 | 2 | Tag 20C | :SEME//C5591714 |
| OESSEDKKKXXX544C5591714 150331 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX544C5591714 150331 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX544C5591714 150331 | 5 | Tag 20C | :RELA//E1000045102507 |
| OESSEDKKKXXX544C5591714 150331 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX544C5591714 150331 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX544C5591714 150331 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX544C5591714 150331 | 9 | Tag 98A | :ESET//20150331 |
| OESSEDKKKXXX544C5591714 150331 | 10 | Tag 98A | :TRAD//20150312 |
| OESSEDKKKXXX544C5591714 150331 | 11 | Tag 35B | ISIN DK0010244508 MOELLER MAERSK B |
| OESSEDKKKXXX544C5591714 150331 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX544C5591714 150331 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX544C5591714 150331 | 14 | Tag 36B | :ESTT//UNIT/3570, |
| OESSEDKKKXXX544C5591714 150331 | 15 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX544C5591714 150331 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX544C5591714 150331 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX544C5591714 150331 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX544C5591714 150331 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C5591714 150331 | 20 | Tag 95P | :DEAG//NDEADKKKXXX |
| OESSEDKKKXXX544C5591714 150331 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C5591714 150331 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C5591714 150331 | 23 | Tag 95P | :SELL//JEFFGB2X |
| OESSEDKKKXXX544C5591714 150331 | 24 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C5591714 150331 | 25 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C5591714 150331 | 26 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX544C5591714 150331 | 27 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C5591714 150331 | 28 | Tag 16S | SETDET |

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX544C5594559 150401 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX544C5594559 150401 | 2 | Tag 20C | :SEME//C5594559 |
| OESSEDKKKXXX544C5594559 150401 | 3 | Tag 23G | NEWM |
| OESSEDKKKXXX544C5594559 150401 | 4 | Tag 16R | LINK |
| OESSEDKKKXXX544C5594559 150401 | 5 | Tag 20C | :RELA//E1000048604801 |
| OESSEDKKKXXX544C5594559 150401 | 6 | Tag 16S | LINK |
| OESSEDKKKXXX544C5594559 150401 | 7 | Tag 16S | GENL |
| OESSEDKKKXXX544C5594559 150401 | 8 | Tag 16R | TRADDET |
| OESSEDKKKXXX544C5594559 150401 | 9 | Tag 98A | :ESET//20150401 |
| OESSEDKKKXXX544C5594559 150401 | 10 | Tag 98A | :TRAD//20150330 |
| OESSEDKKKXXX544C5594559 150401 | 11 | Tag 35B | ISIN DK0010244508 MOELLER MAERSK B |
| OESSEDKKKXXX544C5594559 150401 | 12 | Tag 16S | TRADDET |
| OESSEDKKKXXX544C5594559 150401 | 13 | Tag 16R | FIAC |
| OESSEDKKKXXX544C5594559 150401 | 14 | Tag 36B | :ESTT//UNIT/2025, |
| OESSEDKKKXXX544C5594559 150401 | 15 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX544C5594559 150401 | 16 | Tag 16S | FIAC |
| OESSEDKKKXXX544C5594559 150401 | 17 | Tag 16R | SETDET |
| OESSEDKKKXXX544C5594559 150401 | 18 | Tag 22F | :SETR//TRAD |
| OESSEDKKKXXX544C5594559 150401 | 19 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C5594559 150401 | 20 | Tag 95P | :DEAG//NDEADKKKXXX |
| OESSEDKKKXXX544C5594559 150401 | 21 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C5594559 150401 | 22 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C5594559 150401 | 23 | Tag 95P | :SELL//JEFFGB2X |
| OESSEDKKKXXX544C5594559 150401 | 24 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C5594559 150401 | 25 | Tag 16R | SETPRTY |
| OESSEDKKKXXX544C5594559 150401 | 26 | Tag 95P | :PSET//VPDKDKKKXXX |
| OESSEDKKKXXX544C5594559 150401 | 27 | Tag 16S | SETPRTY |
| OESSEDKKKXXX544C5594559 150401 | 28 | Tag 16S | SETDET |







SWIFT Message Detail

**Message ID** 7571706

Retrieve

SWIFT Information

**Msg Type**
544

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
C5612425

**Purpose**
N/A

**Asset Series**
487660

**Curr Series**
0.0

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:6D5A16C00B01}

**User Hdr**
{108:0401142943920728}

**Basic Hdr**
F01MACVGB22AXXX0381358586

**App Hdr**
O5441430150401ESSEDKKKAXXX50928930421504011430N

**Load User**
SHSYSTEM

**Load Date**
01-04-2015 08:31:40

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS**

**OATS Sent**

**File Name**
06840975.TXT

**Memo**

Details (29)

Show Groups

System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C5612426 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E1000048760001 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :SETT//20150401 |
| 10 | 10 | 98A | :TRAD//20150330 |
| 11 | 11 | 35B | ISIN DK0010244508 |
| 12 | 12 | | MOELLER MAERSK B |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :SETT//UNIT/3670, |
| 16 | 16 | 97A | :SAFE//08895142806 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//ESSEDKKKXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MACVGB22 |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16S | SETDET |

CONFIDENTIAL

# Account Equity

ED&F Man Capital Markets Ltd　　　　　　　　　　　　　　　　　　　　　　　Account Number : CC:AMERIC-INVGR
3 London Bridge Street　　　　　　　　　　　　　　　　　　　　　　　　　　Account Name　 : American Investment Group of NY
London SE1 9SG　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date　　　　　 : 31-03-2015
United Kingdom　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Currency　　　 : USD

