# Account Equity

| | |
|---|---|
| ED&F Man Capital Markets Ltd | Account Number: CC:AMERIC-INVGR |
| 3 London Bridge Street | Account Name  : American Investment Group of NY |
| London SE1 9SG | Date          : 31-03-2015 |
| United Kingdom | Currency      : USD |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 0.00 Cr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **0.00 Cr** |

### Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|---|---|---|---|---|---|---|---|---|
| 286996 | Money due call | Issued | 26-03-2015 | 26-03-2015 | 02-04-2015 | 3,477,353.48 | 3,477,353.48 | USD |
| 287738 | Money due call | Issued | 27-03-2015 | 27-03-2015 | 06-04-2015 | 6,040,920.87 | 6,040,920.87 | USD |
| 289218 | Money due call | Issued | 31-03-2015 | 31-03-2015 | 08-04-2015 | 4,390,871.49 | 4,390,871.49 | USD |
| | | | | | | 13,909,145.84 | 13,909,145.84 | |

## Total Account Value          1,117,647.32 Dr

## Financing Summary

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |

# AP Moeller - Maersk A/S B Share

**MAERSKB DC**

ISIN: DK0010244508                 SEDOL: 4235048                                   COUNTRY: DK

EX DATE: 31/03/2015        REC DATE: 01/04/2015        PAY DATE: 07/04/2015

CCY: DKK        GROSS RATE: 1971.00        FEE: 0.00

## AGENT POSITIONS

RQD BREAKDOWN TO BE SENT TO AGENT FOR: DATE: N/A
C2 / FI / NG / PL / SE

| CLIENT ACCOUNT | CLIENT NAME | DIV% | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGP | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 4,000 | | 5,755,320.00 | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 27,500 | | 39,567,825.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 27,500 | | 39,567,825.00 | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | 25,972 | | 37,369,292.76 | | | |
| CC:GSA000-TRADO | GSA Trading (Canada) Corporate Pension Plan | 73% | 9,800 | | 14,100,534.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 26,500 | | 38,128,995.00 | | | |
| CC:KAMCOO-INVES | KAMCO INVESTMENTS INC PENSION PLAN | 73% | 5,595 | | 8,050,253.85 | | | |
| CC:ORANJE-ORANG | Oranje Canada Corporate Pension Plan | 73% | 9,247 | | 13,304,861.01 | | | |
| LC:DENDKX-DIVDX | SEB Depot 05295142806 | 73% | | -126,314 | | -181,744,372.62 | | |
| LC:RISKPR-DKKDK | SEB Depot 05295142822 | 73% | | -9,800 | | -14,100,534.00 | | |
| | | | TOTALS 136,114 | -136,114 | TOTALS 195,844,906.62 | -195,844,906.62 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT/JNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:ABN000-AMRCO | ABN AMRO Bank NV UK Branch | 85% | 20,000 | | 33,507,000.00 | | YES | | 08-Apr | 410555 |
| BR:GOLDMA-LONDN | Goldman Sachs International | 85% | 3,000 | | 5,026,050.00 | | YES | | 17/4 | 412717 |
| BR:JEFFER-INTER | Jefferies International Ltd | 85% | 44,227 | | 74,095,704.45 | | YES | | 16/4 | 413713 |
| BR:VSPA00-UK210 | Vspax Securities Limited | 85% | 41,387 | | 69,337,210.45 | | YES | 115,264,933.45 | 08-Apr | 410536 |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 100% | 28 | | 55,188.00 | | | | | |
| CC:ORANJE-ORANG | Oranje Canada Corporate Pension Plan | 100% | 13 | | 25,623.00 | | | | | |
| CC:CLIENT-HEDGE | Client Hedges | 85% | | -9,985 | | -16,074,981.25 | | | | |
| CC:ETS000-MALTA | ETS Malta Limited | 100% | | -13 | | -25,623.00 | | | | |
| CC:ETS000-MALTA | ETS Malta Limited | 85% | | -19,047 | | -31,919,391.45 | | | | |
| CC:POLLEN-FUNDO | POLLEN FUND LIMITED | 100% | | -28 | | -55,188.00 | | | | |
| CC:POLLEN-FUNDO | POLLEN FUND LIMITED | 85% | | -79,972 | | -133,981,090.20 | | | | |
| | | | SL TOTALS 108,655 | -108,655 | TOTALS 182,047,275.90 | -182,047,275.90 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVABLE | CLAIM? |
|---|---|---|---|---|---|---|---|
| CC:VSPAPE-UK310 | Vspax Securities UK Ltd | 92% | 27,500 | | 49,866,300.00 | | YES |
| CC:POLLEN-FUNDO | POLLEN FUND LIMITED | 92% | | -27,500 | | -49,866,300.00 | |
| | | | SWP TOTALS 27,500 | -27,500 | TOTALS 49,866,300.00 | -49,866,300.00 | |

