| | |
|---|---|
| **Message** | |
| From: | Meade, Michael (LDN) [mmeade@edfmancapital.com] |
| Sent: | 13/03/2014 13:35:14 |
| To: | Henstock, Chris (DUB) [chenstock@edfmpt.ae] |
| CC: | LDN-EQUITYASSETSERVICING-DL [LDN-EQUITYASSETSERVICING@edfmancapital.com] |
| Subject: | DK0060228559 - TDC A/S - P/D 12-03-2014 ***Potential Dividend Posting*** |
| Importance: | High |

Hi Chris,

I see ED&F Dubai due the below dividend. Can you please confirm back if you agree and I will make the relevant postings in D1:

**TDC DC – TDC A/S**

ISIN -   DK0060228559
EX -     07/03/2014
REC -   11/03/2014
PAY -   12/03/2014
RATE - DKK 2.20

We see that ED&F Dubai were short 64,300,000 shs as per Ex Date reconciliation therefore need to be debited DKK 103,265,800.00.

If you need any more info please let me know.

Thanks,

**Michael Meade**
Asset Services



Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7240
Group: +44 (0)20 3580 7234
Email:  mmeade@edfmancapital.com
Group: LDN-EQUITYASSETSERVICING@edfmancapital.com

CONFIDENTIAL

ED&F-00251535