Message

**From:** Wadlow, Steve (LDN) [swadlow@edfmancapital.com]
**Sent:** 08/04/2014 13:11:21
**To:** Khechine Nacéra (RBC ITS) [Nacera.Khechine@rbc.com]
**CC:** Crestey Isabelle (RBC ITS) [Isabelle.Crestey@rbc.com]; Regan, Paul (LDN) [pregan@edfmancapital.com]
**Subject:** RE: LUT DKK sd 09 April 2014 3rd request

MAX HAYDEN
EXHIBIT 5306
04 - 13 - 2022

Hi,

We need to know you agree the trade details as requested previously – do you agree them ?

Thanks,

Steve Wadlow
Securities Operations

ED & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7236 | Group Line: +44 (0)203 580 7234
secops@edfmancapital.com | www.edfman.com

Please consider the environment before printing this e-mail

---

**From:** Khechine Nacéra (RBC ITS) [mailto:Nacera.Khechine@rbc.com]
**Sent:** 08 April 2014 14:08
**To:** Wadlow, Steve (LDN)
**Cc:** Crestey Isabelle (RBC ITS); Regan, Paul (LDN)
**Subject:** RE: LUT DKK sd 09 April 2014 3rd request

HI

You should be able to see our instruction on 09 , because we re waiting for the stock form an other conterparty .

Regards

**Nacera KHECHINE**
Senior Administrator Shareholder Services and Transaction Management

**RBC Investor & Treasury Services**
T + 33 1 70 37 85 66
F + 33 1 70 37 85 61

rbcis.com |

**From:** Wadlow, Steve (LDN) [mailto:swadlow@edfmancapital.com]
**Sent:** mardi, 8. avril 2014 15:06
**To:** Khechine Nacéra (RBC ITS)
**Cc:** Crestey Isabelle (RBC ITS); Regan, Paul (LDN)
**Subject:** RE: LUT DKK sd 09 April 2014 3rd request

Please can you confirm trade details as requested on mails below ?

Thanks,

Steve Wadlow
Securities Operations

ED & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7236 | Group Line: +44 (0)203 580 7234
secops@edfmancapital.com | www.edfman.com

Please consider the environment before printing this e-mail

---

**From:** Wadlow, Steve (LDN)
**Sent:** 08 April 2014 10:03
**To:** 'Khechine Nacéra (RBC ITS)'
**Cc:** 'Crestey Isabelle (RBC ITS)'
**Subject:** RE: LUT DKK sd 09 April 2014

Hi,

Please advise you agree trade details as request below...

Thanks,

Steve Wadlow
Securities Operations

ED & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7236 | Group Line: +44 (0)203 580 7234
secops@edfmancapital.com | www.edfman.com

Please consider the environment before printing this e-mail

---

**From:** Wadlow, Steve (LDN)
**Sent:** 07 April 2014 16:41
**To:** 'Khechine Nacéra (RBC ITS)'
**Cc:** Crestey Isabelle (RBC ITS)
**Subject:** LUT DKK sd 09 April 2014

Hi,

Please confirm below trades – td 03 Apr 2014

CONFIDENTIAL
ED&F-00268330

| Asset R | Asset Amou | Asset | ISIN | Cur Amount | C | Account Name | Set Date |
|---|---|---|---|---|---|---|---|
| Rec | 275,000.00 | TRYG DC | DK0060013274 | 151,525,000.00 | DKK | Lutetia Patrimoine | 09/04/2014 |
| Rec | 265,000.00 | TRYG DC | DK0060013274 | 146,015,000.00 | DKK | Lutetia Patrimoine | 09/04/2014 |

We face:
DABADKKKXXX
3005821975
FETALULLISV

**Denmark**
Sub Custodian::Nordea Bank Copenhagen
NDEADKKKXXX
BNP Paribas Security Services
PARBFRPPXXX
Stock Account 20001009532524
Place of settlement VPDKDKKKXXX
Beneficiary BIC: MACVGB22XXX

Thanks,

Steve

Steve Wadlow
Securities Operations

ED & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7236 | Group Line: +44 (0)203 580 7234
secops@edfmancapital.com | www.edfman.com

Please consider the environment before printing this e-mail

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

Cet e-mail peut contenir des informations confidentielles et l'expéditeur de cet email ne renonce à aucun droit ou obligation qu'il pourrait avoir sur ces informations. Toute distribution, utilisation ou copie de cet email ou des informations qu'il contient par une personne autre que son destinataire visé ou désigné est interdite. Si vous

avez reçu cet email par erreur, veuillez m'en avertir (en répondant à cet email ou autrement) et supprimer cet email immédiatement. Cet email et les fichiers joints peuvent contenir des virus ou tout autre défaut qui pourrait affecter votre système informatique une fois l'email ou les fichiers reçus ou ouverts. Bien que RBC Investor Services Bank S.A., ses filiales et succursales prennent toutes les précautions raisonnables afin de réduire ce risque, nous n'acceptons aucune responsabilité pour tout dommage ou perte que vous pourriez subir à cause de ces virus ou défauts. Vous êtes responsables des vérifications concernant les virus avant d'ouvrir tout fichier joint. L'expéditeur de cet email n'accepte aucune responsabilité pour les erreurs ou omissions.

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient(s) is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately and delete this e-mail. This email and the contents of any attachment to this e-mail may contain software viruses or other defect which might affect your own computer system once received or opened. While RBC Investor Services Bank S.A., its subsidiaries and branches take reasonable precautions to minimize that risk, we cannot accept liability or responsibility for any damage or loss which may occur or be sustained as a result of a software virus or other defect. You are responsible for virus checks before opening any attachment. The sender does not accept liability for any errors or omissions.

CONFIDENTIAL

ED&F-00268332