**Account Transactions (General Ledger)**
ED&F Man Capital Markets Ltd (E1)
27-07-2012 through 28-08-2019

# Account Transactions

## Account (1-020-010-AMERIC-INVGR) is (American Investment Group of NY LP Pension

### Asset (CAD/CAD) Layer (Cash) (Canadian Dlr.)

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 30-08-13 | SYS | 176391 | Reversal of Trade | SEL C ABX CN/USD OTC Op @ 20.76 .000728 9/6/1 | PROCEED-OTC-OP | 152659 | 71,065,632.00 Dr | 71,065,632.00 Dr |
| 30-08-13 | TRC | T00015265901002 | Trade | SEL C ABX CN/USD OTC Op @ 20.76 .000728 9/6/1 | PROCEED-OTC-OP | 152659 | 71,065,632.00 Cr | 0.00 Cr |

### Asset (DKK/DKK) Layer (Cash) (Danish Kroner DKK)

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 11-12-13 | SYS | 219897 | Reversal of Trade | BUY 500,000 COLOB DC @ 354.9 DKK 177,450,000 | PROCEED-EQUITY | 183483 | 177,450,000.00 Cr | 177,450,000.00 Cr |
| 11-12-13 | SYS | 220514 | Reversal of Trade | SEL 250,000 COLOB DC @ 350 DKK 87,500,000 | PROCEED-EQUITY | 185348 | 87,500,000.00 Dr | 89,950,000.00 Cr |
| 11-12-13 | SYS | 221852 | Reversal of Trade | BUY 500,000 COLOB DC @ 354.9044 DKK 177,452,2 | PROCEED-EQUITY | 183825 | 177,452,220.00 Cr | 267,402,220.00 Cr |
| 11-12-13 | TRD | T00018348301002 | Trade | BUY 500,000 COLOB DC @ 354.9 DKK 177,450,000 | PROCEED-EQUITY | 183483 | 177,450,000.00 Dr | 89,952,220.00 Cr |
| 11-12-13 | TRD | T00018382501002 | Trade | BUY 500,000 COLOB DC @ 354.9044 DKK 177,452,2 | PROCEED-EQUITY | 183825 | 177,452,220.00 Dr | 87,500,000.00 Cr |
| 11-12-13 | TRD | T00018689901002 | Trade | BUY 500,000 COLOB DC @ 354.9044 DKK 177,452,2 | PROCEED-EQUITY | 186899 | 177,452,220.00 Dr | 264,952,220.00 Dr |
| 11-12-13 | TRC | T00018534801002 | Trade | SEL 250,000 COLOB DC @ 350 DKK 87,500,000 | PROCEED-EQUITY | 185348 | 87,500,000.00 Cr | 177,452,220.00 Dr |
| 13-12-13 | USR | 223828 | User Adjustment | CASH DIV - COLOB DC - PD 11-12-2013 | Unclassified | | 2,555,000.00 Cr | 174,897,220.00 Dr |
| 20-12-13 | SYS | 227818 | Customer Realized (Future | Futures P/L: DFH20DEC DKK | TR-PL-FUTURE | | 2,290,250.00 Dr | 177,187,470.00 Dr |
| 14-01-14 | SYS | 236627 | Customer Realized (Future | Futures P/L: DFH20DEC DKK | TR-PL-FUTURE | | 0.00 Cr | 177,187,470.00 Dr |
| 07-03-14 | SYS | 255079 | Reversal of Trade | BUY 1,000,000 TDC DC @ 52.9007 DKK 52,900,660 | PROCEED-EQUITY | 219233 | 52,900,660.00 Cr | 124,286,810.00 Dr |
