# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

```
19-05-14  USR  291340           User Adjustment        ED&F MCM Futures Brokerage - May - DANSKE DC    Unclassified                  8,793.70 Dr      2,276,899,167.48 Dr
19-05-14  USR  291349           User Adjustment        ED&F MCM Futures Brokerage - May - NOVOB DC     Unclassified                  9,966.54 Dr      2,276,909,134.02 Dr
19-05-14  USR  291363           User Adjustment        ED&F MCM Futures Brokerage - May - MAERSKB DC   Unclassified                     93.09 Dr      2,276,909,227.11 Dr
19-05-14  USR  291364           User Adjustment        ED&F MCM Futures Brokerage - May - MAERSKB DC   Unclassified                     62.06 Dr      2,276,909,289.17 Dr
19-05-14  USR  291369           User Adjustment        ED&F MCM Futures Brokerage - May - DANSKE DC    Unclassified                    833.12 Dr      2,276,910,122.29 Dr
19-05-14  USR  291370           User Adjustment        ED&F MCM Futures Brokerage - May - DANSKE DC    Unclassified                  4,721.33 Dr      2,276,914,843.62 Dr
19-05-14  USR  291387           User Adjustment        ED&F MCM Futures Brokerage - May - TDC DC       Unclassified                  1,149.48 Dr      2,276,915,993.10 Dr
19-05-14  USR  291388           User Adjustment        ED&F MCM Futures Brokerage - May - TDC DC       Unclassified                    704.38 Dr      2,276,916,697.48 Dr
19-05-14  USR  291393           User Adjustment        ED&F MCM Futures Brokerage - May - TDC DC       Unclassified                  1,174.20 Dr      2,276,917,871.68 Dr
19-05-14  USR  291394           User Adjustment        ED&F MCM Futures Brokerage - May - TDC DC       Unclassified                     61.81 Dr      2,276,917,933.49 Dr
19-05-14  USR  291395           User Adjustment        ED&F MCM Futures Brokerage - May - TRYG DC      Unclassified                     93.86 Dr      2,276,918,027.35 Dr
19-05-14  USR  291396           User Adjustment        ED&F MCM Futures Brokerage - May - TRYG DC      Unclassified                    219.00 Dr      2,276,918,246.35 Dr

20-05-14  USR  291753           User Adjustment        MAERSKB DC clearance fee                        Unclassified                 64,223.00 Dr      2,276,982,469.35 Dr
20-05-14  USR  291762           User Adjustment        TRYG DC clearance fee                           Unclassified                354,411.52 Dr      2,277,336,880.87 Dr

13-06-14  SYS  299698           Swap Close             Realized gain/loss for Full close of Swap #24   CASH             246857   34,200,000.00 Dr      2,311,536,880.87 Dr
13-06-14  SYS  299702           Swap Close             Realized gain/loss for Full close of Swap #24   CASH             246937   21,600,000.00 Dr      2,333,136,880.87 Dr
13-06-14  SYS  299751           Swap Close             Realized gain/loss for Full close of Swap #24   CASH             246824    9,950,000.00 Dr      2,343,086,880.87 Dr
13-06-14  SYS  299767           Swap Close             Realized gain/loss for Full close of Swap #24   CASH             246831   35,700,000.00 Dr      2,378,786,880.87 Dr
