# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 13-08-15 | USR | 460450 | User Adjustment | CASH DIV - TDC DC - PD 12/08/15 | Unclassified | | 2,190,000.00 Cr | 267,741,290.61 Dr |
| 13-08-15 | USR | 460467 | User Adjustment | STCK LOAN DIV - TDC DC - PD 12/08/15 | Unclassified | | 2,400,000.00 Cr | 265,341,290.61 Dr |
| 14-08-15 | SYS | 461137 | Customer Realized (Future | Futures P/L: TKF21AUG2015 DKK | TR-PL-FUTURE | | 9,327,600.00 Cr | 256,013,690.61 Dr |
| 17-08-15 | TRC | T00053196501002 | Trade | SEL 2,000,000 TDC DC @ 45.35 DKK 90,700,000 | PROCEED-EQUITY | 531965 | 90,700,000.00 Cr | 165,313,690.61 Dr |
| 24-08-15 | USR | 463080 | User Adjustment | TDC DC funding Aug | Unclassified | | 102,496.90 Dr | 165,416,187.51 Dr |
| 24-08-15 | USR | 463088 | User Adjustment | TDC DC custody fee Pt I | Unclassified | | 30,000.00 Dr | 165,446,187.51 Dr |
| 25-08-15 | SYS | 462653 | Swap Close | Realized gain/loss for Full close of Swap #42 | CASH | 424140 | 19,992,000.00 Cr | 145,454,187.51 Dr |
| 03-09-15 | USR | 465815 | User Adjustment | MARIANA Futures Brokerage - August - TDC DC | Unclassified | | 5,000.00 Dr | 145,459,187.51 Dr |
| 22-02-16 | SYS | 520879 | Swap Close | Realized gain/loss for Full close of Swap #53 | CASH | 532421 | 40,052,000.00 Cr | 105,407,187.51 Dr |
| 22-02-16 | SYS | 520936 | Rev for Swap Close | Realized gain/loss for Full close of Swap #53 | CASH | 532421 | 40,052,000.00 Dr | 145,459,187.51 Dr |
| 22-02-16 | SYS | 520942 | Swap Close | Realized gain/loss for Full close of Swap #53 | CASH | 532421 | 40,528,000.00 Cr | 104,931,187.51 Dr |
| 22-03-16 | SYS | 530804 | Swap Close | Realized gain/loss for Full close of Swap #57 | CASH | 574073 | 1,666,000.00 Dr | 106,597,187.51 Dr |
| 22-03-16 | SYS | 530804 | Swap Close | Swap Interest for Full close of Swap #574073 | CASH | 574073 | 167,893.89 Cr | 106,429,293.62 Dr |
| 22-03-16 | SYS | 530992 | Rev for Swap Close | Realized gain/loss for Full close of Swap #57 | CASH | 574073 | 1,666,000.00 Cr | 104,763,293.62 Dr |
| 22-03-16 | SYS | 530992 | Rev for Swap Close | Swap Interest for Full close of Swap #574073 | CASH | 574073 | 167,893.89 Dr | 104,931,187.51 Dr |
| 22-03-16 | SYS | 530994 | Swap Close | Realized gain/loss for Full close of Swap #57 | CASH | 574073 | 1,122,000.00 Dr | 106,053,187.51 Dr |
| 22-03-16 | SYS | 530994 | Swap Close | Swap Interest for Full close of Swap #574073 | CASH | 574073 | 167,893.89 Cr | 105,885,293.62 Dr |
| 19-04-16 | SYS | 540070 | Swap Close | Realized gain/loss for Full close of Swap #58 | CASH | 580285 | 4,896,000.00 Dr | 110,781,293.62 Dr |
| 17-05-16 | SYS | 555365 | Swap Close | Realized gain/loss for Full close of Swap #58 | CASH | 586198 | 5,236,000.00 Dr | 116,017,293.62 Dr |
| 06-06-16 | SYS | 565800 | Swap Close | Realized gain/loss for Full close of Swap #60 | CASH | 601571 | 680,000.00 Cr | 115,337,293.62 Dr |
| 05-07-16 | SYS | 577828 | Swap Close | Realized gain/loss for Full close of Swap #61 | CASH | 610379 | 3,774,000.00 Cr | 111,563,293.62 Dr |
| 05-08-16 | SYS | 589092 | Firm Realized | Realized gain/loss for swap #619872 | CASH | 619872 | 10,778,000.00 Dr | 122,341,293.62 Dr |
| 02-09-16 | SYS | 598032 | Firm Realized | Realized gain/loss for swap #619872 | CASH | 619872 | 7,004,000.00 Dr | 129,345,293.62 Dr |
| 23-09-16 | SYS | 604168 | Swap Close | Realized gain/loss for Full close of Swap #61 | CASH | 619872 | 9,860,000.00 Dr | 139,205,293.62 Dr |
| 23-09-16 | TRC | T00063777501002 | Trade | SEL 3,400,000 TDC DC @ 39.78 DKK 135,252,000 | PROCEED-EQUITY | 637775 | 135,252,000.00 Cr | 3,953,293.62 Dr |
| 27-09-16 | USR | 605571 | User Adjustment | TDC DC custody fee Pt I Reversal | Unclassified | | 30,000.00 Cr | 3,923,293.62 Dr |
| 27-09-16 | USR | 605697 | User Adjustment | TDC DC custody fee (Acer) Rev | Unclassified | | 294,721.74 Cr | 3,628,571.88 Dr |
| 27-09-16 | USR | 605705 | User Adjustment | TDC DC clearence fee | Unclassified | | 3,091,720.17 Cr | 536,851.71 Dr |
| 08-12-16 | TRC | T00066032201002 | Trade | BUY 536,851.71 DKK @ 6.906 USD 77,737 | CASH | 660322 | 536,851.71 Cr | 0.00 Cr |
| 02-02-17 | SYS | 655819 | Customer Realized (Future | Futures P/L: TKF18JUL2014 DKK | TR-PL-FUTURE | | 0.00 Cr | 0.00 Cr |
| 02-02-17 | SYS | 655819 | Customer Realized (Future | Futures P/L: OGY16APR2014 DKK | TR-PL-FUTURE | | 0.00 Cr | 0.00 Cr |

