# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|------|----------------|--------------|-------------|-------|------------|--------|-----------------|
| 07-03-14 | SYS 255932 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 1,280,000.00 Cr | 3,578,200.00 Cr |
| 10-03-14 | SYS 256320 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 568,000.00 Dr | 3,010,200.00 Cr |
| 10-03-14 | SYS 256320 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 864,000.00 Dr | 2,146,200.00 Cr |
| 10-03-14 | SYS 256320 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 326,800.00 Dr | 1,819,400.00 Cr |
| 10-03-14 | SYS 256320 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 539,400.00 Dr | 1,280,000.00 Cr |
| 10-03-14 | SYS 256320 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 1,280,000.00 Dr | 0.00 Cr |
| 10-03-14 | SYS 256384 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 2,080,000.00 Cr | 2,080,000.00 Cr |
| 10-03-14 | SYS 256384 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 888,000.00 Cr | 2,968,000.00 Cr |
| 10-03-14 | SYS 256384 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 787,400.00 Cr | 3,755,400.00 Cr |
| 10-03-14 | SYS 256384 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,344,000.00 Cr | 5,099,400.00 Cr |
| 10-03-14 | SYS 256384 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 478,800.00 Cr | 5,578,200.00 Cr |
| 11-03-14 | SYS 256486 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 2,080,000.00 Dr | 3,498,200.00 Cr |
| 11-03-14 | SYS 256486 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 888,000.00 Dr | 2,610,200.00 Cr |
| 11-03-14 | SYS 256486 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 787,400.00 Dr | 1,822,800.00 Cr |
| 11-03-14 | SYS 256486 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,344,000.00 Dr | 478,800.00 Cr |
| 11-03-14 | SYS 256486 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 478,800.00 Dr | 0.00 Cr |
| 11-03-14 | SYS 256826 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 3,200,000.00 Cr | 3,200,000.00 Cr |
| 11-03-14 | SYS 256826 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,122,200.00 Cr | 4,322,200.00 Cr |
| 11-03-14 | SYS 256826 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 684,000.00 Cr | 5,006,200.00 Cr |
| 11-03-14 | SYS 256826 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,320,000.00 Cr | 6,326,200.00 Cr |
| 11-03-14 | SYS 256826 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,992,000.00 Cr | 8,318,200.00 Cr |
| 12-03-14 | SYS 256926 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,122,200.00 Dr | 7,196,000.00 Cr |
| 12-03-14 | SYS 256926 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 684,000.00 Dr | 6,512,000.00 Cr |
| 12-03-14 | SYS 256926 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,320,000.00 Dr | 5,192,000.00 Cr |
| 12-03-14 | SYS 256926 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,992,000.00 Dr | 3,200,000.00 Cr |
| 12-03-14 | SYS 256926 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 3,200,000.00 Dr | 0.00 Cr |
| 12-03-14 | SYS 257246 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 813,200.00 Cr | 813,200.00 Cr |
| 12-03-14 | SYS 257246 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,333,000.00 Cr | 2,146,200.00 Cr |
| 12-03-14 | SYS 257246 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 2,400,000.00 Cr | 4,546,200.00 Cr |
| 12-03-14 | SYS 257246 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,592,000.00 Cr | 6,138,200.00 Cr |
| 12-03-14 | SYS 257246 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 3,840,000.00 Cr | 9,978,200.00 Cr |
| 13-03-14 | SYS 257344 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 3,840,000.00 Dr | 6,138,200.00 Cr |
| 13-03-14 | SYS 257344 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 813,200.00 Dr | 5,325,000.00 Cr |
| 13-03-14 | SYS 257344 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,333,000.00 Dr | 3,992,000.00 Cr |
| 13-03-14 | SYS 257344 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 2,400,000.00 Dr | 1,592,000.00 Cr |
| 13-03-14 | SYS 257344 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,592,000.00 Dr | 0.00 Cr |
| 13-03-14 | SYS 257836 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 923,400.00 Cr | 923,400.00 Cr |
| 13-03-14 | SYS 257836 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,512,800.00 Cr | 2,436,200.00 Cr |
| 13-03-14 | SYS 257836 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 2,748,000.00 Cr | 5,184,200.00 Cr |
| 13-03-14 | SYS 257836 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,824,000.00 Cr | 7,008,200.00 Cr |
| 13-03-14 | SYS 257836 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 4,420,000.00 Cr | 11,428,200.00 Cr |
| 14-03-14 | SYS 257952 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 923,400.00 Dr | 10,504,800.00 Cr |
| 14-03-14 | SYS 257952 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,512,800.00 Dr | 8,992,000.00 Cr |
| 14-03-14 | SYS 257952 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 2,748,000.00 Dr | 6,244,000.00 Cr |
| 14-03-14 | SYS 257952 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,824,000.00 Dr | 4,420,000.00 Cr |
| 14-03-14 | SYS 257952 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 4,420,000.00 Dr | 0.00 Cr |
| 14-03-14 | SYS 258486 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 5,680,000.00 Cr | 5,680,000.00 Cr |
| 14-03-14 | SYS 258486 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 1,162,800.00 Cr | 6,842,800.00 Cr |
| 14-03-14 | SYS 258486 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,903,400.00 Cr | 8,746,200.00 Cr |
| 14-03-14 | SYS 258486 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 3,504,000.00 Cr | 12,250,200.00 Cr |
| 14-03-14 | SYS 258486 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 2,328,000.00 Cr | 14,578,200.00 Cr |
| 15-03-14 | SYS 258530 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 1,162,800.00 Cr | 15,741,000.00 Cr |
| 15-03-14 | SYS 258530 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,903,400.00 Cr | 17,644,400.00 Cr |
| 15-03-14 | SYS 258530 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 3,504,000.00 Cr | 21,148,400.00 Cr |
| 15-03-14 | SYS 258530 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 2,328,000.00 Cr | 23,476,400.00 Cr |
| 15-03-14 | SYS 258530 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 5,680,000.00 Cr | 29,156,400.00 Cr |
| 16-03-14 | SYS 258541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 5,680,000.00 Cr | 34,836,400.00 Cr |
| 16-03-14 | SYS 258541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 1,162,800.00 Cr | 35,999,200.00 Cr |
| 16-03-14 | SYS 258541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,903,400.00 Cr | 37,902,600.00 Cr |

