# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 20-03-14 | SYS 259780 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,788,000.00 Cr | 4,971,800.00 Dr |
| 20-03-14 | SYS 259780 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 10,830,000.00 Dr | 15,801,800.00 Dr |
| 20-03-14 | SYS 259780 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 6,335,000.00 Cr | 9,466,800.00 Dr |
| 21-03-14 | SYS 259849 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 10,830,000.00 Cr | 1,363,200.00 Cr |
| 21-03-14 | SYS 259849 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 6,335,000.00 Dr | 4,971,800.00 Dr |
| 21-03-14 | SYS 259849 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219346 | 2,840,000.00 Dr | 7,811,800.00 Dr |
| 21-03-14 | SYS 259849 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 12,420,000.00 Cr | 4,608,200.00 Cr |
| 21-03-14 | SYS 259849 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,016,800.00 Dr | 3,591,400.00 Cr |
| 21-03-14 | SYS 259849 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 619,400.00 Dr | 2,972,000.00 Cr |
| 21-03-14 | SYS 259849 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,184,000.00 Dr | 1,788,000.00 Cr |
| 21-03-14 | SYS 259849 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,788,000.00 Dr | 0.00 Cr |
| 21-03-14 | SYS 260127 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 13,500,000.00 Dr | 13,500,000.00 Dr |
| 21-03-14 | SYS 260127 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,560,000.00 Dr | 11,940,000.00 Dr |
| 21-03-14 | SYS 260127 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 547,200.00 Cr | 11,392,800.00 Dr |
| 21-03-14 | SYS 260127 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 899,000.00 Cr | 10,493,800.00 Dr |
| 21-03-14 | SYS 260127 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,032,000.00 Cr | 9,461,800.00 Dr |
| 21-03-14 | SYS 260127 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 12,730,000.00 Dr | 22,191,800.00 Dr |
| 21-03-14 | SYS 260127 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 132,800.00 Dr | 22,324,600.00 Dr |
| 21-03-14 | SYS 260127 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 13,685,000.00 Cr | 8,639,600.00 Dr |
| 24-03-14 | SYS 260526 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 13,685,000.00 Dr | 22,324,600.00 Dr |
| 24-03-14 | SYS 260526 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 13,500,000.00 Cr | 8,824,600.00 Dr |
| 24-03-14 | SYS 260526 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,560,000.00 Cr | 10,384,600.00 Dr |
| 24-03-14 | SYS 260526 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 547,200.00 Dr | 10,931,800.00 Dr |
| 24-03-14 | SYS 260526 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 899,000.00 Dr | 11,830,800.00 Dr |
| 24-03-14 | SYS 260526 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,032,000.00 Dr | 12,862,800.00 Dr |
| 24-03-14 | SYS 260526 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 132,800.00 Cr | 12,730,000.00 Dr |
| 24-03-14 | SYS 260526 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 12,730,000.00 Cr | 0.00 Cr |
| 24-03-14 | SYS 260533 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 10,920,000.00 Cr | 10,920,000.00 Cr |
| 24-03-14 | SYS 260533 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 7,932,500.00 Dr | 2,987,500.00 Cr |
| 24-03-14 | SYS 260533 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 10,500,000.00 Dr | 7,512,500.00 Dr |
| 24-03-14 | SYS 260533 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,576,000.00 Cr | 5,936,500.00 Dr |
| 24-03-14 | SYS 260533 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 2,376,000.00 Cr | 3,560,500.00 Dr |
| 24-03-14 | SYS 260533 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,320,600.00 Cr | 2,239,900.00 Dr |
| 24-03-14 | SYS 260533 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 805,600.00 Cr | 1,434,300.00 Dr |
| 24-03-14 | SYS 260533 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 1,227,200.00 Cr | 207,100.00 Dr |
| 25-03-14 | SYS 260568 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 10,500,000.00 Cr | 10,292,900.00 Cr |
| 25-03-14 | SYS 260568 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,576,000.00 Dr | 8,716,900.00 Cr |
| 25-03-14 | SYS 260568 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 2,376,000.00 Dr | 6,340,900.00 Cr |
| 25-03-14 | SYS 260568 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,320,600.00 Dr | 5,020,300.00 Cr |
| 25-03-14 | SYS 260568 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 805,600.00 Dr | 4,214,700.00 Cr |
| 25-03-14 | SYS 260568 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 1,227,200.00 Dr | 2,987,500.00 Cr |
| 25-03-14 | SYS 260568 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 7,932,500.00 Cr | 10,920,000.00 Cr |
| 25-03-14 | SYS 260568 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 10,920,000.00 Dr | 0.00 Cr |
