# Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd (E1)
#### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---:|---:|
| 01-04-14 | SYS | 275026 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 1,472,800.00 Cr | 52,637,500.00 Dr |
| 01-04-14 | SYS | 275026 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 39,757,500.00 Cr | 12,880,000.00 Dr |
| 01-04-14 | SYS | 275026 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 12,880,000.00 Cr | 0.00 Cr |
| 01-04-14 | SYS | 275541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 37,230,000.00 Dr | 37,230,000.00 Dr |
| 01-04-14 | SYS | 275541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 508,400.00 Cr | 36,721,600.00 Dr |
| 01-04-14 | SYS | 275541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 528,000.00 Cr | 36,193,600.00 Dr |
| 01-04-14 | SYS | 275541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 804,000.00 Cr | 35,389,600.00 Dr |
| 01-04-14 | SYS | 275541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 307,800.00 Cr | 35,081,800.00 Dr |
| 01-04-14 | SYS | 275541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 1,392,800.00 Dr | 36,474,600.00 Dr |
| 01-04-14 | SYS | 275541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 50,255,000.00 Dr | 86,729,600.00 Dr |
| 01-04-14 | SYS | 275541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 4,830,000.00 Dr | 91,559,600.00 Dr |
| 01-04-14 | SYS | 275541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 238703 | 1,887,840.00 Dr | 93,447,440.00 Dr |
| 02-04-14 | SYS | 275576 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 1,392,800.00 Cr | 92,054,640.00 Dr |
| 02-04-14 | SYS | 275576 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 238703 | 1,887,840.00 Cr | 90,166,800.00 Dr |
| 02-04-14 | SYS | 275576 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 37,230,000.00 Cr | 52,936,800.00 Dr |
| 02-04-14 | SYS | 275576 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 508,400.00 Dr | 53,445,200.00 Dr |
| 02-04-14 | SYS | 275576 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 528,000.00 Dr | 53,973,200.00 Dr |
| 02-04-14 | SYS | 275576 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 804,000.00 Dr | 54,777,200.00 Dr |
| 02-04-14 | SYS | 275576 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 307,800.00 Dr | 55,085,000.00 Dr |
| 02-04-14 | SYS | 275576 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 4,830,000.00 Cr | 50,255,000.00 Dr |
| 02-04-14 | SYS | 275576 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 50,255,000.00 Cr | 0.00 Cr |
| 02-04-14 | SYS | 275944 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 50,682,500.00 Dr | 50,682,500.00 Dr |
| 02-04-14 | SYS | 275944 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 10,080,000.00 Dr | 60,762,500.00 Dr |
| 02-04-14 | SYS | 275944 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 387,600.00 Cr | 60,374,900.00 Dr |
| 02-04-14 | SYS | 275944 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243463 | 278,100.00 Cr | 60,096,800.00 Dr |
| 02-04-14 | SYS | 275944 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243465 | 30,950.00 Cr | 60,065,850.00 Dr |
| 02-04-14 | SYS | 275944 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 972,800.00 Dr | 61,038,650.00 Dr |
| 02-04-14 | SYS | 275944 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 238703 | 2,888,290.00 Dr | 63,926,940.00 Dr |
| 02-04-14 | SYS | 275944 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 37,530,000.00 Dr | 101,456,940.00 Dr |
| 02-04-14 | SYS | 275944 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 638,600.00 Cr | 100,818,340.00 Dr |
| 02-04-14 | SYS | 275944 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 696,000.00 Cr | 100,122,340.00 Dr |
| 02-04-14 | SYS | 275944 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,056,000.00 Cr | 99,066,340.00 Dr |
| 03-04-14 | SYS | 275978 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 238703 | 2,888,290.00 Cr | 96,178,050.00 Dr |
| 03-04-14 | SYS | 275978 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 37,530,000.00 Cr | 58,648,050.00 Dr |
| 03-04-14 | SYS | 275978 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 638,600.00 Dr | 59,286,650.00 Dr |
| 03-04-14 | SYS | 275978 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 696,000.00 Dr | 59,982,650.00 Dr |
| 03-04-14 | SYS | 275978 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,056,000.00 Dr | 61,038,650.00 Dr |
| 03-04-14 | SYS | 275978 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 387,600.00 Dr | 61,426,250.00 Dr |
| 03-04-14 | SYS | 275978 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243463 | 278,100.00 Dr | 61,704,350.00 Dr |
| 03-04-14 | SYS | 275978 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243465 | 30,950.00 Dr | 61,735,300.00 Dr |
| 03-04-14 | SYS | 275978 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 972,800.00 Cr | 60,762,500.00 Dr |
| 03-04-14 | SYS | 275978 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 10,080,000.00 Cr | 50,682,500.00 Dr |
| 03-04-14 | SYS | 275978 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 50,682,500.00 Cr | 0.00 Cr |
