# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 09-04-14 | SYS | 277660 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 663,400.00 Dr | 1,777,050.00 Cr |
| 09-04-14 | SYS | 277660 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 728,000.00 Dr | 1,049,050.00 Cr |
| 09-04-14 | SYS | 277660 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,104,000.00 Dr | 54,950.00 Cr |
| 09-04-14 | SYS | 277660 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 402,800.00 Dr | 457,750.00 Dr |
| 09-04-14 | SYS | 277660 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243463 | 391,500.00 Dr | 849,250.00 Dr |
| 09-04-14 | SYS | 277660 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243465 | 43,550.00 Dr | 892,800.00 Dr |
| 09-04-14 | SYS | 277660 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 892,800.00 Cr | 0.00 Cr |
| 09-04-14 | SYS | 277967 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 16,870,000.00 Cr | 16,870,000.00 Cr |
| 09-04-14 | SYS | 277967 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 245733 | 1,358,000.00 Cr | 18,228,000.00 Cr |
| 09-04-14 | SYS | 277967 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 33,540,000.00 Dr | 15,312,000.00 Dr |
| 09-04-14 | SYS | 277967 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 364,800.00 Cr | 14,947,200.00 Dr |
| 09-04-14 | SYS | 277967 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 984,000.00 Cr | 13,963,200.00 Dr |
| 09-04-14 | SYS | 277967 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 601,400.00 Cr | 13,361,800.00 Dr |
| 09-04-14 | SYS | 277967 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 648,000.00 Cr | 12,713,800.00 Dr |
| 09-04-14 | SYS | 277967 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243465 | 3,800.00 Cr | 12,710,000.00 Dr |
| 09-04-14 | SYS | 277967 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243463 | 33,750.00 Cr | 12,676,250.00 Dr |
| 09-04-14 | SYS | 277967 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 1,092,800.00 Cr | 13,769,050.00 Dr |
| 09-04-14 | SYS | 277967 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 44,507,500.00 Dr | 58,276,550.00 Dr |
| 10-04-14 | SYS | 278002 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 245733 | 1,358,000.00 Dr | 59,634,550.00 Dr |
| 10-04-14 | SYS | 278002 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 33,540,000.00 Cr | 26,094,550.00 Dr |
| 10-04-14 | SYS | 278002 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 364,800.00 Dr | 26,459,350.00 Dr |
| 10-04-14 | SYS | 278002 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 984,000.00 Dr | 27,443,350.00 Dr |
| 10-04-14 | SYS | 278002 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 601,400.00 Dr | 28,044,750.00 Dr |
| 10-04-14 | SYS | 278002 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 648,000.00 Dr | 28,692,750.00 Dr |
| 10-04-14 | SYS | 278002 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243465 | 3,800.00 Dr | 28,696,550.00 Dr |
| 10-04-14 | SYS | 278002 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243463 | 33,750.00 Dr | 28,730,300.00 Dr |
| 10-04-14 | SYS | 278002 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 1,092,800.00 Cr | 27,637,500.00 Dr |
| 10-04-14 | SYS | 278002 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 44,507,500.00 Cr | 16,870,000.00 Cr |
| 10-04-14 | SYS | 278002 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 16,870,000.00 Dr | 0.00 Cr |
| 10-04-14 | SYS | 278321 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 288,000.00 Cr | 288,000.00 Cr |
| 10-04-14 | SYS | 278321 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 444,000.00 Cr | 732,000.00 Cr |
| 10-04-14 | SYS | 278321 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 193,800.00 Cr | 925,800.00 Cr |
