# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 09-12-14 | SYS | 364068 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362541 | 4,285,050.00 Cr | 8,760,300.00 Cr |
| 10-12-14 | SYS | 364126 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362545 | 4,475,250.00 Dr | 4,285,050.00 Cr |
| 10-12-14 | SYS | 364126 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 362541 | 4,285,050.00 Dr | 0.00 Cr |
| 25-02-15 | SYS | 390329 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 410719 | 68,250.00 Cr | 68,250.00 Cr |
| 25-02-15 | SYS | 390329 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 410717 | 450,225.00 Cr | 518,475.00 Cr |
| 26-02-15 | SYS | 390370 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 410719 | 68,250.00 Dr | 450,225.00 Cr |
| 26-02-15 | SYS | 390370 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 410717 | 450,225.00 Dr | 0.00 Cr |
| 07-08-15 | SYS | 459147 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529256 | 5,620,000.00 Cr | 5,620,000.00 Cr |
| 08-08-15 | SYS | 459188 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529256 | 5,620,000.00 Cr | 11,240,000.00 Cr |
| 09-08-15 | SYS | 459205 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529256 | 5,620,000.00 Cr | 16,860,000.00 Cr |
| 10-08-15 | SYS | 459219 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529256 | 5,620,000.00 Dr | 11,240,000.00 Cr |
| 10-08-15 | SYS | 459227 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529256 | 5,620,000.00 Dr | 5,620,000.00 Cr |
| 10-08-15 | SYS | 459228 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529256 | 5,620,000.00 Dr | 0.00 Cr |
| 10-08-15 | SYS | 459540 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529256 | 10,420,000.00 Cr | 10,420,000.00 Cr |
| 11-08-15 | SYS | 459578 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529256 | 10,420,000.00 Dr | 0.00 Cr |
| 11-08-15 | SYS | 459900 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529256 | 9,000,000.00 Cr | 9,000,000.00 Cr |
| 12-08-15 | SYS | 459938 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529256 | 9,000,000.00 Dr | 0.00 Cr |
| 12-08-15 | SYS | 460246 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529256 | 10,500,000.00 Cr | 10,500,000.00 Cr |
| 13-08-15 | SYS | 460284 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529256 | 10,500,000.00 Dr | 0.00 Cr |
| 13-08-15 | SYS | 460753 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529256 | 10,140,000.00 Cr | 10,140,000.00 Cr |
| 14-08-15 | SYS | 460781 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529256 | 10,140,000.00 Dr | 0.00 Cr |

## Asset (DKK/DKK) Layer (SEG CASH ACC) (Danish Kroner DKK)

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 20-06-14 | USR | 304720 | User Adjustment | Non Seg to Seg | Unclassified | | 2,108,673.85 Cr | 2,108,673.85 Cr |
| 30-07-14 | USR | 318348 | User Adjustment | Seg to Non Seg Move | Unclassified | | 2,108,673.85 Dr | 0.00 Cr |

## Asset (DKK/EUR) Layer (Cash) (Danish Kroner DKK)

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 30-04-14 | USR | 283896 | User Adjustment | TDC DC Tax Reclaims | Unclassified | | 2,944,755.00 Cr | 2,944,755.00 Cr |
| 01-05-14 | USR | 284873 | User Adjustment | TDC DC Tax Reclaims | Unclassified | | 2,944,755.00 Dr | 0.00 Cr |

## Asset (EUR/EUR) Layer (Cash) (Euro)

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 08-01-13 | USR | 44983 | User Adjustment | EUR 100,000 RECEIPT FOR AMERICAN INVESTMENT | Unclassified | | 100,000.00 Cr | 100,000.00 Cr |
| 09-01-13 | USR | 45171 | User Adjustment | NONSEG TO SEG MOVEMENTS FOR ACER | Unclassified | | 100,000.00 Dr | 0.00 Cr |

CONFIDENTIAL    ED&F-00039764

Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 15 of 36 Produced on 08/28/2019 09:57:41

