# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 23-01-14 | TRD | T000020559501002 | Trade | BUY 400,000 SOLB BB @ 108.4014 EUR 43,360,544 | PROCEED-EQUITY | 205595 | 43,360,544.00 Dr | 43,356,174.13 Dr |
| 23-01-14 | TRD | T000020559601002 | Trade | BUY 400,000 SOLB BB @ 108.4014 EUR 43,360,544 | PROCEED-EQUITY | 205596 | 43,360,544.00 Dr | 86,716,718.13 Dr |
| 28-01-14 | USR | 241358 | User Adjustment | Sunrise Futures Brokerage - Dec 13 | Unclassified | | 250.00 Dr | 86,716,968.13 Dr |
| 29-01-14 | USR | 241810 | User Adjustment | CASH DIV - SOLB BB - PD 23-01-2014 | Unclassified | | 1,066,640.00 Cr | 85,650,328.13 Dr |
| 31-01-14 | SYS | 243444 | Customer Realized (Future | Futures P/L: SOLF21NOV2014 EUR | TR-PL-FUTURE | | 3,098,960.00 Cr | 82,551,368.13 Dr |
| 31-01-14 | TRD | T000020870201001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 208702 | 240.00 Dr | 82,551,608.13 Dr |
| 31-01-14 | TRD | T000020870201001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 208702 | 300.00 Dr | 82,551,908.13 Dr |
| 31-01-14 | TRC | T000020871701001 | Trade | SEL C SOLB BB/EUR OTC Op @ 103.35 .01 4/17/14 | PROCEED-OTC-OP | 208717 | 82,680,000.00 Cr | 128,091.87 Cr |
| 31-01-14 | USR | 242744 | User Adjustment | Mkt Ticket charges ? December2013 | Unclassified | | 135.00 Dr | 127,956.87 Cr |
| 05-02-14 | USR | 244546 | User Adjustment | SOLB BB Fees | Unclassified | | 31,999.20 Dr | 95,957.67 Cr |
| 05-02-14 | USR | 244549 | User Adjustment | SOLB BB Clearance Charge | Unclassified | | 93,239.18 Dr | 2,718.49 Cr |
| 05-02-14 | USR | 244552 | User Adjustment | SOLB BB financing charge - Acer | Unclassified | | 17,693.25 Dr | 20,411.74 Cr |
| 05-02-14 | USR | 244597 | User Adjustment | ED&F Man Futures brokerage - Jan 13 | Unclassified | | 1,033.65 Dr | 19,378.09 Cr |
| 06-02-14 | USR | 245011 | User Adjustment | SOLB BB financing charge - Acer | Unclassified | | 17,693.25 Dr | 1,684.84 Cr |
| 24-02-14 | USR | 250739 | User Adjustment | Non Seg to Seg Move | Unclassified | | 9,684.84 Cr | 11,369.68 Cr |
| 25-02-14 | USR | 251420 | User Adjustment | Rev - Non Seg to Seg Move | Unclassified | | 9,684.84 Dr | 1,684.84 Cr |
| 25-02-14 | USR | 251448 | User Adjustment | Rev - Non Seg to Seg Move | Unclassified | | 9,684.84 Dr | 8,000.00 Dr |
| 05-03-14 | TRD | T000021924501001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 219245 | 186.00 Dr | 8,186.00 Dr |
| 05-03-14 | TRD | T000021924501001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 219245 | 475.00 Dr | 8,661.00 Dr |
| 05-03-14 | TRD | T000021924601001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 219246 | 114.00 Dr | 8,775.00 Dr |
| 05-03-14 | TRD | T000021924601001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 219246 | 475.00 Dr | 9,250.00 Dr |
| 06-03-14 | TRD | T000021986101001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 219861 | 240.00 Dr | 9,490.00 Dr |
| 06-03-14 | TRD | T000021986101001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 219861 | 475.00 Dr | 9,965.00 Dr |
| 06-03-14 | TRD | T000021986401001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 219864 | 360.00 Dr | 10,325.00 Dr |
| 06-03-14 | TRD | T000021986401001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 219864 | 475.00 Dr | 10,800.00 Dr |
