# Preflight Summary Report for: preExhibit 152 Part 10.pdf
**Profile: Convert to PDF/A (Processed pages 1 to 2)**
**Processed by varveris, Date: 6/15/2022 1:29 PM**

## Fixups
- Convert to PDF/A-1b (2 objects)
- Make document XMP Metadata compliant with PDF/A-1 (1 object)
- Remove document structure compression (1 object)
- Compress all uncompressed objects using lossless ZIP compression (1 object)
- Recompress LZW as ZIP (1 object)
- Adjust colors for PDF based ISO standards (1 object)
- Fix font encoding (CIDSet) (2 objects)
- Embed missing fonts (4 objects)
- Fix font encoding (CIDToGIDMap) (2 objects)

## Results (Summary)
✔ **No problems found**

## Document information
File name: "preExhibit 152 Part 10.pdf"
Path: "C:\Users\varveris\Desktop"
PDF version number: "1.4"
File size (MB): 3.4
Title: "TK Exhibit 31.pdf"
Author: "moored"
Creator: "PScript5.dll Version 5.2.2"
Producer: "Adobe Acrobat Pro DC (32-bit) 21 Paper Capture Plug-in"
Created: "6/15/2022 1:27 PM"
Modified: "6/15/2022 1:28 PM"
Trapping: "Unknown"
Number of plates: 1
Names of plates: "(Black) "

## Environment
Preflight, 18.6.0 (262)
Acrobat version: 21.007
Operating system: Microsoft Windows 10 Professional (Build 19042)

