# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 25-02-15 | TRD | T00041071901001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 410719 | 29.25 Dr | 36,233,922.04 Dr |
| 25-02-15 | TRD | T00041071901001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 410719 | 195.00 Dr | 36,234,117.04 Dr |
| 26-02-15 | TRD | T00041098401001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 410984 | 29.25 Dr | 36,234,146.29 Dr |
| 26-02-15 | TRD | T00041098401001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 410984 | 195.00 Dr | 36,234,341.29 Dr |
| 26-02-15 | TRD | T00041098501001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 410985 | 195.75 Dr | 36,234,537.04 Dr |
| 26-02-15 | TRD | T00041098501001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 410985 | 475.00 Dr | 36,235,012.04 Dr |
| 05-03-15 | USR | 392938 | User Adjustment | SUNRISE Futures Brokerage - January - SOLB BB | Unclassified | | 2,495.00 Dr | 36,237,507.04 Dr |
| 09-03-15 | USR | 394046 | User Adjustment | SOLB BB clearance fee adj | Unclassified | | 1,361.21 Cr | 36,236,145.83 Dr |
| 09-03-15 | USR | 394050 | User Adjustment | Mkt Ticket charges - January2015 | Unclassified | | 72.00 Dr | 36,236,217.83 Dr |
| 13-03-15 | USR | 395740 | User Adjustment | Mkt Ticket charges - February2015 | Unclassified | | 210.00 Dr | 36,236,427.83 Dr |
| 05-05-15 | TRD | T00048781701001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 487817 | 225.00 Dr | 36,236,652.83 Dr |
| 05-05-15 | TRD | T00048781701001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 487817 | 475.00 Dr | 36,237,127.83 Dr |
| 06-05-15 | TRD | T00048784301002 | Trade | BUY 750,000 AGS BB @ 32.7904 EUR 24,592,807.5 | PROCEED-EQUITY | 487843 | 24,592,807.50 Dr | 60,829,935.33 Dr |
| 06-05-15 | USR | 422067 | User Adjustment | STCK LOAN DIV - UMI BB - PD 05/05/15 | Unclassified | | 498,800.00 Cr | 60,331,135.33 Dr |
| 15-05-15 | TRD | T00049317001001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 493170 | 365.00 Dr | 60,331,500.33 Dr |
| 18-05-15 | SYS | 426392 | Reversal of Trade | Futures - Exchange Fees Recharged to clients | CASH | 493170 | 365.00 Cr | 60,331,135.33 Dr |
| 18-05-15 | SYS | 426880 | Customer Realized (Future | Futures P/L: FRB15MAY2015 EUR | TR-PL-FUTURE | | 1,608,750.00 Dr | 61,939,885.33 Dr |
| 18-05-15 | TRD | T00049325501001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 493255 | 365.00 Dr | 61,940,250.33 Dr |
| 29-05-15 | USR | 432299 | User Adjustment | CASH DIV - AGS BB - PD 08/05/15 | Unclassified | | 1,162,500.00 Cr | 60,777,750.33 Dr |
| 02-06-15 | USR | 434056 | User Adjustment | BUD US funding May | Unclassified | | 17,598.74 Dr | 60,795,349.07 Dr |
| 04-06-15 | USR | 435268 | User Adjustment | BUD US funding May | Unclassified | | 17,598.74 Cr | 60,777,750.33 Dr |
| 08-06-15 | USR | 436470 | User Adjustment | AGS BB funding May | Unclassified | | 6,703.66 Dr | 60,784,453.99 Dr |
| 08-06-15 | USR | 436475 | User Adjustment | AGS BB clearance fee | Unclassified | | 138,011.43 Dr | 60,922,465.42 Dr |
