# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 01-04-16 | TRD | T00058284801002 | Trade | BUY 535,000 RAND NA @ 49.0006 EUR 26,215,326. | PROCEED-EQUITY | 582848 | 26,215,326.35 Dr | 189,729,957.93 Dr |
| 05-04-16 | SYS | 535618 | Swap Close | Realized gain/loss for Full close of Swap #57 | CASH | 576912 | 277,500.00 Cr | 189,452,457.93 Dr |
| 05-04-16 | SYS | 535630 | Swap Close | Realized gain/loss for Full close of Swap #57 | CASH | 576936 | 96,000.00 Dr | 189,548,457.93 Dr |
| 05-04-16 | SYS | 535664 | Swap Close | Realized gain/loss for Full close of Swap #57 | CASH | 576938 | 2,593,760.00 Dr | 192,142,217.93 Dr |
| 05-04-16 | SYS | 535697 | Swap Close | Realized gain/loss for Full close of Swap #57 | CASH | 576905 | 522,500.00 Dr | 191,619,717.93 Dr |
| 08-04-16 | USR | 537671 | User Adjustment | CASH DIV - RAND NA - PD 07/04/16 | Unclassified | | 1,738,800.00 Cr | 189,880,917.93 Dr |
| 18-04-16 | SYS | 540064 | Reversal of Trade | BUY 12,500,000 KPN NA @ 3.4501 EUR 43,126,437 | PROCEED-EQUITY | 585965 | 43,126,437.50 Cr | 146,754,480.43 Dr |
| 18-04-16 | SYS | 540702 | Reversal of Trade | BUY 12,500,000 KPN NA @ 3.45 EUR 43,125,000 | PROCEED-EQUITY | 586185 | 43,125,000.00 Cr | 103,629,480.43 Dr |
| 18-04-16 | SYS | 540713 | Reversal of Trade | BUY 5,000,000 KPN NA @ 3.4501 EUR 17,250,575 | PROCEED-EQUITY | 586784 | 17,250,575.00 Cr | 86,378,905.43 Dr |
| 18-04-16 | SYS | 540714 | Reversal of Trade | BUY 5,000,000 KPN NA @ 3.4501 EUR 17,250,575 | PROCEED-EQUITY | 586783 | 17,250,575.00 Cr | 69,128,330.43 Dr |
| 18-04-16 | TRD | T00058596501002 | Trade | BUY 12,500,000 KPN NA @ 3.4501 EUR 43,126,437 | PROCEED-EQUITY | 585965 | 43,126,437.50 Dr | 112,254,767.93 Dr |
| 18-04-16 | TRD | T00058618501002 | Trade | BUY 12,500,000 KPN NA @ 3.45 EUR 43,125,000 | PROCEED-EQUITY | 586185 | 43,125,000.00 Dr | 155,379,767.93 Dr |
| 18-04-16 | TRD | T00058678301002 | Trade | BUY 5,000,000 KPN NA @ 3.4501 EUR 17,250,575 | PROCEED-EQUITY | 586783 | 17,250,575.00 Dr | 172,630,342.93 Dr |
| 18-04-16 | TRD | T00058678401002 | Trade | BUY 5,000,000 KPN NA @ 3.4501 EUR 17,250,575 | PROCEED-EQUITY | 586784 | 17,250,575.00 Dr | 189,880,917.93 Dr |
| 18-04-16 | TRD | T00058678501002 | Trade | BUY 2,500,000 KPN NA @ 3.45 EUR 8,625,000 | PROCEED-EQUITY | 586785 | 8,625,000.00 Dr | 198,505,917.93 Dr |
| 18-04-16 | TRD | T00058686701002 | Trade | BUY 5,000,000 KPN NA @ 3.45 EUR 17,250,000 | PROCEED-EQUITY | 586867 | 17,250,000.00 Dr | 215,755,917.93 Dr |
| 18-04-16 | TRD | T00058686901002 | Trade | BUY 5,000,000 KPN NA @ 3.45 EUR 17,250,000 | PROCEED-EQUITY | 586869 | 17,250,000.00 Dr | 233,005,917.93 Dr |
| 19-04-16 | TRD | T00058777901001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 587779 | 270.00 Dr | 233,006,187.93 Dr |
| 19-04-16 | TRD | T00058777901001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 587779 | 475.00 Dr | 233,006,662.93 Dr |
