# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | Type | Number | Description | Detail | Classification | Ref | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 27-10-16 | SYS | 615515 | Swap Close | Realized gain/loss for Full close of Swap #64 CASH | | 643594 | 2,531,700.00 Cr | 37,258,904.18 Dr |
| 27-10-16 | TRC | T00064505601002 | Trade | SEL 873,000 WHA NA @ 42.52 EUR 37,119,960 | PROCEED-EQUITY | 645056 | 37,119,960.00 Cr | 138,944.18 Dr |
| 28-10-16 | SYS | 615518 | Reversal of Trade | SEL 873,000 WHA NA @ 42.52 EUR 37,119,960 | PROCEED-EQUITY | 645022 | 37,119,960.00 Cr | 37,258,904.18 Dr |
| 28-10-16 | TRC | T00064502201002 | Trade | SEL 873,000 WHA NA @ 42.52 EUR 37,119,960 | PROCEED-EQUITY | 645022 | 37,119,960.00 Cr | 138,944.18 Dr |
| 02-11-16 | USR | 618405 | User Adjustment | CASH DIV - WHA NA - PD 27/10/16 | Unclassified | | 672,210.00 Cr | 533,265.82 Cr |
| 07-11-16 | USR | 619951 | User Adjustment | INGA NA Custody Fee Rev | Unclassified | | 77,933.63 Cr | 611,199.45 Cr |
| 07-11-16 | USR | 619956 | User Adjustment | INGA NA Clearence Fee Rev | Unclassified | | 83,391.37 Cr | 694,590.82 Cr |
| 07-11-16 | USR | 619960 | User Adjustment | INGA NA Custody Fee | Unclassified | | 82,308.86 Dr | 612,281.96 Cr |
| 07-11-16 | USR | 619965 | User Adjustment | INGA NA Clearence Fee | Unclassified | | 83,088.91 Dr | 529,193.05 Cr |
| 09-11-16 | USR | 620838 | User Adjustment | Mkt Ticket charges - September 2016 | Unclassified | | 26.67 Dr | 529,166.38 Cr |
| 16-11-16 | SYS | 622260 | Reversal of Trade | BUY 400,000 ABI BB @ 99.6042 EUR 39,841,696 | PROCEED-EQUITY | 651279 | 39,841,696.00 Cr | 40,370,862.38 Cr |
| 16-11-16 | TRD | T00065127901002 | Trade | BUY 400,000 ABI BB @ 99.6042 EUR 39,841,696 | PROCEED-EQUITY | 651279 | 39,841,696.00 Dr | 529,166.38 Cr |
| 16-11-16 | TRD | T00065133101002 | Trade | BUY 400,000 ABI BB @ 99.6 EUR 39,840,000 | PROCEED-EQUITY | 651331 | 39,840,000.00 Dr | 39,310,833.62 Dr |
| 17-11-16 | TRD | T00065204901002 | Trade | BUY 750,000 KBC BB @ 57 EUR 42,750,000 | PROCEED-EQUITY | 652004 | 42,750,000.00 Dr | 82,060,833.62 Dr |
| 17-11-16 | USR | 623611 | User Adjustment | EURN BB Funding Sept | Unclassified | | 2,158.80 Dr | 82,062,992.42 Dr |
| 17-11-16 | USR | 623612 | User Adjustment | EURN BB Custody Fee | Unclassified | | 19,803.74 Dr | 82,082,796.16 Dr |
| 17-11-16 | USR | 623615 | User Adjustment | EURN BB clearence fee | Unclassified | | 395,254.96 Dr | 82,478,051.12 Dr |
| 17-11-16 | USR | 623616 | User Adjustment | WHA NA Funding Oct | Unclassified | | 20,097.00 Dr | 82,498,148.12 Dr |
| 17-11-16 | USR | 623618 | User Adjustment | WHA NA Custody fee | Unclassified | | 11,437.06 Dr | 82,509,585.18 Dr |
| 17-11-16 | USR | 623622 | User Adjustment | WHA NA clearence fee | Unclassified | | 10,800.49 Dr | 82,520,385.67 Dr |
| 18-11-16 | USR | 624292 | User Adjustment | CASH DIV - ABI BB - PD 17/11/16 | Unclassified | | 640,000.00 Dr | 81,880,385.67 Dr |
| 22-11-16 | USR | 625545 | User Adjustment | CASH DIV - KBC BB - PD 18/11/16 | Unclassified | | 750,000.00 Dr | 81,130,385.67 Dr |
