# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 04-06-18 | TRC | T000087320501002 | Trade | BUY 1,172.4 EUR @ 1.1692 USD 1,370.77 | CASH | 873205 | 1,172.40 Cr | 0.00 Cr |

## Asset (EUR/EUR) Layer (Var Margin) (Euro)

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 30-08-13 | SYS | 177916 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 155124 | 48,216.56 Cr | 48,216.56 Cr |
| 02-09-13 | SYS | 178652 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 155124 | 48,216.56 Dr | 0.00 Cr |
| 12-11-13 | SYS | 208452 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 404,305.77 Dr | 404,305.77 Dr |
| 13-11-13 | SYS | 208572 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 404,305.77 Cr | 0.00 Cr |
| 13-11-13 | SYS | 209093 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 296,429.43 Dr | 296,429.43 Dr |
| 14-11-13 | SYS | 209206 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 296,429.43 Cr | 0.00 Cr |
| 14-11-13 | SYS | 209686 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 1,817,147.75 Dr | 1,817,147.75 Dr |
| 15-11-13 | SYS | 209812 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 1,817,147.75 Cr | 0.00 Cr |
| 15-11-13 | SYS | 210236 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 1,662,094.72 Dr | 1,662,094.72 Dr |
| 18-11-13 | SYS | 210749 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 1,662,094.72 Cr | 0.00 Cr |
| 18-11-13 | SYS | 210845 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 1,509,500.41 Dr | 1,509,500.41 Dr |
| 19-11-13 | SYS | 210986 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 1,509,500.41 Cr | 0.00 Cr |
| 19-11-13 | SYS | 211445 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 908,804.38 Dr | 908,804.38 Dr |
| 20-11-13 | SYS | 211592 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 908,804.38 Cr | 0.00 Cr |
| 20-11-13 | SYS | 212005 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 1,030,203.68 Dr | 1,030,203.68 Dr |
| 21-11-13 | SYS | 212132 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 1,030,203.68 Cr | 0.00 Cr |
| 21-11-13 | SYS | 212556 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 57,933.59 Cr | 57,933.59 Cr |
| 22-11-13 | SYS | 212674 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 57,933.59 Dr | 0.00 Cr |
| 22-11-13 | SYS | 213284 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 1,041,882.60 Cr | 1,041,882.60 Cr |
| 25-11-13 | SYS | 213841 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 1,041,882.60 Dr | 0.00 Cr |
| 25-11-13 | SYS | 213938 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 310,259.73 Dr | 310,259.73 Dr |
| 26-11-13 | SYS | 214108 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 310,259.73 Cr | 0.00 Cr |
| 26-11-13 | SYS | 214494 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 1,672,851.62 Cr | 1,672,851.62 Cr |
| 27-11-13 | SYS | 214646 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 1,672,851.62 Dr | 0.00 Cr |
| 27-11-13 | SYS | 215357 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 1,336,006.98 Cr | 1,336,006.98 Cr |
| 28-11-13 | SYS | 215476 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 1,336,006.98 Dr | 0.00 Cr |
| 28-11-13 | SYS | 216174 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 1,336,006.98 Cr | 1,336,006.98 Cr |
| 29-11-13 | SYS | 216298 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 1,336,006.98 Dr | 0.00 Cr |
| 29-11-13 | SYS | 217102 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 2,329,944.54 Cr | 2,329,944.54 Cr |
| 02-12-13 | SYS | 217761 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 2,329,944.54 Dr | 0.00 Cr |
| 02-12-13 | SYS | 217851 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 2,337,320.70 Cr | 2,337,320.70 Cr |
| 03-12-13 | SYS | 217976 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 2,337,320.70 Dr | 0.00 Cr |
| 03-12-13 | SYS | 218416 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 3,364,911.99 Cr | 3,364,911.99 Cr |
| 04-12-13 | SYS | 218570 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 3,364,911.99 Dr | 0.00 Cr |
| 04-12-13 | SYS | 219541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 3,856,809.66 Cr | 3,856,809.66 Cr |
| 05-12-13 | SYS | 219672 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169104 | 3,856,809.66 Dr | 0.00 Cr |
| 17-01-14 | SYS | 238147 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 205616 | 1,065,360.00 Cr | 1,065,360.00 Cr |

CONFIDENTIAL                                                                                                    ED&F-00039776
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 27 of 36 Produced on 08/28/2019 09:57:41

