# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---:|---:|
| 22-01-15 | SYS | 377360 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 372544 | 4,291,050.00 Cr | 0.00 Cr |
| 05-05-15 | SYS | 421848 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 1,007,925.00 Dr | 1,007,925.00 Dr |
| 06-05-15 | SYS | 421885 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 1,007,925.00 Cr | 0.00 Cr |
| 06-05-15 | SYS | 422376 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 318,000.00 Dr | 318,000.00 Dr |
| 07-05-15 | SYS | 422420 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 318,000.00 Cr | 0.00 Cr |
| 07-05-15 | SYS | 422878 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 681,750.00 Dr | 681,750.00 Dr |
| 08-05-15 | SYS | 422927 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 681,750.00 Cr | 0.00 Cr |
| 08-05-15 | SYS | 423411 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 996,825.00 Dr | 996,825.00 Dr |
| 09-05-15 | SYS | 423453 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 996,825.00 Dr | 1,993,650.00 Dr |
| 10-05-15 | SYS | 423483 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 996,825.00 Dr | 2,990,475.00 Dr |
| 11-05-15 | SYS | 423497 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 996,825.00 Cr | 1,993,650.00 Dr |
| 11-05-15 | SYS | 423505 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 996,825.00 Cr | 996,825.00 Dr |
| 11-05-15 | SYS | 423506 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 996,825.00 Cr | 0.00 Cr |
| 11-05-15 | SYS | 424002 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 1,436,025.00 Dr | 1,436,025.00 Dr |
| 12-05-15 | SYS | 424039 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 1,436,025.00 Cr | 0.00 Cr |
| 12-05-15 | SYS | 424609 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 1,293,450.00 Dr | 1,293,450.00 Dr |
| 13-05-15 | SYS | 424647 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 1,293,450.00 Cr | 0.00 Cr |
| 13-05-15 | SYS | 425157 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 1,297,350.00 Dr | 1,297,350.00 Dr |
| 14-05-15 | SYS | 425195 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 1,297,350.00 Cr | 0.00 Cr |
| 14-05-15 | SYS | 425719 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 1,421,175.00 Dr | 1,421,175.00 Dr |
| 15-05-15 | SYS | 425751 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 1,421,175.00 Cr | 0.00 Cr |
| 15-05-15 | SYS | 426276 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 493170 | 187,575.00 Cr | 187,575.00 Cr |
| 15-05-15 | SYS | 426276 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 1,421,175.00 Dr | 1,233,600.00 Dr |
| 16-05-15 | SYS | 426319 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 493170 | 187,575.00 Cr | 1,046,025.00 Dr |
| 16-05-15 | SYS | 426319 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 1,421,175.00 Dr | 2,467,200.00 Dr |
| 17-05-15 | SYS | 426337 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 493170 | 187,575.00 Cr | 2,279,625.00 Dr |
| 17-05-15 | SYS | 426337 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 1,421,175.00 Dr | 3,700,800.00 Dr |
| 18-05-15 | SYS | 426351 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 493170 | 187,575.00 Dr | 3,888,375.00 Dr |
| 18-05-15 | SYS | 426351 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 1,421,175.00 Cr | 2,467,200.00 Dr |
| 18-05-15 | SYS | 426360 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 493170 | 187,575.00 Dr | 2,654,775.00 Dr |
| 18-05-15 | SYS | 426360 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 1,421,175.00 Cr | 1,233,600.00 Dr |
| 18-05-15 | SYS | 426361 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 493170 | 187,575.00 Dr | 1,421,175.00 Dr |
| 18-05-15 | SYS | 426361 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 487817 | 1,421,175.00 Cr | 0.00 Cr |
| 30-09-15 | SYS | 474980 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 547115 | 75,920.00 Dr | 75,920.00 Dr |
| 01-10-15 | SYS | 475180 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 547115 | 75,920.00 Cr | 0.00 Cr |
| 01-10-15 | SYS | 475700 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 547115 | 98,000.00 Cr | 98,000.00 Cr |
| 02-10-15 | SYS | 475740 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 547115 | 98,000.00 Dr | 0.00 Cr |
| 02-10-15 | SYS | 476180 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 547115 | 104,080.00 Dr | 104,080.00 Dr |
| 05-10-15 | SYS | 476249 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 547115 | 104,080.00 Cr | 0.00 Cr |
| 05-10-15 | SYS | 476665 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 547115 | 904,240.00 Dr | 904,240.00 Dr |
| 06-10-15 | SYS | 476720 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 547115 | 904,240.00 Cr | 0.00 Cr |
| 06-10-15 | SYS | 477020 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 547115 | 1,056,280.00 Dr | 1,056,280.00 Dr |
