# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---:|---:|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 09-01-13 | USR | 45171 | User Adjustment | NONSEG TO SEG MOVEMENTS FOR ACER | Unclassified | | 100,000.00 Cr | 100,000.00 Cr |
| 18-03-13 | USR | 69845 | User Adjustment | SEG TO NONSEG AMERICAN INVESTMENT GROUP | Unclassified | | 100,000.00 Dr | 0.00 Cr |
| 05-04-13 | USR | 79572 | User Adjustment | NON SEG TO SEG AMERICAN INV | Unclassified | | 100,000.00 Cr | 100,000.00 Cr |
| 24-02-14 | USR | 250739 | User Adjustment | Non Seg to Seg Move | Unclassified | | 9,684.84 Dr | 90,315.16 Cr |
| 25-02-14 | USR | 251420 | User Adjustment | Rev - Non Seg to Seg Move | Unclassified | | 9,684.84 Cr | 100,000.00 Cr |
| 25-02-14 | USR | 251448 | User Adjustment | Rev - Non Seg to Seg Move | Unclassified | | 9,684.84 Cr | 109,684.84 Cr |
| 04-04-14 | USR | 276439 | User Adjustment | Seg to Non Seg Move | Unclassified | | 100,000.00 Dr | 9,684.84 Cr |
| 15-04-14 | USR | 279260 | User Adjustment | Seg to Non Seg Move | Unclassified | | 9,684.84 Dr | 0.00 Cr |
| 12-01-17 | USR | 646819 | User Adjustment | NON SEG TO SEG | Unclassified | | 76,025.35 Cr | 76,025.35 Cr |
| 11-08-17 | USR | 738392 | User Adjustment | Transfer from NONSEG to SEG | Unclassified | | 96,583.48 Cr | 172,608.83 Cr |
| 07-12-17 | USR | 794433 | User Adjustment | SEG to NON SEG MOVE | Unclassified | | 1,459.07 Dr | 171,149.76 Cr |
| 17-04-18 | USR | 845683 | User Adjustment | Seg to Non Seg | Unclassified | | 171,149.76 Dr | 0.00 Cr |

## Asset (USD/USD) Layer (Cash) (US Dollar)

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---:|---:|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 08-01-13 | USR | 44982 | User Adjustment | USD 200,000 FOR AMERICAN INVESTMENT GROUP | Unclassified | | 200,000.00 Cr | 200,000.00 Cr |
| 09-01-13 | USR | 45171 | User Adjustment | NONSEG TO SEG MOVEMENTS FOR ACER | Unclassified | | 200,000.00 Dr | 0.00 Cr |
| 18-03-13 | TRD | T000007021501001 | Trade | BUY 6,000,000 136385101 @ 32.61 USD 195,660,0 | PROCEED-EQUITY | 70215 | 195,660,000.00 Dr | 195,660,000.00 Dr |
| 18-03-13 | TRC | T000007021401001 | Trade | SEL C 136385101/USD OTC Op @ 32.4856 .01013 3 | PROCEED-OTC-OP | 70214 | 194,913,600.00 Cr | 746,400.00 Dr |
| 18-03-13 | USR | 69845 | User Adjustment | SEG TO NONSEG AMERICAN INVESTMENT GROUP | Unclassified | | 200,000.00 Cr | 546,400.00 Dr |
| 19-03-13 | TRD | T000007226301001 | Trade | BUY C 136385101/USD OTC Op @ 32.98987 .01013 | PROCEED-OTC-OP | 72263 | 197,939,220.00 Dr | 198,485,620.00 Dr |
| 19-03-13 | TRC | T000007214901001 | Trade | SEL 6,000,000 136385101 @ 33 USD 198,000,000 | PROCEED-EQUITY | 72149 | 198,000,000.00 Cr | 485,620.00 Dr |
| 03-04-13 | USR | 78746 | User Adjustment | DIVIDEND PROCEEDS CANADIAN RESOURCES | Unclassified | | 736,662.00 Cr | 251,042.00 Cr |
| 05-04-13 | USR | 79565 | User Adjustment | CLEARANCE CHARGE | Unclassified | | 57,733.00 Dr | 193,309.00 Dr |
| 05-04-13 | USR | 79571 | User Adjustment | NONSEG TO SEG - AMERICAN INVEST | Unclassified | | 251,042.00 Dr | 57,733.00 Dr |
| 15-04-13 | USR | 82172 | User Adjustment | CLEARANCE CHARGE to rev and correct | Unclassified | | 49,089.00 Dr | 106,822.00 Dr |
| 15-04-13 | USR | 82172 | User Adjustment | CLEARANCE CHARGE to rev and correct | Unclassified | | 57,733.00 Dr | 49,089.00 Dr |
