# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 22-11-13 | TRC | T00017124301002 | Trade | SEL 3,188,400 TLM CN @ 12.18 USD 38,834,712 | PROCEED-EQUITY | 171243 | 38,834,712.00 Cr | 9,084,241.35 Dr |
| 12-12-13 | USR | 223164 | User Adjustment | ABI BB Clearance Charge | Unclassified | | 75,269.11 Dr | 9,159,510.46 Dr |
| 13-12-13 | USR | 223793 | User Adjustment | Reverse of ABI BB Clearance Charge | Unclassified | | 75,269.11 Cr | 9,084,241.35 Dr |
| 27-12-13 | USR | 229978 | User Adjustment | CASH DIV - VIP US - PD 13-12-2013 | Unclassified | | 254,790.00 Cr | 8,829,451.35 Dr |
| 07-01-14 | USR | 233604 | User Adjustment | Mkt Ticket charges ? November 2014 | Unclassified | | 240.00 Dr | 8,829,691.35 Dr |
| 08-01-14 | USR | 234141 | User Adjustment | Mkt Ticket charges ? November 2013 | Unclassified | | 240.00 Dr | 8,829,931.35 Dr |
| 08-01-14 | USR | 234200 | User Adjustment | Revers of Mkt Ticket charges ? November 2014 | Unclassified | | 240.00 Cr | 8,829,691.35 Dr |
| 21-01-14 | USR | 238896 | User Adjustment | CASH DIV - TLM CN - PD 31-12-2013 | Unclassified | | 215,217.00 Cr | 8,614,474.35 Dr |
| 23-01-14 | USR | 239981 | User Adjustment | TLM CN Clearance Charge | Unclassified | | 13,031.74 Dr | 8,627,506.09 Dr |
| 27-01-14 | USR | 240871 | User Adjustment | Non Seg to Seg Move | Unclassified | | 2,937.35 Dr | 8,630,443.44 Dr |
| 03-02-14 | SYS | 243547 | Reversal of Trade | SEL C TLM CN/USD OTC Op @ 11.9325 .00425 11/2 | PROCEED-OTC-OP | 171380 | 38,045,583.00 Dr | 46,676,026.44 Dr |
| 03-02-14 | SYS | 243557 | Reversal of Trade | SEL C TLM CN/USD OTC Op @ 10.7625 .002639 8/2 | PROCEED-OTC-OP | 149945 | 34,627,267.50 Dr | 81,303,293.94 Dr |
| 03-02-14 | TRC | T00020874901002 | Trade | SEL C TLM CN/USD OTC Op @ 11.9325 .00425 11/2 | PROCEED-OTC-OP | 208749 | 38,045,583.00 Cr | 43,257,710.94 Dr |
| 03-02-14 | TRC | T00020875901002 | Trade | SEL C TLM CN/USD OTC Op @ 10.7625 .00264 8/22 | PROCEED-OTC-OP | 208759 | 34,627,267.50 Cr | 8,630,443.44 Dr |
| 24-02-14 | USR | 250752 | User Adjustment | Non Seg to Seg Move | Unclassified | | 5,651.94 Dr | 8,636,095.38 Dr |
| 25-02-14 | USR | 251369 | User Adjustment | SWAP DIVS - VIP US - P/D 13/12/13 | Unclassified | | 254,790.00 Dr | 8,890,885.38 Dr |
| 25-02-14 | USR | 251433 | User Adjustment | Rev - Non Seg to Seg Move | Unclassified | | 5,651.94 Cr | 8,885,233.44 Dr |
| 25-02-14 | USR | 251462 | User Adjustment | Rev - Non Seg to Seg Move | Unclassified | | 5,651.94 Cr | 8,879,581.50 Dr |
| 04-04-14 | USR | 276446 | User Adjustment | Seg to Non Seg Move | Unclassified | | 199,238.41 Cr | 8,680,343.09 Dr |
| 04-04-14 | USR | 276460 | User Adjustment | Wire Transfer | Unclassified | | 300,000.00 Cr | 8,380,343.09 Dr |
| 10-06-14 | USR | 299606 | User Adjustment | WHT RECLAIM - VIP US - PD 13/12/13 | Unclassified | | 17,136.30 Cr | 8,363,206.79 Dr |
| 24-06-14 | USR | 305749 | User Adjustment | WHT RECLAIM - VIP US - PD 13/12/13 | Unclassified | | 22,569.69 Cr | 8,340,637.10 Dr |
