# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 28-08-2019

```
23-11-15 SYS 492825            Swap Close           Realized gain/loss for Full close of Swap #53 CASH            532424         4,792,320.00 Dr         251,676,291.03 Dr
23-11-15 SYS 492849            Swap Close           Realized gain/loss for Full close of Swap #53 CASH            532436         6,456,000.00 Cr         245,220,291.03 Dr

24-11-15 USR 494865            User Adjustment      Mkt Ticket charges - August 2015              Unclassified                          16.38 Dr         245,220,307.41 Dr
24-11-15 USR 494969            User Adjustment      Mkt Ticket charges - October 2015             Unclassified                          50.00 Dr         245,220,357.41 Dr

01-12-15 USR 498335            User Adjustment      CASH DIV - BUD US - PD 30/11/15               Unclassified                     636,625.47 Cr         244,583,731.94 Dr

03-12-15 USR 499031            User Adjustment      BUD US funding Nov                            Unclassified                       8,639.94 Dr         244,592,371.88 Dr
03-12-15 USR 499035            User Adjustment      BUD PRS pricing adj                           Unclassified                     826,254.00 Dr         245,418,625.88 Dr
03-12-15 USR 499037            User Adjustment      BUD US clearance fee                          Unclassified                     182,123.17 Dr         245,600,749.05 Dr

10-12-15 USR 501204            User Adjustment      STCK LOAN DIV - UN US - PD 09/12/15           Unclassified                     618,300.00 Cr         244,982,449.05 Dr

18-12-15 USR 503975            User Adjustment      STCK LOAN DIV - RDS/A US - PD 18/12/15        Unclassified                   2,256,000.00 Cr         242,726,449.05 Dr

15-01-16 USR 511355            User Adjustment      Mkt Ticket charges - December 2015            Unclassified                          25.00 Dr         242,726,474.05 Dr

23-02-16 SYS 521000            Swap Close           Realized gain/loss for Full close of Swap #55 CASH            558252         1,226,520.00 Cr         241,499,954.05 Dr

24-02-16 SYS 520962            Swap Close           Realized gain/loss for Full close of Swap #55 CASH            558232        11,184,000.00 Cr         230,315,954.05 Dr
24-02-16 TRC T00057369001002   Trade                SEL 2,400,000 RDS/A US @ 44.96 USD 107,904,00 PROCEED-EQUITY  573690       107,904,000.00 Cr         122,411,954.05 Dr

04-03-16 SYS 525113            Swap Close           Realized gain/loss for Full close of Swap #54 CASH            549825           201,006.00 Cr         122,210,948.05 Dr

09-03-16 USR 526854            User Adjustment      STCK LOAN DIV - UN US - PD 09/03/16           Unclassified                     593,280.00 Cr         121,617,668.05 Dr

10-03-16 USR 527315            User Adjustment      UN US Dividend PD 09/03/16                    Unclassified                     593,280.00 Dr         122,210,948.05 Dr

22-03-16 SYS 530528            Swap Close           Realized gain/loss for Full close of Swap #57 CASH            573696         2,880,000.00 Dr         125,090,948.05 Dr

23-03-16 TRC T00058016401002   Trade                SEL 800,000 UN US @ 44.55 USD 35,640,000      PROCEED-EQUITY  580164        35,640,000.00 Cr          89,450,948.05 Dr

30-03-16 USR 534618            User Adjustment      STCK LOAN DIV - RDS/A US - PD 29/03/16        Unclassified                   2,256,000.00 Cr          87,194,948.05 Dr

