# Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd (E1)
#### 27-07-2012 through 02-09-2019

## Account Transactions

## Account (1-020-010-RIVERS-ASSOC) is (RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN)

### Asset (DKK/DKK) Layer (Cash) (Danish Kroner DKK)

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 12-03-14 | TRD | T00021931001002 | Trade | BUY 2,150,000 TDC DC @ 52.4007 DKK 112,661,41 | PROCEED-EQUITY | 219310 | 112,661,419.00 Dr | 112,661,419.00 Dr |
| 13-03-14 | USR | 257567 | User Adjustment | CASH DIV - TDC DC - PD 12/03/14 | Unclassified | | 3,452,900.00 Cr | 109,208,519.00 Dr |
| 13-03-14 | USR | 257632 | User Adjustment | TDC DC Custody Fees Pt I | Unclassified | | 47,300.00 Dr | 109,255,819.00 Dr |
| 21-03-14 | SYS | 260140 | Customer Realized (Future | Futures P/L: TKF21MAR2014 DKK | TR-PL-FUTURE | | 2,838,000.00 Cr | 106,417,819.00 Dr |
| 24-03-14 | TRD | T00022979601002 | Trade | BUY 2,000,000 DANSKE DC @ 144.2149 DKK 288,42 | PROCEED-EQUITY | 229796 | 288,429,840.00 Dr | 394,847,659.00 Dr |
| 25-03-14 | USR | 260620 | User Adjustment | DANSKE DC Custody Fees | Unclassified | | 40,000.00 Dr | 394,887,659.00 Dr |
| 26-03-14 | SYS | 260723 | Reversal of Trade | BUY 2,000,000 NOVOB DC @ 246.7033 DKK 493,406 | PROCEED-EQUITY | 231979 | 493,406,500.00 Cr | 98,518,841.00 Cr |
| 26-03-14 | TRD | T00023197901002 | Trade | BUY 2,000,000 NOVOB DC @ 246.7033 DKK 493,406 | PROCEED-EQUITY | 231979 | 493,406,500.00 Dr | 394,887,659.00 Dr |
| 26-03-14 | TRD | T00023549801002 | Trade | BUY 2,000,000 NOVOB DC @ 246.7031 DKK 493,406 | PROCEED-EQUITY | 235498 | 493,406,160.00 Dr | 888,293,819.00 Dr |
| 26-03-14 | USR | 261148 | User Adjustment | CASH DIV - DANSKE DC - PD 24/03/14 | Unclassified | | 2,920,000.00 Cr | 885,373,819.00 Dr |
| 27-03-14 | USR | 267921 | User Adjustment | NOVOB DC Custody Fees | Unclassified | | 90,000.00 Dr | 885,463,819.00 Dr |
| 28-03-14 | USR | 273532 | User Adjustment | CASH DIV - NOVOB DC - PD 26/03/14 | Unclassified | | 6,570,000.00 Cr | 878,893,819.00 Dr |
| 08-04-14 | USR | 277308 | User Adjustment | ED&F Man Futures brokerage - Mar 13 - TDC DC | Unclassified | | 1,325.20 Dr | 878,895,144.20 Dr |
| 09-04-14 | TRD | T00024372301002 | Trade | BUY 175,000 TRYG DC @ 555.0069 DKK 97,126,214 | PROCEED-EQUITY | 243723 | 97,126,214.50 Dr | 976,021,358.70 Dr |
| 10-04-14 | USR | 278025 | User Adjustment | TRYG DC Custody Fees | Unclassified | | 47,250.00 Dr | 976,068,608.70 Dr |
| 11-04-14 | USR | 278395 | User Adjustment | CASH DIV - TRYG DC - PD 09/04/14 | Unclassified | | 3,449,250.00 Cr | 972,619,358.70 Dr |
| 14-04-14 | SYS | 279191 | Customer Realized (Future | Futures P/L: TKF18JUL2014 DKK | TR-PL-FUTURE | | 122,335.00 Dr | 972,741,693.70 Dr |
| 14-04-14 | SYS | 279191 | Customer Realized (Future | Futures P/L: OGY16APR2014 DKK | TR-PL-FUTURE | | 10,948,800.00 Dr | 983,690,493.70 Dr |
| 14-04-14 | SYS | 279191 | Customer Realized (Future | Futures P/L: NFY16APR2014 DKK | TR-PL-FUTURE | | 30,646,800.00 Dr | 953,043,693.70 Dr |
