# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 06-03-15 | TRD | T00041549901002 | Trade | BUY 1,000,000 TDC DC @ 52.8473 DKK 52,847,260 | PROCEED-EQUITY | 415499 | 52,847,260.00 Dr | 52,844,789.84 Cr |
| 06-03-15 | TRD | T00041550101002 | Trade | BUY 1,000,000 TDC DC @ 52.8473 DKK 52,847,260 | PROCEED-EQUITY | 415501 | 52,847,260.00 Dr | 2,470.16 Dr |
| 06-03-15 | TRD | T00041551001002 | Trade | BUY 1,000,000 DK0060228559 @ 52.8473 DKK 52,8 | PROCEED-EQUITY | 415510 | 52,847,260.00 Dr | 52,849,730.16 Dr |
| 06-03-15 | TRD | T00041551201002 | Trade | BUY 1,000,000 DK0060228559 @ 52.8473 DKK 52,8 | PROCEED-EQUITY | 415512 | 52,847,260.00 Dr | 105,696,990.16 Dr |
| 11-03-15 | SYS | 395231 | Customer Realized (Future | Futures P/L: TKF20MAR2015 DKK | TR-PL-FUTURE | | 1,620,000.00 Cr | 104,076,990.16 Dr |
| 11-03-15 | USR | 394894 | User Adjustment | CASH DIV - TDC DC - PD 10/03/15 | Unclassified | | 1,460,000.00 Cr | 102,616,990.16 Dr |
| 13-03-15 | SYS | 395305 | Reversal of Trade | BUY 425,000 DSV DC @ 219.2074 DKK 93,163,145 | PROCEED-EQUITY | 421230 | 93,163,145.00 Cr | 9,453,845.16 Dr |
| 13-03-15 | SYS | 395308 | Reversal of Trade | BUY 425,000 DSV DC @ 219.2074 DKK 93,163,145 | PROCEED-EQUITY | 421231 | 93,163,145.00 Cr | 83,709,299.84 Cr |
| 13-03-15 | SYS | 396086 | Customer Realized (Future | Futures P/L: DRD17APR2015 DKK | TR-PL-FUTURE | | 1,548,275.00 Cr | 82,161,024.84 Cr |
| 13-03-15 | TRD | T00042123001002 | Trade | BUY 425,000 DSV DC @ 219.2074 DKK 93,163,145 | PROCEED-EQUITY | 421230 | 93,163,145.00 Dr | 11,002,120.16 Dr |
| 13-03-15 | TRD | T00042123101002 | Trade | BUY 425,000 DSV DC @ 219.2074 DKK 93,163,145 | PROCEED-EQUITY | 421231 | 93,163,145.00 Dr | 104,165,265.16 Dr |
| 13-03-15 | TRD | T00042218601002 | Trade | BUY 425,000 DSV DC @ 219.2027 DKK 93,161,164. | PROCEED-EQUITY | 422186 | 93,161,164.50 Dr | 197,326,429.66 Dr |
| 13-03-15 | TRD | T00042218701002 | Trade | BUY 425,000 DSV DC @ 219.2027 DKK 93,161,164. | PROCEED-EQUITY | 422187 | 93,161,164.50 Dr | 290,487,594.16 Dr |
| 13-03-15 | TRC | T00042114801002 | Trade | SEL 2,000,000 TDC DC @ 51.1571 DKK 102,314,20 | PROCEED-EQUITY | 421148 | 102,314,200.00 Cr | 188,173,394.16 Dr |
| 17-03-15 | TRD | T00042283801002 | Trade | BUY 1,400,000 NOVOB DC @ 329.1041 DKK 460,745 | PROCEED-EQUITY | 422838 | 460,745,754.00 Dr | 648,919,148.16 Dr |
| 17-03-15 | TRD | T00042294701002 | Trade | BUY 1,200,000 DANSKE DC @ 176.0022 DKK 211,20 | PROCEED-EQUITY | 422947 | 211,202,640.00 Dr | 860,121,788.16 Dr |
| 17-03-15 | TRC | T00042256501002 | Trade | SEL 850,000 DSV DC @ 219.6 DKK 186,660,000 | PROCEED-EQUITY | 422565 | 186,660,000.00 Cr | 673,461,788.16 Dr |
| 18-03-15 | USR | 397187 | User Adjustment | CASH DIV - DSV DC - PD 17/03/15 | Unclassified | | 992,800.00 Cr | 672,468,988.16 Dr |
| 19-03-15 | TRD | T00042387001002 | Trade | BUY 150,000 PNDORA DC @ 635.0079 DKK 95,251,1 | PROCEED-EQUITY | 423870 | 95,251,191.00 Dr | 767,720,179.16 Dr |
| 19-03-15 | TRD | T00042387801002 | Trade | BUY 75,000 PNDORA DC @ 635.0079 DKK 47,625,59 | PROCEED-EQUITY | 423878 | 47,625,595.50 Dr | 815,345,774.66 Dr |
