# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | Ref | Description | | Type | Acct | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10-03-14 | SYS 256320 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 1,376,000.00 Dr | 0.00 Cr |
| 10-03-14 | SYS 256384 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 2,236,000.00 Cr | 2,236,000.00 Cr |
| 11-03-14 | SYS 256486 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 2,236,000.00 Dr | 0.00 Cr |
| 11-03-14 | SYS 256826 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 3,440,000.00 Cr | 3,440,000.00 Cr |
| 12-03-14 | SYS 256926 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 3,440,000.00 Dr | 0.00 Cr |
| 12-03-14 | SYS 257246 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 4,128,000.00 Cr | 4,128,000.00 Cr |
| 13-03-14 | SYS 257344 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 4,128,000.00 Dr | 0.00 Cr |
| 13-03-14 | SYS 257836 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 4,751,500.00 Cr | 4,751,500.00 Cr |
| 14-03-14 | SYS 257952 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 4,751,500.00 Dr | 0.00 Cr |
| 14-03-14 | SYS 258486 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 6,106,000.00 Cr | 6,106,000.00 Cr |
| 15-03-14 | SYS 258530 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 6,106,000.00 Cr | 12,212,000.00 Cr |
| 16-03-14 | SYS 258541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 6,106,000.00 Cr | 18,318,000.00 Cr |
| 17-03-14 | SYS 258555 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 6,106,000.00 Dr | 12,212,000.00 Cr |
| 17-03-14 | SYS 258562 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 6,106,000.00 Dr | 6,106,000.00 Cr |
| 17-03-14 | SYS 258563 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 6,106,000.00 Dr | 0.00 Cr |
| 17-03-14 | SYS 258838 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 4,880,500.00 Cr | 4,880,500.00 Cr |
| 18-03-14 | SYS 258868 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 4,880,500.00 Dr | 0.00 Cr |
| 18-03-14 | SYS 259110 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 3,182,000.00 Cr | 3,182,000.00 Cr |
| 18-03-14 | SYS 259110 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 2,160,000.00 Dr | 1,022,000.00 Cr |
| 19-03-14 | SYS 259145 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 3,182,000.00 Dr | 2,160,000.00 Dr |
| 19-03-14 | SYS 259145 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 2,160,000.00 Cr | 0.00 Cr |
| 19-03-14 | SYS 259488 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 3,160,500.00 Cr | 3,160,500.00 Cr |
| 19-03-14 | SYS 259488 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 5,780,000.00 Dr | 2,619,500.00 Dr |
| 20-03-14 | SYS 259512 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 5,780,000.00 Cr | 3,160,500.00 Cr |
| 20-03-14 | SYS 259512 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 3,160,500.00 Dr | 0.00 Cr |
| 20-03-14 | SYS 259780 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 3,053,000.00 Cr | 3,053,000.00 Cr |
| 20-03-14 | SYS 259780 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 4,560,000.00 Dr | 1,507,000.00 Dr |
| 20-03-14 | SYS 259780 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 3,620,000.00 Cr | 2,113,000.00 Cr |
| 21-03-14 | SYS 259849 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 4,560,000.00 Cr | 6,673,000.00 Cr |
| 21-03-14 | SYS 259849 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 3,620,000.00 Dr | 3,053,000.00 Cr |
| 21-03-14 | SYS 259849 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 219352 | 3,053,000.00 Dr | 0.00 Cr |
| 21-03-14 | SYS 260127 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 7,820,000.00 Cr | 7,820,000.00 Cr |
| 21-03-14 | SYS 260127 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 142,760.00 Dr | 7,677,240.00 Cr |
| 21-03-14 | SYS 260127 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 5,360,000.00 Dr | 2,317,240.00 Cr |
| 24-03-14 | SYS 260526 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 142,760.00 Cr | 2,460,000.00 Cr |
| 24-03-14 | SYS 260526 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 7,820,000.00 Dr | 5,360,000.00 Dr |
| 24-03-14 | SYS 260526 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 5,360,000.00 Cr | 0.00 Cr |
