# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 08-04-14 | SYS | 277626 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 17,040,000.00 Cr | 259,760.00 Dr |
| 08-04-14 | SYS | 277626 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243637 | 1,734,250.00 Cr | 1,474,490.00 Cr |
| 09-04-14 | SYS | 277660 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 959,760.00 Cr | 2,434,250.00 Cr |
| 09-04-14 | SYS | 277660 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 16,340,000.00 Cr | 18,774,250.00 Cr |
| 09-04-14 | SYS | 277660 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 17,040,000.00 Dr | 1,734,250.00 Cr |
| 09-04-14 | SYS | 277660 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243637 | 1,734,250.00 Dr | 0.00 |
| 09-04-14 | SYS | 277967 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 18,740,000.00 Dr | 18,740,000.00 Dr |
| 09-04-14 | SYS | 277967 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 9,640,000.00 Cr | 9,100,000.00 Dr |
| 09-04-14 | SYS | 277967 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243637 | 334,250.00 Cr | 8,765,750.00 Dr |
| 09-04-14 | SYS | 277967 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 1,174,760.00 Dr | 9,940,510.00 Dr |
| 10-04-14 | SYS | 278002 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243637 | 334,250.00 Dr | 10,274,760.00 Dr |
| 10-04-14 | SYS | 278002 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 1,174,760.00 Cr | 9,100,000.00 Dr |
| 10-04-14 | SYS | 278002 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 18,740,000.00 Cr | 9,640,000.00 Cr |
| 10-04-14 | SYS | 278002 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 9,640,000.00 Dr | 0.00 |
| 10-04-14 | SYS | 278321 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 2,142,260.00 Dr | 2,142,260.00 Dr |
| 10-04-14 | SYS | 278321 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 15,340,000.00 Dr | 17,482,260.00 Dr |
| 10-04-14 | SYS | 278321 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 15,260,000.00 Cr | 2,222,260.00 Dr |
| 10-04-14 | SYS | 278321 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243637 | 4,009,250.00 Cr | 1,786,990.00 Cr |
| 11-04-14 | SYS | 278369 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 2,142,260.00 Cr | 3,929,250.00 Cr |
| 11-04-14 | SYS | 278369 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 15,340,000.00 Cr | 19,269,250.00 Cr |
| 11-04-14 | SYS | 278369 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 15,260,000.00 Dr | 4,009,250.00 Cr |
| 11-04-14 | SYS | 278369 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243637 | 4,009,250.00 Dr | 0.00 |
| 11-04-14 | SYS | 278743 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 23,440,000.00 Cr | 23,440,000.00 Cr |
| 11-04-14 | SYS | 278743 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 701,760.00 Dr | 22,738,240.00 Cr |
| 11-04-14 | SYS | 278743 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243637 | 4,534,250.00 Cr | 27,272,490.00 Cr |
| 11-04-14 | SYS | 278743 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 14,740,000.00 Dr | 12,532,490.00 Cr |
| 14-04-14 | SYS | 279170 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 229826 | 14,740,000.00 Cr | 27,272,490.00 Cr |
| 14-04-14 | SYS | 279170 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 243637 | 4,534,250.00 Dr | 22,738,240.00 Cr |
| 14-04-14 | SYS | 279170 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 232545 | 701,760.00 Cr | 23,440,000.00 Cr |
| 14-04-14 | SYS | 279170 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 231632 | 23,440,000.00 Dr | 0.00 |
| 23-04-14 | SYS | 281657 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 253570 | 1,164,225.00 Dr | 1,164,225.00 Dr |
| 24-04-14 | SYS | 281691 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 253570 | 1,164,225.00 Cr | 0.00 Cr |
| 08-05-14 | SYS | 287900 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 277789 | 5,822,500.00 Cr | 5,822,500.00 Cr |
| 09-05-14 | SYS | 287934 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 277789 | 5,822,500.00 Dr | 0.00 Cr |
| 04-03-15 | SYS | 392869 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 414886 | 860,000.00 Dr | 860,000.00 Dr |
| 05-03-15 | SYS | 392907 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 414886 | 860,000.00 Cr | 0.00 Cr |
| 05-03-15 | SYS | 393283 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 414886 | 2,060,000.00 Dr | 2,060,000.00 Dr |
