# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 24-03-15 | SYS | 399260 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423841 | 2,674,440.00 Dr | 4,365,420.00 Cr |
| 24-03-15 | SYS | 399260 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 423842 | 4,365,420.00 Dr | 0.00 Cr |
| 09-07-15 | SYS | 450352 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523906 | 1,173,000.00 Dr | 1,173,000.00 Dr |
| 09-07-15 | SYS | 450352 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523903 | 783,700.00 Dr | 1,956,700.00 Dr |
| 10-07-15 | SYS | 450389 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523906 | 1,173,000.00 Cr | 783,700.00 Dr |
| 10-07-15 | SYS | 450389 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523903 | 783,700.00 Cr | 0.00 Cr |
| 10-07-15 | SYS | 450841 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523906 | 1,555,500.00 Dr | 1,555,500.00 Dr |
| 10-07-15 | SYS | 450841 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523903 | 1,038,700.00 Dr | 2,594,200.00 Dr |
| 11-07-15 | SYS | 450882 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523906 | 1,555,500.00 Dr | 4,149,700.00 Dr |
| 11-07-15 | SYS | 450882 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523903 | 1,038,700.00 Dr | 5,188,400.00 Dr |
| 12-07-15 | SYS | 450900 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523906 | 1,555,500.00 Dr | 6,743,900.00 Dr |
| 12-07-15 | SYS | 450900 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523903 | 1,038,700.00 Dr | 7,782,600.00 Dr |
| 13-07-15 | SYS | 450923 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523906 | 1,555,500.00 Cr | 6,227,100.00 Dr |
| 13-07-15 | SYS | 450923 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523903 | 1,038,700.00 Cr | 5,188,400.00 Dr |
| 13-07-15 | SYS | 450931 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523906 | 1,555,500.00 Cr | 3,632,900.00 Dr |
| 13-07-15 | SYS | 450931 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523903 | 1,038,700.00 Cr | 2,594,200.00 Dr |
| 13-07-15 | SYS | 450932 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523906 | 1,555,500.00 Cr | 1,038,700.00 Dr |
| 13-07-15 | SYS | 450932 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523903 | 1,038,700.00 Cr | 0.00 Cr |
| 13-07-15 | SYS | 451270 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523906 | 1,810,500.00 Dr | 1,810,500.00 Dr |
| 13-07-15 | SYS | 451270 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523903 | 1,208,700.00 Dr | 3,019,200.00 Dr |
| 14-07-15 | SYS | 451308 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523906 | 1,810,500.00 Cr | 1,208,700.00 Dr |
| 14-07-15 | SYS | 451308 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523903 | 1,208,700.00 Cr | 0.00 Cr |
| 14-07-15 | SYS | 451680 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523906 | 1,555,500.00 Dr | 1,555,500.00 Dr |
| 14-07-15 | SYS | 451680 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523903 | 1,038,700.00 Dr | 2,594,200.00 Dr |
| 15-07-15 | SYS | 451718 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523906 | 1,555,500.00 Cr | 1,038,700.00 Dr |
| 15-07-15 | SYS | 451718 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523903 | 1,038,700.00 Cr | 0.00 Cr |
| 15-07-15 | SYS | 452060 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523903 | 1,089,700.00 Dr | 1,089,700.00 Dr |
| 15-07-15 | SYS | 452060 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523906 | 1,632,000.00 Dr | 2,721,700.00 Dr |
| 16-07-15 | SYS | 452096 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523903 | 1,089,700.00 Cr | 1,632,000.00 Dr |
| 16-07-15 | SYS | 452096 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 523906 | 1,632,000.00 Cr | 0.00 Cr |
| 07-08-15 | SYS | 459147 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529255 | 5,620,000.00 Cr | 5,620,000.00 Cr |
| 08-08-15 | SYS | 459188 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529255 | 5,620,000.00 Cr | 11,240,000.00 Cr |
| 09-08-15 | SYS | 459205 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529255 | 5,620,000.00 Cr | 16,860,000.00 Cr |
| 10-08-15 | SYS | 459219 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529255 | 5,620,000.00 Dr | 11,240,000.00 Cr |
| 10-08-15 | SYS | 459227 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529255 | 5,620,000.00 Dr | 5,620,000.00 Cr |
| 10-08-15 | SYS | 459228 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529255 | 5,620,000.00 Dr | 0.00 Cr |
| 10-08-15 | SYS | 459540 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529255 | 10,420,000.00 Cr | 10,420,000.00 Cr |
| 11-08-15 | SYS | 459578 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529255 | 10,420,000.00 Dr | 0.00 Cr |
| 11-08-15 | SYS | 459900 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529255 | 9,000,000.00 Cr | 9,000,000.00 Cr |
| 12-08-15 | SYS | 459938 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529255 | 9,000,000.00 Dr | 0.00 Cr |
| 12-08-15 | SYS | 460246 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529255 | 10,500,000.00 Cr | 10,500,000.00 Cr |
| 13-08-15 | SYS | 460284 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529255 | 10,500,000.00 Dr | 0.00 Cr |
| 13-08-15 | SYS | 460753 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529255 | 10,140,000.00 Cr | 10,140,000.00 Cr |
| 14-08-15 | SYS | 460781 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 529255 | 10,140,000.00 Dr | 0.00 Cr |

