# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 25-03-14 | SYS | 260661 | Reversal of Trade | BUY C ABI BB/EUR OTC Op @ 74.12 .01 3/21/14 | PROCEED-OTC-OP | 232585 | 74,120,000.00 Cr | 2,230.21 Dr |
| 25-03-14 | TRC | T000023522301001 | Trade | SEL C ABI BB/EUR OTC Op @ 74.12 .01 3/21/14 | PROCEED-OTC-OP | 235223 | 74,120,000.00 Cr | 74,117,769.79 Cr |
| 25-03-14 | USR | 260790 | User Adjustment | Drawdown 407 - DANSKE DC 1 | Unclassified | | 482.16 Dr | 74,117,287.63 Cr |
| 27-03-14 | SYS | 266378 | Reversal of Trade | SEL C ABI BB/EUR OTC Op @ 74.12 .01 3/21/14 | PROCEED-OTC-OP | 235223 | 74,120,000.00 Dr | 2,712.37 Dr |
| 27-03-14 | TRD | T000023802201001 | Trade | BUY C ABI BB/EUR OTC Op @ 74.12 .01 3/21/14 | PROCEED-OTC-OP | 238022 | 74,120,000.00 Dr | 74,122,712.37 Dr |
| 27-03-14 | USR | 268468 | User Adjustment | Drawdown 416 - NOVOB DC | Unclassified | | 426.24 Dr | 74,123,138.61 Dr |
| 28-03-14 | SYS | 267161 | Reversal of Trade | SEL 990,000 ABI BB @ 75.77 EUR 75,012,300 | PROCEED-EQUITY | 238008 | 75,012,300.00 Dr | 149,135,438.61 Dr |
| 28-03-14 | SYS | 267289 | Reversal of Trade | SEL 500,000 ABI BB @ 75.77 EUR 37,885,000 | PROCEED-EQUITY | 238101 | 37,885,000.00 Dr | 187,020,438.61 Dr |
| 28-03-14 | SYS | 267302 | Reversal of Trade | SEL 500,000 ABI BB @ 75.77 EUR 37,885,000 | PROCEED-EQUITY | 238102 | 37,885,000.00 Dr | 224,905,438.61 Dr |
| 28-03-14 | TRD | T000023879801001 | Trade | BUY C ABI BB/EUR OTC Op @ 75.77 .01 3/28/14 | PROCEED-OTC-OP | 238798 | 75,770,000.00 Dr | 300,675,438.61 Dr |
| 28-03-14 | TRC | T000023800801002 | Trade | SEL 990,000 ABI BB @ 75.77 EUR 75,012,300 | PROCEED-EQUITY | 238008 | 75,012,300.00 Cr | 225,663,138.61 Dr |
| 28-03-14 | TRC | T000023810101002 | Trade | SEL 500,000 ABI BB @ 75.77 EUR 37,885,000 | PROCEED-EQUITY | 238101 | 37,885,000.00 Cr | 187,778,138.61 Dr |
| 28-03-14 | TRC | T000023810201002 | Trade | SEL 500,000 ABI BB @ 75.77 EUR 37,885,000 | PROCEED-EQUITY | 238102 | 37,885,000.00 Cr | 149,893,138.61 Dr |
| 28-03-14 | TRC | T000023819201002 | Trade | SEL 500,000 BE0003793107 @ 75.77 EUR 37,885,0 | PROCEED-EQUITY | 238192 | 37,885,000.00 Cr | 112,008,138.61 Dr |
| 28-03-14 | TRC | T000023819401002 | Trade | SEL 500,000 BE0003793107 @ 75.77 EUR 37,885,0 | PROCEED-EQUITY | 238194 | 37,885,000.00 Cr | 74,123,138.61 Dr |
| 28-03-14 | TRC | T000023879301001 | Trade | SEL C ABI BB/EUR OTC Op @ 74.12 .01 3/28/14 | PROCEED-OTC-OP | 238793 | 74,120,000.00 Cr | 3,138.61 Dr |
| 01-04-14 | USR | 275067 | User Adjustment | Reverse of Drawdown 416 - NOVOB DC | Unclassified | | 426.24 Cr | 2,712.37 Dr |
| 01-04-14 | USR | 275075 | User Adjustment | Drawdown 416 - NOVOB DC | Unclassified | | 744.48 Dr | 3,456.85 Dr |
| 03-04-14 | TRD | T000024363701001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 243637 | 52.50 Dr | 3,509.35 Dr |
| 03-04-14 | TRD | T000024363701001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 243637 | 350.00 Dr | 3,859.35 Dr |
