# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 06-06-14 | TRC | T00029648601002 | Trade | SEL 1,200,000 AGS BB @ 30.51 EUR 36,612,000 | PROCEED-EQUITY | 296486 | 36,612,000.00 Cr | 108,015,294.43 Dr |
| 06-06-14 | TRC | T00029664901002 | Trade | SEL 1,870,000 UCB BB @ 57.78 EUR 108,048,600 | PROCEED-EQUITY | 296649 | 108,048,600.00 Cr | 33,305.57 Cr |
| 10-06-14 | USR | 299506 | User Adjustment | Mkt Ticket charges - April2014 | Unclassified | | 84.00 Dr | 33,221.57 Cr |
| 17-06-14 | USR | 302920 | User Adjustment | Brokerage | Unclassified | | 4,159.82 Dr | 29,061.75 Cr |
| 17-06-14 | USR | 302929 | User Adjustment | Drawdown | Unclassified | | 7,656.10 Dr | 21,405.65 Cr |
| 17-06-14 | USR | 302938 | User Adjustment | Clearance charge | Unclassified | | 53,614.95 Dr | 32,209.30 Dr |
| 18-06-14 | USR | 303345 | User Adjustment | VOLCAFE Futures Brokerage - May - AGS BB | Unclassified | | 450.34 Dr | 32,659.64 Dr |
| 19-06-14 | TRC | T00030297401002 | Trade | BUY 5,940.64 EUR @ 7.457 DKK 44,299.35 | CASH | 302974 | 5,940.64 Cr | 26,719.00 Dr |
| 19-06-14 | USR | 303944 | User Adjustment | Mkt Ticket charges - May2014 | Unclassified | | 210.00 Dr | 26,929.00 Dr |
| 20-06-14 | USR | 304712 | User Adjustment | Seg to Non Seg | Unclassified | | 26,719.00 Cr | 210.00 Dr |
| 01-07-14 | USR | 308961 | User Adjustment | Futures - NYF15MAY2014 Clearing Fees Recharge | Unclassified | | 193.50 Dr | 403.50 Dr |
| 01-07-14 | USR | 308964 | User Adjustment | Futures - NYF15MAY2014 Exchange Fees Recharge | Unclassified | | 950.00 Dr | 1,353.50 Dr |
| 03-07-14 | USR | 309800 | User Adjustment | Denmark SL fee | Unclassified | | 2,107.59 Dr | 3,461.09 Dr |
| 03-07-14 | USR | 309809 | User Adjustment | Denmark Funding | Unclassified | | 7,988.97 Dr | 11,450.06 Dr |
| 16-07-14 | USR | 314553 | User Adjustment | Denmark Funding adj | Unclassified | | 5,086.33 Cr | 6,363.73 Dr |
| 01-08-14 | TRC | T00031604201002 | Trade | SEL 636,008.43 DKK @ .1341 EUR 85,291.26 | CASH | 316042 | 85,291.26 Cr | 78,927.53 Cr |
| 04-08-14 | USR | 320127 | User Adjustment | Mkt Ticket charges - June2014 | Unclassified | | 324.00 Dr | 78,603.53 Cr |
| 26-09-14 | USR | 337895 | User Adjustment | BNPP TAX RECLAIM CHARGE - UN US - PD 12/03/14 | Unclassified | | 250.00 Dr | 78,353.53 Cr |
| 12-01-15 | USR | 373975 | User Adjustment | Wire Transfer | Unclassified | | 22,500.00 Dr | 55,853.53 Cr |
| 14-01-15 | USR | 374814 | User Adjustment | Mkt Ticket charges - December2014 | Unclassified | | 60.00 Dr | 55,793.53 Cr |
| 04-03-15 | TRD | T00041488601001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 414886 | 600.00 Dr | 55,193.53 Cr |
| 04-03-15 | TRD | T00041488601001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 414886 | 475.00 Dr | 54,718.53 Cr |
| 11-03-15 | TRD | T00042123201001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 421232 | 600.00 Dr | 54,118.53 Cr |
| 11-03-15 | TRD | T00042123201001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 421232 | 475.00 Dr | 53,643.53 Cr |
| 17-03-15 | TRD | T00042384101001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 423841 | 34.20 Dr | 53,609.33 Cr |
