# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 15-12-16 | TRC | T00066342001002 | Trade | SEL 650,000 PROX BB @ 26.29 EUR 17,088,500 | PROCEED-EQUITY | 663420 | 17,088,500.00 Cr | 16,982,166.34 Dr |
| 15-12-16 | TRC | T00066350001002 | Trade | SEL 650,000 PROX BB @ 26.29 EUR 17,088,500 | PROCEED-EQUITY | 663500 | 17,088,500.00 Cr | 106,333.66 Cr |
| 12-01-17 | USR | 646826 | User Adjustment | NON SEG TO SEG | Unclassified | | 106,333.66 Dr | 0.00 Cr |
| 17-01-17 | TRD | T00066997501002 | Trade | BUY 757.15 USD @ 1.0662 EUR 710.14 | CASH | 669975 | 710.14 Dr | 710.14 Dr |
| 26-01-17 | USR | 652501 | User Adjustment | BPOST BB Funding Nov | Unclassified | | 1,674.57 Dr | 2,384.71 Dr |
| 26-01-17 | USR | 652503 | User Adjustment | BPOST BB Custody Fee | Unclassified | | 5,787.57 Dr | 8,172.28 Dr |
| 26-01-17 | USR | 652507 | User Adjustment | BPOST BB clearence fee | Unclassified | | 6,589.41 Dr | 14,761.69 Dr |
| 27-01-17 | USR | 652803 | User Adjustment | PROX BB Funding Dec | Unclassified | | 9,563.14 Dr | 24,324.83 Dr |
| 27-01-17 | USR | 652805 | User Adjustment | PROX BB Custody Fee | Unclassified | | 12,026.93 Dr | 36,351.76 Dr |
| 27-01-17 | USR | 652809 | User Adjustment | PROX BB clearence fee | Unclassified | | 20,723.10 Dr | 57,074.86 Dr |
| 06-02-17 | USR | 656594 | User Adjustment | Mkt Ticket charges - December 2016 | Unclassified | | 213.94 Dr | 57,288.80 Dr |
| 30-03-17 | TRD | T00069089601001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 690896 | 6.00 Dr | 57,294.80 Dr |
| 30-03-17 | TRD | T00069089601001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 690896 | 40.00 Dr | 57,334.80 Dr |
| 03-04-17 | TRD | T00069088401002 | Trade | BUY 20,000 RAND NA @ 53.9607 EUR 1,079,213.4 | PROCEED-EQUITY | 690884 | 1,079,213.40 Dr | 1,136,548.20 Dr |
| 06-04-17 | SYS | 678858 | Customer Realized (Future | Futures P/L: RTD21APR2017 EUR | TR-PL-FUTURE | | 2,258.00 Cr | 1,134,290.20 Dr |
| 06-04-17 | TRD | T00069322501001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 693225 | 6.00 Dr | 1,134,296.20 Dr |
| 06-04-17 | TRD | T00069322501001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 693225 | 40.00 Dr | 1,134,336.20 Dr |
| 10-04-17 | TRC | T00069325801002 | Trade | SEL 20,000 RAND NA @ 52.18 EUR 1,043,600 | PROCEED-EQUITY | 693258 | 1,043,600.00 Cr | 90,736.20 Dr |
| 18-04-17 | USR | 682349 | User Adjustment | CASH DIV - RAND NA - PD 07/04/17 | Unclassified | | 37,800.00 Cr | 52,936.20 Dr |
| 28-04-17 | USR | 687241 | User Adjustment | KYTE Futures Brokerage - March - RAND NA | Unclassified | | 94.50 Dr | 53,030.70 Dr |
| 23-05-17 | USR | 700917 | User Adjustment | Mkt Ticket charges - April 2017 | Unclassified | | 36.71 Dr | 53,067.41 Dr |
| 19-07-17 | USR | 731461 | User Adjustment | RAND NA Funding Mar | Unclassified | | 827.56 Dr | 53,894.97 Dr |
