# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 03-12-13 | SYS | 217976 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 1,303,200.00 Dr | 0.00 Cr |
| 03-12-13 | SYS | 218416 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 1,971,900.00 Cr | 1,971,900.00 Cr |
| 04-12-13 | SYS | 218570 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 1,971,900.00 Dr | 0.00 Cr |
| 04-12-13 | SYS | 219541 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 2,292,000.00 Cr | 2,292,000.00 Cr |
| 05-12-13 | SYS | 219672 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 2,292,000.00 Dr | 0.00 Cr |
| 05-12-13 | SYS | 220263 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 2,912,300.00 Cr | 2,912,300.00 Cr |
| 06-12-13 | SYS | 220397 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 2,912,300.00 Dr | 0.00 Cr |
| 06-12-13 | SYS | 220862 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 1,752,900.00 Cr | 1,752,900.00 Cr |
| 09-12-13 | SYS | 221529 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 1,752,900.00 Dr | 0.00 Cr |
| 09-12-13 | SYS | 221621 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 2,033,300.00 Cr | 2,033,300.00 Cr |
| 10-12-13 | SYS | 221740 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 2,033,300.00 Dr | 0.00 Cr |
| 10-12-13 | SYS | 222203 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 2,403,800.00 Cr | 2,403,800.00 Cr |
| 11-12-13 | SYS | 222326 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 2,403,800.00 Dr | 0.00 Cr |
| 11-12-13 | SYS | 222787 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 2,794,300.00 Cr | 2,794,300.00 Cr |
| 12-12-13 | SYS | 222916 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 2,794,300.00 Dr | 0.00 Cr |
| 12-12-13 | SYS | 223488 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 3,484,300.00 Cr | 3,484,300.00 Cr |
| 13-12-13 | SYS | 223603 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 3,484,300.00 Dr | 0.00 Cr |
| 13-12-13 | SYS | 224079 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 3,894,500.00 Cr | 3,894,500.00 Cr |
| 16-12-13 | SYS | 224742 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 3,894,500.00 Dr | 0.00 Cr |
| 16-12-13 | SYS | 224829 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 2,135,400.00 Cr | 2,135,400.00 Cr |
| 17-12-13 | SYS | 224946 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 2,135,400.00 Dr | 0.00 Cr |
| 17-12-13 | SYS | 225440 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 2,845,600.00 Cr | 2,845,600.00 Cr |
| 18-12-13 | SYS | 225565 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 2,845,600.00 Dr | 0.00 Cr |
| 18-12-13 | SYS | 226080 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 1,966,100.00 Cr | 1,966,100.00 Cr |
| 19-12-13 | SYS | 226199 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 1,966,100.00 Dr | 0.00 Cr |
| 19-12-13 | SYS | 226830 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 796,400.00 Cr | 796,400.00 Cr |
| 20-12-13 | SYS | 226951 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 169428 | 796,400.00 Dr | 0.00 Cr |
| 28-04-14 | SYS | 283069 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 257365 | 2,286,449.00 Cr | 2,286,449.00 Cr |
| 29-04-14 | SYS | 283105 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 257365 | 2,286,449.00 Dr | 0.00 Cr |
| 02-05-14 | SYS | 285803 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 271197 | 344,400.00 Dr | 344,400.00 Dr |
| 05-05-14 | SYS | 286201 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 271197 | 344,400.00 Cr | 0.00 Cr |
| 30-03-17 | SYS | 675514 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690896 | 2,954.00 Cr | 2,954.00 Cr |
| 31-03-17 | SYS | 675552 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690896 | 2,954.00 Dr | 0.00 Cr |
| 31-03-17 | SYS | 676169 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690896 | 1,752.00 Cr | 1,752.00 Cr |
| 03-04-17 | SYS | 676375 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690896 | 1,752.00 Dr | 0.00 Cr |
| 03-04-17 | SYS | 677133 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690896 | 2,300.00 Cr | 2,300.00 Cr |
| 04-04-17 | SYS | 677168 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690896 | 2,300.00 Dr | 0.00 Cr |
| 04-04-17 | SYS | 677824 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690896 | 4,294.00 Cr | 4,294.00 Cr |
| 05-04-17 | SYS | 677862 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690896 | 4,294.00 Dr | 0.00 Cr |
| 05-04-17 | SYS | 678395 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690896 | 8,122.00 Dr | 8,122.00 Dr |
| 06-04-17 | SYS | 678433 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 690896 | 8,122.00 Cr | 0.00 Cr |

CONFIDENTIAL                                                                                                                         ED&F-00040772

