# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 02-05-13 | TRD | T000009229201002 | Trade | BUY 550,000 UN US @ 42.4305 USD 23,336,791.5 | PROCEED-EQUITY | 92292 | 23,336,791.50 Dr | 23,336,741.50 Dr |
| 02-05-13 | TRD | T000009229301002 | Trade | BUY 550,000 UN US @ 42.4305 USD 23,336,791.5 | PROCEED-EQUITY | 92293 | 23,336,791.50 Dr | 46,673,533.00 Dr |
| 02-05-13 | TRD | T000009229401002 | Trade | BUY 344,600 UN US @ 42.4305 USD 14,621,560.64 | PROCEED-EQUITY | 92294 | 14,621,560.64 Dr | 61,295,093.64 Dr |
| 23-05-13 | SYS | 116247 | Reversal of Trade | BUY 350,000 UN US @ 42.1105 USD 14,738,685.5 | PROCEED-EQUITY | 112375 | 14,738,685.50 Cr | 46,556,408.14 Dr |
| 23-05-13 | TRD | T00011236901002 | Trade | BUY 350,000 UN US @ 42.1105 USD 14,738,685.5 | PROCEED-EQUITY | 112369 | 14,738,685.50 Dr | 61,295,093.64 Dr |
| 23-05-13 | TRD | T00011237001002 | Trade | BUY 350,000 UN US @ 42.1105 USD 14,738,685.5 | PROCEED-EQUITY | 112370 | 14,738,685.50 Dr | 76,033,779.14 Dr |
| 23-05-13 | TRD | T00011237101002 | Trade | BUY 350,000 UN US @ 42.1105 USD 14,738,685.5 | PROCEED-EQUITY | 112371 | 14,738,685.50 Dr | 90,772,464.64 Dr |
| 23-05-13 | TRD | T00011237201002 | Trade | BUY 350,000 UN US @ 42.1105 USD 14,738,685.5 | PROCEED-EQUITY | 112372 | 14,738,685.50 Dr | 105,511,150.14 Dr |
| 23-05-13 | TRD | T00011237301002 | Trade | BUY 350,000 UN US @ 42.1105 USD 14,738,685.5 | PROCEED-EQUITY | 112373 | 14,738,685.50 Dr | 120,249,835.64 Dr |
| 23-05-13 | TRD | T00011237401002 | Trade | BUY 350,000 UN US @ 42.1105 USD 14,738,685.5 | PROCEED-EQUITY | 112374 | 14,738,685.50 Dr | 134,988,521.14 Dr |
| 23-05-13 | TRD | T00011237501002 | Trade | BUY 350,000 UN US @ 42.1105 USD 14,738,685.5 | PROCEED-EQUITY | 112375 | 14,738,685.50 Dr | 149,727,206.64 Dr |
| 23-05-13 | TRD | T00011280701002 | Trade | BUY 100,000 UN US @ 42.1105 USD 4,211,053 | PROCEED-EQUITY | 112807 | 4,211,053.00 Dr | 153,938,259.64 Dr |
| 17-06-13 | USR | 133731 | User Adjustment | CASH DIV - UN US - PD 12-06-2013 | Unclassified | | 504,743.24 Cr | 153,433,516.40 Dr |
| 17-06-13 | USR | 133732 | User Adjustment | ADR/EDS PROCESSING FEE - UN US - PD 12-06-201 | DIV-ADR FEE | | 7,223.00 Dr | 153,440,739.40 Dr |
| 26-06-13 | USR | 143061 | User Adjustment | MAY 2913 USA TICKET CHARGE FEE | Unclassified | | 1,000.00 Dr | 153,441,739.40 Dr |
| 02-07-13 | SYS | 147086 | Swap Close | Realized gain/loss for Full close of Swap #92 | CASH | 92340 | 4,261,570.00 Cr | 149,180,169.40 Dr |
| 03-07-13 | TRD | T00013461501002 | Trade | BUY 2,321,600 IMG CN @ 4.25 USD 9,866,800 | PROCEED-EQUITY | 134615 | 9,866,800.00 Dr | 159,046,969.40 Dr |
| 03-07-13 | TRC | T00013462801002 | Trade | SEL C IMG CN/USD OTC Op @ 4.125 .012129 7/10/ | PROCEED-OTC-OP | 134628 | 9,576,600.00 Cr | 149,470,369.40 Dr |
