# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | JCL Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 24-01-14 | USR 240420 | User Adjustment | CNQ US Clearance Charge | Unclassified | | 19,790.82 Cr | 143,809,375.35 Dr |
| 27-01-14 | USR 240870 | User Adjustment | Non Seg to Seg Move | Unclassified | | 26,929.00 Dr | 143,836,304.35 Dr |
| 27-01-14 | USR 240879 | User Adjustment | Non Seg to Seg Move | Unclassified | | 8,472.29 Dr | 143,844,776.64 Dr |
| 24-02-14 | USR 250759 | User Adjustment | Non Seg to Seg Move | Unclassified | | 28,860.64 Dr | 143,873,637.28 Dr |
| 25-02-14 | USR 251440 | User Adjustment | Rev - Non Seg to Seg Move | Unclassified | | 28,860.64 Cr | 143,844,776.64 Dr |
| 25-02-14 | USR 251469 | User Adjustment | Rev - Non Seg to Seg Move | Unclassified | | 28,860.64 Cr | 143,815,916.00 Dr |
| 25-03-14 | USR 260694 | User Adjustment | CASH DIV - UN US - PD 12/03/14 | Unclassified | | 574,591.50 Cr | 143,241,324.50 Dr |
| 25-03-14 | USR 260706 | User Adjustment | STCK LOAN DIV - UN US - PD 12/03/14 | Unclassified | | 637,800.84 Cr | 142,603,523.66 Dr |
| 25-03-14 | USR 260732 | User Adjustment | SWAP DIV - UN US - PD 12/03/14 | Unclassified | | 637,800.84 Dr | 143,241,324.50 Dr |
| 25-03-14 | USR 260733 | User Adjustment | SWAP DIV - UN US - PD 12/03/14 | Unclassified | | 574,591.50 Dr | 143,815,916.00 Dr |
| 04-04-14 | USR 276453 | User Adjustment | Seg to Non Seg Move | Unclassified | | 160,445.00 Cr | 143,655,471.00 Dr |
| 11-06-14 | USR 300313 | User Adjustment | STCK LOAN DIV - UN US - PD 11/06/14 | Unclassified | | 1,435,243.48 Cr | 142,220,227.52 Dr |
| 11-06-14 | USR 300320 | User Adjustment | SWAP DIV - UN US - PD 11/06/14 | Unclassified | | 1,435,243.48 Dr | 143,655,471.00 Dr |
| 03-07-14 | USR 309839 | User Adjustment | DIV WHT ADJ - UN US - PD 12/03/14 | Unclassified | | 82,990.74 Cr | 143,572,480.26 Dr |
| 03-07-14 | USR 309841 | User Adjustment | DIV WHT ADJ - UN US - PD 12/03/14 | Unclassified | | 82,990.74 Cr | 143,489,489.52 Dr |
| 09-07-14 | USR 311729 | User Adjustment | DIV WHT ADJ REV DUPE POSTING - UN US - PD 12/ | Unclassified | | 82,990.74 Dr | 143,572,480.26 Dr |
| 15-07-14 | USR 314155 | User Adjustment | UN US clearance charge | Unclassified | | 81,682.52 Dr | 143,654,162.78 Dr |
| 01-08-14 | TRC T00031627601002 | Trade | SEL 303,366.23 DKK @ .1794 USD 54,415.47 | CASH | 316276 | 54,415.47 Cr | 143,599,747.31 Dr |
| 11-09-14 | USR 332531 | User Adjustment | USD PAYMENT | Unclassified | | 200,000.00 Dr | 143,799,747.31 Dr |
| 12-09-14 | USR 332928 | User Adjustment | STCK LOAN DIV - UN US - PD 10/09/14 | Unclassified | | 1,400,255.32 Cr | 142,399,491.99 Dr |
| 12-09-14 | USR 332936 | User Adjustment | SWAP DIV - UN US - PD 10/09/14 | Unclassified | | 1,400,255.32 Dr | 143,799,747.31 Dr |
| 12-12-14 | USR 365063 | User Adjustment | CASH DIV - UN US - PD 10/12/14 | Unclassified | | 970,645.00 Cr | 142,829,102.31 Dr |
| 12-12-14 | USR 365072 | User Adjustment | STCK LOAN DIV - UN US - PD 10/12/14 | Unclassified | | 334,458.52 Cr | 142,494,643.79 Dr |
