**86059 - Dividend - UK version HIS**

Paydate: Custody Account No.
Mellem 01-01-2012 og 31-12-2015 ▓▓▓▓▓ 2822

| Dividend - Currency DKK | Paydate | ISIN | Custody Account No. | Custody Account Name | Type of Corporate Action | Type of Dividend | Record Date | Tax rate | Dividend - Currency | Dividend rate | Holding - SHS | Dividend - Gross Amount | Dividend - Tax amount | Dividend - Net Amount | n |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2015-04-07 | | | | | | | | | | | | | | |
| | | DK0010244508 A.P. M¦ller - Mærsk A/S B AKTIE | | | | | | | | | | | | | |
| | | | 2822 | ED&F R1 Main | Dividend | Ordinary Dividend | 2015-04-01 | ###### | DKK | 1,971.000000 | 15,550.00 | 30,649,050.00 | 8,275,243.50 | 22,373,806.50 | 1 |
| | | | Total (DK0010244508 A.P. M¦ller - Mærsk A/S B AKTIE ) | | | | | | | | 15,550.00 | 30,649,050.00 | 8,275,243.50 | 22,373,806.50 | 1 |
| | Total (2015-04-07) | | | | | | | | | | 15,550.00 | 30,649,050.00 | 8,275,243.50 | 22,373,806.50 | 1 |
| | Total (DKK) | | | | | | | | | | 15,550.00 | 30,649,050.00 | 8,275,243.50 | 22,373,806.50 | 1 |
| Total | | | | | | | | | | | 15,550.00 | 30,649,050.00 | 8,275,243.50 | 22,373,806.50 | 1 |