**86059 – Dividend - UK version HIS**

Paydate: Mellem 01-01-2012 og 31-12-2015  
Custody Account No.: 2806

| Dividend - Currency | Paydate | ISIN | Custody Account No. | Custody Account Name | Type of Corporate Action | Type of Dividend | Record Date | Tax rate | Dividend - Currency | Dividend rate | Holding - SHS | Dividend - Gross Amount | Dividend - Tax amount | Dividend - Net Amount | n |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DKK | | | | | | | | | | | | | | | |
| | 2015-08-12 | | | | | | | | | | | | | | |
| | | DK0060228559 Tdc A/S AKTIE | | | | | | | | | | | | | |
| | | | 2806 | | ED&F E1 73 Percent pool | Dividend | | Exraordinary Dividend | 2015-08-11 | 27.000000 | DKK | 1.000000 | 33,237,928.00 | 33,237,928.00 | 8,974,240.56 | 24,263,687.44 | 1 |
| | | Total (DK0060228559 Tdc A/S AKTIE ) | | | | | | | | | | 33,237,928.00 | 33,237,928.00 | 8,974,240.56 | 24,263,687.44 | 1 |
| | | Total (2015-08-12) | | | | | | | | | | 33,237,928.00 | 33,237,928.00 | 8,974,240.56 | 24,263,687.44 | 1 |
| | 2015-07-15 | | | | | | | | | | | | | | |
| | | DK0060636678 Tryg A/S AKTIE | | | | | | | | | | | | | |
| | | | 2806 | | ED&F E1 73 Percent pool | Dividend | | Exraordinary Dividend | 2015-07-14 | 27.000000 | DKK | 2.500000 | 850,000.00 | 2,125,000.00 | 573,750.00 | 1,551,250.00 | 1 |
| | | Total (DK0060636678 Tryg A/S AKTIE ) | | | | | | | | | | 850,000.00 | 2,125,000.00 | 573,750.00 | 1,551,250.00 | 1 |
| | | Total (2015-07-15) | | | | | | | | | | 850,000.00 | 2,125,000.00 | 573,750.00 | 1,551,250.00 | 1 |
| | 2015-04-07 | | | | | | | | | | | | | | |
| | | DK0010244508 A.P. M;ller - Mærsk A/S AKTIE | | | | | | | | | | | | | |
| | | | 2806 | | ED&F E1 73 Percent pool | Dividend | | Ordinary Dividend | 2015-04-01 | 27.000000 | DKK | 1,971.000000 | 126,314.00 | 248,964,894.00 | 67,220,521.38 | 181,744,372.62 | 1 |
| | | Total (DK0010244508 A.P. M;ller - Mærsk A/S AKTIE ) | | | | | | | | | | 126,314.00 | 248,964,894.00 | 67,220,521.38 | 181,744,372.62 | 1 |
| | | Total (2015-04-07) | | | | | | | | | | 126,314.00 | 248,964,894.00 | 67,220,521.38 | 181,744,372.62 | 1 |
| | 2015-03-24 | | | | | | | | | | | | | | |
| | | DK0060534915 Novo Nordisk A/S B AKTIE | | | | | | | | | | | | | |
| | | | 2806 | | ED&F E1 73 Percent pool | Dividend | | Ordinary Dividend | 2015-03-23 | 27.000000 | DKK | 5.000000 | 5,600,000.00 | 28,000,000.00 | 7,560,000.00 | 20,440,000.00 | 1 |
| | | Total (DK0060534915 Novo Nordisk A/S AKTIE ) | | | | | | | | | | 5,600,000.00 | 28,000,000.00 | 7,560,000.00 | 20,440,000.00 | 1 |
| | | Total (2015-03-24) | | | | | | | | | | 5,600,000.00 | 28,000,000.00 | 7,560,000.00 | 20,440,000.00 | 1 |
| | 2015-03-23 | | | | | | | | | | | | | | |
| | | DK0010274414 Danske Bank A/S AKTIE | | | | | | | | | | | | | |
| | | | 2806 | | ED&F E1 73 Percent pool | Dividend | | Ordinary Dividend | 2015-03-20 | 27.000000 | DKK | 5.500000 | 24,805,000.00 | 136,427,500.00 | 36,835,425.00 | 99,592,075.00 | 1 |
| | | Total (DK0010274414 Danske Bank A/S AKTIE ) | | | | | | | | | | 24,805,000.00 | 136,427,500.00 | 36,835,425.00 | 99,592,075.00 | 1 |
| | | DK0060252690 Pandora A/S AKTIE | | | | | | | | | | | | | |
| | | | 2806 | | ED&F E1 73 Percent pool | Dividend | | Ordinary Dividend | 2015-03-20 | 27.000000 | DKK | 9.000000 | 700,950.00 | 6,308,550.00 | 1,703,308.50 | 4,605,241.50 | 1 |
| | | Total (DK0060252690 Pandora A/S AKTIE ) | | | | | | | | | | 700,950.00 | 6,308,550.00 | 1,703,308.50 | 4,605,241.50 | 1 |
| | | Total (2015-03-23) | | | | | | | | | | 25,505,950.00 | 142,736,050.00 | 38,538,733.50 | 104,197,316.50 | 2 |
| | 2015-03-17 | | | | | | | | | | | | | | |
| | | DK0060079531 DSV A/S AKTIE | | | | | | | | | | | | | |
| | | | 2806 | | ED&F E1 73 Percent pool | Dividend | | Ordinary Dividend | 2015-03-16 | 27.000000 | DKK | 1.600000 | 1,700,000.00 | 2,720,000.00 | 734,400.00 | 1,985,600.00 | 1 |
