**86059 - Dividend - UK version HIS**
Paydate   Custody Account No.
Mellem 01-01-2012 og 31-12-2015    2814

| Dividend - Currency | Paydate | ISIN | Custody Account No. | Custody Account Name | Type of Corporate Action | Type of Dividend | Record Date | Tax rate | Dividend - Currency | Dividend rate | Holding - SHS | Dividend - Gross Amount | Dividend - Tax amount | Dividend - Net Amount | n |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DKK | | | | | | | | | | | | | | | |
| | 2014-08-13 | | | | | | | | | | | | | | |
| | | DK0060228559 Tdc A/S AKTIE | | | | | | | | | | | | | |
| | | | 2814 | ED&F E1 Main | Dividend | Exraordinary Dividend | 2014-08-12 | 27.000000 | DKK | 1.500000 | 3,276,424.00 | 4,914,636.00 | 1,326,951.72 | 3,587,684.28 | 1 |
| | | Total (DK0060228559 Tdc A/S AKTIE ) | | | | | | | | | 3,276,424.00 | 4,914,636.00 | 1,326,951.72 | 3,587,684.28 | 1 |
| | Total (2014-08-13) | | | | | | | | | | 3,276,424.00 | 4,914,636.00 | 1,326,951.72 | 3,587,684.28 | 1 |
| Total (DKK) | | | | | | | | | | | 3,276,424.00 | 4,914,636.00 | 1,326,951.72 | 3,587,684.28 | 1 |
| Total | | | | | | | | | | | 3,276,424.00 | 4,914,636.00 | 1,326,951.72 | 3,587,684.28 | 1 |