

**BNP PARIBAS SECURITIES SERVICES SA** au capital de
2 484 523 922 euros immatriculée sous le n°
552 108 011 RCS Paris - Identifiant C.E
FR60552108011
Siège social : 3, rue d'Antin  75002 Paris
www.securities.bnpparibas.com

## DIVIDEND CREDIT ADVICE

BNP PARIBAS SECURITIES SERVICES
Tel: +33 (0)1 42 98 10 00
Ref: BP2S, Tax Department

Client Security Account
778523F

Client Cash Account
724864B

CUBIX MANAGERS LIMITED PARTNERSHIPS

57/63 LINE WALL ROAD

GIBRALTAR

10/01/2014

| Security Name | ISIN Code | | | |
|---|---|---|---|---|
| Ex-Date      Payment Date | Quantity | Gross Amount | Tax * | Net Amount |
| COLOPLAST B | DK0060448595 | | | |
| 06/12/2013      11/12/2013 | 500 000 | 3 500 000,00 | 945 000,00 | 2 555 000,00 |
| Gross Unit Dividend Danish Krone 7.00 | | | | |
| Withholding tax rate 27% | | | | |
| Total DKK | | 3 500 000,00 | 945 000,00 | 2 555 000,00 |

As BNP Paribas Securities Services is not the Withholding Tax Agent on this security, we received the payment at net rate, and credited the above mentioned account at net rate.

Roxane Olari
BNP Paribas Securities Services
Head of Tax processes



**BNP PARIBAS SECURITIES SERVICES**

BNP PARIBAS SECURITIES SERVICES SA au capital de
2 484 523 922 euros immatriculée sous le n°
552 108 011 RCS Paris - Identifiant C.E.
FR60552108011
Siège social : 3, rue d'Antin  75002 Paris
www.securities.bnpparibas.com

## DIVIDEND CREDIT ADVICE

BNP PARIBAS SECURITIES SERVICES
Tel: +33 (0)1 42 98 10 00
Ref: BP2S, Tax Department

Client Security Account
778523F

Client Cash Account
724864B

SV HOLDINGS LLC RETIREMENT PLAN

910 AIKEN ROAD
VERSAILLES
KENTUCKY, KY 40383
UNITED STATES

10/01/2014

| Security Name<br>Ex-Date    Payment Date | ISIN Code<br>Quantity | Gross Amount | Tax * | Net Amount |
|---|---|---|---|---|
| COLOPLAST B<br>06/12/2013    11/12/2013<br>Gross Unit Dividend Danish Krone 7.00<br>Withholding tax rate 27% | DK0060448595<br>537 116 | 3 759 812,00 | 1 015 149,24 | 2 744 662,76 |
| Total DKK | | 3 759 812,00 | 1 015 149,24 | 2 744 662,76 |

As BNP Paribas Securities Services is not the Withholding Tax Agent on this security, we received the payment at net rate, and credited the above mentioned account at net rate.

Roxane Olari
BNP Paribas Securities Services
Head of Tax processes


**BNP PARIBAS SECURITIES SERVICES**

BNP PARIBAS SECURITIES SERVICES SA au capital de
2 484 523 922 euros immatriculée sous le n°
552 108 011 RCS Paris - Identifiant C.E
FR60552108011
Siège social : 3, rue d'Antin  75002 Paris
www.securities.bnpparibas.com

## DIVIDEND CREDIT ADVICE

BNP PARIBAS SECURITIES SERVICES
Tel: +33 (0)1 42 98 10 00
Ref: BP2S, Tax Department

Client Security Account
778523F - ED&F MAN/ 27% DENMARK

Client Cash Account
724864B

AUTOPARTS PENSIONS GROUP TRUST

910 AIKEN ROAD
VERSAILLES
KENTUCKY, KY 40383
USA

06/05/2014

| Security Name | | ISIN Code | | | |
|---|---|---|---|---|---|
| Ex-Date | Payment Date | Quantity | Gross Amount | Tax * | Net Amount |
| NOVO NORDISK AS | | DK0060534915 | | | |
| 21/03/2014 | 26/03/2014 | 640 000 | 2 880 000,00 | 777 600,00 | 2 102 400,00 |
| Gross Unit Dividend Danish Krone 4.50 | | | | | |
| Withholding tax rate 27% | | | | | |
| Total DKK | | | 2 880 000,00 | 777 600,00 | 2 102 400,00 |

As BNP Paribas Securities Services is not the Withholding Tax Agent on this security, we received the payment at net rate, and credited the above mentioned account at net rate.

