CONFIDENTIAL



**SEB** (SKANDINAVISKA ENSKILDA BANKEN AB (publ), Copenhagen Branch)

ED&F Man Capital
Address:
ED&F Capital Markets
Attn: Michael Meade
3rd Floor
Cottons Centre, Hays Lane,
London, SE1 2QE,
United Kingdom.

## TAX VOUCHER  December 2014

Ref: 2015-01-05

Safe Custody Account: 06295142806

| Stock name | ISIN code | Pay date | Quantity | Dividend rate | Currency | Gross amount | Tax 27% | Net amount |
|---|---|---|---|---|---|---|---|---|
| CHR HANSEN HOLDING | DK0060227585 | 2014.12.02 | 4080000 | 3,77 | DKK | 15381600 | 4153032 | 11228568 |
| COLOPLAST B | DK0060448595 | 2014.12.09 | 4630000 | 7,5 | DKK | 34725000 | 9375750 | 25349250 |

Signatures SEB:

Ingars Menniks
SEB

Karlis Briedis
SEB

ED&F-00315766

 **SEB** (SKANDINAVISKA ENSKILDA BANKEN AB (publ), Copenhagen Branch)

ED&F Man Capital
Address:
ED&F Capital Markets
Attn: Michael Meade
3rd Floor
Cottons Centre, Hays Lane,
London, SE1 2QE,
United Kingdom.

## TAX VOUCHER  April 2015

Ref: 2015-04-30

Safe Custody Account: 05295142806

| Stock name | ISIN code | Pay date | Quantity | Dividend rate | Currency | Gross amount | Tax 27% | Net amount |
|---|---|---|---|---|---|---|---|---|
| A.P. Møller - Mærsk A/S | DK0010244508 | 2015-04-07 | 126314 | 1971 | DKK | 248 964 894,00 | 67 220 521,38 | 181 744 372,62 |

Safe Custody Account: 05295142822

| Stock name | ISIN code | Pay date | Quantity | Dividend rate | Currency | Gross amount | Tax 27% | Net amount |
|---|---|---|---|---|---|---|---|---|
| A.P. Møller - Mærsk A/S | DK0010244508 | 2015-04-07 | 15550 | 1971 | DKK | 30 649 050,00 | 8 275 243,50 | 22 373 806,50 |

Signatures SEB:


Karlis Briedis
SEB

Ingars Menniks
SEB

 **SEB** (SKANDINAVISKA ENSKILDA BANKEN AB (publ), Copenhagen Branch)

ED&F Man Capital
Address:
ED&F Capital Markets
Attn: Michael Meade
3rd Floor
Cottons Centre, Hays Lane,
London, SE1 2QE,
United Kingdom.

**TAX VOUCHER  March 2015**

Ref: 2015-03-31

Safe Custody Account: 05295142806

| Stock name | ISIN code | Pay date | Quantity | Dividend rate | Currency | Gross amount | Tax 27% |
|---|---|---|---|---|---|---|---|
| Novo Nordisk A/S B AKTIE | DK0060534915 | 2015-03-02 | 5600000 | 5 | DKK | 28 000 000,00 | 7 560 000,00 |
| Danske Bank A/S AKTIE | DK0010274414 | 2015-03-23 | 24805000 | 5,5 | DKK | 136 427 500,00 | 36 835 425,00 |
| Pandora A/S AKTIE | DK0060252690 | 2015-03-23 | 700950 | 9 | DKK | 6 308 550,00 | 1 703 308,50 |
| DSV A/S AKTIE | DK0060079531 | 2015-03-17 | 1700000 | 1,6 | DKK | 2 720 000,00 | 734 400,00 |
| Tdc A/S AKTIE | DK0060228559 | 2015-03-10 | 31515200 | 1 | DKK | 31 515 200,00 | 8 509 104,00 |
| Novozymes A/S B AKTIE | DK0060336014 | 2015-03-02 | 1115000 | 3 | DKK | 3 345 000,00 | 903 150,00 |

Signatures SEB:

Karlis Briedis
SEB

Ingars Menniks
SEB

CONFIDENTIAL

ED&F-00385070

 **SEB** (SKANDINAVISKA ENSKILDA BANKEN AB (publ), Copenhagen Branch)

ED&F Man Capital
Address:
ED&F Capital Markets
Attn: Michael Meade
3rd Floor
Cottons Centre, Hays Lane,
London, SE1 2QE,
United Kingdom.

## TAX VOUCHER August 2014

Ref: 2014-08-29

Safe Custody Account: 05295142806

| Stock name | ISIN code | Pay date | Quantity | Dividend rate | Currency | Gross amount | Tax 27% | Net amount |
|---|---|---|---|---|---|---|---|---|
| TDC 2010 | DK0060228559 | 2014-08-13 | 40913000 | 1,5 | DKK | 61369500,00 | 16569765,00 | 44799735,00 |

Safe Custody Account: 05295142814

| Stock name | ISIN code | Pay date | Quantity | Dividend rate | Currency | Gross amount | Tax 27% | Net amount |
|---|---|---|---|---|---|---|---|---|
| TDC 2010 | DK0060228559 | 2014-08-13 | 3276424 | 1,5 | DKK | 4914636 | 1326951,72 | 3587684,28 |

Signatures SEB:      Karlis Briedis
                     SEB

                                      Ingars Menniks
                                      SEB

CONFIDENTIAL                                                      ED&F-00436486