| | |
|---|---|
| **From:** | PARIS_BP2S_INCOME_TAX_GC@bnpparibas.com |
| **Sent:** | Wednesday, July 24, 2013 3:34 PM |
| **To:** | msenra@edfmancapital.com |
| **Cc:** | caroline.ashkboos@bnpparibas.com; nchowdhury@edfmancapital.com; pierreantoine.patinet@bnpparibas.com; smclachlan@edfmancapital.com; souhila.benyahia@bnpparibas.com |
| **Subject:** | Réf. : RE: Réf. : ***Expected Dividend Proceeds - TRYG A/S - DK0060013274 - Pd 24-04-2013*** |

Hi Miguel

BPSS cannot deliver a statement with BNP letterhead when the payment is not executed in our books.
This is a compliance issue.

Regarding:

- ISIN DK0060013274 TRYG A/S, you - Unless I am wrong BPSS did not pay you.
- ISIN DK0010244508 AP MOELLER MAERSK A/S - BPSS has only paid EDF&Man for a quantity of 3000.
- ISIN DK0010234467 FLSMIDTH CO. B       - BPSS has only paid EDF&Man for a quantity of 40 000.
- ISIN DK0060102614 NOVO-NORDISK - B - Could you please advise about the account number?


Best regards
Roxane Bataillé

Income and Tax Account Manager
---------------------------------------------------------------------
Vos contacts Income & Tax :
Jean Banassat + 33 1 42 98 04 09
Mamadou Ba +33.1.57.43.31.63.
Pierre-Antoine Patinet +33.1.58.16.08.16
Amy Niang + 33 1 57 43 15 30
Roxane Bataille +33 1 42 98 58 13
Sara Milian Duenas +33 1 58 16 39 27
Rattna Hok +33.1.58.16.17.34
Souhila Benyahia, controller + 33 1 42 98 72 47
---------------------------------------------------------------------
BNP PARIBAS Securities Services
Les Grands Moulins de Pantin
9, Rue du Débarcadère
93761 PANTIN CEDEX
France
Fax : +33.1.57.43.81.55


msenra---22/07/2013 18:34:40---Internet

**Internet**

| | | | |
|---|---|---|---|
| msenra@edfmancapital.com | | Pour | PARIS BP2S INCOME TAX GC |
| 22/07/2013 18:34 | | cc | Caroline ASHKBOOS, nchowdhury@edfmancapital.com, Pierre Antoine PATINET, smclachlan@edfmancapital.com |

1

CONFIDENTIAL                                                                                                                                               ED&F-00112487

Objet    RE: Réf. :   ***Expected Dividend Proceeds - TRYG A/S - DK0060013274 - Pd 24-04-2013***

Hi Roxane,

I disagree,  They were cum dividend transactions,  Even though we market compensated by the ctpy,  you as our agent should be able to facilitate and agree our global position,
So what would have happened if you claimed the proceeds?  You would have still be in a position to provide a tax voucher and credit advise,   an end of day grace period on a market claim shouldn't inhibit the possibility of getting a tax voucher of credit advise to substantiate our holding from a pooling account
perspective,  remember we only re-cooperated a portion of the market claim,  we were still holding a position in that account for various other clients.

**To summarise:**

I cant understand how a Market Compensation process impacts a credit advise or tax voucher on a contractually agreed position held by our agent and local sub,  which ultimately we have claimed and clean up on your behalf because you were incapable of claiming these proceeds due to seeking the wrong ctpy.   the net effect is the same,  i.e this is why you mention the End of Day Grace Period, if you did it,  you could provide,  because we did it for you, you cant provide the tax voucher.   Doesn't make sense to me.

Kindest regards

**Miguel Senra**
Asset Services – Tax Operations



Cottons Centre, Hays Lane, London, SE1 2QE
Direct:    +44 (0)203 580 7233
Group:    +44 (0)203 580  7234
Email:    msenra@edfmancapital.com
Group: SECOPS@edfmancapital.com

Please consider the environment before printing this e-mail

**From:** PARIS_BP2S_INCOME_TAX_GC@bnpparibas.com
[mailto:PARIS_BP2S_INCOME_TAX_GC@bnpparibas.com]
**Sent:** 22 July 2013 17:12
**To:** Senra, Miguel (LDN)
**Cc:** caroline.ashkboos@bnpparibas.com; Chowdhury, Nobel (LDN); pierreantoine.patinet@bnpparibas.com; McLachlan, Stuart (LDN)
**Subject:** Réf. : ***Expected Dividend Proceeds - TRYG A/S - DK0060013274 - Pd 24-04-2013***

Hi Miguel

As you say, BPSS paid you on "Contractually", I mean at the paydate.
But we've never received the funds, that is why we claimed your counterparty to receive the funds.

