Message

| | |
|---|---|
| **From:** | Foster, Victoria (LDN) [vfoster@edfmancapital.com] |
| **Sent:** | 09/05/2014 14:21:49 |
| **To:** | Henstock, Chris (DUB) [chenstock@edfmpt.ae] |
| **Subject:** | RE: Trade |
| **Attachments:** | Trade Confirmation_ 1mm COLOB DC (2.90 KB).msg |

Confirm attached

---

**From:** Henstock, Chris (DUB)
**Sent:** 09 May 2014 14:27
**To:** Foster, Victoria (LDN)
**Subject:** Trade

Hi Vic,

I am looking to BUY up to 1,000,000shs COLOB DC today, T+3, can you help? Ideally looking to trade at Dkk 472.60 if you can get there?

Regards,

Chris.

Chris Henstock
Equity Finance Trader

E D & F Man Professional Trading (Dubai) Limited

Dubai International Financial Centre
Office 14, Level 15, The Gate, P.O. Box 121208, Dubai, UAE
Direct: +971 4 401 9676 | Mobile: +971 (0) 527 275463

chenstock@edfmpt.ae | www.edfman.com

Message

**From:** Victoria Foster (E D & F MAN CAPITAL) [vfoster4@bloomberg.net]
**Sent:** 09/05/2014 14:21:15
**Subject:** Trade Confirmation: 1mm COLOB DC

--- Original Sender: DAN SEVERN, ICAP ---

Trade Confirmation: 1mm COLOB DC

Vic
ED&F Man BUY for value T+3:

1,000,000 COLB DC (DK0060448595) @ 472.60591 NET

Trade date: 09.05.14                    (Gross: DKK 472.60)
Value date: 14.05.14

Many thanks
Dan

---

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

CONFIDENTIAL                                                                                          ED&F-00409463