

**Topics for Retirement Plans**

- IRAs
- Types of Retirement Plans
- Required Minimum Distributions
- Retirement Plans FAQs
- Published Guidance
- Forms & Publications
- Correcting Plan Errors
- Newsletters
- Retirement Plans A-Z
- Tax Exempt and Government Entities
- Retirement Plans Home

## IRC 401(k) Plans - Establishing a 401(k) Plan

When you establish a 401(k) plan you must take certain basic actions. For instance, one of your decisions will be whether to set up the plan yourself or consult a professional or financial institution – such as a bank, mutual fund provider, or insurance company - to help you establish and maintain the plan

### Initial Actions

Here are four basic actions necessary to have a tax-advantaged 401(k) plan

- Adopt a written plan,
- Arrange a trust fund for the plan's assets
- Develop a recordkeeping system, and
- Provide plan information to participants

**Adopt a written plan** - Plans begin with a written document that serves as the foundation for day-to-day plan operations. If you have hired someone to help with your plan, that person likely will provide it. If not, consider obtaining assistance from a financial institution or retirement plan professional. In either case, you are bound by the terms of the plan document

Before beginning a plan document; however, you will need to decide on the type of 401(k) plan that is best for you - a traditional 401(k), a safe harbor 401(k), or a SIMPLE 401(k) plan.

A *traditional 401(k) plan* offers the maximum flexibility of the three types of plans. Employers have discretion as to make contributions on behalf of all participants, to match employees' deferrals, or do both. These contributions can be subject to a vesting schedule (which provides that an employee's right to employer contributions becomes nonforfeitable only after a period of time). In addition, a traditional 401(k) allows participants to make pre-tax contributions through payroll deductions. Annual testing ensures that benefits for rank-and-file employees are proportional to benefits for owners/managers

A *safe harbor 401(k) plan* is similar to a traditional 401(k) plan, but, among other things, must provide for employer contributions that are fully vested when made. However, the safe harbor 401(k) is not subject to many of the complex tax rules that are associated with a traditional 401(k) plan, including annual nondiscrimination testing

An *automatic enrollment 401(k) plan* allows an employer to automatically deduct a fixed percentage or amount from an employee's wages and contribute that amount to the retirement plan unless the employee has affirmatively chosen to contribute nothing or a different amount. These automatic enrollment contributions qualify as *elective deferrals*.

- Revenue Ruling 2000-30 demonstrates ways a 401(k) plan sponsor can include automatic contribution increases in its plan
- Notice 2009-65 provides sample automatic enrollment plan language that a 401(k) plan sponsor can adopt with automatic IRS approval

The traditional, safe harbor and automatic enrollment 401(k) plans are for employers of any size and can be combined with other retirement plans

A *SIMPLE 401(k) plan* was created so that small businesses could have an effective cost-efficient way to offer retirement benefits to their employees. A SIMPLE 401(k) plan is not subject to the annual nondiscrimination tests that apply to the traditional plans. Similar to a safe harbor 401(k) plan, however, the employer is required to make employer contributions that are fully vested. This type of 401(k) plan is available to employers with 100 or fewer employees who received at least $5,000 in compensation from the employer for the preceding calendar year. In addition, employees that are covered by a SIMPLE 401(k) plan may not receive any contributions or benefit accruals under any other plans of the employer

Once you have decided on the type of plan for your company, you will have flexibility in choosing some of the plan's features -- such as which employees can contribute to the plan and how much. Other features written into the plan are required by law. For instance, the plan document must describe how certain key functions are carried out, such as how contributions are deposited in the plan

**Arrange a trust fund for the plan's assets** - A plan's assets must be held in trust to assure that assets are used solely to benefit the participants and their beneficiaries. The trust must have at least one trustee to handle contributions, plan investments, and distributions to and from the 401(k) plan. Since the financial integrity of the plan depends on the trustee, this is one of the most important decisions you will make in establishing a 401(k) plan. If you set up your plan through insurance contracts, the contracts do not need to be held in trust

**Develop a recordkeeping system** - An accurate recordkeeping system helps track and properly attribute contributions, earnings and losses, plan investments, expense and benefit distributions in participants' accounts. If you have a contract administrator or financial institution assist in managing the plan, that entity typically will help in keeping the required records. In addition, a recordkeeping system will help you, your plan administrator, or financial provider prepare the plan's annual return/report that must be filed with the Federal government

SKAT Fredensborg

Bilag nr.: 125-22-1

Confidential Pursuant to Protective Order     SKAT_MDL_001_00081881

**Provide plan information to employees** – As you put your 401(k) plan in place, you must notify employees who are eligible to participate in the plan about your plan's benefits and requirements. A summary plan description, or SPD, is the primary vehicle to inform participants and beneficiaries about the plan and how it operates. The SPD typically is created with the plan document. You will need to send it to all plan participants. In addition you may want to provide your employees with information that emphasizes the advantages of joining your 401(k) plan. Employee perks - such as pre-tax contributions to a 401(k) plan (or tax-free distributions in the case of Roth 401(k)s), employer contributions (if you choose to make them)  and compounded tax-deferred earnings - help highlight the advantages of participating in the plan.

