

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000011
**Tax Ref:** 13-3865149

26 March 2014

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BACEDK000011**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

SKAT Fredensborg

Bilag nr. 130 - 16 - 1

---

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG
t +44 (0)208 760 7130  f +44 (0)205 681 2854
e info@goalgroup.com

Registered in England & Wales Reg No. 3701795
Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
Registered for VAT under number: 764 1757 24

Philadelphia                    London                    Hong Kong                    Melbourne

Confidential Pursuant to Protective Order                    SKAT_MDL_001_00082179

## Acknowledgement Copy



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000011
**Tax Ref:** 13-3865149

26 March 2014

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BACEDK000011**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

**Please sign below and return to acknowledge receipt**

| Please sign below and return to acknowledge receipt | SKAT Fredensborg |
| --- | --- |
| **Signed**                **Dated** | Bilag nr. 130 -16- 2 |

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG.    Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130  f +44 (0)208 681 2854    Registered Office, 7th Floor, 69 Park Lane, Croydon. Surrey, CR9 1BG, UK
e info@goalgroup.com    Registered for VAT under number; 744 1757 24

Philadelphia                    London                    Hong Kong                    Melbourne

Confidential Pursuant to Protective Order



**SKAT**

Claim to Relief from Danish Dividend Tax

| ⠇ In my capacity as beneficial owner | ✕ On behalf of the beneficial owner |
|---|---|

Claim is made for refund of Danish dividend tax, in total DKK:    1277100.00

**Beneficial Owner**

Full name
RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Full address
5532 LILLEHAMMER LANE, SUITE 103
PARK CITY
UT 84098
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

goal

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:    1

*(This documentation is obligatory)*

**Financial Institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

| Reg. no | Account no |
|---|---|

| NWBKGB2L | IBAN GB88NWBK60730134015159 |
|---|---|
| SWIFT    BLZ | IBAN |

On reclaim please quote:-ACE DK 11

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and                    U.S.A.

Date                Official stamp and signature

When signed to be forwarded to:          **Skattecenter Høje-Taastrup**
                                          Postboks 60
                                          DK-2630 Taastrup

*2010.07 (gl.nr U 20q)*
**06.003 ENG**

SKAT Fredensborg

Bilag nr.130 - 16 - 3

Confidential Pursuant to Protective Order



ED&F
MAN

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom -- confirm, Riverside Associates Defined Benefit Plan -- 5532 Lillehammer Lane, Park City, Utah, 84098, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 07th March 2014 |
| Record Date: | 11th March 2014 |
| Pay Date: | 12th March 2014 |
| Quantity: | 2,150,000 Shares |
| Gross Div Rate: | DKK 2.20 |
| Amount Received: | DKK 3,452,900.00 |
| WHT Suffered: | DKK 1,277,100.00 |
| WHT %: | 27% |

*4,73*

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Riverside Associates Defined Benefit Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*L. Mackinno*

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130- 16- 4

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order

# RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
5532 LILLEHAMMER LANE – SUITE 103
PARK CITY, UT 84098

### *Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1. The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2. The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 130 - 16 - 5

Confidential Pursuant to Protective Order

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

*Executed as a deed by -*

*Name of company:*

**RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN**

*Acting by name(s) of:*

DAVID SCHULMAN, Trustee

*Duly authorised signatory(ies):*

SKAT Fredensborg

Bilag nr. 130 - 16 - 6

Confidential Pursuant to Protective Order



**CERTIFICATION PROGRAM**

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: March 3, 2014



000127

Taxpayer: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
         TIN: 13-3865149
Tax Year: 2014

       I certify that, to the best of our knowledge, the above-named entity is
       a trust forming part of a pension, profit sharing, or stock bonus plan
       qualified under section 401(a) of the U.S. Internal Revenue Code, which
       is exempt from U.S. taxation under section 501(a), and is a resident of
       the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

SKAT Fredensborg

Bilag nr. 130 - 16 - 7

Form 6166 (Rev 6-2008)
Catalog Number 43134V

Confidential Pursuant to Protective Order



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000020
**Tax Ref:** 13-3865149

