| | |
|---|---|
| **From:** | Stacey Kaminer <SK@acerinvest.com> |
| **Sent:** | Tuesday, March 4, 2014 3:41 PM |
| **To:** | tori.foster@live.co.uk |
| **Subject:** | QUESTION |

Vic,

The Danish and Belgium is our regular agreement right 50/50 profit and risk correct? I know you will charge a fee that we will net on reconciliation but just making sure we are on the same page.

Best,

S

CONFIDENTIAL

ACER_00025379