ACER INVESTMENT GROUP, LLC
75 Claremont Road - Suite 309
Bernardsville, New Jersey 07924
Phone (908) 630-9060 - Fax (908) 630-9379

December 30, 2014

ED&F Man Capital Markets Limited
Cottons Centre
Hay's Lane
London, SE1 2QE

Att:Victoria Foster and Marcus Howard

INVOICE

Please remit     $ REDACTED  and kr. 13,725 as per the following details:

| Stock | Shares | Dividend | Rate | Fee |
|---|---|---|---|---|
| REDACTED | | | | |
| IC DC | 50,000 | kr. 3.00 | 9.15% | kr. 13,725 |

All requested funds should be credited to the Acer Investment account at
ED&F Man Capital Markets, acct 1-020-010-ACERIN-GPLLC.

Regards,

*Stacey Kaminer*

Stacey Kaminer
Member

ACER INVESTMENT GROUP, LLC
3372 Woods Edge Circle, Suite 104
Bonita Springs, FL 34134
Phone (239) 908-9859 - Fax (239) 908-9864

May 13, 2015

ED&F Man Capital Markets Limited
Cottons Centre
Hay's Lane
London, SE1 2QE

Att: Victoria Foster and Marcus Howard

INVOICE

Please remit   € 175,455.00 and      DKK 160,799     as per the following details:

| Stock | Shares | Dividend | Rate | Fee |
|---|---|---|---|---|
| BELG BB | 2,700,000 | € 1.00 | 3.725% | € 100,575 |
| AH NA | 4,000,000 | € 0.48 | 3.900% | € 74,880 |
| TDC DC | 3,615,200 | DKK 1.00 | 3.150% | DKK 113,879 |
| DSV DC | 1,700,000 | DKK 1.60 | 1.725% | DKK 46,920 |

All requested funds should be credited to the Acer Investment account at
ED&F Man Capital Markets, acct 1-020-010-ACERIN-GPLLC.

Regards,

*Stacey Kaminer*

Stacey Kaminer
Member

## Sandy Baliatico

| | |
|---|---|
| **From:** | Alan Goldman |
| **Sent:** | Wednesday, July 08, 2015 4:04 PM |
| **To:** | Joseph Sipkin; Sandy Baliatico |
| **Cc:** | Stacey Kaminer |
| **Subject:** | RE: Acer invoice request |
| **Attachments:** | Acer rev detail 2015.xlsx; EDFINVOICEMar 4.pdf; EDFINVOICEMar 19.pdf; EDFINVOICEMar 30.pdf; EDFINVOICEApr 27.pdf; EDFINVOICEMay 13.pdf; EDFINVOICEMay 20.pdf; EDFINVOICEJune 5.pdf; EDFINVOICEJune 18.pdf |

Hi Joe,

Attached are the billings to date, all to ED&F Capital Markets.

The fee is calculated by applying the negotiated rate by the # of shares borrowed and dividend paid per share. The rate is agreed to by us and EDF.

Regards,

Alan

**From:** Joseph Sipkin [mailto:jsipkin@lernersipkin.com]
**Sent:** Wednesday, July 08, 2015 10:06 AM
**To:** Sandy Baliatico; Alan Goldman
**Subject:** FW: Acer invoice request

Sandy, sorry for the delay. Attached are the invoices that we will need to see. Alan, I will need to see all of the revenue invoices. Also, due to PCAOB requirements, I will need to know how each invoice was developed. Revenue testing is a very hot topic with them.

