Message

| | |
|---|---|
| **From:** | Scanlan, Chris (LDN) [cscanlan@edfmancapital.com] |
| **Sent:** | 18/09/2014 07:02:16 |
| **To:** | Alan Goldman [AG@aigkamco.com] |
| **BCC:** | Scanlan, Chris (LDN) [cscanlan@edfmancapital.com] |
| **Subject:** | RE: TDC DC - Acer - PD 13 08 2014.xlsx |

Hi Alan,

This is what I see – let me know when you are in I will give you a call to discuss.

Thanks,

Chris

| Row Labels | CC:AMERIC-INVGR | CC:DW0000-CONST | CC:KAMCOO-INVES | CC:KAMCOO-LPPRO | CC:MOIRA0-ASSOC | Grand Total |
|---|---|---|---|---|---|---|
| EQUITY | (176,122,210) | (176,122,210) | (181,302,275) | (150,273,686) | (176,122,210) | (859,942,591) |
| SWAP | 163,205,100 | 163,205,100 | 168,005,250 | 139,252,352 | 163,205,100 | 796,872,902 |
| Dividend | 3,723,000 | 3,723,000 | 3,832,500 | 3,226,643 | 3,723,000 | 18,228,143 |
| Reclaim | 1,365,296 | 1,365,296 | 1,405,451 | 1,115,295 | 1,365,296 | 6,616,633 |
| EDF Fee Pt I | (51,000) | (51,000) | (41,661) | (52,500) | (51,000) | (247,161) |
| Funding | (70,668) | (70,668) | (58,067) | (72,746) | (70,668) | (342,817) |
| FUTURE | 8,383,720 | 8,383,720 | 8,630,300 | 7,153,286 | 8,383,720 | 40,934,746 |
| Futures Bro | (2,040) | (2,040) | (2,100) | (1,741) | (2,040) | (9,961) |
| Futures Fees | (22,293) | (22,293) | (22,740) | (20,064) | (11,146) | (98,536) |
| **Grand Total** | **408,905** | **408,905** | **446,657** | **326,840** | **420,051** | **2,011,358** |
| | AIGPP | DWCPP | KIPP | KLPP | MAPP | |
| Entity Profit | 21,682 | 21,682 | 22,320 | 17,712 | 21,682 | 105,079 |
| Clearance Fee | 387,223 | 387,223 | 424,338 | 309,128 | 398,369 | 1,906,280 |
| Ticket Charges | | | | | | (4,843) |
| EDF account balance | | | | | | (156,945) |
| Remaining Trade Profit | | | | | | 1,744,492 |

**From:** Alan Goldman [mailto:AG@aigkamco.com]
**Sent:** 16 September 2014 17:34
**To:** Scanlan, Chris (LDN)
**Subject:** TDC DC - Acer - PD 13 08 2014.xlsx

Hi Chris,

Attached is the TDC rec.

I've adjusted for ticket charges as well as the original rec included an incorrect reclaim for KLPP. The figure you showed was before the GOAL charge.

Please charge the accounts a drawdown fee equal to the funding charge. (Total charge-45,980 Euro.)

As the Futures brokerage has not come thru yet, I've accrued the entity side in the rec assuming that charge will be passed on to them when received.

The total acer fee of 756,885 DKK should go against the Belgian loss.

Please call to discuss if you have any questions.

Regards,

Alan Goldman
Chief Financial Officer
Acer Investment Group, LLC
75 Claremont Rd. Suite 309
Bernardsville, NJ 07924
Off Ph - (516) 759-8474
Cell    - (516) 993-8104


This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL                                                                                                                    ED&F-00335659