# goal

CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

Our Ref: BDK000314
Tax Ref: 47-1369981

28 April 2015

Dear Sir or Madam,

### RE: A/C Roadcraft Technologies LLC Roth 401(K) Plan ROA01

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote referenceARG BDK000314.

Would you please confirm safe receipt of this reclaim by sending an email to GTB@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*[signature]*

Melissa-Anne Rodrigues
Operations Manager

San Francisco        Philadelphia        London        Hong K[ong]

SKAT Fredensborg
Bilag nr. _____ 74-05-01

SKAT_MDL_001_00056852

Confidential Pursuant to Protective Order



# SKAT

## Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner    ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: **65,045,912.65**

**Beneficial Owner**

Full name
Roadcraft Technologies LLC Roth 401(K) Plan

Full address
State of Delaware, 1811 Silverside Road
Wilmington, DE 19810
USA

E-mail
GTB@goalgroup.com

Signature
Beneficial owner/applicant

*Rodrigues*  [goal stamp]

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number: **13**

(This documentation is obligatory)

**Financial Institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street Branch Croydon

| Reg. no | Account no |
|---|---|
|  | 34015159 |

| SWIFT | BLZ | IBAN |
|---|---|---|
| NWBKGB2L |  | IBAN GB88NWBK60730134015159 |

On reclaim please quote: 000 DK 314

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and **U.S.A.**

Date        Official stamp and signature

When signed to be forwarded to:    **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

06.003 ENG

---

**SKAT Fredensborg**

Bilag nr. _____ 74-05-02


# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
Issue Date: 31-03-2015, Issue No: 3,876

Roadcraft Technologies LLC Roth 401(K) Plan
425 Park Avenue
New York
NY 10022
United States of America

Date: 31-03-2015

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 31-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | CARLSBERG AS-B |
| Sedol: | 4169219 |
| ISIN: | DK0010181759 |
| Ex Date: | 27-03-2015 |
| Record Date: | 30-03-2015 |
| Pay Date: | 31-03-2015 |
| Dividend Per Share: | DKK 9.00 |
| No of Shares: | 887,986 |
| Gross Dividend: | DKK 7,991,874.00 |
| Tax: | DKK 2,157,805.98 |
| Net Dividend: | DKK 5,834,068.02 |

SKAT Fredensborg

Bilag nr. 74-05-03


# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
Issue Date: 23-03-2015, Issue No: 3,093

Roadcraft Technologies LLC Roth 401(K) Plan
425 Park Avenue
New York
NY 10022
United States of America

Date: 23-03-2015

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 23-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | Danske Bank A/S |
| Sedol: | 4588825 |
| ISIN: | DK0010274414 |
| Ex Date: | 19-03-2015 |
| Record Date: | 20-03-2015 |
| Pay Date: | 23-03-2015 |
| Dividend Per Share: | DKK 5.50 |
| No of Shares: | 3,217,471 |
| Gross Dividend: | DKK 17,696,090.50 |
| Tax: | DKK 4,777,944.44 |
| Net Dividend: | DKK 12,918,146.06 |

Solo Capital Partners LLP is authorised and regulated by the Financial Conduct Authority of the United
FCA Registration Number 500873, Company Number OF365974, VAT Registration Number 113 54

SKAT Fredensborg

Bilag nr. _____74-05-04_____

Confidential Pursuant to Protective Order                                      SKAT_MDL_001_00056855


# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
Issue Date: 17-03-2015, Issue No: 2,737

Roadcraft Technologies LLC Roth 401(K) Plan
425 Park Avenue
New York
NY 10022
United States of America

Date: 17-03-2015

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 17-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | DSV A/S |
| Sedol: | B1WT5G2 |
| ISIN: | DK0060079531 |
| Ex Date: | 13-03-2015 |
| Record Date: | 16-03-2015 |
| Pay Date: | 17-03-2015 |
| Dividend Per Share: | DKK 1.60 |
| No of Shares: | 633,514 |
| Gross Dividend: | DKK 1,013,622.40 |
| Tax: | DKK 273,678.05 |
| Net Dividend: | DKK 739,944.35 |

Name: Sanjay Shah
Solo Capital Partners LLP

SKAT Fredensborg

Bilag nr. 74-05-05

Confidential Pursuant to Protective Order		SKAT_MDL_001_00056856


# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
Issue Date: 31-03-2015, Issue No: 3,746

Roadcraft Technologies LLC Roth 401(K) Plan
425 Park Avenue
New York
NY 10022
United States of America

Date: **31-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 31-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | **FLSMIDTH & CO A/S** |
| Sedol: | **5263574** |
| ISIN: | **DK0010234467** |
| Ex Date: | 27-03-2015 |
| Record Date: | 30-03-2015 |
| Pay Date: | 31-03-2015 |
| Dividend Per Share: | DKK 9.00 |
| No of Shares: | 399,512 |
| Gross Dividend: | DKK 3,595,608.00 |
| Tax: | DKK 970,814.16 |
| Net Dividend: | DKK 2,624,793.84 |

