| Client Account Id | Approval Date | Leg Type | Side | Instrument Type | Trade Date | Settlement Date | Stock | Ticker | Shape | Price | Exchange | Currency | Notional | Isin | Counterparty Name | Haircut | Term | Cash Rebate Interest | Cash Rebate Spread | Stock Rebate Interest | Stock Rebate Spread | Cash Pool Type | Dividends | Is Forward Roll | year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RJM01 | 11-Apr-13 | Equity | Buy | Equity | 11-Apr-13 | 17-Apr-13 | MAERSKB DC EQUITY | MAERSKB DC | 10400 | 43680.2893 | | DKK | 454275008.7 | DK0010244508 | FGC Securities LLC | | | | | | | | | FALSE | 2013 |
| RAJ01 | 11-Apr-13 | Equity | Buy | Equity | 11-Apr-13 | 17-Apr-13 | MAERSKB DC EQUITY | MAERSKB DC | 10400 | 43720.3108 | | DKK | 454691232.3 | DK0010244508 | FGC Securities LLC | | | | | | | | | FALSE | 2013 |
| COL01 | 16-Apr-13 | Stock Loan | Lend | Equity | 16-Apr-13 | 17-Apr-13 | MAERSKB DC EQUITY | MAERSKB DC | 10400 | 43680.2893 | | DKK | 454275008.7 | DK0010244508 | D.D.C (Cayman) | | 0 Open | DKK LIBOR SPOT NEXT | | 70 DKK LIBOR SPOT NEXT | 49.55 | fixed | 100% | FALSE | 2013 |
| RJM01 | 16-Apr-13 | Stock Loan | Lend | Equity | 16-Apr-13 | 17-Apr-13 | MAERSKB DC EQUITY | MAERSKB DC | 10400 | 43680.2893 | | DKK | 454275008.7 | DK0010244508 | Colbrook Limited | None | Open | Overnight DKK Libor | | 70 Overnight DKK Libor | 49.55 | fixed | 100% | FALSE | 2013 |