**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to case nos.: 18-cv-09840 and 18-cv-09841. |

MASTER DOCKET

18-md-2865 (LAK)

### STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR THE MOTION IN LIMINE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that the briefing schedule for the motion in limine to exclude the proposed expert reports, opinions and testimony of Graham Wade (the "Motion") filed by Defendants Acer Investment Group, LLC, American Investment Group of New York, L.P. Pension Plan, Robert Crema, Stacey Kaminer, Riverside Associates Defined Benefit Plan, David Schulman, and Third-Party Defendant ED&F Man Capital Markets Limited on June 10, 2022 (ECF No. 811) is modified as follows:

1.    Plaintiff Skatteforvaltningen's current June 20, 2022 deadline to submit any opposition to the Motion is hereby extended by ten (10) days, up to and including June 30, 2022.

2.    Defendants' deadline to submit any replies in further support of their Motion shall be July 14, 2022.

This is the parties' first request to modify the briefing schedule for the Motion.

Dated: New York, New York
June 16, 2022

By: _/s/ Marc A. Weinstein_____
    Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Attorneys for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*

By: ___/s/ John C. Blessington_____
    John C. Blessington (*pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Fax: (617) 261-3175
john.blessington@klgates.com

*Attorneys for Bellwether Defendants Acer*
*Investment Group, LLC, American Investment*
*Group of New York, L.P. Pension Plan, David*
*Schulman, Riverside Associates Defined Benefit*
*Plan, Robert Crema and Stacey Kaminer*

By: _/s/ Neil S. Binder_____
    Neil S. Binder
BINDER & SCHWARTZ, LLP
366 Madison Avenue, Sixth Floor
New York, NY 10017
Telephone: (212) 510-7008
Fax: (212) 510-7299
nbinder@binder@schwartz.com

*Attorneys for Third-Party Defendant*
*ED&F Man Capital Markets, Ltd.*

SO ORDERED:

_____
    Hon. Lewis A. Kaplan
    United States District Judge

2