AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

In Re Customs & Tax Admin of Kingdom of Denmark )
)
) Case No. 18-md-2865 (LAK)
)
)

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Skandinaviska Enskilda Banken, Danmark, filial af Skandinaviska Enskilda Banken AB (publ), Sverige  .

Date:  06/17/2022

/s/ Amanda L. Pober
*Attorney's signature*

Amanda L. Pober
*Printed name and bar number*

Paul Hastings LLP, 200 Park Ave, NY, NY 10166

*Address*

amandapober@paulhastings.com
*E-mail address*

(212) 318-6221
*Telephone number*

(212) 319-4090
*FAX number*