CERTIFIED TRANSLATION

Danish Law of King Christian V (*Danske Lov, DL*) 1683-04-15
Vicarious liability, DL
-
Where the master of the house gives to his servant or anyone else a power of attorney to perform an act on his behalf, the master should himself answer for any wrongdoing committed thereunder by the person to whom he has granted the power of attorney, and restitution must be sought from him.



T: (+45) 33 12 13 18
Sværtegade 3
DK-1118 København K
www.ad-astra.dk
info@ad-astra.dk

I, the undersigned Benjamin Holst Kjeldsen, Danish certified translator and interpreter of the English language, hereby certify the preceding text to be a true and faithful translation of the attached section from the Danish Law of King Christian V in the Danish language.

In Witness Whereof I have hereunto set my hand and affixed my Seal this 3rd day of June 2022

**Benjamin Holst Kjeldsen**
**Certified Translator and Interpreter**

*Registration no. 76 with the Danish Association of Certified Translators and Interpreters*

**DL 1683-04-15**

**Arbejdsgiveransvar, DL**

-

End giver Husbond sin Tiener, eller Anden, Fuldmagt paa sine Vegne at forrette noget, da bør Husbonden selv at svare til hvad derudi forseis af den, som hand Fuldmagt givet haver, og af hannem igien søge Opretning.