**CERTIFIED TRANSLATION**

**Consolidated Act no 1851 of 20 September 2021**
**The Danish Criminal Code**

**23.**
1) The penalty provided for an offence applies to everybody who is complicit in the act by incitement, aiding or abetting. The punishment may be reduced where a person intended only to provide minor assistance or support an intent already formed, and where the offence has not been completed or intentional complicity failed.

(2) The punishment may also be reduced where a person is complicit in the breach of a special duty to which he is not subject.

(3) Unless otherwise provided, the punishment for complicity in offences that do not carry a sentence of imprisonment for a term exceeding four months may be remitted where the accomplice intended only to provide minor assistance or support an intent already formed, and where his complicity was due to negligence

**LBKG 2021-09-20 nr 1851**

**Straffeloven**

### § 23

Den for en lovovertrædelse givne straffebestemmelse omfatter alle, der ved tilskyndelse, råd eller dåd har medvirket til gerningen. Straffen kan nedsættes for den, der kun har villet yde en mindre væsentlig bistand eller styrke et allerede fattet forsæt, samt når forbrydelsen ikke er fuldbyrdet, eller en tilsigtet medvirken er mislykkedes.

*Stk. 2.* Straffen kan ligeledes nedsættes for den, der medvirker til krænkelse af et særligt pligtforhold, men selv står uden for dette.

*Stk. 3.* For så vidt ikke andet er bestemt, kan straf for medvirken ved lovovertrædelser, der ikke straffes med højere straf end fængsel i 4 måneder, bortfalde, når den medvirkende kun har villet yde en mindre væsentlig bistand eller styrke et allerede fattet forsæt, samt når hans medvirken skyldes uagtsomhed.

I, the undersigned, Jeanette Riis, certify that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of section 23 of the Danish Criminal Code (Consolidated Act no 1851 of 20 September 2021) in the Danish language.

Witness my hand and official seal.
Copenhagen, 11 May 2022

*Jeanette Riis*

MA in Translation and Interpretation (English)