**CERTIFIED TRANSLATION**

**Consolidated Act no 1238 of 9 November 2015**
**The Danish Limitation Act**

**3.**

As most recently amended by: **section 2(1), para (1), of Act 2018 140**

**In force: 1 April 2018**

(1) The period of limitation is three years unless otherwise provided by other provisions.

(2) If the creditor did not know about the claim or the debtor, the period of limitation under subsection (1) is only calculated from the date when the creditor received knowledge or ought to have received knowledge of the claim or the debtor.

(3)
1) Claims for damages or compensation in consequence of personal injury, but see subsection (4), and claims for damages for loss caused by pollution of air or water or contamination of soil or subsoil or by disruptions caused by noise, vibrations and the like become barred by limitation 30 years at the latest after the end of the tortious act;

2) Claims for damages for suffered non-contractual loss not covered by para (1) become barred by limitation ten years at the latest after the end of the tortious act;

3) Claims based on a written agreement on contribution to a company become barred by limitation ten years at the latest after the date of commencement according to Section 2a; and

4) Other claims become barred by limitation ten years at the latest after the date of commencement according to Section 2.

(4) Subsection 3, para (1), does not apply to claims for damages or compensation in consequence of occupational illness, see section 7 of the Danish Act on Workers Compensation.

(5) Claims for damages or compensation arising out of a regulatory authority, see section 1(1) and (2) of the Danish Public Administration Act, having ignored statutory obligations to a person under the age of 18 in connection with abuse committed against such person do not become barred by limitation.

**LBKG 2015-11-09 nr 1238**

**Forældelsesloven**

§ 3

Som senest ændret ved: **L 2018 140 § 2 stk. 1 nr. 1**

**I kraft: 2018-04-01**

Forældelsesfristen er 3 år, medmindre andet følger af andre bestemmelser.

*Stk. 2.* Var fordringshaveren ubekendt med fordringen eller skyldneren, regnes forældelsesfristen i stk. 1 først fra den dag, da fordringshaveren fik eller burde have fået kendskab hertil.

*Stk. 3.* Forældelse indtræder senest
1) 30 år efter den skadevoldende handlings ophør for fordringer på erstatning eller godtgørelse i anledning af personskade, jf. dog stk. 4, og for fordringer på erstatning for skade forvoldt ved forurening af luft, vand, jord eller undergrund eller ved forstyrrelser ved støj, rystelser el.lign.,
2) 10 år efter den skadevoldende handlings ophør for fordringer på erstatning for skade forvoldt uden for kontraktforhold, som ikke er omfattet af nr. 1,
3) 10 år efter begyndelsestidspunktet i henhold til § 2 a for fordringer, som støttes på skriftlig aftale om indskud i et selskab, og
4) 10 år efter begyndelsestidspunktet i henhold til § 2 for andre fordringer.

*Stk. 4.* Stk. 3, nr. 1, finder ikke anvendelse på fordringer på erstatning eller godtgørelse i anledning af en erhvervssygdom, jf. § 7 i lov om arbejdsskadesikring.

*Stk. 5.* Fordringer på erstatning eller godtgørelse, som udspringer af, at en forvaltningsmyndighed, jf. forvaltningslovens § 1, stk. 1 og 2, har tilsidesat lovbestemte forpligtelser over for en person under 18 år i forbindelse med overgreb begået over for denne, forældes ikke.

I, the undersigned, Jeanette Riis, certify that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of section 3 of the Danish Limitation Act (Consolidated Act no 1238 of 9 November 2015) in the Danish language.

Witness my hand and official seal.
Copenhagen, 9 May 2022

*[Seal: INTERPRES REGIA JURATA — JEANETTE RIIS]*

Jeanette Riis
MA in Translation and Interpretation (English)
