# LIONBRIDGE

STATE OF NEW YORK     )
                      )
                      )  ss
                      )
COUNTY OF NEW YORK    )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Danish into English of the attached document U.1947.707H. I affirm that the linguist responsible for producing this translation is fluent in both the Danish and English languages.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 6th day of June, 2022.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

U.1947.707H

***A number of payments not entered in the accounts from 1934 to 1942 by the treasurer of the homeowners' association. The association's claim not statute-barred.***

*Financial Matters, etc. 58.3.*

♦

**Supreme Court Judgment of April 15, 1947, in Case No. 182/1946***

*The Board of Directors of the "Søndervang" Homeowners' Association*
v.
*Retired Prison Officer Axel G. Helstrand*

# Supreme Court of Denmark

**Associations III — Accounting — Statute of Limitations, Supreme Court Judgment of April 15, 1947**
in Case No. 182/1946* (The Board of Directors of the "Søndervang" Homeowners' Association vs. Retired Prison Officer Axel G. Helstrand). The investigation of the facts of the case has established that the respondent, while being treasurer of the "Søndervang" Homeowners' Association in the period from January 01, 1934, to December 31, 1942, had received payments, which he failed to enter in the accounts, and since the respondent has not produced any corroboratory evidence of his

**708**

claim that he had used these payments in the Association's interest, he has been found to be liable himself for the difference found, which was estimated by a certified public accountant to stand at DKK 3,082.51. Consequently, and taking into account the provision of § 3 of the Danish Act No. 274 of December 22, 1908, since the claim was not found to have become statute-barred in accordance with the Act above, the respondent has been ordered to pay the appellant the said amount. A total of nine judges took part in the ruling.

---

\*   H. R. T. 1947 p. 230.

Copyright © 2021 Karnov Group Denmark A/S                    page 1

**U.1947.707H**

*Grundejerforenings kasserer havde ej regnskabsført en del indbetalinger 1934-1942. Foreningens krav ej forældet.*

*Pengevæsen m.v. 58.3.*

♦

**H. D. 15. April 1947 i Sag 182/1946**[*]

*Bestyrelsen for Grundejerforeningen »Søndervang«*
mod
*pens. Fængselsbetjent Axel G. Helstrand*

## Højesteret

**Foreninger III - Regnskab - Forældelse I. H. D. 15. April 1947** i Sag 182/1946[*] (Bestyrelsen for Grundejerforeningen »Søndervang« mod pens. Fængselsbetjent Axel G. Helstrand) udelades. Af Sagens Oplysninger fremgik det, at Indstævnte, medens han var Kasserer for Grundejerforeningen »Søndervang« i Tiden fra 1. Januar 1934 til 31. December 1942 havde modtaget Indbetalinger, som han ikke havde optaget paa Regnskabet, og idet han ikke havde tilvejebragt nogen Bestyrkelse af sit

**708**

Anbringende om, at disse Indbetalinger var anvendt af ham i Foreningens Interesse, fandtes han selv at maatte bære Risikoen for den forefundne Difference, der af en statsautoriseret Revisor var opgjort til 3082 Kr. 51 Øre. Herefter, og idet Kravet i hvert Fald under Hensyn til Bestemmelsen i § 3 i Lov Nr. 274 af 22. December 1908 ikke for nogen Dels Vedkommende fandtes at være forældet i Henhold til nævnte Lov, dømtes Indstævnte til at betale Appellanten det nævnte Beløb. - I Paadømmelsen deltog ni Dommere.

---

[*] H. R. T. 1947 p. 230.

Copyright © 2021 Karnov Group Denmark A/S

side 1