# LIONBRIDGE

| STATE OF NEW YORK | ) |    |
|---|---|---|
|   | ) |    |
|   | ) | ss |
|   | ) |    |
| COUNTY OF NEW YORK | ) |    |

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Danish into English of the attached Letter, dated June 16, 2020. I affirm that the linguist responsible for producing this translation is fluent in both the Danish and English languages.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this 5th day of June, 2022.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

[logo]
Danish Tax Appeals Agency

Advokatfirmaet Poul Schmith, Government Attorney I/S
Vester Farimagsgade 23
1606 Copenhagen W
Denmark
Attn: Mikkel Isager-Sally

**Contact**
Send an e-mail to the Danish Tax Appeals Agency here

| | |
|---|---|
| Telephone | 3376 0909 |

**Case Worker**
Ditte Ribergaard Lütken

| | |
|---|---|
| Direct Telephone | 33762424 |
| Our Case No. | 19-0041050 |
| Your Case No. | |

June 16, 2020

**Mail from the Danish Tax Appeals Agency**

You are hereby sent a copy of a letter from the Danish Tax Appeals Agency.

Please refer to the Danish Tax Appeals Agency's case number if you contact us about this letter.

Yours sincerely,

The Danish Tax Appeals Agency

Corporate ID No. 10 24 28 94
www.skatteankestyrelsen.dk

1 / 1

[logo]
Danish Tax Appeals Agency

LUNDGRENS ADVOKATPARTNERSELSKAB
Tuborg Boulevard 12
2900 Hellerup Denmark
Att: Jakob Schilder-Knudsen and Nicolai Sørensen

**Contact**
Send mail to the Tax Agency here

| | |
|---|---|
| Telephone | 3376 0909 |

**Case Worker**
Ditte Ribergaard Lütken

| | |
|---|---|
| Direct Telephone | 33762424 |
| Our Case No. | 19-0041050 |
| Your Case No. | 64710-01 |

June 16, 2020

**Withdrawal**

Lundgrens Advokatpartnerselskab withdrew 17 appeals cases regarding the refund of dividend taxes on June 15, 2020. The Danish Tax Appeals Agency attached a list of these on the next page.

We acknowledge receipt of your withdrawal and will take no further action. A copy of this letter has also been sent to the attorney for the government for informational purposes.

Yours sincerely,

Ditte Ribergaard Lütken

**Case number and title**

19-0040014 - RJM Capital Pension Plan

19-0040011 - Hadron Industries LLC Roth 401K Plan

19-0040010 - Cavus Systems LLC Roth 401(K) Plan

19-0040006 - Calypso Investments Pension Plan

19-0040003 - Batavia Capital Pension Plan

19-0040002 - Avanix Management LLC Roth 401K Plan

19-0039988 - Xiphias LLC Pension Plan

19-0039999 - Tarvos Pension Plan

19-0040000 - Voojo Productions LLC Roth 401K Plan

19-0039949 - Michelle Investments Pension Plan

19-0040015 - Routt Capital Pension Plan

19-0039991 - Omineca Pension Plan

19-0039995 - Starfish Capital Management Llc Roth 401 (K) Plan

19-0039992 - Bernina Pension Plan Trust

19-0039979 - Azalea Pension Plan

19-0039983 - Basalt Ventures LLC Roth 401(K) Plan

19-0039969 - Remece Investments LLC Pension Plan

# Skatteankestyrelsen

Advokatfirmaet Poul Schmith, Kammeradvokaten I/S
Vester Farimagsgade 23
1606 København V
Danmark
Att: Mikkel Isager-Sally

**Kontakt**
Send post til
Skatteankestyrelsen her

Telefon          3376 0909

**Sagsbehandler**
Ditte Ribergaard Lütken
Direkte telefon   33762424

Vores sagsnr.    19-0041050

Dit sagsnr.

16. juni 2020

**Post fra Skatteankestyrelsen**

Du får hermed en kopi af et brev fra Skatteankestyrelsen.

Vi beder dig henvise til Skatteankestyrelsens sagsnummer, hvis du kontakter os om dette brev.

Med venlig hilsen

Skatteankestyrelsen

Cvr-nr. 10 24 28 94
www.skatteankestyrelsen.dk

1 / 1


Skatteankestyrelsen

LUNDGRENS ADVOKATPARTNERSELSKAB
Tuborg Boulevard 12
2900 Hellerup
Danmark
Att: Jakob Schilder-Knudsen og Nicolai Sørensen

**Kontakt**
Send post til
Skatteankestyrelsen her

Telefon          3376 0909

**Sagsbehandler**
Ditte Ribergaard Lütken
Direkte telefon   33762424

Vores sagsnr.    19-0041050

Dit sagsnr.      64710-01

16. juni 2020

### Tilbagekaldelse

Lundgrens Advokatpartnerselskab har den 15. juni 2020 tilbagekaldt 17 klagesager vedr. refusion af udbytteskatter. Skatteankestyrelsen vedhæfter en liste over sagerne på næste side.

Vi bekræfter at have modtaget jeres tilbagekaldelse og foretager os ikke yderligere.

Kopi af dette brev er ligeledes sendt til Kammeradvokaten til orientering.


Med venlig hilsen

Ditte Ribergaard Lütken

**Sagsnummer og titel**
19-0040014 - RJM Capital Pension Plan
19-0040011 - Hadron Industries LLC Roth 401K Plan
19-0040010 - Cavus Systems LLC Roth 401(K) Plan
19-0040006 - Calypso Investments Pension Plan
19-0040003 - Batavia Capital Pension Plan
19-0040002 - Avanix Management LLC Roth 401K Plan
19-0039988 - Xiphias LLC Pension Plan
19-0039999 - Tarvos Pension Plan
19-0040000 - Voojo Productions LLC Roth 401K Plan
19-0039949 - Michelle Investments Pension Plan
19-0040015 - Routt Capital Pension Plan
19-0039991 - Omineca Pension Plan
19-0039995 - Starfish Capital Management Llc Roth 401 (K) Plan
19-0039992 - Bernina Pension Plan Trust
19-0039979 - Azalea Pension Plan
19-0039983 - Basalt Ventures LLC Roth 401(K) Plan
19-0039969 - Remece Investments LLC Pension Plan