# LIONBRIDGE

STATE OF NEW YORK    )
                     )
                     )   ss
                     )
COUNTY OF NEW YORK   )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Danish into English of the attached Letter, dated June 15, 2020. I affirm that the linguist responsible for producing this translation is fluent in both the Danish and English languages.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this 5th day of June, 2022.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

[logo]
**Danish Tax Appeals Agency**

Advokatfirmaet Poul Schmith, Government Attorney I/S
Vester Farimagsgade 23
1606 Copenhagen W
Denmark
Attn: Steffen Svaerke

**Contact**
Send an e-mail to the Danish Tax Appeals Agency here

| | |
|---|---|
| Telephone | 3376 0909 |

**Case Worker**
Ditte Ribergaard Lütken

| | |
|---|---|
| Direct Telephone | 33762424 |
| Our Case No. | 19-0040293 |
| Your Case No. | 4006711 |

June 15, 2020

**Mail from the Danish Tax Appeals Agency**

You are hereby sent a copy of a letter from the Danish Tax Appeals Agency.

Please refer to the Danish Tax Appeals Agency's case number if you contact us about this letter.

Yours sincerely,

The Danish Tax Appeals Agency

[logo]
Danish Tax Appeals Agency

TVC ADVOKATFIRMA P/S
Søren Frichs Vej 42A
8230 Åbyhøj
Denmark
Attn: Kasper Bech Pilgaard

**Contact**
Send mail to the Tax Agency here

Telephone          3376 0909

**Case Worker**
Ditte Ribergaard Lütken
Direct Telephone    33762424

Our Case No.       19-0040293

June 15, 2020

**Withdrawal**

On June 10, 2020, TVC withdrew 30 appeals cases concerning the reimbursement of dividend tax. The Danish Tax Appeals Agency is attaching a list of the cases on the next page.

We acknowledge receipt of your withdrawal and will take no further action. A copy of this letter has also been sent to the attorney for the government, for informational purposes.

Yours sincerely,

Ditte Ribergaard Lütken

Corporate ID No. 10 24 28 94
www.skatteankestyrelsen.dk

**Case number Title**

19-0039957 Albedo Management LLC Roth 401(K) Plan
19-0039961 Ballast Ventures LLC Roth 401(K) Plan
19-0039652 Bareroot Capital Investments LLC Roth (K) Plan
19-0039862 Bareroot Capital Investments LLC Roth (K) Plan
19-0039865 Battu Holdings LLC Roth 401 K Plan
19-0039867 Cantata Industries LLC Roth 401(K) Plan
19-0039849 Cedar Hill Capital Investments LLC Roth 401(K) Plan
19-0039872 Cedar Hill Capital Investments LLC Roth 401(K) Plan
19-0039897 Crucible Ventures LLC Roth 401(K) Plan
19-0039875 Dicot Technologies LLC Roth 401 (K) Plan
19-0039930 Eclouge Industry LLC Roth 401(K) Plan
19-0039954 Fairlie Investments LLC Roth 401(K) Plan
19-0039937 First Ascent Worldwide LLC Roth 401 (K) Plan
19-0039888 Fulcrum Productions LLC Roth 401 (K) Plan
19-0039899 Green Scale Management LLC Roth 401K Plan
19-0039901 Keystone Technologies LLC Roth 401(K) Plan
19-0039905 Limelight Global Productions LLC Roth 401 (K) Plan
19-0039942 Loggerhead Services LLC Roth 401K. Plan
19-0039964 Monomer Industries LLC Roth 401 (K) Plan
19-0039950 PAB Facilities Global LLC Roth 401K Plan
19-0039967 Pinax Holdings LLC Roth 401(K) Plan
19-0039906 Plumrose Industries LLC Roth 401K Plan
19-0039917 Roadcraft Technologies LLC Roth 401(K) Plan
19-0039968 Sternway Logistics LLC Roth 401 (K) Plan
19-0039890 The Vanderlee Technologies Pension Plan
19-0039948 Trailing Edge Productions LLC Roth 401 (K) Plan
19-0039853 Trailing Edge Productions LLP Roth 401K Plan
19-0039925 True Wind Investments LLC Roth 401 (K) Plan
19-0039851 True Wind Investments LLC Roth 401K Plan
19-0039907 Tumba Systems LLC Roth (K) Plan

Corporate ID No. 10 24 28 94
www.skatteankestyrelsen.dk

# Skatteankestyrelsen

Advokatfirmaet Poul Schmith, Kammeradvokaten I/S
Vester Farimagsgade 23
1606 København V
Danmark
Att: Steffen Sværke

**Kontakt**
Send post til
Skatteankestyrelsen her

Telefon         3376 0909

**Sagsbehandler**
Ditte Ribergaard Lütken
Direkte telefon   33762424

Vores sagsnr.    19-0040293

Dit sagsnr.      4006711

15. juni 2020

**Post fra Skatteankestyrelsen**

Du får hermed en kopi af et brev fra Skatteankestyrelsen.

