Doston Bradley - October 14, 2020

```
 1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2          Master docket No. 18-MD-2865(LAK)
               Case Nos. 18-cv-09505
 3     _____
                                             )
 4     IN RE:                                )
                                             )
 5     CUSTOMS AND TAX ADMINISTRATION OF     )
       THE KINGDOM OF DENMARK (SKATTEFOR     )
 6     VALTNINGEN) TAX REFUND SCHEME         )
       LITIGATION,                           )
 7                                           )
       _____)
 8

 9

10

11

12

13        REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

14                     EXAMINATION OF

15                     DOSTON BRADLEY

16               DATE: October 14, 2020

17          REPORTED BY:  MICHAEL FRIEDMAN, CCR

18

19

20

21

22

23

24

25
```

Doston Bradley - October 14, 2020

1    D O S T O N    B R A D L E Y,

2         called as a witness, having been first

3    duly sworn according to law, testifies as follows:

4

5

6

7    EXAMINATION BY MR. WEINSTEIN:

8         Q    Okay.  Good morning, Mr. Bradley.

9    My name is Mark Weinstein.  I work at the

10   firm Hughes, Hubbard & Reed.  We're counsel

11   to the plaintiff SKAT in this action.

12         So I'm going to be asking you

13   questions throughout the day.  I few things

14   just to go over.

15         I'm going to do my best to give you

16   clear questions, and if you don't understand

17   the question or you're not sure you heard

18   what I said, just feel free to ask for a read

19   back, ask me to clarify.

20         But if you do answer a question

21   we're going to assume that you've understood

22   the question.

23         Is that fair?

24   A    Yes, sir.

25   Q    Okay.  At all times, once I ask a

Doston Bradley - October 14, 2020

1      Q    Okay.   The agreement was between

2  which two parties?

3      A    I believe Mr. Fletcher and myself,

4  sir, to the best of my recollection, the

5  entities in which I -- the companies I had,

6  sir.

7      Q    Okay.   And do you have a copy of

8  that consulting -- not consulting --

9  introducing broker agreement?

10     A    I'm not a hundred percent sure,

11  sir.  I don't believe -- if I did, I think I

12  probably made it available to counsel, sir,

13  if I still had that, sir.

14     Q    All right.   How much did

15  Mr. Fletcher pay you in connection with that

16  agreement?

17     A    I believe, sir, to the best of my

18  recollection, I believe it was somewhere

19  around a half million dollars, give or take,

20  sir.

21     Q    In how many payments?

22     A    I believe it was a couple, maybe,

23  payments, two to three.  I'm not for sure.

24         I believe it was definitely more

25  than one, but I can't specifically give

Doston Bradley - October 14, 2020

1    you -- but that would be reflected in my bank

2    statements, sir.

3        Q    All right.  Do you recall into

4    which bank account you received those funds?

5        A    I do not, sir, specifically

6    remember which bank accounts it would be.  I

7    believe, sir, it was one of my company bank

8    accounts, which I believe you requested and I

9    did provide for you, sir.

10       Q    Okay.  And then, did you also say

11   that you received a payment from Mr. Shah?

12       A    I received an introductory fee

13   payment in relation to Mr. Shah, yes, sir.

14       Q    Okay.  And -- well, I'm sorry.

15   Let's just go back to the payments from

16   Mr. Fletcher.

17           For what plans did he pay you for

18   introducing?

19       A    He paid me for introducing my plans

20   in 2015 to him, sir.

21       Q    Okay.  And I guess we'll get into

22   this in more detail.

23           But in -- you opened up five new

24   plans for which you were the sole

25   beneficiary?

