CONFIDENTIAL
Jens Brochner — April 29, 2021

1               UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
2               MASTER DOCKET 18-MD-2865(LAK)
                    CASE NO. 18-CV-09797
3

4       _____
                                         )
        IN RE:                           )
5                                        )
        CUSTOMS AND TAX ADMINISTRATION OF )
6       THE KINGDOM OF DENMARK           )
        (SKATTEFORVALTNINGEN) TAX REFUND )
7       SCHEME LITIGATION                )
                                         )
8       _____)

9

10

11

12          ***********************************
            *                                 *
13          *           CONFIDENTIAL          *
            *                                 *
14          ***********************************

15

16

17      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

18                    EXAMINATION OF

19                    JENS BROCHNER

20              DATE: April 29, 2021

21

22

23

24

25      REPORTED BY:  MICHAEL FRIEDMAN, CCR

CONFIDENTIAL
Jens Brochner — April 29, 2021

```
 1     I N G E R   G R E G E R S E N,

 2             Called as the official interpreter in

 3     this action, was duly sworn to faithfully translate

 4     the questions to the witness from English to Danish

 5     and the answers from Danish to English.

 6

 7

 8     J E N S   B R O C H N E R,,

 9             called as a witness, having been first

10     duly sworn according to law, testifies as follows:

11

12

13     EXAMINATION BY MR. SCHOENFELD:

14         Q    Good morning, Mr. Brochner.

15              Can you hear me okay?

16         A    Yes.

17         Q    Okay.  Could you please state your

18     full name for the record?

19         A    Jens.  So the two middle names is

20     C-H-I-S-T-I-A-N, and the next name is

21     V-E-D-I-G-E, Brochner.

22         Q    Mr. Brochner, are you currently

23     employed?

24         A    Yes.  I'm employed as a secretary

25     of the Danish Ministry of Taxation.
```

CONFIDENTIAL
Jens Brochner - April 29, 2021

```
 1              So the responsibility of management

 2      has to address the individual points of

 3      criticism, and not necessarily agree to every

 4      point.

 5          Q    When you first read this report in

 6      September of 2015, did you inquire as to what

 7      steps were taken in May of 2013 to respond to

 8      SIR's criticism?

 9          A    Yes, I did.

10          Q    Did you ask why those action plans

11      were insufficient to prevent the fraud that

12      was disclosed to you as of the summer of

13      2015?

14              MR. OXFORD:  Objection to form.

15          A    I disagree on the grounds for the

16      question.   There's nowhere -- there's no

17      place in this report where they mention

18      fraud.

19          Q    The recommendation 3.4 on Page 15

20      says that --

21              MR. OXFORD:  You interrupted his

22          answer.

23              MR. SCHOENFELD:  I'm sorry?

24              MR. OXFORD:  He hasn't finished his

25          answer.   Please let him finish.
```

CONFIDENTIAL
Jens Brochner - April 29, 2021

Page 127

```
 1        A     So Item 3 states that "SKAT must

 2     take a better position or secure itself

 3     better to avoid incorrect payment or

 4     disbursement of dividend withholding tax."

 5            And that concern, specifically as

 6     it's stated on Page 6 of the report, it

 7     concerns that bank scheme, and not the

 8     so-called forms scheme.  And the fraud took

 9     place on the forms scheme.

10        Q     And that distinction of the form

11     scheme and the fraud scheme is in the basis

12     of this report.

13            Is that your testimony?

14        A     I'm sorry.  I couldn't hear what

15     you said.

16        Q     I said that that distinction

17     between the form scheme and the bank scheme

18     is clear from the face of this report.

19            Is that your testimony?

20        A     It's not something that I say.  It

21     can be read from Page 6 of the report.

22        Q     So SIR's report is pretty clear.

23            Correct?

24            THE INTERPRETER:  So what?

25        Q     SIR's report is pretty clear.
```

CONFIDENTIAL
Jens Brochner - April 29, 2021

1    reports with recommendations.

2        But the National Audit Office did

3    not read it as a report with serious

4    criticism and it doesn't say anything about

5    fraud in the report.

6    Q    Mr. Brochner, where on Page 6 are

7    you pointing for the fact that the criticism

8    was leveled only with respect to the bank

9    scheme and not the form scheme?

10        MR. OXFORD:   Objection.   You can

11        answer again.

12        THE INTERPRETER:   But he couldn't

13        hear the question.

14        MR. OXFORD:   Alan, can you repeat

15        the question, please?

16        THE INTERPRETER:   It was completely

17        blurred.

18    Q    You reference Page 6 as the basis

19    for your understanding that the -- you

20    reference Page 6 as the basis for your

21    understanding that the criticism we were

22    reviewing refers only to the bank scheme and

23    not the form scheme.

24        Correct?

25    A    Yes, that's correct.

CONFIDENTIAL
Jens Brochner - April 29, 2021

Page 133

1        A    Yes, that's correct.   It's a report

2    they made after the fraud was detected.

3        Q    And the report entails a review,

4    indications of the fraud, prior to its

5    detection in 2015.

6            Correct?

7            MR. OXFORD:  Objection to the form.

8            THE INTERPRETER:  Could you please

9        repeat the question?  I couldn't hear it

10       all.

11       Q    Sure.   The report entails a review

12    of indications of the fraud prior to its

13    detection in 2015.

14           Correct?

15       A    That's rationalization in

16    hindsight.   The report was issued after the

17    fraud was detected.

18           The National Audit Office's reading

19    of the 2013 report is the same as my reading,

20    not a particularly critical report, not

21    pleading particular criticism.

22       Q    Well, you concluded that the 2013

23    report was about the bank program and not the

24    form program.

25           Correct?

CONFIDENTIAL
Jens Brochner — April 29, 2021

```
 1        A     So in the -- in the report from

 2    '15, it says in Paragraph 34 that "SKAT needs

 3    to protect itself better against wrongful

 4    reimbursement of dividend tax," and that that

 5    concerns the bank scheme.

 6            And that appears on Page 6 of the

 7    report.

 8        Q     That's your answer to the question?

 9        A     Yes.

10        Q     Okay.  It's your testimony that you

11    never -- you didn't receive the 2013 report

12    in 2013.

13            Correct?

14            MR. OXFORD:  Objection, asked and

15        answered.

16        A     So as I said before, by a

17    regrettable mistake, I did not receive the

18    report.  The report was sent according to the

19    completely normal procedures.

20            It was sent to the responsible

21    management in SKAT and to the National

22    Office -- Audit Office.  And according to

23    normal procedure, an action plan was

24    prepared.

25        Q     If you had received the report in
```