```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF NEW YORK

 3    _____
      IN RE:                               )
 4                                         )
      CUSTOMS AND TAX ADMINISTRATION OF    )
 5    THE KINGDOM OF DENMARK               )   CASE NO.
      (SKATTEFORVALTNINGEN) TAX REFUND     )   18-MD-2865 (LAK))
 6    SCHEME LITIGATION                    )
                                           )
 7    This document relates to case nos.   )
      18-CV-05308; 18-CV-05309; 18-CV-05305; )
 8    18-CV-05299; and 18-CV-05300         )
      _____)
 9

10

11

12

13        REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

14                        EXAMINATION OF

15                        SEAN DRISCOLL

16                   DATE:  April 13, 2020

17           REPORTED BY:   MICHAEL FRIEDMAN, CCR

18

19

20

21

22

23

24

25
```

Sean Driscoll - April 13, 2020

Page 9

1      THE COURT REPORTER:  My name is
2   Michael Friedman, a Certified Shorthand
3   Reporter.
4      This deposition is being held via
5   videoconferencing equipment.  The
6   witness and reporter are not in the same
7   room.
8      The witness will be sworn in
9   remotely, pursuant to agreement of all
10  parties.
11     The parties stipulate that the
12  testimony is being given as if the
13  witness was sworn in person.
14
15  S E A N  D R I S C O L L,
16     called as a witness, having been first
17  duly sworn according to law, testifies as follows:
18  Witness name
19
    EXAMINATION BY MR. MCGOEY:
20
21  Q    Good morning, Mr. Driscoll.
22       Greetings from my son's bedroom
23  where I will be conducting the deposition.
24       Thank you for agreeing to some the
25  somewhat unorthodox setup, but we'll do our

Sean Driscoll - April 13, 2020

Page 145

```
 1         Q    Do you know how much money
 2   Mr. Bradley received for his participation in
 3   the dividend arbitrage strategy?
 4         A    I don't, no.
 5         Q    Do you know if he received a higher
 6   percentage of the refund payments that you
 7   received?
 8              MR. ALLISON:  Object to form.
 9         A    I don't.
10         Q    Were you aware of how much
11   Mr. Tucci received?
12         A    I'm not aware, no.
13         Q    Are you aware of how much
14   Mr. Vergari received?
15         A    Yes.
16         Q    And how much did he receive?
17         A    About the same amount, I think.
18         Q    You testified that Daniel Fletcher
19   gave you a head's up that payments would be
20   coming into your personal savings account,
21   correct?
22         A    Yes.  He asked for the account
23   number.
24         Q    Do you have any understanding of
25   whether he supplied the money that was paid
```

```
1     to your account?
2          A    I don't know.
3          Q    Do you know where that money came
4     from?
5          A    I do not, no.
6          Q    Do you know who, if anyone, he was
7     speaking to at Solo in connection with those
8     payments?
9          A    I don't know.
10         Q    Did he tell you what he was going
11    to do with your bank account information?
12         A    Well, I assumed that he was going
13    to transfer us money.
14         Q    When you say "he was going to,"
15    what do you mean by that?
16         A    Whoever his contact was or whoever
17    was going to be transferring this money.  I
18    don't know.
19         Q    Did you understand him to be
20    affiliated with Solo?
21         A    Not -- not affiliated, per se, but
22    more of like an in-between of a relationship.
23         Q    And do you recall anyone
24    specifically at Solo who he had a
25    relationship with?
```

1       A    Well, I assumed Sanjay, because
2    that's how we were all introduced to him.
3       Q    You've testified about the
4    approximately $139,000 that you received in
5    proceeds.
6            I just want to confirm that that's
7    the total of amount of money that you
8    personally received for your participation in
9    the dividend arbitrage strategy.
10           Is that correct?
11      A    That's -- that's correct.
12      Q    Did your -- did the Ackview plan
13   receive any money?
14      A    No, it did not.
15      Q    Did the Ackview, LLC receive any
16   money?
17      A    No, it did not.
18      Q    And did the SPD Trust receive any
19   money?
20      A    No, it did not.
21      Q    Do you know why the Ackview plan
22   stopped submitting requests to the Danish
23   government?
24      A    I -- I don't know, but I requested
25   to stop trading in 2014.

1    longer trade on the account, and you won't be
2    applying for certificates, et cetera, left
3    dormant."
4         Did you -- did you have any
5    understanding of what he meant by
6    "certificates"?
7         A    At the time, no.
8         Q    Do you have an idea now?
9         A    I assume probably the Acupay or
10   6166 certificates of some sort.
11        Q    This is, again, another case where
12   Mr. Fletcher is acting as a go-between
13   between you and Solo?
14        A    Yes.
15        Q    And it was your understanding that
16   he instructed them that no more trading
17   should be done by the Ackview plan?
18        A    Yes.
19        Q    The bottom, you write, "What if I
20   get rid of the LLC, will that matter?"
21        Did you, in fact, close down the
22   LLC?
23        A    Yes, I did.
24        Q    Why don't you turn to Exhibit 117.
25        MR. MCGOEY:  Mark this as Exhibit