```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              MASTER DOCKET 18-MD-2865(LAK)
                   CASE NO. 18-CV-09797
 3
    _____
 4                                           )
    IN RE:                                   )
 5                                           )
    CUSTOMS AND TAX ADMINISTRATION OF        )
 6  THE KINGDOM OF DENMARK                   )
    (SKATTEFORVALTNINGEN) TAX REFUND         )
 7  SCHEME LITIGATION                        )
                                             )
 8  _____)

 9

10

11

12              C O N F I D E N T I A L

13

14

15     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                   EXAMINATION OF

17                   GUNNAR VOLKERS

18                 DATE: June 8, 2021

19

20

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Gunnar Volkers - June 8, 2021

Page 13

```
 1    G U N N A R  V O L K E R S,
 2          called as a witness, having been first
 3    duly sworn according to law, testifies as follows:
 4
      EXAMINATION BY MR. OXFORD:
 5
 6          Q    Good afternoon, Mr. Volkers?
 7          A    Good afternoon.
 8          Q    How are you today?
 9          A    I'm fine.  How are you?
10          Q    So, fine.  Could you please state
11    your full name for the record?
12          A    My name is Gunnar Volkers.
13          Q    Spell that for the court reporter,
14    please.
15          A    First name G-U-N-N-A-R, surname,
16    V-O-L-K-E-R-S.
17          Q    Thank you.
18               Are you currently employed by North
19    Channel Bank?
20          A    Yes, I am.
21          Q    What is your -- what is your
22    position with North Channel Bank?
23          A    I'm a managing director of North
24    Channel Bank since January 9, 2017.  My
25    responsibilities are risk and regulatory
```

CONFIDENTIAL
Gunnar Volkers - June 8, 2021

Page 24

```
 1              There were no transactions.
 2       Q    So my next question was:  Did NCB
 3   search its records for evidence of the
 4   Omineca Pension Plan -- let me restart the
 5   question again.
 6              Did NCB search its records for
 7   evidence of the Omineca Pension Plan's
 8   purchase of A.P. Moeller-Maersk shares in
 9   March of 2014?
10       A    Yes, we did.
11       Q    Did NCB, in fact, hold 10,000
12   shares of A.P. Moeller-Maersk on behalf of
13   the Omineca Pension Plan in March of 2014 as
14   described on this dividend credit advice?
15              MR. BAHNSEN:  Object to form.
16       A    No.  No real shares were held.
17       Q    Did NCB search its records for
18   evidence of the receipt of any dividend
19   income in April 2014 in connection with the
20   Omineca Pension Plan's purchase of
21   A.P. Moeller-Maersk shares?
22       A    Yes, we did.
23       Q    Did NCB, in fact, receive any
24   dividend income on Maersk shares as described
25   in this dividend credit advice?
```

CONFIDENTIAL
Gunnar Volkers - June 8, 2021

Page 25

```
 1              MR. BAHNSEN:  Objection to form.
 2       A      No payments of this size were seen
 3   and no transaction of this size has taken
 4   place.
 5       Q      So is this dividend credit advice
 6   true or false?
 7       A      It is not reflecting the truth, so
 8   we see it as a falsification.
 9       Q      Turning to the third dividend
10   credit advice, it's dated March of 2014.
11   March 26, 2014.
12              Do you see that?
13       A      Yes.
14       Q      And this states, does it not, that
15   the Omineca Pension Plan received a dividend
16   of 7,514,728.87 million Euros on 12.5 million
17   shares of Novo Nordisk from which two
18   point -- sorry -- 2.028976 and 79 cents
19   million Euros was withheld as tax, resulting
20   in a payment of 5,485,752 Euros and 8 cents.
21              Do you see that?
22       A      I see that.
23       Q      Did NCB search its records for
24   evidence of the Omineca Pension Plan's
25   purchase of Novo Nordisk shares in March of
```

```
 1         A    Yes.
 2         Q    Can you describe for us what this
 3    is?
 4         A    Well, it's the transcript of the
 5    Gloucester Court court book from
 6    September 23rd in 2019.  I represented the
 7    bank in a criminal case that was negotiated
 8    in front of the judge, where it was the
 9    Prosecutor Office against the bank.
10              The bank was charged for serious --
11    for collusive serious fraud against the
12    Danish state.  And we accepted that, and they
13    pleaded guilty on behalf of the bank.
14         Q    And does the -- does Exhibit 3205
15    accurately reflect the facts of the fraud to
16    which you pleaded guilty on behalf of NCB?
17              MR. BAHNSEN:  Objection to form.
18         A    It's reflected in headlines, I
19    would say.  Because it doesn't really go very
20    deep into what motivated us.  But the setup
21    of the business was extremely unusual.
22              We knew already that in Germany,
23    since 2012, cum ex was strongly prohibited.
24    And that, of course, makes it a little bit
25    more cautious at what has been done here.
```