1           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF NEW YORK
2           MASTER DOCKET 18-MD-2865(LAK)
              CASE NO. 18-CV-09797
3

4    _____
                                            )
     IN RE:                                 )
5                                           )
     CUSTOMS AND TAX ADMINISTRATION OF      )
6    THE KINGDOM OF DENMARK                 )
     (SKATTEFORVALTNINGEN) TAX REFUND       )
7    SCHEME LITIGATION                      )
                                            )
8    _____)

9

10

11           C O N F I D E N T I A L

12

13

14    REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15               EXAMINATION OF

16               SHAHAB HASHEMI

17                 VOLUME II

18           DATE: October 8, 2021

19

20

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR

```
 1                P R O C E E D I N G S

 2

 3    S H A H A B   H A S H E M I,,

 4          called as a witness, having been first

 5    duly sworn according to law, testifies as follows:

 6                    * * * * * *

 7    CONTINUED EXAMINATION BY MR. OXFORD:

 8       Q    Good afternoon and good morning,

 9    Mr. Hashemi.

10          Could you please turn back to

11    Binder 1, Tab 28, which is the Notice of

12    Deposition?

13       A    Okay.

14       Q    You can turn to Topic 23, please.

15       A    Okay.

16       Q    Topic 23 concerns Annex E.

17          Correct?

18       A    So I missed the beginning of your

19    sentence.

20       Q    Topic 23 concerns Annex E.

21          Correct?

22       A    I can see that, yes.

23       Q    Great.

24          Tell me what you did to prepare

25    yourself on this topic.
```

```
 1          attorneys conveyed factual information,

 2          you can answer.  But beyond that, I

 3          would instruct you not to answer.

 4              If you recall at all.

 5      A    Mr. Oxford, at this moment in time,

 6   I don't recall exactly the answers to the

 7   questions.

 8      Q    Okay.  Do you recall, sitting here

 9   today, what, if any, factual information

10   ED&F Man's lawyers conveyed to you on

11   Topic 23?

12          MR. BINDER:  Objection, asked and

13          answered.

14      A    I can't recall right now.

15      Q    Okay.  Is it correct that

16   ED&F Man's position is that Annex E

17   contains -- withdrawn.

18          Is it correct that ED&F Man's

19   position is that the Annex E tax vouchers

20   contain certain inaccuracies?

21      A    The Annex E tax vouchers contain

22   inaccuracies.

23      Q    Can you describe those inaccuracies

24   for me, please?

25      A    Are you able to be specific,
```

1    Mr. Oxford?

2         Q    It's just a general question.

3    ED&F Man's position is that Annex E

4    references tax vouchers that are inaccurate.

5              I'm asking for your understanding,

6    as a corporate representative on a notice

7    topic here, whether you have any

8    understanding of what those inaccuracies are?

9         A    The inaccuracies are that the tax

10   vouchers in Annex E were incorrectly

11   produced.

12        Q    Can you explain what you mean,

13   "incorrectly produced?"

14        A    What I mean is that they should not

15   have been produced.

16        Q    Why should they not have been

17   produced?

18        A    Because they are inaccurate.

19        Q    In what sense are they inaccurate?

20        A    Could you repeat the question,

21   please?

22        Q    In what sense are they inaccurate?

23        A    Because —— they were inaccurate

24   because the pension plans weren't due a

25   dividend from the company.

1          Q     Why were the pension plans not due

2     a dividend from the company?

3          A     Because the shares which they

4     acquired were not entitled or not due a

5     dividend.

6          Q     From whom did the pension plans

7     acquire the shares?

8          A     The pension plans instructed the

9     finance desk to source the shares and the

10    ultimate counterparty in Annex E was

11    MPT Dubai.

12         Q     And why were the shares that the

13    plans acquired not entitled or due a

14    dividend?

15         A     Sorry, Mr. Oxford.  Could you say

16    that again?

17         Q     Yeah.  Why were the shares that the

18    plans acquired not entitled or due a

19    dividend?

20         A     Because on the trade date,

21    MPT Dubai did not have a contractual right to

22    the shares in which it sold.

23         Q     Did MPT Dubai ever acquire the

24    contractual right to the Annex E shares it

25    sold to the plans?

```
 1        A     Sorry.  Could you ask the question
 2   again?
 3        Q     Did MPT Dubai ever acquire the
 4   contractual right to the Annex E shares it
 5   sold to the plans?
 6        A     I'm not sure I understand the
 7   complete question.
 8              So would you mind saying it again?
 9   Sorry.
10        Q     Sure.  Third time.
11              Did MPT Dubai ever acquire the
12   contractual right to the Annex E shares it
13   sold to the plan?
14        A     The trades settled and so the
15   shares were delivered.  But the shares that
16   were delivered, MPT did not have the right on
17   the trade date.
18        Q     From whom did MPT Dubai -- if
19   anyone, from whom did they acquire the shares
20   to deliver to the pension plans?
21              MR. BINDER:  Objection.
22        A     It would have been through an IDB.
23        Q     Was it through ED&F's IDB or an
24   external IDB?
25              MR. BINDER:  Objection, compound.
```

```
 1        A    I don't recall at this moment in
 2   time.
 3        Q    We can agree that if the shares
 4   were acquired through ED&F's IDB, then ED&F
 5   would know from which counterparty the shares
 6   were acquired?
 7             MR. BINDER:  Objection, vague,
 8        ambiguous.
 9        A    I'm not sure, Mr. Oxford.  I don't
10   know.
11        Q    When did ED&F discover that the
12   vouchers were inaccurate?
13        A    I think it was as part of the work
14   that the attorneys were doing.
15        Q    Okay.  My question was a timing
16   question, please.  I ask you to listen to my
17   question.
18             When did ED&F discover that the
19   vouchers were inaccurate?
20        A    Are you looking for a date?
21        Q    Yes.  Hence the question, "when."
22             MR. BINDER:  Well, Mr. Oxford, he
23        did give you an answer to the "when."
24        It just wasn't in the form of a date.
25        A    I don't know an exact date.
```