```
1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
2            MASTER DOCKET 18-MD-2865(LAK)
                CASE NO. 18-CV-09797
3
   _____
4                                         )
   IN RE:                                 )
5                                         )
   CUSTOMS AND TAX ADMINISTRATION OF      )
6  THE KINGDOM OF DENMARK                 )
   (SKATTEFORVALTNINGEN) TAX REFUND       )
7  SCHEME LITIGATION                      )
                                          )
8  _____)

9

10

11           C O N F I D E N T I A L

12         SUBJECT TO THE PROTECTIVE ORDER

13

14

15   REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                  EXAMINATION OF

17                   ROGER LEHMAN

18                     VOLUME II

19             DATE: August 10, 2021

20

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

Confidential - Subject to The Protective Order
Roger Lehman - August 10, 2021

Page 294

```
1    R O G E R  L E H M A N,
2          called as a witness, having been first
3    duly sworn according to law, testifies as follows:
4
5
6
7
8    CONTINUED EXAMINATION BY MR. WEINSTEIN:
9       Q    Mr. Lehman, how many in-person
10   meetings did you have with lawyers from
11   Day Pitney?
12      A    One longer one.  I don't remember
13   if there was a second.
14           And there were a couple phone
15   calls.
16      Q    The one in-person meeting that you
17   recall, was that in their New York office?
18      A    I think -- I don't recall if it was
19   in their New York or New Jersey office.  I
20   believe they have both.
21      Q    Was David Doyle in the meeting?
22      A    Yes.
23      Q    Were there any other Day Pitney
24   lawyers there?
25      A    Yes, there was a man.  I believe
```

1    connection with the Solo Capital trading
2    program?
3         A    No.  My relationship with Jonny
4    stayed friendly.
5         Q    When we discussed yesterday your
6    Valerius pension plan, did there come a time
7    when you personally opened new pension plans
8    to participate in the trading?
9         A    Yes.
10        Q    Which plans did you establish to
11   participate?
12        A    There was one called
13   Aston Advisors, one called Sanford Villa, one
14   called RDL Consulting, and one FWC Capital,
15   if my memory serves.
16        Q    Why did you establish these four
17   additional pension plans?
18        A    The pension plans were established
19   to hold the -- well, to serve as the
20   retirement benefit plan for the LLCs.
21        Q    So did each one have an
22   employer-sponsored LLC?
23        A    Yes.
24        Q    Why did you -- well, were each of
25   those four new LLCs newly established in

Confidential - Subject to The Protective Order
Roger Lehman - August 10, 2021

Page 395

```
 1      some administrative fees and costs to
 2      establish four new LLCs and pension plans.
 3              Correct?
 4         A    Correct.
 5         Q    But you were willing to bear the
 6      cost of that in order to split up the fees in
 7      four different groups?
 8         A    Yes.  I mean, today, for example,
 9      I -- if I buy an investment property, I have
10      a different LLC, and if I buy a different
11      property, I open up another LLC.
12              So it's not uncommon, in my
13      experience, to have several.
14         Q    Right.  One for each property?
15         A    In that example, yes.
16         Q    All right.  And the reason for
17      people doing that with respect to ownership
18      of properties is to maintain any liabilities
19      for each property in one specific entity.
20              Right?
21         A    One of the reasons, yes.
22         Q    All right.  Were you investing in
23      properties in 2014?
24         A    I don't believe I was yet, no.
25         Q    Did Sanjay Shah encourage you to
```

Confidential - Subject to The Protective Order
Roger Lehman - August 10, 2021

Page 396

```
1     open up four new pension plans?
2         A    I don't remember whether or not
3     there was encouragement.
4         Q    Did he tell you that you would be
5     compensated for each pension plan that was
6     newly established?
7         A    I was aware that I would make
8     introducing broker fees for every plan I
9     introduced to the Solo Capital platform.
10        Q    How much was the -- well,
11    withdrawn.
12             Yesterday, you mentioned that for
13    doing that with the Valerius plan, it was a
14    $1 million fee.
15             Right?
16        A    Yes, that's right.
17        Q    Was it the same fee for introducing
18    any new plan in 2014?
19        A    To be perfectly honest, I don't
20    remember exactly where the negotiation went.
21    I believe it started at a million, and maybe
22    worked its way down towards more like 7 or
23    $800,000 per plan.
24        Q    Who did you negotiate that with?
25        A    Mr. Shah.
```

Confidential - Subject to The Protective Order
Roger Lehman - August 10, 2021

Page 453

