CONFIDENTIAL
Dorthe Pannerup Madsen - September 30, 2021

Page 1

1        UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK
2        MASTER DOCKET 18-MD-2865(LAK)

3

4   _____)
                                     )
    IN RE:                           )
5                                    )
    CUSTOMS AND TAX ADMINISTRATION OF )
6   THE KINGDOM OF DENMARK           )
    (SKATTEFORVALTNINGEN) TAX REFUND )
7   SCHEME LITIGATION                )
                                     )
8   _____)

9

10

11

12             C O N F I D E N T I A L

13

14

15             VIDEO DEPOSITION OF

16            DORTHE PANNERUP MADSEN

17             Copenhagen, Denmark

18         Thursday, September 30, 2021

19

20

21

22

23

24

25     Reported by: CHRISTINE MYERLY

CONFIDENTIAL
Dorthe Pannerup Madsen - September 30, 2021

Page 9

```
1              THE VIDEOGRAPHER:  We are now on record.
2     This is the remote video recorded deposition of
3     Dorthe Pannerup Madsen.  Today is Thursday,
4     September 30th, 2021.  The time is 5:59 a.m. New
5     York time.  We are here in the matter of in re
6     Customs and Tax Administration of the Kingdom of
7     Denmark, et al.  All counsel have been noted on
8     record.
9              My name is Jose Rivera, remote video
10    technician on behalf of Gregory Edwards, LLC.  At
11    this time will the court reporter, Christine Myerly,
12    also on behalf of Gregory Edwards, LLC, please swear
13    in the witness and the interpreter.
14                   (Witness was sworn.)
15                   (Interpreter was sworn.)
16                        EXAMINATION
17    BY MR. DULBERG:
18         Q     Good afternoon.  My name is Andrew
19    Dulberg, and I represent some United States pension
20    plans and their trustees and beneficiaries in
21    litigation brought by SKAT in the United States.
22             THE INTERPRETER:  One second, Andrew.
23         Q     Can you please state your name for
24    the record?
25             THE WITNESS:  Dorthe Pannerup Madsen.
```

```
 1    other managers in Hoeje Taalstrup, there was Lisbeth
 2    Rømer, Orla Kristensen and Ellen Bach, who also had
 3    staff under them.
 4              Q      When did you start your role as
 5    head of payment and accounting?
 6              A      I don't remember.
 7              Q      Was it -- do you know if it was
 8    before the year 2010?
 9              A      It was around that time.
10              Q      Okay.  And -- so, let's talk about
11    one question before that time.  Before you joined
12    payment and accounting, did you have any
13    responsibilities relating to dividend withholding
14    tax?
15              A      No.
16              Q      When -- strike that.  At some
17    point did that change?
18              A      Lisbeth Rømer retired towards the
19    end of 2013.  She shared management with Hanne Hald.
20    And it was not until March 2014 that I was asked to
21    be responsible for the few members of staff left in
22    that office in Hoeje Taalstrup.
23              Q      So, before March 2014, you did not
24    have responsibility for dividend withholding tax?
25              MR. OXFORD:  Object to the form.
```

```
 1             A      No, not at all.
 2     BY MR. DULBERG:
 3             Q      In March of 2014 through September
 4     of 2015, what was your title?
 5                    (Danish clarification.)
 6             A      Functional manager.
 7             Q      Function head, or function
 8     manager?
 9                    (Danish clarification.)
10                    THE INTERPRETER:  This is Kirsten saying
11     there is not much of a difference.  What I am being
12     told by the other Danish people in the room is
13     functional manager, but function head doesn't really
14     make that much of a difference from a Danish
15     standpoint.
16             Q      Sure.  To whom did you report?
17             A      My vice director René Frahm
18     Jørgensen, and then the director was called Jens
19     Sørensen.
20             Q      Jens Sørensen was the director of
21     SKAT, correct?
22             A      No.  That was Jesper Rønnow
23     Simonsen.
24             Q      Do you have a binder in front of
25     you?
```

```
1          A      The five who were in training and
2    Sven, six.
3          Q      And do you have any understanding
4    of whether that has changed since August 2015?
5          MR. OXFORD:  Objection to form.
6          A      I have been sent home.  I have no
7    knowledge about what has happened in SKAT in this
8    area.
9    BY MR. DULBERG:
10         Q      Did you tell the parliamentary
11   commission that you did not feel like the right
12   person to be responsible for dividend refunds due to
13   your qualifications?
14         MR. OXFORD:  Object to the form.
15         A      Yes.
16   BY MR. DULBERG:
17         Q      That was a true statement, right?
18         A      Yes.
19         Q      Did you tell the commission you
20   did not know enough about dividend refunds during
21   the time that you were in charge of dividend tax?
22         MR. OXFORD:  Object to the form.
23         A      What I said was that I was put in
24   charge of moving the task to Jutland, and my job was
25   not to delve into the subject matter from a
```

