CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 1

```
 1                 UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF NEW YORK

 3     _____
                                      )
 4                                    )
       In re                          )
 5                                    )
       CUSTOMS AND TAX ADMINISTRATION )   MASTER DOCKET
 6     OF THE KINGDOM OF DENMARK      )   18-MD-2865 (LAK)
       (SKATTEFORVALTNINGEN) TAX      )
 7     REFUND SCHEME LITIGATION       )
                                      )
 8     This document relates          )
       To:  All cases                 )
 9     _____)

10

11

12              C O N F I D E N T I A L

13

14

15            VIDEO DEPOSITION OF
                  LISBETH ROMER
16            Copenhagen, Denmark
             Thursday, June 3, 2021
17            10:00 a.m.   (CEST)

18

19                  Taken at:
             Offices of Poul Schmith
20       Kammeradvokaten, Kalvebod Brygge 32,
             1560 Copenhagen V, Denmark
21            And WebEx via New York

22

23

24

25     Reported by:  FREDERICK WEISS, CSR, CM
```

| | | |
|---|---|---|
| 10:09:18 | 1 | of DC. |
| 10:09:18 | 2 | At this time, will the reporter, |
| 10:09:20 | 3 | Frederick Weiss, on behalf of Gregory Edwards LLC, |
| 10:09:24 | 4 | please swear in the interpreter and the witness. |
| | 5 | WHEREUPON -- |
| | 6 | KIRSTEN FOLLIN, INTERPRETER |
| | 7 | Affirmed that she would translate, to the best of |
| | 8 | her knowledge and ability from the English |
| | 9 | language to the Danish language and from the |
| | 10 | Danish language to the English language. |
| | 11 | |
| 10:08:50 | 12 | LISBETH ROMER, |
| 10:08:50 | 13 | Called as a Witness herein by counsel for |
| 10:08:50 | 14 | Defendant Azalea, et al., having been first duly |
| 10:08:50 | 15 | sworn, was examined and testified as follows: |
| 10:10:11 | 16 | EXAMINATION |
| 10:10:11 | 17 | BY MS. MCCARTHY: |
| 10:10:12 | 18 | Q.   Good morning, Ms. Romer. |
| 10:10:14 | 19 | A.   Good morning. |
| 10:10:14 | 20 | Q.   My name is Sharon McCarthy and I |
| 10:10:17 | 21 | will be asking you questions on behalf of the |
| 10:10:19 | 22 | defendants in this litigation today. |
| 10:10:29 | 23 | You understand English, correct? |
| 10:10:32 | 24 | A.   Yes. |
| 10:10:32 | 25 | Q.   Are you comfortable answering my |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 34

| | | |
|---|---|---|
| 10:32:55 | 1 | you are saying there.  We have many notes and |
| 10:32:58 | 2 | memos and reports that you made, and we are going |
| 10:33:02 | 3 | to go through that.  But I just want to hear from |
| 10:33:04 | 4 | you now, what was the concern that you had about |
| 10:33:11 | 5 | dividend -- payments of dividends reclaims to |
| 10:33:19 | 6 | investors? |
| 10:33:19 | 7 |        MR. WEINSTEIN:  Objection to form. |
| 10:33:29 | 8 | BY MS. MCCARTHY: |
| 10:33:29 | 9 |    Q.   You may answer. |
| 10:33:33 | 10 |        (Interpreter Translating.) |
| 10:33:36 | 11 |    A.   Okay.  We had a system that was |
| 10:33:41 | 12 | actually quite well because we were having third |
| 10:33:50 | 13 | parties certify the claim.  And at least in |
| 10:33:57 | 14 | Denmark, we are dependent very much on information |
| 10:34:03 | 15 | from the banks, and they are dealing with a lot of |
| 10:34:06 | 16 | things that we all depend on. |
| 10:34:09 | 17 |        So having this third party sort of |
| 10:34:18 | 18 | certify by the dividend invoice that we want with |
| 10:34:23 | 19 | the claim for refund, we thought we were quite |
| 10:34:27 | 20 | well. |
| 10:34:28 | 21 |        But in many of our systems, we have |
| 10:34:33 | 22 | a possibility of seeing somewhere if everything is |
| 10:34:39 | 23 | correct.  And that was not possible because you |
| 10:34:47 | 24 | don't know. |
| 10:34:47 | 25 |    Q.   You don't know who the shareholder |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 79

