1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2           Master docket No. 18-MD-2865(LAK)
                  Case Nos. 18-cv-09505
3    _____
                                            )
4    IN RE:                                 )
                                            )
5    CUSTOMS AND TAX ADMINISTRATION OF      )
     THE KINGDOM OF DENMARK (SKATTEFOR      )
6    VALTNINGEN) TAX REFUND SCHEME          )
     LITIGATION,                            )
7                                           )
     _____)
8

9

10

11

12

13

14        REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                    EXAMINATION OF

16                    DAVID SCHULMAN

17              DATE: October 21, 2020

18

19

20

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR

David Schulman - October 21, 2020

```
1    D A V I D   S C H U L M A N,

2            called as a witness, having been first

3    duly sworn according to law, testifies as follows:

4

5

6

7    EXAMINATION BY MS. CAHAN:

8        Q    Great.  So good morning,

9    Mr. Schulman.  My name is Valerie Cahan, an

10   attorney at Hughes, Hubbard & Reed.  We

11   represent the plaintiff in this case,

12   Skatteforvaltningen, I'm going to refer to

13   them as "SKAT."

14           Thank you for agreeing to do this

15   and agreeing to do it remotely.  I hope we

16   will not have too many technical issues.

17           Have you ever been deposed before?

18       A    Yes.

19       Q    And when was that?

20       A    That was about 1986.

21       Q    Okay.  So it's been a while.

22       A    Yes.

23       Q    I'm going to just go over some

24   ground rules for the deposition to help this

25   move smoothly.
```

David Schulman - October 21, 2020

1    was -- had repeatedly asked me to accept some

2    kind of a recompense with the work that I had

3    done for him.

4            And at some point, I don't know, it

5    might have been my brother, I'm not sure,

6    suggested to me that if I did any consulting

7    work, that if I set up these plans, that I

8    could put the money in the plans and have it

9    grow tax-deferred.

10           I spoke to my accountant, who

11   referred me to William Jacobs.  And I told

12   him -- I don't know what the names of the

13   plans were or anything, but I said, "This is

14   what I want to do, set up the two plans, and

15   if and when I earn consulting income outside

16   of my regular line of work, that I want to be

17   able to take advantage of that."

18       Q    Did you earn consulting income

19   outside of your work?

20       A    Yes.  Once the plans were set up

21   and Dan knew I had set up the plans, he said

22   "Good.  Now that I can pay you -- now I can

23   pay you for everything that you and Joan have

24   done for me, and all the work that you've

25   done for me," and he paid us $200,000 to each

David Schulman – October 21, 2020

Page 47

```
1    plan.
2            MR. BLESSINGTON:  Could I just stop
3        you there?  Did you lose David's
4        picture?
5        A    Can you still see me?
6            MS. CAHAN:  I've lost the picture,
7        no.
8            (Whereupon a discussion was held
9        off the record.)
10           THE VIDEOGRAPHER:  Stand by.  The
11       time is 10:22 a.m.  We're going off the
12       record.
13           (Brief recess taken.)
14           THE VIDEOGRAPHER:  Stand by.  The
15       time is 10:27 a.m. and we're back on
16       record.
17       Q    Okay.  Mr. Schulman, before we took
18   that break, you were talking about Dan
19   Kaminer paying the $200,000 to each of the
20   pension plans.
21       A    Correct.
22       Q    And you said that this was to repay
23   you for everything that you had -- you and
24   Joan had done for him?
25       A    Yes.
```

David Schulman - October 21, 2020

1       Q    And so, that -- was that $200 per

2    plan?

3       A    200,000 per plan, yes.

4       Q    Was that how the plans were

5    initially funded?

6       A    Yes.

7       Q    What consulting work did you do for

8    Mr. Kaminer?

9       A    I advised him on risk arbitrage

10   positions.  I backed him up on the drip

11   trading.  I gave an opinion if he had a

12   particular strategy that I thought that he

13   wanted my opinion on.

