CONFIDENTIAL
Jens Sorensen - October 15, 2021

Page 1

```
 1           UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
 2           CASE NO.  18-MD-2865 (LAK)

 3   _____

 4   IN RE:

 5   CUSTOMS AND TAX ADMINISTRATION OF
     THE KINGDOM OF DENMARK
 6   (SKATTEFORVALTNINGEN) TAX REFUND
     SCHEME LITIGATION
 7
     This document relates to:
 8   All cases
     _____
 9

10

11

12
             ************************************
13           *                                  *
14           *            CONFIDENTIAL          *
             *                                  *
15           ************************************

16

17

18      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

19                   EXAMINATION OF

20                   JENS S□RENSEN

21              DATE: October 15, 2021

22

23

24

25      REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

CONFIDENTIAL
Jens Sorensen - October 15, 2021

Page 12

```
 1    K I R S T E N  F O L L I N,
 2           Called as the official interpreter in
 3    this action, was duly sworn to faithfully translate
 4    the questions to the witness from English to
 5    Danish, and the answers from Danish to English.
 6
      J E N S  S Ø R E N S E N,
 7
 8           Called as a witness, having been first duly
 9    sworn according to law, testifies as follows:
10
11
12    EXAMINATION BY MR. HANAMIRIAN:
13        Q    Okay.  So could you please state
14    your name, for the record, sir?
15        A    Jens Sørensen.
16        Q    Thank you.
17             And what's your education
18    background?
19        A    So today I am retired.  I have been
20    a director and head of unit in SKAT, as well
21    as -- and head of section as well.
22             That is the order, director, head
23    of unit, head of section.
24        Q    Okay.  And what did each of those
25    roles involve at SKAT?
```

CONFIDENTIAL
Jens Sorensen - October 15, 2021

Page 32

1    report, at least in my review of the report,
2    but I'm not testifying, I understand that
3    some deficiencies within the SKAT dividend
4    reclaim procedure were identified.
5         Did you get that understanding as
6    well?
7         MR. OXFORD:  Objection to the form.
8    A    So this report just characterized
9    the situation where things could have
10   happened in a different way.
11        However, it's important for me to
12   stress that I was not given an opportunity to
13   comment on this report.
14        All I had -- had to deal with was
15   the most recent audit that was conducted in
16   2012.
17        And the report for that audit is --
18   was published in 2013, where they stated that
19   the administration was done in a satisfactory
20   manner.
21   Q    Okay.  And so in the context of
22   what SKAT claims are, is lost revenue from
23   dividend reclaims, what is your understanding
24   of how that took place within SKAT?
25        MR. OXFORD:  Object to the form.

CONFIDENTIAL
Jens Sorensen - October 15, 2021

Page 81

```
 1    satisfactory -- satisfactory when it comes to
 2    establishing a net settlement -- when it
 3    comes to establishing net settlement with
 4    foreign shareholders.
 5         Q    If I can ask you just briefly to
 6    turn back to page 6 of the exhibit.
 7              Does the 2013 report make any
 8    observations about the controls that are in
 9    place for the form scheme?
10         A    Yes.
11         Q    And can you summarize those
12    observations for me?
13         A    They determined that there was
14    sufficient separation between different
15    functions.
16              They assess the amounts to be paid
17    out, and they say that if they don't have
18    sufficient documentation, they would request
19    additional material.
20              Furthermore, they determine that
21    the business operating procedures and
22    internal controls ensure correct accounting
23    registration.
24         Q    Does the 2013 Internal Audit
25    report, Exhibit 3009, have any criticism at
```

CONFIDENTIAL
Jens Sorensen - October 15, 2021

Page 82

```
 1   all about SKAT's controls in place with the
 2   form scheme?
 3       A    No.
 4       Q    Okay.
 5            MR. OXFORD:  No further questions.
 6            John, do you have any follow up?
 7            MR. HANAMIRIAN:  I don't, no.
 8   Thank you.
 9            MR. OXFORD:  Any other counsel have
10   any follow up?
11            MR. DULBERG:  Yes, if we can just
12   have two minutes off the record.
13            VIDEO OPERATOR:  Okay.  Standby.
14            The time is 10:45 a.m., new York
15   time, and we're going off the record.
16            (Brief recess taken.)
17            VIDEO OPERATOR:  The time is 10:51
18   a.m., New York time, and we're back on
19   record.
20   EXAMINATION BY MR. DULBERG:
21       Q    Good afternoon, Mr. S☐rensen.
22            My name is Andrew Dulberg, and I
23   represent some of the other U.S. pension plan
24   defendants in this case, and I -- I'll be
25   very brief, but I just wanted to follow up on
```