CONFIDENTIAL
Helen Sorensen - September 21, 2021

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2               MASTER DOCKET 18-MD-2865(LAK)

 3
    _____
 4                                          )
    IN RE:                                  )
 5                                          )
    CUSTOMS AND TAX ADMINISTRATION OF       )
 6  THE KINGDOM OF DENMARK                  )
    (SKATTEFORVALTNINGEN) TAX REFUND        )
 7  SCHEME LITIGATION                       )
                                            )
 8  _____)

 9

10

11

12          ************************************
            *                                  *
13          *           CONFIDENTIAL           *
            *                                  *
14          ************************************

15

16

17      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

18                      EXAMINATION OF

19                      HELEN SORENSEN

20                  DATE: September 21, 2021

21

22

23

24

25      REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

CONFIDENTIAL
Helen Sorensen - September 21, 2021

Page 12

```
1    H E L E N   S O R E N S E N,
2            called as a witness, having been first duly
3    sworn according to law, testifies as follows:
4
5
6    EXAMINATION BY MR. SCHOENFELD:
7        Q    Good morning, Ms. Sorensen.
8             My name is Alan Schoenfeld, and
9    I'll be asking you some questions today.
10            Could you state your full name, for
11   the record, please?
12       A    My full name is Helen Sorensen.
13       Q    All right.  My next question was,
14   do you understand English --
15       A    I do, yes.
16       Q    Okay.  Do you consider yourself
17   fluent in English?
18       A    Yes, I do, yes.
19       Q    Okay.  And are you willing to
20   answer questions today in English without a
21   translator?
22       A    Yes.  I will -- I would like to use
23   a translator if there is a legal term or
24   something that I need to get defined
25   accurately.
```

1      would give to the questions that were asked?
2          A    No.  Just how I should answer, the
3      manner I should answer them in.
4          Q    What does that mean?
5          A    Briefly, correctly, yeah, with the
6      details needed.
7               I might have covered a little bit
8      of the actual answers, but not in full
9      details.
10         Q    What substance did you cover?
11              What -- what substance about the
12     issues in this case did you cover with
13     Kammeradvokaten and Hughes Hubbard?
14         A    A settlement and -- what else,
15     information on inter-reporting with the tax
16     authorities, with that process in Denmark.
17         Q    What did you discuss with them
18     about net settlement?
19         A    How -- how it works in Denmark.
20              Do you need the details answered?
21         Q    Sure.  Any detail you can provide
22     would be great.
23         A    Okay.  Well, net settlement is used
24     in Denmark and also in the rest of the market
25     and specifically around Europe, as far as I

```
 1      know.  In order to save cost on settlement,
 2      it is used so that all of the participants in
 3      the settlement process can net all of the
 4      base settlement instructions into one large
 5      bulk settlement instruction, in each ISIN
 6      code representing civil underlying settlement
 7      instructions and -- and on that basis,
 8      settlement will occur once it has been
 9      matched and settled.
10            Q     Is net settlement required in
11      Denmark?
12            A     No, not at all.
13            Q     Is it encouraged?
14            A     Not per se.
15            Q     What do you mean "not per se"?
16            A     VP Securities does not encourage
17      it.
18            Q     Anything else you discussed with
19      Kammeradvokaten or Hughes Hubbard?
20            A     Not as far as I remember.
21            Q     I know you said you just returned
22      from maternity leave.
23                  Are you currently employed?
24            A     Yes.
25            Q     And by whom are you employed?
```

```
 1              MR. SMITH:  Objection to form.
 2       A    If there are -- let's see how I can
 3   phrase that.
 4              If you have your securities
 5   registered in an account, it would not be
 6   possible to pinpoint the exact shares that --
 7   that you own.  You would just own ten shares.
 8       Q    And how would I know that I own ten
 9   shares?
10              MR. SMITH:  Object to the form.
11       A    If -- if a foreign investor uses a
12   broker to purchase any securities, that
13   broker would have an agreement with another
14   financial institution that would have a
15   securities account in VP Securities, and
16   those shares that the foreign investor
17   purchases will lay in the participants'
18   securities account in VP and will be mirrored
19   in the system outside of the custody chain
20   until it reaches the broker's system that
21   will show the investor is ultimately holding.
22       Q    That would be a book entry with the
23   broker showing the investor his shareholding,
24   correct?
25              MR. SMITH:  Objection to the form.
```

