```
1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
2                 CASE NO.  18-MD-2865 (LAK)

3   _____
                                             )
4   IN RE:                                   )
                                             )
5   CUSTOMS AND TAX ADMINISTRATION OF        )
    THE KINGDOM OF DENMARK                   )
6   (SKATTEFORVALTNINGEN) TAX REFUND         )
    SCHEME LITIGATION                        )
7                                            )
    This document relates to:                )
8   All cases                                )
    _____)
9

10

11

12              C O N F I D E N T I A L

13

14

15      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                    EXAMINATION OF

17                    HELEN SORENSEN

18                       VOLUME II

19                 DATE: December 7, 2021

20

21

22

23

24

25      REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 9

1           VIDEO OPERATOR:  We are now on
2    record.
3           This is the continued remote video
4    recorded deposition of Helen Sorensen.
5           Today is Tuesday, December 7th,
6    2021.  The time is now 7:09 a.m. New York
7    time.
8           We are here in the matter of In Re:
9    Customs and Tax Administration of the Kingdom
10   of Denmark, et al.
11          All counsel have been noted on
12   record.
13          My name is Jose Rivera, remote
14   video technician on behalf of Gregory
15   Edwards, LLC.
16          At this time, will the reporter,
17   Charlene Friedman, on behalf of Gregory
18   Edwards, LLC, please re-swear in the witness.
19
20
21   H E L E N  S O R E N S E N,
22          called as a witness, having been first duly
23   sworn according to law, testifies as follows:
24
25

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 11

```
 1             Is that correct?
 2       A     Yes.
 3       Q     And that's Mr. Rasmussen?
 4       A     That's correct.
 5       Q     Ms. Sorensen, when a Danish company
 6   registers a security with VP, is it granted
 7   an ISIN code?
 8             MR. DULBERG:  Objection to the
 9   form.
10       A     Yes, it would need an ISIN code in
11   order to be registered in VP Securities.
12       Q     At the same time it's registered,
13   is it correct that there's a specific number
14   of shares of that security that are
15   registered on the general ledger of
16   VP Securities?
17             MR. DULBERG:  Objection to form.
18       A     There's a specific process for
19   issuance and registration of a company and --
20   and a security in VP Securities.
21             So the first step would be to
22   register the company, then the ISIN code, and
23   then the company can issue the amount of
24   shares that they intend to issue.
25       Q     And when those shares are issued,
```

1    they're issued in a specific quantity,
2    correct?
3         A    Yes, correct.
4         Q    And when VP Securities makes a
5    dividend payment to the holders of the issuer
6    of securities, does VP Securities do so based
7    on the total number of shares registered on
8    VP's general ledger for ISIN?
9         A    I'm sorry, yes.  If it's done on
10   the basis of the general ledger, the
11   circulating amount of shares that is
12   registered in VP Securities.
13        Q    And that circulating amount is a
14   specific quantity of shares, correct?
15        A    Yes.
16             MR. DULBERG:  Objection.
17        Q    And barring any action taken by the
18   issuing company to issue new shares, is the
19   quantity of shares on VP's general ledger for
20   a particular ISIN a fixed number?
21             MR. DULBERG:  Objection.
22        A    So can you ask that again?
23        Q    Yes.
24             Barring any action taken by the
25   issuing company to issue new shares, is the

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 13

```
 1    quantity of shares on VP's general ledger for
 2    a particular ISIN a fixed number?
 3              MR. DULBERG:  Objection.
 4        A     The amount of shares that the
 5    company wished to issue is not something that
 6    VP Securities has anything to do with.  This
 7    is something that the company itself decide,
 8    and also, this amount is registered in the
 9    Danish Business Authority.
10        Q     But the amount of shares that the
11    company issued, that's a fixed amount on VP
12    general -- of VP's general ledger?
13        A     Yes.  If the amount of shares needs
14    to either rise or fall, it will be done via a
15    corporate action.
16        Q     And is that the only way for the
17    total number of shares registered in VP's
18    general ledger for a specific security to be
19    changed?
20              MR. DULBERG:  Objection.
21        A     That -- the company itself needs to
22    decide if more shares should be issued.  So
23    it's a large process that also involves the
24    Danish Business Authorities and the -- the
25    company itself.
```

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 14

