```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2          Master docket No. 18-MD-2865(LAK)
                   Case Nos. 18-cv-09505
 3       _____
                                        )
 4       IN RE:                         )
                                        )
 5       CUSTOMS AND TAX ADMINISTRATION OF )
         THE KINGDOM OF DENMARK (SKATTEFOR )
 6       VALTNINGEN) TAX REFUND SCHEME    )
         LITIGATION,                     )
 7                                       )
         _____)
 8

 9

10

11

12

13

14       REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                       EXAMINATION OF

16                        MATTHEW TUCCI

17                  DATE: November 10, 2020

18

19

20

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

1    M A T T H E W  T U C C I,
2         called as a witness, having been first duly sworn
3    according to law, testifies as follows:
4
5
6
7    EXAMINATION BY MR. MAGUIRE:
8         Q    Good morning, Mr. Tucci?
9         A    Good morning, sir.
10        Q    My name is Bill Maguire.  I'm going
11   to be asking you some questions today.  And I
12   would ask you, if any question is unclear,
13   would you mind telling me rather than
14   answering the question?
15             That way we'll know that you
16   understand the question.
17        A    Okay.
18        Q    If -- we will take regular breaks,
19   but if at any point, you would like to take a
20   break, you can just let us know or indicate
21   to Mr. Allison who is beside you.  We'll find
22   a convenient stopping point.
23             Is that okay?
24        A    Sounds good.
25        Q    Sir, where did you go to college?

```
1         Q    Do you remember receiving a
2    consulting services agreement from Sanjay
3    Shah?
4         A    I don't recall.
5         Q    Do you recall hearing, in order to
6    get an additional $2 million payment, you
7    would have to sign a consulting agreement?
8         A    I do remember a discussion about
9    that.
10        Q    And tell us what you recall.
11        A    I believe I was shorted a certain
12   amount of money, I found out later on, by
13   Mr. Fletcher.  And I brought that to
14   Mr. Shah's attention.
15        Q    And how did you find out that you'd
16   been shorted by Mr. Fletcher?
17        A    I don't remember exactly.
18        Q    That must have been very unwelcome
19   news when you heard that.
20             MR. ALLISON:  Object to form.  Is
21        there a question?
22        Q    Were you shocked when you heard
23   that you'd been shorted money by
24   Mr. Fletcher?
25        A    Yes, in a way I was.
```

1    Q    Had you trusted Mr. Fletcher?
2    A    Yes.
3    Q    Had you -- did you have, in dealing
4   with Mr. Fletcher, an understanding that he
5   was paying you what you were supposed to be
6   paid?
7    A    I just assumed he was.
8    Q    And how did you -- how did it come
9   to your attention that he wasn't?
10    A    I forget exactly.  I forget who
11  brought it to my attention, but I was caught
12  off-guard.
13    Q    And did you hear how much he had
14  shorted you?
15    A    I heard different amounts, but it
16  was -- I never knew the exact amount.
17    Q    So what were the different amounts
18  that you heard?
19    A    Somewhere between two and
20  $2.6 million.
21    Q    And when you say you heard
22  different amounts, did one person tell you
23  that you were shorted 2 million, and another
24  person told you that you had been shorted
25  2.6 million?

```
1        A    Something to that effect.
2        Q    So who told you that you were
3   shorted 2 million?
4        A    I forget exactly, sir.  It's been
5   years.
6        Q    Who told you you'd been shorted
7   2.6 million?
8        A    I don't recall, sir.
9        Q    So who were the universe of people
10  who discussed with you the fact that you'd
11  been shorted by Danny Fletcher?
12            MR. ALLISON:  Object to form.
13       A    I believe it was either Mr. Lehman
14  or Mr. Bradley.
15       Q    And how did they find out that
16  Danny Fletcher had shorted you?
17            MR. ALLISON:  Object to form.  You
18       can answer.
19       A    I don't recall exactly, sir.  Like
20  I said, it's been a long time.
21       Q    Did you discuss with Sanjay Shah
22  the fact that Danny Fletcher are shorted you?
23       A    I did.
24       Q    And tell us about that discussion.
25       A    I forget exactly what was said.  It
```

1     was many years ago.
2             But I did bring it to his
3     attention.
4         Q   So the discussion that you had with
5     Mr. Shah, where were you when you had that
6     discussion?
7         A   I think I was in Dubai at the time.
8         Q   And was anyone with you in Dubai?
9         A   I think Mr. Bradley was there.
10        Q   Anyone else?
11        A   Not that I recall.  It was a long
12    time ago, a long time ago.
13        Q   And did you bring to Mr. Shah's
14    attention that you had been shorted or did he
15    bring that to your attention?
16        A   From my recollection, I believe I
17    brought it to his attention.
18        Q   And from your -- and was that in a
19    face-to-face meeting?
20        A   I believe it was, yes.
21        Q   And from his reaction, did it
22    appear that that was news to him, or was that
23    something that he had already been told?
24        A   I don't recall his reaction
25    exactly, but I'm guessing it was news to him.

1      Q    And sir, if you could tilt the
2   camera a little bit upwards so we're
3   capturing you?  Great.  Thank you.
4           And what about the amount of
5   the -- that you'd been shorted?  Is that
6   something that you brought to Mr. Shah's
7   attention?
8      A    It was, yes.
9      Q    And how much did you tell him you'd
10  been short?
11     A    I don't recall exactly how much I
12  told him, but I think it was around the 2
13  million mark.
14     Q    And did you tell Mr. Shah how
15  Mr. Fletcher had shorted you?
16     A    I don't believe so.  I just -- I
17  don't know.
18     Q    Was there any discussion of
19  Mr. Shah making this up to you?
20     A    There was, yes.
21     Q    And tell us about that discussion.
22     A    I believe it was he was going to
23  wire me -- I forget exactly the terms,
24  whether it was a loan or a forgivable loan,
25  or -- but he was going to make up $2 million.

1      Q    And what about Mr. Fletcher?  Was
2   he going to get any of the money back from
3   Mr. Fletcher?
4      A    I don't believe so.
5      Q    Was there any discussion as to why
6   Mr. Fletcher shouldn't send you the
7   2 million?
8      A    I don't remember exactly, sir.
9      Q    Did Mr. Shah continue to use
10  Mr. Fletcher?
11     A    I don't know, sir.
12     Q    Did he tell you what his position
13  was about trusting or using Mr. Fletcher?
14     A    Not that I remember.
15     Q    Did you have an understanding
16  whether Mr. Fletcher had advised or told
17  Sanjay Shah that he was shorting you?
18     A    I don't know, sir.
19     Q    What about Mr. Bradley?  Did --
20     A    I believe he did, but I don't know
21  for a fact, sir.
22     Q    Now, what was the amount that was
23  discussed in your presence about the amounts
24  by which Mr. Fletcher had shorted Doston
25  Bradley?

