Carl Andrew Vergari - February 12, 2020

Page 1

```
1                UNITED STATES DISTRICT COURT
2                SOUTHERN DISTRICT OF NEW YORK
3      _____
       IN RE:                               )
4                                           )
       CUSTOMS AND TAX ADMINISTRATION OF    )
5      THE KINGDOM OF DENMARK               )   CASE NO.
       (SKATTEFORVALTNINGEN) TAX REFUND     )   18-MD-2865 (LAK))
6      SCHEME LITIGATION                    )
                                            )
7      This document relates to case nos.   )
       18-CV-05308; 18-CV-05309; 18-CV-05305;)
8      18-CV-05299; and 18-CV-05300         )
       _____)
9
10
11
12
13        VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF
14                    CARL ANDREW VERGARI
15                  DATE: February 12, 2020
16
17
18
19
20
21
22
23
24     REPORTED BY:
25     MICHAEL FRIEDMAN, CCR
```

1    C A R L   A N D R E W   V E R G A R I,
2             called as a witness, having been first
3    duly sworn according to law, testifies as follows:
4
5
6
7    EXAMINATION BY MR. WEINSTEIN:
8        Q    Good morning, Mr. Vergari.
9    Throughout the day today, I'll be asking you
10   questions.  Mike here will be taking it down
11   on the stenographic record.
12            Because of that, we ask that you
13   verbalize any answers as opposed to nodding
14   or any other form of communication.
15       A    Okay.
16       Q    If you don't understand a question
17   or you didn't quite hear it, just ask us and
18   we can read it back or try again.
19       A    Okay.
20       Q    The goal will be to take a break
21   around every hour to hour, 15 minutes.  But
22   if you need to take a break before that for
23   some reason, just let us know and we'll
24   accommodate.
25            We just ask that if I've asked you

Carl Andrew Vergari - February 12, 2020

Page 117

```
 1     77?
 2         A    Correct.
 3         Q    Okay.  What was your understanding
 4     of where the money was sent by Denmark for
 5     the claims that were put in on your plan's
 6     behalf?
 7         A    I was -- to my understanding, it
 8     was being sent to Solo on behalf of my plan
 9     or the others.
10         Q    Okay.  And let's just stick with
11     your plan, okay, for the moment?
12         A    Sure.
13         Q    Once the money that Denmark paid on
14     these refund claims was sent to Solo Capital,
15     what did you understand was done with that
16     money?
17         A    I'm not sure.  I was under the
18     impression that I was just going to get paid,
19     to me, at some point.
20         Q    Was your -- what was that
21     impression based on?
22         A    What they had told me, the group,
23     or -- yeah, our group, the Tradition group.
24         Q    So who told you that?
25         A    I can't remember.  No one in
```

Carl Andrew Vergari - February 12, 2020

Page 118

1    particular, just -- probably Danny Fletcher
2    at some point said that we were going to get
3    paid out.
4         Q    Did Mr. Fletcher tell you how you
5    were going to be paid out?
6         A    No.
7         Q    Did you have an
8    understanding -- before receiving any money,
9    did you have an understanding of what
10   percentage of any money that had been
11   generated would come to you?
12        A    No.
13        Q    I'm going to hand you a document to
14   be marked as Exhibit 78.
15            (Whereupon the above mentioned was
16        marked for Identification.)
17        Q    Exhibit 78 appears to be a one-page
18   account statement from Solo Capital for the
19   NYCATX Plan.  It has a Bates number
20   NYCATAX 106.
21            Have you seen this document before?
22        A    (Witness reviewing.)
23            No, I haven't.
24        Q    I gather you personally did not
25   produce it for purposes of this litigation?

Carl Andrew Vergari - February 12, 2020

Page 134

1      Q    Prior to receiving the money, did
2   you know it was coming?
3      A    I don't remember.  I don't believe
4   so.
5      Q    So no one gave you a head's up?
6      A    Danny -- Mr. Fletcher might have,
7   yeah, but nothing specific.
8      Q    Do you recall anything about that
9   conversation?
10     A    I think, at one point, he just
11  said, "Keep a look out for your distribution
12  cut."
13     Q    Do you know how Mr. Fletcher knew
14  you were going to be getting a distribution?
15     A    I was under the impression he was
16  the one who paid us.
17     Q    Okay.  What gave you that
18  impression?
19     A    Well, we originally were told that,
20  again, Mike -- I don't remember his last
21  name -- was initially in charge of
22  distributing proceeds to us, that he was
23  not -- again, from what I was told, not
24  holding up his end of that bargain.
25          And then Mr. Fletcher was appointed

Carl Andrew Vergari - February 12, 2020

Page 135

```
 1      to be the point man, for lack of a better
 2      term.
 3          Q    How did you find out that Mike was
 4      not holding up his end of the bargain?
 5          A    It was told to me by either Matt or
 6      Fletch.
 7          Q    "Matt" being Mr. Tucci?
 8          A    Yes.
 9          Q    It states on the statement that
10      it's a wire transfer from Schmet,
11      S-C-H-M-E-T, Investments, Limited."
12               Do you know what that entity is?
13          A    No, I don't.
14          Q    Do you know who is associated with
15      it?
16          A    No, I don't.
17          Q    Do you know why you received
18      $10,000 from Schmet Investments?
19          A    It was part of -- what I was told,
20      that was one of the payouts to me from the
21      plan.
22          Q    But you don't know why you received
23      it from this particular entity?
24          A    No, I don't.
25          Q    Do you know if Mr. Fletcher had any
```