CONFIDENTIAL
Marcia Wagner - April 14, 2022

Page 1

1               UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
2             CASE NO. 18-MD-2865 (LAK)

3   _____
                                        )
4   IN RE:                                  )
                                        )
5   CUSTOMS AND TAX ADMINISTRATION OF     )
    THE KINGDOM OF DENMARK                )
6   (SKATTEFORVALTNINGEN) TAX REFUND     )
    SCHEME LITIGATION                     )
7   _____)

8

9

10

11

12

13             C O N F I D E N T I A L

14

15

16    REMOTE VTC VIDEOTAPED EXPERT DEPOSITION UNDER ORAL

17                  EXAMINATION OF

18                   MARCIA WAGNER

19

20              DATE: April 14, 2022

21

22

23

24

25    REPORTED BY: MICHAEL FRIEDMAN, CCR

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

```
1     M A R C I A   W A G N E R,
2            called as an expert witness, having been
3     first duly sworn according to law, testifies as
4     follows:
5
6
7
8     EXAMINATION BY MR. DEWEY:
9         Q    Good morning, Ms. Wagner.
10        A    Good morning.
11        Q    My name is Tom Dewey, and I
12    represent Michael Ben-Jacob in this
13    litigation.
14             You've been retained by SKAT as an
15    expert witness in this case.  Right?
16        A    Correct.
17        Q    And you have offered opinions about
18    Mr. Ben-Jacob's compliance with New York
19    professional standards.  Right?
20        A    Correct.
21        Q    Are you admitted to practice in
22    New York State?
23        A    No.
24        Q    Have you ever been admitted to
25    practice in New York State?
```

CONFIDENTIAL
Marcia Wagner - April 14, 2022

Page 131

1        After I had left, I believe shortly
2    after I had left, it was acquired by K&L
3    Gates.  The Warner & Stackpole law firm
4    became the Boston law firm of K&L Gates.
5             MR. DEWEY:  Move to strike.
6        A    Similarly, just for consistency, I
7    will change the resume, and I should, that
8    Bingham Dana & Gould no longer exists.  That
9    is Morgan Lewis, so if you were to look at my
10   resume, you would not see this law firm as in
11   existence, as you would not see Warner &
12   Stackpole in existence, so thank you for
13   enabling me to correct my resume.
14       Q    Do you think you should remove the
15   reference to K&L Gates, Ms. Wagner?
16       A    Perhaps I haven't really thought
17   much about my resume.  I really haven't given
18   it any thought until this deposition.
19       Q    Clearly.
20            Okay.  I want to focus again on the
21   prohibited transaction rules, Ms. Wagner.  I
22   just have a few questions on that topic.
23            Would you agree with me that a
24   violation of the prohibited transaction rules
25   standing alone will not lead to

```
 1    disqualification of a plan?
 2         A    No.
 3         Q    Okay.  Will a violation of the
 4    prohibited transaction rules be remedied with
 5    actions other than the disqualification of a
 6    plan?
 7         A    It depends on what the violation
 8    is.  Can you be more specific?
 9         Q    To your knowledge, has a plan ever
10    been disqualified solely based on a violation
11    of the prohibited transaction?
12         A    I believe there are two cases that
13    I cited in my report that discuss such an
14    issue.
15         Q    Other than those two cases, do you
16    have anything else?
17         A    I believe there's another tax court
18    case by the name of Shedco. which would be
19    Shedco, S-H-E-D-C-O.
20         Q    Okay.  And it's your testimony,
21    just so I'm clear, that if a plan is
22    otherwise wholly compliant, a violation of
23    the prohibited transaction rules will lead to
24    disqualification?
25         A    It depends on what the violation
```

CONFIDENTIAL
Marcia Wagner - April 14, 2022

Page 133

```
 1     is.
 2            And, by the way, I would need to
 3     review the Shedco case to make sure that that
 4     is an appropriate reference, so again, that's
 5     off the top of my head.
 6        Q   Okay.  Focusing, Ms. Wagner, on the
 7     exclusive benefit rule, is it accurate to say
 8     that, and I quote, "No specific limitations
 9     are provided in section 401(a) with respect
10     to investments which may be made by the
11     trustees of a trust qualifying under section
12     401(a).  Generally the contributions may be
13     used by the trustees to purchase any
14     investments permitted by the trust agreement
15     to the extent allowed by local law."
16            Is that correct?
17            MR. MAGUIRE:  I'm sorry --
18        A   Where are you reading from?
19            MR. MAGUIRE:  Can you just go
20     through that more slowly so we can
21     follow?
22            MR. DEWEY:  Sure.
23        Q   Tab 13.
24        A   Tab 13?
25            MR. MAGUIRE:  Do we have a tab 13,
```