CONFIDENTIAL
Jette Zester - September 22, 2021

Page 1

1        UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK
2        MASTER DOCKET 18-MD-2865(LAK)

3

       _____
4                                              )
       IN RE:                                  )
5                                              )
       CUSTOMS AND TAX ADMINISTRATION OF       )
6      THE KINGDOM OF DENMARK                  )
       (SKATTEFORVALTNINGEN) TAX REFUND        )
7      SCHEME LITIGATION                       )
                                               )
8      _____)

9

10

11

12              C O N F I D E N T I A L

13

14

15

16

17              VIDEO DEPOSITION OF

18                 JETTE ZESTER

19              Copenhagen, Denmark

20         Wednesday, September 22, 2021

21              12:02 p.m. (CEST)

22

23

24

25    Reported by: CHRISTINE MYERLY

CONFIDENTIAL
Jette Zester - September 22, 2021

Page 9

```
1                - TRANSCRIPT OF PROCEEDINGS -
2                WEDNESDAY, SEPTEMBER 22, 2021
3              THE VIDEOGRAPHER:  We are now on record.
4    This is the remote video recorded deposition of
5    Jette Zester.  Today is Wednesday, September 22nd,
6    2021.  The time is now 6:02 a.m. New York time.
7              We are here in the matter of in re Customs
8    and Tax Administration of the Kingdom of Denmark, et
9    al.  All counsel have been noted on record.  My name
10   is Jose Rivera, remote video technician, on behalf
11   of Gregory Edwards, LLC.
12             At this time will the reporter Christine
13   Myerly, on behalf of Gregory Edwards, LLC, please
14   swear in the interpreter and the witness.
15                    (Witness sworn.)
16                    (Interpreter sworn.)
17                      EXAMINATION
18   BY MR. DAVIDSON:
19        Q     Good morning, Ms. Zester.
20        A     Good morning.
21        Q     My name is Dan Davidson.  I
22   represent some of the defendants in this case.
23             One moment, it appears that we have lost
24   video on our end.  Sorry about that.
25             Can you please state and spell your full
```

CONFIDENTIAL
Jette Zester - September 22, 2021

Page 124

```
 1     withholding tax?
 2          A      Well, yes, there were reclaims
 3     that people had made to which they were not
 4     entitled.
 5          Q      Are you aware of any facts that
 6     support a conclusion that Denmark was defrauded by a
 7     U.S. pension plan?
 8          THE INTERPRETER:  Did you say American
 9     pension plan?
10          Q      Correct.  U.S.
11          MR. WEINSTEIN:  Objection to form.
12          A      No.  Only from newspapers.
13     BY MR. DAVIDSON:
14          Q      In the place where we were just
15     looking, do you say that there was a loophole that
16     pretty much everyone knew was there but no one had
17     the courage to close?
18          A      It just -- it took so long before
19     we were able to introduce the ongoing reporting so
20     that we could settle correctly with the yearly
21     statements, and also to solve on a global level the
22     issues we were facing with nominee accounts.
23          Q      Why did it take so long?
24          A      I think I have said this earlier.
25     It was a global issue.  All countries had to be
```

CONFIDENTIAL
Jette Zester - September 22, 2021

Page 125

```
 1    ready to report their shareholders and dividend
 2    recipients.
 3            Q      Is it correct that in this
 4    statement you were saying no one had the courage to
 5    solve that problem?
 6            A      It is a -- it is a figure of
 7    speech.
 8            Q      What does that figure of speech
 9    mean?
10            A      So, both the financial industry
11    and those doing the reporting knew that there was a
12    problem in getting the correct information about the
13    beneficial owner, and they -- and they were lacking
14    in the -- the reporting done was lacking, and the
15    duty could not be imposed upon, for example, foreign
16    pension plans.
17                   (Danish clarification.)
18            A      And some were exempt of reporting
19    when shareholders had been given dividends.
20            Q      Was SKAT aware of the issues you
21    just described in the financial industry?
22            MR. WEINSTEIN:  Objection to form.
23            A      What do you mean?
24    BY MR. DAVIDSON:
25            Q      Well, you just described that the
```

CONFIDENTIAL
Jette Zester - September 22, 2021

Page 133

```
1      the dividend declaration?
2              A      Yes.  One month later.
3              Q      Okay.  The -- once that
4      legislation was put in place, did that solve the
5      issue of the identification of foreign shareholders
6      in nominee accounts?
7              A      No.  Because this was a global
8      issue.
9              Q      Was that an issue that SKAT could
10     fix on its own?
11             A      No.
12             MR. WEINSTEIN:  No further questions.
13             A      Thank you.
14             MR. DAVIDSON:  I also have no further
15     questions for you, Ms. Zester.  Thank you very much
16     for your time.
17             A      Thank you.
18             THE VIDEOGRAPHER:  Standby.  The time is
19     1:11 p.m. New York time and we are going off the
20     record.
21                     (Off the record.)
22
23
24
25
```