# Danish Activity 2014.xlsx

| | |
|---|---|
| **From:** | Stacey Kaminer <sk@acerinvest.com> |
| **To:** | 1BC <bc@aigkamco.com> |
| **Bcc:** | Robert Crema <bc@acerinvest.com> |
| **Date:** | Tue, 04 Mar 2014 19:52:23 +0000 |
| **Attachments:** | Danish Activity 2014.xlsx (312.31 kB) |

CONFIDENTIAL

Document Produced As Native

CONFIDENTIAL

ACER_00004044

| TOTAL SHARES | STOCK | SHARES OUTSTANDING | 2% OF SHARES | LARGEST HOLDER | RECORD DATE | PAY DATE | PROJ RECLAIM DATE | DKK DIV | EUR DIV | all in | NEG DIV EUR | BROKERAGE | FINANCING | TOTAL RISK CAP | ACER RISK CAP | GROSS P&L | ACER P&L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9,800,000 | TDC | 812,000,000 | 16,240,000 | 5.76 | 11-Mar | 12-Mar | | 2.2 | 0.2948 | 80% | 202,233 | 800 | 10,607.20 | 213,640 | 106,820 | 559,770 | 279,885 |
| 7,000,000 | DANSKE | 1,008,600,000 | 20,172,000 | 22.84 | 21-Mar | 24-Mar | | 2 | 0.268 | 80% | 131,320 | 800 | 20,578.73 | 152,699 | 76,349 | 349,516 | 174,758 |
| 4,000,000 | NOVOB | 2,212,600,000 | 44,252,000 | 25.50 | 25-Mar | 26-Mar | | 4.5 | 0.603 | 80% | 168,840 | 800 | 21,304.90 | 190,945 | 95,472 | 454,760 | 227,380 |
| 2,925,000 | LUN | 196,300,000 | 3,926,000 | 69.98 | 31-Mar | 1-Apr | | 2.77 | 0.37118 | 80% | 75,999 | 800 | 9,672.17 | 86,471 | 43,236 | 204,176 | 102,088 |
| 10,000 | MAERSKA | 2,200,000 | 44,000 | 51.09 | 3-Apr | 4-Apr | | 1400 | 187.6 | 80% | 131,320 | 800 | 12,987.79 | 145,108 | 72,554 | 357,107 | 178,553 |
| 10,000 | MAERSKB | 2,200,000 | 44,000 | 31.94 | 3-Apr | 4-Apr | | 1400 | 187.6 | 80% | 131,320 | 800 | 13,571.63 | 145,692 | 72,846 | 356,523 | 178,261 |
| 900,000 | TRYG | 61,300,000 | 1,226,000 | 60.00 | 8-Apr | 9-Apr | | 27 | 3.618 | 80% | 227,934 | 800 | 9,679.39 | 238,413 | 119,207 | 633,288 | 316,644 |
| 645,000 | DNORD | 43,000,000 | 860,000 | 27.60 | 30-Apr | 1-May | | 3 | 0.402 | 80% | 18,150 | 800 | 3,454.15 | 22,404 | 11,202 | 47,009 | 23,504 |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| TOTALS | | | | | | | | | | | | | | | 597,686 | | 1,481,074 |

proposed EDF

| TOTAL SHARES | STOCK | ENTITY | ALLOC SHARES | RECORD DATE | PAY DATE | PROJ RECLAIM DATE | all in | Risk Cap |
|---|---|---|---|---|---|---|---|---|
| 700000 | NZYMB | MAPP | 700000 | | | | | |
| | TDC | | | | | | 92 | |

TOTALS

| STOCK | ENTITY | ALLOC SHARES | RECORD DATE | PAY DATE | PROJ RECLAIM DATE | all in | Risk Cap | deposit USD 200,000 | deposit EUR 100,000 |
|---|---|---|---|---|---|---|---|---|---|

| STOCK | ENTITY | ALLOC SHARES | RECORD DATE | PAY DATE | PROJ RECLAIM DATE | all in | Risk Cap | deposit EUR 100,000 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| STOCK | ENTITY | ALLOC SHARES | RECORD DATE | PAY DATE | PROJ RECLAIM DATE | all in | Risk Cap | deposit USD 300,000 |
|---|---|---|---|---|---|---|---|---|

| STOCK | ENTITY | ALLOC SHARES | RECORD DATE | PAY DATE | PROJ RECLAIM DATE | all in | Risk Cap | deposit USD 300,000 |
|---|---|---|---|---|---|---|---|---|

| STOCK | ENTITY | ALLOC SHARES | RECORD DATE | PAY DATE | PROJ RECLAIM DATE | all in | Risk Cap | deposit USD 200,000 | deposit EUR 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| STOCK | ENTITY | ALLOC SHARES | RECORD DATE | PAY DATE | PROJ RECLAIM DATE | all in | Risk Cap | deposit USD 300,000 |
|-------|--------|--------------|-------------|----------|-------------------|--------|----------|---------------------|

| STOCK | ENTITY | ALLOC SHARES | RECORD DATE | PAY DATE | PROJ RECLAIM DATE | all in | Risk Cap | deposit USD 200,000 | deposit EUR 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| NYZMB | MAPP | 700,000 | 3-Mar | 4-Mar | 251.70315 | 91 | 56343 | | 71828.5 |

MAPP

| STOCK | ENTITY | ALLOC SHARES | RECORD DATE | PAY DATE | PROJ RECLAIM DATE | all in | Risk Cap | deposit USD 150,000 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| STOCK | ENTITY | ALLOC SHARES | RECORD DATE | PAY DATE | PROJ RECLAIM DATE | all in | Risk Cap | deposit USD 300,000 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |