# FW: Funding queries

**From:** Alan Goldman <ag@acerinvest.com>
**To:** ">" <"<sk@aigkamco.com">
**Bcc:** Stacey Kaminer <sk@acerinvest.com>
**Date:** Wed, 26 Mar 2014 13:06:49 +0000
**Attachments:** DANSKE DC - Acer - funding.xlsx (341.31 kB); NZYMB DC - Acer - funding.xlsx (9.95 kB)

Hi,

These financing charges are larger than expected. NZYMB has allocated charges of 16,907.43 Euro. The 3,000,000 shares for AIGPP, 24,672.97 Euro. Please open the respective spreadsheets to see the calculation. The first three days represents the charge to cover the margin put up on the future. Charges continue to accrue until borrow unwound?

Do these calculations appear correct based on your understanding of the funding.

From: Scanlan, Chris (LDN) [mailto:cscanlan@edfmancapital.com]
Sent: Tuesday, March 25, 2014 9:06 AM
To: Alan Goldman
Cc: Bottomley, Oliver (LDN)
Subject: Funding queries

Hi Alan

Attached are funding charges for DANSKE DC & NZYMB DC.

Note that DANSKE has two calculations, one for €6,298.24 already posted to AMERIC-INVGR which needs to be reversed and split proportionately across the relevant accounts. The second is €24,672.97 that applies to AMERIC-INVGR which still needs to be posted.

Funding costs on COLOB DC were €75 which we have waived due to the small size.

Thanks

Chris

From: Scanlan, Chris (LDN)
Sent: 24 March 2014 14:42
To: Alan Goldman <AG@aigkamco.com> (AG@aigkamco.com)
Subject: NLSN US swap dividend & funding queries

Hi Alan,

You may have noticed that the NLSN US stock loan dividend has been posted, while the swap dividend has not for pay date 20 Mar 2014.

Our operations team are looking into the swap dividend postings, we'll aim to have them posted over the next day or so.

Regarding your funding queries on Friday:

TDC DC – funding has been posted for Linden.

DANSKE / COLOB – I am looking into these and will come back to you shortly.

Thanks

Chris

Chris Scanlan

Equity Finance

ED&F Man Capital Markets Limited

Cottons Centre, Hay's Lane, London, SE1 2QE

Direct: +44 (0)203 580 7631  | Desk: +44 (0)203 580 7625

cscanlan@edfmancapital.com | www.edfman.com <http://www.edfman.com/>

P Please consider the environment before printing this e-mail

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at www.edfman.com <http://www.edfman.com/> .

This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately.

E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is registered company in England, number 1292851. MCM is authorised and regulated by the Financial Services Authority in the UK, register number 194926 at www.fsa.gov.uk <http://www.fsa.gov.uk/> .

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a

registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL

ACER_00007808

Document Produced As Native

CONFIDENTIAL
ACER_00007809

| Date | CCY | Balance | Base rate | Spread | Interest Rate | Interest Charge |
|---|---|---|---|---|---|---|
| 3/18/2014 | EUR | 38,508,250 | 0.1940 | 2.75 | 2.944 | 3,149.12 |
| 3/19/2014 | EUR | 38,508,250 | 0.1940 | 2.75 | 2.944 | 3,149.12 |

| | |
|---|---|
| € | 6,298.24 |

| Account ID | Shares | Funding |
|---|---|---|
| CC:AMERIC-INVGR | 4,750,000 | 1,145 |
| CC:DW0000-CONST | 2,000,000 | 482 |
| CC:GOLDST-LAWGP | 2,000,000 | 482 |
| CC:KAMCO0-INVES | 2,000,000 | 482 |
| CC:KAMCO0-LPPRO | 7,375,000 | 1,778 |
| CC:LINDEN-ADBPL | 2,000,000 | 482 |
| CC:MOIRA0-ASSOC | 2,000,000 | 482 |
| CC:NSONGF-401PL | 2,000,000 | 482 |
| CC:RIVERS-ASSOC | 2,000,000 | 482 |
| | 26,125,000 | 6,298 |

| Date | CCY | Balance | Base rate | Spread | Interest Rate | Interest Charge |
|---|---|---|---|---|---|---|
| 3/17/2014 | EUR | 4,422,000 | 0.1910 | 2.75 | 2.941 | 361.25 |
| 3/18/2014 | EUR | 4,422,000 | 0.1940 | 2.75 | 2.944 | 361.62 |
| 3/19/2014 | EUR | 4,422,000 | 0.1950 | 2.75 | 2.945 | 361.74 |
| 3/20/2014 | EUR | 60,179,400 | 0.1960 | 2.75 | 2.946 | 4,924.68 |
| 3/21/2014 | EUR | 60,179,400 | 0.2040 | 2.75 | 2.954 | 4,938.05 |
| 3/22/2014 | EUR | 55,757,400 | 0.2040 | 2.75 | 2.954 | 4,575.20 |
| 3/23/2014 | EUR | 55,757,400 | 0.2040 | 2.75 | 2.954 | 4,575.20 |
| 3/24/2014 | EUR | 55,757,400 | 0.2040 | 2.75 | 2.954 | 4,575.20 |

€ 24,672.97

| Account ID | Shares | Funding |
|---|---|---|
| CC:AMERIC-INVGR | 3,000,000 | 24,673 |

Document Produced As Native

CONFIDENTIAL

ACER_00007810

| Date | CCY | Balance | Base rate | Spread | Interest Rate | Interest Charge |
|---|---|---|---|---|---|---|
| 2/25/2014 | EUR | 1,137,794 | 0.1920 | 2.75 | 2.942 | 92.98 |
| 2/26/2014 | EUR | 1,137,794 | 0.1940 | 2.75 | 2.944 | 93.05 |
| 2/27/2014 | EUR | 1,137,794 | 0.1870 | 2.75 | 2.937 | 92.83 |
| 2/28/2014 | EUR | 25,787,496 | 0.1840 | 2.75 | 2.934 | 2,101.68 |
| 3/1/2014 | EUR | 25,787,496 | 0.1840 | 2.75 | 2.934 | 2,101.68 |
| 3/2/2014 | EUR | 25,787,496 | 0.1840 | 2.75 | 2.934 | 2,101.68 |
| 3/3/2014 | EUR | 25,787,496 | 0.1840 | 2.75 | 2.934 | 2,101.68 |
| 3/4/2014 | EUR | 25,787,496 | 0.1830 | 2.75 | 2.933 | 2,100.96 |
| 3/5/2014 | EUR | 25,787,496 | 0.1820 | 2.75 | 2.932 | 2,100.25 |
| 3/6/2014 | EUR | 24,649,702 | 0.1810 | 2.75 | 2.931 | 2,006.90 |
| 3/7/2014 | EUR | 24,649,702 | 0.1910 | 2.75 | 2.941 | 2,013.74 |

€ 16,907.43

| Account ID | Shares | Funding |
|---|---|---|
| CC:MOIRA0-ASSOC | 700,000 | 16,907 |