

## [No Subject]

| | |
|---|---|
| **From:** | Stacey Kaminer <sk@acerinvest.com> |
| **To:** | 1BC <bc@aigkamco.com> |
| **Bcc:** | Robert Crema <bc@acerinvest.com> |
| **Date:** | Thu, 30 Jan 2014 15:53:09 +0000 |
| **Attachments:** | 2014 schedule - simon.xls (186.88 kB) |

CONFIDENTIAL

ACER_00010837

|    | A | B | C | D | E | F | G | H | I | J |
|----|---|---|---|---|---|---|---|---|---|---|
| 1  | STOCK | EX DATE | RECORD DATE | PAY DATE | DIVIDEND | SHARES OUTSTANDING | 2% OF SHARES | GROSS DIV AMT | CUM/CUM ALL IN | SHARES |
| 2  | UN | 5-Feb | 7-Feb | 12-Mar | $0.269 | 1,714,700,000 | 34,294,000 | € 9,225,086.00 | 90.0% | 27,000,000 |
| 3  | NZYMB DC | 27-Feb | 26-Feb | 4-Mar | DKK 2.50 | 266,000,000 | 5,320,000 | € 1,729,000.00 | 91.0% | 500,000 |
| 4  | TDC DC | 10-Mar | 14-Mar | 15-Mar | DKK 2.20 | 812,000,000 | 16,240,000 | € 4,644,640.00 | 91.0% | 7,500,000 |
| 5  | DSV DC | 17-Mar | 21-Mar | 22-Mar | DKK 1.56 | 180,000,000 | 3,600,000 | € 730,080.00 | 91.0% | 1,750,000 |
| 6  | LUN DC | 19-Mar | 23-Mar | 24-Mar | DKK 2.00 | 196,200,000 | 3,924,000 | € 1,020,240.00 | 91.0% | 1,000,000 |
| 7  | NOVOB DC | 21-Mar | 25-Mar | 26-Mar | DKK 4.40 | 2,212,600,000 | 44,252,000 | € 25,312,144.00 | 88.5% | 7,500,000 |
| 8  | CARLB DC | 21-Mar | 25-Mar | 26-Mar | DKK 7.00 | 118,900,000 | 2,378,000 | € 2,163,980.00 | 91.0% | 1,500,000 |
| 9  | MAERSKA | 1-Apr | 5-Apr | 6-Apr | DKK 1,300.00 | 2,200,000 | 44,000 | € 7,436,000.00 | 91.0% | 11,500 |
| 10 | MAERSKB | 1-Apr | 5-Apr | 6-Apr | DKK 1,300.00 | 2,200,000 | 44,000 | € 7,436,000.00 | 91.0% | 11,500 |
| 11 | ZIGGO NA | 22-Apr | 24-Apr | 29-Apr | € 0.950 | 200,000,000 | 4,000,000 | € 3,800,000.00 | 90.0% | 3,500,000 |
| 12 | ABI BB | 23-Apr | 25-Apr | 26-Apr | € 1.200 | 1,607,800,000 | 32,156,000 | € 38,587,200.00 | 91.0% | 4,000,000 |
| 13 | AH NA | 22-Apr | 25-Apr | 4-May | € 0.480 | 1,022,300,000 | 20,446,000 | € 9,814,080.00 | 90.0% | 10,000,000 |
| 14 | ASML NA | 25-Apr | 29-Apr | 13-May | € 0.610 | 446,800,000 | 8,936,000 | € 5,450,960.00 | 90.0% | 1,300,000 |
| 15 | GBLB BB | 28-Apr | 30-Apr | 1-May | € 2.730 | 161,400,000 | 3,228,000 | € 8,812,440.00 | 95.0% | 1,000,000 |
| 16 | WKL NA | 28-Apr | 1-May | 16-May | € 0.730 | 301,900,000 | 6,038,000 | € 4,407,740.00 | 90.0% | 3,000,000 |
| 17 | REN NA | 28-Apr | 1-May | 21-May | € 0.356 | 734,200,000 | 14,684,000 | € 5,227,504.00 | 90.0% | 10,000,000 |
| 18 | HEIA NA | 29-Apr | 2-May | 8-May | € 0.590 | 576,000,000 | 11,520,000 | € 6,796,800.00 | 90.0% | 1,300,000 |
| 19 | UMI BB | 2-May | 4-May | 5-May | € 0.500 | 120,000,000 | 2,400,000 | € 1,200,000.00 | 95.0% | 1,500,000 |
