

## option trade structure

| | |
|---|---|
| **From:** | Stacey Kaminer <sk@acerinvest.com> |
| **To:** | "Foster, Victoria (LDN)" <vfoster@edfmancapital.com>, mwhitehead@edfmancapital.com |
| **Date:** | Tue, 20 Nov 2012 23:18:57 +0000 |
| **Attachments:** | OPTIONTRADESTRUCTUREEDF.xls (32.77 kB) |

Vic,

I said I would resend this trade structure example so here it is. The same structure can apply to the swiss, Belgium, german, finland, austrailia, Canadian markets and a few more. We use a swap structure for dutch but the mechanics look the same. I will send you a blacked out version of a current Swap confirm. I will continue my investigation with Austria. Of course futures can be substituted for the LEPO but the LEPO is cleaner from the US side. I think you were going to send me a list of an belgiums coming up where you felt like you might have supply.

Best,

Stacey

OPTIONTRADESTRUCTUREEDF.xls

| | | **OPTION TRADE STRUCTURE** |
|---:|:---|:---|
| Security | Can Natl Railway | |
| Symbol | CNI | |
| Sedol | 2210959 | |
| Record Date | 3/12/2012 | |
| Payable Date | 3/30/2012 | |
| All-in Rate | 94.63% | |
| Current Price | $78.51000 | |
| Quantity | 1,000,000 | |
| Dividend | $0.38000 | |

**IN TIME FOR RECORD DATE:**
The client (US Tax Exempt under 401(a or k) or 501c(3)) buys from EDF
  1. 1,000,000 shares of CNI at a price equal to the current offer.

The client sells to EDF:
  1. 10,000 CASH SETTLED CALLS with a strike price of $.020425, with an attached Due Bill (or equivalent security) that represents the dividend and an expiration date 15 to 30 days after record date.

Trades settle regular way or for same day cash

**ON RECORD DATE + 15 or 30:**
EDF exercises the CALLS at a reference price equal to the current market price, the client sells the stock at the current market price and remits to EDF an amount equal to the Reference Price less the strike price.

The Client delivers the Due Bill as per the terms of the option contract.

Trade settles for cash, on the same day.

**ON PAYABLE DATE:**
The client is credited with 100% of the dividend = $.38000

On Canadian shares:
DTC credits reclaim at source.
EDF charges the client the dividend equivalent, as per Due Bill entitlement.
EDF pays Acer Investment Group $9,191.00 fee.

CONFIDENTIAL NOTICE
The information shown here is priviledged and/or confidential information.
Acer Investment Group, LLC

OPTIONTRADESTRUCTUREEDF.xls

| | | | OPTION TRADE STRUCTURE FOR US TRADED CANADIAN | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Security | Can Natl Railway | | | | | | | | |
| Symbol | CNI | | | | | | | | |
| Sedol | 2210959 | | | | | | | | |
| Record Date | 3/12/2012 | | | | | | | | |
| Payable Date | 3/30/2012 | | | | | | | | |
| All-in Rate | 94.63% | | | | | | | | |
| Current Price | $78.51000 | | | | | | | | |
| Quantity | 1,000,000 | | | | | | | | |
| Dividend | $0.38000 | | | | | | | | |
| | | | | | | | | | |
| **Client Acct** | | | | | | | Settle/ | | |
| | | | Security | | Strike | Trade | Expiration | | |
| | Action | Quantity | Type | Price | Price | Date | Date | Amount | Total |
| Record Date - 3 | BUY | 1,000,000 | STOCK | $78.51000 | | 3/7/2012 | 3/12/2012 | ($78,510,000) | |
| | SELL | 10,000 | CASH SETTLED CALL W/DUE BILL | $78.51000 | $0.02043 | 3/7/2012 | 3/27/2012 | $78,510,000 | |
| Sub-Total | | | | | | | | | $0 |
| | | | | | | | | | |
| Record Date + 15 | EXERCISE** | 10,000 | CASH SETTLED CALL W/DUE BILL | $79.00000 | $0.02043 | | 3/27/2012 | ($78,979,575) | |
| | SELL | 1,000,000 | STOCK | $79.00000 | | 3/27/2012 | 3/27/2012 | $79,000,000 | |
| | CLEARANCE CHRG'D | | | | | | | ($18,383) | |
| Sub-Total | | | | | | | | | $2,043 |
| | | | | | | | | | |
| **Payable Date** | DIV REC'D=100% | 1,000,000 | | | | | 3/30/2012 | $380,000 | |
| | DUE BILL REDEEMED | | | | | | | ($380,000) | |
| Sub-Total | | | | | | | | | $0 |
| | | | | | | | | | |
| P&L | | | | | | | | | $2,043 |
| | | | | | | | | | |
| **EDF Trading Acct** | | | | | | | Settle/ | | |
| | | | Security | | Strike | Trade | Expiration | | |
| | Action | Quantity | Type | Price | Price | Date | Date | Amount | Total |
| Record Date - 3 | SELL | 1,000,000 | STOCK | $78.51000 | | 3/7/2012 | 3/12/2012 | $78,510,000 | |
| | BUY | 10,000 | CASH SETTLED CALL W/DUE BILL | $78.51000 | $0.02043 | 3/7/2012 | 3/27/2012 | ($78,510,000) | |
| Sub-Total | | | | | | | | | $0 |
| | | | | | | | | | |
| Record Date + 15 | EXERCISE** | 10,000 | CASH SETTLED CALL W/DUE BILL | $79.00000 | $0.02043 | | 3/27/2012 | $78,979,575 | |
| | BUY | 1,000,000 | STOCK | $79.00000 | | 3/27/2012 | 3/27/2012 | ($79,000,000) | |
| | CLEARANCE REC'D | | | | | | | $18,383 | |
| Sub-Total | | | | | | | | | ($2,043) |
| | | | | | | | | | |
| **Payable Date** | DIV CHRG'D=94.625% | 1,000,000 | | | | | 3/30/2012 | ($359,575) | |
| | DUE BILL REDEEMED | | | | | | | $380,000 | |
| Sub-Total | | | | | | | | | $20,425 |
| | | | | | | | | | |
| | PAY ACER FEE | | | | | | | ($9,191) | |
| | | | | | | | | | ($9,191) |
| | | | | | | | | | |
| P&L | | | | | | | | | $9,191 |

**The Client owes the dividend to EDF upon the exercise of the call option.
As per the terms of the option contract a Due Bill (or equivalent security) is issued to represent the owed dividend.

CONFIDENTIAL NOTICE
The information shown here is priviledged and/or confidential information.
Acer Investment Group LLC