| | |
|---|---|
| **From:** | Robert Messina <BM@acerinvest.com> |
| **Sent:** | Wednesday, March 4, 2015 12:10 PM |
| **To:** | Stacey Kaminer <SK@acerinvest.com> |
| **Cc:** | Robert Crema <BC@acerinvest.com>; Alan Goldman <AG@acerinvest.com> |
| **Subject:** | nzymb |

Sorry for the late email..apologies....as you are aware we secured and delivered to edf.750,000 nzymb dc on 02/27/15.sorry again for the late email..

CONFIDENTIAL

ACER_00026012