# Register of Directors

| | |
|---|---|
| Company Name: | Acai Investments Limited |
| Company Number: | 1881673 |

| | |
|---|---|
| Director Type: | Director |

| Date of Appointment: | 07 July 2015 |
|---|---|
| Date of Cessation: | 21 October 2015 |

| First Name | Middle Name (s) | Last Name | Date of Birth | Country of Birth | Nationality | Notes |
|---|---|---|---|---|---|---|
| Usha | Sanjay | Shah | 03 August 1972 | United Kingdom | British | |

**Applicable Former Names (if any):**

| First Name | Middle Name (s) | Last Name |
|---|---|---|
| | | |

**Address(es):**

| Address Type | Address 1 | Address 2 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|
| Residential [RA] | Villa 2, Fond C Palm Jumeirah | PO Box 923070 | Dubai | | | United Arab Emirates |
| Service [ML] | Elysium Global (Dubai) Limited DIFC, Office 16-32, Central Park Towers | Dubai International Financial Centre PO Box 506699, Dubai, UAE | Dubai | | | United Arab Emirates |

Confidential Pursuant to Protective Order

BVI_00000008

# Register of Directors

**Company Name:** Acai Investments Limited
**Company Number:** 1881673

**Director Type:** Director

| Date of Appointment: | 21 October 2015 |
|---|---|
| Date of Cessation: | 30 July 2018 |

| First Name | Middle Name (s) | Last Name | Date of Birth | Country of Birth | Nationality | Notes |
|---|---|---|---|---|---|---|
| Sanjay | | Shah | 11 September 1970 | United Kingdom | British | |

**Applicable Former Names (if any):**

| First Name | Middle Name (s) | Last Name |
|---|---|---|
| | | |

**Address(es):**

| Address Type | Address 1 | Address 2 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|
| Residential [RA] | Villa 4, Frond C<br>P.O Box 923070 | | Palm Jumeirah | Dubai | | United Arab Emirates |
| Service [ML] | Elysium Global (Dubai) Limited<br>DIFC, Office 16-32, Central Park Towers | Dubai International Financial Centre<br>PO Box 506699, Dubai, UAE | Dubai | | | United Arab Emirates |

Confidential Pursuant to Protective Order

# Register of Directors

| | |
|---|---|
| Company Name: | Acai Investments Limited |
| Company Number: | 1881673 |

| | |
|---|---|
| Director Type: | Director |

| Date of Appointment: | 30 July 2018 |
|---|---|
| Date of Cessation: | |

| Corporate Name | Incorporation / Registration Number | Date of Incorporation / Registration | Country of Incorporation / Registration | Entity Type | Notes |
|---|---|---|---|---|---|
| IP Universal Limited | 328639 | 31 October 2017 | Cayman Islands | | |

**Applicable Former Names (if any):**

| Former Corporate Name(s) |
|---|
| |

**Address(es):**

| Address Type | Address 1 | Address 2 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|
| Registered Office [RO] | Elgin Court, 2nd Floor Elgin Avenue | PO Box 448 | Grand Cayman | Cayman Islands | KY1-1106 | Cayman Islands |
| Service [ML] | Central Park Towers Level 16, Office 1632 | Po Box 506699 | Dubai International Financial Centre | Dubai | | United Arab Emirates |
| Principal Office [BA] | Elgin Court, 2nd Floor Elgin Avenue | PO Box 448 | Grand Cayman | Cayman Islands | KY1-1106 | Cayman Islands |

Confidential Pursuant to Protective Order

BVI_00000010

**Register of Directors**

Confidential Pursuant to Protective Order

BVI_00000011

# Register of Directors

**Company Name:** Fire Capital One Limited

**Company Number:** 1876176

| Name | Residential or Registered Office Address | Date of Appointment | Date of Resignation | Notes |
|---|---|---|---|---|
| Usha Sanjay Shah | Villa 2, Fond C; Palm Jumeirah; PO Box 923070; Dubai; United Arab Emirates | 29 May 2015 | 21 October 2015 | Resigned |
| Sanjay Shah | Villa C2, Palm Jumeirah; PO Box 923070; Dubai; United Arab Emirates | 21 October 2015 | | |

