# REGISTER OF MEMBERS

**Company Name:** Ganymede Cayman Ltd.                    **Incorporation Number:** 242030

**Share Class:** Ordinary

| Cert No. | Member Name & Address | Number of Shares held | Voting Rights | Amount Paid (or considered as paid per share) | Date Entered as a Member | Date Ceased to be a Member | Notes |
|---|---|---|---|---|---|---|---|
| 0 | Harneys Fiduciary (Cayman) Limited, 4th Floor, Harbour Place, 103 South Church Street, P.O. Box 10240, Grand Cayman KY1-1002, George Town, Cayman Islands | 0.0 | ERROR with Voting Rights Condition!!! | EUR 1.00 | 16/06/2010 | 20/09/2011 | 16-June-2010 Allotment of 1.0 Ordinary share(s) to Harneys Fiduciary (Cayman) Limited. 20-September-2011 Transfer of 1.0 Ordinary share(s) from Harneys Fiduciary (Cayman) Limited to Sanjay Shah. |
| 0 | Sanjay Shah, Villa C2, Frond C, Palm Jumeirah, P.O. Box 923070, Dubai, United Arab Emirates | 0.0 | ERROR with Voting Rights Condition!!! | EUR 1.00 | 20/09/2011 | 11/07/2014 | 20-September-2011 Transfer of 1.0 Ordinary share(s) from Harneys Fiduciary (Cayman) Limited to Sanjay Shah. 11-July-2014 Transfer of 1.0 Ordinary share(s) from Sanjay Shah to Elysium Global Limited. |
| 0 | Elysium Global Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG 1110, British Virgin Islands | 1.0 | ERROR with Voting Rights Condition!!! | EUR 1.00 | 11/07/2014 |  | 11-July-2014 Transfer of 1.0 Ordinary share(s) from Sanjay Shah to Elysium Global Limited. |

**Registered Office:** 4th Floor, Harbour Place, 103 South Church Street, P.O. Box 10240, Grand Cayman KY1-1002, George Town, Cayman Islands

Confidential Pursuant to Protective Order                    CAYMAN_00002806

# REGISTER OF MEMBERS

**Company Name: Ganymede Cayman Ltd.**                    Incorporation Number: **242030**

### Share Capital Summary:

| Class | Currency | Authorized Capital | No. of Shares Authorized | Nominal Value per Share | No. of Shares Issued | Voting Rights |
|---|---|---|---|---|---|---|
| Ordinary | EUR | 40,000.00 | 40,000 | 1.00 | 1.0 | ERROR with Voting Rights Condition!!! |

### Current Shareholders

| Name | Class of Shares Held | Number of Shares Held | Voting Rights |
|---|---|---|---|
| Elysium Global Limited | Ordinary | 1.0 | ERROR with Voting Rights Condition!!! |
|  |  |  |  |

**Registered Office:** 4th Floor, Harbour Place, 103 South Church Street, P.O. Box 10240, Grand Cayman KY1-1002, George Town, Cayman Islands

Confidential Pursuant to Protective Order                    CAYMAN_00002807