Michelle McLaughlin

| | |
|---|---|
| From: | Finance - Elysium Global <finance@elysiumglobal.com> |
| Sent: | 23 May 2017 05:06 |
| To: | Shakira Hart |
| Cc: | General Counsel - Elysium Global; Michelle Coleman; Ashlee Barnett |
| Subject: | RE: ADURO INVESTMENTS LP- 2017 1st Penalty Invoice |
| Attachments: | 2017-05-23 Intertrust USD 9,203.04.pdf |
| Categories: | Email Manager: Sent to Laserfiche |

Dear Shakira,

See attached proof of payment.

Thank you!

Regards,
Billy

**Elysium Global**

FINANCE

Elysium Global (Dubai) Limited
Office 401-407, Gate Village 5,
Dubai International Financial Centre
PO Box 506699, Dubai, UAE
T: +971 4 406 5453
E: finance@elysiumglobal.com

♣ Please consider the environment before printing this email.

Office Hours: Sunday - Thursday 9:00am - 5:00pm - Gulf Standard Time

Begin forwarded message:

> From: Shakira Hart <Shakira.Hart@intertrustgroup.com>
> Date: 6 May 2017 at 06:26:45 GMT+4
> To: "'Greg.Nixon@elysiumglobal.com'" <Greg.Nixon@elysiumglobal.com>
> Cc: Michelle Coleman <Michelle.Coleman@intertrustgroup.com>, Ashlee Barnett <Ashlee.Barnett@intertrustgroup.com>
> Subject: ADURO INVESTMENTS LP- 2017 1st Penalty Invoice
>
> Dear Mr. Nixon
>
> Settlement of our invoices which included the Annual Registration Fee due to the Registrar of Companies were not received prior to the first payment deadline of **31 March 2017** therefore your entities are currently not in good standing. The Registrar of Companies has therefore imposed a penalty based on the Annual Registration Fee amount in accordance with the following schedule.

1

11.c.iii and 11.c.v

Confidential Pursuant to Protective Order

CAYMAN_00003294

| | |
|---|---|
| Payment/filing made between 1 April and 30 June | 33.33% |
| Payment/filing made between 1 July and 30 September | 66.66% |
| Payment/filing made between 1 October and 31 December | 100.00% |

Our invoices in respect of the penalty fee, inclusive of our administration charge, are enclosed and we request that you please make arrangements to settle all outstanding invoices on or before **26 May 2017** to ensure that your Companies are placed in good standing with the Registrar of Companies.

To ensure prompt payment, it is preferable that payment be made by wire transfer. Please include the invoice/reference numbers as quoted on your invoices. Monies received without the relevant invoice/reference numbers will be returned.

Should you have any queries, please do not hesitate to contact Ashlee Barnett at 1 345 914 3195 or Ashlee.barnett@intertrustgroup.com.

Thank you for your continued business.

Yours sincerely,

Intertrust Cayman


**Kind regards**

**Shakira Hart**
Client Relationship Manager
Intertrust Cayman
**tel** +1 345 914 3242


## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd,** an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Confidential Pursuant to Protective Order                                                                                                                                       CAYMAN_00003295

Michelle McLaughlin

**From:** Roderick Ebanks
**Sent:** 28 June 2017 09:46
**To:** 'Asset - Elysium Global'; 'General Counsel - Elysium Global'
**Subject:** RE: Aduro Investments LP
**Attachments:** Certificate282444.pdf

**Categories:** Email Manager: Sent to Laserfiche

Dear all,

Please find attached Strike Off Certificate for the abovementioned for your records.

This completes our work on the closure of the company and we thank you for using our services.

