Crucible Ventures LLC
145 West 67th Street 44G
New York, NY 10023

| INVOICE: 001 | DECEMBER 15 2014 |
|---|---|

| BILL TO | SHIP TO |
|---|---|
| Rossi Acquisitions LLC | By email |

| DESCRIPTION | TOTAL |
|---|---|
| Consulting Fee- Financing | $ 4,000.00 |

| REMITTANCE INSTRUCTIONS- WIRE TRANSFER | |
|---|---|

ABA # ▮▮▮▮ 3576
ACCT ▮▮▮▮ 1640
SIGNATURE BANK
261 MADISON AVE
NEW YORK, NY

| | |
|---|---|
| SALES TAX | $0.00 |
| TOTAL | $ 4,000.00 |
| PAYMENTS/CREDITS | $0.00 |
| **BALANCE DUE** [USD] | **$ 4,000.00** |
| DUE DATE | December 30, 2014 |

Thank you for your business!

CONFIDENTIAL                                                                                                                                   RA00001956

# TRUE WIND INVESTMENTS LLC
145 West 67th Street 44G
New York, NY 10023

| INVOICE: 001 | DECEMBER 15 2014 |
|---|---|

| BILL TO | SHIP TO |
|---|---|
| Rossi Acquisitions LLC | By email |

| DESCRIPTION | TOTAL |
|---|---|
| Service Fee - Acquisitions | $ 2,000.00 |

| REMITTANCE INSTRUCTIONS- WIRE TRANSFER | | |
|---|---|---|
| TRUE WIND INVESTMENTS | SALES TAX | $0.00 |
| C/O ALTBACHCO LLC ACCOUNT | TOTAL | $ 2,000.00 |
| ABA # ▮▮▮▮3576 | PAYMENTS/CREDITS | $0.00 |
| ACCT ▮▮▮▮1640 | **BALANCE DUE** [USD] | **$ 2,000.00** |
| SIGNATURE BANK | | |
| 261 MADISON AVE | | |
| NEW YORK, NY | DUE DATE | December 30, 2014 |

Thank you for your business!

# PLUMROSE INDUSTRIES LLC
145 West 67th Street 44G
New York, NY 10023

| INVOICE: 001 | DECEMBER 15 2014 |
|---|---|

| BILL TO | SHIP TO |
|---|---|
| Rossi Acquisitions LLC | By email |

| DESCRIPTION | TOTAL |
|---|---|
| Consulting Fee- Financing | $ 3,000.00 |

| REMITTANCE INSTRUCTIONS- WIRE TRANSFER | |
|---|---|
| PLUMROSE INDUSTRIES C/0 ALTBACHCO LLC ACCOUNT | |
| ABA # ███3576 | |
| ACCT ███1640 | |
| SIGNATURE BANK | |
| 261 MADISON AVE | |
| NEW YORK, NY | |

| | |
|---|---|
| SALES TAX | $0.00 |
| TOTAL | $ 3,000.00 |
| PAYMENTS/CREDITS | $0.00 |
| **BALANCE DUE** [USD] | **$ 3,000.00** |
| DUE DATE | December 30, 2014 |

Thank you for your business!

CONFIDENTIAL                                                                                                     RA00001958

Crucible Ventures LLC
145 West 67th Street 44G
New York, NY 10023

| INVOICE: 003 | FEBRUARY 15 2015 |
|---|---|

| BILL TO | SHIP TO |
|---|---|
| Rossi Acquisitions LLC | By email |

| DESCRIPTION | TOTAL |
|---|---|
| Consulting Fee- Financing | $ 4,000.00 |

| REMITTANCE INSTRUCTIONS- WIRE TRANSFER | |
|---|---|

| | | | |
|---|---|---|---|
| CRUCIBLE VENTURES LLC C/O | | SALES TAX | $0.00 |
| ALTBACHCO LLC ACCOUNT | | TOTAL | $ 4,000.00 |
| ABA # ▆▆▆▆3576 | | PAYMENTS/CREDITS | $0.00 |
| ACCT ▆▆▆61640 | | **BALANCE DUE** [USD] | **$ 4,000.00** |
| SIGNATURE BANK | | | |
| 261 MADISON AVE | | | |
| NEW YORK, NY | | DUE DATE | March 1, 2015 |

Thank you for your business!

