ROBERT CREMA
EXHIBIT 1971
02 - 09 - 2021

| | |
|---|---|
| **From:** | Foster, Victoria (LDN) <vfoster@edfmancapital.com> |
| **Sent:** | Wednesday, March 14, 2012 10:46 AM |
| **To:** | LDN-EQUITYFINANCE-DL; Smith, Chris (LDN); Hawksworth, Stephen (LDN) |
| **Cc:** | Browne, Verrona (LDN) |
| **Subject:** | Acer Investments call report : CONFIDENTIAL |

Acer Attendees: Stacey Kaminer and Bob Cremer

MCM Attendees; Vic Foster, Mark Whitehead and Chris Henstock

Date: 13th March 2012


Stacey and Bob are keen to on-board similar funds to those we have worked with previously. Some trades will have Ballance as the investment advisors and others will be direct with MCM. Third Party reclaim agent to be Globe Tax.


- Stacey is currently filling out the account opening forms – Marcus is liaising on documentation for KYC / AML and docs packs

- Stacey as the ERISA side letter for her counsel to comment on


Clients to be on boarded


- American Investment Group of NY, LP Pension Plan

- Kamco Investments Inc Pension Plan

- Acer Investment Group LLC Retirement Plan FBO RC

- Moira Associates LLC 401 (K) Plan

- Kamco LP Profit Sharing Plan FBO Stacey Kaminer

- Linden Associates Defined Benefit Plan

- Newsong Fellowship Church 401(K) Plan

- D W Construction , Inc Retirement Plan

- Congregation Machon Tiferes Bachurim

1

- Congregation Khal and Beth Madrash Zichron Yaakov
- Zichron Yaakov Institute
- The Goldstein Law Group PC 401(K) PSP (FBO Scott Goldstein)
- The Goldstein Law Group PC 401(K) PSP(S Goldstein)

Potential Markets

· Canada – will not involve Ballance. They are looking for MCM sell CAD stocks to their pension plans. Bob to introduce VF to lenders who have large stock loan books in CAD.

· Belgium – this will be via Ballance as the Investment Advisor. Will be a mixture of OTC buys vs cash settled SSFs and Physical vs cash SSFs.

· Holland – they are looking to buy the ADR in the market and hedge with a SSF.

Follow ups

- Stacey to send over indicative trade schedules
- Stacey to send over flow diagrams of various trade structures
- VF to arrange Model B arrangements with ICAP, LINK and Volcafe
- VF to reach out to Globe Tax
- VF to on board GMSLAs for CAD borrows
- MB-H to collate KYC / AML information
- We discussed fees – follow up call to finalise.

CONFIDENTIAL                                    ED&F-00199109

Victoria Foster

Managing Director, Equity Finance


ED&F Man Capital Markets Limited

Cottons Centre, Hay's Lane, London, SE1 2QE

Direct: +44 (0)203 580 7628  |  Desk: +44 (0)203 580 7626  |  Mobile: +44 (0)7855 252 899

vfoster@edfmancapital.com <mailto:vfoster@edfmancapital.com>  |  www.edfman.com <http://www.edfman.com/>


P Please consider the environment before printing this e-mail


This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at www.edfman.com <http://www.edfman.com/> .


This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately.


E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is registered company in England, number 1292851. MCM is authorised and regulated by the Financial Services Authority in the UK, register number 194926 at www.fsa.gov.uk <http://www.fsa.gov.uk/> .

CONFIDENTIAL                                                                                                                            ED&F-00199110