Message

| | |
|---|---|
| **From:** | Meade, Michael (LDN) [mmeade@edfmancapital.com] |
| **Sent:** | 15/04/2014 14:51:44 |
| **To:** | Henstock, Chris (DUB) [chenstock@edfmpt.ae] |
| **CC:** | LDN-EQUITYASSETSERVICING-DL [LDN-EQUITYASSETSERVICING@edfmancapital.com] |
| **Subject:** | RE: DK0060013274 - Tryg A/S - P/D 09-04-2014 ***Potential Dividend Posting*** |

Hi Chris,

I have posted the below to D1 now.

In addition, I have also added a checkbox onto our dividend front sheet that prompts whether or not D1 journals have been posted. Should hopefully assist with situations like this.

Thanks,

**Michael Meade**
Asset Services



Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7240
Group: +44 (0)20 3580 7234
Email: mmeade@edfmancapital.com
Group: LDN-EQUITYASSETSERVICING@edfmancapital.com

---

**From:** Henstock, Chris (DUB)
**Sent:** 15 April 2014 08:51
**To:** Meade, Michael (LDN)
**Cc:** LDN-EQUITYASSETSERVICING-DL
**Subject:** RE: DK0060013274 - Tryg A/S - P/D 09-04-2014 ***Potential Dividend Posting***

Hi Michael,

The below has been posted in E1 but not in D1, please could you check and post.

Many thanks,

Chris.

Chris Henstock
Equity Finance Trader

E D & F Man Professional Trading (Dubai) Limited

Dubai International Financial Centre
Office 14, Level 15, The Gate, P.O. Box 121208, Dubai, UAE
Direct: +971 4 401 9676 | Mobile: +971 (0) 527 275463

chenstock@edfmpt.ae | www.edfman.com

CONFIDENTIAL                                                                 ED&F-00409315

**From:** Meade, Michael (LDN)
**Sent:** 09 April 2014 16:18
**To:** Henstock, Chris (DUB)
**Cc:** LDN-EQUITYASSETSERVICING-DL
**Subject:** DK0060013274 - Tryg A/S - P/D 09-04-2014 ***Potential Dividend Posting***
**Importance:** High

Hi Chris,

I see ED&F Dubai due the below dividend. Can you please confirm back if you agree and I will make the relevant postings in D1 as soon as we have confirmed all receipt of funds:

**TRYG DC – Tryg A/S**

ISIN -   DK0060013274
EX -    04/04/2014
REC -   08/04/2014
PAY -   09/04/2014
RATE - DKK 27.00

We see that ED&F Dubai were short 2,162,500 shs as per Ex Date reconciliation and therefore need to be debited DKK 42,622,875.00.

If you need any more info please let me know.

Thanks,

**Michael Meade**
Asset Services



Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7240
Group: +44 (0)20 3580 7234
Email: mmeade@edfmancapital.com
Group: LDN-EQUITYASSETSERVICING@edfmancapital.com