**Message**

| | |
|---|---|
| From: | Henstock, Chris (DUB) [chenstock@edfmpt.ae] |
| Sent: | 01/05/2014 09:39:20 |
| To: | Meade, Michael (LDN) [mmeade@edfmancapital.com] |
| CC: | LDN-EQUITYASSETSERVICING-DL [LDN-EQUITYASSETSERVICING@edfmancapital.com] |
| BCC: | secops@edfmancapital.com; sahamed@edfmancapital.com; cmackinnon@edfmancapital.com |
| Subject: | RE: DK0060083210 - D/S Norden A/S - P/D 29-04-2014 ***Potential Dividend Posting*** |

Hi Michael,

I agree the below, please can you post.

Many thanks,

Chris.

**Chris Henstock**
Equity Finance Trader

E D & F Man Professional Trading (Dubai) Limited

Dubai International Financial Centre
Office 14, Level 15, The Gate, P.O. Box 121208, Dubai, UAE
Direct: +971 4 401 9676 | Mobile: +971 (0) 527 275463

chenstock@edfmpt.ae | www.edfman.com

---

**From:** Meade, Michael (LDN)
**Sent:** 01 May 2014 13:09
**To:** Henstock, Chris (DUB)
**Cc:** LDN-EQUITYASSETSERVICING-DL
**Subject:** DK0060083210 - D/S Norden A/S - P/D 29-04-2014 ***Potential Dividend Posting***
**Importance:** High

Hi Chris,

I see ED&F Dubai due the below dividend. Can you please confirm back if you agree and I will make the relevant postings in D1 as soon as we have confirmed all receipt of funds:

**DNORD DC – D/S Norden A/S**

ISIN -   DK0060083210
EX -    24/04/2014
REC -  28/04/2014
PAY -  29/04/2014
RATE - DKK 5.00

We see that ED&F Dubai were short 1,525,000 shs as per Ex Date reconciliation and therefore need to be debited DKK 5,566,250.00.

If you need any more info please let me know.

Thanks,

**Michael Meade**
Asset Services



Cottons Centre, Hays Lane, London, SE1 2QE
Direct: **+44 (0)20 3580 7240**
Group: +44 (0)20 3580 **7234**
Email:  mmeade@edfmancapital.com
Group: LDN-EQUITYASSETSERVICING@edfmancapital.com

CONFIDENTIAL

ED&F-00409388