Message

| | |
|---|---|
| **From:** | Henstock, Chris (DUB) [chenstock@edfmpt.ae] |
| **Sent:** | 15/05/2014 13:57:14 |
| **To:** | Meade, Michael (LDN) [mmeade@edfmancapital.com] |
| **CC:** | LDN-EQUITYASSETSERVICING-DL [LDN-EQUITYASSETSERVICING@edfmancapital.com] |
| **BCC:** | secops@edfmancapital.com; sahamed@edfmancapital.com; cmackinnon@edfmancapital.com |
| **Subject:** | RE: DK0060448595 - Coloplast A/S - P/D 14-05-2014 ***Potential Dividend Posting*** |

Hi Michael,

I agree the below, please post when ready.

Regards,

Chris.

Chris Henstock
Equity Finance Trader

E D & F Man Professional Trading (Dubai) Limited

Dubai International Financial Centre
Office 14, Level 15, The Gate, P.O. Box 121208, Dubai, UAE
Direct: +971 4 401 9676 | Mobile: +971 (0) 527 275463

chenstock@edfmpt.ae | www.edfman.com

---

**From:** Meade, Michael (LDN)
**Sent:** 15 May 2014 17:53
**To:** Henstock, Chris (DUB)
**Cc:** LDN-EQUITYASSETSERVICING-DL
**Subject:** DK0060448595 - Coloplast A/S - P/D 14-05-2014 ***Potential Dividend Posting***

Hi Chris,

I see ED&F Dubai due the below dividend. Can you please confirm back if you agree and I will make the relevant postings in D1 as soon as we have confirmed all receipt of funds:

**COLOB DC – Coloplast A/S**

ISIN -   DK0060448595
EX -    09/05/2014
REC -   13/05/2014
PAY -   14/05/2014
RATE - DKK 4.00

We see that ED&F Dubai were short 11,565,000 shs as per Ex Date reconciliation and therefore need to be debited DKK 33,769,800.00.

If you need any more info please let me know.

Thanks,

CONFIDENTIAL                                                              ED&F-00409557

**Michael Meade**
Asset Services



Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7240
Group: +44 (0)20 3580 7234
Email:  mmeade@edfmancapital.com
Group: LDN-EQUITYASSETSERVICING@edfmancapital.com

CONFIDENTIAL

ED&F-00409558