# Account Transactions (General Ledger)

**ED&F Man Capital Markets Ltd**
03/01/2015 through 03/03/2015

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (1-020-010-EDFDUB-EDFDU) is (ED&F Man Professional Trading (Dubai) Li)**

**Asset (CZK / CZK) Layer (C) [Czech koruna]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 02/28/2015 | | Opening Balance | 0 | | 0 | 1,042,597.74 Cr | 1,042,597.74 Cr |
| | | | | | | | 1,042,597.74 Cr |

**Asset (DKK / DKK) Layer (C) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 02/28/2015 | | Opening Balance | 0 | | 0 | 1,042,500.00 Cr | 1,042,500.00 Cr |
| 03/02/2015 | 390967 | Reversal of SEL 750,000 NZYNB DC @ 321.7 | 3 | PROCEED-EQUITY | 410747 | 241,278,015.75 Cr | 242,320,515.75 Cr |
| 03/02/2015 | T00041069401002 | BUY 750,000 NZYNB DC @ 322.5 DKK 241,875 | 2 | PROCEED-EQUITY | 410694 | 241,875,000.00 Dr | 484,195,515.75 Cr |
| 03/02/2015 | T00041074701002 | SEL 750,000 NZYNB DC @ 321.704 DKK 241,2 | 2 | PROCEED-EQUITY | 410747 | 241,278,015.75 Dr | 242,917,500.00 Cr |
| 03/02/2015 | T00041288701002 | SEL 750,000 NZYNB DC @ 321.7 DKK 241,275 | 2 | PROCEED-EQUITY | 412887 | 241,275,000.00 Dr | 1,642,500.00 Cr |
| 03/03/2015 | 392124 | CASH DIV - NZYNB DC - PD 02/03/15 | 1 | Unclassified | 0 | 1,642,500.00 Dr | 0.00 Cr |
| | | | | | | | 0.00 Cr |

**Asset (EUR / EUR) Layer (C) [Euro]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 02/28/2015 | | Opening Balance | 0 | | 0 | 204,609,750.19 Dr | 204,609,750.19 Dr |
| | | | | | | | 204,609,750.19 Dr |

