# Account Equity

| | |
|---|---|
| ED&F Man Capital Markets Ltd | **Account Number:** CC:EDFDUB-EDFDU |
| Cottons Centre, Hay's Lane | **Account Name :** ED&F Man Professional Trading |
| London, SE1 2QE | **Date** : 03/03/2015 |
| United Kingdom | **Currency** : EUR |

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (EUR) | Settle Date Amount | Conv Rate | SD Reporting Amt (EUR) |
|---|---|---|---|---|---|---|
| CZK Cash | 1,042,597.74 Cr | 0.03641200 | 37,963.07 Cr | 1,042,597.74 Cr | 0.03641200 | 37,963.07 Cr |
| EUR Cash | 204,609,750.19 Dr | 1.00000000 | 204,609,750.19 Dr | 204,609,750.19 Dr | 1.00000000 | 204,609,750.19 Dr |
| EUR Var Margin | 135,355,950.00 Cr | 1.00000000 | 135,355,950.00 Cr | 135,355,950.00 Cr | 1.00000000 | 135,355,950.00 Cr |
| GBP Cash | 1,841.95 Dr | 1.37446300 | 2,531.69 Dr | 1,841.95 Dr | 1.37446300 | 2,531.69 Dr |
| USD Cash | 30,767,972.51 Cr | 0.89477452 | 27,530,397.83 Cr | 30,767,972.51 Cr | 0.89477452 | 27,530,397.83 Cr |
| | | | 41,687,970.98 Dr | | | 41,687,970.98 Dr |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| ANDR AV | Andritz AG | C | 1,559,800.00 Lg | 53.1386 | 51.3800 | 82,885,608.32 Dr | 80,142,524.00 Cr | 2,743,084.32 Dr | EUR |
| AT0000746426 | Verbund AG | C | 425,500.00 Lg | 16.2702 | 17.1250 | 6,922,970.10 Dr | 7,286,687.50 Cr | 363,717.40 Cr | EUR |
| ATL IM | ATLANTIA SPA | C | 5,000,000.00 Sh | 13.0600 | 23.1200 | 65,300,000.00 Dr | 115,600,000.00 Cr | 50,300,000.00 Cr | EUR |
| EES AV | Erste Group Bank AG | C | 3,926,400.00 Sh | 25.5723 | 22.7500 | 100,407,144.00 Dr | 89,325,600.00 Cr | 11,081,544.00 Dr | EUR |
| ENEL IM | ENEL SPA | C | 55,000,000.00 Sh | 2.7400 | 4.0740 | 150,700,000.00 Cr | 224,070,000.00 Dr | 73,370,000.00 Dr | EUR |
| ENI IM | ENI SPA | C | 8,750,000.00 Sh | 17.3700 | 16.3300 | 151,987,500.00 Cr | 142,887,500.00 Dr | 9,100,000.00 Dr | EUR |
| ISP IM | INTESA SANPAOLO | C | 50,000,000.00 Sh | 1.2400 | 2.8940 | 62,000,000.00 Cr | 144,700,000.00 Dr | 82,700,000.00 Dr | EUR |
| OMV AV | OMV AG | C | 3,444,600.00 Lg | 38.7044 | 25.2850 | 133,321,141.68 Dr | 87,096,711.00 Cr | 46,224,430.68 Dr | EUR |
| POST AV | Oesterreichische Post AG | C | 649,000.00 Lg | 33.5472 | 44.0450 | 21,772,157.58 Dr | 28,585,205.00 Cr | 6,813,047.42 Cr | EUR |
| PRY IM | PRYSMIAN SPA | C | 4,000,000.00 Sh | 16.0475 | 17.4800 | 64,190,000.00 Dr | 69,920,000.00 Cr | 5,730,000.00 Cr | EUR |
| RBI AV | Raiffeisen Bank International | C | 1,960,000.00 Sh | 22.1528 | 12.8250 | 43,419,561.00 Dr | 25,137,000.00 Cr | 18,282,561.50 Dr | EUR |
| REC IM | RECORDATI SPA | C | 4,000,000.00 Sh | 7.4600 | 16.1200 | 29,840,000.00 Dr | 64,480,000.00 Cr | 34,640,000.00 Cr | EUR |
| SRG IM | SNAM SPA | C | 30,000,000.00 Sh | 3.5900 | 4.4500 | 107,700,000.00 Dr | 133,560,000.00 Cr | 25,800,000.00 Cr | EUR |
| TRN IM | TERNA SPA | C | 15,000,000.00 Sh | 3.1500 | 3.9700 | 47,250,000.00 Cr | 59,550,000.00 Cr | 12,300,000.00 Cr | EUR |
| VIG AV | Vienna Insurance | C | 1,280,000.00 Lg | 40.6356 | 39.7000 | 52,013,539.20 Dr | 50,816,000.00 Cr | 1,197,539.20 Cr | EUR |
| VOE AV | Voestalpine AG | C | 283,000.00 Lg | 27.2559 | 34.7600 | 7,713,419.70 Dr | 9,837,080.00 Cr | 2,123,660.30 Cr | EUR |
| | | | Totals: | | | 230,511,957.92 Cr | 576,480,642.50 Dr | 145,968,734.58 Cr | |

