Case 1:18-md-02865-LAK    Document 835-73    Filed 06/27/22    Page 1 of 2

Message

**From:** Meade, Michael (LDN) [mmeade@edfmancapital.com]
**Sent:** 26/03/2014 13:45:24
**To:** Henstock, Chris (DUB) [chenstock@edfmpt.ae]
**Cc:** LDN-EQUITYASSETSERVICING-DL [LDN-EQUITYASSETSERVICING@edfmancapital.com]
**Subject:** RE: DK0010274414 - Novo Nordisk A/S - P/D 26-03-2014 ***Potential Dividend Posting***

Thanks Chris

**From:** Henstock, Chris (DUB)
**Sent:** 26 March 2014 13:43
**To:** Meade, Michael (LDN)
**Cc:** LDN-EQUITYASSETSERVICING-DL
**Subject:** RE: DK0010274414 - Novo Nordisk A/S - P/D 26-03-2014 ***Potential Dividend Posting***

Hi Michael,

I agree the below, please post when ready.

Regards,

Chris.

Chris Henstock
Equity Finance Trader

E D & F Man Professional Trading (Dubai) Limited

Dubai International Financial Centre
Office 14, Level 15, The Gate, P.O. Box 121208, Dubai, UAE
Direct: +971 4 401 9676 | Mobile: +971 (0) 527 275463

chenstock@edfmpt.ae | www.edfman.com


**From:** Meade, Michael (LDN)
**Sent:** 26 March 2014 17:32
**To:** Henstock, Chris (DUB)
**Cc:** LDN-EQUITYASSETSERVICING-DL
**Subject:** DK0010274414 - Novo Nordisk A/S - P/D 26-03-2014 ***Potential Dividend Posting***
**Importance:** High

Hi Chris,

I see ED&F Dubai due the below dividend. Can you please confirm back if you agree and I will make the relevant postings in D1 as soon as we have confirmed all receipt of funds:

**NOVOB DC – Novo Nordisk A/S**

ISIN - DK0060534915
EX - 21/03/2014
REC - 25/03/2014
PAY - 26/03/2014

CONFIDENTIAL                                                                                                       ED&F-00444941

RATE - DKK 4.50

We see that ED&F Dubai were short 36,825,000 shs as per Ex Date reconciliation therefore need to be debited DKK 120,970,125.00.

If you need any more info please let me know.

Thanks,

**Michael Meade**
Asset Services



Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7240
Group: +44 (0)20 3580 7234
Email: mmeade@edfmancapital.com
Group: LDN-EQUITYASSETSERVICING@edfmancapital.com