# Elysium Global Group Structure Chart
## 22 February 2015

**Trading Group**

**Media/IT & Leisure Group**

**SS Direct Holdings A**

**Real Estate Group**

Elysium Property Holdings Limited
(Company No. 1876961)

**SS Holdings B**

**Orphan/Shelf/Dormant/Under Dissolution**

ELYSIUM-05295222