| Form **8802** (Rev. April 2012) Department of the Treasury Internal Revenue Service | Application for United States Residency Certification ▶ See separate instructions. | OMB No. 1545-1817 |
|---|---|---|

**Important.** For applications filed after March 31, 2012, the user fee is $85 per application.

☐ Additional request (see instructions)    ☐ Foreign claim form attached

Electronic payment confirmation no. ▶

For IRS use only:
Pmt Amt $ _____
Deposit Date: __/__/__
Date Pmt Vrfd: __/__/__

| Applicant's name | Applicant's U.S. taxpayer identification number |
|---|---|
| BASALT VENTURES LLC ROTH 401(K) PLAN | ███7612 |
| If a joint return was filed, spouse's name (see instructions) | If a joint return was filed, spouse's U.S. taxpayer identification number |

If a separate certification is needed for spouse, check here ▶ ☐

**1** Applicant's name and taxpayer identification number as it should appear on the certification if different from above

**2** Applicant's address during the calendar year for which certification is requested, including country and ZIP or postal code. If a P.O. box, see instructions.

KAYE SCHOLER LLP, 425 PARK AVE
NEW YORK, NY 10022-3598

**3a** Mail Form 6166 to the following address:
BASSALT VENTURES LLC
KAYE SCHOLER LLP - ATTN: AMY GREGORY
425 PARK AVE
NEW YORK, NY 10022-3598

**b** Appointee Information (see instructions):
Appointee Name ▶ AMY GREGORY          CAF No. ▶
Phone No. ▶ 212-836-7745              Fax No. ▶ 212-836-8000

**4** Applicant is (check appropriate box(es)):
**a** ☐ Individual. Check all applicable boxes.
 ☐ U.S. citizen    ☐ U.S. lawful permanent resident (green card holder)    ☐ Sole proprietor
 ☐ Other U.S. resident alien. Type of entry visa ▶ _____
 Current nonimmigrant status ▶ _____ and date of change (see instructions) ▶ _____
 ☐ Dual-status U.S. resident (see instructions). From ▶ _____ to ▶ _____
 ☐ Partial-year Form 2555 filer (see instructions). U.S. resident from ▶ _____ to ▶ _____
**b** ☐ Partnership. Check all applicable boxes.   ☐ U.S.   ☐ Foreign   ☐ LLC
**c** ☐ Trust. Check if:   ☐ Grantor (U.S.)   ☐ Simple   ☐ Rev. Rul. 81-100 Trust   ☐ IRA (for Individual)
 ☐ Grantor (foreign)   ☐ Complex   ☐ Section 584   ☐ IRA (for Financial Institution)
**d** ☐ Estate
**e** ☐ Corporation. If incorporated in the United States only, go to line 5. Otherwise, continue.
 Check if:   ☐ Section 269B   ☐ Section 943(e)(1)   ☐ Section 953(d)   ☐ Section 1504(d)
 Country or countries of incorporation ▶ _____
 If a dual-resident corporation, specify other country of residence ▶ _____
 If included on a consolidated return, attach page 1 of Form 1120 and Form 851.
**f** ☐ S corporation
**g** ☒ Employee benefit plan/trust. Plan number, if applicable ▶ _____
 Check if:   ☒ Section 401(a)   ☐ Section 403(b)   ☐ Section 457(b)
**h** ☐ Exempt organization. If organized in the United States, check all applicable boxes.
 ☐ Section 501(c)   ☐ Section 501(c)(3)   ☐ Governmental entity
 ☐ Indian tribe   ☐ Other (specify) ▶ _____
**i** ☐ Disregarded entity. Check if:   ☐ LLC   ☐ LP   ☐ LLP   ☐ Other (specify) ▶ _____
**j** ☐ Nominee applicant (must specify the type of entity/individual for whom the nominee is acting) ▶ _____

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Form **8802** (Rev. 4-2012)

ISA

CONFIDENTIAL                                                              GUNDERSON 00003599

Form 8802 (Rev. 4-2012)                                                                                                             Page 2

Applicant name: BASALT VENTURES LLC ROTH 401(K) PLAN

**5** Was the applicant required to file a U.S. tax form for the tax period(s) on which certification will be based?

　**Yes.** Check the appropriate box for the form filed and **go to line 7.**
　☐ 990  ☐ 990-T  ☐ 1040  ☐ 1041  ☐ 1065  ☐ 1120  ☐ 1120S  ☐ 3520-A  ☐ 5227  ☒ 5500
　☐ Other (specify) ▶ _____

　**No.** Attach explanation (see instructions). Check applicable box and go to line 6.
　☐ Minor child  ☐ QSub  ☐ U.S. DRE  ☐ Foreign DRE  ☐ Section 761(a) election
　☐ FASIT  ☐ Foreign partnership  ☐ Other ▶ _____

**6** Was the applicant's parent, parent organization or owner required to file a U.S. tax form? **(Complete this line only if you checked "No" on line 5.)**

　**Yes.** Check the appropriate box for the form filed by the parent.
　☐ 990  ☐ 990-T  ☐ 1040  ☐ 1041  ☐ 1065  ☐ 1120  ☐ 1120S  ☐ 5500
　☐ Other (specify) ▶ _____
　Parent's/owner's name and address ▶ _____
　and U.S. taxpayer identification number ▶ _____

　**No.** Attach explanation (see instructions).

**7** Calendar year(s) for which certification is requested. 2014

Note. If certification is for the current calendar year or a year for which a tax return is not yet required to be filed, a penalties of perjury statement from Table 2 of the instructions must be entered on line 10 or attached to Form 8802 (see instructions).

