**From:** Wells, Peter [Peter.Wells@kayescholer.com]
on behalf of Wells, Peter <Peter.Wells@kayescholer.com> [Peter.Wells@kayescholer.com]
**Sent:** 4/29/2015 5:09:53 PM
**To:** 'Stephanie Furr' [pa.steph.nyc@gmail.com]
**CC:** John H. van Merkensteijn, III [jhvm@argremgt.com]; Robert Klugman [Rklugman@storcapital.com]; Richard Markowitz [rmarkowitz@argremgt.com]
**Subject:** RE: Entity Annual Reports Due: Confirming Payment

Stephanie,

I confirm that we will pay these.

Regards,
Peter

Peter Wells
Kaye Scholer LLP
250 West 55th Street | New York, New York 10019-9710
T: (212) 836-8662 | F: (212) 836-6447
peter.wells@kayescholer.com | www.kayescholer.com

Any U.S. federal tax advice contained in this message (including any attachments) may not be able to be used for purposes of avoiding tax-related penalties imposed under U.S. federal tax laws. This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (212) 836-8662 and delete the message, along with any attachments, from your computer. Thank you.

**From:** Stephanie Furr [mailto:pa.steph.nyc@gmail.com]
**Sent:** Wednesday, April 29, 2015 4:23 PM
**To:** Wells, Peter
**Cc:** John H. van Merkensteijn, III; Robert Klugman; Richard Markowitz
**Subject:** Entity Annual Reports Due: Confirming Payment

Mr. Wells,
On behalf of John van Merkensteijn, I'd like to confirm that you will be handling the fees due by each LLC listed below, for State Corporate Annual Reports?
Please note that I have already arranged payment for Samnaun, Gravenhage and Arche Investments.

Thank you in advance.

On Wed, Apr 15, 2015 at 9:34 PM, Wells, Peter <Peter.Wells@kayescholer.com> wrote:

Understood.

We will separate them by matter number – so, for example, we will connect that to your general number.

Regards,
Peter

Peter Wells
Kaye Scholer LLP
250 West 55th Street | New York, New York 10019-9710

T: (212) 836-8662 | F: (212) 836-6447
peter.wells@kayescholer.com | www.kayescholer.com

Any U.S. federal tax advice contained in this message (including any attachments) may not be able to be used for purposes of avoiding tax-related penalties imposed under U.S. federal tax laws. This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (212) 836-8662 and delete the message, along with any attachments, from your computer. Thank you.

**From:** John H. van Merkensteijn, III [mailto:jhvm@argremgt.com]
**Sent:** Wednesday, April 15, 2015 9:32 PM
**To:** Wells, Peter
**Cc:** Robert Klugman; Richard Markowitz; Stephanie Furr
**Subject:** Re: ACTION REQUIRED: Entity Annual Reports Due Notice

lets make sure we have all the right companies covered

I note that for example Arche LLC is in there but that is a company Ron Altbacj=h and I own but it has nothing to do with rich and rob or dividends so it should be billed separately to us

thanks

John H. van Merkensteijn, III
Managing Director
Rossi Acquisitions LLC
60 Riverside Boulevard
Suite 2101
New York, N.Y. 10069
Phone (212) 769 4055
jhvm@rossacq.com

**From:** <Wells>, Peter Wells <Peter.Wells@kayescholer.com>
**Date:** Wednesday, April 15, 2015 at 9:29 PM
**To:** John van Merkensteijn <jhvm@argremgt.com>
**Cc:** Robert Klugman <Rklugman@storcapital.com>, Richard Markowitz <rmarkowitz@argremgt.com>, Stephanie Furr <pa.steph.nyc@gmail.com>
**Subject:** RE: ACTION REQUIRED: Entity Annual Reports Due Notice

John,

We can handle this.

Regards,
Peter

Peter Wells
Kaye Scholer LLP
250 West 55th Street | New York, New York 10019-9710
T: (212) 836-8662 | F: (212) 836-6447
peter.wells@kayescholer.com | www.kayescholer.com

Any U.S. federal tax advice contained in this message (including any attachments) may not be able to be used for purposes of avoiding tax-related penalties imposed under U.S. federal tax laws. This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (212) 836-8662 and delete the message, along with any attachments, from your computer. Thank you.

---

**From:** John H. van Merkensteijn, III [mailto:jhvm@argremgt.com]
**Sent:** Wednesday, April 15, 2015 5:50 PM
**To:** Wells, Peter
**Cc:** Robert Klugman; Richard Markowitz; Stephanie Furr
**Subject:** Fwd: ACTION REQUIRED: Entity Annual Reports Due Notice

Peter

What do we need to do for this

?

