Basalt Ventures LLC Roth 401(K) Plan
425 Park Avenue
New York
NY 10022
United States of America

### BVL01 - DKK Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 1-Aug-14 | Cash | Opening Bal | 0.00 | | 0.00 |
| 7-Jan-14 | Cash | GOAL Tax R | 1,155,227.53 | | 1,155,227.53 |
| 12-Jan-15 | Cash | GSS Invoice 00542 - PAID ON BEHAL | | -873,848.36 | 281,379.17 |
| 10-Feb-15 | | Closing Balance | | | 281,379.17 |

### BVL01 - EUR Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 1-Aug-14 | Cash | Balance Bro | 0.00 | | 0.00 |
| 10-Feb-15 | | Closing Balance | | | 0.00 |

### BVL01 - GBP Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 1-Aug-14 | Cash | Balance Bro | 0.00 | | 0.00 |
| 10-Feb-15 | | Closing Balance | | | 0.00 |

### BVL01 - USD Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 1-Aug-14 | Cash | Balance Bro | 0.00 | | 0.00 |
| 6-Aug-14 | Trade | Cash Receip | 39,989.88 | | 39,989.88 |
| 7-Aug-14 | Trade | Trading Fees @ 1.3351 | | -4,025.33 | 35,964.55 |
| 12-Aug-14 | Trade | Trading Fees @ 1.3360 | | -668.00 | 35,296.55 |
| 31-Aug-14 | Trade | OPL TAS Platform Fee - August 14 | | -1,969.80 | 33,326.75 |
| 30-Sep-14 | Trade | OPL TAS Platform Fee - September 1 | | -1,894.35 | 31,432.40 |
| 31-Oct-14 | Trade | OPL TAS Platform Fee - October 14 ( | | -1,878.75 | 29,553.65 |
| 5-Nov-14 | Trade | Trading Fees @ 1.2492 | | -4,390.94 | 25,162.71 |
| 25-Nov-14 | Trade | Bastion Capital London Q3 Broker Fe | | -313.18 | 24,849.53 |
| 30-Nov-14 | Trade | OPL TAS Platform Fee - November 1 | | -1,867.80 | 22,981.73 |
| 31-Dec-14 | Trade | OPL TAS Platform Fee - December 1 | | -1,814.70 | 21,167.03 |
| 13-Jan-15 | Invoice | Ballygate Capital Limited Q4 Broker I | | -262.97 | 20,904.06 |
| 10-Feb-15 | | Closing Balance | | | 20,904.06 |

CONFIDENTIAL                                                                                                                                                GUNDERSON 00009351