| | |
|---|---|
| From: | Stephanie Furr <pa.steph.nyc@gmail.com> on behalf of Stephanie Furr <pa.steph.nyc@gmail.com> |
| To: | John van Merkensteijn |
| Sent: | 9/22/2015 4:51:13 PM |
| Subject: | Invoices b/t you and Rich |
| Attachments: | Invoices to be done.pdf |



JOHN VAN MERKENSTEIJN

EXHIBIT 2311

04 - 20 - 2021

...did involve the receipt of funds in to Omineca/Basalt/Voojo/Starfish.

Attached are you notes that I drew from for invoicing.

--
Warm Regards,
Stephanie Furr

Personal Assistant to John & Elizabeth van Merkensteijn
Work: 212.769.4056
Cell:   520.312.4457
Fax:   212.873.1212

CONFIDENTIAL                                                                                                              GUNDERSON 00009570

|  | client | bill to |
|---|---|---|
|  |  | for services rendered |

receiving

- OMGNICA LLC Jan.1 F.F.  RJM Capital LLC $25,000
- Basalt Ventures LLC Aug 15" F.F.  "  "  $27,500   *(new LLC's accounts)*
- Starfish Capital Management LLC F.F. Aug 15  Calypso LLC 30,000
- Voojo Productions LLC Aug 15 F.F.  "  "  17,500

$100,000

paying

Bernina LLC pays Avouix Man. LLC 30,000
~~Re Cavus Systems LLC~~
             pays Cavus System LLC 25,000

Azelia LLC pays Hadron Industries LLC 22,000
                Roitt Capital LLC 23,000

100K.

35 LLC's, which formed P.P.'s

CONFIDENTIAL                                                   GUNDERSON 00009571