


101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

BASALT VENTURES LLC
60 RIVERSIDE BLVD, SUITE 2101
NEW YORK NY 10069

**Account Number**
███-9509
**Statement Period**
01/01/16 To 01/31/16

**SIMPLIFIED BUSINESS CHECKING**   ███-9509

### Account Summary

| | | | |
|---|---:|---|---:|
| Beginning Balance | $47,118.33 | Average Daily Balance | $25,131.92 |
| Total Deposits | $14,166.67 | Minimum Balance | $3,215.00 |
| Total Withdrawals and Debits | $58,070.00 | Service Charges | $0.00+ |
| Total Checks Paid | $0.00 | Interest Earned This Statement Period | $0.00 |
| Ending Balance | $3,215.00 | | |

### Account Activity

| Date | Description | Amount |
|---|---|---:|
| | **Deposits and Credits** | |
| 01/12 | DEPOSIT-WIRED FUNDS<br>ECLOUGE INDUSTRY LLC ROTH 401K PLAN | $14,166.67 |
| | Total Deposits and Credits | $14,166.67 |
| | **Withdrawals and Debits** | |
| 01/12 | DOMESTIC WIRE FUNDS-DEBIT<br>JOHN VAN MERKENSTEIJN | $44,000.00- |
| 01/12 | WIRE TRANSFER FEE | $35.00- |
| 01/26 | DOMESTIC WIRE FUNDS-DEBIT<br>JOHN VAN MERKENSTEIJN | $14,000.00- |
| 01/26 | WIRE TRANSFER FEE | $35.00- |
| | Total Withdrawals and Debits | $58,070.00 |

CONFIDENTIAL                    JHVM_0033154

 

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

BASALT VENTURES LLC
60 RIVERSIDE BLVD, SUITE 2101
NEW YORK NY 10069

**Account Number**
-9509
**Statement Period**
02/01/16 To 02/29/16

**SIMPLIFIED BUSINESS CHECKING**   9509

### Account Summary

| | | | |
|---|---:|---|---:|
| Beginning Balance | $3,215.00 | Average Daily Balance | $3,214.13 |
| Total Deposits | $0.00 | Minimum Balance | $3,190.00 |
| Total Withdrawals and Debits | $55.00 | Service Charges | $30.00- |
| Total Checks Paid | $0.00 | Interest Earned This Statement Period | $0.00 |
| Ending Balance | $3,160.00 | | |

### Account Activity

| Date | Description | Amount |
|---|---|---:|
| | Deposits and Credits | |
| | Total Deposits and Credits | $0.00 |
| | Withdrawals and Debits | |
| 02/29 | ACH DEBIT<br>NYS DTF PIT/Tax Paymnt ID# 1038 | $25.00- |
| 02/29 | DEBIT - MONTHLY SERVICE FEE | $30.00- |
| | Total Withdrawals and Debits | $55.00 |




# FIRST REPUBLIC BANK
It's a privilege to serve you®

Member **FDIC**

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

BASALT VENTURES LLC
60 RIVERSIDE BLVD, SUITE 2101
NEW YORK NY 10069

**Account Number**
 9509
**Statement Period**
03/01/16 To 03/31/16

**SIMPLIFIED BUSINESS CHECKING**  9509

### Account Summary

| | | | |
|---|---:|---|---:|
| Beginning Balance | $3,160.00 | Average Daily Balance | $3,160.00 |
| Total Deposits | $0.00 | Minimum Balance | $3,160.00 |
| Total Withdrawals and Debits | $30.00 | Service Charges | $30.00- |
| Total Checks Paid | $0.00 | Interest Earned This Statement Period | $0.00 |
| Ending Balance | $3,130.00 | | |

### Account Activity

| Date | Description | Amount |
|---|---|---:|
| | Deposits and Credits | |
| | Total Deposits and Credits | $0.00 |
| | Withdrawals and Debits | |
| 03/31 | DEBIT - MONTHLY SERVICE FEE | $30.00- |
| | Total Withdrawals and Debits | $30.00 |




