# E P C                ELITE PENSION CONSULTANTS

**58 MARINER WAY**                                          **TEL: 845 - 354 - 8373**
**MONSEY, N.Y. 10952**                                      **FAX: 845 - 354 - 7973**
                                                    **e-mail: epc613@optonline.net**

July 21, 2014

Kaye Scholer LLP
425 Park Avenue, Ste. # 17A
New York, N.Y. 10022

Statement for Professional Services Rendered

Re:  1) Avanix Management LLC Roth 401(k) Plan
     2) Cavus Systems LLC Roth 401(k) Plan                 Richard Markowitz
     3) Hadron Industries LLC Roth 401(k) Plan

     4) Aerovane Logistics LLC Roth 401(k) Plan
     5) Headsail Manufacturing LLC Roth 401(k) Plan        Robert Klugman
     6) Edgepoint Capital LLC Roth 401(k) Plan

     7) Bareroot Capital Investments LLC Roth 401(k) Plan
     8) Battu Holdings LLC Roth 401(k) Plan                David Zelman
     9) Cantata Industries LLC Roth 401(k) Plan
    10) Dicot Technologies LLC Roth 401(k) Plan

    11) Eclouge Industry LLC Roth 401(k) Plan
    12) First Ascent Worldwide LLC Roth 401(k) Plan
    13) Loggerhead Services LLC Roth 401(k) Plan           Perry Lerner
    14) PAB Facilities Global LLC Roth 401(k) Plan
    15) Trailing Edge Productions LLC Roth 401(k) Plan

    16) Crucible Ventures LLC Roth 401(k) Plan
    17) Limelight Global Productions LLC Roth 401(k) Plan
    18) Plumrose Industries LLC Roth 401(k) Plan           Ronald Altbach
    19) Roadcraft Technologies LLC Roth 401(k) Plan
    20) True Wind Investments LLC Roth 401(k) Plan

    21) Basalt Ventures LLC Roth 401(k) Plan
    22) Starfish Capital Mgmt. Roth 401(k) Plan            John van Merkensteijn, III
    23) Voojo Productions LLC Roth 401(k) Plan

    24) Cedar Hill Capital Investments LLC Roth 401(k) Plan
    25) Fulcrum Productions LLC Roth 401(k) Plan
    26) Green Scale Mgmt. LLC Roth 401(k) Plan             Edwin L. Miller
    27) Keystone Technologies LLC Roth 401(k) Plan
    28) Tumba Systems LLC Roth 401(k) Plan

Preparation of Plan Document, Preparation of Resolutions and Summary Plan Descriptions
Beneficiary Forms & Obtaining IRS Tax ID Numbers

| | | |
|---|---|---|
| 28 Plans x $1,250 | **$ 35,000** | |
| **Less Amount Paid** | **($10,000)** | |
| **Less Amount Paid** | **($25,000)** | |
| **Balance Due** | **$        0** | |

CONFIDENTIAL

MBJ_0021438