# Ganymede Cayman Limited

Harneys Services (Cayman) Limited,
3rd Floor, Queensgate House,
113 South Church Street,
PO Box 10240,
Grand Cayman KY1-1002
Cayman Islands

| | |
|---|---|
| **Invoice Date** | 22nd April 2013 |
| **Invoice Number** | 00031 |
| **To** | Adam La Rosa<br>RJM Capital Pension Plan |
| **Address** | 1010 Fifth Avenue<br>Apt 1D<br>New York<br>NY 10028<br>United States of America |

| Description | Amount Euro |
|---|---|
| Fee due under Advisory Services Agreement | € 304,427.00 |
| Initial fee / Final instalment due under Advisory Services Agreement | € 50,000.00 |
| **Total amount due in April 2013** | **€ 354,427.00** |

| | |
|---|---|
| Contact | Graham Horn |
| Contact Telephone | 00971 (0) 4 376 4215 |
| Contact Email | Ganymede@ganymedecayman.com |

**Amount due on invoice date.**

**Please remit payments by wire transfer to:**

JPMORGAN CHASE BANK FRANKFURT         CHASDEFX
JPMORGAN CHASE BANK                   CHASGB2L
FURTHER CREDIT TO SOLO CAPITAL PARTNERS LLP
A/C #           3630
IBAN GB08CHAS60924241243630

Highly Confidential                                             MPSKAT00079268