## Cash Statement

| Date | EUR | Description | Date | USD | Description | | Date | DKK | Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | 4-Oct | 93,012.21 | FX from DKK (Fx rate 5.485) | | 24-Sep | 1,545,996.38 | Tax reclaim Goal |
| | | | | | | | | -6.82 | Bank Charges |
| | | | 11-Oct | -85,159.01 | Transfer to RJM01 | | 25-Sep | -1,030,715.78 | Ganymede invoice |
| | | | | -24.68 | Bank Charges | | | | |
| | | | | -7,828.52 | Invoice GSS1395 (Incl Deduction of USD 0.68 for bank charge) | | 4-Oct | -510,171.99 | FX to USD (Fx rate 5.485) |
| | | | | | | | | | |
| | | | 11-Nov | 29,965.06 | Incoming Cash from RJM01 | | | | |
| | | | 13-Nov | -29,960.15 | Cash Transfer | | | | |
| | | | | -4.91 | Bank charges | | | | |
| | | | 4-Dec | 59,959.88 | Incoming cash from RJM01 | | | | |
| | | | 4-Dec | -59,959.88 | Cash Transfer | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | **EUR 0.00** | | | **USD 0.00** | | | | **DKK 5,101.79** | |

## Trading account

| Date | EUR | Description | Date | USD | Description | FX | Date | DKK | Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | 6-Nov | -1,165.01 | Trading Fees | 1.3526 | | | |
| | | | 8-Nov | -4,428.90 | Trading Fees | 1.3367 | | | |
| | | | 11-Nov | 29,960.15 | Incoming Cash from RJM01 | | | | |
| | | | 12-Nov | -6,494.18 | Trading Fees | 1.3442 | | | |
| | | | 13-Nov | -4,965.36 | Trading Fees | 1.3454 | | | |
| | | | 14-Nov | -7,706.82 | Trading Fees | 1.3472 | | | |
| | | | 15-Nov | -3,346.08 | Trading Fees | 1.3496 | | | |
| | | | 18-Nov | -3,503.04 | Trading Fees | 1.3508 | | | |
| | | | 19-Nov | -1,345.22 | Trading Fees | 1.3536 | | | |
| | | | 26-Nov | -3,803.58 | Trading Fees | 1.3557 | | | |
| | | | 30-Nov | -1,698.88 | Custody Fee November 13 | 1.3591 | | | |
| | | | 4-Dec | 59,959.88 | Incoming Cash from RJM01 | | | | |
| | | | 5-Dec | -4,357.66 | Trading Fees | 1.3665 | | | |
| | | | 9-Dec | -1,012.90 | Trading Fees | 1.3746 | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | **EUR 0.00** | | | **USD 46,092.40** | | | | **DKK 0.00** | |

MPSKAT00100474