# Ganymede Cayman Limited

Genesis Trust & Corporate Services Ltd
2nd Floor, Midtown Plaza, Elgin Avenue,
PO Box 448, Grand Cayman KY1-1106,
Cayman Islands

**Invoice Date**      14 October 2014

**Invoice Number**    00457

**To**                Adam Larosa
                      RJM Capital LLC Pension Plan

**Address**           1010 Fifth Avenue, Apt 1D, New York, NY 10028,
                      United States of America

**Description**

| Description | Amount EUR |
|---|---|
| Fee due under services agreement | 2,614,283.17 |
|  |  |
| Total amount due | 2,614,283.17 |

Contact Email         Ganymede@ganymedecayman.com

**Amount due on invoice date.**

**Please remit payments by wire transfer to:**
**EUR Account**

| Solo Bank Details : | Barclays Bank PLC<br>260/262 Chingford Mount road<br>South Chingford<br>London<br>E4 8JN<br>United Kingdom |
|---|---|
| Currency: | EUR |
| Sort code: | 20-53-04 |
| Account Number: | ▮7866 |
| IBAN code: | GB20 BARC 2053 0473 3878 66 |
| SWIFT code: | BARCGB22 |