| | |
|---|---|
| From: | John H. van Merkensteijn, III <jhvm@argremgt.com> |
| To: | Perry Lerner |
| Sent: | 5/29/2015 12:40:22 PM |
| Subject: | Re: bank accounts |



they don't want to open accounts for this many pension plans

call me and I will explain what


John H. van Merkensteijn, III
Managing Director
Rossi Acquisitions LLC
60 Riverside Boulevard
Suite 2101
New York, N.Y. 10069
Phone 212.769.4055
Fax: 212.247.2753
Cell: 917.865.3595
jhvm@rossacq.com


**From:** Perry Lerner <plerner@cpwcapital.com>
**Date:** Friday, May 29, 2015 at 8:39 AM
**To:** John van Merkensteijn <jhvm@argremgt.com>
**Subject:** Re: bank accounts

What's the problem?

Sent from my iPhone

On May 29, 2015, at 2:37 PM, John H. van Merkensteijn, III <jhvm@argremgt.com> wrote:


Rich and I spoke yesterday to Wendy Li at City National and it appears for internal reasons there that the accounts we intended to open for each of the third party pension plans will be difficult to open at city

Thus, we will use the accounts at wells Fargo for the time being


John H. van Merkensteijn, III
Managing Director
Rossi Acquisitions LLC
60 Riverside Boulevard
Suite 2101
New York, N.Y. 10069
Phone 212.769.4055
Fax: 212.247.2753
Cell: 917.865.3595
jhvm@rossacq.com

CONFIDENTIAL   PL00000623