| | |
|---|---|
| **From:** | Perry Lerner </O=OEXCH025/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PLERNER@CROWNGLOBALINS675> |
| **To:** | Tamara Kellam |
| **Sent:** | 1/30/2015 6:34:50 PM |
| **Subject:** | Fwd: con call |

Sent from my iPhone

Begin forwarded message:

**From:** Stephanie Furr <pa.steph.nyc@gmail.com>
**Date:** January 30, 2015 at 12:33:54 PM CST
**To:** "John H. van Merkensteijn, III" <jhvm@argremgt.com>
**Cc:** Ronald Altbach <r.altbach@regeneration-capital.com>, David Zelman <dzelman@transitionsinstitute.com>, Edwin Miller <ed@spiritvi.com>, "Perry Lerner" <plerner@crownglobalinsurancegroup.com>, Richard Markowitz <rmarkowitz@argremgt.com>
**Subject: Re: con call**

Conference call is set for Saturday, Jan 31 at 10am EST.

Depending on where you're calling from, call the following 877 or 517 #:
(877) 922-8384 US callers
(517) 966-5809 Int'l callers

Then enter the Participant Passcode: 6377767#

On Fri, Jan 30, 2015 at 10:52 AM, John H. van Merkensteijn, III <jhvm@argremgt.com> wrote:

If we scheduled a conference call for Saturday at say 10 would you all be available?


John H. van Merkensteijn, III
Managing Director
Argre Management LLC
60 Riverside Boulevard
Suite 2101
New York, N.Y. 10069
Phone (212) 769 4055
jhvm@argremgt.com



--
Warm Regards,
Stephanie Furr

Personal Assistant to John & Elizabeth van Merkensteijn
Work: 212.769.4056
Cell:  520.312.4457

CONFIDENTIAL                                                                                    PL00000503

Fax: 212.873.1212

**CONFIDENTIAL**                                                                                                        **PL00000504**

| | |
|---|---|
| **From:** | Perry Lerner </O=OEXCH025/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PLERNER@CROWNGLOBALINS675> |
| **To:** | John H. van Merkensteijn, III |
| **Sent:** | 1/23/2015 6:27:21 PM |
| **Subject:** | Re: pension plans |

I am available any time. May be snowed in this weekend anyway.

Sent from my iPhone

On Jan 23, 2015, at 1:26 PM, John H. van Merkensteijn, III <jhvm@argremgt.com> wrote:


All

Rich and I spoke this morning and we need to come to a decision about which plans will trade or not trade next month or so

If you have decided what you want to do, please let us know.  If it is useful we could havae a conference call to discuss this
maybe over the weekend or on Monday

let us know your availability

best

John H. van Merkensteijn, III
Managing Director
Argre Management LLC
60 Riverside Boulevard
Suite 2101
New York, N.Y. 10069
Phone (212) 769 4055
jhvm@argremgt.com

CONFIDENTIAL