# Wells Fargo Business Choice Checking

Account number: ████4028 ▪ July 27, 2016 - August 23, 2016 ▪ Page 1 of 4



ROADCRAFT TECHNOLOGIES LLC ROTH 401K PLAN
425 PARK AVE FL 12
NEW YORK NY 10022-3524

WM

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/plan.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 7/27 | $5,912.42 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 14.00 |
| **Ending balance on 8/23** | **$5,898.42** |
| Average ledger balance this period | $5,912.42 |

Account number: ████4028

**ROADCRAFT TECHNOLOGIES LLC ROTH 401K PLAN**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

CONFIDENTIAL
RC00000001



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|----------|--------|
| 8/23 | | Monthly Service Fee | | 14.00 | 5,898.42 |
| **Ending balance on 8/23** | | | | | **5,898.42** |
| **Totals** | | | **$0.00** | **$14.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/27/2016 - 08/23/2016 | Standard monthly service fee $14.00 | You paid $14.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| Average ledger balance | $7,500.00 | $5,912.00 ☐ |
| Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
| Average ledger balances in business checking, savings, and time accounts | | |
| Most recent statement balance of Wells Fargo business credit cards, Wells Fargo Business Secured Credit Card, BusinessLine® line of credit , Working Capital Line of Credit, Advancing Term Line of Credit, and BusinessLoan® term loan | | |
| Combined average daily balances from the previous month for Wells Fargo Business PrimeLoan℠, Commercial Equity Loan, Commercial Refinance Loan, Commercial Purchase Loan, Commercial Equity Line of Credit, Small Business Advantage® loan, Equipment Express® loan, and Equipment Express® Single Event loan | | |

WXAVX

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

### Other Wells Fargo Benefits

**Planning to make property improvements, purchase property or large equipment, or expand your business?**



Apply for a Commercial Equity Line of Credit by September 30, 2016 and enjoy a low rate of Prime plus 0% on your balance through December 31, 2017, provided your account remains in good standing. This Prime-based revolving equity line can be drawn on for 5 years, after which the balance converts to an adjustable 15-year amortizing loan for a total term of 20 years.

Key benefits:
- Up to $500,000 secured by commercial real estate
- No application or appraisal fees
- Low 1% origination fee due at closing

**For more information or to apply, call: 1-866-416-4320, Monday - Friday, 6:00 a.m. to 6:00 p.m. Pacific Time.**

Visit wellsfargo.com/biz/loans-and-lines/real-estate/financing-details/ for details.

Note: All financing is subject to credit approval. Some restrictions may apply.

# ✓ IMPORTANT ACCOUNT INFORMATION

Here's some clarifying information on when your account could become dormant and what could happen.

**When does my account become dormant?**
Generally, your account becomes dormant if you do not initiate an account-related activity for 12 months for a checking account, 34 months for a savings account, or 34 months after the first renewal for a Time Account (CD). An account-related activity is determined by the laws governing your account. Examples of account-related activity are depositing or withdrawing funds at a banking location or ATM, or writing a check which is paid from the account. Automatic transactions (including recurring and one-time), such as pre-authorized transfers/payments and electronic deposits, set up on the account may not qualify as account-related activity that you initiated.

**What happens to a dormant account?**
We put safeguards in place to protect a dormant account which may include restricting the following: transfers between your Wells Fargo accounts using your ATM/debit card; transfers by phone using our automated banking service; transfers or payments through online, mobile, and text banking (including Bill Pay); or wire transfers (incoming and outgoing).

Normal monthly service and other fees continue to apply (except where prohibited by law). Your account funds may be transferred to the appropriate state if no activity occurs in the account within the time period as specified by state law. This transfer is known as "escheat." After transferring your account funds to the state, we will close your account and any interest will stop accruing. To recover your account funds, you must file a claim with the state.

For more information, please see your Business Account Agreement, speak with a local banker, or call the phone number on the top of your statement.

