# Business Checking

Account number: ████4028  ■  January 28, 2015 - February 25, 2015  ■  Page 1 of 3



ROADCRAFT TECHNOLOGIES LLC ROTH 401K
PLAN
425 PARK AVE FL 12
NEW YORK NY 10022-3524

WM

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/start/business-planning

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

---

**Other Wells Fargo Benefits**

**Did you know you can deposit checks in your business account quickly and easily?**

- Deposit business checks with your phone or tablet using Wells Fargo Mobile® Deposit
- You can also have an employee deposit checks for you with Wells Fargo Business Deposit Card at one of our 12,500 ATM Locations

Visit wellsfargo.com/convenientdeposit or talk to your banker to learn more.

### Activity summary

| | |
|---|---:|
| Beginning balance on 1/28 | $40.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 12.00 |
| **Ending balance on 2/25** | **$28.00** |
| Average ledger balance this period | $40.00 |

Account number: ████4028

**ROADCRAFT TECHNOLOGIES LLC ROTH 401K PLAN**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  321270742

For Wire Transfers use
Routing Number (RTN):  121000248