# CERTIFICATION OF TRUST

I, **Ronald Altbach**, trustee of the **Roadcraft Technologies LLC Roth 401K Plan** confirm the following facts:

1.  The **Roadcraft Technologies LLC Roth 401K Plan** is currently in existence and was created on **July 21, 2014**.

2.  The settlor/grantor/trustor of the trust is:
    **Roadcraft Technologies LLC**

3.  The currently acting trustees of the trust are:
    **Ronald Altbach**

4.  The address of the trustee is:
    **c/o 425 Park Avenue
    New York, NY 10022**

5.  The power of the trustee includes:  **The powers to sell, convey, exchange, borrow money, and encumber the trust property with a deed of trust or mortgage.**

6.  Type of Trust: **Irrevocable**

7.  The federal ID number of the trust is: ▮▮▮▮9981

8.  Title to trust assets shall be taken in the following fashion:
    **Roadcraft Technologies LLC Roth 401K Plan**

9.  The Successor Trustee(s) is/are: _____

The undersigned trustee hereby declares that the trust has not been revoked, modified, or amended in any manner which would cause the representations contained herein to be incorrect.

I, Peter Wells, an attorney-at-law and notary public of the State of New York hereby certify that this document is a true and correct copy of the original of which I am personally familiar with.

By: MB/ attorney-in-fact
**Ronald Altbach**

July 21, 2014
Date

_____
Peter Wells
Attorney-at-law and Notary Public
Dated: July 21, 2014

(This form must be acknowledged before a notary public)

STATE OF New York )
COUNTY OF New York )

On this, the 21st day of July , 2014 , before me a notary public, the undersigned, personally appeared Michael Ben-Jacob known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

_____
Notary Public Signature

Notary Public Seal:

PETER WELLS
Notary Public, State of New York
No. 02WE6172850
Qualified in New York County
Commission Expires Oct. 21, 2015

**CONFIDENTIAL**