| | |
|---|---|
| **From:** | John H. van Merkensteijn, III <jhvm@argremgt.com> |
| **Sent:** | Thursday, January 15, 2015 11:09 AM |
| **To:** | Ben-Jacob, Michael |
| **Subject:** | FW: Pressure rises on tax-trading strategies |

FYI


John H. van Merkensteijn, III
Managing Director
Argre Management LLC
60 Riverside Boulevard
Suite 2101
New York, N.Y. 10069
Phone (212) 769 4055
jhvm@argremgt.com



On 1/14/15, 10:36 AM, "Richard Markowitz" <rmarkowitz@argremgt.com> wrote:

>In today's WSJ.   Try to copy the link into your browser.
>
>Pressure rises on tax-trading strategies
>
>http://on.wsj.com/1DFmJqk
>
>
>
>
>Richard Markowitz
>Managing Director
>Argre Management LLC
>1345 Avenue of the Americas
>27th Floor
>New York, NY 10105
>
>Rmarkowitz@Argremgt.com
>Mobile:  (917) 848-5675
>Office:   (212) 231-3923

CONFIDENTIAL

WH_MDL_00246930