**To:** Wells, Peter[Peter.Wells@kayescholer.com]; Veillette, Rebecca[Rebecca.Veillette@kayescholer.com]; Gregory, Amy[Amy.Gregory@kayescholer.com]
**From:** Sockett, Nicole
**Sent:** Thur 7/24/2014 8:10:02 PM
**Subject:** Fw: New Bank Accounts

Crucible.pdf
Limelight.pdf
Plumrose.pdf
Roadcraft.pdf
True Wind.pdf

Sent from my BlackBerry 10 smartphone.

**From:** Michael.Freed@wellsfargo.com
**Sent:** Thursday, July 24, 2014 6:51 PM
**To:** Sockett, Nicole
**Subject:** RE: New Bank Accounts

Nicole,

Attached is the documentation for Mr. Altbach's trust account. Please have them signed where indicated on each of the Authorization for Information, and Business Account Application, and return them to me by email. They do not need to be notarized.

The final pages in each set are the customized summary, and that explains the requirements to waive the fees on the accounts.

The accounts are open and ready for deposit. Please deposit at least $100 into each account to get them activated; you will want to bring the savings to at least $500 to avoid fees. You can access your accounts at any Wells Fargo location.

If you are wiring money into your accounts, the Wire Routing Transit Number (RTN/ABA) is 121000248. For a direct deposit (ACH), use the routing number 321270742. The account numbers are listed on the first page of the Business Account Application

Please contact me if you have any questions.

Michael

**From:** Sockett, Nicole [mailto:Nicole.Sockett@kayescholer.com]
**Sent:** Wednesday, July 23, 2014 10:17 AM
**To:** Freed, Michael
**Cc:** Gregory, Amy; Wells, Peter; Veillette, Rebecca
**Subject:** New Bank Accounts

Hello Michael,

Attached are the certifications of trust for True Wind Investments, Crucible Ventures, Limelight Global Productions, Plumrose Industries and Roadcraft Technologies. Please establish new bank accounts for each plan. The responsible person is Ronald Altbach. His DOB is ███████ his S.S. is ███████ and his telephone number is ███████. His passport and driver's license are also attached.

Thanks!

Nicole Sockett
Summer Litigation Project Assistant
Kaye Scholer LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.7431 | F: +1 212.836.8689
nicole.sockett@kayescholer.com | www.kayescholer.com

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00404364