# Electronic Articles of Incorporation For

P15000042929
FILED
May 12, 2015
Sec. Of State
vherring

INDIA ATLANTIC, INC

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

INDIA ATLANTIC, INC

## Article II

The principal place of business address:

13621 DEERING BAY DR
PH1202
CORAL GABLES, FL.   33158

The mailing address of the corporation is:

13621 DEERING BAY DR
PH1202
CORAL GABLES, FL.   33158

## Article III

The purpose for which this corporation is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:

100

## Article V

The name and Florida street address of the registered agent is:

DOSTON  BRADLEY JR
13621 DEERING BAY DR
PH1202
CORAL GABLES, FL.   33158

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   DOSTON BRADLEY JR

P15000042929
FILED
May 12, 2015
Sec. Of State
vherring

# Article VI

The name and address of the incorporator is:

ELLIOTT R ALWAIS CPA
250 WEST 57TH
2415
NEW YORK, NY 10107

Electronic Signature of Incorporator:   ELLIOTT R ALWAIS CPA

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

# Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  P
DOSTON  BRADLEY JR
13621 DEERING BAY DR #PH1202
CORAL GABLES, FL.  33158

# Article VIII

The effective date for this corporation shall be:

05/12/2015