Case 1:18-md-02865-LAK    Document 835-128    Filed 06/27/22    Page 1 of 4

# Electronic Articles of Incorporation
## For

FIRST ALTON INC.

P15000013717
FILED
February 10, 2015
Sec. Of State
nhaney

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
  FIRST ALTON INC.

## Article II
The principal place of business address:
  450 ALTON ROAD
  #1603
  MIAMI BEACH, FL. US  33139

The mailing address of the corporation is:
  450 ALTON ROAD
   #1603
  MIAMI BEACH, FL. US  33139

## Article III
The purpose for which this corporation is organized is:
  ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
  200

## Article V
The name and Florida street address of the registered agent is:
  ROGER  LEHMAN
  450 ALTON ROAD
  #1603
  MIAMI BEACH, FL.   33139

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   ROGER LEHMAN

P15000013717
FILED
February 10, 2015
Sec. Of State
nhaney

## Article VI

The name and address of the incorporator is:

ROGER LEHMAN
450 ALTON ROAD
#1603
MIAMI BEACH, FL 33139

Electronic Signature of Incorporator:   ROGER LEHMAN

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  P
ROGER  LEHMAN
450 ALTON ROAD #1603
MIAMI BEACH, FL.   33139 US



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Officer/Registered Agent Name

Florida Profit Corporation
FIRST ALTON INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P15000013717 |
| **FEI/EIN Number** | 47-3169087 |
| **Date Filed** | 02/10/2015 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 10/26/2017 |
| **Event Effective Date** | NONE |

**Principal Address**

200 BISCAYNE BLVD
SUITE 4308
MIAMI, FL 33131

Changed: 02/18/2017

**Mailing Address**

200 BISCAYNE BLVD
SUITE 4308
MIAMI, FL 33131

Changed: 02/18/2017

**Registered Agent Name & Address**

LEHMAN, ROGER
200 BISCAYNE BLVD
SUITE 4308
MIAMI, FL 33131

Address Changed: 02/18/2017

**Officer/Director Detail**

**Name & Address**

Title P

LEHMAN, ROGER
200 BISCAYNE BLVD

SUITE 4308
MIAMI, FL 33131

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2016 | 03/02/2016 |
| 2017 | 02/18/2017 |

**Document Images**

02/18/2017 -- ANNUAL REPORT     View image in PDF format
03/02/2016 -- ANNUAL REPORT     View image in PDF format
02/10/2015 -- Domestic Profit     View image in PDF format

Florida Department of State, Division of Corporations