LBKG 2017-09-26 nr 1140

Lov om finansiel virksomhed på engelsk

**72.**

(1) A financial undertaking which is a securities dealer shall fulfil the requirements of section 71(1), and take the precautions necessary to ensure cohesion and regularity in its activities as a securities dealer and apply the resources, systems and procedures appropriate for this.

(2) A financial undertaking which is a securities dealer shall

(i) have appropriate rules and procedures for transactions with the instruments mentioned in Annex 5 which cover the management, employees and tied agents of the undertaking,

(ii) have effective procedures in place with a view to implementing reasonable measures to prevent conflicts of interest which could damage the interests of clients,

(iii) secure the property rights of clients in their funds and the instruments mentioned in Annex 5,

(iv) protect the rights of clients and shall not, without express consent, act with their funds and instruments, and

(v) keep and store complete lists of all services and transactions carried out for no less than five years after the service was performed or the transaction was completed.

(3) A financial undertaking which is a securities dealer may keep clients' instruments, cf. Annex 5, in the same omnibus account or safekeep if the financial undertaking has informed the individual client about the legal consequences hereof and said client has consented to this. The Danish FSA may, in exceptional cases, authorise that instruments owned by a financial undertaking and instruments owned by its clients are kept in the same omnibus account or safekeep. A financial undertaking shall keep a register designating clearly the individual client's ownership of the registered instruments. The Danish FSA may deprive a financial undertaking which is a securities dealer of the right to keep an omnibus account or safekeep.

(4) Subsection (2)(i), (ii) and (v) shall apply correspondingly to banks and investment services companies selling, advising on or dealing in structured deposits as agents.

(5) Subsection (2)(ii)-(iv) shall apply correspondingly to Danmarks Nationalbank (Denmark's central bank) and the Danish Agency for Governmental Administration with the necessary adaptations

(6) The Danish FSA may lay down more detailed provisions on the conditions mentioned in subsections (1)-(3).

(7) In the event of the bankruptcy, suspension of payments or similar of a financial undertaking, the individual client may, on the basis of the register stated in subsection (3), 3rd clause, withdraw its instruments from an omnibus account or safekeep, if there is no dispute about the right of ownership of said client beforehand.

**LBKG 2012-06-25 nr 705**

**Finansiel virksomhed, lov**

**§ 72**

Som senest ændret ved: L 2010 718 § 23 stk. 1 nr. 1

**I kraft: 2011-07-01**

En finansiel virksomhed, der har tilladelse til at drive virksomhed som værdipapirhandler, skal opfylde kravene i § 71, stk. 1, og træffe de nødvendige forholdsregler for at sikre sammenhæng og regelmæssighed i sin virksomhed som værdipapirhandler og anvende ressourcer, systemer og procedurer, der er hensigtsmæssige hertil.

*Stk. 2.* En finansiel virksomhed, der har tilladelse til at drive virksomhed som værdipapirhandler, skal
1) have passende regler og procedurer for transaktioner med de i bilag 5 nævnte instrumenter, som omfatter virksomhedens ledelse og ansatte,
2) kunne påvise interessekonflikter, som kan skade kundernes interesser, både mellem værdipapirhandlerens kunder indbyrdes og mellem kunderne og værdipapirhandleren og begrænse disse interessekonflikter mest muligt, samt, hvor der er risiko for, at kundernes interesse skades, i det konkrete tilfælde informere kunden om interessekonflikternes generelle indhold, inden der indgås aftale med kunden,
3) sikre kundernes ejendomsret til deres midler og de i bilag 5 nævnte instrumenter,
4) beskytte kundernes rettigheder og må ikke uden udtrykkeligt samtykke disponere over deres midler og instrumenter og
5) føre og opbevare fyldestgørende lister over alle udførte tjenesteydelser og transaktioner i mindst 5 år efter, at tjenesteydelsen er udført, henholdsvis transaktionen er gennemført.

*Stk. 3.* En finansiel virksomhed, der har tilladelse til at drive virksomhed som værdipapirhandler, kan opbevare kunders instrumenter, jf. bilag 5, i samme depot (samledepot), hvis den finansielle virksomhed har informeret den enkelte kunde om retsvirkningerne heraf og kunden har givet samtykke hertil. Finanstilsynet kan i særlige tilfælde give tilladelse til, at kunders og en finansiel virksomheds egne instrumenter opbevares i samme depot. En finansiel virksomhed skal føre et register, hvoraf de enkelte kunders ejerforhold til de registrerede instrumenter klart fremgår. Finanstilsynet kan fratage en finansiel virksomhed, der har tilladelse til at drive virksomhed som værdipapirhandler, retten til at føre et samledepot.

*Stk. 4.* Stk. 2, nr. 2-4, finder tilsvarende anvendelse på Danmarks Nationalbank og Økonomistyrelsen med de fornødne tilpasninger.

*Stk. 5.* Finanstilsynet kan fastsætte nærmere regler om de i stk. 1-3 nævnte forhold.

*Stk. 6.* I tilfælde af en finansiel virksomheds konkurs, rekonstruktionsbehandling eller lign. kan den enkelte kunde på grundlag af det i stk. 3, 3. pkt., anførte register udtage sine instrumenter af et samledepot, hvis der ikke forinden er tvist om kundens ejendomsret.