CERTIFIED TRANSLATION

# Extract from "Ejendomsretten 1" (Proprietary Right 1)

Edition: 4
Published by: Djøf Forlag
Year of publication: 1999
ISBN: 978-87-574-5212-9
Authors: Michael Elmer & Lise Skovby

Page 13

## 1.2 The absolute proprietary right and the limited rights

There are certain concepts that are practical to explain before giving a presentation of the property law problems. The term *Proprietary Right* (or: the absolute proprietary right) is not only used as a term for a subject, but also as a designation for a type of right which is characterized by its holder being entitled to dispose in any respect where not by law or private declaration of intent, special restrictions have been set for this. The scope of this right is residually determined, i.e. that the detailed content of the right, on the one hand, does not need any positive description, and on the other hand, that the holder of the right again gets the right to dispose of the matter in question if a limited right over the object ceases. Unlike property rights, the limited rights only give access to dispose of the object in specific respects. Of limited rights the following brief must be mentioned: The right of use is a right that authorizes its holder access to an ordinary (general) actual possession of an object that belongs to another. A right of use is e.g., an agreement on renting a house or living space or on renting a car or a television. In contrast to the right of use is the easement, which is a right which authorizes its holder access to, in specified special respects, actually dispose of someone else's property. An example of an easement is a right to dig gravel on someone else's property (an appropriation easement), a right to travel on a particular road over foreign real estate (a disposal easement) or a right to demand that no residential buildings above a certain height be erected on a property (a condition easement).

A *basic burden* is a duty of the owner or user of a property at any given time to perform a certain payment. A lien is a right of claim that authorizes the creditor particularly excellent methods of satisfaction and to greater or lesser extent limits the debtors' control of the lien. Related to the lien is the type of right, which is traditionally referred to as the lien, but which differs from the lien, among other things with regard to the detailed content of the access to satisfaction and limitation of availability.

# Uddrag fra "Ejendomsretten 1"

Udgave: 4
Udgivet af: Djøf Forlag
Udgivet år: 1999
ISBN: 978-87-574-5212-9
Forfattere: Michael Elmer & Lise Skovby

Side 13

## 1.2 Den fuldstændige ejendomsret og de begrænsede rettigheder

Der er visse begreber, som det er praktisk at gøre rede for, inden der gives en fremstilling af de ejendomsretlige problemer. Udtrykket ejendomsretten (eller: den fuldstændige ejendomsret) bruges ikke kun som betegnelse for et fag, men tillige som betegnelse for en rettighedstype, der er karakteriseret ved, at dens indehaver er berettiget til at råde til enhver henseende, hvor der ikke ved lovgivning eller privat viljeserklæring er fastsat særlige begrænsninger herfor. Denne rettigheds omfang er residuelt bestemt, d.v.s. at rettighedens nærmere indhold på den ene side ikke behøver nogen positiv beskrivelse, og på den anden side, at rettighedens indehaver igen får ret til at råde i den pågældende henseende, hvis en begrænset ret over genstanden ophører. I modsætning til ejendomsretten giver de begrænsede rettigheder kun adgang til at råde over genstanden i nærmere fastlagte henseender. Af begrænsede rettigheder skal følgende kort omtales: Brugsretten er en ret, som hjemler sin indehaver adgang til en almindelig (generel) faktisk råden over en genstand, som tilhører 'en anden. En brugsret er f.eks. en aftale om leje af hus eller husrum eller om leje af en bil eller et fjernsyn. I modsætning til brugsretten står servitutten, der er en ret, som hjemler sin indehaver adgang til i nærmere fastsatte specielle henseender at råde faktisk over en andens ejendom.

Som eksempel på en servitut kan nævnes en ret til at grave grus på en andens ejendom (en tilegnelsesservitut), en ret til at færdes ad en bestemt vej over fremmed fast ejendom (en rådighedsservitut) eller en ret til at kræve, at der på en ejendom ikke opføres beboelsesbygninger over en vis højde (en tilstandsservitut).

En grundbyrde er en pligt for den til enhver tid værende ejer eller bruger af en ejendom til at præstere en vis ydelse. En panteret er en fordringsret, der hjemler kreditor særlig fortrinlige fyldestgørelsesmåder og i større eller mindre omfang begrænser debitors råden over det pantsatte. Beslægtet med panteretten er den rettighedstype, som traditionelt betegnes som tilbageholdsretten, men som adskiller sig fra panteretten bl.a. med hensyn til det nærmere indhold af fyldestgørelsesadgangen og rådighedsbegrænsningen.

I, the undersigned, Michael Levinsen, certify that I am fluent in both the English and Danish languages and that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of the attached extract from the Danish textbook Ejendomsretten 1, ISBN 978-87-574-5212-9 in the Danish language.

Copenhagen, 31 May 2022

*[signature]*

Michael Levinsen

Assistant Attorney, LLM