CERTIFIED TRANSLATION

Extract from "Formuerettigheder: indhold, beskyttelse og overdragelse" (*Proprietary rights: content, protection and transfer*)

Edition: 4
Published by: DJØF-forlag
Year of publication: 1972
Author: W.E. von Eyben

**Page 25**

If the later rights lapse, the previous ones are extended correspondingly. A kind of elasticity series is thus created. However, this has also been noted in the past, but has not been considered decisive as the limited rights can only be extended within certain limits, cf. Torp. 127 note 10 cf. 448-49. The meaning hereof must be that, both in theoretical representations and in specific legal matters, special attention must be paid to delimiting the scope and extent of an easement, a right of use or a mortgage. A specific individual wording is required. The starting point must be what can be developed about the content of such rights, supplemented by elements from the specific agreement in order to determine the content accurately. This is quite obvious when it comes to an "easement" or a "mortgage" as these terms leave the interpreter completely in the dark: what exactly is the easement about? How big is the mortgage amount and what is the priority position? The same applies to "a right of use" albeit to a lesser extent as the right of use authorizes a general right to dispose. Nevertheless, tenancy legislation and rental agreements as they actually appear in practical legal life show that it is necessary to determine, in a number of details, which right the user has towards the owner.

The situation is different with full ownership. In relation to the limited rights deriving from the right of ownership, this holds the powers which are not left to the holders of the limited rights. Therefore, no specific presentation of the limits of the full ownership is required in this respect, as reference can be made to what is being developed on the various limited rights. The negative provision of full ownership as a right which extends in so far as no limited rights have been granted is therefore necessary and sufficient in

the interrelationships between the various stakeholders groups. However, this also has an external significance. Anyone having a proprietary right, be it a full or a limited right, can in any case only transfer powers to others to the extent that he is entitled according to the interrelationship. Of course, the mortgagee can only transfer his mortgage, the user and the easement beneficiary can only – if they can transfer their right at all – transfer the right granted to them in relation to the absolute owner.

# Uddrag fra "Formuerettigheder: indhold, beskyttelse og overdragelse "

Udgave: 4
Udgivet af: DJØF-forlag
År: 1972
Forfatter: W.E. von Eyben

**Side 25**

Bortfalder de senere rettigheder, udvides de foregående tilsvarende. Der fremkommer herved en slags elasticitetsrække. Dette har man imidlertid også tidligere været opmærksom på, men man har blot ikke anset det for afgørende, da de begrænsede rettigheder kun kan udvides inden for bestemte grænser, jfr Torp. 127 note 10, jfr 448-49. Meningen hermed må være den, at der såvel i teoretiske fremstillinger som i konkrete retsforhold må ofres særlig opmærksomhed på at afgrænse en servituts, en brugsrets eller en panterets omfang og udstrækning. Der kræves en konkret, individuel udformning. Man må tage udgangspunktet i, hvad der kan udvikles om sådanne rettigheders indhold, og supplere med momenter fra den konkrete aftale for dermed nøjagtigt at kunne fastlægge indholdet. Dette er helt selvfølgeligt, når talen er om en »servitut« eller en »panteret«, da disse udtryk lader fortolkeren helt i stikken: Hvad går servitutten nærmere ud på? Hvor stor er pantesummen, og hvordan er prioritetsstillingen? Det samme gælder også om »en brugsret«, omend i mindre grad, da brugsretten hjemler en almindelig råden. Alligevel viser lejelovgivningen og lejekontrakterne, som de faktisk ser ud i det praktiske retsliv, at det er nødvendigt at fastlægge i en række enkeltheder, hvilken ret brugeren har over for ejeren.

Anderledes forholder det sig med den fuldstændige ejendomsret. I forhold til de begrænsede rettigheder, der afledes af ejendomsretten, rummer denne de beføjelser, som ikke er overladt til indehavere af de begrænsede rettigheder. Derfor kræves der ikke nogen særlig fremstilling af den fuldstændige ejendomsrets grænser i denne henseende, idet der herom kan henvises til, hvad der udvikles om de forskellige begrænsede rettigheder. Den negative bestemmelse af den fuldstændige ejendomsret som en ret, der strækker sig, såvidt der ikke er indrømmet begrænsede rettigheder, er altså nødvendig og tilstrækkelig i de indbyrdes forhold mellem de forskellige interessentgrupper. Dette får imidlertid også betydning udadtil. Enhver, der har en ret over en ejendom, være sig en fuldstændig eller en begrænset ret, kan i hvert fald kun

overføre beføjelser til andre i det omfang, hvori han er berettiget ifølge det indbyrdes forhold. Panthaveren kan naturligvis kun overføre sin panteret, brugeren og servitutberettigede kan kun - hvis de overhovedet kan overføre deres ret - overføre den ret, som er indrømmet dem i forhold til den fuldstændige ejer.

I, the undersigned, Rebecca Mathilde Gobert, certify that I am fluent in both the English and Danish languages and that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of the attached extract from the Danish textbook Formuerettigheder: indhold, beskyttelse og overdragelse by W.E. von Eyben in the Danish language.

Copenhagen, 3 June 2022

Rebecca Mathilde Gobert
Assistant Attorney, LLM