

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Danish into English of the attached The Danish Sales of Goods Act (LBKG 2021 1853), Section 59. I further certify that I am fluent in both Danish and English, and qualified to translate from Danish to English. My qualifications include 14 years of experience as a freelance translator as well as 4 years of experience as an in-house translator and editor.

Anna-Rebecca Hutt, Contract Attorney
Licensed in DC and Texas only

On the 6 day of June in the year 2022, before me, the undersigned notary public, personally appeared Anna-Rebecca Hutt,  personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____ Notary Public

The Danish Sales of Goods Act (LBKG 2021 1853)                    Effective: 2022-01-01

### Regarding defective title

**§ 59. If it is stated that the object for sale belonged to someone other than the seller at the conclusion of the purchase, the buyer may, even if the seller had an excusable error about his right of possession, claim damages from him. However, this does not apply if the buyer at the time of purchase was not in good faith.**

Copyright © 2022 Karnov Group Denmark A/S

## Om vanhjemmel

**§ 59.** Oplyses det at salgsgenstanden ved købets afslutning tilhørte en anden end sælgeren, kan køberen, selv om sælgeren var i en undskyldelig vildfarelse om sin adkomst, kræve skadeserstatning hos denne. Dette gælder dog ikke, hvis køberen ved købets afslutning ikke var i god tro.

Copyright © 2022 Karnov Group Denmark A/S