

**SYSTEMVEJLEDNING**

Der informeres endvidere om den nødlidende betaling/tilbagekaldelse af betaling via et eller flere af de medier, der indgår i AbonnementService.

**På ex-kupondagen**

Foretages renteberegning og:
- der dannes provenu på de konti, hvor der er beholdning i handelsproduktet. Provenuet dannes med status 22, hvilket betyder, at renten er tilbagekaldt
- der sendes info "TI20105v Provenuoplysninger" om det beregnede provenu til KI, ligeledes markeret med status 22
- der sendes info "TI20137v Total beregnet rente pr. handelsprodukt" om det tilbagekaldte provenu til UD

**På betalingsformidlingsdagen**

Foretages følgende:
- i stedet for den tilbagekaldte rente dannes der fondsaktiver på beholdningen der lå til grund for rentekravet
- der sendes info "TI20203v Status på beholdning – tilbagekaldelse af clearing" om de oprettede fondsaktiver til KI
- der sendes kundemeddelelser til kontohavere og evt. rettighedshavere om de oprettede fondsaktiver

**På dispositionsdagen**

Hvis renten er i udenlandsk valuta, foretages der af hensyn til skatte-indberetningen en omregning til danske kroner.

Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager **ikke** i pengekontrollen.

**Eksempel 1**

Proceduren for nødlidende rentebetaling før dannelse af likviditet og før ex-kupondagen:

| AKTIVITET | | HVAD DANNES |
|---|---|---|
| | ‖ | |
| NØDLIDENDE BETALING | ----- | Advisering til kontohaver/rettighedshaver ved 1. tilbagekaldelse af provenu i et handelsprodukt |
| | ‖ | Information via AbonnementService |
| | ‖ | |
| | ----- | EX-KUPONDAG OG DANNELSE AF LIKVIDITETSOVERSIGT |
| | ‖ | |
| RENTEBEREGNING | **1** | TI20105v - Provenuoplysninger (med status 22) til KI |
| | ‖ | TI20137v - Total beregnet rente pr. handelsprodukt (UD) |
| | ‖ | |
| DAN LIKVIDITET | **2** | Køres ikke |
| | ‖ | |
| | ----- | 5. DAGE EFTER EX-KUPONDAG |
| | ‖ | |
| FORELØBIGT RENTEADVIS | **9** | Køres ikke |
| | ‖ | |
| | ----- | BETALINGSFORMIDLINGSKØRSEL |
| | ‖ | |
| DAN BETALINGS-FORMIDLING | **3** | Betalingsformidlingen køres ikke |
| | ‖ | |
| | ‖ | |
| ENDELIGT RENTEADVIS | **18** | Køres ikke |
| | ‖ | |
| DAN AKTIVER I | **5** | TI20203v - Status på beholdning - tilbagekaldelse af clearing (KI) |

 **SYSTEMVEJLEDNING**

| FORBINDELSE MED TILBAGEKALDELSE | ‖ | - Kundemeddelelser sendes til kontohaver/ rettighedshaver |
|---|---|---|
| | ‖ | |
| | ---- | FORFALDSDAG/DISPOSITIONSDAG |
| | ‖ | |
| PENGEKONTROL | ***** | Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager ikke i pengekontrollen |
| | ‖ | |
| OMREGNING AF PROVENU TIL BASISVALUTA | **4** | Omregning til DKK, hvis renten er i udenlandsk valuta |
| | ‖ | |

**NB** Tallet på tidslinien mellem stjernerne henviser til værdisættet for BEHANDLING-AF-PROVENU (se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

## 2. Procedure for nødlidende rentebetaling efter dannelse af likviditet og før ex-kupondagen

**Hvad sker hvornår:**

**På tidspunktet hvor den nødlidende betaling konstateres**
Første gang der er en nødlidende betaling/tilbagekaldelse af en rente i et handelsprodukt, adviserer VP kontohavere og evt. rettighedshavere med det samme.

Ved efterfølgende nødlidende betalinger i samme handelsprodukt foretages ingen advisering.

Der informeres endvidere om den nødlidende betaling/tilbagekaldelse af betaling via et eller flere af de medier, der indgår i AbonnementService.

For at korrigere de tidligere udsendte likviditetsoplysninger for den tilbagekaldte rente sendes infoerne:

| TI20177v | Fragang i likviditet (PK) |
|---|---|
| TI20168v | Fragang i likviditet på en debetrentekonto (PK) |
| TI20182v | Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe (UD) |

**På ex-kupondagen**
Foretages renteberegning og:
- der dannes provenu på de konti, hvor der er beholdning i handelsproduktet. Provenuet dannes med status 22, hvilket betyder, at renten er tilbagekaldt
- der sendes info "TI20105v Provenuoplysninger" om det beregnede provenu til KI, ligeledes markeret med status 22
- der sendes info "TI20137v Totalberegnet rente pr. handelsprodukt" om det tilbagekaldte provenu til UD

**På betalingsformidlingsdagen**
Foretages følgende:
- i stedet for den tilbagekaldte rente dannes der fondsaktiver på beholdningen der lå til grund for rentekravet
- der sendes info TI202031 om de oprettede fondsaktiver til KI
- der sendes kundemeddelelser til kontohavere og evt. rettighedshavere om de oprettede fondsaktiver



**SYSTEMVEJLEDNING**

---

**På dispositionsdagen**
Hvis renten er i udenlandsk valuta, foretages der af hensyn til skatte-indberetningen en omregning til danske kroner.
Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager **ikke** i pengekontrollen.

**Eksempel 2**
Proceduren for nødlidende rentebetaling efter dannelse af likviditet og før ex-kupondagen:

| AKTIVITET | | HVAD DANNES |
|---|---|---|
| | ‖ | |
| | ‖ | **DANNELSE AF LIKVIDITETSOVERSIGT** |
| | ‖ | |
| **DAN LIKVIDITET** | \*\*2\*\* | Likviditet dannes |
| | ‖ | |
| **NØDLIDENDE BETALING** | ----- | Advisering til kontohaver/rettighedshaver ved 1. tilbagekaldelse af provenu i et handelsprodukt |
| | ‖ | Information via AbonnementService |
| | ‖ | |
| **TILBAGEFØRSEL AF** | \*\*14\*\* | TI20177v - Fragang i likviditet (PK) |
| **LIKVIDITET** | ‖ | TI20168v - Fragang i likviditet på en debetrentekonto (PK) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | TI20209v - Tilbagekaldelse af provenuoplysninger (med status 22) til KI |
| | ‖ | |
| | ----- | **EX-KUPONDAG** |
| | ‖ | |
| **RENTEBEREGNING** | \*\*1\*\* | TI20105v - Provenuoplysninger (med status 22) sendes til KI |
| | ‖ | TI20137v - Total beregnet rente pr. handelsprodukt (UD) |
| | ‖ | |
| | ----- | **BETALINGSFORMIDLINGSKØRSEL** |
| | ‖ | |
| **DAN BETALINGS-** | \*\*3\*\* | Betalingsformidlingen køres ikke |
| **FORMIDLING** | ‖ | |
| | ‖ | |
| **ENDELIGT RENTEADVIS** | \*\*18\*\* | Køres ikke |
| | ‖ | |
| **DAN AKTIVER I** | \*\*5\*\* | TI20203v - Status på beholdning - tilbagekaldelse af clearing (KI) |
| **FORBINDELSE MED** | ‖ | Kundemeddelelser sendes til kontohaver / rettighedshaver |
| **TILBAGEKALDELSE** | ‖ | |
| | ---- | **FORFALDSDAG/DISPOSITIONSDAG** |
| | ‖ | |
| **PENGEKONTROL** | \*\*\*\*\* | Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager ikke i pengekontrollen |
| | ‖ | |
| **OMREGNING AF** | \*\*4\*\* | Omregning til DKK, hvis renten er i udenlandsk valuta |
| **PROVENU TIL** | ‖ | |
| **BASISVALUTA** | | |
| | ‖ | |

**NB** Tallet på tidslinien mellem stjernerne henviser til værdisættet for BEHANDLING-AF-PROVENU (se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

 **SYSTEMVEJLEDNING**

## 3. Procedure for nødlidende rentebetaling efter ex-kupondagen

Hvad sker hvornår:

**På tidspunktet hvor den nødlidende betaling konstateres**
Første gang der er en nødlidende betaling/tilbagekaldelse af en rente i et handelsprodukt, adviserer VP kontohavere og evt. rettighedshavere med det samme.

Ved efterfølgende nødlidende betalinger i samme handelsprodukt foretages ingen advisering.

Der informeres endvidere om den nødlidende betaling/tilbagekaldelse af betaling via et eller flere af de medier, der indgår i AbonnementService.

For at korrigere de tidligere udsendte likviditetsoplysninger for den tilbagekaldte rente sendes infoerne:

| TI20177v | Fragang i likviditet (PK) |
|---|---|
| TI20168v | Fragang i likviditet på en debetrentekonto (PK) |
| TI20182v | Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe (UD) |

De på ex-kupondagen dannede provenu opdateres med status 22, hvilket betyder, at renten er tilbagekaldt:

- info "TI20209v Tilbagekaldelse af provenuoplysninger" sendes til KI markeret med status 22 (kopi af TI201051)

### På betalingsformidlingsdagen
Foretages følgende:

- i stedet for den tilbagekaldte rente dannes der fondsaktiver på beholdningen der lå til grund for rentekravet
- der sendes info "TI20203v Status på beholdning – tilbagekaldelse af clearing" om de oprettede fondsaktiver til KI
- der sendes kundemeddelelser til kontohavere og evt. rettighedshavere om de oprettede fondsaktiver

### På dispositionsdagen
Hvis renten er i udenlandsk valuta, foretages der af hensyn til skatte-indberetningen en omregning til danske kroner.

Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager **ikke** i pengekontrollen.

### Eksempel 3
Proceduren for nødlidende rentebetaling efter ex-kupondagen:

| AKTIVITET | | HVAD DANNES |
|---|---|---|
| | ‖ | |
| | ----- | EX-KUPONDAG OG DANNELSE AF LIKVIDITETSOVERSIGT |
| | ‖ | |
| RENTEBEREGNING | **1** | TI20105v - Provenuoplysninger (med status 2) til KI |
| | ‖ | TI20137v - Total beregnet rente pr. handelsprodukt (UD) |
| | ‖ | |
| DAN LIKVIDITET | **2** | Likviditet dannes |
| | ‖ | |
| NØDLIDENDE BETALING | ----- | Advisering til kontohaver/rettighedshaver ved 1. tilbagekaldelse af provenu i et handelsprodukt |
| | ‖ | Information via AbonnementService |



**SYSTEMVEJLEDNING**

| | | |
|---|---|---|
| | ‖ | |
| TILBAGEFØRSEL AF LIKVIDITET | **14** | TI20177v - Fragang i likviditet (PK) |
| | ‖ | TI20168v - Fragang i likviditet på en debetrentekonto (PK) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | TI20209v - Tilbagekaldelse af provenuoplysninger (med status 22) til KI |
| | ‖ | |
| | ----- | **5. DAGE EFTER EX-KUPONDAG** |
| | ‖ | |
| FORELØBIGT RENTEADVIS | **9** | Køres ikke |
| | ‖ | |
| | ----- | **BETALINGSFORMIDLINGSKØRSEL** |
| | ‖ | |
| DAN BETALINGS-FORMIDLING | **3** | Betalingsformidlingen køres ikke |
| | ‖ | |
| ENDELIGT RENTEADVIS | **18** | Køres ikke |
| | ‖ | |
| DAN AKTIVER I FORBINDELSE MED TILBAGEKALDELSE | **5** | Fondsaktiver dannes i stedet for rente |
| | ‖ | TI20203v - Status på beholdning - tilbagekaldelse af clearing (KI) |
| | ‖ | Kundemeddelelser sendes til kontohaver / rettighedshaver |
| | ‖ | |
| | ---- | **FORFALDSDAG/DISPOSITIONSDAG** |
| | ‖ | |
| PENGEKONTROL | ***** | Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager ikke i pengekontrollen |
| | ‖ | |
| OMREGNING AF PROVENUTIL BASISVALUTA | **4** | Omregning til DKK, hvis renten er i udenlandsk valuta |

NB Tallet på tidslinien mellem stjernerne henviser til værdisættet for BEHANDLING-AF-PROVENU (se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

## 4. Procedure for tilbagekaldelse af rente efter dannelse af betalingsformidling

Hvad sker hvornår:

**På tidspunktet hvor tilbagekaldelsen konstateres**
Første gang der er en nødlidende betaling/tilbagekaldelse af en rente i et handelsprodukt, adviserer VP kontohavere og evt. rettighedshavere med det samme.

Ved efterfølgende nødlidende betalinger i samme handelsprodukt foretages ingen advisering.

Der informeres endvidere om den nødlidende betaling/tilbagekaldelse af betaling via et eller flere af de medier, der indgår i AbonnementService.

For at tilbageføre de på betalingsformidlingsdagen dannede bogføringsposter på den tilbagekaldte rente sendes infoerne:

TI20205v     Tilbagekaldelse af posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt (kopi af TI20138v)



**SYSTEMVEJLEDNING**

TI20206v     Tilbagekaldelse af posteringsgrundlag pr. debetkonto (kopi af TI20197v)
TI20207v     Tilbagekaldelse af posteringsgrundlag pr. afkast/af regningskonto (kopi af TI20198v)
TI20208v     Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (kopi af TI20106v)

For at korrigere de tidligere udsendte likviditetsoplysninger for den tilbagekaldte rente sendes infoerne:

TI20177v     Fragang i likviditet (PK)
TI20168v     Fragang i likviditet på en debetrentekonto (PK)
TI20182v     Nettopåvirkning i likviditet pr. dispositionsdag (PK)
TI20136v     Pengetræk pr. debetkonto i en kontogruppe (UD)

De på ex-kupondagen dannede provenu opdateres med status 22, hvilket betyder, at renten er tilbagekaldt:
- info "TI20209v Tilbagekaldelse af provenuoplysninger" sendes til KI markeret med status 22 (kopi af TI201051)

I stedet for den tilbagekaldte rente dannes der fondsaktiver på beholdningen der lå til grund for rentekravet:
- der sendes info "TI20203v Status på beholdning – tilbagekaldelse af clearing" om de oprettede fondsaktiver til KI
- der sendes kundemeddelelser til kontohavere og evt. rettighedshavere om de oprettede fondsaktiver

**På dispositionsdagen**
Hvis renten er i udenlandsk valuta, foretages der af hensyn til skatte-indberetningen en omregning til danske kroner.

Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager **ikke** i pengekontrollen.
**Eksempel 4**
Proceduren for tilbagekaldelse af rente efter dannelse af betalingsformidling:

| AKTIVITET | | HVAD DANNES |
|---|---|---|
| | ‖ | |
| | ----- | **EX-KUPONDAG OG DANNELSE AF LIKVIDITETSOVERSIGT** |
| RENTEBEREGNING | **1** | TI20105v - Provenuoplysninger (med status 2) til KI |
| | ‖ | TI20137v - Total beregnet rente pr. handelsprodukt (UD) |
| | ‖ | |
| DAN LIKVIDITET | **2** | Likviditet dannes |
| | ‖ | |
| | ----- | **5. DAGE EFTER EX-KUPONDAG** |
| FORELØBIGT RENTEADVIS | **9** | Foreløbigt renteadvis dannes |
| | ‖ | |
| | ----- | **BETALINGSFORMIDLINGSKØRSEL** |
| DAN BETALINGS-FORMIDLING | **3** | Betalingsformidlingen køres og der dannes bogføringsposter |
| | ‖ | |
| | ‖ | |
| ENDELIGT RENTEADVIS | **18** | Endeligt renteadvis dannes |
| | ‖ | |
| TILBAGEKALDELSE | ----- | Advisering til kontohaver/rettighedshaver ved 1. tilbagekaldelse af provenu i et handelsprodukt. Information via AbonnementService |
| | ‖ | |
| TILBAGEFØRSEL AF BOGFØRINGSPOSTER | **15** | Bogføringsposter for den udsteder / de ISIN's der ikke er dækning for tilbageføres |



**SYSTEMVEJLEDNING**

| | | |
|---|---|---|
| | ‖ | TI20205v - Tilbagekaldelse af posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt. (PK) |
| | ‖ | TI20206v - Tilbagekaldelse af posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20207v - Tilbagekaldelse af posteringsgrundlag pr. afkast/ afregningskonto (PK) |
| | ‖ | TI20208v - Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (UD |
| | ‖ | |
| TILBAGEFØRSEL AF LIKVIDITET | **14** | TI20177v - Fragang i likviditet (PK) |
| | ‖ | TI20168v - Fragang i likviditet på en debetrentekonto (PK) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | TI20209v - Tilbagekaldelse af provenuoplysninger (med status 22) til KI |
| | ‖ | |
| DAN AKTIVER I FORBINDELSE MED TILBAGEKALDELSE | **5** | TI20203v - Status på beholdning - tilbagekaldelse af clearing (KI) |
| | ‖ | Kundemeddelelser sendes til kontohaver / rettighedshaver |
| | ---- | FORFALDSDAG/DISPOSITIONSDAG |
| PENGEKONTROL | ***** | Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager ikke i pengekontrollen |
| | ‖ | |
| OMREGNING AF PROVENU TIL BASISVALUTA | **4** | Omregning til DKK, hvis renten er i udenlandsk valuta |
| | ‖ | |

**NB** Tallet på tidslinien mellem stjernerne henviser til værdisættet for BEHANDLING-AF-PROVENU (se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

## 5. Procedure for tilbagekaldelse af rente i pengekontrol
Hvad sker hvornår:

**På tidspunktet hvor tilbagekaldelsen konstateres**
Første gang der er en nødlidende betaling/tilbagekaldelsen af en rente i et handelsprodukt, adviserer VP kontohavere og evt. rettighedshavere med det samme.

Ved efterfølgende nødlidende betalinger i samme handelsprodukt foretages ingen advisering.

Der informeres endvidere om den nødlidende betaling/tilbagekaldelse af betaling via et eller flere af de medier, der indgår i Abonnementservice.

For at tilbageføre de på betalingsformidlingsdagen dannede bogføringsposter på den tilbagekaldte rente sendes infoerne:

| | |
|---|---|
| TI20205v | Tilbagekaldelse af posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt (kopi af TI20138v) |
| TI20206v | Tilbagekaldelse af posteringsgrundlag pr. debetkonto (kopi af TI20197v) |
| TI20207v | Tilbagekaldelse af posteringsgrundlag pr. afkast/afregningskonto (kopi af TI20198v) |
| TI20208v | Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (kopi af TI20106v) |

 **SYSTEMVEJLEDNING**

For at korrigere de tidligere udsendte likviditetsoplysninger for den tilbagekaldte rente sendes infoerne:

TI20177v    Fragang i likviditet (PK)
TI20168v    Fragang i likviditet på en debetrentekonto (PK)
TI20182v    Nettopåvirkning i likviditet pr. dispositionsdag (PK)
TI20136v    Pengetræk pr. debetkonto i en kontogruppe (UD)

De på ex-kupondagen dannede provenu opdateres med status 22, hvilket betyder, at renten er tilbagekaldt:
- info "TI20209v Tilbagekaldelse af provenuoplysninger" sendes til KI markeret med status 22 (kopi af TI201051)

**På dispositionsdagen**
Der køres en fornyet pengekontrol hvor den udsteder / ISINs med manglende dækning for pengene ikke medtages.

I stedet for den tilbagekaldte rente dannes der fondsaktiver på beholdningen der lå til grund for rentekravet:
- der sendes info "TI20203v Status på beholdning – tilbagekaldelse af clearing" om de oprettede fondsaktiver til KI
- der sendes kundemeddelelser til kontohavere og evt. rettighedshavere om de oprettede fondsaktiver

Hvis renten er i udenlandsk valuta, foretages der af hensyn til skatte-indberetningen en omregning til danske kroner.

**Eksempel 5**
Proceduren for tilbagekaldelse af rente i pengekontrollen

| AKTIVITET | | HVAD DANNES |
|---|---|---|
| | ‖ | |
| | ‖ | EX-KUPONDAG OG DANNELSE AF LIKVIDITETSOVERSIGT |
| RENTEBEREGNING | **1** | TI20105v - Provenuoplysninger (med status 2) til KI |
| | ‖ | TI20137v - Total beregnet rente pr. handelsprodukt (UD) |
| | ‖ | |
| DAN LIKVIDITET | **2** | Likviditet dannes |
| | ‖ | |
| | ----- | 5. DAGE EFTER EX-KUPONDAG |
| | ‖ | |
| FORELØBIGT RENTEADVIS | **9** | Foreløbigt renteadvis dannes |
| | ‖ | |
| | ----- | BETALINGSFORMIDLINGSKØRSEL |
| | ‖ | |
| DAN BETALINGS-FORMIDLING | **3** | Betalingsformidlingen køres og bogføringsposter dannes |
| | ‖ | |
| | ‖ | |
| ENDELIGT RENTEADVIS | **18** | Endeligt renteadvis dannes |
| | ‖ | |
| | ----- | FORFALDSDAG/DISPOSITIONSDAG |
| | ‖ | |
| PENGEKONTROL | ***** | Pengekontrol køres - > overtræk |
| | ‖ | |



**SYSTEMVEJLEDNING**

| TILBAGEKALDELSE | ----- | Advisering til kontohaver/rettighedshaver ved 1. tilbagekaldelse af provenu i et handelsprodukt. |
|---|---|---|
| | ‖ | Information via AbonnementService |
| | ‖ | |
| TILBAGEFØRSEL AF BOGFØRINGSPOSTER | **15** | Bogføringsposter for den udsteder/ISINs, hvor der ikke er dækning tilbageføres |
| | ‖ | TI20205v - Tilbagekaldelse af posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt. (PK) |
| | ‖ | TI20206v - Tilbagekaldelse af posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20207v - Tilbagekaldelse af posteringsgrundlag pr. afkast/ afregningskonto (PK) |
| | ‖ | TI20208v - Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (UD) |
| | ‖ | |
| TILBAGEFØRSEL AF LIKVIDITET | **14** | TI20177v - Fragang i likviditet (PK) |
| | ‖ | TI20168v - Fragang i likviditet på en debetrentekonto (PK) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | TI20209v - Tilbagekaldelse af provenuoplysninger (med status 22) til KI |
| | ‖ | |
| PENGEKONTROL | ***** | (omkørsel) |
| | ‖ | Efter opløsning af overtræk køres pengekontrollen og betalingsformidlingsgrundlaget sendes til Danmarks Nationalbank eller Den Europæiske Centralbank (EUR). |
| | ‖ | |
| DAN AKTIVER I FORBINDELSE MED TILBAGEKALDELSE | **5** | TI20203v - Status på beholdning - tilbagekaldelse af clearing (KI) |
| | ‖ | Kundemeddelelser sendes til kontohaver / rettighedshaver |
| | ‖ | |
| OMREGNING AF PROVENU TIL BASISVALUTA | **4** | Omregning til DKK, hvis renten er i udenlandsk valuta |
| | ‖ | |

**NB** Tallet på tidslinien mellem stjernerne henviser til værdisættet for BEHANDLING-AF-PROVENU (se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

## 6. Procedure for håndtering af en situation, hvor primær betalingsstiller ikke kan eller vil stille dækning for en rentebetaling efter ex-kupondag

**På tidspunktet hvor primær betalingsstiller ikke kan eller vil stille dækning**
Indtil betalingsformidlingsgrundlaget dannes, har det udstedende institut mulighed for med virkning for rentebetalingen at ændre sammensætning af debetkonti.

Ændring af debetkonti foretages på sædvanlig vis. Ved ændring af debetkonti vil debitering af renten blive flyttet fra den "nødlidende" primære betalingsstiller til "ny" primær betalingsstiller, som kan/vil stille dækning, medmindre debiteringen fordeles mellem de primære betalingsstillere, der i forvejen er med i betalingsformidlingen af renten.



SYSTEMVEJLEDNING

Der sendes infoer om likviditetsændringen til de primære betalingsstillere, der er berørt af ændringen:

| | |
|---|---|
| TI20107v | Tilgang i likviditet på debetrentekonto (PK) |
| TI20168v | Fragang i likviditet på debetrentekonto (PK) |
| TI20123v | Ændring af kontogruppering (UD) |
| TI20182v | Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe (UD) |

**Betalingsformidling og pengekontrol**
Betalingsformidlingen og pengekontrollen gennemføres på normal vis.

**Eksempel 6**
Håndtering af en situation, hvor primær betalingsstiller ikke kan eller vil stille dækning for en rentebetaling efter ex-kupondag:

| AKTIVITET | | HVAD DANNES |
|---|---|---|
| | \|\| | |
| | \|\| | EX-KUPONDAG OG DANNELSE AF LIKVIDITETSOVERSIGT |
| | \|\| | |
| RENTEBEREGNING | **1** | Renteprovenu dannes |
| | \|\| | |
| DAN LIKVIDITET | **2** | Likviditet dannes |
| | \|\| | |
| | ----- | 5 DAGE EFTER EX-KUPONDAG |
| | \|\| | |
| FORELØBIGT RENTEADVIS | **9** | Foreløbigt renteadvis dannes |
| | \|\| | |
| TILBAGEKALDELSE | ----- | En primær betalingsstiller kan eller vil ikke stille dækning for rentebetaling. |
| | \|\| | |
| UDSTEDER ÆNDRER DEBETKONTO I KONTOGRUPPERINGEN | ***** | Det udstedende institut ændrer sammensætning af debetkonti. |
| | | TI20107v - Tilgang i likviditet på debetrentekonto (PK) |
| | \|\| | TI20168v - Fragang i likviditet på debetrentekonto (PK) |
| | \|\| | TI20123v - Ændring af kontogruppering (UD) |
| | \|\| | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | \|\| | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | \|\| | |
| | ----- | BETALINGSFORMIDLINGSKØRSEL |
| | \|\| | |
| DAN BETALINGS-FORMIDLING | **3** | Betalingsformidlingen køres og bogføringsposter dannes |
| | \|\| | |
| ENDELIGT RENTEADVIS | **18\|** | Endeligt renteadvis dannes |
| | \|\| | |
| | ----- | FORFALDSDAG/DISPOSITIONSDAG |
| | \|\| | |
| PENGEKONTROL | ***** | Pengekontrol køres, og betalingsformidlingsgrundlaget sendes til Danmarks Nationalbank eller Den Europæiske Centralbank (EUR). |
| | \|\| | |
| OMREGNING AF PROVENU TIL | **4** | Omregning til DKK, hvis renten er i udenlandsk valuta |

 SYSTEMVEJLEDNING

| BASISVALUTA | | |
|---|---|---|
| | ‖ | |

**NB** Tallet på tidslinien mellem stjernerne henviser til værdisættet for BEHANDLING-AF-PROVENU (se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

## 7. Procedure for håndtering af en situation, hvor primær betalingsstiller ikke kan eller vil stille dækning for en rentebetaling efter dannelse af betalingsformidlingen:

**På tidspunktet hvor primær betalingsstiller ikke kan eller vil stille dækning**
Når betalingsformidlingsgrundlaget er dannet, har det udstedende institut ikke mulighed for med virkning for rentebetalingen at ændre sammensætning af debetkonti.

I samarbejde med udstedende institut har VP mulighed for at flytte debiteringen af renten fra den "nødlidende" primære betalingsstiller til "ny" primær betalingsstiller.

Bogføringsposterne tilbageføres for den "nødlidende" primære betalingsstiller, og der dannes nye bogføringsposter til de berørte primære betalingsstillere. Følgende infoer dannes:

| | |
|---|---|
| TI20206v | Tilbagekaldelse af posteringsgrundlag pr. debetkonto (kopi af TI20197v) |
| TI20208v | Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (kopi af TI20106v) |
| TI20197v | Posteringsgrundlag pr. debetkonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |

Der sendes infoer om likviditetsændringen til de primære betalings-stillere, der er berørt af ændringen:

| | |
|---|---|
| TI20107v | Tilgang i likviditet på debetrentekonto (PK) |
| TI20168v | Fragang i likviditet på debetrentekonto (PK) |
| TI20123v | Ændring af kontogruppering (UD) |
| TI20182v | Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe (UD) |

**Pengekontrol**
Pengekontrollen gennemføres på normal vis.

**Eksempel 7**
Håndtering af en situation, hvor primær betalingsstiller ikke kan eller vil stille dækning for en rentebetaling efter dannelse af betalingsformidlingen:

| AKTIVITET | | HVAD DANNES |
|---|---|---|
| | ‖ | |
| | ‖ | **EX-KUPONDAG OG DANNELSE AF LIKVIDITETSOVERSIGT** |
| RENTEBEREGNING | \*\*1\*\* | Renteprovenu dannes |
| | ‖ | |
| DAN LIKVIDITET | \*\*2\*\* | Likviditet dannes |
| | ‖ | |
| | ----- | **5. DAGE EFTER EX-KUPONDAG** |
| | ‖ | |
| FORELØBIGT RENTE ADVIS | \*\*9\*\* | Foreløbigt renteadvis dannes |
| | ‖ | |
| | ----- | **BETALINGSFORMIDLINGSKØRSEL** |
| | ‖ | |



**SYSTEMVEJLEDNING**

| DAN BETALINGS-FORMIDLING | **3** | Betalingsformidlingen køres og bogføringsposter dannes |
|---|---|---|
| | ‖ | |
| ENDELIGT RENTEADVIS | **18** | Endeligt renteadvis dannes |
| | ‖ | |
| TILBAGEKALDELSE | ----- | En primær betalingsstiller kan eller vil ikke stille dækning for rentebetaling. |
| | ‖ | Bogføringsposter tilbageføres for "nødlidende" primær betalingsstiller, og der dannes nye bogføringsposter til de berørte betalingsstillere. |
| | ‖ | TI20206v - Tilbagekaldelse af posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20208v - Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (UD) |
| | ‖ | TI20197v - Posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20106v - Afstemningsoplysninger, periodiske betalinger (UD) |
| | ‖ | VP flytter debiteringen fra "nødlidende" primær betalingsstiller til "ny" primær betalingsstiller. |
| | ‖ | TI20107v - Tilgang i likviditet på debetrentekonto (PK) |
| | ‖ | TI20168v - Fragang i likviditet på debetrentekonto (PK) |
| | ‖ | TI20123v - Ændring af kontogruppering (UD) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | |
| | ----- | FORFALDSDAGEN/DISPOSITIONSDAGEN |
| | ‖ | |
| PENGEKONTROL | ***** | Pengekontrol køres, og betalingsformidlingsgrundlaget sendes til Danmarks Nationalbank eller Den Europæiske Centralbank (EUR). |
| | ‖ | |
| OMREGNING AF PROVENU TIL BASISVALUTA | **4** | Omregning til DKK, hvis renten er i udenlandsk valuta |

**NB** Tallet på tidslinien mellem stjernerne henviser til værdisættet for BEHANDLING-AF-PROVENU (se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).



SYSTEMVEJLEDNING

---

# 06 Udtrækning

En beskrivelse af behandling af udtræk med tilhørende uddata.

## Behandling af udtrækning

En af betingelserne for VP-registrering af et handelsprodukt er, at udtrækning og betalingsformidling sker efter VP's regler.

På baggrund af udtrækningsoplysninger fra den udstedelsesansvarlige foretager VP markering af udtrukne andele og foranlediger, at provenuet fra udtrækningen bliver betalingsformidlet på dispositionsdagen. Er handelsproduktet udstedt i en anden valuta end danske kroner, bliver provenuet betalingsformidlet i den pågældende valuta.

Udtrækningsmåden er afhængig af oplysningerne om udtrækningstype og lånetype se Principper for udtrækning.
Udtrækning kan foretages på følgende måder:

- Matematisk udtrækning
  Udtrækningen foretages som en procentvis andel af samtlige beholdninger i en ISIN.
- Forfalder i sin helhed
  Udtrækning foretages på et forud fastlagt tidspunkt (stående lån, konvertible obligationer, lån med særlig indfrielseskurs, rentetilpasningslån og skatkammerbeviser)
- Udtrækkes ikke:
  (lån med opsat amortisation/uamortisable obligationer og konvertible obligationer).

Udtrukne andele kan, indtil betalingsformidlingskørslen finder sted, skabe dækning for salg fra en VP-konto.

Salg af en udtrukket beholdning skal indrapporteres separat med angivelse af, at beholdningen er udtrukket, se Forretningsmæssigvejledning, Clearingvejledning, Indrapportering af handler.

Hovedbogsbevægelser kan finde sted mellem udtrækningskørslen og betalingsformidlingskørslen. Dog kan hovedbogsbevægelser på udtrukne andele ikke finde sted.

### Bemærk - udtrækning i islandske fondsaktiver
Behandlingen af udtrækning i islandske fondsaktiver adskiller sig fra udtrækningsbehandlingen i danske fondsaktiver, idet såvel udtrækning, dannelse af betalingsformidlingsgrundlag som selve betalingsformidlingen af udtrukne/forfaldne beholdninger finder sted på forfaldsdagen.

### Behandling hos udsteder
Før en udtrækning kan foregå, SKAL det udstedende institut have etableret default kontogruppering for den valuta, provenuet skal afregnes i se afsnit om Kontogrupperinger

### Behandling i datacentre
Infoerne - "Start på periodisk kørsel" og "Afslutning på periodisk kørsel" dannes ved likviditetsmelding og ved betalingsformidling. Når info - "Afslutning på periodisk kørsel" er dannet, kan infoerne i køen trækkes hjem. De nævnte infoer dannes altid.



**SYSTEMVEJLEDNING**

| | | |
|---|---|---|
| Eksempel: | | |
| Forfald af stående lån: | | |
| | . | |
| | | **AKTIVITET/UDDATA** |
| | . | |
| | ----- | **DAGEN FØR UDTRÆKNINGSKØRSEL FINDER STED** |
| | ‖ | OU10L01 - Hovedbogsoplysninger til UI - kun anfordring |
| | . | |
| | ----- | **UDTRÆKNINGSKØRSEL** |
| | ‖ | OU40L01 - Meddelelse vedr. stående lån til alm. forsendelse (kontohaver, rettighedshaver) *) |
| | ‖ | OU40L02 - Udtrækningsadviseringsliste, stående lån (kontohaver, rettighedshaver) *) |
| | ‖ | OU40L03 - Meddelelse vedr. stående lån til luftpostforsendelse (kontohaver, rettighedshaver) *) |
| | . | |
| | ----- | **BETALINGSFORMIDLINGSKØRSEL** |
| | ‖ | OU50L01 - Afstemningsrapport - udtrækning, stående lån (UD) |
| | ‖ | OB01L01 - Afstemningsliste betalingsformidling, udtrækning (UD) |
| | ‖ | OB04L02 - Udtrækningsliste, betalingsformidling (KI) |
| | ‖ | OB04L04 - Afstemningsmateriale til KI - udtræk (DC) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20135v - Den enkelte deltagers forventede pengetræk pr. pengekonto pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | TI20138v - Posteringsgrundlag pr.værdipapirkonto pr.pengekonto (PK) |
| | ‖ | TI20197v - Posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20198v - Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| | ‖ | TI20106v - Afstemningsoplysninger, periodiske betalinger (UD) |
| | . | |
| | ----- | **FORFALDSKØRSEL** |
| | ‖ | OU70L01 - Afstemningsliste forfald - udtrækning (UD) |
| | ‖ | OU80L01 - Kontojournal forfald - udtræk (KI) |
| | ‖ | OU80L02 - Ændringsmeddelelse til alm. forsendelse (kontohaver, rettighedshaver) |
| | ‖ | OU80L03 - Kopi af ændringsmeddelelse KI - grundlag (KI) |
| | ‖ | OU80L04 - Ændringsmeddelelse til luftpost- forsendelse (kontohaver, rettighedshaver) |
| | . | |
| | ----- | **FORFALDSDAG/DISPOSITIONSDAG** |
| | ‖ | TI20034v - Bogføringsposter fra en afviklingskørsel - kopi (BS) |

*) Adviseringen sker på den dato, som udstederen har angivet som udtrækningskørselsdato.


Eksempel:
Matematisk udtrækning

       **AKTIVITET/UDDATA**

  .
-----   **PERIODEN FØR UDTRÆKNINGSKØRSEL FINDER STED**
‖   TI20169v Etablering af ønsket mængde til udtrækning (UD)
‖   TI20171v Ændring af ønsket mængde til udtrækning (UD)
‖   OU10L01 - Hovedbogsoplysninger til UI (UD) kun anfordring

  .
-----   **PÅ UDTRÆKNINGSDAGEN KI. 10.30**
‖   TI20233v Beregnet udtrækningsprocent (UD)

SYSTEMVEJLEDNING

----- UDTRÆKNINGSKØRSEL KL. 12.00
‖ TI20234v Afstemningsgrundlag pr. ISIN (UD)
‖ TI20235v Pengetræk pr. debetkonto i en kontogruppe (UD)
‖ TI20236v Udtrækningsadvisering til kontofører (KI)
‖ TI20237v Udtrækningsadvisering - kontooplysninger (KI)
‖ TI20238v Udtrækningsadvisering – beholdningsoplysninger (KI)
‖ TI20239v Offentliggørelse af beregnet udtrækningsprocent (DC

----- BETALINGSFORMIDLINGSKØRSEL
‖ OB01L01 - Afstemningsliste betalingsformidling, udtrækning (UD)
‖ OB04L02 - Udtrækningsliste, betalingsformidling (KI)
‖ OB04L04 - Afstemningsmateriale til KI - udtræk (DC)
‖ TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK)
‖ TI20135v - Den enkelte deltagers forventede pengetræk pr. pengekonto pr. dispostionsdag
   (PK)
‖ TI20136v - Pengetræk pr. debetkonto i en kontogruppering (UD)
‖ TI20138v - Posteringsgrundlag pr.værdipapirkonto pr.pengekonto (PK)
‖ TI20197v - Posteringsgrundlag pr. debetkonto (PK)
‖ TI20198v - Posteringsgrundlag pr. afkast/afregningskonto (PK)
‖ TI20106v - Afstemningsoplysninger, periodiske betalinger (UD)

----- FORFALDSKØRSEL
‖ OU70L01 - Afstemningsliste forfald - udtrækning (UD)
‖ OU80L01 - Kontojournal forfald - udtræk (KI)
‖ OU80L02 - Ændringsmeddelelse til alm. forsendelse (kontohaver, rettighedshaver)
‖ OU80L03 - Kopi af ændringsmeddelelse KI - grundlag (KI)
‖ OU80L04 - Ændringsmeddelelse til luftpost- forsendelse (kontohaver, rettighedshaver)

----- FORFALDSDAG/DISPOSITIONSDAG
‖ TI20034v - Bogføringsposter fra en afviklingskørsel - kopi (BS)


## Tidslinie for udtrækningskørslerne





SYSTEMVEJLEDNING

**Udtrækningskørsel**
Udtrækningskørsel (lån med matematisk udtrækning) finder sted på udtrækningsdagen umiddelbart efter afslutningen af femte afviklingskørsel (blok 60), dog tidligst kl. 12.30, og de udtrukne beholdninger markeres på de involverede VP-konti med retsvirkningstidspunkt kl. 12.30.

Berørte ISINs er udelukket fra afvikling under udtrækningskørslen. Der gives meddelelse om de handler til førstkommende blok 10, som ikke kan gennemføres på grund af manglende dækning i beholdning, forårsaget af udtrækningskørslen, se Udelukkelse af ISIN's fra afvikling.

**Betalingsformidlingskørsel**
Kørslen foretages normalt om aftenen fire børsdage før forfaldsdagen. Betalingsformidlingsgrundlaget dannes på baggrund af den udtrukne beholdning registreret på VP-kontoen ved afviklingsdøgnets slutning med retsvirkning straks før kl. 18.00, og der gives likviditetsmeldinger.

For de lån, som forfalder i deres helhed, bliver samtlige beholdninger markeret som udtrukket.

**Forfaldskørsel**
Forfaldskørslen finder sted mellem første (blok 10) og anden (blok 20) afviklingskørsel om aftenen børsdagen før forfaldsdagen. Nominel beholdning nedskrives med udtrukne beholdninger, og udtrukne beholdninger nulstilles. Hovedbogssaldoen nedskrives med det totale udtrukne beløb. Nedskrivningen har retsvirkning straks efter kl. 18.00. Berørte ISINs er udelukket fra afvikling under forfaldskørslen.

Forfaldsdagen er lig med dispositionsdagen, hvis forfaldsdagen er en børsdag, ellers er dispositionsdagen den førstkommende børsdag efter forfaldsdagen.

**Betalingsformidlingsgrundlaget dækningskontrolleres**
På dispositionsdagen bliver betalingsformidlingsgrundlaget kontrolleret for dækning. Såfremt der er dækning, vil betalingsformidlingsgrundlaget tilgå Danmarks Nationalbank.

### Før udtrækningskørslen finder sted

**Matematisk udtrækning**
**Behandling i VP**
For at VP kan gennemføre en udtrækning, skal den udstedelsesansvarlige indrapportere en trækningsspecifikation til VP før kl. 10.30 på trækningsdagen.

Udstedelsesansvarlig har mulighed for at rekvirere hovedbogsoplysninger, indeholdende oplysninger om ISINs med angivelse af termins-og/eller trækningsdato.

VP beregner kl. 10.30 udtrækningsprocenten til brug for trækningen kl. 12.00. Beregningen sker på baggrund af den indrapporterede trækningsspecifikation og hovedbogssaldoen kl. 10.30 på trækningsdagen.

Hvis VP konstaterer, at udstedelsesansvarlige endnu ikke har indrapporteret trækningsspecifikationen kl. 9.00 på trækningsdagen, kontakter VP den udstedelsesansvarlige med henblik på at få leveret den således at den er opdateret senest kl. 10.30 i VP.

En hovedbogsbevægelse i en ISIN, der står foran udtrækning, skal være indrapporteret inden kl. 10.30 på trækningsdagen for at få effekt for udtrækningen. Fra dette tidspunkt og indtil kl. 12.00 på trækningsdagen afvises hovedbogsbevægelser i de pågældende ISINs.

VP leverer oplysninger om udtrækningsprocenten videre til NASDAQ OMX kl. 11.30 på trækningsdagen, hvis den udstedelsesansvarlige har ønsket det.

 **S**YSTEM**V**EJLEDNING

---

**Behandling hos udsteder**
Den udstedelsesansvarlige skal levere trækningsspecifikationen, indeholdende den ønskede mængde til udtrækning, udtrækningsdato og forfaldsdato, inden kl. 10.30 på trækningsdagen. Udstedelsesansvarlig skal anføre for hver ISIN, om VP skal levere den beregnede udtrækningsprocent til NASDAQ OMX til offentliggørelse. Det er pligtigt for udstedelsesansvarlige af børsnoterede obligationer at offentliggøre udtrækningsprocenten på NASDAQ OMX før udtrækningen kl. 12.00.

Ved indrapportering af trækningsspecifikationen dannes der en info/transaktionssvar til udstedelsesansvarliges datacenter blandt andet indeholdende en foreløbig udtrækningsprocent. Det er den udstedelsesansvarliges ansvar at sikre, at de indrapporterede oplysninger er korrekte, da de vil ligge til grund for beregningen af den faktiske udtrækningsprocent, som skal benyttes ved udtrækningen.

Til brug for udstedelsesansvarliges kontrol er det muligt at forespørge på trækningsspecifikationens oplysninger såvel via 3270 som system-til-system.

**Nødprocedure**
Såfremt den udstedelsesansvarlige har problemer med at indrapportere trækningsspecifikationen til VP, er det muligt at indsende blanket "13.1.A Vedligehold ønsket mængde til udtrækning", som findes i "Blanketter til vejledninger" til VP's Clearing & Custody Services, som så foretager indrapporteringen på vegne af den udstedelsesansvarlige. Benyttelse af nødproceduren skal aftales med Clearing & Custody Services og kan anvendes, når der er tale om et begrænset antal ISINs. Er der tale om levering af en trækningsspecifikation, indeholdende et større antal ISINs, skal oplysningerne så vidt muligt leveres på en kassette i henhold til generelle regler herfor.

**Uddata**
Ved rekvisition dannes:
OU10L01 -     Hovedbogsoplysninger til UI (UD) **kun anfordring**

Ved indrapportering/ændring af trækningsspecifikationen dannes:
TI20169v     Etablering af ønsket mængde til udtrækning (UD)
TI20171v     Ændring af ønsket mængde til udtrækning (UD)

Ved VP's levering af udtrækningsprocent dannes:
TI20233v     Beregnet udtrækningsprocent (UD)

Forespørgselsmuligheder:
TR20211v     Forespørgsel på trækningsspecifikation (UD)
TR20217v     Forespørgsel på trækningsspecifikation og resultat (UD)

## Udtrækningskørsel

**Behandling i VP for alle udtrækningsmetoder**
Udtrækningen foregår pr. handelsprodukt på baggrund af de oplysninger, som er registreret i VP's register om handelsprodukter. Registrerede udtrækningsoplysninger skal afstemmes med udsteders egne oplysninger.

Mens udtrækningskørslen er i gang, opsamles hovedbogsbevægelser og overførsler i "postkassen" til behandling umiddelbart efter, at kørslen er afsluttet.



SYSTEMVEJLEDNING

---

## Matematisk udtrækning

### Behandling hos udsteder
VP stiller de beregnede udtrækningsprocenter til rådighed for datacentre ved udtrækningens påbegyndelse.

Infoen "Afstemningsgrundlag pr. ISIN" viser den udtrukne beholdning og udtrækningsværdien heraf og indeholder alle ISINs, der har været udtrækning i. Infoen er en kvittering for, at udtrækningskørslen er foretaget efter den leverede trækningsspecifikation. Infoen "Pengetræk pr. debetkonto" indeholder oplysninger om, hvor det udtrukne beløb vil blive trukket i forhold til de aktuelle oplysninger i VP's registre.

### Behandling hos kontoansvarlige
Infoen "Udtrækningsadvisering til KI" indeholder oplysning om, hvor meget der er udtrukket pr. VP-konto, og oplysning om, hvortil betaling af de udtrukne beløb skal ske.

### Uddata
Der dannes følgende uddata:

| | |
|---|---|
| TI20234v | Afstemningsgrundlag pr. ISIN (UD) |
| TI20235v | Pengetræk pr. debetkonto i en kontogruppe (UD) |
| TI20236v | Udtrækningsadvisering til kontofører (KI) |
| TI20237v | Udtrækningsadvisering - kontooplysninger (KI) |
| TI20238v | Udtrækningsadvisering – beholdningsoplysninger (KI) |
| TI20239v | Offentliggørelse af beregnet udtrækningsprocent (DC) |

Forespørgselsmuligheder:

| | |
|---|---|
| TR20216v | Forespørgsel på matematisk udtrækningsprocent (Alle) |

---

## Likviditetsstyring

### Formål
At danne dokumentation af likviditetsvirkning af udtrukne andele til pengekontoførende institutter.

### Behandling i VP
Info til brug for likviditetsstyring dannes normalt om aftenen 4 børsdage før forfald.

### Uddata
Der dannes følgende uddata:

| | |
|---|---|
| TI20182v | Nettopåvirkning i likviditet pr. disposititionsdag (PK) |
| TI20135v | Den enkelte deltagers forventede pengetræk pr. pengekonto pr. dispostionsdag (PK). |
| TI20136v | Pengetræk pr. debetkonto i kontogruppering (UD) |

---

## Betalingsformidling

### Formål
At formidle betaling mellem en deltager og den efter registeret berettigede.

### Behandling i VP
Betalingsformidlingsgrundlaget dannes på baggrund af den udtrukne beholdning registreret på VP-kontoen ved afviklingsdøgnets slutning på betalingsformidlingsdagen med retsvirkning straks før kl. 18.00, samt den konto-gruppering, der er registreret til handelsproduktet.



SYSTEMVEJLEDNING



På dispositionsdagen foretages der pengekontrol af periodiske betalinger. I pengekontrollen sker der fælles dækningskontrol af samtlige periodiske betalinger (rente, udtrukne andele, udbytte og ad hoc).

Provenu i DKK behandles i blok 5 og blok 35 for henholdsvis statspapirer med mindst én ex.kupondag (blok 5) og øvrige fondsaktiver (blok 35). Provenu i EUR behandles i blok 45, provenu i ISK behandles i blok 65 og provenu i SEK behandles i blok 55.

I pengekontrollen kontrolles det,
at de samlede betalinger (netto) på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR) ikke overstiger det trækningsmaksimum, der er stillet til rådighed for periodiske betalinger.
hvis den primære betalingsstiller tillige har stillet et trækningsmaksimum til rådighed for et udstedende institut, at primær betalingsstillers egne betalinger (netto) og udstederens betalinger (netto) ikke overstiger det samlede trækningsmaksimum, der er stillet til rådighed på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR).

Betalingerne bliver gennemført, hvis der er dækning for samtlige betalinger.
Såfremt der ikke er dækning, træder procedure for tilbagekaldelse af udtrækning i brug, se afsnit Behandling af udtrækning.

Udtrukne andele bliver indberettet til SKAT i henhold til deres regler.

Behandling hos primær betalingsstiller
For at betaling af udtrukne andele i DKK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen kl. 9.00 have stillet et periodisk specifikt trækningsmaksimum i DKK til rådighed for det udstedende institut, svarende til de periodiske betalinger i DKK.

For at betaling af udtrukne andele i EUR kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen kl. 11.35 have stillet et periodisk specifikt trækningsmaksimum i EUR til rådighed for det udstedende institut, svarende til de periodiske betalinger i EUR.

For at betaling af udtrukne andele i ISK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen kl. 12.30 have stillet et periodisk specifikt trækningsmaksimum i ISK til rådighed for det udstedende institut, svarende til de periodiske betalinger i ISK.

For at betaling af udtrukne andele i SEK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen kl. 13.45 have stillet et periodisk specifikt trækningsmaksimum i SEK til rådighed for det udstedende institut, svarende til de periodiske betalinger i SEK.



SYSTEMVEJLEDNING

De samlede betalinger posteres på berettigede pengekontoføreres afkast/afregningskonti. Primære betalingsstillere kan yderligere modtage betalinger på vegne af pengekontoførere.

Provenuet posteres af pengekontoførerne på de berettigedes pengekonti ud fra bogføringsgrundlaget fra betalingsformidlingen.

**Behandling i Nationalbanken**
Primære betalingsstillere, som skal have trukket udtrukne beløb på vegne af en udsteder, skal have et trækningsmaksimum i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR).

**Uddata**
Ved betalingsformidlingen dannes følgende uddata:

| | |
|---|---|
| OU50L01 | Afstemningsrapport - udtrækning, stående lån (UD) |
| OB01L01 | Afstemningsliste betalingsformidling udtrækning (UD) |
| OB04L02 | Trækningsliste betalingsformidling (KI) |
| OB04L04 | Afstemningsmateriale til KI - udtræk (DC) |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt (PK) |
| TI20197v | Posteringsgrundlag pr. debetkonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |

På dispositionsdagen dannes følgende uddata:

| | |
|---|---|
| TI20034v | Bogføringsposter fra en afviklingskørsel - kopi (BS) |

## Forfaldskørsel

**Behandling i VP**
Ved forfaldskørslen nedskrives nominel og udtrukket beholdning af obligationer med det udtrukne beløb. Samtidig nedskrives hovedbogssaldoen med det totale udtrukne beløb.

Udtrækningsprovenuet betalingsformidles via Danmarks Nationalbank.

**Uddata**
Der dannes følgende uddata:

| | |
|---|---|
| OU70L01 | Afstemningsliste forfald - udtrækning (UD) |
| OU80L01 | Kontojounal forfald - udtræk (KI) |
| OU80L02 | Ændringsmeddelelse til alm. forsendelse (kontohaver, rettighedshaver) ⁾ |
| OU80L03 | Kopi af ændringsmeddelelse KI /grundlag (KI) |
| OU80L04 | Ændringsmeddelelse til luftpost- forsendelse (kontohaver, rettighedshaver) |

## Ændring af PI-kontonummer udtrækning

**Behandling hos kontoansvarlige**
Kontoansvarlige indrapporterer ændring af PI-kontonummer udtrækning.

Ved ændring af en VP-konto's PI-kontonummer til kreditering af udtrukne beløb skal den kontoansvarlige være opmærksom på, at betalingen af udtrukne beløb ved forfald kun vil ske til det nye PI-kontonummer, hvis ændringen heraf finder sted før dannelsen af betalingsformidlingsgrundlaget. Ændres PI-

---

⁾ Ændringsmeddelelse til kontohaver og eventuel rettighedshaver kan undlades, hvis den kontoansvarlige har indgået aftale med VP.

Har en kontoansvarlig fravalgt ændringsmeddelelse ved forfaldskørslen, kan meddelelsen tilvælges af kontohaver og/eller rettighedshaver.



### SYSTEMVEJLEDNING

kontonummer udtrækning efter, at betalingsformidlingsgrundlaget er dannet og før forfald, får det ingen indvirkning for betalingsformidling af udtrukne beløb. Den kontoansvarlige må herefter selv foretage de fornødne omposteringer.

### Principper for udtrækning

#### Matematisk udtrækning

Ved denne udtrækningsmetode får alle investorer udtrukket forholdsmæssigt samme andel af deres beholdning af en given obligation til en given udtrækningstermin. VP benytter ved beregningen en udtrækningsprocent, som beregnes på følgende måde:

mængde til udtrækning * 100/ aktuelle hovedbog

Mængden til udtrækning er givet af den udstedelsesansvarlige, og den aktuelle hovedbog, som foreligger på udtrækningsprocentens beregningstidspunkt, benyttes. Procenten udtrykkes med 10 betydende cifre efter kommaet.

Kontoregisteret opdateres på baggrund af ovenstående, hvorved de udtrukne andele markeres på de enkelte VP-konti, se eksemplet.

| Eksempel: | |
|---|---|
| Hovedbogen på en given ISIN på beregningstidspunktet for udtrækningsprocenten er: | 10.000.000.000. |
| | |
| Den udstedelsesansvarlige har registreret en mængde til udtrækning på: | 1.123.456.789,25 |
| | |
| Udtrækningsprocenten beregnes som: | 1.123.456.789,25x100/10.000.000.000 = 11,2345678925% |
| | |
| VP-kontonr. 120 indeholder: | nom. kr. 5.400,00 |
| | |
| Af beholdningen udtrækkes: | nom. kr. 5.400,00 x 11,2345678925% = nom. kr. 606,67 |
| | |
| VP-kontonr. 120 indeholder efter udtrækningen: | nom. kr. 5.400,00 |
| heraf udtrukket: | nom. kr. 606,67 |
| | |
| VP-kontonr. 120 indeholder efter forfaldsdagen: | nom. kr. 4.793,33 |

#### Indekslån

Indekslån udtrækkes som lån med matematisk udtrækning. Dog reguleres betalingen af de udtrukne andele med en indeksfaktor ved udtrækningen. Indeksfaktoren fastsættes af NASDAQ OMX.

#### Stående lån, konvertible obligationer, skatkammerbeviser

Hvis der ikke gennemføres udtrækning i løbetiden, skal der indlægges en "trækningsdato" i fondsregistret, således at der før forfald kan gennemføres en "udtrækningsadviseringskørsel". Ved denne kørsel dannes bl.a. en meddelelse til investorerne om lånets forfaldstidspunkt.

SYSTEMVEJLEDNING

Beholdninger i stående lån og skatkammerbeviser kan handles med afvikling til og med dagen for dannelse af betalingsformidlingsgrundlaget - normalt fire børsdage før lånets forfaldsdag.

Med hensyn til konvertible obligationer understøtter VP ikke aktuelt en systemmæssig konvertering til aktier.

## Beredskabsplan for tilbagekaldelse af udtrækningsprovenu

Til brug for den situation, hvor en udsteder - dansk som udenlandsk - ikke vil eller kan opfylde sin forpligtigelse over for investorerne, er der udarbejdet en beredskabsplan til håndtering af nødlidende betalinger/ tilbagekaldelse af udtrækningsprovenu. Er udtrækningen ikke sket, har udstederen mulighed for at udskyde, at annullere eller at gennemføre udtrækningen. Procedure 1 til 5 i nærværende afsnit tager højde for de situationer, hvor udtrækningen er foretaget.

Procedure 1 - 3 tager højde for de situationer, hvor udstederen ikke kan stille den fornødne betaling. Da det grundlæggende er investor, der bærer risikoen for en udsteders manglende betaling, indebærer procedure 1 - 3, at hverken investors pengeinstitut, udsteders pengeinstitut eller VP udsættes for en økonomisk risiko ved en udsteders manglende evne eller vilje til at betale.

Procedure 4 og 5 omhandler de situationer, hvor det er primær betalingsstiller, der ikke kan eller vil stille dækning for et udtrækningsprovenu. I disse situationer vil VP i samarbejde med udstedende institut placere debiteringen af udtrækningsprovenuet hos øvrige primære betalingsstillere, der vil stille dækning for betalingen, således at denne ikke bliver nødlidende.

På hvilket tidspunkt de enkelte procedurer skal anvendes, fremgår af nedenstående tegning:



Betalingen er uigenkaldelig, når pengekontrollen er kørt. Indtil dette tidspunkt er betalingen med forbehold.

Første gang der er en nødlidende betaling/tilbagekaldelse af udtrækningsprovenu i et handelsprodukt, adviserer VP altid de berørte konto- og rettighedshavere samt deltagerne i VP-systemet.

### 1. Procedure for nødlidende udtrækningsprovenu før dannelse af betalingsformidling

Hvad sker hvornår:

På tidspunktet hvor den nødlidende betaling

Første gang der er en nødlidende betaling/tilbagekaldelse af udtrækningsprovenu i et handelsprodukt, adviserer VP kontohavere og evt. rettighedshavere med det samme.

Ved efterfølgende nødlidende betalinger i samme handelsprodukt foretages ingen advisering.



## SYSTEMVEJLEDNING

---

Der informeres endvidere om den nødlidende betaling/ tilbagekaldelse af betaling via et eller flere af de medier, der indgår i AbonnementService.

**På betalingsformidlingsdagen**
Betalingsformidlingsgrundlaget dannes ekskl. det tilbagekaldte udtrækningsprovenu.

**Forfaldskørslen**
- Der foretages følgende:
- Forfaldskørslen gennemføres på normal vis.
- der dannes fondsaktiver på den tilbagekaldte udtrukne beholdning.
- der sendes info "TI20203v Status på beholdning - tilbagekaldelse af clearing" om de oprettede fondsaktiver.
- der sendes kundemeddelelser til kontohavere og evt. rettighedshavere om de oprettede fondsaktiver.

**På dispositionsdagen**
Handelsprodukter, hvori der er nødlidende udtræknings provenu, deltager **ikke** i pengekontrollen.

Udtrukne andele bliver indberettet til SKAT i henhold til skattevæsenets regler.

| Eksempel 1. | | |
|---|---|---|
| Proceduren for nødlidende udtrækningsprovenu før dannelse af betalingsformidling: | | |
| | . | |
| **AKTIVITET** | . | **HVAD DANNES** |
| | . | |
| | *** | UDTRÆKNINGSKØRSEL |
| | ‖ | Gennemføres på normal vis |
| | ‖ | |
| NØDLIDENDE | ---- | Advisering til kontohaver/rettighedshaver ved 1. tilbagekaldelse |
| BETALING | ‖ | af provenu i et handelsprodukt |
| | ‖ | Information via AbonnementService |
| | . | |
| | ‖ | |
| | *** | BETALINGSFORMIDLINGSKØRSEL |
| | . | |
| DAN LIKVIDITET | *2* | Likviditet dannes ikke |
| | ‖ | |
| DAN BETALINGSFOR- | *3* | Uddata dannes ikke. |
| MIDLING | ‖ | |
| | ‖ | |
| | . | |
| | *** | FORFALDSKØRSEL |
| | ‖ | Gennemføres på normal vis |
| | . | |
| DAN AKTIVER I FOR- | *12* | TI20203v - Status på beholdning - tilbagekaldelse af clearing (KI) |
| BINDELSE MED | ‖ | - Kundemeddelelser sendes til kontohaver/ rettighedshaver |
| TILBAGEKALDELSE | ‖ | |
| | . | |
| | *** | DISPOSITIONSDAG |
| | . | |
| PENGEKONTROL | ---- | Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager ikke i |
| | ‖ | Pengekontrollen |
| | ‖ | |



SYSTEMVEJLEDNING

| | ‖ | Udtrukne andele bliver indberettet til SKAT i henhold til skattevæsenets regler. |
|---|---|---|

**NB**
Tallet på tidslinien mellem stjernerne henviser til værdisættet  - se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

## 2. Procedure for tilbagekaldelse af udtrækningsprovenu efter dannelse af betalingsformidling

**Hvad sker hvornår:**
**På tidspunktet hvor tilbagekaldelsen konstateres**
Første gang der er en nødlidende betaling/tilbagekaldelse af et udtrækningsprovenu i et handelsprodukt, adviserer VP kontohavere og evt. rettighedshavere med det samme.

Ved efterfølgende nødlidende betalinger i samme handelsprodukt foretages ingen advisering.

Der informeres endvidere om den nødlidende betaling/ tilbagekaldelse af betaling via et eller flere af de medier, der indgår i AbonnementService.

For at tilbageføre de på betalingsformidlingsdagen dannede bogføringsposter på det tilbagekaldte udtrækningsprovenu sendes info'erne:

| TI20205v | Tilbagekaldelse af posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt (kopi af TI20138v) |
|---|---|
| TI20206v | Tilbagekaldelse af posteringsgrundlag pr. debetkonto (kopi af TI20197v) |
| TI20207v | Tilbagekaldelse af posteringsgrundlag pr. afkast/afregningskonto (kopi af TI20198v) |
| TI20208v | Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (kopi af TI20106v) |

For at korrigere de tidligere udsendte likviditetsoplysninger for det tilbagekaldte udtrækningsprovenu sendes infoerne:

| TI20182v | Nettopåvirkning i likviditet pr. dispositionsdag |
|---|---|
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe |
| TI20177v | Fragang i likviditet |
| TI20168v | Fragang i likviditet på en debetrentekonto |

Er der en eller flere andre udstedere/ISINs end den nødlidende med i samme kørsel, dannes der nyt uddata uden den nødlidende udsteder/ ISINs. Dette fremsendes med kørselstype "0" for omkørsel:

| OB01L01 | Afstemningsliste betalingsformidling, udtrækning |
|---|---|
| OB04L02 | Udtrækningsliste, betalingsformidling |
| OB04L04 | Afstemningsmateriale til KI - udtræk |

**Forfaldskørslen**
Der foretages følgende:
- Forfaldskørslen gennemføres på normal vis.
- der dannes fondsaktiver på den tilbagekaldte udtrukne beholdning.
- der sendes info "TI20203v Status på beholdning – tilbagekaldelse af clearing" om de oprettede fondsaktiver.
- der sendes kundemeddelelser til kontohavere og evt. rettighedshavere om de oprettede fondsaktiver.

**På dispositions dagen**
Handelsprodukter, hvori der er et nødlidende udtrækningsprovenu, deltager **ikke** i pengekontrollen.



SYSTEMVEJLEDNING

Udtrukne andele bliver indberettet til SKAT i henhold til skattevæsenets regler.

| Eksempel 2. | | |
|---|---|---|
| Proceduren for tilbagekaldelse af udtrækningsprovenu efter dannelse af betalingsformidling: | | |
| | . | |
| AKTIVITET | . | HVAD DANNES |
| | . | |
| | *** | UDTRÆKNINGSKØRSEL |
| | ‖ | Gennemføres på normal vis |
| | . | |
| | *** | BETALINGSFORMIDLINGSKØRSEL |
| DAN LIKVIDITET | *2* | Likviditet dannes |
| | . | |
| DAN BETALINGSFOR-MIDLING | *3* | Betalingsformidlingen køres, og bogføringsposter dannes. |
| | ‖ | |
| | . | |
| TILBAGEKALDELSE | ---- | Advisering til kontohaver/rettighedshaver ved 1. tilbagekaldelse |
| | ‖ | af provenu i et handelsprodukt |
| | ‖ | Information via AbonnementService |
| | ‖ | |
| TILBAGEFØRSEL AF BOGFØRINGSPOSTER | *15* | Bogføringsposter for den udsteder / de ISINs, der ikke er dækning for, |
| | ‖ | Tilbageføres |
| | ‖ | TI20205v - Tilbagekaldelse af posteringsgrundlag pr. værdipapirkonto |
| | ‖ | pr. pengekonto pr. handelsprodukt. (PK) |
| | ‖ | TI20206v - Tilbagekaldelse af posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20207v - Tilbagekaldelse af posteringsgrundlag pr. afkast/afregnings konto (PK) |
| | ‖ | TI20208v - Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (UD) |
| | . | |
| TILBAGEFØRSEL AF LIKVIDITET | *14* | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | TI20177v - Fragang i likviditet (PK) |
| | ‖ | TI20168v - Fragang i likviditet på en debetrentekonto (PK) |
| | ‖ | |
| | ‖ | Udsteder/ de ISINs, der ikke er dækning for fremgår ikke af nedennævnte uddata |
| | ‖ | OB01L01 - Afstemningsliste betalingsformidling, udtrækning (UD) |
| | ‖ | OB04L02 - Udtrækningsliste, betalingsformidling (KI) |
| | ‖ | OB04L04 - Afstemningsmateriale til KI - udtræk (DC) |
| | . | |
| | *** | FORFALDSKØRSEL |
| | ‖ | Gennemføres på normal vis |
| | . | |
| DAN AKTIVER I FOR-BINDELSE MED TILBAGEKALDELSE | *12* | TI20203v - Status på beholdning - tilbagekaldelse af clearing (KI) |
| | ‖ | - Kundemeddelelser sendes til kontohaver/ rettighedshaver |
| | ‖ | |
| | . | |
| | *** | DISPOSITIONSDAG |
| PENGEKONTROL | ---- | Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager ikke i |
| | ‖ | Pengekontrollen |



**SYSTEMVEJLEDNING**

| | | |
|---|---|---|
| | ‖ | |
| | ‖ | Udtrukne andele bliver indberettet til SKAT i henhold til skattevæsenets regler. |

NB: Tallet på tidslinien mellem stjernerne henviser til værdisættet - se Teknisk vejledning, 7 feltbeskrivelser, BEHANDLING-AF-PROVENU).

## 3. Procedure for tilbagekaldelse af udtrækningsprovenu i forbindelse med overtræk i pengekontrollen

Hvad sker hvornår:

**På tidspunktet hvor overtrækket konstateres**
Første gang der er en nødlidende betaling/tilbagekaldelse af udtrækningsprovenu i et handelsprodukt, adviserer VP kontohavere og evt. rettighedshavere med det samme.

Ved efterfølgende nødlidende betalinger i samme handelsprodukt foretages ingen advisering.

Der informeres endvidere om den nødlidende betaling/ tilbagekaldelse af betaling et eller flere af de medier, der indgår i AbonnementService.

For at tilbageføre de på betalingsformidlingsdagen dannede bogføringsposter på det tilbagekaldte udtrækningsprovenu sendes infoerne:

| | |
|---|---|
| TI20205v | Tilbagekaldelse af posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt (kopi af TI20138v) |
| TI20206v | Tilbagekaldelse af posteringsgrundlag pr. debetkonto (kopi af TI20197v) |
| TI20207v | Tilbagekaldelse af posteringsgrundlag pr. afkast/afregningskonto (kopi af TI20198v) |
| TI20208v | Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (kopi af TI20106v) |

For at korrigere de tidligere udsendte likviditetsoplysninger for det tilbagekaldte udtrækningsprovenu sendes infoerne:

| | |
|---|---|
| TI20182v | Nettopåvirkning i likviditet pr. dispositionsdag |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe |
| TI20177v | Fragang i likviditet |
| TI20168v | Fragang i likviditet på en debetrentekonto |

Er der en eller flere andre udstedere/ISINs end den nødlidende med i samme kørsel, dannes der nyt uddata uden den nødlidende udsteder/ ISINs. Dette fremsendes med kørselstype "0" for omkørsel:

| | |
|---|---|
| OB01L01 | Afstemningsliste betalingsformidling, udtrækning |
| OB04L02 | Udtrækningsliste, betalingsformidling |
| OB04L04 | Afstemningsmateriale til KI - udtræk |

**Forfaldskørslen**
Forfaldskørslen gennemføres på normal vis.

**På dispositionsdagen**
Der foretages følgende:
- der køres en fornyet pengekontrol, hvor den udsteder/ISINs med manglende pengedækning ikke medtages.
- der dannes fondsaktiver på den tilbagekaldte udtrukne beholdning.
- der sendes info "TI20203v Status på beholdning - tilbagekaldelse af clearing" om de oprettede fondsaktiver.



**SYSTEMVEJLEDNING**

- der sendes kundemeddelelser til kontohavere og evt. rettighedshavere om de oprettede fondsaktiver.

Udtrukne andele bliver indberettet til SKAT i henhold til skattevæsenets regler.

| Eksempel 3. | | |
|---|---|---|
| Proceduren for tilbagekaldelse af udtrækningsprovenu i forbindelse med overtræk i pengekontrollen: | . | |
| | . | |
| **AKTIVITET** | . | **HVAD DANNES** |
| | . | |
| | *** | **UDTRÆKNINGSKØRSEL** |
| | ‖ | Gennemføres på normal vis |
| | | |
| | . | |
| | *** | **BETALINGSFORMIDLINGSKØRSEL** |
| **DAN LIKVIDITET** | *2* | Likviditet dannes |
| | | |
| | . | |
| **DAN BETALINGSFOR-MIDLING** | *3* | Betalingsformidlingen køres, og bogføringsposter dannes. |
| | ‖ | |
| | *** | **FORFALDSKØRSEL** |
| | ‖ | Gennemføres på normal vis |
| | ‖ | |
| | *** | **DISPOSITIONSDAG** |
| | ‖ | |
| **PENGEKONTROL** | ---- | Pengekontrol køres -> **overtræk** |
| | ‖ | |
| **TILBAGEKALDELSE** | ---- | Advisering til kontohaver/rettighedshaver ved 1. tilbagekaldelse af provenu i et |
| | ‖ | Handelsprodukt |
| | ‖ | Information via AbonnementService |
| | | |
| | . | |
| **TILBAGEFØRSEL AF** | *15* | Bogføringsposter for den udsteder / de ISINs, der ikke er dækning for, tilbageføres |
| | ‖ | TI20205v - Tilbagekaldelse af posteringsgrundlag pr. værdipapirkonto |
| | ‖ | pr. pengekonto pr. handelsprodukt. (PK) |
| | ‖ | TI20206v - Tilbagekaldelse af posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20207v - Tilbagekaldelse af posteringsgrundlag pr. afkast/afregningskonto (PK) |
| | ‖ | TI20208v - Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (UD) |
| | | |
| | . | |
| **TILBAGEFØRSEL AF** | *14* | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| **LIKVIDITET** | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | TI20177v - Fragang i likviditet (PK) |
| | ‖ | TI20168v - Fragang i likviditet på en debetrentekonto (PK) |
| | ‖ | |
| | ‖ | Udsteder/ de ISINs, der ikke er dækning for fremgår ikke af nedennævnte uddata |
| | ‖ | OB01L01 - Afstemningsliste betalingsformidling, udtrækning (UD) |
| | ‖ | OB04L02 - Udtrækningsliste, betalingsformidling (KI) |
| | ‖ | OB04L04 - Afstemningsmateriale til KI - udtræk (DC) |
| | . | |
| **PENGEKONTROL** | ---- | (omkørsel) |



**SYSTEMVEJLEDNING**

| | ‖ | Efter opløsning af overtræk køres pengekontrollen, og betalingsformidlingsgrundlaget |
|---|---|---|
| | ‖ | sendes til Danmarks Nationalbank eller til Den Europæiske Centralbank (EUR). |
| | ‖ | |
| DAN AKTIVER I FOR- | *12* | TI20203v - Status på beholdning - tilbagekaldelse af clearing (KI) |
| BINDELSE MED | ‖ | - Kundemeddelelser sendes til kontohaver/ rettighedshaver |
| TILBAGEKALDELSE | ‖ | |
| | ‖ | Udtrukne andele bliver indberettet til SKAT i henhold til skattevæsenets regler. |

NB: Tallet på tidslinien mellem stjernerne henviser til værdisættet - se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

## 4. Procedure - Håndtering af en situation, hvor primær betalingsstiller ikke kan eller vil stille dækning for et udtrækningsprovenu før dannelse af betalingsformidlingen.

**På tidspunktet hvor primær betalingsstiller ikke kan eller vil stille dækning**
Indtil betalingsformidlingsgrundlaget dannes, har det udstedende institut mulighed for med virkning for betalingen af udtrækningsprovenu at ændre sammensætning af debetkonti.

Ændring af debetkonti foretages på sædvanlig vis. Ved ændring af debetkonti vil debitering af udtrækningsprovenuet blive flyttet fra den "nødlidende" primære betalingsstiller til "ny" primær betalingsstiller, som kan/vil stille dækning, medmindre debiteringen fordeles mellem de primære betalingsstillere, der i forvejen er med i betalingsformidlingen af udtrækningsprovenuet.

Der sendes infoer om ændring af kontogruppering:

TI20123v          Ændring af kontogruppering

**Forfaldskørslen**
Forfaldskørslen gennemføres på normal vis.

**Betalingsformidling pengekontrol**
Betalingsformidlingen og pengekontrollen gennemføres på normal vis.

| Eksempel 4. | | |
|---|---|---|
| Håndtering af en situation, hvor primær betalingsstiller ikke kan eller vil stille dækning for et udtrækningsprovenu før dannelse af betalingsformidling: | | |
| | . | |
| AKTIVITET | . | HVAD DANNES |
| | . | |
| | *** | UDTRÆKNINGSKØRSEL |
| | ‖ | Gennemføres på normal vis |
| | . | |
| TILBAGEKALDELSE | ---- | En primær betalingsstiller kan eller vil ikke stille dækning for udtræknings- |
| | ‖ | provenu. Det udstedende institut ændrer sammensætning af debetkonti. |
| | . | |
| UDSTEDER ÆNDRER | ‖ | TI20123v - Ændring af kontogruppering (UD) |
| DEBETKONTO I | ‖ | |
| KONTOGRUPPERINGEN | ‖ | |



**SYSTEMVEJLEDNING**

| | | |
|---|---|---|
| | *** | BETALINGSFORMIDLINGSKØRSEL |
| | . | |
| DAN LIKVIDITET | *2* | Likviditet dannes. |
| | | |
| DAN BETALINGSFOR- | *3* | Betalingsformidlingen køres, og bogføringsposter dannes. |
| MIDLING | ‖ | |
| | . | |
| | *** | FORFALDSKØRSEL |
| | ‖ | Gennemføres på normal vis |
| | ‖ | . |
| | *** | DISPOSITIONSDAG |
| | ‖ | |
| PENGEKONTROL | ---- | Pengekontrol køres, og betalingsformidlingsgrundlaget sendes til |
| | ‖ | Danmarks Nationalbank eller til Den Europæiske Centralbank (EUR). |
| | ‖ | |
| | ‖ | Udtrukne andele bliver indberettet til SKAT i henhold til |
| | ‖ | skattevæsenets regler. |

**NB:** Tallet på tidslinien mellem stjernerne henviser til værdisættet - se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

## 5. Procedure - Håndtering af en situation, hvor primær betalingsstiller ikke kan eller vil stille dækning for et udtrækningsprovenu efter dannelse af betalingsformidlingen

**På tidspunktet hvor primær betalingsstiller ikke kan eller vil stille dækning**
Når betalingsformidlingsgrundlaget er dannet, har det udstedende institut i samarbejde med VP mulighed for at flytte debiteringen af udtrækningsprovenuet fra den "nødlidende" primære betalingsstiller til "ny" primær betalingsstiller.

Bogføringsposterne tilbageføres for den "nødlidende" primære betalingsstiller, og der dannes nye bogføringsposter til de berørte primære betalingsstillere. Følgende infoer dannes:

| | |
|---|---|
| TI20206v | Tilbagekaldelse af posteringsgrundlag pr.debetkonto (kopi af TI20197v) |
| TI20208v | Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (kopi af TI20106v) |
| TI20197v | Posteringsgrundlag pr. debetkonto |

Der sendes infoer om likviditetsændringen til de deltagere, der er berørt af ændringen:

| | |
|---|---|
| TI20123v | Ændring af kontogruppering |
| TI20182v | Nettopåvirkning i likviditet pr. dispositionsdag |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe |
| TI20107v | Tilgang i likviditet på en debetrentekonto |
| TI20168v | Fragang i likviditet på en debetrentekonto |

Der fremsendes nyt uddata til udstedende institut, hvor de nye debetkonti fremgår. Følgende uddata dannes:

| | |
|---|---|
| TI20106v | Afstemningsoplysninger, periodiske betalinger |
| OB01L01 | Afstemningsliste betalingsformidling, udtrækning |



SYSTEMVEJLEDNING

---

**Forfaldskørslen**
Forfaldskørslen gennemføres på normal vis.

**Pengekontrol**
Pengekontrollen gennemføres på normal vis.

| | | |
|---|---|---|
| **Eksempel 5.** | | |
| Håndtering af en situation, hvor primær betalingsstiller ikke kan eller vil stille dækning for et udtrækningsprovenu efter dannelse af betalingsformidling: | | |
| | . | |
| **AKTIVITET** | . | **HVAD DANNES** |
| | . | |
| | \*\*\* | **UDTRÆKNINGSKØRSEL** |
| | ‖ | Gennemføres på normal vis |
| | . | |
| | \*\*\* | **BETALINGSFORMIDLINGSKØRSEL** |
| | . | |
| **DAN LIKVIDITET** | \*2\* | Likviditet dannes. |
| | . | |
| **DAN BETALINGSFOR-MIDLING** | \*3\* | Betalingsformidlingen køres, og bogføringsposter dannes. |
| | ‖ | |
| **TILBAGEKALDELSE** | ---- | En primær betalingsstiller kan eller vil ikke stille dækning for udtrækningsprovenu |
| | ‖ | Bogføringsposter tilbageføres for "nødlidende" primær betalingsstiller, og der |
| | ‖ | dannes nye bogføringsposter og afstemnings oplysninger til de berørte deltagere: |
| | ‖ | |
| | ‖ | TI20206v - Tilbagekaldelse af posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20208v - Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (UD) |
| | ‖ | TI20197v - Posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20106v - Afstemningsoplysninger, periodiske betalinger (UD) |
| | ‖ | |
| | ‖ | VP flytter debiteringen fra "nødlidende" primær betalingsstiller til "ny" primær betalingsstiller. |
| | ‖ | TI20123v - Ændring af kontogruppering (UD) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | TI20107v - Tilgang i likviditet på en debetrentekonto (PK) |
| | ‖ | TI20168v - Fragang i likviditet i en debetrentekonto (PK) |
| | ‖ | |
| | ‖ | OB01L01 - Afstemningsliste betalingsformidling, udtrækning (UD) |
| | . | |
| | \*\*\* | **FORFALDSKØRSEL** |
| | ‖ | Gennemføres på normal vis |
| | . | |
| | \*\*\* | **DISPOSITIONSDAG** |
| | ‖ | |
| **PENGEKONTROL** | ---- | Pengekontrol køres, og betalingsformidlingsgrundlaget sendes til |
| | ‖ | Danmarks Nationalbank eller til Den Europæiske Centralbank (EUR). |
| | ‖ | |



## SYSTEMVEJLEDNING

| | ‖ | Udtrukne andele bliver indberettet til SKAT i henhold til |
| | ‖ | skattevæsenets regler. |

**NB:** Tallet på tidslinien mellem stjernerne henviser til værdisættet - se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

 SYSTEMVEJLEDNING

# 07 Aktiefondsregistret

Der er flere betingelser knyttet til VP-registrering af aktier - se https://www.vp.dk/VP_regler "Regelsæt A". Nogle af dem er, at aktierne er omsættelige uden omsætningsbegrænsninger, og at der gælder ensartede betingelser for samtlige værdipapirer i en fondskode. En anden betingelse er, at det kun er muligt at registrere aktier og lignende værdipapirer i stykker

### Indkaldelse af aktier mv. til registrering i VP
Registreringsbekendtgørelsens § 1, stk. 4 fastslår, at der ved indkaldelse af allerede udstedte fysiske værdipapirer til registrering som fondsaktiver skal tages hensyn til de berørte.

For at sikre overholdelse af denne bestemmelse har VP opstillet en række betingelser, som den udstedelsesansvarlige skal overholde i forbindelse med indkaldelsen af fysiske værdipapirer til registrering i VP. Se Forretningsmæssigvejledning, Registreringsvejledning, Udstedelsesansvarlig for aktier og investeringsforeningsandele mv.

### Levering og vedligeholdelse af oplysninger om aktier m.v. i VP
Aktier, investeringsbeviser, aktieretter og tegningsretter samt warrants, der opfylder VP's regelsæt, kan registreres i VP Fondsregister. De nævnte værdipapirtyper kan samlet i denne vejledning være omtalt som "aktier m.v." Den udstedelsesansvarlige for det enkelte værdipapir er ansvarlig for, at oplysningerne om papiret i VP Fondsregister til enhver tid er korrekte og ajourførte.

Oplysninger om udsteder af et værdipapir leveres ved indsendelse af underskrevne blanketter til VPs Clearing & Custody Service. Der henvises til blanketter i det pågældende underafsnit.

Oplysninger om aktier, investeringsbeviser eller warrants skal registreres i VP Fondsregister af den udstedelsesansvarlige via www.vponline.dk. Adgang til VP Fondsregister kræver særlig autorisation.

Oplysninger om aktie- og tegningsretter leveres ved indsendelse af underskrevne blanketter til VP's Clearing & Custody Service. Der henvises til blanketter i det pågældende underafsnit.

Blanketter skal så vidt muligt være VP i hænde senest 2 dage, før oplysningerne ønskes offentliggjort i VP.

Ud fra de indsendte blanketter opdaterer VP oplysningerne i registret.

Efter enhver oprettelse eller ændring i oplysningerne skal den udstedelsesansvarlige kontrollere de foretagne registreringer ved forespørgsel i www.vponline.dk. Udstederoplysninger og papirkarakteristika udsendes på offentliggørelsesdagen i info'er til markedet, og offentliggørelsesdagen aktiverer desuden værdipapiret til mulig emission/udstedelse.

### VP Fondsregistrets indhold
VP Fondsregister indeholder for aktier m.v. oplysninger om de udstedere, der udsteder aktier, investeringsbeviser, Aktie-/Tegningsretter samt warrants gennem VP.

For hver udsteder er bl.a. registreret oplysninger om CVR-nr. og udsteders navn samt hjemland. For udenlandske selskaber skal CVR-nr. ikke oplyses. Udstederens aftale med en udstedelsesansvarlig etableres med et særlig udsteder-ident (tidligere AS-ident), hvortil udstederens værdipapirer knyttes.

Ud over udsteder-/aftaleoplysninger er der for hvert værdipapir registreret en ISIN samt papirets særlige papirkarakteristika med betingelser, der tjener til navngivning af værdipapiret. Desuden skal der som minimum registreres de oplysninger, der er nødvendige for at danne værdipapirets korrekte CFI-kode jf. ISO 10962 standard. Endvidere skal der registreres oplysninger om papirets stykstørrelse (evt. Non par value = ingen pålydende værdi), valuta og markedsplads. Endelig kan registreres andre serviceoplysninger, som udstedelsesansvarlig skønner relevant for markedet.



SYSTEMVEJLEDNING

**VP Fondsregistrets anvendelse**
En væsentlig del af oplysningerne i VP Fondsregistret bruges til at styre udstedelse mv. af udsteders
værdipapirer, tildeling af aktie- eller tegningsretter, udbetaling af udbytte og ved produktion af uddata til
investorerne og VP's kunder.

**VP's benyttelse af udsteder- og selskabsoplysninger**
I overensstemmelse med almindelig praksis kan VP i forbindelse med sin øvrige virksomhed benytte
udsteder- og selskabsoplysninger indrapporteret eller modtaget i VP fra udstedere eller deres
pengeinstitutter.

**Distribution af oplysninger om ISINs**
For nærmere beskrivelse af distribution af oplysninger om ISINs henvises til "Distribution af oplysninger
om ISINs"

## Etablering af udstederoplysninger (aktier/investeringsforeningsbeviser)

Når en udsteder ønsker at få sine værdipapirer registreret i VP, skal udsteder indgå tilslutningsaftale med
VP via en udstedelsesansvarlig deltager i VP. Den udstedelsesansvarlige skal foranledige
udstederoplysningerne etableret og vedligeholdt i VP Fondsregistret, jf. afsnit 7.

**Behandling hos den udstedelsesansvarlige**
Ved etablering af udstederoplysninger skal den udstedelsesansvarlige udfylde formularen i e-Forms eller
udfylde og indsende blanket 14.A Udstederoplysninger, som findes i "Blanketter til vejledninger"

**UDSTEDEROPLYSNINGER**
Etablering af udstederoplysninger er grundlaget for at kunne etablere andre oplysninger om udsteder og
dennes værdipapirer, f.eks. ISIN-oplysninger og udbytteoplysninger.

Alle felter på blanketten skal udfyldes.
På blanketten er der to felter til angivelse af udsteders navn:
'LANGT PAPIR-/BINAVN' bruges ved udskrivning af investormeddelelser, og 'KORT PAPIR-/BINAVN'
bruges sammen med papiroplysningerne på uddata til VP's kunder.

**Behandling i VP**
VP etablerer udsteder-/aftaleoplysningerne i VP Fondsregistret på baggrund af den indsendte blanket.
Udstederoplysninger udsendes først til markedet i forbindelse med offentliggørelse af det første
værdipapir fra udstederen.

| Kontrol af registrering | Kontrolleres af |
|---|---|
| Check i VP Fondsregister | Den udstedelsesansvarlige |

## Ændring af udstederoplysninger (aktier/investeringsbeviser)

Den udstedelsesansvarlige kan ændre i de udstederoplysninger, der er registreret i VP Fondsregister.

**Behandling hos den udstedelsesansvarlige**
Oplysningerne ændres ved at udfylde formularen i e-Forms eller udfylde og indsende blanket 14.A
Udstederoplysninger, som findes i "Blanketter til vejledninger".



SYSTEMVEJLEDNING

---

**UDSTEDEROPLYSNINGER**
Den udstedelsesansvarlige kan ændre alle de med * markerede oplysninger.

Ved ændring af oplysninger skal samtlige felter på blanketten udfyldes, og den udstedelsesansvarlige skal markere i ruden øverst på blanketten, at der er tale om en ændring samt hvilke oplysninger, der skal ændres, f.eks. ved markering i højre side af blanketten

**Behandling i VP**
VP opdaterer udsteder-/aftaleoplysningerne på baggrund af den indsendte blanket.

**Efter ændring**

| Kontrol af registrering | Kontrolleres af |
|---|---|
| Check i VP Fondsregister | Den udstedelsesansvarlige |

**Offentliggørelse**
Efter ændring af udsteder udsendes info'er, hvis den pågældende udsteder har VP registrerede værdipapirer. De nederste 3 udsendes dog kun, hvor ændringen omfatter udstedernavn/e, som slår igennem på udsteders registrerede værdipapirer.

| Uddata | | Modtager |
|---|---|---|
| TI20722v | Udsteder stamdata | Datacentre |
| TI20720v | Aktie stamdata | Datacentre |
| TI20721v | Markedsplads information [5] | Datacentre |
| TI20723v | ISIN til fondskode map | Datacentre |

## Etablering af værdipapiroplysninger

Forudsætningen for at kunne etablere værdipapiroplysninger er, at udsteder-/aftaleoplysninger forinden er registreret af VP i VP Fondsregister jf. 14.1.

**Aktier, investeringsbeviser og warrants**

Når en aktie, et investeringsbevis eller en warrant skal registreres i VP, skal den udstedelsesansvarlige etablere de nødvendige oplysninger i VP Fondsregister via www.vponline.dk (A- og T-retter behandles i afsnit 7). Adgang til at foretage opdateringer i VP-Fondsregister kræver særlig autorisation.

Til et nyt værdipapir kan der enten hentes en dansk ISIN (via "Opret ISIN"), eller der kan indtastes en udenlandsk ISIN i oprettelsesfasen. Den oprettede/indtastede ISIN danner grundlag for at oprette instrumentet via en kladde indeholder indtastningsfelter, som er relevant for den pågældende type af værdipapir.

For danske ISIN (DK.) og Luxembourg ISIN (LU.) indgår den 7-cifrede fondskode som karaktererne 5-11 i ISIN-koden, mens kladdeetablering på baggrund af andre udenlandske ISIN (ej LU.) tildeler en tilhørende 7-cifret dansk fondskode.

VP Fondsregister opererer med 3 status: Kladde, Registreret og Lukket. Systemets virkemåde og feltindhold er nærmere beskrevet i web-applikationen, hvor der bl.a. er felthjælp til alle indtastningsfelter.

---

[5] Hvis værdipapiret er optaget til handel på et marked



**SYSTEMVEJLEDNING**

Den færdigudfyldte kladde i VP Fondsregister sendes efter validering til registrering i VP med en offentliggørelsesdato, hvor papiret skal offentliggøres til markedet. Offentliggørelsesdagen kan være "samme dag" eller fremtidig. Registrering forudsætter fejlfri validering, underforstået at alle krævede oplysninger er afgivet.

På offentliggørelsesdagen sendes information om udstederoplysninger, papirkarakteristika og markedspladsoplysninger til offentliggørelse, og offentliggørelsesdagen aktiverer desuden værdipapiret til mulig emission/udstedelse.

Interbankgebyr kan ikke rapporteres via VP-Fondsregister, men skal fortsat indlægges i Aktiegebyrsystemet (AGEB) i VP's "ej omlagte" system (3270). VP Fondsregister viser oplysningen, om værdipapiret deltager i Interbankgebyr ordningen - forstået som at der er på visningstidspunktet er rapporteret et interbankgebyrbeløb større end 0 på den pågældende ISIN.

**Bemærk**
Ved etablering af værdipapiroplysninger for en investeringsforening skal den udstedelsesansvarlige umiddelbart efter registrering rapportere den investeringsforeningsklassifikation (benævnt "Dansk skatteklassifikation" i VP Fondsregister), der gælder for den pågældende ISIN. Indrapportering sker ved hjælp af transaktionen D342 'Vedligeholdelse af investeringsforeningsklassifikation'. Se Teknisk vejledningens afsnit 7. Feltbeskrivelser (Nyt system), for nærmere beskrivelse af investeringsforeningsklassifikation.

Ved etablering af værdipapiroplysninger for et investeringsbevis med omsætningsbegrænsning skal omsætningsbegrænsningen fremgå af papirnavnet. De nærmere regler for omsætnings-begrænsningen registreres af det udstedende institut med separate transaktioner D055 -> D058, enten som omsætningsbegrænsning eller som uomsættelig, med de tilhørende tilladte VP-konti.

VP Fondsregister understøtter aktuelt alene omsætningsbegrænsning for investeringsbeviser.

**Behandling i VP**
Udstedelsesansvarliges registrering af et nyt værdipapirer i VP Fondsregister opdaterer automatisk alle nødvendige registre i VP, hvorfor bruger selv er ansvarlig for den foretagne registrering. Eventuelt kan udstedelsesansvarlig tage PDF print af det registrerede værdipapir til intern arkivering
Offentliggørelse
På værdipapirets offentliggørelsesdato udsender VP:

| Uddata | | Modtager |
|---|---|---|
| TI20722v | Udsteder stamdata | Datacentre |
| TI20720v | Aktie stamdata | Datacentre |
| TI20721v | Markedsplads information 5 | Datacentre |
| TI20723v | ISIN til fondskode map. | Datacentre |

## Ændring af værdipapiroplysninger (aktier/investeringsbeviser)

De registrerede værdipapiroplysninger kan ændres af den udstedelsesansvarlige i VP Fondsregister.

Hvis VP via NASDAQ OMX får meddelelse om, at en ISIN for aktier m.v. optages til handel henholdsvis udgår af handelen, kan VP på eget initiativ ændre oplysningerne om markedsplads uden at afvente den udstedelsesansvarliges egen registrering.

 **S**YSTEMVEJLEDNING

**Behandling hos den udstedelsesansvarlige**
Den udstedelsesansvarlige kan i VP Fondsregister opdatere langt de fleste af oplysningerne om en registreret aktie, investeringsbevis eller warrant (A- og T-retter behandles i afsnit 7). Adgang til at foretage opdateringer i VP-Fondsregister kræver særlig autorisation. Enkelte felter som eksempelvis stykstørrelse samt valuta kan ikke ændres umiddelbart, men alene via en Corporate Action.

Den udstedelsesansvarlige kan tillige lukke et værdipapir i VP Fondsregister, under forudsætning af at der ikke er cirkulerende mængde i den pågældende ISIN (hovedbogen = 0). Konsekvensen af lukning er, at der ikke længere kan udstedes i den pågældende ISIN, og at denne ISIN ikke senere ændres ved eventuel ændring af udstedernavn.

**Behandling i VP**
Brugers Gem af ændringer i VP Fondsregister opdaterer automatisk alle nødvendige registre i VP, hvorfor bruger selv er ansvarlig for den foretagne registrering. Eventuelt kan udstedelsesansvarlig tage PDF print af det opdaterede værdipapir til intern arkivering.

**Ved ændring**
Forudsat at offentliggørelsesdagen er nået eller overskredet udsendes straks efter Gem (skift af faneblad i VP Fondsregister fungerer ved redigering som Gem):

| Uddata | | Modtager |
|---------|---|----------|
| TI20720v | Aktie stamdata | Datacentre |
| TI20721v | Markedsplads information [6] *) | Datacentre |
| TI20723v | ISIN til fondskode map. | Datacentre |

## Etablering af udbytteoplysninger – danske aktieselskaber

Oplysninger om udbytte – ordinært eller ekstraordinært - skal af den udstedelsesansvarlige registreres i VP CA (Corporate Action) via www.vponline.dk. Adgang til at foretage opdateringer i VP CA kræver særlig autorisation.

Systemets virkemåde og feltindhold er nærmere beskrevet i web-applikationen, hvor der bl.a. er felthjælp til alle indtastningsfelter. Indberetning af vedtaget udbytte kan underlægges 4 øjne princip.

**Behandling hos den udstedelsesansvarlige**
Fra udsteder indhenter den udstedelsesansvarlige de nødvendige udbytteoplysninger til at kunne initiere en CA -> Opret udbytte.

Udstedelsesansvarlig er forpligtet til at vedligeholde foretagne registreringer, og skal registrere oplysninger om både foreslået og vedtaget udbytte - og gerne snarest muligt.

**Tidsfrister**
- ved foreslået udbytte skal det foreslåede udbytte offentliggøres i VP senest samtidig med, at udsteder indkalder til generalforsamling
- ved vedtaget udbytte skal det vedtagne udbytte være registreret i VP senest kl. 12.00 på VP-afviklingsdagen efter generalforsamlingsdagen eller a´contodagen.

**Bemærk**
Selv om udsteder foreslår og beslutter, at der ikke skal udbetales ordinært udbytte for et regnskabsår, skal der alligevel registreres et ordinært udbytte i VP CA. Udbyttet sættes da til 0.

---

[6] Hvis optaget til handel, og markedsplads information er ændret



SYSTEMVEJLEDNING

---

Udbytter skal rapporteres som et udbyttebeløb pr. styk. For danske udstedere beregner VP såvel beregningsdato (kørselsdato), dispositionsdato og betalingsformidlingsdato.

| Uddata | | Modtager |
|---|---|---|
| TI20272v | Offentliggørelse af corporate action – papiroplysninger | Datacentre |
| TI20279v | Offentliggørelse af corporate action – udbytteoplysninger | Datacentre |

## Etablering af udbytteoplysninger – danske investeringsforeninger

Oplysninger om udbytte – ordinært, a'conto eller rest-udbytte - skal af den udstedelsesansvarlige registreres i VP CA (Corporate Action) via www.vponline.dk. Adgang til at foretage opdateringer i VP CA kræver særlig autorisation.

Systemets virkemåde og feltindhold er nærmere beskrevet i web-applikationen, hvor der bl.a. er felthjælp til alle indtastningsfelter. Indberetning af vedtaget udbytte kan underlægges 4 øjne princip.

Udstedelsesansvarlig skal for investeringsbeviser sikre, at dansk skatteklassifikation (investeringsforeningsklassifikation) for den pågældende ISIN er rapporteret med startdato inden for perioden, se afsnit Etablering af værdipapiroplysninger i hovedafsnit 6.

### Behandling hos den udstedelsesansvarlige
Fra udsteder indhenter den udstedelsesansvarlige de nødvendige udbytteoplysninger til at kunne initiere en CA -> Opret udbytte.

Udstedelsesansvarlig er forpligtet til at vedligeholde foretagne registreringer, og skal registrere oplysninger om både foreslået og vedtaget udbytte - og gerne snarest muligt.

Oplysninger om afkastfordelingen på kapitalindkomst, aktieindkomst og skattefri indkomst samt servicefelterne Skattefri faktor og Pensionsbeskatnings faktor registreres senest samtidig med oplysningen om vedtaget udbytte, jf. nedenfor. Afkastfordelingen anvendes ved skatteindberetningen og meddeles investor på udbyttemeddelelsen og årsopgørelsen.

### Tidsfrister
- ved foreslået ordinært udbytte skal det foreslåede udbytte offentliggøres i VP senest samtidig med, at udsteder indkalder til generalforsamling
- ved foreslået a'conto udbytte skal det foreslåede udbytte offentliggøres i VP senest samtidig med, at det offentliggøres andetsteds
- ved foreslået restudbytte skal det foreslåede restudbytte offentliggøres i VP senest samtidig med, at udsteder indkalder til generalforsamling
- ved vedtaget udbytte skal det vedtagne udbytte være registreret i VP senest kl. 12.00 på VP-afviklingsdagen efter generalforsamlingsdagen eller a'contodagen.

### Bemærk
Selv om udsteder foreslår og beslutter, at der ikke skal udbetales ordinært udbytte for et regnskabsår, skal der alligevel registreres et ordinært udbytte i VP. Udbyttet sættes da til 0.

Udbytter skal rapporteres som et udbyttebeløb pr. styk. For danske udstedere beregner VP såvel beregningsdato (VP-kørselsdato), dispositionsdato og betalingsformidlingsdato.



SYSTEMVEJLEDNING

| Uddata | | Modtager |
|---|---|---|
| TI20272v | Offentliggørelse af corporate action - papiroplysninger | Datacentre |
| TI20279v | Offentliggørelse af corporate action - udbytteoplysninger | Datacentre |

Geninvestering af udbytte er en mulighed for investeringsforeninger med DK-hjemland
Geninvesteringsmuligheden for danske investeringsbeviser er udviklet i VP efter drøftelser mellem investeringsforeningsrådet, banksektoren og VP.

Ved oprettelsen af udbytte på danske investeringsbeviser er det således muligt for udstedelsesansvarlig at markere, at udbyttebeløb kan geninvesteres af investorerne (i samme ISIN) i overensstemmelse med VP's regler for Geninvestering af udbytte.

Oplysning om geninvesteringsprisen pr. styk registreres senest samtidig med oplysningen om vedtaget udbytte.

| Uddata med geninvestering af udbytte | | Modtager |
|---|---|---|
| TI20272v | Offentliggørelse af corporate action - papiroplysninger | Datacentre |
| TI20274v | Offentliggørelse af corporate action - kursoplysninger | Datacentre |
| TI20279v | Offentliggørelse af corporate action - udbytteoplysninger | Datacentre |

## Etablering af udbytteoplysninger – udenlandske selskaber

Oplysninger om udbytte – ordinært eller a'conto udbytte - skal af den udstedelsesansvarlige registreres i VP CA (Corporate Action) via www.vponline.dk. Adgang til at foretage opdateringer i VP CA kræver særlig autorisation.

Systemets virkemåde og feltindhold er nærmere beskrevet i web-applikationen, hvor der bl.a. er felthjælp til alle indtastningsfelter. Indberetning af vedtaget udbytte kan underlægges 4 øjne princip.

### Behandling hos den udstedelsesansvarlige
Fra udsteder indhenter den udstedelsesansvarlige de nødvendige udbytteoplysninger til at kunne initiere en CA -> Opret udbytte.

Udstedelsesansvarlig er forpligtet til at vedligeholde foretagne registreringer, og skal registrere oplysninger om både foreslået og vedtaget udbytte - og gerne snarest muligt.

Udenlandske investeringsforeninger skal - ligesom danske - for et eventuelt udbytte afgive oplysninger om afkastfordelingen til brug ved skatteindberetningen.

### Tidsfrister
- ved foreslået ordinært eller ekstraordinært udbytte skal det foreslåede udbytte offentliggøres i VP snarest efter offentliggørelsen
- ved ethvert vedtaget udbytte skal det vedtagne udbytte være registreret senest dagen før, beregningskørslen ønskes gennemført.

### Bemærk
Udbytter skal rapporteres som et udbyttebeløb pr. styk. Udbyttet kan udbetales i en anden valuta end den, aktien eller investeringsbeviset er udstedt i.

For udenlandske udstedere skal udstedelsesansvarlig angive såvel beregningsdato (kørselsdato), dispositionsdato og betalingsformidlingsdato.



SYSTEMVEJLEDNING

---

'Udbytteskat pct. (dobbeltbeskatningsaftale)' udfyldes kun for udstedere fra lande, hvormed VP har indgået særlig aftale om systemmæssigt at undgå dobbeltbeskatning af udbytte, jf. følgende afsnit.

| Uddata | | Modtager |
|---|---|---|
| TI20272v | Offentliggørelse af corporate action - papiroplysninger | Datacentre |
| TI20279v | Offentliggørelse af corporate action - udbytteoplysninger | Datacentre |

## Aftaler om undgåelse af dobbeltbeskatning af udbytte (udenlandske udstedere)

Lande hvor VP har indgået aftale med udsteders hjemlands skattemyndigheder, om at global aftale om undgåelse af dobbeltbeskatning kan anvendes ved udbetalinger via VP.

| ISO-landekode | Land |
|---|---|
| SE | Sverige |

## Etablering af tildelings- og tegningsoplysninger

Ved tegning med fortegningsret for nuværende aktionærer og ved udstedelse af fondsaktier skal den udstedelsesansvarlige indsende tildelings- og tegningsoplysninger til etablering i aktiefondsregistret. Oplysningerne danner grundlag for gennemførelse af tegningen.
**Konvertible obligationer**
Det er pt. ikke muligt at foretage automatisk tegning af konvertible obligationer.

### Aktie- og tegningsretter - Behandling hos den udstedelsesansvarlige

Ved etablering af tildelings- og tegningsoplysninger skal den udstedelsesansvarlige udfylde blanket 14.F tildelings- og tegningsoplysninger, som findes i "Blanketter til vejledninger" og sende den til VP, Clearing & Custody Service.

Blanketter skal så vidt muligt være VP i hænde senest 2 dage, før oplysningerne ønskes opdateret i VP.

### Fondskode

Blanketten samt tildelings/tegningssystemet opererer fortsat med 7-cifrede fondskoder til såvel aktie-/tegningsretter som de berørte aktier.

For danske ISIN (DK.) og Luxembourg ISIN (LU.) indgår den 7-cifrede fondskode som tallene 5-11 i ISIN-koden, mens kladdeetablering på baggrund af andre udenlandske ISIN (ej LU.) tildeler en tilhørende 7-cifret fondskode.
Ved VP's registrering af tildelings- og tegningsplysninger bliver aktie-/tegningsretten oprettet

### Offentliggørelsesdato

Blankettens offentliggørelsesdato styrer, hvornår de indlagte oplysninger distribueres til markedet. Udstedelsesansvarlig kan dog selv se indlagte oplysninger i VP Fondsregister staks efter registrering.

### Tildelings- og tegningsoplysninger

Blanketten kan indeholde 2 fondskoder, der giver ret til tegning i samme fondskode. Hvis mere en 2 fondskoder giver ret til tegning i samme fondskode, indsendes flere blanketter.

Aktiestørrelsen på retterne fastsættes ud fra moderaktiens aktiestørrelse og tegningsforhold efter følgende formel:



SYSTEMVEJLEDNING

$$\text{Aktiestørrelse retter} = \frac{\text{moderaktiens aktiestørrelse}}{\text{tegningsforhold ny}}$$

Eksempel:

- **tegningsforhold 4:3**
  moderaktiens aktiestørrelse = kr. 100,00

  $$\text{aktiestørrelse retter} = \frac{100}{3} = \text{kr. 33,33}$$

- **tegningsforhold 8:1**
  moderaktiens aktiestørrelse = kr. 100,00

  $$\text{aktiestørrelse retter} = \frac{100}{1} = \text{kr. 100,00 (som moderaktie)}$$

Tegningsbeløb og afregningsbeløb, se "Effektuering af tegning". Tegningsperioden (tegningsstartdato - tegningsslutdato) skal fastsættes i samråd med VP. Det samme gælder dato for fjernelse af overskydende tegningsretter.

**Bemærk**
Den udstedelsesansvarlige skal først indsende blanket, når ISIN for såvel moderaktie/r samt tegningsaktie (eventuel Midlertidig) er etableret med status Registreret i VP Fondsregister - den Midlertidige normalt registreret med "fremtidig" offentliggørelsesdato svarende til rettes.

Aktie-/tegningsretten "arver" papiroplysninger og noteringssteder fra tegningsaktien, hvorfor disse **skal** være korrekte på rettens etableringstidspunkt - og de kan ikke senere rettes.

Det er p.t. ikke muligt at etablere tegningsretter til en obligationsfondskode (konvertible obligationer).

**Behandling i VP**
VP opdaterer tegningsoplysningerne i tildelings-/tegningssystemet, hvilket ved samme lejlighed etablerer Aktie-/tegningsretten i VP-fondsregister. En bruger hos dstedelsesansvarlig kan straks efter etablering se den pågældende aktie-/tegningsret i VP Fondsregister, og brugeren skal dér kontrollere, at oplysningerne svarer til det ønskede/forventede. Eventuelt kan udstedelsesansvarlig tage PDF print af det opdaterede værdipapir til intern arkivering.

| Kontrol af registrering | Kontrolleres af |
|---|---|
| Check i VP Fondsregister | Den udstedelsesansvarlige |

**Offentliggørelse af A-ret/T-ret**
Om morgenen på offentliggørelsesdatoen for retten udsender VP nedenstående uddata (Retter til offentliggørelse straks bliver først udsendt den følgende morgen, men kan straks ses af alle i VP Fondsregister):

| Uddata | | Modtager |
|---|---|---|
| TI20722v | Udsteder stamdata | Datacentre |
| TI20720v | Aktie stamdata | Datacentre |
| TI20721v | Markedsplads information 5 | Datacentre |
| TI20723v | ISIN til fondskode map. | Datacentre |



SYSTEMVEJLEDNING

---

## Etablering/ændring af fondskodeoplysninger for fysiske aktier

Fondsdataansvarlig kan etablere oplysninger om fysiske aktier via VPonline.

Oplysningerne i registret kan kun bruges til forespørgsler.

VP vedligeholder ikke oplysningerne i registret.

Registeransvarlig for oplysningerne er den Fondsdataansvarlige, der har oprettet papiret.

**Behandling hos Fondsdataansvarlig**
Opdatering af oplysninger i registret sker ved, at den kontoansvarlige anvender ISIN tildeling i VPonline.

**Behandling i VP**
Transaktionens oplysninger opdaterer registret i VP.

| Uddata | Modtager |
|---|---|
| Fondskodeoplysninger - fysiske aktier | Registeransvarlig |

## Ændring af årsultimokurs

**Aktier indskrevet i VP**
Årsultimokursen for aktier indskrevet i VP bruges ved udskrivning af årsopgørelser til investorer og indberetning til SKAT.

**Behandling hos registeransvarlig**
Den registeransvarlige kan med transaktionen "D280 - Vedligehold årsultimokurs" indrapportere årsultimokursen på papirer, der ikke er på et reguleret marked.
Anvendelse af transaktionen

**Forespørgsel:**
Ved en forespørgsel vil det altid være den senest registrerede forekomst, der vises.

**Etablering:**
Det aktuelle registreringstidspunkt bliver automatisk registreret som noteringstidspunkt.

**Sletning:**
Start med en forespørgsel, der vil vise den senest registrerede forekomst.
Ønskes den slettet, tastes slet og bekræft.

**Behandling i VP**
Årsultimokurserne opdateres i VP.
Der leveres ingen uddata. Registrerede oplysninger kontrolleres ved anvendelse af forespørgselsfunktionen i skærmbilledet D280 "Vedligehold årsultimokurs". Endvidere fremgår kurserne af liste "Årsultimokursoplysninger – aktier (NK78L01)", der dannes i forbindelse med årsultimo.

Registrerede kurser vises tillige i VP Fondsregister.
For beskrivelse af indberetning/ændring af årsultimokurs på aktier indskrevet i VP se sfsnittet Aktiviteter ved årsultimo.



SYSTEMVEJLEDNING

---

## Forespørgsel på aktier m.v. i VP Fondsregister

Forespørgsel på aktier m.v. i VP Fondsregister foretages via www.vponline.dk . Adgangen til www.vponline.dk og VP Fondsregister kræver særlig autorisation.

Ved visning af aktier og investeringsbeviser er der tillige mulighed for at få vist:
- offentliggjorte udbytter på viste ISIN,
- gennemførte ombytninger til viste ISIN
- seneste registrerede dagskurser samt ultimokurser på viste ISIN,
- danske skatteklassifikationer på viste ISIN (investeringsforeningsklassifikationer).

Den tidligere forespørgsel D144 i VP-standardsystemet på VP udbytter er lukket.

SYSTEMVEJLEDNING

# 08 Emission af aktier

En af forudsætningerne for udstedelse af aktier gennem VP er, at der gælder ensartede betingelser for samtlige aktier i den pågældende ISIN, og at der ikke er sådanne begrænsninger i omsætteligheden, som ikke kan håndteres i VP-systemet, se https://www.vp.dk/VP_regler "regelsæt A". For udstedelse af værdipapirer med omsætningsbegrænsning gælder særlige regler, jf. Registreringsvejledning. VP Fondsregister understøtter aktuelt alene omsætningsbegrænsning for investeringsbeviser.

Nærværende afsnit beskriver de handlinger, den udstedelsesansvarlige (UA) skal foretage ved emission eller indfrielse af aktier m.v. Afsnittet indeholder også beskrivelse af de handlinger, de kontoansvarlige (KA) kan/skal foretage ved gennemførelse af tegning.

Transaktionerne, der bruges ved gennemførelse af tegning, beskrives detaljeret i efterfølgende afsnit 09, Tegningsadministration.

### Registrering af ISIN i forbindelse med kapitalbevægelser
Nye ISIN rekvireres og registreres af den udstedelsesansvarlige i VP Fondsregister via www.vponline.dk. Der kræves særlig autorisation til at foretage opdateringer i VP Fondsregister.

### Kapitalbevægelser
I afsnittet behandles følgende typer af kapitalbevægelser:
- tegning med fortegningsret for nuværende aktionærer
- Skift af ISIN
- udstedelse af fondsaktier
- tegning i teknisk ISIN (i tilknytning til tegning med fortegningsret)
- tegning med fortegningsret for fysisk aktieklasse
- tegning uden fortegningsret
- løbende emission
- kapitaludvidelse i udenlandsk selskab med en delmængde i VP
- indfrielse af aktiekapital
- udstedelse af konvertible obligationer
- konvertering af konvertible obligationer til aktier (pt. ikke muligt)

## Registrering i VP

Når en udsteder af aktier samt investeringsbeviser skal udstede sine værdipapirer gennem VP, skal udstederen vælge:
- udstedelsesansvarlig
- ejerbogsfører
- aftaleinstitut

### Udstedelsesansvarlig (UA)
Selskabet skal vælge en udstedelsesansvarlig blandt de institutter, der er tilsluttet VP som udstedelsesansvarlig for aktier m.v.

Den udstedelsesansvarlige er bindeled mellem udsteder og VP og skal varetage udstederens interesser i relation til:
- oprettelse og ajourføring af oplysninger om udsteder og dets værdipapirer/ISIN's
- levering af udbytteoplysninger til VP
- administration af kapitaludvidelser



SYSTEMVEJLEDNING

---

Det er endvidere den udstedelsesansvarliges ansvar at sikre, at udstederens værdipapirer opfylder VP's betingelser for registrering i VP, se 09 Tegningsadministration.

**Ejerbogsfører**
Udsteder skal vælge en ejerbogsfører. Ejerbogsfører kan vælges frit af udsteder og kan være udsteder selv, den udstedelsesansvarlige, en advokat mv. Ejerbogsfører skal sørge for at vedligeholde og ajourføre ejerbogen. Ajourføring af ejerbogen sker på baggrund af materiale leveret af VP. Materialet kan enten leveres på papir eller via en fast datalinie.

**Aftaleinstitut**
Ifølge loven skal investorer gratis kunne få registreret deres VP-registrerede aktier hos mindst én kontoansvarlig.
Aftaleinstituttet er en kontoansvarlig, der har indgået aftale med selskabet om gratis registrering af selskabets aktier. Aftalen om gratis registrering er udelukkende mellem selskabet og aftaleinstituttet. VP har imidlertid udviklet et serviceregister i form af Aktiegebyrsystemet til beregning af gebyr for gratis registrering og skal derfor have oplysninger om aftaleinstitut og aftalepriser.

**Tilslutningsaftale**
Når udsteder har valgt sin udstedelsesansvarlige, skal der oprettes en tilslutningsaftale mellem udstederen, den udstedelsesansvarlige og VP. Af tilslutningsaftalen skal bl.a. fremgå, hvem der er ejerbogsfører, hvorimod aftaleinstituttet er aftalen med VP uvedkommende.

Tilslutningsaftalen er en forudsætning for at kunne udstede aktier og investeringsbeviser gennem VP.

Se endvidere Forretningsmæssigvejledning, Forretningsvejledning "Aftalehaver".

## Tegning med fortegningsret for nuværende aktionærer

I dette afsnit beskrives, hvad der skal foretages i forbindelse med tegning med fortegningsret for de nuværende aktionærer. (Beskrivelsen og eksemplerne nedenfor tager udgangspunkt i aktier, men funktionaliteten er forberedt til også at kunne anvendes for investeringsbeviser.)
Til illustration af, hvad der foregår ved tegning for nuværende aktionærer, bruges et gennemgående eksempel.

### Eksempel på tegningsforløb

a. Hvad sker der ved starten på en tegningsperiode:

Tildeling af retter sker efter sidste afviklingskørsel på dag 0



Fra offentliggørelsesdatoen (ca. -15), hvor de indlagte tegningsoplysninger publiceres til markedet, kan der indtil afviklingsdag 0 rekvireres tegningsindbydelser.

Der kan desuden fra "Ordreregistrering fra dato" (tidligst = offentliggørelsesdatoen) rekvireres maksimal og/eller samlet tegning, og for tegningsønsker gælder, at de kan indlægges/ændres/nulstilles.



SYSTEMVEJLEDNING

b. Hvad sker der i tegningsperioden:



Der er mulighed for at rekvirere maksimal og/eller samlet tegning samt indlægge/ændre/nulstille tegningsønsker til gennemførelse inden for tegningsperioden.

Hvad sker der ved afslutningen af en tegningsperiode.



### Inden tegningsperiodens start

#### Opdatering af VP Fondsregistret

Før tegning af ny aktiekapital med fortegningsret, skal VP Fondsregistret opdateres. Den udstedelsesansvarlige skal til udstederen få tildelt en ISIN til tegningsretten, og UA skal i VP Fondsregistret have registreret det værdipapir, som tegningsretten giver adgang til at erhverve (måske ny ISIN, hvis der er tale om en midlertidig aktie med særlige betingelser),

SYSTEMVEJLEDNING

For etablering af aktie-/tegningsretten skal den udstedelsesansvarlige indsende underskrevet bilag med oplysninger om kapitaludvidelsen. Inden bilag indsendes til VP, skal tegningsperioden fastlægges af selskabet og den udstedelsesansvarlige i samråd med VP. Bilag om tegningsbetingelser skal være VP i hænde senest 4 uger, før tegningsperioden starter, og med en offentliggørelsesdato, der ligger i passende god tid før første tegningsdato, gerne ca. 15 dage jf. eksemplet ovenfor.

Sammen med offentliggørelsesdatoen skal angives en "Ordreregistrering fra dato", som er den tidligste dato for registrering i VP af ordrer om at tegne. De 2 datoer skal være sammenfaldende, for at det bliver muligt at registrere ordrer om tegning allerede på offentliggørelsestidspunktet.

Fra offentliggørelsesdatoen vil aktie-/tegningsretten med tegningsvilkår være tilgængelige for alle med adgang til VP Fondsregister (via www.vponline.dk).

### Tegningsmateriale
Når VP Fondsregistret er opdateret med betingelserne for tegningen, og offentliggørelsesdatoen er nået, kan aftalehavere:
- rekvirere tegningsmateriale, der består af tegningsindbydelser til kunderne og tegningsindbydelsesoversigt
- rekvirere samlet og maksimal tegning fra "Ordreregistrering fra dato"

Tegningsmateriale og samlet/maksimal tegning kan rekvireres både på kontoansvarligniveau og på aftalehaverniveau.

### Tegningsønsker
Kontoansvarlige kan:
indlægge, ændre og nulstille tegningsønsker fra "Ordreregistrering fra dato".

Tegningsønsker indrapporteres som det antal retter, der ønskes tegnet på.

### Emissionskalender
Datacentre kan skabe en aktuel emissionskalender for deres brugere ved at abonnere på skyggetransaktioner på aktiefondsregistret.

## Tildeling af retter
VP beregner og tildeler aktieretter og tegningsretter på grundlag af beholdningen i moderaktien på tildelingsdagen, se Eksempel på tegningsforløb. Tildelingsdagen er som hovedregel afviklingsdagen før 1. tegningsdag. Det kan imidlertid forekomme for udenlandske selskaber, at tildelingsdagen ligger et antal afviklingsdage før første tegningsdag.
Antal tegningsretter, der tildeles den enkelte VP-konto, beregnes ud fra antal moderaktier på VP-kontoen og tegningsforhold ny.
Antal retter beregnes efter følgende formel:
Antal retter = antal moderaktier x tegningsforhold ny

Eksempel:
Beholdning af aktier:        12 stk
Aktiestørrelse:              100 kr.

a. Tegningsforhold 8 : 1
Da tegningsforhold ny er lig med 1, bliver antal retter lig med antal moderaktier.

Antal retter:                12 stk. x 1 = 12 retter



**SYSTEMVEJLEDNING**

---

**b. Tegningsforhold 8 : 3**
Da tegningsforhold ny er lig med 3, bliver antal retter lig med antal moderaktier x 3.

Antal retter:          12 stk. x 3 = 36 retter

| Uddata | Modtager |
|---|---|
| Hovedbogsjournal tildelte retter | Udstedelsesansvarlig |
| Tegningsretsoversigt | Kontoansvarlig |
| Meddelelse om tildelte retter | Kontohaver - evt. rettighedshaver(e) |

## Tegningsønsker

Den kontoansvarlige kan, fra "Ordreregistrering fra dato" (normalt ca. 3 uger før 1. tegningsdag) og indtil dagen efter sidste tegningsdag, indlægge tegningsønsker på kundernes VP-konti. Tegningsønskerne udtrykkes i det antal retter, der ønskes tegnet på.
**Bemærk**
Indlæggelse af tegningsønsker i forbindelse med kapitaludvidelser kan kun ske, når aftalehaver for den kontoansvarlige har en handelsafviklingskonto i tegningsvalutaen.
**Tegningsønske med dato**
Ønsker kunden at tegne på en bestemt dag i tegningsperioden, kan tegningsønsket indlægges med en tegningsdato.
**Tegningsønske uden dato**
Har kunden ikke specielle ønsker med hensyn til tidspunktet for tegning, kan tegningsønsket indlægges uden tegningsdato. Tegningsønsket vil blive gennemført i forbindelse med rekvisition af samlet eller maksimal tegning.
**Navnenotering af nytegnede aktier**
Ønsker kunden, at de nye aktier skal navnenoteres, kan dette angives i tegningsønsket.
**Ændring/nulstilling af tegningsønske**
Et tegningsønske kan ændres eller nulstilles senest afviklingsdagen før tegningsdagen. Nulstilles et tegningsønske, betyder det, at kunden ikke deltager i tegningen (heller ikke maksimal tegning).
**Fjernelse af ubenyttede tegningsønsker**
Et tegningsønske, der ikke er effektueret ved tegningsperiodens afslutning, vil først blive fjernet i forbindelse med oprydningen, hvor ubenyttede retter slettes.

## Dækningskontrol af tegningsønsker

I forbindelse med gennemførelse af tegning foretager VP dækningskontrol af de registrerede tegningsønsker. Der foretages 2 former for dækningskontrol:
foreløbig dækningskontrol, der foretages efter blok 10 afviklingsdagen før datoen i tegningsønsket
endelig dækningskontrol, der foretages efter blok 10 på afviklingsdagen lig med datoen i tegningsønsket

**Eksempel:**

 **SYSTEMVEJLEDNING**

Foreløbig og endelig dækningskontrol foretages således i forhold til tegningsdatoen:

```
┌──┐           ┌──┐
│  │ Blok 10   │  │ Blok 10                ──────────  Afviklingsdage
└──┘           └──┘
18.00          18.00

foreløbig      endelig
dækningskontrol  dækningskontrol    tegningsdato
```

Foreløbig dækningskontrol foretages dagligt fra afviklingsdagen før første tegningsdag og indtil afviklingsdagen efter sidste tegningsdag. Endelig dækningskontrol foretages dagligt fra 1. tegningsdag og indtil 2 afviklingsdage efter sidste tegningsdag.

**Foreløbig dækningskontrol**
For tegningsønsker indlagt med dato mindst 2 afviklingsdage frem og tegningsønsker, der opdateres af samlet og maksimal tegning, foretager VP en foreløbig dækningskontrol, jf. ovennævnte eksempel. Ved foreløbig dækningskontrol dannes:

| Uddata | Modtager |
|---|---|
| Oversigt over manglende retter | Kontoansvarlig |
| Oversigt over overskydende retter | Kontoansvarlig |
| Oversigt over tegninger i foreløbig dækningskontrol (samtlige, der forsøges gennemført) | Kontoansvarlig |

Listerne, der modtages afviklingsdagen før tegningsdagen, anvendes til undersøgelse af årsagen til manglende eller overskydende retter og til en eventuel rettelse af tegningsønskerne i den forbindelse.
**Endelig dækningskontrol**
For tegningsønsker indlagt med tegningsdato lig med næste afviklingsdag og tegningsønsker, som har gennemløbet foreløbig dækningskontrol, foretages endelig dækningskontrol efter blok 10 på tegningsdagen, Dækningskontrol af tegningsønsker.

VP afviser tegninger, hvor der ikke er dækning for ønsket, og sletter datoen i tegningsønsket. Tegningsønsket bliver stående, men uden tegningsdato.

Ved endelig dækningskontrol dannes:

| Uddata | Modtager |
|---|---|
| Oversigt over tegninger i endelig dækningskontrol | Kontoansvarlig |
| Oversigt over fjernede tegningsdatoer | Kontoansvarlig |

**Effektuering af tegning**
Godkendte tegninger opdateres på VP-kontiene umiddelbart efter dagens første afviklingskørsel (blok 10) på tegningsdagen.

Opdatering medfører, at:
- ønsket tegning - beholdning nulstilles
- beholdning af retter reduceres med tegningsønsket
- beholdning af nye aktier eller konvertible obligationer opdateres med den nytegnede beholdning

 **SYSTEMVEJLEDNING**

## Afregning af tegning

Ved tegning på baggrund af tegningsretter betalingsformidler VP tegningen fra de kontoansvarlige til den udstedelsesansvarlige via aftalehavernes handelsafviklingskonti i Danmarks Nationalbank. Ved afregningen anvendes det afregningsbeløb, der fremgår af aktiefondsregistret. Afregning mellem kontohaverne og de kontoansvarlige skal ske uden om VP-systemet ved anvendelse af det tegningsbeløb, der er registreret i aktiefondsregistret.

Betalingsformidlingsgrundlaget dannes ud fra godkendte tegninger umiddelbart efter blok 10 på tegningsdagen.

Afregning af tegning i fremmed valuta sker som ovenfor beskrevet, dog foregår betalingsformidlingen via aftalehavernes valutakonti i Danmarks Nationalbank.

### Bemærk

Afregningsbeløb for tegning og konvertering af konvertible obligationer dækningskontrolleres på aftalehavers handelsafviklingskonto mod det rådighedsbeløb, der resterer efter gennemførelse af godkendte handler i blok 10. I rådighedsbeløbet indgår den disponible værdi af en sikkerhedsretsaftale.

Ved opdateringen af tegninger dannes:

| Uddata | Modtager |
|---|---|
| Hovedbogsjournal - tegninger | Udstedelsesansvarlig |
| Ændringsmeddelelse | Kontohaver - evt. rettighedshaver |
| Ejerbogsændringer | Ejerbogsfører |
| TI200691 Status på beholdning | Kontoansvarlig |
| TI200821 Bogføringsgrundlag - tegning/konvertering af konvertible obligationer - indirekte clearingdeltager | Betalingsstiller |

## Rekvisition af samlet og maksimal tegning

Aftalehavere kan rekvirere samlet og maksimal tegning. Samlet og maksimal tegning kan rekvireres på både aftalehaver og kontoansvarlig niveau. Aftalehaver fastlægger selv, på hvilke tegningsdage instituttet ønsker samlet eller maksimal tegning gennemført.

Rekvisitionen kan indrapporteres fra ca. 3 uger før 1. tegningsdag og til og med sidste tegningsdag til effektuering i hele tegningsperioden + 2 afviklingsdage. Rekvisitionen skal indrapporteres senest 2 afviklingsdage før den anførte tegningsdato.

### Samlet tegning

Ved samlet tegning opdaterer VP tegningsdato på alle registrerede tegningsønsker uden tegningsdato. Tegningsdatoen opdateres på VP-kontiene 2 afviklingsdage før tegningsdatoen.

### Maksimal tegning

Maksimal tegning er en samlet tegning i luksusudgave. For det første danner VP størst muligt tegningsønske ud fra tegningsforholdet og beholdningen af retter på de VP-konti, hvor der ikke er registreret et tegningsønske, og hvor der ikke tidligere er gennemført tegning. Derefter opdateres tegningsdatoer på alle tegningsønsker uden dato (som samlet tegning). Tegningsønsker og tegningsdato opdateres 2 afviklingsdage før tegningsdatoen i rekvisitionen.
Såfremt tegningsdatoen i rekvisitionen er første tegningsdag, bevirker dette, at der alene opdateres tegningsdatoer på de ønsker, som er indrapporteret indtil 2 afviklingsdage før første tegningsdag. Da der endnu ikke er tildelt retter, vil rekvisitionen virke som en samlet tegning.
I rekvisitionen angives, om samtlige nytegnede aktiebeholdninger skal navnenoteres eller ej.
Skal nogle VP-konti behandles anderledes end angivet i rekvisitionen, skal der manuelt indlægges tegningsønsker på disse konti.

 SYSTEMVEJLEDNING

**Eksempel:**

- Er der i rekvisitionen angivet, at samtlige aktier skal navnenoteres, skal der manuelt indlægges tegningsønsker på de konti, hvor kontohaver ikke ønsker de nye aktier navnenoteret.
- Er der kontohavere, der ikke ønsker at få tegnet nye aktier, skal der manuelt indlægges tegningsønsker på nul.

**Eksempel på tegning i VP-systemet**

| | MANDAG | TIRSDAG | ONSDAG | kalenderdage |
|---|---|---|---|---|
| KA | Start samlet tegning onsdag | Korrektioner<br><br>Indrapportering af tegningsønsker til onsdag | | |

kl. 18.00 skift til nyt afviklingsdøgn

| | | | | |
|---|---|---|---|---|
| VP | Opdatering af tegningsønsker (dato)<br><br>Dækningskontrol af tegningsønsker | Dækningskontrol af tegningsønsker<br><br>Dannelse af clearingsgrundlag<br><br>Opdatering af tegninger | | |

**Rekvisition af oversigt over ubenyttede retter**

Aftalehavere og de kontoansvarlige kan på et hvilket som helst tidspunkt i tegningsperioden rekvirere en oversigt over ubenyttede retter. Oversigten bruges til opfølgning på de VP-konti, hvor der er registreret en beholdning af retter.

**Afsluttende samlet tegning**

VP igangsætter automatisk en samlet tegning på sidste tegningsdag i tegningsperioden, dvs. på dag 10 i Eksempel på tegningsforløb eksempel med tegningsdag på dag 12.
Denne afsluttende tegning bruges til at opsamle tegningsønsker, som endnu ikke er effektueret.
Den afsluttende samlede tegning gennemføres 2 afviklingsdage efter tegningsperiodens ophør. Den kontoansvarlige modtager de sædvanlige lister fra foreløbig dækningskontrol. Listerne modtages dagen efter sidste tegningsdag (dag 11 Eksempel på tegningsforløb). Den kontoansvarlige har så en sidste mulighed for at rette tegningsønskerne på de VP-konti, der har overskydende eller manglende retter.

 SYSTEMVEJLEDNING

## Fjernelse af ubenyttede retter (oprydning)

Efter tegningsperiodens ophør fjernes ubenyttede tegningsretter fra VP-kontiene.
Tidspunkt og betingelser for oprydningen fastlægges af den udstedelsesansvarlige i samråd med VP.

A          For tegningsretter kan datoen for oprydning tidligst være 5 afviklingsdage efter sidste tegningsdato, og den skal være sidste afviklingsdag i en uge.
B          Aktieretter vil forblive registreret på VP-kontiene mindst 5 år, før de eventuelt bliver slettet.

Ved fjernelse af retter dannes:

| Uddata | Modtager |
|---|---|
| Fjernede retter - AI | Udstedelsesansvarlig |
| Fjernede retter - KI | Kontoansvarlig |

## Handel i forbindelse med tegning

I forbindelse med tegning kan der handles med:

- moderaktierne inkl. og ekskl. retter
- tegningsretter/aktieretter
- nytegnede aktier
- nytegnede konvertible obligationer

**Moderaktier inkl. og ekskl. retter**
Moderaktierne kan handles/overføres inkl. retter til og med kl. 12.30 på tildelingsdagen. Handler til afvikling og overførsler efter kl. 12.30 på tildelingsdagen er eksklusiv tegningsretter.

**Tegningsretter og aktieretter**
Handel med retter indrapporteres til VP på samme måde som øvrige handler.
Første mulige afvikling af handler med retter er blok 10 på første tegningsdag.
Sidste dag for handel med retter via fondsbørsen er 3 børsdage før sidste tegningsdag med afviklingsdag på sidste tegningsdag.
I VP-systemet er der imidlertid intet til hinder for, at handler kan indrapporteres senere.
Hvis der handles med kontantforbehold, kan der først disponeres over retterne ved udgangen af den efterfølgende afviklingsdag, med mindre kontantforbeholdet i mellemtiden ophæves.
NB! Ved handel med retter udskrives **ikke** ændringsmeddelelse til kontohaver eller rettighedshaver.

**Nytegnede aktier og nytegnede konvertible obligationer**
Handel med nytegnede aktier og nytegnede konvertible obligationer kan indrapporteres på en hvilken som helst afviklingsdag før tegningsperiodens start til tidligste afvikling i blok 20 på 1. tegningsdag.

## Skift af ISIN

Når afvigende betingelser for en midlertidig ISIN (tegnings ISIN) ophører, overføres beholdningerne fra den midlertidige ISIN til den fortsættende ISIN.

Skift af ISIN kan rent teknisk foretages på en hvilken som helst børsdag. Hvis der ikke er afvigende betingelser på 2 ISINs, kan de sammenlægges, når godkendelse fra Erhvervs- og Selskabsstyrelsen foreligger.

For børsnoterede selskaber skal den udstedelsesansvarlige aftale med Københavns Fondsbørs, hvornår skift af ISIN skal foretages. For unoterede VP-registrerede ISINs aftales skift af ISIN med VP's Clearing & Custody Services.

VP gennemfører skift af ISIN på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.



SYSTEMVEJLEDNING

På dagen for skift af ISIN er kørselsrækkefølgen:
- evt. udbytteberegning i den fortsættende ISIN
- evt. udbytteberegning i den midlertidige ISIN
- overførsel af beholdninger i den midlertidige ISIN til beholdninger i den fortsættende ISIN
- uafviklede preadvice i den ophørende ISIN vil blive ændret til den fortsættende ISIN. Tidligste afvikling for handler i den fortsættende ISIN er i afviklingsblok 20 på skiftedagen, da de involverede ISINs vil være udelukket fra afvikling i blok 10.

Handler skal altid - uanset om afviklingsdagen er før eller efter dagen for skift af ISIN, indrapporteres i den ISIN, der er registreret på indrapporteringstidspunktet.

Se afsnit om Skift af ISIN.

## Fondsaktieemission

Fondsaktieemission behandles som tegning med fortegningsret. Den eneste forskel er, at tegningskursen er 0,00, og at en evt. oprydning af aktieretter tidligst finder sted 5 år efter tegningsperiodens afslutning.

Fondsaktieemissionen følger forløbet, der er beskrevet i afsnittet om tegning med fortegningsret for nuværende aktionærer.

Hvis en fondsaktieemission skal foregå direkte i den eksisterende fondskode/ISIN, skal emissionen være forhåndsgodkendt af Erhvervs- og Selskabsstyrelsen.

Det er den udstedelsesansvarliges ansvar, at forhåndsgodkendelsen foreligger.

Ved tegning af fondsaktier kan aftalehavere med fordel anvende rekvisition af maksimal tegning, idet der ved denne rekvisition automatisk dannes tegningsønsker på de konti, der har en beholdning af aktieretter.

## Tegning med fortegningsret i teknisk fondskode/ISIN

Hvis en del af et selskabs aktiekapital er udstedt i en teknisk fondskode/ISIN, skal tegning i denne fondskode/ISIN foretages på samme måde som tegning i den generelle fondskode/ISIN. Denne tegning kan køres enten i forbindelse med tegning i den generelle fondskode/ISIN eller som en særskilt tegning. Tegningen i den tekniske fondskode/ISIN behandles på samme måde som tegningen i den generelle fondskode/ISIN. Tegningsforhold mv. fastsættes særskilt for den tekniske fondskode/ISIN.

Selskabet kan kun give den tekniske fondskode/ISIN ret til at tegne i den generelle fondskode/ISIN.

## Tegning med fortegningsret for fysiske aktieklasse

Når et aktieselskab med en VP-registreret og en fysisk aktieklasse ønsker at udvide aktiekapitalen i den VP-registrerede aktieklasse, og begge aktieklasser giver ret til tegning i den VP-registrerede aktieklasse, skal følgende fremgangsmåde benyttes:

- Den VP-registrerede aktieklasse følger normalt forløb for tegning med fortegningsret for nuværende aktionærer, hvor tegningsretterne bliver tildelt afviklingsdagen før 1. tegningsdag.

 **SYSTEMVEJLEDNING**

- For den fysiske aktieklasse gælder:

  Den udstedelsesansvarlige registrerer tegningsretter svarende til aktieudvidelsen i den fysiske aktieklasse på en særskilt VP-konto med en hovedbogsbevægelse (emission).

  Retterne overføres herefter ved hjælp af en overførsel til ejerens, respektive dennes kontoansvarliges VP-konto, i takt med aflevering af kuponerne eller anden dokumentation krævet af den udstedelsesansvarlige.

Har ejerne af de fysiske aktier ikke i forvejen en VP-konto, skal der oprettes en ny til registrering af retterne.

Herefter forløber tegningen som tegning med fortegningsret for nuværende aktionærer.

Der dannes ikke ændringsmeddelelse til kontohaver eller rettighedshaver ved overførsel af tegningsretterne. Den kontoansvarlige skal derfor være opmærksom på, at der skal indlægges et tegningsønske på den modtagende VP-konto.

## Tegning uden fortegningsret

Ved tegning uden fortegningsret for nuværende aktionærer, f.eks. tegning til markedskurs, tegning til fast kurs eller tegning efter tendersystemet, deltager VP ikke aktivt i tegningsforløbet. Den udstedelsesansvarlige fastlægger og styrer selv emissionen.

**Metode til gennemførelse af tegning uden fortegningsret**
Efterfølgende er beskrevet en metode, der i lighed med clearing- og afviklingssystemet sikrer samtidighed mellem fondsaktiver og penge mellem den udstedelsesansvarlige og den enkelte afviklingsansvarlige.

- Den udstedelsesansvarlige indrapporterer en hovedbogsbevægelse (emission) på aktieudvidelsen. I transaktionen angives aktieudvidelsen i antal stk. nye aktier. Aktierne krediteres en VP-konto eventuelt oprettet specielt til formålet.
- Den udstedelsesansvarlige fastlægger - på baggrund af de modtagne tegningslister - hvor mange nye aktier hver enkelt afviklingsansvarlig (og dennes kunder) er berettiget til at tegne. Dette meddeles den enkelte afviklingsansvarlige samtidig med tegningsbeløbet for de nye aktier.
- Den udstedelsesansvarlige indrapporterer herefter et preadvice (fragang) til fordel for den enkelte afviklingsansvarlige. Den udstedelsesansvarlige kan aftale med Clearing & Custody Services, at de første handler i de nye aktier knyttes til den afviklingsblok, hvor afvikling efter emissionen tidligst kan finde sted, se omstående Bemærk.
- Den afviklingsansvarlige flytter aktierne ved at indrapportere et tilsvarende preadvice (tilgang). Hvis den udstedelsesansvarlige har aftalt tilknytning af handler til en bestemt afviklingsblok, som beskrevet ovenfor under 3, påføres den afviklingsansvarliges preadvice automatisk det pågældende bloknummer, se omstående Bemærk.
- Posteringer til de respektive aktionærers VP-konti påhviler det institut, som aktionæren har tegnet igennem.

Metoden sikrer den udstedelsesansvarlige, at afviklingsbeløbet krediteres afviklingskontoen.

Aktierne kan dog også flyttes ved hjælp af overførsler. Her skal pengene afvikles uden om VP-systemet.

Ved flytning af nye aktier som levering mod betaling dannes:



SYSTEMVEJLEDNING

---

| Uddata | Modtager |
|---|---|
| vedr. preadvice og hovedbogsbevægelser | se systemvejledningen afsnit 3 |
| Ændringsmeddelelse | Kontohaver - evt. rettighedshaver |

**Bemærk**

Ved tegning uden fortegningsret for nuværende aktionærer må opdatering af hovedbogen først finde sted om morgenen på først mulige afviklingsdag for handler med de nye aktier. Sådanne handler mellem den udstedelsesansvarlige og afviklingsansvarlige deltagere og handler mellem disse og investorerne kan derfor tidligst afvikles i den førstkommende afviklingsblok efter opdateringen af hovedbogen.

For at sikre, at parterne i handlerne undgår at blive belastet med de omkostninger, der er forbundet med udskydelse af handler fra tidligere afviklingsblokke på først mulige afviklingsdag, kan den udstedelsesansvarlige ved skriftlig henvendelse til VP's Clearing & Custody Services opnå, at handlerne knyttes til den afviklingsblok, hvor handlerne tidligst vil kunne afvikles. Henvendelsen skal indeholde oplysning om de nye aktiers ISIN, første afviklingsdag og den afviklingsblok, hvortil handlerne ønskes knyttet. Clearing & Custody Services sørger herefter for den nødvendige opdatering af VP's aktiefondsregister.

Tilknytningen af handler i en given ISIN til en bestemt afviklingsblok på først mulige afviklingsdag for sådanne handler medfører, at alle preadvices, der indrapporteres i den pågældende ISIN til afvikling på først mulige afviklingsdag **uden** angivelse af afviklingsblok, automatisk påføres nummeret på den med Clearing & Custody Services aftalte blok. Preadvices, der har fundet makker, vil blive forsøgt afviklet som handler i denne afviklingsblok. Handler, der ikke afvikles heri, udskydes efter gældende regler for udskydelse af handler. Preadvices, der **ikke** har fundet makker inden den påførte afviklingsblok, vil blive afvist ved denne bloks afslutning.

## Løbende emission

Løbende emission håndteres og styres - i lighed med tegning uden fortegningsret - af den udstedelsesansvarlige uden VP's aktive medvirken.

Løbende emission benyttes kun af investeringsforeninger ved udvidelse af den cirkulerende mængde investeringsforeningsandele.

Den udstedelsesansvarlige foretager udvidelse af aktiekapitalen ved at indrapportere en hovedbogsbevægelse (emission) til VP. I transaktionen angives aktie-udvidelsen i antal stk. nye aktier.

De nye aktier kan indsættes på en af den udstedelsesansvarlige valgt VP-konto (egen VP-konto eller kundens VP-konto).

Ved indsættelse på egen VP-konto kan aktierne overføres til kundens konto ved at benytte en af de 3 metoder, der er beskrevet under tegning uden fortegningsret for nuværende aktionærer.

## Kapitaludvidelse i et udenlandsk selskab med en delmængde i VP

Når et udenlandsk selskab ønsker at foretage en kapitaludvidelse, og der alene er registreret en delmængde i VP, vil tegningen i praksis skulle ske enten via VP's fortegningssystem eller manuelt i form af en tegning uden fortegningsret.

Det forudsættes i registreringsbekendtgørelsen, at det særligt sikrede depot i udsteders hjemland til enhver tid afspejler den cirkulerende mængde i VP-systemet. Denne afspejling vil ikke kunne opnås i en



SYSTEMVEJLEDNING

periode, idet opskrivningen af det særligt sikrede depot først sker efter, at aktionærens forudbetalte beløb for de nytegnede aktier er kommet udstederen/selskabet i hænde.

Hvis det klart fremgår af det danske prospekt, at fondsaktiverne i en periode - indtil opskrivningen af det særligt sikrede depot finder sted - er udtryk for aktionærens forudbetaling for tegningen samtidig med, at det i denne periode af fondskode/ISIN-betingelserne i aktiefondsregisteret fremgår, at det er en forudbetaling, vil det være muligt at benytte VP's fortegningssystem.

Når det udenlandske selskabs kapitalforhøjelse efter hjemlandets regler slår igennem som en opskrivning af depotet i udlandet, skifter værdierne i den midlertidige fondskode/ISIN karakter fra forudbetaling til fondsaktiver. Fondskode/ISIN-betingelserne i aktiefondsregistret skifter tilsvarende. Fondsaktiverne har nu samme status, som hjemlandets lovgivning angiver, måske fortsat som midler-tidig fondskode/ISIN, indtil nytegningen opnår samme betingelser som moderaktiefondskoden/ISIN'en.

En følge af ovennævnte er, at udstedelsen af aktier på det særligt sikrede depot **skal** ske i en samtidig udstedelse, som modsvarer hele den nytegnede beholdning i VP, da tegningsfondskodens/ISIN'ens status skifter fra forudbetaling til fondsaktiv for alle tegnede beholdninger samtidig.

## Indfrielse af aktiekapital

Indfrielse af aktiekapital benyttes udelukkende af investeringsforeninger ved tilbagekøb af investeringsforeningsandele.

Ved reducering af den cirkulerende aktiekapital skal den udstedelsesansvarlige benytte en hovedbogsbevægelse (indfrielse).

I transaktionen angives, hvilken VP-konto aktierne skal debiteres.

## Emission af papirer med omsætningsbegrænsning

Der er i VP-systemet mulighed for at registrere visse værdipapirer, som er omfattet af omsætningsbegrænsning. Muligheden kan for tiden kun anvendes for investeringsforeningsbeviser.

**Funktionalitet**
Håndtering af en omsætningsbegrænsning fungerer på baggrund af oplysninger registreret af den udstedelsesansvarlige på udsterens vegne.

Den udstedelsesansvarlige registrerer omsætningsbegrænsningen på de værdipapirer, der skal være omfattet se "™, hvortil henvises.
Omsætningsbegrænsning".

Endvidere registrerer den udstedelsesansvarlige de depoter, der tilhører den tilladte ejerkreds, og som ønskes anvendt til det pågældende værdipapir. Det omsætningsbegrænsede værdipapir kan kun placeres på de udpegede depoter, der findes på denne liste.

Da opsætningsbegrænsningen skal være registreret, er det vigtigt, at omsætningsbegrænsningen fremgår af papirnavnet, hvilket sker automatisk efter check i "Omsætningsbegrænsning" for den berørte ISIN i VP Fondsregister. Den udstedelsesansvarlige skal derfor sikre, at aktiebetingelserne indeholder denne oplysning. Se "™, hvortil henvises.
Omsætningsbegrænsning".

SYSTEMVEJLEDNING

---

# 09 Tegningsadministration

I dette afsnit beskrives de **transaktioner,** der bruges i forbindelse med tegning med fortegningsret for nuværende aktionærer.

Med hensyn til gennemførelse af selve tegningen henvises til se "08 Emission af aktier".

## Rekvisition af tegningsindbydelse

Tegningsindbydelsen indeholder orientering til konto- og rettighedshavere om den tegningsretsgivende beholdning i moderaktien, tegningsbetingelser m.v.

### Indrapportering hos kontoansvarlig/aftalehaver
Rekvisition af tegningsindbydelse kan foretages af den enkelte kontoansvarlige eller af et opdateringsrelateret institut. Aftalehaveren kan rekvirere indbydelser til hele filialnettet.

Dato for kørsel i rekvisitionen skal være en fremtidig dato.

Indbydelserne kan rekvireres, fra tegningsoplysningerne er opdateret i aktiefondsregisteret, hvilket normalt sker ca. tre uger, før tegningsperioden begynder.

Tegningsindbydelserne kan rekvireres til afvikling til og med tildelingsdagen for retter.

Rekvisitionen kan annulleres til og med afviklingsdagen inden kørselsdatoen.

### Særlige forhold
Kontoansvarlige med aftale om fravalg af meddelelse om tildelte retter har pligt til selv at udsende tegningsindbydelser til konto- og dispositionsbegrænsende rettighedshavere.

### Behandling i VP
VP kvitterer for modtagelse af rekvisitionen ved at danne "Oversigt over rekvisitioner", der leveres til aftalehaveren.

På dato for kørsel af rekvisitionen dannes:

| Uddata | Modtager |
|---|---|
| Tegningsindbydelse | Konto- og rettighedshaver |
| Tegningsindbydelse - KI | Kontoansvarlig |

## Indlæggelse af tegningsønske

Grundlaget for tegning af aktier er VP-kontohavernes tegningsønsker, som indlægges på den enkelte VP-konto.

Tegningsønsker kan indlægges på VP-kontiene fra det tidspunkt, hvor aktiefondsregistret er opdateret med betingelserne for tegningen (normalt ca. 3 uger før tegningsperiodens start) og til og med afviklingsdagen efter sidste tegningsdag.

### Indrapportering hos kontoansvarlig
Der kan indlægges tegningsønsker på VP-konti, hvor de generelle aktieoplysninger (PI-kontonummer for udbytte, betalingsmåde udbytte og kode for udbytteerklæring) er opdateret. Et tegningsønske angives i



SYSTEMVEJLEDNING

---

det antal retter, der ønskes tegnet på. Samtidig kan det angives, om de nytegnede aktier ønskes navnenoteret.

Hvis tegningsdato udfyldes, effektueres tegningsønsket på den angivne tegningsdato.

Hvis tegningsdato ikke udfyldes, effektueres tegningsønsket enten ved rekvisition af samlet tegning, maksimal tegning eller i forbindelse med afsluttende samlet tegning.

Et tegningsønske kan ændres eller nulstilles.

**Bemærk**
I tegningsønsker, der indlægges afviklingsdagen efter sidste tegningsdag, skal tegningsdato udfyldes med dato = 2. afviklingsdag efter sidste tegningsdag for at opnå effektuering.

**Behandling i VP**
Tegningsønsket opdateres på VP-kontoen umiddelbart før afviklingsblok 10 på indrapporteringsdagen.

Tegningsønsker indgår i VP's dækningskontrol fra afviklingsdagen før tegningsdatoen.

Ved opdateringen dannes:

| Uddata | Modtager |
|---|---|
| Kontojournal | Kontoansvarlig |
| Skyggetransaktion | Datacenter |

## Ændring/nulstilling af tegningsønske

Et tegningsønske kan ændres eller nulstilles af den kontoansvarlige senest afviklingsdagen før tegningsdagen.

Hvis et tegningsønske nulstilles, vil eventuelle retter på kontoen fremgå ved rekvisition af "Liste over ubenyttede retter".

**Indrapportering hos kontoansvarlig**
Ved ændring/nulstilling af et tegningsønske anvendes samme transaktion som ved etablering af tegningsønske.

De nye oplysninger indtastes i transaktionen, hvorved det eksisterende tegningsønske overskrives.

**Behandling i VP**
Det ændrede tegningsønske opdateres på VP-kontoen umiddelbart før afviklingsblok 10 på indrapporteringsdagen.

Ved opdateringen dannes:
| Uddata | Modtager |
|---|---|
| Kontojournal | Kontoansvarlig |
| Skyggetransaktion | Datacenter |

## Annullering af tegningsønske



SYSTEMVEJLEDNING

---

Transaktionen anvendes til at annullere et tegningsønske samme dag, som tegningsønsket er indrapporteret.

**Indrapportering hos kontoansvarlig**
Ved annullering af et tegningsønske skal følgende anføres i transaktionen:
- Anmeldelsesdato
- VP-kontonummer
- Oprindeligt transaktionsløbenummer

Løbenummeret for den oprindelige transaktion findes ved forespørgsel.

**Behandling i VP**
Tegningsønsket annulleres.

Ved annulleringen dannes:

| Uddata | Modtager |
|---|---|
| Fejloversigt | Kontoansvarlig |

## Rekvisition af samlet maksimal tegning

Transaktionen bruges til at meddele VP, pr. hvilken dato tegningsønsker uden en datoangivelse skal effektueres.

Rekvisitionen kan foretages af aftalehaver på aftalehaver- eller kontoansvarlig niveau.

**Indrapportering hos aftalehaver**
Rekvisitionen skal indrapporteres senest 2 afviklingsdage før tegningsdatoen.

Tegningsdato skal være en afviklingsdag i perioden:
1. tegningsdag til sidste tegningsdag, begge dage inklusive.

Rekvisitionen kan tilbagekaldes ved hjælp af transaktionen "Annullering af tegningsrekvisition".

Tegningsønsker, der er opdateret af en samlet tegning, kan ændres/nulstilles på afviklingsdagen før tegningsdagen.

**Behandling i VP**
Ved indrapportering af rekvisitionen dannes:

| Uddata | Modtager |
|---|---|
| Oversigt over rekvisitioner vedr. aktieemissioner | Aftalehaver |

VP opdaterer tegningsdato på de VP-konti, hvor der er registreret et tegningsønske uden en tegningsdato.
Tegningsdatoen opdateres på VP-kontiene 2 afviklingsdage før tegningsdatoen i rekvisitionen.
Ved opdateringen af tegningsdatoen dannes:

| Uddata | Modtager |
|---|---|
| Oversigt over tegninger i foreløbig dækningskontrol | Kontoansvarlig |
| Oversigt over manglende retter | Kontoansvarlig |
| Oversigt over overskydende retter | Kontoansvarlig |



SYSTEMVEJLEDNING

## Rekvisition af maksimal tegning

Transaktionen bruges til at meddele VP, pr. hvilken dato der skal gennemføres tegning på de VP-konti, hvor der er registreret en beholdning af retter, og hvor der ikke er indlagt tegningsønsker med datoangivelse eller har været gennemført et tegningsønske.

Hvis et tegningsønske tidligere er gennemført, tegnes der ikke på eventuelt overskydende retter.

Rekvisition af maksimal tegning igangsætter samtidig en samlet tegning.

Rekvisition af maksimal tegning kan foretages af aftalehaver på aftalehaver- eller kontoansvarlig niveau.

**Indrapportering hos aftalehaver**
Rekvisitionen skal indrapporteres senest 2 afviklingsdage før tegningsdagen.

Tegningsdato skal være en afviklingsdag i perioden:

1. tegningsdag til sidste tegningsdag, begge dage inklusive.

Hvis 1. tegningsdag angives som tegningsdato i rekvisitionen, vil rekvisitionen virke som en samlet tegning, idet retterne endnu ikke er tildelt, når opdateringen af tegningsønsker finder sted.

Rekvisitionen kan tilbagekaldes ved hjælp af transaktionen "Annullering af tegningsrekvisition".

Tegningsønsker, der er dannet af en maksimal tegning, kan ændres/nulstilles på afviklingsdagen før tegningsdagen.

I rekvisitionen angives, om de nytegnede aktiebeholdninger skal navnenoteres. Hvis enkelte tegninger ikke skal følge den generelle kode for navnenotering, skal der indlægges særskilte tegningsønsker på disse VP-konti.

**Behandling i VP**
Ved indrapportering af rekvisitionen dannes:

| Uddata | Modtager |
|---|---|
| Oversigt over rekvisitioner vedr. aktieemissioner | Aftalehaver |

Der dannes tegningsønsker på VP-konti, hvor:

- beholdningen af retter er større end nul, og der ikke tidligere er indlagt tegningsønske eller har været gennemført et tegningsønske.

  Der beregnes størst muligt tegningsønske under hensyntagen til tegningsforholdet og beholdningen af retter på kontoen.

- feltet "kode for navnenotering" opdateres i overensstemmelse med det i rekvisitionen anførte.

**Eksempel:**
Tegningsforhold: 8:3

    Antal moderaktier på VP-kontoen: 12
    Antal tegningsretter på VP-kontoen: 36
    Aktierne ønskes i henhold til rekvisitionen navnenoteret.

Der dannes et tegningsønske på: 32 retter til tegning af 4 nye aktier, der automatisk bliver begæret navnenoteret i selskabets ejerbog.



SYSTEMVEJLEDNING

Efter dannelse af tegningsønsker opdaterer VP tegningsdato på VP-konti, hvor der er registreret et tegningsønske uden tegningsdato.

Tegningsønsker og tegningsdato opdateres på VP-kontiene 2 afviklingsdage før tegningsdatoen i rekvisitionen.

Ved opdatering af tegningsønsker/dato dannes:

| Uddata | Modtager |
|---|---|
| Oversigt over tegninger i foreløbig dækningskontrol | Kontoansvarlig |
| Oversigt over manglende retter | Kontoansvarlig |
| Oversigt over overskydende retter | Kontoansvarlig |

## Annullering af tegningsrekvisition

Transaktionen bruges af aftalehaver til at annullere:

- REKVISITION AF SAMLET TEGNING
- REKVISITION AF MAKSIMAL TEGNING

**Indrapportering hos aftalehaver**
Ved annullering af en tegningsrekvisition skal løbenummeret for den oprindelige rekvisition angives i transaktionen.

Dette løbenummer findes ved forespørgsel på tegning.

Annulleringen skal indrapporteres senest 2 afviklingsdage før tegningsdatoen i rekvisitionen.

**Behandling i VP**
Tegningsrekvisitionen annulleres.

| Uddata | Modtager |
|---|---|
| Oversigt over rekvisitioner vedr. aktieemissioner | Aftalehaver |

## Rekvisition af oversigt over ubenyttede retter

Transaktionen bruges til at bestille en liste, der pr. VP-konto angiver beholdningen af ubenyttede retter i den pågældende retfondskode/ISIN.

Rekvisitionen foretages af aftalehaver på aftalehaver- eller kontoansvarlig niveau.

Listen kan rekvireres flere gange i tegningsperioden, og centraldeltageren bestemmer selv, på hvilke dage listen skal dannes.

**Indrapportering hos aftalehaver**
Ved rekvisition af listen bruges transaktionen:

REKVISITION AF LISTE/UBENYTTEDE RETTER

I transaktionen angives, på hvilken dato listen ønskes dannet.



**SYSTEMVEJLEDNING**

Listen skal rekvireres senest 2 afviklingsdage, før den ønskes dannet. Listen kan dannes fra 1. tegningsdag til og med dato for fjernelse af overskydende retter.

**Behandling i VP**
Ved indrapportering af rekvisitionen dannes:
| **Uddata** | **Modtager** |
|---|---|
| Oversigt over rekvisitioner vedr. aktieemissioner | Aftalehaver |

På den ønskede kørselsdato dannes:
| **Uddata** | **Modtager** |
|---|---|
| Oversigt over ubenyttede retter | Kontoansvarlig |



SYSTEMVEJLEDNING

# 10 Navnenotering af aktier og investeringsbeviser

Som udgangspunkt er navnenotering betinget af, at den berettigede begærer dette over for sit kontoførende institut, medmindre lovgivning eller udsteders vedtægter bestemmer, at aktier eller investeringsforeningsandele skal noteres på navn. For aktier, der er omfattet af selskabsloven kan navnenotering dog alene ske efter den berettigedes begæring.

**Navnenotering på kontohavers navn**
Navnenotering kan foretages på kontohavers navn, hvilket indebærer, at kontohavers navn- og adresseoplysninger videregives til de respektive ejerbogsførere for de navnenoterede beholdninger på VP-kontoen.

**Navnenotering på andet navn end kontohavers**
Navnenotering kan foretages på et andet end kontohavers navn ved at etablere et sæt ejerbogsnavneoplysninger på kontoen. Dette indebærer, at disse navne- og adresseoplysninger videregives til de respektive ejerbogsførere i stedet for kontohavers navne- og adresseoplysninger.

Ønsker en kontohaver at benytte flere navne til navnenoteringen, kan dette ske ved en opsplitning af VP-kontoen, således at kontohaver f.eks. har to VP-konti, hver med sit sæt ejerbogsnavneoplysninger.

**Indføring i selskabets ejerbog**
Ejerbogsfører modtager meddelelse om begærede navnenoteringer fra VP. Noteringerne er endelige efter indføring i selskabets ejerbog.

**Flytning af navnenoterede beholdninger**
Det er muligt at flytte navnenoterede beholdninger mellem to VP-konti og samtidig bevare den oprindelige noteringsdato i ejerbogen. Se afsnit om Ejerbogsfører

## Noteringssteder

Alle kontoførende institutter er noteringssteder for de aktier, der er registreret på VP-konti hos dem.

Endvidere kan der foretages navnenotering i forbindelse med køb gennem en fondshandler. Se Forretningsmæssigvejledning, Registreringsvejledning "Navnenotering/afnotering af aktier" og "Navnenotering/afnotering af beholdning (TU20011v)".

## Notering og afnotering af eksisterende beholdning

Notering/afnotering foretages med transaktionen navnenotering/afnotering ved angivelse af kode for henholdsvis notering og afnotering.

**Navnenotering**
Transaktionen anvendes til navnenotering af en bestående beholdning, eller en del af den bestående beholdning, og må kun indrapporteres på kontohavers begæring.

Kontohavers navn og adresse samt oplysning om størrelsen af den beholdning der begæres navnenoteret/afnoteret, vil herefter blive videregivet til ejerbogsføreren.

Hvis en ISIN er markeret for pligtig navnenotering i fondsregisteret, bliver hele beholdningen i den ISIN automatisk navnenoteret.

SYSTEMVEJLEDNING

---

Tilgår der efterfølgende aktier til kontoen, og disse skal navnenoteres, vil navnenotering blive foretaget på samme navn.

Der er intet til hinder for, at VP-kontoen kan indeholde både navnenoterede og ihændehaver aktier.

### Kvittering for begæring om navnenotering
Kontohaver kan i henhold til registreringsbekendtgørelsens bestemmelser anmode om at få kvittering for sin begæring om navnenotering.

Kontoførende institut skal udskrive en kvittering, der som minimum skal indeholde:
- Navn og adresse
- Dato for begæringen om navnenotering
- Fondskoden og størrelsen på den beholdning, der begæres navnenoteret

### Indrapportering i kontoførende institut

Navnenotering indrapporteres til VP på baggrund af kontohavers begæring.

### Behandling i VP
Begæringen registreres på VP-kontoen om aftenen på indrapporteringsdagen og videregives til ejerbogsføreren for den del af beholdningen, der begæres navnenoteret.

Ved opdateringen dannes:

| Uddata | Modtager |
|---|---|
| Kontojournal | Kontoførende institut |
| Ejerbogsændringer | Ejerbogsfører |

### Afnotering
Transaktionen anvendes til afnotering af en bestående beholdning, eller en del af en bestående beholdning, og må kun indrapporteres på kontohavers begæring.

Endvidere vil transaktionen skulle anvendes hvis en ejerbogsfører afviser en begæring om navnenotering. Kontohaver skal i dette tilfælde underrettes om afvisningen, hvorefter afnoteringen skal finde sted. Se Ejerbogsfører

En beholdning i en ISIN der er markeret for pligtig navnenotering i fondsregisteret, kan ikke afnoteres.

### Indrapportering i kontoførende institut
Afnotering indrapporteres til VP på baggrund af kontohavers eller ejerbogsførers begæring.

### Behandling i VP
Noteringen slettes på VP-kontoen om aftenen på indrapporteringsdagen og videregives til ejerbogsføreren for den del af beholdningen, der afnoteres.

Ved opdateringen dannes:

| Uddata | Modtager |
|---|---|
| Kontojournal | Kontoførende institut |
| Ejerbogsændringer | Ejerbogsfører |


## Navnenotering af anden person end VP-kontohaver

En beskrivelse af navnenotering af anden person end VP-kontohaver , ved etablering, ændring eller sletning.



SYSTEMVEJLEDNING

---

**Etablering af ejerbogsnavneoplysninger**
Transaktionen anvendes til at etablere et sæt ejerbogsnavneoplysninger på en VP-konto.

Der kan kun være et sæt ejerbogsnavneoplysninger på en VP-konto, og de omfatter samtlige navnenoterede aktier på kontoen.

Ejerbogsnavneoplysningerne videregives til de respektive ejerbogsførere til brug for navnenotering i stedet for kontohavers navn og adresseoplysninger.

Denne registreringsform ændrer ikke kontohavers dispositionsret, idet den, der er registreret i ejerbogsnavneoplysningerne, ikke vil have adgang til at disponere på kontoen, men kun vil fremgå af selskabets ejerbog.

**Indrapportering i kontoførende institut**
Ejerbogsnavneoplysningerne indraportres til VP på baggrund af kontohavers begæring.

Såfremt ejerbogsnavneoplysningerne er etableret fejlagtigt, kan de annulleres på indrapporteringsdagen.

**Behandling i VP**
Efter registrering af ejerbogsnavneoplysningerne, om aftenen på indrapporteringsdagen videregives oplysningerne til de respektive ejerbogsførere for den del af beholdningen, der er navnenoteret.

Ved opdateringen dannes:

| **Uddata** | **Modtager** |
| --- | --- |
| Kontojournal | Kontoførende institut |
| Ejerbogsændringer | Ejerbogsfører |

## Annuller ejerbogsnavnetransaktion

Transaktionen anvendes til at annullere en fejlagtig etablering, ændring, sletning af ejerbogsnavneoplysningerne i daglig journal.

**Indrapportering i det kontoførende institut**
Annullering af ejerbogsnavneoplysningerne indrapporteres til VP samme dag, som etablering, ændring, sletning af ejerbogsnavneoplysningerne har fundet sted.

I transaktionen skal angives det oprindelige transaktionsløbenummer, som findes ved forespørgsel i daglig journal.

**Behandling i VP**
Annulleringen gennemføres om aftenen på indrapporteringsdagen.
Ved annulleringen dannes:

| **Uddata** | **Modtager** |
| --- | --- |
| Fejloversigt | Kontoførende institut |

## Ændring af ejerbogsnavneoplysninger

Transaktionen anvendes til at ændre ejerbogsnavneoplysningerne på en VP-konto.

Kontohaver kan begære ejerbogsnavneoplysningerne ændret. Endvidere kan en person, der står registreret i ejerbogsnavneoplysningerne, anmode om en adresseændring.

 Systemvejledning

---

Indrapportering i det kontoførende institut
Ændringen indrapporteres til VP på baggrund af begæring om ændring.

**Behandling i VP**
Når ændringen af ejerbogsnavneoplysningerne er registreret om aftenen på indrapporteringsdagen, videregives oplysningerne til de respektive ejerbogsførere for den del af beholdningen, der er navnenoteret.

Ved opdatering udskrives:

| Uddata | Modtager |
|--------|----------|
| Kontojournal | Kontoførende institut |
| Ejerbogsændringer | Ejerbogsfører |

## Sletning af ejerbogsnavneoplysninger

Transaktionen anvendes til at slette ejerbogsnavneoplysningerne på en VP-konto.

Indrapportering i det kontoførende institut
Sletning af ejerbogsnavneoplysningerne indrapporteres på begæring af kontohaver eller den person, der er registreret i ejerbogsnavneoplysningerne.

**Konsekvenser af sletning**
Sletningen af ejerbogsnavneoplysningerne betyder, at kontohavers navn og adresse bliver videregivet til ejerbogsfører.

Det kontoførende institut skal i egne forretningsgange fastlægge retningslinier for, hvorledes der skal handles over for kontohaver i tilfælde af, at den person, der er registreret i ejerbogsnavneoplysningerne anmoder om at blive slettet.

**Behandling i VP**
Når sletningen er registreret om aftenen på indrapporteringsdagen, meddeles dette til de respektive ejerbogsførere for den del af beholdningen, der er navnenoteret.
Ved opdateringen dannes:

| Uddata | Modtager |
|--------|----------|
| Kontojournal | Kontoførende institut |
| Ejerbogsændringer | Ejerbogsfører |

## Etablering af "nominee" konto

Etablering af "nominee" indebærer, at det på VP-kontoen registreres, at kontohaver ikke er ejer af fondsaktiverne.

Ejeren vil kun være kendt af "nominee", og forholdet mellem ejer og "nominee" beror på deres indbyrdes aftale.

Se i øvrigt afsnit 1, VP-kontoen.

Indrapportering i det kontoførende institut
Kontoførende institut indrapporterer anmeldelsen om etablering af "nominee".

Anmeldelse om etablering af "nominee" kan registreres i kontohaveroplysningerne eller i kontoteksten.



**SYSTEMVEJLEDNING**

---

**Behandling i VP**
VP opdaterer etableringen af "nominee" om aftenen på indrapporteringsdagen.

Ved opdateringen dannes:
| Uddata | Modtager |
|---|---|
| Kontojournal | Kontoførende institut |

## Ejerbogsfører

**Hvem kan være ejerbogsfører?**
Aktieselskabet bestemmer selv, hvem der skal være dets ejerbogsfører, det kan f.eks. være selskabet selv, det aktieudstedende institut eller en hvilken som helst anden.

VP skal have meddelelse om den valgte ejerbogsfører af hensyn til fremsendelse af meddelelser om ejerbogsændringer. Ejerbogsfører har ikke mulighed for at trække oplysninger fra VP-systemet.

Ønsker et selskab at skifte ejerbogsfører, skal VP have meddelelse om den nye ejerbogsfører.

**Meddelelser til ejerbogsfører**
**Navnenotering**
Ved en kontohavers begæring om navnenotering videregiver VP følgende oplysninger til ejerbogsfører via aktieudstedende institut:
- VP-reference-nr. (VP-kontonr.)
- identifikation af det kontoførende institut (CD-ident)
- bogføringsdato (dato for registrering i VP. Der er dog intet krav om, at denne dato skal anvendes af aktibogsfører. Noteringen skal indføres i ejerbogen uden unødigt ophold).
- navn- og adresseoplysninger (medfølger kun, hvis der ikke i forvejen findes navnenoterede beholdninger i den pågældende fondskode på dette VP-reference-nr.).
- fondskoden og størrelsen på den beholdning, der begæres navnenoteret, samt summen herefter af navnenoterede beholdninger i denne fondskode på dette VP-reference-nr.

**Afnotering**
Ved en kontohavers begæring om afnotering videregiver VP følgende oplysninger til ejerbogsfører:
- VP-reference-nr. (VP-kontonr.)
- identifikation af det kontoførende institut (CD-ident)
- bogføringsdato (dato for registrering i VP)
- fondskoden og størrelsen på den beholdnning, der ønskes afnoteret, samt summen herefter af navnenoterede beholdninger i denne fondskode på dette VP-reference-nr.

**Ændring af navn/adresse**
Ved en kontohavers begæring om navne/adresseændring videregiver VP følgende oplysninger:
- VP-reference-nr. (VP-kontonr.)
- identifikation af det kontoførende institut (CD-ident)
- bogføringsdato (dato for registrering i VP)
- de ændrede navn/adresseoplysninger

**Overførsel af navnenoterede aktier mellem to VP-konti**
Ved en kontohavers begæring om overførsel af navnenoterede aktier mellem to VP-konti, videregiver VP følgende oplysninger:
- VP-reference-nr. (det VP-kontonr., der afgiver den pågældende navnenoterede beholdning)
- identifikation af det afgivende kontoførende institut (CD-ident)

SYSTEMVEJLEDNING

- bogføringsdato (dato for registrering i VP)
- fondskoden og størrelsen på den navnenoterede beholdning, der overføres, samt summen herefter af navnenoterede beholdninger i denne fondskode på det afgivende VP-reference-nr. [*)]
- nyt VP-reference-nr. (det VP-kontonr., der modtager den pågældende navne-noterede beholdning) - identifikation af det modtagende kontoførende institut (CD-ident)
- navn- og adresseoplysninger (medfølger kun, hvis der ikke i forvejen findes navnenoterede beholdninger i den pågældende fondskode på det nye VP-reference-nr.)
- fondskoden og størrelsen på den navnenoterede beholdning, der overføres, samt summen herefter af navnenoterede beholdninger i denne fondskode på det nye VP-reference-nr.

**Ejerbogsførers afvisning af begæring om navnenotering**
Afviser en ejerbogsfører en navnenotering, skal han rette henvendelse til det kontoførende institut. Det vil fremgå af listen ejerbogsændringer, hvem det kontoførende institut er.

Kontoførende institut skal herefter meddele kunden, at og hvorfor navnenotering ikke kan finde sted, hvorefter det kontoførende institut skal slette noteringsbegæringen på kontoen ved indrapportering af en afnotering.

---

[*)] Ved et ref.nr. skift vil der altid blive oplyst en beholdningsændring på den afgivende VP-konto. Hvis beholdningsændringen er på nul, skyldes det, at der, samme dag som ref.nr. skiftet har fundet sted, er begæret navnenotering af en beholdning, som svarer overens med den overførte beholdning.



SYSTEMVEJLEDNING

---

# 11 Corporate Action - udbyttebehandling

En af forudsætningerne for VP-registrering af aktier er, at det alene er VP, der beregner og betalingsformidler udbytte ud fra VP's regler.

Udbetaling af udbytte på VP-registrerede aktier foretages automatisk gennem VP-systemet på grundlag af oplysninger fra selskabets aktieudstedende institut. Betalingen sker på grundlag af de registrerede oplysninger om aktiebeholdningen på den enkelte VP-konto. Betaling af udbytte gennem VP, kan således kun finde sted ved registrering af beholdningen på en VP-konto.

VP beregner udbytte og eventuel udbytteskat 3. børsdag efter generalforsamlingsdagen.

Handler med afvikling til og med 3. børsdag efter generalforsamlingsdagen afvikles inkl. udbytte. Dvs. handler indgået på generalforsamlingsdagen med normalt afviklingsforløb er inkl. udbytte.

Handler med afvikling senere end 3. børsdag efter generalforsamlingsdagen afvikles ekskl. udbytte.

Hvis faldne handler inkl. udbytte ikke rettes senest på udbyttekørselsdagen (3. børsdag efter generalforsamlingsdagen), bliver udbytte udbetalt til sælger. Det kontante udbytte skal herefter afregnes manuelt mellem sælgers og købers pengekonti.

### Behandling hos aktieudsteder
Oplysninger til brug for beregning af udbytte rapporteres via vp.ONLINE til VP af det aktieudstedende institut (se afsnit Etablering af udbytteoplysninger – danske aktieselskaber.

### Behandling i VP
For kunder med abonnement beregner VP foreløbig likviditet for udbytte i perioden mellem modtagelse af vedtaget udbyttesats til og med dagen før beregningsdagen. Fakturering sker i henhold til prisliste.

VP gennemfører udbyttekørslen efter daglig opdatering.

### Behandling i datacentre
Infoerne - "Start på kørsel af corporate actions" og "Slut på kørsel af corporate actions", dannes ved udbyttekørslen. Infoerne - "Start på periodisk kørsel" og "Afslutning på periodisk kørsel", dannes ved likviditetsmelding og ved betalingsformidling. Når infoerne "Slut på kørsel af corporate actions" respektive "Afslutning på periodisk kørsel" er dannet kan de relevante infoer trækkes hjem. De nævnte infoer dannes altid.

### Tidslinie for udbytte



SYSTEMVEJLEDNING



## Udbytteberegning og betalingsformidling

Udbytteberegningen finder sted 3. børsdag efter generalforsamlingsdagen.

I kørslen beregnes udbytte og udbytteskat og der dannes betalingsformidling.

Bruttoudbyttebeløb i fremmed valuta omregnes til DKK.

## Betalingsformidlingsgrundlaget dækningskontrolleres

På dispositionsdagen bliver betalingsformidlingsgrundlaget kontrolleret for dækning. Såfremt der er dækning, vil betalingsformidlingsgrundlaget tilgå Danmarks Nationalbank.

## U2-skattekørsel

U2-skattekørslen finder sted pr. den dato udsteder har angivet afhængig af selskabets dato for indbetaling af skat. VP danner data til udsteder til brug for indberetning.

U2-skattekørslen kan tidligst finde sted på dispositionsdagen og senest ultimo måneden efter generalforsamlingsdagen.

## Udbytteberegning

Der beregnes udbytte og udbytteskat på de VP-konti, der på beregningstidspunktet har en beholdning i den pågældende ISIN.

Efter udbytteberegningen er der registreret følgende udbytteoplysninger på VP-kontiene:

    udbyttekørselsdato
    beregnet udbytte
    beregnet udbytteskat
    kode for anvendt udbytteerklæring
    anvendte dobbeltbeskatningsoplysninger

De kontoførende institutter kan forespørge på oplysningerne og ændre dem indtil sletning i forbindelse med årsultimo.

Udbytteskat beregnes i henhold til VP-kontoens oplysninger om udbytteerklæring og dobbeltbeskatning.

Beregning af udbytteskat foretages efter retningslinierne i nedennævnte tabel.

| Kontohavers kode for udbytte- | Kontohavers landekode for skat | Aftalehavers aftale om dobbelt- | Udsteders hjemland | VP beregner: | Anvendt dobbelt-beskatnings- |
|---|---|---|---|---|---|



**SYSTEMVEJLEDNING**

| Erklæring | | beskatning | | | kode |
|---|---|---|---|---|---|
| REV/FRI/KAP | | | | 0% dansk udbytteskat | 0 |
| SEL | Blank/DK | | | YY% nedsat dansk udbytteskat*) | 0 |
| FOR | Blank/DK | | | ZZ% nedsat dansk udbytteskat*) | 0 |
| Blank | Blank/DK | | | XX% dansk udbytteskat | 0 |
| Blank | Udfyldt, men Ikke med DK | Deltager ikke i dobbeltbeskat-ningsaftalen | | XX% dansk udbytteskat | 2 |
| Blank | Udfyldt, men Ikke med DK | Deltager i dobbeltbeskat-ningsaftalen | Landet er med i dobbeltbeskat-Ningsaftalen**) | XX% dansk udbytteskat efter dobbeltbeskat-ningsaftalen***) | 1 |
| Blank | Udfyldt, men Ikke med DK | Deltager i dobbeltbeskat-ningsaftalen | Landet er ikke med i dobbeltbeskat-ningsaftalen**) | XX% dansk udbytteskat | 2 |

*)    Efter oplysninger fra SKAT
**)   Efter oplysninger fra SKAT
***)  En sats for hvert land, Danmark har indgået dobbeltbeskatningsaftale med.

Værdien i felterne "Kode for udbytteerklæring" og "Landekode for skat" kopieres ved udbytteberegningskørslen over i felterne "Kode for anvendt udbytteerklæring" og "Landekode for skat" for de enkelte ISINs, der berøres.

For at et investeringsselskab i selskabsform skal antyde de muligheder til udbyttehåndtering i VP systemet som en investeringsforening har, skal investeringsselskabet registreres i VP som en investeringsforening.

| Udbyttebetaling fra danske aktieselskaber | | | | | |
|---|---|---|---|---|---|
| KI ansvar i VP | | VP / Resultat beregning | | | |
| Kode på konto. Registreres af KI | Kode på konto. Registreres af KI | Angiver om KI er tilmeldt ordning. Registreres af VP. | Kode der bruges i pågældende udbyttekørsel | Kode der bruges i på-gældende udbyttekørsel | Angiver den skatteprocent, som er benyttet ved beregning af tilbageholdt udbytteskat |
| KODE_FOR_ UDBYTTEERKLÆ RING | LANDEKODE_ FOR_SKAT | ANVENDT_DOBBE LT BESKATNINGS_ KODE | ANVENDT_UDBYTTE ERKLÆRINGS_KODE | LAND-ISO_KODE_ FOR_SKAT | ANVENDT_ SKATTE PROCENT |
| | | | | | |
| Blank | Blank | 0 | Blank | Blank | 28 |
| Blank | DK | 0 | Blank | DK | 28 |
| Blank | XX | 1 | Blank | XX | Dobb.sats |
| Blank | XX | 2 | Blank | XX | 28 |
| | | | | | |



**SYSTEMVEJLEDNING**

| SEL | Blank | 0 | SEL | Blank | 25,00 |
|-----|-------|---|-----|-------|-------|
| SEL | DK | 0 | SEL | DK | 25,00 |
| | | | | | |
| FOR | Blank | 0 | FOR | Blank | 15,00 |
| FOR | DK | 0 | FOR | DK | 15,00 |
| | | | | | |
| Rev/Fri/Kap | Blank | 0 | Rev/Fri/Kap | Blank | 0 |
| Rev/Fri/Kap | DK | 0 | Rev/Fri/Kap | DK | 0 |
| Rev/Fri/Kap | XX | 0 | Rev/Fri/Kap | XX | 0 |
| Rev/Fri/Kap | XX | 0 | Rev/Fri/Kap | XX | 0 |

**Uddata**
Afstemning udbytte - total ved beregning (UD)
Udbyttemeddelelse (kontohaver, rettighedshaver)
Udbytteoversigt - betalingsformidling til KI (KI)

For yderligere beskrivelse af uddata se Uddata
Eksempel: Udbytte

## Likviditetsstyring

**Formål**
At danne dokumentation af likviditetsvirkningen for udbytte til pengekontoførende institutter.

**Behandling i VP**
Infoen dannes umiddelbart før betalingsformidlingsgrundlaget dannes.

**Uddata**
Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH)

For yderligere beskrivelse af uddata se Uddata
Eksempel: Udbytte

## Betalingsformidling

**Formål**
At formidle betaling mellem en deltager og den efter registeret berettigede.

**Behandling i VP**
Betalingsformidlingsgrundlaget dannes på baggrund af det beregnede udbytte minus evt. udbytteskat, som er registreret på VP-kontoen ved afviklingsdøgnets afslutning på 3. børsdag efter generalforsamlingsdagen med retsvirkning straks før kl. 18.00.

Beregnede udbyttebeløb i valuta omregnes til danske kroner. Ved omregningen benytter VP den markedskurs, som Danmarks Nationalbank har offentliggjort to bankdage før dispositionsdagen. Markedskursen reduceres med et standardfradrag pr. valuta. Fradraget fastsættes og meddeles VP af pengekontoførerne via deres sektororganisation. Pengekontofører har alternativt mulighed for at registrere det fradrag pr. valuta, der skal gælde for alle beløb, der tilgår pengekontoførerens pengekonti.

SYSTEMVEJLEDNING



1 = Udbytteberegning og betalingsformidlingsgrundlaget dannes
2 = Pengekontrol i blok 35 (DKK)
3 = Pengekontrol i blok 45 (EUR)

På dispositionsdagen foretages der pengekontrol. I pengekontrollen sker der fælles dækningskontrol af samtlige periodiske betalinger (rente, udtrukne andele, udbytte og corporate actions).

Udbytte i DKK behandles i blok 35 og udbytte i EUR behandles i blok 45.

I pengekontrollen kontrolleres det,

at de samlede betalinger (netto) på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR) ikke overstiger det trækningsmaksimum, der er stillet til rådighed for periodiske betalinger.
at (hvis primær betalingsstiller tillige har stillet et trækningsmaksimum til rådighed for et udstedende institut) primær betalingsstillers egne betalinger (netto) og udstederens betalinger (netto) ikke overstiger det samlede trækningsmaksimum, der er stillet til rådighed på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR).

Betalingerne bliver gennemført, hvis der er dækning for samtlige betalinger.

Såfremt der ikke er dækning, træder procedure for tilbagekaldelse af udbytte i kraft, se afsnit Procedure for tilbagekaldelse af udbytte.

**Behandling hos primær betalingsstiller**
For at betaling af udbytte i DKK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 35) have stillet et periodisk specifikt trækningsmaksimum i DKK til rådighed for det udstedende institut, svarende til de periodiske betalinger i DKK.

For at betaling af udbytte i EUR kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 45) have stillet et periodisk specifikt trækningsmaksimum i EUR til rådighed for det udstedende institut, svarende til de periodiske betalinger i EUR.

De samlede betalinger posteres på berettigede pengekontoførers afkast/afregningskonti. Primær betalingsstiller kan yderligere modtage betalinger på vegne af pengekontoførere.

**Uddata**
Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK)
Posteringsgrundlag pr. pengekonto (PK)

 **S**YSTEMVEJLEDNING

---

Posteringsgrundlag pr. afkast/afregningskonto (PK)
Afstemningsoplysninger, periodiske betalinger (UD)

**Efter pengekontrollen dannes følgende uddata**
Bogføringsposter fra en afviklingskørsel - kopi (BS)
Omregnede rentebeløb og bruttoudbytte til basisvaluta (KI ), (PK)

For yderligere beskrivelse af uddata se Uddata
Eksempel: Udbytte

U2-skattekørsel

Ved kørslen danner VP oplysninger til SKAT om de VP-kontohavere der har fået reduceret dansk
udbytteskat i henhold til dobbeltbeskatningsaftaler.
**Uddata**
Afstemning udbytte - total U2-skattekørsel (UD)
Oversigt over udbytteskat til KI (KI)

For yderligere beskrivelse af uddata se Uddata
Eksempel: Udbytte

### Flytning af udbytte mellem VP-konti

Transaktionen "Udbytteflytning" anvendes til flytning af bruttoudbytte mellem VP-konti.

Udbyttebeløbet skal være registreret på den afgivende VP-konto, før flytning kan ske. Der kan altså ikke
disponeres over udbyttebeløb samme dag, som udbytteberegningen finder sted.

Udbytteflytning kan foretages indtil udgangen af det kalenderår, hvori udbyttet er beregnet, dog altid
uden virkning for betalingsformidlingen. Det kontante udbytte og eventuelle ændringer i udbytteskatten
skal således afregnes manuelt.

### Flytning af udbytte i perioden mellem beregning og U2-skattekørsel

**Behandling i kontoførende institut**
Ændringer i tilbageholdt udbytteskat skal afregnes manuelt mellem det kontoførende og det
aktieudstedende institut.

**Behandling i VP**
Udbytteflytning opdateres on-line.

Er udbyttet i fremmed valuta, reduceres det omregnede beløb i DKK forholdsmæssigt på den afgivende
VP-konto. På den modtagende VP-konto forøges det omregnede beløb i DKK med beløbet, som blev
beregnet forholdsmæssigt på den afgivende VP-konto.

Ved opdatering ændres "Tilbageholdt udbytteskat", hvis udbytteflytning sker mellem konti med
forskellige koder for udbytteerklæring og/eller koder for dobbeltbeskatning. Ændringerne dokumenteres
på infoer:

| Eksempel: | |
|---|---|
| På VP-konto A er beregnet udbytte. | kr. 2.000,- |
| Der er ikke REV, FRI, KAP, SEL, FOR eller dobbeltbeskatningsmarkering på kontoen | |
| Der er derfor tilbageholdt normal udbytteskat, p.t. 28% | kr.   560,- |



SYSTEMVEJLEDNING

| | |
|---|---|
| Udbyttet flyttes til VP-konto B. | |
| Kontohaver er tilmeldt dobbeltbeskatning med bopæl og skattepligt i Sverige (SE) | |
| Der skal derfor betales reduceret skat i henhold til dobbeltbeskatningsaftalen, p.t. 15% | kr.   300,- |

På uddata vises, at aktieudstedende institut skal udbetale differencen i udbytteskat (kr. 260,-) til kontoførende institut.

Tilsvarende ville flytning fra VP-konto B til VP-konto A medføre betaling af kr. 260,- fra kontoførende institut til aktieudstedende institut.


## Flytning af udbytte efter U2-skattekørsel

### Behandling i kontoførende institut
Ved flytning af udbytte efter U2-skattekørslen skal kontoførende institut afregne/tilbagesøge eventuelle ændringer i udbytteskatten direkte over for SKAT.

### Behandling i VP
Udbytteflytning opdateres on-line.

### Uddata
Udbytteflytning i perioden mellem udbytteberegning og U2-skattekørsel
Ændring af udbytteskat til udstederansvarlig (UD)
Udbytteflytning til KI (KI)

Udbytteflytning efter U2-skattekørsel
Udbytteflytning til KI (KI)

For yderligere beskrivelse af uddata se Uddata
Eksempel: Udbytte


## Ændring af kode for anvendt udbytteerklæring

Transaktionen anvendes til at ændre kode for anvendt udbytteerklæring.

### Behandling i kontoførende institut
Transaktionen indrapporteres af det kontoførende institut i de tilfælde, hvor VP-kontoens kode for udbytteerklæring ikke har været korrekt på udbytteberegningstidspunktet. Ændringen gælder for udbytteberegningen i en enkelt ISIN.

### Eksempel
VP-kontoen er på udbytteberegningstidspunktet registreret med kode for udbytteerklæring = Blank. Ved kontrol i det kontoførende institut konstateres det, at kontoen er et kapitalpensionsdepot og derfor skulle være registreret som KAP.

Ændringen i kode for anvendt udbytteerklæring kan foretages i perioden fra udbyttets beregning og frem til U2-skattekørsel.

Hvis koden ændres fra blank til SEL, FOR, REV, FRI eller KAP eller omvendt, vil det påvirke den beregnede udbytteskat.

Regulering af skattebeløbet skal ske direkte mellem det kontoførende institut og aktieudstedende institut uden om VP.

S**YSTEMVEJLEDNING**

**Bemærk**
Såfremt den ændrede kode for anvendt udbytteerklæring skal have virkning for fremtidige beregninger af udbytteskat, skal koden for udbytteerklæring ændres på VP-kontoen.

Efter U2-skattekørslen skal indberetning/tilbagesøgning eller indbetaling af udbytteskat ske ved direkte kontakt fra kontoførende institut til SKAT.

**Behandling i VP**
Ændring af kode for anvendt udbytteerklæring opdateres on-line.

Ved opdatering ændres "Tilbageholdt udbytteskat", hvis der ændres til eller fra SEL ,FOR, REV, FRI eller KAP markering, og der tages højde for VP-kontoens oplysninger om anvendelse af dobbeltbeskatning.

**Uddata**
Ændring af udbytteskat til udstederansvarlig (UD)
Ændring af anvendt udbytteerklæring til KI (KI)

For yderligere beskrivelse af uddata se Uddata
Eksempel: Udbytte


## Ændring af udbytteskat

Transaktionen anvendes til korrektion i den beregnede udbytteskat.

**Behandling i kontoførende institut**
Transaktionen indrapporteres af det kontoførende institut og kan anvendes, efter U2-skattekørslen har fundet sted.

Ændringer i udbytteskatten kan foretages indtil sidste bankdag i året og vil fremgå af årsopgørelserne.

Det kontoførende institut er ansvarlig for at indberette henholdsvis tilbagesøge udbytteskatten hos SKAT.

**Behandling i VP**
Ændring af udbytteskat opdateres on-line.

**Uddata**
Ændring af udbytteskat til KI

For yderligere beskrivelse af uddata se Uddata
Eksempel: Udbytte


## Korrektion af omregnet rente- eller bruttoudbyttebeløb

Transaktionen anvendes til at korrigere et omregnet bruttoudbyttebeløb, når den automatisk omregnede værdi i DKK ikke svarer til det faktisk udbetalte beløb.

**Behandling hos centraldeltager**
Det kontoførende institut og det pengekontoførende institut kan korrigere det omregnede beløb på en værdipapirkonto.

**Behandling i VP**
Det omregnede bruttoudbyttebeløb erstattes med det indrapporterede beløb. Anvendes ved eventuel skatteindberetning og vil fremgå af årsopgørelsen.



SYSTEMVEJLEDNING

---

Uddata
Korrektion af rente og bruttoudbytte (KI), (PK)

For yderligere beskrivelse af uddata se Uddata
Eksempel: Udbytte

## Udbyttebehandling, danske investeringsforeninger

En af forudsætningerne for VP-registrering af investeringsforeningsandele er, at det alene er VP, der beregner og betalingsformidler udbytte ud fra VP's regler.

For danske investeringsforeninger kan VP tilbyde at gennemføre:
        udbytte (offentliggørelsestype 26)
        acontoudbytte (offentliggørelsestype 28)
        geninvestering af udbytte (offentliggørelsestype 29)
        geninvestering af acontoudbytte (offentliggørelsestype 30)

Udbetaling af udbytte på VP-registrerede investeringsforeningsandele foretages automatisk gennem VP-systemet på grundlag af oplysninger fra foreningens aktieudstedende institut. Betalingen sker på grundlag af de registrerede oplysninger om beholdningen på den enkelte VP-konto. Betaling af udbytte gennem VP kan således kun finde sted ved registrering af beholdningen på en VP-konto.

Handler med afvikling til og med 3. børsdag efter generalforsamlingsdagen / acontodagen afvikles inkl. udbytte. Dvs. handler indgået på generalforsamlingsdagen / acontodagen med normalt afviklingsforløb er inkl. udbytte.

Handler med afvikling senere end 3. børsdag efter generalforsamlingsdagen / acontodagen afvikles ekskl. udbytte.

Hvis faldne handler inkl. udbytte ikke rettes senest på udbyttekørselsdagen (3. børsdag efter generalforsamlingsdagen / aconto-dagen), bliver udbytte udbetalt til sælger. Det kontante udbytte skal herefter afregnes manuelt mellem sælgers og købers pengekonti.

### Udbytte og acontoudbytte
VP beregner udbytte og eventuel udbytteskat 3. børsdag efter generalforsamlingsdagen. For acontoudbytte sker beregningen 3. børsdage efter acontodagen.

### Geninvestering af udbytte og acontoudbytte
VP beregner udbytte og eventuel udbytteskat 3. børsdag efter generalforsamlingsdagen / aconto-dagen. Under hensyntagen til kursen tildeles de nye investeringsforeningsandele på baggrund af registrerede geninvesteringsaftaler på henholdsvis VP-konto - og ISIN niveau (se Geninvesteringsaftaler). Hvis der er registreret et individuelt investorønske til den aktuelle udbyttekørsel, vil det være dette ønske der indgår ved beregning (se Registrering og opsamling af investorønsker).
Et eventuelt restudbytte betalingsformidles.

### Behandling hos aktieudsteder
Udbytte og acontoudbytte
Oplysninger til brug for beregning af udbytte rapporteres via vp.ONLINE til VP af det aktieudstedende institut (se afsnit Etablering af udbytteoplysninger – danske aktieselskaber.



## SYSTEMVEJLEDNING

**Geninvestering af udbytte og acontoudbytte**
Oplysninger til brug for beregning af udbytte fra dansk investeringsforening til mulig geninvestering rapporteres via vp.ONLINE til VP af det aktieudstedende institut - se afsnit Etablering af udbytteoplysninger – danske investeringsforeninger.

Fra 15 dage før gennemførelse af geninvestering af udbytte kan udsteder rekvirere en foreløbig likviditetsoversigt. Oversigten dannes pr. opgave.

**Behandling i VP**
**Udbytte og acontoudbytte**
For kunder med abonnement beregner VP foreløbig likviditet for udbytte i perioden mellem modtagelse af vedtaget udbyttesats til og med dagen før beregningsdagen. Fakturering sker i henhold til prisliste.

VP gennemfører udbyttekørslen efter daglig opdatering.

**Geninvestering af udbytte og acontoudbytte**
Fra 15 dage før gennemførelse af geninvestering af udbytte kan udsteder rekvirere en foreløbig likviditetsoversigt. Oversigten dannes pr. opgave.

VP gennemfører udbyttekørslen efter daglig opdatering.

**Behandling i datacentre**
Infoerne - "Start på kørsel af corporate actions" og "Slut på kørsel af corporate actions", dannes ved udbyttekørslen. Infoerne - "Start på periodisk kørsel" og "Afslutning på periodisk kørsel", dannes ved likviditetsmelding og ved betalingsformidling. Når infoerne "Slut på kørsel af corporate actions" respektive "Afslutning på periodisk kørsel" er dannet kan de relevante infoer trækkes hjem. De nævnte infoer dannes altid.

Tidslinie for udbytte



**Udbytteberegning og betalingsformidling**
**Udbytte og acontoudbytte**
Udbytteberegningen finder sted 3. børsdag efter generalforsamlingsdagen / aconto-dagen.

I kørslen beregnes udbytte og udbytteskat. Betalingsformidlingsgrundlaget dannes, og der gives likviditetsmeldinger.

Bruttoudbyttebeløb i fremmed valuta omregnes til DKK.



SYSTEMVEJLEDNING

---

**Geninvestering af udbytte og acontoudbytte**
Udbytteberegningen finder sted 3. børsdag efter generalforsamlingsdagen/ aconto-dagen.

I kørslen beregnes udbytte og udbytteskat og der tildeles nye investeringsforeningsandele i henhold til investors ønske. Betalingsformidlingsgrundlaget dannes, og der gives likviditetsmeldinger.

Bruttoudbyttebeløb i fremmed valuta omregnes til DKK.

**Betalingsformidlingsgrundlaget dækningskontrolleres**
På dispositionsdagen bliver betalingsformidlingsgrundlaget kontrolleret for dækning. Såfremt der er dækning, vil betalingsformidlingsgrundlaget tilgå Danmarks Nationalbank.

**U2-skattekørsel**
U2-skattekørslen finder sted pr. den dato udsteder har angivet afhængig af selskabets dato for indbetaling af skat. VP danner data til udsteder til brug for indberetning.

U2-skattekørslen kan tidligst finde sted på dispositionsdagen og senest ultimo måneden efter generalforsamlingsdagen.


**Udbytteberegning**
Der beregnes udbytte og udbytteskat på de VP-konti, der på beregningstidspunktet har en beholdning i den pågældende ISIN.

Efter udbytteberegningen er der registreret følgende udbytteoplysninger på VP-kontiene:
    udbyttekørselsdato
    beregnet udbytte
    beregnet udbytteskat
    kode for anvendt udbytteerklæring
    anvendte dobbeltbeskatningsoplysninger

De kontoførende institutter kan forespørge på oplysningerne og ændre dem indtil sletning i forbindelse med årsultimo.

Udbytteskat beregnes i henhold til VP-kontoens oplysninger om udbytteerklæring og dobbeltbeskatning.

Beregning af udbytteskat foretages efter retningslinierne i nedennævnte tabel.

| Kontohavers kode for udbytte- erklæring | Kontohavers landekode for skat | Aftalehavers aftale om dobbelt- beskatning | Udsteders hjemland | VP beregner: | Anvendt dobbelt- beskatnings- kode |
|---|---|---|---|---|---|
| REV/FRI/KAP | | | | 0% dansk udbytteskat | 0 |
| SEL*) | Blank/DK | | | XX% dansk udbytteskat | 0 |
| FOR | Blank/DK | | | ZZ% reduceret dansk udbytteskat | 0 |
| Blank | Blank/DK | | | XX% dansk udbytteskat | 0 |
| Blank | Udfyldt, men Ikke med DK | Deltager ikke i dobbeltbeskat- ningsaftalen | | XX% dansk udbytteskat | 2 |



## SYSTEMVEJLEDNING

| Blank | Udfyldt, men Ikke med DK | Deltager i dobbeltbeskat-ningsaftalen | Landet er med i dobbeltbeskat-ningsaftalen**) | XX% dansk udbytteskat efter dobbeltbeskat-ningsaftalen***) | 1 |
| Blank | Udfyldt, men Ikke med DK | Deltager i dobbeltbeskat-ningsaftalen | Landet er ikke med i dobbeltbeskat-ningsaftalen**) | XX% dansk udbytteskat | 2 |

*)    Kode for udbytteerklæring =SEL benyttes ikke i forbindelse med udbytte fra danske investeringsforeninger, dog undtaget akkumulerende investeringsforeninger
**)   Efter oplysninger fra SKAT
***)  En sats for hvert land, Danmark har indgået dobbeltbeskatningsaftale med.

Værdien i felterne "Kode for udbytteerklæring" og "Landekode for skat" kopieres ved udbytteberegningskørslen over i felterne "Kode for anvendt udbytteerklæring" og "Landekode for skat" for de enkelte ISINs, der berøres.

For at et investeringsselskab i selskabsform skal udnytte de muligheder til udbyttehåndtering i VP systemet som en investeringsforening har, skal investeringsselskabet registreres i VP som en investeringsforening.

| Udbyttebetaling/Udlodning fra investeringsforeninger | | Modtager | | | | | |
| UA ansvar i VP | | KI ansvar i VP | | VP / Resultat beregning | | | |
| Registreres af UA | Registreres af UA | Kode på konto. Registreres af KI | Kode på konto. Registreres af KI | Angiver om KI er tilmeldt ordning. Registreres af VP. | Kode der bruges i pågæld-ende udbytte kørsel | Kode der bruges i pågæld-ende udbytte kørsel | Angiver den skattepro-cent, som er benyttet ved beregning af tilbage-holdt udbytte-skat |
| Invest_forenings_klassifikation / Udlodnings _kode Skat navn: Artkode og Invfentypkod | Invest_forenings_klassifikation / grundlag Skat navn: Virkkode og Invfenakttyp kod | Kode_for_ Udbytte erklæring | Landekode_for _Skat | Anvendt_ dobbelt beskatnings _kode | Anvendt_ud bytteerklær ings_kode | Land_iso_ kode_for_ skat | Anvendt_ skatteprocent |
| Udloddende | Aktiebaseret | | | | | | |
| 1 og 4 | A og B | Blank | Blank | 0 | Blank | Blank | 28 |
| 1 og 4 | A og B | Blank | DK | 0 | Blank | DK | 28 |
| 1 og 4 | A og B | Blank | XX | 1 | Blank | XX | Dobb.sats |
| 1 og 4 | A og B | Blank | XX | 2 | Blank | XX | 28 |
| | | | | | | | |
| 1 og 4 | A og B | SEL | Blank | 0 | Blank | Blank | 28 |
| 1 og 4 | A og B | SEL | DK | 0 | Blank | DK | 28 |
| | | | | | | | |
| 1 og 4 | A og B | FOR | Blank | 0 | FOR | Blank | 15,00 |
| 1 og 4 | A og B | FOR | DK | 0 | FOR | DK | 15,00 |
| | | | | | | | |
| 1 og 4 | A og B | Rev/Fri/Kap | Blank | 0 | Rev/Fri/Kap | Blank | 0 |



SYSTEMVEJLEDNING

| 1 og 4 | A og B | Rev/Fri/Kap | DK | 0 | Rev/Fri/Kap | DK | 0 |
|---|---|---|---|---|---|---|---|
| 1 og 4 | A og B | Rev/Fri/Kap | XX | 0 | Rev/Fri/Kap | XX | 0 |
| 1 og 4 | A og B | Rev/Fri/Kap | XX | 0 | Rev/Fri/Kap | XX | 0 |
| | | | | | | | |
| **Udlodende/ Fåmands- forening udloddende** | **OBLG-baseret** | | | | | | |
| | | | | | | | |
| 1 og 4 | D og O | ALLE | ALLE | 0 | Blank | Blank | 0 |
| | | | | | | | |
| **Akkumulerend e** | **Aktiebaseret og OBLG- baseret** | | | | | | |
| | | | | | | | |
| 3 | ALLE | Blank | Blank | 0 | Blank | Blank | 28 |
| 3 | ALLE | Blank | DK | 0 | Blank | DK | 28 |
| 3 | ALLE | Blank | XX | 1 | Blank | XX | Dobb.sats |
| 3 | ALLE | Blank | XX | 2 | Blank | XX | 28 |
| | | | | | | | |
| 3 | ALLE | SEL | Blank | 0 | SEL | Blank | 25,00 |
| 3 | ALLE | SEL | DK | 0 | SEL | DK | 25,00 |
| | | | | | | | |
| 3 | ALLE | FOR | Blank | 0 | FOR | Blank | 15,00 |
| 3 | ALLE | FOR | DK | 0 | FOR | DK | 15,00 |
| | | | | | | | |
| 3 | ALLE | Rev/Fri/Kap | Blank | 0 | Rev/Fri/Kap | Blank | 0 |
| 3 | ALLE | Rev/Fri/Kap | DK | 0 | Rev/Fri/Kap | DK | 0 |
| 3 | ALLE | Rev/Fri/Kap | XX | 0 | Rev/Fri/Kap | XX | 0 |
| 3 | ALLE | Rev/Fri/Kap | XX | 0 | Rev/Fri/Kap | XX | 0 |
| **Akkumulerend e investe- ringsforening (selskab)/hedg efond** | **Aktiebaseret og OBLG- baseret** | | | | | | |
| | | | | | | | |
| 8 | ALLE | Blank/U1 | Blank | 0 | Blank/U1 | Blank | 28 |
| 8 | ALLE | Blank/U1 | DK | 0 | Blank/U1 | DK | 28 |
| 8 | ALLE | Blank/U1 | XX | 1 | Blank/U1 | XX | Dobb.sats |
| 8 | ALLE | Blank/U1 | XX | 2 | Blank/U1 | XX | 28 |
| | | | | | | | |
| 8 | ALLE | SEL | Blank | 0 | Blank | Blank | 28 |
| 8 | ALLE | SEL | DK | 0 | Blank | DK | 28 |
| | | | | | | | |
| 8 | ALLE | FOR | Blank | 0 | FOR | Blank | 15,00 |
| 8 | ALLE | FOR | DK | 0 | FOR | DK | 15,00 |
| | | | | | | | |
| 8 | ALLE | Rev/Fri/Kap | Blank | 0 | Rev/Fri/Kap | Blank | 0 |
| 8 | ALLE | Rev/Fri/Kap | DK | 0 | Rev/Fri/Kap | DK | 0 |
| 8 | ALLE | Rev/Fri/Kap | XX | 0 | Rev/Fri/Kap | XX | 0 |
| 8 | ALLE | Rev/Fri/Kap | XX | 0 | Rev/Fri/Kap | XX | 0 |
| | | | | | | | |
| **Kontoførende** | **N/A** | | | | | | |
| | | | | | | | |
| 2 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |



**SYSTEMVEJLEDNING**

| Akumulerende professionelle kontoførende foreninger | Aktiebaseret og OBLG-baseret | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 5 | ALLE | N/A | N/A | N/A | N/A | N/A | N/A |

**Uddata**
Afstemning udbytte - total ved beregning (UD)
Afstemning geninvestering af udbytte - total ved beregning (UD)
Ændringsmeddelelse (kontohaver, rettighedshaver)
Udbyttemeddelelse (kontohaver, rettighedshaver) *)
Udbytteoversigt - betalingsformidling til KI (KI)
Udbytteoversigt - betalingsformidling til KI - Geninvestering af udbytte (KI)

*) Dannes for de investorer der ikke tildeles udbytteaktier

For yderligere beskrivelse af uddata se "Uddata
Eksempel: Udbytte", "Eksempel: Acontoudbytte" og "Eksempel: Geninvestering af udbytte / Acontoudbytte".

## Likviditetsstyring
**Formål**
At danne dokumentation af likviditetsvirkningen for udbytte og geninvestering af udbytte til pengekontoførende institutter.

**Behandling i VP**
Infoen dannes umiddelbart før betalingsformidlingsgrundlaget dannes.

**Uddata**
Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH)

For yderligere beskrivelse af uddata se "Uddata
Eksempel: Udbytte", "Eksempel: Acontoudbytte" og "Eksempel: Geninvestering af udbytte / Acontoudbytte".

## Betalingsformidling
**Formål**
At formidle betaling mellem en deltager og den efter registeret berettigede.

**Behandling i VP**
Betalingsformidlingsgrundlaget dannes på baggrund af det beregnede udbytte minus evt. udbytteskat, som er registreret på VP-kontoen ved afviklingsdøgnets afslutning på 3. børsdag efter generalforsamlingsdagen med retsvirkning straks før kl. 18.00.

Beregnede udbyttebeløb i valuta omregnes til danske kroner. Ved omregningen benytter VP den markedskurs, som Danmarks Nationalbank har offentliggjort to bankdage før dispositionsdagen. Markedskursen reduceres med et standardfradrag pr. valuta. Fradraget fastsættes og meddeles VP af pengekontoførerne via deres sektororganisation. Pengekontofører har alternativt mulighed for at registrere det fradrag pr. valuta, der skal gælde for alle beløb, der tilgår pengekontoførerens pengekonti.



SYSTEMVEJLEDNING



Afviklingsdøgnets slutning

1 = Udbytteberegning og betalingsformidlingsgrundlaget dannes
2 = Pengekontrol i blok 35 (DKK)
3 = Pengekontrol i blok 45 (EUR)

På dispositionsdagen foretages der pengekontrol. I pengekontrollen sker der fælles dækningskontrol af samtlige periodiske betalinger (rente, udtrukne andele, udbytte og corporate actions).

Udbytte i DKK behandles i blok 35 og udbytte i EUR behandles i blok 45.

I pengekontrollen kontrolleres det,

> at de samlede betalinger (netto) på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR) ikke overstiger det trækningsmaksimum, der er stillet til rådighed for periodiske betalinger.
> at (hvis primær betalingsstiller tillige har stillet et trækningsmaksimum til rådighed for et udstedende institut) primær betalingsstillers egne betalinger (netto) og udstederens betalinger (netto) ikke overstiger det samlede trækningsmaksimum, der er stillet til rådighed på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR).

Betalingerne bliver gennemført, hvis der er dækning for samtlige betalinger.

Såfremt der ikke er dækning, træder procedure for tilbagekaldelse af udbytte i kraft, se afsnit Procedure for tilbagekaldelse af udbytte.

### Behandling hos primær betalingsstiller
For at betaling af udbytte i DKK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 35) have stillet et periodisk specifikt trækningsmaksimum i DKK til rådighed for det udstedende institut, svarende til de periodiske betalinger i DKK.

For at betaling af udbytte i EUR kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 45) have stillet et periodisk specifikt trækningsmaksimum i EUR til rådighed for det udstedende institut, svarende til de periodiske betalinger i EUR.

De samlede betalinger posteres på berettigede pengekontoførers afkast/afregningskonti. Primær betalingsstiller kan yderligere modtage betalinger på vegne af pengekontoførere.

### Uddata
Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK)
Posteringsgrundlag pr. pengekonto (PK)



SYSTEMVEJLEDNING

---

Posteringsgrundlag pr. afkast/afregningskonto (PK)
Afstemningsoplysninger, periodiske betalinger (UD)

**Efter pengekontrollen dannes følgende uddata**
Bogføringsposter fra en afviklingskørsel - kopi (BS)
Omregnede rentebeløb og bruttoudbytte til basisvaluta (KI ), (PK)

For yderligere beskrivelse af uddata se "Uddata
Eksempel: Udbytte", "Eksempel: Acontoudbytte" og "Eksempel: Geninvestering af udbytte /
Acontoudbytte".

## U2-skattekørsel

Ved kørslen danner VP oplysninger til SKAT om de VP-kontohavere der har fået reduceret dansk
udbytteskat i henhold til dobbeltbeskatningsaftaler.

**Uddata**
Afstemning udbytte - total U2-skattekørsel (UD)
Oversigt over udbytteskat til KI (KI)

For yderligere beskrivelse af uddata se "Uddata
Eksempel: Udbytte", "Eksempel: Acontoudbytte" og "Eksempel: Geninvestering af udbytte /
Acontoudbytte".

## Flytning af udbytte mellem VP-konti

Transaktionen "Udbytteflytning" anvendes til flytning af bruttoudbytte mellem VP-konti.

Udbyttebeløbet skal være registreret på den afgivende VP-konto, før flytning kan ske. Der kan altså ikke
disponeres over udbyttebeløb samme dag, som udbytteberegningen finder sted.

Udbytteflytning kan foretages indtil udgangen af det kalenderår, hvori udbyttet er beregnet, dog altid
uden virkning for betalingsformidlingen. Det kontante udbytte og eventuelle ændringer i udbytteskatten
skal således afregnes manuelt.

Ved "Geninvestering af udbytte/acontoudbytte" vil udbytteflytningen ikke få indvirkning på de tildelte
investeringsforeningsandele.

## Flytning af udbytte i perioden mellem beregning og U2-skattekørsel
### Behandling i kontoførende institut
Ændringer i tilbageholdt udbytteskat skal afregnes manuelt mellem det kontoførende og det
aktieudstedende institut.

**Behandling i VP**
Udbytteflytning opdateres on-line.

Er udbyttet i fremmed valuta, reduceres det omregnede beløb i DKK forholdsmæssigt på den afgivende
VP-konto. På den modtagne VP-konto forøges det omregnede beløb i DKK med beløbet, som blev
beregnet forholdsmæssigt på den afgivende VP-konto.



SYSTEMVEJLEDNING

---

Ved opdatering ændres "Tilbageholdt udbytteskat", hvis udbytteflytning sker mellem konti med forskellige koder for udbytteerklæring og/eller koder for dobbeltbeskatning. Ændringerne dokumenteres på infoer:

| Eksempel: | |
|---|---|
| På VP-konto A er beregnet udbytte. Der er ikke REV, FRI, KAP, FOR eller dobbeltbeskatningsmarkering på kontoen | kr. 2.000,- |
| Der er derfor tilbageholdt normal udbytteskat, p.t. 28% | kr.    560,- |
| Udbyttet flyttes til VP-konto B. Kontohaver er tilmeldt dobbeltbeskatning med bopæl og skattepligt i Sverige (SE) | |
| Der skal derfor betales reduceret skat i henhold til dobbeltbeskatningsaftalen, p.t. 15% | kr.    300,- |

På uddata vises, at aktieudstedende institut skal udbetale differencen i udbytteskat (kr. 260,-) til kontoførende institut.

Tilsvarende ville flytning fra VP-konto B til VP-konto A medføre betaling af kr. 260,- fra kontoførende institut til aktieudstedende institut.

## Flytning af udbytte efter U2-skattekørsel

### Behandling i kontoførende institut

Ved flytning af udbytte efter U2-skattekørslen skal kontoførende institut afregne/tilbagesøge eventuelle ændringer i udbytteskatten direkte over for SKAT.

### Behandling i VP
Udbytteflytning opdateres on-line.

### Uddata
**Udbytteflytning i perioden mellem udbytteberegning og U2-skattekørsel**
Ændring af udbytteskat til udstederansvarlig (UD)
Udbytteflytning til KI (KI)

**Udbytteflytning efter U2-skattekørsel**
Udbytteflytning til KI (KI)

For yderligere beskrivelse af uddata se "Uddata Eksempel: Udbytte", "Eksempel: Acontoudbytte" og "Eksempel: Geninvestering af udbytte / Acontoudbytte".

## Ændring af kode for anvendt udbytteerklæring

Transaktionen anvendes til at ændre kode for anvendt udbytteerklæring.

### Behandling i kontoførende institut
Transaktionen indrapporteres af det kontoførende institut i de tilfælde, hvor VP-kontoens kode for udbytteerklæring ikke har været korrekt på udbytteberegningstidspunktet. Ændringen gælder for udbytteberegningen i en enkelt ISIN.

### Eksempel
VP-kontoen er på udbytteberegningstidspunktet registreret med kode for udbytteerklæring = Blank. Ved kontrol i det kontoførende institut konstateres det, at kontoen er et kapitalpensionsdepot og derfor skulle være registreret som KAP.

 **SYSTEMVEJLEDNING**

Ændringen i kode for anvendt udbytteerklæring kan foretages i perioden fra udbyttets beregning og frem til U2-skattekørslen.

Hvis koden ændres fra blank til REV, FRI, KAP eller FOR eller omvendt, vil det påvirke den beregnede udbytteskat.

Regulering af skattebeløbet skal ske direkte mellem det kontoførende institut og aktieudstedende institut uden om VP.

Ved "Geninvestering af udbytte/acontoudbytte" vil ændring af kode for anvendt udbytteerklæring ikke få indvirkning på de tildelte investeringsforeningsandele.

**Bemærk**
Såfremt den ændrede kode for anvendt udbytteerklæring skal have virkning for fremtidige beregninger af udbytteskat, skal koden for udbytteerklæring ændres på VP-kontoen.

Efter U2-skattekørslen skal indberetning/tilbagesøgning eller indbetaling af udbytteskat skal ske ved direkte kontakt fra kontoførende institut til Skat.

**Behandling i VP**
Ændring af kode for anvendt udbytteerklæring opdateres on-line.

Ved opdatering ændres "Tilbageholdt udbytteskat", hvis der ændres til eller fra REV, FRI, KAP eller FOR, og der tages højde for VP-kontoens oplysninger om anvendelse af dobbeltbeskatning.

**Uddata**
Ændring af udbytteskat til udstederansvarlig (UD)
Ændring af anvendt udbytteerklæring til KI (KI)

For yderligere beskrivelse af uddata se "Uddata
Eksempel: Udbytte", "Eksempel: Acontoudbytte" og "Eksempel: Geninvestering af udbytte / Acontoudbytte".


## Ændring af udbytteskat

Transaktionen anvendes til korrektion i den beregnede udbytteskat.

**Behandling i kontoførende institut**
Transaktionen indrapporteres af det kontoførende institut og kan anvendes, efter U2-skattekørslen har fundet sted.

Ændringer i udbytteskatten kan foretages indtil sidste bankdag i året og vil fremgå af årsopgørelserne.

Det kontoførende institut er ansvarlig for at indberette henholdsvis tilbagesøge udbytteskatten hos SKAT.

**Behandling i VP**
Ændring af udbytteskat opdateres on-line.

**Uddata**
Ændring af udbytteskat til KI.

For yderligere beskrivelse af uddata se "Uddata
Eksempel: Udbytte", "Eksempel: Acontoudbytte" og "Eksempel: Geninvestering af udbytte / Acontoudbytte".



SYSTEMVEJLEDNING

## Korrektion af omregnet rente- eller bruttoudbyttebeløb

Transaktionen anvendes til at korrigere et omregnet bruttoudbyttebeløb, når den automatisk omregnede værdi i DKK ikke svarer til det faktisk udbetalte beløb.

Ved "Geninvestering af udbytte/acontoudbytte" vil korrektion af omregnet bruttoudbytte ikke få indvirkning på de tildelte investeringsforeningsandele.

### Behandling hos centraldeltager
Det kontoførende institut og det pengekontoførende institut kan korrigere det omregnede beløb på en værdipapirkonto.

### Behandling i VP
Det omregnede bruttoudbyttebeløb erstattes med det indrapporterede beløb. Anvendes ved eventuel skatteindberetning og vil fremgå af årsopgørelsen.

### Uddata
Korrektion af rente og bruttoudbytte (KI), (PK)

For yderligere beskrivelse af uddata se "Uddata
Eksempel: Udbytte", "Eksempel: Acontoudbytte" og "Eksempel: Geninvestering af udbytte / Acontoudbytte".

## Registrering og opsamling af investorønsker

Ved geninvestering af udbytte/acontoudbytte vil tildeling af nye andele ske på baggrund af investors registrerede ønske på VP-kontoen (se "Geninvesteringsaftaler" ), eller det indrapporterede ønske til den aktuelle kørsel.

Forud for geninvestering af udbytte/acontoudbytte vil der blive oprettet en corporate action opgave, som vil indeholde de konkrete data til brug for geninvestering.

### Behandling hos centraldeltager
Det er muligt for de kontoførende institutter at registrere, hvor stor en del af nettoudbyttet investor ønsker at anvende til geninvestering, enten som en procentdel, eller en angiven mængde. Registrering kan foretages fra offentliggørelsesdatoen og indtil kørselsdatoen.

### Behandling i VP
Såfremt nettoudbyttet fra en bestemt mængde skal anvendes til geninvestering, og der ikke er fuld dækning for ønsket, vil VP foretage geninvestering for det, der er dækning for.

### Navnenotering
Ved geninvestering af udbytte/acontoudbytte vil de nye andele kun blive noteret på navn, hvis er angivet i investorønsket.

## Oversigt over registrerede investorønsker

Af hensyn til administration af investorønsker kan en oversigt over registrerede investorønsker rekvireres via transaktionen "Anmodning om udtræk af investorønsker - batch".

### Transaktioner
| | |
|---|---|
| TC20022v | Etablering af investorønske |
| TU20022v | Ændring af investorønske |
| TD20022v | Sletning af investorønske |
| TR20022v | Forespørgsel på investorønske |



SYSTEMVEJLEDNING

---

TC20118v    Anmodning om udtræk af investorønsker - batch

**Uddata**
TI20261v    Etablering af investorønske
TI20262v    Ændring af investorønske
TI20263v    Sletning af investorønske

TI20264v    Oversigt over investorønsker

## Udbyttebehandling, udenlandske selskaber

En af forudsætningerne for VP-registrering af aktier er, at det alene er VP, der beregner og betalingsformidler udbyttet ud fra VP's regler.

For udenlandske selskaber kan VP tilbyde at gennemføre:
    udbytte - udenlandske selskaber (offentliggørelsestype 27)
    acontoudbytte (offentliggørelsestype 28)

I udlandet udbetales udbytte ofte på grundlag af ejerbogen. Da dette er et manuelt system, vil man ofte vælge en ex-udbyttedato en vis periode efter generalforsamlingen, når ejerbogen er ajourført. Det er aktieudstedende instituts ansvar at sikre overensstemmelse mellem ex-udbyttedagen i udlandet og udbyttekørselsdatoen respektive acontodagen i VP-systemet.

Udbetaling af udbytte på udenlandske aktier registreret i VP sker gennem VP-systemet. Beregning og betaling finder sted på grundlag af de registrerede beholdninger på ex-udbyttedagen.

VP tilbageholder for samtlige VP-konti udenlandsk udbytteskat efter selskabets hjemlands gældende satser eller en reduceret sats, som følge af indgået dobbeltbeskatningsaftale, idet der tages højde for aftalehavers/kontohavers tilmelding til dobbeltbeskatningsordning.

Handler med afviklingsdag til og med ex-udbyttedagen afvikles inkl. udbytte.

**Bemærk**
Ved behandling af udbytte i islandske selskaber finder udbytteberegningen sted dagen efter generalforsamlingsdagen, mens betalingsformidlingen af nettoudbyttet finder sted inden for en periode af op til et halvt år efter beregningen på en dato valgt af selskabet.

**Behandling hos Aktieudsteder**
Oplysninger til brug for beregning af udbytte rapporteres via vp.ONLINE til VP af det aktieudstedende institut (se afsnit Etablering af udbytteoplysninger – udenlandske selskaber).

**Behandling i VP**
For kunder med abonnement beregner VP foreløbig likviditet for udbytte i perioden mellem modtagelse af vedtaget udbyttesats til og med dagen før beregningsdagen. Fakturering sker i henhold til prisliste.

VP gennemfører udbyttekørslen efter daglig opdatering.

Der dannes dokumentation til brug for likviditetsstyring. (Se eksemplet)

**Behandling i datacentre**
Infoerne - "Start på kørsel af corporate actions" og "Slut på kørsel af corporate actions", dannes ved udbyttekørslen. Infoerne - "Start på periodisk kørsel" og "Afslutning på periodisk kørsel", dannes ved likviditetsmelding og ved betalingsformidling. Når infoerne "Slut på kørsel af corporate actions"



## SYSTEMVEJLEDNING

respektive "Afslutning på periodisk kørsel" er dannet kan de relevante infoer trækkes hjem. De nævnte infoer dannes altid.

### Tidslinie for udbytte



### Udbytteberegning og betalingsformidling

Udbytte og udbytteskat beregnes på den dag som aktieselskabet har angivet som udbyttekørselsdato, datoen er som regel ex-udbyttedag. Betalingsformidlingsgrundlaget dannes, der gives likviditetsmeldinger og eventuelle oplysninger til udlevering til udenlandske skattemyndigheder dannes.

### Betalingsformidlingsgrundlaget dækningskontrolleres

På dispositionsdagen bliver betalingsformidlingsgrundlaget kontrolleret for dækning. Såfremt der er dækning, vil betalingsformidlingsgrundlaget tilgå Danmarks Nationalbank.

### Udbytteberegning

Der beregnes udbytte og udbytteskat på de VP-konti, der på beregningstidspunktet har en beholdning i den pågældende fondskode.

Efter udbytteberegningen er der registreret følgende udbytteoplysninger på VP-kontiene:

    udbyttekørselsdato
    beregnet udbytte
    tilbageholdt udenlandsk udbytteskat
    anvendte dobbeltbeskatningsoplysninger

VP bruger dataene i forbindelse med dannelse af betalingsformidlingen. Endvidere benyttes oplysningerne til årsopgørelser.

De kontoførende institutter kan forespørge på oplysningerne indtil sletning i forbindelse med årsultimo.

Udbytteskat beregnes i henhold til tilbageholdelsesprocenterne for det pågældende land. VP-kontoens kode for udbytteerklæring benyttes IKKE, men der tages højde for aftaler om undgåelse af dobbeltbeskatning.

Beregning af udbytteskatten foretages efter retningslinierne i nedennævnte tabel:

| Kontohavers | Aftalehavers aftale | Udsteders | VP beregner: | Anvendt |
|---|---|---|---|---|



## SYSTEMVEJLEDNING

| Landekode for skat | om dobbeltbeskatning | hjemland | | dobbeltbeskat-ningskode |
|---|---|---|---|---|
| Blank/udfyldt, men ikke med DK | | | XX% udenlandsk Udbytteskat (generel sats) | 0 |
| DK | Deltager ikke i dobbeltbeskat-ningsaftalen | | | 2 |
| DK | Deltager i dobbeltbeskat-ningsaftalen | Landet er med i dobbeltbeskat-ningsaftalen | XX% reduceret Udenlandsk Udbytteskat efter aftale | 1 |
| DK | Deltager i dobbeltbeskat-ningsaftalen | Landet er ikke med i dobbeltbeskat-ningsaftalen | XX% Udenlandsk Udbytteskat (generel sats) | 2 |

**Uddata**
Afstemning udbytte - total udenlandsk ved beregning (UD)
Udbyttemeddelelse (kontohaver, rettighedshaver)
Udbytteoversigt - betalingsformidling til KI (KI)

For yderligere beskrivelse af uddata se "



## SYSTEMVEJLEDNING

---

Eksempel: Udbytte - udenlandske selskaber".

## Likviditetsstyring
### Formål
At danne dokumentation af likviditetsvirkningen for udbytte til pengekontoførende institutter.

### Behandling i VP
Info til brug for likviditetsstyring dannes umiddelbart før dannelse af betalingsformidlingsgrundlaget.

### Uddata
Nettopåvirkning i likviditet pr. dispositionsdag (PK)

For yderligere beskrivelse af uddata se "



SYSTEMVEJLEDNING

---

Eksempel: Udbytte - udenlandske selskaber".

### Betalingsformidling
**Formål**
At formidle betaling mellem en deltager og den efter registeret berettiget.

**Behandling i VP**
Betalingsformidlingsgrundlaget dannes på baggrund af det beregnede udbytte minus evt. udbytteskat, som er registreret på VP-kontoen ved afviklingsdøgnets afslutning på udbyttekørselsdagen med retsvirkning straks før kl. 18.00.



1 = Betalingsformidlingsgrundlaget dannes
2 = Pengekontrol i blok 35 (provenu i DKK)
3 = Pengekontrol i blok 45 (provenu i EUR)
4 = Pengekontrol i blok 55 (provenu i SEK)
5 = Pengekontrol i blok 65 (provenu i ISL)

På dispositionsdagen foretages der pengekontrol. I pengekontrollen sker der fælles dækningskontrol af samtlige periodiske betalinger (rente, udtrukne andele, udbytte og corporate actions).

Udbytte i DKK behandles i blok 35, udbytte i EUR behandles i blok 45, udbytte i SEK behandles i blok 55 og udbytte i ISL behandles i blok 65.

I pengekontrollen kontrolleres det,
> at de samlede betalinger (netto) på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR) ikke overstiger det trækningsmaksimum, der er stillet til rådighed for periodiske betalinger.
> at (hvis primær betalingsstiller tillige har stillet et trækningsmaksimum til rådighed for et udstedende institut) primær betalingsstillers egne betalinger (netto) og udstederens betalinger (netto) ikke overstiger det samlede trækningsmaksimum, der er stillet til rådighed på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR).

Betalingerne bliver gennemført, hvis der er dækning for samtlige betalinger.

Såfremt der ikke er dækning, kan betalingen ikke gennemføres. Procedure for tilbagekaldelse af udbytte tages i brug, se afsnit Procedure for tilbagekaldelse af udbytte.
Bruttoudbyttebeløb i fremmed valuta omregnes til DKK.



SYSTEMVEJLEDNING

---

**Behandling hos primær betalingsstiller**
For at betaling i udbytte i DKK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 35) have stillet et periodisk specifikt trækningsmaksimum i DKK til rådighed for det udstedende institut, svarende til de periodiske betalinger i DKK.

For at betaling af udbytte i EUR kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 45) have stillet et periodisk specifikt trækningsmaksimum i EUR til rådighed for det udstedende institut, svarende til de periodiske betalinger i EUR.

For at betaling af udbytte i SEK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 55) have stillet et periodisk specifikt trækningsmaksimum i SEK til rådighed for det udstedende institut, svarende til de periodiske betalinger i SEK.

For at betaling af udbytte i ISL kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 65) have stillet et periodisk specifikt trækningsmaksimum i ISL til rådighed for det udstedende institut, svarende til de periodiske betalinger i ISL.

De samlede betalinger posteres på berettigede pengekontoføreres afkast/afregningskonti. Primær betalingsstiller kan yderligere modtage betalinger på vegne af pengekontoførere.

Provenuet posteres på de berettigedes pengekonti ud fra bogføringsgrundlaget fra betalingsformidlingen.

**Uddata**
Posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt (PK)
Posteringsgrundlag pr. debetkonto (PK)
Posteringsgrundlag pr. afkast / afregningskonto(PK)
Afstemningsoplysninger, periodiske betalinger (UD)

**På dispositionsdagen dannes følgende uddata**
Bogføringsposter fra en afviklingskørsel – kopi (BS)
Omregnede rentebeløb og bruttoudbytte til basisvaluta (KI ), (PK)

For yderligere beskrivelse af uddata se "

SYSTEMVEJLEDNING

---

Eksempel: Udbytte - udenlandske selskaber".

## Dannelse af oplysninger til udlevering til udenlandske skattemyndigheder

Samtidig med betalingsformidlingen danner VP oplysninger om de VP-kontohavere, der har fået tilbageholdt udenlandsk udbytteskat efter en dobbeltbeskatningsaftale.

Oplysningerne udleveres på forlangende til skattemyndighederne i selskabets hjemland. Der udleveres oplysninger om samtlige VP-kontohavere, der i en udbyttekørsel har fået tilbageholdt udbytteskat efter en dobbeltbeskatningsaftale.

Oplysningerne udleveres til de udenlandske skattemyndigheder af VP, men på vegne af de kontoførende institutter.

Kontoførende institut kan på Afstemning udbytte - total udenlandsk ved beregning se hvilke VP-kontohavere, der er dannet oplysninger om.

## Flytning af udbytte mellem VP-konti

Transaktionen "Udbytteflytning" anvendes til flytning af bruttoudbytte mellem VP-konti.

Udbytteflytning kan foretages indtil udgangen af det kalenderår, hvori udbyttet er beregnet, dog altid uden virkning for betalingsformidlingen.

Ved flytning af udbytte skal de involverede kontoførende institutter afregne udbyttet manuelt.

Kontoførende institut skal selv foretage afregning/tilbagesøgning af eventuelle reguleringer i udbytteskatten over for de udenlandske skattemyndigheder.

### Behandling i VP
Udbytteflytning opdateres on-line.

Er udbyttet i fremmed valuta, reduceres det omregnede beløb i DKK forholdsmæssigt på den afgivende VP-konto. På den modtagende VP-konto forøges det omregnede beløb i DKK med beløbet, som blev beregnet forholdsmæssigt på den afgivende VP-konto.

Ved opdateringen ændres "Tilbageholdt udbytteskat", idet der tages højde for kontoens oplysninger om dobbeltbeskatning. Ændringerne dokumenteres på infoer.

### Uddata
Udbytteflytning til KI (KI)
Korrektion af rente og bruttoudbytte (KI), (PK)

For yderligere beskrivelse af uddata se "



SYSTEMVEJLEDNING

---

Eksempel: Udbytte - udenlandske selskaber".

### Korrektion af omregnet rente- eller bruttoudbyttebeløb

Transaktionen anvendes til at korrigere et omregnet bruttoudbyttebeløb, når den automatisk omregnede værdi i DKK ikke svarer til det faktisk udbetalte beløb.

**Behandling hos centraldeltager**
Det kontoførende institut og det pengekontoførende institut kan korrigere det omregnede beløb på en værdipapirkonto.

**Behandling i VP**
Det omregnede bruttoudbyttebeløb erstattes med det indrapporterede beløb. Anvendes ved eventuel skatteindberetning og vil fremgå af årsopgørelsen.

**Uddata**
Korrektion af rente og bruttoudbytte (KI), (PK)

For yderligere beskrivelse af uddata se "



SYSTEMVEJLEDNING

Eksempel: Udbytte - udenlandske selskaber".

## Ændring af udbytteskat

Transaktionen anvendes til korrektion i den beregnede udbytteskat, hvor udbytte stammer fra ISINs udstedt af udenlandske selskaber.

**Behandling i kontoførende institut**
Transaktionen indrapporteres af det kontoførende institut og kan anvendes, efter dispositionsdagen.

Ændringer i udbytteskatten kan foretages indtil sidste bankdag i året og vil fremgå af årsopgørelserne.

Det kontoførende institut er ansvarlig for at indberette henholdsvis tilbagesøge udbytteskatten hos Skat.

**Behandling i VP**
Ændring af udbytteskat opdateres on-line.

**Uddata**
Ændring af udbytteskat til KI.

For yderligere beskrivelse af uddata se "Uddata
Eksempel: Udbytte".

## Procedure for tilbagekaldelse af udbytte

Proceduren gælder både danske aktieselskaber, danske investeringsforeninger og udenlandske selskaber.

For udbytte, der er deklareret, men hvor udbyttekørslen endnu ikke er afviklet, kan udbyttesatsen nulstilles, og betalingen gennemføres ikke.

Der er ikke udviklet funktionalitet til tilbagekaldelse af udbytte, efter at betalingsformidlingsgrundlaget er dannet. Skulle en sådan situation indtræffe, vil den blive behandlet individuelt.

Udbyttebetalingen er uigenkaldelig over for investorerne, når pengekontrollen er kørt.

## Teknisk udbytte (teknisk udlodning)

**Teknisk udbytte**
Udenlandske investeringsforeninger har nu mulighed for at køre et 100% teknisk udbytte, dvs. udbyttet beregnes på den dag som investeringsforeningen har angivet som udbyttekørselsdato.
Beregningsgrundlaget dannes ud fra aktuel beholdning. Der foretages ingen udbetaling til den enkelte investor. Der foretages ingen beregning af udbytteskat, og der bliver ikke sendt udbyttemeddelelse til investorerne.
VP indberetter oplysningerne til SKAT.

**Teknisk udbytte på en tidligere gemt beholdning**
Investeringsforeningen har mulighed for at få teknisk udbytte beregnet på beholdninger, der tidligere er gemt. I visse situationer er der behov for at gemme en kopi af beholdningerne pr. en given dato til senere håndtering af Teknisk udbytte. Investeringsforeningen skal angive datoen hvor beholdningerne skal gemmes senest 3 dage før.
Principperne er de samme som for Teknisk udbytte,



SYSTEMVEJLEDNING

**Behandling hos den udstedelsesansvarlige**
Udstedende institut skal indsende blanket som findes i "Blanketter til vejledninger""19.S Etablering af teknisk udbytteoplysninger - udenlandske investeringsforeninger".

**Behandling i VP - teknisk udbytte**
Kørsel som danner beregningsgrundlaget ud fra aktuel beholdning

**Uddata**
Afstemning udbytte - total udenlandsk ved beregning (UD)
Udbytteoversigt – betalingsformidling (KI)

**Behandling i VP - teknisk udbytte på en tidligere gemt beholdning**
Kørsel 1. VP tager kopi på snapshotkørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.
TI20056v Beholdning der gemmes til behandling på et senere tidspunkt.

**Uddata**
Fra kørsel 1:
Snapshot af beholdning (KI)

Fra kørsel 2:
Afstemning udbytte - total udenlandsk ved beregning (UD)
Udbyttemeddelelse - adresseoplysninger (kontohaver, rettighedshaver)
Udbyttemeddelelse - betalingsoplysninger (kontohaver, rettighedshaver)
Udbytteoversigt – betalingsformidling (KI)

## Uddata

**Eksempel: Udbytte**

Offentliggørelsestype 26

| Offentliggørelsesdagen | |
|---|---|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20279v | Offentliggørelse af corporate actions - Udbytteoplysninger (DC) |
| | |
| **Kunder med abonnement** | |
| TI20379v | Foreløbig likviditet udbytte |
| | |
| **Kørselsdagen** | |
| TI20325v | Afstemning udbytte - total ved beregning (UD) |
| TI20310v | Udbyttemeddelelse - Adresseoplysninger (kontohaver, rettighedshaver) |
| TI20312v | Udbyttemeddelelse - Betalingsoplysninger (kontohaver, rettighedshaver) |
| TI20315v | Papiroplysninger udbytte ved beregning (KI) |
| TI20316v | Udbytteoversigt - betalingsformidling til KI (KI) |
| | |
| **Dan likviditet** | |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| | |
| **Dan betalingsformidling** | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |



SYSTEMVEJLEDNING

| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
|----------|-----------------------------------------------------|
|          |                                                     |
| **Pengekontrollen** |                                          |
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
| TI20108v | Omregnede rente og bruttoudbytte til basisvaluta (KI og PK) |
|          |                                                     |
| **Perioden mellem udbytteberegning og U2-skattekørsel** | |
| TI20328v | Ændring af udbytteskat til udstederansvarlig (UD) |
| TI20322v | Ændring af anvendt udbytteerklæring til KI (KI) |
| TI20323v | Udbytteflytning til KI (KI) |
|          |                                                     |
| **U2-skattekørsel** | |
| TI20331v | Afstemning udbytte - total U2-skattekørsel (UD) |
| TI20332v | Papiroplysninger udbytte ved U2-skattekørsel (KI) |
| TI20321v | Oversigt over udbytteskat til KI (KI) |
|          |                                                     |
| **Perioden mellem U2-skattekørsel og årsultimo** | |
| TI20323v | Udbytteflytning til KI (KI) |
| TI20324v | Ændring af udbytteskat til KI |
| TI20128v | Korrektion af rente og bruttoudbytte til basisvaluta (KI og PK) |



**SYSTEMVEJLEDNING**

---

## Eksempel: Udbytte - udenlandske selskaber

Offentliggørelsestype 27

| Offentliggørelsesdagen | |
|---|---|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20279v | Offentliggørelse af corporate actions - Udbytteoplysninger (DC) |
| | |
| **Kunder med abonnement** | |
| TI20379v | Foreløbig likviditet udbytte |
| | |
| **Kørselsdagen (beregningsdagen)** | |
| TI20327v | Afstemning udbytte - total udenlandsk ved beregning (UD) |
| TI20310v | Udbyttemeddelelse - adresseoplysninger (kontohaver, rettighedshaver) |
| TI20312v | Udbyttemeddelelse - betalingsoplysninger (kontohaver, rettighedshaver) |
| TI20315v | Papiroplysninger udbytte ved beregning (KI) |
| TI20316v | Udbytteoversigt – betalingsformidling til KI (KI) |
| | |
| **Dan likviditet** | |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| | |
| **Dan betalingsformidling** | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
| | |
| **Pengekontrollen** | |
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
| TI20108v | Omregnede rente og bruttoudbytte til basisvaluta (KI og PK) |
| | |
| **Perioden mellem betalingsformidling og ultimo år** | |
| TI20323v | Udbytteflytning til KI (KI) |
| TI20324v | Ændring af udbytteskat til KI |
| TI20128v | Korrektion af rente og bruttoudbytte (KI og PK) |

## Eksempel: Acontoudbytte

Offentliggørelsestype 28

| Offentliggørelsesdagen | |
|---|---|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20279v | Offentliggørelse af corporate actions - Udbytteoplysninger (DC) |
| | |
| **Kunder med abonnement** | |
| TI20379v | Foreløbig likviditet udbytte |
| | |
| **Kørselsdagen** | |
| TI20325v | Afstemning udbytte - total ved beregning (UD) |
| TI20310v | Udbyttemeddelelse - Adresseoplysninger (kontohaver, rettighedshaver) |
| TI20312v | Udbyttemeddelelse - Betalingsoplysninger (kontohaver, rettighedshaver) |
| TI20315v | Papiroplysninger udbytte ved beregning (KI) |



SYSTEMVEJLEDNING

| TI20316v | Udbytteoversigt - betalingsformidling til KI (KI) |
|---|---|
| | |
| **Dan likviditet** | |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| | |
| **Dan betalingsformidling** | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
| | |
| **Pengekontrollen** | |
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
| TI20108v | Omregnede rente og bruttoudbytte til basisvaluta (KI og PK) |
| | |
| **Perioden mellem udbytteberegning og U2-skattekørsel** | |
| TI20328v | Ændring af udbytteskat til udstederansvarlig (UD) |
| TI20322v | Ændring af anvendt udbytteerklæring til KI (KI) |
| TI20323v | Udbytteflytning til KI (KI) |
| | |
| **U2-skattekørsel** | |
| TI20331v | Afstemning udbytte - total U2-skattekørsel (UD) |
| TI20332v | Papiroplysninger udbytte ved U2-skattekørsel (KI) |
| TI20321v | Oversigt over udbytteskat til KI (KI) |
| | |
| **Perioden mellem U2-skattekørsel og årsultimo** | |
| TI20323v | Udbytteflytning til KI (KI) |
| TI20324v | Ændring af udbytteskat til KI |
| TI20128v | Korrektion af rente og bruttoudbytte til basisvaluta (KI og PK) |

## Eksempel: Geninvestering af udbytte / Acontoudbytte

Offentliggørelsestype 29 og 30

| **Offentliggørelsesdagen** | |
|---|---|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20274v | Offentliggørelse af corporate actions - Kursoplysninger (DC) |
| TI20279v | Offentliggørelse af corporate actions - Udbytteoplysninger (DC) |
| | |
| **Ved rekvisition** | |
| TI20334v | Geninvestering af udbytte - foreløbig likviditetsbehov (UD) |
| | |
| **Kørselsdagen (beregningsdagen)** | |
| TI20335v | Afstemning geninvestering af udbytte - total ved beregning (UD) |
| TI20290v | Hovedbogsoplysninger - aktier (UD) |
| TI20280v | Ændringsmeddelelse - Adresseoplysninger (kontohaver, rettighedshaver) |
| TI20311v | Ændringsmeddelelse betalingsoplysninger - geninvestering af udbytte |
| TI20282v | Ændringsmeddelelse beholdningsoplysninger aktier (kontohaver, rettighedshaver) |
| TI20310v | Udbyttemeddelelse - adresseoplysninger (kontohaver, rettighedshaver) *) |
| TI20312v | Udbyttemeddelelse - betalingsoplysninger (kontohaver, rettighedshaver) *) |
| TI20289v | Status på beholdning efter en afvikling af en corporate actions (KI) |
| TI20286v | Advisering til kontofører – beholdningsoplysninger aktier (KI) |



SYSTEMVEJLEDNING

| TI20314v | Papiroplysninger geninvestering af udbytte ved beregning (KI) |
|---|---|
| TI20317v | Udbytteoversigt - betalingsformidling til KI - geninvestering af udbytte (KI) |
| TI20292v | Advisering til ejerbogsfører – beholdningsoplysninger ifm. afvikling af en corporate action (AB) |
| TI20304v | Advisering til ejerbogsfører – navne- og adresseoplysninger ifm. afvikling af en corporate action (AB) |
| TI20306v | Ejerbogsførers navn og adresse (AB) |
| | |
| **Dan likviditet** | |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| | |
| **Dan betalingsformidling** | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
| | |
| **Pengekontrollen** | |
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
| | |
| **Perioden mellem udbytteberegning og U2-skattekørsel** | |
| TI20328v | Ændring af udbytteskat til udstederansvarlig (UD) |
| TI20322v | Ændring af anvendt udbytteerklæring til KI (KI) |
| TI20323v | Ændring af udbytteskat til KI ved udbytteflytning (KI) |
| | |
| **U2-skattekørsel** | |
| TI20331v | Afstemning udbytte - total U2-skattekørsel (UD) |
| TI20332v | Papiroplysninger udbytte ved U2-skattekørsel (KI) |
| TI20321v | Oversigt over udbytteskat til KI (KI) |
| | |
| **Perioden mellem U2-skattekørsel og årsultimo** | |
| TI20323v | Udbytteflytning til KI (KI) |
| TI20324v | Ændring af udbytteskat til KI |

*) Dannes for de investorer der ikke tildeles udbytteaktier



SYSTEMVEJLEDNING

# 12 Corporate Action

Corporate Action systemet er opbygget af en række "handlinger", der hver for sig udfører en forretningsmæssig afgrænset hændelse. Handlingerne sammensættes i forskellige kombinationer - "prædefinerede corporate actions", se afsnit Prædefinerede corporate actions.

Corporate Action systemet kan håndtere flere valutaer for såvel aktier som obligationer.

VP kan medvirke ved/udføre følgende corporate action:

> ændring af aktiestørrelse (manuelt eller maskinelt)
> ændring af aktiekapital (aktiestørrelse)
> tildeling af fondsaktier/fondsandele (uden handel med retter)
> spaltning på grundlag af investorønsker
> spaltning af et selskab
> fusion
> sammenlægning af ISINs
> ophør med registrering
> dannelse af betalinger
> skift af ISIN
> beregning af udbytte på tidligere gemt beholdning
> Ekstraordinær obligationsindfrielse (CA) via ny ISIN
> Ændring af papir til eller fra Non par value
> Kapitaludlodning

Endvidere kan der rekvireres en total ejerbog.

Ved ønske om gennemførelse af en corporate action skal aktieudstedende institut i god tid kontakte Clearing & Custody Services, med hvem også det endelige tidspunkt for aktiviteten aftales.

Når det endelige tidspunkt er aftalt, sendes en blanket på den aftalte aktivitet til Clearing & Custody Services. Se under blanketter til dette afsnit.

Det er det aktieudstedende institut der skal tilse, at en given corporate action, forud for gennemførelse i VP, er registreret/godkendt hos de relevante myndigheder.

I de tilfælde, hvor en corporate action medfører ændringer i det juridiske eller tekniske tilslutningsmønster, skal disse bringes i orden før opgaven gennemføres.

Handler til afvikling senere end dagen for gennemførelse af en corporate action skal indrapporteres i den fortsættende ISIN.

Alle corporate actions faktureres det aktieudstedende institut (jf. VP's prisliste)
Ved generering af låst beholdning dannes provenue type 3 = udbytte.

Offentliggørelse af corporate actions
Når offentliggørelsesdato for en corporate action er nået, vil VP offentliggøre oplysninger om den pågældende opgave ved at danne "Offentliggørelsesinfoer" til datacentrene, udsende information (via E-mail) og via VP's hjemmeside.

Hvis kurser, der skal anvendes til gennemførelse af en corporate action, ikke er kendt på offentliggørelsestidspunktet, sendes kursoplysninger som info, og corporate action meddeles, når disse oplyses fra udstederansvarlig (se afsnit "Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype").

 SYSTEMVEJLEDNING

### Gennemførelse af corporate actions
Corporate actions gennemføres på kørselsdagen efter daglig opdatering, og på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

I ombytninger, hvori der indgår 2 eller flere ophørende ISINs, vil der, i det omfang det er muligt, og udsteder ønsker det, ske sammenlægning af eventuelle spidser til hele ordinære aktier.

### Bundtning af delbeviser
Hvis der ved gennemførelse af en corporate action skal ske udlægning af spidser i delbeviser til efterfølgende bundtning, forudsætter Erhvervs- og Selskabsstyrelsen, at der skal deltage en garantistiller, som sikrer størrelsen af den fremtidige aktiekapital.

Det bør tilstræbes, at garantistillers VP-konto ikke på forhånd indeholder beholdninger i involverede ISINs.

### Betalinger fra corporate actions
Der er mulighed for at betalingsformidle et kontant vederlag og/eller spidser, der ikke kan omlægges, fra stort set samtlige typer af corporate action.

For alle typer af betalinger er der mulighed for at angive, om der skal tilbageholdes udbytteskat efter gældende regler.

### Overspringning af udsteders egne beholdninger
Det er muligt at foretage "overspringning" af beholdninger på udsteders egne konti, således at disse ikke deltager i en given corporate action.

Overspring af udsteders egne beholdninger kan ske i følgende prædefinerede typer af corporate actions:

> Ombytning af beholdninger
> Opsplitning af beholdninger
> Tildeling af beholdninger
> Nulstilling af beholdninger mod eventuel betaling
> Dannelse af betalingsgrundlag

### Overførsel fra udsteders egen beholdning
Der er mulighed for, at "tildelinger" i eksisterende ISINs kan ske ved overførsel fra udsteders egen beholdning af de pågældende ISINs. Der kan dog kun overføres fra én VP-konto pr. corporate action.

Overførsel fra udsteders egen beholdning kan ske i følgende prædefinerede typer af corporate actions:

> Ombytning af beholdninger
> Opsplitning af beholdninger
> Tildeling af beholdninger
> Ombytning af beholdninger med kontant vederlag pr. aktie

### Kontantforbehold
Kontantforbehold på beholdninger, der ombyttes, bibeholdes på den fortsættende ISIN under hensyntagen til ombytningsforholdet/kursen. Kontantforbehold bibeholdes dog ikke på delbeviser.

### Navnenotering
Navnenoterede beholdninger ombyttes/tildeles ud fra ombytningstallet/ombytningsforholdet i den enkelte ISIN.

SYSTEMVEJLEDNING

---

Ved behandling af investorønsker bliver de nye beholdninger kun navnenoteret, hvis det angives ved registrering af investorønsket.

## Ejerbog
Der dannes ændringer til ejerbogen i forbindelse med gennemførelse af corporate actions, når dette medfører ændringer i en navnenoteret beholdning.

## Ændringsmeddelelse
Ændringsmeddelelsen indeholder en forklarende tekst til investorerne, udarbejdet af selskabet i samråd med det udstedende institut. Dog ikke ved sammenlægning af midlertidige og ordinære andele for investeringsforeninger. Her er teksten fast og udformet i samarbejde med Investeringsforeningsrådet.

Teksten kan højst fylde 25 linier á 72 tegn og placeres øverst på ændringsmeddelelsen. (Der leveres tekst pr. opgaven).

Teksten skal leveres på dansk og kan desuden leveres på engelsk, tysk og fransk, hvorefter udskrivning på disse sprog vil finde sted ud fra den registrerede sprogkode på VP-kontoen efter følgende retningslinier:

| | |
|---|---|
| Tekst leveret på dansk | udskrives på dansk uanset sprogkode |
| Tekst leveret på dansk og engelsk | udskrives på dansk for sprogkode = D<br>udskrives på engelsk for sprogkode = E, F og T |
| Tekst leveret på dansk og tysk | udskrives på dansk for sprogkode = D, E og F<br>udskrives på tysk for sprogkode = T |
| Tekst leveret på dansk og fransk | udskrives på dansk for sprogkode = D, E og T<br>udskrives på fransk for sprogkode = F |

For de deltagere der har truffet aftale med VP om decentral udsendelse af ændringsmeddelelser, er det muligt at modtage data til udsendelsen af ændringsmeddelelser fra Corporate Action systemet. Der må ikke ændres i disse data, men yderligere oplysninger kan tilføjes.

Meddelelserne skal afsendes snarest muligt og senest to hverdage efter, at registrering har fundet sted.

For øvrige deltagere vil ændringsmeddelelserne blive udskrevet og afsendt af VP.

Ændringsmeddelelserne optælles ikke i interbank-aktiegebyrsystemet eller i gebyroplysningssystemet.

## Behandling i datacentre:
I forbindelse med corporate action kørsler dannes infoerne - "Start på kørsel af corporate actions" og "Slut på kørsel af corporate actions". Infoerne - "Start på periodisk kørsel" og "Afslutning på periodisk kørsel", dannes ved likviditetsmelding og ved betalingsformidling. Når infoerne "Slut på kørsel af corporate actions" respektive "Afslutning på periodisk kørsel" er dannet kan de relevante infoer trækkes hjem. De nævnte start/slut infoer dannes altid.

# Ændring af aktiestørrelse

## Ændring af aktiestørrelse - maskinel
Ændring af aktiestørrelse, uden tilsvarende ændring af aktiekapital, sker som en ombytning af beholdning. Samtidig er der mulighed for betaling af et kontant vederlag pr. aktie. Hvis ombytningen sker på baggrund af et "skævt" ombytningsforhold kan eventuelle spidser udlægges i delbeviser til efterfølgende bundtning, eller de kan betalingsformidles i den valuta udsteder ønsker anvendt. (se afsnit



**SYSTEMVEJLEDNING**

Ombytning af beholdning, afsnit Ombytning af beholdning med kontant vederlag pr. aktie og afsnit Oversigt over offentliggørelsesinfor pr. offentliggørelsestype.

**Behandling hos den udstedelsesansvarlig**
Udstedende institut skal indsende blanket "12.B Ombytning af beholdning" eller 12.C Ombytning af beholdninger på baggrund af indre værdier" som findes i "Blanketter til vejledninger"
Teksten til ændringsmeddelelsen indsendes på blanket "19.M Tekst til ændringsmeddelelse"

**Behandling i VP**
VP gennemfører ændring af aktiestørrelse på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

**Uddata**
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)
Ejerbogsændringer i forbindelse med afvikling af en corporate action (AB)

**Hvis opgaven indeholder betaling af spidser og/eller et kontant vederlag dannes**
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

**Hvis der skal tilbageholdes udbytteskat af betalingen dannes**
Afstemning udbytte (UD)
Udbytteoversigt (KI)

For yderligere beskrivelse se Uddata ""Prædefinerede corporate actions Ombytning af beholdning"

**Ændring af aktiestørrelse - manuel**
**Behandling hos den udstedelsesansvarlig**
Udstedende institut udfører og har ansvaret for den manuelle ændring.

For børsnoterede selskaber underrettes NASDAQ OMX om, hvornår notering i den nye ISIN finder sted,

Kontoførende institut skal efter anmeldelse fra de berettigede overføre alle beholdninger i den gamle ISIN til det udstedende institut.

Udstedende institut indrapporterer nødvendige indfrielses- og emissionstransaktioner. Herefter overføres aktier i den nye ISIN til VP-konti i de kontoførende institutter.

**Behandling i VP**
På anmodning fra udstedende institut kan VP formidle kontakten til de kontoførende institutter, der har investorer med beholdning i den pågældende ISIN, så disse kontoførende institutter kan orientere de pågældende investorer om ændringen/ombytningen.

## Ændring af aktiekapital

Ændring af aktiekapitalen gennemføres ved en ændring af aktiestørrelsen, således at antal aktier er uforandret. I forbindelse med ændring af aktiekapitalen er det muligt samtidigt at ændre udstedelsesvalutaen. Endvidere er der mulighed for betaling af et kontant vederlag pr. aktie (se afsnit "Ændring af aktiekapital" og afsnit "Oversigt over offentliggørelsesinfor pr. offentliggørelsestype").



SYSTEMVEJLEDNING

---

**Behandling hos den udstedelsesansvarlig**
Udstedende institut skal indsende blanket "19.K Ændring af aktiekapital" og teksten til
ændringsmeddelelsen, se blanket "19.M Tekst til ændringsmeddelelse". som findes i "Blanketter til
vejledninger"

**Behandling i VP**
VP gennemfører ændring af aktiekapital på kørselsdagen efter daglig opdatering på baggrund af den
enkelte VP-konto's beholdning før skift af afviklingsdøgn.

**Uddata**
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)

**Hvis opgaven indeholder betaling af et kontant vederlag dannes**
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

**Hvis der skal tilbageholdes udbytteskat af betalingen dannes**
Afstemning udbytte (UD)
Udbytteoversigt (KI)

For yderligere beskrivelse se Uddata "Eksempel: Ændring af aktiekapital"

## Tildeling af fondsaktier/fondsandele (uden handle med retter)

Det er en betingelse for VP's medvirken ved tildeling af fondsaktier/fondsandele uden handel med **retter**,
at selskabets udstedende institut indestår for, at tildelingen er vedtaget på selskabets generalforsamling.

Tildeling kan ske til nyoprettet ISIN eller som tilgang til eksisterende ISIN under hensyntagen til
tildelingsforholdet. Hvis tildelingen sker på baggrund af et "skævt" tildelingsforhold kan eventuelle
spidser udlægges i delbeviser til efterfølgende bundtning, eller de kan betalingsformidles i den valuta
udsteder ønsker anvendt (se afsnit "Tildeling af beholdning" og afsnit "Oversigt over
offentliggørelsesinfoer pr. offentliggørelsestype").

**Behandling hos den udstedelsesansvarlig**
For børsnoterede selskaber underrettes NASDAQ OMX, senest samtidig med at VP underrettes.

Udstedende institut skal indsende blanket 19.F Tildeling af beholdning" eller "19.G Tildeling af
beholdning på baggrund af indre værdi". Teksten til ændringsmeddelelsen indsendes på blanket "12.M
Tekst til ændringsmeddelelse", i "Blanketter til vejledninger".

**Behandling i VP**
VP gennemfører tildelingen på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-
konto's beholdning før skift af afviklingsdøgn.

**Uddata**
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)
Ejerbogsændringer i forbindelse med afvikling af en corporate action (AB)



SYSTEMVEJLEDNING

Hvis opgaven indeholder betaling af spidser dannes
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

Hvis der skal tilbageholdes udbytteskat af betalingen dannes
Afstemning udbytte (UD)
Udbytteoversigt (KI)

For yderligere beskrivelse se Uddata "Eksempel: Tildeling af beholdninger"

## Spaltning på grundlag af investorønsker

Ved spaltning af investeringsforeninger, afledt af lov om Pensionsbeskatning (PAL), skal kun en del af beholdningerne spaltes over i en ny afdeling.

Iflg. loven må midler, der stammer fra pensionsopsparing, ikke investeres i en udbyttegivende afdeling, men skal investeres i en akkumulerende afdeling.

Spaltningen sker på baggrund af registrerede investorønsker (se afsnit "Spaltning af beholdning på baggrund af investorønsker", afsnit "Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype" og afsnit "Registrering og opsamling af investorønsker").

### Behandling hos den udstedelsesansvarlig
Udstedende institut skal indsende blanket "19.L Spaltning på baggrund af investorønsker", se i "Blanketter til vejledninger"

### Behandling i VP
VP gennemfører spaltningen på kørselsdagen efter daglig opdatering på baggrund af de indrapporterede investorønsker.

### Uddata
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)
Ejerbogsændringer i forbindelse med afvikling af en corporate action (AB)

For yderligere beskrivelse se Uddata "Eksempel: Spaltning af beholdning på baggrund af investorønsker"

## Registrering og opsamling af investorønsker

Ved spaltning af investeringsforeninger (spaltning af beholdning på baggrund af investorønsker), afledt af lov om Pensionsafkastbeskatning (PAL), hvor kun den del af beholdningerne, der stammer fra pensionsmidler, skal spaltes over i en akkumulerende afdeling, vil det kun være en del af beholdningerne, der skal behandles.

Forud for en spaltning af beholdning på baggrund af investorønsker vil der blive oprettet en corporate action opgave, der indeholder både den ISIN, der skal spaltes fra, og den ISIN, der skal spaltes til, samt dato for omlægning.

### Behandling hos centraldeltager
Det er muligt for de kontoførende institutter at registrere, hvilke beholdninger kunden ønsker omlagt.



SYSTEMVEJLEDNING

Registrering kan foretages fra offentliggørelsesdato og indtil dato for spaltningen. Da der ved visse opgaver kan registreres investorønsker i en meget lang periode, og der dermed kan ske ændringer af beholdningen, skal det ved registreringen angives, hvorvidt det er hele beholdningen, eller om det kun er en delmængde, der ønskes omlagt.

**Behandling i VP**
Såfremt der ønskes en bestemt mængde til omlægning, og der ikke er fuld dækning for ønsket, vil VP omlægge den mængde, der er dækning for.

**Navnenotering**
Ved omlægningen vil de nye andele kun blive noteret på navn, hvis det er angivet i investorønsket.

**Oversigt over registrerede investorønsker**
Af hensyn til administration af investorønsker kan en oversigt over registrerede investorønsker rekvireres via transaktionen "Anmodning om udtræk af investorønsker - batch".

**Uddata**
TI20264v                    Oversigt over investorønsker


## Spaltning af et selskab

Spaltning af et selskab ud i to nye selskaber sker som "Opsplitning af beholdning" og med offentliggørelsestype 8, 9 eller 11. Hvis spaltningen sker på baggrund af et "skævt" tildelingsforhold kan eventuelle spidser udlægges i delbeviser til efterfølgende bundtning, eller de kan betalingsformidles i den valuta udsteder ønsker anvendt (se afsnit "Opsplitning af beholdning" og afsnit "Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype")

**Behandling hos den udstedelsesansvarlig**
Udstedende institut skal indsende blanket "19.D. Opsplitning" eller "19.E Opsplitning på baggrund af indre værdier". Teksten til ændringsmeddelelsen indsendes på blanket "19.M Tekst til ændringsmeddelelse", som findes i "Blanketter til vejledninger".

**Behandling i VP**
VP gennemfører spaltningen på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

**Uddata**
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)
Ejerbogsændringer i forbindelse med afvikling af en corporate action (AB)

**Hvis opgaven indeholder betaling af spidser dannes**
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

**Hvis der skal tilbageholdes udbytteskat af betalingen dannes**
Afstemning udbytte (UD)
Udbytteoversigt (KI)


For yderligere beskrivelse se Uddata "Eksempel: Opsplitning af beholdninger"



SYSTEMVEJLEDNING

## Fusion

Fusioner gennemføres som "Ombytning af beholdninger". Samtidig er der mulighed for betaling af et kontant vederlag pr. aktie. Hvis ombytningen sker på baggrund af et "skævt" ombytningsforhold kan eventuelle spidser udlægges i delbeviser til efterfølgende bundtning, eller de kan betalingsformidles i den valuta udsteder ønsker anvendt (se afsnit "Prædefinerede corporate actions
Ombytning af beholdning" afsnit "Ombytning af beholdning med kontant vederlag pr. aktie" og afsnit "Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype")

### Behandling hos den udstedelsesansvarlig
For børsnoterede selskaber underrettes NASDAQ OMX og VP, når alle formalia er i orden. Såfremt fusionen kræver, at der oprettes en ny ISIN, skal det ligeledes aftales, hvornår noteringen af den/de ophørende og den nye ISIN henholdsvis slutter eller begynder.

For ej børsnoterede selskaber skal gennemførelse af fusionen alene aftales med VP.

Blanket for den specifikke fusion skal indsendes til VP sammen med teksten til ændringsmeddelelsen (se blanketterne "19.B Ombytning af beholdninger" eller "19.C Ombytning af beholdninger på baggrund af indre værdier" og "19.M Tekst til ændringsmeddelelse", som findes i "Blanketter til vejledninger").

### Behandling i VP
VP gennemfører fusionen på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

### Uddata
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)
Ejerbogsændringer i forbindelse med afvikling af en corporate action (AB)

Hvis opgaven indeholder betaling af spidser og/eller et kontant vederlag dannes
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

Hvis der skal tilbageholdes udbytteskat af betalingen dannes
Afstemning udbytte (UD)
Udbytteoversigt (KI)

For yderligere beskrivelse se Uddata "Eksempel: Ombytning af beholdninger" og "Eksempel: Ombytning af beholdning med kontant vederlag pr. aktie"

## Sammenlægning af ISINs

Sammenlægning af ISINs sker som "Ombytning af beholdning" med offentliggørelsestype 01-05. Sammenlægning af midlertidige andele og ordinære andele for investeringsforeninger, hvor den kontante spids skal betragtes som udbytte, sker som "Ombytning af beholdninger" med offentliggørelsestype 06. Samtidig er der mulighed for betaling af et kontant vederlag pr. aktie. Hvis ombytningen sker på baggrund af et "skævt" ombytningsforhold kan eventuelle spidser udlægges i delbeviser til efterfølgende bundtning, eller de kan betalingsformidles i den valuta udsteder ønsker anvendt (se afsnit Prædefinerede corporate actions
Ombytning af beholdning", afsnit "Ombytning af beholdning med kontant vederlag pr. aktie" og afsnit "Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype").



SYSTEMVEJLEDNING

---

**Behandling hos centraldeltager**
For børsnoterede selskaber underrettes NASDAQ OMX, når alle formalia er i orden, om sidste
noteringsdag for den ophørende ISIN.
Udstedende institut skal indsende blanket "19.B Ombytning af beholdninger" eller "19.C Ombytning af
beholdninger på baggrund af indre værdier". Teksten til ændringsmeddelelsen indsendes på blanket
"19.M Tekst til ændringsmeddelelse", som findes i "Blanketter til vejledninger".

**Ændringsmeddelelser**
Ved sammenlægning af midlertidige andele og ordinære andele for investeringsforeninger kan der ikke
leveres individuel tekst, da teksten er udformet i samråd med Investeringsforeningsrådet. Ved øvrige
sammenlægninger skal der leveres en tekst som beskrevet i afsnit 12 Corporate Action

**Behandling i VP**
VP gennemfører sammenlægningen på kørselsdagen efter daglig opdatering på baggrund af den enkelte
VP-konto's beholdning før skift af afviklingsdøgn.

**Uddata**
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)
Ejerbogsændringer i forbindelse med afvikling af en corporate action (AB)

**Hvis opgaven indeholder betaling af spidser og/eller et kontant vederlag dannes**
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

**Hvis der skal tilbageholdes udbytteskat af betalingen dannes**
Afstemning udbytte (UD)
Udbytteoversigt (KI)

For yderligere beskrivelse se Uddata Eksempel: Ombytning af beholdninger og Eksempel: Ombytning af
beholdning med kontant vederlag pr. aktie

## Ophør med registrering

### Ophør med registrering med beviser

I henhold til registreringsbekendtgørelsen kan fondsaktiver i tilfælde af konkurs eller likvidation fortsætte
registreringen, indtil selskabet eller investeringsforeningen endeligt er opløst. Herefter nulstilles
beholdningerne, og der fremsendes meddelelse til de berørte investorer.

I tilfælde af fusion henvises til afsnit Fusion, hvor procedurer i den forbindelse er beskrevet.

Opnår en emission ikke den mindst forudsatte størrelse, eller er den fornødne indbetaling ikke foretaget,
og emissionen derfor bortfalder, kan VP fortsætte registreringen, indtil emissionen er endeligt annulleret.

Ved tvangsindløsning af et selskabs mindretalsaktionærer kan registreringen fortsættes i VP, indtil
deponering er sket i overensstemmelse med Selskabslovens regler.

Ønsker en udsteder ikke længere at være VP-registreret, kan ophør med registrering aftales med VP (se
afsnit Ophør med registrering og afsnit Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype).



**SYSTEMVEJLEDNING**

---

"Ophør med registrering" nulstiller beholdningerne i de berørte ISINs. Samtidig er der mulighed for betaling af et kontant vederlag pr. ophørende ISIN. Til erstatning for de nulstillede beholdninger udfærdiges beviser. Det kontoførende institut udleverer beviserne til berettigede.

Følgende tiltag skal igangsættes, når et selskab ophører med registrering i VP.

| TIDSSKEMA | |
|---|---|
| Senest 4 uger før ophør | Meddelelse til kontohaver/rettighedshaver med oplysning om det forestående ophør<br>Meddelelse til KI<br>Bekendtgørelse i Statstidende |
| Ophørsdagen | Beholdninger nulstilles<br>Ændringsmeddelelse udsendes<br>Handler med afvikling senere end ophørsdagen annulleres |
| Senest 8 børsdage efter ophør | VP fremsender til KI:<br>fordelingsoversigt for beviser<br>kontoudskrift og beviser ved ophør<br>udleveringsvejledning |
| Senest 8 børsdage efter materialets modtagelse | KI skal:<br>skriftligt underrette om fremgangsmåde til berettigede<br>forestå udleveringen af beviserne |

**Fastsættelse af ophørsdatoen**
Udstedende institut og VP fastsætter i samråd dato for:
- frist for modtagelse af anmeldelser i VP
- fondsaktivernes endelige ophør med registrering
- udsendelse af meddelelse til berettigede om ophør med registrering

Udstedende institut skal indsende blanket "19.I Ophør med beviser" og teksten til ændringsmeddelelsen, se blanket "19.M Tekst til ændringsmeddelelse", som findes i "Blanketter til vejledninger"

Aftale om ophør skal foreligge senest 6 uger før selve ophørsdatoen, da der til optagelsen i Statstidende medgår en ekspeditionstid på ca. 1 uge.

**Senest 4 uger før ophøret**
- Advisering om ophør med registrering udsendes til:
  - kontohavere
  - rettighedshavere
- VP-information om ophør udsendes
- Bekendtgørelse om ophør indrykkes i Statstidende

Adviseringen og bekendtgørelsen skal indeholde oplysninger om fremgangsmåde for udlevering af beviser til erstatning for de i VP registrerede fondsaktiver.

Teksten til adviseringen kan højst fylde 50 linier á 72 tegn og udarbejdes af selskabet i samråd med udstedende institut.

Teksten skal leveres på dansk og kan desuden leveres på engelsk, tysk og fransk, hvorefter udskrivning på disse sprog vil finde sted ud fra den registrerede sprogkode på VP-kontoen efter følgende retningslinier:

Tekst leveret på dansk                    udskrives på dansk uanset sprogkode



**SYSTEMVEJLEDNING**

---

| | |
|---|---|
| Tekst leveret på dansk og engelsk | udskrives på dansk for sprogkode = D<br>udskrives på engelsk for sprogkode = E, F og T |
| Tekst leveret på dansk og tysk | udskrives på dansk for sprogkode = D, E og F<br>udskrives på tysk for sprogkode = T |
| Tekst leveret på dansk og fransk | udskrives på dansk for sprogkode = D, E og T<br>udskrives på fransk for sprogkode = F |

Ved tvangsindløsning er teksten fast i henhold til lovgivningen, og kan kun undtagelsesvis ændres.

**Uddata**
Advisering om ophør med registrering (kontohaver, rettighedshaver) *)

*) Udskrives og afsendes altid af VP

**Ophørsdagen**
Beholdningerne i den berørte ISIN nulstilles. VP udsender ændringsmeddelelse til kontohavere og evt. rettighedshavere.

**Uddata**
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver) *)
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)
Ejerbogsændringer i forbindelse med afvikling af en corporate action (AB)

*) Udskrives og afsendes altid af VP

**Hvis opgaven indeholder betaling af et kontant vederlag dannes**
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

**Hvis der skal tilbageholdes udbytteskat af betalingen dannes**
Afstemning udbytte (UD)
Udbytteoversigt (KI)

**Senest 8 børsdage efter ophøret udsendes til KI:**
- Fordelingsoversigt for beviser med angivelse af berørte kontohavere og evt. rettighedshavere
- Total kontoudskrift pr. VP-konto, der berøres af ophøret
- Beviser til udlevering
- Vejledning i udlevering af beviser. Vejledningen indeholder en kort gennemgang af de procedurer, som skal følges i forbindelse med udleveringen af beviserne.

**Aktier**
For den noterede del af beholdningen udfærdiges et bevis med angivelser af VP-kontonummer og navn på den navnenoterede. For den unoterede del af beholdningen indeholder beviset antal aktier eller evt. retter uden angivelse af navn eller kontonummer pr. ophørsdato.

**Obligationer**
Der udfærdiges særskilte beviser på den udtrukne beholdning respektive på den ikke udtrukne beholdning.



SYSTEMVEJLEDNING

---

Kontoudskrift og beviser leveres på papir. Kontoudskriften er alene til KI's brug.

Det er VIGTIGT, at kontoudskrift og bevis/beviser ikke adskilles før udleveringen af beviserne til berettigede modtager.

Senest 8 børsdage efter materialets modtagelse skal KI foretage følgende:
- Skriftligt underrette kontohaver og evt. rettighedshavere om fremgangsmåden ved udleveringen af beviserne.
- Forestå udleveringen af de udskrevne beviser i henhold til den af VP udfærdigede vejledning

**Uddata**
Fordelingsliste for beviser(KI) *)
Kontoudskrift og beviser (KI) *)
Udleveringsvejledning (i brevform) (KI) *)

*) Udskrives og afsendes altid af VP

For yderligere beskrivelse se Uddata "Eksempel: Ophør med registrering"

## Ophør med registrering uden beviser

Ophør med registrering uden beviser, for eksempel ved solvent likvidation af et selskab, sker som "Nulstilling af beholdning mod eventuel betaling" og med offentliggørelsestype 18 eller 19 (se afsnit Nulstilling af beholdning mod eventuel betaling og afsnit Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype)

**Behandling hos den udstedelsesansvarlig**
Udstedende institut skal indsende blanket "19.H Nulstilling af beholdning". Teksten til ændringsmeddelelsen indsendes på blanket "19.M Tekst til ændringsmeddelelse", som findes i "Blanketter til vejledninger"

**Behandling i VP**
VP gennemfører nulstillingen på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

**Uddata**
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)
Ejerbogsændringer i forbindelse med afvikling af en corporate action (AB)

**Hvis opgaven indeholder betaling af et kontant vederlag dannes**
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

**Hvis der skal tilbageholdes udbytteskat af betalingen dannes**
Afstemning udbytte (UD)
Udbytteoversigt (KI)

For yderligere beskrivelse se Uddata Eksempel: Nulstilling af beholdning mod eventuel betaling



SYSTEMVEJLEDNING

---

## Dannelse af betalinger

Det er muligt at gennemføre ekstraordinære betalinger, på baggrund af en beholdning, for aktier eller obligationer, f. eks. i forbindelse med konkurser, hvor der skal ske løbende udbetalinger.
Der kan gennemføres betalinger med kode for ad hoc (provenutype 4) eller med kode for udbyttelignende udlodninger (provenutype 5) i den valuta udsteder ønsker anvendt (se afsnit Dannelse af betalingsgrundlag og afsnit Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype).

### Behandling hos den udstedelsesansvarlig
Udstedende institut skal indsende blanket "19.J Betalingsformidling på grundlag af eksisterende ISIN"
Teksten til ændringsmeddelelsen indsendes på blanket "19.M Tekst til ændringsmeddelelse", som findes i "Blanketter til vejledninger"

### Behandling i VP
VP gennemfører dannelse af betalingsgrundlag på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

### Uddata
Ændringsmeddelelser (kontohaver, rettighedshaver)
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

### Hvis der skal tilbageholdes udbytteskat af betalingen dannes
Afstemning udbytte (UD)
Udbytteoversigt (KI)

For yderligere beskrivelse se Uddata Eksempel: Dannelse af betalingsgrundlag

## Behandling af betalinger fra corporate actions

### Likviditetsstyring
#### Formål
At danne dokumentation af likviditetsvirkning af en corporate action til pengekontoførende institutter.

#### Behandling i VP
Infoen dannes umiddelbart før betalingsformidlingsgrundlaget dannes.

Der kan forekomme betalinger i nedenstående prædefinerede typer af corporate actions, enten i form af et kontant vederlag, eller som kontant betaling af spidser:

**Ombytning af beholdninger**
Opsplitning af beholdninger
Tildeling af beholdninger
Ændring af aktiekapital
Nulstilling af beholdning mod eventuel betaling
Dannelse af betalingsgrundlag
Ombytning af beholdning med kontant vederlag pr. aktie
Ophør med registrering
Beregning af udbytte på tidligere gemt beholdning
Ekstraordinær obligationsindfrielse (CA) via ny ISIN

**Uddata**
Nettopåvirkning i likviditet pr. dispositionsdag (PK), (AH)

SYSTEMVEJLEDNING

## Betalingsformidling

### Formål
At formidle betaling mellem en deltager og den efter registeret berettigede.

### Behandling i VP
Hvis en betaling fra en corporate action skal reguleres med tilbageholdt udbytteskat, beregnes og fratrækkes udbytteskat efter gældende regler og dobbeltbeskatningsaftaler. Betalingerne vil ske med kode for udbyttelignende udlodning (provenutype 5). Øvrige betalinger sker med kode for ad hoc (provenutype 4).

Betalingsformidlingsgrundlaget til pengekontoførende institut dannes på baggrund af

- de resterende  spidser/delbeviser
- det kontante vederlag der skal erlægges pr. ISIN

Betalingsformidlingen sker

- fra det pengekontonummer, som selskabs udstedende institut har opgivet over for VP.
- til den efter registeret berettigede pengekonto. For betalinger med kode for ad hoc sker betalinger til konto for udtrækning, mens betalinger med kode for udbyttelignende udlodninger sker til konto for udbytte.

Betalinger fra corporate actions i valuta omregnes til danske kroner. Ved omregning benytter VP den markedskurs, som Danmarks Nationalbank har offentliggjort to bankdage før dispositionsdagen. Markedskursen reduceres med et standardfradrag pr. valuta. Fradraget fastsættes og meddeles  VP af pengekontoførerne via deres sektororganisation. Pengekontofører har alternativt mulighed for at registrere det fradrag pr. valuta, der skal gælde for alle beløb, der tilgår pengekontoførerens pengekonti.

Afviklingsdøgnets slutning



```
1 = Betalingsformidlingsgrundlaget dannes
2 = Pengekontrol i blok 35 (DKK)
3 = Pengekontrol i blok 45 (EUR)
4 = Pengekontrol i blok 55 (SEK)
5 = Pengekontrol i blok 65 (ISL)
```

På dispositionsdagen foretages der pengekontrol. I pengekontrollen sker der fælles dækningskontrol af samtlige periodiske betalinger (rente, udtrukne andele, udbytte og corporate actions).

Betalinger i DKK behandles i blok 35, betalinger i EUR behandles i blok 45, betalinger i SEK behandles i blok 55 og betalinger i ISK behandles i blok 65.

I pengekontrollen kontrolleres det,



**SYSTEMVEJLEDNING**

at de samlede betalinger (netto) på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR) ikke overstiger det trækningsmaksimum, der er stillet til rådighed for periodiske betalinger.

at hvis primær betalingsstiller tillige har stillet et trækningsmaksimum til rådighed for et udstedende institut kontrolleres, at primær betalingsstillers egne betalinger (netto) og udstederens betalinger (netto) ikke overstiger det samlede trækningsmaksimum, der er stillet til rådighed på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR).

Betalingerne bliver gennemført, hvis der er dækning for samtlige betalinger. Såfremt der ikke er dækning, gennemføres den pågældende corporate actions ikke.

### Behandling hos primær betalingsstiller
For at en corporate action i DKK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 35) have stillet et periodisk specifikt trækningsmaksimum i DKK til rådighed for det udstedende institut svarende til de periodiske betalinger.

For at en corporate action i EUR kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 45) have stillet et periodisk specifikt trækningsmaksimum i EUR til rådighed for det udstedende institut svarende til de periodiske betalinger.

For at en corporate action i SEK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 55) have stillet et periodisk specifikt trækningsmaksimum i SEK til rådighed for det udstedende institut svarende til de periodiske betalinger.

For at en corporate action i ISK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 65) have stillet et periodisk specifikt trækningsmaksimum i ISK til rådighed for det udstedende institut svarende til de periodiske betalinger.

De samlede betalinger posteres på berettigede pengekontoførers afkast/afregningskonti. Primær betalingsstiller kan yderligere modtage betalinger på vegne af pengekontofører.

Provenuet posteres på de berettigedes pengekonti for udtrækning/udbytte ud fra bogføringsgrundlaget fra betalingsformidlingen.

### Uddata
Posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt (PK)
Posteringsgrundlag pr. debetkonto (PK)
Posteringsgrundlag pr. afkast / afregningskonto(PK)
Afstemningsoplysninger, periodiske betalinger (UD)

### Efter pengekontrollen dannes
Bogføringsposter fra en afviklingskørsel – kopi (BS)
Omregnede rentebeløb og bruttoudbytte til basisvaluta (KI ), (PK)

## Procedure for tilbagekaldelse af corporate actions
Der er ikke udviklet funktionalitet til tilbagekaldelse af corporate actions, efter at betalingsformidlingsgrundlaget er dannet. Skulle en sådan situation indtræffe, vil den blive behandlet individuelt.



SYSTEMVEJLEDNING

---

Betalingen er uigenkaldelig over for investorerne, når pengekontrollen er kørt.

## Rekvisition af ny ejerbog

Ved rekvisition af ny ejerbog dannes en total ejerbog, som angiver alle navnenoterede beholdninger for en given ISIN. Navnenoteringsdatoen er ikke oplyst i ejerbogen.

### Behandling hos centraldeltager
Til rekvisition af ny ejerbog benyttes blanketten "12.N Rekvisition af total ejerbog", som findes i "Blanketter til vejledninger"

Blanketten skal være VP i hænde senest dagen før kørselsdagen.

### Behandling i VP
Ny ejerbog dannes efter daglig opdatering.

Ejerbogen faktureres i henhold til VP's prisliste.

### Uddata
| | |
|---|---|
| TI20296v | Total ejerbog - navne- og adresseoplysninger |
| TI20297v | Total ejerbog - beholdningsoplysninger |
| TI20307v | Ejerbogsførers navn og adresse |

## Skift af ISIN

Når afvigende betingelser for en midlertidig ISIN (tegnings ISIN) ophører, overføres beholdningerne fra den midlertidige ISIN til den fortsættende ISIN. (se afsnit Skift af ISIN og afsnit Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype)
Skift af ISIN kan rent teknisk foretages på en hvilken som helst børsdag. Hvis der ikke er afvigende betingelser på 2 ISINs, kan de sammenlægges, når godkendelse fra Erhvervs- og Selskabsstyrelsen foreligger.

### Behandling hos udstedelsesansvarlige
Udstedende institut skal indsende blanket "19.O Skift af ISIN", som findes i "Blanketter til vejledninger"
For børsnoterede selskaber skal den udstedelsesansvarlige aftale med NASDAQ OMX, hvornår skift af ISIN skal foretages. For unoterede VP-registrerede ISINs aftales skift af ISIN med VP's Clearing & Custody Services.

### Behandling i VP
VP gennemfører skift af ISIN på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

På dagen for skift af ISIN er kørselsrækkefølgen:
- evt. udbytteberegning i den fortsættende ISIN
- evt. udbytteberegning i den midlertidige ISIN
- overførsel af beholdninger i den midlertidige ISIN til beholdninger i den fortsættende ISIN
- uafviklede preadvice i den ophørende ISIN vil blive ændret til den fortsættende ISIN. Tidligste afvikling for handler i den fortsættende ISIN er i afviklingsblok 20 på skiftedagen, da de involverede ISINs vil være udelukket fra afvikling i blok 10.

Handler skal altid - uanset om afviklingsdagen er før eller efter dagen for skift af ISIN, indrapporteres i den ISIN, der er registreret på indrapporteringstidspunktet.



SYSTEMVEJLEDNING

**Uddata**
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver *), rettighedshaver **))
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)
Ejerbogsændringer i forbindelse med afvikling af en corporate action (AB)
Skift af ISIN på preadvice - tegning (FH), (KI), (PK), (ST)

*) Kontohaver bliver adviseret om skift af ISIN på ændringsmeddelelsen, der udskrives i forbindelse med tegning af de nye aktier. Denne meddelelse skal indeholde oplysning om, at der ikke udsendes yderligere meddelelse i forbindelse med skift af ISIN.
Hvis beholdningen i de midlertidige aktier suppleres, udsendes der ikke yderligere meddelelse om skift af ISIN.
Såfremt den midlertidige ISIN købes i perioden frem til tidspunktet for skift af ISIN uden forudgående beholdning, dannes "Meddelelse om skift af ISIN" til kontohaver
**) Udskrives altid til rettighedshaver

For yderligere beskrivelse se Uddata Eksempel: Skift af ISIN

## Beregnings af udbytte på tidligere gemt beholdning

Udbetaling af udbytte på udenlandske aktier registreret i VP sker gennem VP-systemet. Beregning og betaling finder sted på grundlag af de registrerede beholdninger der er gemt på snapshot-kørselsdagen. VP tilbageholder for samtlige VP-konti udenlandsk udbytteskat efter selskabets hjemlands gældende satser eller en reduceret sats, som følge af indgået dobbeltbeskatningsaftale, idet der tages højde for aftalehavers/kontohavers tilmelding til dobbeltbeskatningsordning.

**Behandling hos den udstedelsesansvarlig**
Udstedende institut skal indsende blanket se Systemvejledning "19.P Beregning af udbytte på tidligere gemt beholdning", som findes i "Blanketter til vejledninger".

**Behandling i VP**
Kørsel 1. VP tager kopi på snapshotkørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

Kørsel 2. VP beregner udbytte på de fra kørsel 1 gemte beholdninger.
Danner info
TI20056v Beholdning der gemmes til behandling på et senere tidspunkt.

**Uddata**
Fra kørsel 1:
Snapshot af beholdning (KI)

Fra kørsel 2:
Afstemning udbytte - total udenlandsk ved beregning (UD)
Udbyttemeddelelse - betalingsoplysninger (kontohaver, rettighedshaver)
Udbytteoversigt – betalingsformidling (KI)



SYSTEMVEJLEDNING

## Ekstraordinær obligationsindfrielse (CA) via ny ISIN

Ekstraordinær indfrielse af obligationer uden for de sædvanlige rente- og afdragsterminer håndteres via ombytning af en procentvis andel af hver obligationsbeholdning til en ny obligations ISIN. Den nye ISIN bliver indfriet umiddelbart efter tildeling (1:1) på særlige vilkår.

Hvis der af obligationsbetingelserne fremgår, at låntager/udsteder kan konvertere afdrag eller afdrag/rente til aktier eller andet værdipapir, understøtter VP denne mulighed – med betalingsformidling af eventuel spids samt rente.

Det er en forudsætning for anvendelsen af denne CA opgavetype, at obligationen før kørsel har (eller omregistreres til) en mindste registreringsstørrelse på 0,01, og at afdrag og rente samt en eventuel konverteringspris pr. styk indberettes i samme mønt sort. Endelig skal der til udstederen registreres en konto (type 18), hvorfra det kontante CA- provenu kan hæves.

Idet obligationsindfrielsen bliver gennemført via ny ISIN, bliver vedhængende renter beregnet og skatteindberettet ud fra oplysningerne registreret på den nye ISIN.

For obligationsindfrielser uden konvertering, vil rente blive betalingsformidlet til VP-kontoens "PI-kontonr til rente", mens indfrielsesbeløb bliver betalingsformidlet til VP-kontoens "PI-kontonr til udtræk".

For obligationsindfrielser, hvor et indfrielsesprovenu samt et eventuelt renteprovenu danner grundlag for konvertering, vil de beregnede bruttoprovenu blive meddelt med status 19 - Provenu IKKE udbetalt, men anvendt som grundlag for konvertering.

Ved konvertering af indfrielsesprovenu samt rente vil eventuel spids blive betalingsformidlet som AD-Hoc betaling til "PI-kontonr til rente". Betalingsformidling af spids sker til "PI-kontonr til udtræk", hvis alene indfrielsesprovenu konverteres, idet rentebetalingen da indgår på "Pi-kontonr til rente".

### Behandling hos den udstedelsesansvarlige
Den udstedelsesansvarlige skal senest kl. 10.00 på 2. bankdag før forfaldsdagen indsende blanket "19.Q Ekstraordinær obligationsindfrielse (CA) via ny ISIN", som findes i "Blanketter til vejledninger" - om den forestående indfrielse. På blanketten angiver den udstedelsesansvarlige blandt andet indfrielsesprocent, indfrielseskurs, rentesats og antallet af rentedage, der skal anvendes ved beregning af vedhængende rente. Skal der ske konvertering til aktier, angives tillige den faktiske konverteringspris (pris pr. styk aktie).

Sammen med blanketten skal den udstedelsesansvarlige levere en tekst (gerne både dansk og engelsk) til ændringsmeddelelsen, som på max. 10 linjer fortæller årsagen til indfrielsen. Dertil anvendes blanket se "19.M Tekst til ændringsmeddelelse", som findes i "Blanketter til vejledninger". VP afslutter det skrevne med en tekst om det praktisk forløb af indfrielsen.

### Behandling i VP
VP Clearing & Custody Services registrerer efter anmodning fra og på den udstedelsesansvarliges vegne en ny og særlig ISIN til udstederen, og etablerer samtidig den CA - kørsel, der ved døgnskifte til forfaldsdagen ombytter en procentuel andel af "moder" beholdningerne til ny ISIN, som umiddelbart efter tildeling bliver indfriet i overensstemmelse med de registrerede rente- og indfrielsesoplysninger for den nye ISIN.

Indfrielsesprovenuet kan enten udbetales kontant på sædvanlig måde, eller udsteder kan i obligationsvilkårene have adgang til at konvertere provenuet (med eller uden rente) til aktier efter den indlagte konverteringskurs (pris pr. aktie).

### Uddata
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)

 SYSTEMVEJLEDNING

---

Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)

Hvis opgaven indeholder betaling af spidser og/eller et kontant vederlag dannes
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

## Konvertering af ordinært renteprovenu til nye aktier

Hvis der af obligationsbetingelserne fremgår, at låntager/udsteder helt eller delvist kan konvertere et ordinært renteprovenu til tegning af nye aktier, understøtter VP denne mulighed.

Det er en forudsætning for anvendelsen af denne CA opgavetype, at renteprovenu samt tegningspris pr. styk ny aktie indberettes i samme mønt sort. Endelig skal der til udstederen være registreret en konto (type 18), hvorfra et CA- provenu kan hæves til dækning af "spidser".

Ud fra konverteringsprocenten beregner VP to beløb pr. VP-konto:
- den del af rentebeløbet pr. VP-konto, der ved konverteringsprocenten skal anvendes til tegning af nye aktier. Det beregnede beløb konverteres til max. antal nytegnede aktier på grundlag af den angivne pris pr. ny aktie, og en eventuel "spids" af beløbet efter aktietegningen bliver indsat på VP-kontoens "PI-kontonr. til udtræk".
- den del af rentebeløbet pr. VP-konto, der ikke konverteres, men udbetales og bliver indsat på VP-kontoens "PI-kontonr. til rente".

### Behandling hos den udstedelsesansvarlige
Den udstedelsesansvarlige skal senest kl. 10.00 på 2. bankdag før renteforfaldsdagen indsende blanket se "19.R Konvertering af ordinært renteprovenu til nye aktier", som findes i "Blanketter til vejledninger".

På blanketten angiver den udstedelsesansvarlige blandt andet den procentandel af renten, der skal konverteres (over 0% og til og med 100%) samt den tegningspris pr. styk ny aktie, der lægges til grund for tegningen/tildelingen.

Sammen med blanketten skal den udstedelsesansvarlige levere en tekst (gerne både dansk og engelsk) til ændringsmeddelelsen, som på max. 10 linjer fortæller årsagen til konverteringen. Dertil anvendes blanket se "19.M Tekst til ændringsmeddelelse", som findes i "Blanketter til vejledninger". VP afslutter det skrevne med en tekst om det praktiske forløb af konverteringen.

### Behandling i VP
VP Clearing & Custody Services etablerer den CA - kørsel, der ved døgnskifte til renteforfaldsdagen tildeler de tegnede nye aktier til de berettigede.

### Uddata
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)

Hvis opgaven indeholder betaling af spidser dannes
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)



SYSTEMVEJLEDNING

---

## Ændring til eller fra Non par value

VP giver mulighed for at kapitalselskaber (aktieselskaber) kan udstede kapitalandele (aktier) i VP uden pålydende værdi (såkaldt Non-par-value aktier). Selskabslovgivningen har gjort det muligt for selskaber at udstede kapital i form af "Non-par-value" aktier.

Løsningen i VP består af en registrering i et felt i VP Fondsregister at udstedelsen er en "Non-par-value" udstedelse.

Stykstørrelsen som på andre papirer altid skal være større end 0,00 vil i forbindelse med "Non-par-value" udstedelser blive sat til 0,00.

Der findes 2 Corporate Action-hændelser som kan benyttes i forbindelse med eventuel omlægning fra en udstedelse med stykstørrelse (par-value) til en "Non-par-value" eller omvendt.

For papirer med Non-par-value vil investormeddelelser udsendt af VP blive redigeret til at vise "blank" i stedet for tallet "0,00" i nominel værdi.

### Behandling hos den udstedelsesansvarlige
Udstedende institut skal indsende blanket "19.T Ændring til/fra Non par value" og teksten til ændringsmeddelelsen, se blanket "19.M Tekst til ændringsmeddelelse". som findes i "Blanketter til vejledninger"

### Behandling i VP
VP gennemfører ændring af stykstørrelse på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

### Uddata
Offentliggørelse af corpporate actions -Papiroplysninger (DC)
Offentliggørelse af corporate actions - Ændring af papir til eller fra non-par-value (DC)
Ændringsmeddelelser (kontohaver, rettighedshaver)

For yderligere beskrivelse se Uddata "Eksempel: Ændring til/fra Non par value



SYSTEMVEJLEDNING

## Kapitaludlodning

VP giver mulighed for efter den 1. januar 2012 at foretage kapitaludlodning på et hvilket som helst registreret fondsaktiv. Udstedelsesansvarlig skal ved oprettelse af CA opgaven angive, om kapitaludlodning skal gennemføres på grundlag af beholdninger pr. kørselsdagen eller på grundlag af tidligere gemte beholdninger fra en dag, hvor der er kørt et "snapshot" af de berettigede.

Kapitaludlodning må alene anvendes til de særlige situationer, hvor betalingen IKKE kan rubriceres som hverken rente, afdrag, udbytte eller udbyttelignende. Rente + avance må eksempelvis ikke behandles i samme procentsats, da indberetningen vil ske som rente og dermed vil være forkert. Fremover skal de adskilles, således at rente behandles for sig på normal vis, mens avance udbetales via denne nye kapitaludlodnings funktion.

En ikke udtømmende liste, hvor kapitaludlodning kunne overvejes, omfatter:
- udbetaling af kompensation for manglende tildeling af fondsaktier/-andele
- løbende udbetaling af optjent overkurs på obligationer med særlige indfrielsesvilkår
- udbetaling af tillægsafkast på obligationer som kompensation for indtrufne hændelser (kendt fra visse bankpakke-obligationer som "variabel dividend")

Der bliver ved kapitaludlodning IKKE tilbageholdt nogen form for kildeskat.

Kapitaludlodning på investeringsbeviser skal skatteindberettes som kapitalindkomst for personer hhv. selskabsindkomst for selskaber. Kapitaludlodning på andre værdipapirtyper er foreløbig ikke skattemæssigt afklaret. Indtil VP opnår hjemmel til at foretage skatteindberetning af kapitaludlodninger, vil VP opbevare oplysninger om udbetalte beløb til hjælp til KI til en sådan (eventuel) senere indberetning.

Meddelelsen til investorer skal indeholde oplysninger om, hvorfor der sker kapitaludlodning, hvordan den gennemføres i VP, og hvad det betyder for investor, herunder også skattemæssigt.

Meddelelsen kan højst fylde 50 linier á 72 tegn og udarbejdes af udsteder i samråd med udstedendelsesansvarlig.

Teksten skal leveres på dansk og kan desuden leveres på engelsk, tysk og fransk, hvorefter udskrivning på disse sprog vil finde sted ud fra den registrerede sprogkode på VP-kontoen efter følgende retningslinier:

Tekst leveret på dansk                        udskrives på dansk uanset sprogkode

Tekst leveret på dansk og engelsk             udskrives på dansk for sprogkode = D
                                              udskrives på engelsk for sprogkode = E, F og T

Tekst leveret på dansk og tysk                udskrives på dansk for sprogkode = D, E og F
                                              udskrives på tysk for sprogkode = T

Tekst leveret på dansk og fransk              udskrives på dansk for sprogkode = D, E og T
                                              udskrives på fransk for sprogkode = F

**Behandling hos den udstedelsesansvarlige**
Udsteder/udstedelsesansvarlig rekvirerer kørslen ved at indsende blanket "19.U. Kapitaludlodning" med tilhørende tekst/er til ændringsmeddelelsen på blanket "19.M Tekst til ændringsmeddelelse". Begge findes i "Blanketter til vejledninger"
Der skal til udstederen være registreret en konto (type 18), hvorfra det kontante CA- provenu kan hæves.



SYSTEMVEJLEDNING

---

**Behandling i VP**

VP gennemfører kapitaludlodningen på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn (ved CA-type 42) eller på baggrund af en tidligere gemt beholdning fra et tidligere taget "snapshot" (ved CA-type 43).

**Uddata**

Offentliggørelse af corporate actions - Papiroplysninger (DC)
Offentliggørelse af corporate actions - Beregningsoplysninger (DC)
Beholdning der gemmes til behandling på et senere tidspunkt - ved CA-type 43 (KI)
Meddelelser om betalingsformidling - (kontohaver, rettighedshaver)
Advisering til kontofører – provenuoplysninger uden skat/afgifter (KI)
Afstemningsoplysninger, periodiske betalinger (UD)

For yderligere beskrivelse se Uddata "Eksempel: Kapitaludlodning / Kapitaludlodning på tidligere gemt beholdning (snapshot)



SYSTEMVEJLEDNING

## Prædefinerede corporate actions

### Ombytning af beholdning
På baggrund af et forholdstal ombyttes beholdninger i én eller flere ophørende ISINs til beholdninger i en fortsættende ISIN.
Eventuelle rester udlægges i en spids-ISIN til efterfølgende bundtning eller betalingsformidles til investorerne i den valuta, udsteder ønsker anvendt.
Beholdninger i den/de ophørende ISINs nulstilles.

Kan eksempelvis anvendes til nedsættelse af aktiestørrelse, fusion med og uden efterfølgende betaling af spids eller sammenlægning af fondskoder.

Ombytning af beholdning består af følgende handlinger:

a. Ombyt beholdning
b. Bundtning

### Opsplitning af beholdning
På baggrund af et forholdstal opsplittes beholdninger i én ISIN ud i minimum 2 fortsættende ISINs.
Eventuelle rester betalingsformidles til investorerne i den valuta, udsteder ønsker anvendt.
Beholdninger i den ophørende ISIN nulstilles.

Kan eksempelvis anvendes til spaltning af eksisterende investeringsforeningsafdelinger til 2 nye afdelinger.

Opsplitning af beholdning består af følgende handlinger:

d. Tildel beholdning
c. Nedskriv beholdning

### Tildeling af beholdning
På baggrund af beholdninger i én eller flere eksisterende ISINs og et forholdstal tildeles beholdninger i en ny/eksisterende ISIN.
Eventuelle rester udlægges i en spids-ISIN til efterfølgende bundtning eller betalingsformidles til investorerne i den valuta, udsteder ønsker anvendt.

Kan eksempelvis anvendes til tildeling af fondsaktier/andele fra et eksisterende selskab.

Tildeling af beholdning består af følgende handlinger:

d. Tildel beholdning
b. Bundtning

### Ændring af aktiekapital
Ændrer værdien af aktiekapitalen i en given ISIN ved ændring af stykstørrelsen og eventuelt udstedelsesvalutaen.
Hvis der i forbindelse med ændring af aktiekapitalen skal ske udbetaling til investorerne, dannes grundlag for betalingsformidling i den valuta, udsteder ønsker anvendt.

SYSTEMVEJLEDNING

---

Anvendes til at ændre et selskabs kapital.

Ændring af aktiekapital består af følgende handlinger:

f. Dan betalingsgrundlag
e. Ændre aktiekapital

## Nulstilling af beholdning mod eventuel betaling

På baggrund af beholdninger i én eller flere ISINs samt pris/kurs, dannes grundlag for betaling til investorerne i den valuta, udsteder ønsker anvendt.
Beholdninger i den/de ophørende ISINs nulstilles.

Kan eksempelvis anvendes til solvent likvidation af et selskab.

Nulstilling af beholdning mod eventuel betaling består af følgende handlinger:

f. Dan betalingsgrundlag
c. Nedskriv beholdning

## Dannelse af betalingsgrundlag

Danner betalingsgrundlag på baggrund af en beholdning i en given ISIN samt pris/kurs til efterfølgende betalingsformidling til investorer i den valuta, udsteder ønsker anvendt.

Dannelse af betalingsgrundlag består af følgende handlinger:

f. Dan betalingsgrundlag

## Ombytning af beholdning med kontant vederlag pr. aktie

På baggrund af et forholdstal ombyttes beholdninger i én eller flere ophørende ISINs til beholdninger i en fortsættende. Endvidere dannes grundlag for betaling til investorerne af et kontant vederlag pr. aktie. Eventuelle rester udlægges i en spids-ISIN til efterfølgende bundtning eller betalingsformidles til investorerne. Betaling til investorerne sker i den valuta, udsteder ønsker anvendt.

Kan eksempelvis anvendes til fusion, sammenlægning af fondskoder med kontant vederlag pr. ophørende aktie.

Ombytning af beholdning med kontant vederlag pr. aktie består af følgende handlinger:

f. Dan betalingsgrundlag

a. Ombyt beholdning
b. Bundtning

## Selvstændig investormeddelelse

På baggrund af en beholdning i en given ISIN eller for alle ISINs under et selskab dannes meddelelse til investorer, eventuelle rettighedshavere og de kontoførende institutter. Meddelelsen vil alene indeholde en af udsteder udarbejdet tekst.

Selvstændig investormeddelelse, der p.t. kun benyttes af VP - består af følgende handlinger:

g. Selvstændig investormeddelelse

 Systemvejledning

## Ophør med registrering

På baggrund af beholdninger i én eller flere ISINs eller for et helt selskab dannes advisering til investorer og eventuelle rettighedshavere senest 4 uger før ophøret.
Hvis der samtidig med ophøret skal betales et kontant beløb, dannes grundlag til efterfølgende betalingsformidling i den valuta, udsteder ønsker anvendt.
Nedskriver beholdninger på VP-konti i den/de ophørende ISINs.
Der dannes kontoudskrifter og beviser på ophørende ISINs til udlevering via de kontoførende institutter.

Kan eksempelvis anvendes til ophør efter Selskabslovens § 70.

Ophør med registrering består af følgende handlinger:

g. Selvstændig investormeddelelse
h. Ophør med registrering

## Spaltning af beholdning på baggrund af investorønsker

På baggrund af registrerede investorønsker ombyttes beholdninger i én eller flere ophørende ISINs til beholdninger i en fortsættende ISIN under hensyntagen til ombytningsforholdet.

Kan eksempelvis anvendes til spaltning af investeringsforeninger til PAL-afdelinger.

Spaltning af beholdning på baggrund af investorønsker består af følgende handlinger:

i. Ombyt beholdning på baggrund af investorønsker

## Skift af ISIN

Ved ophør af afvigende betingelser i en eller flere midlertidige ISINs, og/eller ved registrering af kapitalforhøjelse i Erhvervs- og Selskabsstyrelsen, ombyttes beholdninger i den/de ophørende ISINs til beholdninger i den fortsættende ISIN. Ombytningen sker altid i forholdet 1:1.

Kan eksempelvis anvendes til skift af midlertidig ISIN til generel ISIN.

Skift af ISIN består af følgende handlinger:

j. Skift af ISIN

## Beregning af udbytte eller kapitaludlodning på tidligere gemt beholdning

På baggrund af beholdninger i en ISIN tages et snapshot. Efterfølgende beregnes udbytte eller kapitaludlodning til betalingsformidling til investorer i den valuta, udsteder ønsker anvendt. For udbytte tilbageholdes skat efter gældende regler, ligesom der tages højde for eventuelle dobbeltbeskatningsregler.

Beregning af udbytte eller kapitaludlodning på baggrund af en tidligere gemt beholdning består af følgende handlinger:

k. Dan 'snapshot' grundlag til efterfølgende anvendelse
l. Beregn udbytte eller kapitaludlodning på 'snapshot'

## Ekstraordinær obligationsindfrielse (CA) via ny ISIN

Ekstraordinær indfrielse af obligationer uden for de sædvanlige rente- og afdragsterminer håndteres via ombytning af en procentvis andel af hver obligationsbeholdning til en ny obligations ISIN. Den nye ISIN bliver indfriet umiddelbart efter tildeling (1:1) på særlige vilkår, som er registreret for denne ISIN.

 SYSTEMVEJLEDNING

Hvis der af obligationsbetingelserne fremgår, at låntager/udsteder kan konvertere indfrielsesprovenu eller indfrielsesprovenu/rente til aktier eller andet værdipapir, understøtter VP denne mulighed - med betalingsformidling af eventuelle spidser.

Ekstraordinær obligationsindfrielse via ny ISIN består af følgende handlinger

- Ekstraordinær obligationsindfrielse
- Selvstændig investormeddelelse

m. Ekstraordinær obligationsindfrielse (CA) via ny ISIN

## Konvertering af ordinært renteprovenu til nye aktier

Hele eller en procentvis andel af det beregnede, ordinære rentebeløb konverteres til nye aktier. Prisen pr. ny aktie fastsættes af udsteder. En eventuel spids samt den ikke konverterede qndel af rentebeløbet bliver betalingsformidlet.

Efter gennemførelsen udsendes ændringsmeddelelse med udsteders tekst om årsagen til konvertering og med en tekst fra VP om fremgangsmåden ved den skete konvertering.

## Handlinger der anvendes i de prædefinerede corporate actions

### a. Ombyt beholdning
Ombytter på baggrund af et forhold alle beholdninger i en given ISIN til beholdninger i en fortsættende/nyoprettet ISIN. Ombytningsforholdet kan enten være et heltal eller en kurs beregnet på baggrund af indre værdier.
Eventuelle rester udlægges i en spids-ISIN (delbevis), eller der dannes grundlag for en efterfølgende betaling i den valuta, udsteder ønsker anvendt.
Hvis en betaling fra en corporate action skal reguleres med tilbageholdt udbytteskat, beregnes og fratrækkes udbytteskat efter gældende regler og dobbeltbeskatningsaftaler.

### b. Bundtning
Ombytter alle beholdninger i en spids-ISIN til beholdninger i den fortsættende ISIN i et givet forhold. Eventuelle rester på investorernes VP-konti, der ikke kan ombyttes, overføres til Garantistillers VP-konto mod betaling til investorerne i den valuta, udsteder ønsker anvendt. De opsummerede rester på Garantistillers VP-konto ombyttes til beholdninger i den fortsættende ISIN ud fra det givne ombytningsforhold.
Hvis en betaling fra en corporate action skal reguleres med tilbageholdt udbytteskat, beregnes og fratrækkes udbytteskat efter gældende regler og dobbeltbeskatningsaftaler.

### c. Nedskriv beholdning til nul
Nedskriver alle beholdninger i en given ISIN til nul.

### d. Tildel beholdning
På baggrund af en beholdning i en eksisterende ISIN og et givet forhold, som enten kan være et heltal eller en kurs beregnet på baggrund af indre værdier, tildeles en beholdning i den givne ISIN. Tildeling kan ske i en nyoprettet ISIN eller som tilgang til en eksisterende ISIN.
En eventuel rest udlægges enten i en spids-ISIN, eller der dannes grundlag for efterfølgende betaling til investorerne i den valuta, udsteder ønsker anvendt.
Hvis en betaling fra en corporate action skal reguleres med tilbageholdt udbytteskat, beregnes og fratrækkes udbytteskat efter gældende regler og dobbeltbeskatningsaftaler.



SYSTEMVEJLEDNING

**e. Ændre aktiekapital**
Ændrer aktiekapitalen i en given ISIN ved ændring af stykstørrelsen og eventuelt udstedelsesvalutaen.

**f. Dan betalingsgrundlag**
Danner betalingsgrundlag på baggrund af en beholdning i en given ISIN samt pris/kurs til efterfølgende betalingsformidling til investorer i den valuta, udsteder ønsker anvendt.
Hvis betalingen skal reguleres med tilbageholdt udbytteskat, beregnes og fratrækkes udbytteskat efter gældende regler og dobbeltbeskatningsaftaler.

**g. Selvstændig investormeddelelse**
På baggrund af en beholdning i en given ISIN eller for alle ISINs under et selskab dannes meddelelse til investorer og eventuelle rettighedshavere. Meddelelsen vil alene indeholde en af udsteder udarbejdet tekst.
Teksten kan af udsteder leveres på dansk, engelsk, tysk og/eller fransk. Er teksten kun leveret på ét sprog, udskrives meddelelsen automatisk på dette sprog.

Denne handling kan p.t. kun benyttes af VP og anvendes til at informere kontohaver og eventuelle rettighedshavere om ophør med registrering i VP senest 4 uger, før ophøret gennemføres.

**h. Ophør med registrering**
Danner grundlag for efterfølgende udskrivning af kontoudskrifter og særskilte beviser for ophørende ISIN til udlevering til investorerne via kontoførende institut.
Hvis der samtidig med ophøret skal betales et kontant beløb, dannes grundlag til efterfølgende betalingsformidling i den valuta udsteder ønsker anvendt.
Der dannes kontoudskrifter inkl. oplysninger om fuldmagter og rettighedshavere på samtlige beholdninger på VP-kontoen.
På obligationer, der ophører, dannes særskilte beviser på den udtrukne beholdning respektive på den ikke udtrukne beholdning.
På aktier, der ophører, dannes særskilte beviser på den navnenoterede beholdning respektive på den ikke navnenoterede beholdning.
Nulstiller beholdninger på VP-konti i den/de ophørende ISINs.
Hvis en betaling fra en corporate action skal reguleres med tilbageholdt udbytteskat, beregnes og fratrækkes udbytteskat efter gældende regler og dobbeltbeskatningsaftaler.

**i. Ombyt beholdning på baggrund af investorønsker**
Ombytter beholdninger på baggrund af registrerede investorønsker fra én eller flere ophørende til en fortsættende ISIN under hensyntagen til ombytningstallet.

**j. Skift af ISIN**
Ombytter beholdninger i en ophørende ISIN til beholdninger i den fortsættende ISIN i forholdet 1:1
Ændrer til den fortsættende ISIN på uafviklede preadvice i den ophørende ISIN.

**k. Dan 'snapshot' grundlag til efterfølgende anvendelse i en CA-kørsel**
Danner grundlag 'snapshot' af en beholdning på VP-konti i en given ISIN til efterfølgende anvendelse i en Corporate Action kørsel – eksempelvis en udbytteberegning eller kapitaludlodning.
Snapshot-datoen bliver derved 'Record-date' i den pågældende Corporate Action.

**l. Beregn udbytte eller kapitaludlodning på 'snapshot'**
På baggrund af et tidligere gemt grundlag i en given ISIN beregnes udbytte eller kapitaludlodning, og der dannes grundlag for efterfølgende betaling til investorerne i den valuta, udsteder ønsker anvendt.
For udbytte beregnes og fratrækkes udbytteskat efter gældende regler og dobbeltbeskatningsaftaler.



SYSTEMVEJLEDNING

---

**m. Ekstraordinær obligationsindfrielse (CA) via ny ISIN**
En procentvis andel af hver obligationsbeholdning ombyttes til en ny obligations ISIN, der bliver indfriet umiddelbart efter tildeling på særlig vilkår, som er registreret for denne ISIN.

Hvis låntager/udsteder i stedet for kontant indfrielsesprovenu eller indfrielsesprovenu/rente vil konvertere til nye aktier, bliver den beregnede beholdning tildelt med betalingsformidling af eventuelle spidser. Prisen pr. ny aktie fastsættes af udsteder.
Efter gennemførelsen udsendes ændringsmeddelelser med udsteders tekst om årsagen til indfrielsen og med en tekst fra VP om fremgangsmåden ved den skete indfrielse.

**n. Konvertering af ordinært renteprovenu til nye aktier**
Hele eller en procentvis andel af det beregnede, ordinære rentebeløb konverteres til nye aktier. Prisen pr. ny aktie fastsættes af udsteder. En eventuel spids samt den ikke konverterede andel af rentebeløbet bliver betalingsformidlet.

Efter gennemførelsen udsendes ændringsmeddelelse med udsteders tekst om årsagen til konvertering og med en tekst fra VP om fremgangsmåden ved den skete konvertering.



SYSTEMVEJLEDNING

## Uddata

Eksempel: Ombytning af beholdninger

| Offentliggørelsestype  01, 02, 03 og 06 | |
|---|---|
| **Offentliggørelsesdagen** | |
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20273v | Offentliggørelse af corporate actions - Forholdsoplysninger (DC) |
| TI20274v | Offentliggørelse af corporate actions - Kursoplysninger (DC) |
| TI20275v | Offentliggørelse af corporate actions - Betalingsoplysninger (DC) |
| TI20279v | Offentliggørelse af corporate actions - Udbytteoplysninger (DC) *) |
| | |
| **Kørselsdagen** | |
| TI20290v | Hovedbogsoplysninger  - aktier (UD) |
| TI20291v | Hovedbogsoplysninger - obligationer (UD) |
| TI20325v | Afstemning udbytte - total ved beregning (UD)*) |
| TI20327v | Afstemning udbytte - total udenlandsk ved beregning (UD) *) |
| TI20280v | Ændringsmeddelelse adresseoplysninger (kontohaver, rettighedshaver) |
| TI20281v | Ændringsmeddelelse Opgave tekst fra udstederansvarlig (kontohaver, rettighedshaver) |
| TI20282v | Ændringsmeddelelse beholdningsoplysninger aktier (kontohaver, rettighedshaver) |
| TI20283v | Ændringsmeddelelse beholdningsoplysninger obligationer (kontohaver, rettighedshaver) |
| TI20285v | Ændringsmeddelelse provenuoplysninger uden skat/afgift (kontohaver, rettighedshaver) |
| TI20339v | Ændringsmeddelelse provenuoplysninger med skat/afgift (kontohaver, rettighedshaver) *) |
| TI20289v | Status på beholdning efter afvikling af en corporate action (KI) |
| TI20286v | Advisering til kontofører – beholdningsoplysninger aktier (KI) |
| TI20287v | Advisering til kontofører – beholdningsoplysninger obligationer (KI) |
| TI20288v | Advisering til kontofører – provenuoplysninger uden skat/afgifter (KI) |
| TI20315v | Papiroplysninger udbytte ved beregning (KI) *) |
| TI20316v | Udbytteoversigt - betalingsformidling til KI (KI) *) |
| TI20292v | Advisering til ejerbogsfører – beholdningsoplysninger ifm. afvikling af corporate actions(AB) |
| TI20304v | Advisering til ejerbogsfører – navne- og adresseoplysninger ifm. afvikling af corporate actions (AB) |
| TI20306v | Ejerbogsførers navn og adresse (AB) |
| | |
| **Dan likviditet** | |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| | |
| **Dan betalingsformidling** | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
| | |
| **Pengekontrollen** | |
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
| *) Dannes kun, hvis en corporate action indeholder betalinger, hvor der skal tilbageholdes udbytteskat | |

Eksempel: Opsplitning af beholdninger

Offentliggørelsestype 08, 09, og 11

**SYSTEMVEJLEDNING**

| Offentliggørelsesdagen | |
|---|---|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20273v | Offentliggørelse af corporate actions - Forholdsoplysninger (DC) |
| TI20274v | Offentliggørelse af corporate actions - Kursoplysninger (DC) |
| TI20275v | Offentliggørelse af corporate actions - Betalingsoplysninger (DC) |
| TI20279v | Offentliggørelse af corporate actions - udbytteoplysninger (DC) *) |
| | |
| **Kørselsdagen** | |
| TI20290v | Hovedbogsoplysninger - aktier (UD) |
| TI20291v | Hovedbogsoplysninger - obligationer (UD) |
| TI20315v | Afstemning udbytte - total ved beregning (UD) *) |
| TI20327v | Afstemning udbytte - total udenlandsk ved beregning (UD) *) |
| TI20280v | Ændringsmeddelelse adresseoplysninger (kontohaver, rettighedshaver) |
| TI20281v | Ændringsmeddelelse Opgave tekst fra udstederansvarlig (kontohaver, rettighedshaver) |
| TI20282v | Ændringsmeddelelse beholdningsoplysninger aktier (kontohaver, rettighedshaver) |
| TI20283v | Ændringsmeddelelse beholdningsoplysninger obligationer (kontohaver, rettighedshaver) |
| TI20285v | Ændringsmeddelelse provenuoplysninger uden skat/afgift (kontohaver, rettighedshaver) |
| TI20339v | Ændringsmeddelelse provenuoplysninger med skat/afgift (kontohaver, rettighedshaver) *) |
| TI20289v | Status på beholdning efter afvikling af en corporate action (KI) |
| TI20286v | Advisering til kontofører – beholdningsoplysninger aktier (KI) |
| TI20287v | Advisering til kontofører – beholdningsoplysninger obligationer (KI) |
| TI20288v | Advisering til kontofører – provenuoplysninger uden skat/afgifter (KI) |
| TI20315v | Papiroplysninger udbytte ved beregning (KI) *) |
| TI20316v | Udbytteoversigt - betalingsformidling til KI (KI) *) |
| TI20292v | Advisering til ejerbogsfører – beholdningsoplysninger ifm. afvikling af corporate actions(AB) |
| TI20304v | Advisering til ejerbogsfører – navne- og adresseoplysninger ifm. afvikling af corporate actions (AB) |
| TI20306v | Ejerbogsførers navn og adresse (AB) |
| | |
| **Dan likviditet** | |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| | |
| **Dan betalingsformidling** | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
| | |
| **Pengekontrollen** | |
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
| *) Dannes kun, hvis en corporate action indeholder betalinger, hvor der skal tilbageholdes udbytteskat | |

## Eksempel: Tildeling af beholdninger
Offentliggørelsestype 13, 14, 15 og 16

| Offentliggørelsesdagen | |
|---|---|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20273v | Offentliggørelse af corporate actions - Forholdsoplysninger (DC) |
| TI20274v | Offentliggørelse af corporate actions - Kursoplysninger (DC) |
| TI20275v | Offentliggørelse af corporate actions - Betalingsoplysninger (DC) |
| TI20279v | Offentliggørelse af corporate actions - udbytteoplysninger (DC) *) |
| | |

SYSTEMVEJLEDNING

| Kørselsdagen | |
|---|---|
| TI20290v | Hovedbogsoplysninger  - aktier (UD) |
| TI20291v | Hovedbogsoplysninger - obligationer (UD) |
| TI20325v | Afstemning udbytte - total ved beregning (UD) *) |
| TI20327v | Afstemning udbytte - total udenlandsk ved beregning (UD) *) |
| TI20280v | Ændringsmeddelelse adresseoplysninger (kontohaver, rettighedshaver) |
| TI20281v | Ændringsmeddelelse Opgave tekst fra udstederansvarlig (kontohaver, rettighedshaver) |
| TI20282v | Ændringsmeddelelse beholdningsoplysninger aktier (kontohaver, rettighedshaver) |
| TI20283v | Ændringsmeddelelse beholdningsoplysninger obligationer (kontohaver, rettighedshaver) |
| TI20285v | Ændringsmeddelelse provenuoplysninger uden skat/afgift (kontohaver, rettighedshaver) |
| TI20339v | Ændringsmeddelelse provenuoplysninger med skat/afgift (kontohaver, rettighedshaver) *) |
| TI20289v | Status på beholdning efter afvikling af en corporate action (KI) |
| TI20286v | Advisering til kontofører – beholdningsoplysninger aktier (KI) |
| TI20287v | Advisering til kontofører – beholdningsoplysninger obligationer (KI) |
| TI20288v | Advisering til kontofører – provenuoplysninger uden skat/afgifter (KI) |
| TI20315v | Papiroplysninger udbytte ved beregning (KI) *) |
| TI20316v | Udbytteoversigt - betalingsformidling til KI (KI) *) |
| TI20292v | Advisering til ejerbogsfører – beholdningsoplysninger ifm. afvikling af corporate actions (AB) |
| TI20304v | Advisering til ejerbogsfører – navne- og adresseoplysninger ifm. afvikling af corporate actions (AB) |
| TI20306v | Ejerbogsførers navn og adresse (AB) |
|  |  |
| **Dan likviditet** | |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
|  |  |
| **Dan betalingsformidling** | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
|  |  |
| **Pengekontrollen** | |
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
| *) Dannes kun, hvis en corporate action indeholder betalinger, hvor der skal tilbageholdes udbytteskat | |

Eksempel: Ombytning af beholdning med kontant vederlag pr. aktie
Offentliggørelsestype 04 og 05

| Offentliggørelsesdagen | |
|---|---|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20273v | Offentliggørelse af corporate actions - Forholdsoplysninger (DC) |
| TI20277v | Offentliggørelse af corporate actions - Beregningsoplysninger (DC) |
| TI20279v | Offentliggørelse af corporate actions - udbytteoplysninger (DC) *) |

| Kørselsdagen | |
|---|---|
| TI20290v | Hovedbogsoplysninger  - aktier (UD) |
| TI20291v | Hovedbogsoplysninger - obligationer (UD) |
| TI20325v | Afstemning udbytte - total ved beregning (UD) *) |
| TI20327v | Afstemning udbytte - total udenlandsk ved beregning (UD) *) |
| TI20280v | Ændringsmeddelelse adresseoplysninger (kontohaver, rettighedshaver) |
| TI20281v | Ændringsmeddelelse Opgave tekst fra udstederansvarlig (kontohaver, rettighedshaver) |
| TI20282v | Ændringsmeddelelse beholdningsoplysninger aktier (kontohaver, rettighedshaver) |

SYSTEMVEJLEDNING

| | |
|---|---|
| TI20283v | Ændringsmeddelelse beholdningsoplysninger obligationer (kontohaver, rettighedshaver) |
| TI20285v | Ændringsmeddelelse provenuoplysninger uden skat/afgift (kontohaver, rettighedshaver) |
| TI20339v | Ændringsmeddelelse provenuoplysninger med skat/afgift (kontohaver, rettighedshaver) *) |
| TI20289v | Status på beholdning efter afvikling af en corporate action (KI) |
| TI20286v | Advisering til kontofører – beholdningsoplysninger aktier (KI) |
| TI20287v | Advisering til kontofører – beholdningsoplysninger obligationer (KI) |
| TI20288v | Advisering til kontofører – provenuoplysninger uden skat/afgifter (KI) |
| TI20315v | Papiroplysninger udbytte ved beregning (KI) *) |
| TI20316v | Udbytteoversigt - betalingsformidling til KI (KI) *) |
| TI20292v | Advisering til ejerbogsfører – beholdningsoplysninger ifm. afvikling af corporate actions(AB) |
| TI20304v | Advisering til ejerbogsfører – navne- og adresseoplysninger ifm. afvikling af corporate actions (AB) |
| TI20306v | Ejerbogsførers navn og adresse (AB) |
| | |
| **Dan likviditet** | |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| | |
| **Dan betalingsformidling** | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
| | |
| **Pengekontrollen** | |
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
| *) Dannes kun, hvis en corporate action indeholder betalinger, hvor der skal tilbageholdes udbytteskat | |

## Eksempel: Nulstilling af beholdning mod eventuel betaling
Offentliggørelsestype 18 og 19

| | |
|---|---|
| **Offentliggørelsesdagen** | |
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20277v | Offentliggørelse af corporate actions - Beregningsoplysninger (DC) |
| TI20279v | Offentliggørelse af corporate actions - Udbytteoplysninger (DC) *) |
| | |
| **Kørselsdagen** | |
| TI20290v | Hovedbogsoplysninger  - aktier (UD) |
| TI20291v | Hovedbogsoplysninger - obligationer (UD) |
| TI20325v | Afstemning udbytte - total ved beregning (UD) *) |
| TI20327v | Afstemning udbytte - total udenlandsk ved beregning (UD) *) |
| TI20280v | Ændringsmeddelelse adresseoplysninger (kontohaver, rettighedshaver) |
| TI20281v | Ændringsmeddelelse Opgave tekst fra udstederansvarlig (kontohaver, rettighedshaver) |
| TI20282v | Ændringsmeddelelse beholdningsoplysninger aktier (kontohaver, rettighedshaver) |
| TI20283v | Ændringsmeddelelse beholdningsoplysninger obligationer (kontohaver, rettighedshaver) |
| TI20285v | Ændringsmeddelelse provenuoplysninger uden skat/afgift (kontohaver, rettighedshaver) |
| TI20339v | Ændringsmeddelelse provenuoplysninger med skat/afgift (kontohaver, rettighedshaver) *) |
| TI20289v | Status på beholdning efter afvikling af en corporate action (KI) |
| TI20286v | Advisering til kontofører – beholdningsoplysninger aktier (KI) |
| TI20287v | Advisering til kontofører – beholdningsoplysninger obligationer (KI) |
| TI20288v | Advisering til kontofører – provenuoplysninger uden skat/afgifter (KI) |
| TI20315v | Papiroplysninger udbytte ved beregning (KI) *) |
| TI20316v | Udbytteoversigt - betalingsformidling til KI (KI) *) |



**S**YSTEMVEJLEDNING

| TI20292v | Advisering til ejerbogsfører – beholdningsoplysninger ifm. afvikling af corporate actions (AB) |
| TI20304v | Advisering til ejerbogsfører – navne- og adresseoplysninger ifm. afvikling af corporate actions (AB) |
| TI20306v | Ejerbogsførers navn og adresse (AB) |
| | |
| **Dan likviditet** | |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| | |
| **Dan betalingsformidling** | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
| | |
| **Pengekontrollen** | |
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
| \*) Dannes kun, hvis en corporate action indeholder betalinger, hvor der skal tilbageholdes udbytteskat |

## Eksempel: Ophør med registrering
Offentliggørelsestype 20 og 21

| **Senest 4 uger før ophør** | |
| | Advisering om ophør med registrering (kontohaver, rettighedshaver) \*\* |
| | |
| **Offentliggørelsesdagen** | |
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20275v | Offentliggørelse af corporate actions - Betalingsoplysninger (DC) |
| TI20279v | Offentliggørelse af corporate actions - Udbytteoplysninger (DC) \*) |
| | |
| **Kørselsdagen** | |
| TI20290v | Hovedbogsoplysninger  - aktier (UD) |
| TI20291v | Hovedbogsoplysninger - obligationer (UD) |
| TI20325v | Afstemning udbytte - total ved beregning (UD)\*) |
| TI20327v | Afstemning udbytte - total udenlandsk ved beregning (UD) \*) |
| | Ændringsmeddelelse ved ophør med registrering \*\* |
| TI20289v | Status på beholdning efter afvikling af en corporate action (KI) |
| TI20286v | Advisering til kontofører – beholdningsoplysninger aktier (KI) |
| TI20287v | Advisering til kontofører – beholdningsoplysninger obligationer (KI) |
| TI20288v | Advisering til kontofører – provenuoplysninger uden skat/afgifter (KI) |
| TI20315v | Papiroplysninger udbytte ved beregning (KI) \*) |
| TI20316v | Udbytteoversigt - betalingsformidling til KI (KI) \*) |
| TI20292v | Advisering til ejerbogsfører – beholdningsoplysninger ifm. afvikling af corporate actions (AB) |
| TI20304v | Advisering til ejerbogsfører – navne- og adresseoplysninger ifm. afvikling af corporate actions (AB) |
| TI20306v | Ejerbogsførers navn og adresse (AB) |
| | |
| **Dan likviditet** | |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| | |
| **Dan betalingsformidling** | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |



**SYSTEMVEJLEDNING**

| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
|----------|---------------------------------------------------|
|          |                                                   |
| **Pengekontrollen** | |
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
|          |                                                   |
| **Senest 8 børsdage efter ophøret (uddata sendes til aftalehaver)** | |
|          | Fordelingsoversigt for beviser (KI) **) |
|          | Kontoudskrift og beviser ved ophør (KI) **) |
|          | Udleveringsvejledning (i brevform ) (KI) **) |
| *) Dannes hvis en corporate action indeholder betalinger, hvor der skal tilbageholdes udbytteskat | |
| **) Udskrives og afsendes altid af VP. | |

## Eksempel: Dannelse af betalingsgrundlag

Offentliggørelsestype 22

| **Offentliggørelsesdagen** | |
|----------|---------------------------------------------------|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20277v | Offentliggørelse af corporate actions - Beregningsoplysninger (DC) |
| TI20279v | Offentliggørelse af corporate actions - Udbytteoplysninger (DC) *) |
|          |                                                   |
| **Kørselsdagen** | |
| TI20325v | Afstemning udbytte - total ved beregning (UD) *) |
| TI20327v | Afstemning udbytte - total udenlandsk ved beregning (UD) *) |
| TI20280v | Ændringsmeddelelse adresseoplysninger (kontohaver, rettighedshaver) |
| TI20281v | Ændringsmeddelelse Opgave tekst fra udstederansvarlig (kontohaver, rettighedshaver) |
| TI20285v | Ændringsmeddelelse provenuoplysninger uden skat/afgift (kontohaver, rettighedshaver) |
| TI20339v | Ændringsmeddelelse provenuoplysninger med skat/afgift (kontohaver, rettighedshaver) *) |
| TI20288v | Advisering til kontofører – provenuoplysninger uden skat/afgifter (KI) |
| TI20315v | Papiroplysninger udbytte ved beregning (KI) *) |
| TI20316v | Udbytteoversigt - betalingsformidling til KI (KI) *) |
|          |                                                   |
| **Dan likviditet** | |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
|          |                                                   |
| **Dan betalingsformidling** | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
|          |                                                   |
| **Pengekontrollen** | |
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
| *) Dannes hvis en corporate action indeholder betalinger, hvor der skal tilbageholdes udbytteskat | |

## Eksempel: Ændring af aktiekapital

Offentliggørelsestype 23 og 24

| **Offentliggørelsesdagen** | |
|----------|---------------------------------------------------|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20276v | Offentliggørelse af corporate actions - Kapitaloplysninger (DC) |



**SYSTEMVEJLEDNING**

| TI20277v | Offentliggørelse af corporate actions - Beregningsoplysninger (DC) |
|---|---|
| TI20279v | Offentliggørelse af corporate actions - Udbytteoplysninger (DC) *) |
| | |
| **Kørselsdagen** | |
| TI20325v | Afstemning udbytte - total ved beregning (UD) *) |
| TI20327v | Afstemning udbytte - total udenlandsk ved beregning (UD) *) |
| TI20280v | Ændringsmeddelelse adresseoplysninger (kontohaver, rettighedshaver) |
| TI20281v | Ændringsmeddelelse Opgave tekst fra udstederansvarlig (kontohaver, rettighedshaver) |
| TI20284v | Ændringsmeddelelse Kapitaloplysninger (kontohaver, rettighedshaver) |
| TI20285v | Ændringsmeddelelse provenuoplysninger uden skat/afgift (kontohaver, rettighedshaver) |
| TI20339v | Ændringsmeddelelse provenuoplysninger med skat/afgift (kontohaver, rettighedshaver) *) |
| TI20288v | Advisering til kontofører – provenuoplysninger uden skat/afgifter (KI) |
| TI20315v | Papiroplysninger udbytte ved beregning (KI) *) |
| TI20316v | Udbytteoversigt - betalingsformidling til KI (KI) *) |
| | |
| **Dan likviditet** | |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| | |
| **Dan betalingsformidling** | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
| | |
| **Pengekontrollen** | |
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
| *) Dannes hvis en corporate action indeholder betalinger, hvor der skal tilbageholdes udbytteskat |

## Eksempel: Spaltning af beholdning på baggrund af investorønsker
Offentliggørelsestype 25

| **Offentliggørelsesdagen** | |
|---|---|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20273v | Offentliggørelse af corporate actions - Forholdsoplysninger (DC) |
| | |
| **Kørselsdagen** | |
| TI20290v | Hovedbogsoplysninger  - aktier (UD) |
| TI20280v | Ændringsmeddelelse adresseoplysninger (kontohaver, rettighedshaver) |
| TI20281v | Ændringsmeddelelse Opgave tekst fra udstederansvarlig (kontohaver, rettighedshaver) |
| TI20282v | Ændringsmeddelelse beholdningsoplysninger aktier (kontohaver, rettighedshaver) |
| TI20289v | Status på beholdning efter afvikling af en corporate action (KI) |
| TI20286v | Advisering til kontofører – beholdningsoplysninger aktier (KI) |
| TI20292v | Advisering til ejerbogsfører – beholdningsoplysninger ifm. afvikling af corporate actions (AB) |
| TI20304v | Advisering til ejerbogsfører – navne- og adresseoplysninger ifm. afvikling af corporate actions (AB) |
| TI20306v | Ejerbogsførers navn og adresse (AB) |
| | |

## Eksempel: Skift af ISIN
Offentliggørelsestype 31 og 32





**SYSTEMVEJLEDNING**

| Offentliggørelsesdagen | |
|---|---|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| | |
| **Kørselsdagen** | |
| TI20290v | Hovedbogsoplysninger - aktier (UD) |
| TI20280v | Ændringsmeddelelse adresseoplysninger (kontohaver*, rettighedshaver**) |
| TI20282v | Ændringsmeddelelse beholdningsoplysninger aktier (kontohaver, rettighedshaver) |
| TI20289v | Status på beholdning efter afvikling af en corporate action (KI) |
| TI20286v | Advisering til kontofører - beholdningsoplysninger aktier (KI) |
| TI20292v | Advisering til ejerbogsfører – beholdningsoplysninger ifm. afvikling af corporate actions (AB) |
| TI20304v | Advisering til ejerbogsfører – navne- og adresseoplysninger ifm. afvikling af corporate actions (AB) |
| TI20306v | Ejerbogsførers navn og adresse (AB) |
| | |
| TI20080v | Skift ISIN på preadvice - tegning (FH), (KI), (PK), (ST) |
| | |
| | |
| *) Kontohaver bliver adviseret om skift af ISIN på ændringsmeddelelsen, der udskrives i forbindelse med tegning af de nye aktier. Denne meddelelse skal indeholde oplysning om, at der ikke udsendes yderligere meddelelse i forbindelse med skift af ISIN. Hvis beholdningen i de midlertidige aktier suppleres, udsendes der ikke yderligere meddelelse om skift af ISIN. Såfremt den midlertidige ISIN købes i perioden frem til tidspunktet for skift af ISIN uden forudgående beholdning, dannes "Meddelelse om skift af ISIN" til kontohaver | |
| **) Dannes altid til rettighedshaver | |
| | |

## Eksempel: beregning af udbytte på tidligere gemt beholdning (snapshot)

Offentliggørelsestype 33

| Offentliggørelsesdagen | |
|---|---|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20279v | Offentliggørelse af corporate actions - Udbytteoplysninger (DC) |
| | |
| **Kunder med abonnement** | |
| TI20379v | Foreløbig likviditet udbytte |
| | |
| **Kørselsdagen for snapshot (tidligere gemt beholdning)** | |
| TI20056v | Beholdning der gemmes til behandling på et senere tidspunkt |
| | |
| **Kørselsdagen udbytteberegning** | |
| TI20325v | Afstemning udbytte - total ved beregning (UD) |
| TI20310v | Udbyttemeddelelse - adresseoplysninger (kontohaver, rettighedshaver) *) |
| TI20312v | Udbyttemeddelelse - betalingsoplysninger (kontohaver, rettighedshaver) *) |
| TI20315v | Papiroplysninger udbytte ved beregning (KI) |
| TI20316v | Udbytteoversigt - betalingsformidling til KI (KI) |
| | |
| **Dan likviditet** | |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| | |
| **Dan betalingsformidling** | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |

SYSTEMVEJLEDNING

| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
|----------|---------------------------------------------------|
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |

| Pengekontrollen | |
|----------|---------------------------------------------------|
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |

| Perioden mellem udbytteberegning og U2-skattekørsel | |
|----------|---------------------------------------------------|
| TI20328v | Ændring af udbytteskat til udstederansvarlig (UD) |
| TI20322v | Ændring af anvendt udbytteerklæring til KI (KI) |
| TI20323v | Ændring af udbytteskat til KI ved udbytteflytning (KI) |

| U2-skattekørsel | |
|----------|---------------------------------------------------|
| TI20331v | Afstemning udbytte - total U2-skattekørsel (UD) |
| TI20332v | Papiroplysninger udbytte ved U2-skattekørsel (KI) |
| TI20321v | Oversigt over udbytteskat til KI (KI) |

| Perioden mellem U2-skattekørsel og årsultimo | |
|----------|---------------------------------------------------|
| TI20323v | Udbytteflytning til KI (KI) |
| TI20324v | Ændring af udbytteskat til KI |

\*) Dannes for de investorer der ikke tildeles udbytteaktier

## Eksempel: Ekstraordinær obligationsindfrielse (CA) via ny ISIN
Offentliggørelsestype 34, 35 og 36

| Offentliggørelsesdagen | |
|----------|---------------------------------------------------|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20278v | Offentliggørelse af corporate actions - Ombytnings-, rente-, kurs-, og konverteringsoplysninger (DC) |

| Kørselsdagen | |
|----------|---------------------------------------------------|
| TI20290v | Hovedbogsoplysninger - aktier (UD) |
| TI20291v | Hovedbogsoplysninger - obligationer (UD) |
| TI20280v | Ændringsmeddelelse adresseoplysninger (kontohaver*, rettighedshaver**) |
| TI20281v | Ændringsmeddelelse Opgave tekst fra udstederansvarlig (kontohaver, rettighedshaver) |
| TI20282v | Ændringsmeddelelse beholdningsoplysninger aktier (kontohaver, rettighedshaver) |
| TI20283v | Ændringsmeddelelse beholdningsoplysninger obligationer (kontohaver, rettighedshaver) |
| TI20285v | Ændringsmeddelelse provenuoplysninger uden skat/afgift (kontohaver, rettighedshaver) |
| TI20289v | Status på beholdning efter afvikling af en corporate action (KI) |
| TI20286v | Advisering til kontofører - beholdningsoplysninger aktier (KI) |
| TI20287v | Advisering til kontofører – beholdningsoplysninger obligationer (KI) |
| TI20288v | Advisering til kontofører – provenuoplysninger uden skat/afgifter (KI) |

| Dan likviditet | |
|----------|---------------------------------------------------|
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| TI20107v | Tilgang til likviditet på en debetrentekonto (PK) |
| TI20134v | Den enkelte deltagers beregnede krediteringer pr. pengekonto pr. dispositionsdag (PK) |
| TI20135v | Den enkelte deltagers forventede pengetræk pr. pengekonto pr. dispositionsdag (PK) |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe (UD) |



**SYSTEMVEJLEDNING**

| Dan betalingsformidling | |
|---|---|
| Tl20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| Tl20197v | Posteringsgrundlag pr. pengekonto (PK) |
| Tl20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| Tl20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
| | |
| **Pengekontrollen** | |
| Tl20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |

### Eksempel: Konvertering af ordinært renteprovenu til nye aktier
Offentliggørelsestype 37

| Offentliggørelsesdagen | |
|---|---|
| Tl20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| Tl20376v | Offentliggørelse af corporate actions - Konvertering af ordinært renteprovenu til aktier (DC) |
| | |
| **Kørselsdagen** | |
| Tl20290v | Hovedbogsoplysninger - aktier (UD) |
| Tl20280v | Ændringsmeddelelse adresseoplysninger (kontohaver*, rettighedshaver**) |
| Tl20281v | Ændringsmeddelelse Opgave tekst fra udstederansvarlig (kontohaver, rettighedshaver) |
| Tl20282v | Ændringsmeddelelse beholdningsoplysninger aktier (kontohaver, rettighedshaver) |
| Tl20285v | Ændringsmeddelelse provenuoplysninger uden skat/afgift (kontohaver, rettighedshaver) |
| Tl20289v | Status på beholdning efter afvikling af en corporate action (KI) |
| Tl20286v | Advisering til kontofører - beholdningsoplysninger aktier (KI) |
| Tl20288v | Advisering til kontofører – provenuoplysninger uden skat/afgifter (KI) |
| | |
| **Dan likviditet** | |
| Tl20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK) |
| Tl20168v | Fragang i likviditet på en debetrentekonto (PK) |
| Tl20177v | Fragang i likviditet (PK) |
| Tl20205v | Tilbagekaldelse af posteringsgrundlag pr. vpkonto pr. pengekonto pr. handelsprodukt  (PK) |
| Tl20206v | Tilbagekaldelse af posteringsgrundlag pr. debetkonto (PK) |
| Tl20207v | Tilbagekaldelse af posteringsgrundlag pr. afkast / afregningskonto (PK) |
| Tl20208v | Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (UD) |
| Tl20136v | Pengetræk pr. debetkonto i en kontogruppe (PK) |
| Tl20209v | Tilbagekaldelse af provenuoplysninger (hvis 100% konverteres) (KI) |
| Tl20243v | Ændringer til provenuoplysninger (hvis mindre end 100% konverteres (KI) |
| Tl20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| | |
| **Dan betalingsformidling** | |
| Tl20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| Tl20197v | Posteringsgrundlag pr. pengekonto (PK) |
| Tl20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| Tl20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
| | |
| **Pengekontrollen** | |
| Tl20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |



SYSTEMVEJLEDNING

Eksempel: Ændring til eller fra Non par value

Offentliggørelsestype 40 og 41

| Offentliggørelsesdagen | |
|---|---|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20442v | Offentliggørelse af corporate actions – Ændring af papir til eller fra Non par value (DC) |
| | |
| Kørselsdagen | |
| TI20280v | Ændringsmeddelelse adresseoplysninger (kontohaver, rettighedshaver) |
| TI20281v | Ændringsmeddelelse Opgave tekst fra udstederansvarlig (kontohaver, rettighedshaver) |
| TI20284v | Ændringsmeddelelse Kapitaloplysninger (kontohaver, rettighedshaver) |

Eksempel: Kapitaludlodning / Kapitaludlodning på tidligere gemt beholdning (snapshot)

Offentliggørelsestype 42 / 43

| Offentliggørelsesdagen | |
|---|---|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20277v | Offentliggørelse af corporate actions - Beregningsoplysninger (DC) |
| | |
| Kørselsdag for Snapshot (alene for type 43 tidligere gemt beholdning) | |
| TI20056v | Beholdning der gemmes til behandling på et senere tidspunkt (KI) |
| | |
| Kørselsdagen | |
| TI20280v | Ændringsmeddelelse adresseoplysninger (kontohaver, rettighedshaver) |
| TI20281v | Ændringsmeddelelse Opgave tekst fra udstederansvarlig (kontohaver, rettighedshaver) |
| TI20285v | Ændringsmeddelelse - Provenuoplysninger uden skat/afgift (kontohaver, rettighedshaver) |
| TI20288v | Advisering til kontofører – provenuoplysninger uden skat/afgifter (KI) |
| | |
| Dan likviditet | |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| | |
| Dan betalingsformidling | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
| | |
| Pengekontrollen | |
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
| | |

## Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype

Offentliggørelsestyper for corporate actions
01    Ombytning af beholdning på baggrund af et ombytningsforhold - uden spids

| | | |
|---|---|---|
| TI20272v papiroplysninger | 1 info pr. ophørende ISIN | |
| TI20273v forholdsoplysninger | 1 info pr. ophørende ISIN | |



**SYSTEMVEJLEDNING**

---

02    Ombytning af beholdning på baggrund af et ombytningsforhold - med udbetaling af spids

      TI20272v papiroplysninger            1 info pr. ophørende ISIN
      TI20273v forholdsoplysninger          1 info pr. ophørende ISIN
      TI20275v betalingsoplysninger *)        1 info på fortsættende ISIN *)
      TI20279v udbytteoplysninger ***)       1 info pr. ISIN ***)

03    Ombytning af beholdning på baggrund af et ombytningsforhold - med udlægning af spids i delbevis til
      efterfølgende bundtning

      TI20272v papiroplysninger            1 info pr. ophørende ISIN
      TI20273v forholdsoplysninger          1 info pr. ophørende ISIN
                                         1 info på bundtning af delbevis
      TI20275v betalingsoplysninger *)        1 info på spids ifm. bundtning *)
      TI20279v udbytteoplysninger ***)       1 info pr. ISIN ***)

04    Ombytning af beholdning på baggrund af et ombytningsforhold - med kontant vederlag

      TI20272v papiroplysninger            1 info pr. ophørende ISIN
      TI20273v forholdsoplysninger          1 info pr. ophørende ISIN
      TI20277v beregningsoplysninger       1 info pr. ophørende ISIN
      TI20279v udbytteoplysninger ***)       1 info pr. ISIN ***)

05    Ombytning af beholdning på baggrund af et ombytningsforhold - med kontant vederlag og udlægning
      af spids i delbevis til efterfølgende bundtning

      TI20272v papiroplysninger            1 info pr. ophørende ISIN
      TI20273v forholdsoplysninger          1 info pr. ophørende ISIN
                                         1 info på bundtning af delbevis
      TI20277v beregningsoplysninger       1 info pr. ophørende ISIN
      TI20275v betalingsoplysninger *)        1 info på spids ifm. bundtning *)
      TI20279v udbytteoplysninger ***)       1 info pr. ISIN ***)

06    Ombytning af beholdning på baggrund af indre værdier - med udbetaling af spids

      TI20272v papiroplysninger            1 info pr. ophørende ISIN
      TI20274v kursoplysninger **)          1 info pr. ophørende ISIN **)
      TI20279v udbytteoplysninger ***)       1 info pr. ISIN ***)

08    Opsplitning af beholdning på baggrund af et opsplitningsforhold - uden spids

      TI20272v papiroplysninger            1 info pr. fortsættende ISIN
      TI20273v forholdsoplysninger          1 info pr. fortsættende ISIN

09    Opsplitning af beholdning på baggrund af et opsplitningsforhold - med udbetaling af spids

      TI20272v papiroplysninger            1 info pr. fortsættende ISIN
      TI20273v forholdsoplysninger          1 info pr. fortsættende ISIN
      TI20275v betalingsoplysninger *)        1 info pr. fortsættende ISIN *)
      TI20279v udbytteoplysninger ***)       1 info pr. ISIN ***)

11    Opsplitning af beholdning på baggrund af indre værdier - med udbetaling af spids



## SYSTEMVEJLEDNING

TI20272v papiroplysninger          1 info pr. fortsættende ISIN
TI20274v kursoplysninger **)        1 info pr. fortsættende ISIN **)
TI20279v udbytteoplysninger ***)    1 info pr. ISIN ***)

13   Tildeling af beholdning på baggrund af et tildelingsforhold - uden spids

TI20272v papiroplysninger          1 info pr. tildeling
TI20273v forholdsoplysninger       1 info pr. tildeling

14   Tildeling af beholdning på baggrund af et tildelingsforhold - med udbetaling af spids

TI20272v papiroplysninger          1 info pr. tildeling
TI20273v forholdsoplysninger       1 info pr. tildeling
TI20275v betalingsoplysninger *)   1 info pr. tildeling (med fortsættende ISIN) *)
TI20279v udbytteoplysninger ***)   1 info pr. ISIN ***)

15   Tildeling af beholdning på baggrund af et tildelingsforhold med udlægning af spids i delbevis til
     efterfølgende bundtning

TI20272v papiroplysninger          1 info pr. tildeling
TI20273v forholdsoplysninger       1 info pr. tildeling
                                   1 info på bundtning af delbevis
TI20275v betalingsoplysninger *)   1 info på spids ifm. bundtning *)
TI20279v udbytteoplysninger ***)   1 info pr. ISIN ***)

16   Tildeling af beholdning på baggrund af indre værdier - med udbetaling af spids

TI20272v papiroplysninger          1 info pr. tildeling
TI20274v kursoplysninger **)        1 info pr. tildeling  **)
TI20279v udbytteoplysninger ***)   1 info pr. ISIN ***)

18   Nulstilling af beholdning uden betaling

TI20272v papiroplysninger          1 info pr. ISIN

19   Nulstilling af beholdning mod betaling

TI20272v papiroplysninger          1 info pr. ISIN
TI20277v beregningsoplysninger     1 info pr. ISIN
TI20279v udbytteoplysninger ***)   1 info pr. ISIN ***)

20   Ophør med registrering med beviser og uden betaling

TI20272v papiroplysninger          1 info pr. ISIN

21   Ophør med registrering med beviser og delvis betaling

TI20272v papiroplysninger          1 info pr. ISIN
TI20275v betalingsoplysninger      1 info pr. ISIN med betaling
TI20279v udbytteoplysninger ***)   1 info pr. ISIN ***)

22   Dannelse af betalingsgrundlag - afkast

TI20272v papiroplysninger          1 info pr. ISIN



**SYSTEMVEJLEDNING**

---

TI20277v beregningsoplysninger        1 info pr. ISIN
TI20279v udbytteoplysninger ***)      1 info pr. ISIN ***)

23  Ændring af aktiekapital

TI20272v papiroplysninger        1 info pr. ISIN
TI20267v kapitaloplysninger      1 info pr. ISIN

24  Ændring af aktiekapital med samtidig betaling

TI20272v papiroplysninger        1 info pr. ISIN
TI20276v kapitaloplysninger      1 info pr. ISIN
TI20277v beregningsoplysninger   1 info pr. ISIN
TI20279v udbytteoplysninger ***) 1 info pr. ISIN ***)

25  Spaltning af beholdninger på baggrund af investorønsker

TI20272v papiroplysninger        1 info pr. underliggende ISIN
TI20273v forholdsoplysninger     1 info pr. underliggende ISIN

26  Udbytte - Danske selskaber

TI20272v papiroplysninger        1 info pr. ISIN
TI20279v udbytteoplysninger      1 info pr. ISIN

27  Udbytte - Udenlandske selskaber

TI20272v papiroplysninger        1 info pr. ISIN
TI20279v udbytteoplysninger      1 info pr. ISIN

28  Acontoudbytte

TI20272v papiroplysninger        1 info pr. ISIN
TI20279v Udbytteoplysninger      1 info pr. ISIN

29  Geninvestering af udbytte

TI20272v papiroplysninger        1 info pr. ISIN
TI20279v Udbytteoplysninger      1 info pr. ISIN
TI20274v kursoplysninger **)     1 info pr. ISIN **)

30  Geninvestering af acontoudbytte

TI20272v papiroplysninger        1 info pr. ISIN
TI20279v Udbytteoplysninger      1 info pr. ISIN
TI20274v kursoplysninger  **)    1 info pr. ISIN **)

31  Skift af ISIN ifm. tegning uden for VP's tegningssystem

TI20272v papiroplysninger        1 info pr. ISIN

32  Skift af ISIN ifm. tegning gennem VP's tegningssystem

TI20272v papiroplysninger        1 info pr. ISIN



SYSTEMVEJLEDNING

33    Udbytte - beregning på tidligere gemt beholdning

   TI20272v papiroplysninger          1 info pr. kørselsdato (1. snapshot dato – 2. afviklingskørsel)
   TI20279v udbytteoplysninger        1 info pr. ISIN

34    Ekstraordinær obligationsindfrielse (CA) via ny ISIN - hvor indløsningsprovenu og rente
      betalingsformidles (hvis provenu)

   TI20272v papiroplysninger          1 info pr. ISIN
   TI20278v Ekstraordinær             1 info
   obligationsindfrielse via ny ISIN,
   rente-, kurs- samt evt.
   konverteringsvilkår

35    Ekstraordinær obligationsindfrielse (CA) via ny ISIN med konvertering af provenu til aktier - med
      udbetaling af spids. (hvis provenu)

   TI20272v papiroplysninger          1 info pr. ISIN
   TI20278v Ekstraordinær             1 info
   obligationsindfrielse via ny ISIN,
   rente-, kurs- samt evt.
   konverteringsvilkår

36    Ekstraordinær obligationsindfrielse (CA) via ny ISIN med konvertering af afdrag til aktier - med
      udbetaling af rente samt spids. (hvis provenu)

   TI20272v papiroplysninger          1 info pr. ISIN
   TI20278v Ekstraordinær             1 info
   obligationsindfrielse via ny ISIN,
   rente-, kurs- samt evt.
   konverteringsvilkår

37    Konvertering af ordinært renteprovenu til nye aktier

   TI20272v papiroplysninger          - 1 info pr. ISIN
   TI20376v Konvertering af ordinært  - 1 info
   renteprovenu til nye aktier

38    Teknisk udbytte på aktuel beholdning - uden betalingsformidling

   TI20272v papiroplysninger          1 info pr. ISIN
   TI20279v udbytteoplysninger        1 info pr. ISIN

39    Teknisk udbytte på gemt beholdning - uden betalingsformidling

   TI20272v papiroplysninger          1 info pr. ISIN pr. kørsel ****)
   TI20279v udbytteoplysninger        1 info pr. ISIN

40    Ændring af papir til Non par value uden stykstørrelse
   TI20272v papiroplysninger          1 info pr. ISIN
   TI20442v Offentliggørelse af       1 info pr. ISIN
   corporate actions



SYSTEMVEJLEDNING

---

41   Ændring af papir fra Non par value til papir med stykstørrelse
     TI20272v papiroplysninger          1 info pr. ISIN
     TI20442v Offentliggørelse af       1 info pr. ISIN
     corporate actions

42   Kapitaludlodning
     TI20272v papiroplysninger          1 info pr. ISIN
     TI20277v beregningsoplysninger     1 info pr. ISIN

43   Kapitaludlodning på tidligere gemt beholdning (med snapshot)
     TI20272v papiroplysninger          1 info pr. ISIN pr. kørsel ****)
     TI20277v beregningsoplysninger     1 info pr. ISIN

*) Hvis pris/kurs pr. spids ikke er oplyst på offentliggørelsestidspunktet, sendes info når pris/kurs oplyses fra udsteteransvarlig

**) Hvis omlægnings- eller tildelingskurser ikke er kendt på offentliggørelsestidspunktet, sendes info når kurser oplyses fra udsteteransvarlig

***) Dannes kun, hvis en corporate action indeholder betalinger, hvor der skal tilbageholdes udbytteskat

****) Dannes med 1 info pr. kørsel (1. pr. snapshot dato og 2. pr. afviklingskørselsdato)


Oversigt over offentliggørelsestyper pr. offentliggørelsesinfo

| Info | Kan forekommer i følgende corporate actions | Offentliggørelsestype |
|---|---|---|
| TI20272v Papiroplysninger | Ombytning af beholdninger | 01, 02, 03, 04, 05 og 06 |
| | Opsplitning af beholdninger | 08, 09 og 11 |
| | Tildeling af beholdninger | 13, 14, 15 og 16 |
| | Nulstilling af beholdning | 18 og 19 |
| | Ophør med registrering | 20 og 21 |
| | Dannelse af betalingsgrundlag | 22 |
| | Ændring af aktiekapital | 23 og 24 |
| | Spaltning af beholdninger på baggrund af investorønsker | 25 |
| | Udbytte | 26, 27 og 28 |
| | Geninvestering af udbytte | 29 og 30 |
| | Skift af ISIN | 31 og 32 |
| | Beregning af udbytte på tidligere gemt beholdning | 33 |
| | Ekstraordinær obligationsindfrielse (CA) via ny ISIN | 34, 35 og 36 |
| | Konvertering af ordinært renteprovenu til nye aktier | 37 |
| | Teknisk udbytte | 38 |
| | Teknisk udbytte på tidligere gemt beholdning | 39 |
| | Ændring af papir til eller fra Non par value | 40 og 41 |
| | Kapitaludlodning uden/med snapshot | 42 / 43 |
| | | |



SYSTEMVEJLEDNING

| Info | Kan forekommer i følgende corporate actions | Offentliggørelsestype |
|---|---|---|
| TI20273v Forholdsoplysninger | Ombytning af beholdninger<br>Opsplitning af beholdninger<br>Tildeling af beholdninger<br>Spaltning af beholdninger på baggrund af investorønsker | 01, 02, 03, 04 og 05<br>08 og 09<br>13, 14 og15<br>25 |
| | | |
| TI20274v Kursoplysninger | Ombytning af beholdninger<br>Opsplitning af beholdninger<br>Tildeling af beholdninger<br>Geninvestering af udbytte | 06<br>11<br>16<br>29 og 30 |
| | | |
| TI20275v Betalingsoplysninger | Ombytning af beholdninger<br>Opsplitning af beholdninger<br>Tildeling af beholdninger<br>Ophør med registrering | 02, 03, 04 og 05<br>09<br>14 og15<br>21 |
| | | |
| TI20276v Kapitaloplysninger | Ændring af aktiekapital | 23 og 24 |
| | | |
| TI20277v Beregningsoplysninger | Ombytning af beholdning<br>Nulstilling af beholdning<br>Dannelse af betalingsgrundlag<br>Ændring af aktiekapital<br>Kapitaludlodning uden/med snapshot | 04 og 05<br>19<br>22<br>24<br>42 / 43 |
| | | |
| TI20278v Ekstraordinær obligationsindfrielse | Ekstraordinær obligationsindfrielse via ny ISIN, rente- kurs- samt evt. konverteringsvilkår | 34, 35 og 36 |
| | | |
| TI20279v Udbytteoplysninger | Ombytning af beholdninger<br>Opsplitning af beholdninger<br>Tildeling af beholdninger<br>Nulstilling af beholdninger<br>Ophør med registrering<br>Dannelse af betalingsgrundlag<br>Ændring af aktiekapital<br>Udbytte<br>Geninvestering af udbytte<br>Beregning af udbytte på tidligere gemt beholdning<br>Teknisk udbytte<br>Teknisk udbytte på tidligere gemt beholdning | 02, 03, 04, 05 og 06<br>09 og 11<br>14, 15 og 16<br>19<br>21<br>22<br>24<br>26, 27 og 28<br>29 og 30<br>33<br><br>38<br>39 |
| TI20442v Non par value | Ændring af papir til eller fra Non par value | 40 og 41 |



SYSTEMVEJLEDNING

# 13 Informationsmuligheder

I dette afsnit beskrives, hvilke informationer centraldeltagerne kan få fra VP's registre. Endvidere omtales ad hoc opgaver.

I det generelle afsnit beskrives, hvem der kan rekvirere informationsudtræk, hvordan udtrækket kan rekvireres, og hvordan det kan leveres.

Af oversigtsskemaet kan du se, hvilken sammenhæng der er mellem bestillingsmåde og leveringsmåde for uddata.

I de efterfølgende afsnit beskrives den enkelte type informationsudtræk særskilt.

## Generelt om informationsudtræk

**Rekvirent**
Rekvirent af informationsudtræk/ad hoc opgaver skal være tilknyttet VP som centraldeltager eller datacenter.

**Revisor**
Revisorer, der fremgår af tilslutningsblanket, kan bestille informationsudtræk. Bestilling via standardterminal kan foretages, såfremt revisor er oprettet som KI og har spørgerelation på den KI, for hvilken informationen søges.

**Bestilling via standardterminal**
Brugeren skal være autoriseret til at foretage rekvisitionen.

**Skriftlig bestilling**
Brugere, der ikke har adgang til terminal, eller brugere, der ønsker ad hoc informationer/opgaver, kan indsende skriftlig rekvisition til Clearing & Custody Services.

**Bestilling via batch**
Brugerne henvises til eget datacenter for rekvisition.

**Levering af uddata**
Levering kan foretages på følgende måder, afhængig af rekvisitionen og informationsudtrækket/opgaven:
- Print i VP
- CICS-print (Terminalprint eller via Datacenter)
- Linie til data-center
- Kassette, tape, cd-rom

**Blanket**
For bestilling af uddata henvises til blanketter i Forretningsmæssig vejledning, afsnit 2 - Tilslutningsformer.

**Print i VP**
For nogle informationsudtræk kan uddata kun leveres som print i VP.

**Cicsprint**
Ved bestilling via standardterminal skal der i skærmbilledet angives, om uddata ønskes leveret til terminalprinter eller datacenter.

Feltet til angivelse af LEVERINGSSTED:
Uddata til cicsprinter: Y
Uddata til datacenter: A, B, ......(ekskl. x, y, z), 0-9

**S**YSTEM**V**EJLEDNING

---

Leveringssted skal fremgå af uddatablanket (tilslutningsaftale).

**Pris for informationsudtræk**
Der faktureres i henhold til gældende prisliste og for ad hoc opgaver ifølge tilbud.

**Datacentre**
Uddata bestilt på datacenterniveau faktureres over for datacentret. Fordeling centraldeltager(e) og datacenter imellem er VP uvedkommende.

**Aftalehaver**
Uddata bestilt af en centraldeltager eller dennes revision vil blive faktureret over for aftalehaver (tilslutningsaftalens bestemmelser).

**Annullering af standardbestilling**
Transaktionen bruges af rekvirenten af et informationsudtræk, bestilt via standardterminal, til at annullere den pågældende bestilling, før den effektueres i VP.
Transaktionen findes under punkt 06 Informationsudtræk i Primærmenuen.

## Oversigt

| Info/liste | Bestilling | | Levering/uddata | | | | | Afsnit | Bemærk |
|---|---|---|---|---|---|---|---|---|---|
| | Std. term | Brev | Cics prt. | Red. | Ured. | VP prt. | Tape | | |
| Kontoudskrift (DK01L01) | x | | x | x | x | x | | 24.1 | |
| Skyggetransaktioner kontoudskrifter (DK01L02) | x | | | | x | | | | Lev. kun til DC |
| Beholdningsoversigt (IK01L01) | x | | x | x | | | | 24.6 | |
| Beholdningsoversigt (IK01L01) | | x | x | x | | | | 24.6 | Blanket |
| Hovedbogsoplysninger (IF01L01) | x | | x | x | | | | 24.6 | |
| Hovedbogsoplysninger (IF01L01) | | x | | | | x | | 24.6 | Blanket |
| Hovedbogsoplysninger til UI (OU10L01) | x | x | x | x | x | | x [1] | 24.2 | blanket |
| Oversigt over tomme konti (IK03L01) | x | | x | x | | | | 24.6 | Blanket |
| Skyggetransaktioner kontoregister (IK05L02) | | x | | | x | | x | | |
| Ad hoc info-udtræk (IS82L01, IS33L01, ISL0L01) | | x | x | x | | x | x | 24.6 | Blanket |

Blanket: For at modtage listen skal blanket til bestilling af uddata være indsendt til VP.

---

1) Tape leveres direkte til Datacentralen.



**SYSTEMVEJLEDNING**

## On-line forespørgsler

Terminalbrugere og VP*) kan via menuen (Forespørgsler) spørge på oplysninger fra:
- kontoregister
- fondsregister, aktier
- centraldeltagerregister

### Indrapportering hos centraldeltager
Der kan forespørges via standardterminal. Oplysningerne kan kun leveres på skærmen. Er terminalen tilsluttet en printer, kan du bruge PRINT SKÆRM eller PRINT TRANS.

## Informationsudtræk

### Kontoudskrift og skyggetransaktion (DK01L01 + DK01L02)
Transaktionen bruges til, på kontoførende instituts, kontohavers eller rettighedshavers foranledning, at bestille en kontoudskrift af en VP-konto. Transaktionen kan også bruges til at bestille en skyggetransaktion af VP-kontoen til kontoførende instituts datacenter.

### Indrapportering i det kontoførende institut
Kontoudskriften bestilles samme dag som den ønskes produceret.

Ved bestilling af kontoudskrift kan der i skærmbilledet vælges mellem:
- kontoudskrift
- skyggetransaktion
- kontoudskrift og skyggetransaktion

Skal kontoudskriften produceres til en rettighedshaver, skal feltet RETTIGHEDSHAVER udfyldes med rettighedshaver ident.

### Behandling i VP
Kontoudskrift og/eller skyggetransaktion produceres om aftenen på rekvisitionsdagen.

Kontoudskriften indeholder oplysninger efter daglig opdatering på rekvisitionsdagen.

### Uddata
Uddata leveres i henhold til indsendte blanket.

Skyggetransaktion kan kun leveres til datacenter.

### Beholdningsoversigt (IK01L01)

Det kontoførende institut eller dets revision kan bestille en beholdningsoversigt på en eller flere VP-konti ved skriftlig henvendelse til VP's Clearing & Custody Services eller via transaktionen BEHOLDNINGSOVERSIGT.

På samme måde kan storkunder bestille en beholdningsoversigt på konti, hvor de er registreret som storkunde med spørgefuldmagt.

---

*) Spørgerelationen fremgår ikke af kvitteringsmaterialet (CD10L01)



SYSTEMVEJLEDNING

---

Bestilling via VP's Clearing & Custody Services bruges, når kontoførende institut ikke har en standardterminal/printer, eller når leveringen ønskes printes af VP.

**Indrapportering i det kontoførende institut**
Vælg BEHOLDNINGSOVERSIGT.

I skærmbilledet kan/skal følgende udfyldes:
- REKVISITIONSNAVN er til eget brug til identifikation af uddata. Feltet er et frit tekstfelt.
- I LEVERINGSSTED angives, om beholdningsoversigten skal dannes til en terminalprinter eller til datacenter.
- ØNSKET KØRSELSDATO kan være dags dato eller en fremtidig dato. Datoen skal være en bankdag.
- Ønskes en beholdningsoversigt på alle VP-konti, svares JA, og transaktionen afsluttes med ENTER.
- Ønskes kun én eller kun nogle af VP-kontiene på beholdningsoversigten, skrives NEJ og felterne udfyldes med VP-kontonummer.
- Ønskes kun én VP-konto, udfyldes både FRA VP_KONTO og TIL_VP_KONTO.
- Ønskes flere, udfyldes både FRA VP_KONTO og TIL VP_KONTO.

Beholdningsoversigten kan bestilles på indtil 8 intervaller.

**Bestilling via VP's Clearing & Custody Services**
Ved bestilling af beholdningsoversigten skal følgende angives:
- Hvilke konti skal oversigten indeholde:
  enkelt VP-konto
  et interval af VP-konti
  alle VP-konti inden for kontoførende institut
- Hvilken dato oversigten skal produceres. Datoen kan være dags dato eller en fremtidig dato.

**Behandling i VP**
Beholdningsoversigten produceres på den ønskede kørselsdato efter daglig og periodisk opdatering. Uddata printes af VP og leveres til rekvirent.

| Uddata | Modtager |
|---|---|
| Beholdningsoversigt | Kontoførende institut |
| | Datacenter |
| | Kontoførende instituts revision |

## Hovedbogsoplysninger (IF01L01)

Hovedbogsoplysninger kan bestilles af udstedende institut eller dets revisor.

Hovedbogsoplysningerne kan bestilles for en enkelt UI-ident eller for et interval af UI-identer under samme aftalehaver.

Når udstedende institut ikke har en standardterminal/printer, eller når oplysningerne ønskes leveret på anden måde, end det er muligt ved bestilling via standardterminal, kan hovedbogsoplysningerne bestilles ved skriftlig henvendelse til VP's Clearing & Custody Services.

**Indrapportering i det udstedende institut**
Vælg HOVEDBOGSOVERSIGT.

I skærmbilledet kan/skal følgende udfyldes:
- REKVISITIONSNAVN er til eget brug til identifikation af uddata. Feltet er et frit tekstfelt.



**SYSTEMVEJLEDNING**

- I LEVERINGSSTED angives, om hovedbogsoversigten skal dannes til en terminalprinter eller til datacenter.
- ØNSKET KØRSELSDATO kan være dags dato eller en fremtidig dato. Datoen skal være en bankdag.
- Ønskes hovedbogsoversigten for et interval af UI-identer, udfyldes både FRA UI_IDENT og TIL UI_IDENT. Ellers udfyldes kun UI_IDENT.

**Bemærk**
Der kan kun bestilles hovedbogsoplysninger for alle hovedbogskonti inden for en UI_IDENT. Det er ikke muligt at udskrive hovedbogsoplysninger for enkelte fondskoder.

**Bestilling via VP's Clearing & Custody Services**
Ved bestilling af hovedbogsoplysninger skal det udstedende institut angive følgende:
- Hvilke fondskoder hovedbogsoplysningerne ønskes på:
  en enkelt fondskode
  et/flere intervaller af fondskoder
  alle fondskoder inden for UI-identen
- Hvilken dato oversigten ønskes produceret. Datoen kan være dags dato eller en fremtidig dato.

**Behandling i VP**
Listen hovedbogsoplysninger produceres den ønskede kørselsdato efter daglig og periodisk opdatering. Uddata printes af VP og leveres til rekvirent.

| Uddata | Modtager |
|---|---|
| Hovedbogsoplysninger | Udstedende institut |
| | Udstedende instituts datacenter |
| | Udstedende instituts revision |

## Hovedbogsoplysninger til UI (OU10L01)

Det udstedende institut kan bestille hovedbogsoplysninger i forbindelse med udtrækning.

Listen indeholder oplysninger om fondskoder med en bestemt termins- og/eller trækningsdato inden for den angivne UI-ident.

Bestilling foretages, når udstedende institut ønsker oplysningerne leveret.

**Indrapportering i det udstedende institut**
Vælg anfording af hovedbogsoplysninger UI og angiv bestillende udsteder (UI-ident).

I næste skærmbillede kan/skal følgende udfyldes:

| Terminsdato | Dato kan angives, hvis hovedbogsoplysninger ønskes for en bestemt termin, uanset trækningsdato. Hvis trækningsdato ikke er udfyldt, skal feltet udfyldes (AAAAMMDD). |
|---|---|
| Trækningsdato | Dato kan angives, hvis hovedbogsoplysninger ønskes for en bestemt trækningsdato, uanset terminsdato. Hvis terminsdato ikke er udfyldt, skal feltet udfyldes (AAAAMMDD). |
| Kørselsdato | Dato skal anføres for, hvornår hovedbogsoplysningerne ønskes kørt i VP (efter daglig og periodisk opdatering). |
| Ændring af feltindhold | Ændring sker ved at taste oven i det feltindhold, der ønskes ændret. |
| Sletning af feltindhold | Sletning sker ved at blankstille feltet. |

**SYSTEMVEJLEDNING**

---

**Bestilling via VP's Clearing & Custody Services**
Ved bestilling af hovedbogsoplysninger via Clearing & Custody Services skal udstedende institut bruge en blanket "20.A Anfordring af hovedbogsoplysninger", findes i Blanketter til vejledninger.

Blanketten udfyldes således:

| 1. | | Udtrækningsterminsdato og trækningsdato angiver, hvilke fondskoder der skal med på listen. |
|----|----|----|
| | a. | hvis udtrækningsterminsdato er udfyldt, indeholder listen hovedbogssaldo på de fondskoder, der har udtrækningsterminsdato = den angivne dato. |
| | b. | hvis trækningsdato er udfyldt, indeholder listen hovedbogssaldi på de fondskoder, der har trækningsdato = den angivne dato. |
| | c. | hvis udtrækningsterminsdato og trækningsdato er udfyldt, indeholder listen hovedbogssaldi på de fondskoder, hvor begge kriterier er opfyldt. |
| 2. | | I DATO FOR KØRSEL angives, hvilken dato udstedende institut ønsker hovedbogsoplysningerne produceret. |

**Behandling i VP**
Hovedbogsoplysningerne produceres den ønskede dato efter daglig og periodisk opdatering.

## Oversigt over tomme konti (IK03L01)

Transaktionen OVERSIGT OVER TOMME KONTI bruges af aftalehaver eller det kontoførende institut til at rekvirere en oversigt over de konti, som ikke indeholder fondsaktiver og som ikke er opgjort.

**Indrapportering hos aftalehaver/ i det kontoførende institut**
Vælg OVERSIGT OVER TOMME KONTI

I skærmbilledet kan/skal følgende udfyldes:
- REKVISITIONSNAVN er til eget brug til identifikation af uddata. Feltet er et frit tekstfelt.
- I LEVERINGSSTED angives, om oversigten skal dannes til en terminalprinter eller til datacenter.
- ØNSKET KØRSELSDATO kan være dags dato eller en fremtidig dato. Datoen skal være en bankdag.
- LISTE ØNSKES FOR KONTOFØRENDE INSTITUT
  Her indtastes egen CD-ident eller evt. anden CD-ident, hvortil opdaterings- eller spørgerelationer findes.
- LISTE ØNSKES FOR AFTALEHAVER
  Aftalehaver kan vælge at få listen for alle kontoførende institutter under aftalehaver eller for et interval af disse.

**Behandling i VP**
Oversigten produceres på den ønskede kørselsdato efter daglig og periodisk opdatering.

| **Uddata** | **Modtager** |
|------------|--------------|
| Oversigt over tomme konti | Aftalehaver |
| | Kontoførende institut |

## Skyggetransaktioner kontoregister (IK05L02)

Datacentret kan bestille skyggetransaktioner af kontoregistret ved skriftlig henvendelse til VP's Clearing & Custody Services.

Skyggetransaktioner er en kopi af VP's kontoregister pr. en given dato.



**SYSTEMVEJLEDNING**

---

**Bestilling**
Datacentret kan bestille oplysningerne på følgende niveauer:
- Datacenter-niveau
  Alle VP-konti under kontoførende institutter, der er tilsluttet datacentret
- Aftalehaver-niveau
  Alle VP-konti under en bestemt aftalehaver
- Kontoførende institut-niveau
  Alle VP-konti under et bestemt kontoførende institut

Bestillingen skal indeholde en specification af, hvilke oplysninger skyggetransaktionen skal leveres med.

Der kan vælges mellem følgende typer af oplysninger:

- kontohaveroplysninger
- rettighedshaveroplysninger
- fuldmagtsoplysninger
- renteoplysninger
- udtrækningsoplysninger
- udbytteoplysninger
- ejerbogsnavneoplysninger
- tegningsoplysninger
- konverterings oplysninger

For oplysninger om obligationer og aktier kan angives, om oplysningerne ønskes for alle fondskoder eller for specifikke fondskoder. Bestillingen skal også angive den dato, skyggetransaktionen skal produceres. Datoen kan være dags dato eller en fremtidig dato.

**Behandling i VP**
Skyggetransaktionen produceres den ønskede dato efter daglig og periodisk opdatering.
Skyggetransaktion kontoregister kan kun leveres på tape til datacentre.
Record-layout er beskrevet i Teknisk Vejledning.

## Ad hoc informationsudtræk (IS82L01, IS33L01, ISL0L01)

En centraldeltager kan bestille individuelle informationsudtræk ved skriftlig henvendelse til VP's Clearing & Custody Services. Disse informationsudtræk kan være af en sådan art, at de kræver særlig programudvikling hos VP.

**Bestilling**
Bestillingen skal som minimum indeholde:
- hvilke oplysninger der ønskes på listen
- hvordan oplysningerne skal sorteres
- hvilke udvælgelseskriterier oplysningerne skal opfylde.

Ud over disse oplysninger skal bestillingen angive, hvilken dato udtrækket skal produceres, og hvordan det ønskes leveret.

**Behandling i VP**
Individuelle informationsopgaver er omfattet af VP's særydelser, og VP forbeholder sig ret til at afvise sådanne opgaver. Ved accept af opgaven kan VP eventuelt fastlægge tidspunktet for effektuering af opgaven.



SYSTEMVEJLEDNING

Kan bestilling effektueres, udarbejder VP et pristilbud på, hvad udtræk, evt. programudvikling mv. koster. Tilbuddet sendes til rekvirenten.

Accepterer rekvirenten tilbuddet, udvikler VP programmellet og producerer informationsudtrækket på den ønskede dato. Accepten skal være skriftlig.

Prisen for udtrækket faktureres aftalehaveren på den efterfølgende månedsfaktura.

**Uddata**
Uddata leveres i henhold til bestillingen.

**Faste ad hoc informationsudtræk**
Rekvirenten kan indhente tilbud på fast kørsel af en given informationsopgave.



SYSTEMVEJLEDNING

---

# 14 Testsystem

Testsystemet kan anvendes af centraldeltagernes datacentre ved indsendelse af de relevante blanketter. De enkelte blanketter er beskrevet i

- Forretningsmæssig vejledning afsnit 2
- Systemvejledning afsnit 04 Fondsregister for obligationer og afsnit 07 Aktiefondsregistret



**SYSTEMVEJLEDNING**

# 15 Driftsafvikling

## Oversigt over afviklingsdøgn i VP (PROD.)

| Prod. tider | De angivne produktionstider i dette afsnit er normaltider. For modtagelse af trækningsmaksima er det seneste tidspunkt. |
|---|---|
| 16.15 | DN leverer trækningsmaksima til periodisk afvikling blok 5. |
| 16.30 | DN leverer trækningsmaksima til handelsafvikling blok 10 vedrørende næste afviklingsdag. |
| | Børskurser modtages fra NASDAQ OMX. |
| 16.45 | Afvikling af periodisk afvikling blok 5 vedrørende næste afviklingsdag (valuta: DKK). |
| | Positivliste kan ikke længere ændres. |
| | Når blok 5 afsluttet: DN leverer trækningsmaksima til handelsafvikling blok 10 korrigeret med likviditetspåvirkning fra periodisk afvikling blok 5. |
| 18.00 | VP skifter afviklingsdøgn |
| | Der beregnes ny værdi af samtlige sikkerhedsretsaftaler. |
| | Konto-opdateringer. |
| | Afvikling af Rente og udtrækning (køres på beholdning inden døgnskifte) |
| | Afvikling af Udbytte og Corporate Action (Køres på beholdningen inden døgnskifte) |
| | Afvikling af handelsafvikling blok 10 (valuta: DKK og EUR). |
| | Afvikling af tegningsblok 14 (valuta: DKK og EUR). Afvikles umiddelbart efter at handelsafvikling blok 10 er afviklet. |
| | Påmindelse om ændring af variabel rentesats. |
| | Påmindelse om ændring af variabel krydskurs. |
| | Slutmarkeringslister (eksl. KS96L01) dannes i tidsrummet 18.00 - 01.45. Se afsnit Slutmarkeringslister. |
| 23.15 | DN leverer trækningsmaksima til handelsafvikling blok 20. |
| 00.35 | Afvikling af handelsafvikling blok 20 (valuta: DKK og EUR). |
| 01.45 | DN leverer trækningsmaksima til handelsafvikling blok 30. |



**SYSTEMVEJLEDNING**

| | |
|---|---|
| | VP lukker for indrapportering. |
| 03.00 | Det kan forekomme, at linier, controllere m.v. er lukket ned i tidsrummet kl. 03.00 - kl. 04.30 som følge af vedligeholdelse. Der varsles inden lukningen. |
| 05.00 | VP åbner for indrapportering. |
| | Långiver kan ændre positivliste frem til kl. 16.45. |
| 06.00 | Afvikling af handelsafvikling blok 30 (valuta: DKK og EUR). |
| 07.45 | DN oplyser dagens åbningstider for DN forespørgselsservice. Tidsrummet vil være 08.00 - 15.30. |
| 08.00 | DN åbner for strakshandel i DKK og EUR. |
| 08.35 | VP starter en Procedure i TARGET2 til brug for blok 33 i EUR og deltagerne kan overføre penge til deres SUB - account indtil VP starter en cyklus kl. - 09.05. |
| 09.00 | DN leverer trækningsmaksima til periodisk afvikling blok 35. |
| 09.05 | VP starter en cyklus i TARGET2 i EUR for at trække trækningsmaksima hjem til blok 33. |
| 09.05 | DN leverer trækningsmaksima i DKK til PVP-afvikling blok 33. |
| 09.15 | Afvikling af periodisk afvikling blok 35 (valuta DKK) |
| 09.20 | Afvikling af PVP-afvikling blok 33 (valuta: DKK og EUR). |
| 10.00 | DN leverer trækningsmaksima til handelsafvikling blok 40. |
| 10.15 | Afvikling af handelsafvikling blok 40 (valuta DKK). |
| | Trækningsspecifikation skal være indlagt før kl. 10.30 for udtrækning i dag. |
| | Beregning af udtrækningsprocent (matematisk udtrækning). |
| 11.20 | VP starter en Procedure i TARGET2 til brug for blok 45 i EUR og deltagerne kan overføre penge til deres SUB - account indtil VP starter en cyklus kl. - 11.50 |
| 11.30 | Levering af udtrækningsprocent til NASDAQ OMX. |
| 11.45 | DN leverer trækningsmaksima til handelsafvikling blok 60. |
| 11.50 | VP starter en cyklus i TARGET2 i EUR for at trække trækningsmaksima hjem til blok 45. |
| 12.00 | Afvikling af handelsafvikling blok 60 (valuta DKK). |
| 12.05 | Afvikling af periodisk afvikling blok 45 (valuta EUR). |
| 12.30 | Udtrækning (udtræk 1). |



## SYSTEMVEJLEDNING

|  |  |  |
|---|---|---|
|  |  | Tildeling af retter |
|  |  | Slutmarkeringsliste KS96L01 dannes. Se afsnit 22.1.1. |
|  |  | DN leverer trækningsmaksima til periodisk afvikling blok 65. |
| 12.45 |  | Afvikling af periodisk afvikling blok 65 (valuta ISK). |
| 12.50 |  | VP starter en Procedure i TARGET2 til brug for blok 50 i EUR og deltagerne kan overføre penge til deres SUB - account indtil VP starter en cyklus kl. - 13.20 |
| 13.00 |  | Valutakurser modtages i tidsrummet 13.00 til 16.00. |
| 13.20 |  | VP starter en cyklus i TARGET2 i EUR for at trække trækningsmaksima hjem til blok 50. |
| 13.35 |  | Afvikling af handelsafvikling blok 50 (valuta EUR). |
| 13.50 |  | DN leverer trækningsmaksima til periodisk afvikling blok 55. |
| 14.15 |  | Afvikling af periodisk afvikling blok 55 (valuta SEK) |
| 15.00 |  | DN lukker for strakshandel i DKK og EUR |
|  |  | Mulighed for fastholdelse af sikkerhedsret og panteret er udløbet. |

## Slutmarkeringslister

| KS95L01 |  | Oversigt udtræk-3 lister til datacenter |
|---|---|---|
|  | OU70L01 | Afstemliste forfald udtræk |
|  | OU80L01 | Kontojournal forfald udtræk |
|  | OU80L02 | Ændringsmeddelelse udtrækning 3 |
|  | OU80L03 | Kopi af ændringsmeddelelse KI, udtrækning 3 |
|  | OU80L04 | Ændringsmeddelelse luftpost, udtrækning 3 |
|  |  |  |
| **KS96L01** |  | Oversigt udtræk-1 og tildel-retter lister til datacenter |
|  | EE01L01 | Hovedbogsjournal - tildelte retter |
|  | EE02L01 | Meddelelse om tildelte retter, alm. |
|  | EE02L02 | Tegningsretsoversigt |
|  | EE02L03 | Meddelelse om tildelte retter, luftpost |
|  |  |  |
| **KS97L01** |  | Oversigt ad hoc, udtræk-2 lister til datacenter |
|  | NE02L01 | Tegningsindbydelse alm. |
|  | NE02L02 | Tegningsindbydelse KI |
|  | NE02L03 | Tegningsindbydelse luftpost |
|  | NE33L01 | Konverteringsindbydelse |
|  | NE33L02 | Konverteringsindbydelsesoversigt |
|  | NE33L03 | Konverteringsindbydelse |
|  | OB01L01 | Afstemningsliste betalingsformidling udtræk |
|  | OB04L02 | Udtrækningsliste betalingsformidling |
|  | OB04L04 | Afstemningsliste til KI - udtræk |



**SYSTEMVEJLEDNING**

| | | | |
|---|---|---|---|
| | OU10L01 | Hovedbogsoplysninger til UI | |
| | OU40L01 | Meddelelse vedr. stående lån, alm. | |
| | OU40L02 | Udtrækningsadviseringsliste, stående lån | |
| | OU40L03 | Meddelelse vedr. stående lån, luftpost | |
| | OU50L01 | Afstemningsrapport udtræk stående lån | |
| | | | |
| KS98L01 | | Oversigt tegning lister til datacenter | |
| | DK04L02 | Skygge - VP-konto tegning /konvertible | |
| | NE07L01 | Oversigt ubenyttede retter | |
| | NE13L01 | Oversigt tegning i foreløbig dækningskontrol | |
| | NE13L02 | Oversigt manglende retter | |
| | NE13L03 | Oversigt overskydende retter | |
| | NE14L01 | Hovedbogsjournal tegning | |
| | NE15L01 | Oversigt tegninger endelig dækningskontrol | |
| | NE15L02 | Oversigt over fjernede tegningsdatoer | |
| | NE26L01 | Oversigt rekvisitioner vedr. aktieemission | |
| | NE37L01 | Oversigt konv. foreløbig dækningskontrol | |
| | NE37L02 | Oversigt manglende beholdning. konv. oblg. | |
| | NE37L03 | Oversigt overskydende beholdning konv. oblg. | |
| | NE38L01 | Oversigt konverteringer endelig dækningskontrol | |
| | NE38L02 | Oversigt fjernede konverteringsdatoer | |
| | NE43L01 | Betalinger vedr. konvertering | |
| | | | |
| KS99L01 | | Oversigt daglige lister til datacenter | |
| | DK01L01 | Kontoudskrift til almindelig forsendelse | |
| | DK01L02 | Skyggetransaktion - kontoudskrifter | |
| | DK04L01 | Skyggetransaktioner, VP-konto | |
| | DK13L01 | Ændringsmeddelelse til alm. forsendelse | |
| | DK13L02 | Kopi ændringsmeddelelse, KI | |
| | DK13L03 | Ændringsmeddelelse til luftpost | |
| | DK14L01 | Fejloversigt | |
| | DK15L01 | Kontojournal | |
| | EE04L01 | Fjernede retter - AI | |
| | EE04L02 | Fjernede retter - KI | |
| | NA20L02 | Kvittering - aktiepapir | |
| | NA20L03 | Kvittering - tegningsret | |
| | NA20L06 | Kvittering - tildeling fonds | |
| | NA20L07 | Kvittering - aktieemission | |
| | NA40L01 | Skyggetransaktioner, afondsregister | |
| | OF42L01 | Skyggetransaktioner fondsregister | |

## Linieovervågning

**Centraldeltager:**

Overvågning af linieforbindelsen fra centraldeltageren til og med modem hos VP varetages af centraldeltageren.

Er centraldeltageren tilsluttet via et datacenter kan overvågningen varetages af dette.



SYSTEMVEJLEDNING

---

I tilfælde af fejl påhviler det centraldeltageren straks at foranledige fejlen udbedret og telefonisk at underrette VP's driftsafdeling om fejlen.

## Levering af uddata

Modtagelse af uddata til centraldeltageren sker i overensstemmelse med tilslutningsaftalen.

Ved visse af de større periodiske kørsler kan det af tidsmæssige grunde vise sig nødvendigt at levere uddata via tape/kassetter.

I disse tilfælde skal de berørte datacentre rette skriftlig henvendelse til VP's Clearing & Custody Services

## Nødprocedurer

For at imødegå eventuelle uregelmæssigheder i driftsafviklingen er der udarbejdet nødprocedurer for:
- indsendelse af transaktioner til VP
- forsendelse af uddata fra VP
- levering af infoer

Driftsforstyrrelser hos en centraldeltager eller dennes datacenter er normalt uden betydning for den samlede gennemførelse af de daglige kørsler.

I uheldige tilfælde kan problemerne berøre andre centraldeltagere og i værste fald medføre, at de daglige kørsler ikke kan gennemføres efter driftsplanen.

Det er derfor nødvendigt, at centraldeltageren etablerer/aftaler alternative rutiner til afvikling af opgaver over for VP.

Disse alternative rutiner skal være af en sådan art, at de kan tages i brug med kort varsel.

**Centraldeltager**
En alternativ rutine for centraldeltagere, der kun har standardterminal(er), er:
- indrapportering via en anden centraldeltagers standardterminal
- modtagelse af uddata via en anden centraldeltagers printer

**Datacentre**
En alternativ rutine for datacentre er:
- transmission via andet datacenter
- indtastning under anvendelse af dial-up forbindelse (datacentre)
- fremsendelse af tape til/fra VP

De to første nødprocedurer er beskrevet i efterfølgende afsnit. Ved benyttelse af de andre nødprocedurer kontaktes VP's Help Desk.

**Indberetning via anden centraldeltagers standard terminal IKKE omlagte system**
Ansvaret for nødproceduren påhviler centraldeltageren, og proceduren skal være aftalt med VP i tilslutningsbilagene

**Procedure:**
Den telefoniske kontakt mellem centraldeltagerne og VP foregår som følger:



SYSTEMVEJLEDNING

- Centraldeltageren (CD-1), der ønsker at indberette via en anden centraldeltager (CD-2), kontakter VP og oplyser CD-IDENT og identifikation på den fejlbehæftede terminal eller linie.
- VP foretager kontrolopringning til CD-1.
- CD-2 kontakter VP og bekræfter aftalen om, at CD-1 må indberette via CD-2's terminal. Samtidig oplyses identifikation på den terminal, der stilles til rådighed for CD-1.
- VP foretager kontrolopringning til CD-2.

Den telefoniske kontakt til VP sker i tidsrummet 08.00 -17.00 til Clearing & Custody Services og i tidsrummet 17.00 - on-line slut til VP's Help Desk.

Efter ovennævnte kontroller etablerer VP transmissionsforbindelse til terminalen.
Herefter kan CD-1 foretage indrapportering af transaktioner fra terminalen.

Nødforbindelsen til VP afbrydes automatisk ved sign-off.
Efter afslutning af nødproceduren skal CD-2 kontrollere, at nødforbindelsen er sat ud af kraft. Det sker ved at kontrollere, at CD-IDENTen er ændret i primærmenuen.

**Indberetning via anden centraldeltagers standardterminal Omlagte System**
Der er ingen fysisk sikkerhed, der nødvendiggør en medvirken fra VP. USER og Password er eneste sikkerhed, derfor kan man bruge en hvilken som helst terminal med adgang til VP.

**Levering af uddata ved nedbrud IKKE omlagte system**
Alt uddata til centraldeltagerne opbevares i VP's system i 5 produktionsdage og kan inden for denne periode umiddelbart genskabes/udskrives af centraldeltageren i tilfælde af bortkomst.

Derefter vil uddata blive opbevaret i 3 måneder på magnetbånd og kan normalt genskabes med 1 døgns varsel.

Ved midlertidigt nedbrud på datalinie, terminal eller printer kan centraldeltagere udskrive uddata, når fejlen er udbedret.

Ved længerevarende nedbrud vil det være nødvendigt at levere tids kritiske uddata på anden måde end normalt.

Til dette skal være aftalt:

**Print på anden centraldeltagers terminalprinter**
Ved udskrivning på anden centraldeltagers printer skal nødproceduren være aftalt i tilslutningsaftalen.

Ved udskrivning benyttes samme sikkerhedsprocedure som ved indberetning på anden centraldeltagers terminal.

I undtagelsestilfælde kan følgende nødprocedure bruges:

**Print i VP og postforsendelse/taxa til centraldeltager**
Ønsker centraldeltageren printet udskrevet i VP, skal Clearing & Custody Services kontaktes.
Omkostninger til forsendelse af uddata betales af centraldeltageren.

**Levering af infoer omlagte system**
Alle infoer er on-line tilgængeligt i VP's system i 2 produktionsdage. Derefter vil infoer blive opbevaret i 40 dage og kan normalt genskabes med 1 døgns varsel.
Ved midlertidigt nedbrud på datalinie eller terminal kan centraldeltagere hente infoer hjem, når fejlen er udbedret.



SYSTEMVEJLEDNING

---

Ved længerevarende nedbrud kan det aftales med VP's Clearing & Custody Services, at opbevare infokøerne on-line i en længere periode.

## Beredskabsplaner ved driftsforstyrrelser i VP

**Formål:**
Formålet med beredskabsplanen er at styrke samarbejde, kommunikation og koordination ved at skabe et sæt spilleregler parterne imellem. Med disse fælles regler kan situationen løses med færrest mulige gener for alle parter.

En driftsforstyrrelse defineres som:
- en hvilken som helst forsinkelse af VP's drift på under 24 timer, hvor normal drift kan opnås inden for et rimeligt tidsrum.

Et nøgleord i forbindelse med driftsforstyrrelser i VP er SAMARBEJDE. Det er vigtigt, at VP og samtlige centraldeltagere bestræber sig på at hjælpe hinanden med de opståede problemer.

**Information fra VP:**
Det er væsentligt, at centraldeltagerne løbende holder sig orienteret om situationen af hensyn til hurtig afvikling af online mv.

I forbindelse med driftsforstyrrelser i VP vil information til brugerne ske via AbonnementService. Brugerne som er tilmeldt servicen 'status på VP-systemet' (http://www.vp.dk/abonnement_lukket ) vil modtage en e-mail med de aktuelle driftsforstyrrelser. Samtidig vil samme information blive offentliggjort på den lukkede del af VP's hjemmeside.

Driftsinformation vil altid indeholde:
- dato
- tidspunkt for opdatering
- beskrivelse af problemets art

VP vil foretage opdatering, når der er væsentlige nyheder/ændringer i relation til situationen. Det vil, ud fra oplysningerne, være muligt for centraldeltagerne løbende at planlægge og revidere planerne for egne aktiviteter.

Danmarks Nationalbank underrettes særskilt om situationen, således at man ud fra egen beredskabsplan kan planlægge eventuelt ændret/forlænget åbningstid.

**Information af aftalehavernes med arbejdere**
Information af de relevante medarbejdere hos aftalehaveren påhviler aftalehaveren selv.

Se i øvrigt afsnittet om egen beredskabsplan.

**Kontakt mellem afviklingsansvarlig og andre centraldeltagere**
VP kan, jf. tilslutningsaftalen, kræve, at centraldeltagerne holder nødvendige funktioner bemandet, således at afvikling af papirer og penge kan gennemføres.

Centraldeltageren fastlægger selv, i relation til den konkrete situation, hvilke funktioner der er nødvendige af hensyn til centraldeltageren selv og handelspartnere mv.

SYSTEMVEJLEDNING

---

Det vil være op til den enkelte afviklingsansvarlige at kontakte de handelspartnere og funktioner (likviditetsafdelinger og kontoførende institutter), som menes at være nødvendige for at kunne gennemføre handler og betalingsformidling.

NB! Vær opmærksom på disses åbningstider.

Se i øvrigt afsnittet Centraldeltagerens egen beredskabsplan.

**Betalingsformidling af handler**
Ved driftsforstyrrelser i VP er det væsentligt, at betalingsformidlingen, er gennemført.

At betalingsformidlingen ikke er gennemført kan skyldes tekniske årsager eller på grund af manglende pengedækning.

Ved manglende pengedækning, skal de involverede parter aftale, hvordan situationen løses, jf. afsnit om kontakt mellem afviklingsansvarlige og andre centraldeltagere. Der skal stilles de nødvendige garantier, respektive aftales overførsler af papirer samt penge i Nationalbanken.

**Online åbningstid**
I tilfælde af driftsforstyrrelser i VP vil online åbningstiden blive fastlagt individuelt under hensyntagen til situationen.

**Koordination af online åbningstid og Nationalbankens åbningstid**

Nationalbankens åbningstid for forespørgsler og overførsler vil blive afpasset efter den konkrete situation. Nationalbanken har udarbejdet sin egen beredskabsplan til brug i nedbrudssituationer.

Under en driftsforstyrrelse vil VP og Nationalbanken, holde tæt kontakt.

Ændringer i Nationalbankens planer for åbningstider vil, ud over anvendelse af Nationalbankens egne kanaler, blive informeret ud via AbonnementService til abonnenter på 'VP-information'.

## Centraldeltagerens egen beredskabsplan
### Centraldeltager

Centraldeltagerne skal ved en driftsforstyrrelse sikre, at anmeldelser og rettelser bliver indrapporteret, således at handler kan gennemføres. Centraldeltagerne skal også sikre, at betalingsformidlingen kan gennemføres.

For at sikre bedst mulig opfyldelse af ovennævnte krav anbefales det, at hver enkelt centraldeltager udarbejder en intern beredskabsplan.

Målet med beredskabsplanen er på forhånd at fastlægge, hvem der har ansvar for gennemførelse af centraldeltagerens aktiviteter - hvem gør hvad hvornår.

Beredskabsplanen giver følgende fordele:
- der er skitseret en løsning for de opståede problemer
- planen sikrer, at alle relevante forhold huskes
- planen fastlægger arbejdsdeling internt

Nedenfor er en række nøglepunkter, som bør beskrives i en eventuel beredskabsplan. Punkterne kan bruges som idegrundlag ved udarbejdelse af planen.

SYSTEMVEJLEDNING

---

Punkterne skal betragtes som minimumskrav til beredskabsplanen. Andre forhold hos centraldeltageren kan gøre, at yderligere punkter skal fastlægges i beredskabsplanen.

Nøglepunkter
- intern kommunikation/koordination
- bemanding af nødvendige funktioner
- indrapportering af preadvice
- sikring af afvikling af handler
- sikring af gennemførelse af betalingsformidling - handel
- sikring af gennemførelse af betalingsformidling - periodiske betalinger
- opdatering af trækningsmaksima i Danmarks Nationalbank eller Den Europæiske Centralbank (EUR)
- opdatering af trækningsmaksima på pengeinstitutkonti
- kontakt til handelspartnere mv.
- løsning af interne problemer
- kontakt til nøglepersoner

Bemærkninger til nøglepunkterne:

1. Intern kommunikation/koordination
Beredskabsplanen kan indeholde en beskrivelse af nøglefunktioner ved en driftsforstyrrelse. Ud fra disse beskrives, hvordan der kommunikeres mellem funktioner/personer.
- hvem har ansvaret for kommunikation og koordination?
- hvordan foretages kommunikationen?
- hvem skal have information om situationen?
- hvordan koordineres arbejdet f.eks. mellem filialer og hovedkontor?

2. Bemanding af nødvendige funktioner
Planen bør indeholde en oversigt over, hvilke funktioner/afdelinger der skal bemandes ud over normal arbejdstid for at sikre indrapportering af de nødvendige transaktioner.

Varsling af eventuelt overarbejde påhviler den enkelte centraldeltager.

3. Indrapportering af preadvice
Centraldeltageren skal ved passende forretningsgange sikre, at de nødvendige transaktioner kan opdateres i VP's registre. Dette kan ske enten ved indrapportering til batchopsamling i eget datacenter (indrapportering i normal åbningstid) eller ved at sende den nødvendige dokumentation til den funktion, man ifølge beredskabsplanen har besluttet, skal være på plads, når VP har on-line åbent.

Funktionen kan være centraldeltagerens centrale fonds-/depotafdeling.

Inden indsendelse til anden funktion skal det kontrolleres, om denne kan opdatere på de berørte konti (opdateringsrelation).

4. Sikring af afvikling af handler
Afviklingsansvarlige skal ved bemanding af de nødvendige funktioner sikre, at handler kan gennemføres, og at eventuelle rettelser kan foretages, når VP har on-line åbent.

I bemandingsplanlægningen skal der tages højde for, at medarbejderne har de nødvendige autorisationer til indrapporteringer.

5. Sikring af gennemførelse af betalingsformidling - handel
Afviklingsansvarlige skal ved bemanding af nødvendige funktioner sikre, at eventuelle pengeovertræk kan løses hurtigst muligt.



SYSTEMVEJLEDNING

I relation til gennemførelse af betalingsformidlingen skal afviklingsansvarlige og pengeinstitutter i størst muligt omfang sørge for, at de nødvendige funktioner er bemandet, alternativt at pengesiden kommer på plads inden for normal åbningstid.

Bemandingen skal planlægges under hensyntagen til den af Nationalbanken meddelte åbningstid.

### 6. Sikring af gennemførelse af betalingsformidling - periodiske betalinger
Udstedere og aktieudstedende institutter skal ligeledes sikre sig, at der for det fornødne pengetræk hos en primær betalingsstiller er stillet et trækningsmaksimum til rådighed over for udstederen/aktieselskabet. Trækningsmaksimum kan evt. indrapporteres af VP på foranledning af den primære betalingsstiller.

### 7. Opdatering af trækningsmaksima i Danmarks Nationalbank
Afviklingsansvarlige skal ved planlægning sikre, at trækningsmaksima i Danmarks Nationalbank og Den Europæiske Centralbank kan opdateres. Man bør især være opmærksom på, at de nødvendige garantier kan stilles. Derfor skal der tages kontakt med likviditets- og kreditafdelingen i det pengeinstitut, man samarbejder med. I den forbindelse skal man være opmærksom på åbningstiden i denne afdeling.

### 8. Opdatering af trækningsmaksima på pengeinstitutkonti
Centraldeltagere, der betalingsformidler via pengeinstitutkonti, skal i deres beredskabsplan tage højde for, at trækningsmaksima skal opdateres (aftales) inden for pengeinstitutternes normale åbningstid. Pengeinstituttet kan, hvis det ikke er muligt at opdatere trækket direkte i systemet, indsende en garanti til VP for, hvor meget der kan trækkes på den pågældende konto. Så indlægger VP oplysningerne i systemet.

Centraldeltagerens beredskabsplan skal dog indeholde tiltag, der i størst muligt omfang giver adgang til forlods at foretage denne opdatering.

### 9. Kontakt til handelspartnere mv.
Centraldeltagerens (afviklingsansvarliges) beredskabsplan bør indeholde planer for, hvordan handelsparterne, kontoførende institutter, likviditetsafdelinger og andre, man er afhængig af, kontaktes for at aftale, hvorledes tingene gennemføres.

Modtager centraldeltageren uddata via datacenter, skal dette også kontaktes for at aftale procedure for modtagelse af uddata.

Beredskabsplanen skal også indeholde oplysninger om, hvordan man kontakter større institutionelle investorer og aftaler betaling fra dem. Det skal også fastslås, hvad man eventuelt ønsker at bruge som dokumentation for handelens afvikling.

### 10. Løsning af interne problemer
Planen bør indeholde en oversigt over de interne problemer, centraldeltageren og datacentret skal tage stilling til i den konkrete situation. Planen skal skitsere, hvilke problemer der kan løses uafhængigt af andre centraldeltagere.

Problemerne kan være:
- behandling af uddata på afvigende tidspunkter
- behandling af uddata, når den samme liste modtages flere gange inden for samme kalenderdøgn, men med forskellige produktionsdage (datacenter)
- afsendelse af batches (datacenter)
- opsamling af transaktioner/batches til senere afsendelse
- information til egen organisation
- information til eksterne brugere (datacenter)



S YSTEMVEJLEDNING

---

- behandling af infoer på afvigende tidspunkter

**11. Kontakt til nøglepersoner**
Planen bør indeholde en oversigt over centraldeltagerens nøglefunktioner og nøglepersoner i relation til
de opståede problemer.

## Beredskabsplan for tilbagekaldelse af periodiske betalinger

Beredskabsplan for tilbagekaldelse af periodiske betalinger er beskrevet følgende steder i
Systemvejledningen:

- Beredskabsplan for tilbagekaldelse af rente                   - afsnit 05
- Beredskabsplan for tilbagekaldelse af udtrækningsprovenu   - afsnit 06
- Procedure for tilbagekaldelse af udbytte                      - afsnit 11
- Betalinger fra corporate actions                            - afsnit 120

## Oversigt oer afviklingsdøgn i VP (DEMO Test)

| DEMO tider | |
|---|---|
| | De angivne demotider i dette afsnit er normaltider for VP's demo-test. |
| | |
| | Når VP gennemfører ekstern test, kan det forekomme, at Danmarks Nationalbank leverer trækningsmaksima til de deltagere, som er oprettet som primære betalingsstillere i demo-test. Det angivne tidspunkt for trækningsmaksima er det seneste tidspunkt for modtagelsen i VP. Deltagere skal forud have overført beløb til deres konti i Danmarks Nationalbank senest 5 minutter før de angivne tider. Til handelsafvikling blok 10 skal beløb være overført inden 15.45. Overførte beløb efter dette tidspunkt og indtil handelsafvikling blok 30 er afviklet, vil ikke få indflydelse på de trækningsmaksima VP modtager. |
| | |
| 14.00 | DN leverer trækningsmaksima til periodisk afvikling blok 5 |
| | |
| 14.50 | DN leverer trækningsmaksima til handelsafvikling blok 10 |
| | |
| 15.50 | Børskurser modtages fra NASDAQ OMX. |
| | |
| 15.00 | Afvikling af periodisk afvikling blok 5 vedrørende næste afviklingsdag (valuta DKK). |
| | |
| | Positivliste kan ikke længere ændres. |
| | |
| 15.10 | DN leverer trækningsmaksima til handelsafvikling blok 10 korrigeret med likviditetspåvirkning fra periodisk afvikling blok 5. |
| | |
| 15.30 | VP skifter afviklingsdøgn |
| | |
| | Der beregnes ny værdi af samtlige sikkerhedsretsaftaler. |
| | |
| | Konto-opdateringer. |
| | |



SYSTEMVEJLEDNING

| DEMO tider | |
|---|---|
| | Afvikling af<br>Rente og udtrækning (køres på beholdning inden døgnskifte) |
| | Afvikling af<br>Udbytte og Corporate Action (Køres på beholdningen inden døgnskifte) |
| | Afvikling af handelsafvikling blok 10 (valuta: DKK og EUR). |
| | Afvikling af tegningsblok 14 (valuta: DKK og EUR). Afvikles umiddelbart efter at handelsafvikling blok 10 er afviklet. |
| | Påmindelse om ændring af variabel rentesats. |
| | Påmindelse om ændring af variabel krydskurs. |
| | Slutmarkeringslister (eksl. KS96L01) dannes i tidsrummet 15.30 – 17.30.<br>Se afsnit Slutmarkeringslister |
| 15.50 | DN leverer trækningsmaksima til handelsafvikling blok 20. |
| 16.00 | Afvikling af handelsafvikling blok 20 (valuta DKK og EUR).<br>Blok 20 kører normalt uden handelsafvikling, men kan ændres ved at rette henvendelse til VP - Clearing & Custody Services i god tid før en evt. test mod blokken. |
| 19.30 | DN leverer trækningsmaksima til handelsafvikling blok 30 |
| 20.00 | VP lukker for indrapportering. |
| 03.00 | Det kan forekomme, at linier, controllere m.v. er lukket ned i tidsrummet kl. 03.30 - kl. 04.30 som følge af vedligeholdelse. Der varsles inden lukningen. |
| 05.00 | VP åbner for indrapportering. |
| | Långiver kan ændre positivliste frem til kl. 16.00. |
| 05.00 | Afvikling af handelsafvikling blok 30 (valuta DKK og EUR).<br>Blok 30 kører normalt uden handelsafvikling, men kan ændres ved at rette henvendelse til VP - Clearing & Custody Services i god tid før en evt. test mod blokken. |
| 07.45 | DN åbner for strakshandel i DKK og EUR |
| 08.05 | VP starter en Procedure i TARGET2 til brug for blok 33 i EUR og deltagerne kan overføre penge til deres SUB - account indtil VP starter en cyklus kl. - 08.35 |
| 08.30 | DN leverer trækningsmaksima til periodisk afvikling blok 35. |
| 08.35 | VP starter en cyklus i TARGET2 i EUR for at trække trækningsmaksima hjem til blok 33 |
| 08.35 | DN leverer trækningsmaksima i DKK til periodisk afvikling blok 33. |
| 08.45 | Afvikling af periodisk afvikling blok 35 (valuta DKK). |



**SYSTEMVEJLEDNING**

| DEMO tider | |
|---|---|
| | |
| 08.50 | Afvikling af PVP-afvikling blok 33 (valuta DKK og EUR). |
| | |
| 09.00 | Trækningsspecifikation skal være indlagt før kl. 9.00 for udtrækning i dag. |
| | |
| | Beregning af udtrækningsprocent (matematisk udtrækning) |
| | |
| 09.30 | DN leverer trækningsmaksima til handelsafvikling blok 40. |
| | |
| | Levering af udtrækningsprocent til NASDAQ OMX. |
| | |
| 09.45 | Afvikling af handelsafvikling blok 40 (valuta DKK). |
| | |
| 10.50 | VP starter en Procedure i TARGET2 til brug for blok 45 i EUR og deltagerne kan overføre penge til deres SUB - account indtil VP starter en cyklus kl. - 11.20 |
| | |
| 11.15 | DN leverer trækningsmaksima til handelsafvikling blok 60. |
| | |
| 11.20 | VP starter en cyklus i TARGET2 i EUR for at trække trækningsmaksima hjem til blok 45 |
| | |
| 11.30 | Afvikling af handelsafvikling blok 60 (valuta DKK) |
| | |
| 11.35 | Afvikling af periodisk afvikling blok 45 (valuta EUR) |
| | |
| 11.45 | Udtrækning (udtræk 1) |
| | |
| | Tildeling af retter |
| | |
| | Slutmarkeringsliste KS96L01 dannes. Se afsnit 22.1.1. |
| | |
| 12.15 | DN leverer trækningsmaksima til periodisk afvikling blok 65 |
| | |
| 12.20 | VP starter en Procedure i TARGET2 til brug for blok 50 i EUR og deltagerne kan overføre penge til deres SUB - account indtil VP starter en cyklus kl. - 12.50 |
| | |
| 12.30 | Afvikling af periodisk afvikling blok 65 (valuta ISK) |
| | |
| 12.50 | VP starter en cyklus i TARGET2 i EUR for at trække trækningsmaksima hjem til blok 50 |
| | |
| 13.05 | Afvikling af handelsafvikling blok 50 (valuta EUR). |
| | |
| 13.20 | DN leverer trækningsmaksima til periodisk afvikling blok 55. |
| | |
| 13.30 | Mulighed for fastholdelse af sikkerhedsret og panteret er udløbet. |
| | |
| 13.45 | Afvikling af periodisk afvikling blok 55 (valuta SEK). |
| | |
| 14.00 | DN lukker for strakshandel i DKK og EUR |
| | |



SYSTEMVEJLEDNING

| DEMO tider | |
|---|---|
| 14.30 | Den systemmæssige lås på beholdninger iht. sikkerhedsret og panteret udløber. Vinduet for ændringer til positivliste m.m. er dermed åbnet. |
| | |
| 15.00 | Valutakurser til PROD. modtages i tidsrummet 13.00 til 16.00 og opdateres i demo-test den efterfølgende dag. |



**SYSTEMVEJLEDNING**

# 16 Årsultimo

VP indberetter ultimooplysninger til SKAT i henhold til Skattekontrolloven.

Der dannes meddelelse til kontohaver, evt. rettighedshaver(e) og lister til kontoførende institut m.v. om indberetningen. Fuldmagter til udgåede centraldeltagere, opgjorte konti og udgåede fondskoder slettes.

I dette afsnit er flere gange nævnt datoen den 30.12. Hermed menes sidste bankdag i året.

Skematisk oversigt over tidslinien for årsultimo.

| VP-aktiviteter | Dato | Centraldeltager-aktiviteter |
|---|---|---|
| | 01/10 | |
| 1. Kontrol af kontoregister | | |
| 2. Test af årsultimo for datacentre | 01/11 | 3. Rettelse af CPR/SE-nr. og skattestatus |
| | Medio november | 4. Indberetning/ændring af ultimokurs |
| 5. Sletning af fuldmagter | | |
| 6. Oprettelse af ultimo-kontoregister | Sidste bankdag i året | |
| 7. Dannelse af årlig totaloversigt af meddelelsesfravalg | 01/01 | |
| 8. Dannelse af årsopgørelser og skattejournal | Primo januar | 9. Forespørgsel på ultimo kontoregister |
| 10. Indberetning til 𝗦𝗞𝗔𝗧 | | |
| | Medio januar | 11. Manuel indberetning til SKAT |
| 12. Sletning af konti Sletning af fondskoder | | |
| | 01/02 | |

## Aktiviteter ved årsultimo

I dette afsnit gennemgås de aktiviteter, der er vist på tidslinien.

| 1. | Kontrol af kontoregister |
|---|---|
| | For at sikre korrekt indberetning til SKAT foretager VP en kontrol af kontoregistret. |
| | Følgende kontrolleres normalt primo oktober måned: |



SYSTEMVEJLEDNING

| | - | opbygning af CPR/CVR-nr. (moduluskontrol) |
|---|---|---|
| | - | om skattestatus for kontohaver er korrekt udfyldt |
| | - | om skattestatus for rettighedshaver er korrekt udfyldt |
| | - | om kombination af skattestatuskoder mellem kontohaver og rettighedshaver er korrekt |
| | | |
| | Konstateres der fejl, udskrives "Kontrolliste til indberetning" (DK52L01) med angivelse af, hvad fejlen er. | |
| | | |
| 2. | Test af årsultimo for datacentre | |
| | Testen er et tilbud til datacentre. Formålet er at sikre, at datacentrene kan modtage og håndtere det uddata, der produceres ved årsultimokørslen. | |
| | | |
| | Nøjagtigt tidspunkt for testen fastsættes af VP og meddeles i VP-information. Normalt finder testen sted i november måned. | |
| | | |
| | Datacentrene tilmelder sig testen ved indsendelse af blanket 23.1.A | |
| | | |
| 3. | Rettelse af CPR/CVR-nummer og skattestatus | |
| | Ud fra "Kontrolliste til indberetning" (DK52L01) kan det kontoførende institut foretage rettelser i kontoregistret, således at VP kan indberette til SKAT. | |
| | | |
| | Ændringerne kan foretages til og med sidste bankdag i året. | |
| | | |
| 4. | Indberetning/ændring af årsultimokurs | |
| | Til brug for registrering af årsultimokurser udsender VP primo december følgende lister DK75L04 "Manglende kursoplysninger unoterede obligationer" og DK75L05 "Manglende kursoplysninger unoterede aktier" over papirløse fondskoder, der **ikke** er markeret som 'børsnoterede' i VP. Den udstedelsesansvarlige indberetter kurser på obligationer, investeringsforeningsbeviser og aktier til VP ved anvendelse af transaktion D280 - Vedligehold årsultimokurs. Kurserne skal være registreret i VP senest den sidste bankdag i året - se Ændring af årsultimokurs. | |

**Bemærk**

For børsnoterede investeringsforeningsbeviser, aktier og obligationer samt unoterede investeringsforeningsbeviser leverer NASDAQ OMX en årsultimokurs til VP, som altid benytter denne kurs, uanset at udstederen også leverer en årsultimokurs.

I tilfælde, hvor særlige forhold gør sig gældende for en fondkode, fx. at udstederen er gået i betalingsstandsning eller er under konkurs, skal det udstedende institut respektive det aktieudstedende institut sikre levering af en årsultimokurs til VP senest den sidste bankdag i året. Dette gælder for alle papirløse fondskoder, såvel børsnoterede som unoterede.

Datacentrene skal sende blanket 23.1.B til Clearing & Custody Services. Af blanketten skal fremgå, om datacentret ønsker leveringen af årskørslen enten straks efter første kørsel (før kurskorrektion), eller om levering ønskes senere(efter kurskorrektion), når de endelige kurser er på plads. Datacentret har samtidig mulighed for at angive om "Årsopgørelse" (DK51L01) og "Skattejournal" (DK51L02) ønskes på kassette eller over linien.

Opmærksomheden henledes på, at Datacentrene kan vælge enten levering før eller efter kurskorrektion inden for basisdelen. Ønskes begge kørsler, faktureres for den ene.

| 5. | Sletning af fuldmagter |
|---|---|
| | VP gennemgår kontoregistret og sletter fuldmagter til fuldmagtshavere, som ikke længere eksisterer som centraldeltagere. Slettede fuldmagter dokumenteres på listen "Journal over |



## SYSTEMVEJLEDNING

| | | |
|---|---|---|
| | | slettede fuldmagter" (DK59L01), som sendes til kontoførende institut. |
| | | |
| 6. | | Oprettelse af Ultimo-kontoregister |
| | | VP opretter efter opdatering den sidste bankdag i året et ultimokontoregister, indeholdende oplysninger om årets udbetalte terminsrenter, udtrukne andele, udbytteoplysninger og beholdninger med status sidste bankdag i året. |
| | | |
| 7. | | Dannelse af årlig totaloversigt af meddelelsesfravalg (til KI/DC) |
| | | Hvert år pr. ultimo året danner VP en oversigt af meddelelsesfravalg. For hver fravalg per kontohaver/rettighedshaver dannes info TI204041 (skygge) service SI20346. |
| | | |
| 8. | | Dannelse af årsopgørelser og skattejournal |
| | - | "Årsopgørelse" (DK51L01) til kontohaver og evt. rettighedshavere |
| | - | "Skattejournal" (DK51L02) til det kontoførende institut |
| | | |
| 9. | | Forespørgsel på ultimo kontoregister |
| | | De kontoførende institutter kan i januar måned forespørge på oplysningerne i ultimokontoregistret i ikke omlagt system. |
| | | |
| 10. | | Indberetning til SKAT |
| | | VP indberetter følgende oplysninger til SKAT: |
| | - | udbetalte terminsrenter af obligationer |
| | - | udtrukne andele af 'sortstemplede' obligationer |
| | - | udtrukne andele af fremmedmøntede obligationer |
| | - | udlodning fra investeringsforening |
| | - | udbytte af børsnoterede aktier, for personer, interessentskaber*, kommanditselskaber* og enkeltmandsvirksomheder*. |
| | - | kursværdi af obligationsbeholdninger pr. sidste bankdag i året. |
| | - | kursværdi af beholdninger i børsnoterede aktier pr. sidste bankdag i året, for personer, interessentskaber*, kommanditselskaber* og enkeltmandsvirksomheder*. |
| | - | kursværdi af beholdninger for investeringsforeningsbeviser pr. sidste bankdag i året. |
| | | "Fejloversigt vedrørende indberetning" (DK50L01) |

*) Depottype 98 og 99 kan kun anvendes på depoter med CVR-nummer.

| | | |
|---|---|---|
| 11. | | Manuel indberetning til SKAT |
| | | Kontoførende institut skal ud fra "Fejloversigt vedrørende indberetning" (DK50L01) foretage manuel indberetning direkte til SKAT . |

**Bemærk**
I løbet af februar måned udskriver SKAT "Afviste indberetninger fra SKAT " (DK90L01), som suppleres af VP med oplysning om kontoførende instituts CD-ident, navn og adresse og sendes til kontoførende institut.

| | | |
|---|---|---|
| 12. | | Sletning af konti og sletning af fondskoder. |
| | | Hvert år i midten af januar måned foretager VP oprydning af VP-konti og fondskoder. |

Når der er foretaget indberetning til SKAT, slettes VP-konti, der opfylder følgende betingelser:

- opgørelses-dato er udfyldt
- nominel beholdning = 0
- udtrukket beholdning = 0
- der har ikke været, aktie- eller obligationsbeholdninger efter sidste gebyrberegning



### SYSTEMVEJLEDNING

- der findes ikke oplysninger om rente, udtrækning, aktieudbytte eller udbytte fra investeringsforeninger vedrørende indeværende kalenderår

Det kontoførende institut kan vælge at få "Journal over slettede konti" (DK77L01) som dokumentation for sletninger.

Aktiefondskoder slettes, når følgende betingelser er opfyldt:

- aktiebeholdning (hovedbogssaldo) = 0 i mindst ét år.
- fondskoden er inaktiv.

Det aktieudstedende institut får "Sletning af aktiefondskoder" (NK01L07).

**Bemærk**
Sletning af opgjorte VP-konti sker desuden primo juni efter gebyrkørslen pr. den 31. maj.



SYSTEMVEJLEDNING

# 17 VP-standardsystem

Afsnit 17 beskriver VP's standardsystem og henvender sig således til alle brugere, der benytter VP's standardsystem - direkte eller via et datacenter.

Er terminalen tilsluttet via datacenter, kan datacenteret oplyse, hvordan der kommes ind i VP-standardsystemet.

Afsnit 17. er opdelt i hovedafsnit:
- Terminalbetjening - omlagt system
- Terminalbetjening - ej omlagt system
- Terminalbetjening - vp.ONLINE

Hvert hovedafsnit indledes med en kort beskrivelse af, hvad der findes i afsnittet.

## Opbygning af VP-standardsystem

VP's standardsystem består af en række skærmbilledfunktioner, tilbudt gennem en 3270-grænseflade. Funktionerne er udviklet til at gennemføre opdateringer samt lave forespørgsler på, til VP-systemet. 3270-funktionerne er beskrevet i se afsnit Terminalbetjening – omlagt system og afsnit Terminalbetjening – ej omlagt system

Deltagerne skal selv foretage administrationen af brugeradgang til de forskellige 3270-funktioner. Denne administration foretages af en såkaldt masterbruger i nogle særlige menufunktioner. Disse funktioner er beskrevet i denne vejledning (se afsnit Terminalbetjening – omlagt system og afsnit Terminalbetjening – ej omlagt system)

VP giver kunderne mulighed for at vælge mellem en række forskellige måder at kommunikere med VP-systemerne på.

Ud over standardsystemet er den mest anvendte kommunikationsform system-til-system grænsefladen. Her kommunikerer kundens egne systemer direkte med VP's systemer gennem en teknisk fastlagt struktur. Data indsendes som transaktioner, og svardata returneres i form af infomeddelelser. Alle disse strukturer er grupperet i såkaldte services. De øvrige afsnit i denne systemvejledning beskriver denne grænseflade.

vp.ONLINE er et unikt og meget brugervenligt web-baseret kundeservicesystem, udviklet til back-office i nationale og internationale finansvirksomheder, som handler på det danske marked. Systemet er udviklet i tæt samarbejde med brugerne og vil hele tiden blive udviklet i takt med markedskrav og ønsker.

Herudover understøtter VP visse former for SWIFT-kommunikation. Denne grænseflade er beskrevet særskilt. Flere oplysninger kan fås ved henvendelse til VP Custody Service.

EKSEMPEL på, hvad der sker med en transaktion til VP:
Registrering af preadvice (handel) i VP-systemet.

Via standardsystemet:
- handlen indrapporteres via 3270-grænsefladen
- der svares på skærmen;
transaktionen er modtaget i VP og har fået retsvirkning
- oplysninger til opfølgning på, om handlen matches med modpartens indrapportering, gennemføres på afviklingsdagen mv. kan findes ved at anvende nogle af de oversigtsfunktioner, der findes i 3270-menuen.



## SYSTEMVEJLEDNING

- Der dannes samtidig en infomeddelelse om den indrapporterede handel til såvel indsenderen af transaktionen som de øvrige berørte deltagere, såsom modparten og dennes kontofører og/eller pengekontofører. Men disse infoer kan kun modtages via system-til-system-forbindelsen.

**Via system-til-system-forbindelse:**
- preadvice (handel) indsendes via system-til-system-forbindelsen
- der returneres svar i en infomeddelelse med besked om, at transaktionen er modtaget i VP og har fået retsvirkning, og samtidig udsendes info til øvrige berørte deltagere.
- når handlen matches, gennemføres eller afvises, udsendes infomeddelelser til de berørte deltagere.

Det skal bemærkes, at der ved indsendelse af transaktioner via standardsystemet alene returneres en besked om, at transaktionen er modtaget, og at den har fået en modtaget-tid, som efter transaktionens gennemførelse vil blive til retsvirkningstidspunktet.

**Via vp.ONLINE:**
- preadvice (handel) indrapporteres via vp.ONLINE

## Terminalbetjening – omlagt system

En del af standardsystemet udgøres af en række skærmbilledfunktioner til en såkaldt 3270-grænseflade. 3270-funktionerne er samlet i et menusystem. Det er gennem dette menusystem, at adgangskontroller udføres, og her en masterbruger kan definere brugerspecifikke menuhierarkier, masterbrugerfunktioner er beskrevet efterfølgende i afsnit (Menuadministration til masterbruger).

Menusystemet har nogle generelle logon- og password-procedurer samt en standard for, hvorledes funktionstasterne (F-taster) anvendes. Vejledning i betjening af 3270-menuen er beskrevet efterfølgende, se (Betjeningsvejledning til 3270-menusystem).

Det er ikke alle brugere, der har brug for adgang til alle de funktioner, der tilbydes i menusystemet; først og fremmest vil det forretningsområde, kunden (VP deltageren) dækker over for VP, være afgørende for, hvilke funktioner der vil være mulige at udføre. Det afhænger af den tilslutningsaftale, kunden og VP har indgået.
Herudover er det muligt at differentiere menufunktionerne til de enkelte brugere. Denne differentiering foretages af en masterbruger (Menuadministration til masterbruger).

### Betjeningsvejledning til 3270-menusystem

#### Logon
**Formål:**
At sikre, at kun autoriserede brugere (usere) får adgang til menusystemet igennem en kontrol imod VP's sikkerhedssystem.

**Forudsætninger:**
At deltageren (cd-identen) er oprettet, og at den pågældende user er oprettet under deltageren, hvor logon forsøges.

**Behandling:**
Masterbrugeren logger på med den af VP tildelte user. Tilsvarende logger useren på med den af masterbrugeren tildelte user.

Af sikkerhedsmæssige årsager afkræves masterbrugeren og useren et nyt password ved første logon.



SYSTEMVEJLEDNING

---

En user suspenderes, hvis der 4 gange er forsøgt adgang med forkert password. Masterbrugeren kan ved hjælp af vedligehold user (A128) genetablere en user, som er blevet suspenderet. Password for useren vil herefter være START1 (med store bogstaver).

Hver 90. dag afkræves masterbrugeren og useren automatisk et nyt password.

### Ændring af password

**Formål:**
At en user kan ændre sit password i sikkerhedssystemet.

**Forudsætninger:**
At user er oprettet i sikkerhedssystemet.

**Behandling:**
Både gammelt og nyt password skal indtastes. Godkendes det nye password, vises logon billedet på ny, og useren benytter sit nye password for at logge på systemet.

Et password skal være på min. 6, max. 8 tegn og i en kombination af tal og bogstaver - mindst et af hvert - og skal være forskelligt fra de seks foregående passwords. Passwords skal indtastes med store bogstaver. Hvis der er fejl i ændringen, skal samtlige passwords indtastes på ny. Der testes desuden for "trivielle" passwords, d.v.s. at eksempelvis passwords, der starter med navne på ugedage eller måneder er ugyldige.

### Funktioner, som kan udføres på menuhierarki

**Formål:**
At præsentere en menu for en user med de menupunkter som masterbrugeren har autoriseret useren til.

**Forudsætninger:**
At useren er oprettet og tilknyttet menupunkter. Et menupunkt kan fx aktivere en 3270-funktion eller et nyt menupunkt.

**Behandling:**
For at udføre et menupunkt sættes "X" ud for det ønskede menupunkt eller feltet "udfør" udfyldes med det mnemotekniske navn. Herefter trykkes ENTER, og såfremt menupunktet er tilknyttet en procedure med transaktioner, vises skærmbilledet til denne.

Useren kan angive, hvor mange niveauer menuen skal præsenteres i. Det kan også angives, hvorfra menuen skal vises, ved at angive det mnemotekniske navn. Menuen opdateres ved at benytte 'vis' funktionen.

Der er plads til 150 menu-punkter. FREM og TILBAGE funktionerne benyttes til at bladre med. Er userens menu større end dette, må useren begrænse viste menu-punkter, der skal startes fra.

Ved angivelse af C (collapse = sammentræk) ud for et menupunkt, skjules alle underliggende punkter. Menupunkter, der er skjulte, markeres ude i højre side som "*" i hierakiet. For igen at vise de underliggende niveauer skrives E (expand = udvid) i det "*" markerede punkt. *

Skjulte menupunkter forsvinder, så snart menupunkterne udføres, og / eller der vælges forespørgsel.

---

\* Kan kun anvendes ved menupunkter der ikke har nogen procedure tilknyttet.



## SYSTEMVEJLEDNING

### Menuadministration til masterbruger

Afsnittet indeholder en beskrivelse af, hvordan man kommer i gang med at opbygge eget menuhierarki og tildeler de enkelte medarbejdere adgang til de relevante funktioner.
Det er vigtigt, at man sætter sig ind i den overordnede beskrivelse i afsnittet (Beskrivelse af menusystemet), før der gåes videre med at anvende de enkelte funktioner, der er beskrevet i afsnittet (Funktioner til masterbruger).

Som en hjælp er der lavet eksempel på opbygning af menusystemet, Eksempel på opbygning af menusystemet samt en oversigt over, hvilke menupunkter der er mulige for hver tilslutningsfunktion. Se Menupunkter pr. tilslutningsfunktion.

### Beskrivelse af menusystemet

**Indledning:**
Menusystemet gør det muligt for en aftalehaver at opsætte forskellige autorisationsprofiler for hver medarbejder hos en deltager, som er oprettet i VP.

**Forudsætninger:**
Når en centraldeltager oprettes i VP, tilknyttes der automatisk en række transaktioner ud fra det/de funktionsområder, som der bliver valgt (se Menupunkter pr. tilslutningsfunktion).

Menusystemet benyttes til at fordele adgangen til disse transaktioner til deltagerens medarbejdere.

**Masterbrugeren:**
Ved oprettelse af en aftalehaver i VP bliver der automatisk oprettet en masterbruger med de menupunkter, som udgør en masterbrugers funktioner. Masterbrugerens bruger identifikation kan ikke tildeles yderligere autorisation. Den har, jf. ovenstående, til opgave at give andre usere, som hører under aftalehaveren, autorisation til transaktioner i VP-standardsystemet.

| Masterbrugerens user identifikation er: XXXXXYYM | | |
|---|---|---|
| XXXXX | = | aftalehaverens cd_ident |
| YY | = | system identifikationen YY = D5(DEMOTEST)/PF(PROD) |
| M | = | M (masterbruger) |

Den første gang masterbrugeren ønsker at logge på systemet, rettes henvendelse til VP's Clearing & Custody Services. Clearing & Custody Services vil herefter aktivere masterbrugeren efter en særlig procedure, der er fastsat af VP (Se Systemvejledning Revision hos de kontoansvarlige). Den første gang masterbrugeren logger på, bruges password = START1 (med store bogstaver). Af sikkerhedsmæssige årsager afkræves masterbrugeren et nyt password ved første logon. Masterbrugeren vil automatisk blive afkrævet et nyt password hver 90. dag se (Betjeningsvejledning til 3270-menusystem).

Indtaster masterbrugeren forkert password 4 gange, bliver brugeridentifikationen spærret. Så skal masterbrugeren kontakte VP's Clearing & Custody Services for at få genåbnet brugeridentifikationen.

Har masterbrugeren glemt sit password, skal masterbrugeren kontakte VP's Clearing & Custody Services for at få oplyst et nyt password. VP oplyser af sikkerhedsmæssige grunde kun masterbruger password efter samme særlige procedure som første gang masterbrugeren aktiveres.

Centraldeltagerne bør tilrettelægge en forretningsgang, der sikrer, at masterbrugerens password kan tilvejebringes uden VP's medvirken, fx forseglet kuvert eller deponering hos revisor.

**Begrebsforklaringer vedrørende menusystemet:**
I forbindelse med opsætning af menusystemet er det vigtigt at have følgende sammenhæng for øje:



SYSTEMVEJLEDNING

| Procedure: | En procedure er en samling af transaktioner, der omhandler det samme emne f.eks oprettelse, ændring og forespørgsel på kontogruppering. I VP's default opsætning benyttes en procedure identifikation som mnemoteknisk betegnelse til det tilhørende menupunkt. En procedure svarer til en 3270-funktion. |
|---|---|
| Transaktion: | En transaktion er f.eks oprettelse af kontogruppering. Det vil sige, at man kan lægge en gruppering af debetkonti med tilhørende procentfordeling til brug for renteudbetaling ind i systemet. |

**Opsætning af menu:**
Inden man starter med at opsætte en menu, er det vigtigt at gøre sig klart, hvilke forretningsfunktioner deltageren udfører, samt hvilke autorisationsprofiler der er nødvendige for at have den rette sikkerhed.

1. Hvordan starter jeg med at opsætte en menu?

Følgende punkter skal ligeledes tages i betragtning:
- Hvilke transaktioner skal vi som deltager kunne udføre i systemet (jf. Eksempel på opbygning af menusystemet).
- Skal alle usere udføre de samme transaktioner?
- Er der transaktioner, kun enkelte må udføre?
- Er der usere, der kun må udføre ét funktionsområde (se Eksempel på opbygning af menusystemet)
- Er der usere, der kun har brug for at spørge på data (som andre usere skal kunne opdatere)?
- Er der usere, der skal kunne flere forskellige funktioner, f.eks. handels- og udstederfunktioner?

Det anbefales at udarbejde en matrice, der beskriver, hvilke transaktioner de forskellige usere skal have adgang til. Se eksempel i Menupunkter pr. tilslutningsfunktion.
Når man har dannet en matrice, vil der formentlig være grupper af transaktioner, som flere usere skal kunne udføre. Det betyder, at der er en logisk gruppe af transaktioner, som kan sættes sammen, når man opbygger menuen.

Når masterbrugeren er logget på systemet, vil han blive præsenteret for en menu med følgende punkter:

| | |
|---|---|
| 200 | ST00003 Masterbruger funktioner |
| A128 | Vedligehold user |
| A131 | Vedligehold menupunkt |
| A132 | Vedligehold menugruppe |
| A133 | Tilknyt menugruppe til menupunkt |
| A134 | Tilknyt menugruppe til user |
| A137 | Kopier menugruppe |
| D137 | Kopier menugruppe med underliggende funktioner |
| A135 | Renummerer menupunkter |
| A136 | Generer default menu til deltager |
| A130 | Vedligehold default user parametre |

A128, A131 - A134 er de primære punkter, som masterbrugeren bruger til administration af autorisationer.



SYSTEMVEJLEDNING

---

Ved hjælp af det viste diagram kan den anbefalede rækkefølge for opsætning af menu følges.



**Administration af menusystem:**
- Det ønskede menupunkt oprettes med A131.
- Den ønskede menugruppe oprettes med A132, menugruppe er logisk og kan ikke ses på userens hovedmenu.
- Menupunkt A131 forbindes til menugruppe A132 med A133.

**Administration af user:**
- Useren oprettes med A128.
- Useren A128 forbindes til menugruppe A132 med A134.


## Funktioner til masterbruger

### A128 - Vedligehold user

**Formål:**
At oprette, ændre og slette en user under en deltager (cd-ident).
Funktionen kan også bruges til at forespørge på/bladre i de registrerede usere.

**Forudsætninger:**
Funktionen kan kun anvendes af masterbrugeren.

**Behandling:**
Når en user skal oprettes, skal der i første karakter i feltet IDENTIFIKATION angives et Q efterfølgende felter er op til 7 karakterer valgfri (dvs. kan bestå af tal og bogstaver). En users DELTAGER IDENTIFIKATION vil således altid starte med Q. Identifikationen er unik, hvilket vil sige, at identifikationen kun kan anvendes i et miljø.

Ved oprettelse af en user udfyldes skærmbilledet med CD-ident, User; identifikation og Navn hvorefter der trykkes opret (F14). Herefter skal masterbrugeren tildele brugeren et password. Dette gøres ved, at masterbrugeren genetablerer brugeren, så bliver START1 automatisk tildelt brugeren.

Ved genoprettelse angives pågældende CD-ident og USER-ID, hvorefter der trykkes vis (F2). Herefter udfyldes masterbrugerens password, og der sættes X ved genetablering i RACF. Herefter trykkes ændre (F15) for at effektuere.

Første gang brugeren logger på efter at være genetableret af masterbrugeren, vil password være START1 (med store bogstaver). Af sikkerhedsmæssige årsager afkræves brugeren nyt password ved første logon.

Når en user oprettes, sættes userens default menu parametre automatisk til:

| | |
|---|---|
| max niveau | = 4 |
| start mnemoteknisk navn | = Blank (alle menupunkter vises). |

For ændring / vedligeholdelse af default parametre se (A130).

SYSTEMVEJLEDNING

---

Uddata:
Der dannes følgende info-meddelelser:

Tl00009v    Oprettet userid under en deltager - til aftalehaver
Tl00125v    Slettet userid under en deltager - til aftalehaver
Tl00242v    Ændret userid under en deltager - til aftalehaver

## A130 - Vedligehold default user menu parameter

**Formål:**
At ændre en users default menu parametre. Disse afgør, hvordan brugeren får præsenteret menuhierarkiet.

**Forudsætninger:**
At user er oprettet.

**Behandling:**
Man kan kun ændre en users default parametre her. Disse oprettes ved oprettelsen af useren med default-værdier (A128).

Ændres start mnemoteknisk navn, skal det være et eksisterende.

Sættes mnemoteknisk navn til et kendt mnemoteknisk navn fra menuen, vises menuen herfra og videre ned i nummerorden.

Max antal niveauer skal være et positivt tal mellem 1 og 30 (begge incl). Dog anbefales max 5 niveauer.

Med niveau menes, at for hver gang niveauet stiger med 1, rykkes de punkter, der er på dette niveau, 2 karakterer ind i forhold til niveauet mindre.

Ændringerne får først virkning, næste gang useren logger på.

## A131 - Vedligehold menupunkter

**Formål:**
At etablere, ændre og slette menupunkter for en deltager (cd-ident) samt angive, i hvilken rækkefølge menuhierarkiet skal præsenteres.

**Forudsætninger:**
Deltageren skal være oprettet.

**Behandling:**
Når et nyt menupunkt skal oprettes, udfyldes: Deltager, menu nummer, mnemoteknisk navn, beskrivelse af menupunktet samt niveau. Menupunktet kan tilknyttes en procedure, medmindre det nye menupunkt kun skal anvendes som overskift. Dette gøres med et kryds i feltet 'sæt kryds her for tilknytning af menupunkt til procedure', samt udfyldelse af procedure identifikation. Herefter trykkes opret (F14), hvorved de transaktioner, der kan tilknyttes proceduren fremkommer. De ønskede transaktioner afkrydses og der trykkes ændring (F15).

Nye menupunkter vil dog først være tilgængelige efter tilknytning til en menugruppe, som useren er autoriseret til (A132).



SYSTEMVEJLEDNING

---

Ændringer i en deltagers menupunkter vil umiddelbart træde i kraft. Det betyder, at en user, der er autoriseret til pågældende menu-punkt via en menugruppe, allerede ved næste display af menuhierarkiet vil få fremvist og opdateret menuhierarki.

Ved forespørgsel på et menupunkt benyttes mnemoteknisk navn som nøgle. Alternativt kan menu nummer benyttes, dette forudsætter at mnemoteknisk navn skal være blank.

Ved sletning af et menupunkt fjernes alle referencer til procedurer og transaktioner samt referencer til menugrupper.

For at slette tilknytning af en procedure fjernes krydset fra feltet 'sæt kryds her for tilknytning af menupunkt til procedure'.

Transaktioner tilknyttes eller fjernes i forbindelse med en ændring. Menupunktet skal være oprettet og tilknyttet en procedure.

Det er vigtigt, at man giver korte, men præcise navne på menupunkterne.
Overskrift kan med fordel oprettes med menu nummer lige før de efterfølgende menupunkter, med et kort navn i mnemo teknisk navn. Dette kan efterfølgende anvendes til at finde de underliggende menupunkter.
Uddata:
Der dannes følgende info-meddelelser:

Tl00129v    Oprettet menupunkt med tilhørende transaktioner under en deltager - til aftalehaver
Tl00192v    Slettet menupunkt og/eller tilhørende transaktioner under en deltager - til aftalehaver
Tl00241v    Menupunkt slettet fra en menugruppe under en deltager - til aftalehaver

## A132 - Vedligehold menugrupper
Formål:
At etablere, ændre og slette menugrupper, som benyttes til logisk gruppering af arbejdsområder/afdelinger.

Forudsætninger:
Deltager skal være oprettet.

Behandling:
Ved etablering af menugruppe navngives gruppen.

Det er vigtigt, at de menugrupper, man opretter har beskrivende navne, da navnet er en identifikation. Man skal være opmærksom på, at menugrupper er en logisk sammensætning, som ikke kan ses i menuhirakiet, uden at man selv laver et menupunkt(A131), der indikerer dette.

Ved ændring af menugruppe indrapporteres både det gamle navn og det nye navn .
Ved sletning af en menugruppe fjernes alle referencer til user og menupunkter.

## A133 - Vedligehold forbindelse fra menugruppe til menupunkt
Formål:
At tilknytte menupunkter til en menugruppe.

Forudsætninger:
Menupunkter (A131) og menugruppe (A132) skal være oprettet.



SYSTEMVEJLEDNING

---

**Behandling:**
Et menupunkt kan tilknyttes flere grupper.

Med bladringsværdi = 4 kan der bladres igennem menupunkterne under en menugruppe ved benyttelse af FREM (F7) og TILBAGE (F8) funktionerne.

**Uddata:**
Der dannes følgende info-meddelelser:

TI00240v    til aftalehaver

## A134 - Vedligehold forbindelse fra user til menugruppe

**Formål:**
At tilknytte og slette en users autorisation til menugrupper.

**Forudsætninger:**
Menugrupper (A132) og user (A128) skal være oprettet under deltageren.

**Behandling:**
En user kan tilknyttes flere menugrupper. Flere usere kan være tilknyttet den samme menugruppe.

Useren kan nu logge på VP-systemet og vil få præsenteret det menuhierarki, som er blevet oprettet. Useren kan kun se de menupunkter, der ligger i de menugrupper, han er blevet autoriseret til, og kan nu indrapportere de transaktioner, han er autoriseret til.

Med bladringsværdi = 4 kan der bladres igennem samtlige menugrupper, som en user er autoriseret, til ved benyttelse af FREM (F7) og TILBAGE (F8) funktionerne.

**Uddata:**
Der dannes følgende info-meddelelser:

TI00238v    User tilknyttet en menugruppe - til aftalehaver
TI00239v    User slettet fra en menugruppe - til aftalehaver

## A135 - Renummerer menupunkter

**Formål:**
At tildele nye numre til menupunkterne med et ensartet interval imellem.

**Forudsætning:**
At der er oprettet menupunkter (A131).

**Behandling:**
Ved renummering af et menuhierarki skal følgende parametre angives:

1. Niveau grænse:
Det skal være et positivt tal fra 10 til 10000. Menuhierarkiet gennemløbes i stigende orden, og hver gang der skiftes til et højere eller lavere niveau i hierarkiet, rundes op til nærmeste hele tal, som den indrapporterede niveaugrænse går op i.

2. Menu nummer interval:
Det skal være et positivt tal fra 1 til 1000. Værdien benyttes som interval mellem efterfølgende menupunkter, der befinder sig på samme niveau.



**SYSTEMVEJLEDNING**

Ved udfyldelse med 100 i både niveau grænse og menu nummer interval bliver menupunkterne fordelt med 100 mellem hver.

Da renummereringsfunktionen benytter sig af en teknik, der bevirker, at der efter renummereringen ikke må forekomme menunumre større end 999.999, foretages en beregning. På baggrund af indrapporterede renummereringsparametre og forekomster af menupunkter beregnes det højeste nye menu nummer, og hvis dette er større end 999.999, vil brugeren af funktionen blive bedt om at sænke værdien af en eller begge renummereringsparametrene.

## A136 – Generer og ændring af default deltagermenu

**Formål:**
At etablere og ændre et default menuhierarki på baggrund af en deltagers serviceabonnementer. (At oprette samtlige menupunkter, som deltageren kan få adgang til, forbundet til procedurer og transaktioner og alle tilknyttet en menugruppe på én gang.)

**Forudsætninger:**
At VP har tildelt serviceabonnementer til deltageren.

**Behandling:**
Etablering
Det kan kun anbefales at benytte et default menuhierarki til test og nødback-up og for deltagere, der kun har få brugere, som har adgang til alt. Deltagerhierarkiet vil blive dannet med følgende udseende:

Niveau 1 i hierarkiet vil bestå af teksten 'DEFAULT MENU' sammensat med deltagers id og navn.

Niveau 2 i hierarkiet vil bestå af Services. Den gruppering af transaktioner, man kan finde i systemvejledningen, afsnit 9.

Niveau 3 i hierarkiet vil bestå af menupunkter, der beskriver procedurer, i hvilke de enkelte transaktioner kan udføres.

Ved oprettelse af et nyt default menuhierarki angives et navn for en menugruppe, som ikke må findes i forvejen.

Menupunkter tilknyttes procedurerne ved at angive et kryds i feltet 'Tilknyt procedurer til menupunkter'.

Ligeledes tilknyttes transaktioner til menupunkterne ved afkrydsning i feltet 'Tilknyt transaktioner til menupunkter'.
Tilknytning af transaktioner kan dog kun vælges, såfremt der også er valgt tilknytning af procedurer. Tilknytningen foretages til samtlige transaktioner.

Nummerering af menupunkterne vil ske med et interval på 100 (ønskes dette ændret, kan der efter genereringen foretages en renummerering i A135).

Ændring
Transaktionen kan anvendes ved opdatering af eksisterende default genereret menuhierarki. Dette gøres ved at benytte eksisterende menugruppe og foretage en ændring.

En forudsætning for at kunne bruge denne facilitet er, at der først er oprettet en default menu med navnet 'DEFAULT MENU'. Hvis deltageren har en ældre version af en default menu med overskriften 'HOVEDMENU', skal menugruppen, som denne menu er tilknyttet, først slettes (brug A132), og en ny default menu oprettes.

SYSTEMVEJLEDNING

Opdateringsfunktionaliteten kan benyttes, når en deltagers service-abonnement ændres. For eksempel i tilfælde, hvor der kommer nye funktioner, som deltageren skal kunne anvende.

## A137 - Kopier menugrupper

**Formål:**
At kopiere en eksisterende menugruppe til en ny menugruppe under samme deltager.

**Forudsætninger:**
Den nye menugruppe må ikke eksistere i forvejen. Deltager skal være oprettet.

**Behandling:**
Den nye menugruppe vil blive oprettet med samme tilknytninger til menupunkter som den gamle menugruppe. Der tilknyttes ikke user til den nye menugruppe.

## D137 - Kopier menugruppe under en aftale

**Formål:**
At kopiere en eksisterende menugruppe til en ny deltager under samme aftalehaver.

**Forudsætninger:**
Den nye deltager skal være oprettet i forvejen. Den nye menugruppe må ikke eksistere i forvejen under den nye deltager.

Den nye deltager skal i forvejen have adgang til alle transaktioner (via serviceabonnement), der er tilknyttet menupunktet.

**Behandling:**
Den nye menugruppe vil blive oprettet med samme tilknytninger til menupunkter som den gamle menugruppe. Der tilknyttes ikke user til den nye menugruppe.

## Eksempel på opbygning af menusystemet

En deltager er oprettet i VP med følgende funktioner:
- Kontoførende institut (KI)
- Fondshandler (FH)
- Udsteder (UD)
- Pengekontoførende institut (PK)

Når en deltager er oprettet i VP, gives der eksempelvis adgang til følgende transaktioner (se matricen nedenfor):

**Som kontoførende institut:**
1. Registrer preadvice
3. Instruct til preadvice
4. Annullering af preadvice
5. Etablering af overførsel
6. Etablering af multioverførsel

**Som fondshandler:**
1. Registrer preadvice
2. Strakspreadvice



## SYSTEMVEJLEDNING

4. Annullering af preadvice

**Som udsteder:**

**Som pengekontofører**
12. Etablering af valutakorrektionsbeløb

Deltageren har eksempelvis nedennævnte medarbejdere, som hver har deres forretningsområder: Anne, Lise, Gert, Bent, Poul, Susi, Lars og Rudi.

De medarbejdere og transaktioner, de enkelte ansatte udfører, opsættes i en matrice som vist efterfølgende:

| Hvad / hvem | Anne | Lise | Gert | Bent | Poul | Susi | Lars | Rudi |
|---|---|---|---|---|---|---|---|---|
| 1. Registrer preadvice | | x | | | | | x | |
| 2. Strakspreadvice | | x | | | | | x | |
| 3. Instruct til preadvice | x | | | | | x | | |
| 4. Annulering af predavice | | x | | | | | x | |
| 5. Etablering af overførsel | x | | | | | x | | |
| 6. Etablering af multi overførsel | x | | | | | x | | |
| 7. Forespørgsel af rentekarakteristika | x | x | x | x | x | x | x | x |
| 8. Oprettelse af kontogruppering | | | | | x | | | |
| 9. Ændring af kontogruppering | | | | | x | | | |
| 10. Tilknytning af handelsprodukt til en kontogruppering | | | | | x | | | |
| | x | x | x | x | x | x | x | x |
| 12. Etablering af valutakorrektionsbeløb | | | | x | x | | | |

Ud fra matricen vil det være naturligt at gruppere følgende transaktioner, fordi det er arbejdsopgaver, der skal udføres af flere.

| Betegnelse | Evt. navn på gruppe |
|---|---|
| Gruppe 1: 1,2,4 | Handelsfunktioner |
| Gruppe 2: 3,5,6 | Kontoførerfunktioner |
| Gruppe 3: 8,9,10 | Betalingsfunktioner |
| Gruppe 4: 7,11 | Forespørgsler |
| Gruppe 5: 12 | Pengekontoførerfunktioner |

I Menupunkter pr. tilslutningsfunktion kan vi se, at følgende transaktioner udføres i samme procedure:

**Vedligeholdese af kontogrupperinger:**
Transaktion 8 og 9

Alle nævnte transaktioner samt overskrifter oprettes ved hjælp af (A131).

Alle usere Anne, Lise, Gert, Bent, Poul, Susi, Lars og Rudi oprettes ved hjælp af (A128).

Alle logiske menugrupper som listet oprettes ved hjælp af (A132).

Handelsfunktioner
Kontoførerfunktioner
Betalingsfunktioner
Forespørgsler
Pengekontoførerfunktioner



SYSTEMVEJLEDNING

Alle menupunkter incl. overskrifter skal knyttes til den menugruppe, de skal høre under.
Dette gøres ved hjælp af (A133).

Handelsfunktioner
      Registrer preadvice
      Strakspreadvice
      Annullering af preadvice

Kontoførerfunktioner
      Instruct til preadvice
      Etablering af overførsel
      Etablering af multioverførsel

Betalingsfunktioner
      Vedligeholdelse af kontogrupper (Oprettelse og ændringer)
      Tilknytning af handelsprodukter til kontogruppe

Pengekontoførerfunktioner
      Etablering af valutakorrektion

Forespørgsler
      Forespørgsel på rentekarakteristika
      Forespørgsel på tilknyttede handelsprodukter

Det sidste, der mangler, er at knytte userne til de menugrupper, de skal kunne benytte ifølge matricen.

Anne og Susi vil blive knyttet til følgende grupper ved hjælp af (A134):
Kontoførerfunktioner
Forespørgsler

Lise og Lars vil blive knyttet til følgende grupper ved hjælp af (A134):
Handlerfunktioner
Forespørgsler

Gert og Rudi vil blive knyttet til følgende grupper ved hjælp af (A134):
Forespørgsler

Bent vil blive knyttet til følgende gruppe ved hjælp af (A134):
Betalingsfunktioner
Pengekontoførerfunktioner
Forespørgsler

Poul vil blive knyttet til følgende grupper ved hjælp af (A134):
Pengekontoførerfunktioner
Forespørgsler

Denne menu vil Anne og Susi se, når de logger på systemet:

| 10 | | ****** Hovedmenu ****************** |
|------|------|------------------------------------|
| Konto | | Kontoførerfunktioner |
| D010 | | Instruct til preadvice |
| D006 | | Etablering af overførsel |
| D024 | | Etablering af multioverførsel |



**SYSTEMVEJLEDNING**

| FOSP | | Forespørgsler | |
|---|---|---|---|
| FORK | | | Forespørgsel på rentekarakteristika |
| FOTH | | | Forespørgsel på handelsprodukt i en kontogruppering |

Denne menu vil Lise og Lars se, når de logger på systemet:

| 10 | | ****** Hovedmenu ****************** | |
|---|---|---|---|
| Handel | | Handlerfunktioner | |
| D002 | | | Registrer preadvice |
| D004 | | | Strakspreadvice |
| D013 | | | Annullering af preadvice |
| FOSP | | Forespørgsler | |
| FORK | | | Forespørgsel på rentekarakteristika |
| FOTH | | | Forespørgsel på handelsprodukt i en kontogruppering |

Denne menu vil Gert og Rudi se, når de logger på systemet:

| 10 | | ****** Hovedmenu ****************** | |
|---|---|---|---|
| FOSP | | Forespørgsler | |
| FORK | | | Forespørgsel på rentekarakteristika |
| FOTH | | | Forespørgsel på handelsprodukt i en kontogruppering |

Denne menu vil Bent se, når han logger på systemet:

| 10 | | ****** Hovedmenu ****************** | |
|---|---|---|---|
| BETFUNK | | Betalingsfunktioner | |
| D207 | | | Vedligeholdelse af kontogrupper |
| D212 | | | Tilknytning af handelsprodukter til kontogrp |
| FOSP | | Forespørgsler | |
| FORK | | | Forespørgsel på rentekarakteristika |
| FOTH | | | Forespørgsel på handelsprodukt i en kontogruppering |

Denne menu vil Poul se, når han logger på systemet:

| 10 | | ****** Hovedmenu ****************** | |
|---|---|---|---|
| BETFUNK | | Betalingsfunktioner | |
| D207 | | | Vedligeholdelse af kontogrupper |
| D212 | | | Tilknytning af handelsprodukter til kontogrp |
| PENGE | | Pengekontoførerfunktioner | |
| D206 | | | Etablering af valutakorrektion |
| FOSP | | Forespørgsler | |
| FORK | | | Forespørgsel på rentekarakteristika |
| FOTH | | | Forespørgsel på handelsprodukt i en kontogruppering |

## Menupunkter pr. tilslutningsfunktion
### Aftalehaver funktioner

| Procedure | Procedurenavn | Transaktion | Service |
|---|---|---|---|
| A128* | Vedligehold USER | | |
| A130* | Vedligehold default user parameter | | |
| A131* | Vedligehold menupunkt | | |

 

| A132* | Vedligehold menugruppe | | |
|-------|------------------------|---|---|
| A133* | Tilknyt menugruppe til menupunkt | | |
| A134* | Tilknyt menugruppe til user | | |
| A135* | Renummerer menupunkter | | |
| A136* | Generer default menu til deltager | | |
| D020* | Vis adresse (på andre VP-deltagere) | | |
| D137* | Kopier menugruppe under en aftale | | |
| D462* | List deltagere under juridisk aftale | | |
| D463* | Vis deltagers aktive tilslutningsfunktioner | | |
| D464* | Vis pengekonti for deltager | | |
| D465* | List selskaber administreret af udsteder | | |
| D466* | Vis registreringsnumre under pengekontofører | | |
| D152 | Basisliste over ISIN via link | TR20368(v) | ST20039 |
| D153 | Vis/slet ISIN på papirfilter | TR20369(v) | ST20040 |
| D153 | Vis/slet ISIN på papirfilter | TD20369(v) | ST20040 |
| D154 | Opret ISIN på papirfilter | TC20380(v) | ST20040 |
| D249 | Vis sikkerhedsretsaftale | TR20083(v) | ST20019 |
| D251 | Vis sikkerhedsværdi af fremt.handler | TR20095(v) | ST20019 |
| D254 | Vis positivliste | TR20089(v) | ST20017 |
| D326 | Værdi fremtidige handler uden penge | TR20361(v) | ST20019 |
| D342 | Forespørgsel på inv.for.klassifikation | TR20381(v) | ST20045 |

*Findes udelukkende som 3270-funktion, se Systemvejledning, Terminalbetjening - omlagt system
**Fondshandler funktioner**

| Procedure | Procedurenavn | Transaktion | Service |
|-----------|---------------|-------------|---------|
| D002 | Etablering af preadvice | TC20002(v) | ST20001 |
| D004 | Etablering af strakspreadvice | TC20004(v) | ST20005 |
| D008 | Annuller instruct | TU20006(v) | ST20001 |
| D009 | Annuller kontantforbehold | TU20007(v) | ST20004 |
| D010 | Instruct preadvice | TU20008(v) | ST20001 |
| D011 | Reinstruct strakspreadvice | TU20015(v) | ST20005 |
| D013 | Annuller preadvice | TU20005(v) | ST20001 |
| D015 | Etablering af preadvice information | TC20014(v) | ST20002 |
| D020* | Vis adresse (på andre VP-deltagere) | | |
| D026 | Annuller strakspreadvice | TU20020(v) | ST20005 |
| D097 | Spørg på trækningsprocent | TR20216(v) | ST20052 |
| D119 | Rekvirer ikke afv. preadvice online | TR20019(v) | ST20001 |
| D152 | Basisliste over ISIN via link | TR20368(v) | ST20039 |
| D153 | Vis/slet ISIN på papirfilter | TR20369(v) | ST20040 |
| D200 | Vedligeholdelse af valutanotering | TR20106(v) | ST20112 |
| D202 | Vedligeholdelse af indeksfaktor | TR20107(v) | ST20112 |
| D210 | Vedligehold betaling i anden valuta | TR20105(v) | ST20106 |
| D225 | Anmodning om oversigt over fuldmagt | TR20094(v) | ST20024 |
| D251 | Vis sikkerhedsværdi af fremt.handler | TR20095(v) | ST20019 |
| D298* | Forespørgsel på afsender-reference | | |
| D333* | Vis beholdning | | |
| D335* | Vis makker ikke fundet | | |
| D336* | Vis makker ikke fundet – modpart | | |
| D338* | Vis gennemførte handler | | |
| D339* | Vis likviditetsbehov | | |
| D340* | Vis trækningsmaksima | | |



**SYSTEMVEJLEDNING**

| | | | |
|---|---|---|---|
| D341* | Vis status over handler til afvikling | | |
| D342 | Forespørgsel på inv.for.klassifikation | TR20381(v) | ST20045 |
| D345* | Vis nettobeholdningsbevægelser | | |

*Findes udelukkende som 3270-funktion, se Systemvejledning, Terminalbetjening - omlagt system
**Kontoførende institut funktioner**

| Procedure | Procedurenavn | Transaktion | Service |
|---|---|---|---|
| D002 | Etablering af preadvice | TC20002(v) | ST20001 |
| D006 | Etablering af overførsel | TC20001(v) | ST20007 |
| D008 | Annuller instruct | TU20006(v) | ST20001 |
| D010 | Instruct preadvice | TU20008(v) | ST20001 |
| D013 | Annuller preadvice | TU20005(v) | ST20001 |
| D015 | Etablering af preadvice information | TC20014(v) | ST20002 |
| D020* | Vis adresse (på andre VP-deltagere) | | |
| D024 | Etablering af multioverførsel | TC20013(v) | ST20007 |
| D025 | Etablering af preadvice med modpart | TC20009(v) | ST20003 |
| D056 | Forespørg på tilladelse til et omsætningsbegrænset værdipapir | TR20170(v) | ST20077 |
| D058 | Forespørg på et depots tilladelser til omsætningsbegrænsede værdipapirer | TR20171(v) | ST20086 |
| D097 | Spørg på trækningsprocent | TR20216(v) | ST20052 |
| D117 | Rekvisition af beholdning online | TR20017(v) | ST20011 |
| D119 | Rekvirer ikke afv. preadvice online | TR20019(v) | ST20001 |
| D141 | Navne- / afnotering af beholdning | TR20011(v) | ST20008 |
| D141 | Navne- / afnotering af beholdning | TU20011(v) | ST20008 |
| D152 | Basisliste over ISIN via link | TR20368(v) | ST20039 |
| D153 | Vis/slet ISIN på papirfilter | TR20369(v) | ST20040 |
| D200 | Vedligeholdelse af valutanotering | TR20106(v) | ST20112 |
| D202 | Vedligeholdelse af indeksfaktor | TR20107(v) | ST20112 |
| D210 | Vedligehold betaling i anden valuta | TR20105(v) | ST20106 |
| D211 | Rentekorrektion | TC20104(v) | ST20105 |
| D215 | Forespørgsel på provenu | TR20113(v) | ST20108 |
| D216 | Renteflytning | TC20103(v) | ST20104 |
| D217 | Forespørgsel på provenubevægelse | TR20114(v) | ST20108 |
| D225 | Anmodning om oversigt over fuldmagt | TR20094(v) | ST20024 |
| D248 | Tilknyt VP-konto til sikkerhedsretsa. | TC20086(v) | ST20016 |
| D248 | Fjern VP-konto fra sikkerhedsretsaft. | TD20086(v) | ST20016 |
| D248 | Vis depot tilknyttet sikkerhedsretsa. | TR20086(v) | ST20016 |
| D248 | Ændre låntagerloft | TU20086(v) | ST20016 |
| D249 | Vis sikkerhedsretsaftale | TR20083(v) | ST20019 |
| D251 | Vis sikkerhedsværdi af fremt.handler | TR20095(v) | ST20019 |
| D254 | Vis positivliste | TR20089(v) | ST20017 |
| D255 | Vis panteret pr. panthaver | TR20090(v) | ST20020 |
| D259 | Vis afviklingsdagens positivliste for sikkerhedsret | TR20225(v) | ST20017 |
| D298* | Forespørgsel på afsender-reference | | |
| D326 | Værdi fremtidige handler uden penge | TR20361(v) | ST20019 |
| D333* | Vis beholdning | | |
| D335* | Vis makker ikke fundet | | |
| D336* | Vis makker ikke fundet – modpart | | |
| D338* | Vis gennemførte handler | | |



SYSTEMVEJLEDNING

| D339* | Vis likviditetsbehov | | |
|---|---|---|---|
| D340* | Vis trækningsmaksima | | |
| D342 | Forespørgsel på inv.for.klassifikation | TR20381(v) | ST20045 |
| D345* | Vis nettobeholdningsbevægelser | | |

*Findes udelukkende som 3270-funktion, se Systemvejledning, Terminalbetjening - omlagt system.
Pengekontofører funktioner

| Procedure | Procedurenavn | Transaktion | Service |
|---|---|---|---|
| D002 | Etablering af preadvice | TC20002(v) | ST20001 |
| D008 | Annuller instruct | TU20006(v) | ST20001 |
| D010 | Instruct preadvice | TU20008(v) | ST20001 |
| D013 | Annuller preadvice | TU20005(v) | ST20001 |
| D015 | Opret supplerende oplysninger | TC20014(v) | ST20002 |
| D020* | Vis adresse (på andre VP-deltagere) | | |
| D025 | Etablering af preadvice med modpart | TC20009(v) | ST20003 |
| D026 | Annuller strakspreadvice | TU20020(v) | ST20005 |
| D119 | Rekvirer ikke afv. preadvice online | TR20019(v) | ST20001 |
| D152 | Basisliste over ISIN via link | TR20368(v) | ST20039 |
| D200 | Vedligeholdelse af valutanotering | TR20106(v) | ST20112 |
| D202 | Vedligeholdelse af indeksfaktor | TR20107(v) | ST20112 |
| D206 | Vedligeholdelse af valutakorrektion | TC20102(v) | ST20101 |
| D206 | Vedligeholdelse af valutakorrektion | TD20102(v) | ST20101 |
| D206 | Vedligeholdelse af valutakorrektion | TR20102(v) | ST20109 |
| D206 | Vedligeholdelse af valutakorrektion | TU20102(v) | ST20101 |
| D211 | Rentekorrektion | TC20104(v) | ST20105 |
| D223 | List renteperioder | TR20122(v) | ST20106 |
| D256 | Annullering af panteretsønske | TU20079(v) | ST20012 |
| D257 | Vis panteret | TR20080(v) | ST20012 |
| D257 | Nedskrivning/ophævelse af panteret | TU20080(v) | ST20012 |
| D280* | Vedligehold årsultimokurs | | |
| D298* | Forespørgsel på afsender-reference | | |
| D333* | Vis beholdning | | |
| D335* | Vis makker ikke fundet | | |
| D336* | Vis makker ikke fundet – modpart | | |
| D338* | Vis gennemførte handler | | |
| D339* | Vis likviditetsbehov | | |
| D340* | Vis trækningsmaksima | | |
| D342 | Forespørgsel på inv.for.klassifikation | TR20381(v) | ST20045 |
| D345* | Vis nettobeholdningsbevægelser | | |

* Findes udelukkende som 3270-funktion, se Systemvejledning, Terminalbetjening - omlagt system.

Betalingsstiller funktioner

| Procedure | Procedurenavn | Transaktion | Service |
|---|---|---|---|
| D020* | Vis adresse (på andre VP-deltagere) | | |
| D140 | Opdatering af trækningsmaksimum | TD20012(v) | ST20009 |
| D140 | Opdatering af trækningsmaksimum | TR20012(v) | ST20009 |
| D140 | Opdatering af trækningsmaksimum | TU20012(v) | ST20009 |
| D250 | Accept af sikkerhedsretsaftale | TC20087(v) | ST20018 |
| D250 | Fjern accept fra (suspender) sikk. | TD20087(v) | ST20018 |

SYSTEMVEJLEDNING

| D250 | Vis sikkerhedsretsaftale | TR20087(v) | ST20018 |
|------|--------------------------|------------|---------|
| D250 | Ændring af långiverloft | TU20087(v) | ST20018 |
| D252 | Nedskriv sikkerhedstræk | TU20084(v) | ST20018 |
| D252 | Vis sikkerhedstræk | TR20084(v) | ST20018 |
| D253 | Tilføj handelsprodukt på pos.-liste | TC20085(v) | ST20015 |
| D253 | Sletning af handelsprodukt på pos. | TD20085(v) | ST20015 |
| D253 | Vis værdikoefficient | TR20085(v) | ST20015 |
| D253 | Ændring af værdikoefficient | TU20085(v) | ST20015 |
| D254 | Vis positivliste | TR20089(v) | ST20017 |
| D259 | Vis afviklingsdagens positivliste for sikkerhedsret | TR20225(v) | ST20017 |
| D260 | Anmeld fastholdelse sikkerhedsret | TC20320(v) | ST20027 |
| D340* | Vis trækningsmaksima | | |

\* Findes udelukkende som 3270-funktion, se Systemvejledning, Terminalbetjening - omlagt system.
**Storkunde funktioner**

| Procedure | Procedurenavn | Transaktion | Service |
|-----------|---------------|-------------|---------|
| D002 | Etablering af preadvice | TC20002(v) | ST20001 |
| D004 | Opret strakspreadvise | TC20004(v) | ST20005 |
| D008 | Annuller instruct | TU20006(v) | ST20001 |
| D010 | Instruct preadvice | TU20008(v) | ST20001 |
| D011 | Reinstruct strakspreadvice | TU20015(v) | ST20005 |
| D013 | Annuller preadvice | TU20005(v) | ST20001 |
| D015 | Etablering af preadvice information | TC20014(v) | ST20002 |
| D020* | Vis adresse (på andre VP-deltagere) | | |
| D026 | Annuller strakspreadvice | TU20020(v) | ST20005 |
| D097 | Spørg på trækningsprocent | TR20216(v) | ST20052 |
| D117 | Rekvisition af beholdning online | TR20017(v) | ST20011 |
| D119 | Rekvirer ikke afv. preadvice online | TR20019(v) | ST20001 |
| D152 | Basisliste over ISIN via link | TR20368(v) | ST20039 |
| D153 | Vis/slet ISIN på papirfilter | TR20369(v) | ST20040 |
| D200 | Vedligeholdelse af valutanotering | TR20106(v) | ST20112 |
| D202 | Vedligeholdelse af indeksfaktor | TR20107(v) | ST20112 |
| D210 | Vedligehold betaling i anden valuta | TR20105(v) | ST20106 |
| D225 | Anmodning om oversigt over fuldmagt | TR20094(v) | ST20024 |
| D251 | Vis sikkerhedsværdi af fremt.handler | TR20095(v) | ST20019 |
| D298* | Forespørgsel på afsender-reference | | |
| D333* | Vis beholdning | | |
| D335* | Vis makker ikke fundet | | |
| D336* | Vis makker ikke fundet – modpart | | |
| D338* | Vis gennemførte handler | | |
| D339* | Vis likviditetsbehov | | |
| D340* | Vis trækningsmaksima | | |
| D341* | Vis status over handler til afvikling | | |
| D342 | Forespørgsel på inv.for.klassifikation | TR20381(v) | ST20045 |
| D345* | Vis nettobeholdningsbevægelser | | |

\* Findes udelukkende som 3270-funktion, se Systemvejledning, Terminalbetjening - omlagt system.
**Udsteder funktioner**

| Procedure | Procedurenavn | Transaktion | Service |
|-----------|---------------|-------------|---------|



**SYSTEMVEJLEDNING**

| D005 | Etablering af hovedbog bevægelse | TC20003(v) | ST20006 |
|------|----------------------------------|------------|---------|
| D015 | Opret supplerende oplysninger | TC20014(v) | ST20002 |
| D020* | Vis adresse (på andre VP-deltagere) | | |
| D055 | Oprettelse af omsætningsbegræns-ning for et værdipapir | TC20169(v) | ST20077 |
| D055 | Forespørg på omsætningsbegrænsning for et værdipapir | TR20169(v) | ST20077 |
| D055 | Slet omsætningsbegrænsning for et værdipapir | TD20169(v) | ST20077 |
| D056 | Oprettelse af tilladelse til et omsætningsbegrænset værdipapir | TC20170(v) | ST20077 |
| D056 | Forespørg på tilladelse til et omsætningsbegrænset værdipapir | TR20170(v) | ST20077 |
| D056 | Slet tilladelse til et omsætningsbegrænset værdipapir | TD20170(v) | ST20077 |
| D057 | Ekstrakt af depoter der har tilladelse til et givet omsætningsbegrænset værdipapir | TR20172(v) | ST20077 |
| D200 | Vedligeholdelse af valutanotering | TR20106(v) | ST20112 |
| D202 | Vedligeholdelse af indeksfaktor | TR20107(v) | ST20112 |
| D207 | Vedligeholdelse af kontogruppering | TC20110(v) | ST20103 |
| D207 | Vedligeholdelse af kontogruppering | TD20110(v) | ST20103 |
| D207 | Vedligeholdelse af kontogruppering | TR20110(v) | ST20107 |
| D207 | Vedligeholdelse af kontogruppering | TU20110(v) | ST20103 |
| D208 | Vedligehold handelspr. til kontogrp | TC20111(v) | ST20103 |
| D208 | Vedligehold handelspr. til kontogrp | TD20111(v) | ST20103 |
| D208 | Vedligehold handelspr. til kontogrp | TR20111(v) | ST20107 |
| D210 | Vedligehold betaling i anden valuta | TC20105(v) | ST20102 |
| D210 | Vedligehold betaling i anden valuta | TD20105(v) | ST20102 |
| D210 | Vedligehold betaling i anden valuta | TR20105(v) | ST20106 |
| D210 | Vedligehold betaling i anden valuta | TU20105(v) | ST20102 |
| D212 | Flyt handelsp. fra/til kontogruppe | TU20117(v) | ST20103 |
| D280* | Vedligehold årsultimokurs | | |
| D298* | Forespørgsel på afsender-reference | | |
| D342 | Vedligeholdelse af inv.for.klassifikation | TC20381(v) | ST20044 |
| D342 | Vedligeholdelse af inv.for.klassifikation | TU20381(v) | ST20044 |
| D342 | Vedligeholdelse af inv.for.klassifikation | TD20381(v) | ST20044 |
| D342 | Forespørgsel på inv.for.klassifikation | TR20381(v) | ST20045 |

\* Findes udelukkende som 3270-funktion, se Systemvejledning, Terminalbetjening - omlagt system.
**Likviditetsstiller funktioner**

| Procedure | Procedurenavn | Transaktion | Service |
|-----------|---------------|-------------|---------|
| D324 | Flyt PVP-engagementer til likviditet | TC20334(v) | ST20029 |

**Beskrivelse af F-taster**
Nedenfor er beskrevet VP-standardssystemets F-tasters forskellige funktioner.

| Funktionstast | Betegnelse | Beskrivelse |
|---------------|------------|-------------|
| ENT | ENTER | Udfør kommando. Benyttes ved logon samt ved menuvalg |
| F1 | HELP | Benyttes ikke |
| F2 | VIS | Forespørgsel på informationer |

**S**YSTEMVEJLEDNING

| F3 | AFSLUT | Afslutning på transaktion. Tilbage til forrige skærmbillede |
|---|---|---|
| F4 | LIST | Lister en række af data, som hidrører fra et specifikt skærmbillede |
| F5 | OPFRISK | Benyttes ikke |
| F6 | RYD | Rydder skærmbilledet for data |
| F7 | TILBAGE | Benyttes til at bladre tilbage |
| F8 | FREM | Benyttes til at bladre frem |
| F10 | VENSTRE | Benyttes til at bladre til venstre i et skærmbillede |
| F11 | HØJRE | Benyttes til at bladre til højre i et skærmbillede |
| F14 | OPRET | Opretter de ønskede data |
| F15 | ÆNDRE | Ændrer de ønskede data. Før en ændring skal der ALTID forespørges med F2 eller en bladring med F7/F8 |
| F16 | SLET | Sletter de ønskede data. Før en sletning skal der ALTID forespørges med F2 eller en bladring med F7/F8 |
| F17 | FORTSÆT | Benyttes i forespørgsler til at fremkalde næste, mere detaljerede niveau for en udvalgt forekomst. |
| F22 | TOP | Flytter til toppen af de ønskede data |
| F23 | BUND | Flytter til bunden af de ønskede data |
| F24 | BEKRÆFT | En bekræftelse på, at man virkelig ønsker at oprette eller slette |

## Terminalbetjening – ej omlagt system

Dette afsnit henvender sig til de brugere, der benytter VP's standardterminaler direkte eller via eget datacenter.

Har man en terminal, der er tilsluttet via eget datacenter (MSNF-terminal), kan datacentret oplyse, hvordan man kommer ind i VP-systemet.

Afsnittet er opbygget i den rækkefølge, hvori man får brug for det:
- sign-on (hvordan kommer man ind)
- brug af systemet incl. særlige funktioner
- sign-off (hvordan kommer man ud)

I Menu-opbygning er vist opbygningen af menuerne i VP's standardsystem.

## Masterbruger

Hver centraldeltager skal udpege en eller flere masterbrugere. Antallet af masterbrugere er afhængigt af, hvor mange terminalgrupper centraldeltagerens terminaler er opdelt i. Der er en masterbruger pr. cd-ident pr. terminalgruppe.

Masterbrugerens opgave er at administrere brugernes autorisationer til at benytte VP-systemet.

Masterbrugerens opgaver består af
- oprettelse af terminalbrugere
- ændring af autorisation for eksisterende brugere
- sletning af terminalbrugere
- åbning af spærret brugeridentifikation

**SYSTEMVEJLEDNING**

---

Transaktionerne til brugeradministration findes under centraldeltageropdatering/autorisationer "AUTO".

**PERIODISK PASSWORDSKIFT**
Masterbrugeren kan angive, med hvilket interval terminal-brugere skal skifte "password". Intervallet kan være fra 1-90 dage. Med mindre andet angives, vil intervallet være 90 dage.

Dette medfører, at alle terminalbrugere under den pågældende masterbruger vil blive tvunget til at angive et nyt password ved førstkommende sign-on, hvis dato for sidste passwordskift er ældre end det af masterbrugeren valgte interval.

## Oprettelse af terminalbruger

**Beskrivelse**
En brugerautorisation er knyttet til en centraldeltagerident og kan bruges inden for en bestemt terminalgruppe hos centraldeltageren.

Hver terminalbruger skal have sin egen brugeridentifikation.

Brugeridentifikationerne skal være forskellige inden for samme terminalgruppe.

**Indrapportering hos centraldeltager**
Oprettelse af ny terminalbruger foretages således:
- Vælg funktionen OPRETTELSE AF TERMINALBRUGER.
- Indtast brugeridentifikation og foreløbigt password.
- Tryk ENTER
- Autorisationen foretages ved at afkrydse de funktionsområder og transaktioner, brugeren skal have adgang til. Afkrydsningen foretages på funktionsniveau for at få funktionsområdet med på menuen (eksempel: kontoopdatering). Afkrydsning på transaktionsniveau giver adgang til at indrapportere den pågældende transaktion.
- Når relevante transaktioner er afkrydset, trykkes ENTER.

Når teksten TRANSAKTIONEN ER UDFØRT vises, er brugeren oprettet.

**Bemærk**
Terminalbrugeren skal af sikkerhedsmæssige grunde ændre det foreløbige password ved første sign-on.

## Ændring af autorisation for eksisterende bruger

**Beskrivelse**
Det er muligt at ændre eksisterende autorisationer, f.eks. når medarbejdere får nye arbejdsområder.

**Indrapportering hos centraldeltager**

Ændring af terminalbruger foretages således:
- Vælg ÆNDRING AF TERMINALBRUGER.
- Ændringer i autorisationen sker ved at
  - afkrydse i de nye transaktioner
  - slette krydser i de transaktioner, der ikke skal bruges mere.
- Tryk ENTER, og ændringerne er foretaget.

## Sletning af terminalbruger

**Beskrivelse**
Når en medarbejder ikke længere skal bruge VP-systemet, skal dennes autorisation slettes.



SYSTEMVEJLEDNING

---

**Indrapportering hos centraldeltager**

Sletning af terminalbruger foretages således:
- Vælg SLETNING AF TERMINALBRUGER.
- Indtast brugeridentifikationen, der skal slettes.
- Tryk ENTER.
- Tryk ENTER igen, og brugeridentifikationen er slettet.

## Aktivering af terminalbruger

**Beskrivelse**
Har en terminalbruger indtastet forkert password 4 gange, vil brugeridentifikationen af sikkerhedsmæssige grunde blive spærret.

Det betyder, at masterbrugeren skal aktivere terminalbrugeren påny.

Har en terminalbruger glemt sit password, kan masterbrugeren også aktivere brugeren.

**Indrapportering**
Masterbrugeren aktiverer terminalbrugeren således:
- Vælg transaktionen AKTIVER BRUGER.
- Indtast brugeridentifikation og nyt password.
- Tryk ENTER.

**Bemærk:**
Systemet forlanger, at terminalbrugeren efterfølgende ændrer sit password.

## Specielle forhold

**Masterbruger har indtastet forkert password**
Indtaster masterbrugeren forkert password 4 gange, bliver brugeridentifikationen spærret. Så skal masterbrugeren kontakte VP's Clearing & Custody Services for at få genåbnet brugeridentifikationen.

**Masterbruger har glemt password**
Har masterbrugeren glemt sit password, skal masterbrugeren kontakte VP's Clearing & Custody Services for at få oplyst et nyt password. VP oplyser af sikkerhedsmæssige grunde kun masterpassword efter en særlig procedure, der er fastsat af VP.

Centraldeltagerne bør tilrettelægge en forretningsgang, der sikrer, at masterbrugerens password kan tilvejebringes uden VP's medvirken, f.eks. forseglet kuvert eller deponering hos revisor.

## Sign-on

Inden man kan bruge VP's system, skal man have tildelt en "brugeridentifikation" og et "password". "Brugeridentifikation" og "password" er adgangsnøglen til systemet og skal tildeles af masterbrugeren.

Når man skal bruge VP-systemet, er startproceduren afhængig af, hvordan terminalen er tilsluttet VP:
- Er terminalen tilsluttet VP direkte, får man automatisk en menu på skærmen, hvor der kan vælges mellem de systemer, som I er defineret til at bruge.
- Er terminalen tilsluttet VP via eget datacenter (MSNF-terminal), kan datacentret oplyse, hvordan man kommer til sign-on billedet.



## SYSTEMVEJLEDNING

I sign-on billedet skal der indtastes "brugeridentifikation" og "password" for at komme ind i systemet.

Når der er indtastet "brugeridentifikation" og "password", trykkes på ENTER. ("evt. nyt password:" skal altså overspringes, med mindre man ønsker at ændre sit password).

Er der indtastet korrekt "brugeridentifikation" og "password", kommer man til VP's primær menu (se Menu-opbygning).

Er der indtastet forkert "brugeridentifikation" eller "password", meddeles det på skærmen. Man får at vide, om det er "brugeridentifikation" eller "password", der er forkert.

Indtastes der forkert "password" 4 gange i træk, bliver "brugeridentifikation" spærret. Man skal så kontakte masterbrugeren, som kan aktivere "brugeridentifikationen" igen.


## Password

Til enhver "brugeridentifikation" hører et "password". Det er adgangsnøglen til at bruge den pågældende "brugeridentifikation". "Password" kan ændres af brugeren, når der er behov for det, og i øvrigt efter masterbrugerens anvisninger.

Ens "password" skal holdes hemmeligt, således at andre ikke har mulighed for at anvende ens "brugeridentifikation". Et "password" kan være på min. 6, max. 8 positioner, som skal være en kombination af tal og bogstaver – mindst et af hvert – og som skal være forskelligt fra de foregående passwords.

### Ændring af "password"
En user kan ændre sit "Password" i sign-on billedet.

Det gøres således:
- Indtast "brugeridentifikation"
- Indtast nuværende "password" i password-feltet
- Indtast det nye "password" i feltet "Evt. nyt password"
- Tryk ENTER
- Det nye "password" indtastes igen
- Tryk ENTER

Nu er "passwordet" ændret.

Bemærk:
Det nye "password" bliver automatisk afvist, hvis det er lig med et af de sidste 5 gamle "passwords".


## Brug af menu-systemet

Der er 2 måder at komme rundt i menu-systemet på:
- Trin for trin (et niveau op/ned ad gangen)

  Du kommer til næste niveau ved at indtaste nummeret på den menutransaktion, du skal bruge. Du kommer et niveau tilbage ved at trykke på F3/15 = RETUR.

  Eksempel:
  Du befinder dig i primær-menuen og skal have den menu, der hedder beholdningsændringer. Du indtaster 4 i funktionsvalg og trykker ENTER.



SYSTEMVEJLEDNING

Skal du tilbage til primær-menuen, trykkes på F3/15.

- Direkte til den ønskede transaktion

  Denne funktion bruges, når du ved, hvilke numre der skal indtastes for at komme til en konkret funktion.

Du kan indtaste flere cifre på én gang med et punktum imellem.
Du kan indtaste menuens/transaktionens mnemotekniske betegnelse. Alle menuer og transaktioner har en mnemoteknisk betegnelse på 4 bogstaver, der står umiddelbart foran transaktionen på menuen.
Eksempler:
Du ønsker at forespørge på oplysninger om kontohaver. For at komme direkte til dette skærmbillede skal du indtaste "5.1.1" i funktionsvalg og trykke F3/15, eller du skal indtaste "FOKH" (forespørgsel kontohaver) og trykke F3/15.

Bemærk
Du kan komme direkte tilbage til primær-menuen ved at indtaste 0 eller "PRIM" i funktionsvalg og trykke på F3/15.

## Funktionstaster (F-taster)
Der er knyttet et antal særlige funktioner til VP's standardsystem.

Funktioner bruges ved at trykke på tastaturets programfunktionstaster (F-taster).

Nederst på skærmbilledet er en oversigt over, hvilken funktion den enkelte F-tast aktiverer.

Har tastaturet ikke F-taster, aktiveres funktionerne ved at indtaste "; PFnr." (semikolon + PF + nr. på F-tasten) i funktionsvalg.

Eksempel:
STAK-funktionen aktiveres ved at indtaste "; F2"
Oversigt over F-tasternes programfunktioner:
NB. F1/13 angiver, at F1 og F13 udfører samme funktion.

| Tast | Betegnelse | Beskrivelse |
|---|---|---|
| ENTER | UDFØR | Udfører/afslutter transaktionen<br>"Sender" transaktionen til VP. Trykkes der ENTER efter meddelelsen TRANSAKTIONEN ER UDFØRT, vises det oprindelige skærmbillede igen. |
| F1/13 | HJÆLP | Kan anvendes ved fejltekster på skærmen<br>Ved fejl i de indrapporterede oplysninger udskrives fejlteksten for den første fejl automatisk på skærmen. Har transaktionen flere fejl, fremkommer de efterfølgende fejltekster ved fornyet tryk på F1/13. |
| F2/14 | STAK | Midlertidig afbrydelse<br>Ønsker du at afbryde indtastningen af en transaktion for at gennemføre en anden transaktion, f.eks. forespørgsel fra en kunde eller udskrivning af en VP-meddelelse, kan du "gemme" den oprindelige ved tryk på F2/14. STAK bevirker, at transaktionens oplysninger gemmes, og primær-menuen vises. Hvis du, inden der trykkes på F2/14, vælger en funktion ved at indtaste en talkode (fx 5.1.1) eller en mnemoteknisk betegnelse (f.eks. FOKH), kommer du direkte til den funktion. Du kommer tilbage til den oprindelige transaktion ved at taste 'x' i funktionsvalg og trykke på RETUR, eller ved at trykke på RETUR, når primærmenuen er på skærmen. |



SYSTEMVEJLEDNING

| | | |
|---|---|---|
| | | Det oprindelige skærmbillede vises igen, og behandlingen af transaktionen kan fortsætte. STAK-funktionen kan bruges flere på hinanden følgende gange, dvs. der kan "gemmes" flere transaktioner til senere fortsættelse. |
| F3/15 | RETUR | Afslutter funktionen (uden at gennemføre).<br>Ved tryk på RETUR afsluttes funktionen, og du går et niveau tilbage i menuhierarkiet. Indtastes der en talkode eller en mnemoteknisk betegnelse i funktionsvalg, kommer du direkte til den valgte funktion. Hver gang der trykkes på RETUR, kommer du et niveau tilbage i menu-hierarkiet. |
| F4/16 | BLAD FREM | Bladrer et skærmbillede frem.<br>Bruges, når en transaktion kræver indtastning i flere skærmbilleder (ses i nederste højre hjørne "1/2"), eller når oplysninger fra VP er fordelt over flere skærmbilleder. |
| F5/17 | BLAD TILBAGE | Bladrer et skærmbillede tilbage.<br>Bruges, når en transaktion kræver indtastning i flere skærmbilleder (ses i nederste højre hjørne "2/2"), eller når oplysninger fra VP er fordelt over flere skærmbilleder. |
| F6/18 | FORTSÆT M DATA | Oprindeligt skærmbillede fremkommer igen.<br>Trykkes der på F6/18 efter meddelelsen TRANSAKTIONEN ER UDFØRT, vises det oprindelige skærmbillede igen. |
| F7/19 | PRINT SKÆRM | Udskriver en kopi af skærmbilledet.<br>Kopien udskrives på den printer, som brugeren p.t. er defineret til. Der kan kun udskrives skærmbilleder af transaktioner. Programfunktionen må kun bruges, når printeren ikke er i gang med anden udskrivning. Du kan ændre printer ved at vælge "Ændring af printer-ID". |
| F8/20 | PRINT TRANS | Udskriver en kopi af en transaktion.<br>Kopien udskrives på den printer, som brugeren p.t. er defineret til. I modsætning til PRINT SKÆRM udskrives alle skærmbilleder, når transaktionen har flere. Program-funktionen må kun bruges, når printeren ikke er i gang med anden udskrivning. Du kan ændre printer ved at vælge "Ændring af printer-ID". |
| F9/21 | FORCERING | Forcerer transaktioner igennem<br>Bruges af det kontoførende institut til at forcere transaktioner på de VP-konti, hvor feltet KONTOSTATUS er udfyldt. Forcerede transaktioner bliver dokumenteret på en særlig liste til det kontoførende institut. |

Faste felter på skærmbilleder

**Beskrivelse**
Skal der indtastes en række transaktioner, hvori nogle af feltværdierne er identiske (f.eks. kontonummer), kan du benytte funktionen "Faste felter på skærmbilleder".

Transaktionens mnemotekniske betegnelse er "FFSK".

Har du ved hjælp af "Faste felter på skærmbilleder" defineret et felt, vil systemet automatisk overføre værdien i feltet fra den foregående transaktion af samme type.

**Indtastning**
Når du skal definere faste felter på skærmbillederne, skal du gøre følgende:
- Vælg funktionen FASTE FELTER PÅ SKÆRMBILLEDER.
- Vælg den transaktion, du ønsker at definere faste felter i.



SYSTEMVEJLEDNING

---

- Felterne udfyldes med de ønskede værdier.

Vælg fast eller variabelt for feltets indhold:

F = Fast indhold
Det betyder, at den indsatte værdi altid fremkommer, når transaktionen vælges. Skal feltet have en anden værdi, tastes det oveni. Ændringen gælder kun for samme transaktion. I den næste transaktion har feltet igen det oprindelige indhold.

V = Variabelt indhold
Det betyder, at den sidst indtastede værdi i et felt automatisk overføres til næste transaktion af samme type.

Ændring af værdier i faste felter:
Nye værdier tastes oven i de gamle.

Sletning af værdier i faste felter:
Feltets indhold slettes ved at fjerne det indtastede med mellemrumstasten eller slettetasten.


## Sign-off
**Beskrivelse**
Når du er færdig med at benytte VP-systemet, skal der foretages sign-off.

**Indrapportering hos centraldeltager**

Du kommer ud af standardsystemet ved at skrive

STOP, SLUT, CICS eller

UD, END, EXIT, SIGNOFF, LOGOFF.

Ved benyttelse af
- STOP, SLUT eller CICS vises:
  o Direkte terminaler: VP-menu med valg af system
  o MSNF terminaler: Datacentrets sign-off procedure
- UD, END, EXIT, SIGNOFF eller LOGOFF (venteposition) vises:
  o Sign-off billede. Ved tryk på ENTER fremkommer sign-on billedet.

**Eksempel:**
UD kan bruges, når du midlertidigt vil ud af systemet (frokost, pause), eller når en anden bruger skal logges på.

**Bemærk**
Får du meddelelsen APPLIKATIONSVALG FINDES IKKE, når du vil foretage sign-off, skyldes det, at du har brugt STAK-funktionen.

Situationen løses ved at sætte x i funktionsvalg og trykke F15, indtil du får meddelelsen APPLIKATIONSVALG FINDES IKKE. Du kan herefter foretage sign-off.


## Menu-opbygning



**SYSTEMVEJLEDNING**

| | | 01 | KONTOOPDATERING | |
|---|---|---|---|---|
| | | | 01 KOPL | Kontooplysninger |
| | | | 02 FULD | Fuldmagter |
| | | | 03 RETT | Rettigheder |
| | | | | |
| | | 02 | FONDSOPDATERING | |
| | | | 02 AKTI | Aktier |
| | | | 05 AKEJ | Aktier, ej papirløse |
| | | | | |
| **PRIMÆR MENU** | | | | |
| | | | | |
| 01 KTOP | Kontoopdatering | 03 | CENTRALDELTAGEROPDATERING | |
| 02 FOOP | Fondsopdatering | | 03 AUTO | Autorisationer |
| 03 CDOP | Centraldeltager | | 04 INTF | Interne funktioner |
| | opdatering | | 07 AGEB | Aktiegebyrsystem |
| 04 BEHÆ | Ændring af konv.- og | 04 | ÆNDRING AF KONV. - OG AKTIE-OPLYS. | |
| | aktie-oplys | | 07 ANLA | Annulleringer, aktier |
| 05 FORE | Forespørgsler | | 09 TEGN | Tegning |
| 06 INFO | Informationsudtræk | | | |
| | | | | |
| | | 05 | FORESPØRGSLER | |
| | | | 01 FKON | Kontooplysninger |
| | | | 02 FOAK | Aktier |
| | | | 03 FOKO | Obligationer |
| | | | 04 FOBA | Bevægelser i trans.reg., aktier |
| | | | 06 FODJ | Kontooplysninger, trans.register |
| | | | 07 FODI | Dispositionstil., trans.register |
| | | | 08 AKFO | Fondsregister, aktier |
| | | | 10 FCSD | Grænseoverskridende bevægelser |
| | | | 12 FOCD | Centraldeltagerregister |
| | | | 14 FOUK | Ultimo beholdninger |
| | | | 15 FORK | Rekvisitioner |
| | | | | |
| | | 06 | INFORMATIONSUDTRÆK | |
| | | | 01 REKV | Rekvisitioner |
| | | | 02 STAN | Standard |
| | | | 05 REAN | Annullering af rekvisition |
| | | | | |

## 01 KONTOOPDATERING

| | | | | Transaktionen kan benyttes af: | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | KI | FH | UI | ST | AI |
| 01 | KOPL | | KONTOOPLYSNINGER | | | | | |
| | | | | | | | | |
| | 01 | KTET | Etablering af konto | x | | | | |
| | 02 | KTÆN | Ændring af konto | x | | | | |
| | 03 | KTSL | Opgørelse af konto | x | | | | |
| | 06 | GEKO | Genetablering af konto | x | | | | |
| | 07 | KTAÆ | Generel adresseændring | x | | | | |
| | 08 | ETAB | Etablering af ejerbogsnavn | x | | | | |
| | 09 | ÆNAB | Ændring af ejerbogsnavn | x | | | | |
| | 10 | SLAB | Sletning af ejerbogsnavn | x | | | | |



**SYSTEMVEJLEDNING**

| | 11 | ANAB | Annuller ejerbogsnavntransaktion | x | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| 02 | FULD | FULDMAGTER | | | | | | |
| | | | | | | | | |
| | 09 | FUET | Etablering af fuldmagt | x | | | | |
| | 10 | FUSL | Sletning af fuldmagt | x | | | | |
| | | | | | | | | |
| 03 | RETT | RETTIGHEDER | | | | | | |
| | | | | | | | | |
| | 01 | RTET | Etablering af rettighedshaver | x | | | | |
| | 02 | RTÆN | Ændring af rettighedshaver | x | | | | |
| | 03 | RTSL | Sletning af rettighedshaver | x | | | | |

## 02 FONDSOPDATERING

| | | | | Transaktionen kan benyttes af: | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | KI | FH | UI | ST | AI |
| 02 | AKTI | AKTIER | | | | | | |
| | | | | | | | | |
| | 06 | ÆNSA | Ændring af serviceoplysninger-aktier | | | | | X |
| | | | | | | | | |

## 03 CENTRALDELTAGEROPDATERING

| | | | | Transaktionen kan benyttes af: | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | KI | FH | UI | ST | AI |
| 03 | AUTO | AUTORISATIONER | | | | | | |
| | | | | | | | | |
| | 01 | TEOP | Oprettelse af terminalbruger | x | x | x | x | x |
| | 02 | TEÆN | Ændring af terminalbruger | x | x | x | x | x |
| | 03 | TESL | Sletning af terminalbruger | x | x | x | x | x |
| | 04 | AKBR | Aktiver bruger | x | x | x | x | x |
| | 05 | INPA | Nyt interval for passwordskift | x | x | x | x | x |
| | | | | | | | | |
| 04 | INTF | INTERNE FUNKTIONER | | | | | | |
| | | | | | | | | |
| | 01 | FFSK | Faste felter på skærmbilleder | x | x | x | x | x |
| | | | | | | | | |
| 07 | AGEB | AKTIEGEBYRSYSTEM | | | | | | |
| | | | | | | | | |
| | 01 | OPGB | Afmeld KI fra prisaftale | x | | | | |
| | 02 | SLGB | Genetabler prisaftale for KI | x | | | | |
| | 03 | OPAF | Opret aftaleinstitut | | | | | x |
| | 04 | ÆNAF | Ændre aftaleinstitut | | | | | x |
| | 05 | OPOP | Opdater interbankgebyr | x | | | | |
| | 06 | FROP | Forespørg på interbankgebyr | x | | | | x |
| | 07 | OPGE | Opdater interbankgebyr globalt | Opdateres af udvalgt centraldeltager | | | | |

## 04 ÆNDRING AF KONV. - OG AKTIE-OPLYS.

| | | | | Transaktionen kan benyttes af: |
|---|---|---|---|---|



## SYSTEMVEJLEDNING

|     |      |         |                              | KI | FH | UI | ST | AI |
|-----|------|---------|------------------------------|----|----|----|----|----|
| 07  | ANLA | ANNULLERINGER, AKTIER |                |    |    |    |    |    |
|     |      |         |                              |    |    |    |    |    |
|     | 06   | ANTØ    | Annullering af tegningsønske | x  |    |    |    |    |
|     |      |         |                              |    |    |    |    |    |
| 09  | TEGN | TEGNING |                              |    |    |    |    |    |
|     |      |         |                              |    |    |    |    |    |
|     | 01   | TEØN    | Tegningsønske etablering/ændring | x |  |    |    |    |

### 05 FORESPØRGSLER

|     |      |         |                              | Transaktionen kan benyttes af: | | | | |
|-----|------|---------|------------------------------|----|----|----|----|----|
|     |      |         |                              | KI | FH | UI | ST | AI |
| 01  | FKON | KONTOOPLYSNINGER |                     |    |    |    |    |    |
|     |      |         |                              |    |    |    |    |    |
|     | 01   | FOKH    | Kontohaver                   | x  |    |    | x  |    |
|     | 02   | FKID    | Kontohaver-ID                | x  |    |    |    |    |
|     | 03   | FOFU    | Fuldmagtsoplysninger         | x  | x  |    | x  |    |
|     | 04   | FORO    | Rettighedshaveroversigt      | x  |    |    | x  |    |
|     | 05   | FORH    | Rettighedshaver              | x  |    |    | x  |    |
|     | 06   | FOGE    | Gebyroplysninger             | x  |    |    |    |    |
|     | 07   | STEM    | Ejerbogsnavn                 | x  |    |    |    |    |
|     |      |         |                              |    |    |    |    |    |
| 02  | FOAK | AKTIER  |                              |    |    |    |    |    |
|     |      |         |                              |    |    |    |    |    |
|     | 05   | FUFO    | Udbytte pr. fondskode        | x  |    |    | x  |    |
|     | 06   | KOTØ    | Tegningsønske                | x  | x  |    | x  |    |
|     |      |         |                              |    |    |    |    |    |
| 03  | FOKO | OBLIGATIONER |                         |    |    |    |    |    |
|     |      |         |                              |    |    |    |    |    |
|     | 05   | FORU    | Udbetalt udtræk              | x  |    |    | x  |    |
|     | 06   | FOKB    | Ikke udbetalt udtræk         | x  |    |    | x  |    |
|     |      |         |                              |    |    |    |    |    |
| 04  | FOBA | BEVÆGELSER I TRANS.REG. AKTIER |              |    |    |    |    |    |
|     |      |         |                              |    |    |    |    |    |
|     | 06   | FANA    | Annulleringer, aktier        | x  | x  |    |    |    |
|     | 08   | ØNSK    | Tegningsønsker               | x  |    |    |    |    |
|     |      |         |                              |    |    |    |    |    |
| 06  | FODJ | KONTOOPLYSNINGER, TRANS. REGISTER |          |    |    |    |    |    |
|     |      |         |                              |    |    |    |    |    |
|     | 01   | FKRU    | Konto-oplysninger            | x  |    |    |    |    |
|     | 02   | FORT    | Rettigheder                  | x  |    |    |    |    |
|     | 04   | FOST    | Ejerbogsnavn                 | x  |    |    |    |    |
|     |      |         |                              |    |    |    |    |    |
|     |      |         |                              | Transaktionen kan benyttes af: | | | | |
|     |      |         |                              | KI | FH | UI | ST | AI |
| 07  | FODI | DISPOSITIONSTILLADELSER, TRANS. REGISTER |   |    |    |    |    |    |
|     |      |         |                              |    |    |    |    |    |
|     | 07   | FOFM    | Fuldmagter                   | x  |    |    |    |    |
|     |      |         |                              |    |    |    |    |    |
| 08  | AKFO | FONDSREGISTER, AKTIER |                |    |    |    |    |    |



**SYSTEMVEJLEDNING**

|  | 01 | AKSE | Aktieselskabsoplysninger | x |  |  |  | x |
|  | 02 | SEFO | Fondskodeoversigt pr. selskab | x |  |  | x | x |
|  | 03 | PAPO | Papiroplysninger | x |  |  | x | x |
|  | 04 | TEPE | Tildelings/tegningsoplysninger | x |  |  | x | x |
|  | 05 | KAPI | Aktiekapitaludvidelser | x |  |  | x | x |
|  | 06 | UDBY | Udbytteoplysninger | x |  |  | x | x |
|  |  |  |  |  |  |  |  |  |
| 10 | FCSD |  | GRÆNSEOVERSKRIDENDE BEVÆGELSER |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  | 01 | MTFL | MT525 | x | x |  |  |  |
|  | 02 | MTEN | MT525 enkel | x | x |  |  |  |
|  |  |  |  |  |  |  |  |  |
| 12 | FOCD |  | CENTRALDELTAGERREGISTER |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  | 04 | FOTB | Oversigt over terminalbrugere | x | x | x | x | x |
|  | 05 | FOLI | Registrerede data vedr. lister | x | x | x | x | x |
|  | 06 | OOBA | Oversigt over brugerautorisation | x | x | x | x | x |

|  |  |  |  | Transaktionen kan benyttes af: | | | | |
|  |  |  |  | KI | FH | UI | ST | AI |
| 14 | FOUK |  | ULTIMO BEHOLDNINGER |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  | 01 | FUBA | Ultimo beholdning, aktier | x |  |  | x |  |
|  | 03 | FUBO | Ultimo beholdning, obligationer | x |  |  | x |  |
|  | 04 | FURT | Ultimo rente | x |  |  | x |  |
|  | 05 | FUUT | Ultimo udtrækning | x |  |  | x |  |
|  |  |  |  |  |  |  |  |  |
| 15 | FORK |  | REKVISITIONER |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  | 01 | FOTI | Forespørg på tegningsindbydelser | x |  |  |  |  |
|  | 02 | FOTG | Forespørg på tegning | x |  |  |  |  |
|  | 03 | FOUR | Forespørg på ubenyttede retter | x |  |  |  |  |

**06 INFORMATIONSUDTRÆK**

|  |  |  |  | Transaktionen kan benyttes af: | | | | |
|  |  |  |  | KI | FH | UI | ST | AI |
| 01 | REKV |  | REKVISITIONER |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  | 01 | REKO | Rekvisition af kontoudskrift | x |  |  |  |  |
|  | 03 | AFHO | Anfordring af hovedbogsopl. UI/DC |  |  | x |  |  |
|  | 04 | REIN | Rekvisition af tegningsindbydelse | x |  |  |  |  |
|  | 05 | REST | Rekv. af samlet/maksimal tegning | x |  |  |  |  |
|  | 06 | REUB | Rekv. af liste/ubenyttede retter | x |  |  |  |  |
|  | 07 | AFAH | Anfordring af hovedbogsopl. AH |  |  | x |  |  |
|  |  |  |  |  |  |  |  |  |
| 02 | STAN |  | STANDARD |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  | 01 | STBE | Beholdningsoversigt | x |  |  |  |  |
|  | 02 | STHO | Hovedbogsoversigt, obligationer |  |  | x |  |  |
|  | 03 | STTK | Oversigt over tomme konti | x |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| 05 | REAN |  | ANNULLERING AF REKVISTION |  |  |  |  |  |



**SYSTEMVEJLEDNING**

| | 01 | ANIN | Annullering af tegningsindbydelse | x | | | | |
|---|---|---|---|---|---|---|---|---|
| | 02 | ANST | Ann. af samlet/maksimal tegning | x | | | | |
| | 03 | ANUB | Ann. af liste ubenyttede retter | x | | | | |
| | 04 | ANSB | Annullering standard bestilling | x | | | | |

## Terminalbetjening – vp.ONLINE™

### Web-grænsefladen vp.ONLINE™
Igennem vp.ONLINE™ tilbyder VP en brugervenlig web-grænseflade til en række funktioner inden for:

a.        Settlement.
b.        Rapporter.
c.        ISIN tildeling med tilhørende oprettelse af obligationer i VP fondsregister samt på OMX NASDAQ OMX.

### a) Settlement
Settlement (værdipapirafvikling) via vp.ONLINE™ anvendes til at gennemføre opdateringer til VP-systemet ved indrapportering af preadvices, instruering af preadvices samt annullering af handler. Der findes også funktionalitet til fremsøgning af afviklede og ikke afviklede handler, annullerede handler m.m.

Opdaterende Settlement transaktioner placeres først i en Transaktionskø, hvorfra de skal signeres for afsendelse til VP - enten enkeltvis eller flere ad gangen. Princippet i en sådan signering kendes eksempelvis fra visse Internet bank transaktioner. Inden for Settlement kan der tillige aktiveres 4-øjne princip således, at alle opdaterende Settlement transaktioner kun kan sendes til VP efter at være behandlet af fire øjne – én person sætter en transaktion i Transaktionskøen, hvorfra en anden person skal signere og afsende den.

### b) Rapporter
Rapportværktøjerne i vp.ONLINE™ giver mulighed for udtræk og download af rapporter på bl.a. egne værdipapirudstedelser. Sådanne udtræk kan printes på papir eller gemmes som PDF-fil eller som XML fil til overførsel til eksempel Excel-regneark i dine egne systemer.

### c) ISIN tildeling og oprettelse af obligationer i VP fondsregister og på fondsbørsen
Via vp.ONLINE™ er der ligeledes funktionalitet til:

- Rekvirering af nye og fremsøgning af eksisterende ISINs til obligationer, aktier og andre instrumenttyper.
- Oprettelse (via fondsportalen) af obligationer til registrering i VP og på OMX NASDAQ OMX.
- Vedligeholdelse og fremsøgning af dine obligationer registreret i VP fondsregister.

### Din adgang til vp.ONLINE™
For at kunne anvende vp.ONLINE™ skal du være oprettet som bruger af systemet med egen signatur (nøglefil) samt password. Det kan du blive, når i har udpeget og via VP's Clearing & Custody Services fået registreret en Masterbruger i jeres organisation. Masterbrugeren bliver derefter ansvarlig for etablering og løbende vedligeholdelse af jeres øvrige brugeradgange.

Hvis du selv skal være masterbruger, skal du kontakte VP Clearing & Custody Services og få afdækket jeres behov og muligheder for faciliteter. Afledt heraf vil du fra VP modtage et brev med det "kundenummer" samt et Masterbruger ID. Du modtager tillige et brev fra PBS med en PIN-kode, som skal benyttes, når du første gang logger på vp.ONLINE™. Når brevene med bruger ID samt PIN-koden er modtaget, er du klar til at registrere dig som masterbruger på vp.ONLINE™. Registreringen sker ved at



## SYSTEMVEJLEDNING

åbne en web-browser og indtaste adressen www.vponline.dk i adressefeltet. Herefter kan du trin for trin følge vejledningen "Kom godt i gang med vp.ONLINE™", som du vil modtage fra VP.

Når du er etableret som masterbruger, vil du kunne oprette øvrige brugere i jeres organisation og tildele dem de ønskede brugerrettigheder. Også den enkelte bruger vil fra PBS modtage sin PIN-kode, som skal benyttes ved førstegangs registrering.

Fælles for førstegangs registreringer er, at der på den anvendte PC etableres en nøglefil til anvendelse ved brugerens senere logins. Nøglefilen placeres umiddelbart i C:\vponline på harddisken, men kan placeres et andet sted. Brugeren har selv ansvaret for at beskytte sin nøglefil, og det kan i den forbindelse være en fordel at kopiere nøglefilen og opbevare den på et sikkert sted, så den eventuelt kan findes frem og anvendes på en anden PC – eksempelvis efter udskiftning af hardware.

Brugeroprettelser samt ændring af brugerrettigheder dokumenteres på listen KAUTL05 Hændelseslog for vp.ONLINE™ Brugeradministration.

**Vejledningerne til vp.ONLINE™ er integreret i grænsefladen**
Vejledninger om de enkelte funktionaliteter findes integreret i vp.ONLINE™. For at få adgang til disse skal du være logget ind på systemet.



SYSTEMVEJLEDNING

---

# 18 Kontrol og revision

VP-systemet er bygget op omkring et anmeldelses- og registreringsforløb med følgende interessenter:
Investor



Indrapportering til VP-systemet kan af de kontoansvarlige foretages direkte - via standardterminal 3270/web grænseflade (til VP Fondsregister) - eller indirekte - via et datacenter:



1) gennemstillings

Til anmeldelses- og registreringsforløbet knytter sig en række kontrol- og revisionsmæssige forpligtelser, hvoraf nogle påhviler de kontoansvarlige, og andre påhviler VP.

I de efterfølgende afsnit gives en beskrivelse af disse kontrol - og revisionsmæssige forpligtelser.

En række af de forhold, som forpligtelserne vedrører, er beskrevet udførligt andre steder i VP's vejledninger, hvorfor afsnittene indeholder mange henvisninger.



SYSTEMVEJLEDNING

## De kontoansvarliges kontrolforpligtelser

Kontrol med, at de kontoansvarlige overholder deres kontrolforpligtelser, føres af de kontoansvarliges interne og eksterne revisioner, se afsnit Revision hos de kontoansvarlige.

### Forretningsgange og kontrol- og sikringsforanstaltninger

De kontoansvarliges forretningsgange og kontrol- og sikringsforanstaltninger vedrørende VP-systemet skal være udarbejdet med udgangspunkt i VP's vejledninger og skal som minimum opfylde bestemmelserne heri.

Et af minimumskravene er, at de regler, som med udgangspunkt i registreringsbekendtgørelsen er fastsat af VP og godkendt af Finanstilsynet, jf. afsnit VP's regelsæt i Generelt, skal være indarbejdet i de kontoansvarliges forretningsgange.

### Kontobetingelser

Ved oprettelse af en VP-konto skal kontohaveren have udleveret den kontoansvarliges betingelser for kontoens førelse. VP har opstillet en række minimumskrav til kontobetingelsernes indhold, se Forretningsmæssigvejledning, Registreringsvejledning, 01 Kontobetingelser.

### Prøvelse af anmeldelser

De kontoansvarlige har pligt til at foretage prøvelse af modtagne anmeldelser, før disse indrapporteres til VP.

En gennemført prøvelse skal kunne dokumenteres over for VP i overensstemmelse med registreringsbekendtgørelsens bestemmelser.

Se Forretningsmæssigvejledning, Registreringsvejledning, 01 Kontoansvarlig, Prøvelsen

### Indrapportering af anmeldelser

#### Godkendelse af medarbejdere

Indrapportering af anmeldelser må kun foretages af medarbejdere, som de kontoansvarlige har godkendt til at foretage registreringsarbejde i VP-systemet, jf. Forretningsmæssigvejledning, Registreringsvejledning, 01 Kontobetingelser

#### Tidsfrist for indrapportering

Anmeldelser, der modtages inden for de kontoansvarliges ekspeditionstid for VP-anmeldelser, skal prøves og indrapporteres til VP uden ophold, se Forretningsmæssigvejledning, Registreringsvejledning, 01 Kontoansvarlig, Prøvelsen.

#### Registreringsmuligheder

Resultatet af den gennemførte prøvelse er afgørende for, hvilken af nedennævnte registreringsmuligheder der finder anvendelse:

- Registrering som anmeldt
- Registrering med frist
- Foreløbig registrering
- Afvisning fra registrering

Se Forretningsmæssigvejledning, Registreringsvejledning, 01 Kontoansvarlig, Registrering.



SYSTEMVEJLEDNING

---

## Kontrol af uddata

Indrapporteringer til VP dokumenteres over for de kontoansvarlige i form af uddata fra VP-systemet.

### Uddata fra ikke omlagte dele af VP-systemet
Der findes uddata, som de kontoansvarlige er pligtige at modtage, og uddata, som det er frivilligt at modtage. Aftaler omkring uddata - herunder leveringsform - fremgår af tilslutningsaftalen.

De kontoansvarlige har pligt til at kontrollere modtaget uddata efter de retningslinier, som er angivet i VP's vejledninger.

### Uddata (infoer) fra omlagte dele af VP-systemet
De kontoansvarlige skal selv trække relevante infoer eller foretage forespørgsler i fra omlagte dele af VP-systemet. Informationerne Infoerne skal anvendes og behandles i overensstemmelse med beskrivelserne i systemvejledningen.

## Decentral udsendelse af kundemeddelelser

Ved decentral udsendelse af kundemeddelelser til kontohavere og eventuelle rettighedshavere stilles særlige minimumskrav til forretningsgange hos de kontoansvarlige og deres datacentre, se Forretningsmæssigvejledning, Registreringsvejledning, 01 Kontoansvarlig, Decentral udsendelse af kundemeddelelser.

Aftalehavers eksterne eller interne revision skal i den forbindelse afgive en særlig erklæring over for VP, se den forretningsmæssige vejledning.

## Reduceret udskrivning/fravalg af kundemeddelelser

Ved reduceret udskrivning respektive fravalg af kundemeddelelser skal aftalehavers eksterne eller interne revision afgive særlige erklæringer over for VP, se den forretningsmæssige vejledning.

## Returpost

Centralt henholdsvis decentralt udsendte kundemeddelelser med mangelfulde eller forkerte adresseoplysninger returneres som uanbragte til de kontoansvarliges reklamationsadresser.

De kontoansvarlige skal sikre, at de medarbejdere, der modtager og behandler returnerede kundemeddelelser, ikke har adgang til at foretage registrering i VP-systemet, se Forretningsmæssigvejledning, Registreringsvejledning, 01 Kontoansvarlig, Decentral udsendelse af kundemeddelelser.

Ved modtagelse af returpost skal de kontoansvarlige fremskaffe og registrere korrekte adresseoplysninger på de berørte kunder og genfremsende de returnerede kundemeddelelser.

Såfremt korrekte adresseoplysninger ikke umiddelbart kan fremskaffes, skal returposten opbevares på reklamationsadressen, indtil sådanne oplysninger foreligger, dog maksimalt 5 år.

## Opbevaring af kvitteringsmateriale

De kontoansvarlige og deres datacentre skal opbevare dokumentation for ind- og uddata i overensstemmelse med bestemmelserne i bogføringsloven med tilhørende bekendtgørelse og vejledning.



SYSTEMVEJLEDNING

## Revision hos de kontoansvarlige

### Revisionsoplysninger i tilslutningsaftalen

Tilslutningsaftalen indeholder navn og adresseoplysninger såvel på aftalehavers interne som eksterne revision.

Revisionerne er bemyndiget til at rekvirere oplysninger hos VP, bl.a. i form af informationsudtræk.

VP er bemyndiget til at kontakte aftalehavers revisioner.

I følgende tilfælde skal tilslutningsaftalen indeholde en erklæring fra aftalehavers interne eller eksterne revision om, at kontoansvarlige under aftalehaveren har sikkerhedsmæssigt betryggende forretningsgange for håndteringen heraf:

- Decentral udsendelse af kundemeddelelser
- Reduceret udskrivning af kundemeddelelser ved udtrækningskørsel 3
- Fravalg af meddelelser om tildelte retter
- Fravalg af kundemeddelelser ved handler

**Bemærk**
Ved skift af intern respektive ekstern revision skal samtlige revisionsoplysninger og revisorerklæringer fornyes.

### Revisionsmedvirken ved oplysning af masterpassword

VP's Clearing & Custody Services kan i undtagelsestilfælde oplyse nyt masterpassword til en aftalehaver.

I sådanne situationer kontakter Clearing & Custody Services den pågældende aftalehavers interne eller eksterne revision og aftaler et kendeord, som revisionen skal videregive til den medarbejder, som aftalehaver har godkendt til at få oplyst masterpassword'et.

Den pågældende medarbejder kan herefter ved at meddele Clearing & Custody Services det aftalte kendeord få oplyst aftalehaverens masterpassword.

Clearing & Custody Services bekræfter skriftligt den afgivne oplysning af masterpassword over for aftalehaveren med kopi af bekræftelsen til aftalehaverens revision og kopi til påtegning af aftalehaveren.

Aftalehaver bekræfter hændelsen og returnerer kopi af brevet.

### Revisionsværktøjer
#### Spørgeret via standardterminal
De kontoansvarliges interne revisioner kan opnå spørgeadgang til de VP-konti, som deres revisionsopgave omfatter. Spørgeadgangen har samme omfang som de kontoansvarliges.

Spørgeadgangen kan oprettes på 2 måder:
- Aftalehaverens masterbruger opretter revisionen som terminalbruger med spørgeadgang.
- Revisionen tildeles egen identifikation i VP-systemet - en selvstændig CD-ident - som gives spørgeadgang ved indsendelse af bilag til tilslutningsaftalen.



SYSTEMVEJLEDNING

---

**Informationsudtræk**
Tilslutningsaftalen bemyndiger såvel den interne som den eksterne revision til at rekvirere informationsudtræk hos VP, enten via standardterminal eller ved indsendelse af bestilling til Clearing & Custody Services.

Som eksempel på informationsudtræk kan nævnes beholdningsoversigter, omfattende enten et interval af VP-kontonumre eller samtlige en kontoansvarliges VP-konti.

Ved bestilling af informationsudtræk via Clearing & Custody Services kontrollerer VP, at rekvirenten er identisk med en af de i tilslutningsaftalen anførte kontaktpersoner hos den pågældende revision, og det bestilte udtræk fremsendes til den revisionsadresse, som fremgår af tilslutningsaftalen.

Mindre informationsudtræk kan bestilles pr. telefon. I sådanne tilfælde foretager Clearing & Custody Services kontrolopringning til en af kontaktpersonerne, jf. ovenfor.

Samtlige informationsudtræk faktureres i henhold til prislisten og leveres som beskrevet i se

Generelt om informationsudtræk.

**Dokumentation af uautoriserede forsøg på systemadgang**
Uautoriserede forsøg på systemadgang fra standard- eller gennemstillingsterminaler registreres i VP, som til brug for opfølgning dokumenterer sådanne forsøg over for aftalehavers interne eller eksterne revision, jf. tilslutningsaftalens bestemmelser.

Dokumentation sker ved fremsendelse af listen "Afviste forsøg på systemadgang - aftalehaver" (KAUTL01), se Teknisk vejledning, 0X Uddatabeskrivelser - red., Øvrige lister KAUTL01 Afviste forsøg på systemadgang - aftalehaver.

**Dokumentation af brugerhændelser vedr. vp.ONLINE**
I forbindelse med vp.ONLINE registreres hændelserne: brugeroprettelse, ændring af brugers rettigheder, PIN-kode bestilling, suspension af bruger, lukning og genåbning af brugere samt fysisk sletning af web-adgang for lukket bruger. Registreringen dokumenteres over for aftalehavers interne eller eksterne revision.

Dokumentation sker ved fremsendelse af listen KAUTL05 Hændelseslog for vp.ONLINE Brugeradministration, se ), se Teknisk vejledning, 0X Uddatabeskrivelser - red., Øvrige lister KAUTL05 Hændelseslog for vp.ONLINE Brugeradministration

**Kopi af kundemeddelelser**
En revision kan få tilsendt kopier af udsendte kundemeddelelser.

Dette kan ske på 2 måder:
 Revisionen lader sig registrere som rettighedshaver (korrespondancemodtager) på de VP-konti, for hvilke sådanne kopier ønskes, se afsnit

- i
- Revisionen lader den/de kontoansvarlige, som revisionsopgaven omfatter, indgå aftale med VP om levering af listen "Kopi af kundemeddelelse-daglig registrering" (DK13L02) for samtlige den/de kontoansvarliges VP-konti.

VP fremsender listen til den/de kontoansvarlige, som skal sørge for den videre forsendelse til revisionen.

 SYSTEMVEJLEDNING

---

## Kontroller, der udføres af VP

### On-line-kontroller

#### Adgangskontroller

I VP's kommunikationssystem er indbygget en række kontroller, der sikrer, at der ikke sker uautoriseret adgang til VP's registre.

**Kommunikationssystemet består af følgende elementer:**
- Dataoverførsel
- Deltagerautorisation
- Brugerautorisation
- Datacentertilslutning
- Terminaltilslutning

I det følgende gives en beskrivelse af de enkelte elementers virkemåde.

#### Dataoverførsel

Dataoverførsel mellem deltagerkredsen og VP kan ske på følgende måder:
- Datakommunikation
- Kassetter og tapes
- Uddata på papir fra VP

**1) Datakommunikation**
Datakommunikationen mellem VP og de enkelte datacentre eller standardterminaler er baseret på faste kredsløb i form af fast opkoblede linier, hvor såvel afsender som modtager er defineret.

For enkelte terminaltilslutninger anvendes det offentlige datanet, dog på en sådan måde at sikkerheden er den samme som ved anvendelsen af faste kredsløb. Dette opnås ved, at den enkelte standardterminal og VP udgør en lukket brugergruppe, som ingen andre terminaler kan kalde.

Der tilbydes desuden liniekryptografering som særydelse på VP-nettet.

For at minimere den sikkerhedsmæssige risiko skal terminaler, der ikke benyttes, slettes fra nettet.

Ved linienedbrud kan datacentre anvende opkaldsforbindelser (dial-up forbindelser) efter forudgående kontrolopringning fra VP. Kontrolopringningen medfører, at der opnås samme sikkerhed som ved faste kredsløb.

**2) Kassetter og tapes**
Ved forsendelse af store mængder uddata til et enkelt datacenter som følge af større periodiske kørsler kan det pågældende datacenter aftale med VP, at forsendelsen sker ved anvendelse af kassetter eller tapes.

Ved linienedbrud kan datacentre ligeledes anvende kassetter/tapes til forsendelse af transaktioner til VP og modtagelse af uddata fra VP.

Transaktioner, som VP modtager på kassetter/tapes, undergår de samme kontroller, som transaktioner modtaget over linien.

**3) Uddata på papir fra VP**
Deltagerne kan vælge at lade VP udskrive uddata til forsendelse via postvæsenet. Dannelsen af uddata på papir sker på grundlag af adgangskontrollerede transaktioner.

 SYSTEMVEJLEDNING

**Deltagerautorisation**
VP tildeler hver enkelt deltager et identifikationsnummer (CD-IDENT).

Ved tilslutningen til VP vælger deltagerne ud fra deres forretningsområder, hvilket eller hvilke af VP-systemets funktionsområder der ønskes anvendt (kontoansvarlig, udstedelsesansvarlig, afviklingsansvarlig osv., se Forretningsvejledning, afsnit 02 Tilslutningsformer).

Den enkelte deltager autoriseres til at anvende et givet funktionsområde ved, at VP i sit deltagerregister under den pågældende CD-IDENT registrerer, hvilke transaktionstyper deltageren må indrapportere.

Aftalehaver har mulighed for, via det omlagte system, at se hvilke oplysninger der er registreret på ham (D462 til D466, se VP-standardsystem Menupunkter pr. tilslutningsfunktion).

**Brugerautorisation**
Den enkelte bruger af en standard/gennemstillingsterminal skal være registreret i VP's kommunikationssystem. Registreringen foretages af deltagerens masterbruger, som autoriserer terminalbrugeren til at indrapportere transaktioner, der ligger inden for deltagerautorisationen.

Ved indrapportering af transaktioner kontrollerer VP's kommunikationssystem terminalbrugerens brugeridentifikation (USER-ID) og password, og at brugeren er autoriseret til at indrapportere de pågældende transaktioner.

Hvis en terminalbruger anvender forkert password 4 gange, spærrer kommunikationssystemet USER-ID, som forbliver spærret, indtil den genåbnes af deltagerens masterbruger.

Som dokumentation fremsender VP listen "Afviste forsøg på systemadgang - aftalehaver" (KAUTL01) til aftalehavers kontroladresse, interne eller eksterne revision.

**Bemærk**
Ved tilslutning gennem datacenter er deltagerne selv ansvarlige for etablering af et betryggende adgangskontrolsystem.

Dette gælder dog ikke ved anvendelse af gennemstillingsterminaler, jf. 18 Kontrol og revision.

**Datacentertilslutning**
Transaktioner, der indrapporteres via et datacenter, kan kun modtages i VP i et af VP fastlagt standardformat.

Hver enkelt transaktion adgangskontrolleres på grundlag af følgende transaktionsoplysninger:
- datacenterindentifikation (DC-ID), som er en af VP tildelt entydig identifikation af det enkelte datacenter
- kommunikationsidentifikation, som sammenbinder CD-IDENT og DC-ID
- anmelderidentifikation (ANMELDER-ID). CD-IDENT'en anvendes som ANMELDER-ID.

**Der gennemføres følgende kontroller:**

**Kontrol A**
Det kontrolleres, at transaktionen hidrører fra det datacenter (DC-ID), der er angivet i transaktionen:
- Ved indsendelse over linien kontrolleres, at transaktionen er modtaget fra den fysiske forbindelse til det pågældende datacenter.
- Ved indsendelse på kassette eller tape kontrolleres, at dennes "hoved" - headerinformationen - indeholder afsendende datacenters DC-ID. Det kontrolleres manuelt, at denne DC-ID stemmer overens med kassette/tape-følgesedlen, og at alle transaktionerne på kassetten er markeret med den kontrollerede DC-ID.

SYSTEMVEJLEDNING

---

## Kontrol B

Relationerne mellem ANMELDER-ID og DC-ID kontrolleres. Desuden kontrolleres, at transaktionen ligger inden for ANMELDER-ID's deltagerautorisation.

Hvis et datacenter forsøger at indsende transaktioner for en VP-deltager, som ikke er relateret til det pågældende datacenter, eller der indsendes transaktioner, som ligger uden for ANMELDER-ID's deltagerautorisation, afviser VP de indsendte transaktioner og fremsender listen "Afviste forsøg på systemadgang - datacenter" (KAUTL02) til det pågældende datacenters kontroladresse eller revision. For behandling af listen henvises til VP's tekniske vejledning.

### Bemærk

Det er datacentret, der opbygger transaktionen, og det er datacentrets ansvar at sikre, at den pågældende transaktion rent faktisk hidrører fra den angivne ANMELDER-ID.

Det er ligeledes datacentrets ansvar at udføre autorisationskontrol af de enkelte terminalbrugere, der indsender transaktioner til datacentret, med mindre der er anvendt en gennemstillingsterminal.

### Uddata

Forsendelse af uddata til datacentret styres automatisk i overensstemmelse med deltagerregistrets uddataoplysninger for den pågældende CD-IDENT.

### Terminaltilslutning

Transaktioner, som indrapporteres fra en standard/gennemstillingsterminal, adgangskontrolleres af VP's kommunikationssystem på grundlag af følgende transaktionsoplysninger:

- terminalidentifikation (TERM-ID), som er en entydig identifikation, der tildeles hvert enkelt af deltagernes terminalsteder
- brugeridentifikation (USER-ID), som er tildelt af masterbrugeren
- det anvendte password
- kommunikationsidentifikation, som sammenbinder TERM-ID, USER-ID, CD-IDENT OG VP/datacentret

### Kontrollen udføres som følger:

Ud fra TERM-ID bestemmes kommunikationsidentifikationen. Ud fra sidstnævnte bestemmes USER-ID's autorisationsområde. Det kontrolleres herefter, at der er anvendt korrekt password, og at den indrapporterede transaktion ligger inden for USER-ID's autorisationsområde.

### Uddata

Forsendelse af uddata fra ikke omlagte dele af VP-systemet til deltagere med terminaltilslutning styres automatisk i overensstemmelse med deltagerregistrets uddataoplysninger for den pågældende CD-IDENT.

Uddata (infoer) fra omlagte dele af VP-systemet kan af autoriserede medarbejdere hos deltagere tilsluttet VP's nye standardsystem indhentes via systemets rapport/forespørgselsdel ved den enkelte medarbejders angivelse af USER-ID og password. Om VP-standardsystemets anvendelse, se afsnit 17 VP-standardsystem.

## Øvrige on-line-kontroller

### Validering af feltindhold

Det kontrolleres, at talfelter er udfyldt med tal, og at bogstavfelter er udfyldt med bogstaver.

Der foretages herudover en rimelighedskontrol, som bl.a. går ud på at sikre, at retsvirkningstidspunktet i alle transaktioner med undtagelse af handler ikke er fremtidigt. Det kontrolleres desuden, at feltindholdet refererer til valide data i VP's registre, hvor en sådan kontrol er mulig.

SYSTEMVEJLEDNING

Eksempler på sidstnævnte er, at angivne fondskoder (ISIN's) og VP-kontonumre valideres ved hjælp af obligations/aktiefondsregistret respektive kontoregistret.

**Anmelders rådighedsret**
Der foretages her en kontrol af, at der er overensstemmelse mellem ANMELDER-ID og deltagerens CD-IDENT.

Såfremt dette ikke er tilfældet, undersøges det, om transaktionen er indsendt af en opdateringsrelateret deltager eller af en deltager med registreret handelsfuldmagt. Hvis dette heller ikke er tilfældet, afvises transaktionen.

**Anmeldelsens indhold**
Registreringsbekendtgørelsen fastlægger visse mindstekrav til anmeldelsens indhold. At disse mindstekrav er opfyldt, kontrolleres manuelt af den kontoansvarlige ved modtagelsen af anmeldelsen, og VP foretager en maskinel kontrol af, at fornødne felter er udfyldt.

**Beholdningskontrol af overførsler og handler til straksafvikling**
Ved indrapportering af overførsler og handler til straksafvikling foretager VP en maskinel on-line-beholdningskontrol.

Se Registreringsvejledning, Beholdningskontrol for beholdningskontrol af overførsler og Clearingvejledning, Clearing af handler til straksafvikling (bruttoafvikling).

## Kontroller ved gennemførelse af en afviklingskørsel

**Beholdningskontrol af handler til nettoafvikling**
Der foretages en maskinel kontrol af, at der er dækning for indrapporterede handler til nettoafvikling.

For at sikre afvikling af så mange transaktioner som muligt sker VP's udskydelse af handler, som der ikke er dækning for, i overensstemmelse med de overordnede principper, der fremgår af beskrivelsen af VP's multilaterale netting i, se VP's clearingregler.

Se Forretningsmæssigvejledning, Clearingvejledning, 02 Clearing- og afviklingssystemets virkemåde "Clearing af handler i en afviklingskørsel (nettoafvikling)" om clearing af handler i en afviklingskørsel, herunder VP's sanktioner over for deltagere, der forårsager manglende pengedækning.

## VP's systemrevision

VP har en systemrevisionsafdeling. Lederen heraf - systemrevisionschefen - er ansat direkte af VP's bestyrelse og med direkte reference til denne.

Systemrevisionens daglige arbejde består - jf. systemrevisionsbekendtgørelsen - i på bestyrelsens vegne at føre tilsyn med, at VP's systemer er i overensstemmelse med gældende lovgivning, at sikkerheds-, kontrol- og revisionsbehov tilgodeses i tilstrækkeligt omfang ved udvikling, vedligeholdelse og drift af de i VP idriftværende systemer, og at VP's forretningsgange er betryggende og fungerer betryggende i sikkerheds- og kontrolmæssig henseende.

Desuden føres tilsyn med, at VP's vejledninger beskriver de nødvendige kontroller i relation til VP-systemet.

Endelig føres tilsyn med, at de etablerede sikkerheds- og kontrolforanstaltninger i VP er tilstrækkelige og fungerer betryggende.



## SYSTEMVEJLEDNING

VP har også en generalforsamlingsvalgt ekstern systemrevisor, der har til opgave at godkende instruks for systemrevisionsafdelingen og at påse, at systemrevisionsafdelingens arbejde er i overensstemmelse med systemrevisionsinstruksen og systemrevisionsbekendtgørelsen.

## Oversigt over kontroller, der skal påses

### Kontroller, der skal påses

De forretningsmæssige vejledning er rettet imod aftalehaverne og giver rammerne for VP's virke i form af lovgrundlag mv., og vejledningen indeholder tillige en beskrivelse af tilslutningsformer, som VP stiller til rådighed for deltagerne.

Funktionaliteten i VP-systemerne til henholdsvis registrering, clearing og afvikling er beskrevet i tre vejledninger:

Registreringsvejledning og Clearingvejledning, som henvender sig til systemets slutbrugere.

Systemvejledning, som primært henvender sig til datacentre tilknyttet systemerne.

Systemvejledning indeholder funktionalitetsbeskrivelser og den tekniske vejledning indeholder strukturer på ind- og uddata vedrørende clearing- og afviklingssystemet og registreringssystemet. VP kommunikation med kundekredsen beskrives i kommunikationsvejledning.

### 1. Tilslutningsaftale

Deltageren skal i relation til VPsystemet udarbejde skriftlige, interne forretningsgange, der er egnet til at sikre mod fejl og misbrug. Forretningsgangene skal med hensyn til kontrolmæssigt niveau mindst svare til det niveau, der er fastsat i aftalen, eventuelle delaftaler, tilknyttede vejledninger og regler, tillæg, bilag mv.

### 1.1 Forretningsgange

### 1.2 Tillæg - kommunikation og teknisk tilslutning
Deltageren/datacentret påser, at alle indrapporteringer til og tilbagerapporteringer fra VP henholdsvis hidrører fra rette afsender og viderebringes til rette modtager.
For deltagere, der er tilsluttet via et eksternt datacenter, er det deltagerens ansvar at datacentret kontrollerer indrapporteringer og tilbagerapporteringer.

#### 1.2.1 Linieovervågning varetages af TDC
VP modtager generel revisionserklæring og specifik revisionserklæring vedrørende VP KryptoNet.
#### 1.2.2 Kontrol
#### 1.2.3 Back-up/Sikkerhed
Deltageren/datacentret skal sikre, at der er velfungerende alternative kommunikations-muligheder.
VP kan foranstalte back-up mulighed uden for VP.

### 1.3 Delaftale - kontoansvarlig
#### 1.3.1 KA 12 - Sikkerhedsforskrifter
Ved indhentning af oplysninger registreret i VP er deltageren forpligtet til at overholde de sikkerhedsforskrifter, som VP fastsætter eller bliver pålagt.



SYSTEMVEJLEDNING

---

#### 1.3.2 KA 13 - Den sikkerhedsansvarliges ansvar og erstatningspligt
Deltageren er ansvarlig for følgerne af egne fejl i forbindelse med indrapportering til registrering mv.

Når korrekt overførsel af betalingsformidlingsoplysninger Til Danmarks Nationalbank eller dets datacenter har fundet sted, bærer deltageren i forholdet til VP ansvaret for fejl og forsømmelser i forbindelse med den videre behandling af oplysningerne og betalingerne. Det samme er tilfældet, når betalingsoplysningerne er sendt til PBS, og VP har fået kvittering for modtagelsen.

### 1.4 Delaftale - udstederansvarlig
#### 1.4.1 UA 6 - Den udstedelsesansvarliges ansvar og erstatningspligt
Deltageren er erstatningspligtig for tab som følge af egne fejl i forbindelse med indrapportering.

#### 1.4.2 Tillæg til udstedelse
##### 1.4.2.1 Aktier og investeringsforeningsandele mv.
##### 1.4.2.2 Obligationer
##### 1.4.2.3 Konvertible gældsbreve

### 1.5 Regler om kapitalberedskab

### 1.6 Forretningsbetingelser



SYSTEMVEJLEDNING





SYSTEMVEJLEDNING

---

## 2. Registreringsbekendtgørelsen

**2.1 Prøvelse**
2.1.1 Hos det kontoførende institut (KI)
2.1.2 Hos VP

**2.2 Godkendelse af personer**
2.2.1 Uddannelse

**2.3 Kundemeddelelse**

## 3. Regelsæt B

**3.1 Anmeldelsens modtagelse**
**3.2 Kvittering for anmeldelse**
**3.3 Daglig ekspeditionstid**
**3.4 Prøvelse**
**3.5 Indrapportering af anmeldelser**
**3.6 Kontrol af kvitteringsmateriale fra VP**
**3.7 Udsendelse af kundemeddelelser**
**3.8 Behandling af returpost**

## 4. Clearingvejledning

Clearingvejledningen indeholder bl.a. de funktioner, som den afviklingsansvarlige skal udføre. Funktionerne indeholder naturligt en række kontrolelementer.

**4.1 Indrapportering af handler**
**4.2 Makkersøgning**
**4.3 Clearing og afvikling**
**4.4 System til administration af panteret og sikkerhedsret**
**4.5 Udelukkelse af ISINs fra afvikling**
**4.6 Afvikling af handler via links med udlandscentraler**

## 5. Registreringsvejledning

Registreringsvejledningen indeholder bl.a. beskrivelse af de funktioner, som kontoansvarlige har ansvaret for at udføre. Funktionerne indeholder naturligt en række kontrolelementer.

**5.1 Prøvelsen**
    5.1.1 Kontroller
    5.1.2 Dokumentation

**5.2 Registrering**

**5.3 Decentral udsendelse af kundemeddelelser**
    5.3.1 Minimumskrav til forretningsgange
        5.3.1.1 Kontoansvarlige
        5.3.1.2 Datacentre
        5.3.1.3 Revisorerklæring
        5.3.1.4 Returpost



SYSTEMVEJLEDNING

---

**5.4 Kontoansvarliges funktioner**

De kontoansvarliges kontrolforpligtelser fremgår af systemvejledningens afsnit 18.

5.4.1 Etablering/ændring af VP-konti
5.4.2 Kunders salg af værdipapirer
5.4.3 Navnenotering/afnotering af aktier
5.4.4 Rentefunktioner
5.4.5 Omlægning af effekter
5.4.6 Udenlandske fondsaktiver
5.4.7 Panteret og sikkerhedsret
5.4.8 Sikkerhedsstillelse i DN
5.4.9 Omsætningsbegrænsning

**5.5 Udstedelsesansvarliges funktioner**
5.5.1 Obligationer
5.5.2 Aktier og investeringsforeningsandele mv.

**5.6 Storkunder**

# 6. Systemvejledning

**6.1 Kontrol og revision**

6.1.1 Kontoansvarliges kontrolforpligtelser
Kontrol med, at de kontoansvarlige overholder deres kontrolforpligtelser, føres af de kontoansvarliges interne og eksterne revisioner
6.1.1.1 Forretningsgange og kontrol- og sikringsforanstaltninger
6.1.1.2 Kontobetingelser
6.1.1.3 Prøvelse af anmeldelser
6.1.1.4 Indrapportering af anmeldelser
6.1.1.5 Kontrol af uddata
6.1.1.6 Decentral udsendelse af kundemeddelelser
6.1.1.7 Reduceret udskrivning/fravalg af kundemeddelelser
6.1.1.8 Returpost
6.1.1.9 Opbevaring af kvitteringsmateriale
6.1.2 Revision hos de kontoansvarlige
6.1.2.1 Revisionsoplysninger i tilslutningsaftalen
6.1.2.2 Revisionsmedvirken ved oplysning af masterpassword
6.1.2.3 Revisionsværktøjer
6.1.3 Kontroller, der udføfes af VP
6.1.3.1 On-line kontroller
6.1.3.1.1 Adgangskontroller
6.1.3.1.2 Øvrige on-line kontroller
6.1.3.2 Kontroller ved gennemførelse af en afviklingskørsel
6.1.4 VP's systemrevision
6.1.4.1 Systemrevisionsbekendtgørelsen
6.1.4.2 Tilsyn med VP's vejledninger
6.1.4.3 Tilsyn med overholdelsen af sikkerheds- og kontrolforanstaltninger



Systemvejledning - Kontrol og revision
Kontoansvarliges kontrolforpligtelser
Forretningsgange og kontrol- og sikringsforanstaltninger
Kontobetingelser
Prøvelse af anmeldelser
Indrapportering af anmeldelser
Kontrol af uddata
Decentral udsendelse af kundemeddelelser
Reduceret udskrivning/fravalg af kundemeddelelser
Returpost
Opbevaring af kvitteringsmateriale
VP's systemrevision
Tilsyn med overholdelsen af sikkerheds- og kontrolforans...
Tilsyn med VP's vejledninger
Systemrevisionsbekendt-gørelsen
Kontroller, der udføres af VP
Kontroller ved gennemførelse af en afviklingskørsel
On-line kontroller
Øvrige on-line kontroller
Adgangskontroller
Revision hos de kontoansvarlige
Revisionsværktøjer
Revisionsmedvirken ved oplysning af masterpassw or...
Revisionsoplysninger i tilslutningsaftalen





SYSTEMVEJLEDNING

# 19 Gebyroplysninger

Lovgivningen pålægger aktieselskaber og investeringsforeninger, hvis aktier/investeringsforenings andele er registreret i VP, at indgå aftale med et eller flere kontoførende institutter om, at aktionærerne på selskabets/foreningens regning kan få deres aktier/andele registreret dér og få meddelelse om udbytte, kapitaludvidelse mv. samt årsopgørelse.

Aktionærerne har ret til selv at udpege et kontoførende institut, der på selskabets/foreningens regning udfører de ovenfor nævnte opgaver, såfremt instituttet over for selskabet/foreningen påtager sig opgaverne for samme udgift, som selskabet/foreningen skulle have afholdt til det institut, selskabet/foreningen har indgået aftale med.

På foranledning af og for regning Finansrådet har VP udviklet et system - interbank-aktiegebyr systemet. Systemet beregner og betalingsformidler et interbankgebyr fra selskabets aktieudstedende institut til de kontoførende institutter, der er kontoførende for selskabets fondskoder. Interbankgebyret er en kompensation til de kontoførende institutter for omkostningerne ved opbevaring af selskabets aktier.

Følgende kan tilsluttes interbank-aktiegebyrsystemet uden beregning: Medlemmer af Finansrådet, Sammenslutningen af Danske Andelskasser og Den danske Børsmæglerforening med koncern forbundne kreditinstitutter med særlig tilladelse. Øvrige centraldeltagere vil kunne tilsluttes mod betaling af en tilslutningsafgift. Yderligere oplysninger herom fås ved henvendelse til Finansrådet.

### Tilmelding
Blanket (se blanketter til vejledninger "29.1.A Erklæring" og "29.1.B Uddata gebyrlister",) indsendes til VP sammen med kreditkontonummer (se blanketter til vejledninger, "02.3.A Kontoansvarlig - stamoplysninger").

Det skal bemærkes, at optælling i gebyrsystemerne først sker fra den dag, tilmelding finder sted.


## Gebyroplysningssystemet

Gebyroplysningssystemet er et servicesystem, der løbende optæller kundemeddelelser og beholdningsændringer.

### Tilmelding til gebyroplysningssystemet
Tilmelding sker pr. kontoførende institut ved, at aftalehaver til Clearing & Custody Services indsender blanket "29.1.B Uddata gebyrlister"( se blanketter til vejledninger), afkrydset for modtagelse af listen 'Gebyroplysninger' (DK30L02). Desuden skal blanket, Stamoplysninger (se blanketter til vejledninger), indsendes, afkrydset for deltagelse i gebyroplysningssystemet.

### Optælling af oplysninger
Systemet optæller pr. VP-konto:

| Dannede meddelelser | For kontohaver | For rettighedshaver |
|---|---|---|
| Ændringsmeddelelse | x | x |
| Ændringsmeddelelse ved tegning af nye aktier | | x |
| Kontoudskrift | x | x |
| Renteadvis | x | x |
| Udtrækningsmeddelelse | x | x |
| Udbyttemeddelelse | | x |
| Ændringsmeddelelse ved geninvestering af udbytte | x | x |
| Meddelelse om tildelte retter | | x |

## SYSTEMVEJLEDNING

| Meddelelse om skift af ISIN | | x |
|---|---|---|

Systemet optæller pr. **fondskode** (obligationer og aktier):
- nominel beholdning
- nominel omsætning

De kontoførende institutter kan forespørge på ovennævnte oplysninger pr. VP-konto.

### Levering af gebyroplysninger
De optalte oplysninger leveres to gange om året over linien til det kontoførende instituts datacenter. Oplysningerne dokumenteres på listen 'Gebyroplysninger' (DK30L02) med status den sidste børsdag i månederne maj og november.

Listen leveres successivt efter daglig og periodisk opdatering førstkommende fredag efter sidste børsdag. Hvis sidste børsdag er en fredag, leveres listen samme dag efter daglig og periodisk opdatering.

### Nulstilling af gebyrtællere/udmeldelse af gebyroplysningssystemet
Efter de halvårlige leveringer af gebyroplysninger nulstiller VP alle gebyrtællere.

Der udsendes ikke uddata med dokumentation for indholdet i de nulstillede gebyrtællere.

Udmeldelse af gebyrsystemet skal ske ved skriftlig henvendelse til Clearing & Custody Services.

### Sletning af opgjorte konti
Hvert år i midten af januar måned sletter VP opgjorte konti, hvis gebyrtællere er 0.

Opgjorte konti med oplysninger i gebyrtællerne (dvs. konti opgjort i december måned) slettes efter nulstillingen af tællerne i gebyrkørslen ultimo maj måned.

## Interbank-aktiegebyrsystemet

Interbank-aktiegebyrsystemet er et servicesystem, der overfører et interbankgebyr fra aktieudstedende institut til kontoførende institut for hver forekomst af en given fondskode.

Derudover optæller systemet transaktioner, meddelelser mv. som statistiske oplysninger til brug for de kontoførende institutter og de aktieudstedende institutter.

### Interbankgebyr
Finansrådet har anbefalet at benytte en fast pris i interbank-aktiegebyrsystemet. Dette interbankgebyr, der er inkl. moms, fastsættes af Finansrådet og anbefales for samtlige fondskoder i systemet.

For at lette opdatering af interbankgebyret har Finansrådet udpeget en centraldeltager, der centralt opdaterer interbankgebyret på alle fondskoder i aktiefondsregisteret. Der indlægges to gebyrer, et for fondskoder med aktietype = invest og et for øvrige fondskoder. Det vil sige, at de priser, der allerede er indlagt, vil blive overskrevet af interbankgebyret. Det er efterfølgende muligt for aftaleinstituttet at ændre interbankgebyret via transaktionen "OPDATER INTERBANKGEBYR".

### Oplysninger i systemet
Systemet omfatter følgende oplysninger pr. VP-konto:
- antal fondskoder (obligationer og aktier)
- antal udbyttemeddelelser (kontohavere)



SYSTEMVEJLEDNING

- antal meddelelser om tildeling af retter (kontohavere)
- antal meddelelser om tegning af nye aktier (kontohavere)
- antal meddelelser om skift af ISIN

Obligationsfondskoder optælles kun, når der er aktier på kontoen.

Meddelelser til rettighedshavere optælles i gebyroplysningssystemet.

### Levering af gebyroplysninger
Beregning af gebyrer sker 2 gange om året med status pr. henholdsvis den 31. maj og den 30. november.
Beregningskørslerne finder sted sidste børsdag i de nævnte måneder.
Alle gebyrtællere nulstilles efter den halvårlige beregning.

### Bemærk
Efter gebyrkørslen pr. den 31. maj og nulstillingen af gebyrtællere sletter VP opgjorte konti. Slettede konti dokumenteres på listen 'Journal over slettede konti' (DK77L01).

### Uddata
Indholdet af de lister (NG07L01, NG07L02, NG07L03, NG07L06 og NG07L07), som centraldeltagerne modtager i henhold til deres tilslutning, er beskrevet senere i dette afsnit.

Listen NG07L02 er frivillig. Øvrige lister er pligtig og vil automatisk blive sendt til henholdsvis kontoførende institut og aktieudstedende institut.

### SYSTEMETS VIRKEMÅDE
Systemet beregner et gebyr pr. VP-konto pr. fondskode, der har været eller er til stede på beregningstidspunktet.

Opdateringer og forespørgsler sker via "INTERBANK-AKTIEGEBYRSYSTEM" (primærmenuens punkt 03.07.07), hvor der er følgende muligheder:

| 01 | OPGB | AFMELD KI FRA INTERBANKAFTALE |
|----|------|-------------------------------|
| 02 | SLGB | GENETABLER INTERBANKAFTALE FOR KI |
| 03 | OPAF | OPRET AFTALEINSTITUT |
| 04 | ÆNAF | ÆNDRE AFTALEINSTITUT |
| 05 | OPOP | OPDATER INTERBANKGEBYR |
| 06 | FROP | FORESPØRG PÅ INTERBANKGEBYR |
| 07 | OPGE | OPDATER INTERBANKGEBYR GLOBALT |

### 01 AFMELD KI FRA INTERBANKAFTALE
Alle pengeinstitutter er automatisk med i interbankgebyraftalen med det gebyr, som er fastsat af Finansrådet. Hvis et kontoførende institut ikke ønsker at opbevare et fondsaktiv for sine deponenter for interbankgebyret og således ikke ønsker at være med i aftalen om interbankgebyrer, skal dette indrapporteres pr. fondskode ved hjælp af transaktionen "AFMELD KI FRA INTERBANKAFTALE".

### 02 GENETABLER INTERBANKAFTALE FOR KI
Hvis et kontoførende institut uden interbankgebyraftale efterfølgende ønsker at være med i aftalen, kan det tilmelde sig igen pr. fondskode via transaktionen "GENETABLER INTERBANKAFTALE FOR KI".

### 03 OPRET AFTALEINSTITUT
Aftaleinstituttet er det kontoførende institut, der har indgået prisaftale med aktieselskabet for dettes fondskoder.

SYSTEMVEJLEDNING

Det er selskabets aktieudstedende institut, der opretter aftaleinstituttet. I de tilfælde, hvor det ikke er det aktieudstedende institut selv, må aftaleinstituttet henvende sig til det aktieudstedende institut for at blive oprettet som aftaleinstitut.

## 04 ÆNDRE AFTALEINSTITUT
Det er kun det aktieudstedende institut, der kan foretage ændringer vedrørende aftaleinstituttet.

## 05 OPDATER INTERBANKGEBYR
Når det aktieudstedende institut har oprettet aftaleinstituttet, er det aftaleinstituttet, der efterfølgende registrerer et eventuelt afvigende interbankgebyr. Det er det årlige gebyr (i ører), der skal indrapporteres (jf. punkt 07).

## 06 FORESPØRG PÅ INTERBANKGEBYR
Det er muligt at forespørge på et eller flere interbankgebyrer via transaktionen "FORESPØRG PÅ INTERBANKGEBYR".

Bemærk, at forespørgslen findes under menuen "INTERBANK-AKTIEGEBYRSYSTEM" og ikke under den generelle forespørgselsmenu.

## 07 OPDATER INTERBANKGEBYR GLOBALT
Opdateringen, som udelukkende kan foretages af den centraldeltager, Finansrådet har valgt, sker via denne transaktion.

Der indlægges to gebyrer, et for fondskoder med aktietype = invest og et for øvrige fondskoder.

Opdateringen sker samme dag, gebyret er indtastet, efter daglig opdatering.

### Betalingsformidling af interbankgebyrer
Clearing af interbankgebyrer pr. 31. maj og pr. den 30. november sker via overførselsservice i PBS. Debiteringen sker 5 bankdage efter, og krediteringen sker 6 bankdage efter.

Clearingen foretages via PBS pr. fondskode mellem det aktieudstedende institut (debet) og kontoførende institutter (kredit). Betalingsformidling sker mellem de af aktieudstedende institut og kontoførende institut oplyste pengekontonumre.

## Bogføringsposter til kontoførende institut - Interbank-aktiegebyr (NG07L01)
### Indhold
Listen indeholder pr. VP-konto:
- fondskode
- interbankgebyr

### Udskrivningskriterier
Listen dannes pr. den 31. maj og pr. den 30. november og leveres uredigeret over linien.

### Modtager
Kontoførende institutter tilmeldt interbank-aktiegebyrsystemet med den pågældende fondskode.

## Statistik over frameldte fondskoder interbank-aktiegebyr (NG07L02)
### Indhold
Listen indeholder pr. VP-konto optælling af:
- fondskoder (aktier og obligationer)



S**YSTEMVEJLEDNING**

samt den enkelte fondskodes andel af:

- udbyttemeddelelser
- meddelelser om tildeling af retter
- meddelelser om tegning af nye aktier
- meddelelser om fondskodeskift

siden sidste optælling.

**Udskrivningskriterier:**
Listen dannes pr. den 31. maj og pr. den 30. november og leveres uredigeret over linien.

**Modtager**
Kontoførende institutter uden tilmelding til interbank-aktiegebyrsystemet for et eller flere aktieselskaber.


## Clearinggrundlag til aktieudstedende institut - Interbank-aktiegebyr (NG07L03)

**Indhold**
Listen indeholder pr. fondskode:

- interbankgebyr

**Udskrivningskriterier**
Listen dannes pr. den 31. maj og pr. den 30. november og leveres uredigeret over linien.

**Modtager**
Aktieudstedende institutter


## Statistik til aktieudstedende institut - Interbank-aktiegebyr (NG07L06)

**Indhold**
Listen indeholder pr. fondskode:

- fondskodeantal
- fondskodeandel
- andel udbyttemeddelelser
- andel meddelelser om tildeling af retter
- andel meddelelser om tegning af nye aktier
- andel meddelelser om fondskodeskift

**Udskrivningskriterier**
Listen dannes pr. den 31. maj og pr. den 30. november og leveres uredigeret over linien.

**Modtager**
Aktieudstedende institutter


## Statistik til kontoførende institut - Interbank-aktiegebyr (NG07L07)

**Indhold**
Listen indeholder pr. VP-kontonummer pr. fondskode:

- fondskodeandel
- andel udbyttemeddelelser
- andel meddelelser om tildeling af retter
- andel meddelelser om tegning af nye aktier
- andel meddelelser om fondskodeskift



SYSTEMVEJLEDNING

**Udskrivningskriterier**
Listen dannes pr. den 31. maj og pr. den 30. november og leveres uredigeret over linien.

**Modtager**
Kontoførende institutter.