# VP's Clearingregler

Sidst redigeret d. 24. juni 2013

**VP SECURITIES**
WEIDEKAMPSGADE 14
P.O. BOX 4040
DK-2300 COPENHAGEN S
P: +45 4358 8800
F: +45 4358 8810
E: CUSTOMERR@VP.DK
W: VP.DK



# VP's Clearingregler

**Indhold**Regler om VP's clearing og afvikling....................................................................................**3**

Indledende bestemmelser ...................................................................................................... 3
   Tilslutning til VP's Clearingvirksomhed ................................................................................. 3
   Værdipapirer der kan cleares og afvikles ............................................................................. 4
   Regler om clearing og afvikling af værdipapirtransaktioner ................................................. 4
Værdipapirhandel .................................................................................................................. 5
   Indrapporteringsformer........................................................................................................ 6
   Makkersøgning (Match) ....................................................................................................... 7
   Clearing ............................................................................................................................... 8
   Afvikling ............................................................................................................................. 10
Afviklingsadfærd i VP-systemet .......................................................................................... 11
   Regelsæt for professionelle kontohavere ........................................................................... 11
   Regelsæt for manglende likviditet ..................................................................................... 13
VP's multilaterale netting.................................................................................................... 13
   Beholdningskontrol vedrørende fondsaktiver...................................................................... 13~~14~~
   Beholdningskontrol vedrørende pengemæssig dækning inden for sikkerhedsret og trækningsmaksimum .... 15
Betalingsafvikling i danske kroner i Danmarks Nationalbank ............................................... 16
   Forudsætninger .................................................................................................................. 16
   Betalingsafvikling af handelstransaktioner til afvikling i forud fastsatte afviklingsblokke......... 16
   Betalingsafvikling af handelstransaktioner til straksafvikling ................................................ 17
   Betalingsafvikling af betalinger fra udstedere af fondsaktiver til investorerne ....................... 17
Betalingsafvikling i Euro i den europæiske centralbank ....................................................... 17
   Forudsætninger .................................................................................................................. 17
   Betalingsafvikling af handelstransaktioner til afvikling i forud fastsatte afviklingsblokke......... 17
   Betalingsafvikling af handelstransaktioner til straksafvikling ................................................ 18
   Betalingsafvikling af betalinger fra udstedere af fondsaktiver til investorerne ....................... 18
Euroafvikling ....................................................................................................................... 18
   Indrapportering af euro-handelstransaktioner ..................................................................... 18
   Ombytningsblok (PVP) ....................................................................................................... 19
Betalingsafvikling gennem primær betalingsstiller .............................................................. 21
   Forudsætninger .................................................................................................................. 21
   Basis-trækningsmaksimum ................................................................................................. 21
   Specifikt trækningsmaksimum............................................................................................ 21
   Trækningsmaksimum.......................................................................................................... 21~~22~~
Betalingsafvikling mellem udstedere af værdipapirer og investor ......................................... 22
   Tegning .............................................................................................................................. 22
   Renter og udbytter mv........................................................................................................ 22
VP's system til administration af sikkerhedsret..................................................................... 22
   Deltagelse .......................................................................................................................... 23
   Långivers etablering af en ordning ...................................................................................... 23
   Låntagers tilslutning til en ordning....................................................................................... 24
   Långivers accept af en sikkerhedsretsaftale ........................................................................ 24
   Sikkerhedsrettens virkemåde .............................................................................................. 24
   Administration .................................................................................................................... 26
   Fastholdelse mv. ................................................................................................................. 27
VP's system til administration af panteret............................................................................. 28
   Deltagelse .......................................................................................................................... 28
   Panterettens virkemåde ...................................................................................................... 28
   Administration .................................................................................................................... 28
   Fastholdelse mv.................................................................................................................. 29

 **VP's Clearingregler**

# Regler om VP's clearing og afvikling

Regler om VP's clearing og afvikling indeholder en ordret gengivelse af VP's clearingregler, som er udarbejdet af VP og anmeldt til Fondsrådet.

(jf. § 52, stk. 1 og 2 samt § 54, stk. 4 i lov om værdipapirhandel mv.)

Træder i kraft den 24. juni 2013 og erstatter tidligere udgave 1. februar 2013.

## Indledende bestemmelser

### Tilslutning til VP's Clearingvirksomhed

1. Deltagelse i clearingen på egne og på tredjemands vegne er åben for alle værdipapirhandlere, jf. værdipapirhandelslovens § 4 samt clearingcentraler (herunder udenlandske), Økonomistyrelsen og Danmarks Nationalbank, jf. værdipapirhandelslovens § 54, stk. 2.

2. Deltagelse i clearingen på egne vegne er åben for storkunder, jf. værdipapirhandelslovens § 62, stk. 5, og for udlandscentraler, jf. værdipapirhandelslovens § 63, stk. 1

3. Deltagelse i clearingen på egne vegne er, jf. værdipapirhandelslovens § 54, stk. 2 og 3, tillige åben for:

   3.1. markedsdeltagere fra EU eller lande, med hvilke EU har indgået aftale med på det finansielle område under forudsætning af, at de pågældende har hjemlandets tilladelse til at udføre investeringsservice.

   3.2. markedsdeltagere, der udfører investeringsservice fra andre lande end EU eller lande, med hvilke EU har indgået aftale med på det finansielle område under forudsætning af, at de er under offentligt tilsyn.

   3.3. udenlandske clearingcentraler fra EU lande eller lande, med hvilke EU har indgået samarbejdsaftale, der ikke af Finanstilsynet er afvist til at udøve aktiviteter på det danske marked eller udenlandske clearingcentraler for øvrige lande, der har Finanstilsynets godkendelse til at udøve aktiviteter på det danske marked.
   Udenlandske clearingcentraler der allerede er tilsluttet inden begyndelsen af 2010.

For deltagere under punkt 1 og 2 gælder det, at det er en forudsætning, at deltageren tillige er tilsluttet eller tilsluttes VP's registreringsvirksomhed.

For at deltage i clearingen kræves indgåelse af en tilslutningsaftale med VP, jf. værdipapirhandelslovens § 54, stk. 1, herunder aftale om betingelserne for deltagelse i VP's multilaterale netting.

Deltagelse forudsætter en teknisk tilslutning, som sætter deltageren i stand til at afsende transaktioner til VP og modtage resultatet af VP's behandling af disse. Der kræves en afprøvning af tilslutningen med et resultat, der af VP accepteres som tilfredsstillende.

Herudover gælder tilslutningsaftalens øvrige bestemmelser, herunder om opsigelse, misligholdelse, konkurs mv., voldgift osv.



## VP'S CLEARINGREGLER

### Udenlandske deltagere

For udenlandske deltagere kræves en juridisk erklæring, som dokumenterer, at deltageren kan indgå til slutningsaftale med VP, og at denne er behørigt underskrevet.

For udenlandske deltagere med hjemsted i lande, der ikke har implementeret Europa Parlamentets og Rådets direktiv 98/26/EF af 19. maj 1998 om endelig afregning i betalings- og værdipapirsystemer, eller som ikke er omfattet af direktivet, kræves tillige en juridisk erklæring til sikring af, at VP's regler om afvikling i tilfælde af konkurs er gennemførlige over for den udenlandske deltager og hans eventuelle konkursbo uden økonomisk risiko for øvrige clearingdeltagere eller VP. Det sker ved:

En juridisk erklæring ('Legal Opinion'), som dokumenterer, at VP's regler om afvikling, herunder om netting, udskydelse af handler og eventuelt straksrealisation, i tilfælde af konkurs er gennemførlige over for den udenlandske deltager og hans eventuelle konkursbo under det pågældende lands retssystem.

Erklæringen kan enten indhentes som en generel erklæring gældende det pågældende lands retssystem eller individuel gældende for den enkelte clearingdeltager.

### Værdipapirer der kan cleares og afvikles

De til enhver tid i VP registrerede værdipapirer kan indgå i clearingen, med undtagelse af "Single Priced Mutual funds", der udelukkende kan indgå i clearingen i vp.FUND HUB®. Reglerne om, hvilke værdipapirer der accepteres i VP's registreringssystem, er indeholdt i VP's registreringsregler (regelsæt A), som i henhold til værdipapirhandelslovens § 60, stk. 1, er godkendt af Finanstilsynet.

### Regler om clearing og afvikling af værdipapirtransaktioner

Reglerne for clearingen og afviklingen af værdipapirtransaktioner fremgår af det følgende.

### Force majeure

I tilfælde af arbejdskonflikt eller anden force majeure, som medfører, at VP ikke kan gennemføre normal clearing og afvikling af værdipapirtransaktioner, underretter VP så vidt muligt clearingdeltageren herom, herunder om eventuel annullering af fastsatte afviklingsblokke og uafviklede handler mv. samt om planerne for genopretning af normal drift.

### INDRAPPORTERINGSTID OG AFVIKLINGSBLOKKE MV.

### Indrapporteringstid

Clearingdeltagere kan indrapportere handelstransaktioner fra kl. 05.00 til 01.45 det følgende døgn på alle dage undtagen lørdage, søndage, nytårsaftensdag, fredag efter Kristi himmelfartsdag samt øvrige danske fri- og helligdage (åbningsdage).

### Afviklingsdøgn

VP forestår afvikling af værdipapirhandler på alle ovennævnte åbningsdage, således at VP's afviklingsdøgn påbegyndes kl. 18.00 og afsluttes straks inden kl. 18.00 på den næstfølgende åbningsdag. [1]

---

VP's afviklingsdøgn er forskudt i forhold til markedsskulymen. I henhold til denne anses afvikling i perioden fra afviklingsdøgnets start kl. 18.00 og frem til midnat som gennemført aftenen før den aftalte afviklingsdag (S-1), mens afvikling fra kalenderdøgnets start og frem til kl. 18.00 anses som gennemført på afviklingsdagen (S).



# VP's Clearingregler

## Nettoafviklingsblokke

Pr. afviklingsdøgn gennemfører VP en eller flere nettoafviklingsblokke afhængig af hvilke valutaer, der indgår i afviklingen:

| Blok | Retsvirkningstidspunkt | Handelsbeløb |
|------|------------------------|--------------|
| 50 | kl. ~~13.35~~14.15 [3] | euro |
| 10 | kl. 18.00 | danske kroner – euro |
| 20 | kl. 00.35 | danske kroner + euro |
| 30 | kl. ~~06.00~~07.05 | danske kroner – euro |
| 40 | kl. 10.15 | danske kroner |
| 60 | kl. 12.00 | danske kroner |

På grundlag af resultatet af afviklingen af værdipapirhandler med handelsbeløb i euro i blokkene 10, 20 og 30 gennemføres pr. afviklingsdøgn (kl. 09.20) en 'ombytningsblok' (PVP) på de afviklingsdage, hvor de pågældende blokke afvikles, jf. nærværende clearingreglers afsnit om 'Betalingsafvikling i Euro i den europæiske centralbank~~Betalingsafvikling i Euro i den europæiske centralbank~~'.

Ved omtale af afviklingsblokke mv. i det efterfølgende skal forstås en afviklingsblok på en afviklingsdag, der er mulig for handelstransaktioner i den indrapporterede møntfod (danske kroner eller euro)

## Bruttoafvikling

Bruttoafvikling (RTGS) gennemføres på alle dage undtagen lørdage, søndage, nytårsaftensdag, fredag efter Kristi himmelfartsdag samt øvrige danske fri- og helligdage.

## Udskydelse eller annullering af nettoafviklingsblokke

I særlige tilfælde kan VP udskyde eller annullere én eller flere af de nævnte nettoafviklingsblokke.


