# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to 1:18-CV-05053-LAK. | MASTER DOCKET<br><br>18-MD-2865 (LAK) |

### THE GOLDSTEIN PARTIES' AMENDED
### NOTICE OF DEPOSITION OF ADAM PIPER

PLEASE TAKE NOTICE that Third-Party Plaintiffs The Goldstein Law Group PC 401(K) Profit Sharing Plan, Sheldon Goldstein, and Scott Goldstein, by their attorneys and pursuant to Rule 30 of the Federal Rules of Civil Procedure, shall take the testimony by deposition upon oral examination of Adam Piper on November 11, 2021 at 7:00am Eastern Standard Time and continuing thereafter from day to day until completed. The deposition will be taken via remote videoconferencing pursuant to Rule 30(b)(4). You are invited to attend and participate in the taking of said deposition.

PLEASE TAKE FURTHER NOTICE that this deposition will be recorded by stenographic means and videotaped pursuant to Rule 30(b)(3)(A).

Dated: November 9, 2021
     New York, New York

                                        **GUSRAE KAPLAN NUSBAUM PLLC**

                                        /s/ Martin H. Kaplan
                                        Martin H. Kaplan
                                        Kari Parks
                                        120 Wall Street, 25th Floor
                                        New York, New York 10005
                                        mkaplan@gusraekaplan.com
                                        kparks@gusraekaplan.com

                                        *Counsel for Third-Party Plaintiffs*
                                        *The Goldstein Law Group PC 401(K) Profit*
                                        *Sharing Plan, Sheldon Goldstein, and*
                                        *Scott Goldstein*