# Exhibit 4

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:12 AM 06/17/2014
FILED 09:26 AM 06/17/2014
SRV 140844767 - 5552562 FILE

# CERTIFICATE OF FORMATION

## OF

## ROADCRAFT TECHNOLOGIES LLC

**FIRST:** The name of the limited liability company is Roadcraft Technologies LLC

**SECOND:** The address of its registered office in the State of Delaware is 1811 Silverside Road in the City of Wilmington, Delaware 19810, in the County of New Castle. The name of its registered agent at such address is Vcorp Services, LLC.

**THIRD:** Members may be admitted in accordance with the terms of the Operating Agreement of the limited liability company.

   **IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Formation, on June 16, 2014.

/s/ *Farah Moiso*
Farah Moiso, Authorized Person

CONFIDENTIAL

# MANAGEMENT RESOLUTION
# OF
# ROADCRAFT TECHNOLOGIES LLC

The undersigned Organizer of Roadcraft Technologies LLC, a Delaware Limited Liability Company (the "Company")

DOES HEREBY CERTIFY:

At a general meeting of the member(s) and the organizer of the Company, duly called and held on June 18, 2014 at which a quorum was present and acted throughout, the member(s) unanimously adopted the following resolution, which has not been modified or rescinded:

RESOLVED, that the Company is to be managed by the members who shall have the power to manage the business and affairs of the Company as provided in the Operating Agreement.

The name(s) and address(es) of the initial Member(s) of the Company, and who shall serve until their successor(s) is/are elected and begin serving, is/are:

John H. van Merkensteijn, III, 1345 Avenue of the Americas, 27th Floor, New York NY 10105

FURTHER RESOLVED, that the undersigned hereby resigns as organizer and terminates any and all involvement relative to any and all business activities.

IN WITNESS WHEREOF, the undersigned has hereto affixed their hands as of June 18, 2014.

_____
Farah Moiso, Organizer

CONFIDENTIAL