# Exhibit 5

```
1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
2              CASE NO.  18-MD-2865 (LAK)

3   _____
                                          )
4   IN RE:                                )
                                          )
5   CUSTOMS AND TAX ADMINISTRATION OF     )
    THE KINGDOM OF DENMARK                )
6   (SKATTEFORVALTNINGEN) TAX REFUND      )
    SCHEME LITIGATION                     )
7                                         )
    This document relates to case nos.    )
8   19-cv-01783; 19-cv-01788; 19-cv-01794;)
    19-cv-01798; 19-cv-01918              )
9   _____)

10

11

12             C O N F I D E N T I A L

13          SUBJECT TO THE PROTECTIVE ORDER

14

15

16   CONTINUED REMOTE VTC VIDEOTAPED DEPOSITION UNDER

17                 ORAL EXAMINATION OF

18                  RICHARD MARKOWITZ

19                      VOLUME II

20                  DATE: April 9, 2021

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 584

```
1        Q    Okay.  Did you understand that with
2    respect to the pension plans, there was
3    something called a "permanency" requirement?
4        A    Yes.
5        Q    What did you understand that to be?
6        A    Based on my own knowledge and
7    advice from Kaye Scholer, that it would be
8    the intention of the plan to exist in
9    perpetuity at the time it was established.
10       Q    Okay.  Was that your intention with
11   respect to each of the plans that was set up
12   on your behalf?
13       A    Yes.
14       Q    Why did it not come to be that the
15   pension plans existed in perpetuity?
16       A    Circumstances changed, and it was
17   in my best financial interest to dissolve the
18   LLCs that I mentioned.  And if the LLCs are
19   dissolved, the pension plans would have to be
20   terminated as well.
21       Q    Was the change in circumstances the
22   fact that the Danish government refused to
23   pay out more refund claims?
24       A    No.
25       Q    Okay.  And so you kept the LLCs
```