# Exhibit 6

CONFIDENTIAL
John Van Merkensteijn - April 19, 2021

```
 1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2               CASE NO.  18-MD-2865 (LAK)

 3       _____
                                             )
 4       IN RE:                              )
                                             )
 5       CUSTOMS AND TAX ADMINISTRATION OF   )
         THE KINGDOM OF DENMARK              )
 6       (SKATTEFORVALTNINGEN) TAX REFUND    )
         SCHEME LITIGATION                   )
 7                                           )
         This document relates to case nos. )
 8       19-cv-01783; 19-cv-01788; 19-cv-01794; )
         19-cv-01798; 19-cv-01918          )
 9       _____)

10

11

12              C O N F I D E N T I A L

13

14

15       REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                    EXAMINATION OF

17                 JOHN VAN MERKENSTEIJN

18                 DATE: April 19, 2021

19

20

21

22

23

24

25           REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

```
 1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
 2                 CASE NO.  18-MD-2865 (LAK)

 3     _____
                                              )
 4     IN RE:                                 )
                                              )
 5     CUSTOMS AND TAX ADMINISTRATION OF      )
       THE KINGDOM OF DENMARK                 )
 6     (SKATTEFORVALTNINGEN) TAX REFUND       )
       SCHEME LITIGATION                      )
 7                                            )
       This document relates to case nos.    )
 8     19-cv-01783; 19-cv-01788; 19-cv-01794; )
       19-cv-01798; 19-cv-01918              )
 9     _____)

10

11

12                C O N F I D E N T I A L

13            SUBJECT TO THE PROTECTIVE ORDER

14

15     CONTINUED REMOTE VTC VIDEOTAPED DEPOSITION UNDER

16                  ORAL EXAMINATION OF

17                 JOHN VAN MERKENSTEIJN

18                       VOLUME II

19               DATE: April 20, 2021

20

21

22

23

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
John Van Merkensteijn – April 19, 2021

```
 1              I mean, it just depends on what I'm
 2    working on.
 3         Q    Okay.  Can you spell the last one
 4    that you mentioned?
 5         A    S-A-M-N-A-U-N.
 6         Q    Okay.  What is Rossi Acquisitions
 7    LLC?
 8         A    An LLC.
 9         Q    Okay.  What kind of business does
10    it conduct, if any?
11         A    It was focused on trying to do an
12    acquisition of a U.K. public company.
13         Q    Did that acquisition go through?
14         A    No.
15         Q    Who were the members of the LLC?
16         A    Me.
17         Q    Sole member?
18         A    No.  I think there's a daisy chain
19    of entities.  But it's ultimately me.
20         Q    Got it.
21              Down at the bottom, it lists
22    directorships at two entities.  One is
23    I-Behavior, Inc.
24              What was that?
25         A    I-Behavior is a direct marketing
```

```
 1        A    I don't recall.

 2        Q    Okay.  And then, if you turn to the

 3   last diagram in the exhibit, do you know what

 4   this diagram is illustrating?

 5        A    Which one are you looking at?  I

 6   have two.

 7        Q    I'm sorry.  The last diagram,

 8   meaning the one that says -- there's a box

 9   for "TNL Global LLC?"

10        A    Yes, right.

11        Q    What is this structure?

12        A    This is a structure for the

13   acquisition of a U.K. public company.  And I

14   was bringing together a bunch of parties to

15   try to do that acquisition.

16        Q    Unrelated to dividend arbitrage

17   trading?

18        A    Yes.  This is in the effort to try

19   to invest the capital that we had in the

20   plans because we were going to invest into

21   long-term projects.  This was one.

22             The ones you listed before, all

23   long-term projects.

24        Q    Okay.  The SyncThink investment,

25   was that an investment with Mr. Quasha?
```

1    Mr. Ben-Jacob in the past about the

2    permanency requirement with respect to the

3    pension plans?

4        A    Yes.

5        Q    And you understood that it was

6    supposed to be intended for long-term or

7    permanent existence.

8            Correct?

9        A    Well, long-term.  I never

10   understood permanent.  But that's why I had

11   my plans start investing in long-term

12   projects.

13       Q    And when he says that "we should

14   not terminate the partnerships because the

15   bona fides of the plans could be questioned,"

16   is he suggesting that you should keep these

17   entities open for appearance's sake?

18           MS. MCCARTHY:  Objection.

19       A    I don't know the conclusion of

20   that.  I can just read what he said.

21           His advice was --

22       Q    I'm sorry.

23       A    Yeah.  His advice was you shouldn't

24   terminate the plans.

25       Q    Well, and that comes along with