# Exhibit 7

Ronald Altbach - October 30, 2020

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2            Master docket No. 18-MD-2865(LAK)
                   Case Nos. 18-cv-09505
 3      _____
                                                )
 4      IN RE:                                  )
                                                )
 5      CUSTOMS AND TAX ADMINISTRATION OF       )
        THE KINGDOM OF DENMARK (SKATTEFOR       )
 6      VALTNINGEN) TAX REFUND SCHEME           )
        LITIGATION,                             )
 7                                              )
        _____)
 8

 9

10

11

12

13

14       REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                      EXAMINATION OF

16                      RONALD ALTBACH

17                  DATE: October 30, 2020

18

19

20

21

22

23

24

25           REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Ronald Altbach - October 30, 2020

Page 93

```
 1    frame?  Is there a --
 2         Q    Let's start in 2014.
 3         A    2014.  In some period of -- excuse
 4    me -- the second half of 2014 or the first
 5    half of 2015, the LLC conducted some small
 6    amount of business.
 7         Q    Okay.  Can you describe that
 8    business?
 9         A    Provided my -- my -- my services
10    for consulting, or my services for consulting
11    or other services.
12         Q    What type of consulting?
13         A    Mostly, again, identifying --
14    identifying of targets for acquisitions and
15    the like.
16         Q    I think you testified earlier that
17    you had an entity called -- you're affiliated
18    with an entity called Altbachco.
19              Is that correct?
20         A    Yes, yes.
21         Q    Is there a reason that you
22    needed -- or is there a reason that you used
23    this LLC for this consulting instead of
24    Altbachco?
25         A    Is there a reason why I did?  Yes.
```