# Exhibit 1

CONFIDENTIAL
Shahab Hashemi — October 7, 2021

Page 1

1             UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
2             MASTER DOCKET 18-MD-2865(LAK)
                 CASE NO. 18-CV-09797
3

4     _____
                                             )
      IN RE:                                 )
5                                            )
      CUSTOMS AND TAX ADMINISTRATION OF      )
6     THE KINGDOM OF DENMARK                 )
      (SKATTEFORVALTNINGEN) TAX REFUND       )
7     SCHEME LITIGATION                      )
                                             )
8     _____)

9

10

11

12

13

14        REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                    EXAMINATION OF

16                    SHAHAB HASHEMI

17                 DATE: October 7, 2021

18

19

20

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR

```
1          to revisit it, we can revisit it.

2     Q    With that --

3          MR. KAPLAN:  Marty Kaplan, Gusrae,

4     Kaplan & Nusbaum.   I would like to join

5     in your objection for the record.

6          MR. OXFORD:  You're most welcome,

7     Marty.

8          MR. KAPLAN:  Thank you.

9          MR. OXFORD:  Anybody else want to

10    join my objection?

11         MR. BLESSINGTON:  This is John

12    Blessington.  I'll join just for the

13    record.

14         MR. OXFORD:  Appreciate it.  It's

15    an exclusive club, John.  You are very

16    welcome.

17    Q    So, Mr. Hashemi, let's start with a

18    little bit of background.

19         Your current position with ED&F Man

20    is what?

21    A    I'm head of business management.

22    Q    What is "business management?"

23    A    My role is to support the CEO in

24    the management of our front office desks.

25    Q    How long have you worked for
```

CONFIDENTIAL
Shahab Hashemi - October 7, 2021

1  ED&F Man?

2      A    Seven years.

3      Q    How long have you been head of

4  business management?

5      A    It's just under one year, if I

6  recall correctly.

7      Q    And I assume you had positions with

8  ED&F before that.

9      Can you give us a brief summary of

10 your professional history with ED&F Man?

11     A    Of course.  I started in October in

12 2014, and -- within the compliance function,

13 and then moved over to being a business

14 manager for the financial futures and options

15 desk, and then later progressed to becoming

16 the business manager for the EMEACU.

17     Q    Okay.  Can you describe in brief

18 your responsibilities as part of the

19 compliance function at ED&F?

20     A    Of course.  I joined as a graduate

21 and was part of the documentation and

22 onboarding team initially, and then moved to

23 the compliance assurance and monitoring part

24 of the team.

25     Q    And what rules and regulations were

1     you trying to assure a compliance with?

2          A     In accordance with the firm's FCA

3     registration.

4          Q     And FCA is the Financial Conduct

5     Authority?

6          A     Correct.

7          Q     And that's the regulator of

8     ED&F Man Capital Markets.

9               Correct?

10         A     Correct.

11         Q     And that was true in the period

12    2012 through 2015 as well.

13              Correct?

14         A     Correct.

15         Q     Next, you mentioned a role in

16    financial futures and options.

17              Can you give us a little flavor of

18    what you were doing in that role?

19         A     Sure.  So I was supporting the

20    global head of the desk in the day-to-day

21    management of the business, which spanned

22    across multiple offices, and -- and helping

23    to achieve the strategy of the desk.

24         Q     Did the desk deal with any other

25    financial instruments aside from futures and

CONFIDENTIAL
Shahab Hashemi - October 7, 2021

1  options?

2      A    No.

3      Q    Then you were promoted, or at least

4  I assume it was a promotion, to a business

5  manager in EMEA.

6          What was your role in that period?

7      A    So I was business manager to the

8  EMEA CEO, and supporting the businesses,

9  business development, should I say, and also

10 helping to implement the firm's strategy in

11 the region.

12     Q    And was that -- withdrawn.

13         Was the -- was your

14 role -- withdrawn.

15         Did your role relate to all aspects

16 of ED&F's business in the EMEA region in that

17 time?

18     A    I wouldn't -- I'm not sure "all

19 aspects" would be the correct term.

20     Q    Okay.  Prior to joining ED&F Man,

21 did you -- were you employed?

22     A    I was not then, not in permanent

23 employment.

24     Q    So ED&F Man was your first job out

25 of university?

```
 1      A    Correct.
 2      Q    Where did you attend university and
 3   which degrees did you get?
 4      A    I attended the University of
 5   Southampton, and I studied for a BSC,
 6   Bachelor's of Science, in mathematics with
 7   economics, and then studied for a Master's of
 8   Science in business analytics and management
 9   science.
10      Q    Not to be glib, I assume you don't
11   only study for those degrees, but you
12   actually were awarded those?
13      A    I was rewarded -- or awarded those
14   degrees.
15      Q    Do you have any professional
16   experience, sir, in equity finance?
17      A    I do not, no.
18      Q    Can you tell me how you became
19   lucky enough to be selected as ED&F Man's
20   witness today?
21          MR. BINDER:  And I would instruct
22          the witness, in answering this question,
23          not to disclose communications with
24          counsel.  So if you have knowledge of
25          why you were chosen separate from
```

