# Exhibit 2

CONFIDENTIAL
Andrew Wall - February 23, 2022

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.  18-MD-2865 (LAK)

 3   _____
                                           )
 4   IN RE:                                )
                                           )
 5   CUSTOMS AND TAX ADMINISTRATION OF     )
     THE KINGDOM OF DENMARK                )
 6   (SKATTEFORVALTNINGEN) TAX REFUND      )
     SCHEME LITIGATION                     )
 7                                         )
     This document relates to              )
 8   case nos. 19-cv-01866, et al.         )
     _____)
 9

10

11

12

13           C O N F I D E N T I A L

14

15

16     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

17                   EXAMINATION OF

18                    ANDREW WALL

19

20            DATE: February 23, 2022

21

22

23

24

25       REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

1      A    It is, yes.
2      Q    Okay.  If you need a break at any
3   time, please just let me know.  We tend to
4   take a break every hour or so, but if you
5   need a break before that, you just let me
6   know.
7           The only thing I ask is you answer
8   any pending questions before you take that
9   break.
10          Is that fair?
11     A    Understood.
12     Q    Great.  Can you tell me where
13  you're currently employed, sir?
14     A    I'm currently employed at ED&F Man
15  Capital Markets Limited in London.
16     Q    What is your position there?
17     A    Compliance officer.
18     Q    We'll go through some definitions
19  later, but since we started with ED&F Man
20  Capital Markets, I'll refer to that today as
21  ED&F or ED&F Man.
22          Is that a fair way to describe your
23  employer?
24     A    Yeah, absolutely no problem.
25     Q    Great.  Thank you.

1        What are your responsibilities as a
2   compliance officer at ED&F Man?
3        A    Currently, I work within the
4   monetary and surveillance area of the
5   compliance division.  I also -- we are a
6   small department, so I do most the work
7   within the advisory section as well, which is
8   facing the front office.
9             And yeah, that's my current roles
10  at the moment.
11       Q    What's the "front office?"
12       A    The front office would be the
13  traders, the brokers on the desk.
14       Q    How long have you been employed by
15  ED&F Man?
16       A    Just short of two years.  It will
17  be the end of April this year.
18            The end of April will be two years.
19       Q    Other than your role as compliance
20  officer, have you held any other positions at
21  ED&F Man?
22       A    For the first three months of my
23  employment, I was working as a futures and
24  options broker at ED&F Man.
25       Q    And then the role of compliance

1    came calling?
2         A    Yeah.  You get to a certain age and
3    you feel perhaps your experience is
4    used -- is better off elsewhere.  And
5    compliance has been something that I wanted
6    to do for a while and an opportunity came up
7    within ED&F Man, so I decided to take it.
8         Q    Can you summarize for me briefly
9    your education after high school?
10        A    I have no education after high
11   school.  I left high school and went straight
12   to work.
13        Q    Okay.  And then, can you summarize
14   briefly your employment history between when
15   you went straight to work after high school
16   and joining ED&F Man?
17        A    Well, for the first couple of years
18   I worked for a U.K. clearing bank, general
19   sort of roles, cashiering, et cetera.  And
20   after that I spent some time -- I worked at
21   the Financial Times.
22             Then, after that, so I joined a
23   futures broker and was employed as a futures
24   broker pretty much from the early '90s right
25   away through until the summer of 2020.  I've

# Errata Sheet

**Caption:** *In re Customs & Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation*, Master Docket No. 18-md-2865 (LAK)

**Witness:** Andrew Wall

**Deposition Date:** February 23, 2022

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 15:4 | monetary and surveillance | monitoring and surveillance | Transcription error |
| 30:20 | test policies | best policies | Transcription error |
| 37:2 | and are | and am | Transcription error |
| 37:12-13 | entity to broker | interdealer broker | Transcription error |
| 40:13-14 | particularized in Schedule 1 (64 tax vouchers in Schedule 2), 16 tax vouchers to this | particularized in Schedule 1 (64 tax vouchers) and Schedule 2 (16 tax vouchers) to this | Transcription error |
| 52:14 | MPT Dubai | ED&F Man Professional Trading Dubai Limited | Clarification |
| 55:15 | by either | by | Clarification |
| 66:10 | some equivalent | a sum equivalent | Transcription error |
| 67:21 | the client in | the client as in | Transcription error |
| 73:11-12, 73:17, 93:7, 94:16, 99:2, 108:22, 109:7, 110:21, 110:23-24, 142:24-25, 186:22, 243:9 | Christine McKinnon | Christina MacKinnon | Spelling Error |
| 73:12, 92:23, 93:4, 93:18, 93:23, 94:1, 94:3, 94:7, 101:5, 105:18, 105:22, | McKinnon | MacKinnon | Spelling Error |

