# Exhibit 6

CONFIDENTIAL
Marcia Wagner — April 14, 2022

```
 1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
 2                CASE NO.  18-MD-2865 (LAK)

 3      _____
                                               )
 4      IN RE:                                 )
                                               )
 5      CUSTOMS AND TAX ADMINISTRATION OF      )
        THE KINGDOM OF DENMARK                 )
 6      (SKATTEFORVALTNINGEN) TAX REFUND       )
        SCHEME LITIGATION                      )
 7      _____)

 8

 9

10

11

12

13              C O N F I D E N T I A L

14

15

16      REMOTE VTC VIDEOTAPED EXPERT DEPOSITION UNDER ORAL

17                   EXAMINATION OF

18                   MARCIA WAGNER

19

20              DATE: April 14, 2022

21

22

23

24

25      REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

1          A     Would you like to know one?

2          Q     You say in your reports,

3    Ms. Wagner, that the plans were improperly

4    funded.    Right?

5          A     Yes.

6          Q     Is it correct that qualified 401(k)

7    plans can be maintained by tax-exempt

8    charities?

9          A     Yes.

10         Q     Is it correct, Ms. Wagner, that

11   qualified 401(k) plans can also be maintained

12   by government entities?

13         A     Yes.

14         Q     Would you agree with me,

15   Ms. Wagner, that contributions to qualified

16   plans can be sourced from transfers or

17   rollovers from other accounts?

18         A     Yes.

19         Q     Is there a minimum amount of money

20   required under IRS rules to fund a 401(k)?

21         A     The regulations require that

22   contributions to a tax-qualified plan be

23   recurring and substantial.

24         Q     My question was a little different.

25   My question was is there a minimum amount of

CONFIDENTIAL
Marcia Wagner - April 14, 2022

Page 120

```
 1          A    I'm not sure.  When were the
 2    first -- you would have to give me the exact
 3    date when the -- the exact date as to when
 4    these filings were made.
 5          Q    Okay.  So maybe we can refer,
 6    Ms. Wagner, to your February 1st rebuttal
 7    report.
 8               MR. DEWEY:  Mark this as 5352.
 9               (Whereupon the above mentioned was
10          marked for Identification.)
11          A    Okay.
12               MR. MAGUIRE:  Whenever you're
13          ready, Tom.
14               MR. DEWEY:  Okay.
15          Q    You have the document, Ms. Wagner?
16          A    The expert rebuttal report of
17    Marcia S. Wagner; is that the one you're
18    talking about?
19          Q    Indeed, yeah.  And you'll see that
20    on the first page it bears a master docket
21    number 18 MD 2865.  Do you see that?
22          A    I do.
23          Q    So assuming that that denotes 2018,
24    the RJM audit ended after 2018.  Correct?
25          A    You're going -- I don't know.  I
```

```
 1    don't know when the RJM audit ended.  If you
 2    would like to tell me or point me to
 3    something, that would be helpful.
 4         Q    Okay.  If you would turn, please,
 5    Ms. Wagner, to Page 6, paragraph 10 of this
 6    rebuttal report.
 7              Are you with me, Ms. Wagner?
 8         A    Yes, I am on Page 6, paragraph 10.
 9         Q    Excellent.
10              So about ten lines up from the
11    bottom, you say, "In this connection the
12    Reish report does not assert and I have not
13    seen anything in the records indicating that
14    Markowitz or representatives disclosed to the
15    IRS examiner the RJM plan's massive purchases
16    of Danish stocks."
17              Do you see that?
18              MR. MAGUIRE:  Sorry.  Where is
19         that, Tom?  I thought you said ten lines
20         up from the bottom.
21         A    Yeah, I do see it.  It's right
22    here.
23              MR. MAGUIRE:  Okay.
24         A    Yes, I see it.
25         Q    Okay.  In fact, those purchases
```

CONFIDENTIAL
Marcia Wagner - April 14, 2022

