UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to case nos.: 18-cv-04051; 18-cv-09840; 18-cv-09841; 18-cv-10098; 19-cv-01812; 19-cv-01866; 19-cv-01898. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### DECLARATION OF MARC A. WEINSTEIN IN SUPPORT OF PLAINTIFF SKATTEFORVALTNINGEN'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Marc A. Weinstein, an attorney duly admitted to practice law before the courts of the State of New York, hereby declare under penalty of perjury:

1.  Attached hereto as Exhibit 305 is a true and correct copy of the Reply Expert Report of Felicity Toube, dated February 25, 2022.

2.  Attached hereto as Exhibit 306 is a true and correct copy of excerpts from the transcript of the deposition of Max Hayden, dated April 13, 2022.

3.  Attached hereto as Exhibit 307 is a true and correct copy of excerpts from the transcript of the deposition of Adam Warren, dated April 5, 2022.

4.  Attached hereto as Exhibit 308 is a true and correct copy of the transcript of the October 5, 2021 court conference held before the Honorable Lewis A. Kaplan in this multi-district litigation.

5. Attached hereto as Exhibit 309 is a true and correct copy of Plaintiff Skatteforvaltningen's production cover letter to Defendants' counsel, dated December 3, 2021.

6. Attached hereto as Exhibit 310 is a true and correct copy of excerpts from the transcript of the deposition of Roger Lehman, dated August 9, 2021 (Vol. 1).

I, MARC A. WEINSTEIN, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
June 27, 2022

/s/ Marc A. Weinstein
Marc A. Weinstein