CONFIDENTIAL
Adam Warren — April 5, 2022

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2                CASE NO.  18-MD-2865 (LAK)

 3        _____
                                                   )
 4        IN RE:                                    )
                                                    )
 5        CUSTOMS AND TAX ADMINISTRATION OF         )
          THE KINGDOM OF DENMARK                    )
 6        (SKATTEFORVALTNINGEN) TAX REFUND          )
          SCHEME LITIGATION                         )
 7        _____ )

 8

 9

10

11

12

13              C O N F I D E N T I A L

14

15

16     REMOTE VTC VIDEOTAPED EXPERT DEPOSITION UNDER ORAL

17                    EXAMINATION OF

18                     ADAM WARREN

19

20              DATE: April 5, 2022

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Adam Warren — April 5, 2022

```
 1     A D A M   W A R R E N,

 2              called as a witness, having been first

 3     duly sworn according to law, testifies as follows:

 4

 5

 6

 7

 8     EXAMINATION BY MR. OXFORD:

 9              MR. OXFORD:  Thanks, Mike.  Thanks,

10        Jose.

11        Q    Good morning, Mr. Warren.  As I

12     said before we jumped on the record, my name

13     is Neil Oxford from Hughes, Hubbard & Reed.

14     I represent the plaintiff SKAT in this case

15     and I will be asking you some questions this

16     morning.

17        A    Okay.

18        Q    I take it from your resume this is

19     not your first deposition rodeo?

20        A    No, it is not.

21        Q    Okay.  So I'm sure you're familiar

22     with the job, but just for the sake most of

23     Mike and Jose, I'm going to try to ask my

24     questions as clearly as possible and I'm

25     going to let you finish your answers before I
```

CONFIDENTIAL
Adam Warren — April 5, 2022

```
 1          Q    You have no reason to dispute that
 2     similar correspondence exists where ED&F Man
 3     makes a market claim for each of the Annex E
 4     Schedule 1 tax vouchers to the seller or
 5     purported seller of the shares, MPT Dubai?
 6               MR. DILLMAN:  Objection.
 7               MR. PRUDEN:  Objection.
 8          A    Again, I can't really state
 9     explicitly either way.
10          Q    Okay.  Other than the fact that the
11     seller in the Annex E transactions was
12     MPT Dubai, which is an affiliate of ED&F Man
13     Capital Markets, and the sellers in the
14     non-Annex E cum ex transactions were not
15     affiliates of Man Capital markets, were you
16     aware of any differences between the Annex E
17     and non-Annex E cum ex transactions?
18               MR. DILLMAN:  Objection.
19          A    Other than the -- other than the
20     case where I believe ED&F Man, the Dubai
21     firm, was a some -- somehow was related to
22     Man, so Man knew what their position was, the
23     difference being that the other firms where
24     they did have market claims that were
25     apparently paid were unrelated firms to Man,
```

CONFIDENTIAL
Adam Warren - April 5, 2022

1    external firms who met the -- met their

2    obligations.

3        Q    So is it fair to say that the only

4    difference you're aware of between the

5    Annex E and non-Annex E cum ex transactions

6    is the seller in the Annex E transactions was

7    ED&F Dubai, which is an affiliate of ED&F Man

8    Capital Markets?

9            MR. DILLMAN:  Objection.

10       A    I guess that's one of -- that's one

11   main difference between them.

12       Q    Okay.  Let's tick through all the

13   others to make sure we have an exhaustive

14   list of your opinions here.

15           Any other main differences between

16   those two transactions?

17           MR. DILLMAN:  Objection.

18       A    External firms, non-related.

19       Q    That's the same as the first one,

20   though, sir?

21       A    I'm sorry.

22           MR. DILLMAN:  Objection.

23       A    I think that's the -- that is the

24   main reason.  And ultimately they met their

25   obligations.

1          Q     But ED&F Man Dubai -- sorry,

2    Man Capital Markets also met

3    their obligations, too, sir.  They paid a

4    market claim to ED&F Man, which passed on

5    that market claim to the Acer plans for the

6    Annex E trades, didn't they?

7               MR. DILLMAN:  Objection.

8          A     Again, that was outside my analysis

9    and outside of my report, the relationship

10   and the payments from Dubai.

11         Q     Okay.  So can I just get a list

12   of -- withdrawn.

13               Do you have any understanding why

14   ED&F Man considers that the non-Annex E

15   cum ex transactions resulted in a dividend

16   payment to the Acer plans, but the Annex E

17   cum ex transactions did not?

18               MR. DILLMAN:  Objection.

19         A     I guess you'll have to ask Man why

20   they believe it.  I'm merely looking at the

21   documentation and I'm accepting their

22   statements in Annex E.

