```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

IN RE:
                                         18 MD 2865 (LAK)

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKAT) TAX REFUND LITIGATION,
                                         Conference

------------------------------x
                                         New York, N.Y.
                                         October 5, 2021
                                         10:40 a.m.
Before:

                    HON. LEWIS A. KAPLAN,

                                         District Judge

                         APPEARANCES

HUGHES HUBBARD & REED LLP
     Attorneys for Plaintiff SKAT
BY:  MARC WEINSTEIN
     CAROLYN HARBUS
     WILLIAM MAGUIRE

KOSTELANETZ & FINK, LLP
     Attorneys for Defendants Azalea Pension Plan, et al.
BY:  SHARON McCARTHY
     NICHOLAS BAHNSEN

WILMER CUTLER PICKERING HALE AND DORR LLP
     Attorneys for Defendants Avanix Management LLC, et al.
BY:  ALAN SCHOENFELD
     ALLISON STODDART

POULOS LoPICCOLO P.C.
     Attorneys for Defendants Roger Lehman, et al.
BY:  JOSEPH LoPICCOLO

WILLIAMS & CONNOLLY LLP
     Attorneys for Defendants Sander Gerber and Sander Gerber
Pension Plan
BY:  AMY McKINLAY
```

```
                         APPEARANCES (Cont'd)


GUSRAE KAPLAN NUSBAUM PLLC
     Attorneys for Defendants Goldstein defendants
BY:  MARTIN H. KAPLAN

K&L Gates LLP
     Attorneys for Defendants DW Construction, et al.
BY:  JOHN C. BLESSINGTON

BINDER & SCHWARTZ LLP
     Attorneys for Defendants ED&F Man Capital Markets Ltd., et
al.
BY:  NEIL S. BINDER
     GREG C. PRUDEN

KOSTELANETZ & FINK, LLP
     Attorneys for Defendants John Doscas, et al.
BY:  SHARON McCARTHY

MOORE TAX LAW GROUP LLC
     Attorneys for Defendant Robert Klugman
BY:  ZHANNA ZIERING (Telephonic)
```

1    argument on appeal that even though the Dicey rule applies,
2    it's within the Dicey's rule, the Dicey rule doesn't apply by
3    virtue of this treaty.
4            In any event, presumably that argument will be heard
5    in January, and if SKAT were successful, then the privilege
6    issue would have to be addressed.  So we don't think there's
7    any urgency for resolution.
8            THE COURT:  I've rarely met a defendant who did.
9            MR. BINDER:  But in part we're not even defendants
10   here, and that's part of why there's no urgency.  The issue of
11   the documents relates to a series of subset of approximately 80
12   tax vouchers which ED&F has acknowledged incorrectly stated
13   that the pension plans were entitled to a withholding reclaim
14   or, as it's stated, that they suffered withholding tax.
15           ED&F acknowledges that here what these documents
16   involve are counsel's investigation in connection with FCA --
17   or to the FCA, which could give rise to litigation, and those
18   are all English law privilege issues.  The other set are board
19   presentations and minutes by counsel.
20           THE COURT:  I know you want to sum up to the jury, but
21   I haven't got time for it.
22           Thank you.  You've answered my question.
23           MR. BINDER:  Thank you, your Honor.
24           THE COURT:  Well, I have one more question, and I'll
25   hear from both sides on it.