CONFIDENTIAL
Roger Lehman - August 9, 2021

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2             MASTER DOCKET 18-MD-2865(LAK)
                  CASE NO. 18-CV-09797
 3
      _____
 4                                             )
      IN RE:                                   )
 5                                             )
      CUSTOMS AND TAX ADMINISTRATION OF        )
 6    THE KINGDOM OF DENMARK                   )
      (SKATTEFORVALTNINGEN) TAX REFUND         )
 7    SCHEME LITIGATION                        )
                                               )
 8    _____)

 9

10

11            C O N F I D E N T I A L

12

13

14     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                  EXAMINATION OF

16                   ROGER LEHMAN

17                     VOLUME I

18              DATE: August 9, 2021

19

20

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Roger Lehman - August 9, 2021

Page 15

1  R O G E R  L E H M A N,
2          called as a witness, having been first
3  duly sworn according to law, testifies as follows:
4
5
6  EXAMINATION BY MR. WEINSTEIN:
7      Q    Good morning, Mr. Lehman.  My name
8  is Marc Weinstein.  I'm with the firm of
9  Hughes, Hubbard & Reed.  We represent the
10 plaintiff SKAT in these cases.
11     A    Good morning.
12     Q    Throughout the day today, I will be
13 asking you questions.  I'd just ask that if
14 we could both try to go slowly, not speak
15 over each other so that the court reporter
16 can get it down, it will make for a good
17 record.
18          If there's any question that you
19 haven't heard or you don't think you
20 understand, just let us know so that we can
21 either repeat it or clarify the question, so
22 that if you have answered, we'll all
23 understand at the end of the deposition that
24 you understood and heard the question and
25 were able to answer fully.

1      I requested to buy shares and
2  that's a long.
3      Q    Did you have any conversations with
4  Sanjay Shah or Priyan Shah about whether the
5  sellers were short or long as part of these
6  trades?
7      A    No.
8      Q    Can you turn to Exhibit 2212?
9      A    (Witness reviewing.)
10     Q    Have you seen this diagram before?
11     A    I have not.
12     Q    You see at the bottom there's the
13  Bates stamp that we've been looking at, and
14  this one says "Elysium?"
15     A    Yes, I see the word "Elysium."
16     Q    Is that a name familiar to you?
17     A    I have heard it before, yes.
18     Q    Is that -- was that an entity
19  associated with Sanjay Shah?
20     A    I believe so, yes.
21     Q    Do you know anything more about it?
22     A    Honestly, I don't remember anything
23  about Elysium other than -- you know, that it
24  was affiliated with Sanjay Shah.
25     Q    Did the Valerius pension plan