# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTERFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: All cases. | MASTER DOCKET<br><br>18-md-2865 (LAK)<br><br>**NOTICE OF ERRATA** |

**TO THE COURT AND ALL PARTIES TO THIS ACTION**:

Defendants and Third-Party Defendant hereby provide notice of errata and correction as follows. An incorrect version of Exhibit 41 to the Declaration of Kasper Bech Pilgaard (ECF No. 801-41) was filed on May 12, 2022. Attached hereto is the correct version of Exhibit 41.

Date: June 29, 2022

Respectfully submitted,

*/s/ Alan Schoenfeld*
Alan Schoenfeld