# Exhibit 2

CONFIDENTIAL
Andrew Wall - February 23, 2022

Page 1

```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2               CASE NO.  18-MD-2865 (LAK)

3   _____
                                       )
4   IN RE:                             )
                                       )
5   CUSTOMS AND TAX ADMINISTRATION OF  )
    THE KINGDOM OF DENMARK             )
6   (SKATTEFORVALTNINGEN) TAX REFUND   )
    SCHEME LITIGATION                  )
7                                      )
    This document relates to           )
8   case nos. 19-cv-01866, et al.      )
    _____)
9

10

11

12

13            C O N F I D E N T I A L

14

15

16    REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

17                   EXAMINATION OF

18                    ANDREW WALL

19

20           DATE: February 23, 2022

21

22

23

24

25      REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Andrew Wall - February 23, 2022

Page 12

1  A N D R E W  W A L L,
2       called as a witness, having been first
3  duly sworn according to law, testifies as follows:
4
5
6  EXAMINATION BY MR. OXFORD:
7       Q    I think you can put your hand down,
8  now, Mr. Wall.
9       A    I'm not too sure whether Mike heard
10 me or not.  I was waiting for him to ask me
11 to resubmit.
12      Q    Okay.  Mr. Wall, we have an echo.
13           MR. OXFORD:  Does anybody else hear
14      that?  Okay it's gone.
15      Q    Mr. Wall, good morning and good
16 afternoon.  Again, my name is Neil Oxford.  I
17 represent the plaintiff SKAT in this case.  I
18 will be asking you some questions today.
19           Just so we have a clear record, I'm
20 going to give you a couple of instructions to
21 make it easier for Mike to take it all down.
22           If you would please let me finish
23 my question before you start to answer, that
24 will make it easier for Mike to take it down.
25 And similarly, I will try to let you finish

CONFIDENTIAL
Andrew Wall - February 23, 2022

Page 213

```
 1            A "split" is a split trade.  You
 2    will note that the amounts there will add up
 3    to 22.3 million shares.
 4         Q    Okay.  So what's a "split?"
 5         A    A trade that's been split into
 6    smaller parts.
 7         Q    I see.  So we have three splits of
 8    2 million, one split of 2.2 million, two
 9    splits of 2.15 million, one split of
10    3.3 million, one split of 4 million, and one
11    split of 2.5 million?
12         A    As per the confirmation, yes.
13         Q    And what is the reason that MPT
14    would split a transaction into smaller parts?
15              MR. BINDER:  Objection to form and
16         beyond his scope as a corporate
17         representative of ED&F.
18              MR. OXFORD:  I'm just asking for
19         the witness' understanding from ED&F's
20         perspective.
21         A    The trade would be split into
22    smaller parcels or lot size, if you like.
23    Smaller trades are easier to settle.
24         Q    Why are they easier to settle?
25         A    You need less shares to settle
```

```
 1    smaller trades than you do to settle one big
 2    trade.
 3         Q    Can you explain what you mean by
 4    that?  Feel free to use an example if that's
 5    easier.
 6         A    ED&F were a clearing broker of
 7    MPT Dubai.  ED&F held a depot account with
 8    certain amounts of Danish securities in it.
 9              Smaller parcels of shares would be
10    used to settle these smaller splits of
11    trades.
12         Q    In the context of the memo to the
13    FCA, Exhibit 4168, is it correct that this
14    trade confirm that we've just been looking at
15    is Trade 1?
16              MR. BINDER:  Objection to form,
17         lacks foundation.
18         A    (Witness reviewing.)
19              In the context of the document
20    we've been looking at, sir, Mr. Oxford, yes,
21    this would be Trade 1 as per the diagram.
22         Q    Okay.  Then, in the same exhibit,
23    can I direct you 11 pages earlier to the
24    document ending in Bates number 938?
25         A    (Witness reviewing.)
```

1            MR. BINDER:  Objection to form.  It
2        looks like we lost our witness.
