# Exhibit 3

1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
2                CASE NO.  18-MD-2865 (LAK)

3

4    _____
                                    )
5    IN RE:                         )
                                    )
6    CUSTOMS AND TAX ADMINISTRATION OF )
     THE KINGDOM OF DENMARK         )
7    (SKATTEFORVALTNINGEN) TAX REFUND )
     SCHEME LITIGATION              )
8    _____)

9

10

11

12

13              C O N F I D E N T I A L

14

15

16

17    REMOTE VTC VIDEOTAPED EXPERT DEPOSITION UNDER ORAL

18                    EXAMINATION OF

19                     GRAHAM WADE

20

21                 DATE: March 16, 2022

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR

```
 1    G R A H A M   W A D E,

 2          called as an expert witness, having been

 3    first duly sworn according to law, testifies as

 4    follows:

 5

 6

 7    EXAMINATION BY MR. PRUDEN:

 8      Q    Good morning Mr. Wade?

 9      A    Good morning.  Sorry.

10           Can we get the -- I can't actually

11    see who's talking.

12           MR. OXFORD:  Okay.  Greg, can you

13       say something, make sure we have our

14       video fixed on you?

15           MR. PRUDEN:  Sure.  Can you hear me

16       now?  Can you see me now?

17           THE WITNESS:  That's fine.  Sorry.

18           MR. OXFORD:  Yeah, you're ready for

19       your close-up.

20           Just before you start, Greg, I

21       wanted to put something on the record.

22           We have an agreement with counsel

23       that communications during deposition

24       breaks between the parties' counsel and

25       the parties' expert will remain
```

CONFIDENTIAL
Graham Wade - March 16, 2022

1    documents -- Mr. Wade, are you aware of any

2    similar documents to the corporate finance

3    manual issued or maintained by SKAT?

4        A    No, I'm not.

5            MR. OXFORD:  Objection to form.

6        Q    And in the course of your research

7    for your report, did you look for any similar

8    guidance from SKAT?

9            MR. OXFORD:  Objection to form.

10       A    No, I did not.

11       Q    And did you -- do you know what?

12   Why not?

13           Why didn't you look for that?

14           MR. OXFORD:  Objection to form.

15       A    Well, my understanding of -- you

16   know, my approach to this was to try and

17   understand the facts of the case.  And my

18   understanding of this role in this case is

19   I'm not providing expert opinion as to Danish

20   tax law, so my focus was on understanding the

21   facts of the case and understanding what

22   actually happened.

23           And all my opinions relate to what

24   I think the transactions that the

25   counterparties actually undertook were.

CONFIDENTIAL
Graham Wade - March 16, 2022

1       Q    Okay.  So your report is

2   describing, then, your understanding of the

3   facts surrounding the transactions?

4            MR. OXFORD:  Object to form.

5       A    Well, I think my -- my opinions are

6   as laid out in the report.  So the -- you

7   know, the opinions taken in the whole, with

8   the work in the report, those are my

9   opinions.

10           And if you want me to talk about

11  any specific individual one, I'm happy to do

12  that.

13      Q    Okay.  But your report is not

14  providing an opinion on the ultimate legal

15  interpretation of the transactions you

16  analyzed?

17           MR. OXFORD:  Object to the form.

18      A    That's not quite what I said.  What

19  I was saying is I did not understand my role

20  to be one of providing expert opinions on

21  Danish tax law matters.

22           That's slightly different.

23      Q    Okay.  And I'm not sure that was

24  completely responsive to my question, though.

25           I just am asking you whether or

CONFIDENTIAL
Graham Wade - March 16, 2022

```
1     I do not believe I expressed legal opinions
2     in the report.
3          Q    Okay.  We agree that you've not
4     expressed legal opinions in the report.
5               Right?
6               MR. OXFORD:  Objection to form.
7          A    As I said, my opinions in my report
8     are the opinions taken as a whole and they're
9     my opinions, so.
10         Q    Okay.  Can you go to Paragraph 9 on
11    Page 3, please?
12              At the end of the second line, can
13    we agree that you wrote, "I do not express
14    legal opinions in this report?"
15         A    Sorry.  Just let me read it.
16              Paragraph 9?
17         Q    Correct.
18         A    (Witness reviewing.)
19              Yeah.
20         Q    Okay.  And you are not expressing
21    legal opinions on securities law in this
22    report.
23              Right?
24         A    I'm expressing opinions about my
25    understanding of the facts of the transaction
```

CONFIDENTIAL
Graham Wade - March 16, 2022

Page 56

 1    and my experience as a financial practitioner

 2    in the securities markets.

