# Exhibit 5

CONFIDENTIAL
Adam Warren - April 5, 2022

Page 1

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
 2                   CASE NO.  18-MD-2865 (LAK)

 3     _____
                                                )
 4     IN RE:                                   )
                                                )
 5     CUSTOMS AND TAX ADMINISTRATION OF        )
       THE KINGDOM OF DENMARK                   )
 6     (SKATTEFORVALTNINGEN) TAX REFUND         )
       SCHEME LITIGATION                        )
 7     _____)

 8

 9

10

11

12

13              C O N F I D E N T I A L

14

15

16     REMOTE VTC VIDEOTAPED EXPERT DEPOSITION UNDER ORAL

17                       EXAMINATION OF

18                         ADAM WARREN

19

20                     DATE: April 5, 2022

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

CONFIDENTIAL
Adam Warren - April 5, 2022

Page 12

1   A D A M  W A R R E N,
2         called as a witness, having been first
3   duly sworn according to law, testifies as follows:
4
5
6
7
8   EXAMINATION BY MR. OXFORD:
9         MR. OXFORD:  Thanks, Mike.  Thanks,
10      Jose.
11      Q    Good morning, Mr. Warren.  As I
12  said before we jumped on the record, my name
13  is Neil Oxford from Hughes, Hubbard & Reed.
14  I represent the plaintiff SKAT in this case
15  and I will be asking you some questions this
16  morning.
17      A    Okay.
18      Q    I take it from your resume this is
19  not your first deposition rodeo?
20      A    No, it is not.
21      Q    Okay.  So I'm sure you're familiar
22  with the job, but just for the sake most of
23  Mike and Jose, I'm going to try to ask my
24  questions as clearly as possible and I'm
25  going to let you finish your answers before I

CONFIDENTIAL
Adam Warren - April 5, 2022

Page 65

```
 1            So it's not -- it's not -- it's not
 2   like the market -- this is some sort of
 3   exception to the normal trading processes of
 4   the market.
 5            It's a -- it's a common occurrence.
 6   What you would, I guess, refer to as a
 7   "cum ex trade" is a common occurrence.
 8            People are compensated for
 9   dividends.  There's a standardized process in
10   the European marketplace for handling this,
11   and this -- you know, it -- certainly during
12   this period it continued as a regular part of
13   the markets.
14       Q    Prior to being retained as an
15   expert in this case, sir, how many cum ex
16   equity transactions had you personally been
17   involved in?
18            MR. DILLMAN:  Objection as to form.
19       A    Again, I have no idea if they were
20   labeled as "cum ex" or what they were
21   referred to as, so I don't know.
22       Q    Okay.  So is the answer to my
23   question you don't know whether you were
24   involved with any cum ex trades?
25            MR. DILLMAN:  Objection.
```

1      A    Again, it's an expression that
2   you're using regularly.  I did not use it as
3   a normal nomenclature.
4           I don't know if some of them would
5   be considered cum ex trades.
6      Q    Well, we agreed on a definition for
7   the purposes of this deposition as "cum ex."
8           Do you remember that?
9      A    Again, we've -- yes, we agreed to
10  that.  I can't think back and remember how
11  many prior transactions I've looked at that
12  fit this description.
13     Q    Not that you've looked at, sir.
14          How many prior transactions have
15  you been involved in in the equities markets
16  where the trade date was prior to the ex date
17  and the settlement date was after the record
18  date, what we've defined as a "cum ex trade?"
19          How many?
20          MR. DILLMAN:  Objection as to form.
21     A    Again, I do not know.  I really do
22  not -- do not know.
23     Q    Okay.  So when you're trying to
24  tell us these are normal types of trades,
25  what is that testimony based on?

# Errata Sheet

**Caption:** *In re Customs & Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation*, Master Docket No. 18-md-2865 (LAK)

**Witness:** Adam Warren

**Deposition Date:** April 5, 2022

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 17:2, 3 | Amco | Kamco | Transcription Error |
| 17:5 | New Song | Newsong | Spelling Error |
| 26:15 | Eric Shah | Sean Frankel | Correction |
| 28:2-3 | I believe it is equally split between Acer and ED&F Man. | Acer is paying all fees. | Correction |
| 32:1-2 | Optionable options | Put options | Correction |
| 34:5-6 | market places | marketplaces | Spelling Error |
| 41:7 | cycle | cycles | Correction |
| 41:9-10 | trade date, also known as T plus 3. | Trade Date," also known as 'T plus 3.' | Correction |
| 41:18-22 | Mr. Wade goes on to note that "after October 2014, the standard settlement cycles for equity transactions in Denmark occurred on the second business day after the trade date, also known as T plus 2." | Mr. Wade goes on to note that after October 2014, the standard settlement cycles for equity transactions in Denmark occurred on the second business day after the trade date, also known as T plus 2. | Correction |
| 42:15 | shares to | shares . . . to | Correction |
| 43:12 | record date | Record Date | Capitalization Error |
| 43:16-18 | one to two days before the setting of the ex-dividend date. | one to two days before the date on which the ex-dividend date was set. | Clarification |

