# Exhibit 6

CONFIDENTIAL
Max Hayden - April 13, 2022

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
 2                CASE NO.  18-MD-2865 (LAK)

 3      _____
                                              )
 4      IN RE:                                )
                                              )
 5      CUSTOMS AND TAX ADMINISTRATION OF      )
        THE KINGDOM OF DENMARK                )
 6      (SKATTEFORVALTNINGEN) TAX REFUND       )
        SCHEME LITIGATION                     )
 7      _____)

 8

 9

10

11

12

13               C O N F I D E N T I A L

14

15

16       REMOTE VTC VIDEOTAPED EXPERT DEPOSITION UNDER

17                  ORAL EXAMINATION OF

18                     MAX HAYDEN

19

20               DATE: April 13, 2022

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

```
 1              THE VIDEOGRAPHER:  Stand by.

 2              The time is 7:09 a.m. New York

 3          time, and we are back on record.

 4

 5    M A X   H A Y D E N,

 6              called as an expert witness, having been

 7    first duly sworn according to law, testifies as

 8    follows:

 9

10

11

12    EXAMINATION BY MR. OXFORD:

13        Q    All right.  Good morning,

14    Mr. Hayden.

15              My name again, Neil Oxford.  I'm

16    going to be asking you some questions today.

17              I represent the plaintiff SKAT in

18    this matter.

19              Can you tell me, please, whether

20    you've testified previously in any capacity?

21        A    No, I haven't.

22        Q    Okay, fine.

23              MR. PRUDEN:  Yeah, we're having a

24          little trouble getting his audio

25          calibrated.  Let's go off again for a
```

CONFIDENTIAL
Max Hayden - April 13, 2022

1    the trade is struck and that is -- the trade

2    date would be reflective on the contracts to

3    sign to that end.  That is my understanding.

4         Q    Would you agree that the date the

5    transfer of securities between a buyer and a

6    seller -- sorry.  Withdrawn.

7              Would you agree that the date that

8    the transfer of securities occurs between a

9    buyer and a seller is referred to as the

10   settlement date?

11             MR. PRUDEN:  Objection.  Vague.

12        A    The settlement date is agreed

13   between parties on the trade date as one of

14   the conditions associated with that

15   transaction, and settlement is intended to

16   occur on that date.

17             There are many reasons why it

18   isn't, it isn't complete, but the intended

19   settlement date is agreed on the trade, and

20   then if settlement is successful on that

21   date, then securities and cash will move

22   between buyer and seller.

23        Q    Thank you.

24             Would you agree that the record

25   date refers to the date by which a

CONFIDENTIAL
Max Hayden - April 13, 2022

1    shareholder is required to own shares,

2    meaning that the shareholder is the

3    registered owner of shares in the shareholder

4    register, to be entitled to receive a

5    dividend directly from the issuer of

6    securities?

7              MR. PRUDEN:  Objection.

8        A    That's quite a long sentence,

9    actually.  Forgive me so if I sort of

10   simplify it from my perspective, if you don't

11   mind, Mr. Oxford.

12             Record date, to me, is the date set

13   by a company for registered owners of shares

14   to be recipients of the dividend payments.

15       Q    Said differently, it's the date on

16   which the issuer checks its share register to

17   determine who it will pay a dividend to

18   directly?

19             MR. PRUDEN:  Objection.

20       A    It's when a company will view the

21   share register and use that record to pay

22   dividend amounts to the names that are

23   registered on that record, and that would

24   occur on pay date, which is sent after the

25   record date.

