# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTERFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: All cases. | MASTER DOCKET<br><br>18-md-2865 (LAK)<br><br><br>**NOTICE OF ERRATA** |

**TO THE COURT AND ALL PARTIES TO THIS ACTION**:

Defendants and Third-Party Defendant hereby provide notice of errata and correction as follows.

- An incorrect version of Exhibit 39 to the Declaration of Nicholas S. Bahnsen (ECF No. 808-50) was filed on May 12, 2022. Attached hereto is the correct version of Exhibit 39. This version of Exhibit 39 is filed under seal, as explained in the accompanying letter motion to seal. *See* ECF No. 852.

- An incorrect version of Exhibit 73 to the Declaration of Nicholas S. Bahnsen (ECF No. 808-84) was filed on May 12, 2022. Attached hereto is the correct version of Exhibit 73.

- An incorrect version of Exhibit 17 to the Declaration of Alan Schoenfeld (ECF No. 823-18) was filed on June 15, 2022. Attached hereto is the corrected version of Exhibit 17.

- An incorrect version of Exhibit 18 to the Declaration of Alan Schoenfeld (ECF No. 823-19) was filed on June 15, 2022. Attached hereto is the corrected version of Exhibit 18.

Date: July 15, 2022                              Respectfully submitted,

                                                 */s/ Sharon L. McCarthy*
                                                 Sharon L. McCarthy