# Exhibit 17

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER DOCKET 18-MD-2865(LAK)
CASE NO. 18-CV-09797

_____
                                    )
IN RE:                              )
                                    )
CUSTOMS AND TAX ADMINISTRATION OF   )
THE KINGDOM OF DENMARK              )
(SKATTEFORVALTNINGEN) TAX REFUND    )
SCHEME LITIGATION                   )
                                    )
_____)


C O N F I D E N T I A L


REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
EXAMINATION OF
ROGER LEHMAN
VOLUME I
DATE: August 9, 2021




REPORTED BY:  MICHAEL FRIEDMAN, CCR

Page 58

1  prior exhibit, 3949, the last part of the
2  e-mail chain is Raj Shah telling you that
3  he's awaiting feedback from J.P. Morgan.
4            Do you see that?
5       A    Yeah.
6       Q    Okay.  So now if you turn to 3950,
7  which is an e-mail chain on July 9, 2012?
8       A    Yes.
9       Q    Raj Shah is asking for a call
10 regarding a quick update on Belgium.
11           Do you see that?
12      A    Yeah.
13      Q    Do you recall if you had a
14 conversation with Mr. Shah to get a quick
15 update on Belgium?
16      A    I do not.
17      Q    Do you recall ever hearing any
18 feedback from him that he received from
19 J.P. Morgan?
20      A    I do not.
21      Q    Can you turn to Exhibit 3951?
22           (Whereupon the above mentioned was
23      marked for Identification.)
24      Q    At the bottom of the first page
25 there's an e-mail from Ross McGill at

Page 59

1  GlobeTax.
2            Do you know who that is?
3       A    Yes.
4       Q    What was Mr. McGill's role at
5  GlobeTax during that time?
6       A    I believe he was -- him and
7  Carol Ann also on the e-mail were research.
8  They were in the research department at
9  GlobeTax.
10      Q    What kind of things would they be
11 researching?
12      A    I think market changes, if certain
13 countries -- I don't know, if they made a
14 treaty, or if they developed a reclaim
15 process, processes changed, et cetera.
16      Q    Okay.
17      A    It might have also been sales.  I'm
18 not sure, though.
19      Q    At the beginning of the e-mail,
20 Mr. McGill says that he "had a conversation
21 with the folks in New York after our meeting.
22 If the shares in your omnibus account with
23 J.P. Morgan contained both longs and shorts
24 such that the net position is roughly
25 neutral, then there is no reclaim to the

Page 60

1  Belgian tax authorities lawfully possible."
2            Were you one of the folks in
3  New York that met on this issue?
4       A    No.
5       Q    The reference to the omnibus
6  account at J.P. Morgan, do you know what that
7  is a reference to?
8            MR. LOPICCOLO:  Objection to form.
9       A    I don't know, but I would assume he
10 means the Solo Capital omnibus account at
11 J.P. Morgan.
12      Q    Do you recall that GlobeTax
13 informed Solo Capital that if they had longs
14 and shorts that netted out in their omnibus
15 account, then there could not be a tax
16 reclaim application lawfully submitted?
17      A    No.  I also was not on this e-mail.
18      Q    You were the person at GlobeTax
19 responsible for helping Solo Capital submit
20 the reclaims to Belgium.
21           Is that right?
22      A    If that happened, yes, I would
23 think that was my responsibility to do the
24 paperwork.
25      Q    Would you have been informed that

Page 61

1  it was GlobeTax's position that if
2  Solo Capital had longs and shorts that netted
3  out, it could not seek reclaims for its
4  customers?
5            MR. LOPICCOLO:  Objection to form.
6       A    I don't remember, and would it have
7  been the case?  No, not necessarily.
8       Q    If you turn to the second page and
9  look at the second-to-last paragraph?
10      A    From an ongoing perspective?
11      Q    Yes.
12      A    (Witness reviewing.)
13           Okay.
14      Q    Mr. McGill is saying that "GlobeTax
15 needs to know if the dividend that's being
16 paid is manufactured so we can exclude such
17 items from any claim activity."
18           Do you know what the reference to
19 "manufactured" payment of a dividend is?
20           MR. LOPICCOLO:  Objection to form.
21      A    No.
22      Q    Was it your understanding at the
23 time that it was GlobeTax's position that if
24 the dividend was -- that was paid was
25 manufactured, it would have to be excluded

