UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION

MASTER DOCKET

18-md-02865-LAK

This document relates to:     All cases.

# MOTION FOR THE ISSUANCE OF AN ORDER PROHIBITING THE DEPOSITION OF NIGEL RACKHAM

PLEASE TAKE NOTICE that the undersigned Lead Counsel for the defendants in the above-captioned matter (collectively, "Defendants"), will apply before the Honorable Lewis A. Kaplan of the Southern District of New York at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a time and date to be determined by the Court, for an order pursuant to Rules 16, 26, and 37 of the Federal Rules of Civil Procedure, as well as pursuant to the Court's inherent authority, for the issuance of an order prohibiting Plaintiff Skatteforvaltningen from deposing Nigel Rackham, or, in the alternative, excluding from evidence in this matter any testimony from such a deposition.  In support of this motion, Defendants rely upon the accompanying Memorandum of Law and Declaration of Nicholas S. Bahnsen dated August 5, 2021, and the exhibits attached thereto.

1

Dated: New York, New York
August 5, 2021

        Respectfully submitted,

        KOSTELANETZ & FINK, LLP

By:   /s/ Sharon L. McCarthy
      SHARON L. MCCARTHY
      7 World Trade Center, 34th Floor
      New York, New York 10007
      Tel:    (212) 808-8100
      Fax:   (212) 808-8108
      smccarthy@kflaw.com

*Attorneys for Defendants John van Merkensteijn, III, Elizabeth van Merkensteijn, Azalea Pension Plan, Basalt Ventures LLC Roth 401(K) Plan, Bernina Pension Plan, Bernina Pension Plan Trust, Michelle Investments Pension Plan, Omineca Pension Plan, Omineca Trust, Remece Investments LLC Pension Plan, Starfish Capital Management LLC Roth 401(K) Plan, Tarvos Pension Plan, Voojo Productions LLC Roth 401(K) Plan,Xiphias LLC Pension Plan*


WILMER CUTLER PICKERING
 HALE AND DORR LLP

By:   /s/ Alan E. Schoenfeld
      ALAN E. SCHOENFELD
      7 World Trade Center
      250 Greenwich Street
      New York, NY 10007
      Telephone: (212) 230-8800
      alan.schoenfeld@wilmerhale.com

*Attorneys for Defendants Richard Markowitz, Jocelyn Markowitz, Avanix Management LLC Roth 401(K) Plan, Batavia Capital*

*Pension Plan, Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries LLC Roth 401(K) Plan, RJM Capital Pension Plan, RJM Capital Pension Plan Trust, Routt Capital Pension Plan, Routt Capital Trust*