# Exhibit 2

| | |
|---|---|
| **From:** | Smith, Dustin |
| **To:** | alan.schoenfeld@wilmerhale.com; Bryan Skarlatos; Nicholas Bahnsen; Eric Smith; Sharon McCarthy; "David Goldberg"; john.blessington@klgates.com; "Brandon Dillman"; John Hanamirian; Aaron Esman; Zhanna Ziering; Hooper, Ross; Martin Kaplan; Kari Parks; mrice@kaplanrice.com; Neil Binder; Greg Pruden; sst@lawtoll.com; sandrews@wc.com; amckinlay@wc.com; tdewey@dpklaw.com; dpengo@dpklaw.com; espiro@maglaw.com; gfriedman@lswlaw.com; rpees@akingump.com; mtremonte@shertremonte.com |
| **Cc:** | Oxford, Neil; Harbus, Carolyn |
| **Subject:** | SKAT: Examination of Nigel Rackham |
| **Date:** | Monday, November 15, 2021 8:18:37 AM |

Counsel,

The examination of Nigel Rackham, Special Administrator of Solo Capital Partners LLP and Administrator to the Associated Entities, pursuant to the Order of the High Court of Justice Queens Bench Division dated July 8, 2021 has been scheduled for November 22, 2021 at 7:00a.m EST.  Please let us know if you intend to attend. Thanks.

-Dustin


**Dustin P. Smith** | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor | New York | NY 10004-1482
Office +1 (212) 837-6126 | Cell +1 (917) 324-9035 | Fax +1 (212) 299-6126

dustin.smith@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.