# Exhibit 4

| | |
|---|---|
| **From:** | Dulberg, Andrew S. |
| **To:** | dustin.smith@hugheshubbard.com; Weinstein, Marc A.; Maguire, Bill; McGoey, John |
| **Cc:** | Sharon McCarthy; Nicholas Bahnsen; Schoenfeld, Alan E; Lichtenstein, Julia P |
| **Subject:** | RE: SKAT: Examination of Nigel Rackham |
| **Date:** | Thursday, November 18, 2021 1:27:50 PM |

Counsel:

Please confirm that to the extent SKAT has received productions of documents in response to any Hague Convention process, SKAT has re-produced all documents to the Defendants.

Separately, please let us know who we should serve with any cross-notice of deposition of Mr. Rackham.

Regards,

Drew

**Andrew S. Dulberg | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6352 (t)
+1 617 526 5000 (f)
andrew.dulberg@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.