# Exhibit 5

| | |
|---|---|
| **From:** | Oxford, Neil |
| **To:** | Alan E Schoenfeld; Nicholas Bahnsen; Kari Parks; John Hanamirian |
| **Cc:** | Smith, Dustin; Harbus, Carolyn |
| **Subject:** | Solo Administrator examination |
| **Date:** | Wednesday, December 1, 2021 11:04:35 PM |

Counsel,

Due to delays in obtaining documents from the Administrators, this examination will no longer be possible on December 3. We are re-arranging for December 10 and will confirm.

Best,

Neil

**Neil Oxford** | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor |  New York | NY 10004-1482
Office +1 (212) 837-6843 | Cell +1 (646) 709-1424 | Fax +1 (212) 299-6843

neil.oxford@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.