# Exhibit 7

| | |
|---|---|
| **From:** | carolyn.harbus@hugheshubbard.com |
| **Sent:** | Wednesday, December 8, 2021 10:11 PM |
| **To:** | jmh@hanamirian.com; tmurphy@binderschwartz.com; sandrews@wc.com; brandon.dillman@klgates.com; kwang@kaplanrice.com; Nicholas Bahnsen; Sharon McCarthy; amckinlay@wc.com; gpruden@binderschwartz.com; rachel.craft@wilmerhale.com; kparks@gusraekaplan.com; ddalia@pllawfirm.com; lopiccolo@pllawfirm.com; hooper@sewkis.com; sst@lawtoll.com; Daniel Davidson; smullen@dpklaw.com; Eric Smith; zhanna.ziering@mooretaxlawgroup.com; mprutting@kaplanrice.com; Caroline Ciraolo; mkaplan@gusraekaplan.com; dpegno@dpklaw.com; espiro@maglaw.com; mtremonte@shertremonte.com; Juliet Fink; alan.schoenfeld@wilmerhale.com; tdewey@dpklaw.com; gfriedman@lswlaw.com; david.goldberg@katten.com; david.fine@klgates.com; Bryan Skarlatos; michael.bongiorno@wilmerhale.com; michael.rosensaft@katten.com; john.gavin@klgates.com; allison.stoddart@wilmerhale.com; wschwartz@binderschwartz.com; hyland@sewkis.com; rpees@akingump.com; nbinder@binderschwartz.com; Aaron Esman; john.blessington@klgates.com; poulos@pllawfirm.com; lmt@hanamirian.com; michael.creta@klgates.com; julia.pilcer@wilmerhale.com; mrice@kaplanrice.com; aestevao@shertremonte.com; andrew.dulberg@wilmerhale.com |
| **Cc:** | neil.oxford@hugheshubbard.com; marc.weinstein@hugheshubbard.com; dustin.smith@hugheshubbard.com |
| **Subject:** | SKAT: Examination of Nigel Rackham |



# carolyn.harbus@hugheshubbard.com sent you a secure message

**Access message**

Counsel,

Please find attached the bundle of documents to be referenced during the examination of Nigel Rackham, Special Administrator of Solo Capital Partners LLP and Administrator to the Associated Entities. Please let me know if you have any difficulty accessing the files. The password is: J7rJ@2021.y

Best,
Carolyn

Secured by **Kiteworks**

⏰ Attachments expire on Dec 16, 2021

📄 **7 compressed files**
42_Solo - Bank Statements_Lloyds.zip, 42_Solo - Bank Statements_RBS.zip, 42_Solo - Bank Statements_Soc Gen.zip, 42_Solo - Bank Statements_Varengold.zip, 42_Solo - Bank Statements_Solo Barclays.zip, 43_Iron Mountain documents.zip, 44_Reed Smith documents – FCA correspondence.zip

This message requires that you sign in to access the message and any file attachments.