Exhibit 9



Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Neil Oxford
Partner
Direct Dial: +1 (212) 837-6843
Direct Fax: +1 (212) 299-6843
neil.oxford@hugheshubbard.com

July 19, 2022

BY EMAIL

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
KaplanNYSDChambers@nysd.uscourts.gov

Re:    *In Re: Customs and Tax Administration of the Kingdom of Denmark
(Skatteforvaltningen) Tax Refund Scheme Litigation, 18-md-2865(LAK)*

Dear Judge Kaplan,

We write on behalf of plaintiff Skatteforvaltningen ("SKAT") to provide the Court with a copy of the decision issued by the Zurich District Court on April 12, 2022 (the "Ruling") with respect to the Letter Rogatory issued by this Court to the Zurich District Court on October 20, 2020 (*see* Memo Endorsement for Issuance of Letters Rogatory, No. 18-md-2865, ECF No. 487). The Ruling effectively implements the decision issued by the Zurich Cantonal Court of Appeals on August 23, 2021, conveyed to the Court by email on October 6, 2021, ordering Société Générale SA, Zurich to produce certain documents in response to the Court's Letter Rogatory. SKAT has yet to receive any documents from Société Générale SA, Zurich but remains engaged with the production process in the Zurich District Court.

On June 29, 2022, we received a request from the Zurich District Court that a German language copy of the Ruling be served on your chambers and the defendants in this matter. For the Court's convenience, we prepared a certified English translation of the Ruling, and enclose that now along with the original German language decision. By this letter, we are executing the Zurich District Court's request.

Sincerely,


*/s/ Neil J. Oxford*
Neil J. Oxford


Enclosures

cc:    (via email, with attachment)
       Alan Schoenfeld, Esq. (co-lead counsel for defendants)
       Sharon McCarthy, Esq. (co-lead counsel for defendants)
       Neil Binder, Esq. (counsel for third-party defendant ED&F)