**EXHIBIT B**



Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

July 8, 2022

BY EMAIL

Alan E. Schoenfeld
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
alan.schoenfeld@wilmerhale.com

   Re: In re Customs and Tax Administration of the Kingdom of Denmark
     <u>(Skatteforvaltningen) Tax Refund Scheme Litigation, 18-md-2865 (LAK)</u>

Dear Alan:

   On behalf of our client, Skatteforvaltningen ("SKAT"), we are sending you by Kiteworks documents Bates-stamped ELYSIUM-10569876 to ELYSIUM-10569957. This production contains documents obtained in SKAT's action pending before the Dubai International Financial Centre Courts against Elysium Global (Dubai) Limited and Elysium Properties Limited. The production also contains an overlay of documents.

   The materials produced via Kiteworks, Bates-stamped ELYSIUM-10569876 to ELYSIUM-10569957, are designated Confidential pursuant to the Revised Amended Stipulated Protective Order entered in the above-captioned matter on November 6, 2020. Because these files are being produced in native format, they are not individually stamped with their "Confidential" designation.

   We are also sending you by Kiteworks a production from the Special Administrators of Solo Capital Partners LLP and Administrators of the Associated Entities.[1] The production contains documents Bates-stamped SCPADMINISTRATORS_00062286 to SCPADMINISTRATORS_00062382.

---

1. Documents received from the Special Administrators of Solo Capital Partners LLP and Administrators of Solo Group (Holdings) Limited, Solo Group Services Limited, Old Park Lane Capital Limited, Telesto Markets LLP, and West Point Derivatives Limited (the "Associated Entities") pursuant to the July 8, 2021 Order issued in *Skatteforvaltningen (The Danish Customs and Tax Administration) v Avanix Management LLC & Others* [2021] EWHC QF 2021-007459 (QB) ¶ 8(h).

    The passwords for the productions will be sent by separate email.  If you have any questions, please contact me at 212-837-6710.

              Sincerely,

              *Valerie F Cahan*

              Valerie Cahan

cc:  All counsel of record, by email