**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to case nos.: 18-cv-04051;
18-cv-09840; 18-cv-09841; 18-cv-10098;
19-cv-01812; 19-cv-01866; 19-cv-01898.

MASTER DOCKET

18-md-2865 (LAK)

## DECLARATION OF MARC A. WEINSTEIN IN SUPPORT OF PLAINTIFF SKATTEFORVALTNINGEN'S NOTICE OF ERRATA

I, Marc A. Weinstein, an attorney duly admitted to practice law before the courts of the State of New York, hereby declare under penalty of perjury:

1.      Attached hereto as Exhibit 311 is a true and correct copy of bates-stamped document ELYSIUM-00389317.

2.      Attached hereto as Exhibit 312 is a true and correct copy of bates-stamped document AIG_00000624.

3.      Attached hereto as Exhibit 313 is a true and correct copy of bates-stamped document ED&F Man00001026.

4.      Attached hereto as Exhibit 314 is a true and correct copy of bates-stamped document AIG_00000604.

5.      Attached hereto as Exhibit 315 is a true and correct copy of bates-stamped document ED&F-00050166.

6.      Attached hereto as Exhibit 316 is a true and correct copy of bates-stamped document ED&F-00018041.

7.      Attached hereto as Exhibit 317 is a true and correct copy of bates-stamped document ACER_00022658.

8.      Attached hereto as Exhibit 318 is a true and correct copy of bates-stamped document ED&F-00461071.


I, MARC A. WEINSTEIN, hereby declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York
        August 16, 2022


                                        _/s/ Marc A. Weinstein___

                                        Marc A. Weinstein