# Exhibit 311

Message

| | |
|---|---|
| **From:** | Sanjay Shah [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SANJAY SHAH] |
| **Sent:** | 09/04/2012 09:20:28 |
| **To:** | Richard Markowitz [rmarkowitz@argremgt.com] |
| **Subject:** | Pension fund |



RICHARD
MARKOWITZ

**EXHIBIT 2116**

04 - 08 - 2021

Hi Richard

Do you have a pension fund in the US that can be used for trading equities and derivatives?

Thanks

Sanjay

Sanjay Shah
CEO

Solo Capital (Dubai) Limited
Gate Village 5, Level 1,
DIFC, Dubai, UAE, PO Box 506699.
T: +971 (0) 4 376 4200 | M: +971 (0)50 157 7250
F: +971 (0) 4 386 7965

sanjay.shah@solo.com

www.solo.com

Solo Capital (Dubai) Limited is a company incorporated in the Dubai International Financial Centre.

IMPORTANT - PLEASE NOTE

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this email in error please contact the sender and destroy this email.

ELYSIUM-00389317