# Exhibit 313

FILE, GENERAL, CO AMERIC-
INVGR



# ED&F MAN

E D & F MAN CAPITAL MARKETS LIMITED

American Investment Group of New York, L.P. Pension Plan
75 Claremont Road
Suite 309
Bernardsville
NJ 07924
USA

Dear Stacey Kaminer

**Variation to Terms of Business**

We refer to our Terms and Conditions for Business (the "Terms") (expressions defined in the Terms have the same meaning in this letter) and in particular Clause 10, Margin Collateral, Default and Termination we advise the following variations to the Terms;

Any cash received in respect of OTC products or to cover DVP transactions and any non-cash assets we hold for you as collateral will be dealt with in accordance with clause 10(b)ii ("Assets Transferred") and will be treated on an Absolute Title Transfer basis.

Separately E D & F Man Capital Markets Limited ("MCM") will revalue your trading account at the close of business in line with the relevant market valuations. At the start of business on the following Business Day our operations staff will review your positions to determine the total amount of your outstanding liabilities to MCM relating to the above specified business and transfer any surplus cash in excess of €1,000 to a segregated cash account also held in your name in accordance with clause 10(b)i.("Assets Transferred")

Outstanding liabilities include but are not limited to the following, initial margin until such times as positions are closed, fees, commission, interest due and payable, negative variation margin.

Please confirm your receipt, understanding and acceptance of this notice by signing the enclosed copy of this letter and returning it to us in the envelope provided.

Yours faithfully

*Marcus B-H* (signature)

Marcus Bacchi-Howard

Signed in confirmation of the above variation Terms and Conditions for Business

Signed: _Stacey Kaminer_   Date: 3/26/12

Print Name: _Stacey Kaminer_   Title: TRUSTEE

Cottons Centre
Hay's Lane
London SE1 2QE

Authorised and Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

ED&F Man00001026