# Exhibit 316


**ED&F MAN**

**E D & F MAN CAPITAL MARKETS LIMITED**

Riverside Associates Defined Benefit Plan
5532 Lillehammer Lane
Suite 103
Park City
UT 84098
USA

Dear Stacey Kaminer

**Variation to Terms of Business**

We refer to our Terms and Conditions for Business (the "Terms") (expressions defined in the Terms have the same meaning in this letter) and in particular Clause 10, Margin Collateral, Default and Termination we advise the following variations to the Terms;

Any cash received in respect of OTC products or to cover DVP transactions and any non-cash assets we hold for you as collateral will be dealt with in accordance with clause 10(b)ii ("Assets Transferred") and will be treated on an Absolute Title Transfer basis.

Separately E D & F Man Capital Markets Limited ("MCM") will revalue your trading account at the close of business in line with the relevant market valuations. At the start of business on the following Business Day our operations staff will review your positions to determine the total amount of your outstanding liabilities to MCM relating to the above specified business and transfer any surplus cash in excess of €1,000 to a segregated cash account also held in your name in accordance with clause 10(b)i.("Assets Transferred")

Outstanding liabilities include but are not limited to the following; initial margin until such times as positions are closed, fees, commission, interest due and payable, negative variation margin.

Please confirm your receipt, understanding and acceptance of this notice by signing the enclosed copy of this letter and returning it to us in the envelope provided.

Yours faithfully

Marcus Bacchi-Howard

**Signed in confirmation of the above variation Terms and Conditions for Business**

Signed: _____    Date: 3/26/12

Print Name: David Schulman    Title: TRUSTEE

Cottons Centre
Hay's Lane
London SE1 2QE

Authorised and Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00018041



**ED&F MAN**                    E D & F MAN CAPITAL MARKETS LIMITED

Riverside Associates Defined Benefit Plan
5532 Lillehammer Lane
Suite 103
Park City
UT 84098
USA

**Your New Account and Status: <ELECTIVE PROFESSIONAL>**

Thank you for contacting us with regard to opening an account with E D & F Man
Capital Markets Limited ("MCM").  In order for us to proceed there is certain
information that we need to provide you with to explain and document the terms of
MCM's relationship with you.

MCM is authorised and regulated in the UK by the Financial Services Authority (the
"FSA"). The FSA requires us to provide you with certain information in accordance
with the rules of the FSA (the "FSA Rules").  As such, please ensure you read this
letter and the enclosed materials carefully.

We are required by the FSA Rules to categorise you for the purpose of the services
that we provide to you.  We have determined, based on those rules, that you will be
categorised as an "**Elective Professional Client**".  As a Professional Client, the FSA
Rules state that it is your responsibility to keep us informed of any change that could
affect your categorisation and we require you to do so.

In addition, the FSA Rules state that you have the right to request re-categorisation
as a Retail Client, whereby you would be entitled to additional protections under the
FSA Rules. Please be aware, however, that MCM does not accept Retail Clients and
if you ask to be re-categorised as a Retail Client, we would not be able to proceed
any further with your application.

It is your responsibility to inform MCM of any changes that could affect your
categorisation.

The following documents are attached:

(i)    **MCM's Terms and Conditions of Business**
       These Terms and Conditions set out the contractual terms that govern our
       relationship but are subject to, where relevant, any transaction-specific
       documentation (e.g. ISDA, GMRA) as entered into between you and us from
       time to time and as the case may be.

(ii)   **Rate Card**
       This sets out our fees and charges (this may be sent under separate cover).

(iii)  **Application Form**

Cottons Centre
Hay's Lane
London SE1 2QE                    Authorised and Regulated by the Financial Services Authority
                                  Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                    ED&F-00018042



**ED&F MAN**                     E D & F MAN CAPITAL MARKETS LIMITED

Please complete this Form and provide the documentation requested in order to verify your identity. A signed and completed Form, including supporting documentation and a signed copy of this cover letter, should be returned to us.

(iv) **MCM's Professional Client Disclosure Document and Order Execution Policy**

These documents outline the main risks that you should be aware of which arise through the different services and investments that we may offer to you and explains the difference in the protections afforded to different client types under the FSA Rules. This risk disclosure is in no way intended to replace the need to seek your own independent advice. The Order Execution Policy sets out the procedures that MCM follows in the execution of your orders, particularly in relation to client order handling and the applicability of best execution. This Policy includes the Risk Disclosure Document.

Any assets, including cash, held or received by us from you or in respect of your account will be dealt with in accordance with clause 10(b) ("Assets Transferred") of our Terms and Conditions. In respect of certain products we may be able to offer you a segregated account and treat money received from you in respect of these products as "client money" subject to the FSA Rules. Please contact us if you require any further information.

You are advised to read the referenced documentation carefully and retain it for your records. If you have any questions about any of the documentation or about your client categorisation, please contact your MCM representative or the Compliance Department.

We look forward to our new business relationship with you.

Yours sincerely

Documentation Department

Cottons Centre
Hay's Lane
London SE1 2QE

Authorised and Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

ED&F-00018043



**ED&F MAN**

E D & F MAN CAPITAL MARKETS LIMITED

**Confirmation of**
**ElectionStatement/FSA Client Categorisation**

*I/We hereby request and consent to be categorised by MCM as an Elective Professional client. I/We confirm that I/we have read and understood the **Professional Client Disclosure Document and Order Execution Policy.***

*I/we further confirm to you that I am/we are an experienced and knowledgeable investor, am/are capable of making investment decisions, and understand the risks involved with investing in complex products.*

*I/we understand that, under the FSA Rules, it is my/our obligation to inform you of any change that could affect my/our categorisation as a Professional client I/We also understand that it is my/our responsibility to ask MCM for a higher level of protection if I am/we are unable to properly assess or manage the risks involved.*

*I/we understand that, under the FSA Rules, it is my/our obligation to inform you of any change that could affect my/our categorisation as a Professional client.*

*I/We confirm that I/We have had sufficient time to consider the implications of being categorised as a Professional Clients including the implications described in your letter.*

Signature(s):

Name(s):  DAVID SCHULMAN

Date:  4/17/12

**Acknowledgement of ATT Status**

I/We acknowledge that my account/s with MCM will be treated as ATT and that I have read and understood the relevant sections of the MCM Terms and Conditions. In addition I acknowledge that MCM does not provide segregation where I/we trade OTC products or have been granted a credit facility.

Signature(s):

Name(s):  DAVID SCHULMAN

Date:  4/17/12

Cottons Centre
Hay's Lane
London SE1 2QE

Authorised and Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00018044


**ED&F MAN**

E D & F MAN CAPITAL MARKETS LIMITED

Riverside Associates Defined Benefit Plan
5532 Lillehammer Lane
Suite 103
Park City
UT 84098
USA

Dear Stacey Kaminer

**Variation to Terms of Business**

We refer to our Terms and Conditions for Business (the "Terms") (expressions defined in the Terms have the same meaning in this letter) and in particular Clause 10, Margin Collateral, Default and Termination we advise the following variations to the Terms;

Any cash received in respect of OTC products or to cover DVP transactions and any non-cash assets we hold for you as collateral will be dealt with in accordance with clause 10(b)ii ("Assets Transferred") and will be treated on an Absolute Title Transfer basis.

