

**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN - 75 Claremont Road, Suite 309, Bernardsville, NJ 07924, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 3,500,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 11,497,500.00 |
| WHT Suffered: | 4,252,500.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                ED&F-00048728

# Charlotte Woodward

**From:** Bottomley, Oliver (LDN) <obottomley@edfmancapital.com>
**Sent:** 20 March 2014 17:34
**To:** Stacey Kaminer
**Cc:** Foster, Victoria (LDN); Mina, Sara (LDN)
**Subject:** RE: Trade Interest March 20, 2014

Hi Stacey,

Confirms attached for NOVOB DC.
22m shares in the new splits.

Thanks,
Oli

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 20 March 2014 14:19
**To:** Bottomley, Oliver (LDN)
**Subject:** FW: Trade Interest March 20, 2014


**From:** Stacey Kaminer
**Sent:** Thursday, March 20, 2014 8:17 AM
**To:** Mina, Sara (LDN); Oliver Bottomley (obottomeley@edfmancapital.com)
**Cc:** Foster, Victoria (LDN)
**Subject:** FW: Trade Interest March 20, 2014

Sorry guys, one last correction on allocations, I swear this is final

| | | |
|---|---|---|
| AIGPP | AMERIC-INVGR | 3,500,000 |
| DWCPP | DW000-CONST | 3,850,000 |
| GLG | GOLDST-LAWGP | 2,000,000 |
| KIPP | KAMCO0-INVES | 2,000,000 |
| KLPP | KAMCO0-LPPRO | 3,500,000 |
| LABP | LINDEN-ADBPL | 2,000,000 |
| MAPP | MOIRA0-ASSOC | 3,150,000 |
| RABP | RIVERS-ASSOC | 2,000,000 |

**From:** Stacey Kaminer
**Sent:** Thursday, March 20, 2014 8:11 AM
**To:** Mina, Sara (LDN); Oliver Bottomley (obottomeley@edfmancapital.com)
**Cc:** Foster, Victoria (LDN)
**Subject:** FW: Trade Interest March 20, 2014

Due to liquidity being 22 mil on the equity side please see the revised allocations below. Also, we would adjust the futures hedge to 220,000.

| | | |
|---|---|---|
| AIGPP | AMERIC-INVGR | 3,300,000 |
| DWCPP | DW000-CONST | 4,250,000 |

CONFIDENTIAL                                                                                      ED&F-00048729

| | | |
|---|---|---|
| GLG | GOLDST-LAWGP | 2,000,000 |
| KIPP | KAMCO0-INVES | 2,000,000 |
| KLPP | KAMCO0-LPPRO | 3,300,000 |
| LABP | LINDEN-ADBPL | 2,000,000 |
| MAPP | MOIRA0-ASSOC | 3,150,000 |
| RABP | RIVERS-ASSOC | 2,000,000 |

Best,

Stacey

---

**From:** Stacey Kaminer
**Sent:** Wednesday, March 19, 2014 12:48 PM
**To:** Mina, Sara (LDN); Bottomley, Oliver (LDN)
**Cc:** Foster, Victoria (LDN)
**Subject:** Trade Interest March 20, 2014

Hi All,

The following accounts are interested in purchasing a total of 25.1 mil shares of NOVOB DC, ISIN DK0060534915, T+4 and hedging their purchase by selling Bclear futures in the amount of 251,000 NYF june expiry. Can you provide clearance for these transactions? Also, the accounts are looking for liquidity if you are able to source any please let them know.

| | | |
|---|---|---|
| AIGPP | AMERIC-INVGR | 4,300,000 |
| DWCPP | DW000-CONST | 4,250,000 |
| GLG | GOLDST-LAWGP | 2,000,000 |
| KIPP | KAMCO0-INVES | 2,000,000 |
| KLPP | KAMCO0-LPPRO | 4,300,000 |
| LABP | LINDEN-ADBPL | 2,000,000 |
| MAPP | MOIRA0-ASSOC | 2,000,000 |
| RABP | RIVERS-ASSOC | 4,250,000 |

Best,

Stacey

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all

estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL                                                                                              ED&F-00048731

