

CONFIDENTIAL

ED&P-00046762



CONFIDENTIAL

ED&F-00048763





SWIFT Message Detail

Message ID 2713534 | Retrieve

SWIFT Information

| | |
|---|---|
| **Msg Type** | **Direction** |
| 545 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| PG325CJU7A001 | N/A |
| **Asset Series** | **Curr Series** |
| 277433 | 277432 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **User Hdr** |
| {MAC:00000000}{CHK:8034E49D1D4E} | {108:ISI4190850HHL000} |
| **Basic Hdr** | **App Hdr** |
| F01MACVGB22AXXX0624077283 | O5451232140326PARBFRPPDXXX07017792241403261132N |
| **Load User** | **Load Date** |
| SHSYSTEM | 26-03-2014 07:36:19 |
| **Load Port** | **Proc User** |
| S608207NJ3VW07 | N/A |
| **Proc Date** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | **OATS** ☐ |
| [NULL] | **OATS Sent** ☐ |
| **File Name** | |
| 06846856.TXT | |
| **Memo** | |

Details (38)

Show Groups — System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG325CJU7A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326122538 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E1000027743301 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1500000, |
| 18 | 18 | 97A | :SAFE//41329000010000778823F |
| 19 | 19 | 97A | :CASH//41329000010000724759K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//RVTBEB8XXX |
| 29 | 29 | 97A | :SAFE//05896114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |

CONFIDENTIAL

ED&F-00048764

Release | Modify | Tag Value

SWIFT Message Detail Retrieved

CONFIDENTIAL

ED&F-00048765





SWIFT Message De ail

**Message ID** 2711177

Retrieve

SWIFT Information

**Msg Type**
545

**Direction**
F om Swif

**Status**
Closed

**Loc ID**
DEN-27%

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
PG326ATQ2A001

**Purpose**
N/A

**Asset Series**
0.0

**Curr Series**
0.0

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:AD3E7185F2F6}

**User Hdr**
{108:ISI4190850G0M000}

**Basic Hdr**
F01MACVG6Z2AXXX0624076185

**App Hdr**
O5451037140326PARBFRPPFXXX4664468034140326093 7 N

**Load User**
SHSYSTEM

**Load Date**
03/26/2014 05:38:39

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**ProcDate**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS**

**OATS Sent**

**File Name**
06846832.TXT

**Memo**

**Details (37)**

Show Groups

System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG326ATQ2A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326103358 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 20C | :RELA//E100027744801 |
| 7 | 7 | 16S | LINK |
| 8 | 8 | 16S | GENL |
| 9 | 9 | 16R | TRADDET |
| 10 | 10 | 98A | :TRAD//20140320 |
| 11 | 11 | 98A | :ESET//20140326 |
| 12 | 12 | 35B | ISIN DK0060534915 |
| 13 | 13 | 000 | NOVO NORDISK AS |
| 14 | 14 | 16S | TRADDET |
| 15 | 15 | 16R | FIAC |
| 16 | 16 | 36B | :ESTT//UNIT/1500000, |
| 17 | 17 | 97A | :SAFE//4132900010000778823F |
| 18 | 18 | 97A | :CASH//41329000100007247 98K |
| 19 | 19 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 20 | 20 | 16S | FIAC |
| 21 | 21 | 16R | SETDET |
| 22 | 22 | 22F | :SETR//TRAD |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :DEAG//ESSEDKKKXXX |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :SELL//IRVTBEBBXXX |
| 28 | 28 | 97A | :SAFE//03295114373 |
| 29 | 29 | 16S | SETPRTY |
| 30 | 30 | 16R | SETPRTY |
| 31 | 31 | 95P | :PSET//VPDKDKKKXXX |
| 32 | 32 | 16S | SETPRTY |
| 33 | 33 | 16R | AMT |
| 34 | 34 | 19A | :ESTT//DKK870064875, |
| 35 | 35 | 98A | :VALU//20140326 |
| 36 | 36 | 16S | AMT |
| 37 | 37 | 16S | SETDET |

Release Modify **Tag Value**

CONFIDENTIAL

ED&F-00048766

SWIFT Message Detail Retrieved

SWIFT Message Detail

**Message ID** 2713644 **Retrieve**

SWIFT Information

| | |
|---|---|
| **Msg Type**<br>545 | **Direction**<br>From Swift |
| **Status**<br>Closed | **Loc ID**<br>N/A |
| **Related Ref**<br>N/A | **Loc SWIFT ID**<br>N/A |
| **Transaction Ref**<br>PG3250CY3A001 | **Purpose**<br>N/A |
| **Asset Series**<br>279217 | **Curr Series**<br>279216 |
| **Reason Code**<br>N/A | **External ID**<br>N/A |
| **Trailer Hdr**<br>{MAC:00000000}{CHK:605DD068DD3E} | **User Hdr**<br>{108:ISI4190850HL8000} |
| **Basic Hdr**<br>F01MACVGBZ2AXXX0624077338 | **App Hdr**<br>O5451233140326PARBFRPPBXXX83457662541403261134N |
| **Load User**<br>SHSYSTEM | **Load Date**<br>26-03-2014 07:36:26 |
| **Load Port**<br>S608207NJ3VW07 | **Proc User**<br>N/A |
| **Proc Date**<br>[NULL] | **Proc Port**<br>N/A |
| **Duration**<br>N/A | **Instruction Date**<br>N/A |
| **ACK Date**<br>[NULL] | **OATS** ☐ |
| | **OATS Sent** ☐ |
| **File Name**<br>06246962.TXT | |
| **Memo** | |

**Details (38)**

Show Groups    System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG3250CY3A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326123045 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E10000e7321701 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :SETT//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1500000, |
| 18 | 18 | 97A | :SAFE//4132900001000077&023F |
| 19 | 19 | 97A | :CASH//4132900001000072479SK |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//IRVTBEB8XXX |
| 29 | 29 | 97A | :SAFE//03295114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK870054620, |
| 36 | 36 | 98A | :VALU//20140326 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |