

SWIFT Message Detail

**Message ID** 2713842

SWIFT Information

**Msg Type**
545

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
PG325DCY2A001

**Purpose**
N/A

**Asset Series**
279221

**Curr Series**
279220

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:186DD068D53E}

**User Hdr**
{108:ISI4190850HLA000}

**Basic Hdr**
F01MACVGB22AXXX0624077337

**App Hdr**
O5451233140326PARBFRPPBXXX2345766253140326 1134N

**Load User**
SHSYSTEM

**Load Date**
26-03-2014 07:36:26

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS** ☐

**OATS Sent** ☐

**File Name**
06846852.TXT

**Memo**

Details (38)

Show Groups — System Defa

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG325DCY2A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326123043 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E1000027922101 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1800000, |
| 18 | 18 | 97A | :SAFE//413290001000778823F |
| 19 | 19 | 97A | :CASH//4132900010000724795K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//ARVTBES8XXX |
| 29 | 29 | 97A | :SAFE//0025114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK870064620, |
| 36 | 36 | 98A | :VALU//20140326 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

CONFIDENTIAL

ED&F-00048768

Release | Modify | Tag Value



SWIFT Message Detail

**Message ID** 2713604

Retri

## SWIFT Information

| | |
|---|---|
| **Msg Type** | **Direction** |
| 545 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| PG325DCY0A001 | N/A |
| **Asset Series** | **Curr Series** |
| 279227 | 279226 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **User Hdr** |
| {MAC:00000000}{CHK:185DD049E52E} | {108:ISI4190850HK0000} |
| **Basic Hdr** | **App Hdr** |
| F01MACVG6Z2AXXX0624077318 | O5451233140326PARBFRPPDXXX0701779271140326 1133N |
| **Load User** | **Load Date** |
| SHSYSTEM | 26-03-2014 07:36:23 |
| **Load Port** | **Proc User** |
| S808207NJ3VW07 | N/A |
| **Proc Date** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | **OATS** ☐ |
| [NULL] | **OATS Sent** ☐ |
| **File Name** | |
| 06246860.TXT | |
| **Memo** | |

## Details (38)

Show Groups

System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GEN |
| 2 | 2 | 20C | :SEME//PG3250CY0A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326122958 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E10000275[illegible]701 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GEN |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060[illegible]4515 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1500000, |
| 18 | 18 | 97A | :SAFE//41329000010000776083F |
| 19 | 19 | 97A | :CASH//413290000100007247936K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//RVTBEBBXXX |
| 29 | 29 | 97A | :SAFE//0825114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK870054820, |
| 36 | 36 | 98A | :VALU//20140326 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

CONFIDENTIAL

ED&F-00048769

Release | Modify | **Tag Value**





SWIFT Message Detail

Message ID 2713516

SWIFT Information

| Field | Value | Field | Value |
| --- | --- | --- | --- |
| Msg Type | 545 | Direction | From Swift |
| Status | Closed | Loc ID | N/A |
| Related Ref | N/A | Loc SWIFT ID | N/A |
| Transaction Ref | PG325DCY1A001 | Purpose | N/A |
| Asset Series | 279233 | Curr Series | 279232 |
| Reason Code | N/A | External ID | N/A |
| Trailer Hdr | {MAC:00000000}{CHK:807DD049ED5E} | User Hdr | {108:ISI4190850HGX000} |
| Basic Hdr | F01MACVGB22AXXX0624077274 | App Hdr | O5451232140326PARBFRPPEXXX48782198341403261132N |
| Load User | SHSYSTEM | Load Date | 26-03-2014 07:36:18 |
| Load Port | S608207NJ3VW07 | Proc User | N/A |
| Proc Date | [NULL] | Proc Port | N/A |
| Duration | N/A | Instruction Date | N/A |
| ACK Date | [NULL] | OATS | ☐ |
| | | OATS Sent | ☐ |
| File Name | 06846856.TXT | | |
| Memo | | | |

Details (38)

Show Groups System Default

| | Index | Tag | Value |
| --- | --- | --- | --- |
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG325DCY1A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326122929 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E100002732201 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1500000, |
| 18 | 18 | 97A | :SAFE//4132900001000778923F |
| 19 | 19 | 97A | :CASH//41329000010000724796K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//RVT8E88XXX |
| 29 | 29 | 97A | :SAFE//0823514373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK870064620, |
| 36 | 36 | 98A | :VALU//20140326 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

SWIFT Message Detail

Message ID  2713636

**SWIFT Information**

| | |
|---|---|
| **Msg Type** | **Direction** |
| 545 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| PG325DDH9A001 | N/A |
| **Asset Series** | **Curr Series** |
| 279241 | 279240 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **User Hdr** |
| {MAC:00000000}{CHK:136DA2688D5E} | {108:ISI4190850HKX000} |
| **Basic Hdr** | **App Hdr** |
| F01MACVGH77AXXX0624077334 | O5451233140326FARBFRPPBXXX2345766236140326 1134N |
| **Load User** | **Load Date** |
| SHSYSTEM | 26-03-2014 07:36:25 |
| **Load Port** | **Proc User** |
| S602207NJ3VW07 | N/A |
| **Proc Date** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | **OATS** ☐ |
| [NULL] | |
| **File Name** | **OATS Sent** ☐ |
| 06246951.TXT | |
| **Memo** | |

