UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

MASTER DOCKET

18-md-2865 (LAK)

This document relates to case no: 18-CV-04833

### NOTICE OF PLAINTIFF SKATTEFORVALTNINGEN'S MOTION TO SUBSTITUTE

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of John T. McGoey dated November 22, 2022 and exhibits annexed thereto, Plaintiff Skatteforvaltningen, by and through its undersigned attorneys, will move the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the Court, for an order pursuant to Rule 25(a) of the Federal Rules of Civil Procedure granting the substitution of Seth Whitaker, as Personal Representative of the Estate of Alexander C. Burns, for the deceased Defendant Alexander Burns in the case captioned *Skatteforvaltningen v. Burns, et al.*, No. 18-cv-04833; and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       November 22, 2022

                        HUGHES HUBBARD & REED LLP

                        By:  /s/ Marc A. Weinstein
                             Marc A. Weinstein
                             William R. Maguire
                             Neil Oxford
                             Dustin P. Smith
                             John T. McGoey
                      One Battery Park Plaza
                      New York, New York 10004-1482
                      Telephone: (212) 837-6000
                      Fax: (212) 422-4726
                      marc.weinstein@hugheshubbard.com
                      bill.maguire@hugheshubbard.com
                      neil.oxford@hugheshubbard.com
                      dustin.smith@hugheshubbard.com
                      john.mcgoey@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*