# Exhibit A

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE PROBATE COURT |
| ) | |
| COUNTY OF CHARLESTON ) | **FIDUCIARY LETTERS** |
| ) | |
| IN THE MATTER OF: ) | CASE NUMBER: <u>2021ES1002273</u> |
| <u>ALEXANDER CHATFIELD BURNS</u> ) | |
| <u>(Decedent)</u> ) | |

☒ PERSONAL REPRESENTATIVE
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☐ SPECIAL ADMINISTRATOR

On the <u>14</u> day of <u>October</u>, <u>2022</u>, <u>SETH WHITAKER, ESQ.</u> was/were appointed and qualified as Fiduciary(ies) of the above matter by this Court, with all the authority granted to a fiduciary by law.

NOW, THEREFORE, LETTERS are issued as evidence of such appointment, qualification, and authority of the above fiduciary(ies) to do and to perform all acts which may be authorized by law.

**RESTRICTIONS: NONE**

Executed this <u>14</u> day of <u>October</u>, <u>2022</u>.

*[signature]*

Irvin G. Condon, Probate Court Judge
Tamara C. Curry, Associate Judge
Lenna S. Kirchner, Associate Judge
Peter A. Kouten, Associate Judge