**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to case no: 18-CV-04833 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**CERTIFICATION OF SERVICE OF**
**PLAINTIFF SKATTEFORVALTNINGEN'S MOTION TO SUBSTITUTE**

    I, John T. McGoey, hereby certify that on November 22, 2022, copies of the Notice of Motion to Substitute, Memorandum of Law, and Declaration of John T. McGoey filed therewith, were served upon (1) all parties of record by electronic means through the Court's CM/ECF electronic filing system, and (2) non-party Seth Whitaker, as Personal Representative of the Estate of Alexander C. Burns, by means of electronic mail and Federal Express.

Dated: New York, New York
       November 22, 2022

                                                       /s/ John T. McGoey
                                                       John T. McGoey