# MEMO ENDORSED

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to case no: 18-CV-04833

MASTER DOCKET

18-md-2865 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2022

## NOTICE OF PLAINTIFF SKATTEFORVALTNINGEN'S MOTION TO SUBSTITUTE

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of John T. McGoey dated November 22, 2022 and exhibits annexed thereto, Plaintiff Skatteforvaltningen, by and through its undersigned attorneys, will move the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the Court, for an order pursuant to Rule 25(a) of the Federal Rules of Civil Procedure granting the substitution of Seth Whitaker, as Personal Representative of the Estate of Alexander C. Burns, for the deceased Defendant Alexander Burns in the case captioned *Skatteforvaltningen v. Burns, et al.*, No. 18-cv-04833; and for such other and further relief as the Court deems just and proper.

Granted.

SO ORDERED.

/s/ Lewis A. Kaplan (jhs)
Hon. Lewis A. Kaplan, U.S.D.J.

Dated: 11/23/2022

Dated: New York, New York
November 22, 2022

                        HUGHES HUBBARD & REED LLP

                        By:   /s/ Marc A. Weinstein
                              Marc A. Weinstein
                              William R. Maguire
                              Neil Oxford
                              Dustin P. Smith
                              John T. McGoey
                       One Battery Park Plaza
                     New York, New York 10004-1482
                     Telephone: (212) 837-6000
                     Fax: (212) 422-4726
                     marc.weinstein@hugheshubbard.com
                     bill.maguire@hugheshubbard.com
                     neil.oxford@hugheshubbard.com
                     dustin.smith@hugheshubbard.com
                     john.mcgoey@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*