**DOCKET**   18-cv-4833

2/17/23

District Judge
Honorable Lewis Kaplan
500 Pearl St (Court House)
NY, NY 1007-1312

Case # 1:18-md-02865

RECEIVED
FEB 22 2023
JUDGE KAPLAN'S CHAMBERS

ELECTRONICALLY FILED
DATE FILED: 3-15-23

Dear Judge,

Usually I write letters of recommendation but in this case I want to tell you that Adam LaRosa set up a shell company to dupe Denmark out of 1.7 Billion and Belgium 500 million by requesting tax refunds on fictional investments.

Adam LaRosa has a law degree and a lavish lifestyle. His arrogance and disregard for people astounds me. Please consider my letter when sentencing him for his crimes.

Sincerely,

Kenneth J. Juillet

551-486-8045
Kjuillet@ymail.com