**Hughes Hubbard & Reed**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Neil Oxford
Partner
Direct Dial: +1 (212) 837-6843
Direct Fax: +1 (212) 299-6843
neil.oxford@hugheshubbard.com

March 27, 2023

BY EMAIL

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
KaplanNYSDChambers@nysd.uscourts.gov

Re:   *In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation, 18-md-2865(LAK)*

Dear Judge Kaplan,

      We write on behalf of plaintiff Skatteforvaltningen ("SKAT"), at the request of the Zurich District Court, to provide the Court with a copy of the Zurich District Court's minutes of the witness examination held on January 17, 2023 (the "Minutes") in Zurich, Switzerland. The Minutes summarize the witness examination of Société Générale SA, Zurich's representative with respect to the Letter Rogatory issued by this Court to the Zurich District Court on October 20, 2020 (see Memo Endorsement for Issuance of Letters Rogatory, No. 18-md-2865, ECF No. 487). While the Zurich District Court refers to the Minutes as a "transcript", the document itself is more accurately described as "minutes" of the examination because it provides an approximate description of the testimony, rather than a verbatim transcription. A separate verbatim English transcript of the hearing was created by an English-speaking court reporter present at the witness examination and was subsequently submitted to the Zurich District Court.

      On March 17, 2023, we received a request from the Zurich District Court that a German language copy of the Minutes be served on your chambers and the defendants in this matter. For the Court's convenience, we prepared a certified English translation of the Minutes, and enclose that now along with the original German language copy. By this letter, we are executing the Zurich District Court's request.

2

Sincerely,

*/s/ Neil J. Oxford*
Neil J. Oxford

Enclosures

cc: (via email, with attachment)
Alan Schoenfeld, Esq. (co-lead counsel for defendants)
Sharon McCarthy, Esq. (co-lead counsel for defendants)
Neil Binder, Esq. (counsel for third-party defendant ED&F)