**Exhibit A**

**IN THE CIRCUIT COURT FOR LEE COUNTY, FLORIDA                   PROBATE DIVISION**

**IN RE: ESTATE OF**                    File No. 22-CP-3824

**ROBERT V. CREMA,**

                                    **Division Probate**

    **Deceased.**

## NOTICE TO CREDITORS

The administration of the Estate of **ROBERT V. CREMA**, deceased, whose date of death was October 11, 2022, is pending in the Circuit Court for Lee County, Florida, Probate Division, the address of which is P.O. Box 9346, Fort Myers, FL 33902. The name and address of the Personal Representative and the Personal Representative's attorney are set forth below.

All creditors of the Decedent and other persons having claims or demands against the Decedent's Estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the Decedent and other persons having claims or demands against the Decedent's Estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is December 23, 2022.

Attorney for Personal Representative:                Personal Representative:

**DAVID A. LUDGIN**                                 **ELAINA M. CREMA**

Florida Bar No. 402389                             c/o Cummings & Lockwood LLC
Cummings & Lockwood LLC                            8000 Health Center Blvd., Suite 300
8000 Health Center Boulevard, Suite 300            Bonita Springs, Florida 34135
Bonita Springs, FL 34135

7184762.1.docx 1/9/2023