**Exhibit B**



# Electronically Certified Court Record

This is to certify that this is a true and correct copy of the original document, which may have redactions as required by law.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Lee County Clerk of the Circuit Court and Comptroller |
| **Clerk of the Circuit Court:** | The Honorable Kevin C. Karnes |
| **Date Issued:** | 12/22/2022 8:14:00 AM |
| **Unique Reference Number:** | CAA-FAH-BCAHB-ECGICBJG-FCIABD-A |
| **Case Number:** | 362022CP003824A001CH |
| **Case Docket:** | Letters of Administration |
| **Requesting Party Code:** | 507 |
| **Requesting Party Reference:** | 34284773 |

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Kevin C. Karnes, Lee County Clerk of the Circuit Court and Comptroller, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Lee Clerk of the Circuit Court. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This document contains a Unique Reference Number for identification purposes and a tamper-evident seal to indicate if the document has been tampered with. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. You can also verify this document by scanning the QR code or visiting https://Verify.Clerkecertify.com/VerifyImage .

**The web address shown above contains an embedded link to the verification page for this particular document.



Filing # 163294026 E-Filed 12/19/2022 12:25:50 PM

IN THE CIRCUIT COURT FOR LEE COUNTY,
FLORIDA                              PROBATE DIVISION

IN RE: ESTATE OF                     File No. 22-CP-3824

ROBERT V. CREMA,
    Deceased.

**LETTERS OF ADMINISTRATION**
(single personal representative)

TO ALL WHOM IT MAY CONCERN

    WHEREAS, **ROBERT V. CREMA**, a resident of Lee County, Florida, died on October 11, 2022, owning assets in the State of Florida, and

    WHEREAS, **ELAINA M. CREMA** has been appointed Personal Representative of the Estate of the Decedent and has performed all acts prerequisite to issuance of Letters of Administration in the Estate,

    NOW, THEREFORE, I, the undersigned Circuit Judge, declare **ELAINA M. CREMA** duly qualified under the laws of the State of Florida to act as Personal Representative of the Estate of **ROBERT V. CREMA**, deceased, with full power to administer the Estate according to law; to ask, demand, sue for, recover and receive the property of the Decedent; to pay the debts of the Decedent as far as the assets of the Estate will permit and the law directs; and to make distribution of the Estate according to law.

    **DONE AND ORDERED** in Chambers at Lee County, Florida.

*(eSigned by James Shenko 12/18/2022 12:00:14 49hyOO7n)*

Electronic Service List
David Alden Ludgin <dludgin@cl-law.com>
David Alden Ludgin <hbarr@cl-law.com>
David Alden Ludgin <rtucker@cl-law.com>

Unique Code : CAA-FAH-BCAHB-ECGICBJG-FCIABD-A Page 2 of 2