**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to case no: 18-CV-09841 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**CERTIFICATION OF SERVICE OF**
**PLAINTIFF SKATTEFORVALTNINGEN'S MOTION TO SUBSTITUTE**

    I, Neil John Oxford, hereby certify that on April 11, 2023, copies of the Notice of Motion to Substitute, Memorandum of Law, and Declaration of Neil John Oxford filed therewith, were served upon (1) all parties of record by electronic means through the Court's CM/ECF electronic filing system, and (2) non-party Elaina M. Crema, as Personal Representative of the Estate of Robert V. Crema, by means of electronic mail and Federal Express.

Dated: New York, New York
       April 11, 2023

                                                                */s/ Neil John Oxford*
                                                                Neil John Oxford