**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION<br><br>SKATTEFORVALTNINGEN,<br><br>                  Plaintiff,<br>    v.<br><br>ANTHONY MILES SINCLAIR,<br><br>                  Defendant. | Consolidated Multidistrict Action<br><br>Docket No. 1:18-md-02865-LAK<br><br>This document relates to:<br>1:23-cv-02917-LAK |

**STIPULATION AND [PROPOSED] ORDER**
**EXTENDING TIME TO SUBMIT REPLY IN SUPPORT OF**
**MOTION TO DISMISS**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, that the current April 18, 2023, deadline for Defendant, Anthony Miles Sinclair, to submit a Reply in Support of his Motion to Dismiss is hereby extended seven (7) days, up to and including April 25, 2023.

No provision of this Stipulation and Order shall be construed as a waiver of, and the Defendant expressly reserves, any and all defenses.

This is the Defendant's first request for an extension of time to submit a Reply in Support of his Motion to Dismiss.

Dated: April 14, 2023.

| | |
|---|---|
| DENTONS US LLP | HUGHES HUBBARD & REED LLP |
| By: /s/ *Charles E. Dorkey III*<br>   Charles E. Dorkey III | By: /s/ *John McGoey*<br>   *(e-signed with consent)*<br>   John McGoey |
| 1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800<br>charles.dorkey@dentons.com | One Battery Park Plaza<br>New York, New York 10004-1482<br>Telephone: (212) 837-6000<br>Fax: (212) 422-4726<br>john.mcgoey@hugheshubbard.com |
| DENTONS BINGHAM GREENEBAUM LLP<br>Brandon McGrath (awaiting *pro hac* admission)<br>312 Walnut St Ste 2450<br>Cincinnati, OH 45202<br>Telephone: (513) 455-7600<br>brandon.mcgrath@dentons.com | *Counsel for Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark* |
| *Counsel for Defendant Anthony Miles Sinclair* | |

SO ORDERED:

_____
   Lewis A. Kaplan
United States District Judge