

**Charles E. Dorkey III**
Partner

charles.dorkey@dentons.com
D  +1 212-905-8330
M  +1 917-856-5297

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-20-23

April 17, 2023

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  Skattleforvaltningen v. Anthony Miles Sinclair
     1:18-md-02865-LAK

Dear Judge Kaplan:

We represent Defendant Anthony Miles Sinclair ("Defendant") in the above-captioned matter. For the reasons explained below, I write to respectfully request to be excused from compliance with your Honor's Rule requiring requests for extension be made at least two business days prior to the scheduled due date. Currently, the due date for Defendant's Reply in Support of his Motion to Dismiss is April 18, 2023.

As you know, this matter was recently transferred to a consolidated multidistrict action. My colleagues from Dentons Bingham Greenebaum in Lexington, KY and Cincinnati, OH represent Defendant and are in the process of obtaining their *pro hac* admissions. Due to our firm's conflicts policy, I was not able to join as local counsel until today and thus could not file the Stipulation and Proposed Order Extending Time to Submit Reply in Support of Motion to Dismiss (the "Stipulation").

We respectfully request that your Honor allow the late submission of the Stipulation. I apologize for any inconvenience caused by this delay.

Thank you for your attention to this matter.

Respectfully submitted,

s/ Charles E. Dorkey III
Charles E. Dorkey III

Granted
SO ORDERED

LEWIS A. KAPLAN, USDJ
4/20/23

cc: All Counsel via e-file
Fernanda Lopes & Associados ▶ Guevara & Gutierrez ▶ Paz Horowitz Abogados ▶ Sirote ▶ Adepetun Caxton-Martins Agbor & Segun ▶ Davis Brown ▶ East African Law Chambers ▶ Eric Silwamba, Jalasi and Linyama ▶ Durham Jones & Pinegar ▶ LEAD Advogados ▶ Rattagan Macchiavello Arocena ▶ Jiménez de Aréchaga, Viana & Brause ▶ Lee International ▶ Kensington Swan ▶ Bingham Greenebaum ▶ Cohen & Grigsby ▶ Sayarh & Menjra ▶ For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms