UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-05300. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen ("SKAT") and Defendants The Petkov Management LLC 401K Plan ("Petkov Management Plan") and Svetlin Petkov ("Petkov") hereby stipulate and agree that SKAT's action against Defendants Petkov Management Plan and Petkov, captioned *Skatteforvaltningen v. The Petkov Management LLC 401K Plan, et al.*, No. 18-cv-05300, which is part of these consolidated proceedings, is hereby voluntarily dismissed by SKAT, with prejudice, with each party bearing its own costs and attorney's fees.

Dated: New York, New York
May 19, 2023

By: /s/ Marc A. Weinstein                    By: /s/ Joseph LoPiccolo
    Marc A. Weinstein                              Joseph LoPiccolo
HUGHES HUBBARD & REED LLP              POULOS LOPICCOLO PC
One Battery Park Plaza                           311 West 43rd St., 11th Fl., Ste. 124
New York, New York 10004-1482              New York, NY 10036
Telephone: (212) 837-6000                        Telephone: (646) 931-0011
Fax: (212) 422-4726                                  Fax: (732) 358-0180
marc.weinstein@hugheshubbard.com       lopiccolo@pllawfirm.com

*Counsel for Plaintiff Skatteforvaltningen*        *Counsel for The Petkov Management LLC 401K*
*(Customs and Tax Administration of the*         *Plan and Svetlin Petkov*
*Kingdom of Denmark)*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge