**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 18-cv-05305.

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND ORDER OF PARTIAL VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff

Skatteforvaltningen ("SKAT") and the undersigned defendants and their counsel that the action

captioned *SKAT v. The SVP 401K Plan*, *et al.*, No. 18-cv-05305, is dismissed as against

Defendants The SVP 401K Plan and Svetlin Petkov with prejudice and without costs or

attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

SKAT's dismissal is not intended to and does not affect any of the claims asserted against Roger

Lehman in the action captioned *SKAT v. The SVP 401K Plan, et al.*, No. 18-cv-05305.  This

stipulation is signed by counsel for all parties who have appeared.

Dated: New York, New York
       May 19, 2023


By: /s/ Marc A. Weinstein

   Marc A. Weinstein
 HUGHES HUBBARD & REED LLP
 One Battery Park Plaza
 New York, New York 10004-1482
 Telephone: (212) 837-6000
 Fax: (212) 422-4726
 marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo

   Joseph LoPiccolo
 POULOS LOPICCOLO PC
 311 West 43rd St., 11th Fl., Ste. 124
 New York, NY 10036
 Telephone : (646) 931-0011
 Fax : (732) 358-0180
 lopiccolo@pllawfirm.com

*Counsel for Defendants The SVP 401K Plan,
Svetlin Petkov, and Roger Lehman*


SO ORDERED:


_____
       Lewis A. Kaplan
    United States District Judge