UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-05300. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen ("SKAT") and Defendants The Petkov Management LLC 401K Plan ("Petkov Management Plan") and Svetlin Petkov ("Petkov") hereby stipulate and agree that SKAT's action against Defendants Petkov Management Plan and Petkov, captioned *Skatteforvaltningen v. The Petkov Management LLC 401K Plan, et al.*, No. 18-cv-05300, which is part of these consolidated proceedings, is hereby voluntarily dismissed by SKAT, with prejudice, with each party bearing its own costs and attorney's fees.

Dated: New York, New York
      May 19, 2023

| | |
|---|---|
| By: /s/ Marc A. Weinstein<br>    Marc A. Weinstein<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, New York 10004-1482<br>Telephone: (212) 837-6000<br>Fax: (212) 422-4726<br>marc.weinstein@hugheshubbard.com<br><br>*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)* | By: /s/ Joseph LoPiccolo<br>    Joseph LoPiccolo<br>POULOS LOPICCOLO PC<br>311 West 43rd St., 11th Fl., Ste. 124<br>New York, NY 10036<br>Telephone: (646) 931-0011<br>Fax: (732) 358-0180<br>lopiccolo@pllawfirm.com<br><br>*Counsel for The Petkov Management LLC 401K Plan and Svetlin Petkov* |

SO ORDERED:

_____
    Lewis A. Kaplan
  United States District Judge