**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 18-cv 05309.

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND ORDER OF PARTIAL VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff

Skatteforvaltningen ("SKAT") and the undersigned defendants and their counsel that the action

captioned *SKAT v. The KASV Group Pension Plan, et al.*, No. 18-cv-05309, is dismissed as

against Defendants The KASV Group Pension Plan and Svetlin Petkov with prejudice and

without costs or attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure. SKAT's dismissal is not intended to and does not affect any of the claims asserted

against Roger Lehman in the action captioned *SKAT v. The KASV Group Pension Plan, et al.*,

No. 18-cv-05309. This stipulation is signed by counsel for all parties who have appeared.

Case 1:18-md-02865-LAK   Document 892   Filed 05/19/23   Page 2 of 2

2

Dated: New York, New York
May 19, 2023

By: /s/ Marc A. Weinstein
  Marc A. Weinstein
  HUGHES HUBBARD & REED LLP
  One Battery Park Plaza
  New York, New York 10004-1482
  Telephone: (212) 837-6000
  Fax: (212) 422-4726
  marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo
  Joseph LoPiccolo
  POULOS LOPICCOLO PC
  311 West 43rd St., 11th Fl., Ste. 124
  New York, NY 10036
  Telephone : (646) 931-0011
  Fax : (732) 358-0180
  lopiccolo@pllawfirm.com

*Counsel for Defendants The KASV Group
Pension Plan, Svetlin Petkov, and Roger
Lehman*

SO ORDERED:

Lewis A. Kaplan
United States District Judge

5/23/23