Case 1:18-md-02865-LAK   Document 899   Filed 05/23/23   Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF<br>THE KINGDOM OF DENMARK<br>(SKATTEFORVALTNINGEN) TAX REFUND<br>SCHEME LITIGATION<br><br>This document relates to: 18-cv-05299. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

<u>**STIPULATION AND ORDER OF PARTIAL VOLUNTARY DISMISSAL**</u>

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff

Skatteforvaltningen ("SKAT") and the undersigned defendants and their counsel that the action

captioned *SKAT v. The Petkov Partners Pension Plan, et al.*, No. 18-cv-05299, is dismissed as

against Defendants The Petkov Partners Pension Plan and Svetlin Petkov with prejudice and

without costs or attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure. SKAT's dismissal is not intended to and does not affect any of the claims asserted

against Roger Lehman in the action captioned *SKAT v. The Petkov Partners Pension Plan, et al.*,

No. 18-cv-05299. This stipulation is signed by counsel for all parties who have appeared.

Case 1:18-md-02865-LAK   Document 893   Filed 05/19/23   Page 2 of 2

2

Dated: New York, New York
       May 19, 2023

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo
    Joseph LoPiccolo
POULOS LOPICCOLO PC
311 West 43rd St., 11th Fl., Ste. 124
New York, NY 10036
Telephone : (646) 931-0011
Fax : (732) 358-0180
lopiccolo@pllawfirm.com

*Counsel for Defendants The Petkov Partners
Pension Plan, Svetlin Petkov, and Roger
Lehman*

SO ORDERED:

Lewis A. Kaplan
United States District Judge

5/23/23