UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-05305. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND ORDER OF PARTIAL VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Skatteforvaltningen ("SKAT") and the undersigned defendants and their counsel that the action captioned *SKAT v. The SVP 401K Plan, et al.*, No. 18-cv-05305, is dismissed as against Defendants The SVP 401K Plan and Svetlin Petkov with prejudice and without costs or attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. SKAT's dismissal is not intended to and does not affect any of the claims asserted against Roger Lehman in the action captioned *SKAT v. The SVP 401K Plan, et al.*, No. 18-cv-05305. This stipulation is signed by counsel for all parties who have appeared.

Dated: New York, New York
       May 19, 2023

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004-1482
    Telephone: (212) 837-6000
    Fax: (212) 422-4726
    marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo
    Joseph LoPiccolo
    POULOS LOPICCOLO PC
    311 West 43rd St., 11th Fl., Ste. 124
    New York, NY 10036
    Telephone : (646) 931-0011
    Fax : (732) 358-0180
    lopiccolo@pllawfirm.com

*Counsel for Defendants The SVP 401K Plan,
Svetlin Petkov, and Roger Lehman*

SO ORDERED:

_____  5/23/23
Lewis A. Kaplan
United States District Judge