Case 1:18-md-02865-LAK   Document 895   Filed 05/19/23   Page 1 of 2



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF<br>THE KINGDOM OF DENMARK<br>(SKATTEFORVALTNINGEN) TAX REFUND<br>SCHEME LITIGATION<br><br>This document relates to: 18-cv-05308. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND ORDER OF PARTIAL VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff

Skatteforvaltningen ("SKAT") and the undersigned defendants and their counsel that the action

captioned *SKAT v. The SPKK LLC 401K Plan, et al.*, No. 18-cv-05308, is dismissed as against

Defendants The SPKK LLC 401K Plan and Svetlin Petkov with prejudice and without costs or

attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

SKAT's dismissal is not intended to and does not affect any of the claims asserted against Roger

Lehman in the action captioned *SKAT v. The SPKK LLC 401K Plan, et al.*, No. 18-cv-05308.

This stipulation is signed by counsel for all parties who have appeared.

Dated: New York, New York
　　　May 19, 2023

By: /s/ Marc A. Weinstein
　　Marc A. Weinstein
　　HUGHES HUBBARD & REED LLP
　　One Battery Park Plaza
　　New York, New York 10004-1482
　　Telephone: (212) 837-6000
　　Fax: (212) 422-4726
　　marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo
　　Joseph LoPiccolo
　　POULOS LOPICCOLO PC
　　311 West 43rd St., 11th Fl., Ste. 124
　　New York, NY 10036
　　Telephone : (646) 931-0011
　　Fax : (732) 358-0180
　　lopiccolo@pllawfirm.com

*Counsel for Defendants The SPKK LLC 401K
Plan, Svetlin Petkov, and Roger Lehman*

SO ORDERED:

Lewis A. Kaplan
United States District Judge

8/23/23