UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND LITIGATION,<br><br>This paper applies to:<br><br>1:18-cv-05147, 1:18-cv-05150, 1:18-cv-05151, 1:18-cv-05158, 1:18-cv-05164, 1:18-cv-05180, 1:18-cv-05183, 1:18-cv-05185, 1:18-cv-05186, 1:18-cv-05188, 1:18-cv-05189, 1:18-cv-05190, 1:18-cv-05192, 1:18-cv-05193, 1:18-cv-05194, 1:18-cv-05307. | MASTER DOCKET<br>1:18-md-02865 (LAK) |

### [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL

**WHEREAS**, upon the application of the law firm of Poulos LoPiccolo PC, seeking leave to withdraw as the attorneys of record for certain Defendants in this matter, and for good cause having been shown:

**IT IS HEREBY ORDERED** that the law firm of Poulos LoPiccolo PC is hereby granted leave to withdraw as counsel for Defendants Gavin Crescenzo, The Aria Pension Plan, The Belforte Pension Plan, The Bravos Advisors 401K Plan, The Costello Advisors Pension Plan, The Eskin Pension Plan, The Fieldcrest Pension Plan, The Westport Advisors LLC 401K Plan, The Kodiak Capital Pension Plan, The Kyber Pension Plan, The Lerici Capital Pension Plan, The Ludlow Holdings 401K Plan, The Regoleth Pension Plan, The Saba Capital LLC 401K Plan, The West River Pension Plan, The Stark Pension Plan, and The Krabi Holdings LLC 401K Plan, in the above-captioned action; and

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove Joseph LoPiccolo, Esq. and the law firm of Poulos LoPiccolo PC from the list of counsel of record for the aforementioned Defendants in this case.

Dated: _____   _____
HON. LEWIS A. KAPLAN, U.S.D.J.