**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND LITIGATION,

This paper applies to:

1:18-cv-05147, 1:18-cv-05150, 1:18-cv-05151, 1:18-cv-05158, 1:18-cv-05164, 1:18-cv-05180, 1:18-cv-05183, 1:18-cv-05185, 1:18-cv-05186, 1:18-cv-05188, 1:18-cv-05189, 1:18-cv-05190, 1:18-cv-05192, 1:18-cv-05193, 1:18-cv-05194, 1:18-cv-05307.

MASTER DOCKET
1:18-md-02865 (LAK)

## CERTIFICATE OF SERVICE OF POULOS LOPICCOLO PC'S MOTION TO WITHDRAW AS COUNSEL

I, Joseph LoPiccolo, Esq., hereby certify that on this, the 26th day of June 2023, copies of (a) the Notice of Motion of the Law Firm of Poulos LoPiccolo PC Seeking Leave to Withdraw as Counsel to Defendants Gavin Crescenzo and His Associated Pension Plans and (c) the Memorandum of Law in Support of the Law Firm of Poulos LoPiccolo PC's Motion Seeking Leave to Withdraw as Counsel to Defendants Gavin Crescenzo and His Associated Pensions Plans were served (1) upon all parties of record by electronic means through the Court's CM/ECF electronic filing system, and (2) upon Gavin Crescenzo by means of electronic mail and Federal Express, Overnight Mail.

The Declaration of Joseph LoPiccolo, Esq. was filed with the Court under seal and served upon Defendant Gavin Crescenzo by means of electronic mail and Federal Express, Overnight Mail.

- 2 -

        Respectfully submitted,

        **POULOS LOPICCOLO PC**

        <u>   s/ *Joseph LoPiccolo*   </u>
        Joseph LoPiccolo, Esq.
        1460 Broadway
        15th Floor, Suite No. 15003
        New York, New York 10036
        Tel: (732) 757-0165
        Fax: (732) 358-0180
Dated: New York, New York       Email: lopiccolo@pllawfirm.com
       June 26, 2023