

**MEMO ENDORSED**

**A Professional Corporation**
John N. Poulos† ▪ poulos@pllawfirm.com
Joseph LoPiccolo* ▪ lopiccolo@pllawfirm.com
Reuben Borman†* ▪ borman@pllawfirm.com
Anthony S. Almeida ▪ almeida@pllawfirm.com

†NJ & NY Bar
*FL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-27-2023
```

Poulos LoPiccolo PC
1305 South Roller Road
Ocean, NJ 07712
t. 800.757.2304
o. 732.757.0165
f. 732.358.0180

1460 Broadway
5th Floor, Suite 15003
New York, NY 10036
t. 800.757.2304
o. 646.931.0011
f. 732.358.0180

www.pllawfirm.com

June 26, 2023

**VIA ECF**
Hon. Lewis A. Kaplan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 21B
New Yor, New York 10007-1312

Granted.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

Dated: 6-27-2023

Re: **In re Customs and Tax Administration of the Kingdom of Denmark (SKAT) Tax Refund Litigation**
**Master Docket No.: 1:18-md-02865-LAK-RWL**[1]

Dear Judge Kaplan:

My law firm represents individual Defendant, Gavin Crescenzo, and his associated pension plans in the below footnoted sixteen (16) individual actions within this MDL (collectively the "Crescenzo Defendants"). On today's date, my law firm will be filing a motion to withdraw as counsel for the Crescenzo Defendants in all of these actions. In support of this motion, we will be filing the Declaration of Joseph LoPiccolo, which contains sensitive recitations of communications between myself and Mr. Crescenzo that are protected from disclosure by the attorney-client privilege and/or attorney work-product doctrine.

Accordingly, I write to Your Honor at this time respectfully requesting the Court issue an Order permitting my law firm to file the Declaration of Joseph LoPiccolo under seal. "'[D]ocuments in support of motions to withdraw as counsel are routinely filed under seal

---

[1] This letter applies to the following actions: 1:18-cv-05147, 1:18-cv-05150, 1:18-cv-05151, 1:18-cv-05158, 1:18-cv-05164, 1:18-cv-05180, 1:18-cv-05183, 1:18-cv-05185, 1:18-cv-05186, 1:18-cv-05188, 1:18-cv-05189, 1:18-cv-05190, 1:18-cv-05192, 1:18-cv-05193, 1:18-cv-05194 and 1:18-cv-05307.