UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

In re:

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND LITIGATION

Case No. 1:18-md-02865 (LAK)

-----------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Neil S. Binder
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: NB-0959      My State Bar Number is 2726495

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Binder & Schwartz LLP
            FIRM ADDRESS: 366 Madison Avenue, 6th Floor, New York, NY 10017
            FIRM TELEPHONE NUMBER: (212) 510-7008
            FIRM FAX NUMBER: (212) 510-7299

NEW FIRM:   FIRM NAME: Binder & Schwartz LLP
            FIRM ADDRESS: 675 Third Avenue, 26th Floor, New York, NY 10017
            FIRM TELEPHONE NUMBER: (212) 510-7008
            FIRM FAX NUMBER: (212) 510-7299

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 21, 2023

_____
ATTORNEY'S SIGNATURE