**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: All Cases. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that James Henseler of the law firm Hughes Hubbard & Reed LLP hereby appears on behalf of Plaintiff Skatteforvaltningen. The undersigned hereby certifies that he is admitted to practice before this Court.

Dated: New York, New York
September 6, 2023

HUGHES HUBBARD & REED LLP

By: /s/ James Henseler
James Henseler
One Battery Park Plaza
New York, New York 10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
james.henseler@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*