**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-04896. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen ("SKAT") and Defendants The TKKJ LLC 401K Plan ("TKKJ Plan") and Thomas Kertelits ("Kertelits") hereby stipulate and agree that SKAT's action against Defendants TKKJ Plan and Kertelits, captioned *Skatteforvaltningen v. The TKKJ LLC 401K Plan, et al.*, No. 18-cv-04896, which is part of these consolidated proceedings, is hereby voluntarily dismissed by SKAT, without prejudice, with each party bearing its own costs and attorneys' fees.

Dated: New York, New York
October 10, 2023

| | |
|---|---|
| By: /s/ Marc Weinstein<br>Marc A. Weinstein<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, New York 10004-1482<br>Telephone: (212) 837-6000<br>Fax: (212) 422-4726<br>marc.weinstein@hugheshubbard.com<br><br>*Counsel for Plaintiff Skatteforvaltningen*<br>*(Customs and Tax Administration of the*<br>*Kingdom of Denmark)* | By: /s/ Joseph LoPiccolo<br>Joseph LoPiccolo<br>POULOS LOPICCOLO PC<br>311 West 43rd St., 11th Fl., Ste. 124<br>New York, NY 10036<br>Telephone: (646) 931-0011<br>Fax: (732) 358-0180<br>lopiccolo@pllawfirm.com<br><br>*Counsel for The TKKJ LLC 401K Plan and*<br>*Thomas Kertelits* |

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

10/18/23