UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-04892. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen ("SKAT") and Defendants The MPQ Holdings LLC 401K Plan ("MPQ Plan") and Mitchell Protass ("Protass") hereby stipulate and agree that SKAT's action against Defendants MPQ Plan and Protass, captioned *Skatteforvaltningen v. The MPQ Holdings LLC 401K Plan*, et al., No. 18-cv-04892, which is part of these consolidated proceedings, is hereby voluntarily dismissed by SKAT, without prejudice, with each party bearing its own costs and attorneys' fees.

Dated: New York, New York
       December 4, 2023

By: /s/ Marc A. Weinstein  
    Marc A. Weinstein  
HUGHES HUBBARD & REED LLP  
One Battery Park Plaza  
New York, New York 10004-1482  
Telephone: (212) 837-6000  
Fax: (212) 422-4726  
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo  
    Joseph LoPiccolo  
POULOS LOPICCOLO PC  
311 West 43rd St., 11th Fl., Ste. 124  
New York, NY 10036  
Telephone: (646) 931-0011  
Fax: (732) 358-0180  
lopiccolo@pllawfirm.com

*Counsel for The MPQ Holdings LLC 401K Plan and Mitchell Protass*

SO ORDERED:

_____  
    Lewis A. Kaplan  
    United States District Judge