UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

18-md-2865 (LAK)

This paper applies to:           All Cases
------------------------------------- x

**PRETRIAL ORDER NO. 33**
(Scheduling Conference)

LEWIS A. KAPLAN, *District Judge.*

        1.     The Court will conduct a conference to consider further proceedings in these cases, including a trial or trials, on January 10, 2024 at 10 a.m.

        2.     The parties shall meet and confer on or before December 22, 2023 to consider their respective positions and proposals for such further proceedings.

        3.     On or before January 4, 2024, the parties shall submit a joint report setting forth fully either a joint proposal for such further proceedings or two or more competing proposals together with their submissions of the advantages and disadvantages of each competing proposal.

        SO ORDERED.

Dated:     December 12, 2023

                                              Lewis A. Kaplan
                                       United States District Judge