**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-04890. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen ("SKAT") and Defendants The M2F Wellness LLC 401K Plan ("M2F Plan") and Mitchell Protass ("Protass") hereby stipulate and agree that SKAT's action against Defendants M2F Plan and Protass, captioned *Skatteforvaltningen v. The M2F Wellness LLC 401K Plan, et al.*, No. 18-cv-04890, which is part of these consolidated proceedings, is hereby voluntarily dismissed by SKAT, without prejudice, with each party bearing its own costs and attorneys' fees.

Case 1:18-md-02865-LAK   Document 941   Filed 12/13/23   Page 2 of 2
Case 1:18-md-02865-LAK   Document 936   Filed 12/04/23   Page 2 of 2

2

Dated: New York, New York
December 4, 2023

By: /s/ Marc A. Weinstein
   Marc A. Weinstein
   HUGHES HUBBARD & REED LLP
   One Battery Park Plaza
   New York, New York 10004-1482
   Telephone: (212) 837-6000
   Fax: (212) 422-4726
   marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo
   Joseph LoPiccolo
   POULOS LOPICCOLO PC
   311 West 43rd St., 11th Fl., Ste. 124
   New York, NY 10036
   Telephone: (646) 931-0011
   Fax: (732) 358-0180
   lopiccolo@pllawfirm.com

*Counsel for The M2F Wellness LLC 401K Plan and Mitchell Protass*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

12/12/23