# Exhibit 1

| | A | B | C |
|---|---|---|---|
| 1 | **Deposition Transcript** | **Date(s)** | **Producing Party** |
| 2 | Joseph Herman Deposition Transcript Vol. I | July 9, 2020 | Joseph Herman |
| 3 | Roger Lehman Deposition Transcript Vols. I and II | August 9 - 10, 2021 | Roger Lehman |
| 4 | Jocelyn Markowitz Deposition Transcript Vol. I | February 3, 2021 | Jocelyn Markowitz |
| 5 | Richard Markowitz Deposition Transcript Vols. I and II | April 8 - 9, 2021 | Richard Markowitz |
| 6 | Elizabeth Van Merkensteijn Deposition Transcript Vol. I | January 20, 2021 | Elizabeth Van Merkensteijn |
| 7 | John Van Merkensteijn Deposition Transcript Vols. I and II | April 19 - 20, 2021 | John Van Merkensteijn |

| | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 2 | AB00000013 | CONFIDENTIAL | Albedo Management LLC Roth 401(K) Plan |
| 3 | BL00000019 | CONFIDENTIAL | Ballast Ventures LLC Roth 401(K) Plan |
| 4 | CB00000005 | CONFIDENTIAL | Crucible Ventures LLC Roth 401(K) Plan |
| 5 | CB00000035 | CONFIDENTIAL | Crucible Ventures LLC Roth 401(K) Plan |
| 6 | CB00000043 | CONFIDENTIAL | Crucible Ventures LLC Roth 401(K) Plan |
| 7 | CB00000053 | CONFIDENTIAL | Crucible Ventures LLC Roth 401(K) Plan |
| 8 | CB00000073 | CONFIDENTIAL | Crucible Ventures LLC Roth 401(K) Plan |
| 9 | CB00000077 | CONFIDENTIAL | Crucible Ventures LLC Roth 401(K) Plan |
| 10 | CB00000080 | CONFIDENTIAL | Crucible Ventures LLC Roth 401(K) Plan |
| 11 | DZ000000522 | CONFIDENTIAL | David Zelman |
| 12 | DZ000000523 | CONFIDENTIAL | David Zelman |
| 13 | DZ000000524 | CONFIDENTIAL | David Zelman |
| 14 | DZ000000561 | CONFIDENTIAL | David Zelman |
| 15 | DZ000000563 | CONFIDENTIAL | David Zelman |
| 16 | DZ000000593 | CONFIDENTIAL | David Zelman |
| 17 | DZ000001057 | CONFIDENTIAL | David Zelman |
| 18 | DZ000001058 | CONFIDENTIAL | David Zelman |
| 19 | DZ000001088 | CONFIDENTIAL | David Zelman |
| 20 | DZ000001089 | CONFIDENTIAL | David Zelman |
| 21 | DZ000001380 | CONFIDENTIAL | David Zelman |
| 22 | DZ000001395 | CONFIDENTIAL | David Zelman |
| 23 | DZ000001450 | CONFIDENTIAL | David Zelman |
| 24 | DZ000001503 | CONFIDENTIAL | David Zelman |
| 25 | DZ000001504 | CONFIDENTIAL | David Zelman |
| 26 | DZ000001511 | CONFIDENTIAL | David Zelman |
| 27 | DZ000001518 | CONFIDENTIAL | David Zelman |

Bates-Numbered Documents

|   | Bates Number | Confidentiality Designation | Producing Party |
|---|---|---|---|
| 1 | | | |
| 28 | DZ000001525 | CONFIDENTIAL | David Zelman |
| 29 | DZ000001532 | CONFIDENTIAL | David Zelman |
| 30 | DZ000001848 | CONFIDENTIAL | David Zelman |
| 31 | DZ000001849 | CONFIDENTIAL | David Zelman |
| 32 | DZ000001890 | CONFIDENTIAL | David Zelman |
| 33 | FR00000013 | CONFIDENTIAL | Fairlie Investments LLC Roth 401(K) Plan |
| 34 | Stephanie Gunderson 00000035 | CONFIDENTIAL | Stephanie Gunderson |
| 35 | Stephanie Gunderson 00000036 | CONFIDENTIAL | Stephanie Gunderson |
| 36 | Stephanie Gunderson 00000275 | CONFIDENTIAL | Stephanie Gunderson |
| 37 | Stephanie Gunderson 00000369 | CONFIDENTIAL | Stephanie Gunderson |
| 38 | Stephanie Gunderson 00000370 | CONFIDENTIAL | Stephanie Gunderson |
| 39 | Stephanie Gunderson 00000757 | CONFIDENTIAL | Stephanie Gunderson |
| 40 | Stephanie Gunderson 00000901 | CONFIDENTIAL | Stephanie Gunderson |
| 41 | Stephanie Gunderson 00000964 | CONFIDENTIAL | Stephanie Gunderson |
| 42 | Stephanie Gunderson 00000966 | CONFIDENTIAL | Stephanie Gunderson |
| 43 | Stephanie Gunderson 00001162 | CONFIDENTIAL | Stephanie Gunderson |
| 44 | Stephanie Gunderson 00001565 | CONFIDENTIAL | Stephanie Gunderson |
| 45 | Stephanie Gunderson 00001567 | CONFIDENTIAL | Stephanie Gunderson |
| 46 | Stephanie Gunderson 00001569 | CONFIDENTIAL | Stephanie Gunderson |
| 47 | Stephanie Gunderson 00001573 | CONFIDENTIAL | Stephanie Gunderson |
| 48 | Stephanie Gunderson 00001673 | CONFIDENTIAL | Stephanie Gunderson |
| 49 | Stephanie Gunderson 00001675 | CONFIDENTIAL | Stephanie Gunderson |
| 50 | Stephanie Gunderson 00001683 | CONFIDENTIAL | Stephanie Gunderson |
| 51 | Stephanie Gunderson 00001890 | CONFIDENTIAL | Stephanie Gunderson |
| 52 | Stephanie Gunderson 00002783 | CONFIDENTIAL | Stephanie Gunderson |
| 53 | Stephanie Gunderson 00002785 | CONFIDENTIAL | Stephanie Gunderson |
| 54 | Stephanie Gunderson 00002787 | CONFIDENTIAL | Stephanie Gunderson |
| 55 | Stephanie Gunderson 00002790 | CONFIDENTIAL | Stephanie Gunderson |

