UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-04833-LAK, 1:19-cv-01781-LAK, 1:19-cv-01783-LAK, 1:19-cv-01785-LAK, 1:19-cv-01791-LAK, 1:19-cv-01792-LAK, 1:19-cv-01806-LAK, 1:19-cv-01808-LAK, 1:19-cv-01812-LAK, 1:19-cv-01815-LAK, 1:19-cv-01867-LAK, 1:19-cv-01868-LAK, 1:19-cv-01869-LAK, 1:19-cv-01870-LAK, 1:19-cv-01895-LAK, 1:19-cv-01896-LAK, 1:19-cv-01898-LAK, 1:19-cv-01904-LAK, 1:19-cv-01906-LAK, 1:19-cv-01911-LAK, 1:19-cv-01922-LAK, 1:19-cv-01924-LAK, 1:19-cv-01926- LAK, 1:19-cv-01929-LAK, 1:19-cv-10713-LAK | Master Docket 18-md-02865-LAK<br><br>ECF Case |

**NOTICE OF APPEARANCE**

Please enter my appearance for Defendants Richard Markowitz, Jocelyn Markowitz, Avanix Management LLC Roth 401(K) Plan, Batavia Capital Pension Plan, Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries LLC Roth 401(K) Plan, RJM Capital Pension Plan, and the Routt Capital Pension Plan in the cases enumerated in the caption.

Dated: January 9, 2024
      New York, New York

/s/ Boyd Johnson
BOYD JOHNSON
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
(212) 230-8800
boyd.johnson@wilmerhale.com