UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

18-md-2865 (LAK)

This paper applies to:   23-cv-2917 (LAK)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### PRETRIAL ORDER NO. 33
(*Sinclair* – Motion to Dismiss)

LEWIS A. KAPLAN, *District Judge.*

      1.     Defendant's motion to dismiss for failure to state a claim upon which relief may be granted (Dkt 10) is denied, substantially for the reasons stated in plaintiff's opposing memorandum.

      2.     The Clerk shall create an association between 23-cv-2917 and the master docket for the MDL, 18-md-2865.

      SO ORDERED.

Dated:     February 8, 2024

                                                                  Lewis A. Kaplan
                                                           United States District Judge