UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

This paper applies to:       All Cases
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x



18-md-2865 (LAK)

**PRETRIAL ORDER NO. 34**
(Trial One)

LEWIS A. KAPLAN, *District Judge.*

       1.     After careful consideration of the parties' very helpful proposals and counter proposals, the Court hereby adopts plaintiff's Modified Trial One Proposal set out in Dkt 954. Trial One therefore will involve the six individual defendants (Mr. and Mrs. Markowitz, Mr. and Mrs. van Merkensteijn, Mr. Klugman and Mr. Ben-Jacob) and the cases and other defendants listed as included on Appendix A to plaintiff's letter of January 31, 2024 (Dkt 954, App. A).

       2.     A firm trial date will be fixed at a later date. The Court, however, expects to select a date in the late fall of this year or early 2025.

       3.     A number of pretrial matters will require attention in preparation for that trial including, perhaps among other things, *in limine* motions (including any *Daubert* motions), notices of any intention to raise issues of and resolution of any disputes concerning foreign law, the preparation of a joint pretrial order, the preparation of a special verdict form, and submission of requested jury instructions. The parties shall meet and confer concerning these and any other pertinent matters and submit, on or before March 8, 2024, a joint report listing all such pretrial matters that they believe require attention and a proposed schedule (consistent with the Court's indication of a likely firm trial date) for dealing with them.

       4.     The Court will hold a conference concerning remaining pretrial matters, the schedule for dealing with them, and the determination of a trial date on March 28, 2024 at 2:15 p.m.

       SO ORDERED.

Dated:     February 21, 2024

                                                       Lewis A. Kaplan
                                                       United States District Judge