# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SKAT TAX REFUND SCHEME LITIGATION<br><br>This document relates to:<br><br>18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01781; 19-cv-01783; 19-cv-01866; 19-cv-01794; 19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800; 19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-01792; 19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929; 19-cv-01803; 19-cv-01806; 19-cv-01801; 19-cv-01894; 19-cv-01808; 19-cv-01810; 19-cv-01809; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818; 19-cv-01931; 19-cv-01918; 19-cv-01873; 21-cv-05339. | Case No. 1:18-md-2865-LAK |

**<u>AFFIDAVIT OF NIHARIKA S. SACHDEVA IN SUPPORT OF<br>MOTION FOR ADMISSION<br>PRO HAC VICE</u>**

Niharika S. Sachdeva, being duly sworn, hereby states as follows:

1. I am an associate with the law firm Keker, Van Nest & Peters LLP.

2. I submit this affidavit in support of my motion for admission *Pro Hac Vice* in the above-captioned matter, including the listed related matters.

3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the State of California.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings presently against me in any State or Federal court.

7. Wherefore, your affiant respectfully submits that she be permitted to appear as *Pro Hac Vice* counsel for Defendant in the above-captioned matter.

March 5, 2023                                              Respectfully submitted,

                                                           _____
                                                           NIHARIKA S. SACHDEVA

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

March 1, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, NIHARIKA SIMRAN SACHDEVA, #342058 was admitted to the practice of law in this state by the Supreme Court of California on December 20, 2021 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**   CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California             )
County of __San Francisco__     )

On __March 5, 2024__ before me, __Kelly Florencio Love, Notary Public__,
　　　　*Date*　　　　　　　　　　　*Here Insert Name and Title of the Officer*

personally appeared __Niharika S. Sachdeva__
　　　　　　　　　　　　　*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: KELLY FLORENCIO LOVE, Notary Public - California, San Francisco County, Commission # 2344891, My Comm. Expires Feb 3, 2025]

Signature __[signature]__
　　　　　　*Signature of Notary Public*

Place Notary Seal Above

──────── OPTIONAL ────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Affidavit iso Motion__ Document Date: __3/5/2024__
Number of Pages: __2__ Signer(s) Other Than Named Above: __for PHV in SDNY__

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual        ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual        ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907