# Exhibit 3

| Dubai Courts | Smart Judgments | Government of Dubai |
|---|---|---|

In application No. 125/2023/500




### In the name of Allah, the All and Ever Merciful

### On behalf of H.H. Sheikh Mohammed Bin Rashid Al Maktoum

### Governor of Dubai

### Court of Cassation

### On the Hearing held on Tuesday, dated December 05, 2023

### At the premises of Dubai Court of Cassation

| | | |
|---|---|---|
| Headed by judge/ | Salem Obeid Othman | Chief Justice |
| And Membered by Judge/ | Omar Younis Saeid Gaarour | Circuit Member |
| Judge/ | Mohammed Abdul Nabi Mohammed Hassan Al-Assiouti | Circuit Member |
| Judge/ | Tarek Yacoub Al-Khayyat | Circuit Member |
| And Judge/ | Walid Rabei Abdul Rahim Al-Sedawy | Circuit Member |

### In Application No. 125 of 2023, Cassation Order/Judgment Reverse Application

### Whereby requesting to reverse the Order/Judgment rendered on May 16, 2023

### In Appeal-in-Cassation No. 1488 of 2022 – Commercial Appeal-in-Cassation

**Applicant:** Sanjay Shah
**Applicant:** Usha Shah
**Applicant:** Ganymede Cayman Ltd.

\* This document is electronically signed and approved. To verify this document, visit Dubai Courts website (Public Services - Inquiries)



| **Dubai Courts** | **Smart Judgments** | **Government of Dubai** |

In application No. 125/2023/500




### Court hereby rendered the following

Upon viewing papers, documents and conducting deliberations.

Whereas the Application fulfils its requirements in form.

Whereas the facts of the Application are as follows:

- On 30.10.2023, Applicants submitted the present Application, whereby requesting to reverse the Judgment rendered on 16.05.2023 in Appeal-in-Cassation No. 1488 of 2022 – Commercial to dismiss the same;
- Whereas Applicants based their request on the claim that the Judgment is rendered I misapplication of the Law, with flaws in reasoning, deficiency in causation, violation of the facts established in documents, as well as the violation of defense right
- Whereas the Judgment adopted the Report filed by the tasked Expert Committee, which is deemed invalid for being issued by a committee of no technical expertise in taxes, its collection and discount, and the sale and purchase of shares in the Danish stock exchange, where the Committee relied on unauthorized documents submitted by the Respondent, issued by the Danish Financial Supervisory Authority (FSA), the legal counselor of the Danish Government, the Danish Deputy Public Prosecutor and the Police Authority, in establishment of the financial remittances conducted between Applicants and the companies claimed by Experts to be owned by the Applicants

\* This document is electronically signed and approved. To verify this document, visit Dubai Courts website (Public Services - Inquiries)



| **Dubai Courts** | **Smart Judgments** | **Government of Dubai** |

In application No. 125/2023/500




SVM-58531/2023

- Whereas the Expert Committee claimed that the said documents are "sovereign documents", with no elaboration on the meaning of such term, where no diplomatic action is taken to verify the same, neither are they received from any approved diplomatic bodies.
- Further, the tasked Expert Committee relied on a selection of unauthorized articles of the Danish Tax Law, without verifying the same in terms of validity and effectiveness.
- In addition, no statement is made as to whether the reimbursement procedures are valid in accordance with the Danish Law.
- Furthermore, the Expert Committee relied, in its conclusion, on papers and documents fabricated by the Respondent, and the Consultancy Report delivered thereby, issued by Deloitte, notwithstanding their objection against such Report due to the invalidity of the information stated therein, which resulting in First & Second Applicants being charged with the debts and obligations of companies having financial liabilities that are independent from those of their owners, managers and directors. All of this while the Expert Committee failed to prove, in its Report, that they have committed any actions, misconduct, or violations in their personal capacities
- Whereas Court of Appeal also disregarded the request made by Applicants to open pleas, along with the documents accompanying such request, which could have changed that conclusion of the Case
- Nevertheless, the trial Court approved the insufficient Expert Committee Report, with the Court of Cassation adopting the same, while disregarding all

\* This document is electronically signed and approved. To verify this document, visit Dubai Courts website (Public Services - Inquiries)




**Dubai Courts**     **Smart Judgments**     **Government of Dubai**

In application No. 125/2023/500




aspects of their defense, which renders the Judgment reversible, in application of the provisions of Article 190.c of the Civil Procedure Code

Whereas the foregoing argument is misplaced, due to the following:

- Articles 185, 189 & 190 of Federal Law No. 42 of 2022 on Civil Procedures state that, as an exclusion of the general rule that no final judgments rendered by Court of Cassation may be challenged, with the exception of such judgments rendered on the original dispute by way of petition for reconsideration in some specific cases, where the order rendered by Court of Cassation within the Chambers, or its final judgment, may be reversed, whether at its own accord or based on a motion submitted by the order/judgment debtor, in any of the following cases:
    a) …
    b) …
    c) If any such order/judgment is rendered in violation of any of the judicial principles established by the panel, or jointly by Court circuits, as applicable, without presenting the same thereto, or if the same is rendered in violation of the principles established by the Court, or those issued by The Commission for the Unification of Federal and Local Judicial Principles
- Whereas all the grounds and legal principles stated by Applicants have been addressed by previous judgments in similar subject matters where the present judgment does not deviate therefrom

