UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
gKINGDOM OF DENMARK (SKAT) TAX REFUND            18-md-2865 (LAK)
LITIGATION

This paper applies to:   18-cv-9840, 18-cv-9841
------------------------------------x

## PRETRIAL ORDER NO. 37
(Certain *Daubert* motions)

LEWIS A. KAPLAN, *District Judge.*

       Defendants' *Daubert* motions in these cases (18-md-2865 Dkt 811, 18-cv-9840 Dkt 224, 18-cv-9841 Dkt 230) are denied without prejudice to renewal on the existing papers by filing an appropriate notice of renewal which shall not be served prior to the earlier of (a) the filing of a motion for summary judgment to which the *Daubert* motions are relevant, and (b) the setting for trial, in each case in either or both of these cases.

       SO ORDERED.

Dated:      May 1, 2024

                                                        Lewis A. Kaplan
                                                    United States District Judge