**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

CUSTOMS AND TAX ADMINISTRATION OF          MASTER DOCKET
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND          18-md-02865-LAK
SCHEME LITIGATION


This document relates to:     The cases identified in
                              Appendix A

---

## DECLARATION OF THOMAS E.L. DEWEY

I, Thomas E.L. Dewey, an attorney duly admitted to practice law before the courts of the

State of New York, hereby declare under penalty of perjury:

1.      I am a member of the law firm Dewey Pegno & Kramarsky LLP, counsel for

Michael Ben-Jacob.  I am fully familiar with the matters set forth in this declaration.

2.      I submit this declaration in support of Defendants' Amended Memorandum of

Law in support of their Motion for Issuance of a Request for International Judicial Assistance to

Obtain Evidence in Denmark (the "Motion").

3.      On March 28, 2024, Elliot Peters, a member of the law firm Keker, Van Nest &

Peters LLP and also counsel for Michael Ben-Jacob, sent an email to SKAT's counsel at Hughes

Hubbard & Reed LLP, requesting SKAT's position on, among other things, whether SKAT

would stipulate to a motion to take Sanjay Shah's testimony under the Hague Convention.

4.      On April 10, 2024, SKAT's counsel responded with SKAT's position as to other

matters addressed in Mr. Peters's email but did not provide SKAT's position as to a motion to

1

take Sanjay Shah's testimony under the Hague Convention.  That same day, Mr. Peters

responded to inquire again as to SKAT's position on a motion for Sanjay's Shah's testimony.

5.    On April 12, 2024, SKAT's counsel requested a draft of Defendants' Hague

Convention motion papers, which Defendants provided on April 17, 2024.  On April 18, 2024,

SKAT's counsel informed Defendants that SKAT intended to join the motion, provided that such

motion would not affect the timing of the trial set to commence on January 7, 2024.

6.    Attached hereto as Exhibit 1 is an amended proposed Letter of Request for

International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the

Taking of Evidence Abroad in Civil or Commercial Matters.

7.    Attached hereto as Exhibit 2 is a list of parties to the Hague Convention of 18

March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, as found on the

website for the Treaty Database of the Kingdom of Netherlands' Division of the Ministry of

Foreign Affairs, available at https://treatydatabase.overheid.nl/en/Treaty/Details/002883.

8.    Attached hereto as Exhibit 3 is a news article by David Segal, dated December 6,

2023, and titled *Hedge Fund Trader, Accused of Fraud, is Extradited to Denmark*, available at:

https://www.nytimes.com/2023/12/06/business/sanjay-shah-fraud-extradition-denmark.html.

9.    Attached hereto as Exhibit 4 is a news article by Isabelle YR Carlsson and Jacob

Gronholt-pedersen, dated March 21, 2024, and titled *Danish Tax Fraud Suspect Tells Court He

Used Legal Loophole*, available at https://www.reuters.com/world/europe/danish-tax-fraud-suspect-tells-court-he-used-legal-loophole-2024-03-21/.

10.    Attached hereto as Exhibit 5 is the Complaint filed by Plaintiff

Skatteforvaltningen ("SKAT") in *Skatteforvaltningen v. Michael Ben-Jacob*, No. 1:21-cv-05339

on June 16, 2021, ECF 1.

11.     Attached hereto as Exhibit 6 are excerpts from the deposition transcript of

Richard Markowitz.

12.     Attached hereto as Exhibit 7 are excerpts from the deposition transcript of Robert

Klugman.

13.     Attached hereto as Exhibit 8 are excerpts from the deposition transcript of John

van Merkensteijn

14.     Attached hereto as Exhibit 9 is a document produced in discovery in this matter,

Bates-stamped FWCCAP00000156, and previously filed as Exhibit 179 to the Declaration of

Marc A. Weinstein in Support of Plaintiff SKAT's Motion for Summary Judgment, ECF 824-

296.

15.     Attached hereto as Exhibit 10 is a document produced in discovery in this matter,

Bates-stamped GUNDERSON 00009434, and previously filed as Exhibit 182 to the Declaration

of Marc A. Weinstein in Support of Plaintiff SKAT's Motion for Summary Judgment, ECF 824-

299.

16.     Attached hereto as Exhibit 11 is a document produced in discovery in this matter,

Bates-stamped WH_MDL_00041680, and previously filed as Exhibit 180 to the Declaration of

Marc A. Weinstein in Support of Plaintiff SKAT's Motion for Summary Judgment, ECF 824-

297.

