# EXHIBIT 2



# Convention on the taking of evidence abroad in civil or commercial matters

## Treaty data

| | |
|---|---|
| Treaty number | 002883 |
| Date of conclusion | 18-03-1970 |
| Place of conclusion | 's-Gravenhage |
| Provisional application | |
| Entry into force | 07-10-1972 |
| Retroactive effect | |
| Termination | |
| Treaty Series | - 1979, 38<br>- 1981, 70<br>- 1982, 113<br>- 1984, 146<br>- Toon meer (6) |
| Parliamentary paper | - 0000180560<br>- 0000180561 |
| Approval act | 1980, 652 |
| Consolidated text | 0001993 |

## Certified True Copy

Certified True Copy IPR 20 Taking of Evidence | 23-08-2016   *pdf*

# Kingdom of the Netherlands

| Koninkrijksdeel | Provisional application | Entry into force | Retroactive effect | Termination |
|---|---|---|---|---|
| Netherlands (in Europe) | | 07-06-1981 | | |
| Netherlands (Bonaire) | | | | |
| Netherlands (Sint Eustatius) | | | | |
| Netherlands (Saba) | | | | |
| Aruba | | 27-07-1986 | | |
| Curaçao | | | | |
| Sint Maarten | | | | |

# Parties

| Party | Signature | Ratification | Entry into force | Renunciation | Termination |
|---|---|---|---|---|---|
| Albania | | 16-07-2010 (A) | 14-09-2010 | | |
| Andorra | | 26-04-2017 (A) | 25-06-2017 | | |
| Argentina | | 08-05-1987 (A) | 07-07-1987 | | |
| Armenia | | 27-06-2012 (A) | 26-08-2012 | | |
| Australia | | 23-10-1992 (A) | 22-12-1992 | | |
| Barbados | | 05-03-1981 (A) | 04-05-1981 | | |
| Belarus | | 07-08-2001 (A) | 06-10-2001 | | |

| Party | Signature | Ratification | Entry into force | Renunciation | Termination |
|---|---|---|---|---|---|
| **Bosnia and Herzegovina** | | 16-06-2008 (A) | 15-08-2008 | | |
| **Brazil** | | 09-04-2014 (A) | 08-06-2014 | | |
| **Bulgaria** | | 23-11-1999 (A) | 22-01-2000 | | |
| **China** | | 08-12-1997 (A) | 06-02-1998 | | |
| Colombia | | 13-01-2012 (A) | 13-03-2012 | | |
| Costa Rica | | 16-03-2016 (A) | 15-05-2016 | | |
| **Croatia** | | 01-10-2009 (A) | 30-11-2009 | | |
| **Cyprus** | | 13-01-1983 (A) | 14-03-1983 | | |
| **Czech Republic** | | 28-01-1993 (Su) | 01-01-1993 | | |
| **Czechoslovakia (<01-01-1993)** | 06-02-1975 | 12-05-1976 (R) | 11-07-1976 | | |
| **Denmark** | 18-04-1972 | 20-06-1972 (R) | 07-10-1972 | | |
| **El Salvador** | | 19-01-2023 (A) | 20-03-2023 | | |
| **Estonia** | | 02-02-1996 (A) | 02-04-1996 | | |
| **Finland** | 09-03-1976 | 07-04-1976 (R) | 06-06-1976 | | |
| **France** | 24-08-1972 | 07-08-1974 (R) | 06-10-1974 | | |
| **Georgia** | | 31-05-2021 (A) | 30-07-2021 | | |
| **Germany** | 18-03-1970 | 27-04-1979 (R) | 26-06-1979 | | |
| **Greece** | 18-01-2005 | 18-01-2005 (R) | 19-03-2005 | | |

| Party | Signature | Ratification | Entry into force | Renunciation | Termination |
|---|---|---|---|---|---|
| Hungary | | 13-07-2004 (A) | 11-09-2004 | | |
| Iceland | | 10-11-2008 (A) | 09-01-2008 | | |
| India | | 07-02-2007 (A) | 08-04-2007 | | |
| Israel | 11-11-1977 | 19-07-1979 (R) | 17-09-1979 | | |
| Italy | 06-02-1975 | 22-06-1982 (R) | 21-08-1982 | | |
| Kazakhstan | | 26-09-2016 (A) | 25-11-2016 | | |
| Kuwait | | 08-05-2002 (A) | 07-07-2002 | | |
| Latvia | | 28-03-1995 (A) | 27-05-1995 | | |
| Liechtenstein | | 12-11-2008 (A) | 11-01-2009 | | |
| Lithuania | | 02-08-2000 (A) | 01-10-2000 | | |
| Luxembourg | 02-05-1975 | 26-07-1977 (R) | 24-09-1977 | | |
| Malta | | 24-02-2011 (A) | 25-04-2011 | | |
| Mexico | | 27-07-1989 (A) | 25-09-1989 | | |
| Monaco | | 17-01-1986 (A) | 18-03-1986 | | |
| Montenegro | | 16-01-2012 (A) | 16-03-2012 | | |
| Morocco | | 24-03-2011 (A) | 23-05-2011 | | |
| Netherlands, the Kingdom of the | 28-02-1979 | 08-04-1981 (R) | 07-06-1981 | | |
| Nicaragua | | 27-02-2019 (A) | 28-04-2019 | | |

