# EXHIBIT 7

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO.  18-MD-2865 (LAK)

_____
                                      )
IN RE:                                )
                                      )
CUSTOMS AND TAX ADMINISTRATION OF     )
THE KINGDOM OF DENMARK                )
(SKATTEFORVALTNINGEN) TAX REFUND      )
SCHEME LITIGATION                     )
                                      )
This document relates to case nos.    )
19-cv-01783; 19-cv-01788; 19-cv-01794;)
19-cv-01798; 19-cv-01918              )
_____)

REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
EXAMINATION OF
ROBERT KLUGMAN
DATE: January 28, 2021

REPORTED BY:  MICHAEL FRIEDMAN, CCR

Page 110

1  lender is the same in every case.
2    A    Yes, I see that.
3    Q    Had you ever worked with Gnosis
4  prior to this?
5    A    No.
6    Q    So the allocations and the
7  identities of the various counterparties was
8  all provided by Solo.  And then, that's what
9  Matt and Ira would use in terms of populating
10 the template that they would then use in
11 order to process the transaction?
12   A    I missed the very first part of
13 that question.  I'm sorry.
14   Q    Yeah.  So, the -- Solo would
15 provide you with the identification of the
16 counterparties and the allocation of the
17 shares for each plan.
18        And Matt and Ira would then use
19 that information to populate the template
20 they were using to process the transaction?
21   A    Yes, that sounds right.  I
22 don't -- I really don't remember any specific
23 template, but that sounds about right, yes.
24   Q    If you turn to Exhibit 1786?
25        MR. MAGUIRE:  Mark this as 1786.

Page 111

1         (Whereupon the above mentioned was
2    marked for Identification.)
3    A    Yes.
4    Q    And is this an e-mail that you
5  received from Mr. Markowitz on or about
6  August 6 of 2014?
7    A    Seems to be, yes.
8    Q    He describes two spreadsheets,
9  equity in one and forward in the other, for
10 the TDC trade from Adam.
11        And is that a reference to Adam
12 LaRosa?
13   A    I would think so, yes.
14   Q    And he says, "Hopefully, with the
15 allocations we received the other day, and
16 the account names today, you can fill ours
17 out well ahead of Thursday's trading."
18        Do you see that, sir?
19   A    Yes.
20   Q    And so the -- the account names
21 obviously came a little bit later, it sounds
22 like, from the allocations, but were again
23 provided so that -- so that Matt and Ira
24 could fill out the proper documentation.
25        Is that how you understand this?

Page 112

1    A    I'm not sure what you mean by "the
2  account names came later."
3    Q    Well, it looks like the allocations
4  were received the other day and the account
5  names today.  So it looks like the account
6  names came after the allocations.
7    A    (Witness reviewing.)
8         MR. ALLISON:  Bill, are you asking
9    if that's his understanding, or that's
10   what it says in the e-mail?
11        MR. MAGUIRE:  Let me withdraw the
12   question.
13   Q    Let me ask you instead, sir, if you
14 could turn to the attachment, the
15 spreadsheets?
16   A    On which exhibit?
17   Q    This is Exhibit 1786?
18   A    Yes.
19   Q    Do you see the spreadsheet at the
20 top of that corner is "Client Account ID?"
21   A    Yes.
22   Q    And then the "Counterparty
23 Account ID?"
24   A    Yes.
25   Q    And then there's the ticker and the

Page 113

1  ticker is "TDC" in every case?
2    A    Yes.
3    Q    And then there's a "Sell" side.
4         Right?
5    A    Yeah.
6    Q    And then you see there's a
7  "Quantity."
8         Do you understand that to be the
9  number of shares?
10   A    Yes.
11   Q    And then the "Trade Date," which in
12 all cases is August 7 of 2014?
13   A    Uh-huh.
14   Q    And then there's a "Forward
15 Expiration Date?"
16   A    Uh-huh.
17   Q    And the "Forward Expiration Date"
18 is the same in every case?  It's August 13?
19   A    Yes.
20   Q    And then there's a "Forward
21 Settlement?"
22   A    Yes.
23   Q    And in every case, it's physical
24 settlement?
25   A    I see that, yes.

Page 154

1    (Whereupon the above mentioned was
2    marked for Identification.)
3    A    Yes.
4    Q    This is an e-mail from
5  Trading@Aerovane Pension.com.
6         Do you see that?
7    A    Yes.
8    Q    Who is Trading@Aerovane
9  Pension.com?
10   A    Again, that would have been part
11 of -- each plan had its own separate e-mail
12 to send these trading -- trading execution
13 and trading orders.
14   Q    And did you use that e-mail?
15   A    It was used only for that purpose.
16   Q    But who used it?
17   A    Well, it was -- you know, in this
18 time, it was used by that software system.
19   Q    That automation that we talked
20 about earlier, the Octave System.
21        Right?
22   A    Yes.
23   Q    This e-mail has some text. It
24 says, "The balance is still somewhat higher
25 than the others."

