# EXHIBIT 12

Log ind    Menu

**NYHEDER**    SPORT    UNDERHOLDNING    PENGE

KRIMI  20. mar. 2024 - 15:02 | Opdateret 20. mar. 2024 - 15:02

# Shah skubber ansvar for centrale vurderinger fra sig



Retssagen mod Sanjay Shah afvikles i Retten i Glostrup. (Arkivfoto). **Foto: Liselotte Sabroe/Ritzau Scanpix**

▶ Lyt     ☰ Kø

**Sanjay Shah lænede sig op ad juridiske vurderinger, der ikke holder vand, mener anklagemyndighed.**

Han har velvilligt svaret på alverdens spørgsmål fra anklagemyndigheden og gang på gang haft forklaringer klar, når han blev bedt om at uddybe, men onsdag blev Sanjay Shah en smule presset.

Her bevægede den efterhånden meget lange afhøring af Shah sig ind på de juridiske vurderinger, som han og hans selskab, Solo Capital, havde fået lavet.

Vurderingerne er en central del af sagen mod Shah, der er tiltalt for at have snydt de danske skattemyndigheder for ni milliarder kroner.

Shah mener nemlig - med baggrund i de vurderinger - at han ikke gjorde noget ulovligt, da han ved at få refunderet udbytteskat, der aldrig var blevet betalt, sugede enorme summer op af statskassen. Han udnyttede bare et hul i skattelovgivningen.

I anklagemyndighedens øjne kunne de juridiske vurderinger ikke bruges til noget. De var nemlig lavet på et forkert grundlag.

Shah og Solo Capital havde over for advokatfirmaerne, der lavede de juridiske vurderinger, ikke beskrevet, hvad man reelt havde tænkt sig at gøre, påstås det.

Det blev Shah forholdt onsdag.

Han fortalte, at han havde lavet en beskrivelse af den handelsmetode, man ville bruge, men at han havde gjort det med udgangspunkt i en handelsmetode, der var blevet brugt i Tyskland et par år forinden, og at det skete på foranledning af to kolleger i Solo Capital, Rajen Shah, som ikke er relateret til Sanjay Shah, og Graham Horn.

Anklager Anders Møllmann ville derefter vide, om man bevidst havde udeladt dele af handelsstrukturen i beskrivelsen.

- Min involvering i det her var minimal. Rajen Shah og Graham Horn har mange års erfaring med denne slags vurderinger, og det var deres beslutning, hvad en vurdering om danske skatteforhold skulle indeholde. Jeg ved ikke, hvorfor der ikke blev givet yderligere informationer, sagde Shah, der flere gange understregede, at han ikke var eller er skatteekspert, og at han stolede på sine medarbejdere.

Anders Møllmann fremviste derefter en mail, hvori det over for Shah blev påpeget, at de juridiske vurderinger ikke var tilstrækkelige.

- Min vurdering vil være, at det vil være godt at få ét selskab til at gennemgå handelsmodellen i sin helhed, lød det fra compliancechefen i Solo Capital Gary Pitts.

Shah svarede, at han ville få en medarbejder til at kigge på, hvad man havde fået lavet af juridiske vurderinger, og at han hellere ville ansætte én, der kunne tage stilling til det juridiske, end at bruge flere penge på at få advokater til det.

Retssagen - og afhøringen af Shah - fortsætter torsdag.

/ritzau/

## 'MELD JER SELV' 'MELD JER SELV' 'MELD J[ER SELV']

## Gik mod IKEA



## MEDIE: NYT MÅL MEDIE: NYT M[ÅL]




Frygter en