UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to case nos.: 18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01893; 19-cv-01781; 19-cv-01783; 19-cv-01866; 19-cv-01895; 19-cv-01794; 19-cv-01865; 19-cv-01904; 19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800; 19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-01792; 19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929; 19-cv-01803; 19-cv-01806; 19-cv-01906; 19-cv-01801; 19-cv-01894; 19-cv-01808; 19-cv-01810; 19-cv-01809; 18-cv-04833; 19-cv-01911; 19-cv-01898; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813; 19-cv-01930; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818; 19-cv-01931; 19-cv-01918; 19-cv-01873; 19-cv-01924; 19-cv-10713; 21-cv-05339 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### **DECLARATION OF MARC A. WEINSTEIN**

I, Marc A. Weinstein, an attorney duly admitted to practice law before the courts of the State of New York, hereby declare as follows under penalty of perjury.

1. I am a partner at Hughes Hubbard & Reed LLP, counsel for Plaintiff Skatteforvaltningen ("SKAT") in these actions. I am fully familiar with the matters set forth in this declaration.

2. I submit this declaration in support of SKAT's Motion for Issuance of a Request for International Judicial Assistance to Obtain Evidence (Letter Rogatory).

3. Attached hereto as Exhibit 1 is a proposed Letter of Request for International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

4. Attached hereto as Exhibit 2 is an unofficial translation of the March 1, 2024 criminal judgment against Anthony Mark Patterson issued by the Danish District Court in Glostrup, Denmark.

5. Attached hereto as Exhibit 3 is a copy of the Dubai International Financial Centre court's decision in (1) Levent (2) Lexie v. Lilika [2021] DIFC CFI 030.

6. Attached hereto as Exhibit 4 is a copy of the article *Exiled Trader Accused of Fraud Says Denmark Offered Four Years in a 'Nice Cell'*, dated October 7, 2020, available at https://www.bloomberg.com/news/articles/2020-10-07/cum-ex-exile-shah-says-danes-offered-four-years-in-a-nice-cell.

7. Attached hereto as Exhibit 5 is the transcript from the March 28, 2024 conference before the Court.

8. Attached hereto as Exhibit 6 is the Markowitz defendants' June 12, 2019 initial disclosures.

9. Attached hereto as Exhibit 7 is the van Merkensteijn defendants' June 12, 2019 initial disclosures.

10. Attached hereto as Exhibit 8 is an excerpt from the transcript of the April 9, 2021 deposition of defendant Richard Markowitz.

11. Attached hereto as Exhibit 9 is a document produced by Defendant John van Merkensteijn in discovery in these cases, bates-stamped JHVM_0004863.

I, MARC A. WEINSTEIN, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       May 2, 2024

                                          /s/ Marc A. Weinstein
                                          Marc A. Weinstein