**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: The cases identified in Appendix A | MASTER DOCKET<br><br>18-md-02865-LAK |

**DECLARATION OF MICHAEL M. ROSENSAFT IN OPPOSITION TO PLAINTIFF'S REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN THE TESTIMONY OF ANTHONY MARK PATTERSON**

I, Michael M. Rosensaft, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner in the law firm of Katten Muchin Rosenman LLP. I am one of the attorneys representing Robert Klugman in the above-captioned action. I submit this declaration in opposition to Plaintiff's Request for International Judicial Assistance to Obtain the Testimony of Anthony Mark Patterson. The facts stated in this declaration are based on my personal knowledge, and if called upon as a witness, I would and could testify competently to them.

2. Attached as **Exhibit A** is a true and correct copy of an excerpt from the transcript of the Deposition of Richard Markowitz, dated April 9, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on May 8, 2024 in New York, New York.

Dated: New York, New York
May 8, 2024

/s/ *Michael M. Rosensaft*
Michael M. Rosensaft