# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.  18-MD-2865 (LAK)

 3    _____
                                             )
 4    IN RE:                                 )
                                             )
 5    CUSTOMS AND TAX ADMINISTRATION OF      )
      THE KINGDOM OF DENMARK                 )
 6    (SKATTEFORVALTNINGEN) TAX REFUND       )
      SCHEME LITIGATION                      )
 7                                           )
      This document relates to case nos.     )
 8    19-cv-01783; 19-cv-01788; 19-cv-01794; )
      19-cv-01798; 19-cv-01918               )
 9    _____)

10

11

12              C O N F I D E N T I A L

13          SUBJECT TO THE PROTECTIVE ORDER

14

15

16    CONTINUED REMOTE VTC VIDEOTAPED DEPOSITION UNDER

17                  ORAL EXAMINATION OF

18                   RICHARD MARKOWITZ

19                       VOLUME II

20                   DATE: April 9, 2021

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 410

```
 1        A    I just remember this e-mail.  I
 2   don't recall being on a -- having a
 3   conversation about arbitrage instructions.
 4        Q    Okay.  And is the attachment to the
 5   e-mail meant to provide guidance for how
 6   Mr. Cooper and Mr. Reibeisen would do the
 7   trading for the pension plans?
 8        A    How they would execute trading
 9   instructions on behalf of the plans, yes.
10        Q    Okay.  At the bottom of Page 1,
11   there are three questions that Mr. Cooper
12   raises.  And the second one is, "How do we
13   reach POGO?"
14             Do you know who POGO is?
15        A    Yes.
16        Q    Who is that?
17        A    An employee of Solo Capital.
18        Q    Do you know his name?
19        A    I believe it's Mark Anderson,
20   something like that.  I don't have an exact
21   recollection.
22        Q    Okay.  Does Mark Paterson ring a
23   bell?
24        A    Yes.
25        Q    Okay.
```

```
 1        A    Better bell.
 2        Q    Okay.  Do you think that's who
 3   "POGO" is?
 4        A    I believe so.
 5        Q    All right.  If you turn to the next
 6   page, step one in the trading day is around
 7   7:00 a.m. to request liquidity using 34
 8   e-mails.
 9             And is the 34 -- the 34 e-mails are
10   for the 34 pension plans that were
11   participating prior to adding six more?
12        A    Yes.  One request for each client.
13        Q    Okay.  Who was the request for
14   liquidity supposed to be sent to?
15        A    A broker.
16        Q    Okay.  How would Mr. Cooper or
17   Mr. Reibeisen know which broker to reach out
18   to for liquidity, or was that left to their
19   discretion?
20        A    Can you rephrase the question,
21   please?
22        Q    How did Mr. Cooper and
23   Mr. Reibeisen know what broker to reach out
24   to for liquidity?
25        A    They would have received
```