UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION

MASTER DOCKET

18-md-02865-LAK

This document relates to: The cases identified in Appendix A

## INVESTOR DEFENDANTS' MOTION FOR SEVERANCE

**PLEASE TAKE NOTICE** that defendants Richard Markowitz, John van Merkensteijn and Robert Klugman (the "Investor Defendants"), by their undersigned counsel, will apply before the Honorable Lewis A. Kaplan of the U.S. District Court for the Southern District of New York at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007, at a time and date to be determined by the Court, for an order under Rules 21 and 42(b) of the Federal Rules of Civil Procedure severing the claims against the Investor Defendants from those against defendant Michael Ben-Jacob ("Ben-Jacob") and joining Ben-Jacob in requesting the relief sought in Ben-Jacob's motion for severance filed contemporaneously herewith for the reasons set forth in the Investor Defendants' submissions dated January 4, 2024 (Dkt. 948), January 24, 2024 (Dkt. 953) and February 7, 2024 (Dkt. 955).

Dated: New York, New York
       May 10, 2024

Respectfully submitted,

KOSTELANETZ & FINK, LLP

/s/ Sharon L. McCarthy
Sharon L. McCarthy
7 World Trade Center, 34th Floor
New York, New York 10007
Tel: (212) 808-8100
smccarthy@kflaw.com

*Attorneys for Defendants John van Merkensteijn, III, Elizabeth van Merkensteijn, Azalea Pension Plan, Basalt Ventures LLC Roth 401(K) Plan, Bernina Pension Plan, Bernina Pension Plan Trust, Michelle Investments Pension Plan, Omineca Pension Plan, Omineca Trust, Remece Investments LLC Pension Plan, Starfish Capital Management LLC Roth 401(K) Plan, Tarvos Pension Plan, Voojo Productions LLC Roth 401(K) Plan, Xiphias LLC Pension Plan*

WILMER CUTLER PICKERING HALE AND DORR LLP

/s/ Alan E. Schoenfeld
Alan E. Schoenfeld
7 World Trade Center 250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
alan.schoenfeld@wilmerhale.com

*Attorneys for Defendants Richard Markowitz, Jocelyn Markowitz, Avanix Management LLC Roth 401(K) Plan, Batavia Capital Pension Plan, Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries LLC Roth 401(K) Plan, RJM Capital Pension Plan, RJM Capital Pension Plan Trust, Routt Capital Pension Plan, Routt Capital Trust*

                KATTEN MUCHIN ROSENMAN LLP

                <u>/s/ David L. Goldberg</u>
                David L. Goldberg
                Michael M. Rosensaft
                50 Rockefeller Plaza
                New York, NY 10020
                Tel.: (212) 940-8800
                Fax: (212) 940-8776
                david.goldberg@katten.com
                *Attorneys for Defendants Robert Klugman, RAK Investment Trust, Aerovane Logistics LLC Roth 401K Plan, Edgepoint Capital LLC Roth 401K Plan, Headsail Manufacturing LLC Roth 401K Plan, The Random Holdings 401K Plan, The Stor Capital Consulting LLC 401K Plan*