# Exhibit 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.  18-MD-2865 (LAK)

 3   _____
                                             )
 4   IN RE:                                  )
                                             )
 5   CUSTOMS AND TAX ADMINISTRATION OF       )
     THE KINGDOM OF DENMARK                  )
 6   (SKATTEFORVALTNINGEN) TAX REFUND        )
     SCHEME LITIGATION                       )
 7                                           )
     This document relates to case nos.      )
 8   19-cv-01783; 19-cv-01788; 19-cv-01794;  )
     19-cv-01798; 19-cv-01918                )
 9   _____)

10

11

12              C O N F I D E N T I A L

13            SUBJECT TO THE PROTECTIVE ORDER

14

15

16    CONTINUED REMOTE VTC VIDEOTAPED DEPOSITION UNDER

17                   ORAL EXAMINATION OF

18                    RICHARD MARKOWITZ

19                        VOLUME II

20                    DATE: April 9, 2021

21

22

23

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 307

1　　　　　　TRANSCRIPT of the videotaped deposition
2　　　of the witness, called for Oral Examination in the
3　　　above-captioned matter, said deposition being taken
4　　　by and before MICHAEL FRIEDMAN, a Notary Public and
5　　　Certified Court Reporter of the State of New Jersey,
6　　　via WEBEX, ALL PARTIES REMOTE, on April 9, 2021,
7　　　commencing at approximately 9:40 in the morning.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 476

1    way or the other.  We relied extensively, for
2    pension plan and retirement income advice,
3    retirement account advice, on Kaye Scholer.
4            And never did they raise that issue
5    in any of the advice they gave us.
6        Q    Okay.  You understood that any
7    profits that Robin Jones' three pension plans
8    generated from the dividend arbitrage
9    strategy, 95 percent of it had to go to the
10   partners in the partnership agreement.
11           Right?
12       A    I understand that her pension plan
13   entered into a partnership agreement and that
14   created the outcome you're talking about,
15   yes.
16       Q    Okay.  Is it -- would you agree
17   that the partnerships for which Ms. Jones'
18   pension plan was a partner owned the economic
19   interest in her pension plan's custodial
20   accounts?
21           MR. BONGIORNO:  Objection.
22       A    You're asking me to make a legal
23   conclusion.  I can't.
24           And again, we would have relied
25   extensively on the advice of Kaye Scholer,

```
 1     especially as it related to the partnership
 2     structure and the interaction with the
 3     retirement accounts.
 4          Q    Okay.  Did the partnerships
 5     themselves have any foreign custodial
 6     accounts?
 7          A    Repeat that again.  It faded out.
 8          Q    Sure.  Did the partnerships
 9     themselves have any foreign custodial
10     accounts?
11          A    Yes.  I'm sorry.  The plans or the
12     partnerships?
13               I misheard the question.
14          Q    Okay.  I'll say it again.
15               Did the partnerships themselves
16     have any foreign custodial accounts?
17          A    No.
18          Q    Okay.  Did the partnerships
19     themselves have any foreign bank accounts?
20          A    No.
21          Q    Did you understand as part of
22     this -- well, withdrawn.
23               Do you know what an "FBAR" is?
24          A    Yes.
25          Q    What's your understanding of an
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 483

```
 1      partnerships have the economic interest in
 2      those pension plan accounts at the foreign
 3      custodian?
 4            A     For purposes of FBAR filings, yes.
 5            Q     But for other purposes, they don't
 6      have the economic interest in those accounts?
 7            A     This entire e-mail was about FBAR
 8      filings.
 9            Q     Okay.  So, in that context, did you
10      agree with him that the partnership has the
11      economic interest in the pension plan's
12      foreign custodial account?
13                  MR. BONGIORNO:  Objection.
14            A     We took the advice of our counsel,
15      in their conclusion, that for purposes of
16      FBAR filing, their opinion was the
17      partnerships have the economic interest in
18      the accounts.  And we would follow their
19      advice.
20            Q     Okay.  And to the extent those
21      foreign accounts generated any profit for the
22      pension plan, 100 percent of the profits had
23      to go into the partnership pursuant to the
24      partnership agreement.
25                  Correct?
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 587

1                    C E R T I F I C A T E
2              I, MICHAEL FRIEDMAN, a Certified Court
3      Reporter and Notary Public, qualified in and for
4      the State of New Jersey do hereby certify that
5      prior to the commencement of the examination
6      RICHARD MARKOWITZ was duly sworn by me to testify
7      to the truth the whole truth and nothing but the
8      truth.
9              I DO FURTHER CERTIFY that the foregoing
10     is a true and accurate transcript of the testimony
11     as taken stenographically by and before me at the
12     time, place and on the date hereinbefore set forth.
13             I DO FURTHER certify that I am neither a
14     relative of nor employee nor attorney nor counsel
15     for any of the parties to this action, and that I
16     am neither a relative nor employee of such attorney
17     or counsel, and that I am not financially
18     interested in the action.
19
20
21     _____
22     MICHAEL FRIEDMAN, CCR of the
23     State of New Jersey
24     License No: 30XI00228600
25     Date: April 11, 2021

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE