# Exhibit 3

CONFIDENTIAL
John Van Merkensteijn - April 19, 2021

Page 1

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
 2                 CASE NO.  18-MD-2865 (LAK)

 3    _____
                                              )
 4    IN RE:                                  )
                                              )
 5    CUSTOMS AND TAX ADMINISTRATION OF       )
      THE KINGDOM OF DENMARK                  )
 6    (SKATTEFORVALTNINGEN) TAX REFUND        )
      SCHEME LITIGATION                       )
 7                                            )
      This document relates to case nos.      )
 8    19-cv-01783; 19-cv-01788; 19-cv-01794;  )
      19-cv-01798; 19-cv-01918                )
 9    _____)

10

11

12              C O N F I D E N T I A L

13

14

15     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                    EXAMINATION OF

17                 JOHN VAN MERKENSTEIJN

18                 DATE: April 19, 2021

19

20

21

22

23

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

CONFIDENTIAL
John Van Merkensteijn - April 19, 2021

Page 2

1    TRANSCRIPT of the videotaped deposition
2    of the witness, called for Oral Examination in the
3    above-captioned matter, said deposition being taken
4    by and before MICHAEL FRIEDMAN, a Notary Public and
5    Certified Court Reporter of the State of New Jersey,
6    via WEBEX, ALL PARTIES REMOTE, on April 19, 2021,
7    commencing at approximately 10:32 in the morning.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL
John Van Merkensteijn - April 19, 2021

Page 238

```
1    there was a point in time where you had your
2    plans stop trading, I think you mentioned,
3    because of an article that came out.
4            Do you remember that?
5       A    Yes.
6       Q    All right.  In this e-mail here,
7    Mr. Markowitz is sending a link to a Wall
8    Street Journal article on January 14th of
9    2015.
10      A    Right.
11      Q    And then it looks like you forward
12   that on to Michael Ben-Jacob.
13      A    Anything I saw I would forward to
14   him.
15      Q    Okay.  And can you look at
16   Exhibit 2305 and see if you can identify that
17   as the article that was being circulated?
18           MR. WEINSTEIN:  Mark this as 2305.
19           (Whereupon the above mentioned was
20      marked for Identification.)
21      A    I don't remember.
22      Q    Okay.  Do you see it has the same
23   title as what Mr. Markowitz put in his
24   e-mail?
25      A    Yes, I see that.
```

```
 1                CERTIFICATE
 2         I, MICHAEL FRIEDMAN, a Certified Court
 3   Reporter and Notary Public, qualified in and for
 4   the State of New Jersey do hereby certify that
 5   prior to the commencement of the examination JOHN
 6   VAN MERKENSTEIJN was duly sworn by me to testify to
 7   the truth the whole truth and nothing but the
 8   truth.
 9         I DO FURTHER CERTIFY that the foregoing
10   is a true and accurate transcript of the testimony
11   as taken stenographically by and before me at the
12   time, place and on the date hereinbefore set forth.
13         I DO FURTHER certify that I am neither a
14   relative of nor employee nor attorney nor counsel
15   for any of the parties to this action, and that I
16   am neither a relative nor employee of such attorney
17   or counsel, and that I am not financially
18   interested in the action.
19
20
21         _____
22         MICHAEL FRIEDMAN, CCR of the
23         State of New Jersey
24         License No:  30XI00228600
25         Date:  April 20, 2021
```