# Exhibit 6

CONFIDENTIAL
Michael Ben-Jacob - October 12, 2021

Page 329

```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF NEW YORK
2                    MASTER DOCKET 18-MD-2865(LAK)
                        CASE NO. 18-CV-09797
3
   _____
4                                          )
   IN RE:                                  )
5                                          )
   CUSTOMS AND TAX ADMINISTRATION OF       )
6  THE KINGDOM OF DENMARK                  )
   (SKATTEFORVALTNINGEN) TAX REFUND        )
7  SCHEME LITIGATION                       )
                                           )
8  _____)

9

10

11

12              C O N F I D E N T I A L

13

14

15   REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                   EXAMINATION OF

17                 MICHAEL BEN-JACOB

18                     VOLUME II

19               DATE: October 12, 2021

20

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Michael Ben-Jacob - October 12, 2021

Page 330

1
2
3
4
5           TRANSCRIPT of the continued videotaped
6   deposition of the witness, Volume II, called for
7   Oral Examination in the above-captioned matter, said
8   deposition being taken by and before MICHAEL
9   FRIEDMAN, a Notary Public and Certified Court
10  Reporter of the State of New Jersey, via WEBEX, ALL
11  PARTIES REMOTE, on October 12, 2021, commencing at
12  approximately 9:47 in the morning.
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL
Michael Ben-Jacob - October 12, 2021

Page 348

1  Q   Well, anything you did to satisfy
2  yourself that you could sign the declarations
3  concerning Belgium other than have this
4  conversation with the client group and
5  receive the Freshfields opinion?
6  A   I can't recall now what other steps
7  I may or may not have taken at the time other
8  than the two things that we've already
9  mentioned.
10 Q   Did you sign any declaration in
11 connection with any reclaim applications to
12 Germany?
13 A   I believed that I did or authorized
14 them to be signed.
15 Q   And what did you do to satisfy
16 yourself that you could appropriately sign a
17 declaration of beneficial ownership
18 concerning German shares?
19 A   I generally recall having
20 conversations with clients or the client
21 group with respect to the understanding of
22 beneficial ownership as it related to the
23 German shares.
24     I also recall generally having
25 conversations as to an opinion with -- in

CONFIDENTIAL
Michael Ben-Jacob - October 12, 2021

Page 349

```
 1    relation to those shares and in which they
 2    ultimately provided to me from Norton Rose,
 3    if I remember the law firm correctly.
 4            I also recall generally that at the
 5    time Kaye Scholer had an office in Frankfurt,
 6    and there was some discussions with some of
 7    the attorneys there but I can't recall with
 8    respect to the discussions with the attorneys
 9    in Frankfurt, the Kaye Scholer attorneys in
10    Frankfurt, what exactly the topics were, but
11    I do recall reaching out to them on German
12    law issues.
13        Q    And do you recall anything of what
14    you've heard from your colleagues in
15    Frankfurt?
16        A    I -- I do not at this time recall
17    what the topics were that were discussed with
18    the Kaye Scholer colleagues in the Frankfurt
19    office.
20        Q    Sir, could I ask you to turn to
21    Exhibit 4486.
22            MR. MAGUIRE:  Mark 4486.
23            (Whereupon the above mentioned was
24        marked for Identification.)
25        A    Yes, I have it here.
```

CONFIDENTIAL
Michael Ben-Jacob - October 12, 2021

Page 445

1  C E R T I F I C A T E
2
3        I, MICHAEL FRIEDMAN, a Certified Court
4  Reporter and Notary Public, qualified in and for
5  the State of New Jersey do hereby certify that
6  prior to the commencement of the examination
7  MICHAEL BEN-JACOB was duly affirmed by me to
8  testify to the truth the whole truth and nothing
9  but the truth.
10       I DO FURTHER CERTIFY that the foregoing
11 is a true and accurate transcript of the testimony
12 as taken stenographically by and before me at the
13 time, place and on the date hereinbefore set forth.
14       I DO FURTHER certify that I am neither a
15 relative of nor employee nor attorney nor counsel
16 for any of the parties to this action, and that I
17 am neither a relative nor employee of such attorney
18 or counsel, and that I am not financially
19 interested in the action.
20
21       _____
22       MICHAEL FRIEDMAN, CCR of the
23       State of New Jersey
24       License No: 30XI00228600
25       Date: October 13, 2021