**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:<br>18-cv-07824; 18-cv-07827; 18-cv-07828; 18-cv-07829; 19-cv-01781; 19-cv-01783; 19-cv-01785; 19-cv-01788; 19-cv-01791; 19-cv-01792; 19-cv-01794; 19-cv-01798; 19-cv-01800; 19-cv-01801; 19-cv-01803; 19-cv-01806; 19-cv-01808; 19-cv-01809; 19-cv-01810; 19-cv-01812; 19-cv-01813; 19-cv-01815; 19-cv-01818; 19-cv-01866; 19-cv-01867; 19-cv-01868; 19-cv-01869; 19-cv-01870; 19-cv-01871; 19-cv-01873; 19-cv-01894; 19-cv-01896; 19-cv-01918; 19-cv-01922; 19-cv-01926; 19-cv-01928; 19-cv-01929; 19-cv-01931; 21-cv-05339. | MASTER DOCKET<br><br>18-md-02865-LAK |

**NOTICE OF DEFENDANT MICHAEL BEN-JACOB'S**
**MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that the undersigned attorneys for Defendant Michael Ben-Jacob, will apply before the Honorable Lewis A. Kaplan of the Southern District of New York at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time and date to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Defendant summary judgment in the above-captioned cases. In support of this motion, Defendant relies upon the accompanying Memorandum of Law, Statement of Uncontested Facts in Support of the Motion for Summary Judgment, dated May 10,

2024, and the Declaration of Thomas E.L. Dewey, dated May 10, 2024 and the exhibits attached thereto.

Dated: New York, New York
       May 10, 2024

                          Respectfully submitted,

                          DEWEY PEGNO & KRAMARSKY LLP

By:   /s/ Thomas E.L. Dewey
       Thomas E.L. Dewey
       777 Third Avenue – 29th Floor
       New York, New York 10017
       Tel.: (212) 943-9000
       Fax: (212) 943-4325
       tdewey@dpklaw.com

       KEKER, VAN NEST & PETERS LLP

By:   /s/ Elliot R. Peters
       Elliot R. Peters
       Julia L. Allen
       633 Battery Street
       San Francisco, CA 94111
       Tel.: (415) 962-7188
       epeters@keker.com

*Attorneys for Defendant Michael Ben-Jacob*