# EXHIBIT 1

Confidential - Subject to The Protective Order
Richard Markowitz - April 8, 2021

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.  18-MD-2865 (LAK)

 3    _____
                                              )
 4    IN RE:                                  )
                                              )
 5    CUSTOMS AND TAX ADMINISTRATION OF       )
      THE KINGDOM OF DENMARK                  )
 6    (SKATTEFORVALTNINGEN) TAX REFUND        )
      SCHEME LITIGATION                       )
 7                                            )
      This document relates to case nos.      )
 8    19-cv-01783; 19-cv-01788; 19-cv-01794;  )
      19-cv-01798; 19-cv-01918                )
 9    _____)

10

11

12                C O N F I D E N T I A L

13            SUBJECT TO THE PROTECTIVE ORDER

14

15

16       REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

17                     EXAMINATION OF

18                    RICHARD MARKOWITZ

19                   DATE: April 8, 2021

20

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 8, 2021

Page 24

```
 1     advisor.
 2          Q    Was he based in Europe or the
 3     United States?
 4               MR. BONGIORNO:  Object to the form.
 5          Q    Where was he based?
 6          A    He lived in and worked from Canada.
 7          Q    Who were the principals of Argre
 8     Management?
 9          A    Myself, Matthew Stein, Jerome
10     Lhote, and John Van Merkensteijn.
11          Q    Did the four of you have equal
12     interests in the company?
13          A    Can you clarify that as to time
14     frame?
15          Q    When Argre was founded, were each
16     of you principals in the company?
17          A    I'm sorry, did you say, were each
18     of us principals in the company at the time
19     of its founding?
20          Q    Yes.
21          A    Yes, we were.
22          Q    And did you each have a 25 percent
23     interest?
24          A    Not at its founding.
25          Q    What was the split at its founding?
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 8, 2021

Page 301

1                    C E R T I F I C A T E
2              I, MICHAEL FRIEDMAN, a Certified Court
3    Reporter and Notary Public, qualified in and for
4    the State of New Jersey do hereby certify that
5    prior to the commencement of the examination
6    RICHARD MARKOWITZ was duly sworn by me to testify
7    to the truth the whole truth and nothing but the
8    truth.
9              I DO FURTHER CERTIFY that the foregoing
10   is a true and accurate transcript of the testimony
11   as taken stenographically by and before me at the
12   time, place and on the date hereinbefore set forth.
13             I DO FURTHER certify that I am neither a
14   relative of nor employee nor attorney nor counsel
15   for any of the parties to this action, and that I
16   am neither a relative nor employee of such attorney
17   or counsel, and that I am not financially
18   interested in the action.
19
20
21   _____
22   MICHAEL FRIEDMAN, CCR of the
23   State of New Jersey
24   License No:  30XI00228600
25   Date:  April 11, 2021

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com |  866-4Team GE

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.  18-MD-2865 (LAK)

 3    _____
                                              )
 4    IN RE:                                  )
                                              )
 5    CUSTOMS AND TAX ADMINISTRATION OF       )
      THE KINGDOM OF DENMARK                  )
 6    (SKATTEFORVALTNINGEN) TAX REFUND        )
      SCHEME LITIGATION                       )
 7                                            )
      This document relates to case nos.      )
 8    19-cv-01783; 19-cv-01788; 19-cv-01794;  )
      19-cv-01798; 19-cv-01918                )
 9    _____)

10

11

12                    C O N F I D E N T I A L

13              SUBJECT TO THE PROTECTIVE ORDER

14

15

16      CONTINUED REMOTE VTC VIDEOTAPED DEPOSITION UNDER

17                       ORAL EXAMINATION OF

18                        RICHARD MARKOWITZ

19                            VOLUME II

20                        DATE: April 9, 2021

21

22

23

24

25            REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 346

```
1        Q    Was anyone else a participant in
2    that plan?
3        A    My wife.
4        Q    What prompted you to open a
5    custodial account with Indigo for the Routt
6    Capital plan?
7        A    The opportunity was offered to me
8    by my former -- by my then to be former
9    partners, Mr. Stein and Mr. Lhote.  And it
10   was at a time when there was a business
11   dispute between ourselves and potentially
12   Solo Capital.
13       Q    What was that business dispute?
14       A    My partners, Mr. Stein and
15   Mr. Lhote, informed me and Mr. Van
16   Merkensteijn in late 2013 or early 2014 that
17   they no longer wanted to work with us as a
18   group or on group investments and projects,
19   and that they had made an investment in a
20   bank in Europe, and that that bank would
21   become a custodian for, among other things,
22   dividend arbitrage strategies, and that they
23   had worked with former Solo employees to
24   establish that platform.
25       Q    Was that North Channel Bank?
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 350

```
1    money from earlier trading in 2015, they've
2    been dormant, as far as investing goes, since
3    2014?
4         A    Yes.
5         Q    Was -- did you and Mr. Van
6    Merkensteijn intend to continue with the
7    dividend arbitrage strategy without the
8    involvement of your former Argre partners?
9         A    Our -- my preference, I can't speak
10   for Mr. Van Merkensteijn, my preference would
11   have been to continue the
12   relationship -- professional relationship we
13   had established with Solo Capital and
14   continue to have investment vehicles invest
15   in that strategy or others with Solo Capital
16   acting as a custodian.
17             That would have been my -- that was
18   my preference.
19        Q    Was that done?
20        A    Yes.
21        Q    What vehicles were used to pursue
22   that strategy of dividend arbitrage using
23   Solo Capital?
24             MR. BONGIORNO:  Objection.
25        A    Can you repeat the question,
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 398

```
 1              So that's my understanding, that
 2     the plan had a -- Roadcraft plan had a
 3     custodial account, did trading, and earnings
 4     from that trading were to become partnership
 5     property.
 6          Q    Okay.  But it was only going to be
 7     earnings from the Roadcraft plan's account.
 8              Correct?
 9              MR. BONGIORNO:  Objection.
10          A    Any account that would be listed in
11     the schedule.
12          Q    Well, there were partnership
13     agreements like this set up for each of the
14     pension plans that were formed to the extent
15     that you, Mr. Van Merkensteijn, or Klugman
16     were not the plan participant.
17              Right?
18          A    Yes.
19          Q    Okay.  So for every plan
20     established for Mr. Lerner, Mr. Altbach,
21     Ms. Jones, Mr. Herman, they were all going to
22     enter into a partnership like this one?
23          A    Yes.
24          Q    All right.  And in each case, in
25     the partnership, there was one partner
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 587

1               C E R T I F I C A T E
2           I, MICHAEL FRIEDMAN, a Certified Court
3     Reporter and Notary Public, qualified in and for
4     the State of New Jersey do hereby certify that
5     prior to the commencement of the examination
6     RICHARD MARKOWITZ was duly sworn by me to testify
7     to the truth the whole truth and nothing but the
8     truth.
9           I DO FURTHER CERTIFY that the foregoing
10    is a true and accurate transcript of the testimony
11    as taken stenographically by and before me at the
12    time, place and on the date hereinbefore set forth.
13          I DO FURTHER certify that I am neither a
14    relative of nor employee nor attorney nor counsel
15    for any of the parties to this action, and that I
16    am neither a relative nor employee of such attorney
17    or counsel, and that I am not financially
18    interested in the action.
19
20
21    _____
22    MICHAEL FRIEDMAN, CCR of the
23    State of New Jersey
24    License No: 30XI00228600
25    Date: April 11, 2021