# EXHIBIT 3

**2012/2013 Partnership Agreements**

| | Partnership Name | Date Partnership Created | Partners | Minority Partner Plan Participant | Manager of the Partnership |
|---|---|---|---|---|---|
| 1 | Lion Advisory General Partnership I | May 17, 2012 | Quartet Investment Partners LLC ("Quartet," M. Stein / J. Lhote / J. van Merkensteijn / R. Markowitz) (95%)<br><br>Lion Advisory Inc. Pension Plan (5%) | Luke McGee | Adam LaRosa |
| 2 | California Catalog General Partnership I | May 18, 2012 | Quartet (M. Stein / J. Lhote / J. van Merkensteijn / R. Markowitz) (95%)<br><br>California Catalog Company Pension Plan (5%) | Daniel Stein | Adam LaRosa |
| 3 | Mill River General Partnership | May 21, 2012 | Quartet (M. Stein / J. Lhote / J. van Merkensteijn / R. Markowitz) (90%)<br><br>Mill River Capital Management Pension Plan (10%) | Adam LaRosa | Adam LaRosa |
| 4 | Delvian General Partnership I | May 22, 2012 | Quartet (M. Stein / J. Lhote / J. van Merkensteijn / R. Markowitz) (95%)<br><br>Delvian LLC Pension Plan (5%) | Alicia Colodner | Adam LaRosa |
| 5 | Rajan Investments General Partnership I | Aug. 14, 2012 | Quartet (M. Stein / J. Lhote / J. van Merkensteijn / R. Markowitz) (95%)<br><br>Rajan Investments LLC Pension Plan (5%) | Thomas Bergerson | Adam LaRosa |
| 6 | Raubritter General Partnership I | Aug. 23, 2012 | Quartet (M. Stein / J. Lhote / J. van Merkensteijn / R. Markowitz) (90%)<br><br>Raubritter LLC Pension Plan (10%) | Alexander Burns | Adam LaRosa |



RICHARD MARKOWITZ

**EXHIBIT 2133**

04 - 08 - 2021

| | Partnership Name | Date Partnership Created | Partners | Minority Partner Plan Participant | Manager of the Partnership |
|---|---|---|---|---|---|
| 7 | California Catalog General Partnership II | Feb. 1, 2013 | AOI Pension Plan Trust ("AOI," M. Stein) (22.5%)<br><br>Ganesha Industries Pension Plan Trust ("Ganesha," J. Lhote) (22.5%)<br><br>Bernina Pension Plan Trust ("Bernina," J. van Merkensteijn) (22.5%)<br><br>RJM Capital Pension Plan Trust ("RJM," R. Markowitz) (22.5%)<br><br>California Catalog Company LLC Trust (10%) | Daniel Stein | Adam LaRosa |
| 8 | Davin Investments General Partnership | Feb. 1, 2013 | AOI (M. Stein) (22.5%)<br><br>Ganesha (J. Lhote) (22.5%)<br><br>Bernina (J. van Merkensteijn) (22.5%)<br><br>RJM (R. Markowitz) (22.5%)<br><br>Davin Investments Pension Plan Trust (10%) | David Vinyon | Adam LaRosa |
| 9 | Delvian General Partnership II | Feb. 1, 2013 | AOI (M. Stein) (23.75%)<br><br>Ganesha (J. Lhote) (23.75%)<br><br>Bernina (J. van Merkensteijn) (23.75%)<br><br>RJM (R. Markowitz) (23.75%)<br><br>Delvian LLC Pension Plan Trust (5%) | Alicia Colodner | Adam LaRosa |

