# EXHIBIT 7

| Pension Plans and LLCs Formed in 2014 | | | |
|---|---|---|---|
| Plan | LLC | Date | Plan Participant |
| Aerovane Logistics LLC Roth 401(K) Plan | Aerovane Logistics LLC | June 17, 2014 | Robert Klugman |
| Albedo Management LLC Roth 401(K) Plan | Albedo Management LLC | August 25, 2014 | Joseph Herman |
| Avanix Management LLC Roth 401(K) Plan | Avanix Management LLC | June 17, 2014 | Richard Markowitz |
| Ballast Ventures LLC Roth 401(K) Plan | Ballast Ventures LLC | August 25, 2014 | Joseph Herman |
| Bareroot Capital Investments LLC Roth 401(K) Plan | Bareroot Capital Investments LLC | June 17, 2014 | David Zelman |
| Basalt Ventures LLC Roth 401(K) Plan | Basalt Ventures LLC | June 17, 2014 | John van Merkensteijn |
| Battu Holdings LLC Roth 401(K) Plan | Battu Holdings LLC | June 19, 2014 | David Zelman |
| Cantata Industries LLC Roth 401(K) Plan | Cantata Industries LLC | June 19, 2014 | David Zelman |
| Cavus Systems LLC Roth 401(K) Plan | Cavus Systems LLC | June 17, 2014 | Richard Markowitz |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan | Cedar Hill Capital Investments LLC | June 17, 2014 | Edwin Miller |
| Crucible Ventures LLC Roth 401(K) Plan | Crucible Ventures LLC | June 17, 2014 | Ronald Altbach |
| Dicot Technologies LLC Roth 401(K) Plan | Dicot Technologies LLC | June 19, 2014 | David Zelman |
| Eclouge Industry LLC Roth 401(K) Plan | Eclouge Industry LLC | June 17, 2014 | Perry Lerner |
| Edgepoint Capital LLC Roth 401(K) Plan | Edgepoint Capital LLC | June 17, 2014 | Robert Klugman |
| Fairlie Investments LLC Roth 401(K) Plan | Fairlie Investments LLC | August 25, 2014 | Joseph Herman |
| First Ascent Worldwide LLC Roth 401(K) Plan | First Ascent Worldwide LLC | June 17, 2014 | Perry Lerner |
| Fulcrum Productions LLC Roth 401(K) Plan | Fulcrum Productions LLC | June 17, 2014 | Edwin Miller |
| Green Scale Management LLC Roth 401(K) Plan | Green Scale Management LLC | June 17, 2014 | Edwin Miller |
| Hadron Industries LLC Roth 401(K) Plan | Hadron Industries LLC | June 17, 2014 | Richard Markowitz |
| Headsail Manufacturing LLC Roth 401(K) Plan | Headsail Manufacturing LLC | June 17, 2014 | Robert Klugman |
| Keystone Technologies LLC Roth 401(K) Plan | Keystone Technologies LLC | June 17, 2014 | Edwin Miller |
| Limelight Global Productions LLC Roth 401(K) Plan | Limelight Global Productions LLC | June 17, 2014 | Ronald Altbach |
| Loggerhead Services LLC Roth 401(K) Plan | Loggerhead Services LLC | June 17, 2014 | Perry Lerner |
| Monomer Industries LLC Roth 401(K) Plan | Monomer Industries LLC | August 25, 2014 | Robin Jones |
| Pab Facilities Global LLC Roth 401(K) Plan | PAB Facilities Global LLC | June 17, 2014 | Perry Lerner |
| Pinax Holdings LLC Roth 401(K) Plan | Pinax Holdings LLC | August 25, 2014 | Robin Jones |
| Plumrose Industries LLC Roth 401(K) Plan | Plumrose Industries LLC | June 17, 2014 | Ronald Altbach |
| Roadcraft Technologies LLC Roth 401(K) Plan | Roadcraft Technologies LLC | June 17, 2014 | Ronald Altbach |
| Starfish Capital Management LLC Roth 401(K) Plan | Starfish Capital Management LLC | June 17, 2014 | John van Merkensteijn |
| Sternway Logistics LLC Roth 401(K) Plan | Sternway Logistics LLC | August 25, 2014 | Robin Jones |
| Trailing Edge Productions LLC Roth 401(K) Plan | Trailing Edge Productions LLC | June 17, 2014 | Perry Lerner |
| True Wind Investments LLC Roth 401(K) Plan | True Wind Investments LLC | June 17, 2014 | Ronald Altbach |
| Tumba Systems LLC Roth 401(K) Plan | Tumba Systems LLC | June 17, 2014 | Edwin Miller |
| Voojo Productions LLC Roth 401(K) Plan | Voojo Productions LLC | June 17, 2014 | John van Merkensteijn |



JOHN VAN MERKENSTEIJN
EXHIBIT 2189
04 - 19 - 2021