# EXHIBIT 8

**2014 Partnership Agreements**

| | Partnership Name | Date Partnership Created | Partners | Minority Partner Plan Participant | Manager of the Partnership |
|---|---|---|---|---|---|
| 1 | Crucible Ventures General Partnership | Aug. 2014 | Omineca Trust ("Omineca," J. van Merkensteijn) (70%)<br><br>RAK Investment Trust ("RAK," R. Klugman) (25%)<br><br>Crucible Ventures LLC Roth 401(K) Plan (5%) | Ronald Altbach | Richard Markowitz |
| 2 | Limelight Global Productions General Partnership | Aug. 2014 | Omineca (J. van Merkensteijn) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>Limelight Global Productions LLC Roth 401(K) Plan (5%) | Ronald Altbach | Richard Markowitz |
| 3 | Plumrose Industries General Partnership | Aug. 2014 | Omineca (J. van Merkensteijn) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>Plumrose Industries LLC Roth 401(K) Plan (5%) | Ronald Altbach | Richard Markowitz |
| 4 | Roadcraft Technologies General Partnership | Aug. 2014 | Routt Capital Trust ("Routt," R. Markowitz) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>Roadcraft Technologies LLC Roth 401(K) Plan (5%) | Ronald Altbach | John van Merkensteijn |

|   | Partnership Name | Date Partnership Created | Partners | Minority Partner Plan Participant | Manager of the Partnership |
|---|---|---|---|---|---|
| 5 | True Wind Investments General Partnership | Aug. 2014 | Omineca (J. van Merkensteijn) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>True Wind Investments LLC Roth 401(K) Plan (5%) | Ronald Altbach | Richard Markowitz |
| 6 | Eclouge Industry General Partnership | Aug. 2014 | Routt (R. Markowitz) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>Eclouge Industry LLC Roth 401(K) Plan (5%) | Perry Lerner | John van Merkensteijn |
| 7 | First Ascent Worldwide General Partnership | Aug. 2014 | Routt (R. Markowitz) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>First Ascent Worldwide LLC Roth 401(K) Plan (5%) | Perry Lerner | John van Merkensteijn |
| 8 | Loggerhead Services General Partnership | Aug. 2014 | Routt (R. Markowitz) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>Loggerhead Services LLC Roth 401(K) Plan (5%) | Perry Lerner | John van Merkensteijn |
| 9 | PAB Facilities Global General Partnership | Aug. 2014 | Routt (R. Markowitz) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>PAB Facilities Global LLC Roth 401(K) Plan (5%) | Perry Lerner | John van Merkensteijn |

|    | Partnership Name | Date Partnership Created | Partners | Minority Partner Plan Participant | Manager of the Partnership |
|----|------------------|--------------------------|----------|-----------------------------------|----------------------------|
| 10 | Trailing Edge Productions General Partnership | Aug. 2014 | Routt (R. Markowitz) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>Trailing Edge Productions LLC Roth 401(K) Plan (5%) | Perry Lerner | John van Merkensteijn |
| 11 | Cedar Hill Capital Investments General Partnership | Aug. 2014 | Routt (R. Markowitz) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>Cedar Hill Capital Investments LLC Roth 401(K) Plan (5%) | Edwin Miller | John van Merkensteijn |
| 12 | Fulcrum Productions General Partnership | Aug. 2014 | Omineca (J. van Merkensteijn) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>Fulcrum Productions LLC Roth 401(K) Plan (5%) | Edwin Miller | Richard Markowitz |
| 13 | Green Scale Management General Partnership | Aug. 2014 | Routt (R. Markowitz) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>Green Scale Management LLC Roth 401(K) Plan (5%) | Edwin Miller | John van Merkensteijn |
| 14 | Keystone Technologies General Partnership | Aug. 2014 | Routt (R. Markowitz) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>Keystone Technologies LLC Roth 401(K) Plan (5%) | Edwin Miller | John van Merkensteijn |

|  | Partnership Name | Date Partnership Created | Partners | Minority Partner Plan Participant | Manager of the Partnership |
|---|---|---|---|---|---|
| 15 | Tumba Systems General Partnership | Aug. 2014 | Omineca (J. van Merkensteijn) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>Tumba Systems LLC Roth 401(K) Plan (5%) | Edwin Miller | Richard Markowitz |
| 16 | Bareroot Capital Investments General Partnership | Aug. 2014 | Routt (R. Markowitz) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>Bareroot Capital Investments LLC Roth 401(K) Plan (5%) | David Zelman | John van Merkensteijn |
| 17 | Battu Holdings General Partnership | Aug. 2014 | Omineca (J. van Merkensteijn) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>Battu Holdings LLC Roth 401(K) Plan (5%) | David Zelman | Richard Markowitz |
| 18 | Cantata Industries General Partnership | Aug. 2014 | Omineca (J. van Merkensteijn) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>Cantata Industries LLC Roth 401(K) Plan (5%) | David Zelman | Richard Markowitz |
| 19 | Dicot Technologies General Partnership | Aug. 2014 | Omineca (J. van Merkensteijn) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>Dicot Technologies LLC Roth 401(K) Plan (5%) | David Zelman | Richard Markowitz |

| | Partnership Name | Date Partnership Created | Partners | Minority Partner Plan Participant | Manager of the Partnership |
|---|---|---|---|---|---|
| 20 | Vanderlee Technologies General Partnership | Aug. 2014 | Omineca (J. van Merksteijn) (70%)<br><br>RAK (R. Klugman) (25%)<br><br>Vanderlee Technologies Pension Plan Trust (5%) | David Zelman | Richard Markowitz |
| 21 | Albedo Management General Partnership | Oct. 2014 | Routt (R. Markowitz) (63.33%)<br><br>RAK (R. Klugman) (31.67%)<br><br>Albedo Management LLC Roth 401(K) Plan (5%) | Joseph Herman | John van Merksteijn |
| 22 | Ballast Ventures General Partnership | Oct. 2014 | Routt (R. Markowitz) (63.33%)<br><br>RAK (R. Klugman) (31.67%)<br><br>Ballast Ventures LLC Roth 401(K) Plan (5%) | Joseph Herman | John van Merksteijn |
| 23 | Fairlie Investments General Partnership | Oct. 2014 | Routt (R. Markowitz) (63.33%)<br><br>RAK (R. Klugman) (31.67%)<br><br>Fairlie Investments LLC Roth 401(K) Plan (5%) | Joseph Herman | John van Merksteijn |
| 24 | Monomer Industries General Partnership | Oct. 2014 | Omineca (J. van Merksteijn) (63.33%)<br><br>RAK (R. Klugman) (31.67%)<br><br>Monomer Industries LLC Roth 401(K) Plan (5%) | Robin Jones | John van Merksteijn |

| | Partnership Name | Date Partnership Created | Partners | Minority Partner Plan Participant | Manager of the Partnership |
|---|---|---|---|---|---|
| 25 | Pinax Holdings General Partnership | Oct. 2014 | Omineca (J. van Merkensteijn) (63.33%) <br><br> RAK (R. Klugman) (31.67%) <br><br> Pinax Holdings LLC Roth 401(K) Plan (5%) | Robin Jones | John van Merkensteijn |
| 26 | Sternway Logistics General Partnership | Oct. 2014 | Omineca (J. van Merkensteijn) (63.33%) <br><br> RAK (R. Klugman) (31.67%) <br><br> Sternway Logistics LLC Roth 401(K) Plan (5%) | Robin Jones | John van Merkensteijn |