# EXHIBIT 13

**DOCUMENT PROVIDED IN NATIVE FORMAT**

CONFIDENTIAL

**WH_MDL_00213233**

WH_MDL_00213233

| Trust Name | Trustee | SKAT Request Dated | Reference Number | Reclaim Agent | Confirm Trust Name? |
|---|---|---|---|---|---|
| Bareroot Capital Investments LLC Roth 401(K) Plan | David Zelman | 11/6/2015 | 15-2924502 | Syntax | Yes, see certification of trust |
| | | | | | barerootcertification |
| Battu Holdings LLC Roth 401(K) Plan | David Zelman | | | Acupay | Plan document states that a trust is created under the plan |
| | | | | | battuplan                              Broad Financial |
| Cantata Industries LLC Roth 401(K) Plan | David Zelman | 11/6/2015 | 15-2930599 | Goal | Plan document states that a trust is created under the plan |
| | | | | | cantataplan                           Broad Financial |
| Dicot Technologies LLC Roth 401(K) Plan | David Zelman | 11/2/2015 | 15-2926831 | Syntax | certification unsigned            plan includes trust |
| | | | | | dicotcertification                   dicotplan |
| Vanderlee Technologies Pension Plan Trust | David Zelman | | | Acupay | |
| Cedar Hill Capital Investements LLC Roth 401(K) Plan | Edwin L. Miller | 11/3/2015 | 15-2930520 | Goal | |
| Fulcrum Productions LLC Roth 401(K) Plan | Edwin L. Miller | 11/3/2015 | 15-2926845 | Syntax | |
| Green Scale Management LLC Roth 401(K) Plan | Edwin L. Miller | | | Acupay | |
| Keystone Technologies LLC Roth 401(K) Plan | Edwin L. Miller | 11/2/2015 | 15-2899966 | Goal | |
| Tumba Systems LLC Roth 401(K) Plan | Edwin L. Miller | 11/4/2015 | 15-2925717 | Syntax | |
| | | 11/25/2015 | FOLLOW-UP | | |
| Basalt Ventures LLC Roth 401(K) Plan | John H. van Merkensteijn, III | 11/13/2015 | 15-2927624 | Goal | |
| Omineca Trust | John H. van Merkensteijn, III | | | Acupay | |
| Starfish Capital Management LLC Roth 401(K) Plan | John H. van Merkensteijn, III | 11/11/2015; 11/11/15 | 15-2925983; 15-2926942 | Syntax | |
| Voojo Productions LLC Roth 401(K) Plan | John H. van Merkensteijn, III | | | Acupay | |
| Eclouge Industry LLC Roth 401(K) Plan | Perry Lerner | 11/6/2015 | 15-2930584 | Goal | |
| First Ascent Worldwide LLC Roth 401(K) Plan | Perry Lerner | 11/3/2015 | 15-2926856 | Syntax | |
| | | 11/25/2015 | FOLLOW-UP | | |
| Loggerhead Services LLC Roth 401(K) Plan | Perry Lerner | | | Acupay | |
| PAB Facilities Global LLC Roth 401(K) Plan | Perry Lerner | 11/2/2015; 11/6/15 | 15-2927630; 15-2930614 | Goal | |
| Trailing Edge Productions LLC Roth 401(K) Plan | Perry Lerner | 11/5/2015 | 15-2925048 | Syntax | |
| Avanix Management LLC Roth 401(K) | Richard Markowitz | | | Acupay | |
| Cavus Systems LLC Roth 401(K) Plan | Richard Markowitz | 11/2/2015 | 15-2927621 | Acupay | |
| Hadron Industries LLC Roth 401(K) Plan | Richard Markowitz | 11/4/2015 | 15-2925931 | Syntax | |
| Routt Capital Trust | Richard Markowitz | | | Acupay | |
| Aerovane Logistics LLC 401(K) Plan | Robert Klugman | 11/4/2015 | 15-2930541 | Goal | |
| Edgepoint Capital LLC Roth 401(K) Plan | Robert Klugman | 11/5/2015 | 15-2924666 | Syntax | |
| Headsail Manufacturing LLC Roth 401(K) Plan | Robert Klugman | | | Acupay | |

