# **EXHIBIT 5**

CONFIDENTIAL
Michael Ben-Jacob - October 11, 2021

Page 1

1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
2                MASTER DOCKET 18-MD-2865(LAK)
                    CASE NO. 18-CV-09797
3
    _____
4                                            )
    IN RE:                                   )
5                                            )
    CUSTOMS AND TAX ADMINISTRATION OF        )
6   THE KINGDOM OF DENMARK                   )
    (SKATTEFORVALTNINGEN) TAX REFUND         )
7   SCHEME LITIGATION                        )
                                             )
8   _____)

9

10

11

12            C O N F I D E N T I A L

13

14

15   REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                  EXAMINATION OF

17                MICHAEL BEN-JACOB

18             DATE: October 11, 2021

19

20

21

22

23

24

25       REPORTED BY:  MICHAEL FRIEDMAN, CCR

CONFIDENTIAL
Michael Ben-Jacob - October 11, 2021

Page 13

```
 1                 P R O C E E D I N G S
 2
 3      M I C H A E L   B E N - J A C O B,
 4             called as a witness, having been first
 5      duly affirmed according to law, testifies as
 6      follows:
 7                       * * * * * *
 8      EXAMINATION BY MR. MAGUIRE:
 9           Q    Good morning, Mr. Ben-Jacob?
10           A    Good morning.
11           Q    My name is Bill Maguire.  I'm going
12      to be asking you some questions.
13                If there's any question that you
14      don't understand, please don't answer it.
15      Please just let me know you don't understand
16      the question and give me an opportunity to
17      clarify the question so you do understand it.
18                Is that okay?
19           A    Sure.  Thank you.
20           Q    That way we'll have a clear record.
21      And we will know that when you have answered
22      a question, you understood the question.
23                Is that fair?
24           A    Yes.
25           Q    Now, sir, we're going to be talking
```

CONFIDENTIAL
Michael Ben-Jacob - October 11, 2021

Page 14

```
 1    about some of your former clients who are
 2    defendants in these proceedings.
 3    Specifically, Mr. Markowitz, Mr. Van
 4    Merkensteijn, and Mr. Klugman.
 5            Okay?
 6       A    Okay.
 7       Q    And there may be some other former
 8    clients who are not defendants who come up,
 9    specifically Mr. Stein, Mr. Lhote, and
10    Mr. McGee.
11            Okay?
12       A    Understood.
13       Q    There are other entities that
14    you've represented; Argre and Maple Point.
15            Is that right?
16            MR. DEWEY:  Objection.
17       A    Can you please clarify?  What do
18    you mean by "you've represented?"
19       Q    You had engagements or provided
20    services to Argre in the past.
21            Is that true?
22       A    My firm provided services and was
23    engaged by our employer, as I said,
24    Kaye Scholer.  And in that context, I did as
25    well.
```

CONFIDENTIAL
Michael Ben-Jacob - October 11, 2021

Page 17

```
 1    Mr. Van Merkensteijn, and Mr. Klugman did
 2    with Solo Capital?
 3         A    Again, can you explain what you
 4    mean by "all aspects?"
 5         Q    Well, let me ask you.
 6              Did you submit to your firm's
 7    compensation committee a memorandum in which
 8    you said that you were called upon by your
 9    longstanding Argre client to implement all
10    aspects of annex dividend trading strategy?
11              MR. DEWEY:  Objection.
12         A    I'm sorry.  Are you quoting from a
13    letter or a memorandum of mine?
14         Q    I'm asking you.
15              Do you recall saying that to your
16    compensation committee?
17         A    I do not recall that, saying that
18    in that conversation.
19         Q    Is it true that you were called
20    upon by Argre to implement all aspects of
21    annex dividend trading strategy?
22              MR. DEWEY:  Objection.
23         A    And I'm sorry.  I just need to
24    understand what you mean when you say the
25    words "all."
```

CONFIDENTIAL
Michael Ben-Jacob - October 11, 2021

Page 18

```
 1         Q    I'm asking you for your
 2    understanding, in your words, if you
 3    understand that's what you were called upon
 4    to do?
 5         A    Well, since I don't have a
 6    recollection of using those words, I would
 7    say it is not true that we were called upon
 8    to use -- to -- I say "we," meaning my
 9    firm -- was called upon to implement or
10    advise upon all aspects.
11              We were asked to advise upon U.S.
12    legal issues, U.S. tax and pension plan
13    issues, and occasional other coordination of
14    advice with foreign counsel and
15    administrative matters.
16              But I was certainly not involved in
17    all aspects.
18         Q    Let me ask you, please, to turn to
19    Exhibit 4480?
20              MR. MAGUIRE:  Mark 4480.
21              (Whereupon the above mentioned was
22         marked for Identification.)
23         A    I'm sorry.  Yes, so I have this
24    exhibit in front of me.
25         Q    And can you tell us, what is this
```