# EXHIBIT 14

## STIPULATION OF DEFENDANT MICHAEL BEN-JACOB AND PLAINTIFF SKATTEFORVALTNINGEN CONCERNING TOLLING AGREEMENTS

Defendant Michael Ben-Jacob and Plaintiff Skatteforvaltningen ("SKAT") hereby stipulate to the following:

SKAT consents on behalf of SKAT only to the public filing of the Tolling Agreements between SKAT and certain pension plans and related parties, also known as the "Covered Parties," that were signed by counsel for the Covered Parties on April 13, 2018; July 11, 2018; September 28, 2018; and October 30, 2018.

Michael Ben-Jacob is a Covered Party pursuant to the terms of these Tolling Agreements.

Dated: May 10, 2024
      New York, New York

By: */s/ Thomas E.L. Dewey*                      By: */s/ Marc A. Weinstein*
Thomas E.L. Dewey                               Marc A. Weinstein
Dewey Pegno & Kramarsky LLP             Hughes Hubbard & Reed LLP
777 Third Avenue – 29th Floor               One Battery Park Plaza 17th Floor
New York, New York 10017                  New York, NY 1004
Tel.: (212) 943-9000                                  (212) 837-6460
tdewey@dpklaw.com                           marc.weinsten@hugheshubbard.com

*Counsel for Defendant*                          *Counsel for Plaintiff SKAT*
*Michael Ben-Jacob*