# Exhibit 3

CONFIDENTIAL
John Van Merkensteijn - April 19, 2021
Page 1

```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2              CASE NO.  18-MD-2865 (LAK)

3      _____
                                              )
4      IN RE:                                 )
                                              )
5      CUSTOMS AND TAX ADMINISTRATION OF      )
       THE KINGDOM OF DENMARK                 )
6      (SKATTEFORVALTNINGEN) TAX REFUND       )
       SCHEME LITIGATION                      )
7                                             )
       This document relates to case nos.     )
8      19-cv-01783; 19-cv-01788; 19-cv-01794; )
       19-cv-01798; 19-cv-01918               )
9      _____)

10

11

12             C O N F I D E N T I A L

13

14

15     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                    EXAMINATION OF

17                 JOHN VAN MERKENSTEIJN

18                 DATE: April 19, 2021

19

20

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
John Van Merkensteijn - April 19, 2021

Page 2

1        TRANSCRIPT of the videotaped deposition
2    of the witness, called for Oral Examination in the
3    above-captioned matter, said deposition being taken
4    by and before MICHAEL FRIEDMAN, a Notary Public and
5    Certified Court Reporter of the State of New Jersey,
6    via WEBEX, ALL PARTIES REMOTE, on April 19, 2021,
7    commencing at approximately 10:32 in the morning.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL
John Van Merkensteijn - April 19, 2021

Page 238

```
 1    there was a point in time where you had your
 2    plans stop trading, I think you mentioned,
 3    because of an article that came out.
 4            Do you remember that?
 5       A    Yes.
 6       Q    All right.  In this e-mail here,
 7    Mr. Markowitz is sending a link to a Wall
 8    Street Journal article on January 14th of
 9    2015.
10       A    Right.
11       Q    And then it looks like you forward
12    that on to Michael Ben-Jacob.
13       A    Anything I saw I would forward to
14    him.
15       Q    Okay.  And can you look at
16    Exhibit 2305 and see if you can identify that
17    as the article that was being circulated?
18            MR. WEINSTEIN:  Mark this as 2305.
19            (Whereupon the above mentioned was
20        marked for Identification.)
21       A    I don't remember.
22       Q    Okay.  Do you see it has the same
23    title as what Mr. Markowitz put in his
24    e-mail?
25       A    Yes, I see that.
```

CONFIDENTIAL
John Van Merkensteijn - April 19, 2021

Page 245

1         C E R T I F I C A T E
2             I, MICHAEL FRIEDMAN, a Certified Court
3    Reporter and Notary Public, qualified in and for
4    the State of New Jersey do hereby certify that
5    prior to the commencement of the examination JOHN
6    VAN MERKENSTEIJN was duly sworn by me to testify to
7    the truth the whole truth and nothing but the
8    truth.
9             I DO FURTHER CERTIFY that the foregoing
10   is a true and accurate transcript of the testimony
11   as taken stenographically by and before me at the
12   time, place and on the date hereinbefore set forth.
13            I DO FURTHER certify that I am neither a
14   relative of nor employee nor attorney nor counsel
15   for any of the parties to this action, and that I
16   am neither a relative nor employee of such attorney
17   or counsel, and that I am not financially
18   interested in the action.
19
20
21   _____
22   MICHAEL FRIEDMAN, CCR of the
23   State of New Jersey
24   License No: 30XI00228600
25   Date: April 20, 2021