# Exhibit 6

CONFIDENTIAL
Michael Ben-Jacob - October 12, 2021

Page 329

```
1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
2                 MASTER DOCKET 18-MD-2865(LAK)
                     CASE NO. 18-CV-09797
3
   _____
4                                          )
   IN RE:                                  )
5                                          )
   CUSTOMS AND TAX ADMINISTRATION OF       )
6  THE KINGDOM OF DENMARK                  )
   (SKATTEFORVALTNINGEN) TAX REFUND        )
7  SCHEME LITIGATION                       )
                                           )
8  _____)
9
10
11
12              C O N F I D E N T I A L
13
14
15     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
16                    EXAMINATION OF
17                  MICHAEL BEN-JACOB
18                      VOLUME II
19                DATE: October 12, 2021
20
21
22
23
24
25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Michael Ben-Jacob - October 12, 2021

Page 330

1
2
3
4
5         TRANSCRIPT of the continued videotaped
6    deposition of the witness, Volume II, called for
7    Oral Examination in the above-captioned matter, said
8    deposition being taken by and before MICHAEL
9    FRIEDMAN, a Notary Public and Certified Court
10   Reporter of the State of New Jersey, via WEBEX, ALL
11   PARTIES REMOTE, on October 12, 2021, commencing at
12   approximately 9:47 in the morning.
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL
Michael Ben-Jacob - October 12, 2021

Page 348

```
1        Q    Well, anything you did to satisfy
2    yourself that you could sign the declarations
3    concerning Belgium other than have this
4    conversation with the client group and
5    receive the Freshfields opinion?
6        A    I can't recall now what other steps
7    I may or may not have taken at the time other
8    than the two things that we've already
9    mentioned.
10       Q    Did you sign any declaration in
11   connection with any reclaim applications to
12   Germany?
13       A    I believed that I did or authorized
14   them to be signed.
15       Q    And what did you do to satisfy
16   yourself that you could appropriately sign a
17   declaration of beneficial ownership
18   concerning German shares?
19       A    I generally recall having
20   conversations with clients or the client
21   group with respect to the understanding of
22   beneficial ownership as it related to the
23   German shares.
24            I also recall generally having
25   conversations as to an opinion with -- in
```

CONFIDENTIAL
Michael Ben-Jacob - October 12, 2021

Page 349

```
1    relation to those shares and in which they
2    ultimately provided to me from Norton Rose,
3    if I remember the law firm correctly.
4            I also recall generally that at the
5    time Kaye Scholer had an office in Frankfurt,
6    and there was some discussions with some of
7    the attorneys there but I can't recall with
8    respect to the discussions with the attorneys
9    in Frankfurt, the Kaye Scholer attorneys in
10   Frankfurt, what exactly the topics were, but
11   I do recall reaching out to them on German
12   law issues.
13       Q    And do you recall anything of what
14   you've heard from your colleagues in
15   Frankfurt?
16       A    I -- I do not at this time recall
17   what the topics were that were discussed with
18   the Kaye Scholer colleagues in the Frankfurt
19   office.
20       Q    Sir, could I ask you to turn to
21   Exhibit 4486.
22            MR. MAGUIRE:  Mark 4486.
23            (Whereupon the above mentioned was
24       marked for Identification.)
25       A    Yes, I have it here.
```

CONFIDENTIAL
Michael Ben-Jacob - October 12, 2021

Page 445

1        C E R T I F I C A T E
2
3           I, MICHAEL FRIEDMAN, a Certified Court
4    Reporter and Notary Public, qualified in and for
5    the State of New Jersey do hereby certify that
6    prior to the commencement of the examination
7    MICHAEL BEN-JACOB was duly affirmed by me to
8    testify to the truth the whole truth and nothing
9    but the truth.
10          I DO FURTHER CERTIFY that the foregoing
11   is a true and accurate transcript of the testimony
12   as taken stenographically by and before me at the
13   time, place and on the date hereinbefore set forth.
14          I DO FURTHER certify that I am neither a
15   relative of nor employee nor attorney nor counsel
16   for any of the parties to this action, and that I
17   am neither a relative nor employee of such attorney
18   or counsel, and that I am not financially
19   interested in the action.
20                    _[signature]_
21          _____
22          MICHAEL FRIEDMAN, CCR of the
23          State of New Jersey
24          License No:  30XI00228600
25          Date:  October 13, 2021