# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SKAT TAX REFUND SCHEME LITIGATION<br><br>This document relates to:<br><br>18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01781; 19-cv-01783; 19-cv-01866; 19-cv-01794; 19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800; 19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-01792; 19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929; 19-cv-01803; 19-cv-01806; 19-cv-01801; 19-cv-01894; 19-cv-01808; 19-cv-01810; 19-cv-01809; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818; 19-cv-01931; 19-cv-01918; 19-cv-01873; 21-cv-05339. | Case No. 1:18-md-2865-LAK |

**AFFIDAVIT OF DANIEL T. NGUYEN IN SUPPORT OF**
**MOTION FOR ADMISSION**
**PRO HAC VICE**

2678397

Daniel T. Nguyen, being duly sworn, hereby states as follows:

1. I am an associate with the law firm Keker, Van Nest & Peters LLP.

2. I submit this affidavit in support of my motion for admission *Pro Hac Vice* in the above-captioned matter, including the listed related matters.

3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the State of California.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings presently against me in any State or Federal court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as *Pro Hac Vice* counsel for Defendant Michael Ben-Jacob in the above-captioned matter.

May 23, 2024                                                                 Respectfully submitted,

*Daniel Nguyen*
DANIEL T. NGUYEN

CLEAR

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**   CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of San Francisco )

On May 21, 2024 before me, Roseann Cirelli, Notary Public
_____Date_____   _____Here Insert Name and Title of the Officer_____

Personally appeared Daniel T. Nguyen
_____Name(s) of Signer(s)_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Roseann Cirelli_
_____Signature of Notary Public_____

[Notary Seal: ROSEANN CIRELLI, COMM. # 2392710, NOTARY PUBLIC - CALIFORNIA, SAN FRANCISCO COUNTY, COMM. EXPIRES FEB. 28, 2026]

Place Notary Seal Above

-------- OPTIONAL --------
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: Affdt of Daniel T. Nguyen ISO PAV  Document Date: 05-21-24
Number of Pages: 3    Signer(s) Other Than Named Above: n/a

**Capacity(ies) Claimed by Signer(s)**
Signer's Name _____
☐ Corporate Officer—Title(s) _____
☐ Partner   ☐ Limited   ☐ General
☒ Individual   ☐ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator
☐ Other _____
Signer Is Representing _____

Signer's Name _____
☐ Corporate Officer—Title(s) _____
☐ Partner   ☐ Limited   ☐ General
☐ Individual   ☐ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator
☐ Other _____
Signer Is Representing _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5907



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### DANIEL NGUYEN

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that DANIEL NGUYEN, #348035, was on the 22nd day of December, 2022 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 14th day of May 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Robert R. Toy, Senior Deputy Clerk