UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:<br>18-cv-07824; 18-cv-07827; 18-cv-07828; 18-cv-07829; 19-cv-01781; 19-cv-01783; 19-cv-01785; 19-cv-01788; 19-cv-01791; 19-cv-01792; 19-cv-01794; 19-cv-01798; 19-cv-01800; 19-cv-01801; 19-cv-01803; 19-cv-01806; 19-cv-01808; 19-cv-01809; 19-cv-01810; 19-cv-01812; 19-cv-01813; 19-cv-01815; 19-cv-01818; 19-cv-01866; 19-cv-01867; 19-cv-01868; 19-cv-01869; 19-cv-01870; 19-cv-01871; 19-cv-01873; 19-cv-01894; 19-cv-01896; 19-cv-01918; 19-cv-01922; 19-cv-01926; 19-cv-01928; 19-cv-01929; 19-cv-01931; 19-cv-10713; 21-cv-05339. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**DECLARATION OF MARC A. WEINSTEIN IN SUPPORT OF PLAINTIFF SKATTEFORVALTNINGEN'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

I, Marc A. Weinstein, an attorney duly admitted to practice law before the courts of the State of New York, hereby declare under penalty of perjury:

1. I am a partner at Hughes Hubbard & Reed LLP, counsel for Plaintiff Skatteforvaltningen ("SKAT") in these actions. I am fully familiar with the matters set forth in this declaration.

2. I submit this declaration in support of SKAT's Opposition to Defendants' Motions for Summary Judgment.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of Richard Markowitz, dated April 8, 2021 (Vol. 1).

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Richard Markowitz, dated April 9, 2021 (Vol. 2).

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of the deposition of Robert Klugman, dated January 28, 2021.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the deposition of Christian Ekstrand, dated May 6, 2021 (Vol. 1).

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the deposition of Christian Ekstrand, dated May 7, 2021 (Vol. 2).

8. Attached hereto as Exhibit 6 is a true and correct copy of the Bates-stamped document WH_MDL_00222425, produced by the Markowitz Defendants in this litigation.

I, MARC A. WEINSTEIN, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       May 31, 2024

                                    /s/ Marc A. Weinstein
                                    Marc A. Weinstein