# Exhibit 1

Page 1

```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
 2                    CASE NO.  18-MD-2865 (LAK)

 3         _____
                                                 )
 4         IN RE:                                )
                                                 )
 5         CUSTOMS AND TAX ADMINISTRATION OF     )
           THE KINGDOM OF DENMARK               )
 6         (SKATTEFORVALTNINGEN) TAX REFUND      )
           SCHEME LITIGATION                    )
 7                                               )
           This document relates to case nos.   )
 8         19-cv-01783; 19-cv-01788; 19-cv-01794; )
           19-cv-01798; 19-cv-01918             )
 9         _____)

10

11

12                   C O N F I D E N T I A L

13             SUBJECT TO THE PROTECTIVE ORDER

14

15

16      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

17                      EXAMINATION OF

18                   RICHARD MARKOWITZ

19                  DATE: April 8, 2021

20

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

```
 1     R I C H A R D   M A R K O W I T Z,

 2            called as a witness, having been first

 3     duly sworn according to law, testifies as follows:

 4

 5

 6

 7     EXAMINATION BY MR. WEINSTEIN:

 8         Q    Good morning, Mr. Markowitz.

 9            MR. BONGIORNO:  Marc, before we get

10         going, I just wanted to mention that

11         Mr. Markowitz is diabetic and we're

12         going to have to just keep a close eye

13         on his levels.  So every, I don't know,

14         45, 50, 55 minutes or so, we're just

15         going to ask that he check it, see

16         whether or not he needs a break or a

17         snack or anything.  But I didn't want

18         to -- I'm obviously trying to do it in a

19         way that doesn't interrupt the flow of

20         the deposition.  I just wanted to let

21         you know.

22            MR. WEINSTEIN:  Right.  Thank you.

23         I appreciate that, and we'll accommodate

24         any needs there.

25         Q    Mr. Markowitz, my name is Marc
```

Confidential — Subject to The Protective Order
Richard Markowitz — April 8, 2021

Page 137

```
 1            And ultimately they didn't find you
 2    another leverage provider?
 3            MR. BONGIORNO:  Objection.
 4        A    I disagree with the premise of your
 5    question.
 6        Q    Okay.  Ultimately, were they able
 7    to provide -- to find another leverage
 8    provider?
 9        A    No.
10        Q    Can you turn, please, to
11    Exhibit 2116?
12            MR. WEINSTEIN:  Mark this as 2116.
13            (Whereupon the above mentioned was
14        marked for Identification.)
15            MR. BONGIORNO:  Marc, maybe after
16        you finish with this one, we can take
17        our next break?
18            MR. WEINSTEIN:  Yeah.
19        Q    So Mr. Shah sends you an e-mail in
20    April of 2012 asking if you have a pension
21    fund in the U.S. that can be used for trading
22    equities and derivatives.
23            Do you recall receiving that from
24    him?
25        A    Yes.
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 8, 2021

Page 138

```
 1          Q    At the time that you got it, did
 2    you have a pension fund in the U.S. that
 3    could be used for trading equities and
 4    derivatives?
 5          A    I don't recall.
 6          Q    Okay.  Did you understand that this
 7    question was in the context of dividend --
 8    the dividend arbitrage strategy?
 9          A    Yes.
10          Q    Do you recall what your response
11    was to Mr. Shah?
12          A    No.
13          Q    Did you end up setting up a pension
14    fund in the U.S. to be used for trading
15    equities or derivatives as part of a dividend
16    arbitrage strategy?
17          A    Yes.
18          Q    Okay.  And what pension plans did
19    you set up to be used for that purpose?
20          A    RJM Capital Pension Plan, among
21    others.
22          Q    When was RJM Capital Pension Plan
23    established?
24          A    Sometime in 2013.
25          Q    Okay.  Did -- along with your
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 8, 2021

Page 139

```
 1    fellow principals at Argre, did you establish

 2    a pension plan in response to Mr. Shah's

 3    question of whether you had one to trade

 4    equities and derivatives?

 5              MR. BONGIORNO:  Objection.

 6        A    Yes.

 7        Q    Was that the Michelle Pension Plan?

 8        A    Yes.

 9        Q    Do you recall when that was

10    established?

11        A    Sometime in 2012.

12        Q    Okay.  It's shortly after -- well,

13    withdrawn.

14              Did you and the Argre principals

15    establish any other pension plans in 2012 for

16    the same purpose?

17        A    Yes.

18        Q    Which pension plans did you

19    establish?

20        A    Xiphias Pension Plan.

21        Q    Any others?

22        A    Remece Pension Plan or Remece

23    Investments Pension Plan.

24        Q    Any others?

25        A    Could you clarify what time frame
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 8, 2021

1    you're talking about.

2        Q    Yeah.  In 2012, you know, not too

3    long after this e-mail that we're looking at.

4        A    Yes, all those plans were

5    established as of January 1, 2012.

6        Q    They were established as of

7    January 1, 2012?

8        A    Yes.

9        Q    Okay.  They weren't established

10   after receiving this e-mail from Mr. Shah?

11       A    The advice we received is that no

12   matter when in the year you establish the

13   plan, they are effective as of the first day

14   of the year that they're established.

15            So January 1, 2012 is the

16   establishment date of all those plans.

17       Q    Well, you understand I didn't ask

18   you what the effective date was.  I asked you

19   when you actually established the plans.

20            When were they set up?

21       A    I'm sorry.  If someone can repeat

22   what was said?  I thought you said "as of,"

23   and the plans were established as of -- in my

24   mind, that's the date that they were

25   effective, "as of."

```
 1          Q    When were they set up,

 2     Mr. Markowitz?

 3          A    During 2012.

 4          Q    Okay.  And shortly after receiving

 5     this e-mail from Mr. Shah.

 6               Correct?

 7          A    Yes.

 8          Q    Okay.

 9               MR. WEINSTEIN:  All right.  Why

10          don't we take the break, Michael?

11               MR. BONGIORNO:  Okay.

12               THE VIDEOGRAPHER:  Stand by.  The

13          time is 1:59 p.m. and we're going off

14          the record.

15               (Brief recess taken.)

16               THE VIDEOGRAPHER:  Stand by.  The

17          time is 2:07 p.m. and we're back on

18          record.

19          Q    Mr. Markowitz, can you turn to

20     what's been marked Exhibit 2119?

21               MR. WEINSTEIN:  Mark this as 2119.

22               (Whereupon the above mentioned was

23          marked for Identification.)

24          A    Okay.

25          Q    In the bottom of the e-mail, you
```