# Exhibit 2

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 306

```
1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
2                CASE NO.  18-MD-2865 (LAK)

3    _____
                                          )
4    IN RE:                               )
                                          )
5    CUSTOMS AND TAX ADMINISTRATION OF    )
     THE KINGDOM OF DENMARK               )
6    (SKATTEFORVALTNINGEN) TAX REFUND     )
     SCHEME LITIGATION                    )
7                                         )
     This document relates to case nos.   )
8    19-cv-01783; 19-cv-01788; 19-cv-01794; )
     19-cv-01798; 19-cv-01918             )
9    _____)

10

11

12              C O N F I D E N T I A L

13           SUBJECT TO THE PROTECTIVE ORDER

14

15

16   CONTINUED REMOTE VTC VIDEOTAPED DEPOSITION UNDER

17                  ORAL EXAMINATION OF

18                   RICHARD MARKOWITZ

19                       VOLUME II

20                   DATE: April 9, 2021

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

GregoryEdwards, LLC  |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 317

```
 1    R I C H A R D  M A R K O W I T Z,
 2           called as a witness, having been first
 3    duly sworn according to law, testifies as follows:
 4
      CONTINUED EXAMINATION BY MR. WEINSTEIN:
 5
 6         Q    Mr. Markowitz, if you can turn to
 7    Exhibit 2133, please?
 8              Did each of the partnerships listed
 9    in this exhibit earn profits from the Danish
10    dividend arbitrage strategy?
11         A    (Witness reviewing.)
12              MR. BONGIORNO:  Objection.
13         A    I don't recall.
14         Q    Did the partnerships earn profits
15    from any other investing activity other than
16    the Danish dividend arbitrage strategy?
17         A    Yes.
18         Q    What other investment strategies
19    did these partnerships earn money from?
20         A    Dividend arbitrage investments.
21         Q    So their profits were generated
22    entirely by dividend arbitrage strategies?
23         A    Yes.
24         Q    Did those strategies involve
25    Denmark and Belgium?
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 346

```
 1        Q    Was anyone else a participant in
 2   that plan?
 3        A    My wife.
 4        Q    What prompted you to open a
 5   custodial account with Indigo for the Routt
 6   Capital plan?
 7        A    The opportunity was offered to me
 8   by my former -- by my then to be former
 9   partners, Mr. Stein and Mr. Lhote.  And it
10   was at a time when there was a business
11   dispute between ourselves and potentially
12   Solo Capital.
13        Q    What was that business dispute?
14        A    My partners, Mr. Stein and
15   Mr. Lhote, informed me and Mr. Van
16   Merkensteijn in late 2013 or early 2014 that
17   they no longer wanted to work with us as a
18   group or on group investments and projects,
19   and that they had made an investment in a
20   bank in Europe, and that that bank would
21   become a custodian for, among other things,
22   dividend arbitrage strategies, and that they
23   had worked with former Solo employees to
24   establish that platform.
25        Q    Was that North Channel Bank?
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 350

