# Exhibit 3

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.  18-MD-2865 (LAK)

 3   _____
                                           )
 4   IN RE:                                )
                                           )
 5   CUSTOMS AND TAX ADMINISTRATION OF     )
     THE KINGDOM OF DENMARK                )
 6   (SKATTEFORVALTNINGEN) TAX REFUND      )
     SCHEME LITIGATION                     )
 7                                         )
     This document relates to case nos.    )
 8   19-cv-01783; 19-cv-01788; 19-cv-01794;)
     19-cv-01798; 19-cv-01918              )
 9   _____)

10

11

12

13

14      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                    EXAMINATION OF

16                    ROBERT KLUGMAN

17                 DATE: January 28, 2021

18

19

20

21

22

23

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Robert Klugman - January 28, 2021

Page 13

```
1      R O B E R T  K L U G M A N,
2              called as a witness, having been first
3      duly sworn according to law, testifies as follows:
4
5
6      EXAMINATION BY MR. MAGUIRE:
7          Q    Good morning, Mr. Klugman?
8          A    Good morning.
9          Q    So I'm Bill Maguire and I represent
10     the plaintiff who I'm going to call SKAT.
11     And I will ask you questions today.
12              We need a clear record, so could I
13     ask you, please, if there's any question that
14     I ask you that you don't understand, please
15     let me know and give me a chance to fix the
16     question.
17         A    Okay.  Just one question before we
18     start.  Your audio is a little -- I don't
19     know if I'm the only person to hear the
20     audio.
21              It's a little fuzzy compared to the
22     other two previous speakers.
23         Q    I will move a little closer.
24              Is that a little better?
25         A    A little better, yes.
```

```
1    scheme?
2        A    I'm not sure how I would describe
3    it, but it wasn't -- it was in line with the
4    role of lawyers that I've worked with, you
5    know, throughout my entire career from big
6    law firms.
7             It was just, generally speaking,
8    making sure everything was done correctly.
9        Q    And how did Kaye Scholer know how
10   you were doing in the Danish trades?
11       A    Well, they were -- again, in
12   general, involved in every aspect.  And this
13   is before I got there, so I assume there was,
14   you know, two-plus years of learning because
15   I was -- I was definitely behind the curve.
16            But from what I saw, it was -- you
17   know, kind of from -- to use an overused
18   expression, "from womb to tomb," they helped
19   us in setting up the entities, they helped in
20   getting us to be approved clients of the
21   entities.  They knew what trades were going
22   on.
23            They helped us with tax issues,
24   securities law issues, reporting issues,
25   yeah, just in line with how I've worked with
```