# Exhibit 4

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              MASTER DOCKET 18-MD-2865(LAK)
                   CASE NO. 18-CV-09797
 3
     _____
 4                                          )
     IN RE:                                 )
 5                                          )
     CUSTOMS AND TAX ADMINISTRATION OF      )
 6   THE KINGDOM OF DENMARK                 )
     (SKATTEFORVALTNINGEN) TAX REFUND       )
 7   SCHEME LITIGATION                      )
                                            )
 8   _____)
 9
10
11
                *************************************
12              *                                   *
13              *           CONFIDENTIAL            *
                *                                   *
14              *************************************
15
16
17      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
18                      EXAMINATION OF
19              CHRISTIAN EKSTRAND - VOLUME I
20                   DATE: May 6, 2021
21
22
23
24
25      REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

Page 11

```
1            VIDEO OPERATOR:  We are now on
2    record.  This is the remote video recorded
3    deposition of Christian Ekstrand.
4            Today is Thursday, May 6, 2020.
5    The time is now 6:02 a.m. New York time.
6            We are here in the matter of In Re
7    Custom and Tax Administration of the Kingdom
8    of Denmark, et al.  All counsel have been
9    noted on record.
10           My name is Jose Rivera, remote
11   video technician on behalf of Gregory Edwards
12   LLC.
13           At this time, will the reporter,
14   Charlene Friedman, on behalf of Gregory
15   Edwards LLC, please swear in the interpreter.
16
17   I N G D R   G R E G E R S E N,
18           Called as the official interpreter in
19   this action, was duly sworn to faithfully translate
20   the questions to the witness from English to
21   Danish, and the answers from Danish to English.
22
23   C H R I S T I A N   E K S T R A N D,
24           called as a witness, having been first duly sworn
25   according to law, testifies as follows:
```

CONFIDENTIAL
Christian Ekstrand - May 6, 2021

Page 161

```
 1    issue in this case?
 2         A    I don't remember specifically.
 3         Q    Do you remember roughly what year?
 4         A    So there was a process first where
 5    we reviewed the applications that we had
 6    received, but where we had yet to pay out any
 7    refunds.  And in that process we uncovered
 8    that many of these applications were not
 9    actually entitled to receive a refund.
10              Then we began the process of
11    revoking previous positions that we had made
12    because there were many repetitions.
13              So I think that we were around
14    2017, but this is guesswork.  It would be
15    stated in the letters.
16         Q    Were applications identified for
17    review for potential revocation?
18         A    Are we talking about applications
19    or applicants?
20         Q    So I want to understand the
21    process.
22              At some point, you become aware of
23    a -- allegations of fraud, correct?
24         A    Yes.
25         Q    And do you then determine that
```

```
 1    there are pending applications by parties who
 2    are suspected to have engaged in the fraud?
 3         A    So on August 6, 2015, we decided to
 4    stop making refunds.  And we were aware that
 5    we currently, at the time, had applications
 6    for refunds.
 7              We did not have a full
 8    understanding of how many applications were
 9    involved.  And that's where we spent the
10    following period to -- to find out.
11         Q    And did you first make the decision
12    to not pay pending reclaims before you made
13    the decision to cancel prior-approved
14    reclaims?
15         A    So on August 6th, and that is when
16    we discovered that there was actually
17    substance to those things that we had
18    received from various parties of fraudulent
19    behavior, which is why we decided to stop
20    refunding applications and decided to go
21    through the -- the many applications that we
22    had and tried to calculate the amount in
23    question of the fraud that had been going on.
24              And then, once we had calculated
25    the amount involved in the fraud, then we
```