# Exhibit 5

CONFIDENTIAL
Christian Ekstrand - May 7, 2021

Page 183

```
1                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
2                  MASTER DOCKET 18-MD-2865(LAK)
                      CASE NO. 18-CV-09797
3
   _____
4                                        )
   IN RE:                                )
5                                        )
   CUSTOMS AND TAX ADMINISTRATION OF     )
6  THE KINGDOM OF DENMARK                )
   (SKATTEFORVALTNINGEN) TAX REFUND      )
7  SCHEME LITIGATION                     )
                                         )
8  _____)
9
10
11
12         ************************************
           *                                  *
13         *            CONFIDENTIAL          *
           *                                  *
14         ************************************
15
16
17     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

18                     EXAMINATION OF

19              CHRISTIAN EKSTRAND - VOLUME II

20                  DATE: May 7, 2021

21

22

23

24

25     REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

1          VIDEO OPERATOR:  We are now on
2    record.  This is the continued remote video
3    deposition of Christian Ekstrand.
4          Today is Friday, May 7, 2020.  The
5    time is now 6:01 a.m. New York time.
6          We are here in the matter of In Re
7    Custom and Tax Administration Kingdom of
8    Denmark et al.  All counsel have been noted
9    on record.
10         My name is Jose Rivera, remote
11   video technician on behalf of Gregory Edwards
12   LLC.  At this time, will the reporter,
13   Charlene Friedman, on behalf of Gregory
14   Edwards LLC, please re-swear in the
15   interpreter and the witness.
16
17   I N G D R   G R E G E R S E N,
18         Called as the official interpreter in
19   this action, was duly sworn to faithfully translate
20   the questions to the witness from English to
21   Danish, and the answers from Danish to English.
22
23   C H R I S T I A N  E K S T R A N D,
24         called as a witness, having been first duly
25   sworn according to law, testifies as follows:

CONFIDENTIAL
Christian Ekstrand - May 7, 2021

Page 197

```
 1      A     No.
 2      Q     Who did you directly report into?
 3      A     Into my department manager, Lill
 4   Drost.
 5      Q     Okay.  So what is the first you
 6   learn about this issue in June of 2015?
 7      A     We had a meeting at the time that
 8   we --
 9            MR. SCHOENFELD:  I'm sorry.  Can we
10   pause you, Ms. Gregersen?  We're having
11   trouble hearing you.  It's breaking up on
12   your end.
13      A     We had a meeting at the time for
14   the whole Special Control department or
15   function.  I'm not quite sure whether it was
16   called Special Control at the time, but that
17   was it.
18            It was a kind of a theme or topic
19   they -- at the meeting, I was contacted by
20   our deputy director at the time, Ann
21   Munksgaard, who had received reports through
22   a Danish lawyer who, on behalf of a client,
23   had reported that somebody or somebodies was
24   defrauding Denmark with respect to dividend
25   tax.
```

CONFIDENTIAL
Christian Ekstrand - May 7, 2021

Page 202

```
1    e-mail that he suspects the fraud to involve
2    around 500 million kroner, correct?
3         A    Yes, that's correct.
4         Q    Is that the largest case that was
5    ever referred to you at that time in terms of
6    the kroner value of the case?
7         A    Yes.
8         Q    On the 17th, Mr. Amstrup e-mails
9    again, correct?
10        A    Yes, that's correct.
11        Q    And he says -- he again mentions a
12   gentleman named Sanjay Shah, correct?
13        A    Yes, that's correct.
14        Q    And he offers to provide a list of
15   companies that allegedly acted as fictitious
16   owners of the shares, correct?
17        A    Yes.
18        Q    Do you know whether Ms. Munksgaard
19   ever requested that information?
20        A    I don't think she actually asked
21   for the information, but he sends that
22   information.
23        Q    Did you have any direct
24   communications with Mr. Amstrup at this time?
25        A    I did not have any communication
```

CONFIDENTIAL
Christian Ekstrand - May 7, 2021

Page 221

1    Q    So this is the first time, to the
2    best of your knowledge, that anyone proposes
3    that the reclaim process may be shut down
4    with respect to particular companies?
5         MR. WEINSTEIN:  Objection to form.
6    A    Yes, that is all that I know.  And
7    that on the meeting on the 6th, a memo was
8    drafted to start refunds.
9    Q    So it's fair to say that Ms. Madsen
10   concluded that the fraud was potentially
11   ongoing, correct?
12   A    Yes, and she was unable to compute
13   that because, in the meantime, since we
14   received the first report from authority, in
15   that connection, we also get additional
16   information stating that the authority in
17   question expects that there will be a new
18   attempt to get dividend -- withheld dividend
19   tax refunded, and this will be around August
20   10th.
21        Based on the information that we
22   received, that's why she reached this
23   conclusion that, within this area, you needed
24   to recommend to stop refund payments.
25   Q    You referenced a report from a

```
 1    foreign authority.
 2            When did you receive that report?
 3    A     Towards the end of July.
 4    Q     And what was that report?
 5    A     So you're just -- you're asking
 6    sort of the gist of the report that they
 7    made?
 8    Q     Well, who made the report?
 9    A     The report came from a foreign
10    authority.
11    Q     Which foreign authority?
12    A     It was from the MRC in the U.K.,
13    HMRC.
14    Q     What is the HMRC?
15    A     These are the U.K. custom and tax
16    authorities.
17    Q     To whom at SKAT was this report
18    made?
19    A     To the relevant authority.  They
20    are the ones who handle communications with
21    foreign authorities.
22    Q     Do you know the name of the person
23    at SKAT who received the communication from
24    HMRC?
25    A     And so initially it was sent to a
```