# Exhibit 6

| | |
|---|---|
| **From:** | Wells, Peter |
| **Sent:** | Tuesday, April 16, 2013 6:42 PM |
| **To:** | 'Richard Markowitz' |
| **Cc:** | Ben-Jacob, Michael |
| **Subject:** | RE: Where are we on the Partnerships?? |
| **Attachments:** | 2321 - General Partnership Agreement.DOC; Davin - General Partnership Agreement.DOC; Delvian - General Partnership Agreement.DOC; DLF Investments - General Partnership Agreement.DOC; Laegler Asset Management - General Partnership Agreement.DOC; Lion Advisory - General Partnership Agreement.DOC; Mill River - General Partnership Agreement.DOC; Next Level - General Partnership Agreement.DOC; Rajan Investments - General Partnership Agreement.DOC; Raubritter - General Partnership Agreement.DOC; Spirit on the Water - General Partnership Agreement.DOC; Traden Investments - General Partnership Agreement.DOC; Vanderlee Technologies - General Partnership Agreement.DOC; Free Street - General Partnership Agreement.DOC; PRPI - General Partnership Agreement.DOC; California Catalog - General Partnership Agreement.DOC |

Richard,

Attached are the partnerships agreements as follows:

1. 2321 Capital General Partnership
2. California Catalog General Partnership
3. Davin Investments General Partnership
4. Delvian General Partnership
5. DFL Investments General Partnership
6. LAM General Partnership
7. Lion Advisory General Partnership
8. Mill River General Partnership
9. Next Level General Partnership
10. Rajan Investments General Partnership
11. Raubritter General Partnership
12. Spirit on the Water General Partnership
13. Traden Investments General Partnership
14. Vanderlee Technologies General Partnership
15. Free Street General Partnership
16. Pension and Retirement Plan Investments General Partnership

Regards,
Peter

***

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER                                                                                          WH_MDL_00222425

Peter Wells
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

**From:** Richard Markowitz [mailto:rmarkowitz@argremgt.com]
**Sent:** Tuesday, April 16, 2013 4:47 PM
**To:** Ben-Jacob, Michael; Wells, Peter
**Subject:** Where are we on the Partnerships??



Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:      (212) 247-2600
Fax:      (212) 247-2753
Mobile:   (917) 848-5675

RMarkowitz@Argremgt.com

2