# Exhibit 5



**Message**

**From:** Ben-Jacob, Michael [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BEN_M]
**Sent:** 11/7/2012 11:12:39 PM
**To:** John H. van Merkensteijn, III [jhvm@argremgt.com]; Matthew Stein [mstein@argremgt.com]
**Subject:** RE: Argre

Yes, this was understood from the beginning. He just misspelled the name in the email. He is aware of the FSA registration and it is not relevant. They would need to be registered with FINRA or have applied to FINRA for an exemption.

\*\*\*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Michael Ben-Jacob
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8310 | F: +1 212.836.6310
michael.ben-jacob@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8310) and delete the message, along with any attachments, from your computer. Thank you.

**From:** John H. van Merkensteijn, III [mailto:jhvm@argremgt.com]
**Sent:** Wednesday, November 07, 2012 5:39 PM
**To:** Ben-Jacob, Michael; Matthew Stein
**Subject:** Re: Argre

Did we sort out that SOLO is a different SOLO and that it is registered with the FSA in London?


John H. van Merkensteijn, III
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, N.Y. 10019
Phone (212) 247-2600
Fax (212) 247-2753
jhvm@argremgt.com

**From:** <Ben-Jacob>, Michael Ben-Jacob <michael.ben-jacob@kayescholer.com>
**Date:** Monday, November 5, 2012 3:56 PM
**To:** Matthew Stein <mstein@argremgt.com>, John van Merkensteijn <jhvm@argremgt.com>
**Subject:** FW: Argre

See below. We should discuss.

mbj

\*\*\*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Michael Ben-Jacob
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8310 | F: +1 212.836.6310
michael.ben-jacob@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8310) and delete the message, along with any attachments, from your computer. Thank you.

**From:** Michel, Patrick
**Sent:** Monday, November 05, 2012 3:04 PM
**To:** Ben-Jacob, Michael
**Subject:** RE: Argre

Michael

From what I can tell on the website, Solow Capital purports to engage in a broad array of financial services. As we discussed, to the extent Solow is making recommendations on what securities to trade, it would fall within the definition of investment adviser. Solow could claim that it should be excluded from the definition of investment adviser if it is a "broker-dealer" and is receiving no special compensation for its advisory services (i.e. it is only charging brokerages fees). Based on a preliminary search of the FINRA database, Solow Capital is not registered with FINRA as a broker-dealer. Also, there is no indication on website that Solow Capital is registered with any regulatory body. Therefor, Solow Capital could be faced with a choice of registering with the SEC or FINRA if the assets under management will substantially be raised in the United States. Please let me know if you would like to discuss.

Patrick Michel
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.7674 | F: +1 212.836.6296
Patrick.Michel@Kayescholer.com | www.kayescholer.com

**From:** Ben-Jacob, Michael
**Sent:** Monday, November 05, 2012 10:19 AM
**To:** Michel, Patrick
**Subject:** RE: Argre

Thanks!

\*\*\*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be

used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Michael Ben-Jacob
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8310 | F: +1 212.836.6310
michael.ben-jacob@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8310) and delete the message, along with any attachments, from your computer. Thank you.

**From:** Michel, Patrick
**Sent:** Monday, November 05, 2012 10:19 AM
**To:** Ben-Jacob, Michael
**Subject:** Argre

Michael

I wanted to let you know that I have not forgotten you.  I hope to get back you to by later today.

Patrick Michel
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.7674 | F: +1 212.836.6296
Patrick.Michel@Kayescholer.com | www.kayescholer.com

\*   \*   \*   \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.