UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKATTEFORVALTNINGEN,

                Plaintiff,

vs.

JOHN VAN MERKENSTEIJN, RICHARD MARKOWITZ, BERNINA PENSION PLAN TRUST, RJM CAPITAL PENSION PLAN TRUST, 2321 CAPITAL PENSION PLAN, BOWLINE MANAGEMENT PENSION PLAN, CALIFORNIA CATALOG COMPANY PENSION PLAN, DAVIN INVESTMENTS PENSION PLAN, DELVIAN LLC PENSION PLAN, DFL INVESTMENTS PENSION PLAN, LAEGELER ASSET MANAGEMENT PENSION PLAN, LION ADVISORY INC. PENSION PLAN, MILL RIVER CAPITAL MANAGEMENT PENSION PLAN, NEXT LEVEL PENSION PLAN, RAJAN INVESTMENTS LLC PENSION PLAN, SPIRIT ON THE WATER PENSION PLAN, and TRADEN INVESTMENTS PENSION PLAN,

                Defendants.

Case No. 19-cv-10713 (LAK)

**DEFENDANTS JOHN VAN MERKENSTEIJN, RICHARD MARKOWITZ, BERNINA PENSION PLAN TRUST, AND RJM CAPITAL PENSION PLAN TRUST'S MOTION FOR SUMMARY JUDGMENT**

Defendants John Van Merkensteijn, Richard Markowitz, Bernina Pension Plan Trust, and RJM Capital Pension Plan Trust (collectively, "Defendants") move the Court for summary judgment on all Counts (Counts I-VI) of the Amended Complaint brought by Plaintiff Skatteforvaltningen ("SKAT") in this case (Dkt. 58). The grounds for this motion are set forth in Defendants' Memorandum in Support of this Motion, Local Rule 56.1 Statement of Undisputed Material Facts, and Declaration of Alan E. Schoenfeld and attached exhibits. Defendants are

1

entitled to summary judgment on all Counts because this lawsuit was untimely filed pursuant to the Statute of Limitation period set forth in the Tolling Agreement that SKAT bargained for, executed, and repeatedly renewed.

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request that the Court hold oral argument on this Motion.

Dated: May 10, 2024
    New York, New York

By: /s/ *Alan E. Schoenfeld*
BOYD M. JOHNSON
ALAN E. SCHOENFELD
PETER G. NEIMAN
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
Boyd.Johnson@wilmerhale.com
Alan.Schoenfeld@wilmerhale.com
Peter.Neiman@wilmerhale.com

ANDREW S. DULBERG
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6352
Andrew.Dulberg@wilmerhale.com

By: /s/ *Sharon L. McCarthy*
SHARON L. MCCARTHY
NICHOLAS S. BAHNSEN
DANIEL C. DAVIDSON
KOSTELANETZ LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 808-8100
smccarthy@kostelanetz.com
nbahnsen@kostelanetz.com
ddavidson@kostelanetz.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2024 the foregoing document was served electronically to all parties of record by the CM/ECF system.

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld

May 10, 2024