**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SKATTEFORVALTNINGEN,

                Plaintiff,

     vs.

JOHN VAN MERKENSTEIJN, RICHARD
MARKOWITZ, BERNINA PENSION PLAN
TRUST, RJM CAPITAL PENSION PLAN
TRUST, 2321 CAPITAL PENSION PLAN,
BOWLINE MANAGEMENT PENSION PLAN,
CALIFORNIA CATALOG COMPANY
PENSION PLAN, DAVIN INVESTMENTS
PENSION PLAN, DELVIAN LLC PENSION
PLAN, DFL INVESTMENTS PENSION PLAN,
LAEGELER ASSET MANAGEMENT PENSION
PLAN, LION ADVISORY INC. PENSION
PLAN, MILL RIVER CAPITAL
MANAGEMENT PENSION PLAN, NEXT
LEVEL PENSION PLAN, RAJAN
INVESTMENTS LLC PENSION PLAN, SPIRIT
ON THE WATER PENSION PLAN, and
TRADEN INVESTMENTS PENSION PLAN,

                Defendants.

Case No. 19-cv-10713 (LAK)

---

**DECLARATION OF ALAN E. SCHOENFELD**

I, Alan E. Schoenfeld, declare as follows:

     1.     I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP,

counsel for Defendants Richard Markowitz and RJM Capital Pension Plan Trust in the above-

captioned litigation.  I am licensed to practice law in New York, and I am admitted to practice

before this Court.  I am familiar with the facts set forth herein, and if called as a witness, I could

and would testify competently to those facts under oath.

1

2.       I make this declaration in support of Defendants' concurrently filed Motion for Summary Judgment.

3.       Attached hereto as **Exhibit 1** is a true and correct copy of a Tolling Agreement "[r]egarding negotiations of the settlement agreement in regard to repayment of withheld dividend tax" between SKAT and "118 [P]ension [P]lans …, and the Pension Plans' trustees, predecessor plans, successor plans of partners (together with the Pension Plans, the 'Covered Parties')."  The Tolling Agreement was signed by counsel for SKAT on April 5, 2018, and executed by counsel for the Covered Parties on April 13, 2018.

5.       Attached hereto as **Exhibit 2** is a true and correct copy of a Tolling Agreement "[r]egarding negotiations of the settlement agreement in regard to repayment of withheld dividend tax" between SKAT and the Covered Parties.  The Tolling Agreement was signed by counsel for SKAT on June 29, 2018, and executed by counsel for the Covered Parties on July 11, 2018.

6.       Attached hereto as **Exhibit 3** is a true and correct copy of a Tolling Agreement "[r]egarding negotiations of the settlement agreement in regard to repayment of withheld dividend tax" between SKAT and the Covered Parties.  The Tolling Agreement was signed by counsel for SKAT on September 12, 2018, and executed by counsel for the Covered Parties on September 28, 2018.

7.       Attached hereto as **Exhibit 4** is a true and correct copy of a Tolling Agreement "[r]egarding negotiations of the settlement agreement in regard to repayment of withheld dividend tax" between SKAT and the Covered Parties.  The Tolling Agreement was signed by counsel for SKAT on October 22, 2018, and executed by counsel for the Covered Parties on October 30, 2018.

I declare under penalty of perjury, as provided in 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 10th day of May 2024, in New York, New York.

/s/ *Alan E. Schoenfeld*
Alan E. Schoenfeld