UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKATTEFORVALTNINGEN,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>JOHN VAN MERKENSTEIJN, RICHARD MARKOWITZ, BERNINA PENSION PLAN TRUST, RJM CAPITAL PENSION PLAN TRUST, 2321 CAPITAL PENSION PLAN, BOWLINE MANAGEMENT PENSION PLAN, CALIFORNIA CATALOG COMPANY PENSION PLAN, DAVIN INVESTMENTS PENSION PLAN, DELVIAN LLC PENSION PLAN, DFL INVESTMENTS PENSION PLAN, LAEGELER ASSET MANAGEMENT PENSION PLAN, LION ADVISORY INC. PENSION PLAN, MILL RIVER CAPITAL MANAGEMENT PENSION PLAN, NEXT LEVEL PENSION PLAN, RAJAN INVESTMENTS LLC PENSION PLAN, SPIRIT ON THE WATER PENSION PLAN, and TRADEN INVESTMENTS PENSION PLAN,<br><br>　　　　　　　　　Defendants. | Case No. 19-cv-10713 (LAK) |

**STIPULATION OF DEFENDANTS JOHN VAN MERKENSTEIN, RICHARD MARKOWITZ, BERNINA PENSION PLAN TRUST, AND RJM CAPITAL PENSION PLAN TRUST AND PLAINTIFF SKATTEFORVALTNINGEN CONCERNING TOLLING AGREEMENTS**

Defendants John Van Merkensteijn, Richard Markowitz, Bernina Pension Plan Trust, and RJM Capital Pension Plan Trust (collectively, "Defendants") and Plaintiff Skatteforvaltningen ("SKAT") hereby stipulate to the following:

SKAT consents on behalf of SKAT only to the public filing of the Tolling Agreements between SKAT and certain pension plans, also known as the "Covered Parties," that were signed

1

by counsel for the Covered Parties on April 13, 2018; July 11, 2018; September 28, 2018; and October 30, 2018.

Bernina Pension Plan Trust, RJM Capital Pension Plan Trust, 2321 Capital Pension Plan, Bowline Management Pension Plan, California Catalog Company Pension Plan, Davin Investments Pension Plan, Delvian LLC Pension Plan, DFL Investments Pension Plan, Laegeler Asset Management Pension Plan, Lion Advisory Inc. Pension Plan, Mill River Capital Management Pension Plan, Next Level Pension Plan, Rajan Investments LLC Pension Plan, Spirit on the Water Pension Plan, and Traden Investments Pension Plan are Covered Parties pursuant to the terms of these Tolling Agreements.

Dated: May 10, 2024
      New York, New York

By: /s/ *Alan E. Schoenfeld*
BOYD M. JOHNSON
ALAN E. SCHOENFELD
PETER G. NEIMAN
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
Boyd.Johnson@wilmerhale.com
Alan.Schoenfeld@wilmerhale.com
Peter.Neiman@wilmerhale.com

ANDREW S. DULBERG
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6352
Andrew.Dulberg@wilmerhale.com

By: /s/ *Sharon L. McCarthy*
SHARON L. MCCARTHY
NICHOLAS S. BAHNSEN
DANIEL C. DAVIDSON
KOSTELANETZ LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 808-8100
smccarthy@kostelanetz.com
nbahnsen@kostelanetz.com
ddavidson@kostelanetz.com

*Counsel for Defendants*

By: /s/ *Marc A. Weinstein*
MARC A. WEINSTEIN
HUGHES HUBBARD & REED LLP
One Battery Park Plaza 17th Floor
New York, NY 10004
(212) 837-6460
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff SKAT*

3

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2024 the foregoing document was served electronically to all parties of record by the CM/ECF system.

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld

May 10, 2024