DEWEY PEGNO & KRAMARSKY LLP

777 THIRD AVENUE  NEW YORK, NEW YORK  10017

PHONE: (212) 943-9000  FACSIMILE: (212) 943-4325

WWW.DPKLAW.COM

June 10, 2024

<u>VIA ECF</u>

Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

    Re:    *In Re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, **No. 18-md-02865**

Dear Judge Lehrburger:

    We represent Defendant Michael Ben-Jacob in the above-referenced matter. We write to address an issue that has arisen concerning attendance at the pre-settlement conference call and settlement conference the Court has scheduled for June 17, 2024 and June 27, 2024, respectively, and to more clearly explain Mr. Ben-Jacob's position.

    Mr. Ben-Jacob is a former partner in the law firm Arnold & Porter and a co-insured under Arnold & Porter's insurance policies. All parties believe it would be advantageous to have counsel for the law firm participate in the upcoming conferences. In other words, although the law firm is not a party to the case, and hence its lawyers have not appeared in the case, the law firm and its lawyers have a valuable role to play in the settlement conference due to Arnold & Porter's status as co-insureds with our client. We therefore respectfully request that counsel for Arnold & Porter be permitted to participate in both the pre-settlement conference call and the settlement conference. Counsel for all parties participating in the settlement conference have no objection to their participation.

    Arnold & Porter is represented by Roger Warin and John O'Connor of Steptoe LLP, both of whom are members of the District of Columbia Bar, as well as the Bars of a number of other state and federal courts (including the Second Circuit). Both have been admitted *pro hac vice* for a number of matters in this Court. They have not previously appeared in this case, as their client is not a party, but they can have a member of the Bar of this Court join them in participating in the pre-settlement conference call and settlement conference if the Court wishes.

Hon. Robert W. Lehrburger
June 10, 2024
Page 2

Respectfully submitted,

Thomas E.L. Dewey
*Attorney for Defendant Michael Ben-Jacob*

Cc: All counsel of record via ECF