# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND LITIGATION<br><br>Pertains to case numbers:<br><br>18-cv-5053, 18-cv-9797, 18-cv-9836, 18-cv-9837, 18-cv-9838, 18-cv-9839, 18-cv-9840, 18-cv-9841, 18-cv-10100 | Case No. 1:18-md-02865 (LAK) |

## NOTICE OF MOTION TO DISMISS
## AMENDED THIRD-PARTY COMPLAINTS

PLEASE TAKE NOTICE that, in accordance with Rules 12(b)(1), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, Third-Party Defendant MCML Limited *f/k/a* ED&F Man Capital Markets Limited ("ED&F") hereby respectfully moves this Court, before the Honorable Lewis A. Kaplan, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21B, New York, New York 10007, for an order dismissing the amended third-party complaints of Acer Investment Group, LLC (ECF No. 1019-1, Case No. 18-md-02865); Elaina M. Crema, as personal representative of the estate of Robert V. Crema (ECF No. 1019-2, Case No. 18-md-02865); and Darren Wittwer (ECF No. 1019-3, Case No. 18-md-02865).

Dated: June 11, 2024
      New York, New York

By: /s/ Neil S. Binder
Neil S. Binder
M. Tomas Murphy
**BINDER & SCHWARTZ LLP**
675 Third Avenue, 26th Floor
New York, NY 10017
Tel: 212.510.7008
Fax: 212.510.7299
nbinder@binderschwartz.com
tmurphy@binderschwartz.com

*Counsel for ED&F*