# Exhibit 9

CONFIDENTIAL
Arthur Woodard - November 18, 2021

```
 1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
 2            MASTER DOCKET 18-MD-2865(LAK)
                CASE NO.  18-CV-09797
 3
     _____
 4                                           )
     IN RE:                                  )
 5                                           )
     CUSTOMS AND TAX ADMINISTRATION OF       )
 6   THE KINGDOM OF DENMARK                  )
     (SKATTEFORVALTNINGEN) TAX REFUND        )
 7   SCHEME LITIGATION                       )
                                             )
 8   _____)

 9

10

11

12              C O N F I D E N T I A L

13

14

15      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                  EXAMINATION OF

17                  ARTHUR WOODARD

18

19              DATE: November 18, 2021

20

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Arthur Woodard - November 18, 2021

1      A    Hello.

2      Q    Can I ask you to please turn to

3    Exhibit 2239?

4      A    2239.  Got it.

5      Q    And do you recognize this document,

6    sir?

7      A    It appears to be a file memo that I

8    drafted in December of 2012.

9      Q    Did you share this memo with

10   Mr. Ben-Jacob?

11     A    I have no recollection, either

12   direction.  I don't know if I did.

13     Q    Is that your practice, when you are

14   preparing memos, when you're working with

15   another partner, to share the memo with them,

16   either in writing or in substance?

17     A    It would depend.  This -- this --

18   this transaction was complex, and I felt I

19   needed a couple of times to put down in

20   writing or in this case, typed, the -- some

21   of the facts and things so that I could keep

22   them straight.

23     Q    You say in the first sentence of

24   the memo, "This is to memorialize the

25   substance of our discussions with Argre."

CONFIDENTIAL
Arthur Woodard - November 18, 2021

1                    C E R T I F I C A T E

2

3           I, MICHAEL FRIEDMAN, a Certified Court

4    Reporter and Notary Public, qualified in and for

5    the State of New Jersey do hereby certify that

6    prior to the commencement of the examination ARTHUR

7    WOODARD was duly sworn by me to testify to the

8    truth the whole truth and nothing but the truth.

9           I DO FURTHER CERTIFY that the foregoing

10   is a true and accurate transcript of the testimony

11   as taken stenographically by and before me at the

12   time, place and on the date hereinbefore set forth.

13           I DO FURTHER certify that I am neither a

14   relative of nor employee nor attorney nor counsel

15   for any of the parties to this action, and that I

16   am neither a relative nor employee of such attorney

17   or counsel, and that I am not financially

18   interested in the action.

19

20

21   _____

22   MICHAEL FRIEDMAN, CCR of the

23   State of New Jersey

24   License No: 30XI00228600

25   Date: November 21, 2021