# Exhibit 10

CONFIDENTIAL
Michael Ben-Jacob - October 11, 2021

Page 1

```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2              MASTER DOCKET 18-MD-2865(LAK)
                  CASE NO. 18-CV-09797
3
   _____
4                                            )
   IN RE:                                    )
5                                            )
   CUSTOMS AND TAX ADMINISTRATION OF         )
6  THE KINGDOM OF DENMARK                    )
   (SKATTEFORVALTNINGEN) TAX REFUND          )
7  SCHEME LITIGATION                         )
                                             )
8  _____)

9

10

11

12            C O N F I D E N T I A L

13

14

15   REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                  EXAMINATION OF

17                MICHAEL BEN-JACOB

18              DATE: October 11, 2021

19

20

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Michael Ben-Jacob - October 11, 2021

Page 287

1    involving the purchase and sale of foreign
2    securities."
3            Do you see that?
4       A    I do.
5       Q    Do you recall that Mr. Woodard
6    expressed concerns into your former clients
7    about engaging in transactions involving the
8    purchase of Danish shares?
9            MR. DEWEY:  Objection.
10      A    I am aware that Mr. Woodard had
11   conversations with the client group in which
12   I did not participate.  I don't know what
13   concerns he may or may not have raised in
14   those conversations.
15      Q    At the end -- if you turn to the
16   second page of the document, the last
17   sentence says, "Finally, we expressed some
18   concern that if the plan is one in which an
19   employee or partner is a fiduciary, there may
20   be concerns under Section 4975(C)1(D), (E) or
21   (F) of the code."
22           Do you see that?
23      A    I do.
24      Q    Do you recall Mr. Woodard raising
25   concerns where the plan is one in which an

CONFIDENTIAL
Michael Ben-Jacob - October 11, 2021

Page 324

1            C E R T I F I C A T E
2            I, MICHAEL FRIEDMAN, a Certified Court
3    Reporter and Notary Public, qualified in and for
4    the State of New Jersey do hereby certify that
5    prior to the commencement of the examination
6    MICHAEL BEN-JACOB was duly affirmed by me to
7    testify to the truth the whole truth and nothing
8    but the truth.
9            I DO FURTHER CERTIFY that the foregoing
10   is a true and accurate transcript of the testimony
11   as taken stenographically by and before me at the
12   time, place and on the date hereinbefore set forth.
13           I DO FURTHER certify that I am neither a
14   relative of nor employee nor attorney nor counsel
15   for any of the parties to this action, and that I
16   am neither a relative nor employee of such attorney
17   or counsel, and that I am not financially
18   interested in the action.
19
20           _____
21
22           MICHAEL FRIEDMAN, CCR of the
23           State of New Jersey
24           License No:  30XI00228600
25           Date:  October 13, 2021