UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: Cases listed in Appendix A to Pretrial Order No. 35 (ECF No. 977) | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**JOINT STIPULATION AND [PROPOSED] ORDER
PERMITTING THE FILING OF OPPOSITIONS TO RULE 44.1 BRIEFS**

WHEREAS the Court's Pretrial Order No. 36 (ECF No. 978) (the "Pretrial Order") requires the parties to file briefs pursuant to Federal Rule of Civil Procedure 44.1 (the "Rule 44.1 Briefs") by June 24, 2024 (Pretrial Order ¶ 4);

WHEREAS the parties believe that permitting the filing of oppositions to the Rule 44.1 Briefs will benefit the parties and the Court by enabling the full briefing of all foreign law issues before the Court;

WHEREAS permitting such oppositions to the Rule 44.1 Briefs will not otherwise affect the schedule set forth in the Pretrial Order;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the parties may file oppositions to the Rule 44.1 Briefs by July 24, 2024.

This is the parties' first request to modify the Pretrial Order and the first request to modify the schedule for briefing issues of foreign law.

Dated: New York, New York
June 20, 2024

By: /s/ Daniel C. Davidson
 Sharon L. McCarthy
 Nicholas S. Bahnsen
 Daniel C. Davidson
 KOSTELANETZ LLP
 7 World Trade Center, 34th Floor
 New York, New York 10007
 Tel: (212) 808-8100
 smccarthy@kostelanetz.com

*Counsel for Defendants John van Merkensteijn, III, Elizabeth van Merkensteijn, Azalea Pension Plan, Basalt Ventures LLC Roth 401(K) Plan, Bernina Pension Plan, Bernina Pension Plan Trust, Michelle Investments Pension Plan, Omineca Pension Plan, Omineca Trust, Remece Investments LLC Pension Plan, Starfish Capital Management LLC Roth 401(K) Plan, Tarvos Pension Plan, Voojo Productions LLC Roth 401(K) Plan, and Xiphias LLC Pension Plan*

By:
 Peter Neiman
 Andrew Dulberg
 WILMER CUTLER PICKERING HALE AND DORR LLP
 7 World Trade Center
 New York, NY 10007
 Telephone: (212) 230-8800
 Peter.neiman@wilmerhale.com

*Counsel for Defendants Richard Markowitz, Jocelyn Markowitz, Avanix Management LLC Roth 401(K) Plan, Batavia Capital Pension Plan, Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries LLC Roth 401(K) Plan, RJM Capital Pension Plan, RJM Capital Pension Plan*

By:
 Marc A. Weinstein
 HUGHES HUBBARD & REED LLP
 One Battery Park Plaza
 New York, NY 10004
 Telephone: (212) 837-6000
 Fax: (212) 422-4726
 marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

*Trust, Routt Capital Pension Plan, and Routt Capital Trust*

By:_____
   David L. Goldberg
   Michael M. Rosensaft
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020
Tel.: (212) 940-8800
david.goldberg@katten.com

*Counsel for Defendants Robert Klugman, RAK Investment Trust, Aerovane Logistics LLC Roth 401K Plan, Edgepoint Capital LLC Roth 401K Plan, Headsail Manufacturing LLC Roth 401K Plan, The Random Holdings 401K Plan, and The Stor Capital Consulting LLC 401K Plan*

By: /s/ *[signature]*
   Thomas E.L. Dewey
   Sean K. Mullen
DEWEY PEGNO & KRAMARSKY LLP
777 Third Avenue – 37th Floor
New York, New York 10017
Tel.: (212) 943-9000
tdewey@dpklaw.com

*Counsel for Defendant Michael Ben-Jacob*

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge

*Trust, Routt Capital Pension Plan, and Routt Capital Trust*

By: /s/ David L. Goldberg
 David L. Goldberg
 Michael M. Rosensaft
 KATTEN MUCHIN ROSENMAN LLP
 50 Rockefeller Plaza
 New York, NY 10020
 Tel.: (212) 940-8800
 david.goldberg@katten.com

*Counsel for Defendants Robert Klugman, RAK Investment Trust, Aerovane Logistics LLC Roth 401K Plan, Edgepoint Capital LLC Roth 401K Plan, Headsail Manufacturing LLC Roth 401K Plan, The Random Holdings 401K Plan, and The Stor Capital Consulting LLC 401K Plan*

By:_____
 Thomas E.L. Dewey
 Sean K. Mullen
 DEWEY PEGNO & KRAMARSKY LLP
 777 Third Avenue – 37th Floor
 New York, New York 10017
 Tel.: (212) 943-9000
 tdewey@dpklaw.com

*Counsel for Defendant Michael Ben-Jacob*

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge

3