# Exhibit 6

CONFIDENTIAL
Emre Carr - April 1, 2022

Page 1

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.  18-MD-2865 (LAK)

 3   _____
                                        )
 4   IN RE:                             )
                                        )
 5   CUSTOMS AND TAX ADMINISTRATION OF  )
     THE KINGDOM OF DENMARK             )
 6   (SKATTEFORVALTNINGEN) TAX REFUND   )
     SCHEME LITIGATION                  )
 7   _____)

 8

 9

10

11

12

13            C O N F I D E N T I A L

14

15

16

17

18     REMOTE VTC VIDEOTAPED EXPERT DEPOSITION UNDER ORAL

19                     EXAMINATION OF

20                        EMRE CARR

21

22                   DATE: April 1, 2022

23

24

25       REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Emre Carr - April 1, 2022

Page 12

```
1    E M R E  C A R R,
2           called as an expert witness, having been
3    first duly sworn according to law, testifies as
4    follows:
5
6
7
8    EXAMINATION BY MR. WEINSTEIN:
9         Q    Good morning, Dr. Carr?
10        A    Good morning.
11        Q    Throughout the day today, I'll be
12   asking you questions.  And for the sake of
13   Michael Friedman, the court reporter, please
14   let me finish my questions before you answer
15   and I will try to let you finish your answers
16   before I go on.
17              If both of us fail or one of us
18   fails on that, we will certainly hear about
19   it from Mike.  So let's do our best there.
20              If you have any trouble either
21   understanding one of my questions or hearing
22   my questions, please ask me to either clarify
23   or to restate it so that when you do answer,
24   we understand that you have understood the
25   question and heard the question fully.
```

```
 1    familiar with the terms "front office,"
 2    "middle office," and "back office?"
 3         A    Yes.
 4         Q    Do you have any experience working
 5    in a front office?
 6         A    As I -- as I said earlier, I have
 7    not worked at the financial services company
 8    as an employee.  So in that regard, I have
 9    not worked in either of the -- I've not
10    worked at the front office.
11         Q    Is it fair to say then you also
12    haven't worked in a middle office or a back
13    office?
14         A    I have not worked in middle office
15    or back office because I have not worked
16    with -- worked for -- I shouldn't have said
17    "with" -- I have not worked for a financial
18    services company.
19         Q    Do you have any work experience
20    executing trades in a broker role?
21         A    Along the same lines, since I have
22    not worked for a broker, I have not executed
23    any trades as a broker.  But again, my -- my
24    consulting engagement again involved analysis
25    of trade execution in many securities and
```

```
 1    many geographical areas around the world, so.
 2        Q    Have you had any work experience
 3    clearing or settling trades?
 4        A    Once again, my work experience in
 5    clearing and settlement was in rulemaking
 6    that pertains to clearing and settlement at
 7    the SEC, and then in many consulting
 8    engagements.
 9        Q    In what respect were you involved
10    in rulemaking with respect to settlement
11    while at the SEC?
12        A    At the SEC, I worked on
13    over-the-counter derivatives markets,
14    rulemaking.  That was mandated for the SEC to
15    develop by Congress, and the over-the-counter
16    rulemaking included clearing, execution,
17    recordkeeping, and reporting of
18    over-the-counter derivative activity.
19             So it encompassed both elements of
20    pre-trade trade execution and trade clearing
21    after execution activities in those markets.
22        Q    Did you say that that experience
23    was with respect to derivatives?
24        A    The Dodd Frank rulemaking related
25    to over-the-counter there with the markets.
```

CONFIDENTIAL
Emre Carr - April 1, 2022

Page 253

```
 1    he should be looking at."
 2              I don't think that -- I think that
 3    process is upside down in that discussion.  I
 4    was pointing out, more than anything, you
 5    know, that -- that -- that observation, that
 6    opinion.
 7         Q    Sir, did you do a review of the
 8    available Solo Capital records to look for
 9    any sub-custodians that might have been
10    holding Danish equities on behalf of
11    Solo Capital?
12         A    I looked at Mr. Dubinsky's analysis
13    of this question.
14         Q    Did you do your own analysis of
15    Solo Capital's records to see if you could
16    find any evidence of a sub-custodian holding
17    Danish equities for Solo Capital?
18         A    First of all, I think I explained
19    earlier that that doesn't necessarily change
20    my opinion.  That doesn't change my opinion
21    because of, you know, both the possibility
22    and prevalence of net settlement and
23    internalized settlement in financial
24    institutions.
25              And, you know, we know that there
```

