# Exhibit 10

# Glossary

bis.org/cpmi/publ/d00b.htm



This website requires javascript for proper use

*Updated 17 October 2016*

The Committee on Payments and Market Infrastructures (CPMI) provides this glossary of payments and market infrastructure terminology as a reference to the standard terms and definitions used in connection with payment, clearing, settlement and related arrangements. Current definitions are now shown alongside the previous ones. You can generate a PDF version of the glossary here.

reset    DvP model 3

A securities settlement mechanism that links a securities transfer and a funds transfer in such a way as to ensure that delivery occurs if and only if the corresponding payment occurs. DvP model 3 typically settles both securities and funds on a net basis, with final transfers of both securities and funds occurring at the end of the processing cycle.

Updated: 16 Jun 2015

Related terms: DvP model 1, DvP model 2, delivery versus delivery (DvD), delivery versus payment (DvP)
**Source documents**

| H | Date | Title |
|---|---|---|
| haircut<br>hybrid system | 16 Apr 2012 | Principles for financial market infrastructures |
| J | | |
| jump-to-default risk | | |
| U | | |
| unwind | | |
| V | | |
| value date<br>variation margin | | |
| W | | |
| waterfall<br>wind down | | |
| Z | | |
| zero hour rule | | |

DvP model 3

A securities settlement mechanism that links a securities transfer and a funds transfer in such a way as to ensure that delivery occurs if and only if the corresponding payment occurs. DvP model 3 typically settles both securities and funds on a net basis, with final transfers of both securities and funds occurring at the end of the processing cycle.

Updated: 16 Jun 2015

Related terms: DvP model 1, DvP model 2, delivery versus delivery (DvD), delivery versus payment (DvP)

**Source documents**

| Date | Title |
|---|---|
| 16 Apr 2012 | Principles for financial market infrastructures |

Additional terms that are not included in the main glossary can be found in the previous version of the glossary.