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 233,779,066.98 Dr | 0.14364308 | 33,580,745.22 Dr | 168,139,246.46 Dr | 0.14364308 | 24,151,895.59 Dr |
| EUR Cash | 36,236,427.83 Dr | 1.07320000 | 38,888,934.35 Dr | 36,236,427.83 Dr | 1.07320000 | 38,888,934.35 Dr |
| USD Cash | 234,069,267.67 Dr | 1.00000000 | 234,069,267.67 Dr | 234,069,267.67 Dr | 1.00000000 | 234,069,267.67 Dr |
|  |  |  | 306,538,947.24 Dr |  |  | 297,110,097.61 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| MAERSKB DC | AP MOELLER-MAERSK A/S-B | C | 4,000.00 Lg | 16410.2051 | 14540.0000 | 65,640,820.52 Dr | 58,160,000.00 Cr | 7,480,820.52 Dr | DKK |
| TDC DC | TDC A/S | C | 3,400,000.00 Lg | 51.8007 | 49.8000 | 176,122,210.00 Dr | 169,320,000.00 Cr | 6,802,210.00 Dr | DKK |
|  |  |  |  |  | Totals: | 241,763,030.52 Dr | 227,480,000.00 Cr | 14,283,030.52 Dr |  |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UMI BB | UMICORE | O | 997,600.00 Lg | 37.1205 | 38.8800 | 37,031,370.90 Dr | 38,786,688.00 Cr | 1,755,317.10 Cr | EUR |
|  |  |  |  |  | Totals: | 37,031,370.90 Dr | 38,786,688.00 Cr | 1,755,317.10 Cr |  |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| RDS/A US | ROYAL DUTCH SHELL PLC-ADR | C | 2,400,000.00 Lg | 65.6608 | 59.6500 | 157,585,968.00 Dr | 143,160,000.00 Cr | 14,425,968.00 Dr | USD |
| UN US | UNILEVER N V  -NY SHARES | C | 1,800,000.00 Lg | 43.1005 | 41.7600 | 77,580,972.00 Dr | 75,168,000.00 Cr | 2,412,972.00 Dr | USD |
|  |  |  |  |  | Totals: | 235,166,940.00 Dr | 218,328,000.00 Cr | 16,838,940.00 Dr |  |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 30-03-15 | 01-04-15 | Normal | BUY | 4,000.00 | MAERSKB DC | 16410.2051 | 65,640,820.52 Dr | DKK |

## Equity Swaps

| Tick Seq | Trade Dt / Set Dt | Term Dt | Asset Description | Quantity | D | Open Price | Notional | Cur | Market Price | MTM Next Valuation Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 468115 | 30-03-15 / 01-04-15 | 21-04-15 | MAERSKB DC AP MOELLER-MAERSK A/S-B | 4,000 | S | 14608.5060 | 58,434,024 | DKK | 14540.0000 | 274,024  01-04-15 | Fixed | -0.2350 | 0.00 |

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ED&F-00078107

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name   : American Investment Group of NY
Date           : 31-03-2015
Currency       : USD

## Equity Swaps (Con't)

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 424140 | 13-03-15 18-03-15 | 25-08-15 | TDC DC TDC A/S | 3,400,000 S | 48.4500 | 164,730,000 | DKK | 49.8000 | -4,590,000 | | Fixed | 0.0000 | 0.00 |
| 324624 | 01-09-14 04-09-14 | 16-09-15 | UMI BB UMICORE | 997,600 S | 36.3310 | 36,243,806 | EUR | 38.8800 | -2,542,882 | | Fixed | 0.0000 | 0.00 |
| 375827 | 03-02-15 06-02-15 | 30-04-15 | UN US UNILEVER N V -NY SHARES | 1,800,000 S | 42.8060 | 77,050,800 | USD | 41.7600 | 1,882,800 | | Fixed | 0.0000 | 0.00 |
| 378429 | 10-02-15 12-02-15 | 21-05-15 | RDS/A US ROYAL DUTCH SHELL PLC-ADR | 2,400,000 S | 65.5907 | 157,417,680 | USD | 59.6500 | 14,257,680 | | Fixed | 0.0000 | 0.00 |

## Account Summary

| Item | Amount (USD) | |
|---|---|---|
| Value of opening currency balance | 297,110,097.61 | Dr |
| Value of trades settling today | 0.00 | Cr |
| Value of Rec/Del today | 0.00 | Cr |
| Value of Deposits/Withdrawls today | 0.00 | Cr |
| **Value of closing currency balance(s)** | **297,110,097.61** | **Dr** |
| Cash Collateral Pending Settlement | 0.00 | Cr |
| Financed Cash Pending Settlement | 0.00 | Cr |
| NonFX Proceeds Pending Settlement | 9,428,849.63 | Dr |
| **Trade Date Cash Balance** | **306,538,947.24** | **Dr** |
| Market Value of Positions | 292,629,801.40 | Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 | Cr |
| Mkt Val of Settled Fin Positions | 0.00 | Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 | Cr |
| Mkt Val of Settled Fin Collateral | 0.00 | Cr |
| Net Value of Financing Interest | 0.00 | Cr |
| Open Trade Equity on FX Deals | 0.00 | Cr |
| Accrued Interest on Fixed Income | 0.00 | Cr |
| Value of Open Swap Positions | 12,791,498.52 | Cr |
| **Preliminary Account Value** | **1,117,647.32** | **Dr** |