| PREPARED: | | DESK SIGN OFF: | | | | OPS MANAGER SIGN OFF: | |
|---|---|---|---|---|---|---|---|

| AGENT CASH RECEIVED: CONFIDENTIAL | CLAIMS PAID | D1 JOURNAL POSTED N/A | JOURNAL NUMBERS UPDATED | DATE: 16/04/15 | FILE CLOSED ED&F-00078110 CLOSER: |
|---|---|---|---|---|---|

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX566C150407000312887 150407 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX566C150407000312887 150407 | 2 | Tag 20C | :CORP//150225DVCA162889 |
| OESSEDKKKXXX566C150407000312887 150407 | 3 | Tag 20C | :SEME//C150407000312887 |
| OESSEDKKKXXX566C150407000312887 150407 | 4 | Tag 23G | NEWM |
| OESSEDKKKXXX566C150407000312887 150407 | 5 | Tag 22F | :CAEV//DVCA |
| OESSEDKKKXXX566C150407000312887 150407 | 6 | Tag 16R | LINK |
| OESSEDKKKXXX566C150407000312887 150407 | 7 | Tag 13A | :LINK//564 |
| OESSEDKKKXXX566C150407000312887 150407 | 8 | Tag 20C | :PREV//C150401000311631 |
| OESSEDKKKXXX566C150407000312887 150407 | 9 | Tag 16S | LINK |
| OESSEDKKKXXX566C150407000312887 150407 | 10 | Tag 16S | GENL |
| OESSEDKKKXXX566C150407000312887 150407 | 11 | Tag 16R | USECU |
| OESSEDKKKXXX566C150407000312887 150407 | 12 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX566C150407000312887 150407 | 13 | Tag 35B | ISIN DK0010244508 MOELLER MAERSK B |
| OESSEDKKKXXX566C150407000312887 150407 | 14 | Tag 93B | :CONB//UNIT/126314, |
| OESSEDKKKXXX566C150407000312887 150407 | 15 | Tag 16S | USECU |
| OESSEDKKKXXX566C150407000312887 150407 | 16 | Tag 16R | CADETL |
| OESSEDKKKXXX566C150407000312887 150407 | 17 | Tag 98A | :XDTE//20150331 |
| OESSEDKKKXXX566C150407000312887 150407 | 18 | Tag 98A | :RDTE//20150401 |
| OESSEDKKKXXX566C150407000312887 150407 | 19 | Tag 16S | CADETL |
| OESSEDKKKXXX566C150407000312887 150407 | 20 | Tag 16R | CACONF |
| OESSEDKKKXXX566C150407000312887 150407 | 21 | Tag 13A | :CAON//001 |
| OESSEDKKKXXX566C150407000312887 150407 | 22 | Tag 22F | :CAOP//CASH |
| OESSEDKKKXXX566C150407000312887 150407 | 23 | Tag 16R | CASHMOVE |
| OESSEDKKKXXX566C150407000312887 150407 | 24 | Tag 22H | :CRDB//CRED |
| OESSEDKKKXXX566C150407000312887 150407 | 25 | Tag 97A | :CASH//52950017004263 |
| OESSEDKKKXXX566C150407000312887 150407 | 26 | Tag 19B | :PSTA//DKK181744372,62 |
| OESSEDKKKXXX566C150407000312887 150407 | 27 | Tag 19B | :GRSS//DKK248964894, |
| OESSEDKKKXXX566C150407000312887 150407 | 28 | Tag 19B | :NETT//DKK181744372,62 |
| OESSEDKKKXXX566C150407000312887 150407 | 29 | Tag 19B | :WITL//DKK67220521,38 |
| OESSEDKKKXXX566C150407000312887 150407 | 30 | Tag 98A | :POST//20150407 |
| OESSEDKKKXXX566C150407000312887 150407 | 31 | Tag 98A | :VALU//20150407 |
| OESSEDKKKXXX566C150407000312887 150407 | 32 | Tag 98A | :PAYD//20150407 |
| OESSEDKKKXXX566C150407000312887 150407 | 33 | Tag 92F | :GRSS//DKK1971, |
| OESSEDKKKXXX566C150407000312887 150407 | 34 | Tag 92A | :TAXR//27, |
| OESSEDKKKXXX566C150407000312887 150407 | 35 | Tag 16S | CASHMOVE |
| OESSEDKKKXXX566C150407000312887 150407 | 36 | Tag 16S | CACONF |
| OESSEDKKKXXX566C150407000312887 150407 | 37 | Tag 16R | ADDINFO |
| OESSEDKKKXXX566C150407000312887 150407 | 38 | Tag 70E | :PACO//SEB MERCHANT BANKING CUSTODY SERVICES DENMARK CORPORATE ACTIONS PHONE +371 677 57262 |
| OESSEDKKKXXX566C150407000312887 150407 | 39 | Tag 16S | ADDINFO |