| 07-03-14 | SYS | 255956 | Customer Realized (Future | Futures P/L: TKF21MAR2014 DKK | TR-PL-FUTURE | | 0.00 Cr | 124,286,810.00 Dr |
| 07-03-14 | TRD | T00021923301002 | Trade | BUY 1,000,000 TDC DC @ 52.9007 DKK 52,900,660 | PROCEED-EQUITY | 219233 | 52,900,660.00 Dr | 177,187,470.00 Dr |
| 10-03-14 | TRD | T00021939101002 | Trade | BUY 1,000,000 TDC DC @ 52.9007 DKK 52,900,660 | PROCEED-EQUITY | 219391 | 52,900,660.00 Dr | 230,088,130.00 Dr |
| 12-03-14 | SYS | 256038 | Reversal of Trade | BUY 2,000,000 TDC DC @ 52.5507 DKK 105,101,32 | PROCEED-EQUITY | 219783 | 105,101,320.00 Cr | 124,986,810.00 Dr |
| 12-03-14 | TRD | T00021930501002 | Trade | BUY 2,000,000 TDC DC @ 52.4007 DKK 104,801,32 | PROCEED-EQUITY | 219305 | 104,801,320.00 Dr | 229,788,130.00 Dr |
| 12-03-14 | TRD | T00021978301002 | Trade | BUY 2,000,000 TDC DC @ 52.5507 DKK 105,101,32 | PROCEED-EQUITY | 219783 | 105,101,320.00 Dr | 334,889,450.00 Dr |
| 12-03-14 | TRD | T00022535801002 | Trade | BUY 2,000,000 TDC DC @ 52.5507 DKK 105,101,32 | PROCEED-EQUITY | 225358 | 105,101,320.00 Dr | 439,990,770.00 Dr |
| 13-03-14 | USR | 257522 | User Adjustment | CASH DIV - TDC DC - PD 12/03/14 | Unclassified | | 1,606,000.00 Cr | 438,384,770.00 Dr |
| 13-03-14 | USR | 257535 | User Adjustment | CASH DIV - TDC DC - PD 12/03/14 | Unclassified | | 3,212,000.00 Cr | 435,172,770.00 Dr |
| 13-03-14 | USR | 257625 | User Adjustment | TDC DC Custody Fees Pt I | Unclassified | | 110,000.00 Dr | 435,282,770.00 Dr |
| 17-03-14 | USR | 258586 | User Adjustment | CASH DIV - TDC DC - PD 12/03/14 | Unclassified | | 3,212,000.00 Cr | 432,070,770.00 Dr |
| 20-03-14 | TRD | T00022927001002 | Trade | BUY 3,000,000 DANSKE DC @ 142.6018 DKK 427,80 | PROCEED-EQUITY | 229270 | 427,805,340.00 Dr | 859,876,110.00 Dr |
| 21-03-14 | SYS | 260140 | Customer Realized (Future | Futures P/L: TKF21MAR2014 DKK | TR-PL-FUTURE | | 2,640,000.00 Cr | 857,236,110.00 Dr |
| 24-03-14 | TRD | T00022978501002 | Trade | BUY 2,500,000 DANSKE DC @ 144.2149 DKK 360,53 | PROCEED-EQUITY | 229785 | 360,537,300.00 Dr | 1,217,773,410.00 Dr |
| 24-03-14 | TRD | T00022978701002 | Trade | BUY 2,250,000 DANSKE DC @ 144.2149 DKK 324,48 | PROCEED-EQUITY | 229787 | 324,483,570.00 Dr | 1,542,256,980.00 Dr |
| 25-03-14 | USR | 260612 | User Adjustment | DANSKE DC Custody Fees | Unclassified | | 155,000.00 Dr | 1,542,411,980.00 Dr |
| 26-03-14 | SYS | 260714 | Reversal of Trade | BUY 3,500,000 NOVOB DC @ 246.7033 DKK 863,461 | PROCEED-EQUITY | 231973 | 863,461,375.00 Cr | 678,950,605.00 Dr |