13-06-14  SYS  299813           Swap Close             Realized gain/loss for Full close of Swap #24   CASH             246956    7,640,000.00 Dr      2,386,426,880.87 Dr
13-06-14  SYS  299815           Swap Close             Realized gain/loss for Full close of Swap #24   CASH             246985   11,460,000.00 Dr      2,397,886,880.87 Dr
13-06-14  SYS  299867           Swap Close             Realized gain/loss for Full close of Swap #24   CASH             247003    1,300,000.00 Dr      2,399,186,880.87 Dr
13-06-14  SYS  300894           Reversal of Trade      SEL 7,750,000 DANSKE DC @ 153.2 DKK 1,187,300   PROCEED-EQUITY   298518  1,187,300,000.00 Dr   3,586,486,880.87 Dr
13-06-14  SYS  300901           Reversal of Trade      SEL 5,000 MAERSKB DC @ 14,200 DKK 71,000,000    PROCEED-EQUITY   298522      71,000,000.00 Dr   3,657,486,880.87 Dr
13-06-14  SYS  300918           Reversal of Trade      SEL 3,500,000 NOVOB DC @ 235.6 DKK 824,600,00   PROCEED-EQUITY   298531     824,600,000.00 Dr   4,482,086,880.87 Dr
13-06-14  SYS  300936           Reversal of Trade      SEL 5,000,000 TDC DC @ 52.05 DKK 260,250,000    PROCEED-EQUITY   298540     260,250,000.00 Dr   4,742,336,880.87 Dr
13-06-14  SYS  300942           Reversal of Trade      SEL 50,000 TRYG DC @ 519.5 DKK 25,975,000       PROCEED-EQUITY   298543      25,975,000.00 Dr   4,768,311,880.87 Dr
13-06-14  TRC  T00029851801002  Trade                  SEL 7,750,000 DANSKE DC @ 153.2 DKK 1,187,300   PROCEED-EQUITY   298518   1,187,300,000.00 Cr   3,581,011,880.87 Dr
13-06-14  TRC  T00029852201002  Trade                  SEL 5,000 MAERSKB DC @ 14,200 DKK 71,000,000    PROCEED-EQUITY   298522      71,000,000.00 Cr   3,510,011,880.87 Dr
13-06-14  TRC  T00029853101002  Trade                  SEL 3,500,000 NOVOB DC @ 235.6 DKK 824,600,00   PROCEED-EQUITY   298531     824,600,000.00 Cr   2,685,411,880.87 Dr
13-06-14  TRC  T00029854001002  Trade                  SEL 5,000,000 TDC DC @ 52.05 DKK 260,250,000    PROCEED-EQUITY   298540     260,250,000.00 Cr   2,425,161,880.87 Dr
13-06-14  TRC  T00029854301002  Trade                  SEL 50,000 TRYG DC @ 519.5 DKK 25,975,000       PROCEED-EQUITY   298543      25,975,000.00 Cr   2,399,186,880.87 Dr
13-06-14  TRC  T00030209801002  Trade                  SEL 7,750,000 DANSKE DC @ 155.3 DKK 1,203,575   PROCEED-EQUITY   302098   1,203,575,000.00 Cr   1,195,611,880.87 Dr
13-06-14  TRC  T00030210201002  Trade                  SEL 5,000 MAERSKB DC @ 14,400 DKK 72,000,000    PROCEED-EQUITY   302102      72,000,000.00 Cr   1,123,611,880.87 Dr
13-06-14  TRC  T00030211101002  Trade                  SEL 3,500,000 NOVOB DC @ 238 DKK 833,000,000    PROCEED-EQUITY   302111     833,000,000.00 Cr     290,611,880.87 Dr
13-06-14  TRC  T00030212001002  Trade                  SEL 5,000,000 TDC DC @ 53.25 DKK 266,250,000    PROCEED-EQUITY   302120     266,250,000.00 Cr      24,361,880.87 Dr
13-06-14  TRC  T00030212301002  Trade                  SEL 50,000 TRYG DC @ 532.5 DKK 26,625,000       PROCEED-EQUITY   302123      26,625,000.00 Cr       2,263,119.13 Cr