## Asset (DKK/DKK) Layer (Var Margin) (Danish Kroner DKK)

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 05-12-13 | SYS | 220263 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 242,500.00 Dr | 242,500.00 Dr |
| 05-12-13 | SYS | 220263 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 4,602,750.00 Dr | 4,845,250.00 Dr |
| 06-12-13 | SYS | 220397 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 242,500.00 Cr | 4,602,750.00 Dr |
| 06-12-13 | SYS | 220397 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 4,602,750.00 Cr | 0.00 Cr |
| 06-12-13 | SYS | 220862 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 1,087,750.00 Dr | 1,087,750.00 Dr |
| 06-12-13 | SYS | 220862 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 57,500.00 Dr | 1,145,250.00 Dr |

CONFIDENTIAL                                                                                    ED&F-00039754
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 5 of 36 Produced on 08/28/2019 09:57:41

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | Ref | Description | | Type | Acct | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09-12-13 | SYS 221529 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 1,087,750.00 Cr | 57,500.00 Dr |
| 09-12-13 | SYS 221529 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 57,500.00 Cr | 0.00 Cr |
| 09-12-13 | SYS 221621 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 60,000.00 Dr | 60,000.00 Dr |
| 09-12-13 | SYS 221621 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 1,135,250.00 Dr | 1,195,250.00 Dr |
| 10-12-13 | SYS 221740 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 60,000.00 Cr | 1,135,250.00 Dr |
| 10-12-13 | SYS 221740 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 1,135,250.00 Cr | 0.00 Cr |
| 10-12-13 | SYS 222203 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 52,250.00 Cr | 52,250.00 Cr |
| 10-12-13 | SYS 222203 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 2,500.00 Cr | 54,750.00 Cr |
| 11-12-13 | SYS 222326 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 52,250.00 Dr | 2,500.00 Cr |
| 11-12-13 | SYS 222326 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 2,500.00 Dr | 0.00 Cr |
| 11-12-13 | SYS 222787 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 2,337,000.00 Cr | 2,337,000.00 Cr |
| 11-12-13 | SYS 222787 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 122,750.00 Cr | 2,459,750.00 Cr |
| 12-12-13 | SYS 222916 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 2,337,000.00 Dr | 122,750.00 Cr |
| 12-12-13 | SYS 222916 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 122,750.00 Dr | 0.00 Cr |
| 12-12-13 | SYS 223488 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 4,522,000.00 Cr | 4,522,000.00 Cr |
| 12-12-13 | SYS 223488 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 237,750.00 Cr | 4,759,750.00 Cr |
| 13-12-13 | SYS 223603 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 4,522,000.00 Dr | 237,750.00 Cr |
| 13-12-13 | SYS 223603 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 237,750.00 Dr | 0.00 Cr |
| 13-12-13 | SYS 224079 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 3,952,000.00 Cr | 3,952,000.00 Cr |
| 13-12-13 | SYS 224079 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 207,750.00 Cr | 4,159,750.00 Cr |
| 16-12-13 | SYS 224742 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 3,952,000.00 Dr | 207,750.00 Cr |
| 16-12-13 | SYS 224742 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 207,750.00 Dr | 0.00 Cr |
| 16-12-13 | SYS 224829 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 97,750.00 Cr | 97,750.00 Cr |
| 16-12-13 | SYS 224829 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 1,862,000.00 Cr | 1,959,750.00 Cr |