CONFIDENTIAL

Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 7 of 36 Produced on 08/28/2019 09:57:41

ED&F-00039756

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|------|----------------|--------------|-------------|-------|------------|--------|-----------------|
| 16-03-14 | SYS 258541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 3,504,000.00 Cr | 41,406,600.00 Cr |
| 16-03-14 | SYS 258541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 2,328,000.00 Cr | 43,734,600.00 Cr |
| 17-03-14 | SYS 258555 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 1,162,800.00 Dr | 42,571,800.00 Cr |
| 17-03-14 | SYS 258555 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,903,400.00 Dr | 40,668,400.00 Cr |
| 17-03-14 | SYS 258555 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 3,504,000.00 Dr | 37,164,400.00 Cr |
| 17-03-14 | SYS 258555 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 2,328,000.00 Dr | 34,836,400.00 Cr |
| 17-03-14 | SYS 258555 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 5,680,000.00 Dr | 29,156,400.00 Cr |
| 17-03-14 | SYS 258562 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 1,162,800.00 Cr | 27,993,600.00 Cr |
| 17-03-14 | SYS 258562 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,903,400.00 Cr | 26,090,200.00 Cr |
| 17-03-14 | SYS 258562 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 3,504,000.00 Cr | 22,586,200.00 Cr |
| 17-03-14 | SYS 258562 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 2,328,000.00 Cr | 20,258,200.00 Cr |
| 17-03-14 | SYS 258562 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 5,680,000.00 Cr | 14,578,200.00 Cr |
| 17-03-14 | SYS 258563 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 5,680,000.00 Dr | 8,898,200.00 Cr |
| 17-03-14 | SYS 258563 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 1,162,800.00 Dr | 7,735,400.00 Cr |
| 17-03-14 | SYS 258563 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,903,400.00 Dr | 5,832,000.00 Cr |
| 17-03-14 | SYS 258563 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 3,504,000.00 Dr | 2,328,000.00 Cr |
| 17-03-14 | SYS 258563 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 2,328,000.00 Dr | 0.00 Cr |
| 17-03-14 | SYS 258838 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 570,000.00 Cr | 570,000.00 Cr |
| 17-03-14 | SYS 258838 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 4,540,000.00 Cr | 5,110,000.00 Cr |
| 17-03-14 | SYS 258838 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,872,000.00 Cr | 6,982,000.00 Cr |
| 17-03-14 | SYS 258838 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 2,820,000.00 Cr | 9,802,000.00 Cr |
| 17-03-14 | SYS 258838 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,550,000.00 Cr | 11,352,000.00 Cr |
| 17-03-14 | SYS 258838 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 946,200.00 Cr | 12,298,200.00 Cr |
| 18-03-14 | SYS 258868 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 4,540,000.00 Dr | 7,758,200.00 Cr |
| 18-03-14 | SYS 258868 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 570,000.00 Dr | 7,188,200.00 Cr |
| 18-03-14 | SYS 258868 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,872,000.00 Dr | 5,316,200.00 Cr |
| 18-03-14 | SYS 258868 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 2,820,000.00 Dr | 2,496,200.00 Cr |
| 18-03-14 | SYS 258868 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,550,000.00 Dr | 946,200.00 Cr |
| 18-03-14 | SYS 258868 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 946,200.00 Dr | 0.00 Cr |
| 18-03-14 | SYS 259110 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 2,960,000.00 Dr | 2,960,000.00 Dr |