| 25-03-14 | SYS 261026 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 12,320,000.00 Cr | 12,320,000.00 Cr |
| 25-03-14 | SYS 261026 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 3,900,000.00 Dr | 8,420,000.00 Cr |
| 25-03-14 | SYS 261026 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 2,280,000.00 Cr | 10,700,000.00 Cr |
| 25-03-14 | SYS 261026 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 775,200.00 Cr | 11,475,200.00 Cr |
| 25-03-14 | SYS 261026 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,512,000.00 Cr | 12,987,200.00 Cr |
| 25-03-14 | SYS 261026 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,271,000.00 Cr | 14,258,200.00 Cr |
| 25-03-14 | SYS 261026 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 1,067,200.00 Cr | 15,325,400.00 Cr |
| 25-03-14 | SYS 261026 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 2,517,500.00 Cr | 17,842,900.00 Cr |
| 26-03-14 | SYS 261067 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 3,900,000.00 Cr | 21,742,900.00 Cr |
| 26-03-14 | SYS 261067 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 2,280,000.00 Dr | 19,462,900.00 Cr |
| 26-03-14 | SYS 261067 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 775,200.00 Dr | 18,687,700.00 Cr |
| 26-03-14 | SYS 261067 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,512,000.00 Dr | 17,175,700.00 Cr |
| 26-03-14 | SYS 261067 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,271,000.00 Dr | 15,904,700.00 Cr |
| 26-03-14 | SYS 261067 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 2,517,500.00 Dr | 13,387,200.00 Cr |
| 26-03-14 | SYS 261067 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 12,320,000.00 Dr | 1,067,200.00 Cr |
| 26-03-14 | SYS 261067 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 1,067,200.00 Dr | 0.00 Cr |
| 26-03-14 | SYS 261478 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 14,160,000.00 Dr | 14,160,000.00 Dr |
| 26-03-14 | SYS 261478 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 782,800.00 Cr | 13,377,200.00 Dr |
| 26-03-14 | SYS 261478 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,283,400.00 Cr | 12,093,800.00 Dr |

CONFIDENTIAL                                                                                                          ED&F-00039758
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 9 of 36 Produced on 08/28/2019 09:57:41

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 26-03-14 | SYS | 261478 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 2,304,000.00 Cr | 9,789,800.00 Dr |
| 26-03-14 | SYS | 261478 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,528,000.00 Cr | 8,261,800.00 Dr |
| 26-03-14 | SYS | 261478 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 1,107,200.00 Cr | 7,154,600.00 Dr |
| 26-03-14 | SYS | 261478 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 13,727,500.00 Dr | 20,882,100.00 Dr |
| 26-03-14 | SYS | 261478 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 9,450,000.00 Cr | 11,432,100.00 Dr |
| 27-03-14 | SYS | 261514 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 14,160,000.00 Cr | 2,727,900.00 Cr |
| 27-03-14 | SYS | 261514 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 1,107,200.00 Dr | 1,620,700.00 Cr |
| 27-03-14 | SYS | 261514 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 13,727,500.00 Cr | 15,348,200.00 Cr |
| 27-03-14 | SYS | 261514 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 9,450,000.00 Dr | 5,898,200.00 Cr |
| 27-03-14 | SYS | 261514 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 782,800.00 Dr | 5,115,400.00 Cr |
| 27-03-14 | SYS | 261514 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,283,400.00 Dr | 3,832,000.00 Cr |
| 27-03-14 | SYS | 261514 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 2,304,000.00 Dr | 1,528,000.00 Cr |
| 27-03-14 | SYS | 261514 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,528,000.00 Dr | 0.00 Cr |
| 27-03-14 | SYS | 271848 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 13,632,500.00 Dr | 13,632,500.00 Dr |
| 27-03-14 | SYS | 271848 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 595,000.00 Dr | 14,227,500.00 Dr |
| 27-03-14 | SYS | 271848 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 14,070,000.00 Dr | 28,297,500.00 Dr |
| 27-03-14 | SYS | 271848 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,395,000.00 Cr | 26,902,500.00 Dr |
| 27-03-14 | SYS | 271848 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 851,200.00 Cr | 26,051,300.00 Dr |
| 27-03-14 | SYS | 271848 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 2,520,000.00 Cr | 23,531,300.00 Dr |
| 27-03-14 | SYS | 271848 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,672,000.00 Cr | 21,859,300.00 Dr |
| 27-03-14 | SYS | 271848 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 1,447,200.00 Cr | 20,412,100.00 Dr |