| 03-04-14 | SYS | 276383 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 50,207,500.00 Dr | 50,207,500.00 Dr |
| 03-04-14 | SYS | 276383 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 4,795,000.00 Dr | 55,002,500.00 Dr |
| 03-04-14 | SYS | 276383 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 238703 | 3,586,730.00 Dr | 58,589,230.00 Dr |
| 03-04-14 | SYS | 276383 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 37,200,000.00 Dr | 95,789,230.00 Dr |
| 03-04-14 | SYS | 276383 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 592,800.00 Cr | 95,196,430.00 Dr |
| 03-04-14 | SYS | 276383 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,704,000.00 Cr | 93,492,430.00 Dr |
| 03-04-14 | SYS | 276383 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 973,400.00 Cr | 92,519,030.00 Dr |
| 03-04-14 | SYS | 276383 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,128,000.00 Cr | 91,391,030.00 Dr |
| 03-04-14 | SYS | 276383 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243465 | 38,500.00 Cr | 91,352,530.00 Dr |
| 03-04-14 | SYS | 276383 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243463 | 346,050.00 Cr | 91,006,480.00 Dr |
| 03-04-14 | SYS | 276383 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 107,200.00 Cr | 90,899,280.00 Dr |
| 04-04-14 | SYS | 276418 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 238703 | 3,586,730.00 Cr | 87,312,550.00 Dr |
| 04-04-14 | SYS | 276418 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 37,200,000.00 Cr | 50,112,550.00 Dr |
| 04-04-14 | SYS | 276418 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 592,800.00 Dr | 50,705,350.00 Dr |
| 04-04-14 | SYS | 276418 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,704,000.00 Dr | 52,409,350.00 Dr |
| 04-04-14 | SYS | 276418 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 973,400.00 Dr | 53,382,750.00 Dr |
| 04-04-14 | SYS | 276418 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,128,000.00 Dr | 54,510,750.00 Dr |
| 04-04-14 | SYS | 276418 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 50,207,500.00 Cr | 4,303,250.00 Dr |
| 04-04-14 | SYS | 276418 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243465 | 38,500.00 Dr | 4,341,750.00 Dr |
| 04-04-14 | SYS | 276418 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243463 | 346,050.00 Dr | 4,687,800.00 Dr |

CONFIDENTIAL                                                                                                        ED&F-00039760
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 11 of 36 Produced on 08/28/2019 09:57:41

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 04-04-14 | SYS | 276418 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 107,200.00 Dr | 4,795,000.00 Dr |
| 04-04-14 | SYS | 276418 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 4,795,000.00 Cr | 0.00 Cr |
| 04-04-14 | SYS | 276777 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 238703 | 49,052,060.00 Cr | 49,052,060.00 Cr |
| 04-04-14 | SYS | 276777 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 41,970,000.00 Dr | 7,082,060.00 Cr |
| 04-04-14 | SYS | 276777 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 899,000.00 Cr | 7,981,060.00 Cr |
| 04-04-14 | SYS | 276777 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,032,000.00 Cr | 9,013,060.00 Cr |
| 04-04-14 | SYS | 276777 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,560,000.00 Cr | 10,573,060.00 Cr |
| 04-04-14 | SYS | 276777 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 547,200.00 Cr | 11,120,260.00 Cr |
| 04-04-14 | SYS | 276777 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243465 | 38,700.00 Cr | 11,158,960.00 Cr |
| 04-04-14 | SYS | 276777 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243463 | 347,850.00 Cr | 11,506,810.00 Cr |
| 04-04-14 | SYS | 276777 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 152,800.00 Dr | 11,354,010.00 Cr |
| 04-04-14 | SYS | 276777 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 1,645,000.00 Dr | 9,709,010.00 Cr |
| 04-04-14 | SYS | 276777 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 57,807,500.00 Dr | 48,098,490.00 Dr |
| 07-04-14 | SYS | 277174 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 238703 | 49,052,060.00 Dr | 97,150,550.00 Dr |
| 07-04-14 | SYS | 277174 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 1,645,000.00 Cr | 95,505,550.00 Dr |
| 07-04-14 | SYS | 277174 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 41,970,000.00 Cr | 53,535,550.00 Dr |
| 07-04-14 | SYS | 277174 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 899,000.00 Dr | 54,434,550.00 Dr |
| 07-04-14 | SYS | 277174 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 1,032,000.00 Dr | 55,466,550.00 Dr |
| 07-04-14 | SYS | 277174 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,560,000.00 Dr | 57,026,550.00 Dr |
| 07-04-14 | SYS | 277174 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 547,200.00 Dr | 57,573,750.00 Dr |
| 07-04-14 | SYS | 277174 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243465 | 38,700.00 Dr | 57,612,450.00 Dr |
| 07-04-14 | SYS | 277174 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243463 | 347,850.00 Dr | 57,960,300.00 Dr |