| 10-04-14 | SYS | 278321 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 322,400.00 Cr | 1,248,200.00 Cr |
| 10-04-14 | SYS | 278321 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243465 | 108,600.00 Cr | 1,356,800.00 Cr |
| 10-04-14 | SYS | 278321 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243463 | 976,950.00 Cr | 2,333,750.00 Cr |
| 10-04-14 | SYS | 278321 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 1,992,800.00 Dr | 340,950.00 Cr |
| 10-04-14 | SYS | 278321 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 36,432,500.00 Dr | 36,091,550.00 Dr |
| 10-04-14 | SYS | 278321 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 26,705,000.00 Cr | 9,386,550.00 Dr |
| 10-04-14 | SYS | 278321 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 245733 | 2,503,100.00 Cr | 6,883,450.00 Dr |
| 10-04-14 | SYS | 278321 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 28,500,000.00 Dr | 35,383,450.00 Dr |
| 11-04-14 | SYS | 278369 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 245733 | 2,503,100.00 Dr | 37,886,550.00 Dr |
| 11-04-14 | SYS | 278369 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 28,500,000.00 Cr | 9,386,550.00 Dr |
| 11-04-14 | SYS | 278369 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 288,000.00 Dr | 9,674,550.00 Dr |
| 11-04-14 | SYS | 278369 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 444,000.00 Dr | 10,118,550.00 Dr |
| 11-04-14 | SYS | 278369 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 193,800.00 Dr | 10,312,350.00 Dr |
| 11-04-14 | SYS | 278369 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 322,400.00 Dr | 10,634,750.00 Dr |
| 11-04-14 | SYS | 278369 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243465 | 108,600.00 Dr | 10,743,350.00 Dr |
| 11-04-14 | SYS | 278369 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243463 | 976,950.00 Dr | 11,720,300.00 Dr |
| 11-04-14 | SYS | 278369 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 1,992,800.00 Cr | 9,727,500.00 Dr |
| 11-04-14 | SYS | 278369 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 36,432,500.00 Cr | 26,705,000.00 Cr |
| 11-04-14 | SYS | 278369 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 26,705,000.00 Dr | 0.00 Cr |
| 11-04-14 | SYS | 278743 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 27,570,000.00 Dr | 27,570,000.00 Dr |
| 11-04-14 | SYS | 278743 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,236,000.00 Cr | 26,334,000.00 Dr |
| 11-04-14 | SYS | 278743 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 816,000.00 Cr | 25,518,000.00 Dr |
| 11-04-14 | SYS | 278743 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 444,600.00 Cr | 25,073,400.00 Dr |
| 11-04-14 | SYS | 278743 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 731,600.00 Cr | 24,341,800.00 Dr |
| 11-04-14 | SYS | 278743 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 245733 | 2,806,700.00 Cr | 21,535,100.00 Dr |
| 11-04-14 | SYS | 278743 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243463 | 1,113,300.00 Cr | 20,421,800.00 Dr |
| 11-04-14 | SYS | 278743 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243465 | 123,750.00 Cr | 20,298,050.00 Dr |
| 11-04-14 | SYS | 278743 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 652,800.00 Dr | 20,950,850.00 Dr |
| 11-04-14 | SYS | 278743 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 35,007,500.00 Cr | 55,958,350.00 Dr |
| 11-04-14 | SYS | 278743 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 41,020,000.00 Cr | 14,938,350.00 Dr |
| 14-04-14 | SYS | 279170 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 222998 | 816,000.00 Dr | 15,754,350.00 Dr |