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 18-03-13 | USR | 69845 | User Adjustment | SEG TO NONSEG AMERICAN INVESTMENT GROUP | Unclassified | | 100,000.00 Cr | 100,000.00 Cr |
| 05-04-13 | USR | 79572 | User Adjustment | NON SEG TO SEG AMERICAN INV | Unclassified | | 100,000.00 Dr | 0.00 Cr |
| 30-08-13 | TRD | T000155512401001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 155124 | 356.28 Dr | 356.28 Dr |
| 30-08-13 | TRD | T000155512401001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 155124 | 300.00 Dr | 656.28 Dr |
| 02-09-13 | SYS | 178803 | Customer Realized (Future | Futures P/L: NVJG20SEP EUR | TR-PL-FUTURE | | 463,164.00 Dr | 463,820.28 Dr |
| 02-09-13 | TRD | T000156483101001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 156483 | 356.28 Dr | 464,176.56 Dr |
| 02-09-13 | TRD | T000156483101001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 156483 | 300.00 Dr | 464,476.56 Dr |
| 05-09-13 | TRD | T000155205101002 | Trade | BUY 500,000 UMI BB @ 35.0504 EUR 17,525,220 | PROCEED-EQUITY | 155205 | 17,525,220.00 Dr | 17,989,696.56 Dr |
| 05-09-13 | TRD | T000155206101002 | Trade | BUY 500,000 UMI BB @ 35.0504 EUR 17,525,220 | PROCEED-EQUITY | 155206 | 17,525,220.00 Dr | 35,514,916.56 Dr |
| 05-09-13 | TRD | T000155207101002 | Trade | BUY 187,600 UMI BB @ 35.0504 EUR 6,575,462.54 | PROCEED-EQUITY | 155207 | 6,575,462.54 Dr | 42,090,379.10 Dr |
| 05-09-13 | TRC | T000156496101002 | Trade | SEL 500,000 UMI BB @ 34.99 EUR 17,495,000 | PROCEED-EQUITY | 156496 | 17,495,000.00 Cr | 24,595,379.10 Dr |
| 05-09-13 | TRC | T000156497101002 | Trade | SEL 500,000 UMI BB @ 34.99 EUR 17,495,000 | PROCEED-EQUITY | 156497 | 17,495,000.00 Cr | 7,100,379.10 Dr |
| 05-09-13 | TRC | T000156498101002 | Trade | SEL 187,600 UMI BB @ 34.99 EUR 6,564,124 | PROCEED-EQUITY | 156498 | 6,564,124.00 Cr | 536,255.10 Dr |
| 05-09-13 | USR | 180503 | User Adjustment | UMI BB Custody Fees | Unclassified | | 17,814.00 Dr | 554,069.10 Dr |
| 06-09-13 | USR | 181142 | User Adjustment | DRAWDOWN 311 UMI BB | Unclassified | | 849.25 Dr | 554,918.35 Dr |
| 10-09-13 | USR | 182267 | User Adjustment | CASH DIV – UMI BB – PD 05/09/13 | Unclassified | | 593,800.00 Cr | 38,881.65 Cr |
| 01-10-13 | USR | 191649 | User Adjustment | UMI BB Clearance Charge | Unclassified | | 36,046.87 Dr | 2,834.78 Dr |
| 25-10-13 | USR | 201486 | User Adjustment | VOLTAIRE FUTURES BROKERAGE - SEPTEMBER | Unclassified | | 519.46 Dr | 2,315.32 Dr |
| 08-11-13 | USR | 207027 | User Adjustment | BEL Ticket charges ? SEP 2013 | Unclassified | | 108.00 Dr | 2,207.32 Dr |
| 12-11-13 | TRD | T000169104101001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 169104 | 461.01 Dr | 1,746.31 Cr |
| 12-11-13 | TRD | T000169104101001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 169104 | 475.00 Dr | 1,271.31 Cr |
| 14-11-13 | TRD | T000168871101002 | Trade | BUY 500,000 ABI BB @ 77.201 EUR 38,600,485 | PROCEED-EQUITY | 168871 | 38,600,485.00 Dr | 38,599,213.69 Dr |
| 14-11-13 | TRD | T000168872101002 | Trade | BUY 500,000 ABI BB @ 77.201 EUR 38,600,485 | PROCEED-EQUITY | 168872 | 38,600,485.00 Dr | 77,199,698.69 Dr |