| 06-03-14 | USR | 255122 | User Adjustment | Mkt Ticket charges - January2014 | Unclassified | | 108.00 Dr | 10,908.00 Dr |
| 07-03-14 | SYS | 255567 | Reversal of Trade | Futures - Clearing Fees Recharged to clients | CASH | 219861 | 240.00 Cr | 10,668.00 Dr |
| 07-03-14 | SYS | 255567 | Reversal of Trade | Futures - Exchange Fees Recharged to clients | CASH | 219861 | 475.00 Cr | 10,193.00 Dr |
| 07-03-14 | SYS | 255572 | Reversal of Trade | Futures - Clearing Fees Recharged to clients | CASH | 219864 | 360.00 Cr | 9,833.00 Dr |
| 07-03-14 | SYS | 255572 | Reversal of Trade | Futures - Exchange Fees Recharged to clients | CASH | 219864 | 475.00 Cr | 9,358.00 Dr |
| 07-03-14 | TRD | T000022299801001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 222998 | 240.00 Dr | 9,598.00 Dr |
| 07-03-14 | TRD | T000022299801001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 222998 | 475.00 Dr | 10,073.00 Dr |
| 07-03-14 | TRD | T000022301201001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 223012 | 475.00 Dr | 10,548.00 Dr |
| 07-03-14 | TRD | T000022301201001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 223012 | 360.00 Dr | 10,908.00 Dr |
| 17-03-14 | TRD | T000022930601001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 229306 | 900.00 Dr | 11,808.00 Dr |
| 17-03-14 | TRD | T000022930601001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 229306 | 475.00 Dr | 12,283.00 Dr |
| 18-03-14 | TRD | T000022981801001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 229818 | 1,425.00 Dr | 13,708.00 Dr |
| 18-03-14 | TRD | T000022981801001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 229818 | 475.00 Dr | 14,183.00 Dr |
| 20-03-14 | USR | 259560 | User Adjustment | Drawdown 409 - TDC DC | Unclassified | | 2,616.77 Dr | 16,799.77 Dr |
| 25-03-14 | USR | 260782 | User Adjustment | Drawdown 407 - DANSKE DC 1 | Unclassified | | 1,145.13 Dr | 17,944.90 Dr |
| 25-03-14 | USR | 260791 | User Adjustment | DANSKE DC funding 2 | Unclassified | | 24,672.97 Dr | 42,617.87 Dr |
| 27-03-14 | USR | 268462 | User Adjustment | Drawdown 416 - NOVOB DC | Unclassified | | 745.92 Dr | 43,363.79 Dr |
| 28-03-14 | TRD | T000023870301001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 238703 | 0.30 Dr | 43,364.09 Dr |
| 28-03-14 | TRD | T000023870301001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 238703 | 2.00 Dr | 43,366.09 Dr |
| 01-04-14 | USR | 275061 | User Adjustment | Reverse of Drawdown 416 - NOVOB DC | Unclassified | | 745.92 Cr | 42,620.17 Dr |
| 01-04-14 | USR | 275068 | User Adjustment | Drawdown 416 - NOVOB DC | Unclassified | | 1,302.84 Dr | 43,923.01 Dr |
| 02-04-14 | TRD | T000024346301001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 243463 | 13.50 Dr | 43,936.51 Dr |

CONFIDENTIAL                                                                                          ED&F-00039766
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 17 of 36 Produced on 08/28/2019 09:57:41

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 02-04-14 | TRD | T00024346301001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 243463 | 90.00 Dr | 44,026.51 Dr |