All problems according to Preflight profile
Convert to PDF/A

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 14-05-14 | USR | 289652 | User Adjustment | CASH DIV - AGS BB - PD 13/05/14 | Unclassified | | 2,226,000.00 Cr | 46,931,402.58 Dr |
| 20-05-14 | SYS | 291801 | Swap Close | Realized gain/loss for Full close of Swap #24 | CASH | 247362 | 368.80 Dr | 46,931,771.38 Dr |
| 20-05-14 | TRD | T00029045801001 | Trade | BUY C SIE GY/EUR OTC Op @ 95.7 .01 5/20/14 | PROCEED-OTC-OP | 290458 | 340,022.10 Dr | 47,271,793.48 Dr |
| 20-05-14 | TRD | T00029059001001 | Trade | BUY C SZU GY/EUR OTC Op @ .047 15.948 5/20/14 | PROCEED-OTC-OP | 290590 | 14,579.40 Dr | 47,286,372.88 Dr |
| 20-05-14 | TRC | T00029058201001 | Trade | SEL C SZU GY/EUR OTC Op @ .045 15.373 5/20/14 | PROCEED-OTC-OP | 290582 | 13,959.00 Cr | 47,272,413.88 Dr |
| 20-05-14 | USR | 291822 | User Adjustment | AGS BB clearance fee | Unclassified | | 443,886.77 Dr | 47,716,300.65 Dr |
| 20-05-14 | USR | 291835 | User Adjustment | AGS BB funding | Unclassified | | 1,399.40 Dr | 47,717,700.05 Dr |
| 21-05-14 | SYS | 292384 | Reversal of Trade | SEL C SZU GY/EUR OTC Op @ .045 15.373 5/20/14 | PROCEED-OTC-OP | 290582 | 13,959.00 Dr | 47,731,659.05 Dr |
| 21-05-14 | SYS | 292385 | Reversal of Trade | BUY C SZU GY/EUR OTC Op @ .047 15.948 5/20/14 | PROCEED-OTC-OP | 290590 | 14,579.40 Cr | 47,717,079.65 Dr |
| 21-05-14 | TRD | T00029108101001 | Trade | BUY C SZU GY/EUR OTC Op @ .047 15.901 6/20/14 | PROCEED-OTC-OP | 291081 | 14,579.40 Dr | 47,731,659.05 Dr |
| 21-05-14 | TRC | T00029107701001 | Trade | SEL C SZU GY/EUR OTC Op @ .045 15.373 6/20/14 | PROCEED-OTC-OP | 291077 | 13,959.00 Cr | 47,717,700.05 Dr |
| 26-05-14 | SYS | 293954 | Firm Realized | Realized gain/loss for swap #274490 | CASH | 274490 | 206,700.00 Cr | 47,511,000.05 Dr |
| 27-05-14 | USR | 294124 | User Adjustment | STCK LOAN DIV - SOLB BB - PD 20/05/14 | Unclassified | | 1,493,360.00 Cr | 46,017,640.05 Dr |
| 28-05-14 | TRD | T00029285401001 | Trade | BUY C SZU GY/EUR OTC Op @ .53 15.373 6/20/14 | PROCEED-OTC-OP | 292854 | 164,406.00 Dr | 46,182,046.05 Dr |
| 28-05-14 | TRC | T00029285301001 | Trade | SEL C SZU GY/EUR OTC Op @ .002 15.901 6/20/14 | PROCEED-OTC-OP | 292853 | 620.40 Cr | 46,181,425.65 Dr |
| 03-06-14 | USR | 297105 | User Adjustment | REVERSAL Realized Gain/Loss Firm SWAP Realize | Unclassified | | 206,700.00 Dr | 46,388,125.65 Dr |
| 06-06-14 | SYS | 298232 | Swap Close | Realized gain/loss for Full close of Swap #29 | CASH | 294600 | 492,900.00 Dr | 46,881,025.65 Dr |
| 06-06-14 | TRC | T00029648801002 | Trade | SEL 1,590,000 AGS BB @ 30.51 EUR 48,510,900 | PROCEED-EQUITY | 296488 | 48,510,900.00 Cr | 1,629,874.35 Cr |
| 06-06-14 | TRC | T00029661701002 | Trade | SEL 792,000 SOLB BB @ 118.75 EUR 94,050,000 | PROCEED-EQUITY | 296617 | 94,050,000.00 Cr | 95,679,874.35 Cr |
| 09-06-14 | TRD | T00029760601001 | Trade | BUY C SOLB BB/EUR OTC Op @ 120.6167 .01 6/18/ | PROCEED-OTC-OP | 297606 | 96,493,360.00 Dr | 813,485.65 Cr |
| 09-06-14 | TRC | T00029718101002 | Trade | SEL 8,000 SOLB BB @ 118.75 EUR 950,000 | PROCEED-EQUITY | 297181 | 950,000.00 Cr | 136,514.35 Cr |