| 11-06-15 | TRC | T00050595201002 | Trade | BUY 1,687.3 EUR @ 1.1239 USD 1,896.36 | CASH | 505952 | 1,687.30 Cr | 60,920,778.12 Dr |
| 22-06-15 | SYS | 441201 | Swap Close | Realized gain/loss for Full close of Swap #49 | CASH | 493198 | 7,500.00 Cr | 60,913,278.12 Dr |
| 23-06-15 | USR | 442583 | User Adjustment | AGS BB clearance fee adj | Unclassified | | 335.00 Dr | 60,913,613.12 Dr |
| 25-06-15 | TRC | T00051566701002 | Trade | BUY 282.43 EUR @ 1.115 USD 314.91 | CASH | 515667 | 282.43 Cr | 60,913,330.69 Dr |
| 22-07-15 | SYS | 454630 | Firm Realized | Realized gain/loss for swap #521787 | CASH | 521787 | 2,565,000.00 Dr | 63,478,330.69 Dr |
| 17-08-15 | USR | 461255 | User Adjustment | 07.08.2015 SELL TKF21AUG2015 @ 50.01 Futures | Unclassified | | 600.00 Dr | 63,478,930.69 Dr |
| 17-08-15 | USR | 461256 | User Adjustment | 07.08.2015 SELL TKF21AUG2015 @ 50.01 Futures | Unclassified | | 475.00 Dr | 63,479,405.69 Dr |
| 17-08-15 | USR | 461257 | User Adjustment | 14.08.2015 BUY TKF21AUG2015 @ 45.3462 Futures | Unclassified | | 600.00 Dr | 63,480,005.69 Dr |
| 17-08-15 | USR | 461258 | User Adjustment | 14.08.2015 BUY TKF21AUG2015 @ 45.3462 Futures | Unclassified | | 475.00 Dr | 63,480,480.69 Dr |
| 24-08-15 | SYS | 463372 | Firm Realized | Realized gain/loss for swap #521787 | CASH | 521787 | 86,250.00 Dr | 63,566,730.69 Dr |
| 04-09-15 | USR | 466225 | User Adjustment | STCK LOAN DIV - UMI BB - PD 03/09/15 | Unclassified | | 498,800.00 Cr | 63,067,930.69 Dr |
| 15-09-15 | SYS | 468021 | Swap Close | Realized gain/loss for Full close of Swap #32 | CASH | 324624 | 325,217.60 Cr | 62,742,713.09 Dr |
| 18-09-15 | USR | 470605 | User Adjustment | TULLET PREBON Futures Brokerage - August - TD | Unclassified | | 670.00 Dr | 62,743,383.09 Dr |
| 22-09-15 | SYS | 470616 | Swap Close | Realized gain/loss for Full close of Swap #52 | CASH | 521787 | 90,000.00 Cr | 62,653,383.09 Dr |
| 30-09-15 | TRD | T00054711501001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 547115 | 120.00 Dr | 62,653,503.09 Dr |
| 30-09-15 | TRD | T00054711501001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 547115 | 475.00 Dr | 62,653,978.09 Dr |
| 02-10-15 | TRD | T00054711201002 | Trade | BUY 400,000 COLR BB @ 42.7005 EUR 17,080,212 | PROCEED-EQUITY | 547112 | 17,080,212.00 Dr | 79,734,190.09 Dr |
| 02-10-15 | USR | 475930 | User Adjustment | AGS BB clearance fee | Unclassified | | 299.62 Dr | 79,734,489.71 Dr |

CONFIDENTIAL                                                                                                                                ED&F-00039770

Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 21 of 36 Produced on 08/28/2019 09:57:41

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 07-10-15 | SYS | 477511 | Customer Realized (Future | Futures P/L: JFY16OCT2015 EUR | TR-PL-FUTURE | | 1,064,440.00 Dr | 80,798,929.71 Dr |
| 07-10-15 | TRD | T00054813301001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 548133 | 120.00 Dr | 80,799,049.71 Dr |
| 07-10-15 | TRD | T00054813301001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 548133 | 475.00 Dr | 80,799,524.71 Dr |