| 21-04-16 | TRD | T00058778801002 | Trade | BUY 900,000 AH NA @ 19.9653 EUR 17,968,725 | PROCEED-EQUITY | 587788 | 17,968,725.00 Dr | 250,975,387.93 Dr |
| 21-04-16 | USR | 542417 | User Adjustment | STCK LOAN DIV - KPN NA - PD 20/04/16 | Unclassified | | 625,000.00 Dr | 250,350,387.93 Dr |
| 21-04-16 | USR | 542780 | User Adjustment | RAND NA funding Apr | Unclassified | | 21,833.69 Dr | 250,372,221.62 Dr |
| 21-04-16 | USR | 542783 | User Adjustment | RAND NA custody fee | Unclassified | | 89,431.12 Dr | 250,461,652.74 Dr |
| 21-04-16 | USR | 542786 | User Adjustment | RAND NA clearance fee | Unclassified | | 80,140.95 Dr | 250,541,793.69 Dr |
| 21-04-16 | USR | 542808 | User Adjustment | UNA NA funding Jan (Acer) | Unclassified | | 24,793.49 Dr | 250,566,587.18 Dr |
| 21-04-16 | USR | 542811 | User Adjustment | UNA NA custody fee (Acer) | Unclassified | | 14,493.14 Dr | 250,581,080.32 Dr |
| 21-04-16 | USR | 542815 | User Adjustment | UNA NA clearence fee (Acer) | Unclassified | | 13,563.24 Dr | 250,594,643.56 Dr |
| 26-04-16 | SYS | 545081 | Customer Realized (Future | Futures P/L: AHL20MAY2016 EUR | TR-PL-FUTURE | | 293,490.00 Cr | 250,301,153.56 Dr |
| 26-04-16 | TRD | T00059001101001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 590011 | 270.00 Dr | 250,301,423.56 Dr |
| 26-04-16 | TRD | T00059001101001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 590011 | 475.00 Dr | 250,301,898.56 Dr |
| 27-04-16 | SYS | 544168 | Swap Close | Realized gain/loss for Full close of Swap #58 | CASH | 582885 | 370,530.00 Dr | 250,672,428.56 Dr |
| 27-04-16 | SYS | 544180 | Swap Close | Realized gain/loss for Full close of Swap #58 | CASH | 583438 | 30,000.00 Dr | 250,702,428.56 Dr |
| 27-04-16 | SYS | 544190 | Swap Close | Realized gain/loss for Full close of Swap #58 | CASH | 583452 | 147,000.00 Dr | 250,849,428.56 Dr |
| 27-04-16 | SYS | 544236 | Swap Close | Realized gain/loss for Full close of Swap #58 | CASH | 583486 | 2,394,240.00 Dr | 253,243,668.56 Dr |
| 27-04-16 | SYS | 544262 | Swap Close | Realized gain/loss for Full close of Swap #58 | CASH | 583510 | 852,500.00 Dr | 254,096,168.56 Dr |
| 05-05-16 | USR | 550747 | User Adjustment | CASH DIV - AH NA - PD 04/05/16 | Unclassified | | 468,000.00 Cr | 253,628,168.56 Dr |
| 05-05-16 | USR | 551212 | User Adjustment | STCK LOAN DIV - PROX BB - PD 29/04/16 | Unclassified | | 600,000.00 Cr | 253,028,168.56 Dr |
| 06-05-16 | USR | 551773 | User Adjustment | STCK LOAN DIV - UMI BB - PD 02/05/16 | Unclassified | | 698,320.00 Cr | 252,329,848.56 Dr |
| 17-05-16 | SYS | 555361 | Swap Close | Realized gain/loss for Full close of Swap #58 | CASH | 585974 | 806,250.00 Dr | 253,136,098.56 Dr |
| 17-05-16 | USR | 557065 | User Adjustment | STCK LOAN DIV - AGS BB - PD 11/05/16 | Unclassified | | 1,237,500.00 Cr | 251,898,598.56 Dr |