| 23-11-16 | SYS | 624951 | Swap Close | Realized gain/loss for Full close of Swap #65 CASH | | 651983 | 622,500.00 Cr | 80,507,885.67 Dr |
| 23-11-16 | SYS | 624995 | Swap Close | Realized gain/loss for Full close of Swap #65 CASH | | 651232 | 824,000.00 Cr | 79,683,885.67 Dr |
| 23-11-16 | SYS | 626080 | Reversal of Trade | SEL 400,000 ABI BB @ 96.14 EUR 38,456,000 | PROCEED-EQUITY | 654172 | 38,456,000.00 Dr | 118,139,885.67 Dr |
| 23-11-16 | TRC | T00065416501002 | Trade | SEL 750,000 KBC BB @ 56.17 EUR 42,127,500 | PROCEED-EQUITY | 654165 | 42,127,500.00 Cr | 76,012,385.67 Dr |
| 23-11-16 | TRC | T00065417201002 | Trade | SEL 400,000 ABI BB @ 96.14 EUR 38,456,000 | PROCEED-EQUITY | 654172 | 38,456,000.00 Cr | 37,556,385.67 Dr |
| 23-11-16 | TRC | T00065466501002 | Trade | SEL 400,000 ABI BB @ 96.14 EUR 38,456,000 | PROCEED-EQUITY | 654654 | 38,456,000.00 Cr | 899,614.33 Cr |
| 06-12-16 | USR | 631900 | User Adjustment | KBC BB Funding Nov | Unclassified | | 25,221.48 Dr | 874,392.85 Cr |
| 06-12-16 | USR | 631906 | User Adjustment | KBC BB Custody Fee | Unclassified | | 24,751.29 Dr | 849,641.56 Cr |
| 06-12-16 | USR | 631914 | User Adjustment | KBC BB clearence fee | Unclassified | | 696,586.94 Dr | 153,054.62 Cr |
| 06-12-16 | USR | 632362 | User Adjustment | ABI BB Funding Nov | Unclassified | | 27,878.74 Dr | 125,175.88 Cr |
| 06-12-16 | USR | 632366 | User Adjustment | ABI BB Custody Fee | Unclassified | | 25,190.87 Dr | 99,985.01 Cr |
| 06-12-16 | USR | 632372 | User Adjustment | ABI BB clearence fee | Unclassified | | 23,737.61 Dr | 76,247.40 Cr |
| 23-12-16 | USR | 640785 | User Adjustment | Mkt Ticket charges - October 2016 | Unclassified | | 127.70 Dr | 76,119.70 Cr |
| 23-12-16 | USR | 640813 | User Adjustment | Mkt Ticket charges - November 2016 | Unclassified | | 94.35 Dr | 76,025.35 Cr |
| 12-01-17 | USR | 646537 | User Adjustment | KBC BB Custody Fee | Unclassified | | 213.58 Cr | 76,238.93 Cr |
| 12-01-17 | USR | 646544 | User Adjustment | KBC BB clearence fee | Unclassified | | 1,183.36 Cr | 75,055.57 Cr |
| 12-01-17 | USR | 646552 | User Adjustment | ABI BB Custody Fee | Unclassified | | 589.47 Cr | 75,645.04 Cr |
| 12-01-17 | USR | 646557 | User Adjustment | ABI BB clearence fee | Unclassified | | 1,322.11 Dr | 74,322.93 Cr |
| 12-01-17 | USR | 646819 | User Adjustment | NON SEG TO SEG | Unclassified | | 76,025.35 Dr | 1,702.42 Dr |
| 19-01-17 | USR | 649165 | User Adjustment | AGS BB clearance fee | Unclassified | | 4,456.45 Dr | 6,158.87 Dr |
| 02-02-17 | SYS | 655819 | Customer Realized (Future | Futures P/L: SOLF21NOV2014 EUR | TR-PL-FUTURE | | 0.00 Cr | 6,158.87 Dr |
| 30-03-17 | TRD | T00069089901001 | Trade | Futures - Clearing Fees Recharged to clients CASH | | 690899 | 6.00 Dr | 6,164.87 Dr |
| 30-03-17 | TRD | T00069089901001 | Trade | Futures - Exchange Fees Recharged to clients CASH | | 690899 | 40.00 Dr | 6,204.87 Dr |
| 03-04-17 | TRD | T00069088501002 | Trade | BUY 20,000 RAND NA @ 53.9607 EUR 1,079,213.4 | PROCEED-EQUITY | 690885 | 1,079,213.40 Dr | 1,085,418.27 Dr |