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

```
20-01-14 SYS  238546     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    205616       1,065,360.00 Dr              0.00 Cr
20-01-14 SYS  238622     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    205616       1,444,640.00 Cr      1,444,640.00 Cr

21-01-14 SYS  238720     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    205616       1,444,640.00 Dr              0.00 Cr
21-01-14 SYS  239149     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    205616       2,047,040.00 Cr      2,047,040.00 Cr

22-01-14 SYS  239256     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    205616       2,047,040.00 Dr              0.00 Cr
22-01-14 SYS  239728     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    205616       3,491,600.00 Cr      3,491,600.00 Cr

23-01-14 SYS  239846     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    205616       3,491,600.00 Dr              0.00 Cr
23-01-14 SYS  240212     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    205616       4,114,160.00 Cr      4,114,160.00 Cr

24-01-14 SYS  240326     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    205616       4,114,160.00 Dr              0.00 Cr
24-01-14 SYS  240706     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    205616       5,037,040.00 Cr      5,037,040.00 Cr

27-01-14 SYS  241088     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    205616       5,037,040.00 Dr              0.00 Cr
27-01-14 SYS  241169     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    205616       6,046,160.00 Cr      6,046,160.00 Cr

28-01-14 SYS  241274     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    205616       6,046,160.00 Dr              0.00 Cr
28-01-14 SYS  241610     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    205616       5,125,280.00 Cr      5,125,280.00 Cr

29-01-14 SYS  241722     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    205616       5,125,280.00 Dr              0.00 Cr
29-01-14 SYS  242033     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    205616       3,403,440.00 Cr      3,403,440.00 Cr

30-01-14 SYS  242139     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    205616       3,403,440.00 Dr              0.00 Cr
30-01-14 SYS  242490     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    205616       4,538,480.00 Cr      4,538,480.00 Cr

31-01-14 SYS  242597     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    205616       4,538,480.00 Dr              0.00 Cr

02-05-14 SYS  285803     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    271193         456,330.00 Dr        456,330.00 Dr

05-05-14 SYS  286201     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    271193         456,330.00 Cr              0.00 Cr

27-08-14 SYS  326980     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    323437          30,825.84 Cr         30,825.84 Cr

28-08-14 SYS  327014     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    323437          30,825.84 Dr              0.00 Cr
28-08-14 SYS  327335     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    323437         415,201.12 Cr        415,201.12 Cr

29-08-14 SYS  327386     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    323437         415,201.12 Dr              0.00 Cr
29-08-14 SYS  328545     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    323437         310,054.08 Cr        310,054.08 Cr

30-08-14 SYS  328687     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    323437         310,054.08 Cr        620,108.16 Cr

31-08-14 SYS  328710     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    323437         310,054.08 Cr        930,162.24 Cr

01-09-14 SYS  328724     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    323437         310,054.08 Dr        620,108.16 Cr
01-09-14 SYS  328730     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    323437         310,054.08 Dr        310,054.08 Cr
01-09-14 SYS  328731     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    323437         310,054.08 Dr              0.00 Cr

15-01-15 SYS  375614     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    372544       1,426,275.00 Dr      1,426,275.00 Dr

16-01-15 SYS  375660     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    372544       1,426,275.00 Cr              0.00 Cr
16-01-15 SYS  376045     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    372544       2,249,775.00 Dr      2,249,775.00 Dr

17-01-15 SYS  376083     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    372544       2,249,775.00 Dr      4,499,550.00 Dr

18-01-15 SYS  376101     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    372544       2,249,775.00 Dr      6,749,325.00 Dr

19-01-15 SYS  376115     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    372544       2,249,775.00 Cr      4,499,550.00 Dr
19-01-15 SYS  376122     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    372544       2,249,775.00 Cr      2,249,775.00 Dr
19-01-15 SYS  376123     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    372544       2,249,775.00 Cr              0.00 Dr
19-01-15 SYS  376540     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    372544       3,330,075.00 Dr      3,330,075.00 Dr

20-01-15 SYS  376600     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    372544       3,330,075.00 Cr              0.00 Cr
20-01-15 SYS  376942     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    372544       3,803,925.00 Dr      3,803,925.00 Dr

21-01-15 SYS  376987     Reversal of Customer Unre Reversal of Unrealized Gain/Loss Cust FUTURE    PROCEED-FUTURE    372544       3,803,925.00 Cr              0.00 Cr
21-01-15 SYS  377309     Customer Unrealized Gain/ Unrealized Gain/Loss Cust FUTURE                PROCEED-FUTURE    372544       4,291,050.00 Dr      4,291,050.00 Dr
```

CONFIDENTIAL                                                                                                                                                                                              ED&F-00039777
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 28 of 36 Produced on 08/28/2019 09:57:41