| 07-10-15 | SYS | 477060 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 547115 | 1,056,280.00 Cr | 0.00 Cr |
| 03-12-15 | SYS | 499347 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 560495 | 269,280.00 Cr | 269,280.00 Cr |

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 04-12-15 | SYS | 499376 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 560495 | 269,280.00 Dr | 0.00 Cr |
| 04-12-15 | SYS | 499720 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 560495 | 481,920.00 Cr | 481,920.00 Cr |
| 07-12-15 | SYS | 499799 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 560495 | 481,920.00 Dr | 0.00 Cr |
| 07-12-15 | SYS | 500280 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 560495 | 292,800.00 Cr | 292,800.00 Cr |
| 08-12-15 | SYS | 500317 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 560495 | 292,800.00 Dr | 0.00 Cr |
| 08-12-15 | SYS | 500784 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 560495 | 571,920.00 Cr | 571,920.00 Cr |
| 09-12-15 | SYS | 500818 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 560495 | 571,920.00 Dr | 0.00 Cr |
| 09-12-15 | SYS | 501140 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 560495 | 601,740.00 Cr | 601,740.00 Cr |
| 10-12-15 | SYS | 501177 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 560495 | 601,740.00 Dr | 0.00 Cr |
| 19-04-16 | SYS | 541685 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 587779 | 60,570.00 Dr | 60,570.00 Dr |
| 20-04-16 | SYS | 541722 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 587779 | 60,570.00 Cr | 0.00 Cr |
| 20-04-16 | SYS | 542240 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 587779 | 182,160.00 Cr | 182,160.00 Cr |
| 21-04-16 | SYS | 542276 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 587779 | 182,160.00 Dr | 0.00 Cr |
| 21-04-16 | SYS | 543060 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 587779 | 406,800.00 Cr | 406,800.00 Cr |
| 22-04-16 | SYS | 543097 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 587779 | 406,800.00 Dr | 0.00 Cr |
| 22-04-16 | SYS | 543780 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 587779 | 384,210.00 Cr | 384,210.00 Cr |
| 25-04-16 | SYS | 543848 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 587779 | 384,210.00 Dr | 0.00 Cr |
| 25-04-16 | SYS | 544527 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 587779 | 500,580.00 Cr | 500,580.00 Cr |
| 26-04-16 | SYS | 544564 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 587779 | 500,580.00 Dr | 0.00 Cr |
| 30-03-17 | SYS | 675514 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690899 | 2,954.00 Cr | 2,954.00 Cr |
| 31-03-17 | SYS | 675552 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690899 | 2,954.00 Dr | 0.00 Cr |
| 31-03-17 | SYS | 676169 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690899 | 1,752.00 Cr | 1,752.00 Cr |
| 03-04-17 | SYS | 676375 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690899 | 1,752.00 Dr | 0.00 Cr |
| 03-04-17 | SYS | 677133 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690899 | 2,300.00 Cr | 2,300.00 Cr |
| 04-04-17 | SYS | 677168 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690899 | 2,300.00 Dr | 0.00 Cr |
| 04-04-17 | SYS | 677824 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690899 | 4,294.00 Cr | 4,294.00 Cr |
| 05-04-17 | SYS | 677862 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690899 | 4,294.00 Dr | 0.00 Cr |
| 05-04-17 | SYS | 678395 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690899 | 8,122.00 Dr | 8,122.00 Dr |
| 06-04-17 | SYS | 678433 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690899 | 8,122.00 Cr | 0.00 Cr |
| 06-12-17 | SYS | 794184 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788702 | 1,954.00 Cr | 1,954.00 Cr |
| 07-12-17 | SYS | 794222 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788702 | 1,954.00 Dr | 0.00 Cr |
| 07-12-17 | SYS | 794805 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788702 | 2,050.00 Dr | 2,050.00 Dr |
| 08-12-17 | SYS | 794843 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788702 | 2,050.00 Cr | 0.00 Cr |
| 08-12-17 | SYS | 795593 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788702 | 11,856.00 Dr | 11,856.00 Dr |
| 11-12-17 | SYS | 795664 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788702 | 11,856.00 Cr | 0.00 Cr |
| 11-12-17 | SYS | 796089 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788702 | 3,074.00 Dr | 3,074.00 Dr |
| 12-12-17 | SYS | 796126 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788702 | 3,074.00 Cr | 0.00 Cr |
| 12-12-17 | SYS | 796783 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788702 | 10,680.00 Dr | 10,680.00 Dr |
| 13-12-17 | SYS | 796823 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788702 | 10,680.00 Cr | 0.00 Cr |

**Asset (EUR/EUR) Layer (SEG CASH ACC) (Euro)**