| 23-04-13 | USR | 87243 | User Adjustment | SEG TO NON SEG AMERICAN INVEST | Unclassified | | 49,089.00 Cr | 0.00 Cr |
| 04-06-13 | SYS | 124706 | Reversal of Trade | SEL C SU US/USD OTC Op @ 31.2269 .01295 6/4/1 | PROCEED-OTC-OP | 120709 | 65,741,992.57 Dr | 65,741,992.57 Dr |
| 04-06-13 | TRD | T000120705010002 | Trade | BUY 2,105,300 SU US @ 31.42 USD 66,148,526 | PROCEED-EQUITY | 120705 | 66,148,526.00 Dr | 131,890,518.57 Dr |
| 04-06-13 | TRC | T000120709010002 | Trade | SEL C SU US/USD OTC Op @ 31.2269 .01295 6/4/1 | PROCEED-OTC-OP | 120709 | 65,741,992.57 Cr | 66,148,526.00 Dr |
| 04-06-13 | TRC | T000122209010002 | Trade | SEL C SU US/USD OTC Op @ 31.2269 .01295 6/10/ | PROCEED-OTC-OP | 122090 | 65,741,992.57 Cr | 406,533.43 Dr |
| 10-06-13 | TRD | T000126194010002 | Trade | BUY C SU US/USD OTC Op @ 30.70705 .01295 6/10 | PROCEED-OTC-OP | 126194 | 64,647,552.37 Dr | 65,054,085.80 Dr |
| 10-06-13 | TRC | T000126190010002 | Trade | SEL 2,105,300 SU US @ 30.72 USD 64,674,816 | PROCEED-EQUITY | 126190 | 64,674,816.00 Cr | 379,269.80 Dr |
| 26-06-13 | USR | 143064 | User Adjustment | MARCH 2013 USA TICKET CHARGE FEE | Unclassified | | 1,000.00 Dr | 380,269.80 Dr |
| 27-06-13 | USR | 143761 | User Adjustment | CASH DIV - SU US - PD 25-06-2013 | Unclassified | | 400,055.42 Cr | 19,785.62 Cr |

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

```
25-07-13 USR 159536            User Adjustment        June Ticket Charge ? USA                              Unclassified                    1,000.00 Dr          18,785.62 Cr
15-08-13 TRD T00014987701002   Trade                  BUY 3,525,500 EGO US @ 8.5 USD 29,966,750             PROCEED-EQUITY      149877      29,966,750.00 Dr     29,947,964.38 Dr
15-08-13 TRC T00014988101002   Trade                  SEL C EGO US/USD OTC Op @ 8.45189 .004129 8/2         PROCEED-OTC-OP      149881      29,797,138.20 Cr        150,826.18 Dr
16-08-13 TRD T00014995101002   Trade                  BUY 3,217,400 TLM CN @ 10.83 USD 34,844,442           PROCEED-EQUITY      149951      34,844,442.00 Dr     34,995,268.18 Dr
16-08-13 TRC T00014994501002   Trade                  SEL C TLM CN/USD OTC Op @ 10.7625 .002639 8/2         PROCEED-OTC-OP      149945      34,627,267.50 Cr        368,000.68 Dr
19-08-13 TRD T00015111601001   Trade                  BUY C TLM CN/USD OTC Op @ 10.93736 .00264 8/2         PROCEED-OTC-OP      151116      35,189,862.06 Dr     35,557,862.74 Dr
19-08-13 TRC T00015111101001   Trade                  SEL 3,217,400 TLM CN @ 10.94 USD 35,198,356           PROCEED-EQUITY      151111      35,198,356.00 Cr        359,506.74 Dr
19-08-13 USR 170140            User Adjustment        SU US clearance charge                                Unclassified                    18,390.00 Dr           377,896.74 Dr
21-08-13 SYS 171517            Reversal of Trade      BUY C TLM CN/USD OTC Op @ 10.93736 .00264 8/2         PROCEED-OTC-OP      151116      35,189,862.06 Cr     34,811,965.32 Dr
21-08-13 SYS 171520            Reversal of Trade      SEL 3,217,400 TLM CN @ 10.94 USD 35,198,356           PROCEED-EQUITY      151111      35,198,356.00 Dr        386,390.68 Dr
21-08-13 TRD T00015042201002   Trade                  BUY C EGO US/USD OTC Op @ 9.22587 .004129 8/2         PROCEED-OTC-OP      150422      32,525,804.69 Dr     32,912,195.37 Dr