| 16-07-14 | USR | 314539 | User Adjustment | VIP US clearance charge | Unclassified | | 39,433.41 Dr | 8,380,070.51 Dr |
| 21-07-14 | USR | 315754 | User Adjustment | CASH PAYMENT | Unclassified | | 300,000.00 Dr | 8,680,070.51 Dr |
| 24-07-14 | USR | 316915 | User Adjustment | VIP US DIV adj PD 13/12/13 | Unclassified | | 1,566.19 Cr | 8,678,504.32 Dr |
| 01-08-14 | TRC | T00031626801002 | Trade | SEL 1,722,465.87 DKK @ .1794 USD 308,962.48 | CASH | 316268 | 308,962.48 Cr | 8,369,541.84 Dr |
| 10-09-14 | USR | 332094 | User Adjustment | USD CASH PAYMENT | Unclassified | | 150,000.00 Dr | 8,519,541.84 Dr |
| 17-11-14 | SYS | 354460 | Swap Close | Realized gain/loss for Full close of Swap #35 | CASH | 357085 | 4,883,760.00 Cr | 3,635,781.84 Dr |
| 18-11-14 | TRC | T00035868301002 | Trade | SEL 684,000 92719A106 @ 5.85 USD 4,001,400 | PROCEED-EQUITY | 358683 | 4,001,400.00 Cr | 365,618.16 Cr |
| 19-11-14 | SYS | 356770 | Reversal of Trade | SEL 684,000 92719A106 @ 5.85 USD 4,001,400 | PROCEED-EQUITY | 358683 | 4,001,400.00 Dr | 3,635,781.84 Dr |
| 19-11-14 | TRC | T00035960601002 | Trade | SEL 684,000 US92719A1060 @ 5.85 USD 4,001,400 | PROCEED-EQUITY | 359606 | 4,001,400.00 Cr | 365,618.16 Cr |
| 06-02-15 | SYS | 382364 | Reversal of Trade | BUY 900,000 UN US @ 43.1005 USD 38,790,486 | PROCEED-EQUITY | 375528 | 38,790,486.00 Cr | 39,156,104.16 Cr |
| 06-02-15 | SYS | 382406 | Reversal of Trade | BUY 900,000 UN US @ 43.1005 USD 38,790,486 | PROCEED-EQUITY | 375529 | 38,790,486.00 Cr | 77,946,590.16 Cr |
| 06-02-15 | TRD | T00037552801002 | Trade | BUY 900,000 UN US @ 43.1005 USD 38,790,486 | PROCEED-EQUITY | 375528 | 38,790,486.00 Dr | 39,156,104.16 Cr |
| 06-02-15 | TRD | T00037552901002 | Trade | BUY 900,000 UN US @ 43.1005 USD 38,790,486 | PROCEED-EQUITY | 375529 | 38,790,486.00 Dr | 365,618.16 Cr |
| 06-02-15 | TRD | T00037556601002 | Trade | BUY 900,000 UN US @ 43.1005 USD 38,790,486 | PROCEED-EQUITY | 375560 | 38,790,486.00 Dr | 38,424,867.84 Dr |
| 06-02-15 | TRD | T00037608001002 | Trade | BUY 900,000 UN US @ 43.1005 USD 38,790,486 | PROCEED-EQUITY | 376080 | 38,790,486.00 Dr | 77,215,353.84 Dr |
| 12-02-15 | SYS | 384757 | Reversal of Trade | BUY 400,000 RDS/A US @ 65.6608 USD 26,264,328 | PROCEED-EQUITY | 378388 | 26,264,328.00 Cr | 50,951,025.84 Dr |
| 12-02-15 | SYS | 384760 | Reversal of Trade | BUY 500,000 RDS/A US @ 65.6608 USD 32,830,410 | PROCEED-EQUITY | 378389 | 32,830,410.00 Cr | 18,120,615.84 Dr |
| 12-02-15 | SYS | 384761 | Reversal of Trade | BUY 500,000 RDS/A US @ 65.6608 USD 32,830,410 | PROCEED-EQUITY | 378392 | 32,830,410.00 Cr | 14,709,794.16 Cr |
| 12-02-15 | SYS | 384762 | Reversal of Trade | BUY 500,000 RDS/A US @ 65.6608 USD 32,830,410 | PROCEED-EQUITY | 378390 | 32,830,410.00 Cr | 47,540,204.16 Cr |
| 12-02-15 | SYS | 384763 | Reversal of Trade | BUY 500,000 RDS/A US @ 65.6608 USD 32,830,410 | PROCEED-EQUITY | 378391 | 32,830,410.00 Cr | 80,370,614.16 Cr |