31-03-16 USR 535080            User Adjustment      RDS/A US clearance charge                     Unclassified                   2,256,000.00 Dr          89,450,948.05 Dr

05-04-16 SYS 535709            Swap Close           Realized gain/loss for Full close of Swap #57 CASH            576917         4,309,500.00 Dr          93,760,448.05 Dr

20-04-16 SYS 540052            Swap Close           Realized gain/loss for Full close of Swap #58 CASH            580420           750,000.00 Dr          94,510,448.05 Dr

27-04-16 SYS 544274            Swap Close           Realized gain/loss for Full close of Swap #58 CASH            583522         1,407,900.00 Dr          95,918,348.05 Dr

04-05-16 USR 548558            User Adjustment      UN US Div reimbursement                       Unclassified                      53,200.00 Cr          95,865,148.05 Dr

17-05-16 SYS 555380            Swap Close           Realized gain/loss for Full close of Swap #58 CASH            586205           172,000.00 Dr          95,693,148.05 Dr

24-05-16 USR 560765            User Adjustment      STCK LOAN DIV - BUD US - PD 20/05/16          Unclassified                     855,481.38 Cr          94,837,666.67 Dr

27-05-16 SYS 561227            Swap Close           Realized gain/loss for Full close of Swap #58 CASH            589835           451,152.00 Cr          94,386,514.67 Dr

06-06-16 SYS 565814            Swap Close           Realized gain/loss for Full close of Swap #60 CASH            601578           630,000.00 Dr          95,016,514.67 Dr
06-06-16 USR 567231            User Adjustment      Mkt Ticket charges - February 2016            Unclassified                          60.00 Dr          95,016,574.67 Dr
06-06-16 USR 567261            User Adjustment      Mkt Ticket charges - April 2016               Unclassified                         300.00 Dr          95,016,874.67 Dr

07-06-16 USR 568557            User Adjustment      STCK LOAN DIV - UN US - PD 01/06/16           Unclassified                     364,800.00 Cr          94,652,074.67 Dr

20-06-16 SYS 571986            Swap Close           Realized gain/loss for Full close of Swap #60 CASH            607521           226,200.00 Cr          94,425,874.67 Dr
20-06-16 SYS 572078            Swap Close           Realized gain/loss for Full close of Swap #61 CASH            610386         2,470,000.00 Cr          91,955,874.67 Dr
20-06-16 TRC T00061513801002   Trade                SEL 390,000 BUD US @ 124.27 USD 48,465,300    PROCEED-EQUITY  615138        48,465,300.00 Cr          43,490,574.67 Dr
20-06-16 TRC T00061518401002   Trade                SEL 1,000,000 UN US @ 42.87 USD 42,870,000    PROCEED-EQUITY  615184        42,870,000.00 Cr             620,574.67 Dr

08-07-16 USR 580304            User Adjustment      UN US Dividend 09/03/16 Rev                   Unclassified                     593,280.00 Cr              27,294.67 Dr
08-07-16 USR 580325            User Adjustment      BUD PRS pricing adj REV                       Unclassified                     826,254.00 Cr             798,959.33 Cr
08-07-16 USR 580327            User Adjustment      BUD US clearance fee REV                      Unclassified                     182,123.17 Cr             981,082.50 Cr
08-07-16 USR 580331            User Adjustment      BUD US clerence fee 2                         Unclassified                     210,064.00 Dr             771,018.50 Cr