| 14-04-14 | SYS | 279191 | Customer Realized (Future | Futures P/L: TYF16APR2014 DKK | TR-PL-FUTURE | | 4,709,372.50 Cr | 948,334,321.20 Dr |
| 24-04-14 | SYS | 282148 | Customer Realized (Future | Futures P/L: NYF15MAY2014 DKK | TR-PL-FUTURE | | 1,941,450.00 Dr | 950,275,771.20 Dr |
| 29-04-14 | TRD | T00025374301002 | Trade | BUY 322,500 DNORD DC @ 223.4078 DKK 72,049,01 | PROCEED-EQUITY | 253743 | 72,049,012.28 Dr | 1,022,324,783.48 Dr |
| 30-04-14 | USR | 283907 | User Adjustment | DNORD DC Custody Fees | Unclassified | | 16,125.00 Dr | 1,022,340,908.48 Dr |
| 30-04-14 | USR | 283927 | User Adjustment | TDC DC clearance fee | Unclassified | | 725,144.00 Dr | 1,023,066,052.48 Dr |
| 01-05-14 | USR | 284872 | User Adjustment | TDC DC Tax Reclaims | Unclassified | | 1,266,244.65 Cr | 1,021,799,807.83 Dr |
| 01-05-14 | USR | 284958 | User Adjustment | CASH DIV - DNORD DC - PD 29/04/14 | Unclassified | | 1,177,125.00 Cr | 1,020,622,682.83 Dr |
| 02-05-14 | USR | 285471 | User Adjustment | NOVOB DC Tax Reclaims | Unclassified | | 2,409,345.00 Cr | 1,018,213,337.83 Dr |
| 02-05-14 | USR | 285472 | User Adjustment | DANSKE DC Tax Reclaims | Unclassified | | 1,070,820.00 Cr | 1,017,142,517.83 Dr |
| 06-05-14 | USR | 286378 | User Adjustment | NOVOB DC clearance fee | Unclassified | | 1,621,726.00 Dr | 1,018,764,243.83 Dr |
| 06-05-14 | USR | 286576 | User Adjustment | DANSKE DC clearance fee | Unclassified | | 536,226.45 Dr | 1,019,300,470.28 Dr |
| 09-05-14 | SYS | 288517 | Customer Realized (Future | Futures P/L: DFD20JUN2014 DKK | TR-PL-FUTURE | | 1,300,500.00 Dr | 1,020,600,970.28 Dr |

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | Type | Ref | Description | Detail | Category | Num | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 12-05-14 | SYS | 288991 | Customer Realized (Future | Futures P/L: DFD20JUN2014 DKK | TR-PL-FUTURE | | 0.00 Cr | 1,020,600,970.28 Dr |
| 14-05-14 | TRD | T00027780801002 | Trade | BUY 750,000 COLOB DC @ 474.1059 DKK 355,579,4 | PROCEED-EQUITY | 277808 | 355,579,447.50 Dr | 1,376,180,417.78 Dr |
| 14-05-14 | TRD | T00027799301002 | Trade | BUY 100,000 COLOB DC @ 474.1059 DKK 47,410,59 | PROCEED-EQUITY | 277993 | 47,410,593.00 Dr | 1,423,591,010.78 Dr |
| 14-05-14 | USR | 289772 | User Adjustment | Cash Receipt | Unclassified | | 1,264,906.13 Cr | 1,422,326,104.65 Dr |
| 15-05-14 | USR | 290158 | User Adjustment | COLOB DC Custody Fee pt I | Unclassified | | 34,000.00 Dr | 1,422,360,104.65 Dr |
| 15-05-14 | USR | 290253 | User Adjustment | CASH DIV - COLOB DC - PD 14/05/14 | Unclassified | | 2,482,000.00 Cr | 1,419,878,104.65 Dr |
| 19-05-14 | USR | 291342 | User Adjustment | ED&F MCM Futures Brokerage - May - DANSKE DC | Unclassified | | 3,702.61 Dr | 1,419,881,807.26 Dr |
| 19-05-14 | USR | 291351 | User Adjustment | ED&F MCM Futures Brokerage - May - NOVOB DC | Unclassified | | 5,695.17 Dr | 1,419,887,502.43 Dr |
| 19-05-14 | USR | 291362 | User Adjustment | ED&F MCM Futures Brokerage - May - TRYG DC | Unclassified | | 1,107.99 Dr | 1,419,888,610.42 Dr |
| 19-05-14 | USR | 291385 | User Adjustment | ED&F MCM Futures Brokerage - May - TDC DC | Unclassified | | 1,262.27 Dr | 1,419,889,872.69 Dr |