| 19-03-15 | TRD | T00042387901002 | Trade | BUY 75,000 PNDORA DC @ 635.0079 DKK 47,625,59 | PROCEED-EQUITY | 423879 | 47,625,595.50 Dr | 862,971,370.16 Dr |
| 19-03-15 | USR | 397577 | User Adjustment | TDC DC custody fee Pt I | Unclassified | | 20,000.00 Dr | 862,991,370.16 Dr |
| 19-03-15 | USR | 397579 | User Adjustment | TDC DC funding Mar | Unclassified | | 65,361.13 Dr | 863,056,731.29 Dr |
| 20-03-15 | SYS | 398665 | Customer Realized (Future | Futures P/L: NFY17APR2015 DKK | TR-PL-FUTURE | | 23,379,720.00 Dr | 886,436,451.29 Dr |
| 20-03-15 | SYS | 398665 | Customer Realized (Future | Futures P/L: OGY17APR2015 DKK | TR-PL-FUTURE | | 2,939,640.00 Dr | 889,376,091.29 Dr |
| 20-03-15 | USR | 398310 | User Adjustment | DSV DC custody fee Pt I | Unclassified | | 13,600.00 Dr | 889,389,691.29 Dr |
| 20-03-15 | USR | 398312 | User Adjustment | DSV DC funding Mar | Unclassified | | 83,528.87 Dr | 889,473,220.16 Dr |
| 24-03-15 | SYS | 399812 | Customer Realized (Future | Futures P/L: PAD17APR2015 DKK | TR-PL-FUTURE | | 5,394,300.00 Cr | 884,078,920.16 Dr |
| 24-03-15 | TRC | T00042722601002 | Trade | SEL 1,200,000 DANSKE DC @ 173.6 DKK 208,320,0 | PROCEED-EQUITY | 427226 | 208,320,000.00 Cr | 675,758,920.16 Dr |
| 24-03-15 | TRC | T00042723101002 | Trade | SEL 1,400,000 NOVOB DC @ 341.4 DKK 477,960,00 | PROCEED-EQUITY | 427231 | 477,960,000.00 Cr | 197,798,920.16 Dr |
| 24-03-15 | USR | 399373 | User Adjustment | CASH DIV - PNDORA DC - PD 23/03/15 | Unclassified | | 1,971,000.00 Cr | 195,827,920.16 Dr |
| 24-03-15 | USR | 399392 | User Adjustment | CASH DIV - DANSKE DC - PD 23/03/15 | Unclassified | | 4,818,000.00 Cr | 191,009,920.16 Dr |
| 25-03-15 | USR | 399950 | User Adjustment | CASH DIV - NOVOB DC - PD 24/03/15 | Unclassified | | 5,110,000.00 Cr | 185,899,920.16 Dr |
| 26-03-15 | TRC | T00042996601002 | Trade | SEL 150,000 PNDORA DC @ 609 DKK 91,350,000 | PROCEED-EQUITY | 429966 | 91,350,000.00 Cr | 94,549,920.16 Dr |
| 26-03-15 | TRC | T00042996901002 | Trade | SEL 150,000 PNDORA DC @ 609 DKK 91,350,000 | PROCEED-EQUITY | 429969 | 91,350,000.00 Cr | 3,199,920.16 Dr |
| 26-03-15 | USR | 400615 | User Adjustment | DANSKE DC custody fee Pt I | Unclassified | | 66,000.00 Dr | 3,265,920.16 Dr |
| 26-03-15 | USR | 400618 | User Adjustment | DANSKE DC funding Mar | Unclassified | | 168,551.06 Dr | 3,434,471.22 Dr |
| 30-03-15 | USR | 406796 | User Adjustment | PNDORA DC custody fee Pt I | Unclassified | | 27,000.00 Dr | 3,461,471.22 Dr |
| 30-03-15 | USR | 406798 | User Adjustment | PNDORA DC funding Mar | Unclassified | | 97,417.39 Dr | 3,558,888.61 Dr |
| 31-03-15 | USR | 407302 | User Adjustment | NOVOB DC custody fee Pt I | Unclassified | | 70,000.00 Dr | 3,628,888.61 Dr |
| 31-03-15 | USR | 407305 | User Adjustment | NOVOB DC funding Mar | Unclassified | | 358,908.85 Dr | 3,987,797.46 Dr |
| 21-04-15 | USR | 415298 | User Adjustment | SUNRISE Futures Brokerage - March - NOVOB DC | Unclassified | | 17,500.00 Dr | 4,005,297.46 Dr |
| 21-04-15 | USR | 415302 | User Adjustment | SUNRISE Futures Brokerage - March - DANSKE DC | Unclassified | | 15,000.00 Dr | 4,020,297.46 Dr |