| 24-03-14 | SYS 260533 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 3,340,000.00 Dr | 3,340,000.00 Dr |
| 24-03-14 | SYS 260533 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 6,240,000.00 Cr | 2,900,000.00 Cr |
| 24-03-14 | SYS 260533 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 1,319,240.00 Cr | 4,219,240.00 Cr |
| 25-03-14 | SYS 260568 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 3,340,000.00 Cr | 7,559,240.00 Cr |
| 25-03-14 | SYS 260568 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 1,319,240.00 Dr | 6,240,000.00 Cr |
| 25-03-14 | SYS 260568 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 6,240,000.00 Dr | 0.00 Cr |
| 25-03-14 | SYS 261026 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 1,060,000.00 Cr | 1,060,000.00 Cr |
| 25-03-14 | SYS 261026 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 1,147,240.00 Cr | 2,207,240.00 Cr |
| 25-03-14 | SYS 261026 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 7,040,000.00 Cr | 9,247,240.00 Cr |
| 26-03-14 | SYS 261067 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 1,147,240.00 Dr | 8,100,000.00 Cr |
| 26-03-14 | SYS 261067 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 1,060,000.00 Dr | 7,040,000.00 Cr |
| 26-03-14 | SYS 261067 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 7,040,000.00 Dr | 0.00 Cr |
| 26-03-14 | SYS 261478 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 1,190,240.00 Cr | 1,190,240.00 Cr |
| 26-03-14 | SYS 261478 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 5,780,000.00 Dr | 4,589,760.00 Dr |
| 26-03-14 | SYS 261478 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 5,400,000.00 Cr | 810,240.00 Cr |
| 27-03-14 | SYS 261514 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 1,190,240.00 Dr | 380,000.00 Dr |

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 27-03-14 | SYS | 261514 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 5,780,000.00 Cr | 5,400,000.00 Cr |
| 27-03-14 | SYS | 261514 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 5,400,000.00 Dr | 0.00 Cr |
| 27-03-14 | SYS | 271848 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 5,740,000.00 Dr | 5,740,000.00 Dr |
| 27-03-14 | SYS | 271848 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 340,000.00 Dr | 6,080,000.00 Dr |
| 27-03-14 | SYS | 271848 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 1,555,740.00 Cr | 4,524,260.00 Dr |
| 28-03-14 | SYS | 271882 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 5,740,000.00 Cr | 1,215,740.00 Cr |
| 28-03-14 | SYS | 271882 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 340,000.00 Cr | 1,555,740.00 Cr |
| 28-03-14 | SYS | 271882 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 1,555,740.00 Dr | 0.00 Cr |
| 28-03-14 | SYS | 273879 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 10,760,000.00 Dr | 10,760,000.00 Dr |
| 28-03-14 | SYS | 273879 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 6,180,000.00 Dr | 16,940,000.00 Dr |
| 28-03-14 | SYS | 273879 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 99,760.00 Dr | 17,039,760.00 Dr |
| 31-03-14 | SYS | 274906 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 99,760.00 Cr | 16,940,000.00 Dr |
| 31-03-14 | SYS | 274906 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 10,760,000.00 Cr | 6,180,000.00 Dr |
| 31-03-14 | SYS | 274906 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 6,180,000.00 Cr | 0.00 Cr |
| 31-03-14 | SYS | 274913 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 7,360,000.00 Dr | 7,360,000.00 Dr |
| 31-03-14 | SYS | 274913 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 1,583,260.00 Dr | 8,943,260.00 Dr |
| 31-03-14 | SYS | 274913 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 16,740,000.00 Dr | 25,683,260.00 Dr |
| 01-04-14 | SYS | 275026 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 1,583,260.00 Cr | 24,100,000.00 Dr |
| 01-04-14 | SYS | 275026 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 16,740,000.00 Cr | 7,360,000.00 Dr |
| 01-04-14 | SYS | 275026 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 7,360,000.00 Cr | 0.00 Cr |
| 01-04-14 | SYS | 275541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 1,497,260.00 Dr | 1,497,260.00 Dr |
| 01-04-14 | SYS | 275541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 21,160,000.00 Dr | 22,657,260.00 Dr |