| 06-03-15 | SYS | 393329 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 414886 | 2,060,000.00 Cr | 0.00 Cr |
| 06-03-15 | SYS | 393704 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 414886 | 2,060,000.00 Dr | 2,060,000.00 Dr |
| 07-03-15 | SYS | 393760 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 414886 | 2,060,000.00 Dr | 4,120,000.00 Dr |
| 08-03-15 | SYS | 393778 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 414886 | 2,060,000.00 Dr | 6,180,000.00 Dr |
| 09-03-15 | SYS | 393792 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 414886 | 2,060,000.00 Cr | 4,120,000.00 Dr |
| 09-03-15 | SYS | 393799 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 414886 | 2,060,000.00 Cr | 2,060,000.00 Dr |
| 09-03-15 | SYS | 393800 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 414886 | 2,060,000.00 Cr | 0.00 Cr |
| 09-03-15 | SYS | 394399 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 414886 | 460,000.00 Dr | 460,000.00 Dr |
| 10-03-15 | SYS | 394432 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 414886 | 460,000.00 Cr | 0.00 Cr |
| 10-03-15 | SYS | 394809 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 414886 | 2,040,000.00 Cr | 2,040,000.00 Cr |
| 11-03-15 | SYS | 394842 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 414886 | 2,040,000.00 Dr | 0.00 Cr |
| 11-03-15 | SYS | 395227 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 421222 | 225,930.00 Dr | 225,930.00 Dr |

CONFIDENTIAL                                                                                                                   ED&F-00040762
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 7 of 23 Produced on 09/03/2019 03:09:50

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | SYS # | Description | Detail | Type | Code | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12-03-15 | SYS 395262 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 421222 | 225,930.00 Cr | 0.00 Cr |
| 12-03-15 | SYS 395600 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 421222 | 369,070.00 Cr | 369,070.00 Cr |
| 13-03-15 | SYS 395660 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 421222 | 369,070.00 Dr | 0.00 Cr |
| 13-03-15 | SYS 396083 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423330 | 11,513,460.00 Dr | 11,513,460.00 Dr |
| 13-03-15 | SYS 396083 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423083 | 224,760.00 Cr | 11,288,700.00 Dr |
| 14-03-15 | SYS 396125 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423330 | 11,513,460.00 Dr | 22,802,160.00 Dr |
| 14-03-15 | SYS 396125 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423083 | 224,760.00 Cr | 22,577,400.00 Dr |
| 15-03-15 | SYS 396143 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423330 | 11,513,460.00 Dr | 34,090,860.00 Dr |
| 15-03-15 | SYS 396143 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423083 | 224,760.00 Cr | 33,866,100.00 Dr |
| 16-03-15 | SYS 396157 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423330 | 11,513,460.00 Cr | 22,352,640.00 Dr |
| 16-03-15 | SYS 396157 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423083 | 224,760.00 Dr | 22,577,400.00 Dr |
| 16-03-15 | SYS 396164 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423330 | 11,513,460.00 Cr | 11,063,940.00 Dr |
| 16-03-15 | SYS 396164 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423083 | 224,760.00 Dr | 11,288,700.00 Dr |
| 16-03-15 | SYS 396165 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423330 | 11,513,460.00 Cr | 224,760.00 Cr |
| 16-03-15 | SYS 396165 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423083 | 224,760.00 Dr | 0.00 Cr |
| 16-03-15 | SYS 396674 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423330 | 22,153,460.00 Dr | 22,153,460.00 Dr |
| 16-03-15 | SYS 396674 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423083 | 375,240.00 Dr | 22,528,700.00 Dr |
| 17-03-15 | SYS 396712 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423330 | 22,153,460.00 Cr | 375,240.00 Dr |
| 17-03-15 | SYS 396712 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423083 | 375,240.00 Cr | 0.00 Cr |
| 17-03-15 | SYS 397100 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423330 | 13,767,460.00 Dr | 13,767,460.00 Dr |
| 17-03-15 | SYS 397100 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423083 | 1,772,760.00 Dr | 11,994,700.00 Dr |