**Asset (DKK/DKK) Layer (SEG CASH ACC) (Danish Kroner DKK)**

CONFIDENTIAL                                                                                                    ED&F-00040764
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 9 of 23 Produced on 09/03/2019 03:09:50

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 20-06-14 | USR | 304726 | User Adjustment | Non Seg to Seg | Unclassified | | 402,343.40 Cr | 402,343.40 Cr |
| 30-07-14 | USR | 318354 | User Adjustment | Seg to Non Seg Move | Unclassified | | 402,343.40 Dr | 0.00 Cr |

## Asset (DKK/EUR) Layer (Cash) (Danish Kroner DKK)

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 30-04-14 | USR | 283904 | User Adjustment | TDC DC Tax Reclaims | Unclassified | | 1,266,244.65 Cr | 1,266,244.65 Cr |
| 01-05-14 | USR | 284881 | User Adjustment | TDC DC Tax Reclaims | Unclassified | | 1,266,244.65 Dr | 0.00 Cr |

## Asset (EUR/EUR) Layer (Cash) (Euro)

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 19-12-12 | USR | 42745 | User Adjustment | EUR 1,741,550.00 CREDIT RIVERS ASSOC | Unclassified | | 1,741,550.00 Cr | 1,741,550.00 Cr |
| 20-12-12 | USR | 42982 | User Adjustment | EUR 1,741,550.00 CREDIT RIVERS ASSOC - AMEND | Unclassified | | 1,741,550.00 Dr | 0.00 Cr |
| 28-03-13 | USR | 77133 | User Adjustment | FINANCING - DRAWDOWN 78 - BORROW FINANCING CO | Unclassified | | 58,325.28 Dr | 58,325.28 Dr |
| 02-04-13 | USR | 78313 | User Adjustment | Financing - Drawdown 78 - Borrow Financing Co | Unclassified | | 58,325.28 Cr | 0.00 Cr |
| 12-11-13 | TRD | T00016942801001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 169428 | 300.00 Dr | 300.00 Dr |
| 12-11-13 | TRD | T00016942801001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 169428 | 475.00 Dr | 775.00 Dr |
| 15-11-13 | TRD | T00016939701002 | Trade | BUY 1,000,000 ABI BB @ 77.001 EUR 77,000,960 | PROCEED-EQUITY | 169397 | 77,000,960.00 Dr | 77,001,735.00 Dr |
| 19-11-13 | USR | 211207 | User Adjustment | CASH DIV - ABI BB - PD 18-11-2013 | Unclassified | | 600,000.00 Cr | 76,401,735.00 Dr |
| 27-11-13 | USR | 214746 | User Adjustment | ABI BB Custody Fees | Unclassified | | 18,000.00 Dr | 76,419,735.00 Dr |
| 20-12-13 | SYS | 227818 | Customer Realized (Future | Futures P/L: IGY20DEC EUR | TR-PL-FUTURE | | 476,700.00 Cr | 75,943,035.00 Dr |
| 27-12-13 | TRC | T00020331101002 | Trade | SEL C ABI BB/EUR OTC Op @ 75.97 .01 3/21/14 | PROCEED-OTC-OP | 203311 | 75,970,000.00 Cr | 26,965.00 Cr |
| 07-01-14 | USR | 233592 | User Adjustment | Mkt Ticket charges ? November 2014 | Unclassified | | 36.00 Dr | 26,929.00 Cr |
| 08-01-14 | USR | 234129 | User Adjustment | Mkt Ticket charges ? November 2013 | Unclassified | | 36.00 Dr | 26,893.00 Cr |
| 08-01-14 | USR | 234188 | User Adjustment | Revers of Mkt Ticket charges ? November 2014 | Unclassified | | 36.00 Cr | 26,929.00 Cr |
| 31-01-14 | USR | 242779 | User Adjustment | Mkt Ticket charges ? December2013 | Unclassified | | 210.00 Dr | 26,719.00 Cr |
| 24-02-14 | USR | 250747 | User Adjustment | Non Seg to Seg Move | Unclassified | | 26,719.00 Cr | 53,438.00 Cr |
| 25-02-14 | USR | 251428 | User Adjustment | Rev - Non Seg to Seg Move | Unclassified | | 26,719.00 Dr | 26,719.00 Cr |
| 25-02-14 | USR | 251456 | User Adjustment | Rev - Non Seg to Seg Move | Unclassified | | 26,719.00 Dr | 0.00 Cr |
| 18-03-14 | TRD | T00022982601001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 229826 | 600.00 Dr | 600.00 Dr |
| 18-03-14 | TRD | T00022982601001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 229826 | 475.00 Dr | 1,075.00 Dr |
| 19-03-14 | USR | 259225 | User Adjustment | Mkt Ticket charges - February2014 | Unclassified | | 30.00 Dr | 1,105.00 Dr |
| 20-03-14 | USR | 259567 | User Adjustment | Drawdown 409 - TDC DC | Unclassified | | 1,125.21 Dr | 2,230.21 Dr |
| 21-03-14 | TRD | T00023258501001 | Trade | BUY C ABI BB/EUR OTC Op @ 74.12 .01 3/21/14 | PROCEED-OTC-OP | 232585 | 74,120,000.00 Dr | 74,122,230.21 Dr |

CONFIDENTIAL                                                                                              ED&F-00040765
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 10 of 23 Produced on 09/03/2019 03:09:50