| 04-04-14 | USR | 276541 | User Adjustment | Reverse of Drawdown 409 - TDC DC | Unclassified | | 1,125.21 Cr | 2,734.14 Dr |
| 04-04-14 | USR | 276550 | User Adjustment | Drawdown 409 - TDC DC | Unclassified | | 112.31 Dr | 2,846.45 Dr |
| 08-04-14 | USR | 277392 | User Adjustment | Mkt Ticket charges - March2014 | Unclassified | | 198.00 Dr | 3,044.45 Dr |
| 14-04-14 | TRD | T000024688601001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 246886 | 612.75 Dr | 3,657.20 Dr |
| 14-04-14 | TRD | T000024688601001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 246886 | 475.00 Dr | 4,132.20 Dr |
| 14-04-14 | TRD | T000024688801001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 246888 | 32.25 Dr | 4,164.45 Dr |
| 14-04-14 | TRD | T000024688801001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 246888 | 215.00 Dr | 4,379.45 Dr |
| 14-04-14 | USR | 278907 | User Adjustment | Drawdown 433 - TRYG DC | Unclassified | | 125.76 Dr | 4,505.21 Dr |
| 15-04-14 | TRC | T000024739901001 | Trade | SEL C SIE GY/USD OTC Op @ 95.8038 .01 5/20/14 | PROCEED-OTC-OP | 247399 | 74,152.14 Cr | 69,646.93 Cr |
| 16-04-14 | USR | 279676 | User Adjustment | ABI BB SL fee | Unclassified | | 766.15 Dr | 68,880.78 Cr |
| 16-04-14 | USR | 279677 | User Adjustment | ABI BB funding | Unclassified | | 6,326.22 Dr | 62,554.56 Cr |
| 23-04-14 | SYS | 281310 | Reversal of Trade | SEL C SIE GY/USD OTC Op @ 95.8038 .01 5/20/14 | PROCEED-OTC-OP | 247399 | 74,152.14 Dr | 11,597.58 Dr |
| 23-04-14 | TRC | T000025315301001 | Trade | SEL C SIE GY/EUR OTC Op @ 95.8038 .01 5/20/14 | PROCEED-OTC-OP | 253153 | 74,152.14 Cr | 62,554.56 Cr |
| 25-04-14 | USR | 282336 | User Adjustment | Drawdown 450 - DNORD DC | Unclassified | | 122.82 Dr | 62,431.74 Cr |
| 28-04-14 | TRD | T000025736501001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 257365 | 561.00 Dr | 61,870.74 Cr |
| 28-04-14 | TRD | T000025736501001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 257365 | 475.00 Dr | 61,395.74 Cr |
| 28-04-14 | USR | 282786 | User Adjustment | ABI BB clearance fee | Unclassified | | 8,985.00 Dr | 52,410.74 Cr |
| 29-04-14 | SYS | 283383 | Reversal of Trade | Futures - Clearing Fees Recharged to clients | CASH | 257365 | 561.00 Cr | 52,971.74 Cr |
| 29-04-14 | SYS | 283383 | Reversal of Trade | Futures - Exchange Fees Recharged to clients | CASH | 257365 | 475.00 Cr | 53,446.74 Cr |
| 29-04-14 | SYS | 283660 | Customer Realized (Future | Futures P/L: UEY16MAY2014 EUR | TR-PL-FUTURE | | 1,395,020.00 Dr | 1,341,573.26 Dr |
| 29-04-14 | TRD | T000025929201001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 259292 | 561.00 Dr | 1,342,134.26 Dr |
| 29-04-14 | TRD | T000025929201001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 259292 | 475.00 Dr | 1,342,609.26 Dr |