| 17-03-15 | TRD | T00042384101001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 423841 | 228.00 Dr | 53,381.33 Cr |
| 17-03-15 | TRD | T00042384201001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 423842 | 55.80 Dr | 53,325.53 Cr |
| 17-03-15 | TRD | T00042384201001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 423842 | 372.00 Dr | 52,953.53 Cr |
| 20-03-15 | USR | 398305 | User Adjustment | SEL DRD17APR2015 @ 217.6942 Futures - Clearin | Unclassified | | 255.00 Dr | 52,698.53 Cr |
| 20-03-15 | USR | 398306 | User Adjustment | SEL DRD17APR2015 @ 217.6942 Futures - Exchang | Unclassified | | 475.00 Dr | 52,223.53 Cr |
| 20-03-15 | USR | 398307 | User Adjustment | BUY DRD17APR2015 @ 219.5157 Futures - Clearin | Unclassified | | 255.00 Dr | 51,968.53 Cr |
| 20-03-15 | USR | 398308 | User Adjustment | BUY DRD17APR2015 @ 219.5157 Futures - Exchang | Unclassified | | 475.00 Dr | 51,493.53 Cr |
| 23-03-15 | USR | 398782 | User Adjustment | 13.03.2015 BUY OGY17APR2015 @ 171.097 Futures | Unclassified | | 360.00 Dr | 51,133.53 Cr |
| 23-03-15 | USR | 398786 | User Adjustment | 13.03.2015 BUY OGY17APR2015 @ 171.097 Futures | Unclassified | | 475.00 Dr | 50,658.53 Cr |
| 23-03-15 | USR | 398791 | User Adjustment | 20.03.2015 SEL OGY17APR2015 @ 173.547 Futures | Unclassified | | 360.00 Dr | 50,298.53 Cr |
| 23-03-15 | USR | 398795 | User Adjustment | 20.03.2015 SEL OGY17APR2015 @ 173.547 Futures | Unclassified | | 475.00 Dr | 49,823.53 Cr |
| 24-03-15 | TRD | T00042995501001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 429955 | 46.80 Dr | 49,776.73 Cr |
| 24-03-15 | TRD | T00042995501001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 429955 | 312.00 Dr | 49,464.73 Cr |
| 24-03-15 | TRD | T00042995601001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 429956 | 43.20 Dr | 49,421.53 Cr |
| 24-03-15 | TRD | T00042995601001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 429956 | 288.00 Dr | 49,133.53 Cr |
| 24-03-15 | USR | 399325 | User Adjustment | 13.03.2015 BUY NFY17APR2015 @ 324.5961 Future | Unclassified | | 420.00 Dr | 48,713.53 Cr |
| 24-03-15 | USR | 399328 | User Adjustment | 13.03.2015 BUY NFY17APR2015 @ 324.5961 Future | Unclassified | | 475.00 Dr | 48,238.53 Cr |
| 24-03-15 | USR | 399331 | User Adjustment | 20.03.2015 SEL NFY17APR2015 @ 341.2959 Future | Unclassified | | 420.00 Dr | 47,818.53 Cr |
| 24-03-15 | USR | 399334 | User Adjustment | 20.03.2015 SEL NFY17APR2015 @ 341.2959 Future | Unclassified | | 475.00 Dr | 47,343.53 Cr |
| 12-05-15 | TRD | T00048993401002 | Trade | BUY 10 KBC BB @ 60.28 EUR 602.8 | PROCEED-EQUITY | 489934 | 602.80 Dr | 46,740.73 Cr |

CONFIDENTIAL

ED&F-00040768

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | Type | Ref | Description | Detail | Category | Num | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 18-05-15 | TRC | T00049228701002 | Trade | SEL 10 KBC BB @ 59.07 EUR 590.7 | PROCEED-EQUITY | 492287 | 590.70 Cr | 47,331.43 Cr |
| 28-05-15 | USR | 431805 | User Adjustment | CASH DIV - KBC BB - PD 13/05/15 | Unclassified | | 20.00 Cr | 47,351.43 Cr |