| 19-07-17 | USR | 731470 | User Adjustment | RAND NA Custody Fee | Unclassified | | 1,768.33 Dr | 55,663.30 Dr |
| 11-08-17 | USR | 738397 | User Adjustment | Transfer from SEG to NONSEG | Unclassified | | 56,499.47 Cr | 836.17 Cr |
| 15-08-17 | TRD | T00074163101002 | Trade | BUY 757.15 GBP @ .9055 EUR 836.17 | CASH | 741631 | 836.17 Dr | 0.00 Cr |
| 05-12-17 | TRD | T00078830301001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 788303 | 0.30 Dr | 0.30 Dr |
| 05-12-17 | TRD | T00078830301001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 788303 | 2.00 Dr | 2.30 Dr |
| 06-12-17 | SYS | 793781 | Reversal of Trade | Futures - Clearing Fees Recharged to clients | CASH | 788303 | 0.30 Cr | 2.00 Dr |
| 06-12-17 | SYS | 793781 | Reversal of Trade | Futures - Exchange Fees Recharged to clients | CASH | 788303 | 2.00 Cr | 0.00 Cr |
| 06-12-17 | SYS | 794190 | Customer Realized (Future | Futures P/L: BPG15DEC2017 EUR | TR-PL-FUTURE | | 0.00 Cr | 0.00 Cr |
| 06-12-17 | TRD | T00078868601001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 788686 | 0.30 Dr | 0.30 Dr |
| 06-12-17 | TRD | T00078868601001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 788686 | 2.00 Dr | 2.30 Dr |
| 07-12-17 | TRD | T00078820901002 | Trade | BUY 1,000 BPOST BB @ 25.8603 EUR 25,860.32 | PROCEED-EQUITY | 788209 | 25,860.32 Dr | 25,862.62 Dr |
| 07-12-17 | USR | 794429 | User Adjustment | SEG to NON SEG MOVE | Unclassified | | 31,068.81 Cr | 5,206.19 Cr |
| 12-12-17 | SYS | 796784 | Customer Realized (Future | Futures P/L: BPG15DEC2017 EUR | TR-PL-FUTURE | | 285.80 Dr | 4,920.39 Cr |
| 12-12-17 | TRD | T00079175001001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 791750 | 2.00 Dr | 4,918.39 Cr |
| 12-12-17 | TRD | T00079175001001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 791750 | 0.30 Dr | 4,918.09 Cr |
| 12-12-17 | USR | 796424 | User Adjustment | CASH DIV - BPOST BB - PD 11/12/17 | Unclassified | | 1,060.00 Cr | 5,978.09 Cr |
| 13-12-17 | SYS | 797000 | Reversal of Trade | Futures - Clearing Fees Recharged to clients | CASH | 791750 | 0.30 Cr | 5,978.39 Cr |
| 13-12-17 | SYS | 797000 | Reversal of Trade | Futures - Exchange Fees Recharged to clients | CASH | 791750 | 2.00 Cr | 5,980.39 Cr |
| 13-12-17 | SYS | 797292 | Customer Realized (Future | Futures P/L: BPG15DEC2017 EUR | TR-PL-FUTURE | | 0.00 Cr | 5,980.39 Cr |
| 13-12-17 | TRD | T00079234301001 | Trade | Futures - Clearing Fees Recharged to clients | CASH | 792343 | 0.30 Dr | 5,980.09 Cr |
| 13-12-17 | TRD | T00079234301001 | Trade | Futures - Exchange Fees Recharged to clients | CASH | 792343 | 2.00 Dr | 5,978.09 Cr |
| 14-12-17 | SYS | 796950 | Reversal of Trade | SEL 1,000 BPOST BB @ 25.86 EUR 25,860 | PROCEED-EQUITY | 791626 | 25,860.00 Dr | 19,881.91 Dr |
| 14-12-17 | TRC | T00079162601002 | Trade | SEL 1,000 BPOST BB @ 25.86 EUR 25,860 | PROCEED-EQUITY | 791626 | 25,860.00 Cr | 5,978.09 Cr |