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 05-12-17 | SYS | 793593 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788303 | 409.00 Dr | 409.00 Dr |
| 06-12-17 | SYS | 793630 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788303 | 409.00 Cr | 0.00 Cr |
| 06-12-17 | SYS | 794184 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788686 | 114.50 Dr | 114.50 Dr |
| 07-12-17 | SYS | 794222 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788686 | 114.50 Cr | 0.00 Cr |
| 07-12-17 | SYS | 794805 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788686 | 314.70 Dr | 314.70 Dr |
| 08-12-17 | SYS | 794843 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788686 | 314.70 Cr | 0.00 Cr |
| 08-12-17 | SYS | 795593 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788686 | 805.00 Dr | 805.00 Dr |
| 11-12-17 | SYS | 795664 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788686 | 805.00 Cr | 0.00 Cr |
| 11-12-17 | SYS | 796089 | Customer Unrealized Gain/ | Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788686 | 365.90 Dr | 365.90 Dr |
| 12-12-17 | SYS | 796126 | Reversal of Customer Unre | Reversal of Unrealized Gain/Loss Cust FUTURE | PROCEED-FUTURE | 788686 | 365.90 Cr | 0.00 Cr |

## Asset (EUR/EUR) Layer (SEG CASH ACC) (Euro)

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 24-02-14 | USR | 250747 | User Adjustment | Non Seg to Seg Move | Unclassified | | 26,719.00 Dr | 26,719.00 Dr |
| 25-02-14 | USR | 251428 | User Adjustment | Rev - Non Seg to Seg Move | Unclassified | | 26,719.00 Cr | 0.00 Cr |
| 25-02-14 | USR | 251456 | User Adjustment | Rev - Non Seg to Seg Move | Unclassified | | 26,719.00 Cr | 26,719.00 Cr |
| 20-06-14 | USR | 304712 | User Adjustment | Seg to Non Seg | Unclassified | | 26,719.00 Dr | 0.00 Cr |
| 12-01-17 | USR | 646826 | User Adjustment | NON SEG TO SEG | Unclassified | | 106,333.66 Cr | 106,333.66 Cr |
| 11-08-17 | USR | 738397 | User Adjustment | Transfer from SEG to NONSEG | Unclassified | | 56,499.47 Dr | 49,834.19 Dr |
| 07-12-17 | USR | 794429 | User Adjustment | SEG to NON SEG MOVE | Unclassified | | 31,068.81 Dr | 18,765.38 Dr |
| 17-04-18 | USR | 845687 | User Adjustment | Seg to Non Seg | Unclassified | | 18,765.38 Dr | 0.00 Cr |

## Asset (GBP/GBP) Layer (Cash) (British Pound)

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 14-05-14 | USR | 289526 | User Adjustment | LINK Futures Brokerage - May - DNORD DC | Unclassified | | 100.63 Dr | 100.63 Dr |
| 28-04-15 | USR | 418101 | User Adjustment | ICAP Futures Brokerage - March - PNDORA DC | Unclassified | | 328.26 Dr | 428.89 Dr |
| 28-04-15 | USR | 418102 | User Adjustment | ICAP Futures Brokerage - March - PNDORA DC | Unclassified | | 328.26 Dr | 757.15 Dr |
| 15-08-17 | TRC | T00074163101002 | Trade | BUY 757.15 GBP @ .9055 EUR 836.17 | CASH | 741631 | 757.15 Cr | 0.00 Cr |

## Asset (USD/USD) Layer (Cash) (US Dollar)

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 27-07-12 | OPN | | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 20-12-12 | USR | 42982 | User Adjustment | EUR 1,741,550.00 CREDIT RIVERS ASSOC - AMEND | Unclassified | | 1,741,550.00 Cr | 1,741,550.00 Cr |
| 21-12-12 | USR | 43117 | User Adjustment | USD CLIENT WIRE PAYMENTS | Unclassified | | 1,441,550.00 Dr | 300,000.00 Cr |
| 28-12-12 | USR | 43830 | User Adjustment | NONSEG TO SEG MOVEMENTS 28.12.12 | Unclassified | | 300,000.00 Dr | 0.00 Cr |
| 15-01-13 | USR | 46134 | User Adjustment | TO CORRECT RIVERSIDE PAYMENT @ 21.12.2012 | Unclassified | | 1,441,550.00 Cr | 1,441,550.00 Cr |
| 15-01-13 | USR | 46134 | User Adjustment | TO CORRECT RIVERSIDE PAYMENT @ 21.12.2012 | Unclassified | | 1,441,500.00 Dr | 50.00 Cr |

CONFIDENTIAL                                                                                                   ED&F-00040773
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 18 of 23 Produced on 09/03/2019 03:09:50