| 08-07-13 | SYS | 150661 | Rev for Swap Close | Realized gain/loss for Full close of Swap #92 | CASH | 92340 | 4,261,570.00 Dr | 153,731,939.40 Dr |
| 08-07-13 | SYS | 150667 | Swap Close | Swap Coupon Payment for Full close of Swap #1 | CASH | 141798 | 504,743.24 Dr | 154,236,682.64 Dr |
| 09-07-13 | SYS | 151464 | Rev for Swap Close | Swap Coupon Payment for Full close of Swap #1 | CASH | 141798 | 504,743.24 Cr | 153,731,939.40 Dr |
| 09-07-13 | SYS | 151466 | Swap Close | Swap Coupon Payment for Full close of Swap #1 | CASH | 141954 | 429,031.75 Dr | 154,160,971.15 Dr |
| 10-07-13 | TRD | T00014165301002 | Trade | BUY C IMG CN/USD OTC Op @ 3.88787 .012129 7/1 | PROCEED-OTC-OP | 141653 | 9,026,078.99 Dr | 163,187,050.14 Dr |
| 10-07-13 | TRC | T00014163901002 | Trade | SEL 2,321,600 IMG CN @ 3.9 USD 9,054,240 | PROCEED-EQUITY | 141639 | 9,054,240.00 Cr | 154,132,810.14 Dr |
| 17-07-13 | USR | 155584 | User Adjustment | CASH DIV - IAG US - PD 12-07-2013 | DIV-EXP | | 290,200.00 Cr | 153,842,610.14 Dr |
| 25-07-13 | USR | 159536 | User Adjustment | June Ticket Charge ? USA | Unclassified | | 1,000.00 Dr | 153,843,610.14 Dr |
| 06-08-13 | USR | 165018 | User Adjustment | UN US CLEARANCE CHARGE | Unclassified | | 64,646.51 Dr | 153,908,256.65 Dr |
| 09-08-13 | USR | 166843 | User Adjustment | IAG US CLERANCE CHARGE | Unclassified | | 25,833.74 Dr | 153,934,090.39 Dr |
| 19-08-13 | SYS | 169117 | Reversal of Trade | SEL P THI CN/USD OTC Op @ 58.758306 .014175 8 | PROCEED-OTC-OP | 150006 | 58,252,984.57 Dr | 212,187,074.96 Dr |
| 19-08-13 | TRD | T00015000001002 | Trade | BUY 991,400 THI CN @ 59.01 USD 58,502,514 | PROCEED-EQUITY | 150000 | 58,502,514.00 Dr | 270,689,588.96 Dr |
| 19-08-13 | TRC | T00015000601002 | Trade | SEL P THI CN/USD OTC Op @ 58.758306 .014175 8 | PROCEED-OTC-OP | 150006 | 58,252,984.57 Cr | 212,436,604.39 Dr |
| 19-08-13 | TRC | T00015010901002 | Trade | SEL C THI CN/USD OTC Op @ 58.758306 .014175 8 | PROCEED-OTC-OP | 150109 | 58,252,984.57 Cr | 154,183,619.82 Dr |
| 21-08-13 | USR | 171552 | User Adjustment | July 2013 Ticket Charge - US | Unclassified | | 1,000.00 Dr | 154,184,619.82 Dr |
| 23-08-13 | TRD | T00015131701002 | Trade | BUY C THI CN/USD OTC Op @ 56.62582 .014175 8/ | PROCEED-OTC-OP | 151317 | 56,138,837.95 Dr | 210,323,457.77 Dr |
| 23-08-13 | TRC | T00015131301002 | Trade | SEL 991,400 THI CN @ 56.64 USD 56,152,896 | PROCEED-EQUITY | 151313 | 56,152,896.00 Cr | 154,170,561.77 Dr |
| 03-09-13 | SYS | 176510 | Reversal of Trade | SEL P AEM CN/USD OTC Op @ 31.53 .07825 9/9/13 | PROCEED-OTC-OP | 152830 | 48,218,829.00 Dr | 202,389,390.77 Dr |