| 12-12-14 | USR 365081 | User Adjustment | SWAP DIV - UN US - PD 10/12/14 | Unclassified | | 842,420.13 Dr | 143,337,063.92 Dr |
| 12-12-14 | USR 365082 | User Adjustment | SWAP DIV - UN US - PD 10/12/14 | Unclassified | | 334,458.52 Dr | 143,671,522.44 Dr |
| 16-12-14 | USR 366060 | User Adjustment | UN US clearance charge | Unclassified | | 123,666.59 Dr | 143,795,189.03 Dr |
| 19-12-14 | SYS 367509 | Swap Close | Realized gain/loss for Full close of Swap #20 | CASH | 203931 | 726,000.00 Cr | 143,069,189.03 Dr |
| 19-12-14 | SYS 367532 | Swap Close | Realized gain/loss for Full close of Swap #20 | CASH | 203930 | 476,718.00 Cr | 142,592,471.03 Dr |
| 19-12-14 | SYS 367535 | Reversal of Trade | SEL 1,200,000 UN US @ 39.13 USD 46,956,000 | PROCEED-EQUITY | 366944 | 46,956,000.00 Dr | 189,548,471.03 Dr |
| 19-12-14 | SYS 367536 | Reversal of Trade | SEL 800,000 UN US @ 39.13 USD 31,304,000 | PROCEED-EQUITY | 366946 | 31,304,000.00 Dr | 220,852,471.03 Dr |
| 19-12-14 | TRC T00036694401001 | Trade | SEL 1,200,000 UN US @ 39.13 USD 46,956,000 | PROCEED-EQUITY | 366944 | 46,956,000.00 Cr | 173,896,471.03 Dr |
| 19-12-14 | TRC T00036694601001 | Trade | SEL 800,000 UN US @ 39.13 USD 31,304,000 | PROCEED-EQUITY | 366946 | 31,304,000.00 Cr | 142,592,471.03 Dr |
| 19-12-14 | TRC T00036697801001 | Trade | SEL 1,200,000 US9047847093 @ 39.13 USD 46,956 | PROCEED-EQUITY | 366978 | 46,956,000.00 Cr | 95,636,471.03 Dr |
| 19-12-14 | TRC T00036698001001 | Trade | SEL 800,000 US9047847093 @ 39.13 USD 31,304,0 | PROCEED-EQUITY | 366980 | 31,304,000.00 Cr | 64,332,471.03 Dr |
| 22-12-14 | SYS 368046 | Reversal of Trade | SEL 1,200,000 US9047847093 @ 39.13 USD 46,956 | PROCEED-EQUITY | 366978 | 46,956,000.00 Dr | 111,288,471.03 Dr |
| 22-12-14 | SYS 368047 | Reversal of Trade | SEL 800,000 US9047847093 @ 39.13 USD 31,304,0 | PROCEED-EQUITY | 366980 | 31,304,000.00 Dr | 142,592,471.03 Dr |
| 22-12-14 | TRC T00036722401001 | Trade | SEL 1,200,000 UN US @ 39.13 USD 46,956,000 | PROCEED-EQUITY | 367224 | 46,956,000.00 Cr | 95,636,471.03 Dr |
| 22-12-14 | TRC T00036723301001 | Trade | SEL 1,000,000 UN US @ 39.13 USD 39,130,000 | PROCEED-EQUITY | 367233 | 39,130,000.00 Cr | 56,506,471.03 Dr |
| 16-01-15 | USR 375697 | User Adjustment | Clearance charge adj | Unclassified | | 281.01 Dr | 56,506,752.04 Dr |
| 30-01-15 | SYS 378931 | Swap Close | Realized gain/loss for Full close of Swap #36 | CASH | 367364 | 5,735,062.00 Dr | 62,241,814.04 Dr |
| 16-03-15 | USR 396201 | User Adjustment | CASH DIV - UN US - PD 11/03/15 | Unclassified | | 466,316.88 Cr | 61,775,497.16 Dr |
| 16-03-15 | USR 396362 | User Adjustment | UN US clearance charge | Unclassified | | 41,339.49 Dr | 61,816,836.65 Dr |
| 26-03-15 | USR 402679 | User Adjustment | SEG TO NON SEG MOVE | Unclassified | | 146,095.65 Cr | 61,670,741.00 Dr |
| 27-03-15 | USR 403264 | User Adjustment | USD RECEIPT | Unclassified | | 64,965.00 Cr | 61,605,776.00 Dr |