| | | Total (DK0060079531 DSV A/S AKTIE ) | | | | | | | | | | 1,700,000.00 | 2,720,000.00 | 734,400.00 | 1,985,600.00 | 1 |
| | | Total (2015-03-17) | | | | | | | | | | 1,700,000.00 | 2,720,000.00 | 734,400.00 | 1,985,600.00 | 1 |
| | 2015-03-10 | | | | | | | | | | | | | | |
| | | DK0060228559 Tdc A/S AKTIE | | | | | | | | | | | | | |
| | | | 2806 | | ED&F E1 73 Percent pool | Dividend | | Ordinary Dividend | 2015-03-09 | 27.000000 | DKK | 1.000000 | 31,515,200.00 | 31,515,200.00 | 8,509,104.00 | 23,006,096.00 | 1 |
| | | Total (DK0060228559 Tdc A/S AKTIE ) | | | | | | | | | | 31,515,200.00 | 31,515,200.00 | 8,509,104.00 | 23,006,096.00 | 1 |
| | | Total (2015-03-10) | | | | | | | | | | 31,515,200.00 | 31,515,200.00 | 8,509,104.00 | 23,006,096.00 | 1 |
| | 2015-03-02 | | | | | | | | | | | | | | |
| | | DK0060336014 Novozymes A/S B AKTIE | | | | | | | | | | | | | |
| | | | 2806 | | ED&F E1 73 Percent pool | Dividend | | Ordinary Dividend | 2015-02-27 | 27.000000 | DKK | 3.000000 | 1,115,000.00 | 3,345,000.00 | 903,150.00 | 2,441,850.00 | 1 |
| | | Total (DK0060336014 Novozymes A/S B AKTIE ) | | | | | | | | | | 1,115,000.00 | 3,345,000.00 | 903,150.00 | 2,441,850.00 | 1 |
| | | Total (2015-03-02) | | | | | | | | | | 1,115,000.00 | 3,345,000.00 | 903,150.00 | 2,441,850.00 | 1 |
| | 2014-12-09 | | | | | | | | | | | | | | |
| | | DK0060448595 Coloplast A/S AKTIE | | | | | | | | | | | | | |
| | | | 2806 | | ED&F E1 73 Percent pool | Dividend | | Ordinary Dividend | 2014-12-08 | 27.000000 | DKK | 7.500000 | 4,630,000.00 | 34,725,000.00 | 9,375,750.00 | 25,349,250.00 | 1 |
| | | Total (DK0060448595 Coloplast A/S B AKTIE ) | | | | | | | | | | 4,630,000.00 | 34,725,000.00 | 9,375,750.00 | 25,349,250.00 | 1 |
| | | Total (2014-12-09) | | | | | | | | | | 4,630,000.00 | 34,725,000.00 | 9,375,750.00 | 25,349,250.00 | 1 |
| | 2014-12-02 | | | | | | | | | | | | | | |
| | | DK0060227585 Chr. Hansen Holding A/S AKTIE | | | | | | | | | | | | | |
| | | | 2806 | | ED&F E1 73 Percent pool | Dividend | | Ordinary Dividend | 2014-12-01 | 27.000000 | DKK | 3.770000 | 4,080,000.00 | 15,381,600.00 | 4,153,032.00 | 11,228,568.00 | 1 |
| | | Total (DK0060227585 Chr. Hansen Holding A/S AKTIE ) | | | | | | | | | | 4,080,000.00 | 15,381,600.00 | 4,153,032.00 | 11,228,568.00 | 1 |
| | | Total (2014-12-02) | | | | | | | | | | 4,080,000.00 | 15,381,600.00 | 4,153,032.00 | 11,228,568.00 | 1 |
| | 2014-09-30 | | | | | | | | | | | | | | |
| | | DK0010221803 IC Companys A/S AKTIE | | | | | | | | | | | | | |
| | | | 2806 | | ED&F E1 73 Percent pool | Dividend | | Ordinary Dividend | 2014-09-29 | 27.000000 | DKK | 3.000000 | 5,000.00 | 15,000.00 | 4,050.00 | 10,950.00 | 1 |
| | | Total (DK0010221803 IC Companys A/S AKTIE ) | | | | | | | | | | 5,000.00 | 15,000.00 | 4,050.00 | 10,950.00 | 1 |
| | | Total (2014-09-30) | | | | | | | | | | 5,000.00 | 15,000.00 | 4,050.00 | 10,950.00 | 1 |
| | 2014-08-13 | | | | | | | | | | | | | | |
| | | DK0060228559 Tdc A/S AKTIE | | | | | | | | | | | | | |
| | | | 2806 | | ED&F E1 73 Percent pool | Dividend | | Exraordinary Dividend | 2014-08-12 | 27.000000 | DKK | 1.500000 | 40,913,000.00 | 61,369,500.00 | 16,569,765.00 | 44,799,735.00 | 1 |
| | | Total (DK0060228559 Tdc A/S AKTIE ) | | | | | | | | | | 40,913,000.00 | 61,369,500.00 | 16,569,765.00 | 44,799,735.00 | 1 |
| | | Total (2014-08-13) | | | | | | | | | | 40,913,000.00 | 61,369,500.00 | 16,569,765.00 | 44,799,735.00 | 1 |
| | Total (DKK) | | | | | | | | | | | 149,278,392.00 | 604,135,172.00 | 163,116,496.44 | 441,018,675.56 | 13 |

CONFIDENTIAL

86059___Dividend___UK_version_H

SEB_00000095

| Total | 149,278,392.00 | 604,135,172.00 | 163,116,496.44 | 441,018,675.56 13 |

CONFIDENTIAL

86059___Dividend___UK_version_H

SEB_00000095