Pierre Dos Santos
Head of Income and Taxes Custody
Grade B Functional Agent
BNP Paribas Securities Services


**BNP PARIBAS**
**SECURITIES SERVICES**

BNP PARIBAS SECURITIES SERVICES SA au capital de
2 484 523 922 euros immatriculée sous le n°
552 108 011 RCS Paris - Identifiant C.E
FR60552108011
Siège social : 3, rue d'Antin  75002 Paris
www.securities.bnpparibas.com

## DIVIDEND CREDIT ADVICE

BNP PARIBAS SECURITIES SERVICES
Tel: +33 (0)1 42 98 10 00
Ref: BP2S, Tax Department

Client Security Account
778523F - ED&F MAN/ 27% DENMARK

Client Cash Account
724864B

BLUEGRASS INVESTMENT MANAGEMENT LLC
RETIREMENT PLAN

910 AIKEN ROAD
VERSAILLES
KENTUCKY, KY 40383
USA

06/05/2014

| Security Name | | ISIN Code | | | |
| Ex-Date | Payment Date | Quantity | Gross Amount | Tax * | Net Amount |
|---|---|---|---|---|---|
| NOVO NORDISK AS | | DK0060534915 | | | |
| 21/03/2014 | 26/03/2014 | 739 000 | 3 325 500,00 | 897 885,00 | 2 427 615,00 |
| Gross Unit Dividend Danish Krone 4.50 | | | | | |
| Withholding tax rate 27% | | | | | |
| Total DKK | | | 3 325 500,00 | 897 885,00 | 2 427 615,00 |

As BNP Paribas Securities Services is not the Withholding Tax Agent on this security, we received the payment at net rate, and credited the above mentioned account at net rate.

Pierre Dos Santos
Head of Income and Taxes Custody
Grade B Functional Agent
BNP Paribas Securities Services

CONFIDENTIAL

ED&F-00257150



BNP PARIBAS SECURITIES SERVICES SA au capital de
2 484 523 922 euros immatriculée sous le n°
552 108 011 RCS Paris - Identifiant C.E
FR60552108011
Siège social : 3, rue d'Antin 75002 Paris
www.securities.bnpparibas.com

## DIVIDEND CREDIT ADVICE

BNP PARIBAS SECURITIES SERVICES
Tel: +33 (0)1 42 98 10 00
Ref: BP2S, Tax Department

Client Security Account
778523F - ED&F MAN/ 27% DENMARK

Client Cash Account
724864B

BLUEGRASS RETIREMENT GROUP TRUST

910 AIKEN ROAD
VERSAILLES
KENTUCKY, KY 40383
USA

06/05/2014

| Security Name<br>Ex-Date        Payment Date | ISIN Code<br>Quantity | Gross Amount | Tax * | Net Amount |
|---|---|---|---|---|
| NOVO NORDISK AS<br>21/03/2014      26/03/2014<br><br>Gross Unit Dividend Danish Krone 4.50<br>Withholding tax rate 27% | DK0060534915<br>672 000 | 3 024 000,00 | 816 480,00 | 2 207 520,00 |
| Total DKK | | 3 024 000,00 | 816 480,00 | 2 207 520,00 |

As BNP Paribas Securities Services is not the Withholding Tax Agent on this security, we received the payment at net rate, and credited the above mentioned account at net rate.

Pierre Dos Santos
Head of Income and Taxes Custody
Grade B Functional Agent
BNP Paribas Securities Services



BNP PARIBAS SECURITIES SERVICES SA au capital de
2 484 523 922 euros immatriculée sous le n°
552 108 011 RCS Paris - Identifiant C.E
FR60552108011
Siège social : 3, rue d'Antin  75002 Paris
www.securities.bnpparibas.com

**DIVIDEND CREDIT ADVICE**

BNP PARIBAS SECURITIES SERVICES
Tel: +33 (0)1 42 98 10 00
Ref: BP2S, Tax Department

Client Security Account
778523F - ED&F MAN/ 27% DENMARK

Client Cash Account
724864B

CASTING PENSIONS GROUP TRUST

910 AIKEN ROAD
VERSAILLES
KENTUCKY, KY 40383
USA

06/05/2014

| Security Name<br>Ex-Date      Payment Date | ISIN Code<br>Quantity | Gross Amount | Tax * | Net Amount |
|---|---|---|---|---|
| NOVO NORDISK AS<br>21/03/2014    26/03/2014<br><br>Gross Unit Dividend Danish Krone 4.50<br>Withholding tax rate 27% | DK0060534915<br>519 000 | 2 335 500,00 | 630 585,00 | 1 704 915,00 |
| Total DKK | | 2 335 500,00 | 630 585,00 | 1 704 915,00 |

As BNP Paribas Securities Services is not the Withholding Tax Agent on this security, we received the payment at net rate, and credited the above mentioned account at net rate.