2

CONFIDENTIAL    ED&F-00112488

The claims were not accepted by the counterparty.
Thus your account was debited accordinglly.
BPSS has never received the funds, it finally means that no payment have been processed.

Hope this clarifies,

Best regards
Roxane Bataillé

Income and Tax Account Manager
----------------------------------------------------------------------
Vos contacts Income & Tax :
Jean Banassat + 33 1 42 98 04 09
Mamadou Ba +33.1.57.43.31.63.
Pierre-Antoine Patinet +33.1.58.16.08.16
Amy Niang + 33 1 57 43 15 30
Roxane Bataille +33 1 42 98 58 13
Sara Milian Duenas +33 1 58 16 39 27
Rattna Hok +33.1.58.16.17.34
Souhila Benyahia, controller + 33 1 42 98 72 47
----------------------------------------------------------------------
BNP PARIBAS Securities Services
Les Grands Moulins de Pantin
9, Rue du Débarcadère
93761 PANTIN CEDEX
France
Fax : +33.1.57.43.81.55


msenra---22/07/2013 17:35:36---Internet

**Internet**
**msenra@edfmancapital.com**          PourPARIS BP2S INCOME TAX GC

22/07/2013 17:34                        ccnchowdhury@edfmancapital.com,
                                        smclachlan@edfmancapital.com, Caroline ASHKBOOS,
                                        Pierre Antoine PATINET

                                        Objet***Expected Dividend Proceeds - TRYG A/S - DK0060013274
                                        - Pd 24-04-2013***


Hi Roxane,

The regulation of the End of Day Grace period is due to or relates to the market claims which we have independently claimed from the counterparty themselves....and successfully.  This has no bearing as this was a cum dividend holding entitlement which you paid us on,  then subsequently debited us on.

CONFIDENTIAL                                                                                              ED&F-00112489

As our agent you still paid us on "Contractually"

| | |
|---|---|
| Acc Name: | ED&F Man TR 27% - Denmark |
| Acc No: | 778523F |
| Nominal: | 2,500,000 Shares |
| Amt Exp: | DKK 47,450,000.00 |

Let me know what you think.

Thanks,

Kindest regards

**Miguel Senra**
Asset Services – Tax Operations



Cottons Centre, Hays Lane, London, SE1 2QE
Direct:   +44 (0)203 580 7233
Group:  +44 (0)203 580 7234
Email:   msenra@edfmancapital.com
Group: SECOPS@edfmancapital.com

Please consider the environment before printing this e-mail

**From:** PARIS_BP2S_INCOME_TAX_GC@bnpparibas.com [mailto:PARIS_BP2S_INCOME_TAX_GC@bnpparibas.com]
**Sent:** 22 July 2013 16:24
**To:** Senra, Miguel (LDN)
**Cc:** Chowdhury, Nobel (LDN); McLachlan, Stuart (LDN); caroline.ashkboos@bnpparibas.com; pierreantoine.patinet@bnpparibas.com
**Subject:** Réf. : ***Expected Dividend Proceeds - TRYG A/S - DK0060013274 - Pd 24-04-2013***

Hi Miguel

I am not able to provide you a credit advise from BNP letterhead.
Pierre-Antoine already advised you about a regularisation as the counterpart did not agree with the claims. Therefore your account was debited and thus no payment have been processed via BPSS.

*Please refer to below subject of the e-mail --> "End of Grace Period // DK0060013274 & DK0010244425" --> 26 June 2013 13:31 + 2nd July 2013*

Best regards
Roxane Bataillé

Income and Tax Account Manager
---------------------------------------------------------------------

CONFIDENTIAL                                                                                                    ED&F-00112490