*Page Last Reviewed or Updated  23-Nov-2015*

SKAT Fredensborg

Bilag nr. *125- 22- 2*

Confidential Pursuant to Protective Order                                              SKAT_MDL_001_00081882

 **IRS**

Topics for Retirement Plans

- IRAs
- Types of Retirement Plans
- Required Minimum Distributions
- Retirement Plans FAQs
- Published Guidance
- Forms & Publications
- Correcting Plan Errors
- Newsletters
- Retirement Plans A-Z
- Tax Exempt and Government Entities
- Retirement Plans Home

# One-Participant 401(k) Plans

A one-participant 401(k) plan is sometimes called a

- Solo 401(k)
- Solo-k
- Uni-k
- One-participant k

The one-participant 401(k) plan isn't a new type of 401(k) plan. It's a traditional 401(k) plan covering a business owner with no employees, or that person and his or her spouse. These plans have the same rules and requirements as any other 401(k) plan.

## Contribution limits in a one-participant 401(k) plan

The business owner wears two hats in a 401(k) plan: employee and employer. Contributions can be made to the plan in both capacities. The owner can contribute both

- Elective deferrals up to 100% of compensation ("earned income" in the case of a self-employed individual) up to the annual contribution limit:
  - $18,000 in 2015 and 2016, or $24,000 in 2015 and 2016 if age 50 or over, plus
- Employer nonelective contributions up to
  - 25% of compensation as defined by the plan, or
  - for self-employed individuals, see discussion below

If you've exceeded the limit for elective deferrals in your 401(k) plan, find out how to correct this mistake

Total contributions to a participant's account, not counting catch-up contributions for those age 50 and over, cannot exceed $53,000 for 2015 and 2016

**Example:** Ben, age 51, earned $50,000 in W-2 wages from his S Corporation in 2015. He deferred $18,000 in regular elective deferrals plus $6,000 in catch-up contributions to the 401(k) plan. His business contributed 25% of his compensation to the plan, $12,500. Total contributions to the plan for 2015 were $36,500. This is the maximum that can be contributed to the plan for Ben for 2015

A business owner who is also employed by a second company and participating in its 401(k) plan should bear in mind that his limits on elective deferrals are by person, not by plan. He must consider the limit for all elective deferrals he makes during a year.

## Contribution limits for self-employed individuals

You must make a special computation to figure the maximum amount of elective deferrals and nonelective contributions you can make for yourself. When figuring the contribution, compensation is your "earned income," which is defined as net earnings from self-employment after deducting both

- one-half of your self-employment tax, and
- contributions for yourself

Use the rate table or worksheets in Chapter 5 of IRS Publication 560, "Retirement Plans for Small Business," for figuring your allowable contribution rate and tax deduction for your 401(k) plan contributions. See also Calculating Your Own Retirement Plan Contribution

## Testing in a one-participant 401(k) plan

A business owner with no common-law employees doesn't need to perform nondiscrimination testing for the plan, since there are no employees who could have received disparate benefits

The no-testing advantage vanishes if the employer hires employees. No matter what the 401(k) plan is called by a plan provider, it must meet the rules of the Internal Revenue Code. If you hire employees and they meet the plan eligibility requirements, you must include them in the plan and their elective deferrals will be subject to nondiscrimination testing (unless the 401(k) plan is a safe harbor plan or other plan exempt from testing).

If you excluded eligible employees from your 401(k) plan, find out how to correct this mistake

A one-participant 401(k) plan is generally required to file an annual report on Form 5500-SF if it has $250,000 or more in assets at the end of the year. A one-participant plan with fewer assets may be exempt from the annual filing requirement.