04 April 2014

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN* **GB88 NWBK 6073 0134 0151 59**

Please quote reference **BACEDK000020**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

**Charlotte Benge**
**Tax Operations Manager**

SKAT Fredensborg

Bilag nr. 130 - 16- 8

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    t +44 (0)208 760 7130 · f +44 (0)208 681 2854    e info@goalgroup.com

Registered in England & Wales Reg No. 3701795
Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 10G, UK
Registered for VAT under number: 744 1757 24

Philadelphia          London          Hong Kong          Melbourne

Confidential Pursuant to Protective Order

SKAT_MDL_001_00082186



**SKAT**

Claim to Relief from Danish Dividend Tax

| | ⁚⁚ In my capacity as beneficial owner | ✗ On behalf of the beneficial owner |
|---|---|---|

Claim is made for refund of Danish dividend tax, in total DKK:   3510000.00

**Beneficial Owner**

Full name
RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Full address
5532 LILLEHAMMER LANE, SUITE 103
PARK CITY
UT 84098
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:    2

*(This documentation is obligatory)*

**Financial Institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

| Reg. no | Account no |
|---|---|

| | NWBKGB2L | IBAN GB88NWBK60730134015159 |
|---|---|---|
| SWIFT | BLZ | IBAN |

On reclaim please quote:-ACE DK 20

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and             U.S.A.

Date          Official stamp and signature

When signed to be forwarded to:

**Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (g) nr. U 20d)
06.003 ENG

SKAT Fredensborg

Bilag nr. 30-16-9

Confidential Pursuant to Protective Order



ED&F
MAN

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom — confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Park City, UT 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 2,000,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 6,570,000.00 |
| WHT Suffered: | 2,430,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

*9,0*

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*C. Mackinnon*

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 - 16 - 10

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Park City, UT 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Danske Bank A/S |
| ISIN: | DK0010274414 |
| SEDOL: | 4588825 |
| Ex Date: | 19/03/2014 |
| Record Date: | 21/03/2014 |
| Pay Date: | 24/03/2014 |
| Quantity: | 2,000,000.00 |
| Gross Div Rate: | 2 |
| Amount Received: | 2,920,000.00 |
| WHT Suffered: | 1,080,000.00 |
| Currency | DKK |
| WHT %: | 27% |

*4,0*

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

A U T H O R I S E D   S I G N A T O R Y

Christina MacKinnon

*[signature]*

**Head of Securities Operations**

SKAT Fredensborg

Bilag nr. 130 - 16 - 1.1

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order

## RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
5532 LILLEHAMMER LANE – SUITE 103
PARK CITY, UT 84098

### *Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1. The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2. The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 130 - 16 - 12

Confidential Pursuant to Protective Order

SKAT_MDL_001_00082190

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

Executed as a deed by -

Name of company:

Acting by name(s) of:

RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

DAVID SCHULMAN, Trustee

Duly authorised
signatory(ies):

SKAT Fredensborg

Bilag nr. 130 - 16 - 13

Confidential Pursuant to Protective Order



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: March 3, 2014



000127

Taxpayer: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
       TIN: 13-3865149
Tax Year: 2014

        I certify that, to the best of our knowledge, the above-named entity is
        a trust forming part of a pension, profit sharing, or stock bonus plan
        qualified under section 401(a) of the U.S. Internal Revenue Code, which
        is exempt from U.S. taxation under section 501(a), and is a resident of
        the United States of America for purposes of U.S. taxation.