Regards,

Joe

CONFIDENTIAL                                                                                               ACER_00017546

CONFIDENTIAL

| Borrow date | Div Pay/ Reclaim Date | Security | # of shares | Div | other Fee | Fee | Billed | Borrower | F/X rate | USD |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/2015 | 1/8/2015 | CHR DC | 800,000 | DKK 3.77 | 3.875% | DKK 116,870 | 3/19/2015 | EDF | | |
| 12/3/2014 | 1/20/2015 | COLOB DC | 4,000,000 | DKK 7.50 | 2.900% | DKK 870,000 | 3/19/2015 | EDF | 0.14257 | $ 140,698.06 |
| 2/25/2015 | 3/3/2015 | NZYMB DC | 1,865,000 | DKK 3.00 | 5.400% | DKK 302,130 | 4/27/2015 | EDF | 0.1456 | $ 43,990.13 |
| 3/9/2015 | 5/6/2015 | TDC DC | 3,615,200 | DKK 1.00 | 3.150% | DKK 113,879 | 5/13/2015 | EDF | | |
| 3/15/2015 | 5/6/2015 | DSV DC | 1,700,000.00 | DKK 1.60 | 1.725% | DKK 46,920 | 5/13/2015 | EDF | 0.15012 | $ 24,139.15 |
| 3/20/2015 | 5/18/2015 | DANSKE DC | 3,400,000 | DKK 5.50 | 4.200% | DKK 785,400 | 5/20/2015 | EDF | | |
| 3/23/2015 | 5/18/2015 | NOVOB DC | 4,000,000 | DKK 5.00 | 3.200% | DKK 640,000 | 5/20/2015 | EDF | | |
| 3/20/2015 | 5/18/2015 | PNDORA DC | 700,950 | DKK 9.00 | 3.075% | DKK 193,988 | 5/20/2015 | EDF | | |
| 4/7/2015 | 5/18/2015 | MAERSK DC | 9,595 | DKK 1,971.00 | 3.665% | DKK 693,115 | 5/20/2015 | EDF | 0.15044 | $ 347,893.01 |

REDACTED

ACER INVESTMENT GROUP, LLC
3372 Woods Edge Circle, Suite 104
Bonita Springs, FL 34134
Phone (239) 908-9859 - Fax (239) 908-9864

March 4, 2015

ED&F Man Capital Markets Limited
Cottons Centre
Hay's Lane
London, SE1 2QE

Att: Victoria Foster and Marcus Howard

INVOICE

Please remit    € REDACTED   as per the following details:

| Stock | Shares | Dividend | Rate | Fee |
|---|---|---|---|---|
| REDACTED | | | | |

All requested funds should be credited to the Acer Investment account at
ED&F Man Capital Markets, acct 1-020-010-ACERIN-GPLLC.

Regards,

*Stacey Kaminer*

Stacey Kaminer
Member

ACER INVESTMENT GROUP, LLC
3372 Woods Edge Circle, Suite 104
Bonita Springs, FL 34134
Phone (239) 908-9859 - Fax (239) 908-9864

March 19, 2015

ED&F Man Capital Markets Limited
Cottons Centre
Hay's Lane
London, SE1 2QE

Att: Victoria Foster and Marcus Howard

INVOICE

Please remit    kr. 986,870.00  as per the following details:

| Stock | Shares | Dividend | Rate | Fee |
|---|---|---|---|---|
| CHR DC | 800,000 | kr. 3.77 | 3.875% | kr. 116,870.00 |
| COLOB DC | 4,000,000 | kr. 7.50 | 2.90% | kr. 870,000.00 |

All requested funds should be credited to the Acer Investment account at
ED&F Man Capital Markets, acct 1-020-010-ACERIN-GPLLC.

Regards,

*Stacey Kaminer*

Stacey Kaminer
Member

CONFIDENTIAL                                                                                        ACER_00017549

ACER INVESTMENT GROUP, LLC
3372 Woods Edge Circle, Suite 104
Bonita Springs, FL 34134
Phone (239) 908-9859 - Fax (239) 908-9864

March 30, 2015

ED&F Man Capital Markets Limited
Cottons Centre
Hay's Lane
London, SE1 2QE

Att: Victoria Foster and Marcus Howard

INVOICE

Please remit       $ REDACT   as per the following details:

| Stock | Shares | Dividend | Rate | Fee |
|-------|--------|----------|------|-----|
| REDACTED | | | | |

All requested funds should be credited to the Acer Investment account at
ED&F Man Capital Markets, acct 1-020-010-ACERIN-GPLLC.

Regards,

*Stacey Kaminer*

Stacey Kaminer
Member

ACER INVESTMENT GROUP, LLC
3372 Woods Edge Circle, Suite 104
Bonita Springs, FL 34134
Phone (239) 908-9859 - Fax (239) 908-9864

April 27, 2015

ED&F Man Capital Markets Limited
Cottons Centre
Hay's Lane
London, SE1 2QE

Att:Victoria Foster and Marcus Howard

INVOICE

Please remit        kr. 302,130 as per the following details:

| Stock | Shares | Dividend | Rate | Fee |
|---|---|---|---|---|
| NZYMB DC | 1,865,000 | kr. 3.00 | 5.40% | kr. 302,130 |

All requested funds should be credited to the Acer Investment account at
ED&F Man Capital Markets, acct 1-020-010-ACERIN-GPLLC.