SKAT Fredensborg

Bilag nr. _____74-05-06_____

Confidential Pursuant to Protective Order

SKAT_MDL_001_00056857



# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
Issue Date: 24-03-2015, Issue No: 3,308

Roadcraft Technologies LLC Roth 401(K) Plan
425 Park Avenue
New York
NY 10022
United States of America

Date: 24-03-2015

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 24-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | GN STORE NORD A/S |
| Sedol: | 4501093 |
| ISIN: | DK0010272632 |
| Ex Date: | 20-03-2015 |
| Record Date: | 23-03-2015 |
| Pay Date: | 24-03-2015 |
| Dividend Per Share: | DKK 0.90 |
| No of Shares: | 591,012 |
| Gross Dividend: | DKK 531,910.80 |
| Tax: | DKK 143,615.92 |
| Net Dividend: | DKK 388,294.88 |

SKAT Fredensborg

Bilag nr. 74-05-07

Confidential Pursuant to Protective Order

SKAT_MDL_001_00056858



# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
Issue Date: 07-04-2015, Issue No: 4,438

Roadcraft Technologies LLC Roth 401(K) Plan
425 Park Avenue
New York
NY 10022
United States of America

Date: 07-04-2015

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 07-04-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | AP MOELLER-MAERSK A/S-A |
| Sedol: | 4253059 |
| ISIN: | DK0010244425 |
| Ex Date: | 31-03-2015 |
| Record Date: | 01-04-2015 |
| Pay Date: | 07-04-2015 |
| Dividend Per Share: | DKK 1,971.00 |
| No of Shares: | 39,785 |
| Gross Dividend: | DKK 78,416,235.00 |
| Tax: | DKK 21,172,383.45 |
| Net Dividend: | DKK 57,243,851.55 |

SKAT Fredensborg

Bilag nr. 74-05-08

Confidential Pursuant to Protective Order

SKAT_MDL_001_00056859


# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
Issue Date: 07-04-2015, Issue No: 4,475

Roadcraft Technologies LLC Roth 401(K) Plan
425 Park Avenue
New York
NY 10022
United States of America

Date: 07-04-2015

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 07-04-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | AP MOELLER-MAERSK A/S-B |
| Sedol: | 4253048 |
| ISIN: | DK0010244508 |
| Ex Date: | 31-03-2015 |
| Record Date: | 01-04-2015 |
| Pay Date: | 07-04-2015 |
| Dividend Per Share: | DKK 1,971.00 |
| No of Shares: | 40,179 |
| Gross Dividend: | DKK 79,192,809.00 |
| Tax: | DKK 21,382,058.43 |
| Net Dividend: | DKK 57,810,750.57 |

SKAT Fredensborg

Bilag nr. 74-05-09

Confidential Pursuant to Protective Order

SKAT_MDL_001_00056860


# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
Issue Date: 24-03-2015, Issue No: 3,435

Roadcraft Technologies LLC Roth 401(K) Plan
425 Park Avenue
New York
NY 10022
United States of America

Date: 24-03-2015

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 24-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | NOVO NORDISK A/S-B |
| Sedol: | BHC8X90 |
| ISIN: | DK0060534915 |
| Ex Date: | 20-03-2015 |
| Record Date: | 23-03-2015 |
| Pay Date: | 24-03-2015 |
| Dividend Per Share: | DKK 5.00 |
| No of Shares: | 6,296,082 |
| Gross Dividend: | DKK 31,480,410.00 |
| Tax: | DKK 8,499,710.70 |
| Net Dividend: | DKK 22,980,699.30 |

SKAT Fredensborg

Bilag nr. 74-05-10

Confidential Pursuant to Protective Order

SKAT_MDL_001_00056861


Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

# DIVIDEND CREDIT ADVICE
Issue Date: 02-03-2015, Issue No: 2,388

Roadcraft Technologies LLC Roth 401(K) Plan
425 Park Avenue
New York
NY 10022
United States of America

Date: 02-03-2015

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 02-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | NOVOZYMES A/S-B |
| Sedol: | B798FW0 |
| ISIN: | DK0060336014 |
| Ex Date: | 26-02-2015 |
| Record Date: | 27-02-2015 |
| Pay Date: | 02-03-2015 |
| Dividend Per Share: | DKK 3.00 |
| No of Shares: | 681,437 |
| Gross Dividend: | DKK 2,044,311.00 |
| Tax: | DKK 551,963.97 |
| Net Dividend: | DKK 1,492,347.03 |

SKAT Fredensborg

Bilag nr. _____ 74-05-11

Confidential Pursuant to Protective Order

SKAT_MDL_001_00056862


Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

# DIVIDEND CREDIT ADVICE
Issue Date: 23-03-2015, Issue No: 2,919

Roadcraft Technologies LLC Roth 401(K) Plan
425 Park Avenue
New York
NY 10022
United States of America