Vi beder dig henvise til Skatteankestyrelsens sagsnummer, hvis du kontakter os om dette brev.

Med venlig hilsen

Skatteankestyrelsen

Cvr-nr. 10 24 28 94
www.skatteankestyrelsen.dk

1 / 1

# Skatteankestyrelsen

TVC ADVOKATFIRMA P/S
Søren Frichs Vej 42A
8230 Åbyhøj
Danmark
Att: Kasper Bech Pilgaard

**Kontakt**
Send post til
Skatteankestyrelsen her

Telefon          3376 0909

**Sagsbehandler**
Ditte Ribergaard Lütken
Direkte telefon   33762424

Vores sagsnr.    19-0040293

15. juni 2020

**Tilbagekaldelse**

TVC har den 10. juni 2020 tilbagekaldt 30 klagesager vedr. refusion af udbytteskatter. Skatteankestyrelsen vedhæfter en liste over sagerne på næste side.

Vi bekræfter at have modtaget jeres tilbagekaldelse og foretager os ikke yderligere.

Kopi af dette brev er ligeledes sendt til Kammeradvokaten til orientering.

Med venlig hilsen

Ditte Ribergaard Lütken

Cvr-nr. 10 24 28 94
www.skatteankestyrelsen.dk

| Sagsnummer | Titel |
|---|---|
| 19-0039957 | Albedo Management LLC Roth 401(K) Plan |
| 19-0039961 | Ballast Ventures LLC Roth 401(K) Plan |
| 19-0039652 | Bareroot Capital Investments LLC Roth (K) Plan |
| 19-0039862 | Bareroot Capital Investments LLC Roth (K) Plan |
| 19-0039865 | Battu Holdings LLC Roth 401 K Plan |
| 19-0039867 | Cantata Industries LLC Roth 401(K) Plan |
| 19-0039849 | Cedar Hill Capital Investments LLC Roth 401(K) Plan |
| 19-0039872 | Cedar Hill Capital Investments LLC Roth 401(K) Plan |
| 19-0039897 | Crucible Ventures LLC Roth 401(K) Plan |
| 19-0039875 | Dicot Technologies LLC Roth 401 (K) Plan |
| 19-0039930 | Eclouge Industry LLC Roth 401(K) Plan |
| 19-0039954 | Fairlie Investments LLC Roth 401(K) Plan |
| 19-0039937 | First Ascent Worldwide LLC Roth 401 (K) Plan |
| 19-0039888 | Fulcrum Productions LLC Roth 401 (K) Plan |
| 19-0039899 | Green Scale Management LLC Roth 401K Plan |
| 19-0039901 | Keystone Technologies LLC Roth 401(K) Plan |
| 19-0039905 | Limelight Global Productions LLC Roth 401 (K) Plan |
| 19-0039942 | Loggerhead Services LLC Roth 401K. Plan |
| 19-0039964 | Monomer Industries LLC Roth 401 (K) Plan |
| 19-0039950 | PAB Facilities Global LLC Roth 401K Plan |
| 19-0039967 | Pinax Holdings LLC Roth 401(K) Plan |
| 19-0039906 | Plumrose Industries LLC Roth 401K Plan |
| 19-0039917 | Roadcraft Technologies LLC Roth 401(K) Plan |
| 19-0039968 | Sternway Logistics LLC Roth 401 (K) Plan |
| 19-0039890 | The Vanderlee Technologies Pension Plan |
| 19-0039948 | Trailing Edge Productions LLC Roth 401 (K) Plan |
| 19-0039853 | Trailing Edge Productions LLP Roth 401K Plan |
| 19-0039925 | True Wind Investments LLC Roth 401 (K) Plan |
| 19-0039851 | True Wind Investments LLC Roth 401K Plan |
| 19-0039907 | Tumba Systems LLC Roth (K) Plan |

Cvr-nr. 10 24 28 94
www.skatteankestyrelsen.dk