Doston Bradley - October 14, 2020

```
 1          A    Yes, sir.

 2          Q    And are those the plans for which

 3     Mr. Fletcher paid you?

 4          A    Yes, sir.

 5          Q    All right.  And then you also

 6     opened up ten other plans for family members.

 7          Correct?

 8          A    That is correct, sir.

 9          Q    All right.  Did Mr. Fletcher pay

10     you for those at all?

11          A    No, sir.

12          Q    All right.  Can you tell us for

13     what introductions did Mr. Shah make payments

14     to you?

15          A    He made introductions to me for

16     those five -- those ten additional plans.

17     Five for my sister, five for my wife, I

18     believe that's what it was, sir.

19          Q    All right.  How much did Mr. Shah

20     pay?

21          A    I believe it was $500,000 per plan,

22     so I think it was something like an

23     introductory fee of, in total, $5 million,

24     sir.

25          Q    Mr. Shah paid you $5 million to
```

Doston Bradley - October 14, 2020

1    bring ten more plans for your family into

2    this program?

3         A    To the best of my recollection,

4    sir, that is correct.

5         Q    And so is it your testimony that

6    that money that he paid you was not the

7    profits from the trading itself on behalf of

8    those ten plans, but that's simply an

9    introductory fee for Doston Bradley, Junior

10   for having introduced those plans to him?

11        A    Yes, sir.  To the best of my

12   knowledge, that's what it was, and that's

13   what I thought it was, sir.

14        Q    Okay.  Will you tell us why in --

15   well, when did you open up five additional

16   plans for yourself?

17        A    I believe that was in 2015, early

18   2015, sir, I believe, sir.

19        Q    Okay.  And so the plan that you had

20   opened up in 2013 had stopped trading.

21             Is that right?

22        A    I believe so, sir.  I believe they

23   didn't do any trades past 2014, to the best

24   of my recollection, sir.

25        Q    Okay.  And now you wanted to open

Doston Bradley - October 14, 2020

Page 310

1    up plans in Delaware as opposed to Texas.

2        Correct?

3    A    Yes, sir.

4    Q    All right.  And so why five plans

5    as opposed to just one new plan in Delaware?

6    A    Well, part of my thinking, sir, as

7    I stated earlier, I was considering, you

8    know, rental investing.

9        And so I opened five plans for that

10   specific purpose.

11   Q    And so you're saying that each of

12   these five, there was an LLC opened up for --

13   A    Yes, sir.  Five LLCs is what I

14   opened up, sir.

15   Q    All right.  And so -- and now you

16   think that for each of the five LLCs opened

17   up in 2015, you had an intent to have a

18   business that wrote -- involving rental

19   properties?

20   A    That was my -- that was my thought

21   yes, sir.

22   Q    All right.  So you had established

23   one entity back in 2013 for that purpose, but

24   you hadn't actually done any of that purpose

25   up through 2015.

Doston Bradley - October 14, 2020

1          Correct?

2      A    No, sir.  That's correct.

3      Q    All right.  And so why now --

4  having not done any with the business you had

5  opened about a year and a half earlier, why

6  did you now need five different businesses

7  with that same purpose?

8      A    I felt like Delaware was an

9  appropriate place and a better place to open

10  those, just based on, you know, just what I

11  kind of learned, as I said, the issues I had

12  with Texas, sir.

13      Q    Right.  So I understand why you

14  moved from Texas to Delaware.

15          But having not had -- having not

16  done any of that business now for a year and

17  a half, why did you need five business

18  entities to do business that hadn't actually

19  started yet?

20      A    Because of my thought process, sir.

21  You know, with rental houses, if I was, you

22  know, going to pursue this, the liability

23  associated with having multiple houses under

24  one LLC, if something goes wrong with one, it

25  can affect the entire thing.

Doston Bradley - October 14, 2020

Page 312

1              So I thought it was better to have

2      separate LLCs as the one that I

3      acquired -- as when I acquired rental

4      properties.  I thought, you know, having

5      individual LLCs would be the most efficient

6      way to handle that because of the liability

7      associated with it.

8              If you have two or three or four or

9      five under one LLC, if something goes wrong,

10     it could potentially wipe you out, sir.

11     Q    Okay.  And the five LLCs that you

12     established in Delaware, are those the

13     Houston Rocco LLC, the Bradley London --

14     well, withdrawn.  I'm sorry.  I'm saying the

15     name of the plans.