```
1              Correct?
2       A     Right.
3       Q     Did you have any conversations with
4    any of those people regarding the shutting
5    down of the custodians?
6       A     I don't know.  I don't remember.
7       Q     You don't recall a single
8    conversation where someone asked you what's
9    going on with the Danish trading that you had
10   been doing on their behalf?
11            MR. LOPICCOLO:  Objection to form.
12      A     No, I'm not saying it's impossible
13   that it happened.  I'm saying I do not
14   remember any conversations like that from
15   2015.
16      Q     Do you recall if any plans for
17   which you were a participant or an authorized
18   trader had any reclaims rejected by SKAT in
19   the summer of 2015?
20      A     I don't remember.
21      Q     Do you recall appealing any
22   decision by SKAT to reject any reclaims?
23      A     No, I don't remember.
24      Q     Did any of your five pension plans
25   receive any money from their custodians into
```

Confidential - Subject to The Protective Order
Roger Lehman - August 10, 2021

Page 454

```
 1    bank accounts in the United States?
 2         A    I do not believe so, no.
 3         Q    Did any of those pension plans
 4    receive money into bank accounts located
 5    anywhere else from the custodians?
 6         A    No.
 7         Q    Did any of those pension plans
 8    receive money into any bank accounts from
 9    Ganymede?
10         A    No.
11         Q    Can you turn to Exhibit 4024?
12              (Whereupon the above mentioned was
13         marked for Identification.)
14         Q    Actually, I'm sorry.  If you can
15    first turn to Exhibit 4023?
16              (Whereupon the above mentioned was
17         marked for Identification.)
18         Q    At the bottom of that exhibit,
19    there's an e-mail from Telesto to the Aston
20    Advisors e-mail account.  It says --
21         A    Yes.
22         Q    Do you see that?
23         A    Yeah.
24         Q    It says, "Hi.  Our finance team,
25    who look at all Solo Group clients, has seen
```

Confidential - Subject to The Protective Order
Roger Lehman - August 10, 2021

Page 472

1      MR. WEINSTEIN:  We've been going
2  about an hour and 15.  Do you want to
3  take a ten-minute break?
4      THE WITNESS:  Yeah.
5      MR. LOPICCOLO:  Sure.
6      THE VIDEOGRAPHER:  Stand by.  The
7  time is 3:15 p.m. New York time and
8  we're going off the record.
9      (Brief recess taken.)
10     THE VIDEOGRAPHER:  Stand by.  The
11 time is 3:32 p.m. New York time and
12 we're back on record.
13     Q    Did Ganymede pay each of the
14 invoices that are within Exhibit 4027?
15     A    I don't think this last
16 $12.9 million one.
17     Q    Was it paid in part?
18     A    No.  I believe what happened is
19 when I sent that, either Sanjay or somebody
20 from Ganymede asked me to invoice a different
21 company.
22     Q    Ultimately, did some other entity
23 or entities pay that amount to you?
24     A    I can't say for sure that amount,
25 but something like it.

Confidential - Subject to The Protective Order
Roger Lehman - August 10, 2021

Page 476

1   entity and Acai Investments Limited?
2       A   I didn't remember, but I'm not
3   surprised, I guess.
4       Q   Why are you not surprised that
5   there is such an agreement?
6       A   Because this -- I invoiced them for
7   the fees I mentioned earlier.
8       Q   Did you provide any consulting
9   services through First Alton to Acai
10  Investments Limited?
11      A   I provided the introducing broker
12  fee service.
13      Q   Do you know what that entity is,
14  Acai Investments Limited?
15      A   No.
16      Q   Do you know who owns it?
17      A   No.
18      Q   Who told you to enter into a
19  consultancy services agreement with that
20  entity?
21          MR. LOPICCOLO:  Objection to form.
22      A   I don't remember.  Yeah, I don't
23  remember.
24      Q   It appears to be signed on behalf
25  of Acai by Usha Shah?  Do you know who that

Confidential - Subject to The Protective Order
Roger Lehman - August 10, 2021

Page 477