1    technical standpoint because it was on the way of
2    moving from one place to another.
3    BY MR. DULBERG:
4            Q       Your focus as a manager was
5    transitioning from one place to a different place,
6    right?
7            A       Correct.
8            Q       Did you tell the commission that
9    René Frahm Jørgensen deleted all of his e-mails?
10           MR. OXFORD:  Object to the form.
11           A       No.
12   BY MR. DULBERG:
13           Q       Do you know whether René Frahm
14   Jørgensen deleted his e-mails in August of 2015?
15           MR. OXFORD:  Object to the form.
16           A       I have no knowledge about that.
17   BY MR. DULBERG:
18           Q       How about September 2015?
19           MR. OXFORD:  Object to the form.
20           A       I do not know.  I know that there
21   was a safety copy made of all of mine.
22           MR. DULBERG:  Thank you, Ms. Madsen, at
23   this time I have no further questions.
24           MR. OXFORD:  Let's go off the record.
25           THE WITNESS:  Thank you.  Have a nice day.

```
 1    He had been correcting smaller differences and one
 2    big one.
 3            And this e-mail was also sent to Kaj
 4    Steen, who was the manager of these three employees.
 5    Because the idea was that this function was to be
 6    moved to his office.
 7            Q    Did you consider Mr. Nielsen to be
 8    knowledgeable about the matters he was responsible
 9    for?
10            A    Yes.  He had worked with this area
11    for many years.
12            Q    Did it appear to you that
13    Mr. Nielsen had a good understanding of the controls
14    that SKAT applied before paying out a dividend
15    withholding tax refund application?
16            MR. DULBERG:  Objection to the form.
17            A    Yes.
18    BY MR. OXFORD:
19            Q    Was it your understanding,
20    Ms. Madsen, that Mr. Nielsen applied those controls
21    on every withholding tax refund application he
22    processed?
23            MR. DULBERG:  Objection.
24            A    Yes.
25    BY MR. OXFORD:
```

1    is what it is, Drew.
2            THE INTERPRETER:  I'm sorry, Mr. Dulberg,
3    I just forgot the rest of your -- the questions that
4    you answered early this morning, afternoon Danish
5    time -- what did you say, sorry?
6    BY MR. DULBERG:
7        Q    Those remain -- your answers to
8    those questions remain your answers, to the best of
9    your ability, right?
10           MR. OXFORD:  I object to the form of the
11   question.  It is a little bit like asking her what
12   she remembers about her commission testimony for two
13   days.
14       A    Yes.
15   BY MR. DULBERG:
16       Q    Mr. Oxford asked you if
17   Mr. Nielsen was the right person to be reviewing
18   refund applications, do you remember that?
19       A    Yes.  He was professionally the
20   best candidate for the job.  He had years of
21   experience.
22       Q    And for months, if not more than a
23   year, he was the only person reviewing refund
24   applications, correct?
25           MR. OXFORD:  Object to the form.