| | | |
|---|---|---|
| 12:20:16 | 1 | BY MS. MCCARTHY: |
| 12:20:16 | 2 | Q. Is -- and I was asking you if that |
| 12:20:19 | 3 | constituted then a gap in information to SKAT? |
| 12:20:26 | 4 | A. But it was as it had always been. |
| 12:20:30 | 5 | It was as it has always been. Since the system |
| 12:20:35 | 6 | was put in place in the '80s, we didn't have any |
| 12:20:39 | 7 | information about shareholders not having a depot |
| 12:20:42 | 8 | in Denmark. |
| 12:20:43 | 9 | Q. Okay. So that was something |
| 12:20:45 | 10 | that -- that if SKAT then received a reclaim |
| 12:20:50 | 11 | application by a foreign shareholder without a |
| 12:20:53 | 12 | Danish bank account, how could you verify their -- |
| 12:20:58 | 13 | that that shareholder received a dividend? |
| 12:21:02 | 14 | A. I could only verify it by his claim |
| 12:21:05 | 15 | and by the invoice from the bank telling that he |
| 12:21:09 | 16 | had received that amount of dividend. |
| 12:21:12 | 17 | Q. Okay. |
| 12:21:13 | 18 | MS. MCCARTHY: So if we could go to |
| 12:21:16 | 19 | Exhibit 3051, if you could mark that, |
| 12:21:22 | 20 | Mr. Reporter. |
| 12:22:03 | 21 | 3051 should be a form, Claim to |
| 12:22:08 | 22 | Relief from Danish dividend Tax. |
| 12:22:09 | 23 | Oh, I'm so sorry, it's 3016. I |
| 12:22:11 | 24 | apologize. I know, I sent you to -- I sent you to |
| 12:22:14 | 25 | a very big document. I meant to send you to a |

| | | |
|---|---|---|
| 02:14:01 | 1 | A. And then the VP, that is a private |
| 02:14:05 | 2 | organization, they have to have at least half a |
| 02:14:08 | 3 | year to implement changes in their systems. So... |
| 02:14:15 | 4 | Q. Okay. Do you remember which |
| 02:14:17 | 5 | portions of this document you personally drafted? |
| 02:14:21 | 6 | A. I can tell you I have been involved |
| 02:14:26 | 7 | in all the subjects here. |
| 02:14:27 | 8 | Q. You have been involved in drafting |
| 02:14:31 | 9 | of them? |
| 02:14:31 | 10 | A. Yes. Yes. |
| 02:14:31 | 11 | Q. Okay. And if could look at the |
| 02:14:37 | 12 | very first page under "Problem." I believe that |
| 02:14:49 | 13 | this is describing the same problem we've been |
| 02:14:53 | 14 | discussing about the timing of the receipt, of the |
| 02:14:58 | 15 | reclaims versus the timing of the receipt of |
| 02:15:01 | 16 | information from the companies, correct? |
| 02:15:03 | 17 | A. Yes. |
| 02:15:03 | 18 | Q. And as you will see in the middle |
| 02:15:06 | 19 | of the bottom paragraph there, it says: "That |
| 02:15:08 | 20 | means that today the dividend tax administration |
| 02:15:11 | 21 | today is to a large extent administered blindly. |
| 02:15:15 | 22 | As the information on the actual distribution is |
| 02:15:17 | 23 | not known at the time, the administration conducts |
| 02:15:20 | 24 | its business operations. This is the case, for |
| 02:15:24 | 25 | example, with recovery of dividend tax under the |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 153