14         There was one in particular that he

15   had already put on rather substantially and I

16   disliked it.  And then he went away on

17   vacation and I shut the whole position down.

18         In other words, I made the decision

19   for him in his absence that he shouldn't be

20   in that position.  And it turned out that

21   that would have been a very, very expensive

22   mistake outside of general advice.

23         Otherwise, that was it.

24      Q    And so, the $400,000 that he gave

25   to the two plans, was that a repayment of the

David Schulman - October 21, 2020

1    prior loan?

2        A    No.

3        Q    He made a separate repayment of the

4    $600,000 that you had loaned him?

5        A    Yes.  That was within two or three

6    years after the loan was given.

7        Q    Okay.  Did you ever give Dan

8    Kaminer any invoices for the services that

9    you provided?

10       A    No.

11       Q    How was the amount decided?

12       A    I think he decided that was the

13   number that he wanted.

14       Q    So what changed in 1995 -- I'm

15   sorry, excuse me.

16            The payments to the two plans, that

17   was in 1995.

18            Correct?

19       A    I believe so.

20       Q    And so what changed in 1995 that

21   you started to accept payment for services

22   that you were providing to him?

23       A    I felt that he really wanted to do

24   it.  You know, it was a combination of all of

25   the things that we had been involved in and I

David Schulman - October 21, 2020

Page 50

1    had done for him for eight years.

2              I did not specify an amount, and

3    that was the amount that he chose.

4        Q    And you said earlier that Dan

5    Kaminer said that now that you have the

6    pension plans, he could pay you back for the

7    work that you had done.

8              Were these pension plans set up to

9    receive that money from Dan Kaminer?

10             MR. BLESSINGTON:  Objection.  You

11        may answer.

12       A    Not specifically, no.  I mean, I

13    might have had that in mind, but no, not

14    specifically.

15       Q    And you said that the $200,000 per

16    plan was a consulting fee?

17       A    Yes.  Correct.

18       Q    And you said that the plans were

19    set up to put consulting income into.

20             Is that right?

21       A    Correct.

22       Q    Did you receive any other

23    consulting income?

24       A    No.

25       Q    So the plans were set up to receive

David Schulman - October 21, 2020

Page 51

```
 1     consulting -- this consulting income?
 2              MR. BLESSINGTON:  Object as to
 3          form.  You can answer.
 4          A     Yeah, I don't think that is
 5     necessarily true.  It was just some outside
 6     advice that I got, and I -- I guess I thought
 7     about that, because Dan had suggested it
 8     multiple times, and I thought that he
 9     probably would want to put something in.
10              But was it set up specifically to
11     accept that consulting fee?  No, it was not.
12          Q     And you didn't receive consulting
13     income from any other sources?
14          A     No.
15          Q     Are there any written records of
16     the services that you provided to
17     Mr. Kaminer?
18          A     None.
19          Q     And how much did Dan Kaminer pay to
20     the pension plans, total?
21          A     You'd have to ask Stacey.
22          Q     And -- I'm sorry -- these are in
23     consulting fees?
24          A     I believe that that was it, those
25     two payments.
```

David Schulman - October 21, 2020

1    paid by Tremont for that or not.

2              But I didn't pay him directly.

3         Q    Did you ever open bank accounts for

4    these two plans?

5         A    No.

6         Q    What types of financial accounts

7    did they have?

8         A    They had brokerage accounts with

9    Morgan Stanley.

10        Q    And did you establish those?

11        A    Yes.

12        Q    Around 1995 when the plans were

13   created?

14        A    I don't know.  I think so, but I

15   don't know.

16        Q    Did you ever open accounts for the

17   plans anywhere other than Morgan Stanley?

18        A    Stacey may have opened accounts,

19   but I did not.

20        Q    So when you say "Stacey may have

21   opened accounts," why would she do that for

22   these plans?

23        A    She -- well, she was given the

24   responsibility by me to make those type of

25   decisions.