CONFIDENTIAL
Helen Sorensen - September 21, 2021

Page 61

```
1     buyer doesn't fund the purchase?
2             MR. SMITH:  Object to form.
3         A   To my knowledge, the funding does
4     not actually occur on the trade date.
5         Q   And the transfer of the shares
6     doesn't also occur on the trade date,
7     correct?
8             MR. SMITH:  Object to the form.
9         A   The transfer of the shares does not
10    occur on trade date.
11        Q   But on the trade date, there's a
12    book entry that's made that reflects the
13    trade, correct?
14            MR. SMITH:  Object to form.
15        A   On trade date -- this, of course,
16    is different within the brokers in the
17    market, so, therefore, I cannot say it's
18    generally.
19            But the actual book entry and the
20    legal book entry is -- only happens at
21    fine -- finality in the VP Securities.
22        Q   Is any book entry made on the trade
23    date in Denmark?
24        A   Not at VP Securities.
25        Q   No, I understand not in
```

```
 1     anything about that if I have to answer from
 2     VP's perspective.
 3          Q    I'm not asking you from VP's
 4     perspective.  I'm asking you from your
 5     perspective.
 6               So from -- from your perspective,
 7     do you have an understanding of what happens
 8     between an investor and a broker on the trade
 9     date?
10          A    Yes, I have personal experience of
11     investing.
12          Q    Okay.  And so, on the trade date,
13     you, as the investor, own the shares,
14     correct?
15               You're the one who purchased the
16     shares.
17               MR. SMITH:  Object to the form.
18          A    On the trade date I have made an
19     order, a trade order for a certain amount of
20     shares, and I expect that -- that I will
21     receive those shares once settlement has
22     occurred the days afterwards, two days, two
23     plus two.
24          Q    So on the trade date, do you own
25     the shares?
```

CONFIDENTIAL
Helen Sorensen - September 21, 2021

Page 65

```
1              MR. SMITH:  Object to the form.
2       A    I -- it's the -- I know that I
3   don't own the shares on trade date.
4       Q    How do you know that?
5       A    Because I work at VP Securities,
6   and there's been no payment.  I mean, there's
7   been no settlement.
8       Q    What date matters as an investor
9   for purposes of claiming the right to a
10  dividend?
11             MR. SMITH:  Object to the form.
12      A    Can you just repeat the question?
13  Sorry.
14      Q    Sure.
15           Which date, trade date or
16  settlement matters from the vantage point of
17  the investor, with respect to your
18  entitlement to a dividend?
19             MR. SMITH:  Object to form.
20      A    As an investor, I would need to own
21  the shares on record date in order to be able
22  to receive dividend.
23      Q    So let's say an investor buys
24  shares at 10:00 in the morning and sells the
25  same shares at 2:00 in the afternoon, and
```

1      registered with VP Securities?
2           Q    Correct.
3           A    Then the proper would not need to
4      send in settlement instructions.
5           Q    Can you explain what it means to
6      net transactions?
7           A    Yeah.  Let me try.
8                During the day, a lot of purchase
9      and selling can happen in one ISIN code for
10     different investors.
11               And if all of the holdings are
12     registered in the same securities account,
13     then it's possible to the participant to net
14     all of the settlement instructions into one
15     settlement instruction, which is the sum
16     of the -- of -- of all of these.
17               So both the amount of securities
18     that needs to exchange hands, but also the
19     amount of liquidity that is needed is as low
20     as possible, but -- meaning that the
21     settlement instruction is based on the -- the
22     minimal amount of securities and cash needed.
23          Q    Are you done?
24          A    Yes.
25          Q    Okay.  And is that why financial