```
 1              So it is something that is not done
 2     on a daily basis when it comes to shares.
 3         Q    And it's only the company that has
 4     the ability to increase the number of shares
 5     that are listed on VP's general ledger?
 6              MR. DULBERG:  Objection.
 7         A    Yes.
 8         Q    And there's no way for a market
 9     participant to create new shares beyond those
10     that have been registered by the issuing
11     company?
12              MR. DULBERG:  Objection, beyond the
13     scope, calls for expert testimony, improper
14     lay opinion.
15              You may answer.
16         A    If we're talking about ordinary
17     shares, the actual shares, then no.
18         Q    And specifically regards to the
19     shares issued by a Danish company, is there
20     any way for a market participant to create
21     the new shares beyond those that have been
22     registered at VP Securities?
23              MR. DULBERG:  Same objection.
24         A    Then they would not be actual
25     shares.
```

```
 1    Nordisk.
 2            MR. DULBERG:  Objection.
 3        A   But if there aren't any shares
 4    registered on the omnibus account, then VP
 5    does not have any knowledge about any --
 6    anything going on in regards to that specific
 7    holding.
 8        Q   So even if the bank may have
 9    completed book entries of transactions, that
10    does not create new shares that would be held
11    or recognized on a VP Securities level?
12            MR. DULBERG:  Objection.
13        A   No, no.
14        Q   And that's true even though the
15    custodian may have internally booked in its
16    own records that customer A purchased one
17    hundred shares?
18            MR. DULBERG:  Objection.
19        A   I mean, there is only a certain
20    amount of shares circulating around.  So for
21    whatever is registered in VP, that is, you
22    can say, the actual book entry of whether the
23    holding is located.
24            So if there's no book entry in
25    regards to that securities account, then of
```

1    course VP Securities does not know anything
2    about the information in relation to the
3    ownership of -- of whatever this transaction
4    was or will be.
5        Q    And if a dividend had been declared
6    by Novo Nordisk, would VP Securities make any
7    distributions of dividends to this custodian?
8           MR. DULBERG:  Objection.
9        A    No.  In the sense that if there was
10   no holding registered on the securities
11   account on record date on that time that the
12   system does the snapshot, then there will be
13   no dividend distributed to that securities
14   account.
15       Q    Now, in our first session of your
16   deposition, you were asked by Mr. Schoenfeld
17   whether a custodian would need to go into the
18   market to obtain shares if the custodian's
19   customer A purchased one hundred shares of
20   Novo and customer B sold one hundred shares
21   of Novo on the same day, and you said the
22   custodian would not have to go into the
23   market to obtain the shares.
24           Do you recall that?
25       A    Umm-hmm.

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 28

```
 1    market to settle each trade.  And you said
 2    the custodian doesn't need to because it
 3    could trade with itself.
 4             Do you recall that?
 5        A    Yes.
 6        Q    And was your response premised on
 7    the custodian holding enough shares to fill
 8    all of its customers buy orders?
 9             MR. DULBERG:  Objection.
10        A    Yes, that was based on that fact.
11        Q    And if the custodian's customers
12    who wanted to sell stock that day didn't have
13    the stock in their accounts, can the
14    custodian fill its customers' buy orders that
15    same day without obtaining shares from the
16    market?
17             MR. DULBERG:  Objection, asked and
18    answered.
19        A    If you're meaning -- if your
20    question is would it be possible to -- to
21    settle this in -- in VP Securities, then no,
22    that would be lack of papers.
23        Q    And when you say "papers," what
24    does that refer to?
25        A    Securities.
```