```
 1        A    I want to say it was along the
 2   lines of where my number was, but I don't
 3   know the exact number.
 4        Q    So the number you remember being
 5   discussed that Doston Bradley had been
 6   shorted by Danny Fletcher was around
 7   $2 million?
 8             MR. ALLISON:  Object to form.
 9        A    I believe either 2 million or just
10   under.  I don't remember for a fact, sir.
11   I'm sorry.
12        Q    And that was discussed with
13   Mr. Shah?
14        A    Correct, sir.
15        Q    And what about Mr. Lehman?  Was he
16   shorted by Danny Fletcher?
17        A    I don't believe so, sir, but I do
18   not know.
19        Q    Did you hear any discussion about
20   Roger Lehman being shorted by Danny Fletcher?
21        A    I don't recall.
22        Q    What about any of your other
23   coworkers or anyone else, other than
24   Mr. Bradley, shorted by Danny Fletcher?
25        A    I don't know.  I don't remember,
```

```
 1        A    Via wires.
 2        Q    And who sent you the wire?
 3        A    I believe it was accounts that were
 4   in the billing.  But I don't know for a fact.
 5             I forget.
 6        Q    I'm sorry.  I couldn't hear your
 7   answer.
 8        A    I believe it was from the accounts
 9   that I invoiced.  But again, I don't remember
10   if it was or not.
11        Q    Okay.  Do you recall whether any of
12   the payments came in directly from Solo
13   Capital?
14        A    I don't recall, sir.
15        Q    Did you know whether any of the
16   payments that came in came from VarenGold
17   Bank?
18        A    It rings a bell, but I don't know
19   for a fact, sir.
20        Q    Okay.  How about the $2 million
21   make-up payment?  Did you get paid that?
22        A    I believe I did, yes, sir.
23        Q    And how did you get paid that?
24        A    I believe it was another wire, sir.
25        Q    And where did that wire come in
```

```
 1    from?
 2         A     I don't recall off the top of my
 3    head.  I'm sorry.
 4         Q     You don't recall if that came in
 5    from Solo Capital?
 6         A     I do not.
 7         Q     Or VarenGold Bank?
 8         A     I don't, sir.
 9         Q     Okay.  And do you recall how that
10    payment was described?
11         A     I think it was described as a loan,
12    but I don't remember for a fact.
13         Q     And was it, in fact, a loan?
14         A     I considered it a forgivable loan,
15    but I don't know what Mr. Shah considered it.
16         Q     By a "forgivable loan," did you
17    understand that to mean you were being paid a
18    make-up payment for $2 million that was
19    described as a loan, but you wouldn't have to
20    pay it back?
21         A     Something along those lines,
22    correct, sir.
23         Q     Was it ever described as an
24    "advisory fee?"
25         A     I don't know how it was described,
```

```
 1    to do more things with Sanjay Shah?
 2         A    Well, as we had discussed earlier,
 3    we had discussions about more introductory
 4    broker fees.  At that time, Doston and I were
 5    venturing out on our own to do different
 6    brokering opportunities, consulting
 7    opportunities, and we had hopes that some day
 8    we might be able to do some -- something for
 9    Solo in the future.
10              That's from what I recollect from
11    that meeting.
12         Q    And did you understand at this time
13    Mr. Fletcher was being cut out of Mr. Shah's
14    operation?
15         A    I did not.
16         Q    So Mr. Fletcher had shorted -- by
17    this time you knew, right, that Mr. Fletcher
18    had shorted you and Doston Bradley?
19         A    I did know, yes.
20         Q    And certainly when you told him,
21    Mr. Shah knew that?
22         A    I believe he did, yes.
23         Q    And you did not invite Mr. Fletcher
24    to join you in Singapore?
25         A    No.  I lost all contact with
```