| 20 | UCB BB | 2-May | 4-May | 5-May | € 1.050 | 183,400,000 | 3,668,000 | € 3,851,400.00 | 95.0% | 2,000,000 |
| 21 | BAR BB | 5-May | 6-May | 7-May | € 1.400 | 12,800,000 | 256,000 | € 358,400.00 | 0.0% | - |
| 22 | UN | 7-May | 9-May | 11-Jun | $0.269 | 1,714,700,000 | 34,294,000 | € 9,225,086.00 | 90.0% | 27,000,000 |
| 23 | AGS BB | 5-May | 12-May | 13-May | € 1.300 | 233,500,000 | 4,670,000 | € 6,071,000.00 | 93.0% | 2,500,000 |
| 24 | BEKB BB | 9-May | 13-May | 14-May | € 0.850 | 60,100,000 | 1,202,000 | € 1,021,700.00 | 95.0% | 800,000 |
| 25 | COFB BB | 12-May | 14-May | 15-May | € 6.000 | 17,000,000 | 340,000 | € 2,040,000.00 | 95.0% | 200,000 |
| 26 | SOLB BB | 16-May | 20-May | 21-May | € 2.000 | 84,700,000 | 1,694,000 | € 3,388,000.00 | 95.0% | 500,000 |
| 27 | DELB BB | 28-May | 30-May | 31-May | € 1.420 | 102,400,000 | 2,048,000 | € 2,908,160.00 | 95.0% | 750,000 |
| 28 | ELI BB | 30-May | 4-Jun | 5-Jun | € 1.470 | 60,600,000 | 1,212,000 | € 1,781,640.00 | 95.0% | 800,000 |
| 29 | ACKB BB | 2-Jun | 4-Jun | 5-Jun | € 1.810 | 33,500,000 | 670,000 | € 1,212,700.00 | 95.0% | 400,000 |
| 30 | DIE BB | 5-Jun | 7-Jun | 8-Jun | € 0.900 | 55,300,000 | 1,106,000 | € 995,400.00 | 0.0% | - |
| 31 | UN | 6-Aug | 8-Aug | 10-Sep | $0.269 | 1,714,700,000 | 34,294,000 | € 9,225,086.00 | 90.0% | 27,000,000 |
| 32 | REN NA | 7-Aug | 9-Aug | 29-Aug | € 0.132 | 734,200,000 | 14,684,000 | € 1,938,288.00 | 90.0% | 10,000,000 |
| 33 | HEIA NA | 23-Aug | 27-Aug | 3-Sep | € 0.360 | 576,000,000 | 11,520,000 | € 4,147,200.00 | 90.0% | 1,300,000 |
| 34 | ZIGGO NA | 3-Sep | 5-Sep | 10-Sep | € 0.950 | 200,000,000 | 4,000,000 | € 3,800,000.00 | 90.0% | 3,500,000 |
| 35 | UN | 6-Nov | 8-Nov | 11-Dec | $0.269 | 1,714,700,000 | 34,294,000 | € 9,225,086.00 | 90.0% | 27,000,000 |
| 36 | ABI BB | 13-Nov | 15-Nov | 18-Nov | € 0.600 | 1,607,800,000 | 32,156,000 | € 19,293,600.00 | 91.0% | 4,000,000 |
| 37 |   |   |   |   |   |   |   |   |   |   |
| 38 |   |   |   |   |   |   |   |   |   |   |
| 39 |   |   |   |   |   |   |   |   |   |   |
| 40 |   |   |   |   |   |   |   |   |   |   |
| 41 |   |   |   |   |   |   |   |   |   |   |
| 42 | CMB BB | 18-May |   |   |   | 35,000,000 | 700,000 | € - |   |   |
| 43 | BANI BB | 25-May |   |   |   | 10,300,000 | 206,000 | € - |   |   |
| 44 | REC BB | 26-May |   |   |   | 28,900,000 | 578,000 | € - |   |   |
| 45 | EVS BB | 27-May |   |   |   | 13,600,000 | 272,000 | € - |   |   |
| 46 | TESB BB | 3-Jun |   |   |   | 31,800,000 | 636,000 | € - |   |   |
| 47 | BREB BB | 4-Jun |   |   |   | 30,000,000 | 600,000 | € - |   |   |
| 48 | GIMB BB | 5-Jul |   |   |   | 24,700,000 | 494,000 | € - |   |   |
| 49 | MOBB BB | 16-Aug |   |   |   | 60,000,000 | 1,200,000 | € - |   |   |