Page **1** of **1**

Confidential Pursuant to Protective Order

## Register of Members and Share Ledger

Company Name: **Fire Capital One Limited**
Company Number: **1876176**

**Member details**

| Name | Address | Date entered as a member | Date ceased to be a member |
|---|---|---|---|
| Usha Sanjay Shah | Villa 2, Fond C; Palm Jumeirah; PO Box 923070; Dubai; United Arab Emirates | 29 May 2015 | 21 October 2015 |

**Share details**

| Class of share | Par value | Total shares currently held |
|---|---|---|
| Ordinary | No Par Value | 0.00 |

**Shares acquired**

| Date of acquisition | Number of shares acquired | Certificate number | Acquisition Description | Notes |
|---|---|---|---|---|
| 29 May 2015 | 1.00 | 1 | Allotment of 1.0 Ordinary share(s) to Ms Usha Shah | |

**Shares transferred/disposed**

| Date of transfer | Number of shares transferred/ disposed | Certificate number | New Certificate number (if any) | Disposal/Transfer Description | Notes |
|---|---|---|---|---|---|
| 21 October 2015 | 1.00 | 1 | 2 | Transfer of 1.0 Ordinary share(s) from Ms Usha Shah to Elysium Global Limited | |

Confidential Pursuant to Protective Order                    BVI_00006270

## Register of Members and Share Ledger

Company Name: **Fire Capital One Limited**
Company Number: **1876176**

### Member details

| Name | Address | Date entered as a member | Date ceased to be a member |
|---|---|---|---|
| Elysium Global Limited | Craigmuir Chambers; PO Box 71; VG1110 Road Town; Tortola; British Virgin Islands | 21 October 2015 | |

### Share details

| Class of share | Par value | Total shares currently held |
|---|---|---|
| Ordinary | No Par Value | 1.00 |

### Shares acquired

| Date of acquisition | Number of shares acquired | Certificate number | Acquisition Description | Notes |
|---|---|---|---|---|
| 21 October 2015 | 1.00 | 2 | Transfer of 1.0 Ordinary share(s) from Ms Usha Shah to Elysium Global Limited | |

### Shares transferred/disposed

| Date of transfer | Number of shares transferred/ disposed | Certificate number | New Certificate number (if any) | Disposal/Transfer Description | Notes |
|---|---|---|---|---|---|
| | | | | | |

Confidential Pursuant to Protective Order    BVI_00006271

# Register of Directors

**Company Name:** Parla Global Investments Limited

**Company Number:** 1882092

| Name | Residential or Registered Office Address | Date of Appointment | Date of Resignation | Notes |
|---|---|---|---|---|
| Usha Sanjay Shah | Villa 2, Fond C; Palm Jumeirah; PO Box 923070; Dubai; United Arab Emirates | 08 July 2015 | 21 October 2015 | Resigned |
| Sanjay Shah | Villa C2, Palm Jumeirah; PO Box 923070; Dubai; United Arab Emirates | 21 October 2015 | | |

Confidential Pursuant to Protective Order

BVI_00009906

## Register of Members and Share Ledger

Company Name: **Parla Global Investments Limited**
Company Number: **1882092**

**Member details**

| Name | Address | Date entered as a member | Date ceased to be a member |
|---|---|---|---|
| Usha Sanjay Shah | Villa 2, Fond C; Palm Jumeirah; PO Box 923070; Dubai; United Arab Emirates | 08 July 2015 | 21 October 2015 |

**Share details**

| Class of share | Par value | Total shares currently held |
|---|---|---|
| Ordinary | No Par Value | 0.00 |

**Shares acquired**

| Date of acquisition | Number of shares acquired | Certificate number | Acquisition Description | Notes |
|---|---|---|---|---|
| 08 July 2015 | 1.00 | 1 | Allotment of 1.0 Ordinary share(s) to Ms Usha Shah | |

**Shares transferred/disposed**

| Date of transfer | Number of shares transferred/ disposed | Certificate number | New Certificate number (if any) | Disposal/Transfer Description | Notes |
|---|---|---|---|---|---|
| 21 October 2015 | 1.00 | 1 | 2 | Transfer of 1.0 Ordinary share(s) from Ms Usha Shah to Elysium Global Limited | |