Kind regards

Roderick

**Roderick Ebanks**
Liquidations Administrator
Intertrust Cayman
tel +1 345 914 3266

# Intertrust

Cayman 190 Elgin Avenue, George Town
Grand Cayman, KY1-9005, Cayman Islands

tel +1 345 943 3100
fax +1 345 945 4757

cayman@intertrustgroup.com
www.intertrustgroup.com

**Intertrust Group**
Bahamas • Belgium • Brazil • British Virgin Islands • Canada • Cayman Islands
China • Curaçao • Cyprus • Denmark • Guernsey • Hong Kong • Ireland
Luxembourg • The Netherlands • Russia • Singapore • Spain • Sweden
Switzerland • Turkey • United Arab Emirates • United Kingdom • United States

---

**From:** Roderick Ebanks
**Sent:** 20 June 2017 10:31
**To:** 'Asset - Elysium Global'; General Counsel - Elysium Global
**Subject:** RE: Aduro Investments LP

Dear Maddison,

Thank you for sending through the attachments.

We will attend to the strike off filing and upon approval, request the Strike Off Certificate and provide a copy for your records.

We look forward to receipt of the original documents as well.

1

Confidential Pursuant to Protective Order            CAYMAN_00003363

Kind regards

**Roderick Ebanks**
Liquidations Administrator
Intertrust Cayman
tel +1 345 914 3266

# Intertrust

**Cayman** 190 Elgin Avenue, George Town
Grand Cayman, KY1-9005, Cayman Islands

tel +1 345 943 3100
fax +1 345 945 4757

cayman@intertrustgroup.com
www.intertrustgroup.com

**Intertrust Group**
Bahamas • Belgium • Brazil • British Virgin Islands • Canada • Cayman Islands
China • Curaçao • Cyprus • Denmark • Guernsey • Hong Kong • Ireland
Luxembourg • The Netherlands • Russia • Singapore • Spain • Sweden
Switzerland • Turkey • United Arab Emirates • United Kingdom • United States

---

**From:** Asset - Elysium Global [mailto:asset@elysiumglobal.com]
**Sent:** 20 June 2017 05:14
**To:** General Counsel - Elysium Global
**Cc:** Roderick Ebanks
**Subject:** RE: Aduro Investments LP

Dear Greg/ Roderick,

Please find the attached as requested.

Roderick, the originals are on the way to you at the address provided.

Have a lovely afternoon.

My Kindest Regards,
Maddison

**Elysium Global** | ASSET MANAGEMENT

Elysium Global (Dubai) Limited
Office 401-407, Gate Village 5,
Dubai International Financial Centre
PO Box 506699, Dubai, UAE
T: +971 4 406 5408
E: asset@elysiumglobal.com

🌲 Please consider the environment before printing this email.

Office Hours: Sunday - Thursday 9:00am - 5:00pm - Gulf Standard Time

**Disclaimer**

2

Confidential Pursuant to Protective Order

CAYMAN_00003364

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

3

Confidential Pursuant to Protective Order
CAYMAN_00003365

Confidential Pursuant to Protective Order

IT-72030

TO WHOM IT MAY CONCERN

I HEREBY CERTIFY that

**Aduro Investments LP**

will be struck from the Partnership Register on the 29th day of September Two Thousand Seventeen and thereupon dissolved.



Given under my hand and Seal at George Town in the Island of Grand Cayman this 27th day of June Two Thousand Seventeen

Authorised Officer,
Registrar of Partnerships,
Cayman Islands.

Authorisation Code : 410787945105
www.verify.gov.ky
27 June 2017

CAYMAN_00003366

HL-242030

# Certificate Of Incorporation

I, MELANIE E. RIVERS-WOODS Assistant Registrar of Companies of the Cayman Islands DO HEREBY CERTIFY, pursuant to the Companies Law CAP. 22, that all requirements of the said Law in respect of registration were complied with by

**Ganymede Cayman Ltd.**

an Exempted Company incorporated in the Cayman Islands with Limited Liability with effect from the 16th day of June Two Thousand Ten

Given under my hand and Seal at George Town in the Island of Grand Cayman this 16th day of June Two Thousand Ten



Assistant Registrar of Companies, Cayman Islands.