CONFIDENTIAL                                                                                     RA00001962

LimeLight Global Productions LLC
145 West 67th Street 44G
New York, NY 10023

| INVOICE: 002 | JANUARY 15 2015 |
|---|---|

| BILL TO | SHIP TO |
|---|---|
| Rossi Acquisitions LLC | By email |

| DESCRIPTION | TOTAL |
|---|---|
| Consulting Fee- Financing | $ 4,000.00 |

| REMITTANCE INSTRUCTIONS- WIRE TRANSFER | | |
|---|---|---|
| LIMELIGHT GLOBAL PRODUCTIONS C/0 ALTBACHCO, LLC | SALES TAX | $0.00 |
| ABA # ████3576 | TOTAL | $ 4,000.00 |
| ACCT ████1640 | PAYMENTS/CREDITS | $0.00 |
| SIGNATURE BANK | **BALANCE DUE** [USD] | **$ 4,000.00** |
| 261 MADISON AVE | | |
| NEW YORK, NY | DUE DATE | January 31, 2015 |

Thank you for your business!

# LimeLight Global Productions LLC
## 145 West 67th Street 44G
## New York, NY 10023

| INVOICE: 003 | FEBRUARY 15 2015 |
|---|---|

| BILL TO | SHIP TO |
|---|---|
| Rossi Acquisitions LLC | By email |

| DESCRIPTION | TOTAL |
|---|---|
| Consulting Fee- Financing | $ 4,000.00 |

| REMITTANCE INSTRUCTIONS- WIRE TRANSFER | | |
|---|---|---|
| LIMELIGHT GLOBAL PRODUCTIONS C/O ALTBACHCO, LLC | SALES TAX | $0.00 |
| ABA # ▇▇▇3576 | TOTAL | $ 4,000.00 |
| ACCT ▇▇▇1640 | PAYMENTS/CREDITS | $0.00 |
| SIGNATURE BANK | **BALANCE DUE** [USD] | **$ 4,000.00** |
| 261 MADISON AVE | | |
| NEW YORK, NY | DUE DATE | February 15, 2015 |

Thank you for your business!

# PLUMROSE INDUSTRIES LLC
145 West 67th Street 44G
New York, NY 10023

| INVOICE: 002 | JANUARY 15 2015 |
|---|---|

| BILL TO | SHIP TO |
|---|---|
| Rossi Acquisitions LLC | By email |

| DESCRIPTION | TOTAL |
|---|---|
| Consulting Fee- Financing | $ 3,000.00 |

| REMITTANCE INSTRUCTIONS- WIRE TRANSFER | |
|---|---|

| | | | |
|---|---|---|---|
| PLUMROSE INDUSTRIES C/O | | SALES TAX | $0.00 |
| ALTBACHCO LLC ACCOUNT | | TOTAL | $ 3,000.00 |
| ABA # ▮▮▮▮3576 | | PAYMENTS/CREDITS | $0.00 |
| ACCT ▮▮▮▮1640 | | **BALANCE DUE** [USD] | **$ 3,000.00** |
| SIGNATURE BANK | | | |
| 261 MADISON AVE | | | |
| NEW YORK, NY | | DUE DATE | January 31, 2015 |

Thank you for your business!

**CONFIDENTIAL**                                                                                                             **RA00001965**

# PLUMROSE INDUSTRIES LLC

145 West 67th Street 44G

New York, NY 10023

| INVOICE: 003 | FEBRUARY 15 2015 |
|---|---|

| BILL TO | SHIP TO |
|---|---|
| Rossi Acquisitions LLC | By email |

| DESCRIPTION | TOTAL |
|---|---|
| Consulting Fee- Financing | $ 3,000.00 |

| REMITTANCE INSTRUCTIONS- WIRE TRANSFER | | |
|---|---|---|
| PLUMROSE INDUSTRIES C/0 ALTBACHCO LLC ACCOUNT | SALES TAX | $0.00 |
| ABA # ▮▮▮▮3576 | TOTAL | $ 3,000.00 |
| ACCT ▮▮▮▮1640 | PAYMENTS/CREDITS | $0.00 |
| SIGNATURE BANK | **BALANCE DUE** [USD] | **$ 3,000.00** |
| 261 MADISON AVE | | |
| NEW YORK, NY | DUE DATE | March 1, 2015 |

Thank you for your business!