**Asset (EUR / EUR) Layer (O) [Euro]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 02/28/2015 | | Opening Balance | 0 | | 0 | 304,042,950.00 Cr | 304,042,950.00 Cr |
| 03/01/2015 | 391601 | Unrealized Gain/Loss Cust FUTURE | 366 | PROCEED-FUTURE | 368885 | 26,772,375.00 Cr | 330,815,325.00 Cr |
| 03/01/2015 | 391601 | Unrealized Gain/Loss Cust FUTURE | 410 | PROCEED-FUTURE | 331144 | 6,649,200.00 Cr | 337,464,525.00 Cr |
| 03/01/2015 | 391601 | Unrealized Gain/Loss Cust FUTURE | 412 | PROCEED-FUTURE | 331132 | 6,649,200.00 Cr | 344,113,725.00 Cr |
| 03/01/2015 | 391601 | Unrealized Gain/Loss Cust FUTURE | 374 | PROCEED-FUTURE | 368863 | 17,490,500.00 Cr | 361,604,225.00 Cr |
| 03/01/2015 | 391601 | Unrealized Gain/Loss Cust FUTURE | 390 | PROCEED-FUTURE | 331345 | 23,675,000.00 Cr | 385,279,225.00 Cr |
| 03/01/2015 | 391601 | Unrealized Gain/Loss Cust FUTURE | 426 | PROCEED-FUTURE | 368887 | 36,173,500.00 Cr | 421,452,725.00 Cr |
| 03/01/2015 | 391601 | Unrealized Gain/Loss Cust FUTURE | 442 | PROCEED-FUTURE | 368889 | 18,348,000.00 Cr | 439,800,725.00 Cr |
| 03/01/2015 | 391601 | Unrealized Gain/Loss Cust FUTURE | 458 | PROCEED-FUTURE | 368895 | 6,832,500.00 Cr | 446,633,225.00 Cr |
| 03/01/2015 | 391601 | Unrealized Gain/Loss Cust FUTURE | 434 | PROCEED-FUTURE | 331140 | 4,715,600.00 Cr | 451,348,825.00 Cr |
| 03/01/2015 | 391601 | Unrealized Gain/Loss Cust FUTURE | 436 | PROCEED-FUTURE | 331130 | 4,715,600.00 Cr | 456,064,425.00 Cr |
| 03/02/2015 | 391618 | Reversal of Unrealized Gain/Loss Cust FU | 458 | PROCEED-FUTURE | 368895 | 6,832,500.00 Dr | 449,231,925.00 Cr |
| 03/02/2015 | 391618 | Reversal of Unrealized Gain/Loss Cust FU | 410 | PROCEED-FUTURE | 331144 | 6,649,200.00 Dr | 442,582,725.00 Cr |
| 03/02/2015 | 391618 | Reversal of Unrealized Gain/Loss Cust FU | 390 | PROCEED-FUTURE | 331345 | 23,675,000.00 Dr | 418,907,725.00 Cr |
| 03/02/2015 | 391618 | Reversal of Unrealized Gain/Loss Cust FU | 366 | PROCEED-FUTURE | 368885 | 26,772,375.00 Dr | 392,135,350.00 Cr |
| 03/02/2015 | 391618 | Reversal of Unrealized Gain/Loss Cust FU | 374 | PROCEED-FUTURE | 368863 | 17,490,500.00 Dr | 374,644,850.00 Cr |
| 03/02/2015 | 391618 | Reversal of Unrealized Gain/Loss Cust FU | 436 | PROCEED-FUTURE | 331130 | 4,715,600.00 Dr | 369,929,250.00 Cr |
| 03/02/2015 | 391618 | Reversal of Unrealized Gain/Loss Cust FU | 442 | PROCEED-FUTURE | 368889 | 18,348,000.00 Dr | 351,581,250.00 Cr |
| 03/02/2015 | 391618 | Reversal of Unrealized Gain/Loss Cust FU | 434 | PROCEED-FUTURE | 331140 | 4,715,600.00 Dr | 346,865,650.00 Cr |
| 03/02/2015 | 391618 | Reversal of Unrealized Gain/Loss Cust FU | 412 | PROCEED-FUTURE | 331132 | 6,649,200.00 Dr | 340,216,450.00 Cr |
| 03/02/2015 | 391618 | Reversal of Unrealized Gain/Loss Cust FU | 426 | PROCEED-FUTURE | 368887 | 36,173,500.00 Dr | 304,042,950.00 Cr |
| 03/02/2015 | 391622 | Reversal of Unrealized Gain/Loss Cust FU | 412 | PROCEED-FUTURE | 331132 | 6,649,200.00 Dr | 297,393,750.00 Cr |
| 03/02/2015 | 391622 | Reversal of Unrealized Gain/Loss Cust FU | 426 | PROCEED-FUTURE | 368887 | 36,173,500.00 Dr | 261,220,250.00 Cr |
| 03/02/2015 | 391622 | Reversal of Unrealized Gain/Loss Cust FU | 390 | PROCEED-FUTURE | 331345 | 23,675,000.00 Dr | 237,545,250.00 Cr |
| 03/02/2015 | 391622 | Reversal of Unrealized Gain/Loss Cust FU | 410 | PROCEED-FUTURE | 331144 | 6,649,200.00 Dr | 230,896,050.00 Cr |
| 03/02/2015 | 391622 | Reversal of Unrealized Gain/Loss Cust FU | 442 | PROCEED-FUTURE | 368889 | 18,348,000.00 Dr | 212,548,050.00 Cr |

Copyright Shadow Financial Services Corp. 1998-2015. All Rights Reserved.    Page 1 of 3    Produced on 03/03/2015

CONFIDENTIAL

ED&F-00409778

# Account Transactions (General Ledger)

**ED&F Man Capital Markets Ltd**

03/01/2015 through 03/03/2015

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|----------|--------------------|-----------------|