## Trade Date Positions (OTC-OPTIONS) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| ANDR AV | Andritz AG | C | 15,598.00 Sh | 43.1900 | 51.3700 | 67,367,762.00 Cr | 80,126,926.00 Dr | 12,759,164.00 Cr | EUR |
| | | | Totals: | | | 67,367,762.00 Cr | 80,126,926.00 Dr | 12,759,164.00 Cr | |

## Trade Date Futures Positions (EUR)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| AUT18SEP2015 | AUT18SEP2015BCLEAR | 5,000.00 Lg | 19.6165 | 22.6939 | 98,082,500.00 Dr | 113,469,500.00 Cr | 15,387,000.00 Cr | EUR |
| BIY18SEP2015 | BIY18SEP2015BCLEAR | 50,000.00 Lg | 2.4430 | 2.8262 | 122,150,000.00 Dr | 141,310,000.00 Cr | 19,160,000.00 Cr | EUR |
| CYD18SEP2015 | CYD18SEP2015BCLEAR | 4,000.00 Lg | 12.7790 | 16.1328 | 51,116,000.00 Dr | 64,531,200.00 Cr | 13,415,200.00 Cr | EUR |
| ENI21AUG2015 | ENI21AUG2015BCLEAR | 8,750.00 Lg | 13.0664 | 15.7754 | 114,331,000.00 Dr | 138,034,750.00 Cr | 23,703,750.00 Cr | EUR |

CONFIDENTIAL

ED&F-00409781

# Account Equity

| ED&F Man Capital Markets Ltd | | Account Number | : CC:EDFDUB-EDFDU |
|---|---|---|---|
| Cottons Centre, Hay's Lane | | Account Name | : ED&F Man Professional Trading ( |
| London, SE1 2QE | | Date | : 03/03/2015 |
| United Kingdom | | Currency | : EUR |

## Trade Date Futures Positions (EUR) (Con't)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity Cur |
|---|---|---|---|---|---|---|---|
| ENL18SEP2015 | ENL18SEP2015BCLEAR | 55,000.00 Lg | 3.3337 | 3.9473 | 183,353,500.00 Dr | 217,101,500.00 Cr | 33,748,000.00 Cr EUR |
| MZF18SEP2015 | MZF18SEP2015BCLEAR | 4,000.00 Lg | 15.1170 | 17.0735 | 60,468,000.00 Dr | 68,294,000.00 Cr | 7,826,000.00 Cr EUR |
| SGR18SEP2015 | SGR18SEP2015BCLEAR | 30,000.00 Lg | 3.6640 | 4.2035 | 109,920,000.00 Dr | 126,105,000.00 Cr | 16,185,000.00 Cr EUR |
| TRN18SEP2015 | TRN18SEP2015BCLEAR | 15,000.00 Lg | 3.5779 | 3.9733 | 53,668,500.00 Dr | 59,599,500.00 Cr | 5,931,000.00 Cr EUR |
| | | | | | 793,089,500.00 Dr | 928,445,450.00 Cr | 135,355,950.00 Cr EUR |