**8** Tax period(s) on which certification will be based (see instructions).
201407

**9** Purpose of certification. Must check applicable box (see instructions).
☒ Income tax  ☐ VAT (specify NAICS codes) ▶ _____
☐ Other (must specify) ▶ _____

**10** Enter penalties of perjury statements and any additional required information here (see instructions).

BASALT VENTURES LLC ROTH 401(K) PLAN IS A U.S. RESIDENT AND WILL CONTINUE TO BE THROUGHOUT THE CURRENT TAX YEAR. BASALT LLC ROTH 401(K) PLAN WAS FORMED IN 2014 AND AS SUCH HAS NOT FILED FORM 5500.

**Sign here**

Under penalties of perjury, I declare that I have examined this application and accompanying attachments, and to the best of my knowledge and belief, they are true, correct, and complete. If I have designated a third party to receive the residency certification(s), I declare that the certification(s) will be used only for obtaining information or assistance from that person relating to matters designated on line 9.

Applicant's signature (or individual authorized to sign for the applicant)    Applicant's daytime phone no.:

[signature]    Date: 8.1.2014

JOHN H. VAN MERKENSTEIJN, III, TRUSTEE
Name and title (print or type)

Keep a copy for your records.

Spouse's signature. If a joint application, **both** must sign.
Name (print or type)

Form **8802** (Rev. 4-2012)

CONFIDENTIAL                                                                                                             GUNDERSON 00003600

Form 8802 (Rev. 4-2012) — Worksheet for U.S. Residency Certification Application — Page 3

| Applicant Name | Applicant TIN |
|---|---|
| BASALT VENTURES LLC ROTH 401(K) PLAN | ▇▇▇7612 |

Appointee Name (If Applicable)

AMY GREGORY

Calendar year(s) for which certification is requested (must be the same year(s) indicated on line 7)

2014

11  Enter the number of certifications needed in the column to the right of each country for which certification is requested.
Note. If you are requesting certifications for more than one calendar year per country, enter the total number of certifications for all years for each country (see instructions).

| Column A Country | CC | # | Column B Country | CC | # | Column C Country | CC | # | Column D Country | CC | # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Armenia | AM | | Finland | FI | | Latvia | LG | | South Africa | SF | |
| Australia | AS | | France | FR | | Lithuania | LH | | Spain | SP | 4 |
| Austria | AU | 4 | Georgia | GG | | Luxembourg | LU | 4 | Sri Lanka | CE | |
| Azerbaijan | AJ | | Germany | GM | | Mexico | MX | | Sweden | SW | 4 |
| Bangladesh | BG | | Greece | GR | | Moldova | MD | | Switzerland | SZ | 4 |
| Barbados | BB | | Hungary | HU | | Morocco | MO | | Tajikistan | TI | |
| Belarus | BO | | Iceland | IC | | Netherlands | NL | 4 | Thailand | TH | |
| Belgium | BE | 4 | India | IN | | New Zealand | NZ | | Trinidad and Tobago | TD | |
| Bermuda | BD | | Indonesia | ID | | Norway | NO | 4 | Tunisia | TS | |
| Bulgaria | BU | | Ireland | EI | | Pakistan | PK | | Turkey | TU | |
| Canada | CA | 4 | Israel | IS | | Philippines | RP | | Turkmenistan | TX | |
| China | CH | | Italy | IT | | Poland | PL | | Ukraine | UP | |
| Cyprus | CY | | Jamaica | JM | | Portugal | PO | | United Kingdom | UK | 4 |
| Czech Republic | EZ | | Japan | JA | 4 | Romania | RO | | Uzbekistan | UZ | |
| Denmark | DA | 4 | Kazakhstan | KZ | | Russia | RS | | Venezuela | VE | |
| Egypt | EG | | Korea, South | KS | | Slovak Republic | LO | | | | |
| Estonia | EN | | Kyrgyzstan | KG | | Slovenia | SI | | | | |
| Column A - Total | | 16 | Column B - Total | | 4 | Column C - Total | | 12 | Column D - Total | | 16 |

12  Enter the total number of certifications requested (add columns A, B, C, and D of line 11) ▶ 48

Form 8802 (Rev. 4-2012)

CONFIDENTIAL
GUNDERSON 00003601