John H van Merkensteijn,III

60 Riverside Boulevard

Suite 2101

New York, N.Y. 10069

1 917 865 3595

jhvm@argremgt.com

Sent from my iPhone

Begin forwarded message:

**From:** "Ashley Ray" <ashley@vcorpservices.com>
**To:** "John H. van Merkensteijn, III" <jhvm@argremgt.com>
**Subject: ACTION REQUIRED: Entity Annual Reports Due Notice**

Dear Client,

Attached please find state notices.

State corporate annual reports for the entities listed below will be due within the next few weeks.

The companies, including the relevant states and corresponding filing due date, are as follow:
Entity Name

State

Report Is Due

Note

Online Order Form

True Wind Investments LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1511256&EntityName=True%20Wind%20Investments%20LLC>

Bareroot Capital Investments LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1511451&EntityName=Bareroot%20Capital%20Investments%20LLC>

Eclouge Industry LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1511412&EntityName=Eclouge%20Industry%20LLC>

Green Scale Management LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1511204&EntityName=Green%20Scale%20Management%20LLC>

Plumrose Industries LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1511243&EntityName=Plumrose%20Industries%20LLC>

Cedar Hill Capital Investments LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1511217&EntityName=Cedar%20Hill%20Capital%20Investments%20LLC>

Roadcraft Technologies LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1511282&EntityName=Roadcraft%20Technologies%20LLC>

Trailing Edge Productions LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1511308&EntityName=Trailing%20Edge%20Productions%20LLC>

PAB Facilities Global LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1511295&EntityName=PAB%20Facilities%20Global%20LLC>

Loggerhead Services LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1511425&EntityName=Loggerhead%20Services%20LLC>

Crucible Ventures LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1511269&EntityName=Crucible%20Ventures%20LLC>

Limelight Global Productions LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1511230&EntityName=Limelight%20Global%20Productions%20LLC>

First Ascent Worldwide LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1511438&EntityName=First%20Ascent%20Worldwide%20LLC>

Tumba Systems LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1511165&EntityName=Tumba%20Systems%20LLC>

Voojo Productions LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1510981&EntityName=Voojo%20Productions%20LLC>

Arche Investments LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1316272&EntityName=Arche%20Investments%20LLC>

Dicot Technologies LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1514684&EntityName=Dicot%20Technologies%20LLC>

Starfish Capital Management LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1510942&EntityName=Starfish%20Capital%20Management%20LLC>

Cavus Systems LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1511020&EntityName=Cavus%20Systems%20LLC>

Hadron Industries LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1511046&EntityName=Hadron%20Industries%20LLC>

Basalt Ventures LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1510955&EntityName=Basalt%20Ventures%20LLC>

Fulcrum Productions LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1511139&EntityName=Fulcrum%20Productions%20LLC>

Avanix Management LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1510994&EntityName=Avanix%20Management%20LLC>

Keystone Technologies LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1511191&EntityName=Keystone%20Technologies%20LLC>

Battu Holdings LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1514671&EntityName=Battu%20Holdings%20LLC>

Samnaun LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-813799&EntityName=Samnaun%20LLC>

Gravenhage LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-813773&EntityName=Gravenhage%20LLC>

Bernina LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-813760&EntityName=Bernina%20LLC>

Omineca LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1355738&EntityName=Omineca%20LLC>

Cantata Industries LLC

Delaware

6/1/2015

click here<https://www.blueskyfilings.com/Delaware.php??InvoiceNumber=AR-1514658&EntityName=Cantata%20Industries%20LLC>

Vcorp Annual Reports Filing Fees (State fees are not included; we will advise you regarding those fees after you have placed the order).

Vcorp Annual Reports Filing Fees (State fees are not included; we will advise you regarding those fees after you have placed the order).
•Standard Report - $49.00
•Special Handling Report - $65.00 (Special Handling Report includes Paper Filings, Initial Reports, Rush Processing)

As your registered agent, Vcorp offers on-time and accurate submission of your annual report, so that your company will remain in good standing.

Feel free to contact our Delaware Franchise Tax Line with any questions.
Direct Line: 845-517-3900
Fax 845.818.3588
Email
ashley@vcorpservices.com<mailto:%20ashley@vcorpservices.com%20?subject=%20ACTION%20REQUIRED:%20Entity%20Annual%20Reports%20Due%20Notice%20>
Web www.VcorpServices.com<https://vcorpservices.com/professional/>

Disclaimer: Vcorp Services, LLC, does not provide legal, tax or accounting advice. You may be subject to other filing requirements. We suggest that you consult with your tax advisor concerning any income tax obligations you may have. If you are not the intended recipient of this message, please note that its contents are confidential. Please notify the sender and delete the message and any attachments from your system.

--
Warm Regards,
Stephanie Furr

Personal Assistant to John & Elizabeth van Merkensteijn
Work: 212.769.4056
Cell: 520.312.4457
Fax: 212.873.1212