First Republic Bank
It's a privilege to serve you

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

**Account Number**
█████9509

BASALT VENTURES LLC
60 RIVERSIDE BLVD, SUITE 2101
NEW YORK NY 10069

**Statement Period**
04/01/16 To 04/30/16

**SIMPLIFIED BUSINESS CHECKING**   █████9509

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance | $3,130.00 | Average Daily Balance | $4,449.97 |
| Total Deposits | $9,900.00 | Minimum Balance | $3,130.00 |
| Total Withdrawals and Debits | $30.00 | Service Charges | $30.00- |
| Total Checks Paid | $0.00 | Interest Earned This Statement Period | $0.00 |
| Ending Balance | $13,000.00 | | |

### Account Activity

| Date | Description | Amount |
|---|---|---|
| | **Deposits and Credits** | |
| 04/27 | ACH CREDIT FEDERICO KOGAN/SENDER ID#████5724 | $9,900.00 |
| | Total Deposits and Credits | $9,900.00 |
| | **Withdrawals and Debits** | |
| 04/30 | DEBIT - MONTHLY SERVICE FEE | $30.00- |
| | Total Withdrawals and Debits | $30.00 |

 

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

BASALT VENTURES LLC
60 RIVERSIDE BLVD, SUITE 2101
NEW YORK NY 10069

**Account Number**
9509

**Statement Period**
05/01/16 To 05/31/16

**SIMPLIFIED BUSINESS CHECKING**  9509

### Account Summary

| | | | |
|---|---:|---|---:|
| Beginning Balance | $13,000.00 | Average Daily Balance | $15,097.69 |
| Total Deposits | $2,500.00 | Minimum Balance | $13,000.00 |
| Total Withdrawals and Debits | $0.00 | Service Charges | $0.00+ |
| Total Checks Paid | $0.00 | Interest Earned This Statement Period | $0.00 |
| Ending Balance | $15,500.00 | | |

### Account Activity

| Date | Description | Amount |
|---|---|---:|
| | Deposits and Credits | |
| 05/06 | CLIENT DEPOSIT | $2,500.00 |
| | Total Deposits and Credits | $2,500.00 |
| | Withdrawals and Debits | |
| | Total Withdrawals and Debits | $0.00 |

 

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

**Account Number**
9509
**Statement Period**
06/01/16 To 06/30/16

BASALT VENTURES LLC
60 RIVERSIDE BLVD, SUITE 2101
NEW YORK NY 10069

**SIMPLIFIED BUSINESS CHECKING**   9509

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance | $15,500.00 | Average Daily Balance | $15,500.00 |
| Total Deposits | $0.00 | Minimum Balance | $15,500.00 |
| Total Withdrawals and Debits | $0.00 | Service Charges | $0.00+ |
| Total Checks Paid | $0.00 | Interest Earned This Statement Period | $0.00 |
| Ending Balance | $15,500.00 | | |

CONFIDENTIAL                                          JHVM_0033159

 

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

BASALT VENTURES LLC
60 RIVERSIDE BLVD, SUITE 2101
NEW YORK NY 10069

**Account Number**
█████ 9509
**Statement Period**
07/01/16 To 07/31/16

**SIMPLIFIED BUSINESS CHECKING**   █████ 9509

### Account Summary

| | | | |
|---|---:|---|---:|
| Beginning Balance | $15,500.00 | Average Daily Balance | $15,500.00 |
| Total Deposits | $0.00 | Minimum Balance | $15,500.00 |
| Total Withdrawals and Debits | $0.00 | Service Charges | $0.00+ |
| Total Checks Paid | $0.00 | Interest Earned This Statement Period | $0.00 |
| Ending Balance | $15,500.00 | | |

CONFIDENTIAL
JHVM_0033160

 

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

BASALT VENTURES LLC
60 RIVERSIDE BLVD, SUITE 2101
NEW YORK NY 10069

**Account Number**
█████9509

**Statement Period**
08/01/16 To 08/31/16

**SIMPLIFIED BUSINESS CHECKING** █████9509

### Account Summary

| | | | |
|---|---:|---|---:|
| Beginning Balance | $15,500.00 | Average Daily Balance | $15,500.00 |
| Total Deposits | $0.00 | Minimum Balance | $15,500.00 |
| Total Withdrawals and Debits | $0.00 | Service Charges | $0.00+ |
| Total Checks Paid | $0.00 | Interest Earned This Statement Period | $0.00 |
| Ending Balance | $15,500.00 | | |