––––––––––––––––––––

We would like to remind you of the following:

Under the ACH Rules, the Bank can return any non-consumer ACH debit entry as unauthorized until midnight of the business day following the business day the Bank posts the entry to your account. In order for the Bank to meet this deadline, you are required to notify us to return any non-consumer ACH debit entry as unauthorized by the cutoff time we separately disclose. The cutoff time is currently 3:00 PM Central Time. If you do not timely notify us of the unauthorized non-consumer ACH debit entry, we will not be able to return it without the cooperation and agreement of the originating bank and the originator of the debit entry. Any other effort to recover the funds must occur solely between you and the originator of the entry.

CONFIDENTIAL
RC00000003



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your     $ _____
register or transfers into         $ _____
your account which are not         $ _____
shown on your statement.         + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . . $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount** $ |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Checking

Account number: ▉▉▉4028  ■  December 24, 2015 - January 27, 2016  ■  Page 1 of 3



ROADCRAFT TECHNOLOGIES LLC ROTH 401K
PLAN                                                    WM
425 PARK AVE FL 12
NEW YORK NY 10022-3524

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Cash flow is one of the most critical components of success for a small or
mid-sized business. Achieving a positive cash flow does not come by chance.
Learn more about managing cash flow by visiting wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s). Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

Business Online Banking          ☑
Online Statements                ☑
Business Bill Pay                ☑
Business Spending Report         ☑
Overdraft Protection             ☐

## Activity summary

| | |
|---|---|
| Beginning balance on 12/24 | $5,954.42 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 1/27** | **$5,954.42** |
| Average ledger balance this period | $5,954.42 |

Account number: ▉▉▉4028

**ROADCRAFT TECHNOLOGIES LLC ROTH 401K
PLAN**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to
your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/24/2015 - 01/27/2016 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

(825)
Sheet Seq = 0001786
Sheet 00001 of  00002

CONFIDENTIAL



**WELLS FARGO**

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $3,000.00 | $5,954.42 | ☑ |
| · Average ledger balance | $6,000.00 | $5,954.00 | ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 | ☐ |

WBWB



# IMPORTANT ACCOUNT INFORMATION

Effective April 11, 2016, your account will be converted to a Wells Fargo Business Choice Checking account. With this change, your account will be subject to the following monthly service fee and you'll receive the benefits described below.

The monthly service fee for the Wells Fargo Business Choice Checking account is $14. You can avoid this fee if your account meets one of the following criteria during the fee period:
- 10 or more business debit card purchases and/or payments from this checking account
- Maintain a $7,500 average ledger balance
- $10,000 in combined balances*
- Linked to a Direct Pay service through Wells Fargo Business Online®
- Qualifying transaction from a linked Wells Fargo Merchant Services account*
- Qualifying transaction from a linked Wells Fargo Business Payroll Services account*

You need to meet the criteria listed above for the fee period beginning on April 1, 2016 in order to avoid the $14 monthly service fee. If you do not meet the criteria above, the monthly service fee will appear on your statement beginning on or after April 11, 2016. You can review your account and how to avoid the monthly service fee by reviewing the "Monthly service fee summary" section on your statement.

Also, effective April 11, 2016, we are pleased to inform you of the following benefits you'll receive in your Wells Fargo Business Choice Checking account:
- First 200 transactions per fee period at no charge. The fee for transactions over 200 per month will remain unchanged at $0.50 each.
- First $7,500 of cash deposited per fee period at no charge. The fee for cash deposited over $7,500 per month will remain unchanged at $0.30 per $100 deposited.
- Fee waivers and rate discounts on select business lines of credit and loans (subject to credit qualification)

You can review your account transactions and cash deposited activity by reviewing the "Account transaction fees summary" section on your statement.

*For additional account details, reference the Wells Fargo Business Choice Checking account on the Business Account Fee & Information Schedule and Account Agreement page located at wellsfargo.com/biz/fee-information by clicking on the link for the Fee and Information document.

All other terms and conditions of your account will remain the same. If you have questions, or would like a complimentary financial review to determine if you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

**CONFIDENTIAL**



**WELLS FARGO**

---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your       $ _____
   register or transfers into        $ _____
   your account which are not        $ _____
   shown on your statement.        + $ _____
   . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . = $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

CONFIDENTIAL                                                  RC00000007

# Wells Fargo Business Choice Checking

Account number: ████4028 ■ May 25, 2016 - June 23, 2016 ■ Page 1 of 4



ROADCRAFT TECHNOLOGIES LLC ROTH 401K                    WM
PLAN
425 PARK AVE FL 12
NEW YORK NY 10022-3524

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/plan.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |



# ☑ IMPORTANT ACCOUNT INFORMATION

The section titled "Rights and Responsibilities" - "Are we allowed to close your account" and "When are you allowed to close your account" in your Account Agreement have been deleted and replaced by the following effective August 5, 2016.