# Værdipapirhandel

Indgåede værdipapirhandler, der ønskes afviklet i VP's clearing- og afviklingssystem, skal indrapporteres til VP som handelstransaktioner. Clearing og afvikling af handelstransaktioner sker ved henholdsvis op- eller nedskrivning af de berørte værdipapirkonti mod eventuel postering af handelsbeløb på de berørte pengekonti.

For værdipapirhandler gælder generelt nedenstående bestemmelser, der i det efterfølgende er nærmere præciseret og/eller modificeret, afhængig af typen af handel og/eller parter i handelen.

## Transaktionsmaksimum

Handelstransaktioner vedrørende obligationer udstedt i danske kroner, og som overstiger DKK 500 mio. nominelt, kan ikke afvikles i VP's nettoafvikling. For obligationshandler indgået på MTS Denmark til afvikling i VP, er der ingen nominel beløbsgrænse for handelstransaktioner.

---

[2] på alle afviklingsdage, jf. ovenfor undtagen 1. maj.



# VP's Clearingregler

## Indrapportering

Begge parter i en indgået værdipapirhandel (sælger og køber) skal foranledige den pågældende handel indrapporteret til VP. Handelstransaktioner kan - afhængig af afviklingstype - indrapporteres til efterfølgende afvikling enten:

- i en af de af VP fastlagte afviklingsblokke (nettoafvikling) eller
- til umiddelbar afvikling i en af de af VP fastlagte perioder herfor (bruttoafvikling).

Handelstransaktioner kan ligeledes indrapporteres med angivelse af en tidligere afviklingsblok, men kun til afvikling i en efterfølgende afviklingsblok.

Obligationshandler indgået på MTS Denmark til afvikling i VP indrapporteres af MTS Denmark på begge parters vegne.

Bruttoafvikling (straksafvikling) kan udelukkende indrapporteres af afviklingsansvarlige, der er tilsluttet som primære betalingsstillere med pengekonto i Danmarks Nationalbank eller Den Europæiske Central-bank, og kun på egne vegne.

For at opnå størst mulig effektivitet og for at reducere risici ved afvikling af handelstransaktioner mellem deltagerne opfordrer VP til indrapportering af handelstransaktioner snarest muligt efter handelens indgåelse for derigennem at kunne konstatere overensstemmelse om detaljerne i handelen (makkersøgning).

Indrapportering af handelstransaktioner kræver indrapporteringer af såvel:

- foradvisering (preadvice) som
- bekræftelse (instruct).

Bekræftelsen kan dog være indeholdt i indrapporteringen af foradviseringen. Dette er altid tilfældet ved bruttoafvikling (straksafvikling) og for indrapporteringer foretaget af MTS Denmark, medmindre der foreligger dispensation fra MTS Denmark.

## Indrapporteringsformer

Indrapportering af foradvisering og bekræftelse varierer afhængigt af, hvilke parter der deltager i handlen. I det følgende er de forskellige former beskrevet.

### Afviklingsansvarlig, der samtidig er tilsluttet som kontoansvarlig

Den afviklingsansvarlige indrapporterer foradvisering og bekræftelse vedrørende sin egen del af en værdipapirhandel - også på vegne af tredjemand.

### Afviklingsansvarlig, der ikke er tilsluttet som kontoansvarlig

Den afviklingsansvarlige, der ikke er kontoansvarlig, kan vælge selv at indrapportere foradvisering og bekræftelse vedrørende sin egen del af en værdipapirhandel.

Indrapporteringen af den afviklingsansvarliges salg kan på den afviklingsansvarliges vegne foretages af den centraldeltager, der er kontoansvarlig for den afviklingsansvarliges VP-konto.

Den centraldeltager, der på den afviklingsansvarliges vegne er betalingsansvarlig, kan ved den afviklingsansvarliges køb af værdipapirer indrapportere foradviseringer og bekræftelser for denne.

 **VP'S CLEARINGREGLER**

### Ikke-afviklingsansvarlige (private)

Ikke-afviklingsansvarlige kan ikke selv gennemføre indrapporteringer af handelstransaktioner. Ved den privates salg af værdipapirer må dennes kontoansvarlige forestå indrapporteringen af dispositionsstillelsen af værdipapirerne. Det kan med den private aftales, at handelsbeløb skal posteres på berørte pengekonti. Ved den privates køb af værdipapirer kan dennes pengekontofører ved indrapportering indestå for betalingen for værdipapirerne.

## Makkersøgning (Match)

### Foradvisering (preadvice)

Handelstransaktionens foradvisering indeholder de for afvikling af handelen nødvendige oplysninger, herunder handelsmodpart, fondskode, nominelt beløb/antal fondsaktiver, handelsdag, afviklingsdato/-tid samt eventuelt handelsbeløb og valuta. Den nærmere beskrivelse af de oplysninger, der skal indrapporteres i foradviseringen, fremgår af VP's vejledninger og regler.

Efter modtagelse af foradviseringen stiller VP kvitteringsmateriale til rådighed for afsenderen/parten og eventuelle andre centraldeltagere, der deltager i afvikling af den pågældende handel.

### Makkersøgning (match) af foradviseringer

### Nettoafvikling

For at en transaktion kan indgå i en nettoafvikling skal begge de foradviseringer, der er knyttet til transaktionen, være modtaget i VP og makkersøgning være gennemført med positivt resultat inden retsvirkningstidspunktet for en afviklingsblok. Indeholder en foradvisering oplysning om en specifik afviklingsblok, i hvilken den pågældende transaktion ønskes afviklet, vil makkersøgning blive gennemført indtil retsvirkningstidspunktet for den pågældende afviklingsblok. Er der ikke angivet en specifik afviklingsblok, vil foradviseringerne indgå i makkersøgningen indtil retsvirkningstidspunktet for den sidste afviklingsblok 20 afviklingsdage efter.

### Bruttoafvikling (straksafvikling)

For at indgå i makkersøgningen skal begge foradviseringer, der er knyttet til en bruttoafvikling, være modtaget i VP inden udløbet af de for bruttoafvikling fastsatte perioder.

### Makkersøgningskriterier mv.

Efter rettidig modtagelse af den sidste af de to foradviseringer gennemfører VP makkersøgning, dvs. en sammenligning af oplysningerne heri, jf. bilag til tilslutningsaftalen og VP's vejledninger og regler. I sammenligningen indgår blandt andet:

- Overensstemmelse om det aftalte handelsbeløb.
  Hvis det af køber indrapporterede handelsbeløb afviger i forhold til det af sælger indrapporterede, vil det af sælger i foradviseringen indrapporterede handelsbeløb være gældende, dersom forskellen ikke overstiger danske kroner 100,00 eller modværdien heraf i euro.
- Overensstemmelse om valg af afviklingsdag og eventuelt om valg af afviklingsblok.

Ved positivt makkersøgningsresultat (match) stiller VP uddata herom til rådighed for parterne og eventuelt andre centraldeltagere, der deltager i afvikling af den pågældende handel.

To foradviseringer vedrørende nettoafvikling kan ved positivt makkersøgningsresultat danne baggrund for handelens afvikling fra den valgte fremtidige afviklingsdag og de tyve følgende afviklingsdage ('afviklingstidsrum'), hvorefter foradviseringerne bortfalder.



**VP's Clearingregler**

---

## Bekræftelse (instruct)

Bekræftelsen er knyttet til den afgivne foradvisering - enten fordi foradvisering og bekræftelse er indrapporteret samlet, eller fordi den selvstændigt indrapporterede bekræftelse henviser til foradviseringen. Ved bruttoafvikling er bekræftelsen indeholdt i foradviseringen.

Parterne angiver med bekræftelsen en gyldighedsperiode, dvs. den periode, hvori den pågældende handelstransaktion må deltage i afviklingen. Gyldighedsperioden starter med den første mulige afviklingsblok i 'afviklingstidsrummet'.

Er en bekræftelse modtaget i VP inden starten af 'afviklingstidsrummet', betragtes den førstkommende afviklingsblok i 'afviklingstidsrummet' som starten på gyldighedsperioden. Modtages bekræftelsen senere, er det den førstkommende afviklingsblok, der er starten på gyldighedsperioden. Ved indrapportering af en fornyet bekræftelse kan en tidligere angiven gyldighedsperiode ændres. En angiven gyldighedsperiode skal mindst omfatte én afviklingsblok og kan højst gælde for den resterende del af 'afviklingstidsrummet'.

Bekræftelserne fra begge sider af handelstransaktionen skal, for at transaktionen kan afvikles, angive helt eller delvist sammenfaldende gyldighedsperioder.

Når begge parter i en handelstransaktion har indsendt bekræftelser med sammenfaldende gyldighedsperiode, er indrapporteringen endelig og anses for indgået i systemet, jf. værdipapirhandelslovens § 57 c, stk. 1, nr. 1. Samtidig kan transaktionen ikke ensidigt annulleres eller tilbagekaldes af hverken deltageren eller en tredje part, jf. værdipapirhandelslovens § 57 c, stk. 1, nr. 2. Transaktionen er dermed 'klar til afvikling'. Hvis parterne i en handelstransaktion er enige herom, kan en endelig handelstransaktion dog annulleres ved, at begge parter indsender en annulleringstransaktion, der skal være modtaget inden retsvirkningstidspunktet for den afviklingsblok, i hvilken annulleringen skal have virkning, medmindre en part i overensstemmelse med Nasdaq OMX's regler for 'buy-in' ensidigt kan annullere handelstransaktionen. Endelige handelstransaktioner indrapporteret af MTS Denmark kan kun annulleres af MTS Denmark.

Den nærmere beskrivelse af de oplysninger, der skal indrapporteres i bekræftelsen, fremgår af VP's vejledninger og regler.

## Clearing

### Nettoafvikling

VP vil fra den først angivne fremtidige afviklingsblok kontrollere tilstedeværelsen af tilstrækkelige værdipapirer på salgssiden (værdipapirkontrol) og tilstrækkelige betalingsmidler på købssiden (pengekontrol) for handelstransaktioner, der er 'klar til afvikling'.

### Værdipapirkontrol

VP kontrollerer i den første angivne fremtidige afviklingsblok, at sælger har dækning for de af sælger indrapporterede og bekræftede salg af værdipapirer. Det kontrolleres på nettobasis, om der på den af sælger angivne værdipapirkonto findes værdipapirer i den handlede fondskode i tilstrækkeligt omfang til at gennemføre de indrapporterede salg. Ved opgørelsen af rådigheden medtages udover den i VP registrerede beholdning samtlige godkendte tilgange, der er til registrering senest samtidig med registreringen af sælgers salg.

Viser kontrollen, at sælger på den angivne værdipapirkonto i den angivne fondskode ikke har tilstrækkelig beholdning af værdipapirer til rådighed til at gennemføre samtlige indrapporterede salg, gennemføres



## VP's Clearingregler

ingen af den pågældende kontohavers salg i den berørte fondskode i den pågældende afviklingsblok, jf. dog nedenfor.

### Pengekontrol

Sideløbende med værdipapirkontrollen kontrollerer VP, at køberen har dækning for betalingen af de af denne indrapporterede køb af værdipapirer. Ved opgørelsen af køberens samlede betalinger modregnes betalinger for køberens godkendte salg af værdipapirer i samme afvikling. Det kontrolleres, at de samlede betalinger på den angivne pengekonto i Danmarks Nationalbank, Den Europæiske Centralbank eller hos den primære betalingsstiller ikke overstiger det samlede beløb, der er stillet til rådighed for køberen i den pågældende afviklingsblok.

Handelsbeløb indrapporteret i euro indgår i pengekontrollen i overensstemmelse med nærværende clearingreglers afsnit om Betalingsafvikling i euro i Den Europæiske Centralbank.