CONFIDENTIAL
Shahab Hashemi - October 7, 2021

Page 20

```
 1        communications with counsel, you can
 2        answer.  Otherwise, I instruct you not
 3        to answer.
 4        A    I don't know the details of why.
 5        Q    Are you knowledgeable on the
 6   mechanics of the various types of trades and
 7   transactions that are typical in an equity
 8   finance business?
 9             MR. BINDER:  Objection to form.
10        A    Could you ask the question again,
11   Mr. Oxford?
12        Q    Sure.
13             Are you knowledgeable about the
14   mechanics of the various types of trades and
15   transactions that are typical in an equity
16   finance business?
17             MR. BINDER:  Objection to form.
18        A    I've prepared, as best I could, to
19   answer the questions today.
20        Q    Okay.  How did you prepare, as best
21   you could, to answer questions today?
22        A    I reviewed documents in relation to
23   this deposition, and had meetings with
24   ED&F Man's attorneys, and I had meetings with
25   people internally at ED&F Man.
```

# Errata Sheet

**Caption:**                    *In re Customs & Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation*, Master Docket No. 18-md-2865 (LAK)

**Witness:**                    Shahab Hashemi
**Deposition Date:**    October 7-8, 2021

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 16:16 | EMEACU | EMEA CEO | Transcription Error |
| 69:22, 25 | Kingly Capital | Kingham Capital | Spelling Error |
| 75:9-14 | ….after the transaction had matured.     So any dividends were received, and then there was a portion of which was allocated to the investment manager . . . . | ….after the transaction had matured, so any dividends were received, and then there was a portion of which was allocated to the investment manager . . . . | Transcription Error |
| 78:22-24 | I would have had some questions in which she would have asked. | I would have had some questions, which she would have answered. | Correction |
| 79:12-14 | Catherine Odigie, who was the head of – or is the head of ED&F Man Capital Markets | Catherine Odigie, who is the head of legal of ED&F Man Capital Markets | Clarification |
| 93:20-21 | I do not believe Acer to have accounts in its own name. | Acer did have an account in its own name. | Clarification |
| 103:24 | Gibralter | Gibraltar | Spelling Error |
| 137:11 | I believe it would. | It would not. | Clarification |
| 139:3 | B-line accounts | B-loan accounts | Transcription Error |
| 142:6-7 | . . . which I believe have been prepared for SKAT. | . . . which I believe have been produced to SKAT. | Clarification |
| 168:19 | ..purchased the share buy in order to be.. | ..purchased the share by in order to be… | Spelling Error |
| 169:1-3 | …the purchaser of the share would have to hold the dividend over the ex date…. | …the purchaser of the share would have to hold the security over the ex date…. | Transcription Error |
| 174:15-16 | BNP Paridas.com | bnpparibas.com | Spelling Error |
| 194:15-16 | …the pension plan held the security for the share…. | …the pension plan held the security or the share…. | Transcription Error |
| 201:10 | I don't know. | Yes, the trade has to settle. | Clarification |
| 222:7 | withhold the share | would hold the share | Transcription Error |

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 224:25-225:3 | It's from this document that I refreshed my memory that the pension plan can sell the share on or after the ex date and being still entitled to dividend. | It's from this document that I refreshed my memory that the pension plan can sell the share on or after the ex date and still be entitled to a dividend. | Clarification |
| 280:13 | ED&F MCN | ED&F MCM | Transcription Error |
| 293:1 | MPT finance desk | equity finance desk | Transcription Error |
| 307:18 | market recall | market reclaim | Correction |
| 308:13 | However, the one that | However, not the one that | Clarification |
| 311:11 | correspondent | correspondence | Transcription Error |
| 332:24-25 | pension plans cash account | pension plan's cash account. | Transcription Error |
| 336:20 | Vincent | Pinsent | Spelling Error |
| 339:23 | WHD funds | WHT funds | Transcription Error |
| 346:24 | relate to custody fees, execution fees, | relate to execution fees, | Clarification |
| 349:22 | the behind fees | the upfront fees and the behind fees | Clarification |
| 358:15-19 | And so what you're referring to would be governed by the custody agreement and the ED&F terms of business that each of the pension plans allocated. | And so what you're referring to would be governed by the custody agreement and the ED&F terms of business that each of the pension plans had agreed. | Clarification |
| 401:4 | A part of preparations | Apart from preparations | Transcription Error |
| 413:15 | Volecafe | Volcafe | Spelling Error |

I declare under penalty of perjury under the laws of the United States of America that I have read the entire transcript of my deposition taken in the above-captioned matter and the same is true and accurate, save and except for changes and/or corrections as indicated by me on the deposition errata sheet hereof, with the understanding that I offer these changes as if still under oath.

Executed this 18 day of November, 2021

_Shahab Hashemi_ (signature)

Shahab Hashemi