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 106:15, 106:22, 107:1, 107:6, 107:25, 108:18, 108:25, 116:23, 117:7, 117:19, 143:2, 143:12, 143:13, 165:4, 176:25, 177:15, 177:23 | | | |
| 85:8-12 | Within – Michael Meade would look – to create the tax vouchers, the pension plans would have Michael Meade believe the pension plan would be entitled to a dividend. | When Michael Meade created the tax vouchers, he believed the pension plan would be entitled to a dividend. | Clarification |
| 87:2 | would receive | received | Clarification |
| 87:4-5 | the shares sold was sold – short sold | the shares sold were short sold | Clarification |
| 87:8-10 | The entitlement alone, taken in isolation, would not entitle them to a dividend, no. | The entitlement alone, taken in isolation, would not mean they received a dividend, no. | Clarification |
| 89:17-18 | The covering of the shares was not the issue. | The covering of the shares after the trade was not the issue, the issue was that the short position was not covered at the time of the trade. | Clarification |
| 89:21:22 | The covering of the short position was not the issue. The issue is the fact that MPT Dubai short sold shares. | The covering of the short position after the fact was not the issue. The issue is the fact that MPT Dubai short sold shares without the right to acquire cum-dividend shares at the time of the trade. | Clarification |
| 93:7, 107:7 | head of operations | head of securities operations | Clarification |
| 94:22 | in evidence | in existence | Transcription error |
| 96:14-15 | their recipients' concern." | The recipients concerned." | Transcription error |

2

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 96:25 | Couldn't | I couldn't | Transcription error |
| 108:11 | memorandum by Ms. McKinnon." | memorandum" by Ms. MacKinnon. | Transcription error |
| 109:2 | I wouldn't say | I couldn't say | Transcription error |
| 110:24-25 | operations department | securities operations department | Clarification |
| 117:7-8 | "a record | a "record | Transcription error |
| 119:8 | payment to the amount | payment in the amount | Clarification |
| 120:8, 120:10, 120:22, 120:25, 121:12 | clients | counterparties | Clarification |
| 125:17 | short selling | selling | Correction |
| 126:23 | standard tax format. | Standard tax voucher format. | Clarification |
| 127:9 | standard tax format template. | Standard tax voucher format template. | Clarification |
| 130:1 | We | You | Transcription Error |
| 131:13 | review | amend | Clarification |
| 134:13 | operations department | securities operations department | Clarification |
| 138:17 | If I then | If they then | Transcription Error |
| 142:1 | operations team | securities operations team | Clarification |
| 152:17, 152:20 | Jilian | Julian | Spelling Error |
| 168:1 | Paul | Tom | Transcription Error |
| 169:21 | 1502 | 15:02 | Clarification |
| 171:17 | particular date, 2017 | particular date in 2017 | Transcription Error |
| 178:19-20 | "to provide documentation | to provide "documentation | Transcription Error |
| 178:20 | MPT | MPT's | Transcription Error |
| 178:22 | records | record | Transcription Error |
| 186:13 | document in writing | document when writing | Transcription Error |
| 192:9 | 19th of March | 28th of March | Clarification |
| 208:13 | site | cite | Spelling Error |
| 219:18 | link | Link | Spelling Error |
| 220:24 | Assets | Asset | Transcription Error |
| 226:7-9 | Again, it would be acting in its capacity as an agency broker on behalf of a client to sell those shares. | Again, it would be acting in its capacity as a broker for its client to sell those shares. | Clarification |
| 226:23 | receive the file | receive the order | Transcription Error |
| 244:13 | vouchers. | voucher. | Transcription Error |
| 251:7 | SWIFTs' | SWIFT | Transcription Error |
| 256:21-22 | At some point in May 2019. I'm sorry. At some point in 2019. | At some point in 2019. | Clarification |
| 258:12 | cubic | Cubix | Transcription Error |

2

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 259:12 | e-mail train | e-mail chain | Transcription Error |
| 260:1 | trade is settled? It's | trade has settled?" It's | Transcription Error |
| 260:2 | Lundbeck." | Lundbeck. | Transcription Error |
| 260:6 | failed CP | failed. C/P | Transcription Error |

I declare under penalty of perjury under the laws of the United States of America that I have read the entire transcript of my deposition taken in the above-captioned matter and the same is true and accurate, save and except for changes and/or corrections as indicated by me on the deposition errata sheet hereof, with the understanding that I offer these changes as if still under oath.

Executed this 31 day of March, 2022

Andrew Wall

2