```
 1    were disclosed to the IRS, weren't they,
 2    Ms. Wagner?
 3              MR. MAGUIRE:  Objection to form.
 4        A    Well, it's a question as to whether
 5    I had that documentation at the time.  We
 6    received a lot of documentation by the time
 7    of the reply, but it seems that the audit
 8    documentation that I received wasn't complete
 9    I believe at the time of this, but I do
10    believe that, yes, at some point after I
11    believe this was written I did see that type
12    of disclosure.
13        Q    Okay.  So the statement that you
14    made here is inaccurate.  Right, Ms. Wagner?
15              MR. MAGUIRE:  Objection to form.
16        A    I don't think I said that.  I think
17    it was accurate when written with the
18    information that was disclosed.
19              The audit information that was
20    provided was not provided to me, I think,
21    from you all on a timely basis.
22              MR. DEWEY:  I'm sorry.  You froze
23         again.  Can you hear me now?
24              MR. MAGUIRE:  Yeah, we can hear you
25         fine.
```

# GREGORY EDWARDS

## WORLDWIDE COURT REPORTING | GLOBAL REACH WITHOUT COMPROMISE



| PAGE | / | LINE | CORRECTION | REASON FOR CHANGE |
|------|---|------|------------|-------------------|
| 14 | / | 13-14 | "transfer of" to "transitive" | transcription error |
| 16 | / | 4 | "ring" to "bring" | transcription error |
| 19 | / | 6 | "40" to "50" | transcription error |
| 25 | / | 17 | "Catherine Keene" should be "Katharine Keane" | spelling |
| 25 | / | 18 | "Keene" should be "Keane" | spelling |
| 25 | / | 23 | "Keene" should be "Keane" | spelling |
| 26 | / | 2 | "Migauski" should be "Migausky" | spelling |
| 27 | / | 6 | "Migauski" should be "Migausky" | spelling |
| 28 | / | 25 | "It" should be "I" | transcription error |
| 29 | / | 1 | "It" should be "I" | transcription error |
| 38 | / | 18 | 3 times "orgs" appears should be "re-orgs" | transcription error |
| 45 | / | 15-16 | change name to "Israel Goldowitz" | spelling |
| 50 | / | 12 | "investing" should be "vesting" | transcription error |
| 50 | / | 21 | "infinitely" should be "significantly" | transcription error |
| 52 | / | 21 | "Drummond" should be "Grumman" | name |

FOR INTERNAL USE ONLY:
Job # 041422-W-MFJ

102951093_3

# ERRATA SHEET
## MARCIA WAGNER
### APRIL 14, 2022

| PAGE / LINE | CORRECTION | REASON FOR CHANGE |
|---|---|---|
| 52 / 24 | "Setera" should be "Cetera" | name |
| 53 / 22 | "Setera" should be "Cetera" | name |
| 55 / 7 | "proportionality" should be "proportion" | transcription error |
| 55 / 15 | "deposition" should be "depositions | transcription error |
| 55 / 25 | "Drummond" should be "Grumman" | name |
| 58 / 25 | "its" should be "there's" | transcription error |
| 59 / 10 | "percent" should be "persons" | transcription error |
| 71 / 1 | "wholesome" should be "fulsome" | transcription error |
| 73 / 23 | "2" should be "II" | citation |
| 78 / 4 | "at issue" should be "ab initio" | transcription error |
| 112 / 3 | delete "an" replace with "to" | transcription error |
| 112 / 3 | delete last word "to" | transcription error |
| 112 / 21 | "performance" should be "preface" | transcription error |
| 113 / 14 | "that are" should be "or" | transcription error |
| 113 / 15 | change "that are" to "or" | transcription error |
| 115 / 4 | "statute. The" should be "statute, the" | grammar, transcription error |

Washington, DC | Hyattsville | Richmond | New York | San Francisco | Palo Alto | Houston | Los Angeles | Hong Kong | London

FOR INTERNAL USE ONLY:
Job # 041422-W-MFJ

102951093_3

# ERRATA SHEET
## MARCIA WAGNER
## APRIL 14, 2022

| PAGE | / | LINE | CORRECTION | REASON FOR CHANGE |
|------|---|------|-----------|-------------------|
| 136 | / | 1 | "requests" should be "exemptions" | transcription error |
| 147 | / | 10 | add "not" after "funds" | transcription error |
| 153 | / | 1 | change "word" to "words" | transcription error |
| 159 | / | 8 | "Michael" should be "Michel" | name |
| 159 | / | 19 | change "what Mr. Ben-Jacob should be "Mr. Ben-Jacob what he" | transcription error |
| 173 | / | 4 | change "art" to "Art" | name |
| 178 | / | 1 | change "knew. It" to "knew, it" | transcription error |
| 186 | / | 2 | "20184" should be "2018-4" | transcription error |
| 186 | / | 7 | "20184" should be "2018-4" | transcription error |
| 189 | / | 21-22 | change "qualified. Given" to "qualified, given" | transcription error |
| 194 | / | 24 | "is I" should be "is – I" | transcription error |
| 205 | / | 7 | "tick" should be "TIC" | transcription error |
| 205 | / | 10 | "tick" should be "TIC" | transcription error |
| 211 | / | 6 | change "they" to "there" | transcription error |
| 218 | / | 25 | "mirror" should be "mere" | transcription error |
| 223 | / | 24 | change "ad seq." to "et. seq." | transcription error |

Washington, DC | Hyattsville | Richmond | New York | San Francisco | Palo Alto | Houston | Los Angeles | Hong Kong | London

FOR INTERNAL USE ONLY:
Job # 041422-W-MFJ

102951093_3

**ERRATA SHEET**
**MARCIA WAGNER**
**APRIL 14, 2022**

PAGE   /   LINE        CORRECTION                                      REASON FOR CHANGE

_____ / _____   Throughout "Internal Revenue code"     transcription error
                    should be "Internal Revenue Code"

_____ / _____   _____   _____

_____ / _____   _____   _____

_____ / _____   _____   _____

_____ / _____   _____   _____

_____ / _____   _____   _____

_____ / _____   _____   _____

_____ / _____   _____   _____

_____ / _____   _____   _____

_____ / _____   _____   _____

_____ / _____   _____   _____

Washington, DC | Hyattsville | Richmond | New York | San Francisco | Palo Alto | Houston | Los Angeles | Hong Kong | London

FOR INTERNAL USE ONLY:
Job # 041422-W-MFJ
102951093_3

# ACKNOWLEDGEMENT OF DEPONENT

## MARCIA WAGNER

I, Marcia Wagner, do hereby certify that I have read or concluded that no changes are necessary to the foregoing pages 1 through 231 herein propounded, except for the corrections, changes in form or substance, if any, noted in the attached Errata Sheet.

MARCIA WAGNER

SUBSCRIBED AND SWORN TO BEFORE ME THIS

_17th_ DAY OF _May_ , 2022.

MY COMMISSION EXPIRES:

_June 16, 2028_

_Katharine R. Keane_

NOTARY PUBLIC

KATHARINE R. KEANE
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires
June 16, 2028

Washington, DC | Hyattsville | Richmond | New York | San Francisco | Palo Alto | Houston | Los Angeles | Hong Kong | London

FOR INTERNAL USE ONLY:
Job # 041422-W-MFJ