23         Q     Okay.  And did you ask them whether

24   those same flaws with the Annex E cum ex

25   transactions applied also to the non-Annex E

CONFIDENTIAL
Adam Warren — April 5, 2022

Page 182

1      transactions?

2              MR. DILLMAN:  Objection.

3         A    Again, outside of the scope of

4    my -- it was outside of the scope of my

5    analysis or report.

6         Q    Okay.  So do you have any opinion,

7    sir, that you can help us with as to the

8    reason why we should believe that the

9    non-Annex E cum ex transactions validly

10   conveyed a dividend to the Acer plans when

11   the Annex E ones did not?

12             MR. DILLMAN:  Objection.

13        A    Again, I don't get into the

14   reasoning.  I get into what the evidence

15   presented to me showed.

16             It showed what appears to be actual

17   transactions and it appears to be confirmed

18   by e-mails from outside entities who have no

19   relationship to Man.

20        Q    And did you look for any of the

21   evidence as to what the actual transactions

22   were underlying the Annex E transactions?

23             MR. DILLMAN:  Objection.

24             MR. PRUDEN:  Objection.

25        A    I guess what do you mean by the

CONFIDENTIAL
Adam Warren — April 5, 2022

1    "actual transactions?"

2         Q    Oh, I'm sorry.  I was just using

3    your term.

4              Your answer was to my last

5    question, "The evidence showed me —— showed

6    what appears to be actual transactions."

7         A    Yes.

8         Q    That's what I'm talking about.

9         A    Okay.  Where we can reconcile

10    equities, where we could reconcile —— where

11    it appeared —— where the evidence appeared to

12    show, based on our knowledge and experience,

13    that —— that these transactions occurred.

14              In addition, we accepted that the

15    Annex E transactions were —— by Man's

16    statements were not —— not actual payments.

17         Q    When you say "not actual payments,"

18    sir, you're not trying to tell me that no

19    payments were made?

20         A    No, that there —— I believe they're

21    disavowing that there are —— that there are

22    appropriate payments.

23         Q    What you're trying to say is that

24    ED&F Man is disavowing that the statements on

25    the Annex E tax vouchers that the plans

```
 1      receive dividends and suffered withholding

 2      tax, those are the statements that ED&F Man

 3      is disavowing?

 4              MR. DILLMAN:  Objection.

 5      A    Yeah, for the Schedule 1s, yes.

 6      Q    Right.  And partly for the

 7      Schedule 2s.

 8              Correct?

 9      A    And for partially the Schedule 2.

10      That is my understanding of what the

11      statement is.

12              MR. DILLMAN:  Objection, Neil.

13              Hold on, Neil.  You're talking over the

14              witness' responses a little bit.  It's

15              a -- everyone should try to slow it

16              down, especially for Mike.

17      A    I know there's very specific

18      language in Annex E regarding what it means.

19      Q    Is it fair to say, sir -- okay.

20              Is it fair to say, sir, that you

21      and your team did no work to understand

22      whether the flaws that were inherent in the

23      Annex E tax vouchers equally applied to the

24      non-Annex E tax vouchers?

25              MR. DILLMAN:  Objection.
```

CONFIDENTIAL
Adam Warren — April 5, 2022

```
 1        A    No, that's not fair to say.  That's
 2   not fair to say.
 3        Q    Okay.  Tell me all the work you
 4   guys did, please.
 5        A    We made sure that there was
 6   evidence in the reconciliations of payments,
 7   that ultimately they were not disavowed
 8   by — as part of Annex E, made sure that
 9   there was — especially the — what you would
10   call the trades that traded before or during
11   the cum dividend period and that settled
12   before the record date.
13             We made sure that there was
14   documentation showing the purchase, that
15   there was stock in — in the accounts, that
16   there were deliveries of both stock and there
17   was a dividend or an equivalent amount of
18   cash to what would be the expected dividend
19   delivered into that account.
20        Q    Okay.  So I have three — three
21   pieces of work you did.  Is that right?
22             Did I get the number right, sir?
23             MR. DILLMAN:  Objection.
24        A    I think there was — there was even
25   more in the case of dividend reclaims.  We
```

CONFIDENTIAL
Adam Warren - April 5, 2022

```
 1      followed up on the dividend reclaims, so we

 2      looked at both external data, which is

 3      transfers via SWIFT message, e-mails from

 4      other brokers.

 5              We ultimately looked at ED&F Man's

 6      internal reconciliation system.  We looked at

 7      their payment system -- I believe it's called

 8      Shadow Suite -- which shows the transfer of

 9      dividends to the accounts of the individual

10      clients.

11          Q    Okay.  Anything else?

12          A    I think also the confirms.

13          Q    What confirms, sir?

14          A    We looked at the confirms that were

15      generated as a result of the transactions.

16          Q    What do you mean, "confirms?"

17          A    When there is a stock purchase,

18      there's a standard confirmation that the

19      client receives as a part of that trade.

20          Q    Okay.  Anything else?

21          A    That's -- that's in all of the

22      statements.  We -- we started -- honestly, we

23      started with the -- with the requests for the

24      orders that are -- that were put forth by

25      Acer for the transactions.
```

CONFIDENTIAL
Adam Warren – April 5, 2022

1          Q    Okay.  Anything else?

2          A    I'm sure if I looked back at the

3    notes I can remember.  But those are the

4    things that we looked at.