3            MR. OXFORD:  Let's go off the
4        record while we get him back.
5            THE VIDEOGRAPHER:  Stand by.  The
6        time is 4:18 p.m. New York time and
7        we're going off the record.
8            (Brief recess taken.)
9            THE VIDEOGRAPHER:  Stand by.  The
10       time is 4:18 p.m. New York time and
11       we're back on record.
12       Q   Okay.  So my question, Mr. Wall,
13   was:  Is that what's known in the industry as
14   "intraday settlement?"
15           MR. BINDER:  Objection to form.
16       A   I'm not familiar with the term
17   "intraday settlement," Mr. Oxford, I'm
18   afraid.
19       Q   Okay.  So can you explain to me in
20   a little more detail how it is that ED&F used
21   the shares that it did have in the depot to
22   settle all the trades in one day?
23           MR. BINDER:  Objection to form.
24       A   The trades -- the trades in the
25   depot account were of sufficient size to

CONFIDENTIAL
Andrew Wall - February 23, 2022

Page 239

1   settle the shapes of trades reviewed
2   individually.
3       Q   Okay.  And then, would the same
4   shares be used again on the same day to
5   settle another shape of the same shares?
6       A   Yes, they would.  Yes, they would.
7           I'm sorry if you didn't hear me.
8       Q   Yes.  Thank you.
9           And did the reuse of the shares on
10  the same day happen more than once on the
11  same day when ED&F was settling Danish
12  trades?
13          MR. BINDER:  Objection to form.
14      A   Yes, they did.  I'm sorry.
15      Q   The answer was yes, I believe.
16          And would the shares be reused
17  multiple times until all the shapes were
18  settled?
19      A   Yes, they would.
20      Q   Give me one second, if you could.
21  I think we may be finished.  Let me just
22  consult with my colleagues.
23          (Whereupon a discussion was held
24  off the record.)
25          MR. OXFORD:  Let's go off for just

# Errata Sheet

**Caption:** *In re Customs & Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation*, Master Docket No. 18-md-2865 (LAK)

**Witness:** Andrew Wall

**Deposition Date:** February 23, 2022

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 15:4 | monetary and surveillance | monitoring and surveillance | Transcription error |
| 30:20 | test policies | best policies | Transcription error |
| 37:2 | and are | and am | Transcription error |
| 37:12-13 | entity to broker | interdealer broker | Transcription error |
| 40:13-14 | particularized in Schedule 1 (64 tax vouchers in Schedule 2), 16 tax vouchers to this | particularized in Schedule 1 (64 tax vouchers) and Schedule 2 (16 tax vouchers) to this | Transcription error |
| 52:14 | MPT Dubai | ED&F Man Professional Trading Dubai Limited | Clarification |
| 55:15 | by either | by | Clarification |
| 66:10 | some equivalent | a sum equivalent | Transcription error |
| 67:21 | the client in | the client as in | Transcription error |
| 73:11-12, 73:17, 93:7, 94:16, 99:2, 108:22, 109:7, 110:21, 110:23-24, 142:24-25, 186:22, 243:9 | Christine McKinnon | Christina MacKinnon | Spelling Error |
| 73:12, 92:23, 93:4, 93:18, 93:23, 94:1, 94:3, 94:7, 101:5, 105:18, 105:22, | McKinnon | MacKinnon | Spelling Error |

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 106:15, 106:22, 107:1, 107:6, 107:25, 108:18, 108:25, 116:23, 117:7, 117:19, 143:2, 143:12, 143:13, 165:4, 176:25, 177:15, 177:23 | | | |
| 85:8-12 | Within – Michael Meade would look – to create the tax vouchers, the pension plans would have Michael Meade believe the pension plan would be entitled to a dividend. | When Michael Meade created the tax vouchers, he believed the pension plan would be entitled to a dividend. | Clarification |
| 87:2 | would receive | received | Clarification |
| 87:4-5 | the shares sold was sold – short sold | the shares sold were short sold | Clarification |
| 87:8-10 | The entitlement alone, taken in isolation, would not entitle them to a dividend, no. | The entitlement alone, taken in isolation, would not mean they received a dividend, no. | Clarification |