 3        Q    Okay.  But you're not expressing

 4    legal opinions on the securities laws in this

 5    report.

 6            Right?

 7        A    I'm expressing --

 8            MR. OXFORD:  Objection to form.

 9        A    I'm expressing my view on the

10    facts.  It's not my place to, you know,

11    determine the legal consequences of

12    those -- of my opinions.

13        Q    Okay.  I'm just asking you a

14    yes-or-no question.

15            You're not expressing legal

16    opinions on securities law in this report.

17            Right?

18        A    Well, I've said I do not express

19    legal opinions in this report, so.

20        Q    Okay.  And likewise, you're not

21    expressing legal opinions on tax law in this

22    report.

23            Right?

24        A    Correct.

25        Q    Okay.  You're not expressing legal

CONFIDENTIAL
Graham Wade - March 16, 2022

```
 1    opinions on principles of Danish tax

 2    administration in this report.

 3              Right?

 4              MR. OXFORD:  Objection to form.

 5       A    I have expressed no opinions

 6    whatsoever on the practices of Danish tax

 7    administration.

 8       Q    Okay.  If we go back to Paragraph 1

 9    now on Page 1 -- are you there?

10       A    Yeah.

11       Q    Okay.  If you look at the last part

12    of the sentence after the semicolon, it says,

13    "and whether the financial transactions

14    executed by the various defendants would

15    entitle an entity or individual to a

16    dividend."

17              Do you see that?

18       A    I see that.

19       Q    So we just established that you're

20    not expressing legal opinions in this report.

21              Right?

22       A    I don't believe I need to express a

23    legal opinion to -- for example, in the case

24    of the Solo transactions, to conclude if

25    there's no shares and there were no
```

CONFIDENTIAL
Graham Wade - March 16, 2022

Page 58

1    dividends, that -- I don't believe it's a

2    legal conclusion to say that no entity

3    received a dividend.

4        Q    Okay.  So --

5        A    But somehow --

6            MR. OXFORD:  Hold on.  Greg, can

7        you let the witness answer the question?

8            MR. PRUDEN:  Sorry.  I thought he

9        was done.  He can finish his answer.

10       A    No, actually that's fine.  It's

11   fine.  I'm done.

12       Q    Okay.  Well, we can agree that the

13   opinions that you're expressing in this

14   report are not legal opinions about whether

15   the transactions that were executed by the

16   various defendants would entitle them to a

17   dividend.

18           Right?

19           MR. OXFORD:  Objection, form.

20       A    No.  My opinions relate to the

21   transactions that were executed and what

22   happened.  And as I said, in the case of Solo

23   transactions, if there are no shares, I think

24   it's -- I think it's clear my opinion is

25   there were no shares, and therefore there

CONFIDENTIAL
Graham Wade — March 16, 2022

```
 1    a final and binding agreement exists on the
 2    acquisition or sale of the share?"
 3              MR. OXFORD:  Object to the form.
 4         A    No, I wouldn't.  Again, I wouldn't
 5    agree with that one because I don't think
 6    that's right in terms of when ownership
 7    rights associated with shares do change
 8    hands.
 9              But I would also ask you to be a
10    bit more precise in defining what you mean by
11    "ownership rights."
12         Q    Would you agree with the principle
13    that "a buyer of a share owns the share at
14    the time when a final and binding agreement
15    exists on the acquisition of the share?"
16              MR. OXFORD:  Object to the form.
17         A    No.
18         Q    Would you agree with that statement
19    if I told you that that principle is being
20    advanced by me in the context of Danish tax
21    law?
22              MR. OXFORD:  Object to the form.
23         A    I think, as I've stated earlier,
24    I'm not expressing opinions as to Danish tax
25    law.  So I would -- I would not have an
```

CONFIDENTIAL
Graham Wade - March 16, 2022

1    opinion on that question as it relates to

2    Danish tax law.

3        Q    Okay.  Would you agree that when a

4    final and binding agreement to acquire a

5    share exists, that the buyer is therefore the

6    only person liable to taxation in respect to

7    any dividend that's received?