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 61:22-23 | meaning trades that are made prior to the ex-dividend date | meaning that the trades are made prior to the ex-dividend date | Correction |
| 71:20 | they've have | they have | Transcription Error |
| 73:20 | do they own their face supply | do they on their face apply | Transcription Error |
| 73:24 | standards | standard | Transcription Error |
| 79:9 | uses | use | Correction |
| 79:10 | multiple, successive ownerships | successive multiple ownership | Correction |
| 80:24 | Page 5 | Paragraph 5 | Correction |
| 83:6, 10, 12<br>93:1<br>97:7<br>109:11<br>138:20<br>179:22, 25<br>181:19<br>182:19<br>190:10, 14<br>198:1, 8<br>201:6<br>202:6, 9<br>203:1<br>206:6, 11<br>207:1, 11<br>215:21<br>217:7<br>220:21 | Man | ED&F Man | Clarification |
| 85:17 | vouchers | Tax Vouchers | Correction |
| 85:18 | of shares | of the shares | Correction |
| 85:25-86:1<br>103:12-13 | third party, the sub-custodian | third party (the sub-custodian) | Correction |
| 87:5 | So delivery of the shares, in certain cases, the shares were physically delivered. | When the SWIFT messages were created, that meant that the shares were physically delivered. | Clarification |
| 88:8-9 | I believe there are cases where shares were not delivered | I believe there are cases where shares were not delivered out of a covered position held by MPT Dubai | Clarification |
| 91:20 | tax vouchers | Tax Vouchers | Correction |

2

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 95:13-15 | For that case, I did not do a reconciliation of the actual delivery of shares. | We did not do a separate reconciliation of the delivery of shares by referencing the securities account statements at BNP Paribas. We only examined the SWIFT messages showing the delivery of the shares. | Clarification. |
| 105:3<br>117:8<br>183:15<br>194:6<br>198:6<br>206:7 | Man's | ED&F Man's | Clarification |
| 108:19 | pension plan cum-cum | pension plan purchased cum-cum | Correction |
| 111:18 | depo | depot | Spelling Error |
| 111:23 | all | all of | Correction |
| 113:10 | of shares | of the shares | Correction |
| 113:14-15 | "Answer: Yes, they did." I'm sorry. The answer was yes, I believe." "Question: And would the shares be | "Answer: Yes, they did. I'm sorry." "Question: The answer was yes, I believe. And would the shares be | Clarification |
| 116:19-20 | tax vouchers | Tax Vouchers | Spelling Error |
| 116:23 | plans' account | Plan's account | Correction |
| 125:14 | "the AIG plan was | the AIG plan "was | Correction |
| 125:24-25 | which hopefully—which are not readable. | which are not readable. | Clarification |
| 126:21 | "the AIG plan was holding | the AIG plan "was holding | Correction |
| 128:19 | opinion | impact | Transcription Error |
| 137:24-25 | It's not a hypothetical it's what occurred in this case. | It's not a hypothetical. It's what occurred in this case. | Correction |
| 141:4 | SWIFT custodian | SWIFT confirmation | Transcription Error |
| 147:12 | No opinions. | No opinions on whether it would be improper to settle a separate transaction using the 100 shares previously used to settle this hypothetical "cum-cum" transaction. | Clarification |
| 148:8 | known Annex E | Non-Annex E | Transcription Error |
| 151:4 | party for whom ED&F | party from whom ED&F | Correction |

3

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 155:8 | standard of industry practice | standard industry practice | Transcription Error |
| 163:14-15 | on or before the date before the record date | on or before the record date | Correction |
| 163:21 | record date, | record date. | Punctuation Error |
| 164:20-21 | receipt of ED&F Man of a dividend | receipt by ED&F Man of a dividend | Transcription Error |
| 167:20 | or its share custodian | (or its share custodian) | Punctuation Error |
| 173:4 | a portion | the portion | Correction |
| 173:5 | ED&F | ED&F Man | Correction |
| 179:20-21 | ED&F Man, the Dubai firm, | MPT Dubai | Correction |
| 191:19-21 | The – the non-Annex E trades were all what you would consider to be cum-cum trades. | The non-Annex E trades, as analyzed in my report, were with one exception what you would consider to be cum-cum trades. | Correction |
| 194:22 | Annex E, Type 2 or Section 2 | Annex E Schedule 2 | Clarification |
| 195:1 | Man Dubai, which Man | MPT Dubai, which ED&F Man | Clarification |
| 195:2 | Annex E, Section 2 | Annex E Schedule 2 | Clarification |
| 205:1-2 | That was outside of the scope of our work, our assignment here. | Understanding the flaws underlying the Annex E tax vouchers was outside of the scope of our work, so we had no basis to compare those flaws to the non-Annex E tax vouchers. | Clarification |
| 214:24 | Dubai Limited, defined as MPT Dubai, the | (Dubai) Limited"— defined as MPT Dubai— "the | Correction |
| 219:24 | "was to | was "to | Punctuation Error |
| 219:25 | plans acquired | plans . . . acquired | Correction |
| 220:1 | security | securities | Correction |
| 220:3 | the | those | Correction |
| 221:10 | Queens | Queen's | Punctuation Error |
| 221:11 | with | which | Transcription Error |
| 221:13 | ED&F Man, | ED&F Man. | Punctuation Error |
| 226:11 | ED&F Man and Dubai | ED&F Man Dubai | Correction |
| 228:15 | ED&F Man | ED&F Dubai | Clarification |

I declare under penalty of perjury that I have read the entire transcript of my deposition taken in the above-captioned matter and the same is true and accurate, save and except for changes and/or

4

corrections as indicated by me on the deposition errata sheet hereof, with the understanding that I offer these changes as if still under oath.

Executed this __11__ day of May, 2022

*Adam Warren*
Adam Warren