CONFIDENTIAL
Max Hayden - April 13, 2022

Page 36

```
 1      where one of my colleagues who was -- ran the
 2      stock loan desk, was looking to obtain a
 3      credit line from ED&F Man to do standard stop
 4      loan transactions, and I was at that meeting.
 5              I do not know whether the line was
 6      granted, because I left that firm before that
 7      conversation concluded.
 8              So that's the only conversation
 9      I've had with ED&F Man's equity finance desk
10      in the past 30 years.
11      Q    Have you -- other than your
12      engagement in this case, have you had any
13      involvement with ED&F Man's dividend
14      arbitrage trading strategy on behalf of its
15      clients?
16              MR. PRUDEN:  Objection.
17      A    Well, that's, again, quite a long
18      sentence, so I haven't been involved with
19      dividend arbitrage directly in my career but
20      from a structuring perspective, so it's fair
21      to say I would not have had any relationship
22      with ED&F Man to conduct that type of
23      business.
24      Q    Okay.  Is it your opinion, sir,
25      that there are legitimate reasons to
```

CONFIDENTIAL
Max Hayden - April 13, 2022

1    contract is -- that was dealt at cum

2    dividend, so the buyers of that contract

3    would make the assumption they will be

4    receiving cum dividend shares.

5        Q    But on the assumption that the

6    ultimate counter-parties in the non-Annex E

7    cum-ex trades, just like MPT Dubai, did not

8    cover their short sale until after the

9    ex date, you would agree that the ED&F plans

10   in those trades did not receive a dividend,

11   only a contractual payment?

12       MR. PRUDEN:  Objection.

13       A    I don't know whether -- we don't

14   know whether the end seller of the securities

15   needed to cover their sale.

16       They may have had a long holding.

17   They may have bought it themselves from

18   somebody else and were just on selling, so I

19   can't make that assumption.

20       Q    Is it your position, sir, that in

21   order -- withdrawn.

22       Is it your opinion, sir, that the

23   seller in a legitimate cum-ex trade must have

24   received the dividend from the paying company

25   in order to be able to pass it on to a buyer?

1         MR. PRUDEN:  Objection.

2     A    Is it legitimate?

3         Well, what I would say is that in a

4    real dividend -- so a definition of a real

5    dividend is going to be essentially it's paid

6    by a company and could be traced back to that

7    company.

8         Now, what we do know is that, more

9    often than not, on record, the register

10   that's used by that company to pay that

11   dividend, more often than not, is going to be

12   going to the registered owner, being a

13   custodian.  And a custodian would, therefore,

14   from the issuing company receive that

15   dividend paid to them on pay date.

16        Now, it's up to them to decide who

17   should receive that dividend because they're

18   providing custody services to a range of

19   customers.

20        Part and parcel of that is they

21   would also be able to identify any associated

22   unsettled transaction, either because they

23   could, by way of process, or indeed they

24   could against the market claim, which would

25   then allow them to pay or credit the

Page 94

1        traceable to the dividend-paying company and

2        which is received by a party who sold the

3        shares prior to the ex date and then passed

4        on to the purchaser of those shares?

5            A    Sorry, I --

6            Q    Let's do it this way, because I'm

7        reading from your report.  I'm sorry if

8        that's confusing for you.

9                Let's go to your report at 39.

10           A    Page 39 or paragraph 39?

11           Q    Paragraph 39.

12           A    Paragraph 39, yes, I'm there.

13           Q    Okay.  You see in the second

14       sentence, you say, "Mr. Wade is confusing,"

15       in quotes 'market claim' with the quotes,

16       'manufactured dividend.'"

17               Do you see that?

18           A    Yes, I do.

19           Q    And you go on to say, "The former

20       refers to the transfer of a dividend

21       traceable to the paying company and which is

22       received by the party who sold the shares

23       prior to the ex date and then passed on to

24       the purchaser of those shares."

25           A    Yes.

CONFIDENTIAL
Max Hayden - April 13, 2022

```
 1          Q    Is that your opinion, sir?

 2          A    Yes.

 3          Q    And would you agree, then, that if

 4     the seller did not receive the dividend from

 5     the paying company, the seller cannot pass

 6     that to the buyer?

 7               MR. PRUDEN:  Objection.

 8          A    I don't understand the question.

 9               So why would the seller not receive

10     that dividend?

11          Q    Well, there can be any number of

12     reasons why the seller might not have

13     received the dividend, for example, like in

14     the Annex E transactions.

15               But would you just agree with me,

16     sir, or can you agree with me that if the

17     seller in a securities transaction did not

18     receive a dividend from the paying company,

19     then it cannot pass that on to the purchaser?

20               MR. PRUDEN:  Objection to the

21          statement before the question.

22          A    If the seller is on -- if the

23     seller is the shareholder on the date of

24     record still, they would receive the dividend

25     even if it goes through their custodian to
```

1    transactions, but in my role of 30 years, I

2    am aware of how they operate.  But as I said,

3    I will not know every single nuance and

4    detail associated with dividend arbitrage

5    structures and strategies because I have not

6    structured them.