Page 74

1           Is that right?
2       A    I don't remember.  I think there
3   were some that did and some that didn't, if I
4   had to guess.
5       Q    It was also your understanding,
6   when the custodian was providing the dividend
7   credit advice concerning the applicant's
8   ownership, that that was a reference to a
9   long position.
10          Is that right?
11      A    Yes.
12      Q    If you turn to the last page,
13  there's some information about Austria.
14          Do you see that towards the bottom,
15  there's three asterisks where it says, "In
16  2011 to 2012, Austria was a very popular
17  market for big positions for UAE investors,
18  U.S. and EU pensions for exemption?"
19      A    Yes, I see that.
20      Q    Do you know why Austria was a very
21  popular market for big positions for those
22  applicants?
23           MR. LOPICCOLO:  Objection to form.
24      A    No.
25      Q    Below that, it says, "Big

Page 75

1   Investors," and it identifies a number of
2   investors.  The first one is Duet Mena,
3   M-E-N-A.
4           Are you familiar with that entity?
5       A    Reading it, yes, I remember it.  I
6   don't remember -- I mean, I can conclude from
7   this that they invested in Austria.
8           But aside from that, I don't
9   remember who or any details other than the
10  name and what I see here.
11      Q    Do you have any information about
12  Duet applying for reclaims in other
13  countries?
14      A    No.
15      Q    Do you have any information about
16  Duet participating in any way for
17  other -- withdrawn.
18          Do you have any information about
19  Duet participating in any way in connection
20  with U.S. pension plans seeking reclaims from
21  Denmark?
22      A    No.  If it's not in an exhibit, I
23  don't remember anything about it.
24      Q    Later, later in the list, there's a
25  reference to "Sander/Gerber."

Page 76

1           Do you know what that refers to?
2       A    Again, same.  I don't know anybody
3   there, and I don't know anything more than
4   what you see here.
5       Q    Then, the last one in the group, it
6   says, "ED&F Man clients."
7           What, if anything, did you know
8   about ED&F Man clients seeking reclaims for
9   withheld tax?
10      A    Just what you see here.  And they
11  would have been the custodian, so maybe I'm
12  pointing out that it was their clients,
13  rather than the rest of the list, which
14  looked like mostly beneficial owners.
15      Q    Okay.  Do you have any information
16  in connection with ED&F Man clients seeking
17  reclaims from Denmark?
18      A    No.
19      Q    Can you turn to Exhibit 3953?
20          (Whereupon the above mentioned was
21      marked for Identification.)
22      Q    This is an e-mail from you to
23  Raj Shah and Sanjay Shah on January 24, 2013.
24  And the first thing you do is to note that
25  you have attached some notes concerning

Page 77

1   Austria, Belgium, and Denmark.
2           Do you see that?
3       A    (Witness reviewing.)
4           Yes.
5       Q    Why were you providing notes to
6   Sanjay Shah and Raj Shah regarding dividend
7   tax reclaims for Austria, Belgium, and
8   Denmark?
9       A    I believe it would have been
10  because they -- I was joining their company,
11  and they asked for the information.  So I
12  would have assumed they had clients who owned
13  stock in those countries.
14      Q    When you say you were "joining
15  their company," the e-mails of January 24,
16  2013, which company were you joining of
17  theirs?
18      A    Like I said, I think because of my
19  concerns about my non-compete with GlobeTax,
20  I wanted -- I was worried about that.  So the
21  solution was to join FGC to learn a little
22  bit more about financial markets, et cetera.
23          But again, like I said, I did keep
24  lines of communication to a few of the guys
25  at Solo Capital during my time there.

Page 254

1  day longer than the standard settlement terms
2  of Danish securities?
3      A    I do not remember.  I would have
4  guessed it was T plus 3.
5      Q    Okay.  Do you have any
6  understanding -- withdrawn.
7           To the extent that the purchases of
8  equities were done, on settlement terms, one
9  day longer than the standard in Denmark, did
10 you have any understanding of why that was
11 the case?
12          MR. LOPICCOLO:  Objection to form.
13     A    No.
14     Q    There was quite a number of
15 transactions in the account statement that
16 we're looking at.
17          Were each of these executed in
18 similar fashion to the Novo Nordisk trades we
19 just discussed?
20     A    I would say so, yes.
21     Q    Okay.  Do you know if the -- using
22 the Novo Nordisk trades that we just
23 discussed, the purchase, the stock loan, and
24 the forward transaction, were those unwound
25 at some point in time?