Separately E D & F Man Capital Markets Limited ("MCM") will revalue your trading account at the close of business in line with the relevant market valuations. At the start of business on the following Business Day our operations staff will review your positions to determine the total amount of your outstanding liabilities to MCM relating to the above specified business and transfer any surplus cash in excess of €1,000 to a segregated cash account also held in your name in accordance with clause 10(b)i.("Assets Transferred")

Outstanding liabilities include but are not limited to the following, initial margin until such times as positions are closed, fees, commission, interest due and payable, negative variation margin.

Please confirm your receipt, understanding and acceptance of this notice by signing the enclosed copy of this letter and returning it to us in the envelope provided.

Yours faithfully

Marcus Bacchi-Howard

**Signed in confirmation of the above variation Terms and Conditions for Business**

Signed: _____          Date: 3/26/12

Print Name: David Schulman          Title: TRUSTEE

Cottons Centre
Hay's Lane
London SE1 2QE

Authorised and Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL          ED&F-00018045

## Comrie, Svetlana (LDN)

| | |
|---|---|
| **From:** | Howard, Marcus (LDN) |
| **Sent:** | 19 July 2012 07:13 |
| **To:** | Comrie, Svetlana (LDN) |
| **Cc:** | Foster, Victoria (LDN); Howard, Marcus (LDN) |
| **Subject:** | RE: Riverside Associates Defined Benefit Plan - correct letters for signing |
| **Attachments:** | ELECTIVE PROFESSIONAL ACKNOWLEDGEMENT.PDF; VARIATIONS TO TERMS OF BUSINESS.PDF |

Hi Svet,

Please find the attached signed.
Kind regards
Marcus



**Marcus Howard**
Equity Finance

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7630  |  Desk: +44 (0)203 580 7625  |  Mobile: +44 (0)7889821409
mhoward@edfmancapital.com  |  www.edfman.com

**From:** Comrie, Svetlana (LDN)
**Sent:** 18 July 2012 17:00
**To:** Howard, Marcus (LDN)
**Cc:** Foster, Victoria (LDN)
**Subject:** Riverside Associates Defined Benefit Plan - correct letters for signing

Marcus, the above needs these (correct) letters to be signed


Thank you!

**Svetlana Comrie**
Compliance

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7055
scomrie@edfmancapital.com  |  www.edfman.com

Please consider the environment before printing this e-mail

1

## Comrie, Svetlana (LDN)

| | |
|---|---|
| **From:** | Comrie, Svetlana (LDN) |
| **Sent:** | 18 July 2012 17:00 |
| **To:** | Howard, Marcus (LDN) |
| **Cc:** | Foster, Victoria (LDN) |
| **Subject:** | Riverside Associates Defined Benefit Plan - correct letters for signing |
| **Attachments:** | Elective Professional SEG HP.pdf; Sweeping letter.pdf |

Marcus, the above needs these (correct) letters to be signed

Thank you!

**Svetlana Comrie**
Compliance

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7055
scomrie@edfmancapital.com | www.edfman.com

Please consider the environment before printing this e-mail

1

ED&F-00018047



**ED&F MAN**

E D & F MAN CAPITAL MARKETS LIMITED

Riverside Associates Defined Benefit Plan
5532 Lillehammer Lane
Park City
UT 84098
USA

**Your New Account and Status: <*ELECTIVE PROFESSIONAL*>**

Thank you for contacting us with regard to opening an account with E D & F Man Capital Markets Limited ("MCM").  In order for us to proceed there is certain information that we need to provide you with to explain and document the terms of MCM's relationship with you.

MCM is authorised and regulated in the UK by the Financial Services Authority (the "FSA"). The FSA requires us to provide you with certain information in accordance with the rules of the FSA (the "FSA Rules").  As such, please ensure you read this letter and the enclosed materials carefully.

We are required by the FSA Rules to categorise you for the purpose of the services that we provide to you.  We have determined, based on those rules, that you will be categorised as an " **Elective Professional Client**".  As a Professional Client, the FSA Rules state that it is your responsibility to keep us informed of any change that could affect your categorisation and we require you to do so.

In addition, the FSA Rules state that you have the right to request re-categorisation as a Retail Client, whereby you would be entitled to additional protections under the FSA Rules.  Please be aware, however, that MCM does not accept Retail Clients and if you ask to be re-categorised as a Retail Client, we would not be able to proceed any further with your application.

It is your responsibility to inform MCM of any changes that could affect your categorisation.

The following documents are attached:

(i)  **MCM's Terms and Conditions of Business**
These Terms and Conditions set out the contractual terms that govern our relationship but are subject to, where relevant, any transaction-specific documentation (e.g. ISDA, GMRA) as entered into between you and us from time to time and as the case may be.

(ii)  **Rate Card**
This sets out our fees and charges (this may be sent under separate cover).

Cottons Centre
Hay's Lane
London SE1 2QE

Authorised and Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

ED&F-00018048



**ED&F MAN**                          E D & F MAN CAPITAL MARKETS LIMITED

(iii)   **Application Form**
Please complete this Form and provide the documentation requested in order to verify your identity. A signed and completed Form, including supporting documentation and a signed copy of this cover letter, should be returned to us.

(iv)   **MCM's Professional Client Disclosure Document and Order Execution Policy**
These documents outline the main risks that you should be aware of which arise through the different services and investments that we may offer to you and explains the difference in the protections afforded to different client types under the FSA Rules. This risk disclosure is in no way intended to replace the need to seek your own independent advice. The Order Execution Policy sets out the procedures that MCM follows in the execution of your orders, particularly in relation to client order handling and the applicability of best execution. This Policy includes the Risk Disclosure Document.

Any money we receive from you in respect of Exchange-traded products will be treated as "client money" subject to the FSA Rules. Any cash received in respect of OTC products and any non-cash assets we hold for you as collateral will be dealt with in accordance with clause 10(b) ("Assets Transferred") of our Terms and Conditions unless we have expressly agreed with you that such assets are not collateral and should be held in custody, subject to clause 17 ("Custody") of our Terms and Conditions.

You are advised to read the referenced documentation carefully and retain it for your records. If you have any questions about any of the documentation or about your client categorisation, please contact your MCM representative or the Compliance Department.

We look forward to our new business relationship with you.