# Charlotte Woodward

**From:** LDN-SECOPS-MB <secops@edfmancapital.com>
**Sent:** 20 March 2014 17:17
**To:** LDN-EQUITYFINANCE-REPORTING-MB
**Attachments:** ATT00001.bin

Trade Reference 231627
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Customer: | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | NFY16APR2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 243.13 |
| Quantity: | 20,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28602-105210 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018127 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:     Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

# Charlotte Woodward

| | |
|---|---|
| From: | LDN-SECOPS-MB <secops@edfmancapital.com> |
| Sent: | 20 March 2014 17:17 |
| To: | LDN-EQUITYFINANCE-REPORTING-MB |
| Attachments: | ATT00001.bin |

## Trade Reference 231975

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Settlement Date: | 26/03/2014 |
| Customer: | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | NOVO NORDISK A/S-B |
| ISIN: | DK0060534915 |
| Gross Price: | 246.703250 |
| Net Price: | 246.703250 |
| Quantity: | 2,000,000 |
| Settlement Method: | DNI |
| Net Cash: | 493,406,500.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28573-105288 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018150 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:    Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL    ED&F-00048733

# Charlotte Woodward

| | |
|---|---|
| **From:** | LDN-SECOPS-MB <secops@edfmancapital.com> |
| **Sent:** | 20 March 2014 17:17 |
| **To:** | LDN-EQUITYFINANCE-REPORTING-MB |
| **Attachments:** | ATT00001.bin |

**Trade Reference 231632**

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | NFY16APR2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 243.13 |
| Quantity: | 20,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28602-105217 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018127 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:   Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                          ED&F-00048734

# Charlotte Woodward

| | |
|---|---|
| From: | LDN-SECOPS-MB <secops@edfmancapital.com> |
| Sent: | 20 March 2014 17:17 |
| To: | LDN-EQUITYFINANCE-REPORTING-MB |
| Attachments: | ATT00001.bin |

Trade Reference 231979

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Settlement Date: | 26/03/2014 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | NOVO NORDISK A/S-B |
| ISIN: | DK0060534915 |
| Gross Price: | 246.703250 |
| Net Price: | 246.703250 |
| Quantity: | 2,000,000 |
| Settlement Method: | DNI |
| Net Cash: | 493,406,500.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28573-105292 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018150 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:   Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                                                           ED&F-00048735

# Charlotte Woodward

| | |
|---|---|
| From: | LDN-SECOPS-MB <secops@edfmancapital.com> |
| Sent: | 20 March 2014 17:17 |
| To: | LDN-EQUITYFINANCE-REPORTING-MB |
| Attachments: | ATT00001.bin |

**Trade Reference 231631**

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Customer: | MOIRA ASSOCIATES LLC 401K PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | NFY16APR2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 243.13 |
| Quantity: | 31,500 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28602-105216 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018127 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept: Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

# Charlotte Woodward

| | |
|---|---|
| From: | LDN-SECOPS-MB <secops@edfmancapital.com> |
| Sent: | 20 March 2014 17:17 |
| To: | LDN-EQUITYFINANCE-REPORTING-MB |
| Attachments: | ATT00001.bin |

Trade Reference 231980

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Settlement Date: | 26/03/2014 |
| Customer: | MOIRA ASSOCIATES LLC 401K PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | NOVO NORDISK A/S-B |
| ISIN: | DK0060534915 |
| Gross Price: | 246.703250 |
| Net Price: | 246.703250 |
| Quantity: | 3,150,000 |
| Settlement Method: | DNI |
| Net Cash: | 777,115,237.50 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28573-105293 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018150 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:     Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

# Charlotte Woodward

| | |
|---|---|
| **From:** | LDN-SECOPS-MB <secops@edfmancapital.com> |
| **Sent:** | 20 March 2014 17:17 |
| **To:** | LDN-EQUITYFINANCE-REPORTING-MB |
| **Attachments:** | ATT00001.bin |

**Trade Reference 231630**

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Customer: | Linden Associates Defined Benefit Plan |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | NFY16APR2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 243.13 |
| Quantity: | 20,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28602-105215 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018127 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:      Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926