CONFIDENTIAL

**Details (38)**

Show Groups                                            System Default

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//PG325DDH9A001 |
| 3 | 23G | NEWM |
| 4 | 98C | :PREP//20140326123000 |
| 5 | 16R | LINK |
| 6 | 13A | :LINK//541 |
| 7 | 20C | :RELA//E10000E7524101 |
| 8 | 16S | LINK |
| 9 | 16S | GENL |
| 10 | 16R | TRADDET |
| 11 | 98A | :TRAD//20140326 |
| 12 | 98A | :ESET//20140326 |
| 13 | 35B | ISIN DK0060945515 |
| 14 | 000 | NOVO NORDISK AS |
| 15 | 16S | TRADDET |
| 16 | 16R | FIAC |
| 17 | 36B | :ESTT//UNIT/1500000, |
| 18 | 97A | :SAFE//4133780000100007748023F |
| 19 | 97A | :CASH//4133780001000024755XX |
| 20 | 94F | :SAFE//CUST/NDEAD KXXXXXX |
| 21 | 16S | FIAC |
| 22 | 16R | SETDET |
| 23 | 22F | :SETR//TRAD |
| 24 | 16R | SETPRTY |
| 25 | 95P | :DEAG//ESSED KXXXXXX |
| 26 | 16S | SETPRTY |
| 27 | 16R | SETPRTY |
| 28 | 95P | :SELL//IRVTBEBBXXX |
| 29 | 97A | :SAFE//00096114373 |
| 30 | 16S | SETPRTY |
| 31 | 16R | SETPRTY |
| 32 | 95P | :PSET//VPDK DKXXXXXX |
| 33 | 16S | SETPRTY |
| 34 | 16R | AMT |
| 35 | 19A | :ESTT//DKK0870064620, |
| 36 | 98A | :VALU//20140326 |
| 37 | 16S | AMT |
| 38 | 16S | SETDET |

ED&F-00048771



SWIFT Message Detail

Message ID  2713650

**SWIFT Information**

| Msg Type | Direction |
|---|---|
| 545 | From Swift |
| Status | Loc ID |
| Closed | N/A |
| Related Ref | Loc SWIFT ID |
| N/A | N/A |
| Transaction Ref | Purpose |
| PG3250DI0A001 | N/A |
| Asset Series | Curr Series |
| 279239 | 279238 |
| Reason Code | External ID |
| N/A | N/A |
| Trailer Hdr | User Hdr |
| {MAC:00000000}{CHK:502DA278C53E} | {108:ISI4190850HUF000} |
| Basic Hdr | App Hdr |
| F01MALCVGG22AXXX0524077341 | O5451234140326PARBFRPPCXXXG1974730751403261134N |
| Load User | Load Date |
| SHSYSTEM | 26-03-2014 07:36:26 |
| Load Port | Proc User |
| S608207NJ3VW07 | N/A |
| Proc Date | Proc Port |
| [NULL] | N/A |
| Duration | Instruction Date |
| N/A | N/A |
| ACK Date | OATS ☐ |
| [NULL] | OATS Sent ☐ |
| File Name | |
| 0604580P.TXT | |
| Memo | |

Details (38)
Show Groups                                                   System

| Index | Tag | Value |
|---|---|---|
| 1 | 1 16R | GENL |
| 2 | 2 20C | :SEME//PG3250DI0A001 |
| 3 | 3 23G | NEWM |
| 4 | 4 98C | :PREP//20140326123047 |
| 5 | 5 16R | LINK |
| 6 | 6 13A | :LINK//541 |
| 7 | 7 20C | :RELA//E1000027923901 |
| 8 | 8 16S | LINK |
| 9 | 9 16S | GENL |
| 10 | 10 16R | TRADDET |
| 11 | 11 98A | :TRAD//20140320 |
| 12 | 12 98A | :ESET//20140326 |
| 13 | 13 35B | ISIN DK0060534915 |
| 14 | 14 000 | NOVO NORDISK AS |
| 15 | 15 16S | TRADDET |
| 16 | 16 16R | FIAC |
| 17 | 17 36B | :ESTT//UNIT/1500000, |
| 18 | 18 97A | :SAFE//4132B00001000077957JF |
| 19 | 19 97A | :CASH//4132B00001000072479GX |
| 20 | 20 94F | :SAFE//CUST/NOEADKKKXXX |
| 21 | 21 16S | FIAC |
| 22 | 22 16R | SETDET |
| 23 | 23 22F | :SETR//TRAD |
| 24 | 24 16R | SETPRTY |
| 25 | 25 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 16S | SETPRTY |
| 27 | 27 16R | SETPRTY |
| 28 | 28 95P | :SELL//IRVTBEBBXXX |
| 29 | 29 97A | :SAFE//05285114373 |
| 30 | 30 16S | SETPRTY |
| 31 | 31 16R | SETPRTY |
| 32 | 32 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 16S | SETPRTY |
| 34 | 34 16R | AMT |
| 35 | 35 19A | :ESTT//DKK370054620, |
| 36 | 36 98A | :VALU//20140326 |
| 37 | 37 16S | ED&F-00048772 |
| 38 | 38 16S | SETDET |