|   | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 56 | Stephanie Gunderson 00002793 | CONFIDENTIAL | Stephanie Gunderson |
| 57 | Stephanie Gunderson 00003727 | CONFIDENTIAL | Stephanie Gunderson |
| 58 | Stephanie Gunderson 00006350 | CONFIDENTIAL | Stephanie Gunderson |
| 59 | Stephanie Gunderson 00006354 | CONFIDENTIAL | Stephanie Gunderson |
| 60 | Stephanie Gunderson 00006355 | CONFIDENTIAL | Stephanie Gunderson |
| 61 | Stephanie Gunderson 00007142 | CONFIDENTIAL | Stephanie Gunderson |
| 62 | Stephanie Gunderson 00007143 | CONFIDENTIAL | Stephanie Gunderson |
| 63 | Stephanie Gunderson 00007196 | CONFIDENTIAL | Stephanie Gunderson |
| 64 | Stephanie Gunderson 00007200 | CONFIDENTIAL | Stephanie Gunderson |
| 65 | Stephanie Gunderson 00007212 | CONFIDENTIAL | Stephanie Gunderson |
| 66 | Stephanie Gunderson 00007242 | CONFIDENTIAL | Stephanie Gunderson |
| 67 | Stephanie Gunderson 00007246 | CONFIDENTIAL | Stephanie Gunderson |
| 68 | Stephanie Gunderson 00007366 | CONFIDENTIAL | Stephanie Gunderson |
| 69 | Stephanie Gunderson 00007367 | CONFIDENTIAL | Stephanie Gunderson |
| 70 | Stephanie Gunderson 00007368 | CONFIDENTIAL | Stephanie Gunderson |
| 71 | Stephanie Gunderson 00007369 | CONFIDENTIAL | Stephanie Gunderson |
| 72 | Stephanie Gunderson 00007370 | CONFIDENTIAL | Stephanie Gunderson |
| 73 | Stephanie Gunderson 00007371 | CONFIDENTIAL | Stephanie Gunderson |
| 74 | Stephanie Gunderson 00007372 | CONFIDENTIAL | Stephanie Gunderson |
| 75 | Stephanie Gunderson 00007373 | CONFIDENTIAL | Stephanie Gunderson |
| 76 | Stephanie Gunderson 00007374 | CONFIDENTIAL | Stephanie Gunderson |
| 77 | Stephanie Gunderson 00007375 | CONFIDENTIAL | Stephanie Gunderson |
| 78 | Stephanie Gunderson 00007376 | CONFIDENTIAL | Stephanie Gunderson |
| 79 | Stephanie Gunderson 00007377 | CONFIDENTIAL | Stephanie Gunderson |

|  | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 80 | Stephanie Gunderson 00007378 | CONFIDENTIAL | Stephanie Gunderson |
| 81 | Stephanie Gunderson 00007379 | CONFIDENTIAL | Stephanie Gunderson |
| 82 | Stephanie Gunderson 00007380 | CONFIDENTIAL | Stephanie Gunderson |
| 83 | Stephanie Gunderson 00007381 | CONFIDENTIAL | Stephanie Gunderson |
| 84 | Stephanie Gunderson 00007382 | CONFIDENTIAL | Stephanie Gunderson |
| 85 | Stephanie Gunderson 00007383 | CONFIDENTIAL | Stephanie Gunderson |
| 86 | Stephanie Gunderson 00007384 | CONFIDENTIAL | Stephanie Gunderson |
| 87 | Stephanie Gunderson 00007385 | CONFIDENTIAL | Stephanie Gunderson |
| 88 | Stephanie Gunderson 00007386 | CONFIDENTIAL | Stephanie Gunderson |
| 89 | Stephanie Gunderson 00007387 | CONFIDENTIAL | Stephanie Gunderson |
| 90 | Stephanie Gunderson 00007388 | CONFIDENTIAL | Stephanie Gunderson |
| 91 | Stephanie Gunderson 00007389 | CONFIDENTIAL | Stephanie Gunderson |
| 92 | Stephanie Gunderson 00007390 | CONFIDENTIAL | Stephanie Gunderson |
| 93 | Stephanie Gunderson 00007391 | CONFIDENTIAL | Stephanie Gunderson |
| 94 | Stephanie Gunderson 00007392 | CONFIDENTIAL | Stephanie Gunderson |
| 95 | Stephanie Gunderson 00007393 | CONFIDENTIAL | Stephanie Gunderson |
| 96 | Stephanie Gunderson 00007394 | CONFIDENTIAL | Stephanie Gunderson |
| 97 | Stephanie Gunderson 00007395 | CONFIDENTIAL | Stephanie Gunderson |
| 98 | Stephanie Gunderson 00007396 | CONFIDENTIAL | Stephanie Gunderson |
| 99 | Stephanie Gunderson 00007397 | CONFIDENTIAL | Stephanie Gunderson |
| 100 | Stephanie Gunderson 00007398 | CONFIDENTIAL | Stephanie Gunderson |

| | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 101 | Stephanie Gunderson 00007399 | CONFIDENTIAL | Stephanie Gunderson |
| 102 | Stephanie Gunderson 00007400 | CONFIDENTIAL | Stephanie Gunderson |
| 103 | Stephanie Gunderson 00007401 | CONFIDENTIAL | Stephanie Gunderson |
| 104 | Stephanie Gunderson 00007402 | CONFIDENTIAL | Stephanie Gunderson |
| 105 | Stephanie Gunderson 00007403 | CONFIDENTIAL | Stephanie Gunderson |
| 106 | Stephanie Gunderson 00007404 | CONFIDENTIAL | Stephanie Gunderson |
| 107 | Stephanie Gunderson 00007405 | CONFIDENTIAL | Stephanie Gunderson |
| 108 | Stephanie Gunderson 00007406 | CONFIDENTIAL | Stephanie Gunderson |
| 109 | Stephanie Gunderson 00007938 | CONFIDENTIAL | Stephanie Gunderson |
| 110 | Stephanie Gunderson 00007940 | CONFIDENTIAL | Stephanie Gunderson |
| 111 | Stephanie Gunderson 00009570 | CONFIDENTIAL | Stephanie Gunderson |
| 112 | Stephanie Gunderson 00009571 | CONFIDENTIAL | Stephanie Gunderson |
| 113 | Stephanie Gunderson 00010788 | CONFIDENTIAL | Stephanie Gunderson |
| 114 | Stephanie Gunderson 00010789 | CONFIDENTIAL | Stephanie Gunderson |
| 115 | JH00000022 | CONFIDENTIAL | Joseph Herman |
| 116 | JH00000025 | CONFIDENTIAL | Joseph Herman |
| 117 | JH00000026 | CONFIDENTIAL | Joseph Herman |
| 118 | JHVM_0002167 | HIGHLY CONFIDENTIAL | John Van Merkensteijn |
| 119 | JHVM_0004224 | CONFIDENTIAL | John Van Merkensteijn |
| 120 | JHVM_0004428 | CONFIDENTIAL | John Van Merkensteijn |
| 121 | JHVM_0004469 | CONFIDENTIAL | John Van Merkensteijn |
| 122 | JHVM_0004471 | CONFIDENTIAL | John Van Merkensteijn |
| 123 | JHVM_0004486 | CONFIDENTIAL | John Van Merkensteijn |
| 124 | JHVM_0004490 | CONFIDENTIAL | John Van Merkensteijn |
| 125 | JHVM_0004492 | CONFIDENTIAL | John Van Merkensteijn |