\* This document is electronically signed and approved. To verify this document, visit Dubai Courts website (Public Services - Inquiries)




| **Dubai Courts** | **Smart Judgments** | **Government of Dubai** |

In application No. 125/2023/500




- Whereas all the arguments stated in the Application are merely assessments on the merits, but not legal assessments, with an aim to reach a different conclusion than the one reached by the judgment, which investigated, addressed and responded to their defenses, as established in documents and report of the said judgment
- This renders the present Application in deviation from the cases for judgement reversal, as stated exclusively under Article 190 of the Civil Procedure Law, which renders the Application dismissible, while confiscating the security amount

### Now, Therefore

While convening in chambers, Court hereby renders to dismiss the Application, while confiscating the security amount

Signature
Judge/ Salem Obeid Othman



| Signature | | Signature |

\* This document is electronically signed and approved. To verify this document, visit Dubai Courts website (Public Services - Inquiries)



thetranshome.com

Address:
Dubai, UAE
Email: : info@thetranshome.com  /

Phone:
+97145531427  +971522413311
dubaicrew@thetranshome.com

| Dubai Courts | Smart Judgments | Government of Dubai |
|---|---|---|

In application No. 125/2023/500





SVM-58531/2023

**Judge/ Omar Younis Saeid Gaarour**



CSC500-CY2023-CSN125-DJI755

**Judge/ Mohammed Abdul Nabi Mohammed Hassan Al-Assiouti**



CSC500-CY2023-CSN125-DJI2709

Signature
**Judge/ Tarek Yacoub Al-Khayyat**



CSC500-CY2023-CSN125-DJI2104

Signature
**Judge/ Walid Rabei Abdul Rahim Al-Sedawy**



CSC500-CY2023-CSN125-DJI2984

\* This document is electronically signed and approved. To verify this document, visit Dubai Courts website (Public Services - Inquiries)



thetranshome.com

Address:
Dubai, UAE
Email: : info@thetranshome.com /

Phone:
+97145531427 +971522413311
dubaicrew@thetranshome.com






الأحكام الذكية

في الطلب 125/2023/500

بسم الله الرحمن الرحيم
باسم صاحب السمو الشيخ محمد بن راشد آل مكتوم حاكم دبي
محكمة التمييز

بالجلسة المنعقدة يوم الثلاثاء الموافق 05 ديسمبر 2023 بمقر محكمة التمييز بدبي

| برئاســة القاضــي | سالم عبيد عثمان | رئيس الدائرة |
| --- | --- | --- |
| وعضوية القاضي | عمر يونس سعيد جعرور | عضو الدائرة |
| و القاضي | محمد عبدالنبي محمد حسن الاسيوطي | عضو الدائرة |
| و القاضي | طارق يعقوب الخياط | عضو الدائرة |
| و القاضي | وليد ربيع عبدالرحيم السعداوي | عضو الدائرة |

في الطلب رقم ١٢٥ لسنة ٢٠٢٣ طلب الرجوع في قرار / حكم تمييز
للرجوع في القرار / الحكم الصادر بتاريخ ١٦ مايو ٢٠٢٣في الطعن رقم ١٤٨٨ لسنة ٢٠٢٢ طعن تجاري

| مقدم الطلب: | سانجاى شاه |
| --- | --- |
| مقدم الطلب: | أوشا شاه |
| مقدم الطلب: | غانيميد كايمان ليمتد |

اصدرت القرار التالي

بعد الاطلاع على الأوراق والمداولة.
حيث إن الطلب استوفى أوضاعه الشكلية.
وحيث إن واقعاته تتحصل في أن طالبي الرجوع تقدموا بتاريخ 30/10/2023 للرجوع عن الحكم الصادر بتاريخ 16/5/2023 في الطعن رقم 1488 لسنة 2022 تجاري برفض الطعن - وقد أسسوا طلبهم على ان الحكم قد صدر بالخطأ في تطبيق القانون والقصور في التسبيب والفساد في الاستدلال ومخالفة الثابت بالأوراق والاخلال بحق الدفاع – إذ ساير الحكم تقرير لجنة الخبرة المنتدبة الباطل لصدوره من لجنة غير مختصة فنياً بمجال الضريبة وطرق تحصيلها وخصمها وبيع وشراء الأسهم في سوق الأوراق المالية الدنماركي ، والذي عولت فيه اللجنة علي مستندات غير مصدق عليها مقدمة من المطلوب ضدها صادرة من هيئة الاوراق المالية الدنماركية والمستشار القانوني لحكومة الدنمارك ونائب المدعي العام الدنماركي وهيئة الشرطة - لإثبات التحويلات المالية التي تمت بين طالبي الرجوع والشركات التي زعم الخبراء بانها مملوكة للطالبين وانها مستندات سيادية دون ان تبين المقصود من هذه الصفة ، كما لم يتم اتخاذ الاجراءات الدبلوماسية للتأكد من صحتها ولم تستلمها الخبرة المنتدبة من قبل هيئات دبلوماسية معتمدة ، كما اعتمدت الخبرة بتكليف من المحكمة علي مواد مختارة من قانون الضرائب الدنماركي غير مصدق عليها ودون التأكد من صحتها وسريانها ودون بيان عما اذا كانت إجراءات الاسترداد تمت صحيحة من عدمه وفقا للقانون الدنماركي ، كما اعتمدت علي أوراق ومستندات اصطنعتها المطلوب ضدها والتقرير الاستشاري الذي قدمته الصادر من مكتب الخبرة (ديلويت) معول اعتراضاتهم علي ذلك التقرير لعدم صحة المعلومات الواردة به وحمل الطالبين الاول والثانية بديون شركات لها ذمم مالية مستقلة عن ذمم مالكيها و مديراها دون ان تثبت اللجنة في تقريرها بانهما قد قاما بأية أفعال أو أخطاء أو مخالفات بشخصيهما ، كما أغفلت محكمة الاستئناف عن طلبهم لفتح باب المرافعة وما ارفق به من