17.     Attached hereto as Exhibit 12 is a news article, dated March 20, 2024, titled *Shah

skubber ansvar for centrale vurderinger fra sig* [*Shah pushes away responsibility for key

assessments*], available at: https://www.bt.dk/krimi/shah-skubber-ansvar-for-centrale-

vurderinger-fra-sig.

3

18.     Attached hereto as Exhibit 13 is an English translation of Exhibit 12, which was generated using the Microsoft Translator tool.

19.     Attached hereto as Exhibit 14 is a transcript of the March 28, 2024 scheduling conference before this Court.

20.     Attached hereto as Exhibit 15 are the initial disclosures submitted to SKAT, pursuant to Federal Rule of Civil Procedure 26(a)(1), by Defendants Richard Markowitz, Jocelyn Markowitz, Avanix Management LLC Roth 401(K) Plan, Batavia Capital Pension Plan, Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries LLC Roth 401(K) Plan, RJM Capital Pension Plan, and Routt Capital Pension Plan, dated June 12, 2019.

21.     Attached hereto as Exhibit 16 are the initial disclosures submitted to SKAT, pursuant to Federal Rule of Civil Procedure 26(a)(1), by Defendants John van Merkensteijn, Elizabeth van Merkensteijn, Azalea Pension Plan, Basalt Ventures LLC Roth 401(k) Plan, Bernina Pension Plan, Omineca Pension Plan, Starfish Capital Management LLC Roth 401(k) Plan, Tarvos Pension Plan, and Voojoo Productions LLC Roth 401(k) Plan, dated June 12, 2019.

22.     Attached hereto as Exhibit 17 is a redline of the Amended Memorandum of Law in Support of the Motion against the original Memorandum of Law filed in support of the Motion on April 19, 2024 (ECF No. 980).

23.     Attached hereto as Exhibit 18 is a redline of this Declaration against the original Declaration of Thomas E.L. Dewey in support of the Motion, dated April 19, 2024 (ECF No. 981).

24.     Attached hereto as Exhibit 19 is a redline of the amended proposed Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (Exhibit 1 to this

4

Declaration)  against the original Letter of Request filed as Exhibit 1 to the Declaration of

Thomas E.L. Dewey dated April 19, 2024 (ECF No. 981.1).


       I, Thomas E.L. Dewey, declare under penalty of perjury that the foregoing is true and

correct.

Dated: May 1, 2024
        New York, NY


                     /s/Thomas E.L. Dewey
                     Thomas E.L. Dewey

**APPENDIX A**

| Defendants | Counsel | Associated Case(s) |
|---|---|---|
| John van Merkensteijn, III | Sharon L. McCarthy<br>Caroline Ciraolo<br>Nicholas S. Bahnsen<br>Kostelanetz & Fink LLP<br>7 World Trade Center, 34th Floor<br>New York, New York 10007<br>Tel: (212) 808-8100<br>Fax: (212) 808-8108<br>cciraolo@kflaw.com<br>smccarthy@kflaw.com<br>nbahnsen@kflaw.com | 18-cv-04833<br>19-cv-01788<br>19-cv-01794<br>19-cv-01798<br>19-cv-01800<br>19-cv-01801<br>19-cv-01803<br>19-cv-01809<br>19-cv-01810<br>19-cv-01813<br>19-cv-01818<br>19-cv-01865<br>19-cv-01866<br>19-cv-01871<br>19-cv-01873<br>19-cv-01893<br>19-cv-01894<br>19-cv-01906<br>19-cv-01911<br>19-cv-01918<br>19-cv-01924<br>19-cv-01928 |
| Elizabeth van Merkensteijn | | 19-cv-01930<br>19-cv-01931 |
| Azalea Pension Plan | | 19-cv-10713 |
| Basalt Ventures LLC Roth 401(K) Plan | | |
| Bernina Pension Plan | | |
| Bernina Pension Plan Trust | | |
| Michelle Investments Pension Plan | | |
| Omineca Pension Plan | | |
| Omineca Trust | | |