| Party | Signature | Ratification | Entry into force | Renunciation | Termination |
|---|---|---|---|---|---|
| **North Macedonia** | | 19-03-2009 (A) | 18-05-2009 | | |
| **Norway** | 18-03-1970 | 03-08-1972 (R) | 07-10-1972 | | |
| **Paraguay** | | 23-06-2023 (A) | 22-08-2023 | | |
| **Poland** | | 13-02-1996 (A) | 13-04-1996 | | |
| **Portugal** | 18-03-1970 | 12-03-1975 (R) | 11-05-1975 | | |
| **Republic of Korea, the** | | 14-12-2009 (A) | 12-02-2010 | | |
| **Romania** | | 21-08-2003 (A) | 20-10-2003 | | |
| **Russian Federation** | | 01-05-2001 (A) | 30-06-2001 | | |
| **Serbia** | | 02-07-2010 (A) | 31-08-2010 | | |
| **Seychelles** | | 07-01-2004 (A) | 07-03-2004 | | |
| **Singapore** | | 27-10-1978 (A) | 26-12-1978 | | |
| **Slovakia** | | 15-03-1993 (Su) | 01-01-1993 | | |
| **Slovenia** | | 18-09-2000 (A) | 17-11-2000 | | |
| **South Africa** | | 08-07-1997 (A) | 06-09-1997 | | |
| **Spain** | 21-10-1976 | 22-05-1987 (R) | 21-07-1987 | | |
| **Sri Lanka** | | 31-08-2000 (A) | 30-10-2000 | | |
| **Sweden** | 21-04-1975 | 02-05-1975 (R) | 01-07-1975 | | |
| **Switzerland** | 21-05-1985 | 02-11-1994 (R) | 01-01-1995 | | |

| Party | Signature | Ratification | Entry into force | Renunciation | Termination |
|---|---|---|---|---|---|
| Türkiye | 13-12-2000 | 13-08-2004 (R) | 12-10-2004 | | |
| Ukraine | | 01-02-2001 (A) | 02-04-2001 | | |
| United Kingdom | 18-03-1970 | 16-07-1976 (R) | 14-09-1976 | | |
| United States of America | 27-07-1970 | 08-08-1972 (R) | 07-10-1972 | | |
| Venezuela | | 01-11-1993 (A) | 31-12-1993 | | |
| Vietnam | | 04-03-2020 (A) | 03-05-2020 | | |

## Extensions

### Australia

| Extended to | Entry into force | Termination |
|---|---|---|
| Ashmore and Cartier Islands | 22-12-1992 | |
| Australian Antarctic Territory | 22-12-1992 | |
| Christmas Island | 22-12-1992 | |
| Cocos Islands | 22-12-1992 | |
| Coral Sea Islands | 22-12-1992 | |
| Heard Island and McDonald Islands | 22-12-1992 | |
| Norfolk Island | 22-12-1992 | |

### China

| Extended to | Entry into force | Termination |
|---|---|---|
| Hong Kong SAR | 01-07-1997 | |

| Extended to | Entry into force | Termination |
|---|---|---|
| Macao SAR | 20-12-1999 | |

## Portugal

| Extended to | Entry into force | Termination |
|---|---|---|
| Macao (<20-12-1999) | 14-12-1999 | 20-12-1999 |

## United Kingdom

| Extended to | Entry into force | Termination |
|---|---|---|
| Akrotiri and Dhekelia (Sovereign Base Areas in Cyprus) | 24-08-1979 | |
| Anguilla | 01-09-1986 | |
| Cayman Islands | 15-11-1980 | |
| Falkland Islands | 25-01-1980 | |
| Gibraltar | 20-01-1979 | |
| Guernsey | 18-01-1986 | |
| Hong Kong (< 01-07-1997) | 22-08-1978 | 01-07-1997 |
| Jersey | 07-03-1987 | |
| Man, Isle of | 15-06-1980 | |
| South Georgia & South Sandwich Islands | 25-01-1980 | |

## United States of America

| Extended to | Entry into force | Termination |
|---|---|---|
| Guam | 10-04-1973 | |

| Extended to | Entry into force | Termination |
|---|---|---|
| **Puerto Rico** | 10-04-1973 | |
| **US Virgin Islands** | 10-04-1973 | |

## Parent treaties

| Title | Date of conclusion | Place of conclusion |
|---|---|---|
| **Convention relating to civil procedure** | 17-07-1905 | 's-Gravenhage |
| **Convention relating to civil procedure** | 01-03-1954 | 's-Gravenhage |