Page 155

1         So that sounds like a sentence that
2  a human sent rather than a computer.
3         Right?
4    A    It does, yeah.
5    Q    So did you send this?
6    A    I don't know.
7    Q    You'll see it's forwarding a -- an
8  e-mail from "GSSOPL."
9         Is "GSS" Ganymede?
10   A    Yeah, yeah. Well, "GSS" -- I don't
11 know who "GSSOPL" is.
12   Q    Do you understand "OPL" is Old Park
13 Lane?
14   A    That's what I would guess.
15   Q    Have you seen "GSS" used in
16 connection with Ganymede?
17   A    I don't remember.
18   Q    What was Ganymede?
19   A    Ganymede was the entity of which
20 we -- the 75 percent was paid over to.
21   Q    So that was an entity that
22 was -- Mr. Shah's or Solo's?
23   A    I don't know who owned that entity.
24   Q    But it was affiliated with Mr. Shah
25 and his business Solo, was it not?

Page 156

1    A    I can only guess to that effect. I
2  don't know.
3    Q    Well, it was Solo that was
4  introducing you to all of these deals. It
5  was proposing everything, and the deal was
6  that it would get 75 percent.
7         Right?
8    A    Yes.
9    Q    And it gave you all of these
10 transactions which you did, and when the
11 profits came in, the reclaim came in, you got
12 invoices from -- from Ganymede --
13   A    Yes.
14   Q    -- paying the 75 percent.
15        Right?
16   A    Yes.
17   Q    So Solo provided the services and
18 you were billed to pay the 75 percent to
19 Ganymede?
20   A    Yes.
21   Q    So Ganymede was effectively the
22 entity you were paying for what Solo was
23 doing?
24   A    For what everyone as a whole were
25 doing for the whole trade, yes.

Page 157

1    Q    Right. So --
2    A    In addition, actually, they
3  were -- they were certainly not the only
4  entity. We also paid lots of brokerage fees
5  and custody fees and all that.
6    Q    Correct. But the 75 percent you
7  paid to Ganymede?
8    A    75 percent we paid to Ganymede.
9    Q    And that was for Solo's work?
10   A    I don't know for -- it was for the
11 overall work of the transaction, yes.
12   Q    If you turn to the attachment?
13   A    And this is still in the same
14 exhibit?
15   Q    Same exhibit, yeah.
16   A    Okay.
17   Q    You'll see this is a statement of
18 account for the Aerovane plan?
19   A    Yes, I see that.
20   Q    And you'll see that it's the -- we
21 have here, on the first page, the Danish
22 kroner account?
23   A    Yes.
24   Q    And it has the date of the
25 transaction for the account activity in the

Page 278

1    A    I think it would be the same.
2    Q    Now, Item 6 is, "The Michelle plan
3 would take a short futures position in shares
4 of such company by selling to an unrelated
5 third party the cash settles single stock
6 future."
7         How did that compare with the
8 Danish trading strategy?
9    A    Short futures -- sorry.  I keep
10 doing that.
11        (Witness reviewing.)
12        I think it's very similar.  Single
13 stock futures and forwards are sort of
14 economically interchangeable.
15        So it's not exactly the same, but
16 economically very similar.
17   Q    Do you have an understanding why,
18 in the course of the Danish trading strategy,
19 there was a -- no use of futures
20 transactions?
21   A    No, I don't know why they switched
22 to that economic equivalent.
23   Q    And do you have any understanding
24 as to why the futures were physically settled
25 instead of cash settled?

Page 279

1    A    The forwards?
2    Q    The forwards.  I'm sorry.
3    A    I don't.
4    Q    Item 7 describes how a third
5 party -- this is at the bottom of the page?
6    A    Yes.  I'm with you.
7    Q    It says, "A third party would
8 submit a tax reclamation request to the
9 appropriate authorities with respect to the
10 gross dividend previously withheld on the
11 settlement of such authorities."
12        And how did that compare?
13   A    It seems very, very similar, if not
14 the same.
15   Q    And how about the next element, 8?
16   A    (Witness reviewing.)
17        The only difference here is
18 that -- I mean, they're going to receive a
19 payment.  We received a payment -- I guess
20 the plan received a payment via the
21 custodian.
22        But then, as we talked about, it
23 was immediately invoiced and paid out,
24 75 percent of it or a little more than
25 75 percent, to Ganymede.  So that's

Page 280

1 different.
2         But other than that, 8 is the same.
3    Q    And then, 9?
4    A    (Witness reviewing.)
5         Again, settling the futures
6 contract for cash, I'm not sure how the
7 forwards were settled.  It could have been
8 settled for shares, it could have been
9 settled for cash.  I don't know.
10        So the only -- the only thing that
11 I know is different is the word "future"
12 versus "forward," but they're economic
13 equivalents.
14   Q    What about Element 10?
15   A    (Witness reviewing.)
16        I can speak to the first part
17 before the parenthetical, which is true, as I
18 mentioned before.  We remit -- or the plans
19 would remit a percentage to -- well, not to
20 Solo, but to Ganymede.
21        And I don't know how the expenses
22 were paid exactly.
23   Q    I thought you told us earlier that
24 the expenses were paid after the payment to
25 Ganymede?