| | Partnership Name | Date Partnership Created | Partners | Minority Partner Plan Participant | Manager of the Partnership |
|---|---|---|---|---|---|
| 10 | DFL Investments General Partnership | Feb. 1, 2013 | AOI (M. Stein) (23.75%)<br><br>Ganesha (J. Lhote) (23.75%)<br><br>Bernina (J. van Merkensteijn) (23.75%)<br><br>RJM (R. Markowitz) (23.75%)<br><br>DFL Investments Pension Plan Trust (5%) | David Colodner | Adam LaRosa |
| 11 | Lion Advisory General Partnership II | Feb. 1, 2013 | AOI (M. Stein) (23.75%)<br><br>Ganesha (J. Lhote) (23.75%)<br><br>Bernina (J. van Merkensteijn) (23.75%)<br><br>RJM (R. Markowitz) (23.75%)<br><br>Lion Advisory Inc. Trust (5%) | Luke McGee | Adam LaRosa |
| 12 | Rajan Investments General Partnership II | Feb. 1, 2013 | AOI (M. Stein) (23.75%)<br><br>Ganesha (J. Lhote) (23.75%)<br><br>Bernina (J. van Merkensteijn) (23.75%)<br><br>RJM (R. Markowitz) (23.75%)<br><br>Rajan Investments Trust (5%) | Thomas Bergerson | Adam LaRosa |

| | Partnership Name | Date Partnership Created | Partners | Minority Partner Plan Participant | Manager of the Partnership |
|---|---|---|---|---|---|
| 13 | Raubritter General Partnership II | Feb. 1, 2013 | AOI (M. Stein) (22.5%) Ganesha (J. Lhote) (22.5%) Bernina (J. van Merkensteijn) (22.5%) RJM (R. Markowitz) (22.5%) Raubritter LLC Pension Plan Trust (10%) | Alexander Burns | Adam LaRosa |
| 14 | Traden Investments General Partnership | Feb. 1, 2013 | AOI (M. Stein) (23.75%) Ganesha (J. Lhote) (23.75%) Bernina (J. van Merkensteijn) (23.75%) RJM (R. Markowitz) (23.75%) Traden Investments Pension Plan Trust (5%) | Adam LaRosa | Adam LaRosa |
| 15 | Spirit on the Water General Partnership | Feb. 4, 2013 | AOI (M. Stein) (23.75%) Ganesha (J. Lhote) (23.75%) Bernina (J. van Merkensteijn) (23.75%) RJM (R. Markowitz) (23.75%) Spirit on the Water Pension Plan (5%) | Ed Miller | Adam LaRosa |

| | Partnership Name | Date Partnership Created | Partners | Minority Partner Plan Participant | Manager of the Partnership |
|---|---|---|---|---|---|
| 16 | Next Level General Partnership | Feb. 5, 2013 | AOI (M. Stein) (23.75%) <br><br> Ganesha (J. Lhote) (23.75%) <br><br> Bernina (J. van Merkensteijn) (23.75%) <br><br> RJM (R. Markowitz) (23.75%) <br><br> Next Level Pension Plan Trust (5%) | Ed Miller | Adam LaRosa |
| 17 | 2321 Capital General Partnership | Feb. 6, 2013 | AOI (M. Stein) (23.75%) <br><br> Ganesha (J. Lhote) (23.75%) <br><br> Bernina (J. van Merkensteijn) (23.75%) <br><br> RJM (R. Markowitz) (23.75%) <br><br> 2321 Capital Pension Plan Trust (5%) | Luke McGee | Adam LaRosa |
| 18 | LAM General Partnership | Feb. 28, 2013 | Quartet (M. Stein / J. Lhote / J. van Merkensteijn / R. Markowitz) (90%) <br><br> Laegeler Asset Management Pension Plan Trust (10%) | Brian & Cindy Laegeler | Adam LaRosa |
| 19 | Bowline General Partnership | June 11, 2013 | AOI (M. Stein) (23.75%) <br><br> Ganesha (J. Lhote) (23.75%) <br><br> Bernina (J. van Merkensteijn) (23.75%) <br><br> RJM (R. Markowitz) (23.75%) <br><br> Bowline Management Pension Plan Trust (5%) | Luke McGee | Adam LaRosa |

99605391_4

| | Partnership Name | Date Partnership Created | Partners | Minority Partner Plan Participant | Manager of the Partnership |
|---|---|---|---|---|---|
| 20 | Clove General Partnership | June 11, 2013 | AOI (M. Stein) (23.75%)<br><br>Ganesha (J. Lhote) (23.75%)<br><br>Bernina (J. van Merkensteijn) (23.75%)<br><br>RJM (R. Markowitz) (23.75%)<br><br>Clove Pension Plan Trust (5%) | Adam LaRosa | Adam LaRosa |