JHvM

| Plan | Name | Date | Number | Type |
|---|---|---|---|---|
| RAK Investment Trust (STOR Capital Consulting LLC 401(k) Plan) | Robert Klugman | 10/22/2015 | 15-2927611 | Goal |
| | | 11/29/2015 | FOLLOW-UP | |
| RAK2 Investment Trust (The Random Holdings LLC Roth 401(k) Plan) | Robert Klugman | 11/6/2015 | 15-2924509 | Syntax |
| RAK3 Investment Trust (TENS Services LLC Roth 401(k) Plan) | Robert Klugman | | | Acupay Though no reclaims submitted. |
| Crucible Ventures LLC Roth 401(K) Plan | Ronald Altbach | 11/6/2015 | 15-2930593 | Goal |
| Limelight Global Productions LLC Roth 401(K) Plan | Ronald Altbach | 11/2/2015 | 15-2926839 | Syntax |
| | | 11/25/2015 | FOLLOW-UP | |
| Plumrose Industries LLC Roth 401(K) Plan | Ronald Altbach | | | Acupay |
| Roadcraft Technologies LLC Roth 401(K) Plan | Ronald Altbach | 11/11/2015 | 15-2927507 | Goal |
| True Wind Investments LLC Roth 401(K) Plan | Ronald Altbach | 11/4/2015 | 15-2925909 | Syntax |

**ADDITIONAL PLANS:**

| Plan | Name | Date | Number | Type |
|---|---|---|---|---|
| Albedo Management LLC Roth 401(K) Plan | Joseph Herman | | | Acupay |
| Ballast Ventures LLC Roth 401(K) Plan | Joseph Herman | | | Acupay |
| Fairlie Investments LLC Roth 401(K) Plan | Joseph Herman | 11/13/2015 | 15-2930564 | Goal |
| Monomer Industries LLC Roth 401(K) Plan | Robin Jones | 11/24/2015 | 15-2927628 | Goal |
| Pinax Holdings LLC Roth 401(K) Plan | Robin Jones | 11/4/2015 | 15-2926476 | Syntax |
| | | 11/25/2015 | FOLLOW-UP | |
| Sternway Logistics LLC Roth 401(K) Plan | Robin Jones | 11/4/2015 | 15-2926024 | Syntax |

| Trust Name | Trustee | SKAT Request Dated | Reference Number | Reclaim Agent |
|---|---|---|---|---|
| 10CC Pension Plan | Sunil Jain | 11.4.15 | 15-3076992 | Koi |
| AB Pension Plan | Parris Adams Boyd | | | |
| AJJ Holdings LLC Pension Plan | Anthony Jacobson | 10.29.15 | 15-2927575 | Goal |
| Aqua Visions Pension Plan | David Colodner | 12.29.15 | 15-2927576 | Goal |
| Bedrock Management Partners Pension Plan | Paul Jacobson | 11.4.15 | 15-3077184 | Koi |
| BlackCo C & C Pension Plan | William Black | | | |
| Black Hills Ventures Pension Plan | Jonathan James Nelson | | | |
| Blue Indigo Management Pension Plan | Denisse Chao Villarreal | 11.4.15 | 15-3077000 | Koi |
| BMC Pension Plan | Robert Butwinick | 11.4.15 | 15-3077019 | Koi |
| Bukofsky Corp. Pension Plan | Ward Bukofsky | 11.4.15 | 15-3077364 | Koi |
| Campbellpur Pension Plan | Aamir Shibli | 10.29.15 | 15-2927582 | Goal |
| Cardenia Capital Pension Plan | Raphaele Chappe | 10.29.15 | 15-2927584 | Goal |
| CDSmith Pension Plan | Christopher Dennis Smith | | | |
| Delphinium Capital Pension Plan | Theodore Deinard | 10.29.15 | 15-2927587 | Goal |
| Droboy Property Pension Plan | Peter Ocel | 10.29.15 | 15-2927591 | Goal |
| DWM Pension Plan | Donald Donaldson | 11.4.15 | 15-3077024 | Koi |
| Grace Bay Ventures Pension Plan | Brian Lessig | 10.29.15 | 15-2927593 | Goal |
| HLI Pension Plan | Haj Langford | | | |
| ILWM Pension Plan | Samuel Whittington | 11.4.15 | 15-3077182 | Koi |