```
1     money from earlier trading in 2015, they've
2     been dormant, as far as investing goes, since
3     2014?
4          A    Yes.
5          Q    Was -- did you and Mr. Van
6     Merkensteijn intend to continue with the
7     dividend arbitrage strategy without the
8     involvement of your former Argre partners?
9          A    Our -- my preference, I can't speak
10    for Mr. Van Merkensteijn, my preference would
11    have been to continue the
12    relationship -- professional relationship we
13    had established with Solo Capital and
14    continue to have investment vehicles invest
15    in that strategy or others with Solo Capital
16    acting as a custodian.
17              That would have been my -- that was
18    my preference.
19         Q    Was that done?
20         A    Yes.
21         Q    What vehicles were used to pursue
22    that strategy of dividend arbitrage using
23    Solo Capital?
24              MR. BONGIORNO:  Objection.
25         A    Can you repeat the question,
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 351

```
 1     please?
 2          Q    Yeah.  What vehicles were used to
 3     pursue that strategy with Solo Capital?
 4          A    U.S. pension plans.
 5          Q    Were those new pension plans or the
 6     ones you had been using with Argre?
 7               MR. BONGIORNO:  Objection.
 8          A    Primarily new plans.
 9          Q    Can you turn to Exhibit
10     Number 2265?
11               MR. WEINSTEIN:  Mark this as 2265.
12               (Whereupon the above mentioned was
13          marked for Identification.)
14          Q    That's in the second day's binder.
15     Okay.
16               If you turn to the last page of
17     that e-mail chain, it starts with an e-mail
18     from Peter Wells to you and Mr. Van
19     Merkensteijn.
20               He says, "I wanted to follow up
21     with you both on the status of the additional
22     information regarding the new ex-dividend
23     trades.  As you -- we recall, you were going
24     to provide us with, among other things, a
25     list of who is going to be involved in the
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 378

1    Ben-Jacob as attorney in fact and lawful
2    agent to do the things that are listed in
3    this document?
4       A   We had been working with
5    Kaye Scholer, Mr. Wells, Mr. Ben-Jacob for a
6    number of years.  They were concluded
7    reviewing all of the documentation that we
8    entered into with third parties, review of
9    structures, working with us to develop and
10   implement certain structures.
11        And I was comfortable and confident
12   that providing this power of attorney to
13   Mr. Ben-Jacob in order to fulfill the
14   authorities listed here was a good business
15   and legal decision.
16      Q   Was Mr. Ben-Jacob, in effect,
17   substituting for the role that Mr. LaRosa had
18   played with the earlier plans?
19      A   No.
20      Q   Okay.  So among the things which
21   you granted Mr. Ben-Jacob the authority to do
22   was to execute any and all documents and
23   forms related to the organization and
24   establishment of the entities.
25        Did Mr. Ben-Jacob actually perform

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 379

```
 1     that role?
 2          A    I don't recall.
 3          Q    Well, did Mr. Ben-Jacob -- well,
 4     withdrawn.
 5               Did Kaye Scholer assist with the
 6     establishment of the new LLCs and pension
 7     plans?
 8          A    Yes.
 9          Q    Okay.  And was that true for all 40
10     of the new LLCs and pension plans?
11          A    No.
12          Q    And not all of them were new.
13               Is that correct?
14          A    Yes.
15          Q    Okay.  So, of the 40 LLCs and
16     pension plans, for those that were newly
17     established in 2014, did Kaye Scholer assist
18     in establishing them?
19          A    Yes.
20          Q    Was it your understanding that each
21     of the plan participants for those new
22     pension plans signed a similar limited power
23     of attorney granting Mr. Ben-Jacob the power
24     to do the same things?
25          A    I don't recall.
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 380

```
1          Q    Okay.  Item 2 is "execute any and
2     all forms and documents with the financial
3     institutions that shall be necessary to
4     establish bank, investment, security, and
5     custody accounts," and then it goes on.
6               Did Kaye Scholer perform that
7     service on behalf of the newly established
8     pension plans?
9          A    I don't recall.
10         Q    Okay.  Do you recall if
11    Kaye Scholer helped with the onboarding
12    process that any of the custodians used for
13    the trading going forward?
14         A    Yes.
15         Q    What did they do to assist with the
16    onboarding process?
17         A    They worked with the legal and
18    compliance teams at Old Park Lane or Solo,
19    reviewed documents on our behalf.  And, in
20    some points, it filled out documents for our
21    review, completed the documentation process.
22         Q    Okay.  Did Kaye Scholer assist in
23    onboarding with brokers?
24         A    Yes.
25         Q    The similar kind of assistance that
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 381