CONFIDENTIAL
Emre Carr - April 1, 2022

Page 254

1    are -- we know that Solo is not a party to
2    this litigation.  We don't necessarily have
3    all their documents.  We have documents that
4    are locked up in a hard drive that are not
5    accessible.
6             And so there's -- there's other
7    reasons on top of these to -- to -- to
8    essentially decide that, you know, that is
9    not a productive exercise to answer the
10   question you're asking.
11            So, you know, I didn't do that
12   because it wouldn't change my opinion.
13       Q    Okay.  So that's a long way of
14   getting to the last piece, which is:  You
15   didn't do that.
16            Correct?
17            MS. LICHTENSTEIN:  Objection.
18       Q    The question was -- the question
19   was whether you did it.  The question was
20   whether you did it.  And is the answer, "No,
21   I did not do it?"
22            I understand the reasons why, but
23   is that the answer?  You did not perform such
24   an analysis?
25            MS. LICHTENSTEIN:  Objection.

CONFIDENTIAL
Emre Carr - April 1, 2022

Page 263

1      A    I already said that and -- and my
2   more insignificant observation is the rest of
3   my previous answer.
4      Q    Can you turn to what's been marked
5   Exhibit 5275?
6           MR. WEINSTEIN:  Mark 5275.
7           (Whereupon the above mentioned was
8       marked for Identification.)
9           MS. LICHTENSTEIN:  Seventy-five?
10          MR. WEINSTEIN:  Yes.
11     Q    So in -- is it your opinion,
12  Dr. Carr, that in the purchases that the
13  plans made from the sellers, that the sellers
14  were required to make a dividend payment to
15  the plans?
16          MS. LICHTENSTEIN:  Objection.
17     A    I don't think I said it's a
18  requirement.  But, you know, that would
19  probably entail some sort of a legal
20  analysis.
21     Q    Well, how -- how was the pension
22  plan going to receive the dividend payment
23  when it purchased stock from the sellers on a
24  cum ex basis?
25          MS. LICHTENSTEIN:  Objection.

1      A     Well, we see that the pension plans
2      received dividends, net-of-taxes amounts
3      equal to the after-tax amount of the
4      dividends in their account statements.
5      Q     Who did they receive those payments
6      from?
7      A     You know, the Solo custodians'
8      account statements show that the pension
9      plans received those after-tax dividend
10     amounts, after withholding tax.
11     Q     From whom?  Who made the payment to
12     the pension plans of those dividend amounts?
13     A     I don't think you can see who made
14     the payments on the face of the account
15     statements.
16     Q     Well, what's your understanding?
17     How did the strategy work?
18     A     When it comes to dividend
19     compensation payments or manufactured
20     payments, so on and so forth, essentially
21     it's the processing of the custodians that
22     provides the payments to the account holder,
23     in this case, Solo custodians.
24     Q     And the Solo custodian got that
25     money from whom in order to credit it to the

1  pension plan's account?
2       Who is making the payment?
3     A    You know, I have to speculate here,
4  so I don't think we know the answer to that
5  question.
6     Q    Well, you've analyzed the
7  transactions in order to understand the
8  strategy.
9       Right?
10    A    That's right.
11    Q    Based on your analysis, what's your
12 understanding of who was going to make that
13 dividend payment in order to make this
14 strategy effective?
15      MS. LICHTENSTEIN: Objection.
16    A    As I answered, the -- the
17 immediate, you know, link, immediate element
18 in the provision of that dividend payment to
19 the -- to the account holder is the
20 custodian. And, you know, it's possible that
21 that dividend may flow through a chain of
22 custody from company.
23      It's possible that it came from the
24 seller of the -- seller of the securities
25 to -- to the account holder, to the pension

CONFIDENTIAL
Emre Carr - April 1, 2022

Page 266

```
1    plans.
2        Q    So let's look now at this exhibit,
3    5275.  And if you look at the second page,
4    this is an equities trade confirmation for
5    the Proper Pacific plan.
6             Is that right?
7        A    (Witness reviewing.)
8             It's a confirmation by Bastion
9    Capital Limited, the equities to
10   Proper Pacific 401(k) Plan, trade
11   confirmation.
12       Q    The terms of the trade are listed
13   on the confirmation.
14            Correct?
15       A    I'm not -- I see that it's a buy,
16   the volume, the price, so on and so forth,
17   the ticker symbol.
18       Q    And this is a cum dividend purchase
19   with an ex-dividend settlement date.  I will
20   represent that to you.
21            Okay?
22            MS. LICHTENSTEIN:  Objection.
23       Q    Well, it's one of the purchases by
24   the plan that you analyzed.  Every one of
25   them was a cum dividend purchase date and an
```