ED&F-00078111



CONFIDENTIAL

ED&F-00078112



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Autoparts Pensions Group Trust – Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S B Share |
| ISIN: | DK0010244508 |
| SEDOL: | 4235048 |
| Ex Date: | 31/03/2015 |
| Record Date: | 01/04/2015 |
| Pay Date: | 07/04/2015 |
| Quantity: | 27,500.00 |
| Gross Div Rate: | 1971 |
| Amount Received: | 39,567,825.00 |
| WHT Suffered: | 14,634,675.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Autoparts Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED  SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE
CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

ED&F-00078113



ED&F
MAN
                          E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Casting Pensions Group Trust - Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S B Share |
| ISIN: | DK0010244508 |
| SEDOL: | 4235048 |
| Ex Date: | 31/03/2015 |
| Record Date: | 01/04/2015 |
| Pay Date: | 07/04/2015 |
| Quantity: | 27,500.00 |
| Gross Div Rate: | 1971 |
| Amount Received: | 39,567,825.00 |
| WHT Suffered: | 14,634,675.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Casting Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00078186



## E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Central Technologies Pensions Group Trust – Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S B Share |
| ISIN: | DK0010244508 |
| SEDOL: | 4235048 |
| Ex Date: | 31/03/2015 |
| Record Date: | 01/04/2015 |
| Pay Date: | 07/04/2015 |
| Quantity: | 25,972.00 |
| Gross Div Rate: | 1971 |
| Amount Received: | 37,369,292.76 |
| WHT Suffered: | 13,821,519.24 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Central Technologies Pensions Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00078259



**ED&F MAN**

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, GSA Trading (Canada) Corporate Pension Plan - 34 Grace Crescent, Barrie, Ontario, L4N 9S5, Canada, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S B Share |
| ISIN: | DK0010244508 |
| SEDOL: | 4235048 |
| Ex Date: | 31/03/2015 |
| Record Date: | 01/04/2015 |
| Pay Date: | 07/04/2015 |
| Quantity: | 9,800.00 |
| Gross Div Rate: | 1971 |
| Amount Received: | 14,100,534.00 |
| WHT Suffered: | 5,215,266.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to GSA Trading (Canada) Corporate Pension Plan. If you have any further concerns or issues please do not hesitate to contact us.

A U T H O R I S E D   S I G N A T O R Y

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hays Lane
CONFIDENTIAL
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000
ED&F-00078332



**ED&F MAN**

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Industrial Pension Group Trust – Suite C, 2050 Regency Road, Lexington, Kentucky, 40503, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S B Share |
| ISIN: | DK0010244508 |
| SEDOL: | 4235048 |
| Ex Date: | 31/03/2015 |
| Record Date: | 01/04/2015 |
| Pay Date: | 07/04/2015 |
| Quantity: | 26,500.00 |
| Gross Div Rate: | 1971 |
| Amount Received: | 38,128,995.00 |
| WHT Suffered: | 14,102,505.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Industrial Pension Group Trust. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00078405



# ED&F MAN

## E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, KAMCO INVESTMENTS INC PENSION PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S B Share |
| ISIN: | DK0010244508 |
| SEDOL: | 4235048 |
| Ex Date: | 31/03/2015 |
| Record Date: | 01/04/2015 |
| Pay Date: | 07/04/2015 |
| Quantity: | 5,595.00 |
| Gross Div Rate: | 1971 |
| Amount Received: | 8,050,253.85 |
| WHT Suffered: | 2,977,491.15 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to KAMCO INVESTMENTS INC PENSION PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE
CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