CONFIDENTIAL                                                                                                           ED&F-00039750
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 1 of 36 Produced on 08/28/2019 09:57:41

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 26-03-14 | SYS | 261474 | Swap Close | Realized gain/loss for Full close of Swap #20 | CASH | 203304 | 43,000,000.00 Dr | 721,950,605.00 Dr |
| 26-03-14 | TRD | T00023197301002 | Trade | BUY 3,500,000 NOVOB DC @ 246.7033 DKK 863,461 | PROCEED-EQUITY | 231973 | 863,461,375.00 Dr | 1,585,411,980.00 Dr |
| 26-03-14 | TRD | T00023547801002 | Trade | BUY 3,500,000 NOVOB DC @ 246.7031 DKK 863,460 | PROCEED-EQUITY | 235478 | 863,460,780.00 Dr | 2,448,872,760.00 Dr |
| 26-03-14 | USR | 261124 | User Adjustment | CASH DIV - DANSKE DC - PD 24/03/14 | Unclassified | | 4,380,000.00 Cr | 2,444,492,760.00 Dr |
| 26-03-14 | USR | 261125 | User Adjustment | CASH DIV - DANSKE DC - PD 24/03/14 | Unclassified | | 6,935,000.00 Cr | 2,437,557,760.00 Dr |
| 27-03-14 | USR | 267914 | User Adjustment | NOVOB DC Custody Fees | Unclassified | | 157,500.00 Dr | 2,437,715,260.00 Dr |
| 28-03-14 | USR | 273507 | User Adjustment | CASH DIV - NOVOB DC - PD 26/03/14 | Unclassified | | 11,497,500.00 Cr | 2,426,217,760.00 Dr |
| 01-04-14 | USR | 275085 | User Adjustment | Cash Receipt | Unclassified | | 936,967.50 Cr | 2,425,280,792.50 Dr |
| 02-04-14 | TRD | T00023870601002 | Trade | BUY 1,000 MAERSKB DC @ 63,400.7925 DKK 63,400 | PROCEED-EQUITY | 238706 | 63,400,792.50 Dr | 2,488,681,585.00 Dr |
| 02-04-14 | USR | 275678 | User Adjustment | COLOB DC funding | Unclassified | | 549.42 Dr | 2,488,682,134.42 Dr |
| 02-04-14 | USR | 275679 | User Adjustment | COLOB DC custody fee | Unclassified | | 35,000.00 Dr | 2,488,717,134.42 Dr |
| 02-04-14 | USR | 275680 | User Adjustment | COLOB DC clearance charge | Unclassified | | 144,273.34 Dr | 2,488,861,407.76 Dr |
| 04-04-14 | USR | 276484 | User Adjustment | MAERSKB DC Custody Fees | Unclassified | | 14,000.00 Dr | 2,488,875,407.76 Dr |
| 07-04-14 | TRD | T00024345601002 | Trade | BUY 50,000 TRYG DC @ 557.007 DKK 27,850,350 | PROCEED-EQUITY | 243456 | 27,850,350.00 Dr | 2,516,725,757.76 Dr |
| 08-04-14 | USR | 277258 | User Adjustment | CASH DIV - MAERSKB DC - PD 04/04/14 | Unclassified | | 1,022,000.00 Cr | 2,515,703,757.76 Dr |
| 08-04-14 | USR | 277294 | User Adjustment | ED&F Man Futures brokerage - Mar 13 - TDC DC | Unclassified | | 1,232.00 Dr | 2,515,704,989.76 Dr |
| 09-04-14 | SYS | 277985 | Customer Realized (Future | Futures P/L: MAY20JUN2014 DKK | TR-PL-FUTURE | | 3,586,730.00 Dr | 2,519,291,719.76 Dr |
| 10-04-14 | USR | 278021 | User Adjustment | TRYG DC Custody Fees | Unclassified | | 13,500.00 Dr | 2,519,305,219.76 Dr |
| 11-04-14 | USR | 278381 | User Adjustment | CASH DIV - TRYG DC - PD 09/04/14 | Unclassified | | 985,500.00 Cr | 2,518,319,719.76 Dr |
| 14-04-14 | SYS | 279191 | Customer Realized (Future | Futures P/L: OGY20JUN2014 DKK | TR-PL-FUTURE | | 21,805,500.00 Dr | 2,540,125,219.76 Dr |
| 14-04-14 | SYS | 279191 | Customer Realized (Future | Futures P/L: TKF20JUN2014 DKK | TR-PL-FUTURE | | 4,049,600.00 Cr | 2,536,075,619.76 Dr |
| 14-04-14 | SYS | 279191 | Customer Realized (Future | Futures P/L: TKF18JUL2014 DKK | TR-PL-FUTURE | | 113,800.00 Dr | 2,536,189,419.76 Dr |
| 14-04-14 | SYS | 279191 | Customer Realized (Future | Futures P/L: OGY16APR2014 DKK | TR-PL-FUTURE | | 26,003,400.00 Dr | 2,562,192,819.76 Dr |
| 14-04-14 | SYS | 279191 | Customer Realized (Future | Futures P/L: NFY16APR2014 DKK | TR-PL-FUTURE | | 53,631,900.00 Cr | 2,508,560,919.76 Dr |
| 14-04-14 | SYS | 279191 | Customer Realized (Future | Futures P/L: MAY20JUN2014500 DKK | TR-PL-FUTURE | | 3,664,620.00 Dr | 2,504,896,299.76 Dr |
| 15-04-14 | SYS | 278104 | Swap Close | Realized gain/loss for Full close of Swap #24 | CASH | 246123 | 3,600,000.00 Cr | 2,501,296,299.76 Dr |
| 15-04-14 | SYS | 278869 | Reversal of Trade | SEL 500,000 COLOB DC @ 432 DKK 216,000,000 | PROCEED-EQUITY | 246126 | 216,000,000.00 Dr | 2,717,296,299.76 Dr |
| 15-04-14 | SYS | 278893 | Reversal of Trade | SEL 170,000 COLOB DC @ 432 DKK 73,440,000 | PROCEED-EQUITY | 246773 | 73,440,000.00 Dr | 2,790,736,299.76 Dr |
| 15-04-14 | SYS | 279614 | Customer Realized (Future | Futures P/L: TYF20JUN2014 DKK | TR-PL-FUTURE | | 1,590,400.00 Cr | 2,789,145,899.76 Dr |
| 15-04-14 | TRC | T00024612601002 | Trade | SEL 500,000 COLOB DC @ 432 DKK 216,000,000 | PROCEED-EQUITY | 246126 | 216,000,000.00 Cr | 2,573,145,899.76 Dr |
| 15-04-14 | TRC | T00024677301002 | Trade | SEL 170,000 COLOB DC @ 432 DKK 73,440,000 | PROCEED-EQUITY | 246773 | 73,440,000.00 Cr | 2,499,705,899.76 Dr |
| 15-04-14 | TRC | T00024677701002 | Trade | SEL 170,000 COLOB DC @ 432 DKK 73,440,000 | PROCEED-EQUITY | 246777 | 73,440,000.00 Cr | 2,426,265,899.76 Dr |
| 15-04-14 | TRC | T00024677801002 | Trade | SEL 170,000 COLOB DC @ 432 DKK 73,440,000 | PROCEED-EQUITY | 246778 | 73,440,000.00 Cr | 2,352,825,899.76 Dr |
| 15-04-14 | TRC | T00024677901002 | Trade | SEL 160,000 COLOB DC @ 432 DKK 69,120,000 | PROCEED-EQUITY | 246779 | 69,120,000.00 Cr | 2,283,705,899.76 Dr |
| 25-04-14 | USR | 282287 | User Adjustment | COLOB DC clearance charge | Unclassified | | 549.42 Cr | 2,283,705,350.34 Dr |
| 30-04-14 | USR | 283919 | User Adjustment | TDC DC clearance fee | Unclassified | | 1,070,883.00 Dr | 2,284,776,233.34 Dr |
| 01-05-14 | USR | 284864 | User Adjustment | TDC DC Tax Reclaims | Unclassified | | 2,944,755.00 Cr | 2,281,831,478.34 Dr |
| 02-05-14 | USR | 285458 | User Adjustment | NOVOB DC Tax Reclaims | Unclassified | | 4,216,353.75 Cr | 2,277,615,124.59 Dr |
| 02-05-14 | USR | 285459 | User Adjustment | DANSKE DC Tax Reclaims | Unclassified | | 4,149,427.50 Cr | 2,273,465,697.09 Dr |
| 06-05-14 | USR | 286371 | User Adjustment | NOVOB DC clearance fee | Unclassified | | 2,838,020.00 Dr | 2,276,303,717.09 Dr |
| 06-05-14 | USR | 286568 | User Adjustment | DANSKE DC clearance fee | Unclassified | | 1,264,648.09 Dr | 2,277,568,365.18 Dr |
| 09-05-14 | USR | 288190 | User Adjustment | COLOB DC clearance fee | Unclassified | | 81,637.35 Dr | 2,277,650,002.53 Dr |
| 09-05-14 | USR | 288191 | User Adjustment | TDC DC clearance fee | Unclassified | | 1,054.00 Cr | 2,277,648,948.53 Dr |
| 09-05-14 | USR | 288194 | User Adjustment | DANSKE DC clearance fee | Unclassified | | 22,386.00 Cr | 2,277,626,562.53 Dr |
| 14-05-14 | USR | 289764 | User Adjustment | Cash Receipt | Unclassified | | 374,787.00 Cr | 2,277,251,775.53 Dr |
| 14-05-14 | USR | 289765 | User Adjustment | Cash Receipt | Unclassified | | 361,401.75 Cr | 2,276,890,373.78 Dr |

CONFIDENTIAL                                                                                          ED&F-00039751