19-06-14  TRD  T00030297001002  Trade                  BUY 20,711.45 EUR @ 7.457 DKK 154,445.28        CASH             302970         154,445.28 Dr       2,108,673.85 Cr

20-06-14  USR  304720           User Adjustment        Non Seg to Seg                                  Unclassified                  2,108,673.85 Dr            0.00 Cr

30-07-14  USR  318348           User Adjustment        Seg to Non Seg Move                             Unclassified                  2,108,673.85 Cr       2,108,673.85 Cr

01-08-14  TRD  T00031603501002  Trade                  SEL 386,207.98 DKK @ .1341 EUR 51,792.03        CASH             316035         386,207.98 Dr       1,722,465.87 Cr
01-08-14  TRD  T00031626801002  Trade                  SEL 1,722,465.87 DKK @ .1794 USD 308,962.48     CASH             316268       1,722,465.87 Dr             0.00 Cr

11-08-14  SYS  321573           Reversal of Trade      BUY 3,400,000 TDC DC @ 51.8007 DKK 176,122,21   PROCEED-EQUITY   317924     176,122,210.00 Cr     176,122,210.00 Cr
11-08-14  TRD  T00031792401002  Trade                  BUY 3,400,000 TDC DC @ 51.8007 DKK 176,122,21   PROCEED-EQUITY   317924     176,122,210.00 Dr            0.00 Cr
11-08-14  TRD  T00031819601002  Trade                  BUY 3,400,000 TDC DC @ 51.8007 DKK 176,122,21   PROCEED-EQUITY   318196     176,122,210.00 Dr     176,122,210.00 Dr

13-08-14  SYS  323117           Customer Realized (Future  Futures P/L: TKF15AUG2014 DKK               TR-PL-FUTURE                  8,383,720.00 Cr     167,738,490.00 Dr

15-08-14  USR  323588           User Adjustment        CASH DIV - TDC DC - PD 13/08/14                 Unclassified                  3,723,000.00 Cr     164,015,490.00 Dr

21-08-14  USR  325256           User Adjustment        TDC DC Cutody Fee pt I                          Unclassified                     51,000.00 Dr     164,066,490.00 Dr

12-09-14  USR  332964           User Adjustment        CASH DIV WHT - TDC DC - PD 13/08/14             Unclassified                  1,365,295.50 Cr     162,701,194.50 Dr

15-09-14  USR  333448           User Adjustment        NOVOB DC brokerage                              Unclassified                      7,993.71 Dr     162,709,188.21 Dr

18-09-14  USR  334818           User Adjustment        TDC DC clearance charge                         Unclassified                    387,337.67 Dr     163,096,525.88 Dr

23-09-14  USR  336445           User Adjustment        ED&F MCM Futures Brokerage - August - TDC DC    Unclassified                      2,040.06 Dr     163,098,565.94 Dr

01-12-14  TRD  T00036135901002  Trade                  BUY 800,000 CHR DC @ 258.9032 DKK 207,122,592   PROCEED-EQUITY   361359     207,122,592.00 Dr     370,221,157.94 Dr
```

CONFIDENTIAL                                                                                                                                                                           ED&F-00039752
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 3 of 36 Produced on 08/28/2019 09:57:41

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | Ref | Type | Description | Category | Num | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 03-12-14 | USR 362040 | User Adjustment | CASH DIV - CHR DC - PD 02/12/14 | Unclassified | | 2,201,680.00 Cr | 368,019,477.94 Dr |
| 05-12-14 | SYS 362448 | Swap Close | Realized gain/loss for Full close of Swap #36 | CASH | 361598 | 2,269,120.00 Dr | 370,288,597.94 Dr |
| 05-12-14 | SYS 362448 | Swap Close | Swap Interest for Full close of Swap #361598 | CASH | 361598 | 7,009.95 Cr | 370,281,587.99 Dr |
| 05-12-14 | TRD T00036251101002 | Trade | BUY 750,000 COLOB DC @ 527.0066 DKK 395,254,9 | PROCEED-EQUITY | 362511 | 395,254,942.50 Dr | 765,536,530.49 Dr |
| 05-12-14 | TRD T00036251301002 | Trade | BUY 750,000 COLOB DC @ 527.0066 DKK 395,254,9 | PROCEED-EQUITY | 362513 | 395,254,942.50 Dr | 1,160,791,472.99 Dr |
| 05-12-14 | TRC T00036290701002 | Trade | SEL 800,000 CHR DC @ 261.4 DKK 209,120,000 | PROCEED-EQUITY | 362907 | 209,120,000.00 Cr | 951,671,472.99 Dr |
| 10-12-14 | SYS 364552 | Customer Realized (Future | Futures P/L: DFD19DEC2014 DKK | TR-PL-FUTURE | | 3,508,200.00 Cr | 948,163,272.99 Dr |
| 10-12-14 | USR 364149 | User Adjustment | CASH DIV - COLOB DC - PD 09/12/14 | Unclassified | | 8,212,500.00 Cr | 939,950,772.99 Dr |
| 12-12-14 | TRC T00036424401002 | Trade | SEL 1,500,000 COLOB DC @ 518 DKK 777,000,000 | PROCEED-EQUITY | 364244 | 777,000,000.00 Cr | 162,950,772.99 Dr |
| 19-12-14 | USR 367453 | User Adjustment | COLOB DC custody fee Pt I | Unclassified | | 112,500.00 Dr | 163,063,272.99 Dr |
| 08-01-15 | USR 373052 | User Adjustment | CHR DC Tax reclaim | Unclassified | | 807,398.28 Cr | 162,255,874.71 Dr |
| 09-01-15 | USR 373465 | User Adjustment | CHR DC clearance fee | Unclassified | | 2,731,236.23 Dr | 164,987,110.94 Dr |
| 12-01-15 | USR 373949 | User Adjustment | COLOB DC funding Dec | Unclassified | | 457,953.17 Dr | 165,445,064.11 Dr |
| 20-01-15 | USR 376676 | User Adjustment | COLOB DC Tax reclaim | Unclassified | | 3,011,681.25 Cr | 162,433,382.86 Dr |
| 21-01-15 | USR 377004 | User Adjustment | COLOB DC clearance fee | Unclassified | | 587,554.35 Dr | 163,020,937.21 Dr |
| 26-02-15 | SYS 390890 | Customer Realized (Future | Futures P/L: NJD20MAR2015 DKK | TR-PL-FUTURE | | 1,042,500.00 Dr | 164,063,437.21 Dr |
| 02-03-15 | TRD T00041069501002 | Trade | BUY 750,000 NZYMB DC @ 322.504 DKK 241,878,02 | PROCEED-EQUITY | 410695 | 241,878,022.50 Dr | 405,941,459.71 Dr |
| 02-03-15 | TRC T00041074601002 | Trade | SEL 750,000 NZYMB DC @ 321.7 DKK 241,275,000 | PROCEED-EQUITY | 410746 | 241,275,000.00 Cr | 164,666,459.71 Dr |
| 03-03-15 | USR 392120 | User Adjustment | CASH DIV - NZYMB DC - PD 02/03/15 | Unclassified | | 1,642,500.00 Cr | 163,023,959.71 Dr |
| 11-03-15 | USR 394899 | User Adjustment | STCK LOAN DIV - TDC DC - PD 10/03/15 | Unclassified | | 3,400,000.00 Cr | 159,623,959.71 Dr |
| 17-03-15 | USR 396755 | User Adjustment | MAKO Futures Brokerage - February - NZYMB DC | Unclassified | | 2,600.00 Dr | 159,626,559.71 Dr |
| 17-03-15 | USR 396756 | User Adjustment | MAKO Futures Brokerage - February - NZYMB DC | Unclassified | | 2,623.95 Dr | 159,629,183.66 Dr |
| 18-03-15 | SYS 396018 | Swap Close | Realized gain/loss for Full close of Swap #32 | CASH | 321173 | 8,324,900.00 Dr | 167,954,083.66 Dr |
| 24-03-15 | TRD T00042562901002 | Trade | SEL 184,162.8 DKK @ .1432 USD 26,376.8 | CASH | 425629 | 184,162.80 Dr | 168,138,246.46 Dr |
| 01-04-15 | SYS 408423 | Reversal of Trade | BUY 4,000 MAERSKB DC @ 16,410.2051 DKK 65,640 | PROCEED-EQUITY | 468112 | 65,640,820.52 Cr | 102,497,425.94 Dr |
| 01-04-15 | TRD T00046811201002 | Trade | BUY 4,000 MAERSKB DC @ 16,410.2051 DKK 65,640 | PROCEED-EQUITY | 468112 | 65,640,820.52 Dr | 168,138,246.46 Dr |
| 01-04-15 | TRD T00046914801002 | Trade | BUY 4,000 MAERSKB DC @ 16,410.2051 DKK 65,640 | PROCEED-EQUITY | 469148 | 65,640,820.52 Dr | 233,779,066.98 Dr |
| 08-04-15 | SYS 410057 | Swap Close | Realized gain/loss for Full close of Swap #46 | CASH | 468118 | 760,405.60 Dr | 234,539,472.58 Dr |
| 08-04-15 | SYS 410057 | Swap Close | Swap Interest for Full close of Swap #468118 | CASH | 468118 | 2,670.11 Dr | 234,542,142.69 Dr |
| 08-04-15 | SYS 410085 | Reversal of Trade | SEL 4,000 MAERSKB DC @ 14,800 DKK 59,200,000 | PROCEED-EQUITY | 470187 | 59,200,000.00 Dr | 293,742,142.69 Dr |
| 08-04-15 | TRC T00047018701002 | Trade | SEL 4,000 MAERSKB DC @ 14,800 DKK 59,200,000 | PROCEED-EQUITY | 470187 | 59,200,000.00 Cr | 234,542,142.69 Dr |
| 08-04-15 | TRC T00047026001002 | Trade | SEL 4,000 MAERSKB DC @ 14,800 DKK 59,200,000 | PROCEED-EQUITY | 470260 | 59,200,000.00 Cr | 175,342,142.69 Dr |
| 08-04-15 | USR 410519 | User Adjustment | CASH DIV - MAERSKB DC - PD 07/04/15 | Unclassified | | 5,755,320.00 Cr | 169,586,822.69 Dr |
| 10-04-15 | USR 411443 | User Adjustment | MAERSKB DC custody fee Pt I | Unclassified | | 78,840.00 Dr | 169,665,662.69 Dr |
| 10-04-15 | USR 411445 | User Adjustment | MAERSKB DC funding Mar/Apr | Unclassified | | 45,757.96 Dr | 169,711,420.65 Dr |
| 24-04-15 | USR 416998 | User Adjustment | DKK RECEIPT | Unclassified | | 602,336.25 Cr | 169,109,084.40 Dr |
| 28-04-15 | USR 418117 | User Adjustment | NZYMB DC clearance fee | Unclassified | | 567,670.04 Dr | 169,676,754.44 Dr |
| 21-05-15 | USR 428255 | User Adjustment | MAERSKB DC tax reclaim | Unclassified | | 2,110,586.22 Cr | 167,566,168.22 Dr |
| 21-05-15 | USR 428405 | User Adjustment | MAERSKB DC funding Mar | Unclassified | | 5,904.81 Cr | 167,560,263.41 Dr |
| 21-05-15 | USR 428407 | User Adjustment | MAERSKB DC clearance fee | Unclassified | | 512,309.56 Dr | 168,072,572.97 Dr |
| 27-05-15 | TRD T00049815401002 | Trade | SEL 57,427.01 DKK @ .1474 USD 8,463.07 | CASH | 498154 | 57,427.01 Dr | 168,129,999.98 Dr |
| 12-06-15 | USR 438755 | User Adjustment | Mkt Ticket charges - March2015 | Unclassified | | 10.63 Dr | 168,130,010.61 Dr |
| 10-08-15 | TRD T00052923401002 | Trade | BUY 2,000,000 TDC DC @ 50.9006 DKK 101,801,28 | PROCEED-EQUITY | 529234 | 101,801,280.00 Dr | 269,931,290.61 Dr |

CONFIDENTIAL                                                                                                               ED&F-00039753
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 4 of 36 Produced on 08/28/2019 09:57:41