| 17-12-13 | SYS 224946 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 97,750.00 Dr | 1,862,000.00 Cr |
| 17-12-13 | SYS 224946 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 1,862,000.00 Dr | 0.00 Cr |
| 17-12-13 | SYS 225440 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 3,572,000.00 Cr | 3,572,000.00 Cr |
| 17-12-13 | SYS 225440 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 187,750.00 Cr | 3,759,750.00 Cr |
| 18-12-13 | SYS 225565 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 3,572,000.00 Dr | 187,750.00 Cr |
| 18-12-13 | SYS 225565 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 187,750.00 Dr | 0.00 Cr |
| 18-12-13 | SYS 226080 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 3,144,500.00 Cr | 3,144,500.00 Cr |
| 18-12-13 | SYS 226080 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 165,250.00 Cr | 3,309,750.00 Cr |
| 19-12-13 | SYS 226199 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 3,144,500.00 Dr | 165,250.00 Cr |
| 19-12-13 | SYS 226199 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 165,250.00 Dr | 0.00 Cr |
| 19-12-13 | SYS 226830 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 750,500.00 Dr | 750,500.00 Dr |
| 19-12-13 | SYS 226830 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 39,750.00 Dr | 790,250.00 Dr |
| 20-12-13 | SYS 226951 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183488 | 750,500.00 Cr | 39,750.00 Dr |
| 20-12-13 | SYS 226951 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 183489 | 39,750.00 Cr | 0.00 Cr |
| 05-03-14 | SYS 254864 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 224,200.00 Cr | 224,200.00 Cr |
| 05-03-14 | SYS 254864 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 372,000.00 Cr | 596,200.00 Cr |
| 06-03-14 | SYS 254972 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 224,200.00 Dr | 372,000.00 Cr |
| 06-03-14 | SYS 254972 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 372,000.00 Dr | 0.00 Cr |
| 06-03-14 | SYS 255365 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 380,000.00 Cr | 380,000.00 Cr |
| 06-03-14 | SYS 255365 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219864 | 348,000.00 Cr | 728,000.00 Cr |
| 06-03-14 | SYS 255365 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219861 | 224,000.00 Cr | 952,000.00 Cr |
| 06-03-14 | SYS 255365 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 266,600.00 Cr | 1,218,600.00 Cr |
| 06-03-14 | SYS 255365 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 159,600.00 Cr | 1,378,200.00 Cr |
| 07-03-14 | SYS 255472 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 380,000.00 Dr | 998,200.00 Cr |
| 07-03-14 | SYS 255472 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219864 | 348,000.00 Dr | 650,200.00 Cr |
| 07-03-14 | SYS 255472 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219861 | 224,000.00 Dr | 426,200.00 Cr |
| 07-03-14 | SYS 255472 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 266,600.00 Dr | 159,600.00 Cr |
| 07-03-14 | SYS 255472 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 159,600.00 Dr | 0.00 Cr |
| 07-03-14 | SYS 255932 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 568,000.00 Cr | 568,000.00 Cr |
| 07-03-14 | SYS 255932 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 864,000.00 Cr | 1,432,000.00 Cr |
| 07-03-14 | SYS 255932 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 326,800.00 Cr | 1,758,800.00 Cr |
| 07-03-14 | SYS 255932 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 539,400.00 Cr | 2,298,200.00 Cr |

CONFIDENTIAL                                                                                                                    ED&F-00039755
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 6 of 36 Produced on 08/28/2019 09:57:41