| 18-03-14 | SYS 259110 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 8,730,000.00 Dr | 5,770,000.00 Dr |
| 18-03-14 | SYS 259110 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,872,000.00 Dr | 3,898,000.00 Dr |
| 18-03-14 | SYS 259110 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,060,200.00 Dr | 2,837,800.00 Dr |
| 18-03-14 | SYS 259110 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 646,000.00 Dr | 2,191,800.00 Dr |
| 18-03-14 | SYS 259110 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,240,000.00 Dr | 951,800.00 Dr |
| 18-03-14 | SYS 259110 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 5,130,000.00 Cr | 6,081,800.00 Dr |
| 19-03-14 | SYS 259145 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 2,960,000.00 Cr | 9,041,800.00 Dr |
| 19-03-14 | SYS 259145 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 8,730,000.00 Cr | 311,800.00 Dr |
| 19-03-14 | SYS 259145 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,872,000.00 Cr | 2,183,800.00 Dr |
| 19-03-14 | SYS 259145 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,060,200.00 Cr | 3,244,000.00 Dr |
| 19-03-14 | SYS 259145 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 646,000.00 Cr | 3,890,000.00 Dr |
| 19-03-14 | SYS 259145 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,240,000.00 Cr | 5,130,000.00 Dr |
| 19-03-14 | SYS 259145 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 5,130,000.00 Dr | 0.00 Cr |
| 19-03-14 | SYS 259488 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 2,940,000.00 Cr | 2,940,000.00 Cr |
| 19-03-14 | SYS 259488 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 14,250,000.00 Dr | 11,310,000.00 Dr |
| 19-03-14 | SYS 259488 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,848,000.00 Dr | 9,462,000.00 Dr |
| 19-03-14 | SYS 259488 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,224,000.00 Dr | 8,238,000.00 Dr |
| 19-03-14 | SYS 259488 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,047,800.00 Dr | 7,190,200.00 Dr |
| 19-03-14 | SYS 259488 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 638,400.00 Dr | 6,551,800.00 Dr |
| 19-03-14 | SYS 259488 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 13,727,500.00 Dr | 20,279,300.00 Dr |
| 20-03-14 | SYS 259512 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 13,727,500.00 Cr | 6,551,800.00 Dr |
| 20-03-14 | SYS 259512 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 2,940,000.00 Dr | 9,491,800.00 Dr |
| 20-03-14 | SYS 259512 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 14,250,000.00 Cr | 4,758,200.00 Dr |
| 20-03-14 | SYS 259512 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,848,000.00 Cr | 2,910,200.00 Dr |
| 20-03-14 | SYS 259512 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,224,000.00 Cr | 1,686,200.00 Dr |
| 20-03-14 | SYS 259512 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,047,800.00 Cr | 638,400.00 Dr |
| 20-03-14 | SYS 259512 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 638,400.00 Cr | 0.00 Dr |
| 20-03-14 | SYS 259780 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 2,840,000.00 Cr | 2,840,000.00 Dr |
| 20-03-14 | SYS 259780 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 12,420,000.00 Dr | 9,580,000.00 Dr |
| 20-03-14 | SYS 259780 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,016,800.00 Dr | 8,563,200.00 Dr |
| 20-03-14 | SYS 259780 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 619,400.00 Dr | 7,943,800.00 Dr |
| 20-03-14 | SYS 259780 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,184,000.00 Cr | 6,759,800.00 Dr |

CONFIDENTIAL
ED&F-00039757