| 28-03-14 | SYS | 271882 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 13,632,500.00 Cr | 6,779,600.00 Dr |
| 28-03-14 | SYS | 271882 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 595,000.00 Cr | 6,184,600.00 Dr |
| 28-03-14 | SYS | 271882 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 14,070,000.00 Cr | 7,885,400.00 Cr |
| 28-03-14 | SYS | 271882 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 1,395,000.00 Dr | 6,490,400.00 Cr |
| 28-03-14 | SYS | 271882 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 851,200.00 Dr | 5,639,200.00 Cr |
| 28-03-14 | SYS | 271882 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 2,520,000.00 Dr | 3,119,200.00 Cr |
| 28-03-14 | SYS | 271882 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,672,000.00 Dr | 1,447,200.00 Cr |
| 28-03-14 | SYS | 271882 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 1,447,200.00 Dr | 0.00 Cr |
| 28-03-14 | SYS | 273879 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 25,555,000.00 Dr | 25,555,000.00 Dr |
| 28-03-14 | SYS | 273879 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 238703 | 498,770.00 Dr | 26,053,770.00 Dr |
| 28-03-14 | SYS | 273879 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 10,815,000.00 Dr | 36,868,770.00 Dr |
| 28-03-14 | SYS | 273879 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 21,690,000.00 Dr | 58,558,770.00 Dr |
| 28-03-14 | SYS | 273879 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 551,000.00 Cr | 58,007,770.00 Dr |
| 28-03-14 | SYS | 273879 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 905,200.00 Cr | 57,102,570.00 Dr |
| 28-03-14 | SYS | 273879 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,572,000.00 Cr | 55,530,570.00 Dr |
| 28-03-14 | SYS | 273879 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,040,000.00 Cr | 54,490,570.00 Dr |
| 28-03-14 | SYS | 273879 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 92,800.00 Dr | 54,583,370.00 Dr |
| 31-03-14 | SYS | 274906 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 92,800.00 Cr | 54,490,570.00 Dr |
| 31-03-14 | SYS | 274906 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 25,555,000.00 Cr | 28,935,570.00 Dr |
| 31-03-14 | SYS | 274906 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 10,815,000.00 Cr | 18,120,570.00 Dr |
| 31-03-14 | SYS | 274906 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 238703 | 498,770.00 Cr | 17,621,800.00 Dr |
| 31-03-14 | SYS | 274906 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 21,690,000.00 Cr | 4,068,200.00 Cr |
| 31-03-14 | SYS | 274906 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 551,000.00 Dr | 3,517,200.00 Cr |
| 31-03-14 | SYS | 274906 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 905,200.00 Dr | 2,612,000.00 Cr |
| 31-03-14 | SYS | 274906 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,572,000.00 Dr | 1,040,000.00 Cr |
| 31-03-14 | SYS | 274906 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,040,000.00 Dr | 0.00 Cr |
| 31-03-14 | SYS | 274913 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 238703 | 1,478,530.00 Dr | 1,478,530.00 Dr |
| 31-03-14 | SYS | 274913 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 30,540,000.00 Dr | 32,018,530.00 Dr |
| 31-03-14 | SYS | 274913 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 496,000.00 Dr | 31,522,530.00 Dr |
| 31-03-14 | SYS | 274913 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 483,600.00 Cr | 31,038,930.00 Dr |
| 31-03-14 | SYS | 274913 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 292,600.00 Cr | 30,746,330.00 Dr |
| 31-03-14 | SYS | 274913 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 756,000.00 Cr | 29,990,330.00 Dr |
| 31-03-14 | SYS | 274913 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 1,472,800.00 Dr | 31,463,130.00 Dr |
| 31-03-14 | SYS | 274913 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 39,757,500.00 Dr | 71,220,630.00 Dr |
| 31-03-14 | SYS | 274913 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 12,880,000.00 Dr | 84,100,630.00 Dr |
| 01-04-14 | SYS | 275026 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 238703 | 1,478,530.00 Cr | 82,622,100.00 Dr |
| 01-04-14 | SYS | 275026 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 30,540,000.00 Cr | 52,082,100.00 Dr |
| 01-04-14 | SYS | 275026 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 496,000.00 Cr | 52,578,100.00 Dr |
| 01-04-14 | SYS | 275026 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 483,600.00 Dr | 53,061,700.00 Dr |
| 01-04-14 | SYS | 275026 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 292,600.00 Dr | 53,354,300.00 Dr |
| 01-04-14 | SYS | 275026 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 756,000.00 Dr | 54,110,300.00 Dr |

CONFIDENTIAL ED&F-00039759
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 10 of 36 Produced on 08/28/2019 09:57:41