| 07-04-14 | SYS | 277174 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 152,800.00 Cr | 57,807,500.00 Dr |
| 07-04-14 | SYS | 277174 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 57,807,500.00 Cr | 0.00 Cr |
| 07-04-14 | SYS | 277181 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 57,807,500.00 Dr | 57,807,500.00 Dr |
| 07-04-14 | SYS | 277181 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 16,170,000.00 Cr | 41,637,500.00 Dr |
| 07-04-14 | SYS | 277181 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 238703 | 49,241,560.00 Cr | 7,604,060.00 Cr |
| 07-04-14 | SYS | 277181 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 42,000,000.00 Cr | 34,395,940.00 Cr |
| 07-04-14 | SYS | 277181 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 725,400.00 Cr | 33,670,540.00 Cr |
| 07-04-14 | SYS | 277181 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 808,000.00 Cr | 32,862,540.00 Cr |
| 07-04-14 | SYS | 277181 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,224,000.00 Cr | 31,638,540.00 Cr |
| 07-04-14 | SYS | 277181 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 440,800.00 Cr | 31,197,740.00 Cr |
| 07-04-14 | SYS | 277181 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243465 | 21,050.00 Cr | 31,176,690.00 Cr |
| 07-04-14 | SYS | 277181 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243463 | 189,000.00 Cr | 30,987,690.00 Cr |
| 07-04-14 | SYS | 277181 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 692,800.00 Dr | 31,680,490.00 Dr |
| 08-04-14 | SYS | 277216 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 238703 | 49,241,560.00 Dr | 80,922,050.00 Dr |
| 08-04-14 | SYS | 277216 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 42,000,000.00 Cr | 38,922,050.00 Dr |
| 08-04-14 | SYS | 277216 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 725,400.00 Dr | 39,647,450.00 Dr |
| 08-04-14 | SYS | 277216 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 808,000.00 Dr | 40,455,450.00 Dr |
| 08-04-14 | SYS | 277216 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,224,000.00 Dr | 41,679,450.00 Dr |
| 08-04-14 | SYS | 277216 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 440,800.00 Dr | 42,120,250.00 Dr |
| 08-04-14 | SYS | 277216 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243465 | 21,050.00 Dr | 42,141,300.00 Dr |
| 08-04-14 | SYS | 277216 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243463 | 189,000.00 Dr | 42,330,300.00 Dr |
| 08-04-14 | SYS | 277216 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 692,800.00 Cr | 41,637,500.00 Dr |
| 08-04-14 | SYS | 277216 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 57,807,500.00 Cr | 16,170,000.00 Cr |
| 08-04-14 | SYS | 277216 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 16,170,000.00 Dr | 0.00 Cr |
| 08-04-14 | SYS | 277626 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 30,000,000.00 Dr | 30,000,000.00 Dr |
| 08-04-14 | SYS | 277626 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 663,400.00 Cr | 29,336,600.00 Dr |
| 08-04-14 | SYS | 277626 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 728,000.00 Cr | 28,608,600.00 Dr |
| 08-04-14 | SYS | 277626 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,104,000.00 Cr | 27,504,600.00 Dr |
| 08-04-14 | SYS | 277626 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 402,800.00 Cr | 27,101,800.00 Dr |
| 08-04-14 | SYS | 277626 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 245086 | 51,216,760.00 Dr | 78,318,560.00 Dr |
| 08-04-14 | SYS | 277626 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 238703 | 49,331,420.00 Cr | 28,987,140.00 Dr |
| 08-04-14 | SYS | 277626 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243463 | 391,500.00 Cr | 28,595,640.00 Dr |
| 08-04-14 | SYS | 277626 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243465 | 43,550.00 Cr | 28,552,090.00 Dr |
| 08-04-14 | SYS | 277626 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 892,800.00 Dr | 29,444,890.00 Dr |
| 08-04-14 | SYS | 277626 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 38,807,500.00 Dr | 68,252,390.00 Dr |
| 08-04-14 | SYS | 277626 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 29,820,000.00 Cr | 38,432,390.00 Dr |
| 09-04-14 | SYS | 277660 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 38,807,500.00 Cr | 375,110.00 Cr |
| 09-04-14 | SYS | 277660 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 29,820,000.00 Dr | 29,444,890.00 Dr |
| 09-04-14 | SYS | 277660 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 245086 | 51,216,760.00 Cr | 21,771,870.00 Cr |
| 09-04-14 | SYS | 277660 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 238703 | 49,331,420.00 Dr | 27,559,550.00 Dr |
| 09-04-14 | SYS | 277660 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 30,000,000.00 Cr | 2,440,450.00 Cr |

CONFIDENTIAL                                                                                                                                      ED&F-00039761
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 12 of 36 Produced on 08/28/2019 09:57:41