CONFIDENTIAL    ED&F-00039762
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 13 of 36 Produced on 08/28/2019 09:57:41

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 14-04-14 | SYS | 279170 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219246 | 444,600.00 Dr | 16,198,950.00 Dr |
| 14-04-14 | SYS | 279170 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219245 | 731,600.00 Dr | 16,930,550.00 Dr |
| 14-04-14 | SYS | 279170 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243463 | 1,113,300.00 Dr | 18,043,850.00 Dr |
| 14-04-14 | SYS | 279170 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243465 | 123,750.00 Dr | 18,167,600.00 Dr |
| 14-04-14 | SYS | 279170 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232537 | 652,800.00 Dr | 17,514,800.00 Dr |
| 14-04-14 | SYS | 279170 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229818 | 35,007,500.00 Cr | 17,492,700.00 Cr |
| 14-04-14 | SYS | 279170 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229306 | 27,570,000.00 Cr | 45,062,700.00 Cr |
| 14-04-14 | SYS | 279170 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 223012 | 1,236,000.00 Dr | 43,826,700.00 Cr |
| 14-04-14 | SYS | 279170 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 245733 | 2,806,700.00 Dr | 41,020,000.00 Cr |
| 14-04-14 | SYS | 279170 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231625 | 41,020,000.00 Dr | 0.00 Cr |
| 14-04-14 | SYS | 279177 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243463 | 1,295,550.00 Cr | 1,295,550.00 Cr |
| 14-04-14 | SYS | 279177 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243465 | 144,000.00 Cr | 1,439,550.00 Cr |
| 15-04-14 | SYS | 279212 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243463 | 1,295,550.00 Dr | 144,000.00 Cr |
| 15-04-14 | SYS | 279212 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243465 | 144,000.00 Dr | 0.00 Cr |
| 07-08-14 | SYS | 321497 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 317968 | 2,098,820.00 Cr | 2,098,820.00 Cr |
| 08-08-14 | SYS | 321546 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 317968 | 2,098,820.00 Dr | 0.00 Cr |
| 08-08-14 | SYS | 321937 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 317968 | 4,818,820.00 Cr | 4,818,820.00 Cr |
| 09-08-14 | SYS | 321976 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 317968 | 4,818,820.00 Cr | 9,637,640.00 Cr |
| 10-08-14 | SYS | 321990 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 317968 | 4,818,820.00 Cr | 14,456,460.00 Cr |
| 11-08-14 | SYS | 322003 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 317968 | 4,818,820.00 Dr | 9,637,640.00 Cr |
| 11-08-14 | SYS | 322010 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 317968 | 4,818,820.00 Dr | 4,818,820.00 Cr |
| 11-08-14 | SYS | 322011 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 317968 | 4,818,820.00 Dr | 0.00 Cr |
| 11-08-14 | SYS | 322408 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 317968 | 8,898,820.00 Cr | 8,898,820.00 Cr |
| 12-08-14 | SYS | 322441 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 317968 | 8,898,820.00 Dr | 0.00 Cr |
| 12-08-14 | SYS | 322755 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 317968 | 8,048,820.00 Cr | 8,048,820.00 Cr |
| 13-08-14 | SYS | 322789 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 317968 | 8,048,820.00 Dr | 0.00 Cr |
| 03-12-14 | SYS | 362324 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362545 | 711,450.00 Dr | 711,450.00 Dr |
| 03-12-14 | SYS | 362324 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362541 | 698,250.00 Dr | 1,409,700.00 Dr |
| 04-12-14 | SYS | 362386 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362545 | 711,450.00 Cr | 698,250.00 Dr |
| 04-12-14 | SYS | 362386 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362541 | 698,250.00 Cr | 0.00 Cr |
| 04-12-14 | SYS | 362750 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362541 | 676,200.00 Dr | 676,200.00 Dr |
| 04-12-14 | SYS | 362750 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362545 | 688,500.00 Dr | 1,364,700.00 Dr |
| 05-12-14 | SYS | 362789 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362541 | 676,200.00 Cr | 688,500.00 Dr |
| 05-12-14 | SYS | 362789 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362545 | 688,500.00 Cr | 0.00 Cr |
| 05-12-14 | SYS | 363159 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362541 | 4,527,600.00 Dr | 4,527,600.00 Dr |
| 05-12-14 | SYS | 363159 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362545 | 4,697,100.00 Dr | 9,224,700.00 Dr |
| 06-12-14 | SYS | 363206 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362541 | 4,527,600.00 Dr | 13,752,300.00 Dr |
| 06-12-14 | SYS | 363206 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362545 | 4,697,100.00 Dr | 18,449,400.00 Dr |
| 07-12-14 | SYS | 363224 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362541 | 4,527,600.00 Dr | 22,977,000.00 Dr |
| 07-12-14 | SYS | 363224 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362545 | 4,697,100.00 Dr | 27,674,100.00 Dr |
| 08-12-14 | SYS | 363238 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362541 | 4,527,600.00 Cr | 23,146,500.00 Dr |
| 08-12-14 | SYS | 363238 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362545 | 4,697,100.00 Cr | 18,449,400.00 Dr |
| 08-12-14 | SYS | 363244 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362541 | 4,527,600.00 Cr | 13,921,800.00 Dr |
| 08-12-14 | SYS | 363244 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362545 | 4,697,100.00 Cr | 9,224,700.00 Dr |
| 08-12-14 | SYS | 363245 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362541 | 4,527,600.00 Cr | 4,697,100.00 Dr |
| 08-12-14 | SYS | 363245 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362545 | 4,697,100.00 Cr | 0.00 Cr |
| 08-12-14 | SYS | 363644 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362541 | 2,337,300.00 Dr | 2,337,300.00 Dr |
| 08-12-14 | SYS | 363644 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362545 | 2,417,400.00 Dr | 4,754,700.00 Dr |
| 09-12-14 | SYS | 363681 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362541 | 2,337,300.00 Cr | 2,417,400.00 Dr |
| 09-12-14 | SYS | 363681 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362545 | 2,417,400.00 Cr | 0.00 Cr |
| 09-12-14 | SYS | 364068 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362545 | 4,475,250.00 Cr | 4,475,250.00 Cr |

CONFIDENTIAL

ED&F-00039763

Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 14 of 36 Produced on 08/28/2019 09:57:41