| 14-11-13 | TRD | T000168873101002 | Trade | BUY 536,700 ABI BB @ 77.201 EUR 41,433,760.6 | PROCEED-EQUITY | 168873 | 41,433,760.60 Dr | 118,633,459.29 Dr |
| 19-11-13 | USR | 211207 | User Adjustment | CASH DIV – ABI BB – PD 18-11-2013 | Unclassified | | 898,020.00 Cr | 117,735,439.29 Dr |
| 20-11-13 | USR | 211792 | User Adjustment | STCK LOAN DIV – ABI BB – PD 18-11-2013 | Unclassified | | 24,000.00 Cr | 117,711,439.29 Dr |
| 27-11-13 | USR | 214742 | User Adjustment | ABI BB Custody Fees | Unclassified | | 26,941.00 Dr | 117,738,380.29 Dr |
| 05-12-13 | SYS | 220285 | Customer Realized (Future | Futures P/L: IGY20DEC EUR | TR-PL-FUTURE | | 3,106,992.26 Cr | 114,631,388.03 Dr |
| 05-12-13 | TRD | T000183441101001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 183441 | 184.41 Dr | 114,631,572.44 Dr |
| 05-12-13 | TRD | T000183441101001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 183441 | 475.00 Dr | 114,632,047.44 Dr |
| 05-12-13 | TRD | T000183452101001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 183452 | 276.60 Dr | 114,632,324.04 Dr |
| 05-12-13 | TRD | T000183452101001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 183452 | 475.00 Dr | 114,632,799.04 Dr |
| 05-12-13 | TRD | T000183488101001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 183488 | 142.50 Dr | 114,632,941.54 Dr |
| 05-12-13 | TRD | T000183488101001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 183488 | 475.00 Dr | 114,633,416.54 Dr |
| 05-12-13 | TRD | T000183489101001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 183489 | 7.50 Dr | 114,633,424.04 Dr |
| 05-12-13 | TRD | T000183489101001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 183489 | 50.00 Dr | 114,633,474.04 Dr |
| 06-12-13 | TRC | T000183567101002 | Trade | SEL 500,000 ABI BB @ 74.65 EUR 37,325,000 | PROCEED-EQUITY | 183567 | 37,325,000.00 Cr | 77,308,474.04 Dr |
| 06-12-13 | TRC | T000183570101002 | Trade | SEL 500,000 ABI BB @ 74.65 EUR 37,325,000 | PROCEED-EQUITY | 183570 | 37,325,000.00 Cr | 39,983,474.04 Dr |
| 06-12-13 | TRC | T000183572101002 | Trade | SEL 36,700 ABI BB @ 74.65 EUR 2,739,655 | PROCEED-EQUITY | 183572 | 2,739,655.00 Cr | 37,243,819.04 Dr |
| 06-12-13 | TRC | T000183574101002 | Trade | SEL 500,000 ABI BB @ 74.65 EUR 37,325,000 | PROCEED-EQUITY | 183574 | 37,325,000.00 Cr | 81,180.96 Cr |
| 13-12-13 | USR | 223786 | User Adjustment | ABI BB Clearance Charge | Unclassified | | 75,269.11 Dr | 5,911.85 Cr |
| 07-01-14 | USR | 233567 | User Adjustment | Mkt Ticket charges ? November 2014 | Unclassified | | 108.00 Dr | 5,803.85 Cr |
| 08-01-14 | USR | 234104 | User Adjustment | Mkt Ticket charges ? November 2013 | Unclassified | | 108.00 Dr | 5,695.85 Cr |
| 08-01-14 | USR | 234163 | User Adjustment | Revers of Mkt Ticket charges ? November 2014 | Unclassified | | 108.00 Cr | 5,803.85 Cr |
| 22-01-14 | USR | 239358 | User Adjustment | Volcafe Futures Brokerage – DEC 13 | Unclassified | | 1,433.98 Dr | 4,369.87 Cr |

CONFIDENTIAL    ED&F-00039765

Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 16 of 36 Produced on 08/28/2019 09:57:41