| 02-04-14 | TRD | T00024346501001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 243465 | 10.00 Dr | 44,036.51 Dr |
| 02-04-14 | TRD | T00024346501001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 243465 | 1.50 Dr | 44,038.01 Dr |
| 04-04-14 | USR | 276439 | User Adjustment | Seg to Non Seg Move | Unclassified | | 100,000.00 Cr | 55,961.99 Cr |
| 04-04-14 | USR | 276535 | User Adjustment | Reverse of Drawdown 409 - TDC DC | Unclassified | | 2,616.77 Cr | 58,578.76 Cr |
| 04-04-14 | USR | 276544 | User Adjustment | Drawdown 409 - TDC DC | Unclassified | | 6,113.94 Dr | 52,464.82 Cr |
| 08-04-14 | USR | 277334 | User Adjustment | Wire Transfer | Unclassified | | 100,000.00 Cr | 152,464.82 Cr |
| 08-04-14 | USR | 277358 | User Adjustment | Mkt Ticket charges - March2014 | Unclassified | | 294.00 Dr | 152,170.82 Cr |
| 14-04-14 | TRD | T00024678301001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 246783 | 0.18 Dr | 152,170.64 Cr |
| 14-04-14 | TRD | T00024678301001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 246783 | 1.20 Dr | 152,169.44 Cr |
| 14-04-14 | TRD | T00024678401001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 246784 | 0.12 Dr | 152,169.32 Cr |
| 14-04-14 | TRD | T00024678401001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 246784 | 0.80 Dr | 152,168.52 Cr |
| 14-04-14 | TRD | T00024679501001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 246795 | 135.00 Dr | 152,033.52 Cr |
| 14-04-14 | TRD | T00024679501001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 246795 | 475.00 Dr | 151,558.52 Cr |
| 14-04-14 | TRD | T00024679601001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 246796 | 765.00 Dr | 150,793.52 Cr |
| 14-04-14 | TRD | T00024679601001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 246796 | 475.00 Dr | 150,318.52 Cr |
| 14-04-14 | TRD | T00024690801001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 246908 | 558.00 Dr | 149,760.52 Cr |
| 14-04-14 | TRD | T00024690801001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 246908 | 475.00 Dr | 149,285.52 Cr |
| 14-04-14 | TRD | T00024690901001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 246909 | 342.00 Dr | 148,943.52 Cr |
| 14-04-14 | TRD | T00024690901001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 246909 | 475.00 Dr | 148,468.52 Cr |
| 14-04-14 | TRD | T00024692001001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 246920 | 570.00 Dr | 147,898.52 Cr |
| 14-04-14 | TRD | T00024692001001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 246920 | 475.00 Dr | 147,423.52 Cr |
| 14-04-14 | TRD | T00024692101001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 246921 | 30.00 Dr | 147,393.52 Cr |
| 14-04-14 | TRD | T00024692101001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 246921 | 200.00 Dr | 147,193.52 Cr |
| 14-04-14 | USR | 278903 | User Adjustment | Drawdown 433 - TRYG DC | Unclassified | | 35.93 Dr | 147,157.59 Cr |
| 14-04-14 | USR | 278908 | User Adjustment | Drawdown 434 - TRYG DC | Unclassified | | 1,411.91 Dr | 145,745.68 Cr |
| 15-04-14 | TRD | T00024709301001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 247093 | 4.50 Dr | 145,741.18 Cr |
| 15-04-14 | TRD | T00024709301001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 247093 | 30.00 Dr | 145,711.18 Cr |
| 15-04-14 | TRD | T00024709501001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 247095 | 10.50 Dr | 145,700.68 Cr |
| 15-04-14 | TRD | T00024709501001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 247095 | 70.00 Dr | 145,630.68 Cr |
| 15-04-14 | TRC | T00024737801001 | Trade | SEL C SIE GY/USD OTC Op @ 95.8038 .01 5/20/14 | PROCEED-OTC-OP | 247378 | 340,390.90 Cr | 486,021.58 Cr |
| 15-04-14 | USR | 279260 | User Adjustment | Seg to Non Seg Move | Unclassified | | 9,684.84 Cr | 495,706.42 Cr |
| 16-04-14 | USR | 279640 | User Adjustment | Wire Transfer | Unclassified | | 135,000.00 Cr | 630,706.42 Cr |
| 17-04-14 | TRD | T00024792001002 | Trade | BUY C SOLB BB/EUR OTC Op @ 101.721 .01 4/17/1 | PROCEED-OTC-OP | 247920 | 81,376,800.00 Dr | 80,746,093.58 Dr |
| 17-04-14 | TRC | T00024791701002 | Trade | SEL C SOLB BB/EUR OTC Op @ 101.721 .01 6/18/1 | PROCEED-OTC-OP | 247917 | 81,376,800.00 Cr | 630,706.42 Cr |
| 23-04-14 | SYS | 281300 | Reversal of Trade | SEL C SIE GY/USD OTC Op @ 95.8038 .01 5/20/14 | PROCEED-OTC-OP | 247378 | 340,390.90 Dr | 290,315.52 Crs |
| 23-04-14 | TRC | T00025310001001 | Trade | SEL C SIE GY/EUR OTC Op @ 95.8038 .01 5/20/14 | PROCEED-OTC-OP | 253100 | 340,390.90 Cr | 630,706.42 Cr |
| 24-04-14 | SYS | 281789 | Reversal of Trade | BUY C SOLB BB/EUR OTC Op @ 101.721 .01 4/17/1 | PROCEED-OTC-OP | 247920 | 81,376,800.00 Cr | 82,007,506.42 Crs |
| 24-04-14 | TRD | T00025499301002 | Trade | BUY C SOLB BB/EUR OTC Op @ 101.711 .01 4/17/1 | PROCEED-OTC-OP | 254993 | 81,368,800.00 Dr | 638,706.42 Cr |
| 28-04-14 | USR | 282789 | User Adjustment | COLOB DC fee | Unclassified | | 9,849.00 Dr | 628,857.42 Cr |
| 02-05-14 | TRD | T00027119301001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 271193 | 477.00 Dr | 628,380.42 Cr |
| 02-05-14 | TRD | T00027119301001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 271193 | 475.00 Dr | 627,905.42 Cr |
| 05-05-14 | SYS | 286225 | Customer Realized (Future | Futures P/L: FRB16MAY2014 EUR | TR-PL-FUTURE | | 438,840.00 Dr | 189,065.42 Cr |
| 05-05-14 | TRD | T00027392301001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 273923 | 477.00 Dr | 188,588.42 Cr |
| 05-05-14 | TRD | T00027392301001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 273923 | 475.00 Dr | 188,113.42 Cr |
| 06-05-14 | USR | 286517 | User Adjustment | Futures - NFY16APR2014 Clearing Fees Recharge | Unclassified | | 2,100.00 Dr | 186,013.42 Cr |
| 06-05-14 | USR | 286533 | User Adjustment | Futures - NFY16APR2014 Exchange Fees Recharge | Unclassified | | 302.27 Dr | 185,711.15 Cr |
| 07-05-14 | USR | 286916 | User Adjustment | Futures - OGY16APR2014 Clearing Fees Recharge | Unclassified | | 1,425.00 Dr | 184,286.15 Cr |
| 07-05-14 | USR | 286934 | User Adjustment | Futures - OGY16APR2014 Exchange Fees Recharge | Unclassified | | 172.73 Dr | 184,113.42 Cr |
| 08-05-14 | TRD | T00027132801002 | Trade | BUY 1,590,000 AGS BB @ 30.9904 EUR 49,274,736 | PROCEED-EQUITY | 271328 | 49,274,736.00 Dr | 49,090,622.58 Dr |
| 14-05-14 | USR | 289600 | User Adjustment | AGS BB Custody Fees | Unclassified | | 66,780.00 Dr | 49,157,402.58 Dr |

CONFIDENTIAL
ED&F-00039767