| 10-06-14 | USR | 299463 | User Adjustment | Mkt Ticket charges - April2014 | Unclassified | | 252.00 Dr | 136,262.35 Cr |
| 17-06-14 | USR | 302915 | User Adjustment | Brokerage | Unclassified | | 4,110.50 Dr | 132,151.85 Cr |
| 17-06-14 | USR | 302924 | User Adjustment | Drawdown | Unclassified | | 7,565.33 Dr | 124,586.52 Cr |
| 17-06-14 | USR | 302933 | User Adjustment | Clearance charge | Unclassified | | 9,701.27 Dr | 114,885.25 Cr |
| 18-06-14 | USR | 303340 | User Adjustment | VOLCAFE Futures Brokerage - May - AGS BB | Unclassified | | 596.70 Dr | 114,288.55 Cr |
| 19-06-14 | TRC | T00030297001002 | Trade | BUY 20,711.45 EUR @ 7.457 DKK 154,445.28 | CASH | 302970 | 20,711.45 Cr | 135,000.00 Cr |
| 19-06-14 | USR | 303905 | User Adjustment | Mkt Ticket charges - May2014 | Unclassified | | 36.00 Dr | 134,964.00 Cr |
| 19-06-14 | USR | 304080 | User Adjustment | Cash Wire | Unclassified | | 135,000.00 Dr | 36.00 Dr |
| 03-07-14 | USR | 309798 | User Adjustment | Denmark SL fee | Unclassified | | 3,361.19 Dr | 3,397.19 Dr |
| 03-07-14 | USR | 309807 | User Adjustment | Denmark Funding | Unclassified | | 12,940.62 Dr | 16,337.81 Dr |
| 16-07-14 | USR | 314551 | User Adjustment | Denmark Funding adj | Unclassified | | 8,924.16 Cr | 7,413.65 Dr |
| 21-07-14 | USR | 315735 | User Adjustment | MAERSKB DC funding | Unclassified | | 1,302.84 Dr | 8,716.49 Dr |
| 01-08-14 | TRC | T00031603501002 | Trade | SEL 386,207.98 DKK @ .1341 EUR 51,792.03 | CASH | 316035 | 51,792.03 Cr | 43,075.54 Cr |
| 04-08-14 | USR | 320088 | User Adjustment | Mkt Ticket charges - June2014 | Unclassified | | 318.00 Dr | 42,757.54 Cr |
| 11-08-14 | USR | 322082 | User Adjustment | Futures - TKF15AUG2014 Clearing Fees Recharge | Unclassified | | 1,020.00 Dr | 41,737.54 Cr |
| 11-08-14 | USR | 322087 | User Adjustment | Futures - TKF15AUG2014 Exchange Fees Recharge | Unclassified | | 475.00 Dr | 41,262.54 Cr |
| 14-08-14 | USR | 323196 | User Adjustment | Futures - TKF15AUG2014 Clearing Fees Recharge | Unclassified | | 1,020.00 Dr | 40,242.54 Cr |
| 14-08-14 | USR | 323201 | User Adjustment | Futures - TKF15AUG2014 Exchange Fees Recharge | Unclassified | | 475.00 Dr | 39,767.54 Cr |
| 27-08-14 | TRD | T00032343701001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 323437 | 299.28 Dr | 39,468.26 Cr |
| 27-08-14 | TRD | T00032343701001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 323437 | 475.00 Dr | 38,993.26 Cr |
| 01-09-14 | SYS | 327400 | Reversal of Trade | BUY 997,600 UMI BB @ 37.1205 EUR 37,031,370.9 | PROCEED-EQUITY | 323435 | 37,031,370.90 Cr | 37,070,364.16 Cr |
| 01-09-14 | SYS | 327402 | Reversal of Trade | BUY 997,600 UMI BB @ 37.1205 EUR 37,031,370.9 | PROCEED-EQUITY | 324029 | 37,031,370.90 Cr | 74,101,735.06 Cr |
| 01-09-14 | SYS | 327430 | Reversal of Trade | BUY 997,600 BE0003884047 @ 37.1205 EUR 37,031 | PROCEED-EQUITY | 324033 | 37,031,370.90 Cr | 111,133,105.96 Cr |
| 01-09-14 | SYS | 329067 | Customer Realized (Future | Futures P/L: UMY19SEP2014 EUR | TR-PL-FUTURE | | 396,047.20 Cr | 111,529,153.16 Cr |

CONFIDENTIAL                                                                                                                                      ED&F-00039768

Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 19 of 36 Produced on 08/28/2019 09:57:41

All problems according to Preflight profile
Convert to PDF/A

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 01-09-14 | TRD | T00032343501002 | Trade | BUY 997,600 UMI BB @ 37.1205 EUR 37,031,370.9 | PROCEED-EQUITY | 323435 | 37,031,370.90 Dr | 74,497,782.26 Cr |
| 01-09-14 | TRD | T00032402901002 | Trade | BUY 997,600 UMI BB @ 37.1205 EUR 37,031,370.9 | PROCEED-EQUITY | 324029 | 37,031,370.90 Dr | 37,466,411.36 Cr |
| 01-09-14 | TRD | T00032403301002 | Trade | BUY 997,600 BE0003884047 @ 37.1205 EUR 37,031 | PROCEED-EQUITY | 324033 | 37,031,370.90 Dr | 435,040.46 Cr |
| 01-09-14 | TRD | T00032415801002 | Trade | BUY 997,600 BE0003884047 @ 37.1205 EUR 37,031 | PROCEED-EQUITY | 324158 | 37,031,370.90 Dr | 36,596,330.44 Dr |
| 01-09-14 | TRD | T00032461401001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 324614 | 299.28 Dr | 36,596,629.72 Dr |
| 01-09-14 | TRD | T00032461401001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 324614 | 475.00 Dr | 36,597,104.72 Dr |
| 05-09-14 | USR | 330467 | User Adjustment | CASH DIV - UMI BB - PD 04/09/14 | Unclassified | | 498,800.00 Cr | 36,098,304.72 Dr |
| 18-09-14 | USR | 334813 | User Adjustment | TDC DC funding | Unclassified | | 9,478.23 Dr | 36,107,782.95 Dr |
| 19-09-14 | USR | 335205 | User Adjustment | UMI BB funding | Unclassified | | 10,355.71 Dr | 36,118,138.66 Dr |
| 19-09-14 | USR | 335207 | User Adjustment | UMI BB custody fee | Unclassified | | 14,964.00 Dr | 36,133,102.66 Dr |
| 19-09-14 | USR | 335209 | User Adjustment | UMI BB clearance fee | Unclassified | | 75,942.00 Dr | 36,209,044.66 Dr |
| 23-09-14 | USR | 336453 | User Adjustment | ED&F SWISS Futures Brokerage - August - UMI B | Unclassified | | 453.05 Dr | 36,209,497.71 Dr |
| 26-09-14 | USR | 337893 | User Adjustment | BNPP TAX RECLAIM CHARGE - VIP US - PD 13/12/1 | Unclassified | | 250.00 Dr | 36,209,747.71 Dr |
| 06-10-14 | USR | 341328 | User Adjustment | Mkt Ticket charges - August2014 | Unclassified | | 42.00 Dr | 36,209,789.71 Dr |
| 19-11-14 | USR | 356633 | User Adjustment | Mkt Ticket charges - September2014 | Unclassified | | 18.00 Dr | 36,209,807.71 Dr |
| 03-12-14 | TRD | T00036254101001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 362541 | 220.50 Dr | 36,210,028.21 Dr |
| 03-12-14 | TRD | T00036254101001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 362541 | 475.00 Dr | 36,210,503.21 Dr |
| 03-12-14 | TRD | T00036254501001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 362545 | 229.50 Dr | 36,210,732.71 Dr |
| 03-12-14 | TRD | T00036254501001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 362545 | 475.00 Dr | 36,211,207.71 Dr |
| 10-12-14 | TRD | T00036424201001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 364242 | 193.50 Dr | 36,211,401.21 Dr |
| 10-12-14 | TRD | T00036424201001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 364242 | 475.00 Dr | 36,211,876.21 Dr |
| 10-12-14 | TRD | T00036424301001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 364243 | 256.50 Dr | 36,212,132.71 Dr |
| 10-12-14 | TRD | T00036424301001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 364243 | 475.00 Dr | 36,212,607.71 Dr |
| 12-12-14 | USR | 365111 | User Adjustment | Mkt Ticket charges - November2014 | Unclassified | | 30.00 Dr | 36,212,637.71 Dr |
| 12-01-15 | USR | 373968 | User Adjustment | Wire Transfer | Unclassified | | 22,500.00 Dr | 36,235,137.71 Dr |
| 14-01-15 | USR | 374790 | User Adjustment | Mkt Ticket charges - December2014 | Unclassified | | 105.00 Dr | 36,235,242.71 Dr |
| 15-01-15 | TRD | T00037254401001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 372544 | 225.00 Dr | 36,235,467.71 Dr |
| 15-01-15 | TRD | T00037254401001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 372544 | 475.00 Dr | 36,235,942.71 Dr |
| 19-01-15 | SYS | 375352 | Reversal of Trade | BUY 750,000 SOLB BB @ 108.4514 EUR 81,338,520 | PROCEED-EQUITY | 372537 | 81,338,520.00 Cr | 45,102,577.29 Cr |
| 19-01-15 | SYS | 375682 | Reversal of Trade | BUY 350,000 SOLB BB @ 108.4514 EUR 37,957,976 | PROCEED-EQUITY | 372559 | 37,957,976.00 Cr | 83,060,553.29 Cr |
| 19-01-15 | SYS | 375684 | Reversal of Trade | BUY 375,000 SOLB BB @ 108.4514 EUR 40,669,260 | PROCEED-EQUITY | 372574 | 40,669,260.00 Cr | 123,729,813.29 Cr |
| 19-01-15 | SYS | 375685 | Reversal of Trade | BUY 375,000 SOLB BB @ 108.4514 EUR 40,669,260 | PROCEED-EQUITY | 372571 | 40,669,260.00 Cr | 164,399,073.29 Cr |
| 19-01-15 | TRD | T00037253701002 | Trade | BUY 750,000 SOLB BB @ 108.4514 EUR 81,338,520 | PROCEED-EQUITY | 372537 | 81,338,520.00 Dr | 83,060,553.29 Cr |
| 19-01-15 | TRD | T00037255901002 | Trade | BUY 350,000 SOLB BB @ 108.4514 EUR 37,957,976 | PROCEED-EQUITY | 372559 | 37,957,976.00 Dr | 45,102,577.29 Cr |
| 19-01-15 | TRD | T00037257101002 | Trade | BUY 375,000 SOLB BB @ 108.4514 EUR 40,669,260 | PROCEED-EQUITY | 372571 | 40,669,260.00 Dr | 4,433,317.29 Cr |
| 19-01-15 | TRD | T00037257401002 | Trade | BUY 375,000 SOLB BB @ 108.4514 EUR 40,669,260 | PROCEED-EQUITY | 372574 | 40,669,260.00 Dr | 36,235,942.71 Dr |
| 19-01-15 | TRD | T00037259901002 | Trade | BUY 375,000 SOLB BB @ 108.4514 EUR 40,669,260 | PROCEED-EQUITY | 372599 | 40,669,260.00 Dr | 76,905,202.71 Dr |
| 19-01-15 | TRD | T00037260001002 | Trade | BUY 375,000 SOLB BB @ 108.4514 EUR 40,669,260 | PROCEED-EQUITY | 372600 | 40,669,260.00 Dr | 117,574,462.71 Dr |
| 22-01-15 | SYS | 377687 | Customer Realized (Future | Futures P/L: SOY20FEB2015 EUR | TR-PL-FUTURE | | 4,558,050.00 Dr | 122,132,512.71 Dr |
| 22-01-15 | TRD | T00037342601001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 373426 | 225.00 Dr | 122,132,737.71 Dr |
| 22-01-15 | TRD | T00037342601001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 373426 | 475.00 Dr | 122,133,212.71 Dr |
| 23-01-15 | USR | 377776 | User Adjustment | CASH DIV - SOLB BB - PD 22/01/15 | Unclassified | | 999,975.00 Cr | 121,133,237.71 Dr |
| 26-01-15 | TRC | T00037342401002 | Trade | SEL 375,000 SOLB BB @ 113.3 EUR 42,487,500 | PROCEED-EQUITY | 373424 | 42,487,500.00 Cr | 78,645,737.71 Dr |
| 26-01-15 | TRC | T00037342501002 | Trade | SEL 375,000 SOLB BB @ 113.3 EUR 42,487,500 | PROCEED-EQUITY | 373425 | 42,487,500.00 Cr | 36,158,237.71 Dr |
| 29-01-15 | USR | 379550 | User Adjustment | SOLB BB clearance fee | Unclassified | | 74,984.33 Dr | 36,233,222.04 Dr |
| 25-02-15 | TRD | T00041071701001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 410717 | 195.75 Dr | 36,233,417.79 Dr |
| 25-02-15 | TRD | T00041071701001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 410717 | 475.00 Dr | 36,233,892.79 Dr |

CONFIDENTIAL                                                                                                    ED&F-00039769
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 20 of 36 Produced on 08/28/2019 09:57:41