| 07-10-15 | USR | 477089 | User Adjustment | CASH DIV - COLR BB - PD 06/10/15 | Unclassified | | 400,000.00 Cr | 80,399,524.71 Dr |
| 09-10-15 | TRC | T00054815701002 | Trade | SEL 400,000 COLR BB @ 44.5 EUR 17,800,000 | PROCEED-EQUITY | 548157 | 17,800,000.00 Cr | 62,599,524.71 Dr |
| 09-10-15 | USR | 478159 | User Adjustment | COLR BB funding Oct | Unclassified | | 10,915.92 Dr | 62,610,440.63 Dr |
| 09-10-15 | USR | 478162 | User Adjustment | COLR BB clearance fee | Unclassified | | 40,139.48 Dr | 62,650,580.11 Dr |
| 21-10-15 | USR | 482753 | User Adjustment | SUNRISE Futures Brokerage - 30-09-2015 - COLR | Unclassified | | 1,000.00 Dr | 62,651,580.11 Dr |
| 03-12-15 | TRD | T00056049501001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 560495 | 180.00 Dr | 62,651,760.11 Dr |
| 03-12-15 | TRD | T00056049501001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 560495 | 475.00 Dr | 62,652,235.11 Dr |
| 07-12-15 | TRD | T00056049401002 | Trade | BUY 600,000 PROX BB @ 30.2404 EUR 18,144,228 | PROCEED-EQUITY | 560494 | 18,144,228.00 Dr | 80,796,463.11 Dr |
| 10-12-15 | SYS | 501523 | Customer Realized (Future | Futures P/L: BLG18DEC2015 EUR | TR-PL-FUTURE | | 640,200.00 Cr | 80,156,263.11 Dr |
| 10-12-15 | TRD | T00056395701001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 563957 | 180.00 Dr | 80,156,443.11 Dr |
| 10-12-15 | TRD | T00056395701001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 563957 | 475.00 Dr | 80,156,918.11 Dr |
| 15-12-15 | USR | 502613 | User Adjustment | CASH DIV - PROX BB - PD 11/12/15 | Unclassified | | 300,000.00 Cr | 79,856,918.11 Dr |
| 24-12-15 | USR | 505472 | User Adjustment | PROX BB funding Dec | Unclassified | | 12,544.88 Dr | 79,869,462.99 Dr |
| 24-12-15 | USR | 505476 | User Adjustment | PROX BB custody fee | Unclassified | | 11,701.90 Dr | 79,881,164.89 Dr |
| 05-01-16 | SYS | 508085 | Firm Realized | Realized gain/loss for swap #563956 | CASH | 563956 | 1,359,000.00 Dr | 81,240,164.89 Dr |
| 05-01-16 | USR | 507762 | User Adjustment | Reversal of PROX BB custody fee | Unclassified | | 11,701.90 Cr | 81,228,462.99 Dr |
| 05-01-16 | USR | 507770 | User Adjustment | PROX BB custody fee | Unclassified | | 11,967.38 Dr | 81,240,430.37 Dr |
| 06-01-16 | USR | 508369 | User Adjustment | PROX BB clearance fee | Unclassified | | 9,167.96 Dr | 81,249,598.33 Dr |
| 08-01-16 | USR | 509028 | User Adjustment | TRADITION Futures Brokerage - December - PROX | Unclassified | | 750.00 Dr | 81,250,348.33 Dr |
| 05-02-16 | SYS | 517621 | Firm Realized | Realized gain/loss for swap #563956 | CASH | 563956 | 819,000.00 Dr | 82,069,348.33 Dr |
| 05-02-16 | TRD | T00057205101002 | Trade | BUY 500,000 UNA NA @ 40.5705 EUR 20,285,255 | PROCEED-EQUITY | 572051 | 20,285,255.00 Dr | 102,354,603.33 Dr |
| 05-02-16 | TRD | T00057205201002 | Trade | BUY 500,000 UNA NA @ 40.5705 EUR 20,285,255 | PROCEED-EQUITY | 572052 | 20,285,255.00 Dr | 122,639,858.33 Dr |
| 05-02-16 | TRD | T00057205301002 | Trade | BUY 375,000 UNA NA @ 40.5705 EUR 15,213,941.2 | PROCEED-EQUITY | 572053 | 15,213,941.25 Dr | 137,853,799.58 Dr |
| 23-02-16 | SYS | 522072 | Firm Realized | Realized gain/loss for swap #572063 | CASH | 572063 | 1,475,375.00 Cr | 136,378,424.58 Dr |
| 04-03-16 | SYS | 525085 | Swap Close | Realized gain/loss for Full close of Swap #57 | CASH | 572063 | 1,161,875.00 Dr | 137,540,299.58 Dr |
| 04-03-16 | SYS | 525105 | Swap Close | Realized gain/loss for Full close of Swap #54 | CASH | 544131 | 41,250.00 Cr | 137,499,049.58 Dr |
| 04-03-16 | SYS | 525166 | Swap Close | Realized gain/loss for Full close of Swap #56 | CASH | 563956 | 894,000.00 Cr | 136,605,049.58 Dr |
| 04-03-16 | SYS | 525174 | Swap Close | Realized gain/loss for Full close of Swap #53 | CASH | 534772 | 5,132,652.00 Dr | 141,737,701.58 Dr |
| 08-03-16 | USR | 526450 | User Adjustment | AGS BB PRS roll to 1m duration | Unclassified | | 41,250.00 Dr | 141,778,951.58 Dr |
| 08-03-16 | USR | 526460 | User Adjustment | UNA NA PRS roll to 1m duration | Unclassified | | 1,161,875.00 Cr | 140,617,076.58 Dr |
| 08-03-16 | USR | 526465 | User Adjustment | BUD US PRS roll to 1m duration | Unclassified | | 201,006.00 Dr | 140,818,082.58 Dr |
| 08-03-16 | USR | 526471 | User Adjustment | UMI BB PRS roll to 1m duration | Unclassified | | 5,132,652.00 Cr | 135,685,430.58 Dr |
| 08-03-16 | USR | 526474 | User Adjustment | PROX BB PRS roll to 1m duration | Unclassified | | 894,000.00 Dr | 136,579,430.58 Dr |
| 08-03-16 | USR | 526488 | User Adjustment | AGS BB Div reimbursement | Unclassified | | 1,275,000.00 Cr | 135,304,430.58 Dr |
| 08-03-16 | USR | 526489 | User Adjustment | PROX BB Div reimbursement | Unclassified | | 600,000.00 Cr | 134,704,430.58 Dr |
| 08-03-16 | USR | 526490 | User Adjustment | UNA NA Div reimbursement | Unclassified | | 433,125.00 Cr | 134,271,305.58 Dr |
| 09-03-16 | USR | 526777 | User Adjustment | AGS BB PRS roll to 1m duration | Unclassified | | 41,250.00 Cr | 134,230,055.58 Dr |
| 09-03-16 | USR | 526787 | User Adjustment | UNA NA PRS roll to 1m duration | Unclassified | | 1,161,875.00 Dr | 135,391,930.58 Dr |
| 09-03-16 | USR | 526792 | User Adjustment | BUD US PRS roll to 1m duration | Unclassified | | 201,006.00 Cr | 135,190,924.58 Dr |
| 09-03-16 | USR | 526798 | User Adjustment | UMI BB PRS roll to 1m duration | Unclassified | | 5,132,652.00 Dr | 140,323,576.58 Dr |
| 09-03-16 | USR | 526801 | User Adjustment | PROX BB PRS roll to 1m duration | Unclassified | | 894,000.00 Cr | 139,429,576.58 Dr |
| 11-03-16 | USR | 527849 | User Adjustment | CASH DIV - UNA NA - PD 09/03/16 | Unclassified | | 415,250.00 Cr | 139,014,326.58 Dr |
| 01-04-16 | SYS | 535140 | Reversal of Trade | BUY 500,000 RAND NA @ 49.0006 EUR 24,500,305 | PROCEED-EQUITY | 582820 | 24,500,305.00 Cr | 114,514,021.58 Dr |
| 01-04-16 | TRD | T00058282001002 | Trade | BUY 500,000 RAND NA @ 49.0006 EUR 24,500,305 | PROCEED-EQUITY | 582820 | 24,500,305.00 Dr | 139,014,326.58 Dr |
| 01-04-16 | TRD | T00058284701002 | Trade | BUY 500,000 RAND NA @ 49.0006 EUR 24,500,305 | PROCEED-EQUITY | 582847 | 24,500,305.00 Dr | 163,514,631.58 Dr |

CONFIDENTIAL                                                                                                  ED&F-00039771