| 27-05-16 | SYS | 561116 | Swap Close | Realized gain/loss for Full close of Swap #58 | CASH | 589789 | 807,300.00 Cr | 251,091,298.56 Dr |
| 27-05-16 | SYS | 561129 | Swap Close | Realized gain/loss for Full close of Swap #58 | CASH | 589795 | 1,593,750.00 Cr | 252,685,048.56 Dr |
| 27-05-16 | SYS | 561152 | Swap Close | Realized gain/loss for Full close of Swap #58 | CASH | 589800 | 444,000.00 Cr | 252,241,048.56 Dr |
| 27-05-16 | SYS | 561190 | Swap Close | Realized gain/loss for Full close of Swap #58 | CASH | 589817 | 264,364.00 Cr | 251,976,684.56 Dr |
| 27-05-16 | SYS | 561214 | Swap Close | Realized gain/loss for Full close of Swap #58 | CASH | 589829 | 227,012.50 Dr | 252,203,697.06 Dr |
| 27-05-16 | USR | 562751 | User Adjustment | TRADITION Futures Brokerage - April - AH NA | Unclassified | | 1,170.00 Dr | 252,204,867.06 Dr |
| 30-05-16 | SYS | 562087 | Swap Close | Realized gain/loss for Full close of Swap #59 | CASH | 590018 | 310,500.00 Cr | 252,515,367.06 Dr |
| 30-05-16 | USR | 563498 | User Adjustment | STCK LOAN DIV - KPN NA - PD 27/05/16 | Unclassified | | 312,500.00 Cr | 252,202,867.06 Dr |
| 02-06-16 | USR | 566215 | User Adjustment | STCK LOAN DIV - UNA NA - PD 01/06/16 | Unclassified | | 440,137.50 Cr | 251,762,729.56 Dr |
| 06-06-16 | SYS | 565796 | Swap Close | Realized gain/loss for Full close of Swap #60 | CASH | 601569 | 1,237,500.00 Dr | 253,000,229.56 Dr |
| 14-06-16 | USR | 571098 | User Adjustment | PROX BB Apr 16 Dividend | Unclassified | | 600,000.00 Cr | 252,400,229.56 Dr |

CONFIDENTIAL ED&F-00039772

Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 23 of 36 Produced on 08/28/2019 09:57:41

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 20-06-16 | SYS | 571950 | Swap Close | Realized gain/loss for Full close of Swap #60 | CASH | 607476 | 2,115,000.00 Cr | 250,285,229.56 Dr |
| 20-06-16 | SYS | 571964 | Swap Close | Realized gain/loss for Full close of Swap #60 | CASH | 607572 | 364,500.00 Cr | 249,920,729.56 Dr |
| 20-06-16 | SYS | 572026 | Swap Close | Realized gain/loss for Full close of Swap #61 | CASH | 610377 | 3,887,500.00 Cr | 246,033,229.56 Dr |
| 20-06-16 | SYS | 572038 | Swap Close | Realized gain/loss for Full close of Swap #60 | CASH | 607481 | 894,000.00 Cr | 245,139,229.56 Dr |
| 20-06-16 | SYS | 572052 | Swap Close | Realized gain/loss for Full close of Swap #60 | CASH | 607470 | 4,150,350.00 Cr | 240,988,879.56 Dr |
| 20-06-16 | SYS | 572068 | Swap Close | Realized gain/loss for Full close of Swap #60 | CASH | 607498 | 9,976.00 Dr | 240,998,855.56 Dr |
| 20-06-16 | SYS | 572098 | Swap Close | Realized gain/loss for Full close of Swap #60 | CASH | 607510 | 2,289,375.00 Cr | 238,709,480.56 Dr |
| 20-06-16 | TRC | T00061512101002 | Trade | SEL 750,000 AGS BB @ 32.565 EUR 24,423,750 | PROCEED-EQUITY | 615121 | 24,423,750.00 Cr | 214,285,730.56 Dr |
| 20-06-16 | TRC | T00061512701002 | Trade | SEL 900,000 AH NA @ 19.125 EUR 17,212,500 | PROCEED-EQUITY | 615127 | 17,212,500.00 Cr | 197,073,230.56 Dr |
| 20-06-16 | TRC | T00061515801002 | Trade | SEL 12,500,000 KPN NA @ 3.258 EUR 40,725,000 | PROCEED-EQUITY | 615158 | 40,725,000.00 Cr | 156,348,230.56 Dr |
| 20-06-16 | TRC | T00061516901002 | Trade | SEL 600,000 PROX BB @ 27.05 EUR 16,230,000 | PROCEED-EQUITY | 615169 | 16,230,000.00 Cr | 140,118,230.56 Dr |
| 20-06-16 | TRC | T00061517301002 | Trade | SEL 1,035,000 RAND NA @ 43.085 EUR 44,592,975 | PROCEED-EQUITY | 615173 | 44,592,975.00 Cr | 95,525,255.56 Dr |
| 20-06-16 | TRC | T00061518001002 | Trade | SEL 997,600 UMI BB @ 45.195 EUR 45,086,532 | PROCEED-EQUITY | 615180 | 45,086,532.00 Cr | 50,438,723.56 Dr |
| 20-06-16 | TRC | T00061519401002 | Trade | SEL 1,375,000 UNA NA @ 38.185 EUR 52,504,375 | PROCEED-EQUITY | 615194 | 52,504,375.00 Cr | 2,065,651.44 Cr |
| 08-07-16 | USR | 580312 | User Adjustment | KPN NA clearence | Unclassified | | 381,250.00 Dr | 1,684,401.44 Cr |
| 08-07-16 | USR | 580334 | User Adjustment | PROX BB Apr 16 Dividend Rev | Unclassified | | 600,000.00 Dr | 1,084,401.44 Cr |
| 12-07-16 | USR | 581320 | User Adjustment | UMI BB clearence fee | Unclassified | | 997,700.00 Dr | 86,701.44 Cr |
| 05-08-16 | TRD | T00062615101002 | Trade | BUY 3,750,000 INGA NA @ 9.8001 EUR 36,750,450 | PROCEED-EQUITY | 626151 | 36,750,450.00 Dr | 36,663,748.56 Dr |
| 05-08-16 | TRD | T00062615201002 | Trade | BUY 3,750,000 INGA NA @ 9.8001 EUR 36,750,450 | PROCEED-EQUITY | 626152 | 36,750,450.00 Dr | 73,414,198.56 Dr |
| 11-08-16 | TRC | T00062771601002 | Trade | SEL 3,750,000 INGA NA @ 10.58 EUR 39,675,000 | PROCEED-EQUITY | 627716 | 39,675,000.00 Cr | 33,739,198.56 Dr |
| 11-08-16 | TRC | T00062771801002 | Trade | SEL 3,750,000 INGA NA @ 10.58 EUR 39,675,000 | PROCEED-EQUITY | 627718 | 39,675,000.00 Cr | 5,935,801.44 Cr |
| 12-08-16 | SYS | 590002 | Swap Close | Realized gain/loss for Full close of Swap #62 | CASH | 626117 | 7,418,250.00 Dr | 1,482,448.56 Dr |
| 17-08-16 | USR | 591890 | User Adjustment | CASH DIV - INGA NA - PD 15/08/16 | Unclassified | | 1,800,000.00 Cr | 317,551.44 Cr |
| 16-09-16 | USR | 602292 | User Adjustment | INGA NA Funding August | Unclassified | | 57,112.71 Dr | 260,438.73 Cr |
| 16-09-16 | USR | 602296 | User Adjustment | INGA NA Custody Fee | Unclassified | | 75,164.00 Dr | 185,274.73 Cr |
| 16-09-16 | USR | 602302 | User Adjustment | INGA NA Clearence fee | Unclassified | | 90,661.29 Dr | 94,613.44 Cr |
| 21-09-16 | TRD | T00063633501002 | Trade | BUY 850,000 EURN BB @ 7.8001 EUR 6,630,085 | PROCEED-EQUITY | 636335 | 6,630,085.00 Dr | 6,535,471.56 Dr |
| 22-09-16 | USR | 604126 | User Adjustment | AH NA funding Apr | Unclassified | | 13,155.73 Dr | 6,548,627.29 Dr |
| 22-09-16 | USR | 604128 | User Adjustment | AH NA custody fee | Unclassified | | 21,724.63 Dr | 6,570,351.92 Dr |
| 22-09-16 | USR | 604130 | User Adjustment | AH NA Clearence fee | Unclassified | | 19,552.17 Dr | 6,589,904.09 Dr |
| 22-09-16 | USR | 604319 | User Adjustment | INGA NA Funding August | Unclassified | | 57,113.00 Dr | 6,647,017.09 Dr |
| 22-09-16 | USR | 604323 | User Adjustment | INGA NA Custody Fee | Unclassified | | 77,933.63 Dr | 6,724,950.72 Dr |
| 22-09-16 | USR | 604329 | User Adjustment | INGA NA Clearence fee | Unclassified | | 83,391.37 Dr | 6,808,342.09 Dr |
| 22-09-16 | USR | 604333 | User Adjustment | INGA NA Funding August REV | Unclassified | | 57,112.71 Cr | 6,751,229.38 Dr |
| 22-09-16 | USR | 604337 | User Adjustment | INGA NA Custody Fee REV | Unclassified | | 75,164.00 Cr | 6,676,065.38 Dr |
| 22-09-16 | USR | 604343 | User Adjustment | INGA NA Clearence fee REV | Unclassified | | 90,661.29 Cr | 6,585,404.09 Dr |
| 23-09-16 | USR | 604696 | User Adjustment | AH NA custody fee | Unclassified | | 21,181.52 Dr | 6,606,585.61 Dr |
| 23-09-16 | USR | 604698 | User Adjustment | AH NA Clearence fee | Unclassified | | 20,095.29 Dr | 6,626,680.90 Dr |
| 23-09-16 | USR | 604701 | User Adjustment | AH NA funding Apr REV | Unclassified | | 13,155.73 Cr | 6,613,525.17 Dr |
| 23-09-16 | USR | 604709 | User Adjustment | AH NA funding Apr | Unclassified | | 13,155.73 Dr | 6,626,680.90 Dr |
| 23-09-16 | USR | 604711 | User Adjustment | AH NA custody fee REV | Unclassified | | 21,724.63 Cr | 6,604,956.27 Dr |
| 23-09-16 | USR | 604713 | User Adjustment | AH NA Clearence fee REV | Unclassified | | 19,552.17 Cr | 6,585,404.10 Dr |
| 05-10-16 | USR | 608437 | User Adjustment | PROX BB Div reimbursement REV | Unclassified | | 600,000.00 Dr | 7,185,404.10 Dr |
| 06-10-16 | USR | 608780 | User Adjustment | CASH DIV - EURN BB - PD 30/09/16 | Unclassified | | 419,282.88 Cr | 6,766,121.22 Dr |
| 06-10-16 | USR | 608847 | User Adjustment | PROX BB Clearence fee | Unclassified | | 599,250.22 Cr | 6,166,871.00 Dr |
| 21-10-16 | SYS | 613064 | Swap Close | Realized gain/loss for Full close of Swap #63 | CASH | 636568 | 504,900.00 Cr | 5,661,971.00 Dr |
| 21-10-16 | TRD | T00064344301002 | Trade | BUY 873,000 WHA NA @ 44.8406 EUR 39,145,808.8 | PROCEED-EQUITY | 643443 | 39,145,808.88 Dr | 44,807,779.88 Dr |
| 21-10-16 | TRC | T00064343201002 | Trade | SEL 425,000 EURN BB @ 7.206 EUR 3,062,550 | PROCEED-EQUITY | 643432 | 3,062,550.00 Cr | 41,745,229.88 Dr |
| 21-10-16 | TRC | T00064343301002 | Trade | SEL 425,000 EURN BB @ 7.206 EUR 3,062,550 | PROCEED-EQUITY | 643433 | 3,062,550.00 Cr | 38,682,679.88 Dr |
| 24-10-16 | SYS | 614818 | Firm Realized | Realized gain/loss for swap #643594 | CASH | 643594 | 1,107,924.30 Dr | 39,790,604.18 Dr |

CONFIDENTIAL                                                                                   ED&F-00039773

Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 24 of 36 Produced on 08/28/2019 09:57:41