| 06-04-17 | SYS | 678858 | Customer Realized (Future | Futures P/L: RTD21APR2017 EUR | TR-PL-FUTURE | | 2,258.00 Cr | 1,083,160.27 Dr |
| 06-04-17 | TRD | T00069322701001 | Trade | Futures - Clearing Fees Recharged to clients CASH | | 693227 | 6.00 Dr | 1,083,166.27 Dr |
| 06-04-17 | TRD | T00069322701001 | Trade | Futures - Exchange Fees Recharged to clients CASH | | 693227 | 40.00 Dr | 1,083,206.27 Dr |
| 10-04-17 | TRC | T00069326001002 | Trade | SEL 20,000 RAND NA @ 52.18 EUR 1,043,600 | PROCEED-EQUITY | 693260 | 1,043,600.00 Dr | 39,606.27 Dr |

CONFIDENTIAL
ED&F-00039774
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 25 of 36 Produced on 08/28/2019 09:57:41

# Account Transactions (General Ledger)

## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|------|------|------|------|------|------|------|------|
| 18-04-17 | USR 682338 | User Adjustment | CASH DIV - RAND NA - PD 07/04/17 | Unclassified | | 37,800.00 Cr | 1,806.27 Dr |
| 28-04-17 | USR 687243 | User Adjustment | KYTE Futures Brokerage - March - RAND NA | Unclassified | | 94.50 Dr | 1,900.77 Dr |
| 10-05-17 | SYS 693568 | Reversal of Trade | SEL 200,000 UNARTS NA @ .3268 EUR 65,362 | PROCEED-EQUITY | 705350 | 65,362.00 Dr | 67,262.77 Dr |
| 10-05-17 | TRD T00070535401002 | Trade | BUY 200,000 UNARTS NA @ .3268 EUR 65,362 | PROCEED-EQUITY | 705354 | 65,362.00 Cr | 132,624.77 Dr |
| 10-05-17 | TRC T00070535001002 | Trade | SEL 200,000 UNARTS NA @ .3268 EUR 65,362 | PROCEED-EQUITY | 705350 | 65,362.00 Dr | 67,262.77 Dr |
| 11-05-17 | TRD T00070507401002 | Trade | BUY 1,575,788 UNARTS NA @ .3286 EUR 517,881.1 | PROCEED-EQUITY | 705074 | 517,881.15 Dr | 585,143.92 Dr |
| 12-05-17 | TRD T00070574201002 | Trade | BUY 1,400,000 UNARTS NA @ .3244 EUR 454,160 | PROCEED-EQUITY | 705742 | 454,160.00 Dr | 1,039,303.92 Dr |
| 23-05-17 | USR 700878 | User Adjustment | Mkt Ticket charges - April 2017 | Unclassified | | 36.71 Dr | 1,039,340.63 Dr |
| 08-06-17 | USR 710996 | User Adjustment | CASH DIV - UNA NA - PD 07/06/17 | Unclassified | | 1,138,520.00 Cr | 99,179.37 Cr |
| 19-07-17 | USR 731454 | User Adjustment | RAND NA Funding Mar | Unclassified | | 827.56 Dr | 98,351.81 Cr |
| 19-07-17 | USR 731463 | User Adjustment | RAND NA Custody Fee | Unclassified | | 1,768.33 Dr | 96,583.48 Cr |
| 11-08-17 | USR 738392 | User Adjustment | Transfer from NONSEG to SEG | Unclassified | | 96,583.48 Dr | 0.00 Dr |
| 16-10-17 | USR 768910 | User Adjustment | Ticket Charge May 2017 | Unclassified | | 55.07 Dr | 55.07 Dr |
| 16-10-17 | USR 768941 | User Adjustment | Ticket Charge June 2017 | Unclassified | | 18.36 Dr | 73.43 Dr |
| 15-11-17 | SYS 782667 | Reversal of Trade | BUY 600 ABI BB @ 100.824 EUR 60,494.4 | PROCEED-EQUITY | 778306 | 60,494.40 Cr | 60,420.97 Cr |
| 15-11-17 | TRD T00077830601002 | Trade | BUY 600 ABI BB @ 100.824 EUR 60,494.4 | PROCEED-EQUITY | 778306 | 60,494.40 Dr | 73.43 Dr |
| 15-11-17 | TRD T00077884001002 | Trade | BUY 600 ABI BB @ 100.824 EUR 60,494.4 | PROCEED-EQUITY | 778840 | 60,494.40 Dr | 60,567.83 Dr |
| 17-11-17 | USR 783959 | User Adjustment | CASH DIV - ABI BB - PD 16/11/17 | Unclassified | | 672.00 Cr | 59,895.83 Dr |
| 21-11-17 | TRC T00078090601002 | Trade | SEL 600 ABI BB @ 97.3946 EUR 58,436.76 | PROCEED-EQUITY | 780906 | 58,436.76 Cr | 1,459.07 Dr |
| 06-12-17 | TRD T00078870201002 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 788702 | 6.00 Dr | 1,465.07 Dr |
| 06-12-17 | TRD T00078870201001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 788702 | 40.00 Dr | 1,505.07 Dr |
| 07-12-17 | TRC T00078890701002 | Trade | SEL C RDSA NA/EUR OTC Op @ 26.9278 .01 12/15/ | PROCEED-OTC-OP | 788907 | 541,248.78 Cr | 539,743.71 Cr |
| 07-12-17 | USR 794433 | User Adjustment | SEG to NON SEG MOVE | Unclassified | | 1,459.07 Cr | 541,202.78 Cr |
| 08-12-17 | SYS 795051 | Reversal of Trade | BUY 20,000 BPOST BB @ 26.0723 EUR 521,446.6 | PROCEED-EQUITY | 788678 | 521,446.60 Cr | 1,062,649.38 Cr |
| 08-12-17 | TRD T00078867801002 | Trade | BUY 20,000 BPOST BB @ 26.0723 EUR 521,446.6 | PROCEED-EQUITY | 788678 | 521,446.60 Dr | 541,202.78 Cr |
| 08-12-17 | TRD T00079036701002 | Trade | BUY 19,837 BPOST BB @ 26.0723 EUR 517,196.81 | PROCEED-EQUITY | 790367 | 517,196.81 Dr | 24,005.97 Cr |
| 12-12-17 | USR 796415 | User Adjustment | CASH DIV - BPOST BB - PD 11/12/17 | Unclassified | | 21,027.22 Cr | 45,033.19 Cr |
| 13-12-17 | SYS 797292 | Customer Realized (Future | Futures P/L: BPG15DEC2017 EUR | TR-PL-FUTURE | | 9,976.00 Dr | 35,057.19 Cr |
| 13-12-17 | TRD T00079235701001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 792357 | 6.00 Dr | 35,051.19 Cr |
| 13-12-17 | TRD T00079235701001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 792357 | 40.00 Dr | 35,011.19 Cr |
| 15-12-17 | SYS 795351 | Swap Close | Realized gain/loss for Full close of Swap #78 | CASH | 788910 | 13,189.62 Cr | 48,200.81 Cr |
| 15-12-17 | TRD T00079220401002 | Trade | BUY C RDSA NA/EUR OTC Op @ 27.585 .01 12/15/1 | PROCEED-OTC-OP | 792204 | 554,458.50 Dr | 506,257.69 Dr |
| 15-12-17 | TRD T00079199801002 | Trade | SEL 19,837 BPOST BB @ 25.615 EUR 508,124.76 | PROCEED-EQUITY | 791998 | 508,124.76 Cr | 1,867.07 Dr |
| 28-12-17 | USR 800981 | User Adjustment | Ticket Charge November 2017 | Unclassified | | 45.89 Dr | 1,821.18 Cr |
| 11-01-18 | USR 804071 | User Adjustment | Ticket Charge December 2017 | Unclassified | | 45.89 Dr | 1,775.29 Cr |
| 31-01-18 | USR 811172 | User Adjustment | TRADITION Futures Brokerage - June - BPOST BB | Unclassified | | 53.00 Dr | 1,722.29 Cr |
| 17-04-18 | USR 845683 | User Adjustment | Seg to Non Seg | Unclassified | | 171,149.76 Cr | 172,872.05 Cr |
| 18-04-18 | USR 845963 | User Adjustment | BPOST BB Funding Dec | Unclassified | | 420.38 Dr | 172,451.67 Cr |
| 18-04-18 | USR 845968 | User Adjustment | BPOST BB Custody Fee | Unclassified | | 752.02 Dr | 171,699.65 Cr |
| 19-04-18 | TRD T00082924801002 | Trade | SEL 172,872.05 EUR @ 1.2343 USD 213,375.97 | CASH | 829248 | 172,872.05 Dr | 1,172.40 Dr |

CONFIDENTIAL

ED&F-00039775