21-08-13 TRC T00015038201002   Trade                  SEL 3,525,500 EGO US @ 9.23 USD 32,540,365            PROCEED-EQUITY      150382      32,540,365.00 Cr        371,830.37 Dr
21-08-13 USR 171542            User Adjustment        July 2013 Ticket Charge - US                          Unclassified                    1,000.00 Dr           372,830.37 Dr
22-08-13 TRD T00015156701002   Trade                  BUY C TLM CN/USD OTC Op @ 10.93736 .00264 8/2         PROCEED-OTC-OP      151567      35,189,862.06 Dr     35,562,692.43 Dr
22-08-13 TRC T00015157301002   Trade                  SEL 3,217,400 TLM CN @ 10.94 USD 35,198,356           PROCEED-EQUITY      151573      35,198,356.00 Cr        364,336.43 Dr
27-08-13 USR 175114            User Adjustment        CASH DIV - EGO US - PD 26/08/13                       Unclassified                    167,510.60 Cr         196,825.83 Dr
30-08-13 TRD T00015256501002   Trade                  BUY 3,423,200 ABX CN @ 20.81 USD 71,236,792           PROCEED-EQUITY      152565      71,236,792.00 Dr     71,433,617.83 Dr
30-08-13 TRC T00015296301002   Trade                  SEL C ABX CN/USD OTC Op @ 20.76 .000728 9/6/1         PROCEED-OTC-OP      152963      71,065,632.00 Cr        367,985.83 Dr
06-09-13 TRD T00015733701002   Trade                  BUY C ABX CN/USD OTC Op @ 19.41927 .000728 9/         PROCEED-OTC-OP      157337      66,476,045.06 Dr     66,844,030.89 Dr
06-09-13 TRC T00015733201002   Trade                  SEL 3,423,200 ABX CN @ 19.42 USD 66,478,544           PROCEED-EQUITY      157332      66,478,544.00 Cr        365,486.89 Dr
16-09-13 USR 184571            User Adjustment        TICKET CHARGES - ACER                                 Unclassified                    1,000.00 Dr           366,486.89 Dr
16-09-13 USR 184584            User Adjustment        TICKET CHARGES - ACER                                 Unclassified                    1,000.00 Dr           367,486.89 Dr
17-09-13 USR 185318            User Adjustment        CASH DIV - ABX CN - PD16/09/13                        Unclassified                    171,160.00 Cr         196,326.89 Dr
24-09-13 USR 188473            User Adjustment        EGO US Clearance Charge                               Unclassified                    9,640.05 Dr           205,966.94 Dr
26-09-13 USR 189670            User Adjustment        ABX US Clearance Charge                               Unclassified                    1,445.87 Dr           207,412.81 Dr
30-09-13 USR 190603            User Adjustment        Rev  TICKET CHARGES - ACER                            Unclassified                    1,000.00 Cr           206,412.81 Dr
01-10-13 USR 191631            User Adjustment        CASH DIV - TLM CN - PD 30/09/13                       Unclassified                    217,174.50 Cr          10,761.69 Cr
08-10-13 USR 194351            User Adjustment        TLM CN Clearance Charge                               Unclassified                    8,037.30 Dr            2,724.39 Cr
08-11-13 USR 207018            User Adjustment        US Ticket charges ? SEP 2013                          Unclassified                    30.00 Dr                2,694.39 Cr
15-11-13 TRD T00017004901002   Trade                  BUY 200,000 92719A106 @ 12.9902 USD 2,598,032         PROCEED-EQUITY      170049      2,598,032.00 Dr      2,595,337.61 Dr
15-11-13 TRD T00017005101002   Trade                  BUY 200,000 92719A106 @ 12.9902 USD 2,598,032         PROCEED-EQUITY      170051      2,598,032.00 Dr      5,193,369.61 Dr
15-11-13 TRD T00017005501002   Trade                  BUY 200,000 92719A106 @ 12.9902 USD 2,598,032         PROCEED-EQUITY      170055      2,598,032.00 Dr      7,791,401.61 Dr
15-11-13 TRD T00017005701002   Trade                  BUY 200,000 92719A106 @ 12.9902 USD 2,598,032         PROCEED-EQUITY      170057      2,598,032.00 Dr     10,389,433.61 Dr
15-11-13 TRD T00017006701002   Trade                  BUY 200,000 92719A106 @ 12.9902 USD 2,598,032         PROCEED-EQUITY      170067      2,598,032.00 Dr     12,987,465.61 Dr
15-11-13 TRD T00017006901002   Trade                  BUY 200,000 92719A106 @ 12.9902 USD 2,598,032         PROCEED-EQUITY      170069      2,598,032.00 Dr     15,585,497.61 Dr
15-11-13 TRD T00017007101002   Trade                  BUY 200,000 92719A106 @ 12.9902 USD 2,598,032         PROCEED-EQUITY      170071      2,598,032.00 Dr     18,183,529.61 Dr
15-11-13 TRD T00017007501002   Trade                  BUY 84,000 92719A106 @ 12.9902 USD 1,091,173.         PROCEED-EQUITY      170075      1,091,173.44 Dr     19,274,703.05 Dr
18-11-13 SYS 209351            Reversal of Trade      SEL C TLM CN/EUR OTC Op @ 11.9325 .00425 11/2         PROCEED-OTC-OP      169965      45,205,083.00 Dr     64,479,786.05 Dr
18-11-13 SYS 210405            Reversal of Trade      BUY 200,000 92719A106 @ 12.9902 USD 2,598,032         PROCEED-EQUITY      170051      2,598,032.00 Cr     61,881,754.05 Dr
18-11-13 SYS 210406            Reversal of Trade      BUY 200,000 92719A106 @ 12.9902 USD 2,598,032         PROCEED-EQUITY      170049      2,598,032.00 Cr     59,283,722.05 Dr
18-11-13 SYS 210407            Reversal of Trade      BUY 200,000 92719A106 @ 12.9902 USD 2,598,032         PROCEED-EQUITY      170057      2,598,032.00 Cr     56,685,690.05 Dr
18-11-13 SYS 210408            Reversal of Trade      BUY 200,000 92719A106 @ 12.9902 USD 2,598,032         PROCEED-EQUITY      170055      2,598,032.00 Cr     54,087,658.05 Dr
18-11-13 TRD T00016995401002   Trade                  BUY 3,188,400 TLM CN @ 12 USD 38,260,800              PROCEED-EQUITY      169954      38,260,800.00 Dr     92,348,458.05 Dr
18-11-13 TRC T00016996501002   Trade                  SEL C TLM CN/EUR OTC Op @ 11.9325 .00425 11/2         PROCEED-OTC-OP      169965      45,205,083.00 Cr     47,143,375.05 Dr
18-11-13 TRC T00017010101002   Trade                  SEL C TLM CN/EUR OTC Op @ 11.9325 .00425 11/2         PROCEED-OTC-OP      170101      38,045,583.00 Cr      9,097,792.05 Dr
20-11-13 SYS 211694            Reversal of Trade      SEL C TLM CN/EUR OTC Op @ 11.9325 .00425 11/2         PROCEED-OTC-OP      170101      38,045,583.00 Dr     47,143,375.05 Dr
20-11-13 TRC T00017138001002   Trade                  SEL C TLM CN/USD OTC Op @ 11.9325 .00425 11/2         PROCEED-OTC-OP      171380      38,045,583.00 Cr      9,097,792.05 Dr
22-11-13 TRD T00017132701002   Trade                  BUY C TLM CN/USD OTC Op @ 12.17575 .00425 11/         PROCEED-OTC-OP      171327      38,821,161.30 Dr     47,918,953.35 Dr
```