CONFIDENTIAL                                                                                                                                   ED&F-00039782

Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 33 of 36 Produced on 08/28/2019 09:57:41

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 12-02-15 | TRD | T00037838801002 | Trade | BUY 400,000 RDS/A US @ 65.6608 USD 26,264,328 | PROCEED-EQUITY | 378388 | 26,264,328.00 Dr | 54,106,286.16 Cr |
| 12-02-15 | TRD | T00037838901002 | Trade | BUY 500,000 RDS/A US @ 65.6608 USD 32,830,410 | PROCEED-EQUITY | 378389 | 32,830,410.00 Dr | 21,275,876.16 Cr |
| 12-02-15 | TRD | T00037839001002 | Trade | BUY 500,000 RDS/A US @ 65.6608 USD 32,830,410 | PROCEED-EQUITY | 378390 | 32,830,410.00 Dr | 11,554,533.84 Dr |
| 12-02-15 | TRD | T00037839101002 | Trade | BUY 500,000 RDS/A US @ 65.6608 USD 32,830,410 | PROCEED-EQUITY | 378391 | 32,830,410.00 Dr | 44,384,943.84 Dr |
| 12-02-15 | TRD | T00037839201002 | Trade | BUY 500,000 RDS/A US @ 65.6608 USD 32,830,410 | PROCEED-EQUITY | 378392 | 32,830,410.00 Dr | 77,215,353.84 Dr |
| 13-02-15 | TRD | T00038034001002 | Trade | BUY 400,000 RDS/A US @ 65.6608 USD 26,264,328 | PROCEED-EQUITY | 380340 | 26,264,328.00 Dr | 103,479,681.84 Dr |
| 13-02-15 | TRD | T00038035001002 | Trade | BUY 500,000 RDS/A US @ 65.6608 USD 32,830,410 | PROCEED-EQUITY | 380350 | 32,830,410.00 Dr | 136,310,091.84 Dr |
| 13-02-15 | TRD | T00038035201002 | Trade | BUY 500,000 RDS/A US @ 65.6608 USD 32,830,410 | PROCEED-EQUITY | 380352 | 32,830,410.00 Dr | 169,140,501.84 Dr |
| 13-02-15 | TRD | T00038035501002 | Trade | BUY 500,000 RDS/A US @ 65.6608 USD 32,830,410 | PROCEED-EQUITY | 380355 | 32,830,410.00 Dr | 201,970,911.84 Dr |
| 13-02-15 | TRD | T00038035701002 | Trade | BUY 500,000 RDS/A US @ 65.6608 USD 32,830,410 | PROCEED-EQUITY | 380357 | 32,830,410.00 Dr | 234,801,321.84 Dr |
| 16-03-15 | USR | 396196 | User Adjustment | CASH DIV - UN US - PD 11/03/15 | Unclassified | | 581,040.00 Cr | 234,220,281.84 Dr |
| 16-03-15 | USR | 396355 | User Adjustment | UN US clearance charge | Unclassified | | 50,616.26 Dr | 234,270,898.10 Dr |
| 24-03-15 | TRC | T00042562901002 | Trade | SEL 184,162.8 DKK @ .1432 USD 26,376.8 | CASH | 425629 | 26,376.80 Cr | 234,244,521.30 Dr |
| 25-03-15 | USR | 399917 | User Adjustment | RDS/A US clearance charge | Unclassified | | 2,062,746.37 Dr | 236,307,267.67 Dr |
| 25-03-15 | USR | 399959 | User Adjustment | CASH DIV - RDS/A US - PD 20/03/15 | Unclassified | | 2,238,000.00 Cr | 234,069,267.67 Dr |
| 30-04-15 | SYS | 417810 | Swap Close | Realized gain/loss for Full close of Swap #37 | CASH | 375827 | 3,841,200.00 Dr | 237,910,467.67 Dr |
| 01-05-15 | TRD | T00048483601002 | Trade | BUY 390,000 BUD US @ 124.0016 USD 48,360,604. | PROCEED-EQUITY | 484836 | 48,360,604.50 Dr | 286,271,072.17 Dr |
| 21-05-15 | SYS | 426849 | Swap Close | Realized gain/loss for Full close of Swap #37 | CASH | 378429 | 8,257,680.00 Cr | 278,013,392.17 Dr |
| 25-05-15 | USR | 429544 | User Adjustment | CASH DIV - BUD US - PD 20/05/15 | Unclassified | | 636,124.71 Cr | 277,377,267.46 Dr |
| 27-05-15 | TRC | T00049815401002 | Trade | SEL 57,427.01 DKK @ .1474 USD 8,463.07 | CASH | 498154 | 8,463.07 Cr | 277,368,804.39 Dr |
| 03-06-15 | SYS | 432489 | Swap Close | Realized gain/loss for Full close of Swap #48 | CASH | 484822 | 20,280.00 Cr | 277,348,524.39 Dr |
| 04-06-15 | USR | 435265 | User Adjustment | BUD US funding May | Unclassified | | 17,598.74 Dr | 277,366,123.13 Dr |
| 09-06-15 | USR | 437061 | User Adjustment | UN US clearance fee | Unclassified | | 18,759.60 Cr | 277,347,363.53 Dr |
| 11-06-15 | TRD | T00050595201002 | Trade | BUY 1,687.3 EUR @ 1.1239 USD 1,896.36 | CASH | 505952 | 1,896.36 Dr | 277,349,259.89 Dr |
| 23-06-15 | USR | 442650 | User Adjustment | STCK LOAN DIV - RDS/A US - PD 22/06/15 | Unclassified | | 2,256,000.00 Cr | 275,093,259.89 Dr |
| 25-06-15 | TRD | T00051566701002 | Trade | BUY 282.43 EUR @ 1.115 USD 314.91 | CASH | 515667 | 314.91 Dr | 275,093,574.80 Dr |
| 02-07-15 | SYS | 445143 | Swap Close | Realized gain/loss for Full close of Swap #50 | CASH | 502127 | 206,700.00 Cr | 274,886,874.80 Dr |
| 10-07-15 | USR | 450526 | User Adjustment | STCK LOAN DIV - UN US - PD 03/06/15 | Unclassified | | 574,200.00 Cr | 274,312,674.80 Dr |
| 13-08-15 | USR | 460333 | User Adjustment | Mkt Ticket charges - April 2015 | Unclassified | | 5.46 Dr | 274,312,680.26 Dr |
| 13-08-15 | USR | 460359 | User Adjustment | Mkt Ticket charges - May 2015 | Unclassified | | 26.00 Dr | 274,312,706.26 Dr |
| 14-08-15 | USR | 460851 | User Adjustment | Mkt Ticket charges - May 2015 | Unclassified | | 26.00 Dr | 274,312,732.26 Dr |
| 17-08-15 | USR | 461306 | User Adjustment | Reversal of Mkt Ticket charges - May 2015 | Unclassified | | 26.00 Cr | 274,312,706.26 Dr |
| 25-08-15 | USR | 463402 | User Adjustment | CASH DIV WHT - BUD US - PD 20/05/15 | Unclassified | | 213,213.00 Cr | 274,099,493.26 Dr |
| 26-08-15 | SYS | 462666 | Swap Close | Realized gain/loss for Full close of Swap #49 | CASH | 493798 | 16,848,000.00 Cr | 257,251,493.26 Dr |
| 26-08-15 | SYS | 462680 | Swap Close | Realized gain/loss for Full close of Swap #48 | CASH | 483768 | 5,167,040.40 Cr | 252,084,452.86 Dr |
| 02-09-15 | USR | 465476 | User Adjustment | BUD US clearance fee | Unclassified | | 216,378.17 Dr | 252,300,831.03 Dr |
| 10-09-15 | USR | 467666 | User Adjustment | STCK LOAN DIV - UN US - PD 09/09/15 | Unclassified | | 590,760.00 Cr | 251,710,071.03 Dr |
| 22-09-15 | USR | 471830 | User Adjustment | STCK LOAN DIV - RDS/A US - PD 21/09/15 | Unclassified | | 2,256,000.00 Cr | 249,454,071.03 Dr |
| 20-10-15 | SYS | 481257 | Swap Close | Realized gain/loss for Full close of Swap #51 | CASH | 517810 | 2,570,100.00 Cr | 246,883,971.03 Dr |

CONFIDENTIAL                                                                                          ED&F-00039783
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 34 of 36 Produced on 08/28/2019 09:57:41