14-07-16 USR 582102            User Adjustment      UN US 07/06/16 Dividend                       Unclassified                     364,800.00 Cr             406,218.50 Cr
```

## Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd (E1)
27-07-2012 through 28-08-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 14-07-16 | USR | 582111 | User Adjustment | UN US 04/05/16 Dividend | Unclassified | | 53,200.00 Dr | 353,018.50 Cr |
| 19-07-16 | USR | 583541 | User Adjustment | UN US 07/06/16 Dividend | Unclassified | | 364,800.00 Cr | 717,818.50 Cr |
| 19-07-16 | USR | 583550 | User Adjustment | UN US 04/05/16 Dividend | Unclassified | | 53,200.00 Cr | 771,018.50 Cr |
| 17-11-16 | USR | 623664 | User Adjustment | UN US DIV PD 09.03.16 Div Reimbursement | Unclassified | | 88,200.00 Cr | 859,218.50 Cr |
| 01-12-16 | USR | 629894 | User Adjustment | UN DIV PD 09.03.16 Div Reimbursement REV | Unclassified | | 88,200.00 Dr | 771,018.50 Cr |
| 01-12-16 | USR | 629903 | User Adjustment | UN US clearence fee | Unclassified | | 414,539.00 Dr | 356,479.50 Cr |
| 08-12-16 | TRD | T00066032201002 | Trade | BUY 536,851.71 DKK @ 6.906 USD 77,737 | CASH | 660322 | 77,737.00 Dr | 278,742.50 Cr |
| 12-01-17 | USR | 646807 | User Adjustment | NON SEG TO SEG | Unclassified | | 278,742.50 Dr | 0.00 Cr |
| 28-12-17 | USR | 800925 | User Adjustment | BUD US Clearence fee | Unclassified | | 55,090.79 Cr | 55,090.79 Cr |
| 19-04-18 | TRC | T00082924801002 | Trade | SEL 172,872.05 EUR @ 1.2343 USD 213,375.97 | CASH | 829248 | 213,375.97 Cr | 268,466.76 Cr |
| 24-04-18 | USR | 850007 | User Adjustment | Seg to Non Seg | Unclassified | | 278,742.50 Cr | 547,209.26 Cr |
| 31-05-18 | USR | 886229 | User Adjustment | USD PAYMENT | Unclassified | | 540,809.26 Dr | 6,400.00 Cr |
| 04-06-18 | TRD | T00087320501002 | Trade | BUY 1,172.4 EUR @ 1.1692 USD 1,370.77 | CASH | 873205 | 1,370.77 Dr | 5,029.23 Cr |

### Asset (USD/USD) Layer (SEG CASH ACC) (US Dollar)

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 09-01-13 | USR | 45171 | User Adjustment | NONSEG TO SEG MOVEMENTS FOR ACER | Unclassified | | 200,000.00 Cr | 200,000.00 Cr |
| 18-03-13 | USR | 69845 | User Adjustment | SEG TO NONSEG AMERICAN INVESTMENT GROUP | Unclassified | | 200,000.00 Dr | 0.00 Cr |
| 05-04-13 | USR | 79571 | User Adjustment | NONSEG TO SEG - AMERICAN INVEST | Unclassified | | 251,042.00 Cr | 251,042.00 Cr |
| 23-04-13 | USR | 87243 | User Adjustment | SEG TO NON SEG AMERICAN INVEST | Unclassified | | 49,089.00 Dr | 201,953.00 Cr |
| 27-01-14 | USR | 240871 | User Adjustment | Non Seg to Seg Move | Unclassified | | 2,937.35 Cr | 204,890.35 Cr |
| 24-02-14 | USR | 250752 | User Adjustment | Non Seg to Seg Move | Unclassified | | 5,651.94 Cr | 210,542.29 Cr |
| 25-02-14 | USR | 251433 | User Adjustment | Rev - Non Seg to Seg Move | Unclassified | | 5,651.94 Dr | 204,890.35 Cr |
| 25-02-14 | USR | 251462 | User Adjustment | Rev - Non Seg to Seg Move | Unclassified | | 5,651.94 Dr | 199,238.41 Cr |
| 04-04-14 | USR | 276446 | User Adjustment | Seg to Non Seg Move | Unclassified | | 199,238.41 Dr | 0.00 Cr |
| 12-01-17 | USR | 646807 | User Adjustment | NON SEG TO SEG | Unclassified | | 278,742.50 Cr | 278,742.50 Cr |
| 24-04-18 | USR | 850007 | User Adjustment | Seg to Non Seg | Unclassified | | 278,742.50 Dr | 0.00 Cr |

CONFIDENTIAL    ED&F-00039785
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 36 of 36 Produced on 08/28/2019 09:57:41