| 19-05-14 | USR | 291386 | User Adjustment | ED&F MCM Futures Brokerage - May - TDC DC | Unclassified | | 66.45 Dr | 1,419,889,939.14 Dr |
| 20-05-14 | USR | 291766 | User Adjustment | TRYG DC clearance fee | Unclassified | | 609,895.37 Dr | 1,420,499,834.51 Dr |
| 26-05-14 | SYS | 293954 | Firm Realized | Realized gain/loss for swap #280118 | CASH | 280118 | 680,000.00 Cr | 1,419,819,834.51 Dr |
| 27-05-14 | USR | 294182 | User Adjustment | Reversal Realized Gain/Loss Firm SWAP Realize | Unclassified | | 680,000.00 Dr | 1,420,499,834.51 Dr |
| 13-06-14 | SYS | 299690 | Swap Close | Realized gain/loss for Full close of Swap #29 | CASH | 292323 | 26,435,000.00 Dr | 1,446,934,834.51 Dr |
| 13-06-14 | SYS | 299733 | Swap Close | Realized gain/loss for Full close of Swap #24 | CASH | 246927 | 14,400,000.00 Dr | 1,461,334,834.51 Dr |
| 13-06-14 | SYS | 299745 | Swap Close | Realized gain/loss for Full close of Swap #25 | CASH | 256432 | 2,233,248.00 Cr | 1,459,101,586.51 Dr |
| 13-06-14 | SYS | 299805 | Swap Close | Realized gain/loss for Full close of Swap #24 | CASH | 246841 | 20,400,000.00 Dr | 1,479,501,586.51 Dr |
| 13-06-14 | SYS | 299861 | Swap Close | Realized gain/loss for Full close of Swap #24 | CASH | 246968 | 8,213,000.00 Dr | 1,487,714,586.51 Dr |
| 13-06-14 | SYS | 299881 | Swap Close | Realized gain/loss for Full close of Swap #24 | CASH | 246995 | 4,550,000.00 Dr | 1,492,264,586.51 Dr |
| 13-06-14 | SYS | 300873 | Reversal of Trade | SEL 850,000 COLOB DC @ 467.3 DKK 397,205,000 | PROCEED-EQUITY | 298507 | 397,205,000.00 Dr | 1,889,469,586.51 Dr |
| 13-06-14 | SYS | 300889 | Reversal of Trade | SEL 2,000,000 DANSKE DC @ 153.2 DKK 306,400,0 | PROCEED-EQUITY | 298515 | 306,400,000.00 Dr | 2,195,869,586.51 Dr |
| 13-06-14 | SYS | 300899 | Reversal of Trade | SEL 322,500 DNORD DC @ 218.5 DKK 70,466,250 | PROCEED-EQUITY | 298521 | 70,466,250.00 Dr | 2,266,335,836.51 Dr |
| 13-06-14 | SYS | 300912 | Reversal of Trade | SEL 2,000,000 NOVOB DC @ 235.6 DKK 471,200,00 | PROCEED-EQUITY | 298528 | 471,200,000.00 Dr | 2,737,535,836.51 Dr |
| 13-06-14 | SYS | 300928 | Reversal of Trade | SEL 2,150,000 TDC DC @ 52.05 DKK 111,907,500 | PROCEED-EQUITY | 298536 | 111,907,500.00 Dr | 2,849,443,336.51 Dr |
| 13-06-14 | SYS | 300946 | Reversal of Trade | SEL 175,000 TRYG DC @ 519.5 DKK 90,912,500 | PROCEED-EQUITY | 298545 | 90,912,500.00 Dr | 2,940,355,836.51 Dr |
| 13-06-14 | TRC | T00029850701002 | Trade | SEL 850,000 COLOB DC @ 467.3 DKK 397,205,000 | PROCEED-EQUITY | 298507 | 397,205,000.00 Cr | 2,543,150,836.51 Dr |
| 13-06-14 | TRC | T00029851501002 | Trade | SEL 2,000,000 DANSKE DC @ 153.2 DKK 306,400,0 | PROCEED-EQUITY | 298515 | 306,400,000.00 Cr | 2,236,750,836.51 Dr |
| 13-06-14 | TRC | T00029852101002 | Trade | SEL 322,500 DNORD DC @ 218.5 DKK 70,466,250 | PROCEED-EQUITY | 298521 | 70,466,250.00 Cr | 2,166,284,586.51 Dr |
| 13-06-14 | TRC | T00029852801002 | Trade | SEL 2,000,000 NOVOB DC @ 235.6 DKK 471,200,00 | PROCEED-EQUITY | 298528 | 471,200,000.00 Cr | 1,695,084,586.51 Dr |
| 13-06-14 | TRC | T00029853601002 | Trade | SEL 2,150,000 TDC DC @ 52.05 DKK 111,907,500 | PROCEED-EQUITY | 298536 | 111,907,500.00 Cr | 1,583,177,086.51 Dr |
| 13-06-14 | TRC | T00029854501002 | Trade | SEL 175,000 TRYG DC @ 519.5 DKK 90,912,500 | PROCEED-EQUITY | 298545 | 90,912,500.00 Cr | 1,492,264,586.51 Dr |
| 13-06-14 | TRC | T00030208701002 | Trade | SEL 850,000 COLOB DC @ 503.5 DKK 427,975,000 | PROCEED-EQUITY | 302087 | 427,975,000.00 Cr | 1,064,289,586.51 Dr |
| 13-06-14 | TRC | T00030209501002 | Trade | SEL 2,000,000 DANSKE DC @ 155.3 DKK 310,600,0 | PROCEED-EQUITY | 302095 | 310,600,000.00 Cr | 753,689,586.51 Dr |
| 13-06-14 | TRC | T00030210101002 | Trade | SEL 322,500 DNORD DC @ 218.5 DKK 70,466,250 | PROCEED-EQUITY | 302101 | 70,466,250.00 Cr | 683,223,336.51 Dr |
| 13-06-14 | TRC | T00030210801002 | Trade | SEL 2,000,000 NOVOB DC @ 238 DKK 476,000,000 | PROCEED-EQUITY | 302108 | 476,000,000.00 Cr | 207,223,336.51 Dr |
| 13-06-14 | TRC | T00030211601002 | Trade | SEL 2,150,000 TDC DC @ 53.25 DKK 114,487,500 | PROCEED-EQUITY | 302116 | 114,487,500.00 Cr | 92,735,836.51 Dr |
| 13-06-14 | TRC | T00030212501002 | Trade | SEL 175,000 TRYG DC @ 532.5 DKK 93,187,500 | PROCEED-EQUITY | 302125 | 93,187,500.00 Cr | 451,663.49 Cr |
| 18-06-14 | USR | 303324 | User Adjustment | ED&F MCM Futures Brokerage - May - COLOB DC | Unclassified | | 5,020.74 Dr | 446,642.75 Cr |
| 19-06-14 | TRD | T00030297401002 | Trade | BUY 5,940.64 EUR @ 7.457 DKK 44,299.35 | CASH | 302974 | 44,299.35 Dr | 402,343.40 Cr |
| 20-06-14 | USR | 304726 | User Adjustment | Non Seg to Seg | Unclassified | | 402,343.40 Dr | 0.00 Cr |
| 01-07-14 | USR | 309020 | User Adjustment | Cash Receipt | Unclassified | | 1,341,871.31 Cr | 1,341,871.31 Cr |
| 03-07-14 | USR | 309824 | User Adjustment | COLOB DC clearance fee | Unclassified | | 534,638.98 Dr | 807,232.33 Cr |
| 03-07-14 | USR | 309827 | User Adjustment | DNORD DC clearance fee | Unclassified | | 270,201.08 Dr | 537,031.25 Cr |
| 30-07-14 | USR | 318354 | User Adjustment | Seg to Non Seg Move | Unclassified | | 402,343.40 Cr | 939,374.65 Cr |
| 01-08-14 | TRD | T00031604201002 | Trade | SEL 636,008.43 DKK @ .1341 EUR 85,291.26 | CASH | 316042 | 636,008.43 Dr | 303,366.22 Cr |
| 01-08-14 | TRD | T00031627601002 | Trade | SEL 303,366.23 DKK @ .1794 USD 54,415.47 | CASH | 316276 | 303,366.23 Dr | 0.01 Dr |
| 15-09-14 | USR | 333456 | User Adjustment | NOVOB DC brokerage | Unclassified | | 2,470.15 Dr | 2,470.16 Dr |
| 06-03-15 | SYS | 393352 | Reversal of Trade | BUY 2,000,000 TDC DC @ 52.8473 DKK 105,694,52 | PROCEED-EQUITY | 414895 | 105,694,520.00 Cr | 105,692,049.84 Cr |
| 06-03-15 | SYS | 393355 | Reversal of Trade | BUY 1,000,000 TDC DC @ 52.8473 DKK 52,847,260 | PROCEED-EQUITY | 415499 | 52,847,260.00 Cr | 158,539,309.84 Cr |
| 06-03-15 | SYS | 393356 | Reversal of Trade | BUY 1,000,000 TDC DC @ 52.8473 DKK 52,847,260 | PROCEED-EQUITY | 415501 | 52,847,260.00 Cr | 211,386,569.84 Cr |
| 06-03-15 | TRD | T00041489501002 | Trade | BUY 2,000,000 TDC DC @ 52.8473 DKK 105,694,52 | PROCEED-EQUITY | 414895 | 105,694,520.00 Dr | 105,692,049.84 Cr |