| 21-04-15 | USR | 415492 | User Adjustment | ED&F MCM Futures Brokerage - March - TDC DC | Unclassified | | 1,278.75 Dr | 4,021,576.21 Dr |
| 06-05-15 | USR | 422039 | User Adjustment | TDC DC Tax reclaim | Unclassified | | 535,410.00 Cr | 3,486,166.21 Dr |
| 06-05-15 | USR | 422040 | User Adjustment | DSV DC Tax reclaim | Unclassified | | 364,078.00 Cr | 3,122,088.21 Dr |
| 12-05-15 | USR | 424171 | User Adjustment | TDC DC clearance fee | Unclassified | | 126,068.86 Dr | 3,248,157.07 Dr |
| 12-05-15 | USR | 424174 | User Adjustment | DSV DC clearance fee | Unclassified | | 33,441.37 Dr | 3,281,598.44 Dr |
| 18-05-15 | USR | 426506 | User Adjustment | Tax reclaim DANSKE DC | Unclassified | | 1,766,853.00 Cr | 1,514,745.44 Dr |
| 18-05-15 | USR | 426507 | User Adjustment | Tax reclaim PNDORA DC | Unclassified | | 722,803.50 Cr | 791,941.94 Dr |
| 18-05-15 | USR | 426508 | User Adjustment | Tax reclaim NOVOB DC | Unclassified | | 1,873,935.00 Cr | 1,081,993.06 Cr |

CONFIDENTIAL                                                                                                                                        ED&F-00040758

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 20-05-15 | USR | 427865 | User Adjustment | DANSKE DC clearance fee | Unclassified | | 490,484.53 Dr | 591,508.53 Cr |
| 20-05-15 | USR | 427869 | User Adjustment | DANSKE DC funding Mar adj | Unclassified | | 19,440.63 Cr | 610,949.16 Cr |
| 20-05-15 | USR | 427872 | User Adjustment | NOVOB DC clearance fee | Unclassified | | 377,394.50 Dr | 233,554.66 Cr |
| 20-05-15 | USR | 427876 | User Adjustment | NOVOB DC funding Mar adj | Unclassified | | 42,219.03 Cr | 275,773.69 Cr |
| 20-05-15 | USR | 427878 | User Adjustment | PNDORA DC clearance fee | Unclassified | | 141,922.35 Dr | 133,851.34 Cr |
| 20-05-15 | USR | 427881 | User Adjustment | PNDORA DC funding Mar adj | Unclassified | | 6,551.27 Cr | 140,402.61 Cr |
| 26-05-15 | USR | 430144 | User Adjustment | DANSKE DC clearance fee adj | Unclassified | | 245.03 Dr | 140,157.58 Cr |
| 27-05-15 | TRD | T00049815701002 | Trade | SEL 140,157.58 DKK @ .1474 USD 20,655.15 | CASH | 498157 | 140,157.58 Dr | 0.00 Cr |
| 12-06-15 | USR | 438768 | User Adjustment | Mkt Ticket charges - March2015 | Unclassified | | 106.26 Dr | 106.26 Dr |
| 13-07-15 | TRD | T00052388701002 | Trade | BUY 425,000 TRYG DC @ 137.1017 DKK 58,268,226 | PROCEED-EQUITY | 523887 | 58,268,226.75 Dr | 58,268,333.01 Dr |
| 16-07-15 | SYS | 452686 | Customer Realized (Future | Futures P/L: TYF17JUL2015 DKK | TR-PL-FUTURE | | 2,721,700.00 Dr | 60,990,033.01 Dr |
| 16-07-15 | USR | 452267 | User Adjustment | CASH DIV - TRYG DC - PD 15/07/15 | Unclassified | | 775,625.00 Cr | 60,214,408.01 Dr |
| 20-07-15 | TRC | T00052471601002 | Trade | SEL 425,000 TRYG DC @ 141.9014 DKK 60,308,095 | PROCEED-EQUITY | 524716 | 60,308,095.00 Cr | 93,686.99 Cr |
| 10-08-15 | TRD | T00052922801002 | Trade | BUY 2,000,000 TDC DC @ 50.9006 DKK 101,801,28 | PROCEED-EQUITY | 529228 | 101,801,280.00 Dr | 101,707,593.01 Dr |
| 10-08-15 | USR | 459238 | User Adjustment | TRYG DC custody fee Pt I | Unclassified | | 10,625.00 Dr | 101,718,218.01 Dr |
| 10-08-15 | USR | 459240 | User Adjustment | TRYG DC funding July | Unclassified | | 44,265.99 Dr | 101,762,484.00 Dr |
| 13-08-15 | USR | 460461 | User Adjustment | CASH DIV - TDC DC - PD 12/08/15 | Unclassified | | 1,460,000.00 Cr | 100,302,484.00 Dr |
| 14-08-15 | SYS | 461137 | Customer Realized (Future | Futures P/L: TKF21AUG2015 DKK | TR-PL-FUTURE | | 9,327,600.00 Cr | 90,974,884.00 Dr |
| 17-08-15 | TRC | T00053196401002 | Trade | SEL 2,000,000 TDC DC @ 45.35 DKK 90,700,000 | PROCEED-EQUITY | 531964 | 90,700,000.00 Cr | 274,884.00 Dr |
| 18-08-15 | USR | 461664 | User Adjustment | ED&F MCM Futures Brokerage - July - TRYG DC | Unclassified | | 753.84 Dr | 275,637.84 Dr |
| 24-08-15 | USR | 463087 | User Adjustment | TDC DC funding Aug | Unclassified | | 68,331.27 Dr | 343,969.11 Dr |
| 24-08-15 | USR | 463095 | User Adjustment | TDC DC custody fee Pt I | Unclassified | | 20,000.00 Dr | 363,969.11 Dr |
| 03-09-15 | USR | 465819 | User Adjustment | MARIANA Futures Brokerage - August - TDC DC | Unclassified | | 5,000.00 Dr | 368,969.11 Dr |
| 27-09-16 | USR | 605578 | User Adjustment | TDC DC custody fee Pt I Reversal | Unclassified | | 20,000.00 Cr | 348,969.11 Dr |
| 27-09-16 | USR | 605580 | User Adjustment | TRYG DC custody fee Pt I Rev | Unclassified | | 10,625.00 Cr | 338,344.11 Dr |
| 27-09-16 | USR | 605582 | User Adjustment | TRYG DC custody fee (Acer) | Unclassified | | 117,588.00 Dr | 455,932.11 Dr |
| 27-09-16 | USR | 605584 | User Adjustment | TRYG DC clearance fee | Unclassified | | 37,277.00 Dr | 493,209.11 Dr |
| 27-09-16 | USR | 605704 | User Adjustment | TDC DC custody fee (Acer) Rev | Unclassified | | 196,481.16 Cr | 296,727.95 Dr |
| 27-09-16 | USR | 605712 | User Adjustment | TDC DC clearence fee | Unclassified | | 24,271.47 Dr | 320,999.42 Dr |
| 08-12-16 | TRC | T00066033701002 | Trade | BUY 320,999.42 DKK @ 6.906 USD 46,481.24 | CASH | 660337 | 320,999.42 Cr | 0.00 Cr |
| 02-02-17 | SYS | 655819 | Customer Realized (Future | Futures P/L: DFD20JUN2014 DKK | TR-PL-FUTURE | | 0.00 Cr | 0.00 Cr |
| 02-02-17 | SYS | 655819 | Customer Realized (Future | Futures P/L: TKF18JUL2014 DKK | TR-PL-FUTURE | | 0.00 Cr | 0.00 Cr |
| 02-02-17 | SYS | 655819 | Customer Realized (Future | Futures P/L: OGY16APR2014 DKK | TR-PL-FUTURE | | 0.00 Cr | 0.00 Cr |
| 02-02-17 | SYS | 655819 | Customer Realized (Future | Futures P/L: TYF16APR2014 DKK | TR-PL-FUTURE | | 0.00 Cr | 0.00 Cr |
| 02-02-17 | SYS | 655819 | Customer Realized (Future | Futures P/L: OGY17APR2015 DKK | TR-PL-FUTURE | | 0.00 Cr | 0.00 Cr |

## Asset (DKK/DKK) Layer (Var Margin) (Danish Kroner DKK)

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 06-03-14 | SYS | 255365 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 408,500.00 Cr | 408,500.00 Cr |
| 07-03-14 | SYS | 255472 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 408,500.00 Dr | 0.00 Cr |
| 07-03-14 | SYS | 255932 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 1,376,000.00 Cr | 1,376,000.00 Cr |

CONFIDENTIAL                                                                                                              ED&F-00040759
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 4 of 23 Produced on 09/03/2019 03:09:50