| 01-04-14 | SYS | 275541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 2,760,000.00 Dr | 25,417,260.00 Dr |
| 02-04-14 | SYS | 275576 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 1,497,260.00 Cr | 23,920,000.00 Dr |
| 02-04-14 | SYS | 275576 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 2,760,000.00 Cr | 21,160,000.00 Dr |
| 02-04-14 | SYS | 275576 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 21,160,000.00 Cr | 0.00 Cr |
| 02-04-14 | SYS | 275944 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 1,045,760.00 Dr | 1,045,760.00 Dr |
| 02-04-14 | SYS | 275944 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 21,340,000.00 Dr | 22,385,760.00 Dr |
| 02-04-14 | SYS | 275944 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 5,760,000.00 Dr | 28,145,760.00 Dr |
| 03-04-14 | SYS | 275978 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 21,340,000.00 Cr | 6,805,760.00 Dr |
| 03-04-14 | SYS | 275978 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 1,045,760.00 Cr | 5,760,000.00 Dr |
| 03-04-14 | SYS | 275978 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 5,760,000.00 Cr | 0.00 Cr |
| 03-04-14 | SYS | 276383 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 115,240.00 Cr | 115,240.00 Cr |
| 03-04-14 | SYS | 276383 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 21,140,000.00 Dr | 21,024,760.00 Dr |
| 03-04-14 | SYS | 276383 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 2,740,000.00 Dr | 23,764,760.00 Dr |
| 03-04-14 | SYS | 276383 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243637 | 1,561,000.00 Cr | 22,203,760.00 Dr |
| 04-04-14 | SYS | 276418 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243637 | 1,561,000.00 Dr | 23,764,760.00 Dr |
| 04-04-14 | SYS | 276418 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 115,240.00 Dr | 23,880,000.00 Dr |
| 04-04-14 | SYS | 276418 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 2,740,000.00 Cr | 21,140,000.00 Dr |
| 04-04-14 | SYS | 276418 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 21,140,000.00 Cr | 0.00 Cr |
| 04-04-14 | SYS | 276777 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243637 | 1,559,250.00 Cr | 1,559,250.00 Cr |
| 04-04-14 | SYS | 276777 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 164,260.00 Dr | 1,394,990.00 Cr |
| 04-04-14 | SYS | 276777 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 24,340,000.00 Dr | 22,945,010.00 Dr |
| 04-04-14 | SYS | 276777 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 940,000.00 Dr | 23,885,010.00 Dr |
| 07-04-14 | SYS | 277174 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 940,000.00 Cr | 22,945,010.00 Dr |
| 07-04-14 | SYS | 277174 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243637 | 1,559,250.00 Dr | 24,504,260.00 Dr |
| 07-04-14 | SYS | 277174 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 164,260.00 Cr | 24,340,000.00 Dr |
| 07-04-14 | SYS | 277174 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 24,340,000.00 Cr | 0.00 Cr |
| 07-04-14 | SYS | 277181 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 24,340,000.00 Dr | 24,340,000.00 Dr |
| 07-04-14 | SYS | 277181 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 9,240,000.00 Cr | 15,100,000.00 Dr |
| 07-04-14 | SYS | 277181 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243637 | 945,000.00 Cr | 14,155,000.00 Dr |
| 07-04-14 | SYS | 277181 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 744,760.00 Dr | 14,899,760.00 Dr |
| 08-04-14 | SYS | 277216 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 744,760.00 Cr | 14,155,000.00 Dr |
| 08-04-14 | SYS | 277216 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 24,340,000.00 Cr | 10,185,000.00 Cr |
| 08-04-14 | SYS | 277216 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 9,240,000.00 Dr | 945,000.00 Cr |
| 08-04-14 | SYS | 277216 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243637 | 945,000.00 Dr | 0.00 Cr |
| 08-04-14 | SYS | 277626 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 959,760.00 Dr | 959,760.00 Dr |
| 08-04-14 | SYS | 277626 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 16,340,000.00 Dr | 17,299,760.00 Dr |

CONFIDENTIAL    ED&F-00040761

Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 6 of 23 Produced on 09/03/2019 03:09:50