| 17-03-15 | SYS 397100 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423842 | 3,182,460.00 Cr | 8,812,240.00 Dr |
| 17-03-15 | SYS 397100 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423841 | 1,949,400.00 Cr | 6,862,840.00 Dr |
| 18-03-15 | SYS 397160 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423083 | 1,772,760.00 Dr | 8,635,600.00 Dr |
| 18-03-15 | SYS 397160 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423842 | 3,182,460.00 Dr | 11,818,060.00 Dr |
| 18-03-15 | SYS 397160 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423841 | 1,949,400.00 Dr | 13,767,460.00 Dr |
| 18-03-15 | SYS 397160 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423330 | 13,767,460.00 Cr | 0.00 Cr |
| 18-03-15 | SYS 397460 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423330 | 13,781,460.00 Dr | 13,781,460.00 Dr |
| 18-03-15 | SYS 397460 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423083 | 452,760.00 Cr | 13,328,700.00 Dr |
| 18-03-15 | SYS 397460 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423842 | 3,740,460.00 Cr | 9,588,240.00 Dr |
| 18-03-15 | SYS 397460 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423841 | 2,291,400.00 Cr | 7,296,840.00 Dr |
| 19-03-15 | SYS 397505 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423083 | 452,760.00 Dr | 7,749,600.00 Dr |
| 19-03-15 | SYS 397505 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423842 | 3,740,460.00 Dr | 11,490,060.00 Dr |
| 19-03-15 | SYS 397505 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423841 | 2,291,400.00 Dr | 13,781,460.00 Dr |
| 19-03-15 | SYS 397505 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423330 | 13,781,460.00 Cr | 0.00 Cr |
| 19-03-15 | SYS 397880 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423330 | 17,043,460.00 Dr | 17,043,460.00 Dr |
| 19-03-15 | SYS 397880 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423083 | 1,371,240.00 Dr | 18,414,700.00 Dr |
| 19-03-15 | SYS 397880 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423841 | 1,998,420.00 Cr | 16,416,280.00 Dr |
| 19-03-15 | SYS 397880 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423842 | 3,262,440.00 Cr | 13,153,840.00 Dr |
| 20-03-15 | SYS 397940 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423330 | 17,043,460.00 Cr | 3,889,620.00 Cr |
| 20-03-15 | SYS 397940 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423083 | 1,371,240.00 Cr | 5,260,860.00 Cr |
| 20-03-15 | SYS 397940 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423841 | 1,998,420.00 Dr | 3,262,440.00 Cr |
| 20-03-15 | SYS 397940 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423842 | 3,262,440.00 Dr | 0.00 Cr |
| 20-03-15 | SYS 398649 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423841 | 1,720,260.00 Cr | 1,720,260.00 Cr |
| 20-03-15 | SYS 398649 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423842 | 2,808,600.00 Cr | 4,528,860.00 Cr |
| 21-03-15 | SYS 398695 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423841 | 1,720,260.00 Cr | 6,249,120.00 Cr |
| 21-03-15 | SYS 398695 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423842 | 2,808,600.00 Cr | 9,057,720.00 Cr |
| 22-03-15 | SYS 398708 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423841 | 1,720,260.00 Cr | 10,777,980.00 Cr |
| 22-03-15 | SYS 398708 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423842 | 2,808,600.00 Cr | 13,586,580.00 Cr |
| 23-03-15 | SYS 398722 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423841 | 1,720,260.00 Dr | 11,866,320.00 Cr |
| 23-03-15 | SYS 398722 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423842 | 2,808,600.00 Dr | 9,057,720.00 Cr |
| 23-03-15 | SYS 398730 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423841 | 1,720,260.00 Dr | 7,337,460.00 Cr |
| 23-03-15 | SYS 398730 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423842 | 2,808,600.00 Dr | 4,528,860.00 Cr |
| 23-03-15 | SYS 398731 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423841 | 1,720,260.00 Dr | 2,808,600.00 Cr |
| 23-03-15 | SYS 398731 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423842 | 2,808,600.00 Dr | 0.00 Cr |
| 23-03-15 | SYS 399209 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423841 | 2,674,440.00 Cr | 2,674,440.00 Cr |
| 23-03-15 | SYS 399209 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423842 | 4,365,420.00 Cr | 7,039,860.00 Cr |

CONFIDENTIAL                                                                                         ED&F-00040763