| 29-04-14 | TRD | T000025990701001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 259907 | 561.00 Dr | 1,343,170.26 Dr |
| 29-04-14 | TRD | T000025990701001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 259907 | 475.00 Dr | 1,343,645.26 Dr |
| 01-05-14 | USR | 285006 | User Adjustment | Drawdown 456- UCB BB | Unclassified | | 1,780.05 Dr | 1,345,425.31 Dr |
| 02-05-14 | TRD | T000027119701001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 271197 | 360.00 Dr | 1,345,785.31 Dr |
| 02-05-14 | TRD | T000027119701001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 271197 | 475.00 Dr | 1,346,260.31 Dr |
| 05-05-14 | SYS | 283214 | Reversal of Trade | BUY 500,000 UCB BB @ 59.48 EUR 29,740,000 | PROCEED-EQUITY | 257703 | 29,740,000.00 Cr | 28,393,739.69 Cr |
| 05-05-14 | SYS | 283215 | Reversal of Trade | BUY 500,000 UCB BB @ 59.48 EUR 29,740,000 | PROCEED-EQUITY | 257704 | 29,740,000.00 Cr | 58,133,739.69 Cr |

CONFIDENTIAL                                                                                                                                                                            ED&F-00040766

Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 11 of 23 Produced on 09/03/2019 03:09:50

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 05-05-14 | SYS | 283216 | Reversal of Trade | BUY 500,000 UCB BB @ 59.48 EUR 29,740,000 | PROCEED-EQUITY | 257705 | 29,740,000.00 Cr | 87,873,739.69 Cr |
| 05-05-14 | SYS | 283222 | Reversal of Trade | BUY 370,000 UCB BB @ 59.48 EUR 22,007,600 | PROCEED-EQUITY | 257710 | 22,007,600.00 Cr | 109,881,339.69 Cr |
| 05-05-14 | SYS | 286225 | Customer Realized (Future | Futures P/L: FRB16MAY2014 EUR | TR-PL-FUTURE | | 331,200.00 Dr | 109,550,139.69 Cr |
| 05-05-14 | TRD | T00025770301002 | Trade | BUY 500,000 UCB BB @ 59.48 EUR 29,740,000 | PROCEED-EQUITY | 257703 | 29,740,000.00 Dr | 79,810,139.69 Cr |
| 05-05-14 | TRD | T00025770401002 | Trade | BUY 500,000 UCB BB @ 59.48 EUR 29,740,000 | PROCEED-EQUITY | 257704 | 29,740,000.00 Dr | 50,070,139.69 Cr |
| 05-05-14 | TRD | T00025770501002 | Trade | BUY 500,000 UCB BB @ 59.48 EUR 29,740,000 | PROCEED-EQUITY | 257705 | 29,740,000.00 Dr | 20,330,139.69 Cr |
| 05-05-14 | TRD | T00025771001002 | Trade | BUY 370,000 UCB BB @ 59.48 EUR 22,007,600 | PROCEED-EQUITY | 257710 | 22,007,600.00 Dr | 1,677,460.31 Dr |
| 05-05-14 | TRD | T00025862301002 | Trade | BUY 500,000 UCB BB @ 59.48 EUR 29,740,000 | PROCEED-EQUITY | 258623 | 29,740,000.00 Dr | 31,417,460.31 Dr |
| 05-05-14 | TRD | T00025862401002 | Trade | BUY 500,000 UCB BB @ 59.48 EUR 29,740,000 | PROCEED-EQUITY | 258624 | 29,740,000.00 Dr | 61,157,460.31 Dr |
| 05-05-14 | TRD | T00025862701002 | Trade | BUY 500,000 UCB BB @ 59.48 EUR 29,740,000 | PROCEED-EQUITY | 258627 | 29,740,000.00 Dr | 90,897,460.31 Dr |
| 05-05-14 | TRD | T00025864401002 | Trade | BUY 370,000 UCB BB @ 59.48 EUR 22,007,600 | PROCEED-EQUITY | 258644 | 22,007,600.00 Dr | 112,905,060.31 Dr |
| 05-05-14 | TRD | T00027392801001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 273928 | 360.00 Dr | 112,905,420.31 Dr |
| 05-05-14 | TRD | T00027392801001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 273928 | 475.00 Dr | 112,905,895.31 Dr |
| 06-05-14 | USR | 286464 | User Adjustment | CASH DIV - UCB BB - PD 05/05/14 | Unclassified | | 1,944,800.00 Cr | 110,961,095.31 Dr |
| 06-05-14 | USR | 286491 | User Adjustment | UCB BB Custody Fees | Unclassified | | 58,344.00 Dr | 111,019,439.31 Dr |
| 06-05-14 | USR | 286524 | User Adjustment | Futures - NFY16APR2014 Clearing Fees Recharge | Unclassified | | 1,200.00 Dr | 111,020,639.31 Dr |
| 06-05-14 | USR | 286540 | User Adjustment | Futures - NFY16APR2014 Exchange Fees Recharge | Unclassified | | 172.73 Dr | 111,020,812.04 Dr |
| 07-05-14 | USR | 286923 | User Adjustment | Futures - OGY16APR2014 Clearing Fees Recharge | Unclassified | | 600.00 Dr | 111,021,412.04 Dr |
| 07-05-14 | USR | 286941 | User Adjustment | Futures - OGY16APR2014 Exchange Fees Recharge | Unclassified | | 72.73 Dr | 111,021,484.77 Dr |
| 07-05-14 | USR | 287083 | User Adjustment | UCB BB clearance fee | Unclassified | | 223,424.45 Dr | 111,244,909.22 Dr |
| 08-05-14 | TRD | T00027133301002 | Trade | BUY 1,200,000 AGS BB @ 30.9904 EUR 37,188,480 | PROCEED-EQUITY | 271333 | 37,188,480.00 Dr | 148,433,389.22 Dr |
| 08-05-14 | TRD | T00027778901001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 277789 | 255.00 Dr | 148,433,644.22 Dr |
| 08-05-14 | TRD | T00027778901001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 277789 | 475.00 Dr | 148,434,119.22 Dr |
| 09-05-14 | TRD | T00027990401001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 279904 | 255.00 Dr | 148,434,374.22 Dr |
| 09-05-14 | TRD | T00027990401001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 279904 | 475.00 Dr | 148,434,849.22 Dr |
| 12-05-14 | SYS | 288615 | Reversal of Trade | Futures - Clearing Fees Recharged to clients | CASH | 279904 | 255.00 Cr | 148,434,594.22 Dr |
| 12-05-14 | SYS | 288615 | Reversal of Trade | Futures - Exchange Fees Recharged to clients | CASH | 279904 | 475.00 Cr | 148,434,119.22 Dr |
| 13-05-14 | USR | 289147 | User Adjustment | SEL 8500 DFD20JUN2014 @ 472.54 Futures - Clea | Unclassified | | 255.00 Dr | 148,434,374.22 Dr |
| 13-05-14 | USR | 289148 | User Adjustment | SEL 8500 DFD20JUN2014 @ 472.54 Futures - Exch | Unclassified | | 475.00 Dr | 148,434,849.22 Dr |
| 14-05-14 | USR | 289608 | User Adjustment | AGS BB Custody Fees | Unclassified | | 50,400.00 Dr | 148,485,249.22 Dr |
| 14-05-14 | USR | 289666 | User Adjustment | CASH DIV - AGS BB - PD 13/05/14 | Unclassified | | 1,680,000.00 Cr | 146,805,249.22 Dr |
| 15-05-14 | USR | 290134 | User Adjustment | Futures - TYF16APR20144 Clearing Fees Recharg | Unclassified | | 52.50 Dr | 146,805,301.72 Dr |
| 15-05-14 | USR | 290142 | User Adjustment | Futures - TYF16APR20144 Exchange Fees Recharg | Unclassified | | 350.00 Dr | 146,805,651.72 Dr |
| 15-05-14 | USR | 290213 | User Adjustment | Drawdown 482 - COLOB DC | Unclassified | | 792.30 Dr | 146,806,444.02 Dr |
| 20-05-14 | SYS | 291807 | Swap Close | Realized gain/loss for Full close of Swap #24 | CASH | 247400 | 80.34 Dr | 146,806,524.36 Dr |
| 20-05-14 | TRD | T00029046901001 | Trade | BUY C SIE GY/EUR OTC Op @ 95.7 .01 5/20/14 | PROCEED-OTC-OP | 290469 | 74,071.80 Dr | 146,880,596.16 Dr |
| 20-05-14 | TRD | T00029059601001 | Trade | BUY C SZU GY/EUR OTC Op @ .047 15.948 5/20/14 | PROCEED-OTC-OP | 290596 | 502.90 Dr | 146,881,099.06 Dr |
| 20-05-14 | TRC | T00029058901001 | Trade | SEL C SZU GY/EUR OTC Op @ .045 15.373 5/20/14 | PROCEED-OTC-OP | 290589 | 481.50 Cr | 146,880,617.56 Dr |
| 20-05-14 | USR | 291827 | User Adjustment | AGS BB clearance fee | Unclassified | | 293,134.82 Dr | 147,173,752.38 Dr |
| 20-05-14 | USR | 291840 | User Adjustment | AGS BB funding | Unclassified | | 1,056.15 Dr | 147,174,808.53 Dr |
| 21-05-14 | SYS | 292392 | Reversal of Trade | BUY C SZU GY/EUR OTC Op @ .047 15.948 5/20/14 | PROCEED-OTC-OP | 290596 | 502.90 Cr | 147,174,305.63 Dr |
| 21-05-14 | SYS | 292398 | Reversal of Trade | SEL C SZU GY/EUR OTC Op @ .045 15.373 5/20/14 | PROCEED-OTC-OP | 290589 | 481.50 Dr | 147,174,787.13 Dr |
| 21-05-14 | TRD | T00029109401001 | Trade | BUY C SZU GY/EUR OTC Op @ .047 15.901 6/20/14 | PROCEED-OTC-OP | 291094 | 502.90 Dr | 147,175,290.03 Dr |
| 21-05-14 | TRC | T00029110601001 | Trade | SEL C SZU GY/EUR OTC Op @ .045 15.373 6/20/14 | PROCEED-OTC-OP | 291106 | 481.50 Cr | 147,174,808.53 Dr |
| 22-05-14 | USR | 292748 | User Adjustment | VOLCAFE Futures Brokerage - April - UCB BB | Unclassified | | 1,386.30 Dr | 147,176,194.83 Dr |
| 26-05-14 | SYS | 293954 | Firm Realized | Realized gain/loss for swap #275626 | CASH | 275626 | 156,000.00 Cr | 147,020,194.83 Dr |
| 28-05-14 | TRD | T00029286901001 | Trade | BUY C SZU GY/EUR OTC Op @ .53 15.373 6/20/14 | PROCEED-OTC-OP | 292869 | 5,671.00 Dr | 147,025,865.83 Dr |
| 28-05-14 | TRC | T00029287001001 | Trade | SEL C SZU GY/EUR OTC Op @ .002 15.901 6/20/14 | PROCEED-OTC-OP | 292870 | 21.40 Cr | 147,025,844.43 Dr |
| 03-06-14 | USR | 297120 | User Adjustment | REVERSAL Realized Gain/Loss Firm SWAP Realize | Unclassified | | 156,000.00 Dr | 147,181,844.43 Dr |
| 06-06-14 | SYS | 298256 | Swap Close | Realized gain/loss for Full close of Swap #29 | CASH | 294629 | 372,000.00 Dr | 147,553,844.43 Dr |
| 06-06-14 | SYS | 298313 | Swap Close | Realized gain/loss for Full close of Swap #27 | CASH | 270949 | 2,926,550.00 Cr | 144,627,294.43 Dr |

CONFIDENTIAL                                                                                                                  ED&F-00040767

Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 12 of 23 Produced on 09/03/2019 03:09:50