| 11-06-15 | TRC | T00050595801002 | Trade | BUY 12,986.47 EUR @ 1.1239 USD 14,595.49 | CASH | 505958 | 12,986.47 Cr | 60,337.90 Cr |
| 25-06-15 | TRD | T00051567101002 | Trade | SEL 7.9 EUR @ 1.115 USD 8.81 | CASH | 515671 | 7.90 Dr | 60,330.00 Cr |
| 09-07-15 | TRD | T00052390301001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 523903 | 51.00 Dr | 60,279.00 Cr |
| 09-07-15 | TRD | T00052390301001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 523903 | 340.00 Dr | 59,939.00 Cr |
| 09-07-15 | TRD | T00052390601001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 523906 | 76.50 Dr | 59,862.50 Cr |
| 09-07-15 | TRD | T00052390601001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 523906 | 475.00 Dr | 59,387.50 Cr |
| 16-07-15 | TRD | T00052472201001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 524722 | 127.50 Dr | 59,260.00 Cr |
| 16-07-15 | TRD | T00052472201001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 524722 | 475.00 Dr | 58,785.00 Cr |
| 17-08-15 | USR | 461283 | User Adjustment | 07.08.2015 SELL TKF21AUG2015 @ 50.01 Futures | Unclassified | | 600.00 Dr | 58,185.00 Cr |
| 17-08-15 | USR | 461284 | User Adjustment | 07.08.2015 SELL TKF21AUG2015 @ 50.01 Futures | Unclassified | | 475.00 Dr | 57,710.00 Cr |
| 17-08-15 | USR | 461285 | User Adjustment | 14.08.2015 BUY TKF21AUG2015 @ 45.3462 Futures | Unclassified | | 600.00 Dr | 57,110.00 Cr |
| 17-08-15 | USR | 461286 | User Adjustment | 14.08.2015 BUY TKF21AUG2015 @ 45.3462 Futures | Unclassified | | 475.00 Dr | 56,635.00 Cr |
| 08-09-15 | SYS | 466244 | Reversal of Trade | BUY 675,000 EURN BB @ 12.7502 EUR 8,606,358 | PROCEED-EQUITY | 533708 | 8,606,358.00 Cr | 8,662,993.00 Cr |
| 08-09-15 | TRD | T00053370801002 | Trade | BUY 675,000 EURN BB @ 12.7502 EUR 8,606,358 | PROCEED-EQUITY | 533708 | 8,606,358.00 Dr | 56,635.00 Cr |
| 08-09-15 | TRD | T00053377701002 | Trade | BUY 625,000 EURN BB @ 12.7502 EUR 7,968,850 | PROCEED-EQUITY | 533777 | 7,968,850.00 Dr | 7,912,215.00 Dr |
| 18-09-15 | USR | 470609 | User Adjustment | TULLET PREBON Futures Brokerage - August - TD | Unclassified | | 670.00 Dr | 7,912,885.00 Dr |
| 24-09-15 | USR | 472729 | User Adjustment | CASH DIV - EURN BB - PD 22/09/15 | Unclassified | | 346,446.13 Cr | 7,566,438.87 Dr |
| 28-09-15 | USR | 473571 | User Adjustment | EURN BB funding Sep | Unclassified | | 5,299.32 Dr | 7,571,738.19 Dr |
| 28-09-15 | USR | 473574 | User Adjustment | EURN BB custody fee | Unclassified | | 14,348.93 Dr | 7,586,087.12 Dr |
| 28-09-15 | USR | 473578 | User Adjustment | EURN BB clearance fee | Unclassified | | 15,653.10 Dr | 7,601,740.22 Dr |
| 04-03-16 | SYS | 525139 | Swap Close | Realized gain/loss for Full close of Swap #53 | CASH | 533804 | 1,673,437.50 Cr | 5,928,302.72 Dr |
| 08-03-16 | USR | 526470 | User Adjustment | EURN BB PRS roll to 1m duration | Unclassified | | 1,673,437.50 Dr | 7,601,740.22 Dr |
| 08-03-16 | USR | 526505 | User Adjustment | EURN BB Div reimbursement | Unclassified | | 137,653.13 Cr | 7,464,087.09 Dr |
| 09-03-16 | USR | 526797 | User Adjustment | EURN BB PRS roll to 1m duration | Unclassified | | 1,673,437.50 Cr | 5,790,649.59 Dr |
| 05-04-16 | SYS | 535646 | Swap Close | Realized gain/loss for Full close of Swap #57 | CASH | 576923 | 228,750.00 Cr | 5,561,899.59 Dr |
| 27-04-16 | SYS | 544206 | Swap Close | Realized gain/loss for Full close of Swap #58 | CASH | 583468 | 630,625.00 Dr | 6,192,524.59 Dr |
| 27-05-16 | SYS | 561171 | Swap Close | Realized gain/loss for Full close of Swap #58 | CASH | 589808 | 205,000.00 Cr | 5,987,524.59 Dr |
| 20-06-16 | SYS | 572000 | Swap Close | Realized gain/loss for Full close of Swap #60 | CASH | 607489 | 353,750.00 Cr | 5,633,774.59 Dr |
| 20-06-16 | TRC | T00061514401002 | Trade | SEL 625,000 EURN BB @ 8.286 EUR 5,178,750 | PROCEED-EQUITY | 615144 | 5,178,750.00 Cr | 455,024.59 Dr |
| 21-06-16 | USR | 573414 | User Adjustment | Adjustment to Swap Dividend in USD #583468 | Unclassified | | 512,500.00 Cr | 57,475.41 Cr |
| 08-12-16 | SYS | 633072 | Reversal of Trade | BUY 650,000 PROX BB @ 25.8903 EUR 16,828,709. | PROCEED-EQUITY | 661328 | 16,828,709.95 Cr | 16,886,185.36 Cr |
| 08-12-16 | SYS | 633077 | Reversal of Trade | BUY 650,000 PROX BB @ 25.8903 EUR 16,828,709. | PROCEED-EQUITY | 661432 | 16,828,709.95 Cr | 33,714,895.31 Cr |
| 08-12-16 | TRD | T00066132301002 | Trade | BUY 140,000 BPOST BB @ 21.5803 EUR 3,021,237. | PROCEED-EQUITY | 661323 | 3,021,237.80 Dr | 30,693,657.51 Cr |
| 08-12-16 | TRD | T00066132801002 | Trade | BUY 650,000 PROX BB @ 25.8903 EUR 16,828,709. | PROCEED-EQUITY | 661328 | 16,828,709.95 Dr | 13,864,947.56 Cr |
| 08-12-16 | TRD | T00066143201002 | Trade | BUY 650,000 PROX BB @ 25.8903 EUR 16,828,709. | PROCEED-EQUITY | 661432 | 16,828,709.95 Dr | 2,963,762.39 Dr |
| 08-12-16 | TRD | T00066144401002 | Trade | BUY 621,800 PROX BB @ 25.8903 EUR 16,098,602. | PROCEED-EQUITY | 661444 | 16,098,602.84 Dr | 19,062,365.23 Dr |
| 08-12-16 | TRD | T00066144801002 | Trade | BUY 28,200 PROX BB @ 25.8903 EUR 730,107.11 | PROCEED-EQUITY | 661448 | 730,107.11 Dr | 19,792,472.34 Dr |
| 12-12-16 | USR | 634981 | User Adjustment | CASH DIV - PROX BB - PD 09/12/16 | Unclassified | | 310,900.00 Cr | 19,481,572.34 Dr |
| 12-12-16 | USR | 634996 | User Adjustment | STCK LOAN DIV - PROX BB - PD 09/12/16 | Unclassified | | 14,100.00 Cr | 19,467,472.34 Dr |
| 13-12-16 | USR | 635853 | User Adjustment | CASH DIV - BPOST BB - PD 12/12/16 | Unclassified | | 148,400.00 Cr | 19,319,072.34 Dr |
| 15-12-16 | SYS | 635827 | Swap Close | Realized gain/loss for Full close of Swap #66 | CASH | 661290 | 549,250.00 Dr | 19,868,322.34 Dr |
| 15-12-16 | SYS | 635832 | Swap Close | Realized gain/loss for Full close of Swap #66 | CASH | 661287 | 191,044.00 Dr | 20,059,366.34 Dr |
| 15-12-16 | SYS | 636253 | Reversal of Trade | SEL 650,000 PROX BB @ 26.29 EUR 17,088,500 | PROCEED-EQUITY | 663420 | 17,088,500.00 Dr | 37,147,866.34 Dr |
| 15-12-16 | TRC | T00066341801002 | Trade | SEL 140,000 BPOST BB @ 21.98 EUR 3,077,200 | PROCEED-EQUITY | 663418 | 3,077,200.00 Cr | 34,070,666.34 Dr |

CONFIDENTIAL                                                                                                                ED&F-00040769