CONFIDENTIAL

ED&F-00040770

## Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd (E1)
27-07-2012 through 02-09-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 14-12-17 | TRC | T00079222401002 | Trade | SEL 1,000 BPOST BB @ 25.19 EUR 25,190 | PROCEED-EQUITY | 792224 | 25,190.00 Cr | 31,168.09 Cr |
| 11-01-18 | USR | 804076 | User Adjustment | Ticket Charge December 2017 | Unclassified | | 45.89 Dr | 31,122.20 Cr |
| 31-01-18 | USR | 811171 | User Adjustment | TRADITION Futures Brokerage - May - BPOST BB | Unclassified | | 2.65 Dr | 31,119.55 Cr |
| 17-04-18 | USR | 845687 | User Adjustment | Seg to Non Seg | Unclassified | | 18,765.38 Cr | 49,884.93 Cr |
| 18-04-18 | USR | 845967 | User Adjustment | BPOST BB Funding Dec | Unclassified | | 21.19 Dr | 49,863.74 Cr |
| 18-04-18 | USR | 846027 | User Adjustment | BPOST BB Custody Fee | Unclassified | | 37.91 Dr | 49,825.83 Cr |
| 19-04-18 | TRD | T00082925701002 | Trade | SEL 49,884.93 EUR @ 1.2343 USD 61,572.97 | CASH | 829257 | 49,884.93 Dr | 59.10 Dr |
| 04-06-18 | TRC | T00087364601002 | Trade | BUY 59.1 EUR @ 1.166 USD 68.91 | CASH | 873646 | 59.10 Cr | 0.00 Cr |

### Asset (EUR/EUR) Layer (Var Margin) (Euro)

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 12-11-13 | SYS | 208452 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 480,900.00 Dr | 480,900.00 Dr |
| 13-11-13 | SYS | 208572 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 480,900.00 Cr | 0.00 Cr |
| 13-11-13 | SYS | 209093 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 410,700.00 Dr | 410,700.00 Dr |
| 14-11-13 | SYS | 209206 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 410,700.00 Cr | 0.00 Cr |
| 14-11-13 | SYS | 209686 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 1,400,300.00 Dr | 1,400,300.00 Dr |
| 15-11-13 | SYS | 209812 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 1,400,300.00 Cr | 0.00 Cr |
| 15-11-13 | SYS | 210236 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 1,299,400.00 Dr | 1,299,400.00 Dr |
| 18-11-13 | SYS | 210749 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 1,299,400.00 Cr | 0.00 Cr |
| 18-11-13 | SYS | 210845 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 1,200,100.00 Dr | 1,200,100.00 Dr |
| 19-11-13 | SYS | 210986 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 1,200,100.00 Cr | 0.00 Cr |
| 19-11-13 | SYS | 211445 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 809,200.00 Dr | 809,200.00 Dr |
| 20-11-13 | SYS | 211592 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 809,200.00 Cr | 0.00 Cr |
| 20-11-13 | SYS | 212005 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 888,200.00 Dr | 888,200.00 Dr |
| 21-11-13 | SYS | 212132 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 888,200.00 Cr | 0.00 Cr |
| 21-11-13 | SYS | 212556 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 180,100.00 Dr | 180,100.00 Dr |
| 22-11-13 | SYS | 212674 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 180,100.00 Cr | 0.00 Cr |
| 22-11-13 | SYS | 213284 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 460,200.00 Cr | 460,200.00 Cr |
| 25-11-13 | SYS | 213841 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 460,200.00 Dr | 0.00 Cr |
| 25-11-13 | SYS | 213938 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 419,700.00 Dr | 419,700.00 Dr |
| 26-11-13 | SYS | 214108 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 419,700.00 Cr | 0.00 Cr |
| 26-11-13 | SYS | 214494 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 870,800.00 Cr | 870,800.00 Cr |
| 27-11-13 | SYS | 214646 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 870,800.00 Dr | 0.00 Cr |
| 27-11-13 | SYS | 215357 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 651,600.00 Cr | 651,600.00 Cr |
| 28-11-13 | SYS | 215476 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 651,600.00 Dr | 0.00 Cr |
| 28-11-13 | SYS | 216174 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 651,600.00 Cr | 651,600.00 Cr |
| 29-11-13 | SYS | 216298 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 651,600.00 Dr | 0.00 Cr |
| 29-11-13 | SYS | 217102 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 1,298,400.00 Cr | 1,298,400.00 Cr |
| 02-12-13 | SYS | 217761 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 1,298,400.00 Dr | 0.00 Cr |
| 02-12-13 | SYS | 217851 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 1,303,200.00 Cr | 1,303,200.00 Cr |