| 03-09-13 | SYS | 179286 | Reversal of Trade | BUY 1,529,300 AEM CN @ 31.75 USD 48,555,275 | PROCEED-EQUITY | 152805 | 48,555,275.00 Cr | 153,834,115.77 Dr |
| 03-09-13 | SYS | 179296 | Reversal of Trade | SEL C AEM CN/USD OTC Op @ 31.53 .07825 9/9/13 | PROCEED-OTC-OP | 153811 | 48,218,829.00 Dr | 202,052,944.77 Dr |
| 03-09-13 | TRD | T00015280501002 | Trade | BUY 1,529,300 AEM CN @ 31.75 USD 48,555,275 | PROCEED-EQUITY | 152805 | 48,555,275.00 Dr | 250,608,219.77 Dr |
| 03-09-13 | TRC | T00015283001002 | Trade | SEL P AEM CN/USD OTC Op @ 31.53 .07825 9/9/13 | PROCEED-OTC-OP | 152830 | 48,218,829.00 Cr | 202,389,390.77 Dr |
| 03-09-13 | TRC | T00015381101002 | Trade | SEL C AEM CN/USD OTC Op @ 31.53 .07825 9/9/13 | PROCEED-OTC-OP | 153811 | 48,218,829.00 Cr | 154,170,561.77 Dr |
| 05-09-13 | USR | 180493 | User Adjustment | CASH DIV - THI CN - PD 04/09/13 | Unclassified | | 245,091.93 Cr | 153,925,469.84 Dr |
| 12-09-13 | USR | 183427 | User Adjustment | CASH DIV - UN US - PD 11/09/13 | Unclassified | | 540,047.40 Cr | 153,385,422.44 Dr |
| 12-09-13 | USR | 183428 | User Adjustment | STK LN DIV - UN US - PD 11/09/13 | Unclassified | | 733,740.30 Cr | 152,651,682.14 Dr |
| 16-09-13 | USR | 184581 | User Adjustment | TICKET CHARGES - ACER | Unclassified | | 1,000.00 Dr | 152,652,682.14 Dr |
| 16-09-13 | USR | 184595 | User Adjustment | TICKET CHARGES - ACER | Unclassified | | 1,000.00 Dr | 152,653,682.14 Dr |

CONFIDENTIAL                                                                                                                       ED&F-00040774
Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 19 of 23 Produced on 09/03/2019 03:09:50

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 26-09-13 | USR | 189663 | User Adjustment | THI US Clearance Charge | Unclassified | | 9,166.98 Dr | 152,662,849.12 Dr |
| 30-09-13 | USR | 190619 | User Adjustment | REV TICKET CHARGES - ACER | Unclassified | | 1,000.00 Cr | 152,661,849.12 Dr |
| 01-10-13 | USR | 191592 | User Adjustment | UN US Dividend Paid | Unclassified | | 1,199,347.69 Dr | 153,861,196.81 Dr |
| 01-10-13 | USR | 191594 | User Adjustment | UN US Clearance Charge | Unclassified | | 70,739.22 Dr | 153,931,936.03 Dr |
| 11-10-13 | SYS | 194767 | Reversal of Trade | SEL C AUQ CN/USD OTC Op @ 3.86 .002938 10/18/ | PROCEED-OTC-OP | 162868 | 10,828,844.00 Dr | 164,760,780.03 Dr |
| 11-10-13 | TRD | T00016285301002 | Trade | BUY 2,804,500 AUQ CN @ 3.9 USD 10,937,550 | PROCEED-EQUITY | 162853 | 10,937,550.00 Dr | 175,698,330.03 Dr |
| 11-10-13 | TRC | T00016286801002 | Trade | SEL C AUQ CN/USD OTC Op @ 3.86 .002938 10/18/ | PROCEED-OTC-OP | 162868 | 10,828,844.00 Cr | 164,869,486.03 Dr |
| 11-10-13 | TRC | T00016295501002 | Trade | SEL C AUQ CN/USD OTC Op @ 3.86 .002938 10/18/ | PROCEED-OTC-OP | 162955 | 10,825,370.00 Cr | 154,044,116.03 Dr |
| 18-10-13 | SYS | 197900 | Reversal of Trade | BUY C AUQ CN/USD OTC Op @ 3.58 .002938 10/18/ | PROCEED-OTC-OP | 164149 | 10,040,110.00 Dr | 144,004,006.03 Dr |
| 18-10-13 | TRD | T00016414901002 | Trade | BUY C AUQ CN/USD OTC Op @ 3.58 .002938 10/18/ | PROCEED-OTC-OP | 164149 | 10,040,110.00 Dr | 154,044,116.03 Dr |
| 18-10-13 | TRD | T00016441501002 | Trade | BUY C AUQ CN/USD OTC Op @ 3.57706 .002938 10/ | PROCEED-OTC-OP | 164415 | 10,031,864.77 Dr | 164,075,980.80 Dr |
| 18-10-13 | TRC | T00016413501002 | Trade | SEL 2,804,500 AUQ CN @ 3.58 USD 10,040,110 | PROCEED-EQUITY | 164135 | 10,040,110.00 Cr | 154,035,870.80 Dr |
| 01-11-13 | USR | 204297 | User Adjustment | CASH DIV - AUQ CN - P/D 29/10/2013 | Unclassified | | 112,180.00 Cr | 153,923,690.80 Dr |
| 05-11-13 | USR | 205518 | User Adjustment | AUQ CN Clearance Charge | Unclassified | | 7,889.38 Dr | 153,931,580.18 Dr |
| 05-11-13 | USR | 205526 | User Adjustment | GG US Clearance Charge | Unclassified | | 9,562.79 Dr | 153,941,142.97 Dr |
| 06-11-13 | USR | 206001 | User Adjustment | Reverse of GG US Clearance Charge | Unclassified | | 9,562.79 Cr | 153,931,580.18 Dr |
| 03-12-13 | TRD | T00017317501002 | Trade | BUY 1,995,200 SU CN @ 34.45 USD 68,734,640 | PROCEED-EQUITY | 173175 | 68,734,640.00 Dr | 222,666,220.18 Dr |
| 03-12-13 | TRC | T00017321901002 | Trade | SEL C SU CN/USD OTC Op @ 34.26105 .011433 12/ | PROCEED-OTC-OP | 173219 | 68,357,646.96 Cr | 154,308,573.22 Dr |
| 05-12-13 | USR | 219918 | User Adjustment | Mkt Ticket charges ? October 2013 | Unclassified | | 30.00 Dr | 154,308,603.22 Dr |
| 09-12-13 | TRD | T00017787301002 | Trade | BUY C SU CN/USD OTC Op @ 35.29857 .011433 12/ | PROCEED-OTC-OP | 177873 | 70,427,706.86 Dr | 224,736,310.08 Dr |
| 09-12-13 | TRC | T00017775801002 | Trade | SEL 1,995,200 SU CN @ 35.31 USD 70,450,512 | PROCEED-EQUITY | 177758 | 70,450,512.00 Cr | 154,285,798.08 Dr |
| 13-12-13 | TRD | T00018727201002 | Trade | BUY 1,844,800 136385101 @ 32.7 USD 60,324,960 | PROCEED-EQUITY | 187272 | 60,324,960.00 Dr | 214,610,758.08 Dr |
| 13-12-13 | TRC | T00018727901002 | Trade | SEL C 136385101/USD OTC Op @ 32.51162 .009496 | PROCEED-OTC-OP | 187279 | 59,977,436.58 Cr | 154,633,321.50 Dr |
| 17-12-13 | USR | 225057 | User Adjustment | STCK LOAN DIV - UN US - PD 11-12-2013 | Unclassified | | 1,139,301.96 Cr | 153,494,019.54 Dr |
| 19-12-13 | TRD | T00020121201002 | Trade | BUY C 136385101/USD OTC Op @ 32.290504 .00949 | PROCEED-OTC-OP | 201212 | 59,569,521.78 Dr | 213,063,541.32 Dr |
| 19-12-13 | TRC | T00020119101002 | Trade | SEL 1,844,800 136385101 @ 32.3 USD 59,587,040 | PROCEED-EQUITY | 201191 | 59,587,040.00 Cr | 153,476,501.32 Dr |
| 27-12-13 | SYS | 230027 | Swap Close | Realized gain/loss for Full close of Swap #12 | CASH | 126281 | 4,686,000.00 Cr | 148,790,501.32 Dr |
| 27-12-13 | SYS | 230029 | Swap Close | Realized gain/loss for Full close of Swap #14 | CASH | 141799 | 3,539,270.00 Cr | 145,251,231.32 Dr |
| 27-12-13 | USR | 229975 | User Adjustment | CASH DIV - SU CN - PD 24-12-2013 | Unclassified | | 328,383.81 Cr | 144,922,847.51 Dr |
| 27-12-13 | USR | 229976 | User Adjustment | STCK LOAN DIV - SU CN - PD 24-12-2013 | Unclassified | | 47,041.00 Cr | 144,875,806.51 Dr |
| 07-01-14 | USR | 233522 | User Adjustment | CASH DIV - CNQ US - PD 01-01-2014 | Unclassified | | 346,765.21 Cr | 144,529,041.30 Dr |
| 07-01-14 | USR | 233620 | User Adjustment | Mkt Ticket charges ? November 2014 | Unclassified | | 30.00 Dr | 144,529,071.30 Dr |
| 08-01-14 | USR | 234157 | User Adjustment | Mkt Ticket charges ? November 2013 | Unclassified | | 30.00 Dr | 144,529,101.30 Dr |
| 08-01-14 | USR | 234216 | User Adjustment | Revers of Mkt Ticket charges ? November 2014 | Unclassified | | 30.00 Cr | 144,529,071.30 Dr |
| 10-01-14 | USR | 235258 | User Adjustment | STCK LOAN DIV REV - UN US - PD 11-12-2013 | Unclassified | | 1,139,301.96 Dr | 145,668,373.26 Dr |
| 10-01-14 | USR | 235264 | User Adjustment | STCK LOAN DIV ADJ - UN US - PD 11-12-2013 | Unclassified | | 1,340,355.25 Cr | 144,328,018.01 Dr |
| 15-01-14 | USR | 236906 | User Adjustment | SU CN/USD Clearance Charge | Unclassified | | 20,254.30 Dr | 144,348,272.31 Dr |
| 20-01-14 | USR | 238249 | User Adjustment | SWAP DIV - UN US - PD 11-12-2013 | Unclassified | | 531,272.89 Dr | 144,879,545.20 Dr |
| 20-01-14 | USR | 238249 | User Adjustment | SWAP DIV - UN US - PD 11-12-2013 | Unclassified | | 809,082.35 Dr | 145,688,627.55 Dr |
| 22-01-14 | SYS | 239502 | Rev for Swap Close | Realized gain/loss for Full close of Swap #12 | CASH | 126281 | 4,686,000.00 Dr | 150,374,627.55 Dr |
| 22-01-14 | SYS | 239504 | Swap Close | Realized gain/loss for Full close of Swap #20 | CASH | 207095 | 5,830,000.00 Cr | 144,544,627.55 Dr |
| 22-01-14 | SYS | 239506 | Rev for Swap Close | Realized gain/loss for Full close of Swap #14 | CASH | 141799 | 3,539,270.00 Dr | 148,083,897.55 Dr |
| 22-01-14 | SYS | 239508 | Swap Close | Realized gain/loss for Full close of Swap #20 | CASH | 207099 | 4,290,462.00 Cr | 143,793,435.55 Dr |
| 22-01-14 | USR | 239445 | User Adjustment | CNQ US Clearance Charge | Unclassified | | 15,939.80 Dr | 143,809,375.35 Dr |
| 22-01-14 | USR | 239446 | User Adjustment | CNQ US Clearance Charge | Unclassified | | 19,790.82 Dr | 143,829,166.17 Dr |

CONFIDENTIAL                                                                                         ED&F-00040775