CONFIDENTIAL

ED&F-00040776

Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 21 of 23 Produced on 09/03/2019 03:09:50

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | JCL | Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|------|-----|-----------|--------------|-------------|-------|-----------|--------|-----------------|
| 30-04-15 | SYS | 417800 | Swap Close | Realized gain/loss for Full close of Swap #37 | CASH | 375276 | 3,082,776.40 Dr | 64,688,552.40 Dr |
| 06-05-15 | USR | 422065 | User Adjustment | Reversal of USD RECEIPT | Unclassified | | 64,965.00 Dr | 64,753,517.40 Dr |
| 27-05-15 | TRC | T00049815701002 | Trade | SEL 140,157.58 DKK @ .1474 USD 20,655.15 | CASH | 498157 | 20,655.15 Cr | 64,732,862.25 Dr |
| 09-06-15 | USR | 437068 | User Adjustment | UN US clearance fee | Unclassified | | 15,055.62 Cr | 64,717,806.63 Dr |
| 11-06-15 | TRD | T00050595801002 | Trade | BUY 12,986.47 EUR @ 1.1239 USD 14,595.49 | CASH | 505958 | 14,595.49 Dr | 64,732,402.12 Dr |
| 25-06-15 | TRC | T00051567101002 | Trade | SEL 7.9 EUR @ 1.115 USD 8.81 | CASH | 515671 | 8.81 Cr | 64,732,393.31 Dr |
| 10-07-15 | USR | 450533 | User Adjustment | STCK LOAN DIV - UN US - PD 03/06/15 | Unclassified | | 460,827.40 Cr | 64,271,565.91 Dr |
| 13-08-15 | USR | 460384 | User Adjustment | Mkt Ticket charges - May 2015 | Unclassified | | 25.00 Dr | 64,271,590.91 Dr |
| 13-08-15 | USR | 460432 | User Adjustment | Mkt Ticket charges - July 2015 | Unclassified | | 10.92 Dr | 64,271,601.83 Dr |
| 26-08-15 | SYS | 462696 | Swap Close | Realized gain/loss for Full close of Swap #48 | CASH | 483762 | 4,146,836.98 Cr | 60,124,764.85 Dr |
| 10-09-15 | USR | 467673 | User Adjustment | STCK LOAN DIV - UN US - PD 09/09/15 | Unclassified | | 474,117.72 Cr | 59,650,647.13 Dr |
| 23-11-15 | SYS | 492823 | Swap Close | Realized gain/loss for Full close of Swap #53 | CASH | 532423 | 3,846,103.04 Dr | 63,496,750.17 Dr |
| 24-11-15 | USR | 494885 | User Adjustment | Mkt Ticket charges - August 2015 | Unclassified | | 10.92 Dr | 63,496,761.09 Dr |
| 24-11-15 | USR | 494940 | User Adjustment | Mkt Ticket charges - September 2015 | Unclassified | | 25.00 Dr | 63,496,786.09 Dr |
| 10-12-15 | USR | 501211 | User Adjustment | STCK LOAN DIV - UN US - PD 09/12/15 | Unclassified | | 496,220.10 Cr | 63,000,565.99 Dr |
| 05-01-16 | USR | 507831 | User Adjustment | Wire Transfer | Unclassified | | 5,980.64 Dr | 63,006,546.63 Dr |
| 23-02-16 | SYS | 521008 | Swap Close | Realized gain/loss for Full close of Swap #55 | CASH | 558250 | 984,350.44 Cr | 62,022,196.19 Dr |
| 09-03-16 | USR | 526860 | User Adjustment | STCK LOAN DIV - UN US - PD 09/03/16 | Unclassified | | 476,140.16 Cr | 61,546,056.03 Dr |
| 10-03-16 | USR | 527322 | User Adjustment | UN US Dividend PD 09/03/16 | Unclassified | | 476,140.16 Dr | 62,022,196.19 Dr |
| 22-03-16 | SYS | 530542 | Swap Close | Realized gain/loss for Full close of Swap #57 | CASH | 573704 | 2,311,360.00 Dr | 64,333,556.19 Dr |
| 23-03-16 | TRC | T00058017101002 | Trade | SEL 444,600 UN US @ 44.55 USD 19,806,930 | PROCEED-EQUITY | 580171 | 19,806,930.00 Cr | 44,526,626.19 Dr |
| 20-04-16 | SYS | 540068 | Swap Close | Realized gain/loss for Full close of Swap #58 | CASH | 580427 | 750,000.00 Dr | 45,276,626.19 Dr |
| 04-05-16 | USR | 548565 | User Adjustment | UN US Div reimbursement | Unclassified | | 53,200.00 Cr | 45,223,426.19 Dr |
| 17-05-16 | SYS | 555396 | Swap Close | Realized gain/loss for Full close of Swap #58 | CASH | 586214 | 172,000.00 Cr | 45,051,426.19 Dr |
| 27-05-16 | USR | 562724 | User Adjustment | STCK LOAN DIV - EURN BB - PD 26/05/16 | Unclassified | | 512,500.00 Cr | 44,538,926.19 Dr |
| 06-06-16 | SYS | 565830 | Swap Close | Realized gain/loss for Full close of Swap #60 | CASH | 601586 | 630,000.00 Dr | 45,168,926.19 Dr |
| 07-06-16 | USR | 568564 | User Adjustment | STCK LOAN DIV - UN US - PD 01/06/16 | Unclassified | | 364,800.00 Cr | 44,804,126.19 Dr |
| 20-06-16 | SYS | 572094 | Swap Close | Realized gain/loss for Full close of Swap #61 | CASH | 610394 | 2,470,000.00 Cr | 42,334,126.19 Dr |
| 20-06-16 | TRC | T00061519101002 | Trade | SEL 1,000,000 UN US @ 42.87 USD 42,870,000 | PROCEED-EQUITY | 615191 | 42,870,000.00 Cr | 535,873.81 Cr |
| 21-06-16 | USR | 573417 | User Adjustment | Adjustment to Swap Dividend in USD #583468 | Unclassified | | 512,500.00 Dr | 23,373.81 Cr |
| 08-07-16 | USR | 580311 | User Adjustment | UN US Dividend 09/03/16 Rev | Unclassified | | 476,140.16 Cr | 499,513.97 Cr |
| 14-07-16 | USR | 582109 | User Adjustment | UN US 07/06/16 Dividend | Unclassified | | 364,800.00 Dr | 134,713.97 Cr |
| 14-07-16 | USR | 582118 | User Adjustment | UN US 04/05/16 Dividend | Unclassified | | 53,200.00 Dr | 81,513.97 Cr |
| 19-07-16 | USR | 583548 | User Adjustment | UN US 07/06/16 Dividend | Unclassified | | 364,800.00 Cr | 446,313.97 Cr |
| 19-07-16 | USR | 583557 | User Adjustment | UN US 04/05/16 Dividend | Unclassified | | 53,200.00 Cr | 499,513.97 Cr |

CONFIDENTIAL                                                                                                    ED&F-00040777

Copyright Shadow Financial Systems, Inc. 1997-2019. All Rights Reserved. Page 22 of 23 Produced on 09/03/2019 03:09:50

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd (E1)
### 27-07-2012 through 02-09-2019

| Date | JCL Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|------|----------------|--------------|-------------|-------|------------|--------|-----------------|
| 17-11-16 | USR 623671 | User Adjustment | UN US DIV PD 09.03.16 Div Reimbursement | Unclassified | | 70,785.40 Cr | 570,299.37 Cr |
| 01-12-16 | USR 629901 | User Adjustment | UN DIV PD 09.03.16 Div Reimbursement REV | Unclassified | | 70,785.40 Dr | 499,513.97 Cr |
| 01-12-16 | USR 629910 | User Adjustment | UN US clearence fee | Unclassified | | 344,433.36 Dr | 155,080.61 Cr |
| 08-12-16 | TRD T00066033701002 | Trade | BUY 320,999.42 DKK @ 6.906 USD 46,481.24 | CASH | 660337 | 46,481.24 Dr | 108,599.37 Cr |
| 12-01-17 | USR 646816 | User Adjustment | NON SEG TO SEG | Unclassified | | 108,599.37 Dr | 0.00 Cr |
| 17-01-17 | TRC T00066997501002 | Trade | BUY 757.15 USD @ 1.0662 EUR 710.14 | CASH | 669975 | 757.15 Cr | 757.15 Cr |
| 11-08-17 | USR 738405 | User Adjustment | Transfer from NONSEG to SEG | Unclassified | | 757.15 Dr | 0.00 Cr |
| 19-04-18 | TRC T00082925701002 | Trade | SEL 49,884.93 EUR @ 1.2343 USD 61,572.97 | CASH | 829257 | 61,572.97 Cr | 61,572.97 Cr |
| 24-04-18 | USR 850012 | User Adjustment | Seg to Non Seg | Unclassified | | 109,356.52 Cr | 170,929.49 Cr |
| 04-06-18 | TRD T00087364601002 | Trade | BUY 59.1 EUR @ 1.166 USD 68.91 | CASH | 873646 | 68.91 Dr | 170,860.58 Cr |
| 06-06-18 | USR 890774 | User Adjustment | USD PAYMENT | Unclassified | | 165,829.49 Dr | 5,031.09 Cr |
| 11-06-19 | USR 1009696 | User Adjustment | USD PAYMENT | Unclassified | | 5,031.09 Dr | 0.00 Cr |

## Asset (USD/USD) Layer (SEG CASH ACC) (US Dollar)

| Date | JCL Journal ID | Journal Type | Description | Class | Rel Ticket | Amount | Running Balance |
|------|----------------|--------------|-------------|-------|------------|--------|-----------------|
| 27-07-12 | OPN | | Opening Balance | | | 0.00 Cr | 0.00 Cr |
| 28-12-12 | USR 43830 | User Adjustment | NONSEG TO SEG MOVEMENTS 28.12.12 | Unclassified | | 300,000.00 Cr | 300,000.00 Cr |
| 27-01-14 | USR 240870 | User Adjustment | Non Seg to Seg Move | Unclassified | | 26,929.00 Cr | 326,929.00 Cr |
| 27-01-14 | USR 240879 | User Adjustment | Non Seg to Seg Move | Unclassified | | 8,472.29 Cr | 335,401.29 Cr |
| 24-02-14 | USR 250759 | User Adjustment | Non Seg to Seg Move | Unclassified | | 28,860.64 Cr | 364,261.93 Cr |
| 25-02-14 | USR 251440 | User Adjustment | Rev - Non Seg to Seg Move | Unclassified | | 28,860.64 Dr | 335,401.29 Cr |
| 25-02-14 | USR 251469 | User Adjustment | Rev - Non Seg to Seg Move | Unclassified | | 28,860.64 Dr | 306,540.65 Cr |
| 04-04-14 | USR 276453 | User Adjustment | Seg to Non Seg Move | Unclassified | | 160,445.00 Dr | 146,095.65 Cr |
| 26-03-15 | USR 402679 | User Adjustment | SEG TO NON SEG MOVE | Unclassified | | 146,095.65 Dr | 0.00 Cr |
| 12-01-17 | USR 646816 | User Adjustment | NON SEG TO SEG | Unclassified | | 108,599.37 Cr | 108,599.37 Cr |
| 11-08-17 | USR 738405 | User Adjustment | Transfer from NONSEG to SEG | Unclassified | | 757.15 Cr | 109,356.52 Cr |
| 24-04-18 | USR 850012 | User Adjustment | Seg to Non Seg | Unclassified | | 109,356.52 Dr | 0.00 Cr |

CONFIDENTIAL

ED&F-00040778