Pierre Dos Santos
Head of Income and Taxes Custody
Grade B Functional Agent
BNP Paribas Securities Services



**BNP PARIBAS SECURITIES SERVICES** SA au capital de
2 484 523 922 euros immatriculée sous le n°
552 108 011 RCS Paris - Identifiant C.E
FR60552108011
Siège social : 3, rue d'Antin  75002 Paris
www.securities.bnpparibas.com

## DIVIDEND CREDIT ADVICE

BNP PARIBAS SECURITIES SERVICES
Tel: +33 (0)1 42 98 10 00
Ref: BP2S, Tax Department

Client Security Account
778523F - ED&F MAN/ 27% DENMARK

Client Cash Account
724864B

CENTRAL TECHNOLOGIES PENSIONS
GROUP TRUST

910 AIKEN ROAD
VERSAILLES
KENTUCKY, KY 40383
USA

06/05/2014

| Security Name | | ISIN Code | | | |
|---|---|---|---|---|---|
| Ex-Date | Payment Date | Quantity | Gross Amount | Tax * | Net Amount |
| NOVO NORDISK AS | | DK0060534915 | | | |
| 21/03/2014 | 26/03/2014 | 647 000 | 2 911 500,00 | 786 105,00 | 2 125 395,00 |
| Gross Unit Dividend Danish Krone 4.50 | | | | | |
| Withholding tax rate 27% | | | | | |
| Total DKK | | | 2 911 500,00 | 786 105,00 | 2 125 395,00 |

As BNP Paribas Securities Services is not the Withholding Tax Agent on this security, we received the payment at net rate, and credited the above mentioned account at net rate.

Pierre Dos Santos
Head of Income and Taxes Custody
Grade B Functional Agent
BNP Paribas Securities Services

CONFIDENTIAL

ED&F-00257153


**BNP PARIBAS SECURITIES SERVICES**

BNP PARIBAS SECURITIES SERVICES SA au capital de
2 484 523 922 euros immatriculée sous le n°
552 108 011 RCS Paris - Identifiant C.E
FR60552108011
Siège social : 3, rue d'Antin 75002 Paris
www.securities.bnpparibas.com

## DIVIDEND CREDIT ADVICE

BNP PARIBAS SECURITIES SERVICES
Tel: +33 (0)1 42 98 10 00
Ref: BP2S, Tax Department

Client Security Account
778523F - ED&F MAN/ 27% DENMARK

Client Cash Account
724864B

CUBIX MANAGERS LIMITED PARTNERSHIPS

57/63 LINE WALL ROAD

GIBRALTAR

06/05/2014

| Security Name | | ISIN Code | | | |
| Ex-Date | Payment Date | Quantity | Gross Amount | Tax * | Net Amount |
|---|---|---|---|---|---|
| NOVO NORDISK AS | | DK0060534915 | | | |
| 21/03/2014 | 26/03/2014 | 2 000 000 | 9 000 000,00 | 2 430 000,00 | 6 570 000,00 |
| Gross Unit Dividend Danish Krone 4.50 | | | | | |
| Withholding tax rate 27% | | | | | |
| Total DKK | | | 9 000 000,00 | 2 430 000,00 | 6 570 000,00 |

As BNP Paribas Securities Services is not the Withholding Tax Agent on this security, we received the payment at net rate, and credited the above mentioned account at net rate.

Pierre Dos Santos
Head of Income and Taxes Custody
Grade B Functional Agent
BNP Paribas Securities Services



BNP PARIBAS SECURITIES SERVICES SA au capital de
2 484 523 922 euros immatriculée sous le n°
552 108 011 RCS Paris - Identifiant C.E
FR60552108011
Siège social : 3, rue d'Antin  75002 Paris
www.securities.bnpparibas.com

**DIVIDEND CREDIT ADVICE**

BNP PARIBAS SECURITIES SERVICES
Tel: +33 (0)1 42 98 10 00
Ref: BP2S, Tax Department

Client Security Account
778523F - ED&F MAN/ 27% DENMARK

Client Cash Account
724864B

GSFS TRADING CANADA CORPORATE
PENSION PLAN

34 GRACE CRESCENT
L4N 9S5
BARRIE, ON
CANADA

06/05/2014

| Security Name | ISIN Code | | | | |
| Ex-Date   Payment Date | Quantity | Gross Amount | Tax * | Net Amount |
|---|---|---|---|---|
| NOVO NORDISK AS | DK0060534915 | | | |
| 21/03/2014   26/03/2014 | 2 180 000 | 9 810 000,00 | 2 648 700,00 | 7 161 300,00 |
| Gross Unit Dividend Danish Krone 4.50 | | | | |
| Withholding tax rate 27% | | | | |
| Total DKK | | 9 810 000,00 | 2 648 700,00 | 7 161 300,00 |

As BNP Paribas Securities Services is not the Withholding Tax Agent on this security, we received the payment at net rate, and credited the above mentioned account at net rate.

Pierre Dos Santos
Head of Income and Taxes Custody
Grade B Functional Agent
BNP Paribas Securities Services

CONFIDENTIAL

ED&F-00257155

 **BNP PARIBAS SECURITIES SERVICES**

BNP PARIBAS SECURITIES SERVICES SA au capital de
2 484 523 922 euros immatriculée sous le n°
552 108 011 RCS Paris - Identifiant C.E
FR60552108011
Siège social : 3, rue d'Antin 75002 Paris
www.securities.bnpparibas.com

**DIVIDEND CREDIT ADVICE**

BNP PARIBAS SECURITIES SERVICES
Tel: +33 (0)1 42 98 10 00
Ref: BP2S, Tax Department

Client Security Account
778523F - ED&F MAN/ 27% DENMARK

Client Cash Account
724864B

INDUSTRIAL PENSION GROUP TRUST

910 AIKEN ROAD
VERSAILLES
KENTUCKY, KY 40383
USA

06/05/2014

| Security Name | | ISIN Code | | | |
|---|---|---|---|---|---|
| Ex-Date | Payment Date | Quantity | Gross Amount | Tax * | Net Amount |
| NOVO NORDISK AS | | DK0060534915 | | | |
| 21/03/2014 | 26/03/2014 | 676 000 | 3 042 000,00 | 821 340,00 | 2 220 660,00 |
| Gross Unit Dividend Danish Krone 4.50 | | | | | |
| Withholding tax rate 27% | | | | | |
| Total DKK | | | 3 042 000,00 | 821 340,00 | 2 220 660,00 |

As BNP Paribas Securities Services is not the Withholding Tax Agent on this security, we received the payment at net rate, and credited the above mentioned account at net rate.

Pierre Dos Santos
Head of Income and Taxes Custody
Grade B Functional Agent
BNP Paribas Securities Services

CONFIDENTIAL

ED&F-00257156



BNP PARIBAS SECURITIES SERVICES SA au capital de
2 484 523 922 euros immatriculée sous le n°
552 108 011 RCS Paris - Identifiant C.E
FR60552108011
Siège social : 3, rue d'Antin 75002 Paris
www.securities.bnpparibas.com

### DIVIDEND CREDIT ADVICE

BNP PARIBAS SECURITIES SERVICES
Tel: +33 (0)1 42 98 10 00
Ref: BP2S, Tax Department

Client Security Account
778523F - ED&F MAN/ 27% DENMARK

Client Cash Account
724864B

KAMCO LP PROFIT SHARING PLAN FBO

SUITE 103, 5532 LILLEHAMMER LANE
PARK CITY
UTAH, UT 84098
USA

06/05/2014

| Security Name | | ISIN Code | | | |
|---|---|---|---|---|---|
| Ex-Date | Payment Date | Quantity | Gross Amount | Tax * | Net Amount |
| NOVO NORDISK AS | | DK0060534915 | | | |
| 21/03/2014 | 26/03/2014 | 900 000 | 4 050 000,00 | 1 093 500,00 | 2 956 500,00 |
| Gross Unit Dividend Danish Krone 4.50 | | | | | |
| Withholding tax rate 27% | | | | | |
| Total DKK | | | 4 050 000,00 | 1 093 500,00 | 2 956 500,00 |

As BNP Paribas Securities Services is not the Withholding Tax Agent on this security, we received the payment at net rate, and credited the above mentioned account at net rate.

Pierre Dos Santos
Head of Income and Taxes Custody
Grade B Functional Agent
BNP Paribas Securities Services

CONFIDENTIAL

ED&F-00257157

**BNP PARIBAS SECURITIES SERVICES**

BNP PARIBAS SECURITIES SERVICES SA au capital de
2 484 523 922 euros immatriculée sous le n°
552 108 011 RCS Paris - Identifiant C.E
FR60552108011
Siège social : 3, rue d'Antin 75002 Paris
www.securities.bnpparibas.com

**DIVIDEND CREDIT ADVICE**

BNP PARIBAS SECURITIES SERVICES
Tel: +33 (0)1 42 98 10 00
Ref: BP2S, Tax Department

Client Security Account
778523F - ED&F MAN/ 27% DENMARK

Client Cash Account
724864B

SV HOLDINGS LLC RETIREMENT PLAN

910 AIKEN ROAD
VERSAILLES
KENTUCKY, KY 40383
USA

06/05/2014

| Security Name<br>Ex-Date   Payment Date | ISIN Code<br>Quantity | Gross Amount | Tax * | Net Amount |
|---|---|---|---|---|
| NOVO NORDISK AS<br>21/03/2014   26/03/2014<br>Gross Unit Dividend Danish Krone 4.50<br>Withholding tax rate 27% | DK0060534915<br>817 000 | 3 676 500,00 | 992 655,00 | 2 683 845,00 |
| Total DKK | | 3 676 500,00 | 992 655,00 | 2 683 845,00 |

As BNP Paribas Securities Services is not the Withholding Tax Agent on this security, we received the payment at net rate, and credited the above mentioned account at net rate.

Pierre Dos Santos
Head of Income and Taxes Custody
Grade B Functional Agent
BNP Paribas Securities Services

CONFIDENTIAL

ED&F-00257158



BNP PARIBAS SECURITIES SERVICES SA au capital de
2 484 523 922 euros immatriculée sous le n°
552 108 011 RCS Paris - Identifiant C.E
FR60552108011
Siège social : 3, rue d'Antin 75002 Paris
www.securities.bnpparibas.com

**DIVIDEND CREDIT ADVICE**

BNP PARIBAS SECURITIES SERVICES
Tel: +33 (0)1 42 98 10 00
Ref: BP2S, Tax Department

Client Security Account
778523F - ED&F MAN/ 27% DENMARK

Client Cash Account
724664B

TEW ENTERPRISES LLC RETIREMENT PLAN

910 AIKEN ROAD
VERSAILLES
KENTUCKY, KY 40383
USA

06/05/2014

| Security Name | | ISIN Code | | | |
|---|---|---|---|---|---|
| Ex-Date | Payment Date | Quantity | Gross Amount | Tax * | Net Amount |
| NOVO NORDISK AS | | DK0060534915 | | | |
| 21/03/2014 | 26/03/2014 | 674 000 | 3 033 000,00 | 818 910,00 | 2 214 090,00 |
| Gross Unit Dividend Danish Krone 4.50 | | | | | |
| Withholding tax rate 27% | | | | | |
| Total DKK | | | 3 033 000,00 | 818 910,00 | 2 214 090,00 |

As BNP Paribas Securities Services is not the Withholding Tax Agent on this security, we received the payment at net rate, and credited the above mentioned account at net rate.

Pierre Dos Santos
Head of Income and Taxes Custody
Grade B Functional Agent
BNP Paribas Securities Services



BNP PARIBAS SECURITIES SERVICES SA au capital de
2 484 523 922 euros immatriculée sous le n°
552 108 011 RCS Paris - Identifiant C.E
FR60552108011
Siège social : 3, rue d'Antin  75002 Paris
www.securities.bnpparibas.com

## DIVIDEND CREDIT ADVICE

BNP PARIBAS SECURITIES SERVICES  
Tel: +33 (0)1 42 98 10 00  
Ref: BP2S, Tax Department

Client Security Account  
778523F - ED&F MAN/ 27% DENMARK

Client Cash Account  
724864B

TEW LP RETIREMENT PLAN

910 AIKEN ROAD  
VERSAILLES  
KENTUCKY, KY 40383  
USA

06/05/2014

| Security Name | | ISIN Code | | | |
|---|---|---|---|---|---|
| Ex-Date | Payment Date | Quantity | Gross Amount | Tax * | Net Amount |
| NOVO NORDISK AS | | DK0060534915 | | | |
| 21/03/2014 | 26/03/2014 | 616 000 | 2 772 000,00 | 748 440,00 | 2 023 560,00 |
| Gross Unit Dividend Danish Krone 4.50 | | | | | |
| Withholding tax rate 27% | | | | | |
| Total DKK | | | 2 772 000,00 | 748 440,00 | 2 023 560,00 |

As BNP Paribas Securities Services is not the Withholding Tax Agent on this security, we received the payment at net rate, and credited the above mentioned account at net rate.

Pierre Dos Santos  
Head of Income and Taxes Custody  
Grade B Functional Agent  
BNP Paribas Securities Services