Vos contacts Income & Tax :
Jean Banassat + 33 1 42 98 04 09
Mamadou Ba +33.1.57.43.31.63.
Pierre-Antoine Patinet +33.1.58.16.08.16
Amy Niang + 33 1 57 43 15 30
Roxane Bataille +33 1 42 98 58 13
Sara Milian Duenas +33 1 58 16 39 27
Rattna Hok +33.1.58.16.17.34
Souhila Benyahia, controller + 33 1 42 98 72 47
-----------------------------------------------------------------
BNP PARIBAS Securities Services
Les Grands Moulins de Pantin
9, Rue du Débarcadère
93761 PANTIN CEDEX
France
Fax : +33.1.57.43.81.55


msenra---22/07/2013 17:00:10---Internet

**Internet**
**msenra@edfmancapital.com**          PourPARIS BP2S INCOME TAX GC

22/07/2013 16:58                   ccsmclachlan@edfmancapital.com,
                                    nchowdhury@edfmancapital.com

                                   Objet***Expected Dividend Proceeds - TRYG A/S - DK0060013274
                                     - Pd 24-04-2013***


Hi Roxane,

Part of the below position (2 x shapes of 250,000 shares) belonged to GSA and GSFS Trading Canada.

Let me know if you can provide a credit advise/tax voucher on each of these holdings.

Thanks,

Kindest regards

**Miguel Senra**
Asset Services – Tax Operations

5

CONFIDENTIAL
ED&F-00112491



Cottons Centre, Hays Lane, London, SE1 2QE
Direct:  +44 (0)203 580 7233
Group:  +44 (0)203 580 7234
Email:  msenra@edfmancapital.com
Group: SECOPS@edfmancapital.com

Please consider the environment before printing this e-mail

**From:** Senra, Miguel (LDN)
**Sent:** 23 April 2013 09:00
**To:** PARIS_BP2S_INCOME_TAX_GC@bnpparibas.com; pierreantoine.patinet@bnpparibas.com; jean.banassat@bnpparibas.com
**Cc:** McLachlan, Stuart (LDN); Chowdhury, Nobel (LDN); eric.codant@bnpparibas.com; Sheppard, Nick (LDN); Gibson, Michael (LDN); Newson, Mark (LDN); Hayes, Angela (LDN); Wadlow, Steve (LDN)
**Subject:** ***Expected Dividend Proceeds - TRYG A/S - DK0060013274 - Pd 24-04-2013***
**Importance:** High

Good Morning Pierre-Antoine/Jean,

Please be advised we are expecting the Dividend proceeds on the below Security for value date tomorrow 24th April 2013.

Sec:      Tryg A/s
ISIN:     DK0060013274
SEDOL:    B0LL2W7
Ex:       19th April 2013
Rec:      23rd April 2013
Pay:      24th April 2013
Div:      DKK 26.00

Acc Name:  ED&F Man TR 27% - Denmark
Acc No:    778523F
Nominal:   2,500,000 Shares
Amt Exp:   DKK 47,450,000.00

Thanks very much,

Kindest regards

Miguel Senra
Asset Services – Tax Operations



Cottons Centre, Hays Lane, London, SE1 2QE
Direct:  +44 (0)203 580 7233
Group:  +44 (0)203 580 7234

CONFIDENTIAL                                                                 ED&F-00112492

Email:  msenra@edfmancapital.com
Group: SECOPS@edfmancapital.com

Please consider the environment before printing this e-mail

This message and any attachments (the "message") is
intended solely for the intended addressees and is confidential.
If you receive this message in error,or are not the intended recipient(s),
please delete it and any copies from your systems and immediately notify
the sender. Any unauthorized view, use that does not comply with its purpose,
dissemination or disclosure, either whole or partial, is prohibited. Since the internet
cannot guarantee the integrity of this message which may not be reliable, BNP PARIBAS
(and its subsidiaries) shall not be liable for the message if modified, changed or falsified.
Do not print this message unless it is necessary,consider the environment.

---------------------------------------------------------------------------------------------------------------------

Ce message et toutes les pieces jointes (ci-apres le "message")
sont etablis a l'intention exclusive de ses destinataires et sont confidentiels.
Si vous recevez ce message par erreur ou s'il ne vous est pas destine,
merci de le detruire ainsi que toute copie de votre systeme et d'en avertir
immediatement l'expediteur. Toute lecture non autorisee, toute utilisation de
ce message qui n'est pas conforme a sa destination, toute diffusion ou toute
publication, totale ou partielle, est interdite. L'Internet ne permettant pas d'assurer
l'integrite de ce message electronique susceptible d'alteration, BNP Paribas
(et ses filiales) decline(nt) toute responsabilite au titre de ce message dans l'hypothese
ou il aurait ete modifie, deforme ou falsifie.
N'imprimez ce message que si necessaire, pensez a l'environnement.

CONFIDENTIAL                                                                                                                                                    ED&F-00112493