## Alternatives to a one-participant 401(k) plan

Possible plans for a business owner include:

- SEP
- IRA or Roth IRA
- Other types of plans

## Additional resources

- Small Business Retirement Plan Resources
- Retirement Plans for Self-Employed People
- Penalty Relief Program for Form 5500-EZ filers - file your delinquent returns for a reduced fee
- 401(k) Plans for Small Businesses (Publication 4222) online version (DOL website) or PDF
- Electronic Filing for One-Participant Plans Video (1:47)

*Page Last Reviewed or Updated  26-Oct-2015*

SKAT Fredensborg

Bilag nr. 125-22-3

Confidential Pursuant to Protective Order     SKAT_MDL_001_00081883

 IRS

Topics for Retirement Plans

- IRAs
- Types of Retirement Plans
- Required Minimum Distributions
- Retirement Plans FAQs
- Published Guidance
- Forms & Publications
- Correcting Plan Errors
- Newsletters
- Retirement Plans A-Z
- Tax Exempt and Government Entities
- Retirement Plans Home

# 401(k) Plans

A 401(k) is a feature of a qualified profit-sharing plan that allows employees to contribute a portion of their wages to individual accounts.

- Elective salary deferrals are excluded from the employee's taxable income (except for designated Roth deferrals).
- Employers can contribute to employees' accounts.
- Distributions, including earnings, are includible in taxable income at retirement (except for qualified distributions of designated Roth accounts).

See the 401(k) Resource Guide for details on 401(k) plans.

Choose a 401(k) Plan

- Choosing a 401(k) plan
- Overview of types of 401(k) plans
- One-participant 401(k) plans

Establish a 401(k) Plan

- Steps to establishing a 401(k) plan
- How to include automatic contribution increases in a plan
- Sample automatic enrollment plan language
- How to establish designated Roth accounts in a 401(k) plan

Participate in a 401(k) Plan

- Contribution limits
- 401(k) topics for participants
- General guidance on participating in your employer's plan

Operate and Maintain a 401(k) Plan

- Operating a 401(k) plan
- 401(k) topics for plan sponsors
- Mid-year Amendments to Safe Harbor 401(k) Plans and Notices
- 401(k) Questionnaire Final Report contains insights on plan operations and maintenance

Correct a 401(k) Plan

- 401(k) Checklist
  Helps you keep your 401(k) plan in compliance with important tax rules

- 401(k) Fix-It Guide
  Tips on how to find  fix and avoid common errors in 401(k) plans

Terminate a 401(k) Plan

Additional Resources for 401(k) Plans

*Page Last Reviewed or Updated  16-Feb-2016*

SKAT Fredensborg

Bilag nr. _125- 22- 4_

Confidential Pursuant to Protective Order    SKAT_MDL_001_00081884



**Topics for Retirement Plans**

- IRAs
- Types of Retirement Plans
- Required Minimum Distributions
- Retirement Plans FAQs
- Published Guidance
- Forms & Publications
- Correcting Plan Errors
- Newsletters
- Retirement Plans A-Z
- Tax Exempt and Government Entities
- Retirement Plans Home

# Retirement Topics - 401(k) and Profit-Sharing Plan Contribution Limits

Two annual limits apply to contributions:

- A limit on employee elective deferrals, and

- An overall limit on contributions to a participant's plan account (including the total of all employer contributions, employee elective deferrals and any forfeiture allocations)

### Deferral limits for 401(k) plans

The limit on employee elective deferrals (for traditional and safe harbor plans) is:

- $18,000 in 2015 and 2016

- The $18,000 amount may be increased in future years for cost-of-living adjustments

Generally, you aggregate all elective deferrals you made to all plans in which you participate to determine if you have exceeded these limits. If a plan participant's elective deferrals are more than the annual limit, find out how you can correct this plan mistake.

### Deferral limits for a SIMPLE 401(k) plan

The limit on employee elective deferrals to a SIMPLE 401(k) plan is:

- $12,500 in 2015 and 2016

- This amount may be increased in future years for cost-of-living adjustments

### Plan-based restrictions on elective deferrals

These restrictions may further reduce the maximum allowable elective deferrals:

- Your plan's terms may impose a lower limit on elective deferrals

- If you are a manager, owner, or highly compensated employee, your plan might need to limit your elective deferrals to pass nondiscrimination tests

### Catch-up contributions for those age 50 and over

If permitted by the 401(k) plan, participants who are age 50 or over at the end of the calendar year can also make catch-up contributions. The additional elective deferrals you may contribute is:

- $6,000 in 2015 and 2016 to traditional and safe harbor 401(k) plans
- $3,000 in 2015 and 2016 to SIMPLE 401(k) plans
- These amounts may be increased in future years for cost-of-living adjustments

You don't need to be "behind" in your plan contributions in order to be eligible to make these additional elective deferrals.

### Catch-ups for participants in plans of unrelated employers

If you participate in plans of different employers, you can treat amounts as catch-up contributions regardless of whether the individual plans permit those contributions. In this case, it is up to you to monitor your deferrals to make sure that they do not exceed the applicable limits.

**Example:** If Joe Saver, who's over 50, has only one employer and participates in that employer's 401(k) plan, the plan would have to permit catch-up contributions before he could defer the maximum of $24,000 for 2015 (the $18,000 regular limit for 2015 plus the $6,000 catch-up limit for 2015). If the plan didn't permit catch-up contributions, the most Joe could defer would be $18,000. However, if Joe participates in two 401(k) plans, each maintained by an unrelated employer, he can defer a total of $24,000 even if neither plan has catch-up provisions. Of course, Joe couldn't defer more than $18,000 under either plan and he would be responsible for monitoring his own contributions.

The rules relating to catch-up contributions are complex and your limits may differ according to provisions in your specific plan. You should contact your plan administrator to find out whether your plan allows catch-up contributions and how the catch-up rules apply to you.

### Treatment of excess deferrals

You have an excess deferral if the total of your elective deferrals to all plans is more than the elective deferral limit for the year. You may notify your plan administrator before April 15 of the following year that you would like the excess deferral amount, adjusted for any gains and losses, to be paid from the plan. The plan must then pay you that amount plus allocable earnings by April 15 of the year following the year in which the excess occurred.

**Excess withdrawn by April 15.** If you withdraw the excess deferral for 2015 by April 15, 2016, it is includable in your gross income for 2015, but not for 2016. The April 15 date is not tied to the due date for your return. However, any income earned on the excess deferral taken out is taxable in the tax year in which it is taken out. The distribution is not subject to the additional 10% tax on early distributions.

**Excess not withdrawn by April 15.** If you don't take out the excess deferral by April 15, 2016, the excess, though taxable in 2015, is not included in your cost basis in figuring the taxable amount of any eventual distribution from the plan. In effect, an excess deferral left in the plan is taxed twice, once when contributed and again when distributed. Also, if the entire deferral is allowed to stay in the plan, the plan may not be a qualified plan.

SKAT Fredensborg

Bilag nr. *125 - 22 - 5*

Confidential Pursuant to Protective Order

SKAT_MDL_001_00081885

Reporting corrective distributions on Form 1099-R. Corrective distributions of excess deferrals (including any earnings) are reported to you by the plan on Form 1099-R, Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

Overall limit on contributions

Total annual contributions (annual additions) to all of your accounts in plans maintained by one employer (and any related employer) are limited. The limit applies to the total of

- elective deferrals

- employer matching contributions

- employer nonelective contributions

- allocations of forfeitures

The annual additions paid to a participant's account cannot exceed the lesser of:

1. 100% of the participant's compensation, or

2. $53,000 ($59,000 including catch-up contributions) for 2015 and 2016

There are separate, smaller limits for SIMPLE 401(k) plans.

Example 1. Greg, 46, is employed by an employer with a 401(k) plan and he also works as an independent contractor for an unrelated business. Greg sets up a solo 401(k) plan for his independent contracting business. Greg contributes the maximum amount to his employer's 401(k) plan for 2015, $18,000. Greg would also like to contribute the maximum amount to his solo 401(k) plan. He is not able to make further elective deferrals to his solo 401(k) plan because he has already contributed his personal maximum, $18,000. He has enough earned income from his business to contribute the overall maximum for the year, $53,000. Greg can make a nonelective contribution of $53,000 to his solo 401(k) plan. This limit is not reduced by the elective deferrals under his employer's plan because the limit on annual additions applies to each plan separately.

Example 2. In Example 1, if Greg were 52 years old and eligible to make catch-up contributions, he could contribute an additional $6,000 of elective deferrals for 2015. His catch-up contribution could be split between the plans in any proportion he chooses. His maximum nonelective contribution to his solo 401(k) plan would remain $53,000 even if he contributed the full $6,000 catch-up contribution to this plan.

Compensation limit for contributions

Remember that annual contributions to all of your accounts - this includes elective deferrals, employee contributions, employer matching and discretionary contributions and allocations of forfeitures to your accounts - may not exceed the lesser of 100% of your compensation or $53,000 for 2015 and 2016. In addition, the amount of your compensation that can be taken into account when determining employer and employee contributions is limited. The compensation limit on is $265,000 in 2015 and 2016.

Additional resources:

- 401(k) plans home page
- Contribution limits if you're in more than one plan
- When compensation exceeds the annual limits - deferrals and matching
- Publication 560, Retirement Plans for Small Business (SEP, SIMPLE and Qualified Plans)
- Publication 525, Taxable and Nontaxable Income

*Page Last Reviewed or Updated: 26-Oct-2015*

SKAT Fredensborg

Bilag nr. 125 - 22 - 6

Confidential Pursuant to Protective Order                                    SKAT_MDL_001_00081886



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

COMMISSIONER
LARGE BUSINESS AND
INTERNATIONAL DIVISION

AUG 03 2016

Head of Office, Danish Customs and Tax Administration
Large Taxpayer Unit
Lyseng Allé 1
8270 Højbjerg
Denmark

Re:  IRS Case Number 366355
DK Case Number 15-3076610

Dear



This information is furnished under the provisions of our income tax treaty.  Its use and
disclosure must be governed by the provisions contained therein.

Sincerely,

United States Competent Authority

Enclosures

cc:
Chief Counsellor / Exchange Officer DLO

SKAT Fredensborg

Bilag nr. 125 - 23 - 1

Confidential Pursuant to Protective Order

U.S. Reference Number: 366355
DK Reference Number: 15-3076610

Page 2



**Information Requested**:



- American Investment Group of NY LP Plan,

This information is furnished under the provisions of our income tax treaty. Its use and disclosure must be governed by the provisions contained therein.

SKAT Fredensborg

Bilag nr. 125-23-2

Confidential Pursuant to Protective Order

This information is furnished under the provisions of our income tax treaty. Its use and disclosure must be governed by the provisions contained therein.

SKAT Fredensborg

Bilag nr. *125- 23- 3*

SKAT_MDL_001_00081889

Attachments:

American Investment 2013 (5500)
American Investment 2014 (5500)

This information is furnished under the provisions of our income tax treaty. Its use and disclosure must be governed by the provisions contained therein.

SKAT Fredensborg

Bilag nr. 125- 23 - 4

Confidential Pursuant to Protective Order

EIN: 30-0124217  Plan Num: 001  Plan Period: 201312  Form: 5500EZ  Created: Tue Nov 10 15:50:41 EST 2015

| Form **5500-EZ** | **Annual Return of One-Participant** **(Owners and Their Spouses) Retirement Plan** | OMB No. 1545-0956 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed under section 6058(a) of the Internal Revenue Code. *Certain foreign retirement plans are also required to file this form (see instructions).* ▶ Complete all entries in accordance with the instructions to the Form 5500-EZ. | **2013** This Form is Open to Public Inspection. |

**Part I**    Annual Return Identification Information

For the calendar plan year 2013 or fiscal plan year beginning (MM/DD/YYYY) 01/01/2013    and ending 12/31/2013

A    This return is: (1) ☐ the first return filed for the plan;    (3) ☐ the final return filed for the plan;
    (2) ☐ an amended return;    (4) ☐ a short plan year return (less than 12 months).

B    If filing under an extension of time, check this box (see instructions) . . . . . . . . . . . . ▶ ☐
C    If this return is for a foreign plan, check this box (see instructions) . . . . . . . . . . . . . ▶ ☐

**Part II**    Basic Plan Information — enter all requested information.

| 1a  Name of plan AMERICAN INVESTMENT GROUP OF NEW YORK LP PENSION PLAN | 1b  Three-digit plan number (PN) ▶   001 |
|---|---|
| | 1c  Date plan first became effective (MM/DD/YYYY) 01/01/2002 |

| 2a  Employer's name AMERICAN INVESTMENT GROUP OF NEW YORK LP | 2b  Employer Identification Number (EIN) (Do not enter your Social Security Number) 30-0124217 |
|---|---|
| Trade name of business (if different from name of employer) | 2c  Employer's telephone number (908) 630-9060 |
| In care of name | 2d  Business code (see instructions) 523900 |
| Mailing address (room, apt., suite no. and street, or P.O. Box) 75 CLAREMONT RD STE 309 | |
| City or town, state or province, country, or foreign postal code (if foreign, see instructions) BERNARDSVILLE    NJ  07924-0000 000 | |

| 3a  Plan administrator's name (If same as employer, enter "Same") | 3b  Administrator's EIN |
|---|---|
| In care of name | 3c  Administrator's telephone number (blank) |
| Mailing address (room, apt., suite no. and street, or P.O. Box) | |
| City or town, state or province, country,  and ZIP or foreign postal code (if foreign, see instructions) | |

| 4a  Name of trust (optional) | 4b  Trust's EIN (optional) |
|---|---|

| 5  If the name and/or EIN of the employer has changed since the last return filed for this plan, enter the name, EIN, and plan number for the last return in the appropriate space provided: | 5b | EIN | |
|---|---|---|---|
| a   Employer's name | 5c | PN | |

| 6a  Total number of participants at the beginning of the plan year . . . . . . . . . | 6a | 1 |
|---|---|---|
| b   Total number of participants at the end of the plan year . . . . . . . . . . . | 6b | 1 |

**Part III**    Financial Information

| | | (1) Beginning of year | (2) End of year |
|---|---|---|---|
| 7a  Total plan assets . . . . . . . . . . . . . . | 7a | 4,529,723 | 4,893,956 |
| b   Total plan liabilities . . . . . . . . . . . . | 7b | 0 | 0 |
| c   Net plan assets (subtract line 7b from 7a) . . . . . . . . | 7c | 4,529,723 | 4,893,956 |

For Privacy Act and Paperwork Reduction Act Notice, see the instructions for Form 5500-EZ.    Cat. No. 63263R    Form **5500-EZ** (2013)

THIS INFORMATION IS FURNISHED UNDER THE PROVISIONS OF AN INCOME TAX TREATY WITH A FOREIGN GOVERNMENT. ITS USE AND DISCLOSURE MUST BE

SKAT Fredensborg

Bilag nr. 125 - 23 - 5

Confidential Pursuant to Protective Order

Form 5500-EZ (2013)

Page **2**

**Part III**   (Continued)

| 8 | Contributions received or receivable from: | | | Amount |
|---|---|---|---|---|
| a | Employers. . . . . . . . . . . . . . . . | | **8a** | 0 |
| b | Participants . . . . . . . . . . . . . . | | **8b** | 0 |
| c | Others (including rollovers) . . . . . . . . . | | **8c** | 0 |

**Part IV**   **Plan Characteristics**

9  Enter the applicable two-character feature codes from the List of Plan Characteristics Codes in the instructions:

2E  3D

**Part V**   **Compliance and Funding Questions**

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| 10 | During the plan year, did the plan have any participant loans? If "Yes," enter amount as of year end . . . . . . . . . . . | 10 | | ✓ | 0 |
| 11 | Is this a defined benefit plan that is subject to minimum funding requirements? If "Yes," complete Schedule SB (Form 5500) and line 11a below. (See instructions.) . | 11 | | ✓ | |
| a | Enter the unpaid minimum required contribution for current year from Schedule SB (Form 5500), line 39 . . . . . . . . . . . . . . . . | 11a | | | 0 |
| 12 | Is this a defined contribution plan subject to the minimum funding requirements of section 412 of the Code? . . . . . . . . . . . . . . If "Yes," complete lines 12a or 12b, 12c, 12d, and 12e below, as applicable: | 12 | | ✓ | |
| a | If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, enter the month, day, and year (MM/DD/YYYY) of the letter ruling granting the waiver (see instructions) . . . . . . . . . . . . . . . . | 12a | | | |
| b | Enter the minimum required contribution for this plan year . . . . . . | 12b | | | 0 |
| c | Enter the amount contributed by the employer to the plan for this plan year . . . . . | 12c | | | 0 |
| d | Subtract the amount in line 12c from the amount in line 12b. Enter the result (enter a minus sign to the left of a negative amount) . . . . . . . . . . . . . | 12d | | | 0 |

| | | | Yes | No | N/A | |
|---|---|---|---|---|---|---|
| e | Will the minimum funding amount reported on line 12d be met by the funding deadline? . . . . . . . . . . . . . . . . | 12e | | | | |

**Caution. A penalty for the late or incomplete filing of this return will be assessed unless reasonable cause is established.**

Under penalties of perjury, I declare that I have examined this return including, if applicable, any related Schedule MB (Form 5500) or Schedule SB (Form 5500) signed by an enrolled actuary, and to the best of my knowledge and belief, it is true, correct, and complete.

**Sign Here** ▶

Signature on file

_____   _____   _____
Signature of employer or plan administrator     Date     Type or print name of individual signing as employer or plan administrator

Preparer's name (including firm name, if applicable) and address, including room or suite number (optional)     Preparer's telephone number (optional)

THIS INFORMATION IS FURNISHED
UNDER THE PROVISIONS OF AN
INCOME TAX TREATY WITH A
FOREIGN GOVERNMENT ITS USE
AND DISCLOSURE MUST BE

Form **5500-EZ** (2013)

SKAT Fredensborg

125 - 23 - 6

Bilag nr.

| Form 5500-SF<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | **Short Form Annual Return/Report of Small Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA), and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).<br>▶ Complete all entries in accordance with the instructions to the Form 5500-SF. | OMB Nos. 1210-0110<br>1210-0089<br>**2014**<br>This Form is Open to Public Inspection |
|---|---|---|

**Part I   Annual Report Identification Information**

For calendar plan year 2014 or fiscal plan year beginning **01/01/2014** and ending **12/31/2014**

This return/report is for:
- [ ] a single-employer plan
- [ ] a foreign plan
- [✓] a one-participant plan
- [ ] a multiple-employer plan (not multiemployer)

This return/report is
- [ ] the first return/report
- [ ] an amended return/report
- [ ] the final return/report
- [ ] a short plan year return/report (less than 12 months)

Check box if filing under:
- [✓] Form 5558
- [ ] special extension (enter description)
- [ ] automatic extension
- [ ] DFVC program

**Part II   Basic Plan Information**—enter all requested information

| | | |
|---|---|---|
| **1a** Name of plan<br>AMERICAN INVESTMENT GROUP OF NEW YORK, LP PENSION PLAN | **1b** Three-digit plan number (PN) ▶ | 001 |
| | **1c** Effective date of plan<br>01/01/2002 | |

| | | |
|---|---|---|
| **2a** Plan sponsor's name and address; include room or suite number (employer, if for a single-employer plan)<br>AMERICAN INVESTMENT GROUP OF NEW YORK, LP<br>3372 WOODS EDGE CIRCLE SUITE 104<br><br>BONITA SPRINGS                          FL      34134-0000 | **2b** Employer Identification Number (EIN) 30-0124217 |
| | **2c** Sponsor's telephone number<br>(239) 908-9859 |
| | **2d** Business code (see instructions)<br>523900 |

| | | |
|---|---|---|
| **3a** Plan administrator's name and address [✓]Same as Plan Sponsor.<br><br>AMERICAN INVESTMENT GROUP OF NEW YORK<br><br>3372 WOODS EDGE CIRCLE SUITE 104<br><br>BONITA SPRINGS                          FL      34134-0000 | **3b** Administrator's EIN<br>30-0124217 |
| | **3c** Administrator's telephone number<br><br>(239) 908-9859 |

| | | |
|---|---|---|
| If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN, and the plan number from the last return/report. | **4b** EIN | |
| **4a** Sponsor's name | **4c** PN | |

| | | |
|---|---|---|
| **a** Total number of participants at the beginning of the plan year | **5a** | 1 |
| **b** Total number of participants at the end of the plan year | **5b** | 1 |
| **c** Number of participants with account balances as of the end of the plan year (defined benefit plans do not complete this item) | **5c** | 0 |
| **d(1)** Total number of active participants at the beginning of the plan year | **5d(1)** | 0 |
| **d(2)** Total number of active participants at the end of the plan year | **5d(2)** | 0 |
| **e** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **5e** | 0 |

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including, if applicable, a Schedule SB or Schedule MB completed and signed by an enrolled actuary, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Signature on file | | AMERICAN INVESTMENT GROUP OF NEW YORK, LP |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |

| Preparer's name (including firm name, if applicable) and address (include room or suite number ) (optional) | Preparer's telephone number (optional) |
|---|---|

THIS INFORMATION IS FURNISHED
UNDER THE PROVISIONS OF AN
INCOME TAX TREATY WITH A
FOREIGN GOVERNMENT ITS USE
AND DISCLOSURE MUST BE

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions.

Form **5500-SF** (2014)

Bilag nr. *125-23-7*

Confidential Pursuant to Protective Order

Form 5500-SF 2014            Page 2

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Were all of the plan's assets during the plan year invested in eligible assets? (See instructions.) | | ☐ Yes | ☐ No |
| 4 | Are you claiming a waiver of the annual examination and report of an independent qualified public accountant (IQPA) under 29 CFR 2520.104-46? (See instructions on waiver eligibility and conditions.) | | ☐ Yes | ☐ No |

If you answered "No" to either line 6a or line 6b, the plan cannot use Form 5500-SF and must instead use Form 5500.

7 If the plan is a defined benefit plan, is it covered under the PBGC insurance program (see ERISA section 4021)? ...... ☐ Yes ☐ No ☐ Not determined

## Part III    Financial Information

| Plan Assets and Liabilities | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| Total plan assets | 7a | 4,893,956 | 5,309,103 |
| Total plan liabilities | 7b | 0 | 0 |
| Net plan assets (subtract line 7b from line 7a) | 7c | 4,893,956 | 5,309,103 |

| Income, Expenses, and Transfers for this Plan Year | | (a) Amount | (b) Total |
|---|---|---|---|
| Contributions received or receivable from: | | | |
| (1) Employers | 8a(1) | 0 | |
| (2) Participants | 8a(2) | 0 | |
| (3) Others (including rollovers) | 8a(3) | 137,148 | |
| Other income (loss) | 8b | 0 | |
| Total income (add lines 8a(1), 8a(2), 8a(3), and 8b) | 8c | | 0 |
| Benefits paid (including direct rollovers and insurance premiums to provide benefits) | 8d | 0 | |
| Certain deemed and/or corrective distributions (see instructions) | 8e | 0 | |
| Administrative service providers (salaries, fees, commissions) | 8f | 0 | |
| Other expenses | 8g | 0 | |
| Total expenses (add lines 8d, 8e, 8f, and 8g) | 8h | | 0 |
| Net income (loss) (subtract line 8h from line 8c) | 8i | | 0 |
| Transfers to (from) the plan (see instructions) | 8j | 0 | |

## Part IV    Plan Characteristics

a If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristic Codes in the instructions:
     2E 3D

b If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristic Codes in the instructions:

## Part V    Compliance Questions

| 10 | During the plan year: | | Yes | No | Amount |
|---|---|---|---|---|---|
| a | Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? (See instructions and DOL's Voluntary Fiduciary Correction Program) | 10a | | | 0 |
| b | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 10a.) | 10b | | | 0 |
| c | Was the plan covered by a fidelity bond? | 10c | | | 0 |
| d | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? | 10d | | | 0 |
| e | Were any fees or commissions paid to any brokers, agents, or other persons by an insurance carrier, insurance service, or other organization that provides some or all of the benefits under the plan? (See instructions.) | 10e | | | 0 |
| f | Has the plan failed to provide any benefit when due under the plan? | 10f | | | 0 |
| g | Did the plan have any participant loans? (If "Yes," enter amount as of year end.) | 10g | | ✓ | 0 |
| h | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.) | 10h | | | |
| i | If 10h was answered "Yes," check the box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3. | 10i | | | |

## Part VI    Pension Funding Compliance

| 11 | Is this a defined benefit plan subject to minimum funding requirements? (If "Yes," see instructions and complete Schedule SB (Form 5500) and line 11a below). | | | | ☐ Yes ☐ No |
|---|---|---|---|---|---|
| 11a | Enter the unpaid minimum required contribution for current year from Schedule SB (Form 5500) line 39 | | | 11a | 0 |
| 12 | Is this a defined contribution plan subject to the minimum funding (If "Yes," complete line 12a or lines 12b, 12c, 12d, and 12e below, | THIS INFORMATION IS FURNISHED UNDER THE PROVISIONS OF AN INCOME TAX TREATY WITH A FOREIGN GOVERNMENT ITS USE AND DISCLOSURE MUST BE | Code or section 302 of ERISA? | | ☐ Yes ☑ No |
| a | If a waiver of the minimum funding standard for a prior year is bein | | instructions and enter the date of the letter ruling | | |

Bilag nr. 125- 23- 8

Form 5500-SF 2014                                    Page **3** - ▢

f you completed line 12a, complete lines 3, 9, and 10 of Schedule MB (Form 5500), and skip to line 13.

| | | |
|---|---|---|
| ⊃ Enter the minimum required contribution for this plan year........................................................ | **12b** | 0 |
| c Enter the amount contributed by the employer to the plan for this plan year.................................... | **12c** | 0 |
| d Subtract the amount in line 12c from the amount in line 12b. Enter the result (enter a minus sign to the left of a negative amount) ....................................................................................................... | **12d** | 0 |

e  Will the minimum funding amount reported on line 12d be met by the funding deadline?.........................  ▢ Yes  ▢ No  ▢ N/A

**rt VII    Plan Terminations and Transfers of Assets**

a  Has a resolution to terminate the plan been adopted in any plan year? ....................................  ▢ Yes  ▢ No

| | | |
|---|---|---|
| If "Yes," enter the amount of any plan assets that reverted to the employer this year ..................... | **13a** | 0 |

b  Were all the plan assets distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC?.................................................................................................................  ▢ Yes  ▢ No

c  If during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| 13c(1) Name of plan(s): | 13c(2) EIN(s) | 13c(3) PN(s) |
|---|---|---|
| | | |

**rt ▢    Trust Information (optional)**

| a Name of trust | **14b** Trust's EIN |
|---|---|
| | |

THIS INFORMATION IS FURNISHED
UNDER THE PROVISIONS OF AN
INCOME TAX TREATY WITH A
FOREIGN GOVERNMENT  ITS USE
AND DISCLOSURE MUST BE

SKAT Fredensborg

Bilag nr. *125- 23 - 9*