                                        Nancy J. Aiello

                                        Nancy J. Aiello
                                        Field Director, Accounts Management

SKAT Fredensborg

Bilag nr. 130 - 16 - 14

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

Confidential Pursuant to Protective Order                                    SKAT_MDL_001_00082192



2 2 APR. 2014

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000027
**Tax Ref:** 13-3865149

16 April 2014

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BACEDK000027**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

SKAT Fredensborg

Bilag nr. 130 - 16 - 15

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 18G    Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130  f +44 (0)208 681 2854    Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 18G, UK
e info@goalgroup.com    Registered for VAT under number 744 1757 24

Philadelphia                              London                              Hong Kong                              Melbourne

Confidential Pursuant to Protective Order                                          SKAT_MDL_001_00082193

**Acknowledgement Copy**



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000027
**Tax Ref:** 13-3865149

16 April 2014

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BACEDK000027**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

**Please sign below and return to acknowledge receipt** SKAT Fredensborg

**Signed**                                    **Dated**

Bilag nr. 130-16-16

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130  f +44 (0)208 661 2854    Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com    Registered for VAT under number 744 1757 24

Philadelphia                London                Hong Kong                Melbourne

Confidential Pursuant to Protective Order                                    SKAT_MDL_001_00082194



**SKAT**

Claim to Relief from Danish Dividend Tax

|  | ☐ In my capacity as beneficial owner | ☒ On behalf of the beneficial owner |

Claim is made for refund of Danish dividend tax, in total DKK:    1275750.00

**Beneficial Owner**

Full name
RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Full address
5532 LILLEHAMMER LANE,  SUITE 103
PARK CITY
UT 84098
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number    1

*(This documentation is obligatory)*

**Financial Institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

| Reg  no | Account no |

| | NWBKGB2L | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote:-ACE DK 27

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and        U.S.A.

.................................................................

Date        Official stamp and signature

When signed to be forwarded to:        **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

20/0.07 (gf.nr. U 20a)

06.003 ENG

SKAT Fredensborg

Bilag nr. 130 - 16 - 17

Confidential Pursuant to Protective Order



### E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, UT 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Tryg A/S |
| ISIN: | DK0060013274 |
| SEDOL: | B0LL2W7 |
| Ex Date: | 04/04/2014 |
| Record Date: | 08/04/2014 |
| Pay Date: | 09/04/2014 |
| Quantity: | 175,000.00 |
| Gross Div Rate: | 27 |
| Amount Received: | 3,449,250.00 |
| WHT Suffered: | 1,275,750.00 |
| Currency | DKK |
| WHT %: | 27% |

*4, 725*

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*Mackinnon*

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 - 16 - 18

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order

SKAT_MDL_001_00082196

# RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
5532 LILLEHAMMER LANE – SUITE 103
PARK CITY, UT 84098

### *Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1.  The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 130 – 16 – 19

Confidential Pursuant to Protective Order

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

*Executed as a deed by -*

*Name of company:*

**RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN**

*Acting by name(s) of:*

DAVID SCHULMAN, Trustee

*Duly authorised signatory(ies):*

SKAT Fredensborg

Bilag nr. 130 - 16 - 20

SKAT_MDL_001_00082198



CERTIFICATION
PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: March 3, 2014

0127

Taxpayer: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
        TIN: 13-3865149
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 130 - 16 - 21

Confidential Pursuant to Protective Order

372 14

goal group
accelerating investor returns

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000030
**Tax Ref:** 13-3865149

06 May 2014

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BACEDK000030**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

SKAT Fredensborg

Bilag nr. 130 - 16 - 22

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130  f +44 (0)208 681 2854    Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com    Registered for VAT under number. 744 1757 24

Philadelphia                    London                    Hong Kong                    Melbourne

Confidential Pursuant to Protective Order


**SKAT**

Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner    ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK:    435375.00

| Beneficial Owner | Full name |
|---|---|
| | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |

Full address
5532 LILLEHAMMER LANE,  SUITE 103
PARK CITY
UT 84098
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

goal

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:    1

*(This documentation is obligatory)*

**Financial Institution**    The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

| Reg. no | Account no |
|---|---|

| | NWBKGB2L | | IBAN GB88NWBK60730134015159 |
|---|---|---|---|
| SWIFT | BLZ | | IBAN |

On reclaim please quote:-ACE DK 30

**Certification of the competent authority**    It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and    U.S.A.

Date    Official stamp and signature

When signed to be forwarded to:    Skattecenter Høje-Taastrup
Postboks 60
DK-2630 Taastrup

2010.07 (gt nr. U 20x)

**06.003 ENG**

SKAT Fredensborg

Bilag nr. 130 - 16 - 23

Confidential Pursuant to Protective Order



### ED&F MAN

## E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, UT 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | D/S Norden A/S |
| ISIN: | DK0060083210 |
| SEDOL: | B1WP656 |
| Ex Date: | 24/04/2014 |
| Record Date: | 28/04/2014 |
| Pay Date: | 29/04/2014 |
| Quantity: | 322,500.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 1,177,125.00 |
| WHT Suffered: | 435,375.00 |
| Currency: | DKK |
| WHT %: | 27% |

*1.612.500*

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*Mackinn*

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 - 16 - 24

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order

## RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
5532 LILLEHAMMER LANE – SUITE 103
PARK CITY, UT 84098

### *Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1. The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2. The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 130 - 16 - 25

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

*Executed as a deed by -*

*Name of company:*

RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

*Acting by name(s) of:*

DAVID SCHULMAN, Trustee

*Duly authorised signatory(ies):*

SKAT Fredensborg

Bilag nr. 130 -16- 26

Confidential Pursuant to Protective Order



CERTIFICATION
PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: March 3, 2014

0127

Taxpayer: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
    TIN: 13-3865149
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 130 - 16 - 27

Confidential Pursuant to Protective Order

SKAT_MDL_001_00082205



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000034
**Tax Ref:** 13-3865149

28 May 2014

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BACEDK000034.**

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

SKAT Fredensborg

Bilag nr. 130 - 16 - 28

---

GOAL TAXBACK LIMITED      7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG      Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130  f +44 (0)208 681 2854      Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com      Registered for VAT under number, 744 1757 24

Philadelphia      London      Hong Kong      Melbourne

Confidential Pursuant to Protective Order



Claim to Relief from Danish Dividend Tax

| | |
|---|---|
| ⠿ In my capacity as beneficial owner | ☒ On behalf of the beneficial owner |

Claim is made for refund of Danish dividend tax, in total DKK:    **918000.00**

**Beneficial Owner**

Full name
RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Full address
5532 LILLEHAMMER LANE, SUITE 103
PARK CITY
UT 84098
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number.    1

*(This documentation is obligatory)*

**Financial Institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

| Reg no | Account no | | |
|---|---|---|---|
| | NWBKGB2L | | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | | IBAN |

On reclaim please quote:-ACE DK 34

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and    U.S.A.

Date    Official stamp and signature

When signed to be forwarded to:

Skattecenter Høje-Taastrup
Postboks 60
DK-2630 Taastrup

20/0 07 (gf.nr. U 20s)

06.003 ENG

SKAT Fredensborg

Bilag nr. 130 - 16- 29

Confidential Pursuant to Protective Order



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom -- confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, UT 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 09/05/2014 |
| Record Date: | 13/05/2014 |
| Pay Date: | 14/05/2014 |
| Quantity: | 850,000.00 |
| Gross Div Rate: | 4 |
| Amount Received: | 2,482,000.00 |
| WHT Suffered: | 918,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

3,4

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 – 16 - 30

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order

SKAT_MDL_001_00082208

**RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN**
5532 LILLEHAMMER LANE – SUITE 103
PARK CITY, UT 84098

*Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1.  The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, wiliful default or fraud.

3.  The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 130 - 16 - 31

Confidential Pursuant to Protective Order

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

*Executed as a deed by -*

*Name of company:*

RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

*Acting by name(s) of:*

DAVID SCHULMAN, Trustee

*Duly authorised signatory(ies):*

SKAT Fredensborg

Bilag nr. 130 - 16 - 32

Confidential Pursuant to Protective Order



CERTIFICATION
PROGRAM

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: March 3, 2014

0127

Taxpayer: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
        TIN: 13-3865149
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

Nancy J. Aiello

Nancy J. Aiello
Field Director, Accounts Management

SKAT Fredensborg

Bilag nr. 130-16-33

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

Confidential Pursuant to Protective Order



CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000050
**Tax Ref:** 13-3865149

13 March 2015

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BACEDK000050**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*Rodrigues*

Melissa-Anne Rodrigues
Operations Manager

SKAT Fredensborg

Bilag nr. 130 - 16 - 34

GOAL TAXBACK LIMITED          7th Floor, 69 Park Lane, Croydon, Surrey, CR9 18G          Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130   f +44 (0)208 681 2854          Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 18G. UK
e info@goalgroup.com          Registered for VAT under number: 744 1757 24

Confidential Pursuant to Protective Order

## Acknowledgement Copy



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000050
**Tax Ref:** 13-3865149

13 March 2015

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BACEDK000050.**

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*LRodrigues*

Melissa-Anne Rodrigues
Operations Manager

**Please sign below and return to acknowledge receipt**

**Signed**                                    **Dated**

SKAT Fredensborg

Bilag nr. 30-16-35

GOAL TAXBACK LIMITED          7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG          Registered in England & Wales Reg No. 3701795
                              t +44 (0)208 760 7130  f +44 (0)208 681 2854          Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
                              e info@goalgroup.com                                  Registered for VAT under number: 744 1757 24

Confidential Pursuant to Protective Order



**SKAT**

Claim to Relief from Danish Dividend Tax

|  | ⋮ In my capacity as beneficial owner | ✕ On behalf of the beneficial owner |
| --- | --- | --- |

Claim is made for refund of Danish dividend tax, in total DKK:    540000.00

**Beneficial Owner**

Full name
RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Full address
5532 LILLEHAMMER LANE, SUITE 103
PARK CITY
UT 84098
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*JRoodngie8*

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:    1

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

|  | 34015159 |  |
| --- | --- | --- |
| Reg. no | Account no | |

|  | NWBKGB2L |  | IBAN GB88NWBK60730134015159 |
| --- | --- | --- | --- |
| SWIFT | BLZ | | IBAN |

On reclaim please quote:-ACE DK 50

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and                        U.S.A.

Date                        Official stamp and signature

When signed to be forwarded to:        **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gl.nr. U 20a)
06.003 ENG

SKAT Fredensborg

Bilag nr. 130 - 16 - 36

Confidential Pursuant to Protective Order



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 06/03/2015 |
| Record Date: | 09/03/2015 |
| Pay Date: | 10/03/2015 |
| Quantity: | 2,000,000.00 |
| Gross Div Rate: | 1 |
| Amount Received: | 1,460,000.00 |
| WHT Suffered: | 540,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

_Macdenne_

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 - 16 - 37

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order

SKAT_MDL_001_00082215

# RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
5532 LILLEHAMMER LANE – SUITE 103
PARK CITY, UT 84098

### *Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1. The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2. The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 130 - 16 - 38

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

Executed as a deed by -

Name of company:

RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Acting by name(s) of:

DAVID SCHULMAN, Trustee

Duly authorised
signatory(ies):

SKAT Fredensborg

Bilag nr. 130 - 16 - 39

Confidential Pursuant to Protective Order



CERTIFICATION
PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: January 22, 2015

Taxpayer: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
          TIN: 13-3865149
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 130 - 16 - 40

Confidential Pursuant to Protective Order



CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000052
**Tax Ref:** 13-3865149

18 March 2015

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BACEDK000052**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*Rodrigues*

Melissa-Anne Rodrigues
Operations Manager

SKAT Fredensborg

Bilag nr. 130 - 16 - 41

GOAL TAXBACK LIMITED      7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG.    Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130   f +44 (0)208 681 2854   Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com        Registered for VAT under number 744 1757 24

Confidential Pursuant to Protective Order                                                                    SKAT_MDL_001_00082219

## Acknowledgement Copy



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000052
**Tax Ref:** 13-3865149

18 March 2015

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BACEDK000052**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*uRooergues*

Melissa-Anne Rodrigues
Operations Manager

**Please sign below and return to acknowledge receipt**
**Signed**                                    **Dated**

SKAT Fredensborg

Bilag nr. 130 - 16 - 42

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130  f +44 (0)208 681 2854    Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com    Registered for VAT under number: 744 1757 24

Confidential Pursuant to Protective Order                    SKAT_MDL_001_00082220



**SKAT**

Claim to Relief from Danish Dividend Tax

| | ☐ In my capacity as beneficial owner | ☒ On behalf of the beneficial owner |
|---|---|---|

Claim is made for refund of Danish dividend tax, in total DKK:  367200.00

**Beneficial Owner**

Full name
RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Full address
5532 LILLEHAMMER LANE, SUITE 103
PARK CITY
UT 84098
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*Rodriguez*  goal

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s). number:  1

*(This documentation is obligatory)*

**Financial Institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

| | 34015159 | |
|---|---|---|
| Reg. no | Account no | |

| | NWBKGB2L | | IBAN GB88NWBK60730134015159 |
|---|---|---|---|
| SWIFT | BLZ | | IBAN |

On reclaim please quote:-ACE DK 52

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and  U.S.A.
..............................................

Date        Official stamp and signature

When signed to be forwarded to:  **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gl.nr. U 20x)

**06.003 ENG**

SKAT Fredensborg

Bilag nr. 30 – 16 - 43

Confidential Pursuant to Protective Order



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN – 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | | |
|---|---|---|
| Security Description: | DSV A/S | |
| ISIN: | DK0060079531 | |
| SEDOL: | B1WT5G2 | |
| Ex Date: | 13/03/2015 | |
| Record Date: | 16/03/2015 | |
| Pay Date: | 17/03/2015 | |
| Quantity: | 850,000.00 | 1.360.000 |
| Gross Div Rate: | 1.60 | |
| Amount Received: | 992,800.00 | |
| WHT Suffered: | 367,200.00 | |
| Currency: | DKK | |
| WHT %: | 27% | |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED  SIGNATORY

Christina MacKinnon

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 – 16 - 44

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order

## RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
### 5532 LILLEHAMMER LANE – SUITE 103
### PARK CITY, UT 84098

### *Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1. The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2. The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 30-16-45

Confidential Pursuant to Protective Order

5.  This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6.  This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

*Executed as a deed by -*

*Name of company:*

*Acting by name(s) of:*

RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

DAVID SCHULMAN, Trustee

*Duly authorised
signatory(ies):*

SKAT Fredensborg

Bilag nr. 130 -16 - 46

Confidential Pursuant to Protective Order



CERTIFICATION
PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: January 22, 2015

Taxpayer: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
     TIN: 13-3865149
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 6-2006)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 130-16-47

Confidential Pursuant to Protective Order

3|4 |5



**goal** group
accelerating investor returns

CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000058
**Tax Ref:** 13-3865149

26 March 2015

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BACEDK000058**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*Rodrigues*

**Melissa-Anne Rodrigues**
**Operations Manager**

SKAT Fredensborg

Bilag nr. 13O - 16 - 48

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG
t +44 (0)208 760 7130   f +44 (0)208 681 2854
e info@goalgroup.com

Registered in England & Wales Reg No  3701795
Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
Registered for VAT under number: 744 1757 24

Confidential Pursuant to Protective Order

## Acknowledgement Copy



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000058
**Tax Ref:** 13-3865149

26 March 2015

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BACEDK000058**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*Rodrigues*

Melissa-Anne Rodrigues
Operations Manager

**Please sign below and return to acknowledge receipt**

**Signed**                                    **Dated**

SKAT Fredensborg

Bilag nr. 130-16-49

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    t +44 (0)208 760 7130   f +44 (0)208 681 2854    e info@goalgroup.com

Registered in England & Wales Reg No. 3701795
Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
Registered for VAT under number 744 1757 24

Confidential Pursuant to Protective Order


**SKAT**

Claim to Relief from Danish Dividend Tax

| | ⣿ In my capacity as beneficial owner | ✗ On behalf of the beneficial owner |
|---|---|---|

Claim is made for refund of Danish dividend tax, in total DKK:    1890000.00

**Beneficial Owner**

Full name
RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Full address
5532 LILLEHAMMER LANE, SUITE 103
PARK CITY
UT 84098
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*JRodrigues*

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:    1

*(This documentation is obligatory)*

**Financial Institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

| | 34015159 | |
|---|---|---|
| Reg. no | Account no | |

| | NWBKGB2L | | IBAN GB88NWBK60730134015159 |
|---|---|---|---|
| SWIFT | BLZ | | IBAN |

On reclaim please quote:·ACE DK 58

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and      U.S.A.

                Date       Official stamp and signature

When signed to be forwarded to:     **Skattecenter Høje-Taastrup**
                                 Postboks 60
                                 DK-2630 Taastrup

2010.07 (gl.nr. U 20s)

**06.003 ENG**

SKAT Fredensborg

Bilag nr. 130 - 16 - 50

Confidential Pursuant to Protective Order



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 20/03/2015 |
| Record Date: | 23/03/2015 |
| Pay Date: | 24/03/2015 |
| Quantity: | 1,400,000.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 5,110,000.00 |
| WHT Suffered: | 1,890,000.00 |
| Currency | DKK |
| WHT %: | 27% |

*7, 0*

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*MacKinn*

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 - 16 - 51

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order

SKAT_MDL_001_00082229

## RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
5532 LILLEHAMMER LANE – SUITE 103
PARK CITY, UT 84098

### *Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1.  The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 130 - 16 - 52

Confidential Pursuant to Protective Order

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

Executed as a deed by -

Name of company:

Acting by name(s) of:

*RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN*

DAVID SCHULMAN, Trustee

Duly authorised
signatory(ies):

SKAT Fredensborg

Bilag nr. 130- 16 - 53

Confidential Pursuant to Protective Order



CERTIFICATION
PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: January 22, 2015

Taxpayer: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
    TIN: 13-3865149
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 130 - 16 - 54

Confidential Pursuant to Protective Order



CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000055
**Tax Ref:** 13-3865149

26 March 2015

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BACEDK000055**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*Rodrigues*

Melissa-Anne Rodrigues
Operations Manager

SKAT Fredensborg

Bilag nr. 30 - 16 - 55

GOAL TAXBACK LIMITED      7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG      Registered in England & Wales Reg No 3701795
                          t +44 (0)208 760 7150  f +44 (0)208 681 2854      Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
                          e info@goalgroup.com      Registered for VAT under number: 744 1757 24

## Acknowledgement Copy



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000055
**Tax Ref:** 13-3865149

26 March 2015

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BACEDK000055**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*Rodrigues*

Melissa-Anne Rodrigues
Operations Manager

SKAT Fredensborg

Bilag nr. 130 - 16 - 56

## Please sign below and return to acknowledge receipt
**Signed**                                    **Dated**

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130  f +44 (0)208 681 2854    Registered Office, 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com    Registered for VAT under number 744 1757 24

Confidential Pursuant to Protective Order                                    SKAT_MDL_001_00082234



**SKAT**

Claim to Relief from Danish Dividend Tax

| | In my capacity as beneficial owner | ☒ On behalf of the beneficial owner |

Claim is made for refund of Danish dividend tax, in total DKK:     2511000.00

**Beneficial Owner**

Full name
RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Full address
5532 LILLEHAMMER LANE, SUITE 103
PARK CITY
UT 84098
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*Rodrigues*

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number     2

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

| Reg. no | Account no | |
|---|---|---|
| | NWBKGB2L | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote:-ACE DK 55

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and     U.S.A.

.................................................

Date          Official stamp and signature

When signed to be forwarded to:     **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gt.nr. U 20a)
**06.003 ENG**

SKAT Fredensborg

Bilag nr. 130 - 16 - 57

Confidential Pursuant to Protective Order                                    SKAT_MDL_001_00082235



## E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Pandora A/S |
| ISIN: | DK0060252690 |
| SEDOL: | B44XTX8 |
| Ex Date: | 19/03/2015 |
| Record Date: | 20/03/2015 |
| Pay Date: | 23/03/2015 |
| Quantity: | 300,000.00 |
| Gross Div Rate: | 9.00 |
| Amount Received: | 1,971,000.00 |
| WHT Suffered: | 729,000.00 |
| Currency | DKK |
| WHT %: | 27% |

*2,7*

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*Mackunne*

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 - 16 - 58

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order



ED&F
MAN                                              E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane,  London SE1 2QE
and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED
BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was
holding the below security over the dividend date.

|  |  |
|---|---|
| Security Description: | Danske Bank A/S |
| ISIN: | DK0010274414 |
| SEDOL: | 4568825 |
| Ex Date: | 19/03/2015 |
| Record Date: | 20/03/2015 |
| Pay Date: | 23/03/2015 |
| Quantity: | 1,200,000.00 |
| Gross Div Rate: | 5.5 |
| Amount Received: | 4,818,000.00 |
| WHT Suffered: | 1,782,000.00 |
| Currency | DKK |
| WHT %: | 27% |

6,6

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be
reclaiming the tax. The dividends specified on this credit advice were paid net of withholding
tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further
concerns or issues please do not hesitate to contact us.

A U T H O R I S E D   S I G N A T O R Y

Christina MacKinnon

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 30 - 16 - 59

Cottons Centre
Hay's Lane
London SE1 2QE                    Regulated by the Financial Services Authority
                                 Registered in England No 1292851                Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order                                                    SKAT_MDL_001_00082237

**RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN**
5532 LILLEHAMMER LANE – SUITE 103
PARK CITY, UT 84098

*Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by RIVERSIDE
ASSOCIATES DEFINED BENEFIT PLAN ("the Company") WITNESSETH AS
FOLLOWS:-

1. The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the
   Company and in the Company's name and otherwise on the Company's behalf
   and as the Company's act and deed to sign, seal, execute, deliver, perfect and
   do all deeds, instruments, acts and things which may be required (or which GTB
   shall consider requisite) for or in connection with the provision of any tax
   services provided to the Company from time to time, including the reclaiming
   from any taxation authority in any jurisdiction (as appropriate) amounts in respect
   of payments made to the Company, or through GTB on behalf of the Company.
   The company also authorises GTB to set the procedure to collect the amounts
   claimed.

2. The Company shall ratify and confirm all transactions entered into, documents
   executed and things done by GTB or its delegates by virtue of the Power Of
   Attorney given by Clause 1 of this deed unless it is proved that GTB or its
   delegates have acted with negligence, willful default or fraud.

3. The Company agrees to indemnify GTB against all costs, liabilities and expenses
   including (without limitation) any reasonable legal fees and disbursements arising
   directly or indirectly out of the exercise or purported exercise of GTB's powers
   under this deed PROVIDED THAT GTB shall not be indemnified against any
   such liabilities, costs and expenses arising out of GTB or any nominee's or
   agent's or delegates own willful default, negligence or fraud.

4. The Company declares that any person dealing with GTB shall not be concerned
   to see or enquire as to the proprietary or expediency of any act, deed, matter or
   thing which GTB may do or perform in the Company's name by virtue of this
   deed.

SKAT Fredensborg

Bilag nr. 130-16-60

Confidential Pursuant to Protective Order

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

Executed as a deed by -

Name of company:

RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Acting by name(s) of:

DAVID SCHULMAN, Trustee

Duly authorised
signatory(ies):

SKAT Fredensborg

Bilag nr. 130 - 16 · 61

Confidential Pursuant to Protective Order



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: January 22, 2015

Taxpayer: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
        TIN: 13-3865149
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 130 - 16 - 62

Confidential Pursuant to Protective Order