Regards,

*Stacey Kaminer*

Stacey Kaminer
Member

ACER INVESTMENT GROUP, LLC
3372 Woods Edge Circle, Suite 104
Bonita Springs, FL 34134
Phone (239) 908-9859 - Fax (239) 908-9864

May 13, 2015

ED&F Man Capital Markets Limited
Cottons Centre
Hay's Lane
London, SE1 2QE

Att: Victoria Foster and Marcus Howard

INVOICE

Please remit   € REDACTED   and   DKK 160,799   as per the following details:

| Stock | Shares | Dividend | Rate | Fee |
|---|---|---|---|---|
| REDACTED | | | | |
| TDC DC | 3,615,200 | DKK 1.00 | 3.150% | DKK 113,879 |
| DSV DC | 1,700,000 | DKK 1.60 | 1.725% | DKK 46,920 |

All requested funds should be credited to the Acer Investment account at
ED&F Man Capital Markets, acct 1-020-010-ACERIN-GPLLC.

Regards,

*Stacey Kaminer*

Stacey Kaminer
Member

ACER INVESTMENT GROUP, LLC
3372 Woods Edge Circle, Suite 104
Bonita Springs, FL 34134
Phone (239) 908-9859 - Fax (239) 908-9864

May 20, 2015

ED&F Man Capital Markets Limited
Cottons Centre
Hay's Lane
London, SE1 2QE

Att:Victoria Foster and Marcus Howard

INVOICE

Please remit      DKK   1,619,388  as per the following details:

| Stock | Shares | Dividend | Rate | Fee |
|---|---|---|---|---|
| DANSKE DC | 3,400,000 | DKK 5.50 | 4.200% | DKK 785,400 |
| NOVOB DC | 4,000,000 | DKK 5.00 | 3.200% | DKK 640,000 |
| PNDORA DC | 700,950 | DKK 9.00 | 3.075% | DKK 193,988 |

All requested funds should be credited to the Acer Investment account at
ED&F Man Capital Markets, acct 1-020-010-ACERIN-GPLLC.

Regards,

*Stacey Kaminer*

Stacey Kaminer
Member

CONFIDENTIAL                                                                                                    ACER_00017553

ACER INVESTMENT GROUP, LLC
3372 Woods Edge Circle, Suite 104
Bonita Springs, FL 34134
Phone (239) 908-9859 - Fax (239) 908-9864

June 5, 2015

ED&F Man Capital Markets Limited
Cottons Centre
Hay's Lane
London, SE1 2QE

Att: Victoria Foster and Marcus Howard

INVOICE

Please remit   €   REDACTED   as per the following details:

| Stock | Shares | Dividend | Rate | Fee |
|-------|--------|----------|------|-----|
| REDACTED | | | | |

All requested funds should be credited to the Acer Investment account at
ED&F Man Capital Markets, acct 1-020-010-ACERIN-GPLLC.

Regards,

*Stacey Kaminer*

Stacey Kaminer
Member

CONFIDENTIAL                                                              ACER_00017554

ACER INVESTMENT GROUP, LLC
3372 Woods Edge Circle, Suite 104
Bonita Springs, FL 34134
Phone (239) 908-9859 - Fax (239) 908-9864

June 18, 2015

ED&F Man Capital Markets Limited
Cottons Centre
Hay's Lane
London, SE1 2QE

Att: Victoria Foster and Marcus Howard

INVOICE

Please remit    € REDACTED    as per the following details:

| Stock | Shares | Dividend | Rate | Fee |
|---|---|---|---|---|
| REDACTED | | | | |

All requested funds should be credited to the Acer Investment account at
ED&F Man Capital Markets, acct 1-020-010-ACERIN-GPLLC.

Regards,

*Stacey Kaminer*

Stacey Kaminer
Member

CONFIDENTIAL                                                                 ACER_00017555

ACER INVESTMENT GROUP, LLC
3372 Woods Edge Circle, Suite 104
Bonita Springs, FL 34134
Phone (239) 908-9859 - Fax (239) 908-9864

May 20, 2015

ED&F Man Capital Markets Limited
Cottons Centre
Hay's Lane
London, SE1 2QE

Att: Victoria Foster and Marcus Howard

INVOICE

Please remit      DKK    2,312,503   as per the following details:

| Stock | Shares | Dividend | | Rate | Fee | |
|---|---|---|---|---|---|---|
| DANSKE DC | 3,400,000 | DKK | 5.50 | 4.200% | DKK | 785,400 |
| NOVOB DC | 4,000,000 | DKK | 5.00 | 3.200% | DKK | 640,000 |
| PNDORA DC | 700,950 | DKK | 9.00 | 3.075% | DKK | 193,988 |
| MAERSK DC | 9,595 | DKK | 1,971.00 | 3.665% | DKK | 693,115 |

All requested funds should be credited to the Acer Investment account at
ED&F Man Capital Markets, acct 1-020-010-ACERIN-GPLLC.

Regards,

*Stacey Kaminer*

Stacey Kaminer
Member

ACER INVESTMENT GROUP, LLC
75 Claremont Road - Suite 309
Bernardsville, New Jersey 07924
Phone (908) 630-9060 - Fax (908) 630-9379

April 28, 2014

ED&F Man Capital Markets Limited
Cottons Centre
Hay's Lane
London, SE1 2QE

Att: Victoria Foster and Marcus Howard

INVOICE

Please remit   € 27,819.00   with respect to fees for services rendered as per the following details.

| Stock | Shares | Dividend | Rate | | Fee |
|---|---|---|---|---|---|
| ABI BB | 2,000,000 | € 0.60 | 1.4975% | | € 17,970.00 |
| COLOB | 500,000 | kr. 7.00 | 2.10% | kr. 73,500.00 | € 9,849.00 |
| Total | | | | | € 27,819.00 |

All requested funds should be credited to the Acer Investment account at ED&F Man Capital Markets, acct 1-020-010-ACERIN-GPLLC.

Regards,

*Stacey Kaminer*

Stacey Kaminer
Member

ACER INVESTMENT GROUP, LLC
75 Claremont Road - Suite 309
Bernardsville, New Jersey 07924
Phone (908) 630-9060 - Fax (908) 630-9379

April 30, 2014

ED&F Man Capital Markets Limited
Cottons Centre
Hay's Lane
London, SE1 2QE

Att: Victoria Foster and Marcus Howard

INVOICE

Please remit  € 841,602 with respect to fees for services rendered as per the following details.

| Stock | Shares | Dividend | Rate | | Fee |
|---|---|---|---|---|---|
| BELG BB | 5,000,000 | € 1.68 | 5.03% | | € 422,520 |
| TDC DC | 30,300,000 | kr. 2.20 | 4.69% | kr. 3,126,354 | € 419,082 |
| Total | | | | | € 841,602 |

All requested funds should be credited to the Acer Investment account at
ED&F Man Capital Markets, acct 1-020-010-ACERIN-GPLLC.

Regards,

*Stacey Kaminer*

Stacey Kaminer
Member

ACER INVESTMENT GROUP, LLC
75 Claremont Road - Suite 309
Bernardsville, New Jersey 07924
Phone (908) 630-9060 - Fax (908) 630-9379

May 9, 2014

ED&F Man Capital Markets Limited
Cottons Centre
Hay's Lane
London, SE1 2QE

Att: Victoria Foster and Marcus Howard

INVOICE

Please remit   € 635,427 and   kr. 8,146,965 as per the following details.

| Stock | Shares | Dividend | Rate | Fee |
|---|---|---|---|---|
| GBLB Bb | 4,225,000 | € 2.72 | 3.88% | € 445,315 |
| UCB BB | 4,570,000 | € 1.04 | 4.00% | € 190,112 |
| NOVOB | 22,900,000 | kr. 4.50 | 5.43% | kr. 5,595,615 |
| DANSK | 29,125,000 | kr. 2.00 | 4.38% | kr. 2,551,350 |

All requested funds should be credited to the Acer Investment account at
ED&F Man Capital Markets, acct 1-020-010-ACERIN-GPLLC.

Regards,

*Stacey Kaminer*

Stacey Kaminer
Member

CONFIDENTIAL
ED&F-00257314