Date: **23-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 23-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | **PANDORA A/S** |
| Sedol: | **B44XTX8** |
| ISIN: | DK0060252690 |
| Ex Date: | 19-03-2015 |
| Record Date: | 20-03-2015 |
| Pay Date: | 23-03-2015 |
| Dividend Per Share: | DKK 9.00 |
| No of Shares: | 443,167 |
| Gross Dividend: | DKK 3,988,503.00 |
| Tax: | DKK 1,076,895.81 |
| Net Dividend: | DKK 2,911,607.19 |

Solo Capital Partners LLP is authorised and regulated by the Financial Conduct Authority of the United Kingdom. FCA Registration Number 568568. Company Number OC367979. VAT Registration Number 123 5466

SKAT Fredensborg

Bilag nr. _____74-05-12_____

Confidential Pursuant to Protective Order                                   SKAT_MDL_001_00056863


# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
Issue Date: 10-03-2015, Issue No: 2,652

Roadcraft Technologies LLC Roth 401(K) Plan
425 Park Avenue
New York
NY 10022
United States of America

Date: 10-03-2015

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 10-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | TDC A/S |
| Sedol: | 5698790 |
| ISIN: | DK0060228559 |
| Ex Date: | 06-03-2015 |
| Record Date: | 09-03-2015 |
| Pay Date: | 10-03-2015 |
| Dividend Per Share: | DKK 1.00 |
| No of Shares: | 2,572,455 |
| Gross Dividend: | DKK 2,572,455.00 |
| Tax: | DKK 694,562.85 |
| Net Dividend: | DKK 1,877,892.15 |

Name: Sanjay Shah
Solo Capital Partners LLP

SKAT Fredensborg

Bilag nr. 74-05-13

Confidential Pursuant to Protective Order

SKAT_MDL_001_00056864


# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
Issue Date: 30-03-2015, Issue No: 3,616

Roadcraft Technologies LLC Roth 401(K) Plan
425 Park Avenue
New York
NY 10022
United States of America

Date: 30-03-2015

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 30-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | TRYG A/S |
| Sedol: | B0LL2W7 |
| ISIN: | DK0060013274 |
| Ex Date: | 26-03-2015 |
| Record Date: | 27-03-2015 |
| Pay Date: | 30-03-2015 |
| Dividend Per Share: | DKK 29.00 |
| No of Shares: | 174,450 |
| Gross Dividend: | DKK 5,059,050.00 |
| Tax: | DKK 1,365,943.50 |
| Net Dividend: | DKK 3,693,106.50 |

SKAT Fredensborg

Bilag nr. _____ 74-05-14


# Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
Issue Date: 07-04-2015, Issue No: 4,410

Roadcraft Technologies LLC Roth 401(K) Plan
425 Park Avenue
New York
NY 10022
United States of America

Date: 07-04-2015

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 07-04-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | VESTAS WIND SYSTEMS A/S |
| Sedol: | 5964651 |
| ISIN: | DK0010268606 |
| Ex Date: | 31-03-2015 |
| Record Date: | 01-04-2015 |
| Pay Date: | 07-04-2015 |
| Dividend Per Share: | DKK 3.90 |
| No of Shares: | 1,878,951 |
| Gross Dividend: | DKK 7,327,908.90 |
| Tax: | DKK 1,978,535.40 |
| Net Dividend: | DKK 5,349,373.50 |

SKAT Fredensborg

Bilag nr. 74-05-15

Confidential Pursuant to Protective Order

SKAT_MDL_001_00056866



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION PROGRAM

Date: March 9, 2015



000033

Taxpayer: ROADCRAFT TECHNOLOGIES LLC ROTH 401K PLAN
TIN: 47-1369981
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is a trust forming part of a pension, profit sharing, or stock bonus plan qualified under section 401(a) of the U.S. Internal Revenue Code, which is exempt from U.S. taxation under section 501(a), and is a resident of the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 74-05-16

Confidential Pursuant to Protective Order

SKAT_MDL_001_00056867

*Roadcraft Technologies LLC*
*c/o Kaye Scholer LLP*
*425 Park Avenue*
*New York, NY 10022-3598*

*Power of Attorney*

THIS POWER OF ATTORNEY, made this _____22nd_____ day of ____Aug____ 2014 by Roadcraft Technologies LLC Roth 401(K) Plan ("The Plan") WITNESSETH AS FOLLOWS:-

1. The Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of The Plan and in The Plan's name and otherwise on The Plan's behalf and as The Plan's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to The Plan from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to The Plan, or through GTB on behalf of The Plan. The Plan also authorises GTB to set the procedure to collect the amounts claimed.

2. The Plan shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Plan agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Plan declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in The Plan's name by virtue of this deed.

5. This deed shall be revocable on the unilateral act of The Plan, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and The Plan hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

SKAT Fredensborg

Bilag nr. _____74-05-17_____

Execution of a deed by a plan formed outside Great Britain

Executed as a deed by -

Name of plan: _Roadcraft Technologies LLC Roth 401(K) Plan_

Acting by name(s) of: Ronald Altbach

Duly authorised signatory(ies): By: M/B/ attorney-in-fact

SKAT Fredensborg

Bilag nr. _____74-05-18_____

Confidential Pursuant to Protective Order

SKAT_MDL_001_00056869