16             The five LLCs that you established

17     in Delaware for yourself, were those the

18     Houston Rocco LLC, the London Rocco LLC, the

19     Mikey Rocco LLC, the Pacific India LLC, and

20     the London India LLC?

21     A    I'm not looking at them, but those

22     names sound familiar.  And I would think --

23     you know, I'm just -- I'm trusting you in

24     this, but I'm not looking at anything

25     specific.

Doston Bradley - October 14, 2020

1           But I believe those are the names,

2      sir, to the best of my recollection.

3           Q    All right.  And the associated

4      plans were the Houston Rocco LLC plan, the

5      Bradley London Pension plan, the DMR Pension

6      plan, the Proper Pacific LLC plan, and the

7      LBR Capital plan?

8           A    I believe that is correct, sir.

9           Q    All right.  Did those -- did the

10     five LLCs ever conduct business regarding

11     rental properties?

12          A    At this point, they have not, sir.

13          Q    All right.  And then you mentioned

14     you opened ten other LLCs and plans, five for

15     each of two of your family members.

16          Correct?

17          A    Yes, sir.

18          Q    All right.  And so there were five

19     opened up for your sister, Monica?

20          A    Yes, sir.

21          Q    All right.  And are those the 131

22     LLC, the Canada Rock LLC, the Dutch India

23     LLC, the India Shanghai LLC, and the India

24     Black LLC?

25          A    Yes, I do believe that is correct.

Doston Bradley - October 14, 2020

1    pause as a result.  Because, obviously, I

2    have a different job that I'm doing

3    currently, sir.

4        Q    All right.  So the 15 plans that

5    were set up in Delaware, did they -- did any

6    of those plans ever receive money from

7    any -- well, start with Solo Capital?

8        A    As I said earlier, sir, I mean

9    those plans were trading with Solo in 2015.

10   I believe there's money in Solo, and to the

11   best of my recollection, in those accounts at

12   Solo, so I don't know how much that is.

13        But I believe that there is some

14   money there, but I have no idea how much,

15   sir.

16        Q    All right.  For each of those plans

17   and the LLC sponsors, did you open new bank

18   accounts?

19        A    Yes, I did, sir.

20        Q    All right.  And were they funded

21   the same way the original ones were?

22        A    Yes, sir.  Funded by the

23   individuals themselves, sir.

24        Q    All right.  With a thousand dollars

25   in each?

Doston Bradley - October 14, 2020

1      A    Yes, sir.

2      Q    All right.  And then there was,

3  again, approximately $250 sent to the plan's

4  account?

5      A    Yes, sir.

6      Q    All right.  And did those LLC bank

7  accounts or plan bank accounts receive any

8  additional monies at any point in time?

9      A    No, they didn't because, obviously,

10  things occurred with Solo that -- you know,

11  as we know.

12           So no, they did not, sir.

13      Q    All right.  So other than the $5

14  million that Sanjay Shah paid to you, and

15  money that may still be in accounts at Solo

16  Capital, did you or your family or the plans

17  or LLCs get any other money as a result of

18  having opened up those 15 new plans?

19      A    I did not receive any money as a

20  result of opening up those 15 new plans.

21      Q    How would you describe your

22  relationship with Sanjay Shah back in 2015?

23      A    In 2015, I didn't have a real

24  relationship with Sanjay Shah, to be honest,

25  sir.

Doston Bradley - October 14, 2020

1    earlier.  I mean, he would know better than

2    anyone else.

3            So that's why I asked him, sir.

4        Q    All right.  So did you continue to

5    have a relationship with him after that point

6    in time?

7        A    After 2015, sir?

8        Q    Yeah.

9        A    Yes, I did, sir.

10       Q    Okay.  And other than asking him if

11   the allegations that were being thrown out

12   there were true, how would you describe your

13   relationship with him after 2015?

14       A    I still would say it was more of a

15   business type relationship, sir.

16       Q    All right.  And so what kind of

17   business did you do with him after 2015?

18       A    I didn't do any.  I actually --

19   well, one of my companies engaged in

20   receiving a loan from him, sir.

21       Q    Which company was that?

22       A    I believe it was Blackrain, Inc.,

23   sir.

24       Q    And what business is Blackrain,

25   Inc. in?

Doston Bradley - October 14, 2020

1        A    Well, I -- you know, as I said

2    before, when I did the investing, you asked

3    if I pursued opportunities in the -- I

4    believe family rental, sir.  And I said that

5    I tried to do one on a property and then I

6    own the land and am trying to sell it.

7            So I did that through the money

8    that I borrowed -- my firm, I should say,

9    Blackrain, Inc. borrowed from Mr. -- I

10   believe Mr. Shah's company, and so did some

11   of that as well as investing, sir.

12       Q    Okay.  So the activity that you did

13   in trying to pursue rental property after

14   2015 was funded by Mr. Shah?

15       A    I would not say a hundred percent.

16   But yes, my company received a loan from

17   Mr. Shah's company, sir.

18       Q    Okay.  Do you recall what company

19   loaned your company the money?

20       A    To the best of my recollection, I

21   think it was Elysium, but I'm not a hundred

22   per cent sure, sir.  Off the top of my

23   head, sir, I don't know off the top of my

24   head, sir.

25           But I believe that's it.

Doston Bradley - October 14, 2020

Page 326

1        Q    What did you understand Elysium
2    did?
3        A    I don't know what Elysium did.  I
4    don't know what Elysium did.  I don't have
5    knowledge of that.
6             That was Mr. Shah's company, sir.
7        Q    Okay.  Did your -- did Blackrain
8    get the 2 million from Elysium?
9        A    I believe I received a loan in
10   stages, sir, yes, sir.
11       Q    And totaling how much?
12       A    I'm not a hundred percent sure,
13   sir.  To the best of my recollection, I
14   believe it was in the $500,000 increments,
15   sir.
16       Q    Okay.  But did you --
17       A    I'm sorry.
18       Q    Go ahead.
19       A    But I believe it was 2 million,
20   sir.
21       Q    All right.  So ultimately, you
22   received the two million, but in increments?
23       A    I believe so, to the best of my
24   knowledge, sir.  It was a loan, sir.  At this
25   point in time, it has not been paid back,

Doston Bradley - October 14, 2020

1    sir.

2         Q    Okay.  And what did you use that $2

3    million for?

4         A    I believe I told you earlier, sir,

5    an investment in property as well as stocks

6    and stuff, sir.

7         Q    Are there -- I mean, when was the

8    loan due?  When did it mature?

9         A    I believe, initially, the loan was

10   a one-year maturity, and I believe it was

11   rolled over with an extension of two to three

12   years, sir, to the best of my recollection,

13   sir.

14        Q    Do you continue to have discussions

15   with Mr. Shah regarding the outstanding loan?

16        A    At this point in time, sir, I

17   haven't.  I believe, obviously, he has other

18   things on his plate, and more significant

19   than that.

20        Q    I'm sure he wouldn't mind funding

21   those issues with the $2 million that you

22   own.

23        A    Well, that's --

24        Q    No, you don't have to answer that.

25             But does the loan accrue interest?

Doston Bradley - October 14, 2020

1    tried to get the funds or access to the funds

2    within Solo so that the plans can have what

3    is there for them.  But I believe that's been

4    a difficult process.

5            So -- but we -- I do believe, to

6    the best of my knowledge, we have tried to do

7    that.

8        Q    Okay.  Did there come a time in

9    2015 that trading ceased on behalf of the

10   plans?

11       A    I believe there came a time where

12   Solo stopped operating, sir, so that trading

13   ceased because of that, yes, sir.

14       Q    Okay.  And, in fact, into the

15   summer of 2015, your plan was to help

16   establish 45 new pension plans to participate

17   in this program.

18           Correct?

19       A    Excuse me.  Can you restate that

20   question, sir?

21       Q    Yeah.  As late as the summer of

22   2015, you were making efforts to establish

23   45 new pension plans to participate in this

24   Sanjay Shah trading program.

25           Correct?

Doston Bradley - October 14, 2020

```
1        A    In the early part of the summer of
2    2015, as I stated, you know, I had my
3    businesses where I was trying to do
4    introducing broker business and I was trying
5    to do more introducing broker business, sir.
6        Q    Right.  And you actually introduced
7    nine new names to Mr. Shah for which each one
8    would have five separate plans participate.
9             Correct?
10       A    I believe that is correct, sir, to
11   the best of my knowledge, sir.
12       Q    All right.  And how much did you
13   stand to gain in introductory fees as a
14   result of -- if those 45 had gone through?
15            MR. ALLISON:  Object to form.  You
16       can answer if you know.
17       A    To my recollection, sir, it would
18   be more than I might have previously
19   received.
20       Q    Okay.  And so you got about 500,000
21   per each of the ten plans that you opened for
22   your family members in 2015.
23            Were you going to receive a similar
24   amount per plan for these new plans?
25       A    To my recollection, I think
```

Doston Bradley - October 14, 2020

1    something -- maybe somewhere -- I'm not a

2    hundred percent, obviously, with the total

3    number of plans, sir.

4           I just don't remember at this point

5    in time, sir.

6       Q    All right.  And so if it was

7    something similar, you were looking at a

8    $20 million-plus payday if those 45 plans had

9    been accepted and trading had started?

10          MR. ALLISON:  Object to form.  You

11      can answer.

12      A    Give or take.  You know, I don't

13   know the exact number.  But potentially yes,

14   sir, to the best of my knowledge.

15      Q    All right.  And then, you had no

16   idea what kind of trading strategy was going

17   to generate enough money to pay you

18   $20-something million just for introducing

19   these plans to Mr. Shah?

20      A    No, I didn't.  As I stated earlier,

21   sir, I didn't.  I was just trying to be an

22   introducing broker doing the introducing

23   broker business, sir.

24      Q    Okay.  Why did those 45 new plans

25   not go through?

Doston Bradley - October 14, 2020

1      A     Solo ceased, later in the year,

2    operations, I do believe.

3      Q     Okay.  And when did you learn that

4    operations were ceasing?

5      A     I believe at some point in time in

6    2015, sir.

7      Q     All right.  At any point in 2015

8    did you -- when you learned that operations

9    were ceasing, did you ask to get the money

10   that was in your plan's accounts at Solo?

11     A     As I stated earlier, sir, I believe

12   Solo -- things happened at Solo and we were

13   not able to get any funds out.  But my legal

14   representation, I believe, has been trying to

15   get access to the money that's in -- at Solo

16   or was at Solo, but it has been a difficult

17   process.

18          So yes, we have been trying.  But,

19   obviously, that's a difficult process.

20     Q     Okay.  Can you turn to Exhibit 792?

21          MR. WEINSTEIN:  Mark this as 792.

22          (Whereupon the above mentioned was

23       marked for Identification.)

24     Q     This is an e-mail from Ganymede

25   Cayman with no name associated to it from an

Doston Bradley - October 14, 2020

Page 351

```
1              Correct?
2       A    Let me see here.
3              (Witness reviewing.)
4              Yes, sir, it had.
5       Q    All right.  And the agreement is
6   between India Atlantic, Inc. -- and that's
7   your company?
8       A    Yes, sir.
9       Q    All right.  Are you the sole owner
10  of that?
11      A    Yes, sir.
12      Q    All right.  And the other party is
13  Ganymede Cayman, Limited, which I think you
14  mentioned earlier you had no idea what that
15  company did.
16             And so why did you enter into an
17  agreement with this entity that you didn't
18  know what it did?
19      A    I entered into an agreement with
20  Mr. Shah to introduce pension plans and I got
21  paid an introducing broker fee.  When I did
22  that, I had no idea which entity he executed
23  that business through or anything of that
24  nature.
25             As you said, the plans were
```