```
1    is?
2         A    Yes.
3         Q    Who is that?
4         A    Sanjay's wife.
5         Q    Did you have any discussions with
6    Mr. Shah's wife regarding First Alton or any
7    of the introductory brokerage fees?
8         A    No, I do not recall any
9    conversations.
10        Q    You mentioned earlier that the last
11   invoice to Ganymede, for a little under
12   $13 million, that was in Exhibit 4027, was
13   not paid by Ganymede because you were told
14   other entities would pay it.
15             Is this consultancy services
16   agreement part of that arrangement?
17        A    I don't remember for sure.  But
18   yes, that's -- I believe so.
19        Q    You see in the recitals on the
20   first page, it says, "This agreement sets out
21   the terms on which Acai Investments Limited
22   agrees to engage the consultant to provide
23   services of an advisory nature to Acai
24   Investments Limited as may be agreed between
25   the parties from time to time."
```

Confidential - Subject to The Protective Order
Roger Lehman - August 10, 2021

Page 480

```
1      between the parties from time to time."
2              Was there any consultancy fee
3      agreed upon between the parties?
4         A    I don't know.  I don't remember.
5         Q    Do you know what would have been
6      considered a successful provision of services
7      by your company?
8         A    No.
9         Q    Can you turn to Exhibit 4029?
10             (Whereupon the above mentioned was
11         marked for Identification.)
12        A    Okay.
13        Q    This exhibit has four invoices from
14     First Alton, Inc. to four different entities.
15             The first one on the first page is
16     to Acai Investments Limited.  The date is
17     July 23, 2015, and the amount is
18     $3,977,888.05.
19             What was that invoice for?
20        A    Excuse me.  That, again, would be
21     introducing broker fees.
22        Q    But would you agree that you did
23     not -- you or First Alton -- withdrawn.
24             Would you agree that neither you
25     nor First Alton provided consultancy services
```

```
 1      to Acai Investments Limited?
 2              MR. LOPICCOLO:  Objection to form.
 3          A   No.  I wouldn't say that.  I think
 4      maybe we just used "consultancy" as a general
 5      umbrella term for the introducing broker
 6      services.
 7          Q   Why, in July of 2015, after the
 8      introductions were made, was there an
 9      agreement where you would invoice an entity
10      you've never heard of in the British Virgin
11      Islands for almost $4 million?
12          A   Because I provided a service to its
13      principals, I suppose.
14          Q   Who were the principals of Acai?  I
15      thought you didn't know?
16              MR. LOPICCOLO:  Objection to form.
17          A   I do not know.  No, I don't
18      remember.
19          Q   If you turn to the second page,
20      there's an invoice of the same date from
21      First Alton to Fire Capital One Limited in
22      the amount of $3,975,089.59.
23              What was that invoice for?
24          A   Same answer as the last invoice.
25          Q   But do you know what Fire Capital
```

Confidential - Subject to The Protective Order
Roger Lehman - August 10, 2021

Page 482

```
1        One Limited is?
2            A    No.
3            Q    Do you know who owned it?
4            A    No.
5            Q    Did First Alton, Inc. enter into a
6    consultancy services agreement with Fire
7    Capital One Limited?
8            A    I don't remember.
9            Q    The next invoice is from First
10   Alton, Inc., same date, to Parle Global
11   Investments Limited, in the amount of
12   $4,020,800.85.
13               What was that invoice for?
14           A    Same answer as the previous.
15           Q    Do you know anything about the
16   entity, Parle Global Investments Limited?
17           A    No.
18           Q    The last invoice is to Philo
19   Holdings Limited, dated August 31, 2015, in
20   the amount of $2,177,469.29.
21               What was that invoice for?
22           A    Same answer.
23           Q    Do you know anything about the
24   entity, Philo Holdings Limited?
25           A    No.
```

Confidential - Subject to The Protective Order
Roger Lehman - August 10, 2021

Page 483

```
1        Q    Did -- were each of these invoices
2   paid?
3        A    I don't remember.  But I believe,
4   if not all of them, most, yes.
5        Q    Do you know who paid them?
6        A    The company listed on the invoices.
7        Q    Okay.  So if we're -- well,
8   First Alton on the first invoice identifies a
9   bank account at Wells Fargo.
10            Did First Alton have an account
11  there?
12       A    It looks like it, yes, but I don't
13  remember.
14       Q    And First Alton also had an account
15  at Chase?
16       A    That's what the invoice said, yes.
17       Q    Okay.  Does the Wells Fargo account
18  still exist?
19       A    No.
20       Q    What happened with that account?
21       A    I don't know, but I assume I
22  terminated it in a standard fashion.
23       Q    Have you attempted to obtain the
24  First Alton bank statements from Wells Fargo?
25       A    I don't remember.
```