| | | |
|---|---|---|
| 02:15:27 | 1 | double-taxation agreements and with dividend tax |
| 02:15:31 | 2 | refunds, et cetera, just as a reconciliation of |
| 02:15:34 | 3 | the actual distributed amount with the |
| 02:15:38 | 4 | distributing company's declaration and tax return |
| 02:15:41 | 5 | is not possible until a much later point in time." |
| 02:15:46 | 6 | Do you remember that issue? |
| 02:15:47 | 7 | A.  Yes. |
| 02:15:48 | 8 | Q.  Okay.  And is it -- this is number |
| 02:15:50 | 9 | 1.1 of the problem catalog? |
| 02:15:53 | 10 | A.  Yes. |
| 02:15:53 | 11 | Q.  Is this a very important issue? |
| 02:15:57 | 12 | A.  It is the most important issue |
| 02:16:02 | 13 | within the Danish administration of the companies |
| 02:16:07 | 14 | for the Danish taxation purposes that we should |
| 02:16:11 | 15 | have the -- and it is unnecessary that it was not |
| 02:16:17 | 16 | given on the same time. |
| 02:16:21 | 17 | I have always said that paying out |
| 02:16:24 | 18 | dividend is the one thing to do.  But |
| 02:16:28 | 19 | unfortunately, when we started with dividend tax |
| 02:16:31 | 20 | in Denmark, we put the dividend tax in so the |
| 02:16:37 | 21 | interest system that runs throughout the year, so |
| 02:16:40 | 22 | you can only put in a result at the end of the |
| 02:16:46 | 23 | year, and that is why we had to have the |
| 02:16:49 | 24 | declaration with the money that we want that once |
| 02:16:53 | 25 | and the information about the receiver of dividend |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 154

| | | |
|---|---|---|
| 02:16:58 | 1 | after the 1st of January. |
| 02:17:01 | 2 | Q. And that's what you wanted to |
| 02:17:02 | 3 | change? |
| 02:17:02 | 4 | A. That's what I wanted to change. I |
| 02:17:04 | 5 | wanted to be at the same time. |
| 02:17:09 | 6 | Q. And were you hearing from the banks |
| 02:17:11 | 7 | that that was too difficult to do? |
| 02:17:12 | 8 | A. Yes. They said they had to tally |
| 02:17:25 | 9 | things. They had to see -- |
| 02:17:25 | 10 | (Court reporter clarification.) |
| 02:17:25 | 11 | THE INTERPRETER: T-A-L-L-Y, tally. |
| 02:17:25 | 12 | THE WITNESS: |
| 02:17:28 | 13 | A. They said they had to secure that |
| 02:17:29 | 14 | everything was all right. |
| 02:17:31 | 15 | But they had already paid out the |
| 02:17:33 | 16 | dividend. So to me, that was not clear talk. |
| 02:17:37 | 17 | BY MS. MCCARTHY: |
| 02:17:37 | 18 | Q. Okay. And ultimately, were you |
| 02:17:42 | 19 | able to get that problem addressed? |
| 02:17:44 | 20 | A. In '12. |
| 02:17:48 | 21 | Q. 2012? |
| 02:17:49 | 22 | A. Yes. |
| 02:17:49 | 23 | Q. So it took six years -- more than |
| 02:17:54 | 24 | six years, because you were raising this issue |
| 02:17:57 | 25 | earlier, correct? |

```
03:33:55   1    shareholder in the company in question or whether
03:33:58   2    the investor in question isn't that liable for tax
03:34:01   3    in the foreign country.  The form is reviewed by
03:34:05   4    accounting to detect whether all the information
03:34:07   5    is included.  The refund is then paid."
03:34:11   6              Is that accurate what that says?
03:34:13   7        A.    Yes.  Because when we get the
03:34:19   8    declaration and the invoice, that is the
03:34:24   9    information that we can have.
03:34:26  10        Q.    And when you say "the invoice," are
03:34:28  11    you talking about --
03:34:29  12        A.    The bank note.
03:34:31  13        Q.    The bank note or something from a
03:34:33  14    custodian, correct?
03:34:34  15        A.    Yes.
03:34:34  16        Q.    Indicating that the shares --
03:34:38  17        A.    They had received the dividend of
03:34:40  18    these shares.
03:34:40  19        Q.    All right.  Okay.  And then it
03:34:45  20    talks, two paragraphs down, about omnibus and
03:34:49  21    nominee accounts indicating -- meaning that real
03:34:52  22    owners of the shares are not known so refunds are
03:34:55  23    paid without proof of ownership and actual
03:34:57  24    distribution, right?
03:34:58  25        A.    Yes.
```

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 225

```
05:02:29  1    was conducted?
05:02:30  2         A.    No.  Because we never talked about
05:02:34  3    it while I was there because we hadn't discovered
05:02:40  4    it.
05:02:40  5         Q.    In 2012 or 2013, did you ever
05:02:46  6    believe that there were fraudulent reclaim
05:02:48  7    applications being submitted?
05:02:49  8         A.    No.
05:02:50  9         Q.    Did anyone bring to your attention
05:02:52  10   that they believed that there were fraudulent
05:02:55  11   reclaim applications in 2012 --
05:02:57  12        A.    No.
05:02:57  13        Q.    -- or 2013?
05:02:59  14        A.    No.
05:02:59  15        Q.    Do you know the details of how the
05:03:02  16   defendants in this case purchased the Danish
05:03:05  17   shares that they claimed to own?
05:03:07  18        A.    No.
05:03:08  19        Q.    If SKAT had called the third-party
05:03:12  20   banks that submitted those certifications for the
05:03:14  21   reclaims in this case, do you know what
05:03:17  22   documentation, if any, those banks would have
05:03:20  23   provided to SKAT?
05:03:21  24        A.    No.  I can only say by experience
05:03:24  25   that when we went to the banks to have some extra
```

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 230

| | | |
|---|---|---|
| 05:09:18 | 13 | Q. Okay. You have testified today |
| 05:09:32 | 14 | about a number of issues that you raised over time |
| 05:09:36 | 15 | that you thought -- where there could be |
| 05:09:40 | 16 | improvement in the administration of dividend tax, |
| 05:09:43 | 17 | correct? |
| 05:09:43 | 18 | A. Yes. |
| 05:09:43 | 19 | Q. And did SKAT implement changes over |
| 05:09:46 | 20 | time to address any of the issues that you raised? |
| 05:09:49 | 21 | A. Fortunately, yes. |
| 05:09:49 | 22 | Q. Okay. So I want to just talk about |
| 05:09:52 | 23 | a number of them and you can -- we'll talk about |
| 05:09:56 | 24 | whether SKAT implemented the changes. |
| 05:09:59 | 25 | You mentioned that in the early |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 231

| | | |
|---|---|---|
| 05:10:03 | 1 | 2000s, after SKAT had put the 3S system into |
| 05:10:09 | 2 | place, they then changed for the SAP system for |
| 05:10:13 | 3 | dividend tax, right? |
| 05:10:14 | 4 | A.    Yes. |
| 05:10:15 | 5 | Q.    And you did not think that that was |
| 05:10:17 | 6 | a good idea? |
| 05:10:19 | 7 | A.    That was not a good idea. |
| 05:10:20 | 8 | Q.    All right.  And did you recommend |
| 05:10:21 | 9 | that they go back? |
| 05:10:22 | 10 | A.    Yes. |
| 05:10:22 | 11 | Q.    Did SKAT go back and implement 3S |
| 05:10:27 | 12 | for dividend tax? |
| 05:10:28 | 13 | A.    Fortunately, we had two years of |
| 05:10:31 | 14 | hell from SAP and then from 2006, we got 3S back. |
| 05:10:37 | 15 | Q.    Okay.  That was a system that you |
| 05:10:38 | 16 | felt was good for dividend tax administration? |
| 05:10:41 | 17 | A.    It was developed for dividend tax. |
| 05:10:43 | 18 | It was part of the company tax system and the |
| 05:10:49 | 19 | special branch for dividend tax. |
| 05:10:52 | 20 | Q.    Okay.  You mentioned as well that |
| 05:10:57 | 21 | you had suggested a change to the reclaim form |
| 05:11:00 | 22 | that people put in to get a refund; is that right? |
| 05:11:04 | 23 | A.    Yes. |
| 05:11:04 | 24 | Q.    And did your requested change to |
| 05:11:07 | 25 | the form take place? |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 232

| | | | |
|---|---|---|---|
| 05:11:09 | 1 | A. | I am sorry. I didn't catch it. |
| 05:11:11 | 2 | Q. | Yeah. Did your recommendation to |
| 05:11:13 | 3 | change the form, was that implemented? | |
| 05:11:15 | 4 | A. | Yes. |
| 05:11:15 | 5 | Q. | A number of the documents we saw |
| 05:11:20 | 6 | today, your memos, reference that SKAT was unable | |
| 05:11:25 | 7 | to perform a reconciliation -- | |
| 05:11:26 | 8 | A. | Yes. |
| 05:11:27 | 9 | Q. | -- between a company's declaration |
| 05:11:30 | 10 | of dividend and then ultimately the report on the | |
| 05:11:33 | 11 | dividend recipients? | |
| 05:11:34 | 12 | A. | Yes. |
| 05:11:34 | 13 | Q. | Can you explain what the issue |
| 05:11:38 | 14 | there was that you couldn't reconcile? | |
| 05:11:40 | 15 | A. | The issue was that the declaration |
| 05:11:45 | 16 | went into one system, and the recipients -- | |
| 05:11:52 | 17 | recipients went into the final tax return system | |
| 05:11:59 | 18 | where you had the tax paid under amount already -- | |
| 05:12:13 | 19 | taken as already paid tax. | |
| 05:12:14 | 20 | | So you had that tax payment already |
| 05:12:18 | 21 | on your tax return. But on your declaration, you | |
| 05:12:23 | 22 | could have written otherwise. So you would have | |
| 05:12:26 | 23 | paid less, but you would get more refund than you | |
| 05:12:31 | 24 | had paid because the two systems were not -- that | |
| 05:12:33 | 25 | was not fully listed companies. It was for the | |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 233

```
05:12:37   1    small companies.
05:12:37   2         Q.    Okay.  So the reconciliation issues
05:12:41   3    you were raising as a concern had to do with the
05:12:44   4    small nonlisted companies?
05:12:45   5         A.    Yes.
05:12:45   6         Q.    Okay.  And when you refer to "the
05:12:48   7    declaration," is that the declaration submitted by
05:12:52   8    the company itself that it has paid out a
05:12:53   9    dividend?
05:12:54  10         A.    That's a declaration telling there
05:12:56  11    has been a dividend decided, yes.
05:12:58  12         Q.    Okay.  And that, when submitted to
05:13:00  13    SKAT, that went into one particular system?
05:13:04  14         A.    Yes.
05:13:04  15         Q.    Okay.  And then what's the other
05:13:07  16    report that you were talking about that went into
05:13:08  17    a different system?
05:13:09  18         A.    That is when they tell who is the
05:13:11  19    recipient.
05:13:12  20         Q.    Okay.
05:13:13  21         A.    And there was this time difference
05:13:15  22    that just after the general assembly, you have to
05:13:18  23    send in the declaration with the amount of
05:13:22  24    dividend, and the other one was only submitted
05:13:28  25    17th of January.
```

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 234

| | | | |
|---|---|---|---|
| 05:13:29 | 1 | Q. | Okay. So the two things you are |
| 05:13:31 | 2 | | talking about that were put into two different |
| 05:13:33 | 3 | | systems are both reports from the company itself? |
| 05:13:36 | 4 | A. | Yes. |
| 05:13:36 | 5 | Q. | Okay. Was that issue resolved? |
| 05:13:42 | 6 | A. | Yes, fortunately. |
| 05:13:43 | 7 | Q. | How was that issue resolved? |
| 05:13:46 | 8 | A. | First of all, we got the system |
| 05:13:50 | 9 | | opened. That was before we had TastSelv. We got |
| 05:13:55 | 10 | | the system opened. So it was possible for the |
| 05:13:58 | 11 | | company to make those declarations at the same |
| 05:14:01 | 12 | | time because we told them, "Why send one and then |
| 05:14:05 | 13 | | you have to look it all up again? Now you have |
| 05:14:09 | 14 | | everything in front of you. Do both and |
| 05:14:11 | 15 | | finished." |
| 05:14:11 | 16 | | We also had a lot of companies who |
| 05:14:14 | 17 | | forgot to put in the last one because they thought |
| 05:14:17 | 18 | | they had already done the declaration. |
| 05:14:19 | 19 | | So it was not an easy system. But |
| 05:14:23 | 20 | | all was solved when we got our TastSelv that for |
| 05:14:31 | 21 | | small companies was started in '12, and where had |
| 05:14:36 | 22 | | at the same time for the declaration and the |
| 05:14:40 | 23 | | recipient of the dividend. It was turned a little |
| 05:14:45 | 24 | | around. So actually, the result of the recipient |
| 05:14:50 | 25 | | was the declaration. |

| | | |
|---|---|---|
| 05:14:51 | 1 | Q.  Okay.  So originally, a company |
| 05:14:54 | 2 | would report the dividend it declared sometimes |
| 05:14:58 | 3 | shortly after the general assembly date? |
| 05:15:00 | 4 | A.  Should be the month -- the |
| 05:15:03 | 5 | following month, end of the following month, you |
| 05:15:06 | 6 | should put in the declaration, and you should pay. |
| 05:15:08 | 7 | Q.  Okay.  And then the separate report |
| 05:15:11 | 8 | where they report who the dividend recipients are, |
| 05:15:15 | 9 | that was done -- |
| 05:15:15 | 10 | A.  In January. |
| 05:15:16 | 11 | Q.  -- January the following year? |
| 05:15:17 | 12 | A.  Yes. |
| 05:15:18 | 13 | Q.  And input into a different system |
| 05:15:20 | 14 | at SKAT. |
| 05:15:21 | 15 | A.  Yes. |
| 05:15:21 | 16 | Q.  And you mentioned at some point |
| 05:15:23 | 17 | today that the systems didn't -- you didn't match, |
| 05:15:27 | 18 | they couldn't match.  What did you mean by that? |
| 05:15:29 | 19 | A.  That they were never talking |
| 05:15:30 | 20 | together. |
| 05:15:30 | 21 | Q.  Okay.  So you are talking about the |
| 05:15:32 | 22 | two systems within SKAT couldn't -- they were not |
| 05:15:34 | 23 | compatible? |
| 05:15:35 | 24 | A.  We had so many systems -- |
| 05:15:37 | 25 | Q.  Okay. |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 236

```
05:15:37   1           A.      -- and they were not compatible.
05:15:38   2           Q.      So the dividend declaration form
05:15:43   3    and the later report on dividend recipients, the
05:15:46   4    two systems were not comparing?
05:15:48   5           A.      No.
05:15:49   6           Q.      So you couldn't reconcile the two
05:15:52   7    against the other.  The timing lag, that was
05:15:53   8    addressed, correct?
05:15:53   9           A.      Yes.
05:15:54  10           Q.      All right.  And did that require a
05:15:55  11    change in the actual law to get that passed?
05:15:57  12           A.      Yes.
05:15:58  13           Q.      And I think you mentioned that that
05:16:04  14    was implemented in two stages?
05:16:05  15           A.      Yeah.  The first stage was for
05:16:08  16    small companies, and the second was for the listed
05:16:11  17    companies because VP Securities was this private
05:16:18  18    company, and they should have at least half a
05:16:21  19    year, half a year's notice to settle their systems
05:16:25  20    to be according to the new rules.
05:16:28  21           Q.      Okay.  So the reason why the second
05:16:31  22    stage was later was just because VP Securities
05:16:33  23    needed to change their system?
05:16:34  24           A.      Yes.
05:16:35  25           Q.      All right.  And so as a result of
```

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 237

| | | |
|---|---|---|
| 05:16:37 | 1 | the change in the law and the use of TastSelv, was |
| 05:16:43 | 2 | reconciliation between those two reports a |
| 05:16:46 | 3 | problem? |
| 05:16:47 | 4 | A.    It was solved because there was no |
| 05:16:48 | 5 | problem. |
| 05:16:48 | 6 | Q.    Okay.  You mentioned that |
| 05:16:59 | 7 | originally when you started in this area, SKAT had |
| 05:17:02 | 8 | 30 days in which to process and pay under a refund |
| 05:17:06 | 9 | application? |
| 05:17:07 | 10 | A.    Yes. |
| 05:17:07 | 11 | Q.    I think you mentioned that that |
| 05:17:09 | 12 | changed as well? |
| 05:17:10 | 13 | A.    That changed as well to a half a |
| 05:17:11 | 14 | year. |
| 05:17:11 | 15 | Q.    And was that -- that original |
| 05:17:13 | 16 | deadline of 30 days, was that a problem that you |
| 05:17:16 | 17 | raised with people? |
| 05:17:16 | 18 | A.    Yes. |
| 05:17:16 | 19 | Q.    All right.  And it was changed to a |
| 05:17:18 | 20 | six-month deadline? |
| 05:17:19 | 21 | A.    Yes. |
| 05:17:19 | 22 | Q.    Did that require -- was that |
| 05:17:21 | 23 | something SKAT could just change in the systems or |
| 05:17:24 | 24 | did that require something bigger? |
| 05:17:26 | 25 | A.    I don't recall whether it was a law |

```
05:17:28   1    or this executive --
05:17:31   2                  THE INTERPRETER:  Order.
05:17:32   3                  THE WITNESS:  -- order.
05:17:34   4    BY MR. WEINSTEIN:
05:17:34   5         Q.    So that change required either an
05:17:35   6    executive order or a change in the actual law?
05:17:37   7         A.    Yes.
05:17:38   8         Q.    Okay.  I am going to get to the
05:17:49   9    issue of the foreign ownership of shares in a
05:17:53   10   moment.  But other than that issue, all the other
05:17:56   11   issues that you had raised that we discussed
05:17:58   12   today, were those the ones I just mentioned that
05:18:01   13   were addressed over time?
05:18:02   14        A.    Yes.
05:18:03   15                 MS. MCCARTHY:  Objection.
05:18:05   16   BY MR. WEINSTEIN:
05:18:07   17        Q.    With respect to the foreign
05:18:10   18   ownership of shares, was there a source of
05:18:18   19   information that SKAT could go to to get a listing
05:18:22   20   of the foreign shareholders of the Danish
05:18:25   21   companies?
05:18:25   22        A.    No, not if they had their shares in
05:18:31   23   the omnibus or nominee depot.
05:18:34   24        Q.    Okay.  And was it your
05:18:35   25   understanding that it common practice around the
```

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 239

| | | |
|---|---|---|
| 05:18:37 | 1 | globe that for a shareholder who held shares in a |
| 05:18:40 | 2 | foreign country, that they would typically be in |
| 05:18:42 | 3 | an omnibus account? |
| 05:18:45 | 4 | A.   Yes, because that was the cheapest |
| 05:18:47 | 5 | for the shareholder of course. |
| 05:18:49 | 6 | Q.   And so that was -- the -- the issue |
| 05:18:50 | 7 | of foreign shareholders having shares in omnibus |
| 05:18:55 | 8 | accounts was not -- that was not unique to |
| 05:18:58 | 9 | Denmark? |
| 05:18:59 | 10 | A.   Not at all. |
| 05:18:59 | 11 | Q.   That was just how the global |
| 05:19:01 | 12 | securities worked? |
| 05:19:02 | 13 | A.   That was the global securities. |
| 05:19:04 | 14 | Q.   All right.  Did VP Securities have |
| 05:19:07 | 15 | that information for who the foreign shareholders |
| 05:19:09 | 16 | were of the Danish company if it was an omnibus |
| 05:19:13 | 17 | account? |
| 05:19:13 | 18 | A.   No. |
| 05:19:14 | 19 | Q.   Did the companies themselves, the |
| 05:19:16 | 20 | Danish companies have lists of the foreign |
| 05:19:19 | 21 | shareholders if they were an omnibus account? |
| 05:19:21 | 22 | A.   They normally did not have a list |
| 05:19:24 | 23 | of shareholders because it was all under |
| 05:19:26 | 24 | VP Securities.  So they didn't have lists. |
| 05:19:28 | 25 | Q.   Okay.  They didn't have something |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 240

| | | |
|---|---|---|
| 05:19:30 | 1 | other than what VP Securities has? |
| 05:19:34 | 2 | A. No. |
| 05:19:34 | 3 | Q. So SKAT couldn't go to Maersk, for |
| 05:19:38 | 4 | example, and say, "Just give me your list of |
| 05:19:40 | 5 | foreign shareholders"? |
| 05:19:42 | 6 | A. No. |
| 05:19:42 | 7 | Q. Is there any central repository |
| 05:19:45 | 8 | anywhere in the world that you know of that has |
| 05:19:46 | 9 | that information that SKAT could have accessed? |
| 05:19:49 | 10 | A. No. I have never heard about it. |
| 05:19:50 | 11 | Q. Was there some kind of IT system |
| 05:19:53 | 12 | that SKAT could have put into place that would |
| 05:19:55 | 13 | have had that information? |
| 05:19:56 | 14 | A. Not that I know of. |
| 05:19:58 | 15 | Q. Okay. You talked about the Trace |
| 05:20:03 | 16 | Project with the OECD. |
| 05:20:06 | 17 | What is the OECD? |
| 05:20:08 | 18 | A. The OECD is a worldwide economic |
| 05:20:15 | 19 | organization where they try to solve common |
| 05:20:19 | 20 | problems for the countries, mainly economic |
| 05:20:27 | 21 | problems of course. And they are representing |
| 05:20:34 | 22 | more than 100 countries or something like that. |
| 05:20:37 | 23 | And in that organization, they try |
| 05:20:41 | 24 | to solve the problem of the unknown shareholder. |
| 05:20:49 | 25 | And with not so much success as |