```
 1     Mr. Fletcher.
 2         Q    And presumably, you lost contact
 3     with him as soon as you learned that he was
 4     shorting you?
 5         A    Yes.
 6         Q    And you made clear to Mr. Shah that
 7     you wouldn't work with Mr. Fletcher again?
 8         A    Correct.
 9         Q    So did you have an understanding
10     that Mr. Shah wanted to work directly with
11     you rather than through Mr. Fletcher?
12         A    That was along the lines of what we
13     had discussed, correct.
14         Q    And was that -- the same true for
15     Doston Bradley, that Mr. Shah would be
16     working directly with him and not through
17     Danny Fletcher?
18         A    I believe that to be the case, yes.
19         Q    And so were you looking, basically,
20     to take over what Danny Fletcher had been
21     doing for Mr. Shah?
22              MR. ALLISON:  Object to form.  You
23         can answer if you can.
24         A    I don't know -- I don't know
25     exactly what Mr. Fletcher was doing for
```

```
1      Mr. Shah.  But I did know there wouldn't be a
2      go-between between Mr. Shah and myself going
3      forward.
4           Q    And how did you know that?
5           A    He made it clear at that dinner.
6           Q    What did he tell you?
7           A    He wanted us to find more people to
8      introduce his trading strategy to and that
9      there would be no more Mike at Novus or Danny
10     Fletchers in between.
11          Q    So when he said there would be to
12     no more Mike at Novus or Danny Fletchers,
13     then he was saying that he would be working
14     directly with you?
15          A    Something to that effect, correct,
16     yes.
17          Q    I thought you just told us that
18     Mr. Shah told you that there would be a
19     go-between.
20               Did I mishear your answer?
21          A    I think you misheard me.
22          Q    Okay.  So what Mr. Shah was telling
23     you is that there would be no more
24     intermediaries between you and him?
25          A    Correct.
```

```
1    to Dubai in the summer, it would be quite
2    hot, but maybe.
3         Q    Go ahead.  Sorry.
4         A    I don't know for sure if that was
5    the exact time of the year or not, but -- to
6    fly to Dubai.
7         Q    It would not be an ideal time to be
8    in Dubai?
9         A    Correct.
10        Q    The reason I ask is because
11   Exhibit 1327, this e-mail from Doston Bradley
12   --
13        A    Okay.
14        Q    -- is in April.  And in the last
15   paragraph, it says that "Matt and I are
16   thinking about flying over to Dubai in August
17   for a quick chat."
18        A    Yes.  I don't know if we did or
19   not.
20        Q    Did you ever fly to Dubai to meet
21   Sanjay Shah?
22        A    I did, yes.
23        Q    About how many times?
24        A    I think twice.
25        Q    And when was the first time?
```

Matthew Tucci - November 10, 2020

Page 204

```
 1        A    I don't recall the exact dates,
 2   sir.  I'm sorry.
 3        Q    Give me your best approximation.
 4        A    2015, maybe, '16.
 5        Q    And when was the second time?
 6        A    Probably that same year or the year
 7   after.
 8        Q    And what prompted the first trip to
 9   Dubai?
10        A    I believe it was the discussion
11   about Mr. Fletcher.
12        Q    And was that trip to Dubai before
13   or after the dinner that you had with Sanjay
14   Shah in Singapore?
15        A    I don't recall exactly.  I want to
16   assume that it was before, but I'm just
17   guessing, sir.
18        Q    And so, what was it about Danny
19   Fletcher that prompted the first trip to
20   Dubai?
21        A    Can you repeat the question?
22        Q    Yeah.  I understand the first trip
23   to Dubai was because of something involving
24   Danny Fletcher?
25        A    Correct.
```

```
1      correspondence or inquiries that you ever
2      made about Sanjay Shah's operations other
3      than what you've told us?
4           A     No, there's not, sir.
5           Q     Did anyone ever tell you that they
6      had made inquiries about Solo Capital or
7      Sanjay Shah?
8           A     Not that I remember, sir, no.
9           Q     Did you negotiate a loan agreement
10     in 2016 with Sanjay Shah?
11          A     Yes.  There was -- I mentioned
12     earlier about the shortage of funds from
13     Mr. Fletcher.  And I believe that loan
14     agreement was a way to remedy my shortfall.
15          Q     Now I think we had seen earlier
16     that you had received -- or you were being
17     told to generate an invoice?
18          A     Correct.
19          Q     For an advisory fee?
20          A     Correct.
21          Q     And that you -- I think you told us
22     that you were wired that money?
23          A     Yes.  But I don't believe it was
24     until after I signed the loan agreement.
25          Q     Okay.  So the invoices that you
```