| 50 | SOLV BB | 27-Sep |   |   |   | 15,300,000 | 306,000 | € - |   |   |
| 51 | COLR BB | 28-Sep |   |   |   | 168,500,000 | 3,370,000 | € - |   |   |
| 52 | MELE BB | 25-Oct |   |   |   | 40,400,000 | 808,000 | € - |   |   |
| 53 | BEFB BB | 19-Dec |   |   |   | 21,200,000 | 424,000 | € - |   |   |
| 54 | SOF BB | 18-Apr |   |   |   | 34,800,000 | 696,000 | € - |   |   |
| 55 | WDP BB | 30-Apr |   |   |   | 15,700,000 | 314,000 | € - |   |   |
| 56 | HENX BB | 3-May |   |   |   | 14,500,000 | 290,000 | € - |   |   |
| 57 | TUB BB | 3-May |   |   |   | 44,600,000 | 892,000 | € - |   |   |
| 58 | VAN BB | 3-May |   |   |   | 13,300,000 | 266,000 | € - |   |   |
| 59 | KBC BB | 5-May |   |   |   | 417,000,000 | 8,340,000 | € - |   |   |
| 60 | NYR BB | 5-May |   |   |   | 170,000,000 | 3,400,000 | € - |   |   |
| 61 | RCUS BB | 12-May |   |   |   | 31,400,000 | 628,000 | € - |   |   |
| 62 | CFEB BB | 13-May |   |   |   | 13,100,000 | 262,000 | € - |   |   |
| 63 | MOBB BB | 17-May |   |   |   | 60,000,000 | 1,200,000 | € - |   |   |

| | A | B | C | D | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | STOCK | EX DATE | RECORD DATE | PAY DATE | NEGATIVE DIV | CUM/EX ALL IN | SHARES | NEGATIVE DIV | DATE | CUMULATIVE NEG DIV CUM/CUM | CUMULATIVE NEG DIV CUM/EX |
| 2 | UN | 5-Feb | 7-Feb | 12-Mar | 461,254.30 | 0% | - | € 0 | 7-Feb | € 461,254.30 | € - |
| 3 | NZYMB DC | 27-Feb | 26-Feb | 4-Mar | 311,220 | 84% | 500,000 | € 190,190.00 | 26-Feb | € 311,220.00 | € 190,190.00 |
| 4 | TDC DC | 10-Mar | 14-Mar | 15-Mar | 836,035 | 84% | 7,500,000 | € 510,910.40 | 14-Mar | € 686,000.90 | € 701,100.40 |
| 5 | DSV DC | 17-Mar | 21-Mar | 22-Mar | 131,414 | 84% | 1,750,000 | € 80,308.80 | 21-Mar | € 817,415.30 | € 781,409.20 |
| 6 | LUN DC | 19-Mar | 23-Mar | 24-Mar | 183,643 | 84% | 1,000,000 | € 112,226.40 | 23-Mar | € 1,001,058.50 | € 893,635.60 |
| 7 | NOVOB DC | 21-Mar | 25-Mar | 26-Mar | 3,923,382 | 84% | 7,500,000 | € 2,784,335.84 | 25-Mar | € 4,924,440.82 | € 3,677,971.44 |
| 8 | CARLB DC | 21-Mar | 25-Mar | 26-Mar | 389,516 | 84% | 1,500,000 | € 238,037.80 | 25-Mar | € 5,313,957.22 | € 3,916,009.24 |
| 9 | MAERSKA | 1-Apr | 5-Apr | 6-Apr | 1,338,480 | 84% | 11,500 | € 817,960.00 | 5-Apr | € 6,652,437.22 | € 4,733,969.24 |
| 10 | MAERSKB | 1-Apr | 5-Apr | 6-Apr | 1,338,480 | 84% | 11,500 | € 817,960.00 | 5-Apr | € 7,990,917.22 | € 5,551,929.24 |
| 11 | ZIGGO NA | 22-Apr | 24-Apr | 29-Apr | 570,000 | 0% | - | € - | 24-Apr | € 8,560,917.22 | € 5,551,929.24 |
| 12 | ABI BB | 23-Apr | 25-Apr | 26-Apr | 2,315,232.00 | 87% | 4,000,000 | € 771,744.00 | 25-Apr | € 10,876,149.22 | € 6,323,673.24 |
| 13 | AH NA | 22-Apr | 25-Apr | 4-May | 1,472,112 | 0% | - | € - | 25-Apr | € 12,348,261.22 | € 6,323,673.24 |
| 14 | ASML NA | 25-Apr | 29-Apr | 13-May | 817,644 | 0% | - | € - | 29-Apr | € 10,850,673.22 | € 5,551,929.24 |
| 15 | GBLB BB | 28-Apr | 30-Apr | 1-May | 881,244.00 | 87% | 1,500,000 | € 176,248.80 | 30-Apr | € 11,731,917.22 | € 5,728,178.04 |
| 16 | WKL NA | 28-Apr | 1-May | 16-May | 661,161 | 0% | - | € - | 1-May | € 11,511,834.22 | € 5,551,929.24 |
| 17 | REN NA | 28-Apr | 1-May | 21-May | 784,126 | 0% | - | € - | 1-May | € 12,295,959.82 | € 5,551,929.24 |
| 18 | HEIA NA | 29-Apr | 2-May | 8-May | 1,019,520 | 0% | - | € - | 2-May | € 13,315,479.82 | € 5,551,929.24 |
| 19 | UMI BB | 2-May | 4-May | 5-May | 120,000.00 | 87% | 1,250,000 | € 24,000.00 | 4-May | € 13,435,479.82 | € 5,575,929.24 |
| 20 | UCB BB | 2-May | 4-May | 5-May | 385,140.00 | 87% | 1,800,000 | € 77,028.00 | 4-May | € 13,820,619.82 | € 5,652,957.24 |
| 21 | BAR BB | 5-May | 6-May | 7-May | - | 87% | 150,000 | € 7,168.00 | 6-May | € 13,315,479.82 | € 5,559,097.24 |
| 22 | UN | 7-May | 9-May | 11-Jun | 461,254.30 | 0% | - | € - | 9-May | € 13,776,734.12 | € 5,551,929.24 |
| 23 | AGS BB | 5-May | 12-May | 13-May | 485,680.00 | 87% | 2,500,000 | € 121,420.00 | 12-May | € 14,262,414.12 | € 5,673,349.24 |
| 24 | BEKB BB | 9-May | 13-May | 14-May | 102,170.00 | 87% | 800,000 | € 20,434.00 | 13-May | € 13,567,684.12 | € 5,382,173.24 |
| 25 | COFB BB | 12-May | 14-May | 15-May | 204,000.00 | 87% | 200,000 | € 40,800.00 | 14-May | € 13,669,854.12 | € 5,422,973.24 |
| 26 | SOLB BB | 16-May | 20-May | 21-May | 338,800.00 | 87% | 1,000,000 | € 67,760.00 | 20-May | € 13,771,684.12 | € 5,449,933.24 |
| 27 | DELB BB | 28-May | 30-May | 31-May | 290,816.00 | 87% | 1,250,000 | € 58,163.20 | 30-May | € 13,070,448.92 | € 4,956,386.04 |
| 28 | ELI BB | 30-May | 4-Jun | 5-Jun | 178,164.00 | 87% | 800,000 | € 35,632.80 | 4-Jun | € 12,303,939.32 | € 4,673,560.44 |
| 29 | ACKB BB | 2-Jun | 4-Jun | 5-Jun | 121,270.00 | 87% | 400,000 | € 24,254.00 | 4-Jun | € 12,425,209.32 | € 4,697,814.44 |
| 30 | DIE BB | 5-Jun | 7-Jun | 8-Jun | - | 87% | 750,000 | € 19,908.00 | 7-Jun | € 7,812,876.60 | € 1,635,462.00 |
| 31 | UN | 6-Aug | 8-Aug | 10-Sep | 461,254.30 | 0% | - | € - | 8-Aug | € 461,254.30 | € (458.00) |
| 32 | REN NA | 7-Aug | 9-Aug | 29-Aug | 290,743 | 0% | - | € - | 9-Aug | € 751,997.50 | € - |
| 33 | HEIA NA | 23-Aug | 27-Aug | 3-Sep | 622,080 | 0% | - | € - | 27-Aug | € 1,374,077.50 | € - |
| 34 | ZIGGO NA | 3-Sep | 5-Sep | 10-Sep | 570,000 | 0% | - | € - | 5-Sep | € 1,944,077.50 | € - |
| 35 | UN | 6-Nov | 8-Nov | 11-Dec | 461,254.30 | 0% | - | € - | 8-Nov | € 461,254.30 | € - |
| 36 | ABI BB | 13-Nov | 15-Nov | 18-Nov | 1,157,616.00 | 0% | - | € - | 15-Nov | € 1,618,870.30 | € - |
| 37 | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | STOCK | EX DATE | RECORD DATE | PAY DATE | DIVIDEND | SHARES OUTSTANDING | 2% OF SHARES | CUM/CUM ALL IN | SHARES | GROSS DIV AMT | NEGATIVE DIV | CUM/EX ALL IN | SHARES | GROSS DIV AMT | NEGATIVE DIV | DATE | CUMULATIVE NEG DIV CUM/CUM | GROSS P&L CUM/CUM | GROSS P&L CUM/EX |
| 2 | NZYMB DC | 27-Feb | 26-Feb | 4-Mar | DKK 2.50 | 266,000,000 | 5,320,000 | 91.0% | 1,200,000 | € 390,000.00 | 70,200 | 84.5% | - | € - | € - | 26-Feb | € 70,200.00 | € 35,100.00 | € - |
| 3 | NZYMB DC | 27-Feb | 26-Feb | 4-Mar | DKK 2.50 | 266,000,000 | 5,320,000 | 91.0% | - | € - | - | 84.5% | 750,000 | € 243,750.00 | € 28,031.25 | 26-Feb | € 98,231.25 | € - | € 37,781.25 |
| 4 | TDC DC | 10-Mar | 14-Mar | 15-Mar | DKK 2.20 | 812,000,000 | 16,240,000 | 91.0% | 7,500,000 | € 2,145,000.00 | 386,100 | 84.5% | - | € - | € - | 14-Mar | € 484,331.25 | € 193,050.00 | € - |
| 5 | TDC DC | 10-Mar | 14-Mar | 15-Mar | DKK 2.20 | 812,000,000 | 16,240,000 | 91.0% | - | € - | - | 84.5% | 7,500,000 | € 2,145,000.00 | € 246,675.00 | 14-Mar | € 731,006.25 | € - | € 332,475.00 |
| 6 | DSV DC | 17-Mar | 21-Mar | 22-Mar | DKK 1.56 | 180,000,000 | 3,600,000 | 91.0% | 1,750,000 | € 354,900.00 | 63,882 | 84.5% | - | € - | € - | 21-Mar | € 794,888.25 | € 31,941.00 | € - |
| 7 | DSV DC | 17-Mar | 21-Mar | 22-Mar | DKK 1.56 | 180,000,000 | 3,600,000 | 91.0% | - | € - | - | 84.5% | 1,750,000 | € 354,900.00 | € 40,813.50 | 21-Mar | € 835,701.75 | € - | € 55,009.50 |
| 8 | LUN DC | 19-Mar | 23-Mar | 24-Mar | DKK 2.00 | 196,200,000 | 3,924,000 | 91.0% | 1,000,000 | € 260,000.00 | 46,800 | 84.5% | - | € - | € - | 23-Mar | € 841,688.25 | € 23,400.00 | € - |
| 9 | LUN DC | 19-Mar | 23-Mar | 24-Mar | DKK 2.00 | 196,200,000 | 3,924,000 | 91.0% | - | € - | - | 84.5% | 1,250,000 | € 325,000.00 | € 37,375.00 | 23-Mar | € 873,076.75 | € - | € 50,375.00 |
| 10 | NOVOB DC | 21-Mar | 25-Mar | 26-Mar | DKK 4.40 | 2,212,600,000 | 44,252,000 | 88.5% | 10,000,000 | € 5,720,000.00 | 886,600 | 84.5% | - | € - | € - | 25-Mar | € 1,728,288.25 | € 657,800.00 | € - |
| 11 | NOVOB DC | 21-Mar | 25-Mar | 26-Mar | DKK 4.40 | 2,212,600,000 | 44,252,000 | 88.5% | - | € - | - | 84.5% | 1,500,000 | € 858,000.00 | € 98,670.00 | 25-Mar | € 971,746.75 | € - | € 132,990.00 |
| 12 | CARLB DC | 21-Mar | 25-Mar | 26-Mar | DKK 7.00 | 118,900,000 | 2,378,000 | 91.0% | 1,500,000 | € 1,365,000.00 | 245,700 | 84.5% | - | € - | € - | 25-Mar | € 1,973,988.25 | € 122,850.00 | € - |
| 13 | CARLB DC | 21-Mar | 25-Mar | 26-Mar | DKK 7.00 | 118,900,000 | 2,378,000 | 91.0% | - | € - | - | 84.5% | 1,200,000 | € 1,092,000.00 | € 125,580.00 | 25-Mar | € 1,097,326.75 | € - | € 169,260.00 |
| 14 | MAERSKA | 1-Apr | 5-Apr | 6-Apr | DKK 1,300.00 | 2,200,000 | 44,000 | 91.0% | 2,000 | € 338,000.00 | 60,840 | 84.5% | - | € - | € - | 5-Apr | € 2,034,828.25 | € 30,420.00 | € - |
| 15 | MAERSKA | 1-Apr | 5-Apr | 6-Apr | DKK 1,300.00 | 2,200,000 | 44,000 | 91.0% | - | € - | - | 84.5% | 2,000 | € 338,000.00 | € 38,870.00 | 5-Apr | € 1,136,196.75 | € - | € 52,390.00 |
| 16 | MAERSKB | 1-Apr | 5-Apr | 6-Apr | DKK 1,300.00 | 2,200,000 | 44,000 | 91.0% | 5,000 | € 845,000.00 | 152,100 | 84.5% | - | € - | € - | 5-Apr | € 2,186,928.25 | € 76,050.00 | € - |
| 17 | MAERSKB | 1-Apr | 5-Apr | 6-Apr | DKK 1,300.00 | 2,200,000 | 44,000 | 91.0% | - | € - | - | 84.5% | 7,000 | € 1,183,000.00 | € 136,045.00 | 5-Apr | € 1,272,241.75 | € - | € 183,365.00 |
| 18 | ABI BB | 23-Apr | 25-Apr | 26-Apr | € 1.200 | 1,607,800,000 | 32,156,000 | 91.0% | 6,000,000 | € 7,200,000.00 | 1,152,000 | 87.0% | - | € - | € - | 25-Apr | € 3,338,928.25 | € 648,000.00 | € - |
| 19 | ABI BB | 23-Apr | 25-Apr | 26-Apr | € 1.200 | 1,607,800,000 | 32,156,000 | 91.0% | - | € - | - | 87.0% | 2,100,000 | € 2,520,000.00 | € 302,400.00 | 25-Apr | € 1,574,641.75 | € - | € 327,600.00 |
| 20 | AH NA | 22-Apr | 25-Apr | 4-May | € 0.480 | 1,022,300,000 | 20,446,000 | 90.0% | 10,000,000 | € 4,800,000.00 | 720,000 | 0.0% | - | € - | € - | 25-Apr | € 4,058,928.25 | € 480,000.00 | € - |
| 21 | BELGB | 22-Apr | 26-Apr | 27-Apr | € 1.400 | 338,000,000 | 6,760,000 | 98.0% | 3,500,000 | € 637,000.00 | 159,250 | 87.0% | - | € - | € - | 26-Apr | € 1,733,891.75 | € 12,740.00 | € - |
| 22 | BELGB | 22-Apr | 26-Apr | 27-Apr | € 1.400 | 338,000,000 | 6,760,000 | 98.0% | - | € - | - | 87.0% | 1,225,000 | € 222,950.00 | € 31,213.00 | 26-Apr | € 4,090,141.25 | € - | € 28,983.50 |
| 23 | ASML NA | 25-Apr | 29-Apr | 13-May | € 0.610 | 446,800,000 | 8,936,000 | 90.0% | 1,300,000 | € 793,000.00 | 118,950 | 0.0% | - | € - | € - | 29-Apr | € 398,441.75 | € 79,300.00 | € - |
| 24 | GBLB BB | 28-Apr | 30-Apr | 1-May | € 2.730 | 161,400,000 | 3,228,000 | 95.0% | 1,000,000 | € 2,730,000.00 | 546,000 | 87.0% | - | € - | € - | 30-Apr | € 4,636,141.25 | € 136,500.00 | € - |
| 25 | GBLB BB | 28-Apr | 30-Apr | 1-May | € 2.730 | 161,400,000 | 3,228,000 | 95.0% | - | € - | - | 87.0% | 350,000 | € 955,500.00 | € 114,660.00 | 30-Apr | € 513,101.75 | € - | € 124,215.00 |
| 26 | WKL NA | 28-Apr | 1-May | 16-May | € 0.730 | 301,900,000 | 6,038,000 | 90.0% | 3,000,000 | € 2,190,000.00 | 328,500 | 0.0% | - | € - | € - | 1-May | € 4,303,981.25 | € 219,000.00 | € - |
| 27 | REN NA | 28-Apr | 1-May | 21-May | € 0.356 | 734,200,000 | 14,684,000 | 90.0% | 10,000,000 | € 3,560,000.00 | 534,000 | 0.0% | - | € - | € - | 1-May | € 1,047,101.75 | € 356,000.00 | € - |
| 28 | HEIA NA | 29-Apr | 2-May | 8-May | € 0.590 | 576,000,000 | 11,520,000 | 90.0% | 1,300,000 | € 767,000.00 | 115,050 | 0.0% | - | € - | € - | 2-May | € 4,419,031.25 | € 76,700.00 | € - |
| 29 | UMI BB | 2-May | 4-May | 5-May | € 0.500 | 120,000,000 | 2,400,000 | 95.0% | 1,500,000 | € 750,000.00 | 150,000 | 87.0% | - | € - | € - | 4-May | € 1,197,101.75 | € 37,500.00 | € - |
| 30 | UMI BB | 2-May | 4-May | 5-May | € 0.500 | 120,000,000 | 2,400,000 | 95.0% | - | € - | - | 87.0% | 525,000 | € 262,500.00 | € 31,500.00 | 4-May | € 4,450,531.25 | € - | € 34,125.00 |
| 31 | UCB BB | 2-May | 4-May | 5-May | € 1.050 | 183,400,000 | 3,668,000 | 95.0% | 2,000,000 | € 2,100,000.00 | 420,000 | 87.0% | - | € - | € - | 4-May | € 1,617,101.75 | € 105,000.00 | € - |
| 32 | UCB BB | 2-May | 4-May | 5-May | € 1.050 | 183,400,000 | 3,668,000 | 95.0% | - | € - | - | 87.0% | 700,000 | € 735,000.00 | € 88,200.00 | 4-May | € 4,538,731.25 | € - | € 95,550.00 |
| 33 | UN | 7-May | 9-May | 11-Jun | $0.269 | 1,714,700,000 | 34,294,000 | 90.0% | 27,000,000 | € 7,263,000.00 | 1,089,450 | 0.0% | - | € - | € - | 9-May | € 2,016,851.75 | € 726,300.00 | € - |
| 34 | AGS BB | 5-May | 12-May | 13-May | € 1.300 | 233,500,000 | 4,670,000 | 93.0% | 2,500,000 | € 3,250,000.00 | 585,000 | 87.0% | - | € - | € - | 12-May | € 5,123,731.25 | € 227,500.00 | € - |
| 35 | AGS BB | 5-May | 12-May | 13-May | € 1.300 | 233,500,000 | 4,670,000 | 93.0% | - | € - | - | 87.0% | 875,000 | € 1,137,500.00 | € 136,500.00 | 12-May | € 2,153,351.75 | € - | € 147,875.00 |
| 36 | BEKB BB | 9-May | 13-May | 14-May | € 0.850 | 60,100,000 | 1,202,000 | 95.0% | 600,000 | € 510,000.00 | 102,000 | 87.0% | - | € - | € - | 13-May | € 4,406,000.00 | € 25,500.00 | € - |
| 37 | BEKB BB | 9-May | 13-May | 14-May | € 0.850 | 60,100,000 | 1,202,000 | 95.0% | - | € - | - | 87.0% | 210,000 | € 178,500.00 | € 21,420.00 | 13-May | € 2,174,771.75 | € - | € 23,205.00 |
| 38 | COFB BB | 12-May | 14-May | 15-May | € 6.000 | 17,000,000 | 340,000 | 95.0% | 200,000 | € 1,200,000.00 | 240,000 | 87.0% | - | € - | € - | 14-May | € 4,646,000.00 | € 60,000.00 | € - |
| 39 | COFB BB | 12-May | 14-May | 15-May | € 6.000 | 17,000,000 | 340,000 | 95.0% | - | € - | - | 87.0% | 70,000 | € 420,000.00 | € 50,400.00 | 14-May | € 2,225,171.75 | € - | € 54,600.00 |
| 40 | SOLB BB | 16-May | 20-May | 21-May | € 2.000 | 84,700,000 | 1,694,000 | 95.0% | 1,000,000 | € 2,000,000.00 | 400,000 | 87.0% | - | € - | € - | 20-May | € 4,922,580.00 | € 100,000.00 | € - |
| 41 | SOLB BB | 16-May | 20-May | 21-May | € 2.000 | 84,700,000 | 1,694,000 | 95.0% | - | € - | - | 87.0% | 350,000 | € 700,000.00 | € 84,000.00 | 20-May | € 2,309,171.75 | € - | € 91,000.00 |
| 42 | DELB BB | 28-May | 30-May | 31-May | € 1.420 | 102,400,000 | 2,048,000 | 95.0% | 1,000,000 | € 1,420,000.00 | 284,000 | 87.0% | - | € - | € - | 30-May | € 4,283,405.00 | € 71,000.00 | € - |
| 43 | DELB BB | 28-May | 30-May | 31-May | € 1.420 | 102,400,000 | 2,048,000 | 95.0% | - | € - | - | 87.0% | 350,000 | € 497,000.00 | € 59,640.00 | 30-May | € 2,368,811.75 | € - | € 64,610.00 |
| 44 | ELI BB | 30-May | 4-Jun | 5-Jun | € 1.470 | 60,600,000 | 1,212,000 | 95.0% | 600,000 | € 882,000.00 | 176,400 | 87.0% | - | € - | € - | 4-Jun | € 3,443,294.50 | € 44,100.00 | € - |
| 45 | ELI BB | 30-May | 4-Jun | 5-Jun | € 1.470 | 60,600,000 | 1,212,000 | 95.0% | - | € - | - | 87.0% | 210,000 | € 308,700.00 | € 37,044.00 | 4-Jun | € 2,405,855.75 | € - | € 40,131.00 |
| 46 | ACKB BB | 2-Jun | 4-Jun | 5-Jun | € 1.810 | 33,500,000 | 670,000 | 95.0% | 400,000 | € 724,000.00 | 144,800 | 87.0% | - | € - | € - | 4-Jun | € 3,588,094.50 | € 36,200.00 | € - |
| 47 | ACKB BB | 2-Jun | 4-Jun | 5-Jun | € 1.810 | 33,500,000 | 670,000 | 95.0% | - | € - | - | 87.0% | 140,000 | € 253,400.00 | € 30,408.00 | 4-Jun | € 2,436,263.75 | € - | € 32,942.00 |
| 48 | UN | 6-Aug | 8-Aug | 10-Sep | $0.269 | 1,714,700,000 | 34,294,000 | 90.0% | 27,000,000 | € 7,263,000.00 | 1,089,450 | 0.0% | - | € - | € - | 8-Aug | € 2,544,487.50 | € 726,300.00 | € - |
| 49 | REN NA | 7-Aug | 9-Aug | 29-Aug | € 0.132 | 734,200,000 | 14,684,000 | 90.0% | 10,000,000 | € 1,320,000.00 | 198,000 | 0.0% | - | € - | € - | 9-Aug | € 2,634,263.75 | € 132,000.00 | € - |
| 50 | HEIA NA | 23-Aug | 27-Aug | 3-Sep | € 0.360 | 576,000,000 | 11,520,000 | 90.0% | 1,300,000 | € 468,000.00 | 70,200 | 0.0% | - | € - | € - | 27-Aug | € 2,614,687.50 | € 46,800.00 | € - |
| 51 | UN | 6-Nov | 8-Nov | 11-Dec | $0.269 | 1,714,700,000 | 34,294,000 | 90.0% | 27,000,000 | € 7,263,000.00 | 1,089,450 | 0.0% | - | € - | € - | 8-Nov | € 1,089,450.00 | € 726,300.00 | € - |
| 52 | ABI BB | 13-Nov | 15-Nov | 18-Nov | € 0.600 | 1,607,800,000 | 32,156,000 | 91.0% | 8,000,000 | € 4,800,000.00 | 768,000 | 87.0% | - | € - | € - | 15-Nov | € 3,382,687.50 | € 432,000.00 | € - |
| 53 | ABI BB | 13-Nov | 15-Nov | 18-Nov | € 0.600 | 1,607,800,000 | 32,156,000 | 91.0% | - | € - | - | 87.0% | 2,800,000 | € 1,680,000.00 | € 201,600.00 | 15-Nov | € 1,291,050.00 | € - | € 218,400.00 |
| 54 | | | | | | | | | | | | | | | | | | | |
| 55 | | | | | | | | | | | | | | | | | | | |
| 56 | | | | | | | | | | | | | | | | | | | |
| 57 | TOTAL | | | | | | | | | | | | | | | | | € 6,675,351.00 | € 2,296,882.25 |