Page **1** of **2**

## Register of Members and Share Ledger

Company Name: **Parla Global Investments Limited**
Company Number: **1882092**

### Member details

| Name | Address | Date entered as a member | Date ceased to be a member |
|---|---|---|---|
| Elysium Global Limited | Craigmuir Chambers; PO Box 71; VG1110 Road Town; Tortola; British Virgin Islands | 21 October 2015 | |

### Share details

| Class of share | Par value | Total shares currently held |
|---|---|---|
| Ordinary | No Par Value | 1.00 |

### Shares acquired

| Date of acquisition | Number of shares acquired | Certificate number | Acquisition Description | Notes |
|---|---|---|---|---|
| 21 October 2015 | 1.00 | 2 | Transfer of 1.0 Ordinary share(s) from Ms Usha Shah to Elysium Global Limited | |

### Shares transferred/disposed

| Date of transfer | Number of shares transferred/ disposed | Certificate number | New Certificate number (if any) | Disposal/Transfer Description | Notes |
|---|---|---|---|---|---|
| | | | | | |

Page **2** of **2**

# Register of Members and Share Ledger

Company Name: **Philo Holdings Limited**
Company Number: **1881972**

## Member details

| Name | Address | Date entered as a member | Date ceased to be a member |
|---|---|---|---|
| Usha Sanjay Shah | Villa 2, Fond C; Palm Jumeirah; PO Box 923070; Dubai; United Arab Emirates | 08 July 2015 | 21 October 2015 |

## Share details

| Class of share | Par value | Total shares currently held |
|---|---|---|
| Ordinary | No Par Value | 0.00 |

## Shares acquired

| Date of acquisition | Number of shares acquired | Certificate number | Acquisition Description | Notes |
|---|---|---|---|---|
| 08 July 2015 | 1.00 | 1 | Allotment of 1.0 Ordinary share(s) to Ms Usha Shah | |

## Shares transferred/disposed

| Date of transfer | Number of shares transferred/ disposed | Certificate number | New Certificate number (if any) | Disposal/Transfer Description | Notes |
|---|---|---|---|---|---|
| 21 October 2015 | 1.00 | 1 | 2 | Transfer of 1.0 Ordinary share(s) from Ms Usha Shah to Elysium Global Limited | |

Page **1** of 2

# Register of Members and Share Ledger

Company Name: **Philo Holdings Limited**
Company Number: **1881972**

## Member details

| Name | Address | Date entered as a member | Date ceased to be a member |
|---|---|---|---|
| Elysium Global Limited | Craigmuir Chambers; PO Box 71; Road Town; Tortola VG1110; British Virgin Islands | 21 October 2015 | |

## Share details

| Class of share | Par value | Total shares currently held |
|---|---|---|
| Ordinary | No Par Value | 1.00 |

## Shares acquired

| Date of acquisition | Number of shares acquired | Certificate number | Acquisition Description | Notes |
|---|---|---|---|---|
| 21 October 2015 | 1.00 | 2 | Transfer of 1.0 Ordinary share(s) from Ms Usha Shah to Elysium Global Limited | |

## Shares transferred/disposed

| Date of transfer | Number of shares transferred/ disposed | Certificate number | New Certificate number (if any) | Disposal/Transfer Description | Notes |
|---|---|---|---|---|---|
| | | | | | |

Page **2** of **2**

# Register of Directors

**Company Name:** Philo Holdings Limited
**Company Number:** 1881972

| Name | Residential or Registered Office Address | Date of Appointment | Date of Resignation | Notes |
|---|---|---|---|---|
| Usha Sanjay Shah | Villa 2, Fond C; Palm Jumeirah; PO Box 923070; Dubai; United Arab Emirates | 08 July 2015 | 21 October 2015 | Resigned |
| Sanjay Shah | Villa C2, Palm Jumeirah; PO Box 923070; Dubai; United Arab Emirates | 21 October 2015 | | |

Confidential Pursuant to Protective Order

BVI_00010363