CERTIFIED A TRUE COPY

Ramsys Services (Cayman) Limited
Registered Office

Dated: 18 APRIL 2013

11.c.ii

Confidential Pursuant to Protective Order

CAYMAN_00003367

Confidential Pursuant to Protective Order

## REGISTER OF MEMBERS
### Ganymede Cayman Ltd.

Class Type: Ordinary
Par Value: EUR 1.00
Please note separate register for each share class

Date: 27 September 2011
Registration No.: 242030
Document No. REP70931
Appleby Ref: 319461

| Name and Address of Members | Date Entered on Register | Date of Transfer | Type of Entry | Number of Shares on Transaction | Distinctive Share Number | Par Value of Shares | Total Shares |
|---|---|---|---|---|---|---|---|
| Reid Services Limited<br>Clifton House<br>75 Fort Street<br>PO Box 1350<br>Grand Cayman KY1-1108<br>Cayman Islands | 16 June 2010<br>20 September 2011 | 20 September 2011 | Allotment<br>Transfer | 1.0<br>1.0 | 1 | EUR 1.00<br>EUR 1.00 | 0.0 |
| Sanjay Shah<br>Apartment 4101<br>Murjan 5<br>Beach Residence<br>P.O. Box 191710<br>Dubai<br>United Arab Emirates | 20 September 2011 | | Transfer | 1.0 | | EUR 1.00 | 1.0 |

I hereby certify this document to be a true and accurate representation of the facts about the above company known to me as at this date.

Name: DOMINIQUE LAWRIE
Solicitor of the Senior Courts of England and Wales
Date: 23 August 2013

C:\Users\Dipti\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\GP224714\Register of Members.DOC

Page 1 of 1

CAYMAN_0003368

11.c.ii

REGISTER OF DIRECTORS AND OFFICERS FOR:
**GANYMEDE CAYMAN LTD.**

CR 242030

| Name | Address | Office Held | Appointment Effective Date | Resignation Effective Date | Notification of Appointment | Notification of Resignation |
|---|---|---|---|---|---|---|
| Sanjay Shah | Villa C2, The Palm Jumeira, Post Box 181710, Dubai United Arab Emirates | DIRECTOR | 20-Sep-11 | | 18-Oct-11 00:00 | |
| Rajen Shah | Apartment 844, 8th Floor, The Ritz-Carlton Hotel P.O. Box 482032, Dubai United Arab Emirates | DIRECTOR | 20-Sep-11 | 08-Apr-13 | 18-Oct-11 00:00 | 09-Apr-13 00:00 |
| Guenther Grant-Klar | Apartment 436, 4th Floor The Ritz-Carlton Hotel, P.O. Box 482032, Dubai United Arab Emirates | DIRECTOR | 20-Sep-11 | 05-Jan-12 | 18-Oct-11 00:00 | 19-Jan-12 00:00 |
| Sanjeev Dave | Apartment 4202, Tower H, Executive Towers, Business Bay, Dubai U.A.E. 71250 | DIRECTOR | 09-Jul-13 | | 19-Jul-13 11:17 | |
| Graham Horn | P.O. Box 506699, Solo Capital (Dubai) Limited, Gate Village 5, Level 1 DIFC, Dubai, U.A.E. | DIRECTOR | 08-Apr-13 | 09-Jul-13 | 09-Apr-13 14:52 | 19-Jul-13 00:00 |

I hereby certify this document to be a true and accurate representation of the facts about the above company known to me as at this date.

Name: DOMINIQUE CAURELE
Solicitor of the Senior Courts of England and Wales
Date: 23 August 2013

Uploaded: 11:17 EST 19-07-2013
Filed: 11:40 EST 19-07-2013

11.c.ii

CAYMAN_00003369

# Ganymede Cayman Ltd.
# Organisation Structure Chart



100% of the ordinary shares of Ganymede Cayman Ltd. are owned by a private individual, Mr. Sanjay Shah

11.c.ii