**CONFIDENTIAL**                                                                                   **RA00001966**

ROADCRAFT TECHNOLOGIES LLC
145 West 67th Street 44G
New York, NY 10023

| INVOICE: 001 | JANUARY 15 2015 |
|---|---|

| BILL TO | SHIP TO |
|---|---|
| Rossi Acquisitions LLC | By email |

| DESCRIPTION | TOTAL |
|---|---|
| Consulting Fee- Financing | $ 7,000.00 |

| REMITTANCE INSTRUCTIONS- WIRE TRANSFER | |
|---|---|
| ROADCRAFT TECHNOLOGIES LLC C/O ALTBACHCO LLC ACCOUNT | |
| ABA #█████3576 | |
| ACCT █████1640 | |
| SIGNATURE BANK | |
| 261 MADISON AVE | |
| NEW YORK, NY | |

| | |
|---|---|
| SALES TAX | $0.00 |
| TOTAL | $7,000.00 |
| PAYMENTS/CREDITS | $0.00 |
| **BALANCE DUE** [USD] | **$ 7,000.00** |
| DUE DATE | January 31, 2015 |

Thank you for your business!

# ROADCRAFT TECHNOLOGIES LLC

145 West 67th Street 44G

New York, NY 10023

| INVOICE: 001 | FEBRUARY 15 2015 |
|---|---|

| BILL TO | SHIP TO |
|---|---|
| Rossi Acquisitions LLC | By email |

| DESCRIPTION | TOTAL |
|---|---|
| Consulting Fee- Financing | $ 7,000.00 |

| REMITTANCE INSTRUCTIONS- WIRE TRANSFER | |
|---|---|

| | | | |
|---|---|---|---|
| ROADCRAFT TECHNOLOGIES LLC C/O | | SALES TAX | $0.00 |
| ALTBACHCO LLC ACCOUNT | | TOTAL | $ 7,000.00 |
| ABA # ▇▇▇▇▇3576 | | PAYMENTS/CREDITS | $0.00 |
| ACCT 1▇▇▇▇1640 | | **BALANCE DUE** [USD] | **$ 7,000.00** |
| SIGNATURE BANK | | | |
| 261 MADISON AVE | | | |
| NEW YORK, NY | | DUE DATE | March 1, 2015 |

Thank you for your business!

**CONFIDENTIAL**                                                                                                                                                                 **RA00001968**

# TRUE WIND INVESTMENTS LLC
145 West 67th Street 44G
New York, NY 10023

| INVOICE: 002 | JANUARY 15 2015 |
|---|---|

| BILL TO | SHIP TO |
|---|---|
| Rossi Acquisitions LLC | By email |

| DESCRIPTION | TOTAL |
|---|---|
| Service Fee - Acquisitions | $ 2,000.00 |

| REMITTANCE INSTRUCTIONS- WIRE TRANSFER | | |
|---|---|---|
| TRUE WIND INVESTMENTS | SALES TAX | $0.00 |
| C/O ALTBACHCO LLC ACCOUNT | TOTAL | $ 2,000.00 |
| ABA # ███3576 | PAYMENTS/CREDITS | $0.00 |
| ACCT ███1640 | **BALANCE DUE** [USD] | **$ 2,000.00** |
| SIGNATURE BANK | | |
| 261 MADISON AVE | | |
| NEW YORK, NY | DUE DATE | January 31, 2015 |

Thank you for your business!

CONFIDENTIAL                                                                                                              RA00001969

# TRUE WIND INVESTMENTS LLC

145 West 67th Street 44G
New York, NY 10023

| INVOICE: 003 | FEBRUARY 15 2015 |
|---|---|

| BILL TO | SHIP TO |
|---|---|
| Rossi Acquisitions LLC | By email |

| DESCRIPTION | TOTAL |
|---|---|
| Service Fee - Acquisitions | $ 2,000.00 |

| REMITTANCE INSTRUCTIONS- WIRE TRANSFER | | |
|---|---|---|
| TRUE WIND INVESTMENTS | SALES TAX | $0.00 |
| C/O ALTBACHCO LLC ACCOUNT | TOTAL | $ 2,000.00 |
| ABA # ████3576 | PAYMENTS/CREDITS | $0.00 |
| ACCT ██████1640 | **BALANCE DUE** [USD] | **$ 2,000.00** |
| SIGNATURE BANK | | |
| 261 MADISON AVE | | |
| NEW YORK, NY | DUE DATE | March 1, 2015 |

Thank you for your business!

**CONFIDENTIAL**                                                                 **RA00001970**