**Account (1-020-010-EDFDUB-EDFDU) is (ED&F Man Professional Trading (Dubai) Li) (Continued)**

**Asset (EUR / EUR) Layer (O) (Continued)**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|----------|--------------------|-----------------|
| 03/02/2015 | 391622 | Reversal of Unrealized Gain/Loss Cust FU | 458 | PROCEED-FUTURE | 368895 | 6,832,500.00 Dr | 205,715,550.00 Cr |
| 03/02/2015 | 391622 | Reversal of Unrealized Gain/Loss Cust FU | 434 | PROCEED-FUTURE | 331140 | 4,715,600.00 Dr | 200,999,950.00 Cr |
| 03/02/2015 | 391622 | Reversal of Unrealized Gain/Loss Cust FU | 436 | PROCEED-FUTURE | 331130 | 4,715,600.00 Dr | 196,284,350.00 Cr |
| 03/02/2015 | 391622 | Reversal of Unrealized Gain/Loss Cust FU | 374 | PROCEED-FUTURE | 368863 | 17,490,500.00 Dr | 178,793,850.00 Cr |
| 03/02/2015 | 391622 | Reversal of Unrealized Gain/Loss Cust FU | 366 | PROCEED-FUTURE | 368885 | 26,772,375.00 Dr | 152,021,475.00 Cr |
| 03/02/2015 | 391623 | Reversal of Unrealized Gain/Loss Cust FU | 458 | PROCEED-FUTURE | 368895 | 6,832,500.00 Dr | 145,188,975.00 Cr |
| 03/02/2015 | 391623 | Reversal of Unrealized Gain/Loss Cust FU | 442 | PROCEED-FUTURE | 368889 | 18,348,000.00 Dr | 126,840,975.00 Cr |
| 03/02/2015 | 391623 | Reversal of Unrealized Gain/Loss Cust FU | 366 | PROCEED-FUTURE | 368885 | 26,772,375.00 Dr | 100,068,600.00 Cr |
| 03/02/2015 | 391623 | Reversal of Unrealized Gain/Loss Cust FU | 410 | PROCEED-FUTURE | 331144 | 6,649,200.00 Dr | 93,419,400.00 Cr |
| 03/02/2015 | 391623 | Reversal of Unrealized Gain/Loss Cust FU | 412 | PROCEED-FUTURE | 331132 | 6,649,200.00 Dr | 86,770,200.00 Cr |
| 03/02/2015 | 391623 | Reversal of Unrealized Gain/Loss Cust FU | 374 | PROCEED-FUTURE | 368863 | 17,490,500.00 Dr | 69,279,700.00 Cr |
| 03/02/2015 | 391623 | Reversal of Unrealized Gain/Loss Cust FU | 390 | PROCEED-FUTURE | 331345 | 23,675,000.00 Dr | 45,604,700.00 Cr |
| 03/02/2015 | 391623 | Reversal of Unrealized Gain/Loss Cust FU | 436 | PROCEED-FUTURE | 331130 | 4,715,600.00 Dr | 40,889,100.00 Cr |
| 03/02/2015 | 391623 | Reversal of Unrealized Gain/Loss Cust FU | 426 | PROCEED-FUTURE | 368887 | 36,173,500.00 Dr | 4,715,600.00 Cr |
| 03/02/2015 | 391623 | Reversal of Unrealized Gain/Loss Cust FU | 434 | PROCEED-FUTURE | 331140 | 4,715,600.00 Dr | 0.00 Cr |
| 03/02/2015 | 391984 | Unrealized Gain/Loss Cust FUTURE | 386 | PROCEED-FUTURE | 331345 | 21,770,000.00 Cr | 21,770,000.00 Cr |
| 03/02/2015 | 391984 | Unrealized Gain/Loss Cust FUTURE | 370 | PROCEED-FUTURE | 368863 | 16,288,000.00 Cr | 38,058,000.00 Cr |
| 03/02/2015 | 391984 | Unrealized Gain/Loss Cust FUTURE | 406 | PROCEED-FUTURE | 331144 | 6,949,200.00 Cr | 45,007,200.00 Cr |
| 03/02/2015 | 391984 | Unrealized Gain/Loss Cust FUTURE | 362 | PROCEED-FUTURE | 368885 | 25,369,750.00 Cr | 70,376,950.00 Cr |
| 03/02/2015 | 391984 | Unrealized Gain/Loss Cust FUTURE | 408 | PROCEED-FUTURE | 331132 | 6,949,200.00 Cr | 77,326,150.00 Cr |
| 03/02/2015 | 391984 | Unrealized Gain/Loss Cust FUTURE | 432 | PROCEED-FUTURE | 331130 | 4,194,800.00 Cr | 81,520,950.00 Cr |
| 03/02/2015 | 391984 | Unrealized Gain/Loss Cust FUTURE | 430 | PROCEED-FUTURE | 331140 | 4,194,800.00 Cr | 85,715,750.00 Cr |
| 03/02/2015 | 391984 | Unrealized Gain/Loss Cust FUTURE | 438 | PROCEED-FUTURE | 368889 | 18,408,000.00 Cr | 104,123,750.00 Cr |
| 03/02/2015 | 391984 | Unrealized Gain/Loss Cust FUTURE | 422 | PROCEED-FUTURE | 368887 | 38,373,500.00 Cr | 142,497,250.00 Cr |
| 03/02/2015 | 391984 | Unrealized Gain/Loss Cust FUTURE | 454 | PROCEED-FUTURE | 368895 | 6,802,500.00 Cr | 149,299,750.00 Cr |
| 03/03/2015 | 392023 | Reversal of Unrealized Gain/Loss Cust FU | 430 | PROCEED-FUTURE | 331140 | 4,194,800.00 Dr | 145,104,950.00 Cr |
| 03/03/2015 | 392023 | Reversal of Unrealized Gain/Loss Cust FU | 422 | PROCEED-FUTURE | 368887 | 38,373,500.00 Dr | 106,731,450.00 Cr |
| 03/03/2015 | 392023 | Reversal of Unrealized Gain/Loss Cust FU | 432 | PROCEED-FUTURE | 331130 | 4,194,800.00 Dr | 102,536,650.00 Cr |
| 03/03/2015 | 392023 | Reversal of Unrealized Gain/Loss Cust FU | 454 | PROCEED-FUTURE | 368895 | 6,802,500.00 Dr | 95,734,150.00 Cr |
| 03/03/2015 | 392023 | Reversal of Unrealized Gain/Loss Cust FU | 438 | PROCEED-FUTURE | 368889 | 18,408,000.00 Dr | 77,326,150.00 Cr |
| 03/03/2015 | 392023 | Reversal of Unrealized Gain/Loss Cust FU | 386 | PROCEED-FUTURE | 331345 | 21,770,000.00 Dr | 55,556,150.00 Cr |
| 03/03/2015 | 392023 | Reversal of Unrealized Gain/Loss Cust FU | 370 | PROCEED-FUTURE | 368863 | 16,288,000.00 Dr | 39,268,150.00 Cr |
| 03/03/2015 | 392023 | Reversal of Unrealized Gain/Loss Cust FU | 362 | PROCEED-FUTURE | 368885 | 25,369,750.00 Dr | 13,898,400.00 Cr |
| 03/03/2015 | 392023 | Reversal of Unrealized Gain/Loss Cust FU | 408 | PROCEED-FUTURE | 331132 | 6,949,200.00 Dr | 6,949,200.00 Cr |
| 03/03/2015 | 392023 | Reversal of Unrealized Gain/Loss Cust FU | 406 | PROCEED-FUTURE | 331144 | 6,949,200.00 Dr | 0.00 Cr |
| 03/03/2015 | 392427 | Unrealized Gain/Loss Cust FUTURE | 362 | PROCEED-FUTURE | 368885 | 23,703,750.00 Cr | 23,703,750.00 Cr |
| 03/03/2015 | 392427 | Unrealized Gain/Loss Cust FUTURE | 438 | PROCEED-FUTURE | 368889 | 16,185,000.00 Cr | 39,888,750.00 Cr |
| 03/03/2015 | 392427 | Unrealized Gain/Loss Cust FUTURE | 370 | PROCEED-FUTURE | 368863 | 15,387,000.00 Cr | 55,275,750.00 Cr |
| 03/03/2015 | 392427 | Unrealized Gain/Loss Cust FUTURE | 386 | PROCEED-FUTURE | 331345 | 19,160,000.00 Cr | 74,435,750.00 Cr |
| 03/03/2015 | 392427 | Unrealized Gain/Loss Cust FUTURE | 432 | PROCEED-FUTURE | 331140 | 3,913,000.00 Cr | 78,348,750.00 Cr |
| 03/03/2015 | 392427 | Unrealized Gain/Loss Cust FUTURE | 408 | PROCEED-FUTURE | 331132 | 6,707,600.00 Cr | 85,056,350.00 Cr |
| 03/03/2015 | 392427 | Unrealized Gain/Loss Cust FUTURE | 406 | PROCEED-FUTURE | 331144 | 6,707,600.00 Cr | 91,763,950.00 Cr |
| 03/03/2015 | 392427 | Unrealized Gain/Loss Cust FUTURE | 454 | PROCEED-FUTURE | 368895 | 5,931,000.00 Cr | 97,694,950.00 Cr |
| 03/03/2015 | 392427 | Unrealized Gain/Loss Cust FUTURE | 430 | PROCEED-FUTURE | 331130 | 3,913,000.00 Cr | 101,607,950.00 Cr |
| 03/03/2015 | 392427 | Unrealized Gain/Loss Cust FUTURE | 422 | PROCEED-FUTURE | 368887 | 33,748,000.00 Cr | 135,355,950.00 Cr |

CONFIDENTIAL

ED&F-00409779

# Account Transactions (General Ledger)

**ED&F Man Capital Markets Ltd**
03/01/2015 through 03/03/2015

| Date | Journal ID | Journal Description | Seq Classification Ticket # | Transaction Amount | Running Balance |
|------|-----------|--------------------|-----------------------------|--------------------|-----------------|
| | | | | | 135,355,950.00 Cr |
| **Asset (GBP / GBP) Layer (C) [British Pound]** | | | | | |
| 02/28/2015 | | Opening Balance | 0 | 0 | 1,841.95 Dr | 1,841.95 Dr |
| | | | | | 1,841.95 Dr |
| **Asset (USD / USD) Layer (C) [US Dollar]** | | | | | |
| 02/28/2015 | | Opening Balance | 0 | 0 | 30,767,972.51 Cr | 30,767,972.51 Cr |
| | | | | | 30,767,972.51 Cr |

**Gross Debit for all Trades:**      0.00
**Gross Credit for all Trades:**      0.00

**Net Debit/Credit for all Trades:**      **0.00 Cr**

CONFIDENTIAL

ED&F-00409780