## Borrow/Loans (Cash Deals - Borrows)

| Tick Seq Trn Asset | Quantity | Cur Amount | Stock Value | Exc/Def Cur Type | Term | Fixed Var Rate | +/- |
|---|---|---|---|---|---|---|---|
| 50769 BOR PRY IM | 250,000 | -3,935,000 | 4,370,000 Cr | 435,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 50770 BOR PRY IM | 250,000 | -3,935,000 | 4,370,000 Cr | 435,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 50771 BOR PRY IM | 250,000 | -3,935,000 | 4,370,000 Cr | 435,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 50772 BOR PRY IM | 250,000 | -3,935,000 | 4,370,000 Cr | 435,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 50773 BOR PRY IM | 250,000 | -3,937,500 | 4,370,000 Cr | 432,500 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 56939 BOR REC IM | 150,000 | -1,125,000 | 2,418,000 Cr | 1,293,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 56940 BOR REC IM | 150,000 | -1,125,000 | 2,418,000 Cr | 1,293,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 56942 BOR REC IM | 50,000 | -375,000 | 806,000 Cr | 431,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 56951 BOR REC IM | 150,000 | -1,125,000 | 2,418,000 Cr | 1,293,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 56960 BOR REC IM | 150,000 | -1,125,000 | 2,418,000 Cr | 1,293,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 56961 BOR REC IM | 150,000 | -1,125,000 | 2,418,000 Cr | 1,293,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 56962 BOR REC IM | 150,000 | -1,125,000 | 2,418,000 Cr | 1,293,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 56963 BOR REC IM | 150,000 | -1,125,000 | 2,418,000 Cr | 1,293,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 56964 BOR REC IM | 150,000 | -1,125,000 | 2,418,000 Cr | 1,293,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 56965 BOR REC IM | 150,000 | -1,125,000 | 2,418,000 Cr | 1,293,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 56969 BOR REC IM | 150,000 | -1,125,000 | 2,418,000 Cr | 1,293,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 56971 BOR REC IM | 150,000 | -1,125,000 | 2,418,000 Cr | 1,293,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 56972 BOR REC IM | 150,000 | -1,125,000 | 2,418,000 Cr | 1,293,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 56975 BOR REC IM | 150,000 | -1,125,000 | 2,418,000 Cr | 1,293,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 58770 BOR ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 58771 BOR ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 58772 BOR ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 58773 BOR ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 58774 BOR ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 58775 BOR ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 58776 BOR ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 58777 BOR ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 58778 BOR ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 58779 BOR ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 58780 BOR ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 58781 BOR ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 58782 BOR ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 58783 BOR ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 58784 BOR ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |
| 58785 BOR ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr EUR Open | --- EOT -- | 0.000 | 0.000 |

CONFIDENTIAL

ED&F-00409782

# Account Equity

| ED&F Man Capital Markets Ltd | | Account Number : CC:EDFDUB-EDFDU |
|---|---|---|
| Cottons Centre, Hay's Lane | | Account Name  : ED&F Man Professional Trading ( |
| London, SE1 2QE | | Date          : 03/03/2015 |
| United Kingdom | | Currency       : EUR |

### Borrow/Loans (Cash Deals - Borrows) (Con't)

| Tick Seq | Trn | Asset | Quantity | Cur Amount | Stock Value | Exc/Def | Cur | Type | Term | Fixed | Var Rate | +/- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58786 | BOR | ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 58787 | BOR | ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 58788 | BOR | ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 58789 | BOR | ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 58790 | BOR | ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 58791 | BOR | ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 58792 | BOR | ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 58793 | BOR | ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 58794 | BOR | ISP IM | 2,000,000 | -2,470,000 | 5,788,000 Cr | 3,318,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56763 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56764 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56765 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56766 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56767 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56768 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56769 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56770 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56771 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56772 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56773 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56774 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56775 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 50800 | BOR | REC IM | 50,000 | -371,000 | 806,000 Cr | 435,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 50801 | BOR | REC IM | 150,000 | -1,113,000 | 2,418,000 Cr | 1,305,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 50802 | BOR | REC IM | 150,000 | -1,113,000 | 2,418,000 Cr | 1,305,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 50803 | BOR | REC IM | 150,000 | -1,113,000 | 2,418,000 Cr | 1,305,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 50804 | BOR | REC IM | 150,000 | -1,113,000 | 2,418,000 Cr | 1,305,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 50805 | BOR | REC IM | 150,000 | -1,113,000 | 2,418,000 Cr | 1,305,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 50806 | BOR | REC IM | 150,000 | -1,113,000 | 2,418,000 Cr | 1,305,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 50869 | BOR | PRY IM | 250,000 | -3,955,000 | 4,370,000 Cr | 415,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 50870 | BOR | PRY IM | 250,000 | -3,955,000 | 4,370,000 Cr | 415,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 50871 | BOR | PRY IM | 250,000 | -3,955,000 | 4,370,000 Cr | 415,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 50872 | BOR | PRY IM | 250,000 | -3,955,000 | 4,370,000 Cr | 415,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 50880 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 50888 | BOR | TRN IM | 1,000,000 | -3,070,000 | 3,970,000 Cr | 900,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 50889 | BOR | TRN IM | 1,000,000 | -3,070,000 | 3,970,000 Cr | 900,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 50890 | BOR | TRN IM | 1,000,000 | -3,070,000 | 3,970,000 Cr | 900,000 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56472 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56473 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56474 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56475 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56476 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56477 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56478 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56479 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56480 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56481 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |
| 56482 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | --- EOT -- | 0.000 | | 0.000 |

CONFIDENTIAL

ED&F-00409783

# Account Equity

| ED&F Man Capital Markets Ltd | Account Number: | CC:EDFDUB-EDFDU |
| Cottons Centre, Hay's Lane | Account Name : | ED&F Man Professional Trading ( |
| London, SE1 2QE | Date : | 03/03/2015 |
| United Kingdom | Currency : | EUR |

## Borrow/Loans (Cash Deals - Borrows) (Con't)

| Tick | Seq | Trn | Asset | Quantity | Cur Amount | Stock Value | Exc/Def | Cur | Type | Term | Fixed | Var Rate | +/- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 56483 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56484 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56485 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56486 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56487 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56488 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56489 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56490 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56491 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56492 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56494 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56495 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56496 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56497 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56498 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56580 | BOR | ENI IM | 1,250,000 | -21,712,500 | 20,412,500 Dr | 1,300,000 Dr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56581 | BOR | ENI IM | 1,250,000 | -21,712,500 | 20,412,500 Dr | 1,300,000 Dr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56582 | BOR | ENI IM | 1,250,000 | -21,712,500 | 20,412,500 Dr | 1,300,000 Dr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56587 | BOR | ENI IM | 1,250,000 | -21,712,500 | 20,412,500 Dr | 1,300,000 Dr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56588 | BOR | ENI IM | 1,250,000 | -21,712,500 | 20,412,500 Dr | 1,300,000 Dr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56589 | BOR | ENI IM | 1,250,000 | -21,712,500 | 20,412,500 Dr | 1,300,000 Dr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56590 | BOR | ENI IM | 1,250,000 | -21,712,500 | 20,412,500 Dr | 1,300,000 Dr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56687 | BOR | PRY IM | 250,000 | -4,220,000 | 4,370,000 Cr | 150,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56688 | BOR | PRY IM | 250,000 | -4,220,000 | 4,370,000 Cr | 150,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56693 | BOR | PRY IM | 250,000 | -4,220,000 | 4,370,000 Cr | 150,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56694 | BOR | PRY IM | 250,000 | -4,220,000 | 4,370,000 Cr | 150,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56753 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56754 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56755 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56756 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56757 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56758 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56759 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56760 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56761 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 56762 | BOR | SRG IM | 1,250,000 | -4,487,500 | 5,562,500 Cr | 1,075,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 50774 | BOR | PRY IM | 250,000 | -3,937,500 | 4,370,000 Cr | 432,500 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 50775 | BOR | PRY IM | 250,000 | -3,937,500 | 4,370,000 Cr | 432,500 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 50776 | BOR | PRY IM | 250,000 | -3,937,500 | 4,370,000 Cr | 432,500 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 50793 | BOR | REC IM | 150,000 | -1,113,000 | 2,418,000 Cr | 1,305,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 50794 | BOR | REC IM | 150,000 | -1,113,000 | 2,418,000 Cr | 1,305,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 50795 | BOR | REC IM | 150,000 | -1,113,000 | 2,418,000 Cr | 1,305,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 50796 | BOR | REC IM | 150,000 | -1,113,000 | 2,418,000 Cr | 1,305,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 50797 | BOR | REC IM | 150,000 | -1,113,000 | 2,418,000 Cr | 1,305,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 50798 | BOR | REC IM | 150,000 | -1,113,000 | 2,418,000 Cr | 1,305,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 50799 | BOR | REC IM | 150,000 | -1,113,000 | 2,418,000 Cr | 1,305,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 50891 | BOR | TRN IM | 1,000,000 | -3,070,000 | 3,970,000 Cr | 900,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |
| | 50892 | BOR | TRN IM | 1,000,000 | -3,070,000 | 3,970,000 Cr | 900,000 Cr | EUR | Open | EOT | 0.000 | | 0.000 |

CONFIDENTIAL

ED&F-00409784

# Account Equity

| ED&F Man Capital Markets Ltd | | Account Number: CC:EDFDUB-EDFDU |
|---|---|---|
| Cottons Centre, Hay's Lane | | Account Name : ED&F Man Professional Trading ( |
| London, SE1 2QE | | Date : 03/03/2015 |
| United Kingdom | | Currency : EUR |

## Borrow/Loans (Cash Deals - Borrows) (Con't)

| Tick Seq | Trn | Asset | Quantity | Cur Amount | Stock Value | Exc/Def Cur | Type | Term | Fixed Var Rate | +/- |
|---|---|---|---|---|---|---|---|---|---|---|
| 50893 | BOR | TRN IM | 1,000,000 | -3,070,000 | 3,970,000 Cr | 900,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 50894 | BOR | TRN IM | 1,000,000 | -3,070,000 | 3,970,000 Cr | 900,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 50895 | BOR | TRN IM | 1,000,000 | -3,070,000 | 3,970,000 Cr | 900,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 50896 | BOR | TRN IM | 1,000,000 | -3,070,000 | 3,970,000 Cr | 900,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 50897 | BOR | TRN IM | 1,000,000 | -3,070,000 | 3,970,000 Cr | 900,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 50898 | BOR | TRN IM | 1,000,000 | -3,070,000 | 3,970,000 Cr | 900,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 50899 | BOR | TRN IM | 1,000,000 | -3,070,000 | 3,970,000 Cr | 900,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 50900 | BOR | TRN IM | 1,000,000 | -3,070,000 | 3,970,000 Cr | 900,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 50901 | BOR | TRN IM | 1,000,000 | -3,070,000 | 3,970,000 Cr | 900,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 50902 | BOR | TRN IM | 1,000,000 | -3,070,000 | 3,970,000 Cr | 900,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56329 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56330 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56331 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56332 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56333 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56334 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56336 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56337 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56338 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56339 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56340 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56341 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56342 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56347 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56348 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56349 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56350 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56351 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56352 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56358 | BOR | ATL IM | 250,000 | -3,265,000 | 5,780,000 Cr | 2,515,000 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56451 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56452 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56453 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56457 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56458 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56459 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56460 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56461 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56462 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56463 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56464 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56465 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56466 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56467 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56468 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56469 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56470 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr EUR | Open | EOT | 0.000 | 0.000 |
| 56471 | BOR | ENEL IM | 1,250,000 | -3,425,000 | 5,092,500 Cr | 1,667,500 Cr EUR | Open | EOT | 0.000 | 0.000 |

CONFIDENTIAL

ED&F-00409785

# Account Equity

**ED&F Man Capital Markets Ltd**
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

| | |
|---|---|
| **Account Number:** | CC:EDFDUB-EDFDU |
| **Account Name** : | ED&F Man Professional Trading |
| **Date** : | 03/03/2015 |
| **Currency** : | EUR |

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 245939 | 04/10/14 04/15/14 | 04/14/15 | EBS AV Erste Group Bank AG | 3,926,400 S | 25.0000 | 98,160,000 | EUR | 22.7500 | 8,834,400 | | Fixed | 0.2500 | 220,178.33 |
| 245957 | 04/10/14 04/15/14 | 04/14/15 | OMV AV OMV AG | 3,444,600 S | 32.7000 | 112,638,420 | EUR | 25.2850 | 25,541,709 | | Fixed | 0.2500 | 252,654.23 |
| 245958 | 04/10/14 04/15/14 | 04/14/15 | RBI AV Raiffeisen Bank Internatio | 1,960,000 S | 24.2200 | 47,471,200 | EUR | 12.8250 | 22,334,200 | | Fixed | 0.2500 | 106,480.54 |
| 245973 | 04/10/14 04/15/14 | 04/14/15 | AT0000746409 Verbund AG | 425,500 S | 15.1200 | 6,433,560 | EUR | 17.1250 | -853,128 | | Fixed | 0.2500 | 14,430.83 |
| 260664 | 04/17/14 04/24/14 | 04/14/15 | POST AV Oesterreichische Post AG | 649,000 S | 37.0000 | 24,013,000 | EUR | 44.0450 | -4,572,205 | | Fixed | 0.2500 | 52,361.68 |
| 245965 | 04/10/14 04/15/14 | 04/14/15 | VOE AV Voestalpine AG | 283,000 S | 33.5600 | 9,497,480 | EUR | 34.7600 | -339,600 | | Fixed | 0.2500 | 21,303.38 |
| 245968 | 04/10/14 04/15/14 | 04/14/15 | VIG AV Vienna Insurance | 1,280,000 S | 37.1600 | 47,564,800 | EUR | 39.7000 | -3,251,200 | | Fixed | 0.2500 | 106,690.49 |

## Account Summary

| Item | Amount (EUR) | |
|---|---|---|
| Value of opening currency balance | 27,523,798.40 | Dr |
| Value of trades settling today | 0.00 | Cr |
| Value of Rec/Del today | 0.00 | Cr |
| Value of Deposits/Withdrawls today | 14,164,172.58 | Dr |
| **Value of closing currency balance(s)** | **41,687,970.98** | **Dr** |
| NonFX Proceeds Pending Settlement | 0.00 | Cr |
| **Trade Date Cash Balance** | **41,687,970.98** | **Dr** |
| Market Value of Positions | 656,607,618.50 | Dr |
| Net Value of Financing Interest | 0.00 | Cr |
| Open Trade Equity on FX Deals | 0.00 | Cr |
| Accrued Interest on Fixed Income | 0.00 | Cr |
| Value of Open Swap Positions | 48,468,275.98 | Cr |
| **Preliminary Account Value** | **649,827,313.50** | **Dr** |

CONFIDENTIAL

ED&F-00409786

# Account Equity

**ED&F Man Capital Markets Ltd**
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: CC:EDFDUB-EDFDU
Account Name  : ED&F Man Professional Trading (
Date          : 03/03/2015
Currency      : EUR

## Financing Summary

| | |
|---|---:|
| Value of collateral | 0.00 Cr |
| Financing Valuation | 277,190,000.00 Cr |
| **Total Financing Excess** | **277,190,000.00** |

## Margin Summary

| | |
|---|---:|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 1,228,356,000.00 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **1,228,356,000.00 Dr** |

## Futures Initial Requirement

| Cur | Requirement | Requirement (EUR) | Conv Rate |
|---|---|---|---|
| EUR | 1,228,356,000.00 Dr | 1,228,356,000.00 Dr | 1.00000 |
| | | 1,228,356,000.00 Dr | |

## Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|---|---|---|---|---|---|---|---|---|
| 274550 | Futures call | Issued | 03/03/2015 | 03/03/2015 | 03/03/2015 | 2,005,482,038.72 | 2,005,482,038.72 | EUR |
| | | | | | | 2,005,482,038.72 | 2,005,482,038.72 | |

**Total Account Value**            **1,600,993,313.50 Dr**

CONFIDENTIAL

ED&F-00409787