 

Member
**FDIC**



101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

**Account Number**
9509
**Statement Period**
09/01/16 To 09/30/16

BASALT VENTURES LLC
60 RIVERSIDE BLVD, SUITE 2101
NEW YORK NY 10069

**SIMPLIFIED BUSINESS CHECKING**   9509

### Account Summary

| | | | |
|---|---:|---|---:|
| Beginning Balance | $15,500.00 | Average Daily Balance | $15,500.00 |
| Total Deposits | $0.00 | Minimum Balance | $15,500.00 |
| Total Withdrawals and Debits | $0.00 | Service Charges | $0.00+ |
| Total Checks Paid | $0.00 | Interest Earned This Statement Period | $0.00 |
| Ending Balance | $15,500.00 | | |

 

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

**Account Number**
9509

BASALT VENTURES LLC
60 RIVERSIDE BLVD, SUITE 2101
NEW YORK NY 10069

**Statement Period**
10/01/16 To 10/31/16

**SIMPLIFIED BUSINESS CHECKING**     9509

### Account Summary

| | | | |
|---|---:|---|---:|
| Beginning Balance | $15,500.00 | Average Daily Balance | $15,299.66 |
| Total Deposits | $0.00 | Minimum Balance | $14,465.00 |
| Total Withdrawals and Debits | $1,035.00 | Service Charges | $0.00+ |
| Total Checks Paid | $0.00 | Interest Earned This Statement Period | $0.00 |
| Ending Balance | $14,465.00 | | |

### Account Activity

| Date | Description | Amount |
|---|---|---:|
| | **Deposits and Credits** | |
| | Total Deposits and Credits | $0.00 |
| | **Withdrawals and Debits** | |
| 10/26 | DOMESTIC WIRE FUNDS-DEBIT<br>BASALT VENTURES LLC ROTH 401K PLAN | $1,000.00- |
| 10/26 | WIRE TRANSFER FEE | $35.00- |
| | Total Withdrawals and Debits | $1,035.00 |

 

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

BASALT VENTURES LLC
60 RIVERSIDE BLVD, SUITE 2101
NEW YORK NY 10069

**Account Number**
 9509
**Statement Period**
11/01/16 To 11/30/16

| **SIMPLIFIED BUSINESS CHECKING** | | 9509 | |
|---|---|---|---|
| **Account Summary** | | | |
| Beginning Balance | $14,465.00 | Average Daily Balance | $14,465.00 |
| Total Deposits | $0.00 | Minimum Balance | $14,465.00 |
| Total Withdrawals and Debits | $30.00 | Service Charges | $30.00- |
| Total Checks Paid | $0.00 | Interest Earned This Statement Period | $0.00 |
| Ending Balance | $14,435.00 | | |

| **Account Activity** | | |
|---|---|---|
| Date | Description | Amount |
| | Deposits and Credits | |
| | Total Deposits and Credits | $0.00 |
| | Withdrawals and Debits | |
| 11/30 | DEBIT - MONTHLY SERVICE FEE | $30.00- |
| | Total Withdrawals and Debits | $30.00 |

 

Member **FDIC**

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

**BASALT VENTURES LLC**
60 RIVERSIDE BLVD, SUITE 2101
NEW YORK NY 10069

**Account Number**
█████9509
**Statement Period**
12/01/16 To 12/31/16

**SIMPLIFIED BUSINESS CHECKING**  █████9509

### Account Summary

| | | | |
|---|---:|---|---:|
| Beginning Balance | $14,435.00 | Average Daily Balance | $14,435.00 |
| Total Deposits | $0.00 | Minimum Balance | $14,435.00 |
| Total Withdrawals and Debits | $30.00 | Service Charges | $30.00- |
| Total Checks Paid | $0.00 | Interest Earned This Statement Period | $0.00 |
| Ending Balance | $14,405.00 | | |

### Account Activity

| Date | Description | Amount |
|---|---|---:|
| | Deposits and Credits | |
| | Total Deposits and Credits | $0.00 |
| | Withdrawals and Debits | |
| 12/31 | DEBIT - MONTHLY SERVICE FEE | $30.00- |
| | Total Withdrawals and Debits | $30.00 |