**When can your account be closed?**

We can close your account at any time. If the account is closed, we may send the remaining balance on deposit in your account by traditional mail or credit it to another account you maintain with us.

We may, but are not required to allow you to leave on deposit sufficient funds to cover outstanding items to be paid from your account.

- If we do allow funds to remain on deposit, the terms and conditions of the Agreement will continue to apply until we make a final disbursement from your account.

- If we do not allow you to keep funds on deposit, we will not be liable for any loss or damage that may result from dishonoring any of your items that are presented or otherwise received after your account is closed.

CONFIDENTIAL                                                                 RC00000008



- You can close your account at any time if the account is in good standing (e.g., does not have a negative balance or any restrictions on the account).

- If your account is an interest-earning account, it will cease to earn interest from the date you request it be closed.

- If your account has Overdraft Protection and/or Debit Card Overdraft Service, these services will be removed when you request to close your account.

- If your account balance does not reach zero within 30 days from the date of your request to close your account, we will charge you the applicable monthly service fee if you do not meet the requirements to avoid the monthly service fee. If the monthly service fee is greater than your account balance, only the amount equal to your account balance will be charged and your account will be closed.

- After 30 days, if your account balance does not reach zero, your account will be returned to active status and subject to all applicable fees. If your account is a variable interest earning account, the interest rates disclosed in the rate sheet in effect on the date your account is returned to active status will apply. We may change the interest rate for variable rate accounts at any time. You will need to reestablish Overdraft Protection and/or Debit Card Overdraft Service if desired by contacting your banker or calling the number on your statement.

## Activity summary

| | |
|---|---:|
| Beginning balance on 5/25 | $5,940.42 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 14.00 |
| **Ending balance on 6/23** | **$5,926.42** |
| | |
| Average ledger balance this period | $5,940.42 |

Account number: ▇▇▇▇4028

ROADCRAFT TECHNOLOGIES LLC ROTH 401K PLAN

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 6/23 | | Monthly Service Fee | | 14.00 | 5,926.42 |
| **Ending balance on 6/23** | | | | | **5,926.42** |
| **Totals** | | | **$0.00** | **$14.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/25/2016 - 06/23/2016 | Standard monthly service fee $14.00 | You paid $14.00 |
|---|---|---|
| **How to avoid the monthly service fee** | **Minimum required** | **This fee period** |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $5,940.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

Account number: ████ 4028  ■  May 25, 2016 - June 23, 2016  ■  Page 3 of 4



---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| ⊹ Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| ⊹ Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| ⊹ Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| ⊹ Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
| ⸰ Average ledger balances in business checking, savings, and time accounts | | |
| ⸰ Most recent statement balance of Wells Fargo business credit cards, Wells Fargo Business Secured Credit Card, BusinessLine® line of credit, Wells Fargo Small Business Advantage® line of credit , Working Capital Line of Credit, Advancing Term Line of Credit, and BusinessLoan® term loan | | |
| ⸰ Combined average daily balances from the previous month for Wells Fargo Business PrimeLoan℠, Commercial Equity Loan, Commercial Refinance Loan, Commercial Purchase Loan, Commercial Equity Line of Credit, Small Business Advantage® loan, Equipment Express® loan, and Equipment Express® Single Event loan | | |

WXWX

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# ✓ IMPORTANT ACCOUNT INFORMATION

---

**Revised Agreement for Online Access**

We're updating our Online Access Agreement effective September 15, 2016.

To see what is changing, please visit wellsfargo.com/onlineupdates.

**CONFIDENTIAL**                                                                 **RC00000010**



---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your         $ _____
register or transfers into         $ _____
your account which are not         $ _____
shown on your statement.        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . = $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Checking

Account number: ████4028 ■ February 25, 2016 - March 23, 2016 ■ Page 1 of 4



ROADCRAFT TECHNOLOGIES LLC ROTH 401K          WM
PLAN
425 PARK AVE FL 12
NEW YORK NY 10022-3524

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Cash flow is one of the most critical components of success for a small or
mid-sized business. Achieving a positive cash flow does not come by chance.
Learn more about managing cash flow by visiting wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s). Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

 IMPORTANT ACCOUNT INFORMATION

Periodically, we may evaluate the timing of statements, monthly service fee assessment and interest payments to your accounts. We
may adjust the timing in order to align your statement, monthly service fee assessment (if any) and interest payment dates with one
another. You may receive a partial statement that reflects activity and interest payments from the last statement date to the date of
the change. No monthly service fees will be assessed during a partial statement period and there will be no impact to your interest rate
or compounding frequency.

## Activity summary

| | |
|---|---|
| Beginning balance on 2/25 | $5,954.42 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 3/23** | **$5,954.42** |
| Average ledger balance this period | $5,954.42 |

Account number: ████4028

**ROADCRAFT TECHNOLOGIES LLC ROTH 401K
PLAN**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

CONFIDENTIAL                    RC00000012

Account number: ████ 4028 ■ February 25, 2016 - March 23, 2016 ■ Page 2 of 4



**WELLS FARGO**

---

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 02/25/2016 - 03/23/2016 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $5,954.42 ☑ |
| · Average ledger balance | $6,000.00 | $5,954.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | | 0 ☐ |
| WBWB | | |

**Account transaction fees summary**

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# IMPORTANT ACCOUNT INFORMATION

---

Effective April 11, 2016, your account will be converted to a Wells Fargo Business Choice Checking account. With this change, your account will be subject to the following monthly service fee and you'll receive the benefits described below.

The monthly service fee for the Wells Fargo Business Choice Checking account is $14. You can avoid this fee if your account meets one of the following criteria during the fee period:
- 10 or more business debit card purchases and/or payments from this checking account
- Maintain a $7,500 average ledger balance
- $10,000 in combined balances*
- Linked to a Direct Pay service through Wells Fargo Business Online®
- Qualifying transaction from a linked Wells Fargo Merchant Services account*
- Qualifying transaction from a linked Wells Fargo Business Payroll Services account*

You need to meet the criteria listed above for the fee period beginning on April 1, 2016 in order to avoid the $14 monthly service fee. If you do not meet the criteria above, the monthly service fee will appear on your statement beginning on or after April 11, 2016. You can review your account and how to avoid the monthly service fee by reviewing the "Monthly service fee summary" section on your statement.

Also, effective April 11, 2016, we are pleased to inform you of the following benefits you'll receive in your Wells Fargo Business Choice Checking account:
- First 200 transactions per fee period at no charge. The fee for transactions over 200 per month will remain unchanged at $0.50 each.

**CONFIDENTIAL**



- First $7,500 of cash deposited per fee period at no charge. The fee for cash deposited over $7,500 per month will remain unchanged at $0.30 per $100 deposited.
- Fee waivers and rate discounts on select business lines of credit and loans (subject to credit qualification)

You can review your account transactions and cash deposited activity by reviewing the "Account transaction fees summary" section on your statement.

*For additional account details, reference the Wells Fargo Business Choice Checking account on the Business Account Fee & Information Schedule and Account Agreement page located at wellsfargo.com/biz/fee-information by clicking on the link for the Fee and Information document.

All other terms and conditions of your account will remain the same. If you have questions, or would like a complimentary financial review to determine if you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

CONFIDENTIAL

Account number: ███4028  ■  February 25, 2016 - March 23, 2016  ■  Page 4 of 4



---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                     $ _____
register or transfers into                               $ _____
your account which are not                          $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . = $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount** $ |        |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Wells Fargo Business Choice Checking

Account number: ■■■■4028 ■ August 24, 2016 - September 26, 2016 ■ Page 1 of 4



ROADCRAFT TECHNOLOGIES LLC ROTH 401K
PLAN
425 PARK AVE FL 12
NEW YORK NY 10022-3524

WM

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Get a clear look at the business financing process to decide if and when business
credit is right for you. Visit wellsfargoworks.com/credit to find out more.

Credit decisions subject to credit qualification.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s). Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 8/24 | $5,898.42 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 14.00 |
| **Ending balance on 9/26** | **$5,884.42** |
| Average ledger balance this period | $5,898.42 |

Account number: ■■■■4028

**ROADCRAFT TECHNOLOGIES LLC ROTH 401K
PLAN**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

**CONFIDENTIAL**

**RC00000016**

Account number: ████4028 ∎ August 24, 2016 - September 26, 2016 ∎ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/26 | | Monthly Service Fee | | 14.00 | 5,884.42 |
| **Ending balance on 9/26** | | | | | **5,884.42** |
| **Totals** | | | **$0.00** | **$14.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 08/24/2016 - 09/26/2016 | Standard monthly service fee $14.00 | You paid $14.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| Average ledger balance | $7,500.00 | $5,898.00 | ☐ |
| Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 | ☐ |
| Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 | ☐ |
| Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 | ☐ |
| Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 | ☐ |
| Combined balances in linked accounts, which may include | $10,000.00 | | ☐ |
| Average ledger balances in business checking, savings, and time accounts | | | |
| Most recent statement balance of Wells Fargo business credit cards, Wells Fargo Business Secured Credit Card, BusinessLine® line of credit, Wells Fargo Small Business Advantage® line of credit , Working Capital Line of Credit, Advancing Term Line of Credit, and BusinessLoan® term loan | | | |
| Combined average daily balances from the previous month for Wells Fargo Business PrimeLoan℠, Commercial Equity Loan, Commercial Refinance Loan, Commercial Purchase Loan, Commercial Equity Line of Credit, Small Business Advantage® loan, Equipment Express® loan, and Equipment Express® Single Event loan | | | |

WXAWX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# ▝ IMPORTANT ACCOUNT INFORMATION
_____



To verify your identity when you contact us, we may use a service that compares information your mobile or wireless operator has with information you have provided us. Please refer to our Privacy Policy for how we treat your data.

**Is your wireless operator authorized to provide information to assist in verifying your identity?**

Yes, and we may rely on this information to assist in verifying your identity.

You authorize your wireless operator (AT&T, Sprint, T-Mobile, US Cellular, Verizon, or any other branded wireless operator) to use your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI) and other subscriber status details, if available, solely to allow verification of your identity and to compare information you have provided to Wells Fargo with your wireless operator account profile information for the duration of the business relationship.

You may opt out by contacting your mobile or wireless operator directly.

CONFIDENTIAL

RC00000018



**General statement policies for Wells Fargo Bank**

■  **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

**Account Balance Calculation Worksheet**

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A.  The ending balance
    shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B.  Any deposits listed in your                    $ _____
    register or transfers into                     $ _____
    your account which are not                     $ _____
    shown on your statement.                     + $ _____

    . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**

    (Add Parts A and B)

    . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

C.  The total outstanding checks and
    withdrawals from the chart above . . . . . . . . . . . . . . = $ _____

**CALCULATE THE ENDING BALANCE**

    (Part A + Part B - Part C)
    This amount should be the same
    as the current balance shown in
    your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount**  $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

CONFIDENTIAL

# Wells Fargo Business Choice Checking

Account number: ████4028   ■   November 26, 2016 - December 23, 2016   ■   Page 1 of 4



ROADCRAFT TECHNOLOGIES LLC ROTH 401K
PLAN
425 PARK AVE FL 12
NEW YORK NY 10022-3524

WM

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Get a clear look at the business financing process to decide if and when business credit is right for you. Visit wellsfargoworks.com/credit to find out more.

Credit decisions subject to credit qualification.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/26 | $5,856.42 |
| Deposits/Credits | 11,266.08 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 12/23** | **$17,122.50** |
| Average ledger balance this period | $9,477.66 |

Account number:   ████4028

**ROADCRAFT TECHNOLOGIES LLC ROTH 401K PLAN**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  321270742

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

CONFIDENTIAL

RC00000020



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/15 | | Deposit Made In A Branch/Store | 11,266.08 | | 17,122.50 |
| **Ending balance on 12/23** | | | | | **17,122.50** |
| **Totals** | | | **$11,266.08** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 11/26/2016 - 12/23/2016 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| Average ledger balance | $7,500.00 | $9,478.00 ☑ |
| Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
| ⌐ Average ledger balances in business checking, savings, and time accounts | | |
| ⌐ Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
| ⌐ For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

WXWX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 2 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

## Important Account Information

**Helpful information about avoiding the monthly service fee on this checking account.**

None of the options to avoid the monthly service fee for this account have changed. All of the options are listed under the "Monthly service fee summary" section of this statement.

RC00000021

Account number: ▮▮▮4028 ■ November 26, 2016 - December 23, 2016 ■ Page 3 of 4



Below are the details for the 10 or more posted debit card purchases/payments option to avoid the monthly service fee each fee period:
- Debit card purchases include: PIN, Signature, Online and Phone purchases that post during the fee period
- Debit card payments include: one-time and recurring payments of bills made with your debit card that post during the fee period
- Not Included: any transactions made at an ATM (Wells Fargo or Non-Wells Fargo), and ACH (Automated Clearing House) transactions
- Fee period: debit card transactions must post during the fee period to count. The dates of your fee period are located in the "Monthly service fee summary" section of this statement. Transactions received after the applicable cut-off time or on a non-business day (Saturday, Sunday and federal holidays) are posted on the next business day.

If you have any questions about how to avoid the monthly service fee on your account, please contact your local banker or call the number listed on this statement.

# ✓ IMPORTANT ACCOUNT INFORMATION



Periodically, we may evaluate the timing of statements, monthly service fee assessment and interest payments to your accounts. We may adjust the timing in order to align your statement, monthly service fee assessment (if any) and interest payment dates with one another. You may receive a partial statement that reflects activity and interest payments from the last statement date to the date of the change. No monthly service fees will be assessed during a partial statement period and there will be no impact to your interest rate or compounding frequency.

Account number: ███4028   ■  November 26, 2016 - December 23, 2016   ■  Page 4 of 4



---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your                        $ _____
   register or transfers into                          $ _____
   your account which are not                          $ _____
   shown on your statement.                        + $ _____
                                . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . = $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount** $ |        |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Wells Fargo Business Choice Checking

Account number: ▮▮▮▮4028  ■  September 27, 2016 - October 26, 2016  ■  Page 1 of 4



ROADCRAFT TECHNOLOGIES LLC ROTH 401K                    WM
PLAN
425 PARK AVE FL 12
NEW YORK NY 10022-3524

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Get a clear look at the business financing process to decide if and when business credit is right for you. Visit wellsfargoworks.com/credit to find out more.

Credit decisions subject to credit qualification.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 9/27 | $5,884.42 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 14.00 |
| **Ending balance on 10/26** | **$5,870.42** |
| Average ledger balance this period | $5,884.42 |

Account number: ▮▮▮▮4028

**ROADCRAFT TECHNOLOGIES LLC ROTH 401K PLAN**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

CONFIDENTIAL                                        RC00000024

Account number: ████4028  ■  September 27, 2016 - October 26, 2016  ■  Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/26 | | Monthly Service Fee | | 14.00 | 5,870.42 |
| **Ending balance on 10/26** | | | | | **5,870.42** |
| **Totals** | | | **$0.00** | **$14.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 09/27/2016 - 10/26/2016 | Standard monthly service fee $14.00 | You paid $14.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| Average ledger balance | $7,500.00 | $5,884.00 ☐ |
| Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
| Average ledger balances in business checking, savings, and time accounts | | |
| Most recent statement balance of Wells Fargo business credit cards, Wells Fargo Business Secured Credit Card, BusinessLine® line of credit, Wells Fargo Small Business Advantage® line of credit , Working Capital Line of Credit, Advancing Term Line of Credit, and BusinessLoan® term loan | | |
| Combined average daily balances from the previous month for Wells Fargo Business PrimeLoan®, Commercial Equity Loan, Commercial Refinance Loan, Commercial Purchase Loan, Commercial Equity Line of Credit, Small Business Advantage® loan, Equipment Express® loan, and Equipment Express® Single Event loan | | |

WXAWX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# IMPORTANT ACCOUNT INFORMATION

———————

It's important for you to have peace of mind.