I rådighedsbeløbet indgår et af Danmarks Nationalbank, Den Europæiske Centralbank eller den primære betalingsstiller opgivet maksimumbeløb. Hertil kan der for danske kroner, hvis der er indgået særlig aftale herom, indregnes panteværdien (sikkerhedsretsværdien) af specifikke værdipapirkonti. Panteværdien opgøres efter nærværende clearingreglers afsnit om VP's system til administration af sikkerhedsret samt efter panthavers/långivers særlige betingelser, jf. dennes sikkerhedsretsordning.

Viser pengekontrollen, at købers samlede betalinger overstiger det opgivne rådighedsbeløb på den af køber angivne pengekonto, gennemføres ingen af de indrapporterede køb med betalingsformidling vedrørende den pågældende pengekonto i den pågældende afviklingsblok, jf. dog nedenfor.

### Principper for gennemførelse af handelstransaktioner

For at begrænse virkningerne af manglende gennemførelse af handelstransaktioner som følge af utilstrækkelig beholdning af værdipapirer eller kontante midler, som nævnt tidligere under 'værdipapirkontrol' og 'pengekontrol', er VP berettiget, men ikke forpligtet til at søge oplysninger i det indrapporterede og herefter gennemføre de transaktioner, der kan skabes dækning for. VP søger sådanne handler gennemført efter de i nærværende clearingregler beskrevne principper for VP's multilaterale netting, der er fastlagt i samråd med og accepteret af centraldeltagerne. Disse principper tager generelt sigte på at minimere risikoen i afviklingen ved at søge at gennemføre den størst mulige del af den samlede afvikling, der er anmeldt til den pågældende afviklingskørsel.

### Udskydelse af afvikling

Handelstransaktioner, der på trods af ovenstående principper ikke er blevet gennemført i en afviklingsblok, udskydes for at indgå i den førstkommende afviklingsblok, hvori der afvikles handelstransaktioner i den indrapporterede møntfod (danske kroner eller euro). Er handelstransaktioner indrapporteret med udeladelse af handelsbeløb indgår transaktionen i den umiddelbart efterfølgende afviklingsblok. Foradviseringerne forbliver dog i kraft under forudsætning af, at det angivne 'afviklingstidsrum' ikke er udløbet. I denne periode kan foradviseringerne genbekræftes. Handelstransaktionerne annulleres, når 'afviklingstidsrummet' er udløbet.

VP stiller oplysninger om ovenstående til rådighed for de berørte. For handelstransaktioner indrapporteret af MTS Denmark underrettes MTS Denmark ligeledes om ovenstående.

### Bruttoafvikling

VP dækningskontrollerer en bruttoafvikling, når transaktionen er makkersøgt og dermed 'klar til afvikling'. Først kontrolleres det, om sælger har dækning for det indrapporterede og bekræftede salg af værdipapirer. Er dette tilfældet, reserveres beholdningen, mens det kontrolleres, om køber har dækning for betalingen for det indrapporterede køb af de pågældende værdipapirer.



## VP's Clearingregler

Mangler en af parterne dækning, annulleres denne parts bekræftelse af bruttoafviklingen. Den pågældende part kan genbekræfte den indrapporterede foradvisering, indtil denne automatisk udløber med udgangen af de fastsatte perioder for bruttoafvikling. På dette tidspunkt annulleres den pågældende handelstransaktion.

VP stiller oplysninger om ovenstående til rådighed for de berørte centraldeltagere.

### Afvikling

#### Afviklingens gennemførelse

#### Nettoafvikling
Afvikling finder sted, når nettovirkningen af alle godkendte handler i den pågældende afviklingsblok op- eller nedskrives på de berørte værdipapirkonti (registrering) mod samtidig postering af handelsbeløb på de berørte pengekonti samt, hvis det er aftalt, og der har været behov herfor, ved registrering af 'sikkerhedsret'. Samtlige opdateringer gennemføres i den pågældende afviklingsblok, og de berørte centraldeltagere får oplysninger herom stillet til rådighed.

#### Bruttoafvikling
Bruttoafvikling finder sted for den enkelte, godkendte handel ved op- eller nedskrivning af de berørte værdipapirkonti (registrering) mod samtidig postering af handelsbeløb på den berørte pengekonto. Opdateringen gennemføres straks efter den endelige dækningskontrol, og de berørte centraldeltagere får oplysninger herom stillet til rådighed.

#### Handelsbeløb
Når korrekt postering af handelsbeløb er overført til Danmarks Nationalbank/dennes datacenter, Den Europæiske Centralbank eller stillet til rådighed for den betalingsansvarlige, er VP frigjort for ansvar i forbindelse med den videre behandling af oplysningerne og betalingerne.

#### Afvikling i tilfælde af konkurs mv.
De anførte principper for clearing og afvikling af værdipapirtransaktioner mellem centraldeltagere gælder tillige for den centraldeltager, som måtte blive taget under konkursbehandling, træde i betalingsstandsning mv. Det er dog en betingelse, at værdipapirtransaktionerne er bindende indrapporteret til afvikling ('klar til afvikling') i VP, jf. værdipapirhandelslovens § 57c, stk. 1, nr. 2, inden VP har modtaget underretning om centraldeltagerens konkurs mv.

#### Nettoafvikling
Indtil kl. 18.00 på konkursdagen medtages sådanne værdipapirtransaktioner i VP's nettoafviklingsblokke og forsøges afviklet i overensstemmelse de normale principper for clearing og afvikling i nettoafviklingsblokke, jf. værdipapirhandelslovens § 57 samt tilslutningsaftalens bestemmelse herom.

Modtager VP først underretning om konkursen efter kl. 18.00 på konkursdagen fortsætter VP med at forsøge centraldeltagerens værdipapirtransaktioner afviklet indtil modtagelsestidspunktet. Sker dette under afvikling af en nettoblok, indtræder virkningerne først, når blokken er afsluttet.

#### Bruttoafvikling
Indtil kl. 18.00 på konkursdagen forsøges afviklingen gennemført i overensstemmelse med de normale principper for clearing og afvikling for bruttoafvikling, jf. værdipapirhandelslovens § 57c.



## VP's CLEARINGREGLER

---

**Afviklingens endelighed og retsvirkning**

Handelstransaktionerne er endelige og uigenkaldelige gennemført og opnår retsvirkning på følgende måde.

**Nettoafvikling**

En handelstransaktion til afvikling i en nettoafviklingsblok er endelig og uigenkaldelige gennemført, når den afviklingsblok, hvori transaktionen er afviklet, er afsluttet. En afviklingsblok afsluttes med nettoposte-ring af handelsbeløb mv. og op- eller nedskrivning af de berørte værdipapirkonti (registrering), jf. 'Afviklingens gennemførelse'. Retsvirkningen for handelstransaktionen indtræder på det for den pågældende afviklingsbloks fastsatte retsvirkningstidspunkt, jf.' Indledende bestemmelser.

**Bruttoafvikling**

En sådan handelstransaktion er endelig og uigenkaldelig gennemført, når værdipapirerne er overført til køber med retsvirkningstidspunkt regnet fra transaktionens bindende indrapportering.

## Afviklingsadfærd i VP-systemet

- Det gælder som handelskutyme, at alle handler - uden angivelse af afviklingsblok, medmindre andet er aftalt mellem parterne - skal være indlagt og så vidt muligt makkersøgt forud for blok 10, idet det af hensyn til deltagerne og afviklingssystemets samlede funktionalitet - herunder smidig og effektiv international afvikling - er hensigten, at den størst mulige del af afviklingen skal finde sted så tidligt i afviklingsdøgnet som muligt.

- I hver afviklingsblok skal der være nettodækning for papirer for alle handler, der er indrapporteret til afvikling. Kravet om nettodækning for papirer i de enkelte afviklingsblokke skal sikre, at en deltager ikke gennem sene leveringer påvirker den samlede afvikling eller øvrige deltagere i afviklingen negativt.

- Der skal afviklingsblok for afviklingsblok være pengemæssig dækning for nettokøb. Ved opgørelsen af finansieringsbehovet skal deltageren tillægge en passende likviditetsbuffer samt tage hensyn til foretagne reservationer i VP's system til administration af sikkerhedsret til fordel for clearing- og betalingssystemer, der sikrer, at deltageren generelt kan tåle, at transaktioner på grund af manglende levering ikke gennemføres som forudsat.

- Den deltager, der ikke har medregnet en tilstrækkelig likviditetsbuffer og derved kommer i overtræk, pålignes en sanktion. Sanktionen udgør - opgjort i en periode over de seneste 6 måneder – hhv. 5.000 kr., 10.000 kr., 20.000 kr., 20.000 kr. og for hvert efterfølgende pengeovertræk 50.000 kr. Deltagerkredsens indbyrdes aftale om afviklingskutymer (at alle handler uden angivelse af afviklingsblok - medmindre andet er aftalt mellem parterne - skal være indrapporteret til afvikling og så vidt muligt makkersøgt forud for blok 10) samt de kollegiale regler om renteclaims og den del af VP's clearingregler, der ikke er berørt af nærværende regelsæt, udgør det samlede regelsæt for afviklingsadfærd på det danske værdipapirmarked.

Afviklingsadfærden er konkretiseret i nedenstående 2 regelsæt

### Regelsæt for professionelle kontohavere

**Omfattede værdipapirer (aktier)**

Regler for denne adfærdsregulering omfatter alle typer værdipapirer, der er registreret som fondsaktiver i VP. Der er for tiden udelukkende etableret en ordning for aktier og værdipapirer i relation hertil.

**Omfattede kontohavere – Professionelle kontohavere**

Alle en kontohavers VP-konti med samme 'Kontohaver ID' indgår samlet i beregning og sammenligninger vedrørende den pågældende kontohaver.



# VP's Clearingregler

Kontohavere på hvis VP-konti, der er registreret cpr-nr. som 'Kontohaver ID' er ikke omfattet af ordningen.

Kontohavere med flere end det på VP's customer center (den lukkede del af VP's hjemmeside, hvor der kun er adgang for deltagere) angivne antal aktiehandler pr. måned (pt. 500 stk.) (professionelle kontohavere) er omfattet. Antallet af aktiehandler opgøres som et gennemsnit over et år, hvorefter kontohaveren indgår i opgørelsen det efterfølgende år.

**Publicering**

Efter udløbet af hver måned anfører VP customer center de individuelle afviklingsprocenter for alle professionelle kontohavere.

**Ordningen for aktier, tegnings- og aktieretter mv.**

Som vurderingsgrundlag beregner VP den gennemsnitlige afviklingsprocent for værdien af alle værdipapirhandler med udfyldt handelsbeløb for aktier mv. i en måned.

1.  For lille individuel afviklingsprocent i en tremåneders periode

    VP retter gennem det kontoførende institut henvendelse til professionelle kontohavere, hvis individuelle afviklingsprocenter i en sammenhængende tre måneders periode, ligger under de gennemsnitlige afviklingsprocenter for samme periode med mere end det i VP's customer center angivne fradrag (pt. 1,5 procent point) såkaldt benchmark. Benchmark skal fastsættes med et minimum (pt. 85 %).

    I VP's henvendelse påpeges den for lave individuelle afviklingsprocent med henblik på den professionelle kontohavers forbedring heraf.

2.  For lille individuel afviklingsprocent i en yderligere tremåneders periode

    Professionelle kontohavere, hvis individuelle afviklingsprocent i en yderligere periode på tre måneders efter henvendelsen fra VP, ikke er bragt op over benchmark, vil modtage en fornyet henvendelse fra VP via det kontoførende institut med krav om inden for en måned at give en redegørelse om årsagen for den reducerede individuelle afviklingsprocent.

    Med udgangspunkt i redegørelsen afholdes et møde mellem den professionelle kontohaver, dennes kontoførende institut og VP vedrørende de nødvendige tiltag for at den individuelle afviklingsprocent kan bringes indenfor det fastsatte benchmark.

    På baggrund af mødet udarbejder og sender VP en skriftlig opsummering af de aftalte tiltag og en tidsfrist for den forbedrede individuelle afviklingsprocent.

3.  For lille individuel afviklingsprocent efter udløbet den aftalte tidsfrist.

    Hvis den professionelle kontohaver efter udløbet af ovennævnte aftalte tidsfrist ikke har bragt sin individuelle afviklingsprocent inden for benchmark vurderer VP sammen med den professionelle kontohaver årsagen hertil. Hvis VP finder, at der ikke er gjort tilstrækkeligt for at forbedre den individuelle afviklingsprocent i overensstemmelse med de aftalt tiltag, kan VP tildele den professionelle deltager en sanktion eller, hvis denne ikke har tilslutningsaftale med VP til dennes kontoførende instituts med angivelse af den professionelle kontohaver. Sanktionens størrelse fremgår af VP's customer center (pt. kr. 100.000).

Afviklingsprocenterne er tilgængelige på VP's customer center.

**Årlig gennemgang af regelsæt**



# VP's Clearingregler

---

Dette regelsæt gennemgås årligt i VP's kundeforum med henblik på vurdering af effekt og størrelsen af bl.a. benchmark og sanktion.

### Regelsæt for manglende likviditet

a) Der skal pr. afviklingsblok sikres papirmæssig dækning.

b) Der skal pr. afviklingsblok sikres pengemæssig dækning for det samlede nettokøb tillagt en passende likviditetsbuffer. Der skal samtidig tages hensyn til foretagne reservationer i VP's system til administration af sikkerhedsret til fordel for clearing- og betalingssystemer.

c) Manglende overholdelse af disse regler medfører, at den deltager, der kommer i pengeovertræk, pålignes en sanktion for hvert pengeovertræk på hhv. 5.000 kr., 10.000 kr., 20.000 kr. og 20.000 kr. For hvert efterfølgende pengeovertræk 50.000 kr.

d) Opløsning af pengeovertræk sker ud fra de gældende objektive kriterier, jf. VP's clearingregler.

e) Handler, der som følge af manglende dækning i papirer og/eller penge ikke kan afvikles som forudsat, udskydes til den efterfølgende afviklingsblok.

f) Afviklingsansvarliges salg, hvor et modsvarende køb på forhånd vides ikke at kunne afvikles i blok 10, blok 20 eller blok 30, skal dækkes ind på anden vis.

g) Det er i overensstemmelse med afviklingskutymerne at anføre en specifik afviklingsblok for transaktioner, der indrapporteres til afvikling, når dette sker efter aftale med handelsmodparten, og såfremt dette kan ske uden gene for andre deltagere og det samlede afviklingssystems effektivitet.

h) Likviditetsbufferen beregnes af hver enkelt afviklingsansvarlig, idet der i særlig grad skal tages hensyn til konsekvenserne af, at en delleverance forsinkes eller udebliver. Likviditetsbufferen skal beregnes forud for blok 10, 40, 60 og 50.

i) Der pålignes kun én sanktion for blokkene 10, 20 og 30 tilsammen til samme afviklingsdag. Der pålignes separate sanktioner til blokkene 40, 60 og 50.
Sanktioner opgøres over en løbende periode på de seneste 6 måneder.

## VP's multilaterale netting

VP's beholdningskontroller gennemføres inden afviklingen for at sikre, at centraldeltagere, der deltager i VP's clearingsystem, har dækning i såvel papirer som penge for de af dem indrapporterede transaktioner.

Principielt gennemføres ingen af de af en centraldeltager indrapporterede transaktioner, hvis der ikke er dækning for dem alle. For at begrænse virkningerne af dette princip er det efter aftale med deltagerkredsen i tilslutningsaftalen fastslået, at VP er berettiget til at søge at gennemføre de transaktioner, der kan skabes dækning for, idet de resterende transaktioner udskydes til den efterfølgende nettoafviklingsblok med beløbsafvikling i samme valuta. Søgningen er tilrettelagt ud fra den overordnede målsætning, at den størst mulige del af den samlede afvikling søges gennemført.

### Privat Professionel
Kontohavere, der ikke har tilslutningsaftale med VP, kan indgå aftale med sit kontoførende institut som Privat Professionel om at VP ved eventuelle beholdningsovertræk er berettiget til at søge at gennemføre de transaktioner, der kan skabes dækning for efter det samme princip, herunder dellevering, som er gældende for deltagere med tilslutningsaftale med VP

### Beholdningskontrol vedrørende fondsaktiver
Alle indrapporterede overførsler og handler kontrolleres for beholdningsmæssig dækning i fondsaktiver pr. VP-konto pr. fondskode. Udtrukne obligationer og ikke udtrukne i samme fondskode kontrolleres hver for sig.



## VP's Clearingregler

---

- Overførsler og straksoverførsler beholdningskontrolleres på indrapporteringstidspunktet og opdateres.
- Handler beholdningskontrolleres i den pågældende afviklingsblok.

Ved manglende dækning til gennemførelse af alle handler i en fondskode på en VP-konto, gennemføres flest muligt ved at udskyde andre handler.

**Udskydelse af handler ved manglende beholdningsmæssig dækning**

Ved manglende dækning sker udskydelsen efter følgende principper:

1. Der søges blandt handler – salg til modparter, der i VP's clearingsystem betegnes som 'ikke afviklingsansvarlig'.
   Findes der heriblandt én handel, der kan dække overtrækket, udskydes denne. Er dette ikke tilfældet udskydes først den største handel og derefter øvrige handler en for en i stigende størrelsesorden, til der er dækning helt eller delvist
   Er der ikke tilstrækkeligt med sådanne handler, der kan udskydes, til at skaffe dækning fortsættes med næste princip.
2. Blandt handler – salg til modparter, der i VP's clearingsystem betegnes som 'afviklingsansvarlig' søges der indtil én handel eller en kombination af handler udligner overtrækket, og på en sådan måde, at der udskydes mindst muligt, jf. nedenfor.
   Når søgningen finder et resultat, der opfylder kriterierne, udskydes den eller de pågældende handler.

Søgningen gennemføres efter følgende to alternative principper i rækkefølge:

a) først forsøges for alle handler en for en. Dernæst for alle kombinationer af to, tre, fire og fem handler. Denne søgning kan medføre afprøvning af at et meget stort antal kombinationer, hvorfor der er indeholdt en øvre grænse, således at søgningen afbrydes, når dette antal kombinationer er  prøvet. Er der på dette tidspunkt ikke skaffet fuld dækning for de øvrige handler, udskydes der i stedet for efter følgende princip
b) der udskydes først den største handel og derefter øvrige handler én for én i stigende størrelsesorden, startende med den mindste handel, indtil der ikke længere er overtræk.

Medfører udskydelsen af den sidste handel i henhold til ovenstående regler, at der er et beholdningsmæssigt overskud, forsøges dette anvendt til at gennemføre en eller flere af de mindre handler, der allerede er udvalgt til udskydelse.

**Dellevering**

For handler i en fondskode mellem en afviklingsansvarlig clearingcentral i funktionen central modpart (CCP), øvrige clearingdeltagere og Private Professionelle, hvor handler på grund af manglende beholdningsmæssig dækning skulle være udskudt efter ovennævnte regler om udskydelse, finder som alternativ VP's regler for dellevering anvendelse.

For dellevering gælder, at:

- handler, for hvilken det under afviklingen viser sig manglende beholdningsmæssig dækning kan af VP annulleres i deres helhed og erstattes af to nye handler,

- de to nye handler er juridisk bindende for parterne,



## VP's Clearingregler

---

- de to nye handler er på samme betingelser og tilsammen er på størrelse som den annullerede.

Dellevering gennemføres efter nedenstående retningslinier:

- Dellevering af handler mellem en afviklingsansvarlig clearingcentral i funktionen som centralmodpart og en clearingdeltager eller en Privat Professionel, der ikke er afviklingsansvarlig clearingcentral i funktionen som centralmodpart gennemføres kun i blok 40.

- Handlen med det tidligst angivne afviklingstidspunkt udvælges for at indgå i delleveringen. Er der flere handler med det tidligst angivne afviklingstidspunkt, vælges handlen med det største afviklingsbeløb.

- Den uafviklede del af en handel, hvor der er gennemført dellevering i blok 40, udskydes til blok 60.
- Resultatet af manuel opløsning af et beløbsmæssigt overtræk kan medføre yderligere dellevering.

- Dellevering, hvor en Privat Professionel er part i handlen, finder ikke sted, når der i handlen er taget:
  - kontantforbehold, jf. værdipapirhandelslovens § 72, stk. 1, eller
  - panteret, jf. værdipapirhandelslovens § 55, stk. 7, og VP's system til administration af panteret.

## Beholdningskontrol vedrørende pengemæssig dækning inden for sikkerhedsret og trækningsmaksimum

Umiddelbart efter beholdningskontrol af fondsaktiver gennemføres beholdningskontrollen på pengesiden. Det kontrolleres, at den enkelte deltager i VP's clearingsystem for samtlige de af ham indrapporterede handler har dækning for handelsbeløbene. Ved kontrollen, der omfatter alle de af den pågældende afviklingsansvarliges indrapporterede og godkendte køb og salg til den pågældende afviklingsblok, checkes det, om den pågældende har dækning for det beregnede nettotræk inden for hans sikkerhedsretsaftale og/eller inden for det af Danmarks Nationalbank, Den Europæiske Centralbank eller den primære betalingsstiller oplyste trækningsmaksimum.

Har den afviklingsansvarlige ikke tilstrækkelig dækning, udskydes der handler til en senere afviklingsblok.

### Udskydelse af handler ved manglende kontant dækning

Ved manglende dækning og dermed udskydelse gælder generelt, at i første omgang udskydes handler, der ikke medfører sideeffekter, herunder at pågældende deltager ikke går i beholdningsmæssigt overtræk. Der tages sigte på at udskyde mindst muligt.

Udskydelsen gennemføres efter nedenstående overordnede kriterier (punkt A - D), idet der under hvert enkelt kriterium tillige indregnes handlernes eventuelle påvirkning af parternes sikkerhedsretsaftaler samt at der for hver kriterium er en række ens underkriterier nævnt nedenfor under 1 - 5:

a) Salg til kunder, der ikke er clearingdeltagere, hvor transaktionen påvirker en sikkerhedsretsaftale
b) Overtrækkerens køb hos andre clearingdeltagere, overtrækkerens salg uden penge til andre clearingdeltagere og overtrækkerens køb fra kunder, der ikke er clearingdeltagere.
c) Andres salg til overtrækkerens kunder (der ikke er clearingdeltagere).
d) Andres salg til clearingdeltagere, der har fået trækningsret tildelt af overtrækkeren.



**VP's Clearingregler**

---

Inden for hvert af ovenstående kriterier udskydes handler efter følgende underkriterier, hvor der under 1 – 3 søges uden sideeffekter:

1. Der søges efter én handel, der præcist dækker overtrækket. Findes en sådan handel ikke anvendes i stedet næste underkriterium.
2. Der søges efter en handel, der alene kan dække overtrækket. Findes en sådan handel, gemmes den med henblik på en eventuel udskydelse. Herefter undersøges det, om en kombination af flere handler kan dække overtrækket. Hvis kombinationen af handler kommer tættere på overtræksbeløbet, udskydes kombinationen i stedet for den handel, der alene kunne dække. Hvis denne fremgangsmåde ikke dækker overtrækket fuldt ud anvendes i stedet næste underkriterium.
3. Der udskydes det nødvendige antal handler, indtil der er dækning for overtræksbeløbet. Handlerne vælges og udskydelse på følgende måde:
   - Den største af handlerne udskydes.
   - Et eventuelt overskydende overtræk søges dernæst dækket ved at udskyde handler en for en i faldende størrelsesorden. Hvis udskydelse af den næste handel i rækkefølgen vil medføre dækning af overtrækket, undersøges det inden udskydelsen af denne handel, om en efterfølgende, mindre handel vil være tilstrækkelig til at dække restovertrækket.

   Hvis denne fremgangsmåde kun dækker overtrækket delvist fortsættes yderligere med næste underkriterium.
4. Der søges efter handler, hvis udskydelse indebærer begrænsede sideeffekter. Det undersøges, om der forekommer videresalg (dvs. køb videresolgt i samme afvikling), som - hvis de udskydes - kan dække overtrækket. Denne fremgangsmåde vedrører kun videresalg uden beløbsafvikling eller køb, hvor kun en del af beholdningen er videresolgt. Er dette tilfældet udskydes disse.
5. Hvis overtrækket efter gennemløb af disse underkriterier fortsat ikke er fuldt opløst, fortsættes der med underkriterium 1 under det næste kriterium med henblik på dækning af den resterende del af overtrækket.


## Betalingsafvikling i danske kroner i Danmarks Nationalbank

### Forudsætninger

Betalingsafvikling i danske kroner i Danmarks Nationalbank vedrørende VP-systemet kan kun finde sted, såfremt centraldeltageren af Danmarks Nationalbank er godkendt hertil og har oprettet de fornødne konti i Danmarks Nationalbank.

Sådanne centraldeltagere er tilsluttet VP med funktionsområde 'primær betalingsstiller'.


### Betalingsafvikling af handelstransaktioner til afvikling i forud fastsatte afviklingsblokke

Centraldeltageren meddeler forud for VP's afvikling sit behov for trækningsadgang i danske kroner til Danmarks Nationalbank i henhold til Nationalbankens regler herom. På baggrund heraf indberetter Nationalbanken elektronisk til VP centraldeltagerens maksimale trækningsadgang i den kommende afviklingsblok. Nationalbanken indestår herved for, at ethvert træk i den kommende afvikling (herunder det af VP omregnede træk på eurokonti til danske kroner), der ikke overstiger den meddelte maksimale trækningsadgang, vil blive honoreret for centraldeltagerens regning. Nationalbanken kan ikke ændre det meddelte maksimum efter det for den pågældende afviklingsblok fastsatte retsvirkningstidspunkt.

**VP's Clearingregler**

Postering på centraldeltagerens konto i Nationalbanken gennemføres ved afslutningen af den fastsatte afviklingsblok.

Postering gennemføres ikke alene for de funktionsområder, som centraldeltageren varetager på egne vegne i henhold til sin tilslutningsaftale med VP, men tillige for sådanne andre centraldeltagere, for hvilke centraldeltageren i sin egenskab af primær betalingsstiller stiller betaling til rådighed vedrørende handelstransaktioner og tegning af aktier mv.

### Betalingsafvikling af handelstransaktioner til straksafvikling

Centraldeltagerens træk på egen foliokonto i Nationalbanken i forbindelse med bruttoafvikling af handelstransaktioner forudsætter i hvert enkelt tilfælde Nationalbankens godkendelse.

Postering på centraldeltagerens konto i Nationalbanken gennemføres i forbindelse med godkendelsen.

Straksafvikling gennemføres udelukkende for centraldeltagerens handler på egne vegne.

### Betalingsafvikling af betalinger fra udstedere af fondsaktiver til investorerne

Ved VP's formidling af betalinger fra udstederen af fondsaktiver til investorerne overføres betalinger fra konti i Nationalbanken tilhørende de primære betalingsstillere til de modtagende pengekontoførere. Udstederen har forud herfor til VP angivet, på hvilke konti hos centraldeltagerne (de primære betalingsstillere) betalingerne skal debiteres. Betalingerne er uigenkaldelige, medmindre andet fremgår af bilag.

### Betalingsafvikling i Euro i den europæiske centralbank

#### Forudsætninger

Betalingsafvikling i euro i Den Europæiske Centralbank vedrørende VP-systemet kan kun finde sted, såfremt centraldeltageren er primær betalingsstiller og af Danmarks Nationalbank er godkendt hertil og gennem Danmarks Nationalbank har oprettet de fornødne konti i Den Europæiske Centralbank. Hertil skal centraldeltageren have en handelsafviklingskonto i danske kroner i Danmarks Nationalbank, samt være omfattet af 'Aftale om solidarisk hæftelse mellem deltagerne i euroafviklingen i VP SECURITIES A/S.

For andre clearingdeltagere, der betalingsafvikler gennem en primær betalingsstiller, er det for handelsafvikling i euro en betingelse, at den primære betalingsstiller foruden at have en euro-konto i Den Europæiske Centralbank hos sig selv åbner en euro-konto til bogføring af clearingdeltagerens euro-handelsafvikling.

### Betalingsafvikling af handelstransaktioner til afvikling i forud fastsatte afviklingsblokke

Centraldeltageren meddeler forud for VP's afvikling sit behov for trækningsadgang i euro til Den Europæiske Centralbank i henhold til sit regelsæt herom. På baggrund heraf indhenter VP centraldeltagerens maksimale trækningsadgang i den kommende afviklingsblok.

Postering på centraldeltagerens konto i Den Europæiske Centralbank gennemføres efter Den Europæiske Centralbanks godkendelse af posten ved afslutningen af den fastsatte afviklingsblok.

Postering gennemføres ikke alene for de funktionsområder, som centraldeltageren varetager på egne vegne i henhold til sin tilslutningsaftale med VP, men tillige for sådanne andre centraldeltagere, for hvilke



## VP's Clearingregler

centraldeltageren i sin egenskab af primær betalingsstiller stiller betaling til rådighed vedrørende han delstransaktioner og tegning af aktier mv.

### Betalingsafvikling af handelstransaktioner til straksafvikling
Centraldeltagerens træk på egen konti i Den Europæiske Centralbank i forbindelse med bruttoafvikling af handelstransaktioner forudsætter i hvert enkelt tilfælde Den europæiske Centralbanks godkendelse.

Postering på centraldeltagerens konto i Den Europæiske Centralbank gennemføres i forbindelse med godkendelsen.

Straksafvikling gennemføres udelukkende for centraldeltagerens handler på egne vegne.

### Betalingsafvikling af betalinger fra udstedere af fondsaktiver til investorerne
Ved VP's formidling af betalinger fra udstederen af fondsaktiver til investorerne overføres betalinger fra konti i Den Europæiske Centralbank tilhørende de primære betalingsstillere til de modtagende penge-kontoføreres primære betalingsstillere. Udstederen har forud herfor til VP angivet, på hvilke konti hos centraldeltagerne (de primære betalingsstillere) betalingerne skal debiteres. Betalingerne er uigenkaldeli-ge, medmindre andet fremgår af bilag.


## Euroafvikling

Handelsafvikling i euro kan kun gennemføres som nettoafvikling i 'euro-afviklingsblokke', dvs. afviklings-døgnets tre første afviklingsblokke (blok 10, 20 og 30), hvor handler i såvel danske kroner som euro kan afvikles, samt i afviklingsdøgnets særlige euro-afviklingsblok (blok 50), hvor kun handler i euro kan afvik-les. VP's system til administration af sikkerhedsret kan kun finde sted med en primær betalingsstiller som långiver.

Uafviklede euro-handelstransaktioner vil blive udskudt og forsøgt afviklet i førstkommende euro-afviklingsblok, hvis betingelserne for afvikling fortsat er gældende.

### Kursomregning mellem danske kroner og euro
Ved omregning mellem danske kroner og euro anvender VP den fra Danmarks Nationalbank senest mod-tagne valutakurs. Den anvendte valutakurs benyttes ved omregninger for såvel samtlige euro-afviklingsblokke som ombytningsblokken inden for afviklingsdøgnet.

### Indrapportering af euro-handelstransaktioner
Handelstransaktioner skal for at blive medtaget i euro-afviklingen angive handelsbeløbet i euro og have en 'gyldighedsperiode', der omfatter mindst én euro-afviklingsblok.

#### Euroafvikling i blok 10, 20 og 30
Den primære betalingsstiller angiver i euro det beløb, der stilles til rådighed for centraldeltageren.

For clearingdeltagere, der betalingsafvikler direkte i Den Europæiske Centralbank, omregner VP handels-beløb, indrapporteret i euro, til danske kroner og posterer i forbindelse med afviklingen nettovirkningen af euro-handelsbeløbene i den pågældende blok i danske kroner på den enkelte deltagers handelsafvik-lingskonto i Danmarks Nationalbank. Disse clearingdeltagere er forpligtet til at deltage i den særlige om-bytningsblok (PVP), jf. nedenfor.



## VP's Clearingregler

For andre clearingdeltagere, der betalingsafvikler gennem en primær betalingsstiller, vil nettovirkningen af euro-handelsbeløbene fra alle godkendte euro-handelstransaktioner i den pågældende blok blive posteret i euro på deltagerens euro-konto hos den primære betalingsstiller. Ombytning af danske kroner mod euro finder for sådanne andre clearingdeltagere sted gennem den primære betalingsstillers deltagelse i ombytningsblokken (PVP).

### Euro-afvikling i blok 50

I denne afviklingsblok gennemfører VP udelukkende afvikling af handelstransaktioner med handelsbeløb i euro.

Den Europæiske Centralbank oplyser for clearingdeltagere, der har en euro-afviklingskonto i Den Europæiske Centralbank, det beløb i euro, som stilles til rådighed for deltageren i denne afviklingsblok.

For andre clearingdeltagere, der betalingsafvikler gennem en primær betalingsstiller, indrapporterer den primære betalingsstiller det beløb, som stilles til rådighed for clearingdeltageren i denne afviklingsblok i euro. Omfattede handelstransaktioner dækningskontrolleres på beløbssiden i overensstemmelse med afsnittet om Betaling gennem primær betalingsstiller.

Nettovirkningen af handelsbeløbene (euro) af alle godkendte handelstransaktioner i denne afviklingsblok bliver posteret i euro på deltagerens euro-handelsafviklingskonto henholdsvis i Den Europæiske Centralbank eller hos den primære betalingsstiller.

### Ombytningsblok (PVP)

På grundlag af resultatet af afviklingen i blokkene 10, 20 og 30 gennemfører VP en ombytningsblok, hvor forpligtelser/krav indgået i euro, men er nettoposteret i danske kroner, på nettobasis ombyttes til forpligtelser/krav i euro og posteres på deltagerens afviklingskonto i Den Europæiske Centralbank. Til brug ved ombytningen gemmer VP pr. afviklingsblok hver primær betalingsstillers nettopostering i euro såvel som modværdien heraf i danske kroner (omregnet og posteret). Heri indgår tillige euro-posteringer for andre clearingdeltagere, der betalingsafvikler gennem den pågældende primære betalingsstiller.

### Likviditetsstillelse

For at understøtte afviklingen i ombytningsblokken er der etableret en aftale om likviditetsstillelse. VP har indgået en bilateral aftale med to deltagere i ombytningsblokken, der har indvilget i at fungere som likviditetsstillere, der på nærmere angivne vilkår kan stille likviditet til rådighed for en deltager, der ikke har beløbsmæssig dækning i ombytningsblokken. Likviditetsstillerne har en afviklingskonto i Den Europæiske Centralbank. Efter aftalen fungerer én af likviditetsstillerne som aktiv og den anden som suppleant for denne i perioder fastlagt i henhold til en turnusordning.

Bliver der under en ombytningsblok behov for at aktivere likviditetsstillelsen, indtræder den aktive likviditetsstiller i samtlige forpligtelser til betaling og krav på modtagelse af betaling i ombytningsblokken for den eller de deltagere, der er uden beløbsmæssig dækning i den pågældende pengekontrol.

Aftalen om likviditetsstillelsen indeholder grænser for den aktive likviditetsstillers forpligtelse til indtræden. Hvis disse grænser er overskredet, opgives ombytningsblokken, og samtlige deltagende clearingdeltagere underrettes herom.

### Gennemførelse af ombytningsblokken

På basis af en clearingdeltagers nettoresultat i euro-afviklingen i hver af afviklingsdøgnets tre første afviklingsblokke (blok 10, 20 og 30) opgør VP hver deltagers samlede nettoforpligtelse/-krav i såvel danske



**VP's Clearingregler**

kroner som euro. I ombytningsblokken indgår tillige eventuelle tegningsbeløb i euro. Ved ombytningen vil deltagere med en opgjort nettoforpligtelse til levering af euro være forpligtet til at levere det angivne beløb i euro mod til gengæld at modtage det dertil svarende opgjorte nettokrav i danske kroner. Deltagere med et opgjort nettokrav i euro er på tilsvarende vis forpligtet til at have dækning i kroner og vil ved ombytningen modtage det angivne beløb i euro mod den samtidige levering af den dertil svarende opgjorte nettoforpligtelse i danske kroner.

### Pengekontrol

I forbindelse med ombytningsblokken gennemfører VP en pengekontrol. Til brug herfor indrapporterer Danmarks Nationalbank for danske kroner og Den Europæiske Centralbank angiver i euro for hver clearingdeltager det beløb, der stilles til rådighed for denne i ombytningsblokken. Afhængig af deltagerens egne dispositioner er rådighedsbeløbet angivet i enten danske kroner eller euro. VP kontrollerer pr. deltager, at dennes betalingsforpligtelse er i samme møntfod og ikke overstiger det angivne rådighedsbeløb. Viser pengekontrollen, at ingen af deltagernes forpligtelser overstiger rådighedsbeløbet, gennemfører VP ombytningsblokken, og resultatet posteres på deltagernes konti i Danmarks Nationalbank og Den Europæiske Centralbank. Viser pengekontrollen, at en eller flere deltageres forpligtelser overstiger rådighedsbeløbet, udsættes den samlede ombytning. Berørte deltagere underrettes herom og får mulighed for eventuelt at ændre deres dispositioner i Danmarks Nationalbank og Den Europæiske Centralbank for at skabe dækning for deres forpligtelser.

### Pengekontrol (nr. 2)

På et givet tidspunkt efter første pengekontrol gennemfører VP en ny pengekontrol, hvortil Danmarks Nationalbank og Den Europæiske Centralbank oplyser nye rådighedsbeløb. Viser anden pengekontrol, at der fortsat er deltagere, der mangler dækning, udsættes den samlede ombytning på ny, og likviditetsstillelsen for ombytningsblokke aktiveres.

### Ombytning under likviditetsstillelsen

Når aftalen om likviditetsstillelse for ombytningsblokke aktiveres, underrettes berørte deltagere om den manglende dækning. Ligeledes underretter VP den aktive likviditetsstiller, der for hver deltager med manglende dækning indtræder i samtlige dennes forpligtelser til betaling og krav på modtagelse af betaling i ombytningsblokken. Den aktive likviditetsstiller gives mulighed for at ændre sine dispositioner i Danmarks Nationalbank og Den Europæiske Centralbank for derigennem at skabe dækning for egne og samtlige overtagne forpligtelser.

### Pengekontrol (nr. 3 og eventuelt følgende)

På et givet tidspunkt efter anden pengekontrol gennemfører VP en ny pengekontrol, hvortil Danmarks Nationalbank indrapporterer og Den Europæiske Centralbank angiver nye rådighedsbeløb. Viser tredje pengekontrol, at den aktive likviditetsstiller mangler dækning, underrettes de berørte deltagere herom

Efter speciel aftale kan det eventuelt besluttes at iværksætte en fjerde pengekontrol, hvor den aktive likviditetsstiller får mulighed for at ændre sine dispositioner i Danmarks Nationalbank og Den Europæiske Centralbank for derved at skabe dækning for sine forpligtelser. Som et alternativ hertil kan den passive likviditetsstiller aktiveres i stedet for den oprindelige likviditetsstiller. Den nye, aktive likviditetsstiller indtræder herefter for alle de oprindelige deltagere med manglende dækning i samtlige deres forpligtelser til betalinger og krav på modtagelse af betalinger i ombytningsblokken. Viser fjerde pengekontrol, at den aktive likviditetsstiller mangler dækning, skal der træffes beslutning om, hvorvidt der skal ske yderligere forsøg på gennemførelse af ombytningsblokken, eller om ombytningen skal opgives.



**VP's Clearingregler**

### Ombytningsblokken gennemføres ikke

Har likviditetsstilleren/erne ikke kunnet skabe dækning for egne og overtagne forpligtelser i den igang værende PVP-afvikling, vil VP vurdere, om der er udsigt til, at ombytningen kan gennemføres efter en fornyet pengekontrol. I modsat fald vil ombytningen blive opgivet, og underretning herom vil tilgå alle deltagere i PVP-afviklingen. Det samme er tilfældet, dersom likviditetsstilleren meddeler, at grænsen for likviditetsstillerens forpligtelse til indtræden er nået.

Veksling af danske kroner til euro overlades herefter til den enkelte deltager, der således i denne situation har en valutakursrisiko på nettobeløbet.

## Betalingsafvikling gennem primær betalingsstiller

(for afviklingsansvarlig og pengekontofører)

### Forudsætninger

Afvikling kan kun finde sted som nettoafvikling og kun i danske kroner og euro og kun gennem en primær betalingsstiller, der er tilsluttet Danmarks Nationalbanks ordning for danske kroner og om nødvendigt Den Europæiske Centralbank for euro. Afvikling er ligeledes betinget af, at den primære betalingsstiller stiller tilsvarende konti til rådighed for centraldeltageren.

Deltagelse i betalingsafviklingen gennem en primær betalingsstiller forudsætter, at der i VP foreligger en blanket '2.2G Erklæring om betalingsstillelse for pengekonti', med den tilhørende blanket '2.2.F Penge- kontooplysninger', se "Blanketter til vejledninger" - fra centraldeltageren og dennes primære betalings- stiller, og at sidstnævnte etablerer såvel et 'basis-trækningsmaksimum' som et 'specifikt trækningsmaksi- mum' for centraldeltageren.

### Basis-trækningsmaksimum

Handelstransaktioner afvikles med respekt af basis-trækningsmaksimum, med mindre de afvikles med respekt af et markeret specifikt trækningsmaksimum. Handelstransaktioner indrapporteret i en anden valuta end den, der er valgt for basis-trækningsmaksimum, omregnes af VP i forbindelse med dæknings- kontrollen til den valgte valuta for basis-trækningsmaksimum. Omregningen sker med den senest mod- tagne valutakurs fra Danmarks Nationalbank. Som valuta for basis-trækningsmaksimum kan derfor ude- lukkende vælges danske kroner eller euro.

### Specifikt trækningsmaksimum

Det specifikke trækningsmaksimum kan være inaktivt. Er det aktiveret af den primære betalingsstiller, skal denne angive sådanne trækningsmaksima enten i danske kroner eller euro, men ikke i den samme valuta, som er angivet for basis trækningsmaksimum. Den primære betalingsstiller kan ved indrapportering akti vere det specifikke trækningsmaksimum ved at markere de afviklingsblokke, hvor et sådant maksimum skal benyttes. Markeringen af afviklingsblokke kan til enhver tid ændres. For at en handelstransaktion skal kunne afvikles i overensstemmelse med et markeret specifikt trækningsmaksimum, skal handelstransakti- onens afviklingsbeløb være i samme valuta som det specifikke trækningsmaksimum.

### Trækningsmaksimum

I erklæringen angiver den primære betalingsstiller, i hvilket omfang centraldeltagerens træk på de angiv- ne pengekonti ikke vil blive afvist. Den primære betalingsstiller er efter erklæringerne forpligtet til forud for retsvirkningstidspunktet for en afviklingsblok at indrapportere centraldeltagerens basis-



**VP's Clearingregler**

trækningsmaksimum for den pågældende afviklingsblok og et specifikt trækningsmaksimum for en mar
keret afviklingsblok.

Indrapporterer den primære betalingsstiller ikke et basis-trækningsmaksimum til afviklingsdøgnets første
afviklingsblok eller et specifikt trækningsmaksimum til afviklingsdøgnets første markerede afviklingsblok,
deltager centraldeltageren heri med det senest indrapporterede basis- eller specifikke trækningsmaksi-
mum, dog ikke ud over en eventuel udløbsdato herfor. Indrapporterer den primære betalingsstiller ikke
basis-trækningsmaksima til afviklingsdøgnets efterfølgende afviklingsblokke eller specifikke træknings-
maksima til efterfølgende markerede afviklingsblokke i afviklingsdøgnet, er VP bemyndiget til på dennes
vegne for centraldeltageren at beregne tilladt træk. Beregningen gennemføres med udgangspunkt i det
senest indrapporterede basis-/ specifikke trækningsmaksimum, korrigeret for resultaterne af mellemlig-
gende afviklingsblokke (hvor disse trækningsmaksima hører til) inden for samme afviklingsdøgn.

Indrapporterer centraldeltageren handelstransaktioner med betaling i en valuta, som ikke er omfattet af
dennes specifikke trækningsmaksimum, herunder for umarkerede afviklingsblokke, omregner VP med den
senest opgivne valutakurs fra Danmarks Nationalbank dette træk til valutaen for basis-
trækningsmaksimum, for at dette træk sammen med trækket for øvrige handelstransaktioner afvikles med
respekt af det gældende basis-trækningsmaksimum.

## Betalingsafvikling mellem udstedere af værdipapirer og investorer

### Tegning

Som afviklingsblokke regnes tillige betalingsafvikling af tegning af aktier mv., hvorved centraldeltageren i
sin egenskab af pengekontofører formidler betalinger fra kontohavere til udsteder. Betalingsafviklingen
for tegning mv. (blok 14) udnytter overskydende trækningsmaksimum for afviklingsdøgnets første afvik-
lingsblok (blok 10). Dette er altid gældende for basis-trækningsmaksimum og for specifikt trækningsmak-
simum, når begge disse blokke er markerede, og når betalingerne er i den valuta, der er gældende for
det specifikke trækningsmaksimum.

### Renter og udbytter mv.

Centraldeltageren (i sin egenskab af pengekontofører) angiver et pengekontonummer hos den primære
betalingsstiller til brug for modtagelse af betalinger fra udstedere af fondsaktiver til investorerne. Når VP
har formidlet sådanne beløb til den primære betalingsstillers konto i Danmarks Nationalbank eller Den
Europæiske Centralbank, har VP betalt med frigørende virkning. Betalingerne er uigenkaldelige.

## VP's system til administration af sikkerhedsret

Der er i VP-systemet indarbejdet et system til administration af pant i henhold til bestemmelserne i værdi-
papirhandelslovens § 55 i VP-systemet betegnet 'sikkerhedsret'. Systemet administrerer stiftelse og ud-
nyttelse af sikkerhedsret i forbindelse med ydelse af afviklingskreditter eller lån i forbindelse med clearing
og afvikling af værdipapirtransaktioner i VP's nettoafviklingsblokke nr. 10, 20, 30, 40 og 60 samt for cen-
traldeltagere, der afvikler gennem en primær betalingsstiller, tillige i blok 50.

> På de samme værdipapirbeholdninger kan systemet ligeledes administrere stiftelse og udnyttelse
> af sikkerhedsret i forbindelse med ydelse af afviklingskreditter eller lån i forbindelse med clearing
> og betalingssystemer eller reservationer med henblik herpå.

I tilknytning til afviklingen af værdipapirtransaktioner og mod sikkerhed i værdipapirer i form af fondsakti-
ver kan clearingdeltagere (herefter kaldet långivere) stille afviklingskreditter eller lån til rådighed for andre



# VP's Clearingregler

---

clearingdeltagere (herefter kaldet låntagere) for derigennem at finansiere afviklingen af værdipapirhandler. Sikkerheden registreres i de til enhver tid værende beholdninger af værdipapirer på aftalte VP-konti, omregnet til et pengebeløb i sikkerhedsretsaftalens valuta.

## Deltagelse

Som långivere deltager Danmarks Nationalbank og øvrige clearingdeltagere, der er tilsluttet med funktionen "Primær betalingsstiller" (se Clearingvejledning, i De forretningsmæssige vejledninger), og som låntagere kan registreres clearingdeltagere tilsluttet med funktionen "Afviklingsansvarlig" (se Clearingvejledning i De forretningsmæssige vejledninger).

Med sin ibrugtagning af VP's system til administration af sikkerhedsret har deltageren accepteret systemets virkemåde og funktionalitet, som det forefindes.

Deltagelse i systemet forudsætter, at der mellem långiver og låntager er indgået aftale om, at beholdninger på en eller flere af låntagers VP-konti skal tjene til sikkerhed for krediter eller lån, der af långiver ydes i forbindelse med afvikling af handelstransaktioner.

Aftalen om sikkerhedsret - 'sikkerhedsretsaftale' - registreres ved markering på de pågældende VP-konti, hvor registrering af andre begrænsende rettigheder vil medføre lukning af sikkerhedsretsaftalen. Der kan kun indgås én aftale mellem samme långiver og låntager pr. valuta. Flere VP-konti kan indgå i en aftale på betingelse af, at samtlige VP-konti føres af samme kontoansvarlige. En VP-konto kan kun indgå i én sikkerhedsretsaftale.

Det er en forudsætning for deltagelse i dette system, at låntager opfylder sine betalingsforpligtelser mv. i forhold til långiver, således at fastholdelse udelukkende bliver nødvendig i specielle, kritiske situationer.

## Långivers etablering af en ordning

En sikkerhedsretsordning etableres for

**Danmarks Nationalbank som långiver**
ved, at Danmarks Nationalbank opretter en positivliste. Positivlisten oprettes pr. belåningsvaluta og angiver de værdipapirer (fondskoder), der kan danne grundlag for sikkerhedsret og tjene som sikkerhed ved ydelse af afviklingskreditter eller lån samt den værdi, hvormed Danmarks Nationalbank vil belåne de enkelte værdipapirer.

**Øvrige betalingsstillere som långiver**
ved, at en kommende långiver opretter en positivliste med angivelse af:

- de værdipapirer (fondskoder), der kan danne grundlag for sikkerhedsret og tjene som sikkerhed ved ydelse af afviklingskredit eller lån

- den andel af kursværdien (værdikoefficient, dvs. en angivelse over 0 til og med 1) pr. fondskode, hvormed disse værdipapirer kan belånes

- identifikationskode for det marked, hvis kursfastsættelse skal danne grundlag for værdiberegningen af omfattede værdipapirer (p.t. udelukkende NASDAQ OMX)

Långiveren kan kun etablere én ordning for sikkerhedsret, og angivelserne i positivlisten er gældende for samtlige låntagere, der er tilknyttet den pågældende långivers ordning.

På positivlisten kan optages børsnoterede obligationer, konvertible gældsbreve og aktier samt investeringsforeningsandele, der er noteret på NASDAQ OMX. På positivlisten kan ligeledes optages unoterede



**VP'S CLEARINGREGLER**

investeringsforeningsandele, når VP modtager kursoplysninger vedrørende disse fra NASDAQ OMX. Til delte retter og andre afledte værdipapirer kan ikke indgå i ordningen.

## Låntagers tilslutning til en ordning

En kommende låntager kan tilsluttes en sikkerhedsretsaftale i VP's system til administration af sikkerhedsret, efter at han har indgået en aftale med långiver herom. Til sikkerhedsaftalen skal i samme valuta som aftalen være knyttet et trækningsmaksimum hos den pågældende långiver.

Registreringen af sikkerhedsretsaftalen gennemføres af låntagers kontoansvarlige med angivelse af, hvilke af låntagers VP-konti med status 'afviklingsansvarlig' der i overensstemmelse med aftalen med långiver skal indgå heri. VP-konti, hvorpå der er registreret rettigheder, kan ikke indgå i aftalen. I VP gives sikkerhedsretsaftalen status som 'inaktiv'. Registreringen af aftalen er udtryk for, at låntager over for VP har tilkendegivet, at der er indgået den i lovgivningen forudsatte aftale om sikkerhedsret med den registrerede långiver på de for dennes ordning til enhver tid gældende vilkår, herunder långivers adgang til straksrealisation ved låntagers misligholdelse af sine betalingsforpligtelser, jf. værdipapirhandelslovens § 56. Låntager kan i sikkerhedsretsaftalen angive et låneloft, dvs. den samlede maksimale udnyttelse af sikkerhedsretsværdien, som låntager vil tillade, jf. afsnittet Administration.

## Långivers accept af en sikkerhedsretsaftale

Långiver registrerer ved en transaktion til den pågældende sikkerhedsretsaftale sin accept af låntagers deltagelse i ordningen, og sikkerhedsretsaftalen skifter herved status til 'accepteret'. Ved registreringen har långiver over for VP tilkendegivet, at der er indgået den i lovgivningen forudsatte aftale om sikkerhedsret med låntager, herunder långivers adgang til straksrealisation ved låntagers misligholdelse af sine betalingsforpligtelser, jf. værdipapirhandelslovens § 56. Långiver kan i sikkerhedsretsaftalen angive et låneloft, dvs. den samlede maksimale udnyttelse af sikkerhedsretsværdien, som långiver vil tillade den pågældende lantager, jf. afsnittet Administration.

Først med disse registreringer er sikkerhedsretsaftalen accepteret og låntager optaget i långivers ordning for sikkerhedsret med virkning fra førstkommende nettoafvikling.

## Sikkerhedsrettens virkemåde

Med en accepteret sikkerhedsretsaftale er VP bemyndiget til på långivers vegne at anmelde og registrere sikkerhedsret på de VP-konti, låntager har angivet i aftalen. Registreringen sker i umiddelbar tilknytning til, at långiver stiller midler i form af kreditter eller lån til rådighed for låntageren i forbindelse med afviklingens gennemførelse, forudsat at samtlige nærværende betingelser for sikkerhedsret er opfyldt. Samtlige handelstransaktioner, der afvikles over pengekonti, tilknyttet sikkerhedsretsaftalen, indgår i beregning af udnyttet sikkerhedsret.

### Værdiberegning

Sikkerhedsretsværdien beregnes i den valgte valuta og samlet for én sikkerhedsretsaftale. Ved afviklingsdøgnets begyndelse beregner VP den 'totale sikkerhedsretsværdi' af den registrerede beholdning på låntagers tilsluttede VP-konti.

I forbindelse med hver afviklingsblok korrigerer VP den nærmest foregående beregnede totale sikkerhedsretsværdi med sikkerhedsretsværdien af handelstransaktioner til registrering på låntagers tilknyttede VP-konti i den igangværende afviklingsblok. Resultatet er den nye totale sikkerhedsretsværdi i denne afviklingsblok.



**VP's Clearingregler**

Ved bevægelser i form af overførsler og bruttoafvikling korrigerer VP sikkerhedsretsværdien.

Den totale sikkerhedsretsværdi er for

> **Danmarks Nationalbank som långiver**
> den seneste fra Danmarks Nationalbank modtagne belåningsværdi af VP beregnet for låntagers beholdning af værdipapirer, der figurerer på Danmarks Nationalbanks positivliste.

> **Øvrige långivere**
> kursværdien af låntagers beholdning af værdipapirer, der figurerer på långivers positivliste, korrigeret med den værdikoefficient, som långiver har angivet for den enkelte fondskode.
> Ved kursværdiberegningen benyttes den senest modtagne kurs fra NASDAQ OMX. Udtrukne obligationer fastsættes til udtrækningskursen. Indexobligationer opgøres med den aktuelle indexfaktor.

Den anvendte belåningsværdi og det anvendte kursværdisæt indgår i samtlige beregninger - herunder ved fastholdelse af sikkerhedsret - i førstkommende afviklingsdøgn.

For værdipapirer udstedt i en valuta, som er forskellig fra sikkerhedsretsaftalens valuta for,

> **Danmarks Nationalbank som långiver**
> anvendes den senest modtagne belåningsværdi fra Danmarks Nationalbank

> **Øvrige långiver**
> omregner VP kursværdien til aftalens valuta på grundlag af den senest modtagne valutakurs fra Danmarks Nationalbank.

Den anvendte belåningsværdi og valutakurs indgår i samtlige beregninger - herunder ved fastholdelse af sikkerhedsret - i førstkommende afviklingsdøgn.

Konvertible obligationer, der er omfattet af en igangværende konverteringsperiode, og udtrukne eller forfaldne obligationer, for hvilke betalingsformidlingen er dannet, reserverede beholdninger, samt værdipapirer, der indgår i visse periodiske kørsler ('udelukkelse af ISIN'), indgår ikke i beregningen.

> **For øvrige långivere** end Danmarks Nationalbank indgår vedhængende renter ikke i beregningen.

Hvis der er angivet et låneloft, kan den beregnede totale sikkerhedsretsværdi for en sikkerhedsretsaftale højst belånes op til låneloftet ('maksimal sikkerhedsretsværdi'). Hvis både långiver og låntager har anført et låneloft, kan der dog højst belånes op til det laveste af de angivne lånelofter.

**Udnyttet sikkerhedsret**

Når en låntager i forbindelse med clearing og afvikling af sine handelstransaktioner i en afviklingsblok har behov for at udnytte låntagning i henhold til sin sikkerhedsretsaftale, registrerer VP på de tilknyttede VP-konti en sikkerhedsret til fordel for långiver svarende til det lånte beløb ('udnyttet sikkerhedsret'). I afviklingsblokken indgår en eventuel allerede udnyttet sikkerhedsret fra foregående afviklingsblok(ke) i samme afviklingsdøgn i beregningen af udnyttet sikkerhedsret for den aktuelle blok. En udnyttet sikkerhedsret kan ikke overstige den maksimale sikkerhedsretsværdi.

Den sikkerhedsretsværdi, hvormed den maksimale sikkerhedsretsværdi overstiger udnyttet sikkerhedsret, er 'fri beholdning', der kan benyttes ved bruttoafvikling og overførsler. Disse transaktioner vil - ligesom indfrielser - blive gennemført på tidspunktet for disse transaktioners behandling i VP under forudsætning



# VP'S CLEARINGREGLER

af, at værdipapirerne indgår i låntagers 'fri beholdning'. Har långiver ikke anmeldt en fastholdelse af sikkerhedsretten, bortfalder denne kl. 15.30, medmindre VP på grund af driftsforstyrrelser eller lignende har udskudt fristen for fastholdelse og dermed tidspunktet for bortfaldet. Værdipapirerne er efter bortfaldet til låntagers rådighed.

Hvis låntageren kan benytte sig af såvel en sikkerhedsretsaftale som et tildelt trækningsmaksimum, indgår nettoresultatet fra den enkelte afviklingsblok fuldt ud som sikkerhedsret før et eventuelt trækningsmaksimum udnyttes.

### Andre rettigheder

Registrering af andre rettigheder på en af de til en sikkerhedsretsaftale tilknyttede VP-konti vil omgående medføre, at beholdninger under aftalen ikke længere kan tjene til yderligere sikkerhedsret, og sikkerhedsretsaftalen ændrer status til 'lukket'. Allerede udnyttet sikkerhedsret bevares. Ved sletning af den/de pågældende rettigheder fra denne/disse VP-konti kan långiver ved at ændre sikkerhedsretsaftalens status til 'accepteret' foranledige, at beholdninger under aftalen på ny kan tjene som sikkerhedsret.

Långiver har som rettighedshaver af udnyttet sikkerhedsret accepteret kun at modtage ændringsmeddelelser for eventuelle registreringer af andre rettigheder, jf. ovenfor, når sådanne får indflydelse i forbindelse med långivers fastholdelse af sin sikkerhedsret. Der dannes således ikke ændringsmeddelelse til långiver ved registrering og sletning af andre rettigheder, men ændringsmeddelelse dannes, hvis der på tidspunktet for långivers fastholdelse af sin sikkerhedsret er registreret sådanne andre rettigheder på låntagers tilknyttede VP-konti.

## Administration

### Långivers administration af ordning

Långiver kan dagligt fra begyndelsen af VP's daglige åbningstid og indtil for

#### Danmarks Nationalbank som långiver
indtil udløbet af dette afviklingsdøgn ændre i positivlisten over værdipapirer, der er omfattet af ordningen for Danmarks Nationalbank, samt den værdi, hvormed Danmarks Nationalbank vil belåne de enkelte værdipapirer.

#### Øvrige låntagere
til kl. 16:45 ændre i positivlisten over værdipapirer, der er omfattet af långivers ordning, og de dertil hørende værdikoefficienter.

Sådanne ændringer har virkning for samtlige sikkerhedsretsaftaler, der er tilknyttet den pågældende långivers ordning, og har virkning for det førstkommende afviklingsdøgn, og indtil nye ændringer indrapporteres.

### Långivers administration af en sikkerhedsretsaftale

I den enkelte sikkerhedsretsaftale med en låntager kan långiver

- ændre det låneloft, som långiver selv har angivet, dog ikke til værdier under den faktisk udnyttede sikkerhedsret
- ændre status for sikkerhedsretsaftalen, når der på denne ikke er registreret en udnyttet sikkerhedsret
- nedskrive størrelsen af den faktisk udnyttede sikkerhedsret.

De nævnte ændringer kan i VP's on-line åbningstid gennemføres med omgående virkning, dog ikke under afviklingen af en afviklingsblok.



**VP's Clearingregler**

---

**Låntagers administration af sin sikkerhedsretsaftale**

Låntager kan gennem den kontoansvarlige i sin sikkerhedsretsaftale med en långiver

- ændre det låneloft, som låntager selv har angivet

- afmelde eller tilslutte VP-konti til sikkerhedsretsaftalen med dokumentation for overensstemmelse med aftalen mellem låntager og långiver.

Disse ændringer må ikke bringe værdien af sikkerhedsretsaftalen under den faktisk udnyttede sikkerhedsret.

De nævnte ændringer kan i VP's on-line åbningstid gennemføres med omgående virkning, dog ikke under afviklingen af en afviklingsblok.

På VP-konti, der indgår i en udnyttet sikkerhedsretsaftale, kan låntager ikke ved overførsler disponere over værdipapirer, som er optaget på långivers positivliste, mens disse er under behandling i en periodisk kørsel ('udelukkelse af ISIN'). Det samme gælder indfrielser. Overførsels- og indfrielsesafvikingstransaktioner vil således blive afvist, så længe værdipapirerne er under behandling i en periodisk kørsel.

## Fastholdelse mv.

**Långivers fastholdelse af sin sikkerhedsret**

Ønsker långiver at gøre sin ret til fastholdelse af sikkerhedsretten gældende, indrapporterer långiver inden kl. 15.00 på afviklingsdagen den særlige transaktion 'Fastholdelse af sikkerhedsret'. Kan transaktionen ikke benyttes, retter långiver på afviklingsdagen henvendelse til VP's Clearing Services i ekspeditionstiden, ligeledes inden kl. 15.00 på afviklingsdagen. Henvendelse sker telefonisk, og anmodningen skal umiddelbart efter bekræftes af långiver ved en telefax. VP kan på grund af driftsforstyrrelser eller lignende udskyde fristen for fastholdelse.

På baggrund af långivers indrapportering eller henvendelse om fastholdelse overfører VP hurtigst muligt værdipapirer svarende til pengeværdien af den udnyttede og fastholdte sikkerhedsret, beregnet med den belåningsværdi og det værdisæt, der har fundet anvendelse for det pågældende afviklingsdøgn ved beregningen af sikkerhedsretsværdien til den af långiver angivne VP-konto for fastholdelse af sikkerhedsret. Indgår der navnenoterede værdipapirer i en sådan overførsel, afnoteres de pågældende værdipapirer.

Er tredjemænd efter udnyttelsen af sikkerhedsret blevet registreret som rettighedshavere over værdipapirer, der indgår i den fastholdte sikkerhedsret, skal långiver efter overførslen af værdipapirerne til den angivne VP-konto for fastholdelse af sikkerhedsret registrere sådanne rettighedshavere på sædvanlig måde med angivelse af oprindelige retsvirkningstidspunkter.

**Långivers straksrealisation**

Værdipapirhandelslovens § 56, stk. 1 åbner mulighed for långivers straksrealisation af de af sikkerhedsretten omfattede værdipapirer. Ved låntagers misligholdelse af sin betalingsforpligtelse *kan* långiver efter kl. 15.00 på afviklingsdagen tvangsrealisere den fastholdte og overførte sikkerhedsretsbeholdning. Parterne kan aftale et tidligere tidspunkt for tvangsrealisation på afviklingsdagen i tilfælde af misligholdelse.

Långiver skal i forbindelse med tvangsrealisation ud af mulig overskydende sikkerhed eller provenu efter almindelige regler tilgodese rettigheder for registrerede tredjemænd på VP-konto for fastholdelse af sikkerhedsret (jf. om fastholdelse ovenfor).



**VP's Clearingregler**

---

**Långivers hurtige ophør med en sikkerhedsretsaftale**

Ønsker långiver et hurtigt ophør med en sikkerhedsretsaftale for at forhindre registrering af fremtidig sikkerhedsret, gennemføres ophøret ved fastholdelse af en eventuelt allerede udnyttet sikkerhedsret. Når værdipapirer er overført til den af långiver angivne VP-konto, kan långiver nedskrive sit låneloft til nul og ændre status for sikkerhedsretsaftalen til 'suspenderet'.

## VP's system til administration af panteret

Der er i VP-systemet indarbejdet mulighed for etablering og administration af panteret i henhold til bestemmelserne i værdipapirhandelslovens § 55, stk. 7 - i VP-systemet betegnet 'panteret'. I systemet etableres stiftelse af panteret i forbindelse med betaling for køb af værdipapirer ved clearing og afvikling af værdipapirtransaktioner i VP's nettoafviklingsblokke. Pantet kan fastholdes og de pantsatte værdipapirer eventuelt straksrealiseres.

I tilknytning til afviklingen af værdipapirtransaktioner kan en clearingdeltager (herefter kaldet betaler) betale for købers anskaffelse mod at få pant heri, når værdipapirerne tilgår en VP-konto med status 'ikke-afviklingsansvarlig'.

### Deltagelse

Kun clearingdeltagere tilsluttet med funktionen "Pengekontofører (se Clearingvejledning i De forretningsmæssige vejledninger) kan fungere som betalere, der opnår automatisk pant, og kun for køb, der tilgår en konto med status 'ikke-afviklingsansvarlig'.

### Panterettens virkemåde

Betaler angiver i den foradvisering, hvor denne accepterer at betale for et køb af værdipapirer, at betalingen kun skal gennemføres mod pant i de købte værdipapirer til fordel for betaler. Ved købets gennemførelse registreres samtidig den forudsatte panteret vedrørende de købte værdipapirer på den VP-konto, hvor tilgangen registreres.

Så længe panteretten er registreret, kan der kun disponeres over den købte beholdning med respekt af panteretten. Har betaler ikke anmeldt en fastholdelse af panteretten, bortfalder denne kl. 15.30, medmindre VP på grund af driftsforstyrrelser eller lignende har udskudt bortfaldet. Værdipapirerne er efter bortfaldet til kontohavers rådighed.

Videresalg inden for samme afviklingsblok af købte værdipapirer, hvor betaler har markeret for automatisk pant, kan kun gennemføres, hvis indrapporteringen af videresalget foretages af en kontoansvarlig under samme centraldeltager som betaler. Indrapportering af salgstransaktionen (herunder tidligere indrapporterede og udskudte, men ikke annullerede salgstransaktioner) til afvikling i samme afviklingsblok som ovennævnte køb er ensbetydende med, at betaler har givet tilladelse til videresalg.

### Administration

#### Betalers administration

Betaler kan indtil retsvirkningstidspunktet for den afviklingsblok, hvori købet afvikles, annullere sit ønske om panteret ved i transaktionen at fjerne pantemarkeringen.

Efter den afviklingsblok, hvori købet er afviklet, kan betaler ved en transaktion nedskrive sit automatiske pant i værdipapirerne helt eller delvist.



## VP's Clearingregler

Sådanne ændringer kan i VP's on line åbningstid gennemføres med omgående virkning, dog ikke under afviklingen af en afviklingsblok.

### Fastholdelse mv.

#### Betalers fastholdelse af panteretten

Betales købet ikke til den aftalte tid, kan betaler gøre sin ret gældende til at fastholde sin panteret, eventuelt med henblik på straksrealisation. Fastholdelsen sker ved, at betaler på afviklingsdagen anmelder sin ret over for den kontoansvarlige for den pågældende VP-konto inden for den kontoansvarliges åbningstid, dog inden kl 15.00.

Den kontoansvarlige skal på baggrund heraf samme dag straks efter kl. 15.30 indrapportere anmeldelsen til registrering.

Ønsker betaler registreringen af fastholdelsen gennemført tidligere, er det nødvendigt, at betaler forinden ophæver pantet for de værdipapirer, der er omfattet af denne registrering.

#### Straksrealisation

Værdipapirhandelslovens § 56, stk. 1, åbner mulighed for betalers straksrealisation af de pantsatte værdipapirer. Erlægges betalingen ikke til den aftalte tid, kan betaler straksrealisere sit pant, hvis betaler har indgået aftale med køber herom.

En sådan aftale er dog ikke nødvendig for betalers straksrealisation ved manglende betaling, når køber er værdipapirhandler, institutionel investor eller en tilsvarende professionel investor.

Ved anmeldelse om fastholdelse af panteretten med henblik på straksrealisation indestår betaler over for den kontoansvarlige for, at betingelserne herfor er opfyldt. Den kontoansvarlige indrapporterer herefter en overførsel af de omfattede værdipapirer til registrering på den VP-konto, som betaler har angivet i sin anmeldelse.

Betaler kan herefter straksrealisere værdipapirerne, dog først efter kl. 15.00 på afviklingsdagen. Parterne kan aftale et tidligere tidspunkt for tvangsrealisation på afviklingsdagen i tilfælde af misligholdelse.

Tvangsrealisationen skal i givet fald gennemføres straks efter det angivne tidspunkt. Kun i ganske særlige situationer, hvor tvangsrealisationen ikke kan gennemføres på afviklingsdagen, må realisationen udsættes til straks om formiddagen næste handelsdag.