5          Q    Okay.  Great.  So I'm just going to

6    go through them, and I'd like you to tell me,

7    each category, what your team found was the

8    difference between the Annex E cum ex trades

9    and the non-Annex E cum ex trades.

10              Do you understand?

11         A    Uh-huh.

12         Q    Okay.  So just doing it in reverse

13    order, you told me that trade orders were

14    placed, requests by Acer for the transaction

15    to happen.

16              What were the differences that your

17    team found in the trade requests by Acer

18    between, on the one hand, the Annex E trades,

19    and on the other hand, the non-Annex E cum ex

20    trades?

21              MR. DILLMAN:  Objection.

22         Q    Any differences?

23         A    You know, I can't remember case by

24    case.  I would have to go through each one of

25    these.

CONFIDENTIAL
Adam Warren — April 5, 2022

```
 1          Q     Okay.  Just think of one.

 2                Can you give me one example where

 3    there was a difference between the Annex E

 4    trades and the non-Annex E trades in the

 5    trade confirms --

 6                MR. DILLMAN:  Objection.

 7          Q     -- in the orders, sir?

 8          A     Again I can't --

 9                MR. DILLMAN:  Objection.

10          A     -- remember specifically.

11          Q     Okay.  Generally, can you give

12    me -- like you say you looked at all the

13    differences.

14                Was there any difference?

15                MR. DILLMAN:  Objection.

16          A     Again, you're asking me to go

17    through all of the notes.  I'm sure if I went

18    through all of my notes --

19          Q     No, I'm not.  No, I'm absolutely

20    not.

21                What I'm asking you --

22                MR. DILLMAN:  Objection.

23                Objection.  Let the witness finish,

24                please.

25          Q     What I'm asking you, sir, is to
```

CONFIDENTIAL
Adam Warren - April 5, 2022

1    tell me what you remember about the work that

2    your team did.  You said you looked at seven

3    categories.  I think there's a lot of overlap

4    in there, but we'll go through that.

5                Just doing it in reverse order so

6    it's fresh in your mind, I'm asking you

7    anything you can tell me about the

8    differences your team found -- in the orders

9    placed by Acer on behalf of the Acer

10   plans -- between the Annex E and non-Annex E

11   cum ex trades?

12               MR. DILLMAN:  Objection.

13       A    I don't remember specifically the

14   difference in the orders.

15       Q    Okay.  Just going back at the

16   table, you told me trade confirms.

17               Any difference that you can tell me

18   in this investigation that you and your team

19   did of the differences between the Annex E

20   and non-Annex E cum ex trades?

21               Did the confirms look different in

22   any way?

23               MR. DILLMAN:  Objection.

24       A    Again, I don't remember

25   specifically.

CONFIDENTIAL
Adam Warren - April 5, 2022

```
 1          Q    Okay.  You gave me -- it was of
 2      your first and fifth response.  Your first
 3      one was "evidence of reconciliation of
 4      payments and internal reconciliation in the
 5      Shadow Suite system."
 6               Do you remember telling me about
 7      those items?
 8               MR. DILLMAN:  Objection.
 9          A    There are two different things.
10      There's the dividend reconciliation that Man
11      has, and then there is the Shadow Suite which
12      is the cash -- internal cash system --
13          Q    Okay.
14          A    -- that Man uses.
15          Q    Great.  Okay.  So let's -- and I
16      appreciate that confirmation.  Let's stick
17      with the internal Shadow Suite system.
18               Can you tell me if your team, in
19      your analysis of what the differences were
20      between Annex E and non-Annex E cum ex
21      trades, what differences did you see in the
22      Shadow Suite system of payments?
23               MR. DILLMAN:  Objection.
24          A    Non-Annex E cum ex trades?
25          Q    Yeah.  The whole line of
```

CONFIDENTIAL
Adam Warren - April 5, 2022

```
 1      questioning is about the difference between

 2      the Annex E and non-Annex E cum ex trades.

 3              You told me that you looked in

 4      seven places, and I'm just trying to

 5      understand --

 6              (Whereupon a discussion was held

 7      off the record.)

 8              MR. DILLMAN:  Mr. Warren, make sure

 9          you give me an opportunity to respond as

10          well with an objection if need be.

11      Q    Yeah, so you have three people

12      asking you to slow down.

13      A    I will slow down.

14      Q    Tell me everything, all the

15      differences your team found in the Shadow

16      Suite system of payments between the Annex E

17      and non-Annex E cum ex trades.

18              MR. DILLMAN:  Objection.

19      A    All right.  The -- the non-Annex E

20      trades were all what you would consider to be

21      cum-cum trades.  Those were trades where the

22      settlement occurred and where -- where the

23      majority of them were the settlement

24      occurring before the record date or on the

25      record date.
```

```
 1              The Annex E trades were a mixture
 2       of trades.  The majority of the Type 2 trades
 3       were the cum -- were what you would call a
 4       cum ex trade, because there's a component of
 5       both -- in many of these cases, there's a
 6       component of what you would call a cum-cum
 7       trade in it, but also a component of a
 8       dividend reclaim trade in it, in several
 9       cases.
10              And then there's a component of
11       trades that were done with Dubai in them.  So
12       those are some of the differences that we
13       found across the different trades.
14       Q    Okay.  Well, that's just not true,
15       sir, is it?  You just testified --
16              MR. DILLMAN:  Objection.
17       Q    -- that all of the non-Annex E
18       trades or cum-cum trades, and that's just
19       false.
20              And you know it's false, isn't it?
21              MR. DILLMAN:  Objection.
22       A    Yes.  I'm not saying all of them.
23       Q    You know it's false.
24              Right?
25              MR. DILLMAN:  Objection.  Hold on,
```

CONFIDENTIAL
Adam Warren - April 5, 2022

```
 1          hold on.  It seems like we're probably

 2          nearing a time for another break if

 3          we're going to be jumping at each other

 4          like this.  Objection.  You can answer

 5          the question.

 6          Q    Do you want to start your answer

 7    again?

 8          A    I would need to go back and look at

 9    all of them to make -- to make the kind of

10    statement you're asking to make.

11          Q    It's not my statement, sir.  It's

12    your answer.  You just testified that all --

13          (Whereupon a discussion was held

14    off the record.)

15          Q    You just told me -- it's not my

16    statement, sir.  I'm not testifying here.

17    You are.

18          You just told me that the

19    differences that your team observed between

20    the Annex E and non-Annex E trades was that

21    all of the non-Annex E trades were cum-cum.

22          A    No.

23          Q    I put it to you that that's just

24    false.  It is flatly inconsistent with your

25    report and it's flatly inconsistent with your
```

CONFIDENTIAL
Adam Warren – April 5, 2022

1    testimony here today.

2            MR. DILLMAN:  Objection.

3        A    Let me step back a minute here.

4    I'm getting cross –– across myself.

5            Part of it is –– part of what we

6    observed was Man's statement in Annex E,

7    especially Schedule 1, which we accepted.

8        Q    Have you finished your answer?

9        A    Not quite.  I'm just ––

10       Q    Please –– please.

11       A    I don't want to cross.

12       Q    Well, if you pause, I'm going to

13   ask another question.

14       A    Okay.  Can I –– can I finish?

15       Q    Please, yeah.  And maybe just let

16   me know when you have finished.

17           MR. DILLMAN:  And maybe we should

18       take a break after this answer.

19           THE WITNESS:  I think we definitely

20       need a break after this.  I'm getting a

21       little tired.

22       A    In the Annex E, Type 2 or Section 2

23   trades, we noted that there were, in some of

24   them, not all of them, what you would call a

25   cum-cum trade.  There was, in some of them,

1    transactions with Man Dubai, which Man

2    in —— in Annex E, Section 2 said did not

3    result in a —— in a payment.

4            And finally, there were, in many of

5    these, dividend recaptures.  And then the

6    final ——

7        Q    What's the difference, sir ——

8    sorry.

9            MR. DILLMAN:  Hold on.

10       A    The final group showed dividend

11   payments and generally dividend —— and in the

12   case where there was a recapture, there was a

13   recapture payment there.

14           But that's what I remember exactly

15   from there.  There may be more.

16       Q    What's a "dividend recapture?"

17       A    It's a dividend capture payment, or

18   a market claim.

19           MR. DILLMAN:  Neil, it's —— when

20       you have a break spot?

21           MR. OXFORD:  Yeah, that's fine.

22       Why don't we take ten minutes.

23           MR. DILLMAN:  Thank you.

24           THE VIDEOGRAPHER:  Stand by.  The

25       time is 4:23 p.m. and we're going off

CONFIDENTIAL
Adam Warren — April 5, 2022

```
 1          the record.
 2               (Brief recess taken.)
 3               THE VIDEOGRAPHER:  Stand by.  The
 4          time is 3:45 p.m. and we're back on
 5          record.
 6          Q    All right.  Okay.
 7               Before we broke, Mr. Warren, we
 8     were running through the list of the reasons
 9     that -- that you and your team found that the
10     Annex E cum ex trades were different than the
11     non-Annex E cum ex trades.  I'd like to pick
12     up on the Shadow Suite answer, because I
13     think your answer got a little distracted.
14               Can you tell me, please, in
15     reviewing all of the work you did and your
16     team did in preparing your reports, what
17     differences between the Annex E cum ex trades
18     and the non-Annex E cum ex trades differences
19     did you observe in the Shadow Suite system,
20     if any?
21               MR. DILLMAN:  Objection.
22          A    With regards to -- well, first of
23     all, I want to say that I looked in my report
24     in Appendix 1.  There's a list of all of the
25     non-Annex E, Annex E, et cetera.  I misspoke
```

CONFIDENTIAL
Adam Warren - April 5, 2022

1    with regards to the non-Annex E.

2                   There is one instance where there

3    is a dividend reclaim or market claim and

4    that's AIG December 13th Coloplast.  And

5    that's due to what you refer to as a cum ex

6    trade as part of that transaction.

7          Q    Aren't there two, sir?

8          A    I got one.

9          Q    Doesn't the -- the TDC trade on

10   Annex E, Schedule 2 fall into that same

11   category?

12         A    I'm referring to non-Annex E.

13         Q    Okay.  So tell me again what you're

14   talking about, the Coloplast trade?

15         A    The non-Annex E Coloplast trade has

16   a market reclaim for a market claim

17   transaction from December 13th AIG.  That's

18   the one trade we have which does not have an

19   MT 566, but has a market reclaim.

20         Q    Okay.  I think there's one more,

21   but let's come back to that.

22                   Did you hear my question, sir,

23   about Shadow Suite?

24         A    Again, with regard to Shadow Suite,

25   as I -- Shadow Suite is more of the internal

1    payment system, my understanding, with Man,

2    and shows the reconciliation of the dividend

3    payments.   The biggest difference between the

4    Annex E trades, which we understand were not

5    eligible for a dividend payment, was first of

6    all, Man's admission of that, but also the

7    fact that the counterparty on these trades

8    was MPT Dubai where Man admitted that they

9    were not due a dividend payment.

10        Q    Okay.  Sir, this is going to be a

11   very long deposition if you don't try to

12   answer my questions.

13            You told me before the break that

14   one of the areas that you and your team

15   looked at to identify differences between the

16   Annex E and non-Annex E cum ex trades was

17   Shadow Suite.

18            Do you remember telling me that?

19        A    I believe I did.

20            MR. DILLMAN:  Objection.

21        A    I believe I was probably a little

22   tired and maybe mistaken at that point.  I

23   don't think --

24        Q    Okay.  So is it --

25        A    I don't think Shadow Suite

CONFIDENTIAL
Adam Warren - April 5, 2022

1    necessarily is a place where there's a

2    difference.  Shadow Suite, as I understand

3    it, shows payments.

4         Q    Okay.  So let's be quite clear.

5    There are no differences in the Shadow Suite

6    system in the payments made with respect to

7    the Annex E cum ex trades and the non-Annex E

8    cum ex trades.

9         Correct?

10        MR. DILLMAN:  Objection.

11        A    Not that I can recall.

12        Q    Okay.  So we can take that off the

13   list.  So I'm going to go back and we'll go

14   to your two new ones -- well, I guess your

15   summary ones in a moment.  It may be a little

16   hard to follow.

17        I'm going to give you the first

18   four reasons you gave me when I asked you

19   this question.

20        Are you ready for this?

21        A    Okay.

22        Q    I asked you to tell me all the work

23   you did to understand whether the flaws

24   inherent in the Annex E cum ex trades were

25   also in -- were not present in the

CONFIDENTIAL
Adam Warren - April 5, 2022

Page 200

```
1     non-Annex E trades.  You gave me the
2     following answer.
3              "We made sure that there was
4     evidence in the reconciliations of payments
5     that were ultimately not disavowed by" -- I
6     don't know if that's "1" or "2."
7              Do you know what you were talking
8     about there, sir?
9              MR. DILLMAN:  Objection.
10     A     I believe that that first one is
11     we're talking about the schedule -- the
12     Annex E Schedule 1 transactions whereby
13     MPT Dubai was the counterparty.  That -- that
14     was one of the key indicators and also Man's
15     admission in Schedule 1 of Annex E.
16     Q     Okay.  So let's -- we'll take the
17     admission off the table because I actually
18     think that's correct.  I'm just trying to
19     sort through the rest of your answer to see
20     if there's any "there" there.
21              When you talked about the evidence
22     of reconciliation of payments, what do you
23     mean?
24     A     Again, specifically in the context
25     of what was different between Annex E and
```

CONFIDENTIAL
Adam Warren - April 5, 2022

```
 1    non-Annex E cum ex?

 2              MR. DILLMAN:  Objection.

 3         A     Again, in many cases, we saw that

 4    the payment of dividend for non-Annex E by

 5    the -- by the banks was equivalent to what

 6    Man had reconciled in their dividend

 7    reconciliation.

 8         Q     Isn't that the case also for the

 9    non-Annex E cum ex trades?

10              MR. DILLMAN:  Objection.

11         A     In many of the cum ex trades, in

12    several of them, we found that there were not

13    enough shares that added up -- that there

14    were either not shares available or, in the

15    case of the counterparty, it was MPT Dubai.

16         Q     Hold on.  So are we back to there

17    not being enough shares for the Annex E

18    trades?

19              MR. DILLMAN:  Objection.

20         A     Where is the --

21         Q     Because you spent about 20 minutes

22    telling me that this morning and then said

23    you got confused and you went back.

24              MR. DILLMAN:  Objection.

25         A     That the custodian bank themselves
```

CONFIDENTIAL
Adam Warren - April 5, 2022

```
 1      didn't have -- had shares for a certain
 2      amount, but there were other shares that
 3      didn't seem to reconcile and tie in for other
 4      participants.  Primarily, again, it is the
 5      fact that there is the MPT Dubai as the
 6      counterparty and Man stating that they were
 7      not -- that the Annex E transactions were not
 8      entitled to a dividend payment.
 9              Ultimately, it's Man.
10      Q    Don't worry, sir.  We're going to
11      get to those, too.  I'm just trying to sort
12      through the rest of your last answer.
13              What work did you and your team do
14      with respect to the Annex E shares and your
15      testimony that the custodian bank themselves
16      had shares for a certain amount, but it
17      didn't seem to reconcile and tie in?
18              What are you talking about?
19              MR. DILLMAN:  Objection.
20              MR. PRUDEN:  Objection.
21      A    Again, we're trying to -- I'm going
22      down the -- a rabbit hole here on the wrong
23      track.  Our goal was not to ultimately
24      reconcile the non -- or I'm sorry, the
25      Annex E trades.  The Annex E trades we
```

1          accepted from Man as being not entitled to

2          dividend payments.

3                        Ultimately, we looked at them, but

4          we ultimately accepted them as being not

5          entitled to dividend payments.

6              Q     Okay.   And when you looked at them,

7          did you find that there were enough shares at

8          the custodian bank to satisfy the Annex E

9          trades or not?

10                     MR. DILLMAN:   Objection.

11             A     Yeah, I don't remember offhand if

12         there was enough shares.   Again, I would have

13         to go back and to look at the work that we

14         all -- that we did on this.

15             Q     Did your team, yes or no, do any

16         work to understand, for the Annex E trades,

17         whether or not there were sufficient shares

18         in ED&F Man's sub-custodial banks to settle

19         the Annex E transactions?

20                     Yes or no?

21                     MR. DILLMAN:   Objection.

22             A     Ultimately, that was not part of

23         our assignment, to reconcile the Annex E

24         trades.

25             Q     So did you do any work to try and

CONFIDENTIAL
Adam Warren — April 5, 2022

```
 1     reconcile the Annex E trades?  Because it
 2     sort of sounds like you did some work and
 3     then didn't finish it.
 4              MR. DILLMAN:  Objection.
 5         A    Sorry.  Not that I'm aware of.  We
 6     didn't finish anything regarding that.
 7              We left that alone.
 8         Q    Okay.  So I asked you a question
 9     what seems like a couple of days ago.
10              "Is it fair to say that you and
11     your team did no work to understand whether
12     the flaws that were inherent in the Annex E
13     tax vouchers applied equally to the
14     non-Annex E tax vouchers?"
15              And you said, "No, that's not
16     fair."
17              MR. DILLMAN:  Objection.
18         Q    And then I asked you about all the
19     work you did.  Should we go back and re-ask
20     that question, sir?
21              Did your team do any work to
22     understand whether the flaws that were
23     inherent in the Annex E tax vouchers applied
24     equally to the non-Annex E tax vouchers?
25              MR. DILLMAN:  Objection.
```

CONFIDENTIAL
Adam Warren — April 5, 2022

Page 205

```
 1          A    That was outside of the scope of
 2     our work, our assignment here.
 3          Q    So the correct -- so the correct
 4     answer to my question would be, "We did no
 5     such work, sir?"
 6               MR. DILLMAN:  Objection.
 7          A    We never -- we never -- we did not
 8     do enough work to reach a conclusion.
 9          Q    Okay.  Now we're back to doing some
10     work.
11               What work did you -- did you do?
12               MR. DILLMAN:  Objection, asked and
13          answered.
14          A    Again --
15          Q    What differences did you see?
16               MR. DILLMAN:  Objection.
17          A    (Witness reviewing.)
18               What we did is we reviewed the
19     trade packs provided by counsel to determine,
20     ultimately, whether the pension plans had
21     acquired certain Danish securities.
22               And these included looking at the
23     documentation, which included the tax
24     voucher.  It included any e-mails or
25     instructions between Acer and the brokers.
```

CONFIDENTIAL
Adam Warren — April 5, 2022

Page 206

1              We looked at the confirms.  We

2      looked at any other types of -- there was a

3      hodgepodge of information.  We looked at the

4      SWIFT settlements.

5              We looked at the internal

6      reconciliations of Man.  We looked at the

7      dividend payments from the -- from Man's

8      corresponding banks.

9              And we looked at the dividend

10     payments allocated and internal -- and

11     internally made by Man.

12         Q    Okay.  And in all of that work,

13     other than the fact that the counterparty for

14     the Annex E trades was MPT Dubai, and other

15     than the fact that ED&F Man admits that the

16     Annex E trades did not result in a dividend

17     and the plan suffered no tax liability, did

18     you identify or your team identify any other

19     differences between the Annex E cum ex trades

20     and the non-Annex E cum ex trades?

21             MR. DILLMAN:  Objection.

22         A    Any -- any difference between the

23     Annex E and the non-Annex E cum ex trades?

24             Again, the difference that we

25     recognized was -- was the fact that they were

CONFIDENTIAL
Adam Warren - April 5, 2022

1    not part of Annex E, that Man did not admit

2    that they were not entitled.

3        Q    Okay.

4        A    That there was -- and that there

5    was evidence that a trade had occurred.

6        Q    But wasn't there evidence that a

7    trade had occurred for both Annex E and

8    non-Annex E trades, the same kind of

9    evidence?

10            MR. DILLMAN:  Objection.

11       A    But then Man had not claimed that

12   they were not entitled to a -- to a dividend.

13       Q    Okay.  So is it fair to say, sir,

14   that the only difference that you're aware of

15   between the Annex E and non-Annex E cum ex

16   trades is that ED&F Man has admitted, for the

17   Annex E trades, no dividend was conveyed and

18   no withholding tax suffered?

19            MR. DILLMAN:  Objection.

20       A    Again, ultimately, that is -- that

21   is the conclusion.

22       Q    Okay.  That wasn't so hard, was it?

23            MR. DILLMAN:  Objection.  Just ask

24       questions.

25            MR. OXFORD:  Okay.  Let's ask a

**Errata Sheet**

| Caption: | *In re Customs & Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation*, Master Docket No. 18-md-2865 (LAK) |
|---|---|

**Witness:**    **Adam Warren**

**Deposition Date:**    **April 5, 2022**

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 17:2, 3 | Amco | Kamco | Transcription Error |
| 17:5 | New Song | Newsong | Spelling Error |
| 26:15 | Eric Shah | Sean Frankel | Correction |
| 28:2-3 | I believe it is equally split between Acer and ED&F Man. | Acer is paying all fees. | Correction |
| 32:1-2 | Optionable options | Put options | Correction |
| 34:5-6 | market places | marketplaces | Spelling Error |
| 41:7 | cycle | cycles | Correction |
| 41:9-10 | trade date, also known as T plus 3. | Trade Date," also known as 'T plus 3.' | Correction |
| 41:18-22 | Mr. Wade goes on to note that "after October 2014, the standard settlement cycles for equity transactions in Denmark occurred on the second business day after the trade date, also known as T plus 2." | Mr. Wade goes on to note that after October 2014, the standard settlement cycles for equity transactions in Denmark occurred on the second business day after the trade date, also known as T plus 2. | Correction |
| 42:15 | shares to | shares . . . to | Correction |
| 43:12 | record date | Record Date | Capitalization Error |
| 43:16-18 | one to two days before the setting of the ex-dividend date. | one to two days before the date on which the ex-dividend date was set. | Clarification |

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 61:22-23 | meaning trades that are made prior to the ex-dividend date | meaning that the trades are made prior to the ex-dividend date | Correction |
| 71:20 | they've have | they have | Transcription Error |
| 73:20 | do they own their face supply | do they on their face apply | Transcription Error |
| 73:24 | standards | standard | Transcription Error |
| 79:9 | uses | use | Correction |
| 79:10 | multiple, successive ownerships | successive multiple ownership | Correction |
| 80:24 | Page 5 | Paragraph 5 | Correction |
| 83:6, 10, 12<br>93:1<br>97:7<br>109:11<br>138:20<br>179:22, 25<br>181:19<br>182:19<br>190:10, 14<br>198:1, 8<br>201:6<br>202:6, 9<br>203:1<br>206:6, 11<br>207:1, 11<br>215:21<br>217:7<br>220:21 | Man | ED&F Man | Clarification |
| 85:17 | vouchers | Tax Vouchers | Correction |
| 85:18 | of shares | of the shares | Correction |
| 85:25-86:1<br>103:12-13 | third party, the sub-custodian | third party (the sub-custodian) | Correction |
| 87:5 | So delivery of the shares, in certain cases, the shares were physically delivered. | When the SWIFT messages were created, that meant that the shares were physically delivered. | Clarification |
| 88:8-9 | I believe there are cases where shares were not delivered | I believe there are cases where shares were not delivered out of a covered position held by MPT Dubai | Clarification |
| 91:20 | tax vouchers | Tax Vouchers | Correction |

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 95:13-15 | For that case, I did not do a reconciliation of the actual delivery of shares. | We did not do a separate reconciliation of the delivery of shares by referencing the securities account statements at BNP Paribas.  We only examined the SWIFT messages showing the delivery of the shares. | Clarification. |
| 105:3<br>117:8<br>183:15<br>194:6<br>198:6<br>206:7 | Man's | ED&F Man's | Clarification |
| 108:19 | pension plan cum-cum | pension plan purchased cum-cum | Correction |
| 111:18 | depo | depot | Spelling Error |
| 111:23 | all | all of | Correction |
| 113:10 | of shares | of the shares | Correction |
| 113:14-15 | "Answer: Yes, they did." I'm sorry.  The answer was yes, I believe." "Question: And would the shares be | "Answer: Yes, they did. I'm sorry." <br><br> "Question:  The answer was yes, I believe.  And would the shares be | Clarification |
| 116:19-20 | tax vouchers | Tax Vouchers | Spelling Error |
| 116:23 | plans' account | Plan's account | Correction |
| 125:14 | "the AIG plan was | the AIG plan "was | Correction |
| 125:24-25 | which hopefully—which are not readable. | which are not readable. | Clarification |
| 126:21 | "the AIG plan was holding | the AIG plan "was holding | Correction |
| 128:19 | opinion | impact | Transcription Error |
| 137:24-25 | It's not a hypothetical it's what occurred in this case. | It's not a hypothetical.  It's what occurred in this case. | Correction |
| 141:4 | SWIFT custodian | SWIFT confirmation | Transcription Error |
| 147:12 | No opinions. | No opinions on whether it would be improper to settle a separate transaction using the 100 shares previously used to settle this hypothetical "cum-cum" transaction. | Clarification |
| 148:8 | known Annex E | Non-Annex E | Transcription Error |
| 151:4 | party for whom ED&F | party from whom ED&F | Correction |

3

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 155:8 | standard of industry practice | standard industry practice | Transcription Error |
| 163:14-15 | on or before the date before the record date | on or before the record date | Correction |
| 163:21 | record date, | record date. | Punctuation Error |
| 164:20-21 | receipt of ED&F Man of a dividend | receipt by ED&F Man of a dividend | Transcription Error |
| 167:20 | or its share custodian | (or its share custodian) | Punctuation Error |
| 173:4 | a portion | the portion | Correction |
| 173:5 | ED&F | ED&F Man | Correction |
| 179:20-21 | ED&F Man, the Dubai firm, | MPT Dubai | Correction |
| 191:19-21 | The – the non-Annex E trades were all what you would consider to be cum-cum trades. | The non-Annex E trades, as analyzed in my report, were with one exception what you would consider to be cum-cum trades. | Correction |
| 194:22 | Annex E, Type 2 or Section 2 | Annex E Schedule 2 | Clarification |
| 195:1 | Man Dubai, which Man | MPT Dubai, which ED&F Man | Clarification |
| 195:2 | Annex E, Section 2 | Annex E Schedule 2 | Clarification |
| 205:1-2 | That was outside of the scope of our work, our assignment here. | Understanding the flaws underlying the Annex E tax vouchers was outside of the scope of our work, so we had no basis to compare those flaws to the non-Annex E tax vouchers. | Clarification |
| 214:24 | Dubai Limited, defined as MPT Dubai, the | (Dubai) Limited"—defined as MPT Dubai—"the | Correction |
| 219:24 | "was to | was "to | Punctuation Error |
| 219:25 | plans acquired | plans . . . acquired | Correction |
| 220:1 | security | securities | Correction |
| 220:3 | the | those | Correction |
| 221:10 | Queens | Queen's | Punctuation Error |
| 221:11 | with | which | Transcription Error |
| 221:13 | ED&F Man, | ED&F Man. | Punctuation Error |
| 226:11 | ED&F Man and Dubai | ED&F Man Dubai | Correction |
| 228:15 | ED&F Man | ED&F Dubai | Clarification |

I declare under penalty of perjury that I have read the entire transcript of my deposition taken in the above-captioned matter and the same is true and accurate, save and except for changes and/or

4

corrections as indicated by me on the deposition errata sheet hereof, with the understanding that I offer these changes as if still under oath.

Executed this  11  day of May, 2022

_Adam Warren_
Adam Warren

5