| 89:17-18 | The covering of the shares was not the issue. | The covering of the shares after the trade was not the issue, the issue was that the short position was not covered at the time of the trade. | Clarification |
| 89:21:22 | The covering of the short position was not the issue. The issue is the fact that MPT Dubai short sold shares. | The covering of the short position after the fact was not the issue. The issue is the fact that MPT Dubai short sold shares without the right to acquire cum-dividend shares at the time of the trade. | Clarification |
| 93:7, 107:7 | head of operations | head of securities operations | Clarification |
| 94:22 | in evidence | in existence | Transcription error |
| 96:14-15 | their recipients' concern." | The recipients concerned." | Transcription error |

2

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 96:25 | Couldn't | I couldn't | Transcription error |
| 108:11 | memorandum by Ms. McKinnon." | memorandum" by Ms. MacKinnon. | Transcription error |
| 109:2 | I wouldn't say | I couldn't say | Transcription error |
| 110:24-25 | operations department | securities operations department | Clarification |
| 117:7-8 | "a record | a "record | Transcription error |
| 119:8 | payment to the amount | payment in the amount | Clarification |
| 120:8, 120:10, 120:22, 120:25, 121:12 | clients | counterparties | Clarification |
| 125:17 | short selling | selling | Correction |
| 126:23 | standard tax format. | Standard tax voucher format. | Clarification |
| 127:9 | standard tax format template. | Standard tax voucher format template. | Clarification |
| 130:1 | We | You | Transcription Error |
| 131:13 | review | amend | Clarification |
| 134:13 | operations department | securities operations department | Clarification |
| 138:17 | If I then | If they then | Transcription Error |
| 142:1 | operations team | securities operations team | Clarification |
| 152:17, 152:20 | Jilian | Julian | Spelling Error |
| 168:1 | Paul | Tom | Transcription Error |
| 169:21 | 1502 | 15:02 | Clarification |
| 171:17 | particular date, 2017 | particular date in 2017 | Transcription Error |
| 178:19-20 | "to provide documentation | to provide "documentation | Transcription Error |
| 178:20 | MPT | MPT's | Transcription Error |
| 178:22 | records | record | Transcription Error |
| 186:13 | document in writing | document when writing | Transcription Error |
| 192:9 | 19th of March | 28th of March | Clarification |
| 208:13 | site | cite | Spelling Error |
| 219:18 | link | Link | Spelling Error |
| 220:24 | Assets | Asset | Transcription Error |
| 226:7-9 | Again, it would be acting in its capacity as an agency broker on behalf of a client to sell those shares. | Again, it would be acting in its capacity as a broker for its client to sell those shares. | Clarification |
| 226:23 | receive the file | receive the order | Transcription Error |
| 244:13 | vouchers. | voucher. | Transcription Error |
| 251:7 | SWIFTs' | SWIFT | Transcription Error |
| 256:21-22 | At some point in May 2019. I'm sorry. At some point in 2019. | At some point in 2019. | Clarification |
| 258:12 | cubic | Cubix | Transcription Error |

2

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 259:12 | e-mail train | e-mail chain | Transcription Error |
| 260:1 | trade is settled? It's | trade has settled?" It's | Transcription Error |
| 260:2 | Lundbeck." | Lundbeck. | Transcription Error |
| 260:6 | failed CP | failed. C/P | Transcription Error |

I declare under penalty of perjury under the laws of the United States of America that I have read the entire transcript of my deposition taken in the above-captioned matter and the same is true and accurate, save and except for changes and/or corrections as indicated by me on the deposition errata sheet hereof, with the understanding that I offer these changes as if still under oath.

Executed this 31 day of March, 2022

Andrew Wall

2