8            MR. OXFORD:  Object to the form.

9        A    Well, firstly, the -- you need to

10   define the circumstances that relate to that,

11   what tax jurisdiction you're talking about,

12   what the circumstances of the trade are.

13           And so, on its face, I can't really

14   answer that.

15       Q    Okay.  If I specify Denmark as a

16   jurisdiction, would that help you?

17           MR. OXFORD:  Object to the form.

18       A    Well, then, I'm not here to

19   express, and I don't believe I've expressed

20   any opinions in my reports as to Danish tax

21   law and how that would apply to any

22   particular transaction.

23       Q    How about on securities

24   transactions in Denmark?  Do you consider

25   yourself to be expressing an opinion on

CONFIDENTIAL
Graham Wade — March 16, 2022

1   and binding agreement exists to buy a share,

2   whether the only person liable to tax is the

3   buyer?

4           MR. OXFORD:  Object to the form.

5       A    Well, your question earlier was

6   whether I have an opinion on the tax

7   treatment of a contract in an entirely

8   hypothetical situation.  And my answer was

9   that on that hypothetical situation, I'm not

10  expressing an opinion as to Danish tax law.

11      Q    Okay.  Would you agree that

12  VP Securities, as Denmark's CSD, has an

13  obligation to pay a dividend to shareholders

14  in Denmark?

15      A    I understand that for listed

16  companies in Denmark whose shares are

17  registered with VP Securities, that

18  VP Securities is involved in the process of

19  passing dividends to the relevant recipient.

20      Q    Sorry.  One second.

21          Do you understand anything about

22  what VP Securities' involvement in paying a

23  dividend to holders of Danish shares that are

24  listed on Danish exchanges is?

25          MR. OXFORD:  Objection to form.

CONFIDENTIAL
Graham Wade - March 16, 2022

1        A    I'm sorry -- sorry to do this, but

2    right at the end of your question, it broke

3    up, so I didn't hear the end of the question.

4            Can you repeat it again?

5        Q    No problem.  If you ever need me to

6    repeat a question, I'm happy to do that.

7            Do you understand anything about

8    what VP Securities' involvement in paying a

9    dividend to holders of Danish shares that are

10   listed on Danish exchanges is?

11           MR. OXFORD:  Object to the form.

12       A    Well, as I've said, it is my

13   understanding that VP Securities maintains

14   the ultimate share register.  And so, at the

15   point in time, i.e. the record date, it is

16   VP Securities who ultimately confirms the

17   underlying record holders and will therefore

18   be involved in directing the payment from the

19   issuing company to those record holders.

20           Obviously, in many cases, those

21   record holders will be a custodian or

22   sub-custodian.  So VP Securities is not the

23   only person involved in that process, but

24   they do have an important role in there.

25       Q    Okay.  And do you understand that

CONFIDENTIAL
Graham Wade — March 16, 2022

1   have -- you know, there are a whole range of

2   different forms of legal ownership.

3           So I need you to be a bit more

4   precise.

5       Q   Okay.  Is it your understanding

6   that what it means to own a share depends on

7   the legal circumstances in which you're

8   asking that question?

9           MR. OXFORD:  Objection to form.

10      A   Again, the question of what

11  ownership means for the particular purposes

12  in which that question's asked, I need to

13  know what purposes it's asked, and all the

14  facts and circumstances that surround that

15  particular share.

16          So if you give me a specific

17  example, I can give you my thoughts.

18      Q   Is it your testimony that you're

19  unable to tell me, as a general principle,

20  what it means to be a legal owner of a share

21  in Denmark?

22          MR. OXFORD:  Objection.

23      A   What I'm saying is that over the

24  course of my career I spent a long time and I

25  understand that the question you're asking me

CONFIDENTIAL
Graham Wade - March 16, 2022

1    can be a much more complex question than it

2    appears because it requires understanding the

3    exact facts and circumstances, for what

4    purpose, i.e., you know, is it tax, is it

5    accounting, is it regulation, is it, you

6    know, record holder from the issuer's

7    perspective?

8         There's a range of different ways

9    in which one can think about who the owner of

10   a share is.  And without the full facts and

11   circumstances and the specifics and for what

12   purpose the question is being asked, I -- I

13   can't answer it.

14        Q    Is it your understanding that the

15   legal owner of a share can be a different

16   person in different circumstances?

17        MR. OXFORD:  Object to the form.

18        A    It would be highly unusual if a

19   given share for the same -- going back to my

20   point about there are different

21   purposes -- if we're talking about a specific

22   definition of "ownership," in my experience,

23   it would be highly unusual if two people can

24   be the same owner of the share for the same

25   purpose.

CONFIDENTIAL
Graham Wade - March 16, 2022

1    when did the buyer of the shares become the

2    legal owner of the shares?

3        A    I'm really sorry, that -- sorry.  I

4    just didn't catch that question.

5            The sound has been a bit worse

6    since we've restarted again.  I don't know if

7    that's -- that's the only change.

8            Sorry, but could you repeat the

9    question?

10       Q    Yes.  For the purposes of making a

11   tax reclaim application in Denmark, in the

12   transactions that you analyzed in this case,

13   when did the buyer of the shares become the

14   owner of those shares?

15           MR. OXFORD:  Object to the form.

16       A    I don't believe I've given an

17   opinion as to the requirements for when or

18   what exactly is required to make a tax

19   reclaim.

20           My opinions relate to the fact that

21   if we go back to the tax vouchers, there are

22   three key facts in the tax vouchers.

23   Number 1, that the pension plans held shares;

24   Number 2, that they received dividends; and

25   Number 3, that they suffered tax.

1              And my opinions are fundamentally

2      that those three statements are false.  But I

3      have offered no opinion as to, you know, what

4      the Danish tax consequences of -- as a result

5      of that are.

6          Q    Okay.  Well, you said that -- you

7      told me in response to a question that I

8      asked you, Mr. Wade, whether and in what

9      context I was using the term "ownership"

10     would inform your answer to my question.

11             I'm not asking you about opinions

12     that you provided or not.  What I'm asking

13     you right now is whether you understand that

14     for the purpose of making a tax reclaim in

15     Denmark, when, in a securities transaction,

16     the ownership would transfer from the seller

17     to the buyer?

18             MR. OXFORD:  Object to the form.

19         A    And my response is that given the

20     opinions that I gave and the fact that I am

21     not giving opinions on Danish tax law, I have

22     not given an opinion on the question of what

23     the precise conditions required are to obtain

24     a Danish tax reclaim.

25             But it's my opinion that the three

CONFIDENTIAL
Graham Wade - March 16, 2022

1          MR. OXFORD:  Object to the form.

2       A    Again, I'm going to ask you to

3    define for what purpose.

4       Q    Mr. Wade, I'm using your words.

5    You told me a second ago that your

6    understanding of the term "dividend" is "a

7    dividend is a payment from an issuing company

8    made to a shareholder in respect of that

9    person being an owner of shares in a

10   company."

11          What do you mean when you say that

12   the person is the "owner of shares in a

13   company" in that context?

14      A    Okay.  In that particular context,

15   I mean that the person is the -- in whatever

16   format that particular -- depending on the

17   articles of association of that company and

18   whatever form the register is held, that that

19   person is, at the time when the dividend

20   right accrues, i.e., the record date, that

21   person is the record holder on the company's

22   share register, and that the issuing company

23   pays the dividend to.

24      Q    Okay.  So if you are not on the

25   share register, you are not the owner of the

CONFIDENTIAL
Graham Wade - March 16, 2022

```
 1        A    I'm sorry, but you just introduced

 2    the word "deemed" there, so deemed for what

 3    purpose?  What's the context?  What's the

 4    transaction?

 5             I just -- my experience over many

 6    years involved in structured finance

 7    transactions is that precision is required.

 8    And so, if you give me precision, I will do

 9    my best to answer.

10        Q    Okay.  I want to go back to what

11    you told me again, and that's that "the

12    dividend is a payment from an issuing company

13    made to a shareholder in respect to that

14    person being an owner of shares in a

15    company."

16             I'm asking you whether being an

17    owner of shares in a company in that context

18    is synonymous with being on the share

19    register?

20             MR. OXFORD:  Object to the form.

21        A    For the purpose -- in the way I

22    defined what a dividend is, the dividend is a

23    payment made by the issuing company to the

24    person -- we can call them the owner for

25    these purposes -- who is on the shareholder
```

1    register on the record date.

2            So, for these purposes, "owner"

3    means the person on the shareholder register.

4    But "owner" in any other context may well

5    have a completely different meaning.

6        Q    Okay.  And for these purposes, when

7    does the person who is considered to be the

8    owner -- using your definition

9    again -- become the owner?

10           MR. OXFORD:  Object to the form.

11       A    It would depend on the full details

12   of the article of association of the company

13   and exactly how it works.  But in simple

14   terms, it would be when whoever the registrar

15   for the company is puts that person onto the

16   shareholder register as being the current

17   owner of that share.

18       Q    Do you reference the details of the

19   articles of association of any of the Danish

20   issuers whose transactions you analyzed in

21   this case?

22           MR. OXFORD:  Object to the form.

23       A    No, but that's not necessary in the

24   context of understanding these particular

25   transactions because, first of all, the

1    specific definition that we've been talking

2    about I don't think is actually relevant to

3    any of my opinions.

4             And secondly, it's my

5    understanding, based on a combination of

6    market practice and the documents I've

7    reviewed in this case, that the nominee

8    holder of a share on the record date is

9    determined by VP Securities and what register

10   they maintain, which is the ultimate and only

11   record of who the nominee holder of the share

12   is, but purely for the purposes of defining

13   who the issuing company pays a dividend to.

14      Q    Okay.  Have you reviewed any

15   documents in this case that would indicate to

16   you who was the owner of a share?

17           MR. OXFORD:  Object to the form.

18      A    I'm sorry, but you're just using

19   the phrase "owner," and I think I've been

20   clear that unless you're precise about what

21   you mean by ownership, I can't give an answer

22   to that.

23      Q    Okay.  As a matter of general

24   English, have any documents you've reviewed

25   in this case offered you any opinion on who

CONFIDENTIAL
Graham Wade - March 16, 2022

1    date and agreed price terms typically

2    indicate that the buyer of securities will

3    receive a dividend?

4              MR. OXFORD:  Object to the form.

5         A    It's -- it's my position based on

6    market practice and understanding how the

7    equity finance markets work that the -- and I

8    think I've laid this out quite extensively in

9    my report -- that in a cum ex transaction,

10   the whole point of a cum ex transaction is

11   that a -- the seller is not selling the real

12   dividend because they don't have it.

13             So -- but we'd have to get into a

14   very specific cum ex transaction and go

15   through the details of that if you'd like me

16   to give you a more precise answer.

17        Q    Okay.  So, as a general matter,

18   it's not accurate that the transaction date

19   and the agreed price terms for the cum ex

20   transactions you analyzed typically indicate

21   that the buyer of the securities will receive

22   a dividend?

23             That's my question.

24             MR. OXFORD:  Object to the form.

25        A    In the specific cum ex transactions

CONFIDENTIAL
Graham Wade - March 16, 2022

Page 168

1    financial institutions, hedge funds, and

2    other counterparties who were executing

3    cum ex transactions.

4           But it is my -- based on my market

5    practice and understanding and my personal

6    knowledge, I was not aware of anyone who

7    either -- prior to my involvement in this

8    case, I was not aware of anyone who,

9    post-2012 outside Germany, thought that a

10   cum ex transaction was effective.

11          That's the substance of my

12   testimony on that point.

13     Q    Okay.  And in all your experience,

14   at any point, was there any aspect of your

15   job in which you were involved in either

16   executing, overseeing, or approving cum ex

17   transactions?

18          MR. OXFORD:  Objection to form.

19     A    To the best of my knowledge, no.

20     Q    Okay.

21          MR. PRUDEN:  Why don't we take that

22       lunch break now and then we can come

23       back in a half-hour or so.

24          MR. OXFORD:  Okay.  Say in half an

25       hour.  Thanks, Greg.

CONFIDENTIAL
Graham Wade - March 16, 2022

1  cum ex seller was long at the time where it

2  entered into the cum ex sale.

3          Is that -- my understanding of your

4  assumption correct?

5      Q    Well, I'm not going to agree that

6  that's different from the facts, but that's

7  the assumption I'm asking you to assume.

8      A    Okay.  Understood.

9          That would not change my ultimate

10  opinion conclusion that the information on

11  the tax vouchers was incorrect.

12      Q    Okay.  And what information on the

13  tax vouchers would have been incorrect in

14  that circumstance?

15          MR. OXFORD:  Object to form.

16      A    All -- all three.  All three of the

17  key items on the tax voucher would still be

18  incorrect.

19          Because the cum ex purchaser did

20  not own the shares on the record date, it did

21  not receive the dividend, and it did not

22  suffer the tax.

23      Q    Okay.  What is the basis for your

24  assertion that in any circumstance, a

25  purchaser must own the shares on the record

CONFIDENTIAL
Graham Wade - March 16, 2022

1    compensation payment.

2              If -- and I express no opinion on

3    this because I'm not expressing opinions on

4    Danish tax -- if the pension plan were able

5    to take a receipt for a dividend compensation

6    payment to the Danish tax authorities and

7    make a reclaim, if you -- you know, if that's

8    something that were possible, it would be

9    highly surprising to me, based on market

10   practice and, you know, my involvement in the

11   European securities market, including

12   understanding, you know, quite a lot about

13   different tax regimes in that market, it

14   would be very surprising.

15             But if it was the case that a

16   receipt for a dividend compensation payment

17   entitled you to a tax reclaim in Denmark,

18   that's not something I've offered an opinion

19   on.

20      Q    Okay.  But you would agree that

21   whether or not what you described as a

22   "dividend compensation payment" would entitle

23   you to a tax reclaim in Denmark is a matter

24   of Danish law.

25             Right?

CONFIDENTIAL
Graham Wade - March 16, 2022

```
 1            MR. OXFORD:  Object to the form.
 2       A    My opinion is that the contractual
 3   payment received in the facts that you asked
 4   me to assume would be a dividend compensation
 5   payment, and I expressed no opinion as to if,
 6   in those assumed facts, I had a voucher
 7   saying I received a dividend compensation
 8   payment.
 9            I express no opinion as to what
10   that would entitle me to do vis-a-vis the
11   Danish tax authorities.
12       Q    Okay.  And so, your report, if I'm
13   understanding correctly, expresses no opinion
14   on whether or not the facts described in my
15   hypothetical would lead to a valid tax
16   reclaim application to Denmark.
17            Is that right?
18            MR. OXFORD:  Object to the form.
19       A    No, I don't think that's right.  I
20   mean, firstly, I don't think anything
21   connected with your assumed facts is actually
22   covered in my opinions or reports, so I think
23   it's a gating issue.
24            I've expressed no opinion on your
25   assumed facts in my report.
```

```
 1        Q    So your report expresses no opinion

 2   on that topic.

 3             Right?

 4             MR. OXFORD:  Object to form.

 5        A    No.  What I just said is that I

 6   expressed no opinions in my report on your

 7   assumed hypothetical because my report is on

 8   the actual transactions which I reviewed.

 9        Q    And are you otherwise able to offer

10   an opinion based on my hypothetical,

11   other -- even if you didn't do so in your

12   report?

13             MR. OXFORD:  Object to the form.

14        A    An opinion as to what?

15        Q    Are you otherwise able to offer an

16   opinion about whether the facts of my

17   hypothetical would lead to a valid reclaim

18   for a pension plan even if you did not do so

19   in your expert report?

20             MR. OXFORD:  Object to the form.

21        A    At the risk of restating my answer,

22   I think I -- it is my opinion that on your

23   assumed facts, what the pension plan would

24   have received would have been a dividend

25   compensation payment, and that if, having
```

CONFIDENTIAL
Graham Wade - March 16, 2022

Page 203

1    financial institution who was active in the

2    equity finance markets, and the market level

3    for dividend compensation payments at that

4    particular point in time was 90 percent of

5    the gross dividend, it would be an irrational

6    transaction for them to sell at any number

7    above 73.  It would be irrational for them to

8    sell at any level below 90 if, on my

9    assumption, the prevailing market level is

10   90.

11        Q    And is your assertion that the

12   market level is 90 based on anything other

13   than the price that you observed for the

14   cum cum transactions?

15             MR. OXFORD:  Object to the form.

16        A    Yes.  It's, you know, the -- in the

17   course of my experience, particular markets

18   in Europe at particular points in time tend

19   to have a general level around which they

20   trade.

21             And based on my experience,

22   90 percent, give or take, tends to be the

23   ballpark for a number of -- a number of

24   markets.

25        Q    What markets in Europe form the

CONFIDENTIAL
Graham Wade - March 16, 2022

1    basis for your experience?

2        A    Sorry?

3        Q    Which markets in Europe form the

4    basis for your experience?

5        A    Well, I can't remember the full

6    list of markets.  But, you know, in my time

7    at Barclays, Barclays traded positions across

8    nearly all the active main indices in Europe,

9    so that certainly includes Denmark.

10       Q    Are you relying on any other

11   experience beyond Barclays or any other

12   sources besides experience for that

13   90 percent figure you cite?

14           MR. OXFORD:  Objection to form.

15       A    The first thing that I just want to

16   be clear on is that the 90 percent is not a

17   hard and fast number.  And as I said, it can

18   vary across market and it can vary across a

19   particular dividend event, and I think I've

20   made that point clear in my report.

21           But at the relevant time, I was

22   working at Barclays and had responsibility

23   for Barclays' equity finance activity, or at

24   least a large portion of it.  And based on

25   that experience, it's my understanding that,

CONFIDENTIAL
Graham Wade — March 16, 2022

```
 1    at that time, the market level in Denmark was
 2    somewhere around 90 percent.
 3         Q    Are you aware of any other entities
 4    besides pension plans who would have an
 5    economically rational basis to acquire a
 6    dividend at 90 percent of the gross dividend
 7    rate in Denmark?
 8              MR. OXFORD:  Object to the form.
 9         A    Yes.
10         Q    Who else besides pension plans?
11         A    Well, any range of financial
12    institutions might want to acquire dividends
13    at that level.  Danske Bank, for example, was
14    active in the European equity finance market.
15              I don't know the exact position of
16    Danske Bank, but I would think that the
17    dividend would almost be certainly worth at
18    least 90, if not a hundred to them.  Both
19    European and U.S. financial institutions
20    would almost certainly have been able to
21    obtain value for 85.
22              In many cases, they were -- they
23    also may well have been able to achieve a
24    hundred, not necessarily through a tax
25    reclaim, but through other mechanisms
```

CONFIDENTIAL
Graham Wade — March 16, 2022

Page 255

```
 1              In other -- in relation to that,
 2    there were often situations where the short
 3    seller would have to withhold German tax on
 4    that dividend compensation payment.  But that
 5    rule did not apply to -- and this is my
 6    recollection -- that rule did not apply to
 7    foreign financial institutions.
 8              And it was on the basis of that
 9    understanding that a number of market
10    participants undertook cum ex transactions in
11    Germany.
12              And as explained in this memo,
13    starting firstly in 2009, the German tax
14    authorities began a process of changing those
15    rules and issuing guidance around those
16    rules, which ultimately lead into a complete
17    change of the rules which had effect from the
18    beginning of 2012.
19        Q    Mr. Wade, I just want to alert you
20    to the fact that I was reading from your
21    reply report that you disagreed with.
22              So if you could turn to
23    Exhibit 5003, which is your reply, and go to
24    Page 5, Paragraph 10?
25        A    I'm sorry.  5003?
```

CONFIDENTIAL
Graham Wade - March 16, 2022

1          A      I have, from my time at Barclays

2     and my responsibilities there, Barclays --

3     every -- on an annual basis obtained legal

4     advice relating to the types of equity

5     finance transactions and execution rules in

6     all the European jurisdictions in which it

7     operated.  There was an annual review of

8     those rules and annual approval of execution

9     guidelines.

10              And based on that understanding,

11    and also my wider understanding of what other

12    market participants were doing in the market

13    at the relevant times, I outside -- as I say

14    in this particular section -- outside of

15    Germany and after 2012, before getting

16    involved in this case, I was -- I had -- I

17    would go further and say I have no awareness

18    of people doing cum ex.

19              I think it's a positive view of the

20    market that cum ex transactions did not work

21    and could not work, and the main reason for

22    that being that absent a very specific

23    procedural rule which Germany had relating to

24    compensation payments, there was no basis for

25    it to work.  Because if you receive a

1    that outside Germany, it was a very

2    well-understood position of reputable market

3    participants that a cum ex transaction could

4    not give rise to a withholding tax reclaim.

5        Q    So no specific knowledge of the law

6    in Denmark.

7            Is that correct?

8            MR. OXFORD:  Objection, asked and

9        answered.  I think twice.

10           MS. MCCARTHY:  I actually haven't

11       gotten a direct answer to that question,

12       Neil, so I would like an answer to that

13       question.

14           MR. OXFORD:  My objection is on the

15       record.  If you -- you can answer the

16       question, Mr. Wade, as many times as you

17       like.

18       A    As I've said, on the basis of the

19    annual process that Barclays undertook and

20    all the other knowledge I had in being

21    involved in the market at the time, it is my

22    understanding that the only place where any

23    market participant thought that cum ex might

24    give rise to a tax reclaim in the hands of

25    the purchaser under a cum ex transaction was

## ERRATA SHEET

Case Name:           In Re: Customs and Tax Administration of The Kingdom of
                     Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation
Case Number:         18-md-2865
Deponent:            Graham Wade
Deposition Date:     March 16, 2022

| PAGE | LINE | ORIGINAL TEXT | CORRECTED TEXT | REASON FOR CHANGE |
|---|---|---|---|---|
| 24 | 12 | obtain review | obtain and review | Transcription error |
| 40 | 12-13 | corporate finance manual | Corporate Finance Manual | Clarification |
| 42 | 8 | Unfortunately | Fortunately | Transcription Error |
| 77 | 10 | party | parties | Transcription Error |
| 103 | 6 | issues | issuer's | Transcription Error |
| 117 | 11 | the date | the trade date | Clarification |
| 120 | 24 | completed until on trade date | completed on the trade date | Transcription Error |
| 127 | 3 | tax group claim | tax reclaim | Transcription Error |
| 163-164 | 22-1 | it's a matter of public record that Barclays has executed cum ex transactions, but limited to -- as I say in my report, the nature of cum ex transactions changed significantly, so not in 2012. | it is a matter of public record that Barclays executed cum ex transactions but limited to the period before 2012 when the rules relating to German transactions changed significantly. | Transcription Error/Clarification |
| 171 | 10 | opinion conclusion | opinion and conclusion | Clarification |
| 177 | 23 | working group tax | working with group tax | Clarification |

| PAGE | LINE | ORIGINAL TEXT | CORRECTED TEXT | REASON FOR CHANGE |
|------|------|---------------|----------------|-------------------|
| 209 | 2, 5, 17 | Cult | Colt | Transcription Error |
| 211 | 1 | Renaissance phrase | Renaissance transactions | Transcription Error |
| 211 | 25 | Cult | Colt | Transcription Error |
| 214 | 7 | Cult | Colt | Transcription Error |
| 218 | 25 | Nason Square and Flowana | Renaissance Technologies | Transcription Error |
| 219 | 25 | "SCMUS Prudence Committee" | "SCM US Approvals Committee" | Transcription Error |
| 220 | 22 | Cult | Colt | Transcription Error |
| 221 | 7 | LaRosa | LaRocca | Clarification |
| 224 | 11 | Cult | Colt | Transcription Error |
| 225 | 25 | referenced | represented to us | Transcription Error |
| 226 | 12 | Cult | Colt | Transcription Error |
| 226 | 25 | Pact | pack | Transcription Error |
| 237 | 24 | would be simply a trade receiver | would simply be a trade taker | Transcription Error/Clarification |
| 240 | 7 | Bluebird | Bloomberg | Transcription Error |
| 254 | 23-24 | rule, in title straight requires to issue | rule, entitled/required to issue | Transcription Error |
| 258 | 13 | say | see | Clarification |

I declare under penalty of perjury under the laws of the United States of America that I have read the entire transcript of my deposition taking in the above captioned matter and the same is true and accurate, save and except for the changes and/or corrections as indicated by me on the deposition errata sheet hereof, with the understanding that I offer these changes as if still under oath.

Executed this 18th day of April, 2022

_____
Graham Wade