7         Q    Have you or any institution --

8    well, withdrawn.

9              Have you been involved in any

10   cum-ex dividend arbitrage trading?

11             MR. PRUDEN:  Objection.

12        A    I personally have not been involved

13   in any dividend arbitrage trading, that I'm

14   aware of, that's involved schemes such as

15   these cum-ex schemes that ESMA had documented

16   in their report.

17        Q    Turning your attention to paragraph

18   29 and the section I just read, do you agree

19   that paragraph 29 reflects what happened in

20   the -- at least the Annex E cases that you

21   reviewed?

22        A    If I just read --

23             MR. PRUDEN:  Objection.

24        A    (Witness reviewing.)

25             I'm not sure that I do, purely

CONFIDENTIAL
Max Hayden - April 13, 2022

1    process?

2             MR. PRUDEN:  Objection.  Asked and

3        answered.

4        A    It's to show there's been a

5    dividend paid, and that was the amount of

6    withholding on that dividend paid.

7        Q    Okay.  And you can agree there's

8    only one dividend per share.  Correct?

9             MR. PRUDEN:  Objection.

10       A    One dividend per share.

11            So does that mean an amount of

12   money as it related to a single share of the

13   company?

14       Q    Yes.  For each single share of the

15   company, there can only be one dividend.

16   Correct?

17            MR. PRUDEN:  Objection.

18       A    That -- the company will announce

19   how much dividend they're paying per share

20   and -- and, yes, so that's exactly what would

21   be announced and then signed off at the

22   general meeting.

23       Q    And only one person can suffer tax

24   on each dividend.  Correct?

25            MR. PRUDEN:  Objection.

CONFIDENTIAL
Max Hayden - April 13, 2022

1          A    For a new dividend -- excuse me --

2     which is obviously traceable to the company,

3     that would be paid to the registered holder

4     as of the record date, and that -- that,

5     depending on how their particular accounts

6     were set up at that depository, would

7     obviously have a tax rate, a default tax rate

8     as to how the custodian sets itself up in a

9     jurisdiction.  And, again, it's always going

10    to be potentially different.

11          And then what would happen is that

12    they would receive that dividend essentially

13    as an nominee and then credit it to their

14    client, who is the beneficial owner.

15          And depending on if they were still

16    the holder of record in the books of that

17    custodian, we denote how much -- how much tax

18    potentially they are available in a position

19    to claim back based off of their own tax

20    position.

21          Q    What was the question you were

22    answering, sir?

23          MR. PRUDEN:  Objection.

24          A    Say again?  Sorry.

25          Q    What was the question you thought

**Errata Sheet**

**Caption:** *In re Customs & Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation*, Master Docket No. 18-md-2865 (LAK)

**Witness:** Max F. Hayden

**Deposition Date:** April 13, 2022

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 17:11 | That's my understanding, yes. | That's my understanding to the extent you understand this "case" to mean the action brought by SKAT against ED&F and others in England. | Clarification |
| 19:2-3 | reflective on the contracts to sign to that end. | reflected on the contracts designed to that end. | Transcription Error |
| 20:24 | sent | set | Transcription Error |
| 21:5-6 | ex-div and ex-dividend date | ex-date and ex-dividend date | Correction |
| 23:3 | extant period | ex-dividend period | Transcription Error |
| 23:20-21 | settlement date, prior settlement date. | settlement date prior to record date. | Transcription Error |
| 25:1-3 | That in parts of my report I have used the term cum-ex specifically for the transactions that have those attributes. | In parts of my report I have used the term cum-ex specifically for the transactions that have those attributes, because that is how Mr. Wade uses the term. | Clarification |
| 25:22 | No. Everything is in my report. | No. Everything is in my report as concerns Mr. Wade's first report dated December 31, 2021. To the extent there are additional opinions expressed in Mr. Wade's subsequent reports, particularly in his February 28, 2022 report which responded to my February 1, 2022 report, I | Clarification |

| Page/Line | Now Reads | Should Read | Reason for Change |
|-----------|-----------|-------------|-------------------|
| | | may have additional opinions or reactions to those materials. | |
| 29:8-9 | I don't have any opinions to add to that, no. | I don't have any written opinions to add to that, no. | Clarification |
| 29:22-23 | I haven't been asked to reply to that report, either. | I haven't been asked to produce a written report that replies to that report, either. | Clarification |
| 32:19 | engaged him | engaged in | Transcription Error |
| 32:25-33:1 | I received references in that reports that Mr. Wade's used, so documents. | I received Mr. Wade's report and the documents that he either cited in his report or listed as having considered. | Clarification |
| 33:3-9 | If there was anything else that I didn't receive, which was either in that report at the time that it wasn't passed to me or, indeed, I acquired additional information around questions I had, then I passed them through Binder and K&L Gates to supply that to me. | If there was anything that I didn't receive, including materials that were either referenced in Mr. Wade's report or that I felt would be helpful to answer other questions I had, then I asked Binder and K&L Gates to supply those additional materials to me. | Clarification |
| 33:18, 24 | Adam Wall | Adam Piper | Correction |
| 34:2, 34:15 | Mr. Wall | Mr. Piper | Correction |
| 34:18 | attained | obtained | Transcription Error |
| 35:4 | No, only these. | No, only the documents that you sent to me. | Clarification |
| 36:3-4 | stop loan | stock loan | Transcription Error |
| 36:18-20 | so I haven't been involved with dividend arbitrage directly in my career but from a structuring perspective, | but I haven't been involved with dividend arbitrage directly in my career from a structuring perspective, | Clarification |
| 38:10 | Are the reasons | Are there reasons | Transcription Error |
| 40:25-41:1 | describes how their investment strategy and decisions was followed and came about | describes how their investment strategy and decisions came about and were followed | Clarification |
| 41:2 | you what | you from what | Transcription Error |
| 41:15 | the starts of transactions | the types of transactions | Transcription Error |
| 41:21 | to market | what market | Transcription Error |

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 56:6 | Hayden | Oxford | Transcription Error |
| 64:7 | in part of | a part of | Transcription Error |
| 65:9 | IFC | DIFC | Transcription Error |
| 66:18 | as if | as to whether | Clarification |
| 66:18-20 | tact | tactic | Correction |
| 69:19-20 | Well, they're very different, so I would say no. | Well, they're very different, so I would say they wouldn't have suffered from the same flaws. | Clarification |
| 69:24 | brokering | brokerage | Transcription Error |
| 72:1 | 2019 | 2020 | Correction |
| 72:8 | operation-related | operational-related | Transcription Error |
| 72:21-22 | shown in the | discovered | Correction |
| 72:23 | cover up their sales | cover their sales | Transcription Error |
| 73:8-9 | which was the ones | which were the ones | Transcription Error |
| 74:1 | that is that | this is that | Transcription Error |
| 74:2 | from accounts | accounts | Correction |
| 74:15 | through human hands or operations person | through the human hands of an operations person | Transcription Error |
| 75:5-6 | I've seen the reconciliations.  Faxes were produced | I've seen the reconciliations that were produced | Transcription Error |
| 80:13-14 | moment, and then I corrected myself, but | moment, but | Correction |
| 83:3 | what | when | Transcription Error |
| 94:15 | the | a | Transcription Error |
| 94:21 | paying | dividend paying | Correction |
| 94:22 | the party who sold the shares | a party who sold shares | Correction |
| 103:13 | calls | pools | Transcription Error |
| 107:23 | is | there is | Transcription Error |
| 108:1 | it has crossed, it has | it has | Correction |
| 108:3 | LSC | LSE | Transcription Error |
| 110:25-111:1 | as a party ex-dividend shares, one, I won't | as a counterparty ex-dividend shares from someone else, I won't | Correction |
| 112:11 | trade-on-trade date | trade, on the trade date, | Transcription Error |
| 114:1 | so; | so, | Transcription Error |
| 114:4 | have paid for them | paid for | Clarification |
| 118:14 | rights | right | Transcription Error |
| 123:3 | it | its | Transcription Error |
| 125:6 | purchasing | purchasing pension | Correction |
| 125:17 | G | the | Transcription Error |

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 127:17-18 | the pension plans that purchased | the pension plans purchased | Clarification |
| 129:11 | "However, | "However," | Transcription Error |
| 129:17 | trade date," would | trade date, would | Transcription Error |
| 131:9 | EZMA's | ESMA's | Spelling Error |
| 132:21 | issuances | issuance | Correction |
| 132:22 | subsequent | the consequent | Transcription Error |
| 132:24 | actually having | having actually | Correction |
| 133:13 134:12 134:19 165:21 322:18 | EZMA's | ESMA's | Spelling Error |
| 133:22-23 | "ESMA rights. Those | ESMA writes, "Those | Transcription Error |
| 133:25 | transfer, either | transfer (either | Transcription Error |
| 134:1 | lending, | lending) | Transcription Error |
| 134:4 | paperwork, including tax certificates | the paperwork (including tax certificates) | Transcription Error |
| 134:21-22 | it ESMA as read | the ESMA document as read | Correction |
| 135:8 | expertise | that expertise | Correction |
| 136:14 | that's involved | that includes | Correction |
| 137:17 | 2019 | 2020 | Correction |
| 138:12 | and really understand | and I really need to understand | Transcription Error |
| 155:10 | final | fund | Transcription Error |
| 155:11 | expectation. There's | expectation there's | Transcription Error |
| 158:10 | Dubai | (Dubai) | Transcription Error |
| 158:11 | or an | or | Transcription Error |
| 159:3 | to the fact | in fact | Correction |
| 159:23 | "of sufficient number of shares" | of a sufficient number of shares | Transcription Error |
| 161:23 | reflected | reflective | Transcription Error |
| 162:1 | So for – effectively | So to effectively | Clarification |
| 162:5 | independenter dealer-brokers | interdealer-brokers | Transcription Error |
| 165:2-4 | That was one paragraph, the context of that. I would need to go through | That was one paragraph. To understand the context of that, I would need to go through | Clarification |
| 168:12 | depositions | dispositions | Transcription Error |
| 171:4 | do know that what | do not know what | Transcription Error |
| 172:25-173:1 | like, "These are my settlements," | like internalized settlements | Transcription Error |

4

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 173:6 | buying; it | buying that | Transcription Error |
| 176:19 | annex dividend | an ex-dividend | Transcription Error |
| 177:8 | annex dividend | an ex-dividend | Transcription Error |
| 182:17 | trade specifications | specification | Correction |
| 182:25 | the | a | Transcription Error |
| 183:4 | expressed | express | Transcription Error |
| 183:22 | audit | order | Transcription Error |
| 184:9 | fellow | fund | Transcription Error |
| 191:9 | trade. 1 | trade, I | Transcription Error |
| 194:4 | ED&F the | ED&F, the | Transcription Error |
| 193:21 | Gavin | Good afternoon | Transcription Error |
| 198:25 | had | add | Transcription Error |
| 199:13 | that to ensure the | as to ensure that the | Transcription Error |
| 199:15 | effects." | effect." | Transcription Error |
| 200:9 | above for | on behalf of | Transcription Error |
| 200:11 | specialist's | specialist | Transcription Error |
| 200:23 | customer, after which they provided. | customer, which they provided upon conclusion of the transaction. | Clarification |
| 201:7 | controlled P&L | P&L | Correction |
| 201:16 | confident communication | confidential communications | Transcription Error |
| 205:10 | Whitehead | Wade | Transcription Error |
| 207:17-19 | I wasn't aware of how it concluded. I think more than being informed that he was going to a court case in Germany. | I wasn't aware of how it concluded, I think, more than being informed that he was going through a court case in Germany. | Transcription Error |
| 207:22 | note | no | Transcription Error |
| 208:5 | reapplies | replies | Transcription Error |
| 208:7 | good | looking good | Correction |
| 208:11 | Sorry, at the back… | "Sorry about the back…" | Transcription Error |
| 210:6, 19, 21, 25 211:3, 7 213:3, 4 216:6, 13 217:15, 23 218:4 221:9, 16, 25 222:3, 4, 12, 17, 24, 25 | Latesha | Lutetia | Spelling Error |

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 223:5, 11, 22 224:9, 16, 24 225:8, 23 234:20 235:18, 21 236:17 237:9, 10, 16, 19, 24, 25 238:2, 6, 7, 18, 25 287:10 | | | |
| 214:23 | 7071 | 70, 71 | Transcription Error |
| 214:25 | an, "ED&F | an ED&F | Transcription Error |
| 215:1 | Charlotte Woodward," | "Charlotte Woodward" | Transcription Error |
| 215:3, 4, 24 | Scofield | Schofield | Spelling Error |
| 216:22 | 151 pound million, 525,000 | 151,525,000 | Clarification |
| 217:18 | "Below please confirm trade dates." | "Please confirm below trades." | Correction |
| 219:9 | are | are in | Transcription Error |
| 220:9-12 | RBC, and again, I would have to check with them directly because I haven't. But you may have done, which | RBC—and again, I would have to check with them directly, because I haven't, but you may have done— which | Transcription Error |
| 225:18 | be June | be due | Transcription Error |
| 225:18 | is June | is due | Transcription Error |
| 226:2 | un-deliver | on-deliver | Transcription Error |
| 228:9 | Appendix C, Annex E trades | Appendix C Annex E Trades | Transcription Error |
| 228:9-10 | Appendix E/non-Annex E trades, | Appendix C Non-Annex E Trades | Transcription Error |
| 229:1 | Osorry | Sorry | Spelling Error |
| 232:23 | that, "IDBs | that IDBs | Transcription Error |
| 233:1 | nothing." | nothing. | Transcription Error |
| 233:20 | appropriate | inappropriate | Transcription Error |
| 234:24-25 | Luther Chair | Lutetia | Spelling Error |
| 236:15 | "In | in | Transcription Error |
| 237:5-7 | So it was ED&F see themselves, Latesha, as their ultimate counter-party, | So ED&F themselves see Lutetia as their ultimate counterparty because they can't see through them to | Clarification |

6

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| | because they can't see through them. | whomever Lutetia may be acting on behalf of. | |
| 240:7-8 | ERISA principle | riskless principal | Transcription Error |
| 244:17 | is | are | Clarification |
| 244:20 | Oon Oa | on a | Transcription Error |
| 245:8 | fine-level rational | financially rational | Transcription Error |
| 247:9-10 | council directive 2011 16 EU | Council Directive 2011/16/EU | Transcription Error |
| 251:3 | extremely difficult to obtain | extremely difficult | Clarification |
| 252:9-10 | Appendix C, Annex E | Appendix C Annex E, | Transcription Error |
| 252:10 | Appendix C, non-Annex E | Appendix C Non-Annex E, | Transcription Error |
| 253:20 | it | he | Clarification |
| 255:10 | isn't a book of business transactions | is a book of business where transactions | Transcription Error |
| 257:17 | certainty | certainly | Transcription Error |
| 259:6 | others, | "Other," | Transcription Error |
| 261:14 | Page | Trade | Transcription Error |
| 268:14-15 | The ex date drops at the time of the market. | The market drops at the time of ex date. | Correction |
| 268:18 | exchange is to | exchange | Correction |
| 269:25 | holders, 73 percent | holders with 73 percent | Correction |
| 270:25 | and | end | Transcription Error |
| 273:4-6 | But the consumer being these specialist funds all have – because they're trading in the market, | But the consumer, these specialist funds, are trading in the market, | Clarification |
| 276:10 | Euro Clear | Euroclear | Spelling Error |
| 277:13-15 | that they internalized settlements, was happening in the books of custodians. | that internalized settlements were happening in the books of custodians. | Clarification |
| 277:17 | settlements | settlement | Spelling Error |
| 277:25 | can | can't | Transcription Error |
| 279:8 | knowing | knows | Correction |
| 279:12 | counter-parties | central counter-parties | Correction |
| 280:19 | that high-frequency | that if the high-frequency | Transcription Error |
| 284:12 | in | within | Transcription Error |
| 284:13 | in | on | Transcription Error |
| 284:18 | And then | And | Correction |
| 286:1 | release of shares | reuse of the shares | Transcription Error |
| 288:12 | straight | their | Transcription Error |
| 288:21 | is a | the | Transcription Error |
| 289:16 | in stock | in and stock | Transcription Error |

7

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 290:4 | settles | settled | Transcription Error |
| 290:12 | Adam Wall | Andrew Wall | Correction |
| 290:14-21 | But a conversation I would expect to have about a person in settlements that is responsible for a depot and optimizes it would be very well-versed in the devices and functions that would be required for them to meet their target of not having any fails and to not lose too much money to fund that process through the settlement day. | But that's a conversation I would expect to have with a person in settlements—they are responsible for a depot and optimize it, and they would be very well-versed in the devices and functions that would be required for them to meet their target of not having any fails and to not lose too much money to fund that process through the settlement day. | Clarification |
| 291:16 | prevailed | prepared | Transcription Error |
| 291:17 | is the -- effectively | is effectively | Clarification |
| 293:25 | electronic | electronic form | Clarification |
| 296:13 | an nominee | a nominee | Spelling Error |
| 296:17 | we | would | Transcription Error |
| 299:24 | remitted | permitted | Transcription Error |
| 300:5 | and a | and the | Transcription Error |
| 300:15 314:13 | marketing claim | market claim | Transcription Error |
| 301:17 | does | do | Transcription Error |
| 301:22 | but | and | Clarification |
| 302:5 | is achieved settlements | actually settled | Transcription Error |
| 303:13 | obtaining a financing loan from them | obtaining financing from them | Clarification |
| 304:15 | seeing | showing | Transcription Error |
| 305:7-8 | it would not be a need to borrow | there would not be a need to borrow | Transcription Error |
| 312:16-19 | So from -- because the client has shorted, if that was the case, then there are the shorting -- they're either shorting, because they don't short it. | So because the client has shorted, ED&F will see that the client is short as they don't have the stock. | Clarification |
| 313:22 | if there is shares | if there are shares | Transcription Error |
| 314:8-10 | of a client of you and I buying two sets of shares, but not essentially receiving both the ED&F's depots by settlement date, | of you and I buying two sets of shares, but not receiving both sets of shares into ED&F's depots by settlement date, | Clarification |

8

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 314:18 | So despite the fact that the shares | So the fact that the shares | Clarification |
| 314:19 | depot sum | depot to sum | Transcription Error |
| 320:3-4 | in respect to the record date | with respect to the record date | Correction |
| 320:7 | payment distribution | payment and distribution | Clarification |
| 320:14 | was that for on or before | was that on or before | Transcription Error |
| 321:17-18 | A day after the record date purchases. | A day after the record date generally. | Clarification |
| 322:12-13 | starting both cum-ex and cum-cum | starting, "Both Cum/Ex and Cum/Cum" | Transcription Error |
| 322:18 | cum-ex case, the | Cum/Ex case the | Transcription Error |
| 323:6 | No, I'm not aware of any other. | No, I'm not aware of any that would. | Transcription Error |
| 324:15 | the 6th March | the 6th of March | Transcription Error |
| 325:7 | of March 2014 | in March 2014 | Clarification |

I declare under penalty of perjury under the laws of the United States of America that I have read the entire transcript of my deposition taken in the above-captioned matter and the same is true and accurate, save and except for changes and/or corrections as indicated by me on the deposition errata sheet hereof, with the understanding that I offer these changes as if still under oath.

Executed this ⟨2⟩ day of May, 2022

Max F. Hayden