Page 255

1      A    Yes.
2      Q    Okay.  And would it be a similar
3  pattern, but just the opposite sides of the
4  trades at some point in the future?
5      A    Yes.
6      Q    For the unwinding of the trades,
7  would Mark Paterson also provide the details
8  to you for how to execute the trades?
9      A    Yes.
10     Q    Do you know what a "short sale" is?
11     A    Yes.
12     Q    What is your understanding?
13     A    It's when you let -- borrow a stock
14 and sell it to -- because you think it's
15 going to go down in price.
16     Q    Okay.  So a short seller does not
17 have a long position in the stock?
18     A    Right.
19     Q    And was it your -- did you have any
20 understanding, when you were purchasing
21 equities for the Valerius plan, whether the
22 sellers were long or short?
23     A    No.  I think you'd have to get that
24 clarification from the broker because --
25 right.  I would have no way of knowing.

Page 256

1           I requested to buy shares and
2  that's a long.
3      Q    Did you have any conversations with
4  Sanjay Shah or Priyan Shah about whether the
5  sellers were short or long as part of these
6  trades?
7      A    No.
8      Q    Can you turn to Exhibit 2212?
9      A    (Witness reviewing.)
10     Q    Have you seen this diagram before?
11     A    I have not.
12     Q    You see at the bottom there's the
13 Bates stamp that we've been looking at, and
14 this one says "Elysium?"
15     A    Yes, I see the word "Elysium."
16     Q    Is that a name familiar to you?
17     A    I have heard it before, yes.
18     Q    Is that -- was that an entity
19 associated with Sanjay Shah?
20     A    I believe so, yes.
21     Q    Do you know anything more about it?
22     A    Honestly, I don't remember anything
23 about Elysium other than -- you know, that it
24 was affiliated with Sanjay Shah.
25     Q    Did the Valerius pension plan

Page 257

1  transact in Belgian securities as well as
2  Danish securities?
3      A    To the best of my knowledge, they
4  did.
5      Q    Did the Valerius plan also submit
6  refund applications to Belgium?
7      A    To the best of my knowledge, they
8  did, yes.
9      Q    Was the trading structure the same
10 as what we've gone through today, other than
11 using Belgian securities?
12     A    I believe so, for the most part.
13     Q    Can you turn to Exhibit 3996?
14          (Whereupon the above mentioned was
15     marked for Identification.)
16     A    Okay.
17     Q    This exhibit consists of reclaim
18 applications made by the Valerius pension
19 plan to SKAT in Denmark.
20          Taking the first one, which is
21 approximately the first eight, ten pages or
22 so, did you see this -- these applications
23 prior to them being submitted to SKAT?
24     A    (Witness reviewing.)
25          I do not know.  I think you have to

```
 1                  C E R T I F I C A T E
 2
 3            I, MICHAEL FRIEDMAN, a Certified Court
 4   Reporter and Notary Public, qualified in and for
 5   the State of New Jersey do hereby certify that
 6   prior to the commencement of the examination ROGER
 7   LEHMAN was duly sworn by me to testify to the truth
 8   the whole truth and nothing but the truth.
 9            I DO FURTHER CERTIFY that the foregoing
10   is a true and accurate transcript of the testimony
11   as taken stenographically by and before me at the
12   time, place and on the date hereinbefore set forth.
13            I DO FURTHER certify that I am neither a
14   relative of nor employee nor attorney nor counsel
15   for any of the parties to this action, and that I
16   am neither a relative nor employee of such attorney
17   or counsel, and that I am not financially
18   interested in the action.
19
20                   _____
21
22                   MICHAEL FRIEDMAN, CCR of the
23                   State of New Jersey
24                   License No:  30XI00228600
25                   Date:  August 10, 2021
```

Page 281

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER DOCKET 18-MD-2865(LAK)
CASE NO. 18-CV-09797

```
_____
                                       )
IN RE:                                 )
                                       )
CUSTOMS AND TAX ADMINISTRATION OF      )
THE KINGDOM OF DENMARK                 )
(SKATTEFORVALTNINGEN) TAX REFUND       )
SCHEME LITIGATION                      )
                                       )
_____)
```

C O N F I D E N T I A L
SUBJECT TO THE PROTECTIVE ORDER

REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
EXAMINATION OF
ROGER LEHMAN
VOLUME II
DATE: August 10, 2021

REPORTED BY:  MICHAEL FRIEDMAN, CCR

Page 310

1        MR. LOPICCOLO:  Objection to form.
2     A    If I had not received an opinion
3  until after 2015, I agree.  It could not have
4  given me comfort in 2015.
5     Q    Are you sure -- having looked at
6  this e-mail, are you sure you received a tax
7  opinion from Skadden Arps?
8     A    That, I am sure of, yes.
9     Q    You mentioned yesterday that when
10 your plans purchased Danish securities, you
11 were not aware of who the sellers of the
12 securities were.
13       Is that right?
14    A    That's right.
15    Q    Do you know if there was any deal
16 or agreement made with the sellers of the
17 securities to split any profits from the
18 refunds that were received?
19       MR. LOPICCOLO:  Objection to form.
20    A    No.
21    Q    Did you ever have any conversations
22 with anyone at Solo Capital about any kind of
23 deal like that?
24    A    No.
25    Q    You also mentioned yesterday that

Page 311

1  you had some apartments in New York City?
2     A    Yes.
3     Q    How many apartments did you have in
4  New York City from 2013 to 2015?
5     A    I moved, I think, yearly.
6  But -- so maybe one in '13 and one in '14 and
7  one in '15.
8     Q    Okay.  But not multiple apartments
9  at one time?
10    A    No.
11    Q    Did you share an apartment at any
12 time with Sanjay Shah?
13    A    Yes.  At one point, we got an
14 apartment, and I believe signed the lease
15 together, although he rarely, if ever, stayed
16 there.
17    Q    Where was that apartment located?
18    A    On 21st Street and Park Avenue
19 South.
20    Q    Do you recall the number of the
21 building?
22    A    I think 49 East 21st Street, but
23 I'm not positive.
24    Q    How long did you have that
25 apartment with Mr. Shah?

Page 312

1     A    One year.
2     Q    Do you recall what period of time
3  that was?
4     A    No.
5     Q    Who paid the rent?
6     A    I believe he did.
7     Q    Are you aware that Sanjay Shah and
8  Mark Paterson have been criminally indicted
9  in Denmark and Germany?
10    A    I believe I was aware that they
11 were indicted in Denmark.
12    Q    Have you spoken to Sanjay Shah
13 about that indictment?
14    A    Definitely not.
15    Q    Have you spoken to Mark Paterson
16 about the indictment?
17    A    No.
18    Q    Do you have any concerns about
19 whether the trading program that you were
20 involved with was a legitimate trading
21 program?
22       MR. LOPICCOLO:  Objection to form.
23    A    No.  In fact, after my several days
24 of interview with SOIK, the criminal division
25 of, I think, the plaintiff here, the Kingdom

Page 313

1  of Denmark, they gave me a letter saying that
2  there will be no criminal proceedings against
3  me.
4        And they provided the reasoning
5  that I would -- they do not believe I could
6  possibly be found guilty of fraud.
7     Q    All right.  So my question was:  Do
8  you have any concerns that the trading itself
9  was legitimate?
10    A    No.  I never saw or heard anything
11 to make me concerned.
12    Q    The criminal indictment of Mr. Shah
13 doesn't raise any questions in your mind?
14       MR. LOPICCOLO:  Objection to form.
15    A    Whether it does or doesn't, I've
16 never seen any facts or heard any facts to
17 make me concerned.
18    Q    Are you familiar with the company,
19 Tradition Securities?
20    A    Yes.
21    Q    Did there come a time when you
22 assisted employees of Tradition in onboarding
23 at Solo Capital?
24    A    Sorry.  Somebody beeped right when
25 you were saying that.

Confidential - Subject to The Protective Order
Roger Lehman - August 10, 2021

Page 518

1           C E R T I F I C A T E
2
3           I, MICHAEL FRIEDMAN, a Certified Court
4    Reporter and Notary Public, qualified in and for
5    the State of New Jersey do hereby certify that
6    prior to the commencement of the examination ROGER
7    LEHMAN was duly sworn by me to testify to the truth
8    the whole truth and nothing but the truth.
9           I DO FURTHER CERTIFY that the foregoing
10   is a true and accurate transcript of the testimony
11   as taken stenographically by and before me at the
12   time, place and on the date hereinbefore set forth.
13          I DO FURTHER certify that I am neither a
14   relative of nor employee nor attorney nor counsel
15   for any of the parties to this action, and that I
16   am neither a relative nor employee of such attorney
17   or counsel, and that I am not financially
18   interested in the action.
19
20          _____
21
22          MICHAEL FRIEDMAN, CCR of the
23          State of New Jersey
24          License No: 30XI00228600
25          Date: August 11, 2021