Yours sincerely

Documentation Department

Cottons Centre                Authorised and Regulated by the Financial Services Authority          Telephone: **+44** (0)20 7089 8000
Hay's Lane                         Registered in England No.1292851
London SE1 2QE

CONFIDENTIAL                                                           ED&F-00018049



**ED&F MAN**

E D & F MAN CAPITAL MARKETS LIMITED

**Confirmation of Election Statement /FSA Client Categorisation**

*I/We hereby request and consent to be categorised by MCM as an Elective Professional client. I/We confirm that I/we have read and understood the **Professional Client Disclosure Document and Order Execution Policy.***

*I/we further confirm to you that I am/we are an experienced and knowledgeable investor, am/are capable of making investment decisions, and understand the risks involved with investing in complex products.*

*I/we understand that, under the FSA Rules, it is my/our obligation to inform you of any change that could affect my/our categorisation as a Professional client I/We also understand that it is my/our responsibility to ask MCM for a higher level of protection if I am/we are unable to properly assess or manage the risks involved.*

*I/we understand that, under the FSA Rules, it is my/our obligation to inform you of any change that could affect my/our categorisation as a Professional client.*

*I/We confirm that I/We have had sufficient time to consider the implications of being categorised as a Professional Clients including the implications described in your letter.*

Signature(s): _____

Name(s): _____

Date: _____

**Acknowledgement of Segregated Status**

*I/We acknowledge that my account/s with MCM will be treated as Segregated and that I have read and understood the relevant sections of the MCM Terms and Conditions. In addition I acknowledge that MCM does not provide segregation where I/we trade OTC products or have been granted a credit facility.*

Signature(s): _____

Name(s): _____

Date: _____

Cottons Centre
Hay's Lane
London SE1 2QE

Authorised and Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: **+44** (0)20 7089 8000

CONFIDENTIAL

ED&F-00018050



**ED&F MAN**                    E D & F MAN CAPITAL MARKETS LIMITED

Riverside Associates Defined Benefit Plan
5532 Lillehammer Lane
Park City
UT 84098
USA

Dear Sirs

**Variation to Terms of Business**

We refer to our Terms and Conditions for Business (the "Terms") (expressions defined in the Terms have the same meaning in this letter) and in particular Clause 10, Margin Collateral, Default and Termination we advise the following variations to the Terms;

Any cash received in respect of OTC products or to cover DVP transactions and any non-cash assets we hold for you as collateral will be dealt with in accordance with clause 10(b)ii ("Assets Transferred") and will be treated on an Absolute Title Transfer basis.

Separately E D & F Man Capital Markets Limited ("MCM") will revalue your trading account at the close of business in line with the relevant market valuations.  At the start of business on the following Business Day our operations staff will review your positions to determine the total amount of your outstanding liabilities to MCM relating to the above specified business and transfer any surplus cash in excess of €1,000 to a segregated cash account also held in your name in accordance with clause 10(b)i.("Assets Transferred")

Outstanding liabilities include but are not limited to the following, initial margin until such times as positions are closed, fees, commission, interest due and payable, negative variation margin.

Please confirm your receipt, understanding and acceptance of this notice by signing the enclosed copy of this letter and returning it to us in the envelope provided.

Yours faithfully

Marcus Bacchi-Howard

**Signed in confirmation of the above variation Terms and Conditions for Business**

Signed: _____      Date: _____

Print Name: _____      Title: _____

Cottons Centre                                                                          Telephone: +44 (0)20 7089 8000
Hay's Lane                    Authorised and Regulated by the Financial Services Authority
London SE1 2QE                        Registered in England No 1292851

CONFIDENTIAL                                                                ED&F-00018051

## Comrie, Svetlana (LDN)

| | |
|---|---|
| **From:** | Comrie, Svetlana (LDN) |
| **Sent:** | 17 July 2012 16:40 |
| **To:** | Howard, Marcus (LDN) |
| **Subject:** | RE: Riverside Associates Defined Benefit Plan |

Hi Marcus

As requested enclosed please find classification letter for signature.

POA: thank you

Agreement with Acer: you have provided for other accounts. Also, the IM is not regulated and the IM Agreement helps us validate the relationship, especially now that Acer have more than 5 POAs on our books.

Thanks
Svet



**From:** Howard, Marcus (LDN)
**Sent:** 13 July 2012 10:45
**To:** Comrie, Svetlana (LDN)
**Cc:** Howard, Marcus (LDN)
**Subject:** RE: Riverside Associates Defined Benefit Plan

Please see attached POA,

Please send me the classification letter you need signed,
Do you need the Seg letter also.

Re the IM agreement, did we need this for any of the other Acer accounts?

Kind regards
Marcus

**Marcus Howard**
Equity Finance

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7630 | Desk: +44 (0)203 580 7625 | Mobile: +44 (0)7889821409
mhoward@edfmancapital.com | www.edfman.com

**From:** Comrie, Svetlana (LDN)
**Sent:** 03 July 2012 17:20
**To:** Howard, Marcus (LDN)
**Subject:** RE: Riverside Associates Defined Benefit Plan

So the following is missing

- Classification letter
- POA to Acer
- IM Agreement with Acer

1

**From:** Howard, Marcus (LDN)
**Sent:** 03 July 2012 16:43
**To:** Comrie, Svetlana (LDN)
**Subject:** RE: Riverside Associates Defined Benefit Plan

**Marcus Howard**
Equity Finance

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7630  |  Desk: +44 (0)203 580 7625  |  Mobile: +44 (0)7889821409
mhoward@edfmancapital.com | www.edfman.com

**From:** Comrie, Svetlana (LDN)
**Sent:** 03 July 2012 16:38
**To:** Howard, Marcus (LDN)
**Subject:** Riverside Associates Defined Benefit Plan

Marcus, for some reason some docs are not on file, I am sure you have them

- Classification letter
- Sweeping letter
- POA to Acer
- IM Agreement with Acer

These documents were not in your last email to me with POAs and IM Agreements.

**Svetlana Comrie**
Compliance

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7055
scomrie@edfmancapital.com | www.edfman.com

 Please consider the environment before printing this e-mail

2

ED&F-00018053

## Comrie, Svetlana (LDN)

| | |
|---|---|
| **From:** | Comrie, Svetlana (LDN) |
| **Sent:** | 03 July 2012 17:20 |
| **To:** | Howard, Marcus (LDN) |
| **Subject:** | RE: Riverside Associates Defined Benefit Plan |

So the following is missing

- Classification letter
- POA to Acer
- IM Agreement with Acer

**From:** Howard, Marcus (LDN)
**Sent:** 03 July 2012 16:43
**To:** Comrie, Svetlana (LDN)
**Subject:** RE: Riverside Associates Defined Benefit Plan

**Marcus Howard**
Equity Finance

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7630 | Desk: +44 (0)203 580 7625 | Mobile: +44 (0)7889821409
mhoward@edfmancapital.com | www.edfman.com

**From:** Comrie, Svetlana (LDN)
**Sent:** 03 July 2012 16:38
**To:** Howard, Marcus (LDN)
**Subject:** Riverside Associates Defined Benefit Plan

Marcus, for some reason some docs are not on file, I am sure you have them

- Classification letter
- Sweeping letter
- POA to Acer
- IM Agreement with Acer

These documents were not in your last email to me with POAs and IM Agreements.

**Svetlana Comrie**
Compliance

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7055
scomrie@edfmancapital.com | www.edfman.com

Please consider the environment before printing this e-mail

1

ED&F-00018054



**E D & F MAN CAPITAL MARKETS LIMITED**

Riverside Associates Defined Benefit Plan
5532 Lillehammer Lane
Park City
UT 84098
USA

**Your New Account and Status: *<ELECTIVE PROFESSIONAL>***

Thank you for contacting us with regard to opening an account with E D & F Man Capital Markets Limited ("MCM").  In order for us to proceed there is certain information that we need to provide you with to explain and document the terms of MCM's relationship with you.

MCM is authorised and regulated in the UK by the Financial Services Authority (the "FSA"). The FSA requires us to provide you with certain information in accordance with the rules of the FSA (the "FSA Rules").  As such, please ensure you read this letter and the enclosed materials carefully.

We are required by the FSA Rules to categorise you for the purpose of the services that we provide to you.  We have determined, based on those rules, that you will be categorised as an "**Elective Professional Client**".  As a Professional Client, the FSA Rules state that it is your responsibility to keep us informed of any change that could affect your categorisation and we require you to do so.

In addition, the FSA Rules state that you have the right to request re-categorisation as a Retail Client, whereby you would be entitled to additional protections under the FSA Rules.  Please be aware, however, that MCM does not accept Retail Clients and if you ask to be re-categorised as a Retail Client, we would not be able to proceed any further with your application.

It is your responsibility to inform MCM of any changes that could affect your categorisation.

The following documents are attached:

(i)    **MCM's Terms and Conditions of Business**
       These Terms and Conditions set out the contractual terms that govern our relationship but are subject to, where relevant, any transaction-specific documentation (e.g. ISDA, GMRA) as entered into between you and us from time to time and as the case may be.

(ii)   **Rate Card**
       This sets out our fees and charges (this may be sent under separate cover).

Cottons Centre
Hay's Lane
London SE1 2QE

Authorised and Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                                     ED&F-00018055



ED&F
MAN                                E D & F MAN CAPITAL MARKETS LIMITED

(iii)    **Application Form**
Please complete this Form and provide the documentation requested in order
to verify your identity.  A signed and completed Form, including supporting
documentation and a signed copy of this cover letter, should be returned to us.

(iv)    **MCM's Professional Client Disclosure Document and Order Execution
Policy**
These documents outline the main risks that you should be aware of which
arise through the different services and investments that we may offer to you
and explains the difference in the protections afforded to different client types
under the FSA Rules. This risk disclosure is in no way intended to replace the
need to seek your own independent advice. The Order Execution Policy sets
out the procedures that MCM follows in the execution of your orders,
particularly in relation to client order handling and the applicability of best
execution. This Policy includes the Risk Disclosure Document.

Any assets, including cash, held or received by us from you or in respect of your
account will be dealt with in accordance with clause 10(b) ("Assets Transferred") of
our Terms and Conditions.  In respect of certain products we may be able to offer
you a segregated account and treat money received from you in respect of these
products as "client money" subject to the FSA Rules. Please contact us if you require
any further information.

You are advised to read the referenced documentation carefully and retain it for your
records. If you have any questions about any of the documentation or about your
client categorisation, please contact your MCM representative or the Compliance
Department.

We look forward to our new business relationship with you.

Yours sincerely

Documentation Department

Cottons Centre
Hay's Lane                    Authorised and Regulated by the Financial Services Authority        Telephone: +44 (0)20 7089 8000
London SE1 2QE                      Registered in England No 1292851

CONFIDENTIAL                                                            ED&F-00018056



**ED&F MAN**

E D & F MAN CAPITAL MARKETS LIMITED

**Confirmation of ElectionStatement/FSA Client Categorisation**

*I/We hereby request and consent to be categorised by MCM as an Elective Professional client. I/We confirm that I/we have read and understood the **Professional Client Disclosure Document and Order Execution Policy.***

*I/we further confirm to you that I am/we are an experienced and knowledgeable investor, am/are capable of making investment decisions, and understand the risks involved with investing in complex products.*

*I/we understand that, under the FSA Rules, it is my/our obligation to inform you of any change that could affect my/our categorisation as a Professional client I/We also understand that it is my/our responsibility to ask MCM for a higher level of protection if I am/we are unable to properly assess or manage the risks involved.*

*I/we understand that, under the FSA Rules, it is my/our obligation to inform you of any change that could affect my/our categorisation as a Professional client.*

*I/We confirm that I/We have had sufficient time to consider the implications of being categorised as a Professional Clients including the implications described in your letter.*

Signature(s): _____

Name(s): _____

Date: _____

**Acknowledgement of ATT Status**

I/We acknowledge that my account/s with MCM will be treated as ATT and that I have read and understood the relevant sections of the MCM Terms and Conditions. In addition I acknowledge that MCM does not provide segregation where I/we trade OTC products or have been granted a credit facility.

Signature(s): _____

Name(s): _____

Date: _____

Cottons Centre
Hay's Lane
London SE1 2QE

Authorised and Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

**Comrie, Svetlana (LDN)**

| | |
|---|---|
| **From:** | Howard, Marcus (LDN) |
| **Sent:** | 18 May 2012 15:28 |
| **To:** | Comrie, Svetlana (LDN) |
| **Subject:** | FW: KYC "Riverside Associates Defined Benefit Plan" |
| **Attachments:** | 2009 RESTATED RETIREMENT PLAN FOR RSBP.pdf; DSBP NAME CHANGE AMENDMENT TO RABP.pdf; DSBP IRS determination letter.pdf; 2010 Canadian Ltr of Exemption.pdf; 2001 NETHERLANDS EXEMPTION LTR.pdf; DS BILL.pdf |

Marcus Howard
Equity Finance

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7630  |  Desk: +44 (0)203 580 7625  |  Mobile: +44 (0)7889821409
mhoward@edfmancapital.com | www.edfman.com

**From:** HOWARD, Marcus (LDN Corporate)
**Sent:** 11 January 2012 17:21
**To:** HEATH, Sharon (LDN Corporate)
**Cc:** HOWARD, Marcus (LDN Corporate); HENSTOCK, Chris (LDN Corporate) (Chris.Henstock@edfman.com); 'steve_hawk@yahoo.com'
**Subject:** KYC "Riverside Associates Defined Benefit Plan"

Hi Sharon,

Account name: Riverside Associates Defined Benefit Plan
Address: 5532 Lillehammer Lane - Suite 103 Park City, UT 84098

Attached docs:
Retirement plan docs
Name change doc
IRS determination letter
Canada Tax exemption
Netherlands tax exemption
Utility bill

Chasing the client for Photo ID.

Kind regards
Marcus

CONFIDENTIAL                                                          ED&F-00018058

**Comrie, Svetlana (LDN)**

| | |
|---|---|
| **From:** | Stacey Kaminer <SK@acerinvest.com> |
| **Sent:** | 02 July 2012 17:05 |
| **To:** | Howard, Marcus (LDN) |
| **Subject:** | RE: Update summary, ACER |

To Confirm:

Acer Investment Group LLC has been maintianing documents evidencing who the beneficiary of the Kamco Investments Inc Pension Plan is.  The wealth for the beneficiary is earnings, investments and inheritance.

Acer Investment Group LLC has been maintianing documents evidencing who the participant of the Riverside Associates Defined Benefit Plan is.  The wealth for the participant is earnings and investments.

Acer Investment Group LLC has been maintianing documents evidencing who the participant of the Linden Associates Defined Benefit Plan is.  The wealth for the participant is earnings and investments.

Acer Investment Group LLC has been maintianing documents evidencing who the participant of the D W Construction Inc Retirement Plan is.  The wealth for the participant is earnings and investments.

utility/bank statements sent in seperate email

minutes from meeting will come as soon as possible

revised acct docs for newp will come asap

---

**From:** Howard, Marcus (LDN) [mailto:mhoward@edfmancapital.com]
**Sent:** Monday, July 02, 2012 3:16 AM
**To:** Stacey Kaminer
**Cc:** mhoward@edfmancapital.com ('mhoward@edfmancapital.com')
**Subject:** Update summary, ACER

Hi Stacey,

Please see the below update re your account openings.

Kind regards
Marcus

| | |
|---|---|
| American Investment Group of New York, L.P. Pension Plan | KYC COMPLETE. Waiting signed doc: |
| Kamco, L.P. Profit Sharing Plan FBO Stacey Kaminer | KYC COMPLETE. Waiting signed doc: |
| Acer Investment Group, LLC Retirement Plan FBO Robert V. Crema | KYC COMPLETE. Waiting signed doc: |
| Moira Associates, LLC 401(k) Plan | KYC COMPLETE. Waiting signed doc: |
| The Goldstein Law Group PC 401K Profit Sharing Plan FBO Sheldon and Scott Goldstein | KYC COMPLETE. Waiting signed doc: |
| | |
| Kamco Investments Inc. Pension Plan | Stacey to confirm that Acer Investm documents evidencing who the Part each [plan above are.  Also, can Stac each of the plans' Participants |
| Riverside Associates Defined Benefit Plan | Stacey to confirm that Acer Investm documents evidencing who the Part each [plan above are.  Also, can Stac |

1

CONFIDENTIAL

ED&F-00018059

**Comrie, Svetlana (LDN)**

| | |
|---|---|
| **From:** | Comrie, Svetlana (LDN) |
| **Sent:** | 02 July 2012 09:50 |
| **To:** | Howard, Marcus (LDN) |
| **Subject:** | RE: Please can you confirm what is Completed below from a KYC perspective |
| **Attachments:** | RE: Acer Accounts - outstanding items; FW: Newsong Fellowship Church 401(k) Plan |

Hi Marcus

Pls see my comments.

**From:** Howard, Marcus (LDN)
**Sent:** 21 June 2012 15:58
**To:** Comrie, Svetlana (LDN)
**Cc:** Howard, Marcus (LDN)
**Subject:** Please can you confirm what is Completed below from a KYC perspective

| | |
|---|---|
| American Investment Group of New York, L.P. Pension Plan | Approved pending funds |
| Kamco Investments Inc. Pension Plan | See email of 22 May: Stacey Kaminer to con LLC has been maintaining documents evider ultimate beneficial owners – for each [plan a advise on source of wealth for each of the p |
| Kamco, L.P. Profit Sharing Plan FBO Stacey Kaminer | Approved pending funds |
| Linden Associates Defined Benefit Plan | See email of 22 May: Stacey Kaminer to con LLC has been maintaining documents evider ultimate beneficial owners – for each [plan a advise on source of wealth for each of the p |
| Newsong Fellowship Church 401(k) Plan | See email of 21 June. The last item outstand (in the account opening form) have not beer customer to complete |
| Riverside Associates Defined Benefit Plan | See email of 22 May: Stacey Kaminer to con LLC has been maintaining documents evider ultimate beneficial owners – for each [plan a advise on source of wealth for each of the p |
| Acer Investment Group, LLC Retirement Plan FBO Robert V. Crema | Approved pending funds |
| Moira Associates, LLC 401(k) Plan | Approved pending funds |
| D W Construction, INC Retirement Plan | See email of 22 May: Stacey Kaminer to con LLC has been maintaining documents evider ultimate beneficial owners – for each [plan a advise on source of wealth for each of the p |
| Congregation Machon Tiferes Bachurim | According to your email to me of 29 June th minutes from the last Board meeting to evic |
| Congregation Khal and Beth Medrash Zichron Yaakov Inc | Utility bill for Gloria Adler (my email of 21 Ju |
| Newsong Fellowship Church | Not in CBS??? Or I am going mad... |
| Zichron Yaakov Institute | Address verification for Ida Bobrowsky (my |
| The Goldstein Law Group PC 401K Profit Sharing Plan FBO Sheldon and Scott Goldstein | Approved pending funds |

Kind regards
Marcus

CONFIDENTIAL

ED&F-00018060

## Comrie, Svetlana (LDN)

| | |
|---|---|
| **From:** | Comrie, Svetlana (LDN) |
| **Sent:** | 22 May 2012 16:33 |
| **To:** | Howard, Marcus (LDN) |
| **Cc:** | Foster, Victoria (LDN); Koutsopoulou, Evita (LDN); Heath, Sharon (LDN) |
| **Subject:** | RE: Acer Accounts - outstanding items |

To make the list of outstanding items less overbearing we have split them into group and are able to advise on the following 4 customers:

1. Kamco Investments Inc. Pension Plan
2. Linden Associates Defined Benefit Plan
3. Riverside Associates Defined Benefit Plan
4. D W Construction, INC Retirement Plan

Can you please ask Stacey Kaminer to confirm that Acer Investment Group LLC has been maintaining documemts evidencing who the Participants – ultimate beneficial owners – for each [plan above are. Also, can Stacey please advise on source of wealth for each of the plans' Participants.

As for the financials, I understand that it has now been agreed that we do not need them?  If any questions on this please speack to Credit directly.

I shall get back to you on other accounts separately.

Thanks
Svet

**From:** Comrie, Svetlana (LDN)
**Sent:** 22 May 2012 12:03
**To:** Howard, Marcus (LDN)
**Cc:** Foster, Victoria (LDN); Koutsopoulou, Evita (LDN); Heath, Sharon (LDN)
**Subject:** Acer Accounts - outstanding items

Marcus, Stacey Kaminer will have  conflict of interest as she works for Acer, holds 2 retirement6 plans accounts AND is a signatory on other accounts.  How will the desk control this conflict of interest?

What Agreements will all these accounts sign with us (ISDA, etc.)?  None are on files.

Below please find issues on each of those accounts.   Hope this helps.  Please note none of these accounts can be approved until the issues are resolved.

1. Acer Investment Group LLC Retirement Plan FBO RC:
   a. There is no document on file to evidence that Robert Crema is the Participant (ie ultimate beneficial owner) of the Retirement Plan.  Can you please provide a copy of that document.
   b. Please ask the customer to advise Robert Crema's (beneficial owner) source wealth
   c. Acer Investment Group LLC: please request Certificate of Formation, we have only received their Operating Agreement
   d. Financials for the pension plan are missing, pls provide

2. American Investment Group of NY, L.P. Pension Plan
   a. There is no document on file to evidence that Stacey Kaminer is the Participant (ie ultimate beneficial owner) of the Retirement Plan.  Can you please provide a copy of that document.

1

ED&F-00018061

    b. Please advise why Stacey Kaminer has two separate retirement plans: Kamco, L.P. Profit Sharing Plan FBO Stacey Kaminer and Moira Associates, LLC 401(k) Plan, where she is the beneficial owner
    c. Financials for the pension plan are missing, pls provide

3. Kamco Investments Inc. Pension Plan
    a. There is no document on file to evidence that Louise Kaminer is the Participant (ie ultimate beneficial owner) of the Retirement Plan. Can you please provide a copy of that document.
    b. Please ask the customer to advise Louise Kaminer's (beneficial owner) source wealth
    c. Financials for the pension plan are missing, pls provide

4. The Goldstein Law Group PC 401K Profit Sharing Plan FBO Sheldon and Scott Goldstein
    a. Agreement and POA to Acer should also be co-signed by Scott Goldstein
    b. Bank account with National Financial Services LLC states FFC: The Goldstein Law Group PC 401K Profit Sharing Plan FBO Sheldon. Does it not belong to Scott Goldstein?
    c. There is no document on file to evidence that Sheldon Goldstein and Scott Goldstein are the Participants (ie ultimate beneficial owners) of the Retirement Plan. Can you please provide a copy of that document.
    d. Utility bill for Sheldon Goldstein
    e. Please ask the customer to advise Sheldon Goldstein and Scott Goldstein's (beneficial owners) source wealth
    f. Financials for the pension plan are missing, pls provide

5. Linden Associates Defined Benefit Plan
    a. There is no document on file to evidence that Joan Schulman is the Participant (ie ultimate beneficial owner) of the Retirement Plan. Can you please provide a copy of that document.
    b. Please ask the customer to advise Joan Sculman's (beneficial owner) source wealth
    c. Financials for the pension plan are missing, pls provide

6. Riverside Associates Defined Benefit Plan
    a. There is no document on file to evidence that David Schulman is the Participant (ie ultimate beneficial owner) of the Retirement Plan. Can you please provide a copy of that document.
    b. Please ask the customer to advise David Sculman's (beneficial owner) source wealth
    c. Financials for the pension plan are missing, pls provide

7. Moira Associates, LLC 401(k) Plan
    a. There is no document on file to evidence that Stacey Kaminer is the Participant (ie ultimate beneficial owner) of the Retirement Plan. Can you please provide a copy of that document.
    b. Please ask the customer to advise Stacey Kaminer's (beneficial owner) source wealth
    c. Financials for the pension plan are missing, pls provide

8. Kamco, L.P. Profit Sharing Plan FBO Stacey Kaminer
    a. There is no document on file to evidence that Stacey Kaminer is the Participant (ie ultimate beneficial owner) of the Retirement Plan. Can you please provide a copy of that document.
    b. Please advise why Stacey Kaminer has two separate retirement plans: Kamco, L.P. Profit Sharing Plan FBO Stacey Kaminer and Moira Associates, LLC 401(k) Plan, where she is the beneficial owner
    c. Financials for the pension plan are missing, pls provide

9. D W Construction, INC Retirement Plan
    a. There is no document on file to evidence that Darren Wittwer is the Participant (ie ultimate beneficial owner) of the Retirement Plan. Can you please provide a copy of that document.
    b. Please ask the customer to advise Darren Wittwer's (beneficial owner) source wealth
    c. Financials for the pension plan are missing, pls provide

10. Newsong Fellowship Church 401(k) Plan
    a. Account opening form is missing

CONFIDENTIAL

ED&F-00018062

      b. Please advise how this charity's activity relates to having an account with ED&F, purpose of the account
      c. Document evidencing who the Participants – ultimate beneficial owners - are, and their source of wealth.
      d. Whoever the ultimate beneficial owners are we shall require their passports and address verification
      e. Address verification for Alexander J Mitchell Jr
      f. Address verification for Edward Andrew Bley
      g. Who are the donors in the charity, what sort of due diligence performed in relation to them.
      h. How does the charity distribute donations, who makes these decisions and do they perform any due-diligence on the individuals / organisations where the donations are directed to
      i. Financials please

11. Zichron Yaakov Institute
      a. Please advise how this charity's activity relates to having an account with ED&F, purpose of the account
      b. The charity has three trustees please ask for Rabbi Eli Bensinger to co-sign the Board Resolutions and the account opening form
      c. Please provide document evidencing appointment of current Trustees
      d. Address verification for Rabbi Eli Bensinger
      e. Who are the donors in the charity, what sort of due diligence performed in relation to them.
      f. How does the charity distribute donations, who makes these decisions and do they perform any due-diligence on the individuals / organisations where the donations are directed to
      g. Financials please

12. Congregation Khal and Beth Medrash Zichron Yaakov
      a. Please advise how this charity's activity relates to having an account with ED&F, purpose of the account
      b. Please provide document evidencing appointment of current Trustees
      c. Evidence of sole signatory powers of Gloria Adler
      d. Address verification for Gloria Adler
      e. How is Tamar Bensinger related to the account?  She is declared a signatory on the account opening forms yet she has also certified a driving licence as a Notary Public.  Please clarify.
      f. The charity has 3 trustees, the account opening form has been signed by 1 of them m(second signatory to provide a passport and address verification)
      g. Who are the donors in the charity, what sort of due diligence performed in relation to them.
      h. How does the charity distribute donations, who makes these decisions and do they perform any due-diligence on the individuals / organisations where the donations are directed to
      i. Financials please

13. Congregation Machon Tiferes Bachurim
      a. Please advise how this charity's activity relates to having an account with ED&F, purpose of the account
      b. Appointment of current Trustees and their signatory powers
      c. Ira Adler is the only signatory on the paperwork, please provide evidence that Ira Adler has sole signatory powers
      d. If there are other Trustees other than Ira Adler please request the passports and address verification
      e. Ira Adler's address verification outstanding (driving licence we have been given expired in 2004)
      f. Who are the donors in the charity, what sort of due diligence performed in relation to them.
      g. How does the charity distribute donations, who makes these decisions and do they perform any due-diligence on the individuals / organisations where the donations are directed to
      h. Financials please

Thank you
Svet

3

CONFIDENTIAL

**Svetlana Comrie**
Compliance

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7055
scomrie@edfmancapital.com | www.edfman.com

Please consider the environment before printing this e-mail

4

ED&F-00018064

## Comrie, Svetlana (LDN)

| | |
|---|---|
| **From:** | Comrie, Svetlana (LDN) |
| **Sent:** | 22 May 2012 16:33 |
| **To:** | Howard, Marcus (LDN) |
| **Cc:** | Foster, Victoria (LDN); Koutsopoulou, Evita (LDN); Heath, Sharon (LDN) |
| **Subject:** | RE: Acer Accounts - outstanding items |

To make the list of outstanding items less overbearing we have split them into group and are able to advise on the following 4 customers:

1. Kamco Investments Inc. Pension Plan
2. Linden Associates Defined Benefit Plan
3. Riverside Associates Defined Benefit Plan
4. D W Construction, INC Retirement Plan

Can you please ask Stacey Kaminer to confirm that Acer Investment Group LLC has been maintaining documemts evidencing who the Participants – ultimate beneficial owners – for each [plan above are.  Also, can Stacey please advise on source of wealth for each of the plans' Participants.

As for the financials, I understand that it has now been agreed that we do not need them?  If any questions on this please speack to Credit directly.

I shall get back to you on other accounts separately.

Thanks
Svet

**From:** Comrie, Svetlana (LDN)
**Sent:** 22 May 2012 12:03
**To:** Howard, Marcus (LDN)
**Cc:** Foster, Victoria (LDN); Koutsopoulou, Evita (LDN); Heath, Sharon (LDN)
**Subject:** Acer Accounts - outstanding items

Marcus, Stacey Kaminer will have  conflict of interest as she works for Acer, holds 2 retirement6 plans accounts AND s a signatory on other accounts.  How will the desk control this conflict of interest?

What Agreements will all these accounts sign with us (ISDA, etc.)?  None are on files.

Below please find issues on each of those accounts.   Hope this helps.  Please note none of these accounts can be approved until the issues are resolved.

1. Acer Investment Group LLC Retirement Plan FBO RC:
   a. There is no document on file to evidence that Robert Crema is the Participant (ie ultimate beneficial owner) of the Retirement Plan.  Can you please provide a copy of that document.
   b. Please ask the customer to advise Robert Crema's (beneficial owner) source wealth
   c. Acer Investment Group LLC: please request Certificate of Formation, we have only received their Operating Agreement
   d. Financials for the pension plan are missing, pls provide

2. American Investment Group of NY, L.P. Pension Plan
   a. There is no document on file to evidence that Stacey Kaminer is the Participant (ie ultimate beneficial owner) of the Retirement Plan.  Can you please provide a copy of that document.

1

CONFIDENTIAL

ED&F-00018065

  b. Please advise why Stacey Kaminer has two separate retirement plans: Kamco, L.P. Profit Sharing Plan FBO Stacey Kaminer and Moira Associates, LLC 401(k) Plan, where she is the beneficial owner
  c. Financials for the pension plan are missing, pls provide

3. Kamco Investments Inc. Pension Plan
  a. There is no document on file to evidence that Louise Kaminer is the Participant (ie ultimate beneficial owner) of the Retirement Plan.  Can you please provide a copy of that document.
  b. Please ask the customer to advise Louise Kaminer's (beneficial owner) source wealth
  c. Financials for the pension plan are missing, pls provide

4. The Goldstein Law Group PC 401K Profit Sharing Plan FBO Sheldon and Scott Goldstein
  a. Agreement and POA to Acer should also be co-signed by Scott Goldstein
  b. Bank account with National Financial Services LLC states FFC: The Goldstein Law Group PC 401K Profit Sharing Plan FBO Sheldon.  Does it not belong to Scott Goldstein?
  c. There is no document on file to evidence that Sheldon Goldstein and Scott Goldstein are the Participants (ie ultimate beneficial owners) of the Retirement Plan.  Can you please provide a copy of that document.
  d. Utility bill for Sheldon Goldstein
  e. Please ask the customer to advise Sheldon Goldstein and Scott Goldstein's (beneficial owners) source wealth
  f. Financials for the pension plan are missing, pls provide

5. Linden Associates Defined Benefit Plan
  a. There is no document on file to evidence that Joan Schulman is the Participant (ie ultimate beneficial owner) of the Retirement Plan.  Can you please provide a copy of that document.
  b. Please ask the customer to advise Joan Sculman's (beneficial owner) source wealth
  c. Financials for the pension plan are missing, pls provide

6. Riverside Associates Defined Benefit Plan
  a. There is no document on file to evidence that David Schulman is the Participant (ie ultimate beneficial owner) of the Retirement Plan.  Can you please provide a copy of that document.
  b. Please ask the customer to advise David Sculman's (beneficial owner) source wealth
  c. Financials for the pension plan are missing, pls provide

7. Moira Associates, LLC 401(k) Plan
  a. There is no document on file to evidence that Stacey Kaminer is the Participant (ie ultimate beneficial owner) of the Retirement Plan.  Can you please provide a copy of that document.
  b. Please ask the customer to advise Stacey Kaminer's (beneficial owner) source wealth
  c. Financials for the pension plan are missing, pls provide

8. Kamco, L.P. Profit Sharing Plan FBO Stacey Kaminer
  a. There is no document on file to evidence that Stacey Kaminer is the Participant (ie ultimate beneficial owner) of the Retirement Plan.  Can you please provide a copy of that document.
  b. Please advise why Stacey Kaminer has two separate retirement plans: Kamco, L.P. Profit Sharing Plan FBO Stacey Kaminer and Moira Associates, LLC 401(k) Plan, where she is the beneficial owner
  c. Financials for the pension plan are missing, pls provide

9. D W Construction, INC Retirement Plan
  a. There is no document on file to evidence that Darren Wittwer is the Participant (ie ultimate beneficial owner) of the Retirement Plan.  Can you please provide a copy of that document.
  b. Please ask the customer to advise Darren Wittwer's (beneficial owner) source wealth
  c. Financials for the pension plan are missing, pls provide

10. Newsong Fellowship Church 401(k) Plan
  a. Account opening form is missing

2

ED&F-00018066

b. Please advise how this charity's activity relates to having an account with ED&F, purpose of the account
c. Document evidencing who the Participants – ultimate beneficial owners - are, and their source of wealth.
d. Whoever the ultimate beneficial owners are we shall require their passports and address verification
e. Address verification for Alexander J Mitchell Jr
f. Address verification for Edward Andrew Bley
g. Who are the donors in the charity, what sort of due diligence performed in relation to them.
h. How does the charity distribute donations, who makes these decisions and do they perform any due-diligence on the individuals / organisations where the donations are directed to
i. Financials please

11. Zichron Yaakov Institute
a. Please advise how this charity's activity relates to having an account with ED&F, purpose of the account
b. The charity has three trustees please ask for Rabbi Eli Bensinger to co-sign the Board Resolutions and the account opening form
c. Please provide document evidencing appointment of current Trustees
d. Address verification for Rabbi Eli Bensinger
e. Who are the donors in the charity, what sort of due diligence performed in relation to them.
f. How does the charity distribute donations, who makes these decisions and do they perform any due-diligence on the individuals / organisations where the donations are directed to
g. Financials please

12. Congregation Khal and Beth Medrash Zichron Yaakov
a. Please advise how this charity's activity relates to having an account with ED&F, purpose of the account
b. Please provide document evidencing appointment of current Trustees
c. Evidence of sole signatory powers of Gloria Adler
d. Address verification for Gloria Adler
e. How is Tamar Bensinger related to the account?  She is declared a signatory on the account opening forms yet she has also certified a driving licence as a Notary Public.  Please clarify.
f. The charity has 3 trustees, the account opening form has been signed by 1 of them m(second signatory to provide a passport and address verification)
g. Who are the donors in the charity, what sort of due diligence performed in relation to them.
h. How does the charity distribute donations, who makes these decisions and do they perform any due-diligence on the individuals / organisations where the donations are directed to
i. Financials please

13. Congregation Machon Tiferes Bachurim
a. Please advise how this charity's activity relates to having an account with ED&F, purpose of the account
b. Appointment of current Trustees and their signatory powers
c. Ira Adler is the only signatory on the paperwork, please provide evidence that Ira Adler has sole signatory powers
d. If there are other Trustees other than Ira Adler please request the passports and address verification
e. Ira Adler's address verification outstanding (driving licence we have been given expired in 2004)
f. Who are the donors in the charity, what sort of due diligence performed in relation to them.
g. How does the charity distribute donations, who makes these decisions and do they perform any due-diligence on the individuals / organisations where the donations are directed to
h. Financials please

Thank you
Svet

CONFIDENTIAL                                                                                    ED&F-00018067

**Svetlana Comrie**
Compliance

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7055
scomrie@edfmancapital.com | www.edfman.com

 Please consider the environment before printing this e-mail

4

CONFIDENTIAL

## Comrie, Svetlana (LDN)

| | |
|---|---|
| **From:** | Comrie, Svetlana (LDN) |
| **Sent:** | 22 May 2012 12:03 |
| **To:** | Howard, Marcus (LDN) |
| **Cc:** | Foster, Victoria (LDN); Koutsopoulou, Evita (LDN); Heath, Sharon (LDN) |
| **Subject:** | Acer Accounts - outstanding items |

Marcus, Stacey Kaminer will have  conflict of interest as she works for Acer, holds 2 retirement6 plans accounts AND is a signatory on other accounts.  How will the desk control this conflict of interest?

What Agreements will all these accounts sign with us (ISDA, etc.)?  None are on files.

Below please find issues on each of those accounts.   Hope this helps.  Please note none of these accounts can be approved until the issues are resolved.

1. Acer Investment Group LLC Retirement Plan FBO RC:
    a. There is no document on file to evidence that Robert Crema is the Participant (ie ultimate beneficial owner) of the Retirement Plan. Can you please provide a copy of that document.
    b. Please ask the customer to advise Robert Crema's (beneficial owner) source wealth
    c. Acer Investment Group LLC: please request Certificate of Formation, we have only received their Operating Agreement
    d. Financials for the pension plan are missing, pls provide

2. American Investment Group of NY, L.P. Pension Plan
    a. There is no document on file to evidence that Stacey Kaminer is the Participant (ie ultimate beneficial owner) of the Retirement Plan.  Can you please provide a copy of that document.
    b. Please advise why Stacey Kaminer has two separate retirement plans: Kamco, L.P. Profit Sharing Plan FBO Stacey Kaminer and Moira Associates, LLC 401(k) Plan, where she is the beneficial owner
    c. Financials for the pension plan are missing, pls provide

3. Kamco Investments Inc. Pension Plan
    a. There is no document on file to evidence that Louise Kaminer is the Participant (ie ultimate beneficial owner) of the Retirement Plan.  Can you please provide a copy of that document.
    b. Please ask the customer to advise Louise Kaminer's (beneficial owner) source wealth
    c. Financials for the pension plan are missing, pls provide

4. The Goldstein Law Group PC 401K Profit Sharing Plan FBO Sheldon and Scott Goldstein
    a. Agreement and POA to Acer should also be co-signed by Scott Goldstein
    b. Bank account with National Financial Services LLC states FFC: The Goldstein Law Group PC 401K Profit Sharing Plan FBO Sheldon.  Does it not belong to Scott Goldstein?
    c. There is no document on file to evidence that Sheldon Goldstein and Scott Goldstein are the Participants (ie ultimate beneficial owners) of the Retirement Plan.  Can you please provide a copy of that document.
    d. Utility bill for Sheldon Goldstein
    e. Please ask the customer to advise Sheldon Goldstein and Scott Goldstein's (beneficial owners) source wealth
    f. Financials for the pension plan are missing, pls provide

5. Linden Associates Defined Benefit Plan
    a. There is no document on file to evidence that Joan Schulman is the Participant (ie ultimate beneficial owner) of the Retirement Plan.  Can you please provide a copy of that document.
    b. Please ask the customer to advise Joan Sculman's (beneficial owner) source wealth
    c. Financials for the pension plan are missing, pls provide

1

CONFIDENTIAL

6. Riverside Associates Defined Benefit Plan
   a. There is no document on file to evidence that David Schulman is the Participant (ie ultimate beneficial owner) of the Retirement Plan. Can you please provide a copy of that document.
   b. Please ask the customer to advise David Sculman's (beneficial owner) source wealth
   c. Financials for the pension plan are missing, pls provide

7. Moira Associates, LLC 401(k) Plan
   a. There is no document on file to evidence that Stacey Kaminer is the Participant (ie ultimate beneficial owner) of the Retirement Plan. Can you please provide a copy of that document.
   b. Please ask the customer to advise Stacey Kaminer's (beneficial owner) source wealth
   c. Financials for the pension plan are missing, pls provide

8. Kamco, L.P. Profit Sharing Plan FBO Stacey Kaminer
   a. There is no document on file to evidence that Stacey Kaminer is the Participant (ie ultimate beneficial owner) of the Retirement Plan. Can you please provide a copy of that document.
   b. Please advise why Stacey Kaminer has two separate retirement plans: Kamco, L.P. Profit Sharing Plan FBO Stacey Kaminer and Moira Associates, LLC 401(k) Plan, where she is the beneficial owner
   c. Financials for the pension plan are missing, pls provide

9. D W Construction, INC Retirement Plan
   a. There is no document on file to evidence that Darren Wittwer is the Participant (ie ultimate beneficial owner) of the Retirement Plan. Can you please provide a copy of that document.
   b. Please ask the customer to advise Darren Wittwer's (beneficial owner) source wealth
   c. Financials for the pension plan are missing, pls provide

10. Newsong Fellowship Church 401(k) Plan
    a. Account opening form is missing
    b. Please advise how this charity's activity relates to having an account with ED&F, purpose of the account
    c. Document evidencing who the Participants – ultimate beneficial owners - are, and their source of wealth.
    d. Whoever the ultimate beneficial owners are we shall require their passports and address verification
    e. Address verification for Alexander J Mitchell Jr
    f. Address verification for Edward Andrew Bley
    g. Who are the donors in the charity, what sort of due diligence performed in relation to them.
    h. How does the charity distribute donations, who makes these decisions and do they perform any due-diligence on the individuals / organisations where the donations are directed to
    i. Financials please

11. Zichron Yaakov Institute
    a. Please advise how this charity's activity relates to having an account with ED&F, purpose of the account
    b. The charity has three trustees please ask for Rabbi Eli Bensinger to co-sign the Board Resolutions and the account opening form
    c. Please provide document evidencing appointment of current Trustees
    d. Address verification for Rabbi Eli Bensinger
    e. Who are the donors in the charity, what sort of due diligence performed in relation to them.
    f. How does the charity distribute donations, who makes these decisions and do they perform any due-diligence on the individuals / organisations where the donations are directed to
    g. Financials please

12. Congregation Khal and Beth Medrash Zichron Yaakov
    a. Please advise how this charity's activity relates to having an account with ED&F, purpose of the account

2

CONFIDENTIAL

   b. Please provide document evidencing appointment of current Trustees
   c. Evidence of sole signatory powers of Gloria Adler
   d. Address verification for Gloria Adler
   e. How is Tamar Bensinger related to the account? She is declared a signatory on the account opening forms yet she has also certified a driving licence as a Notary Public. Please clarify.
   f. The charity has 3 trustees, the account opening form has been signed by 1 of them m(second signatory to provide a passport and address verification)
   g. Who are the donors in the charity, what sort of due diligence performed in relation to them.
   h. How does the charity distribute donations, who makes these decisions and do they perform any due-diligence on the individuals / organisations where the donations are directed to
   i. Financials please

13. Congregation Machon Tiferes Bachurim
   a. Please advise how this charity's activity relates to having an account with ED&F, purpose of the account
   b. Appointment of current Trustees and their signatory powers
   c. Ira Adler is the only signatory on the paperwork, please provide evidence that Ira Adler has sole signatory powers
   d. If there are other Trustees other than Ira Adler please request the passports and address verification
   e. Ira Adler's address verification outstanding (driving licence we have been given expired in 2004)
   f. Who are the donors in the charity, what sort of due diligence performed in relation to them.
   g. How does the charity distribute donations, who makes these decisions and do they perform any due-diligence on the individuals / organisations where the donations are directed to
   h. Financials please

Thank you
Svet

**Svetlana Comrie**
Compliance

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7055
scomrie@edfmancapital.com | www.edfman.com

 Please consider the environment before printing this e-mail

3

                                                    ED&F-00018071