CONFIDENTIAL



SWIFT Message Detail

**Message ID** 2706856

**SWIFT Information**

**MsgType**
545

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
PG325DDH8A001

**Purpose**
N/A

**Asset Series**
279245

**Curr Series**
279244

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:A47DF2B89D68}

**UserHdr**
{108:ISI41902502U1000}

**Basic Hdr**
F01MACVGB22AXXX0624074054

**App Hdr**
O5450143140326PARBFRPPAXXX0391222178140326004 3N

**Load User**
SHSYSTEM

**Load Date**
26-03-2014 01:00:43

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS** ☐

**OATS Sent** ☐

**File Name**
06846763.TXT

**Memo**

CONFIDENTIAL

**Details (38)**

Show Groups

System D

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG325DDH8A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326014102 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E100002792400 1 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1000000, |
| 18 | 18 | 97A | :SAFE//4132900001000077893F |
| 19 | 19 | 97A | :CASH//4132900001000072479SK |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//IRVTBEBBXXX |
| 29 | 29 | 97A | :SAFE//0825114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK24670000, |
| 36 | 36 | 98A | :VALU//20140326 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

ED&F-00048773

Release Modify Tag Value

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : American Investment Group of NY
Date          : 21-03-2014
Currency      : USD

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 2,405,718,355.00 Dr | 0.18478140 | 444,532,005.65 Dr | 857,236,110.00 Dr | 0.18478140 | 158,401,288.54 Dr |
| DKK Var Margin | 8,639,600.00 Dr | 0.18478140 | 1,596,437.38 Dr | 8,639,600.00 Dr | 0.18478140 | 1,596,437.38 Dr |
| EUR Cash | 16,799.77 Dr | 1.37940000 | 23,173.60 Dr | 16,799.77 Dr | 1.37940000 | 23,173.60 Dr |
| EUR SEG CASH A | 109,684.84 Cr | 1.37940000 | 151,299.27 Cr | 109,684.84 Cr | 1.37940000 | 151,299.27 Cr |
| USD Cash | 8,879,581.50 Dr | 1.00000000 | 8,879,581.50 Dr | 8,879,581.50 Dr | 1.00000000 | 8,879,581.50 Dr |
| USD SEG CASH A | 199,238.41 Cr | 1.00000000 | 199,238.41 Cr | 199,238.41 Cr | 1.00000000 | 199,238.41 Cr |
| | | | 454,680,660.45 Dr | | | 168,549,943.34 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| COLOB DC | COLOPLAST-B | C | 500,000.00 Lg | 354.9044 | 435.2000 | 177,452,220.00 Dr | 217,600,000.00 Cr | 40,147,780.00 Cr | DKK |
| DANSKE DC | DANSKE BANK A/S | C | 7,750,000.00 Lg | 143.5905 | 145.3000 | 1,112,826,210.00 Dr | 1,126,075,000.00 Cr | 13,248,790.00 Cr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 3,500,000.00 Lg | 246.7033 | 239.2000 | 863,461,375.00 Cr | 837,200,000.00 Cr | 26,261,375.00 Dr | DKK |
| TDC DC | TDC A/S | C | 5,000,000.00 Lg | 52.5607 | 49.4200 | 262,803,300.00 Dr | 247,100,000.00 Cr | 15,703,300.00 Dr | DKK |
| | | | | | Totals: | 2,416,543,105.00 Dr | 2,427,975,000.00 Cr | 11,431,895.00 Cr | |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| SOLB BB | SOLVAY SA | C | 800,000.00 Lg | 108.4014 | 112.2000 | 86,721,088.00 Dr | 89,760,000.00 Cr | 3,038,912.00 Cr | EUR |
| | | | | | Totals: | 86,721,088.00 Dr | 89,760,000.00 Cr | 3,038,912.00 Cr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| VEON US | VEON LTD | C | 684,000.00 Lg | 12.9902 | 8.8900 | 8,885,269.44 Dr | 6,080,760.00 Cr | 2,804,509.44 Dr | USD |
| | | | | | Totals: | 8,885,269.44 Dr | 6,080,760.00 Cr | 2,804,509.44 Dr | |

## Trade Date Positions (OTC-OPTIONS) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| SOLB BB | SOLVAY SA | C | 8,000.00 Sh | 103.3500 | 112.1900 | 82,680,000.00 Cr | 89,752,000.00 Dr | 7,072,000.00 Dr | EUR |
| | | | | | Totals: | 82,680,000.00 Cr | 89,752,000.00 Dr | 7,072,000.00 Dr | |

ED&F-00048774