|  | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 126 | JHVM_0004494 | CONFIDENTIAL | John Van Merkensteijn |
| 127 | JHVM_0004738 | CONFIDENTIAL | John Van Merkensteijn |
| 128 | JHVM_0004739 | CONFIDENTIAL | John Van Merkensteijn |
| 129 | JHVM_0004772 | CONFIDENTIAL | John Van Merkensteijn |
| 130 | JHVM_0004799 | CONFIDENTIAL | John Van Merkensteijn |
| 131 | JHVM_0004800 | CONFIDENTIAL | John Van Merkensteijn |
| 132 | JHVM_0004802 | CONFIDENTIAL | John Van Merkensteijn |
| 133 | JHVM_0004821 | CONFIDENTIAL | John Van Merkensteijn |
| 134 | JHVM_0004839 | CONFIDENTIAL | John Van Merkensteijn |
| 135 | JHVM_0004840 | CONFIDENTIAL | John Van Merkensteijn |
| 136 | JHVM_0004858 | CONFIDENTIAL | John Van Merkensteijn |
| 137 | JHVM_0004861 | CONFIDENTIAL | John Van Merkensteijn |
| 138 | JHVM_0004863 | CONFIDENTIAL | John Van Merkensteijn |
| 139 | JHVM_0004864 | HIGHLY CONFIDENTIAL | John Van Merkensteijn |
| 140 | JHVM_0004866 | CONFIDENTIAL | John Van Merkensteijn |
| 141 | JHVM_0004867 | CONFIDENTIAL | John Van Merkensteijn |
| 142 | JHVM_0004869 | CONFIDENTIAL | John Van Merkensteijn |
| 143 | JHVM_0004942 | CONFIDENTIAL | John Van Merkensteijn |
| 144 | JHVM_0004944 | CONFIDENTIAL | John Van Merkensteijn |
| 145 | JHVM_0005577 | CONFIDENTIAL | John Van Merkensteijn |

| | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 146 | JHVM_0005585 | CONFIDENTIAL | John Van Merkensteijn |
| 147 | JHVM_0005586 | CONFIDENTIAL | John Van Merkensteijn |
| 148 | JHVM_0005589 | CONFIDENTIAL | John Van Merkensteijn |
| 149 | JHVM_0005590 | CONFIDENTIAL | John Van Merkensteijn |
| 150 | JHVM_0005672 | CONFIDENTIAL | John Van Merkensteijn |
| 151 | JHVM_0005674 | CONFIDENTIAL | John Van Merkensteijn |
| 152 | JHVM_0005676 | CONFIDENTIAL | John Van Merkensteijn |
| 153 | JHVM_0005678 | CONFIDENTIAL | John Van Merkensteijn |
| 154 | JHVM_0005679 | HIGHLY CONFIDENTIAL | John Van Merkensteijn |
| 155 | JHVM_0005683 | CONFIDENTIAL | John Van Merkensteijn |
| 156 | JHVM_0005684 | CONFIDENTIAL | John Van Merkensteijn |
| 157 | JHVM_0005703 | CONFIDENTIAL | John Van Merkensteijn |
| 158 | JHVM_0005729 | CONFIDENTIAL | John Van Merkensteijn |
| 159 | JHVM_0006114 | CONFIDENTIAL | John Van Merkensteijn |
| 160 | JHVM_0006116 | CONFIDENTIAL | John Van Merkensteijn |
| 161 | JHVM_0006118 | CONFIDENTIAL | John Van Merkensteijn |
| 162 | JHVM_0006120 | CONFIDENTIAL | John Van Merkensteijn |
| 163 | JHVM_0006122 | CONFIDENTIAL | John Van Merkensteijn |
| 164 | JHVM_0006124 | CONFIDENTIAL | John Van Merkensteijn |
| 165 | JHVM_0006126 | CONFIDENTIAL | John Van Merkensteijn |
| 166 | JHVM_0006167 | CONFIDENTIAL | John Van Merkensteijn |
| 167 | JHVM_0006173 | CONFIDENTIAL | John Van Merkensteijn |

|   | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 168 | JHVM_0006184 | CONFIDENTIAL | John Van Merkensteijn |
| 169 | JHVM_0006186 | CONFIDENTIAL | John Van Merkensteijn |
| 170 | JHVM_0006188 | CONFIDENTIAL | John Van Merkensteijn |
| 171 | JHVM_0006190 | CONFIDENTIAL | John Van Merkensteijn |
| 172 | JHVM_0006192 | CONFIDENTIAL | John Van Merkensteijn |
| 173 | JHVM_0006271 | CONFIDENTIAL | John Van Merkensteijn |
| 174 | JHVM_0006492 | HIGHLY CONFIDENTIAL | John Van Merkensteijn |
| 175 | JHVM_0006494 | HIGHLY CONFIDENTIAL | John Van Merkensteijn |
| 176 | JHVM_0006496 | HIGHLY CONFIDENTIAL | John Van Merkensteijn |
| 177 | JHVM_0006499 | HIGHLY CONFIDENTIAL | John Van Merkensteijn |
| 178 | JHVM_0006501 | HIGHLY CONFIDENTIAL | John Van Merkensteijn |
| 179 | JHVM_0006503 | HIGHLY CONFIDENTIAL | John Van Merkensteijn |
| 180 | JHVM_0007379 | CONFIDENTIAL | John Van Merkensteijn |
| 181 | JHVM_0007805 | CONFIDENTIAL | John Van Merkensteijn |
| 182 | JHVM_0007807 | HIGHLY CONFIDENTIAL | John Van Merkensteijn |
| 183 | JHVM_0007811 | CONFIDENTIAL | John Van Merkensteijn |
| 184 | JHVM_0007838 | CONFIDENTIAL | John Van Merkensteijn |
| 185 | JHVM_0007862 | HIGHLY CONFIDENTIAL | John Van Merkensteijn |
| 186 | JHVM_0007864 | HIGHLY CONFIDENTIAL | John Van Merkensteijn |
| 187 | JHVM_0007892 | HIGHLY CONFIDENTIAL | John Van Merkensteijn |
| 188 | JHVM_0007895 | CONFIDENTIAL | John Van Merkensteijn |

|   | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 189 | JHVM_0009136 | CONFIDENTIAL | John Van Merkensteijn |
| 190 | JHVM_0010422 | CONFIDENTIAL | John Van Merkensteijn |
| 191 | JHVM_0010434 | CONFIDENTIAL | John Van Merkensteijn |
| 192 | JHVM_0010436 | HIGHLY CONFIDENTIAL | John Van Merkensteijn |
| 193 | JHVM_0010974 | CONFIDENTIAL | John Van Merkensteijn |
| 194 | JHVM_0013266 | CONFIDENTIAL | John Van Merkensteijn |
| 195 | JHVM_0013279 | CONFIDENTIAL | John Van Merkensteijn |
| 196 | JHVM_0014482 | HIGHLY CONFIDENTIAL | John Van Merkensteijn |
| 197 | JHVM_0015670 | CONFIDENTIAL | John Van Merkensteijn |
| 198 | JHVM_0015677 | CONFIDENTIAL | John Van Merkensteijn |
| 199 | JHVM_0017163 | CONFIDENTIAL | John Van Merkensteijn |
| 200 | JHVM_0024106 | CONFIDENTIAL | John Van Merkensteijn |
| 201 | JHVM_0027086 | CONFIDENTIAL | John Van Merkensteijn |
| 202 | Roger Lehman00023723 | CONFIDENTIAL | Roger Lehman |
| 203 | Roger Lehman00023725 | CONFIDENTIAL | Roger Lehman |
| 204 | Roger Lehman00023730 | CONFIDENTIAL | Roger Lehman |
| 205 | Roger Lehman00023735 | CONFIDENTIAL | Roger Lehman |
| 206 | Roger Lehman00023740 | CONFIDENTIAL | Roger Lehman |
| 207 | Roger Lehman00023745 | CONFIDENTIAL | Roger Lehman |
| 208 | Roger Lehman00023750 | CONFIDENTIAL | Roger Lehman |
| 209 | Roger Lehman00023755 | CONFIDENTIAL | Roger Lehman |

|     | A | B | C |
| --- | --- | --- | --- |
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 210 | Roger Lehman00023760 | CONFIDENTIAL | Roger Lehman |
| 211 | Roger Lehman00023765 | CONFIDENTIAL | Roger Lehman |
| 212 | Roger Lehman00023770 | CONFIDENTIAL | Roger Lehman |
| 213 | Roger Lehman00023775 | CONFIDENTIAL | Roger Lehman |
| 214 | Roger Lehman00024211 | CONFIDENTIAL | Roger Lehman |
| 215 | Roger Lehman00024213 | CONFIDENTIAL | Roger Lehman |
| 216 | Roger Lehman00024214 | CONFIDENTIAL | Roger Lehman |
| 217 | Roger Lehman00024215 | CONFIDENTIAL | Roger Lehman |
| 218 | Roger Lehman00024217 | CONFIDENTIAL | Roger Lehman |
| 219 | Roger Lehman00024218 | CONFIDENTIAL | Roger Lehman |
| 220 | Roger Lehman00024220 | CONFIDENTIAL | Roger Lehman |
| 221 | Roger Lehman00024221 | CONFIDENTIAL | Roger Lehman |
| 222 | Roger Lehman00024223 | CONFIDENTIAL | Roger Lehman |
| 223 | Roger Lehman00024224 | CONFIDENTIAL | Roger Lehman |
| 224 | Roger Lehman00024225 | CONFIDENTIAL | Roger Lehman |
| 225 | Roger Lehman00024226 | CONFIDENTIAL | Roger Lehman |
| 226 | Roger Lehman00024228 | CONFIDENTIAL | Roger Lehman |
| 227 | Roger Lehman00024230 | CONFIDENTIAL | Roger Lehman |
| 228 | Roger Lehman00024231 | CONFIDENTIAL | Roger Lehman |
| 229 | Roger Lehman00024233 | CONFIDENTIAL | Roger Lehman |
| 230 | Roger Lehman00024234 | CONFIDENTIAL | Roger Lehman |

| | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 231 | Roger Lehman00024236 | CONFIDENTIAL | Roger Lehman |
| 232 | Roger Lehman00024238 | CONFIDENTIAL | Roger Lehman |
| 233 | Roger Lehman00024240 | CONFIDENTIAL | Roger Lehman |
| 234 | Roger Lehman00024242 | CONFIDENTIAL | Roger Lehman |
| 235 | Roger Lehman00024243 | CONFIDENTIAL | Roger Lehman |
| 236 | Roger Lehman00024245 | CONFIDENTIAL | Roger Lehman |
| 237 | Roger Lehman00026890 | CONFIDENTIAL | Roger Lehman |
| 238 | Roger Lehman00026891 | CONFIDENTIAL | Roger Lehman |
| 239 | Roger Lehman00026894 | CONFIDENTIAL | Roger Lehman |
| 240 | Roger Lehman00026897 | CONFIDENTIAL | Roger Lehman |
| 241 | Roger Lehman00026900 | CONFIDENTIAL | Roger Lehman |
| 242 | Roger Lehman00026903 | CONFIDENTIAL | Roger Lehman |
| 243 | Roger Lehman00026906 | CONFIDENTIAL | Roger Lehman |
| 244 | Roger Lehman00026909 | CONFIDENTIAL | Roger Lehman |
| 245 | Roger Lehman00027471 | CONFIDENTIAL | Roger Lehman |
| 246 | Roger Lehman00027472 | CONFIDENTIAL | Roger Lehman |
| 247 | LL00000008 | CONFIDENTIAL | Limelight Global Productions LLC Roth 401(K) Plan |
| 248 | LL00000042 | CONFIDENTIAL | Limelight Global Productions LLC Roth 401(K) Plan |
| 249 | LL00000063 | CONFIDENTIAL | Limelight Global Productions LLC Roth 401(K) Plan |
| 250 | LL00000075 | CONFIDENTIAL | Limelight Global Productions LLC Roth 401(K) Plan |
| 251 | LL00000078 | CONFIDENTIAL | Limelight Global Productions LLC Roth 401(K) Plan |
| 252 | LL00000090 | CONFIDENTIAL | Limelight Global Productions LLC Roth 401(K) Plan |
| 253 | MBJ_0000001 | CONFIDENTIAL | Michael Ben-Jacob |

| | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 254 | MBJ_0000003 | CONFIDENTIAL | Michael Ben-Jacob |
| 255 | MBJ_0000005 | CONFIDENTIAL | Michael Ben-Jacob |
| 256 | MBJ_0000106 | CONFIDENTIAL | Michael Ben-Jacob |
| 257 | MBJ_0000208 | CONFIDENTIAL | Michael Ben-Jacob |
| 258 | MBJ_0000309 | CONFIDENTIAL | Michael Ben-Jacob |
| 259 | MBJ_0000410 | CONFIDENTIAL | Michael Ben-Jacob |
| 260 | MBJ_0001794 | CONFIDENTIAL | Michael Ben-Jacob |
| 261 | MBJ_0001802 | CONFIDENTIAL | Michael Ben-Jacob |
| 262 | MBJ_0001811 | CONFIDENTIAL | Michael Ben-Jacob |
| 263 | MBJ_0001814 | CONFIDENTIAL | Michael Ben-Jacob |
| 264 | MBJ_0001818 | CONFIDENTIAL | Michael Ben-Jacob |
| 265 | MBJ_0001822 | CONFIDENTIAL | Michael Ben-Jacob |
| 266 | MBJ_0001826 | CONFIDENTIAL | Michael Ben-Jacob |
| 267 | MBJ_0001830 | CONFIDENTIAL | Michael Ben-Jacob |
| 268 | MBJ_0001834 | CONFIDENTIAL | Michael Ben-Jacob |
| 269 | MBJ_0001838 | CONFIDENTIAL | Michael Ben-Jacob |
| 270 | MBJ_0001842 | CONFIDENTIAL | Michael Ben-Jacob |
| 271 | MBJ_0001846 | CONFIDENTIAL | Michael Ben-Jacob |
| 272 | MBJ_0001850 | CONFIDENTIAL | Michael Ben-Jacob |
| 273 | MBJ_0001854 | CONFIDENTIAL | Michael Ben-Jacob |
| 274 | MBJ_0001858 | CONFIDENTIAL | Michael Ben-Jacob |
| 275 | MBJ_0001862 | CONFIDENTIAL | Michael Ben-Jacob |

|  | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 276 | MBJ_0001866 | CONFIDENTIAL | Michael Ben-Jacob |
| 277 | MBJ_0001870 | CONFIDENTIAL | Michael Ben-Jacob |
| 278 | MBJ_0001874 | CONFIDENTIAL | Michael Ben-Jacob |
| 279 | MBJ_0001878 | CONFIDENTIAL | Michael Ben-Jacob |
| 280 | MBJ_0001882 | CONFIDENTIAL | Michael Ben-Jacob |
| 281 | MBJ_0001886 | CONFIDENTIAL | Michael Ben-Jacob |
| 282 | MBJ_0001890 | CONFIDENTIAL | Michael Ben-Jacob |
| 283 | MBJ_0001894 | CONFIDENTIAL | Michael Ben-Jacob |
| 284 | MBJ_0001898 | CONFIDENTIAL | Michael Ben-Jacob |
| 285 | MBJ_0001902 | CONFIDENTIAL | Michael Ben-Jacob |
| 286 | MBJ_0001906 | CONFIDENTIAL | Michael Ben-Jacob |
| 287 | MBJ_0001910 | CONFIDENTIAL | Michael Ben-Jacob |
| 288 | MBJ_0001914 | CONFIDENTIAL | Michael Ben-Jacob |
| 289 | MBJ_0002978 | CONFIDENTIAL | Michael Ben-Jacob |
| 290 | MBJ_0005095 | CONFIDENTIAL | Michael Ben-Jacob |
| 291 | MBJ_0005101 | CONFIDENTIAL | Michael Ben-Jacob |
| 292 | MBJ_0008055 | CONFIDENTIAL | Michael Ben-Jacob |
| 293 | MBJ_0008094 | CONFIDENTIAL | Michael Ben-Jacob |
| 294 | MBJ_0010555 | CONFIDENTIAL | Michael Ben-Jacob |
| 295 | MBJ_0010557 | CONFIDENTIAL | Michael Ben-Jacob |
| 296 | MBJ_0010630 | CONFIDENTIAL | Michael Ben-Jacob |

| | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 297 | MBJ_0013242 | CONFIDENTIAL | Michael Ben-Jacob |
| 298 | MBJ_0013974 | CONFIDENTIAL | Michael Ben-Jacob |
| 299 | MBJ_0014852 | CONFIDENTIAL | Michael Ben-Jacob |
| 300 | MBJ_0015761 | CONFIDENTIAL | Michael Ben-Jacob |
| 301 | MBJ_0020216 | CONFIDENTIAL | Michael Ben-Jacob |
| 302 | MBJ_0020786 | CONFIDENTIAL | Michael Ben-Jacob |
| 303 | MBJ_0020965 | CONFIDENTIAL | Michael Ben-Jacob |
| 304 | MBJ_0020968 | CONFIDENTIAL | Michael Ben-Jacob |
| 305 | MBJ_0035575 | CONFIDENTIAL | Michael Ben-Jacob |
| 306 | MBJ_STOR-0000289 | CONFIDENTIAL | Michael Ben-Jacob |
| 307 | MBJ_STOR-0000299 | CONFIDENTIAL | Michael Ben-Jacob |
| 308 | MBJ_STOR-0000304 | CONFIDENTIAL | Michael Ben-Jacob |
| 309 | MBJ_STOR-0000996 | CONFIDENTIAL | Michael Ben-Jacob |
| 310 | MBJ_STOR-0001020 | CONFIDENTIAL | Michael Ben-Jacob |
| 311 | MBJ_STOR-0001939 | CONFIDENTIAL | Michael Ben-Jacob |
| 312 | MBJ_STOR-0002502 | CONFIDENTIAL | Michael Ben-Jacob |
| 313 | MBJ_STOR-0002719 | CONFIDENTIAL | Michael Ben-Jacob |
| 314 | MBJ_STOR-0002756 | CONFIDENTIAL | Michael Ben-Jacob |
| 315 | MBJ_STOR-0002765 | CONFIDENTIAL | Michael Ben-Jacob |
| 316 | MBJ_STOR-0002775 | CONFIDENTIAL | Michael Ben-Jacob |
| 317 | MBJ_STOR-0002898 | CONFIDENTIAL | Michael Ben-Jacob |

| | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 318 | MBJ_STOR-0002900 | CONFIDENTIAL | Michael Ben-Jacob |
| 319 | MBJ_STOR-0002909 | CONFIDENTIAL | Michael Ben-Jacob |
| 320 | MN00000001 | CONFIDENTIAL | Monomer Industries LLC Roth 401(K) Plan |
| 321 | PR00000027 | CONFIDENTIAL | Plumrose Industries LLC Roth 401K Plan |
| 322 | PR00000035 | CONFIDENTIAL | Plumrose Industries LLC Roth 401K Plan |
| 323 | PR00000072 | CONFIDENTIAL | Plumrose Industries LLC Roth 401K Plan |
| 324 | PR00000090 | CONFIDENTIAL | Plumrose Industries LLC Roth 401K Plan |
| 325 | PR00000093 | CONFIDENTIAL | Plumrose Industries LLC Roth 401K Plan |
| 326 | PR00000096 | CONFIDENTIAL | Plumrose Industries LLC Roth 401K Plan |
| 327 | PX00000001 | CONFIDENTIAL | Pinax Holdings LLC Roth 401(K) Plan |
| 328 | RC00000020 | CONFIDENTIAL | Roadcraft Technologies LLC Roth 401(K) Plan |
| 329 | RC00000069 | CONFIDENTIAL | Roadcraft Technologies LLC Roth 401(K) Plan |
| 330 | RC00000093 | CONFIDENTIAL | Roadcraft Technologies LLC Roth 401(K) Plan |
| 331 | RC00000097 | CONFIDENTIAL | Roadcraft Technologies LLC Roth 401(K) Plan |
| 332 | RC00000100 | CONFIDENTIAL | Roadcraft Technologies LLC Roth 401(K) Plan |
| 333 | ST00000001 | CONFIDENTIAL | Sternway Logistics LLC Roth 401(K) Plan |
| 334 | TW00000067 | CONFIDENTIAL | True Wind Investments LLC Roth 401(K) Plan |
| 335 | TW00000082 | CONFIDENTIAL | True Wind Investments LLC Roth 401(K) Plan |
| 336 | TW00000091 | CONFIDENTIAL | True Wind Investments LLC Roth 401(K) Plan |
| 337 | VL00000064 | CONFIDENTIAL | Vanderlee Technologies Pension Plan |
| 338 | VL00000128 | CONFIDENTIAL | Vanderlee Technologies Pension Plan |
| 339 | VL00000218 | CONFIDENTIAL | Vanderlee Technologies Pension Plan |
| 340 | WH_MDL_00002293 | CONFIDENTIAL | Richard Markowitz |
| 341 | WH_MDL_00002295 | CONFIDENTIAL | Richard Markowitz |
| 342 | WH_MDL_00002297 | CONFIDENTIAL | Richard Markowitz |

Bates-Numbered Documents

| | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 343 | WH_MDL_00002299 | CONFIDENTIAL | Richard Markowitz |
| 344 | WH_MDL_00002303 | CONFIDENTIAL | Richard Markowitz |
| 345 | WH_MDL_00002305 | CONFIDENTIAL | Richard Markowitz |
| 346 | WH_MDL_00002307 | CONFIDENTIAL | Richard Markowitz |
| 347 | WH_MDL_00002309 | CONFIDENTIAL | Richard Markowitz |
| 348 | WH_MDL_00002311 | CONFIDENTIAL | Richard Markowitz |
| 349 | WH_MDL_00002313 | CONFIDENTIAL | Richard Markowitz |
| 350 | WH_MDL_00002315 | CONFIDENTIAL | Richard Markowitz |
| 351 | WH_MDL_00002317 | CONFIDENTIAL | Richard Markowitz |
| 352 | WH_MDL_00002319 | CONFIDENTIAL | Richard Markowitz |
| 353 | WH_MDL_00002327 | CONFIDENTIAL | Richard Markowitz |
| 354 | WH_MDL_00002329 | CONFIDENTIAL | Richard Markowitz |
| 355 | WH_MDL_00002331 | CONFIDENTIAL | Richard Markowitz |
| 356 | WH_MDL_00002333 | CONFIDENTIAL | Richard Markowitz |
| 357 | WH_MDL_00002335 | CONFIDENTIAL | Richard Markowitz |
| 358 | WH_MDL_00002337 | CONFIDENTIAL | Richard Markowitz |
| 359 | WH_MDL_00002339 | CONFIDENTIAL | Richard Markowitz |
| 360 | WH_MDL_00002341 | CONFIDENTIAL | Richard Markowitz |
| 361 | WH_MDL_00002343 | CONFIDENTIAL | Richard Markowitz |
| 362 | WH_MDL_00002345 | CONFIDENTIAL | Richard Markowitz |
| 363 | WH_MDL_00002347 | CONFIDENTIAL | Richard Markowitz |
| 364 | WH_MDL_00002349 | CONFIDENTIAL | Richard Markowitz |
| 365 | WH_MDL_00002353 | CONFIDENTIAL | Richard Markowitz |
| 366 | WH_MDL_00002355 | CONFIDENTIAL | Richard Markowitz |
| 367 | WH_MDL_00002357 | CONFIDENTIAL | Richard Markowitz |
| 368 | WH_MDL_00002359 | CONFIDENTIAL | Richard Markowitz |
| 369 | WH_MDL_00002361 | CONFIDENTIAL | Richard Markowitz |
| 370 | WH_MDL_00002363 | CONFIDENTIAL | Richard Markowitz |
| 371 | WH_MDL_00002365 | CONFIDENTIAL | Richard Markowitz |
| 372 | WH_MDL_00002367 | CONFIDENTIAL | Richard Markowitz |
| 373 | WH_MDL_00002371 | CONFIDENTIAL | Richard Markowitz |
| 374 | WH_MDL_00002373 | CONFIDENTIAL | Richard Markowitz |
| 375 | WH_MDL_00002375 | CONFIDENTIAL | Richard Markowitz |
| 376 | WH_MDL_00002501 | CONFIDENTIAL | Richard Markowitz |
| 377 | WH_MDL_00002713 | CONFIDENTIAL | Richard Markowitz |
| 378 | WH_MDL_00002715 | CONFIDENTIAL | Richard Markowitz |
| 379 | WH_MDL_00002717 | CONFIDENTIAL | Richard Markowitz |
| 380 | WH_MDL_00002719 | CONFIDENTIAL | Richard Markowitz |

|   | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 381 | WH_MDL_00002721 | CONFIDENTIAL | Richard Markowitz |
| 382 | WH_MDL_00002723 | CONFIDENTIAL | Richard Markowitz |
| 383 | WH_MDL_00002725 | CONFIDENTIAL | Richard Markowitz |
| 384 | WH_MDL_00002727 | CONFIDENTIAL | Richard Markowitz |
| 385 | WH_MDL_00002729 | CONFIDENTIAL | Richard Markowitz |
| 386 | WH_MDL_00002731 | CONFIDENTIAL | Richard Markowitz |
| 387 | WH_MDL_00002733 | CONFIDENTIAL | Richard Markowitz |
| 388 | WH_MDL_00002735 | CONFIDENTIAL | Richard Markowitz |
| 389 | WH_MDL_00002737 | CONFIDENTIAL | Richard Markowitz |
| 390 | WH_MDL_00002739 | CONFIDENTIAL | Richard Markowitz |
| 391 | WH_MDL_00002741 | CONFIDENTIAL | Richard Markowitz |
| 392 | WH_MDL_00002743 | CONFIDENTIAL | Richard Markowitz |
| 393 | WH_MDL_00002745 | CONFIDENTIAL | Richard Markowitz |
| 394 | WH_MDL_00002747 | CONFIDENTIAL | Richard Markowitz |
| 395 | WH_MDL_00002749 | CONFIDENTIAL | Richard Markowitz |
| 396 | WH_MDL_00002751 | CONFIDENTIAL | Richard Markowitz |
| 397 | WH_MDL_00007707 | CONFIDENTIAL | Richard Markowitz |
| 398 | WH_MDL_00007736 | CONFIDENTIAL | Richard Markowitz |
| 399 | WH_MDL_00007738 | CONFIDENTIAL | Richard Markowitz |
| 400 | WH_MDL_00007762 | CONFIDENTIAL | Richard Markowitz |
| 401 | WH_MDL_00007763 | CONFIDENTIAL | Richard Markowitz |
| 402 | WH_MDL_00007774 | CONFIDENTIAL | Richard Markowitz |
| 403 | WH_MDL_00007775 | CONFIDENTIAL | Richard Markowitz |
| 404 | WH_MDL_00007793 | CONFIDENTIAL | Richard Markowitz |

|   | Bates Number | Confidentiality Designation | Producing Party |
|---|---|---|---|
| 405 | WH_MDL_00007888 | CONFIDENTIAL | Richard Markowitz |
| 406 | WH_MDL_00008181 | CONFIDENTIAL | Richard Markowitz |
| 407 | WH_MDL_00008182 | CONFIDENTIAL | Richard Markowitz |
| 408 | WH_MDL_00008183 | CONFIDENTIAL | Richard Markowitz |
| 409 | WH_MDL_00008217 | CONFIDENTIAL | Richard Markowitz |
| 410 | WH_MDL_00008227 | CONFIDENTIAL | Richard Markowitz |
| 411 | WH_MDL_00008237 | CONFIDENTIAL | Richard Markowitz |
| 412 | WH_MDL_00009238 | CONFIDENTIAL | Richard Markowitz |
| 413 | WH_MDL_00009262 | CONFIDENTIAL | Richard Markowitz |
| 414 | WH_MDL_00010141 | CONFIDENTIAL | Richard Markowitz |
| 415 | WH_MDL_00010143 | CONFIDENTIAL | Richard Markowitz |
| 416 | WH_MDL_00010167 | CONFIDENTIAL | Richard Markowitz |
| 417 | WH_MDL_00010462 | CONFIDENTIAL | Richard Markowitz |
| 418 | WH_MDL_00010464 | CONFIDENTIAL | Richard Markowitz |
| 419 | WH_MDL_00010547 | CONFIDENTIAL | Richard Markowitz |
| 420 | WH_MDL_00010550 | CONFIDENTIAL | Richard Markowitz |
| 421 | WH_MDL_00010965 | CONFIDENTIAL | Richard Markowitz |
| 422 | WH_MDL_00010967 | CONFIDENTIAL | Richard Markowitz |
| 423 | WH_MDL_00011851 | CONFIDENTIAL | Richard Markowitz |
| 424 | WH_MDL_00011852 | CONFIDENTIAL | Richard Markowitz |
| 425 | WH_MDL_00020070 | CONFIDENTIAL | Richard Markowitz |

| | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 426 | WH_MDL_00020076 | CONFIDENTIAL | Richard Markowitz |
| 427 | WH_MDL_00090976 | CONFIDENTIAL | Richard Markowitz |
| 428 | WH_MDL_00090977 | CONFIDENTIAL | Richard Markowitz |
| 429 | WH_MDL_00094227 | CONFIDENTIAL | Richard Markowitz |
| 430 | WH_MDL_00095279 | CONFIDENTIAL | Richard Markowitz |
| 431 | WH_MDL_00095281 | CONFIDENTIAL | Richard Markowitz |
| 432 | WH_MDL_00095285 | CONFIDENTIAL | Richard Markowitz |
| 433 | WH_MDL_00095287 | CONFIDENTIAL | Richard Markowitz |
| 434 | WH_MDL_00095289 | CONFIDENTIAL | Richard Markowitz |
| 435 | WH_MDL_00095291 | CONFIDENTIAL | Richard Markowitz |
| 436 | WH_MDL_00095293 | CONFIDENTIAL | Richard Markowitz |
| 437 | WH_MDL_00095295 | CONFIDENTIAL | Richard Markowitz |
| 438 | WH_MDL_00095299 | CONFIDENTIAL | Richard Markowitz |
| 439 | WH_MDL_00095301 | CONFIDENTIAL | Richard Markowitz |
| 440 | WH_MDL_00095303 | CONFIDENTIAL | Richard Markowitz |
| 441 | WH_MDL_00095305 | CONFIDENTIAL | Richard Markowitz |
| 442 | WH_MDL_00095307 | CONFIDENTIAL | Richard Markowitz |
| 443 | WH_MDL_00095309 | CONFIDENTIAL | Richard Markowitz |
| 444 | WH_MDL_00095311 | CONFIDENTIAL | Richard Markowitz |
| 445 | WH_MDL_00095313 | CONFIDENTIAL | Richard Markowitz |
| 446 | WH_MDL_00095315 | CONFIDENTIAL | Richard Markowitz |
| 447 | WH_MDL_00095316 | CONFIDENTIAL | Richard Markowitz |
| 448 | WH_MDL_00095321 | CONFIDENTIAL | Richard Markowitz |
| 449 | WH_MDL_00095323 | CONFIDENTIAL | Richard Markowitz |
| 450 | WH_MDL_00095325 | CONFIDENTIAL | Richard Markowitz |
| 451 | WH_MDL_00095329 | CONFIDENTIAL | Richard Markowitz |
| 452 | WH_MDL_00095331 | CONFIDENTIAL | Richard Markowitz |
| 453 | WH_MDL_00095333 | CONFIDENTIAL | Richard Markowitz |
| 454 | WH_MDL_00095335 | CONFIDENTIAL | Richard Markowitz |
| 455 | WH_MDL_00095337 | CONFIDENTIAL | Richard Markowitz |
| 456 | WH_MDL_00095339 | CONFIDENTIAL | Richard Markowitz |
| 457 | WH_MDL_00095343 | CONFIDENTIAL | Richard Markowitz |
| 458 | WH_MDL_00095345 | CONFIDENTIAL | Richard Markowitz |
| 459 | WH_MDL_00095347 | CONFIDENTIAL | Richard Markowitz |
| 460 | WH_MDL_00095349 | CONFIDENTIAL | Richard Markowitz |
| 461 | WH_MDL_00095351 | CONFIDENTIAL | Richard Markowitz |
| 462 | WH_MDL_00095353 | CONFIDENTIAL | Richard Markowitz |
| 463 | WH_MDL_00095357 | CONFIDENTIAL | Richard Markowitz |
| 464 | WH_MDL_00095361 | CONFIDENTIAL | Richard Markowitz |
| 465 | WH_MDL_00095367 | CONFIDENTIAL | Richard Markowitz |

| | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 466 | WH_MDL_00095371 | CONFIDENTIAL | Richard Markowitz |
| 467 | WH_MDL_00095375 | CONFIDENTIAL | Richard Markowitz |
| 468 | WH_MDL_00095379 | CONFIDENTIAL | Richard Markowitz |
| 469 | WH_MDL_00095383 | CONFIDENTIAL | Richard Markowitz |
| 470 | WH_MDL_00095385 | CONFIDENTIAL | Richard Markowitz |
| 471 | WH_MDL_00095387 | CONFIDENTIAL | Richard Markowitz |
| 472 | WH_MDL_00095391 | CONFIDENTIAL | Richard Markowitz |
| 473 | WH_MDL_00095395 | CONFIDENTIAL | Richard Markowitz |
| 474 | WH_MDL_00095401 | CONFIDENTIAL | Richard Markowitz |
| 475 | WH_MDL_00095407 | CONFIDENTIAL | Richard Markowitz |
| 476 | WH_MDL_00095413 | CONFIDENTIAL | Richard Markowitz |
| 477 | WH_MDL_00095417 | CONFIDENTIAL | Richard Markowitz |
| 478 | WH_MDL_00095423 | CONFIDENTIAL | Richard Markowitz |
| 479 | WH_MDL_00095429 | CONFIDENTIAL | Richard Markowitz |
| 480 | WH_MDL_00095435 | CONFIDENTIAL | Richard Markowitz |
| 481 | WH_MDL_00095441 | CONFIDENTIAL | Richard Markowitz |
| 482 | WH_MDL_00095445 | CONFIDENTIAL | Richard Markowitz |
| 483 | WH_MDL_00095451 | CONFIDENTIAL | Richard Markowitz |
| 484 | WH_MDL_00095457 | CONFIDENTIAL | Richard Markowitz |
| 485 | WH_MDL_00095463 | CONFIDENTIAL | Richard Markowitz |
| 486 | WH_MDL_00095467 | CONFIDENTIAL | Richard Markowitz |
| 487 | WH_MDL_00095473 | CONFIDENTIAL | Richard Markowitz |
| 488 | WH_MDL_00095477 | CONFIDENTIAL | Richard Markowitz |
| 489 | WH_MDL_00095483 | CONFIDENTIAL | Richard Markowitz |
| 490 | WH_MDL_00095489 | CONFIDENTIAL | Richard Markowitz |
| 491 | WH_MDL_00095493 | CONFIDENTIAL | Richard Markowitz |
| 492 | WH_MDL_00095499 | CONFIDENTIAL | Richard Markowitz |
| 493 | WH_MDL_00095505 | CONFIDENTIAL | Richard Markowitz |
| 494 | WH_MDL_00095509 | CONFIDENTIAL | Richard Markowitz |
| 495 | WH_MDL_00095515 | CONFIDENTIAL | Richard Markowitz |
| 496 | WH_MDL_00095519 | CONFIDENTIAL | Richard Markowitz |
| 497 | WH_MDL_00095523 | CONFIDENTIAL | Richard Markowitz |
| 498 | WH_MDL_00095527 | CONFIDENTIAL | Richard Markowitz |
| 499 | WH_MDL_00095533 | CONFIDENTIAL | Richard Markowitz |
| 500 | WH_MDL_00095539 | CONFIDENTIAL | Richard Markowitz |
| 501 | WH_MDL_00095545 | CONFIDENTIAL | Richard Markowitz |
| 502 | WH_MDL_00095549 | CONFIDENTIAL | Richard Markowitz |
| 503 | WH_MDL_00095553 | CONFIDENTIAL | Richard Markowitz |
| 504 | WH_MDL_00095559 | CONFIDENTIAL | Richard Markowitz |
| 505 | WH_MDL_00095565 | CONFIDENTIAL | Richard Markowitz |
| 506 | WH_MDL_00095569 | CONFIDENTIAL | Richard Markowitz |
| 507 | WH_MDL_00095575 | CONFIDENTIAL | Richard Markowitz |
| 508 | WH_MDL_00095581 | CONFIDENTIAL | Richard Markowitz |

|     | A | B | C |
| --- | --- | --- | --- |
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 509 | WH_MDL_00095585 | CONFIDENTIAL | Richard Markowitz |
| 510 | WH_MDL_00095591 | CONFIDENTIAL | Richard Markowitz |
| 511 | WH_MDL_00095597 | CONFIDENTIAL | Richard Markowitz |
| 512 | WH_MDL_00095601 | CONFIDENTIAL | Richard Markowitz |
| 513 | WH_MDL_00095607 | CONFIDENTIAL | Richard Markowitz |
| 514 | WH_MDL_00095613 | CONFIDENTIAL | Richard Markowitz |
| 515 | WH_MDL_00095617 | CONFIDENTIAL | Richard Markowitz |
| 516 | WH_MDL_00095623 | CONFIDENTIAL | Richard Markowitz |
| 517 | WH_MDL_00095629 | CONFIDENTIAL | Richard Markowitz |
| 518 | WH_MDL_00095633 | CONFIDENTIAL | Richard Markowitz |
| 519 | WH_MDL_00095637 | CONFIDENTIAL | Richard Markowitz |
| 520 | WH_MDL_00095641 | CONFIDENTIAL | Richard Markowitz |
| 521 | WH_MDL_00095645 | CONFIDENTIAL | Richard Markowitz |
| 522 | WH_MDL_00095649 | CONFIDENTIAL | Richard Markowitz |
| 523 | WH_MDL_00095655 | CONFIDENTIAL | Richard Markowitz |
| 524 | WH_MDL_00095661 | CONFIDENTIAL | Richard Markowitz |
| 525 | WH_MDL_00095667 | CONFIDENTIAL | Richard Markowitz |
| 526 | WH_MDL_00095671 | CONFIDENTIAL | Richard Markowitz |
| 527 | WH_MDL_00095675 | CONFIDENTIAL | Richard Markowitz |
| 528 | WH_MDL_00095681 | CONFIDENTIAL | Richard Markowitz |
| 529 | WH_MDL_00095683 | CONFIDENTIAL | Richard Markowitz |
| 530 | WH_MDL_00095685 | CONFIDENTIAL | Richard Markowitz |
| 531 | WH_MDL_00095689 | CONFIDENTIAL | Richard Markowitz |
| 532 | WH_MDL_00095693 | CONFIDENTIAL | Richard Markowitz |
| 533 | WH_MDL_00095697 | CONFIDENTIAL | Richard Markowitz |
| 534 | WH_MDL_00095703 | CONFIDENTIAL | Richard Markowitz |
| 535 | WH_MDL_00095709 | CONFIDENTIAL | Richard Markowitz |
| 536 | WH_MDL_00095715 | CONFIDENTIAL | Richard Markowitz |
| 537 | WH_MDL_00095719 | CONFIDENTIAL | Richard Markowitz |
| 538 | WH_MDL_00095723 | CONFIDENTIAL | Richard Markowitz |
| 539 | WH_MDL_00095729 | CONFIDENTIAL | Richard Markowitz |
| 540 | WH_MDL_00095735 | CONFIDENTIAL | Richard Markowitz |
| 541 | WH_MDL_00095908 | CONFIDENTIAL | Richard Markowitz |
| 542 | WH_MDL_00095909 | CONFIDENTIAL | Richard Markowitz |
| 543 | WH_MDL_00095910 | CONFIDENTIAL | Richard Markowitz |
| 544 | WH_MDL_00095911 | CONFIDENTIAL | Richard Markowitz |
| 545 | WH_MDL_00095912 | CONFIDENTIAL | Richard Markowitz |
| 546 | WH_MDL_00097158 | CONFIDENTIAL | Richard Markowitz |
| 547 | WH_MDL_00101929 | CONFIDENTIAL | Richard Markowitz |
| 548 | WH_MDL_00108543 | CONFIDENTIAL | Richard Markowitz |
| 549 | WH_MDL_00108680 | CONFIDENTIAL | Richard Markowitz |

|   | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 550 | WH_MDL_00130444 | CONFIDENTIAL | Richard Markowitz |
| 551 | WH_MDL_00136185 | CONFIDENTIAL | Richard Markowitz |
| 552 | WH_MDL_00136187 | CONFIDENTIAL | Richard Markowitz |
| 553 | WH_MDL_00136189 | CONFIDENTIAL | Richard Markowitz |
| 554 | WH_MDL_00136191 | CONFIDENTIAL | Richard Markowitz |
| 555 | WH_MDL_00190884 | CONFIDENTIAL | Richard Markowitz |
| 556 | WH_MDL_00227861 | CONFIDENTIAL | Richard Markowitz |
| 557 | WH_MDL_00236826 | CONFIDENTIAL | Richard Markowitz |
| 558 | WH_MDL_00236827 | CONFIDENTIAL | Richard Markowitz |
| 559 | WH_MDL_00236830 | CONFIDENTIAL | Richard Markowitz |
| 560 | WH_MDL_00236833 | CONFIDENTIAL | Richard Markowitz |
| 561 | WH_MDL_00246930 | CONFIDENTIAL | Richard Markowitz |
| 562 | WH_MDL_00252474 | CONFIDENTIAL | Richard Markowitz |
| 563 | WH_MDL_00283320 | CONFIDENTIAL | Richard Markowitz |
| 564 | WH_MDL_00283322 | CONFIDENTIAL | Richard Markowitz |
| 565 | WH_MDL_00283884 | CONFIDENTIAL | Richard Markowitz |
| 566 | WH_MDL_00300282 | CONFIDENTIAL | Richard Markowitz |
| 567 | WH_MDL_00315666 | CONFIDENTIAL | Richard Markowitz |
| 568 | WH_MDL_00322559 | CONFIDENTIAL | Richard Markowitz |
| 569 | WH_MDL_00322613 | CONFIDENTIAL | Richard Markowitz |
| 570 | WH_MDL_00323452 | CONFIDENTIAL | Richard Markowitz |
| 571 | WH_MDL_00324776 | CONFIDENTIAL | Richard Markowitz |

|   | A | B | C |
|---|---|---|---|
| 1 | **Bates Number** | **Confidentiality Designation** | **Producing Party** |
| 572 | WH_MDL_00327237 | CONFIDENTIAL | Richard Markowitz |
| 573 | WH_MDL_00342423 | CONFIDENTIAL | Richard Markowitz |
| 574 | WH_MDL_00479187 | CONFIDENTIAL | Richard Markowitz |
| 575 | WH_MDL_00479188 | CONFIDENTIAL | Richard Markowitz |
| 576 | WH_MDL_00480394 | CONFIDENTIAL | Richard Markowitz |
| 577 | WH_MDL_00480397 | CONFIDENTIAL | Richard Markowitz |
| 578 | WH_MDL_00495238 | CONFIDENTIAL | Richard Markowitz |
| 579 | WH_MDL_00522119 | CONFIDENTIAL | Richard Markowitz |
| 580 | WH_MDL_00522122 | CONFIDENTIAL | Richard Markowitz |