* هذا المستند موقع و معتمد إلكترونياً ويمكنكم التحقق من صحته عبر موقع محاكم دبي (خدماتنا الالكترونية العامة - الاستفسارات)

صفحة 1 من 3




الأحكام الذكية

في الطلب 500/2023/125




SVM-58531/2023

مستندات قد تغير وجه الرأي في الدعوي ، إلا أن محكمة الموضوع اعتدت بتقرير لجنة الخبرة القاصر وسايرتها محكمة التمييز ملتفته عن جميع اوجه دفاعهم ، وهو ما يستوجب الرجوع عن الحكم عملاً بنص المادة 190/ج من قانون الإجراءات المدنية.

وحيث إن النعي في غير محله - ذلك بأن مفاد المواد 185، 189، 190 من القانون الاتحادي رقم (42) لسنة 2022 في شأن الإجراءات المدنية - أنه استثناء من القاعدة العامة بعدم جواز الطعن في الأحكام الباتة الصادرة من محكمة التمييز عدا ما صدر منها في أصل النزاع بطريق التماس إعادة النظر في حالات معينة فإنه يجوز الرجوع عن القرار الصادر منها في غرفة المشورة أو عن حكمها البات من تلقاء نفسها أو بناءً على طلب من الصادر ضده القرار أو الحكم، في أي من الأحوال الآتية: (أ) ...، (ب) ...، (ج) إذا صدر القرار أو الحكم مخالفاً لأي من المبادئ القضائية التي قررتها الهيئة أو الدوائر مجتمعة بالمحكمة حسب الأحوال، وذلك بدون العرض عليها، أو صدر مخالفاً للمبادئ التي استقرت عليها المحكمة أو التي أصدرتها هيئة توحيد المبادئ بين السلطات القضائية الاتحادية والمحلية.

وكان ما تساند اليه طالبو الرجوع من مبادئ قانونية أوردتها احكام سابقة في موضوعات متشابهة لم يخالفها الحكم، وكل ما اثاروه بالطلب ما هو الا تقديرات موضوعية وليست قانونية يهدفوا الوصول منها الي نتيجة مغايرة لما انتهي اليه الحكم الذي بحث دفاعهم وقام بالرد عليه وفق الثابت بالأوراق ومدونات الحكم المطلوب الرجوع عنه، وهو ما يخرج عن نطاق حالات الرجوع الواردة علي سبيل الحصر بالمادة 190 من قانون الإجراءات المدنية، وهو ما يتعين رفض الطلب مع مصادرة التأمين.

**فلهذة الأسباب**

قررت الهيئة : منعقدة في غرفة مشورة. برفض الطلب مع مصادرة مبلغ التأمين.

**التوقيع**
**القاضي / سالم عبيد عثمان**



CSC500-CY2023-CSN125-DJI59

| التوقيع | التوقيع |
|---|---|
| القاضي / محمد عبدالنبي محمد حسن الاسيوطي | القاضي / عمر يونس سعيد جعرور |




CSC500-CY2023-CSN125-DJI2709    CSC500-CY2023-CSN125-DJI755

* هذا المستند موقع و معتمد إلكترونياً ويمكنكم التحقق من صحته من خلال محاكم دبي (خدماتنا الالكترونية العامة - الاستفسارات)

 

الأحكام الذكية

في الطلب 500/2023/125

 

SVM-58531/2023

| التوقيع | التوقيع |
| --- | --- |
| القاضي / وليد ربيع عبدالرحيم السعداوي | القاضي / طارق يعقوب الخياط |

 

CSC500-CY2023-CSN125-DJI2984     CSC500-CY2023-CSN125-DJI2104

أماني

* هذا المستند موقع و معتمد إلكترونياً ويمكنكم التحقق من صحته عبر موقع محاكم دبي (خدماتنا الالكترونية العامة - الاستفسارات)

صفحة 3 من 3