| | | |
|---|---|---|
| Remece Investments LLC Pension Plan<br><br>Starfish Capital Management LLC Roth 401(K) Plan<br><br>Tarvos Pension Plan<br><br>Voojo Productions LLC Roth 401(K) Plan<br><br>Xiphias LLC Pension Plan | | |
| Richard Markowitz<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Jocelyn Markowitz<br><br>Avanix Management LLC Roth 401(K) Plan<br><br>Batavia Capital Pension Plan | Alan E. Schoenfield<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br>alan.schoenfeld@wilmerhale.com | 18-cv-04833<br>19-cv-01781<br>19-cv-01783<br>19-cv-01785<br>19-cv-01791<br>19-cv-01792<br>19-cv-01806<br>19-cv-01808<br>19-cv-01812<br>19-cv-01815<br>19-cv-01867<br>19-cv-01868<br>19-cv-01869<br>19-cv-01870<br>19-cv-01895<br>19-cv-01896<br>19-cv-01898<br>19-cv-01904<br>19-cv-01906<br>19-cv-01911<br>19-cv-01922<br>19-cv-01924<br>19-cv-01926<br>19-cv-01929 |

| | | |
|---|---|---|
| Calypso Investments Pension Plan<br><br>Cavus Systems LLC Roth 401(K) Plan<br><br>Hadron Industries LLC Roth 401(K) Plan<br><br>RJM Capital Pension Plan<br><br>RJM Capital Pension Plan Trust<br><br>Routt Capital Pension Plan<br><br>Routt Capital Trust | | 19-cv-10713 |
| Robert Klugman<br><br><br><br>RAK Investment Trust<br><br>Aerovane Logistics LLC Roth 401(K) Plan<br><br>Edgepoint Capital LLC Roth 401(K) Plan<br><br>Headsail Manufacturing LLC Roth 401(K) Plan<br><br>The Random Holdings 401(K) Plan<br><br>The Stor Capital Consulting LLC 401(K) Plan | David L. Goldberg<br>Michael M. Rosensaft<br>Zhanna A. Ziering<br>Katten Munchin Rosenman LLP<br>50 Rockefeller Plaza<br> New York, NY 10020<br>Tel.: (212) 940-8800<br>Fax: (212) 940-8776<br>david.goldberg@katten.com | 18-cv-04434<br>18-cv-07824<br>18-cv-07827<br>18-cv-07828<br>18-cv-07829<br>19-cv-01781<br>19-cv-01783<br>19-cv-01785<br>19-cv-01788<br>19-cv-01791<br>19-cv-01792<br>19-cv-01794<br>19-cv-01798<br>19-cv-01800<br>19-cv-01801<br>19-cv-01803<br>19-cv-01806<br>19-cv-01808<br>19-cv-01809<br>19-cv-01810<br>19-cv-01812<br>19-cv-01813<br>19-cv-01815<br>19-cv-01818<br>19-cv-01870<br>19-cv-01918<br>19-cv-01922<br>19-cv-01926 |

| | | 19-cv-01928 |
| --- | --- | --- |
| | | 19-cv-01929 |
| | | 19-cv-01931 |
| Michael Ben-Jacob | Thomas E. L. Dewey | 18-cv-04434 |
| | Dewey Pegno & Kramarsky LLP | 18-cv-07824 |
| | 777 Third Avenue – 29th Floor | 18-cv-07827 |
| | New York, New York 10017 | 18-cv-07828 |
| | Tel.: (212) 943-9000 | 18-cv-07829 |
| | Fax: (212) 943-4325 | 19-cv-01781 |
| | tdewey@dpklaw.com | 19-cv-01783 |
| | | 19-cv-01785 |
| | Elliot R. Peters | 19-cv-01788 |
| | Julia L. Allen | 19-cv-01791 |
| | Keker, Van Nest & Peters LLP | 19-cv-01792 |
| | 633 Battery Street | 19-cv-01794 |
| | San Francisco, CA 94111 | 19-cv-01798 |
| | Tel.: (415) 962-7188 | 19-cv-01800 |
| | epeters@keker.com | 19-cv-01801 |
| | | 19-cv-01803 |
| | | 19-cv-01806 |
| | | 19-cv-01808 |
| | | 19-cv-01809 |
| | | 19-cv-01810 |
| | | 19-cv-01812 |
| | | 19-cv-01813 |
| | | 19-cv-01815 |
| | | 19-cv-01818 |
| | | 19-cv-01866 |
| | | 19-cv-01867 |
| | | 19-cv-01868 |
| | | 19-cv-01869 |
| | | 19-cv-01870 |
| | | 19-cv-01871 |
| | | 19-cv-01873 |
| | | 19-cv-01894 |
| | | 19-cv-01896 |
| | | 19-cv-01918 |
| | | 19-cv-01922 |
| | | 19-cv-01926 |
| | | 19-cv-01928 |
| | | 19-cv-01929 |
| | | 19-cv-01931 |
| | | 21-cv-05339 |