Page 281

1    A    (Witness reviewing.)
2         Oh, I thought this was -- sorry.  I
3 thought this was saying Solo would pay fees
4 to whatever providers it used.
5         If, in this transaction, Solo paid
6 the expenses, the brokerage fees, the things
7 that we discussed earlier, the -- you know,
8 the forward, the stock lending fees, things
9 like that, custody fees -- if that was the
10 case, then this would have been slightly
11 different.
12   Q    In the sense that in this
13 transaction, Solo is paying the fees, and in
14 the Danish trading transaction, the plan was
15 paying the fees?
16   A    Yes.
17   Q    If you turn to page 5?
18   A    Yes, sir.
19   Q    The first full paragraph --
20   A    Yes.
21   Q    -- under the custodial agreement
22 with Solo.
23        Do you see that?
24   A    Yes.
25   Q    And it describes how the Michelle

Page 282

1 plan retained approximately 34 percent of the
2 gross amount payable to the Michelle plan?
3    A   Yes.
4    Q   So that's 34 percent of the
5 reclaim?
6    A   That's my understanding, yes.
7    Q   And the remaining 66 percent was
8 paid to Solo?
9    A   Yes.
10    Q   And then it talks about -- so I
11 guess that -- that fact is a contrast between
12 the 66 percent here and the 75 percent in the
13 Danish transaction?
14    A   Now that earlier sentence makes
15 more sense, reading this sentence.
16    Q   Then, another difference is that
17 Solo was paying the costs here.
18        Right?
19    A   Sorry.  That was the difference I
20 was referring to.
21    Q   Okay.  There's also a difference in
22 the percentage, too, though.
23        Right?
24    A   Yes, yes.  True.
25    Q   So if you go to the next paragraph,

Page 283

1 the last paragraph on the page?
2    A   Yes.
3    Q   "While the documents provide that
4 the 66 percent paid to Solo is a fee to Solo,
5 the understanding of the parties at the time
6 the transaction was entered into was that
7 Solo and the Michelle plan were instead
8 effectively engaged in a partnership under
9 which the profits would be shared between
10 them under the above profit allocation, with
11 Solo being responsible for all of the
12 partnership's expenses."
13        So how does that description
14 compare with the Danish trading strategy?
15    A   Well, I don't know -- this
16 is -- this is sort of a legal memorandum, and
17 I -- I can't speak to what they mean by
18 "effectively engaged in a partnership."
19        But when you talk about, sort of,
20 the words, you know, shared between them, and
21 profit allocations, those are more business
22 terms which maybe I'm a little bit more
23 comfortable talking about.
24        So I would say the transactions
25 were very similar in that there was a profit

Page 284

1 allocation to the pension plans and a profit
2 allocation to Solo, or in the case, Ganymede.
3 Just different in terms of numbers, but I
4 think, in terms of business arrangement, very
5 similar.
6    Q   The difference in numbers being the
7 percentages?
8    A   Yeah, between -- 66 versus 75 and
9 34 versus 25.
10    Q   Right.  If you turn to page 10?
11    A   Yes, I'm on page 10.
12    Q   The second paragraph, if you look
13 at the first sentence, do you have an
14 understanding who is being referred to here
15 as the "DOL?"
16    A   (Witness reviewing.)
17        I don't, but I could probably make
18 an intelligent guess that it's Department of
19 Labor.
20    Q   Then, if you turn to page 11?
21    A   Yes.
22    Q   The second full paragraph starts,
23 "While the documentation of the transaction
24 cannot be ignored?"
25    A   (Witness reviewing.)

Page 285

1    Q   The second sentence talks about
2 "the provision of a larger allocation to Solo
3 reflects the agreement of the parties that
4 Solo was essential to the transactions, that
5 the transaction might otherwise not have been
6 possible, and that Solo was incurring large
7 expenses to effectuate the transactions."
8        How did that compare with the
9 Danish strategy?
10    A   It seems very similar.
11    Q   If you turn to page 12?
12    A   Yes.
13    Q   In the -- in the first paragraph on
14 the page, the last sentence starts, "In this
15 regard?"
16    A   Sorry.  The last sentence on the
17 page?
18    Q   No, in the first full paragraph.
19    A   Right.  Where it starts "It is
20 possible," right.
21    Q   Yes.
22    A   Okay.
23    Q   The last sentence in that paragraph
24 starts, "In this regard?"
25    A   (Witness reviewing.)