| Plan | Name | Date | Number | |
|---|---|---|---|---|
| Karapedics Consulting LLC Pension Plan | Kara Gasiorowski | 10.30.15 | 15-2927597 | Goal |
| KB Ventures Pension Plan | Bruce Bunner | 10.28.15 | 15-2927570 | Goal |
| LS LLC Pension Plan | Amit Chatwani | 10.28.15 | 15-2927554 | Goal |
| Margaux Ventures Pension Plan | Jamie Ryan Sahara | 10.27.15 | 15-2927543 | Goal |
| Mondorf Capital Pension Plan | Steven Stein | 11.4.15 | 15-3077285 | Koi |
| <mark>Newco Software LLC Pension Plan</mark> | <mark>David Thomas</mark> | | | |
| Northridge Industries Pension Plan | Omar Alberto Rodriguez | 11.4.15 | 15-3077336 | Koi |
| <mark>Ocean Lane Communications Pension Plan</mark> | <mark>Andrea Retzky/Brian Lessig</mark> | | | |
| Passive Growth Benefits Pension Plan | Nikolai Gasiorowski | 11.4.15 | 15-3077209 | Koi |
| Phovea Pension Plan | Daniel Stein | 10.27.15 | 15-2927536 | Goal |
| PSK Capital Pension Plan | Steven Himmel | 11.4.15 | 15-3077222 | Koi |
| <mark>Red Ivy Management Pension Plan</mark> | <mark>Susan Stein/Donald Donaldson</mark> | | | |
| R&T Global Wealth Management Pension Plan | Jose Manuel Ramirez | 11.4.15 | 15-3077235 | Koi |
| Saybrook Point Holdings LLC Pension Plan | David Waxman | 10.21.15 | 15-2930609 | Goal |
| Saybrook Letter 2 | | 10.21.15 | 15-2927532 | |
| SFA Capital Pension Plan | Shad Azimi | 11.4.15 | 15-3077242 | Koi |
| <mark>Smokey Mountain Ventures Pension Plan</mark> | <mark>William Jonathan Hogan</mark> | | | |
| Ternuay Investments Pension Plan | Claudia Torres | 10.23.15 | 15-2927529 | Goal |
| Turquoise Capital Pension Plan | Alicia Colodner | 11.4.15 | 15-3077249 | Koi |
| Windom Associates Pension Plan | Lily Riviera | 10.22.15 | 15-2930647 | Goal |
| Windom Letter 2 | | 10.30.15 | 15-2927517 | |

MP

| | | | | |
|---|---|---|---|---|
| Zucura Pension Plan | Thomas Bergerson | 10.22.15 | 15-2927027 | Goal |
| Babine Pension Plan | Janik Gasiorowski | 11.4.15 | 15-3077161 | Koi |
| Cheshire Investments Pension Plan | Marco Vega | 11.4.15 | 15-3077221 | Koi |
| Dajabon Holdings Pension Plan | David Vinyon | 11.4.15 | 15-3077233 | Koi |
| Fairvew Post Pension Plan | Emilie Sahara | 11.4.15 | 15-3077250 | Koi |
| Hobbes Xavier Pension Plan | Robert Philip Stevenson | 11.4.15 | 15-3077259 | Koi |
| West Windsor Pension Plan | Marchelle Thurman | 11.4.15 | 15-3077369 | Koi |
| Vivid Blue Pension Plan | David Colodner | 11.4.15 | 15-3077349 | Koi |
| Nice and Neat Pension Plan | Alicia Colodner | 11.4.15 | 15-3077300 | Koi |
| Newco Software Design Pension Plan | David Thomas | 11.4.15 | 15-3077188 | Koi |
| Reddy Services Pension Plan | Anna Rojas | 11.4.15 | 15-3077340 | Koi |
| DLO Pension Plan | Donald Donaldson | 11.4.15 | 15-3077241 | Koi |
| Jewelry Creations Pension Plan | NaNine Kay Mourer | 11.4.15 | 15-3077271 | Koi |
| Navigate Consulting Pension Plan | Julie Lynn Donaldson | 11.4.15 | 15-3077296 | Koi |
| Voices Carry Pension Plan | Kristen Anne Vinyon Stein | 11.4.15 | 15-3077354 | Koi |
| Juniata Lane Pension Plan | Martha Flores Longoria | 11.4.15 | 15-3077278 | Koi |
| Makaira Investments Pension Plan | Adam LaRosa | | | |
| Out East Pension Plan | Gabrielle Raymond | 11.4.15 | 15-3077310 | Koi |