```
 1     you just described for the custodians?
 2          A    Yes.
 3          Q    Item 3 says, "Execute any and all
 4     forward sales contracts, security lending
 5     agreements, guarantee deeds, custody
 6     agreements, tax reclaim agreements, and any
 7     such other related documents in connection
 8     with the transactions."
 9               Did Kaye Scholer perform that
10     service?
11          A    I don't recall.
12               MR. BONGIORNO:  Yeah, we couldn't
13          hear that last question, but we know you
14          were reading from Item 3, so it's just
15          assumed that you obviously have probably
16          read it from the document.  But we
17          couldn't hear it at all.
18               MR. WEINSTEIN:  Okay.
19          Q    For this group of 40 pension plans,
20     did the dividend arbitrage strategy include
21     the execution of forward sales contracts?
22          A    Yes.
23          Q    Okay.  And was the forward sale
24     contract a part of each and every transaction
25     for the dividend arbitrage strategy?
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 382

1    A    In which time frame?
2    Q    Now I'm just focused on the trading
3    done by the 40 plans.
4    A    Yes.
5    Q    Did Kaye Scholer assist at all with
6    respect to the forward sales contracts that
7    were entered into by the 40 pension plans?
8    A    Yes.
9    Q    How did they assist with that?
10   A    They received and reviewed the
11   documentation, and advised us, if necessary,
12   on the terms of those agreements.
13   Q    For each purchase of Danish
14   securities by any of the 40 pension plans,
15   was there an associated securities lending
16   agreement for the shares?
17   A    No.
18   Q    Okay.  Did the dividend arbitrage
19   strategy regarding Denmark work the same way
20   for these 40 pension plans as it did for the
21   plans involved with the Argre group?
22   A    No.
23   Q    How did it differ?
24   A    There were different participants,
25   there was a different fee arrangement, and

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 383

```
1    Solo Capital developed an automated trading
2    algorithm that their customers could take
3    advantage of and use to assist with the
4    execution and implementation of trading
5    strategies.
6         Q    Okay.  I want to just focus on the
7    transactions that were executed as part of
8    the dividend arbitrage strategy when the 40
9    plans were involved.
10             Was there always -- there was a
11   purchase of Danish shares.
12             Would that be right?
13        A    Yes, yes.
14        Q    Okay.  Was there a -- at the same
15   time, would the plan enter into a hedging
16   forward contract?
17        A    Yes.
18        Q    Okay.  And by the settlement date
19   for the purchase of the shares, would the
20   plan enter into a stock lending agreement in
21   which it loaned the shares in exchange for
22   money?
23        A    No.
24        Q    Okay.  And during that period of
25   time, how did the 40 pension plans purchase
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 384

```
1     the stock?
2          A     They lent stock and in return
3     received cash collateral.
4          Q     Okay.  And so, on each occasion
5     that one of the 40 pension plans purchased
6     Danish stock, it also lent that stock out in
7     exchange for cash collateral.
8                Is that right?
9          A     Yes.
10         Q     And the cash collateral in each
11    case was used to purchase the stock?
12         A     In addition to other assets that
13    the pension plan had in its custody account
14    or received in its custody account.
15         Q     Okay.  Was it true that in each
16    case in which it entered into that stock
17    lending agreement, the cash collateral that
18    it received in return for lending the stock
19    was the same amount as the purchase price of
20    the securities?
21         A     The amounts were equal, yes.
22         Q     Did Kaye Scholer assist in
23    connection with the securities lending
24    transactions that you've just described?
25         A     They reviewed the master securities
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 385

1     lending agreements, provided advice, assisted
2     in negotiating terms to finalize those
3     agreements.
4          Q   Okay.  There's a reference in
5     Number 3 to "tax reclaim agreements."
6              Are those the agreements with the
7     payment agents?
8          A   Yes.
9          Q   Okay.  And did Kaye Scholer assist
10    with respect to that aspect of the strategy?
11         A   As our lawyers, they reviewed the
12    documentation and provided us with advice and
13    counsel on those documents.
14         Q   Is there any aspect of the trading
15    that was done by the 40 pension plans as part
16    of the dividend arbitrage strategy that
17    Kaye Scholer was not aware of?
18             MR. BONGIORNO:  Objection.
19         A   We provided them all the
20    information they needed, answered any
21    questions they had.  With respect to actual
22    trades that occurred, I don't believe we sent
23    them information about each and every trade.
24             So the answer to your question is
25    no, they were not involved in every aspect.