ED&F-00078478



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Oranje Canada Corporate Pension Plan – 34 Grace Crescent, Barrie, Ontario, L4N 9S5, Canada, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S B Share |
| ISIN: | DK0010244508 |
| SEDOL: | 4235048 |
| Ex Date: | 31/03/2015 |
| Record Date: | 01/04/2015 |
| Pay Date: | 07/04/2015 |
| Quantity: | 9,247.00 |
| Gross Div Rate: | 1971 |
| Amount Received: | 13,304,861.01 |
| WHT Suffered: | 4,920,975.99 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Oranje Canada Corporate Pension Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Coltons Centre
Hay's Lane
London SE1 2QE
CONFIDENTIAL

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

ED&F-00078508

# AP Moeller - Maersk A/S B Share

**MAERSKB DC**

| ISIN: DK0010244508 | SEDOL: 4235048 | COUNTRY: DK |
|---|---|---|

EX DATE: 31/03/2015   REC DATE: 01/04/2015   PAY DATE: 07/04/2015

CCY: DKK   GROSS RATE: 1971.00   FEE: 0.00

## AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR: CZ / FI / NO / PL / SE   DATE: N/A

| CLIENT ACCOUNT | CLIENT NAME | DIV% | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 4,000 | | 5,755,320.00 | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 27,500 | | 39,567,825.00 | | | |
| CC:CASTPE-ERPTR | Casting Pensions Group Trust | 73% | 27,500 | | 39,567,825.00 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 25,972 | | 37,368,292.76 | | | |
| CC:GSA000-TRADO | GSA Trading (Canada) Corporate Pension Plan | 73% | 9,800 | | 14,100,534.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 26,500 | | 38,128,995.00 | | | |
| CC:RAMCO-INVES | RAMCO INVESTMENTS INC PENSION PLAN | 73% | 5,589 | | 8,050,153.85 | | | |
| CC:ORANJE-ORANG | Oranje Canada Corporate Pension Plan | 73% | 9,247 | | 13,304,881.01 | | | |
| LC:DENDKK-DIVDK | SEB Depot 05285142806 | 73% | | -126,314 | | -181,744,372.52 | | |
| LC:RISKPR-DKKDK | SEB Depot 05285142822 | 73% | | -9,800 | | -14,100,534.00 | | |
| | | TOTALS | 136,114 | -136,114 | TOTALS 195,844,906.62 | -195,844,906.62 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV% | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:ABN000-AMRO0 | ABN AMRO Bank NV UK Branch | 85% | 20,000 | | 33,907,000.00 | | YES | | 08-Apr | 4/1055.5 |
| BR:GOLDMA-LONDN | Goldman Sachs International | 85% | 3,000 | | 5,026,050.00 | | YES | | 18/4 | 412719 |
| BR:JEFFER-INTER | Jefferies International Ltd | 85% | 44,227 | | 74,095,704.45 | | YES | | 16/4 | 413719 |
| BR:MAPLES-UKLTD | Maple Securities UK Ltd | 85% | 41,557 | | 69,204,720.45 | | YES | 119,204,010.45 | 09-Apr | 410380 |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 100% | 28 | | 55,188.00 | | | | | |
| CC:ORANJE-ORANG | Oranje Canada Corporate Pension Plan | 100% | 13 | | 25,623.00 | | | | | |
| CC:CLIENT-HEDGE | Client Hedges | 85% | | -9,595 | | -16,074,985.25 | | | | |
| CC:ETS000-MALTA | ETS Malta Limited | 100% | | -13 | | -25,623.00 | | | | |
| CC:ETS000-MALTA | ETS Malta Limited | 85% | | -19,047 | | -57,910,391.45 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -28 | | -55,188.00 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 85% | | -79,972 | | -137,981,000.20 | | | | |
| | | SL TOTALS | 108,655 | -108,655 | TOTALS 182,047,275.90 | -182,047,275.90 | | | | |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV% | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVABLE | CLAIM? |
|---|---|---|---|---|---|---|---|
| BR:MAPLES-UKLTD | Maple Securities UK Ltd | 92% | 27,500 | | 49,866,300.00 | | YES |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 92% | | -27,500 | | -49,866,300.00 | |
| | | SWP TOTALS | 27,500 | -27,500 | TOTALS 49,866,300.00 | -49,866,300.00 | |

PREPARED:    DESK SIGN OFF:    OPS MANAGER SIGN OFF:

AGENT CASH RECEIVED    CLAIMS PAID    D1 JOURNAL POSTED N/A    JOURNAL NUMBERS UPDATED    DATE: 16/04/15    FILE CLOSED CLOSER: