# Exhibit 15



# Report to the European Commission

**CSDR Internalised Settlement**



05 November 2020 | ESMA70-156-3729



ESMA PUBLIC USE

# Table of Contents

Executive Summary ................................................................................................................ 2

Legislative references............................................................................................................. 4

Acronyms ................................................................................................................................ 5

1. Background ....................................................................................................................... 6

2. Scope ................................................................................................................................ 6

3. Sources of information .................................................................................................... 6

4. Findings – internalised settlement (general analysis) ................................................ 6

    4.1    Introduction ............................................................................................................ 7

    4.2    Risks related to internalised settlement........................................................... 8

    4.3. Internalised settlement trends ............................................................................... 9

    4.4. Settlement internalisers typology ......................................................................... 9

    4.5 Encountered challenges regarding the implementation of the internalised settlement reporting requirements ................................................................................... 9

    4.6 Suggestions for improving the process and regulatory recommendations .....11

5. Findings - internalised settlement data analysis ......................................................16

    5.1    Internalised settlement risk indicators...........................................................17

    5.2    Data quality checks ...........................................................................................40

6. Conclusions....................................................................................................................41

7. Annexes ..........................................................................................................................43

7.1 Annex I – ESMA survey on internalised settlement (ref. ESMA70-156-3003/ 11 June 2020)...................................................................................................................................43

General information...............................................................................................................43

Survey....................................................................................................................................43

7.3 Annex II – List of respondents to the ESMA survey on internalised settlement and contributors to this Report ...............................................................................................46

NCAs......................................................................................................................................46

Trade Associations ..............................................................................................................46



ESMA PUBLIC USE

## Executive Summary

### Reasons for publication

According to Article 74 of CSDR, ESMA shall, in cooperation with EBA and the competent authorities and the relevant authorities, submit annual reports to the European Commission on the implementation of CSDR, including assessments of trends, potential risks and vulnerabilities, and, where necessary, recommendations of preventative or remedial action.

The present Report covers internalised settlement in accordance with Article 74(1)(c) of CSDR, by assessing the extent of the settlement activity in the EEA which does not take place through a securities settlement system, based on the data reported by settlement internalisers under Article 9 of CSDR. The Report analyses the trends and potential risks related to internalised settlement, as well as the process for internalised settlement reporting under CSDR.

### Contents

The present Report is structured in 6 Sections and 2 Annexes.

Section 1 describes the background for this exercise.

Section 2 sets out the scope and focus of the report.

Section 3 details the sources of information used for the analysis in the report.

Section 4 covers the findings related to internalised settlement, taking into account the responses to the ESMA survey on internalised settlement, and the input from NCAs based on their ongoing supervision activities.

Section 5 includes an analysis of the internalised settlement data based on the quarterly reports sent by settlement internalisers according to Article 9 of CSDR covering the period **Q2 2019 – Q3 2020**.

Section 6 presents the conclusions.

As far as the Annexes are concerned, Annex I includes the ESMA survey on internalised settlement used as the baseline for the preparation of this Report, while Annex II provides the list of respondents to the ESMA survey and contributors to this Report.

### Conclusions

No major risks have been identified during the period covered by the Report. NCAs have however identified some risks, the most common being operational risk and custody risk. In terms of measures to mitigate those risks, ESMA would like to refer to the adequate



identification of the clients' accounts involved, and the improvement of the operational processes.

The challenges encountered when implementing the internalised settlement reporting regime seem normal in terms of any new reporting requirements. To support the implementation process, ESMA has provided additional clarifications through supervisory convergence measures, including the ESMA Guidelines on internalised settlement reporting, as well as Q&As.

Given that this is a new reporting regime, and that data quality checks are still ongoing, it is acknowledged that data covering a longer period of time would be needed in order to have a clearer picture regarding internalised settlement trends. At the same time, it is useful to use the existing data to set a benchmark for future assessments.

ESMA would like to highlight the importance of continuing to monitor internalised settlement, in order to assess if this activity should be regulated in the future, in particular considering the extremely high values and volumes of internalised settlement, as well as the high level of concentration shown by the data reported by settlement internalisers under Article 9 of CSDR. ESMA believes that, as a minimum, custodians' clients should be informed of the risks and costs associated with the place of settlement (at the level of a securities settlement system operated by a CSD versus internalised settlement).



ESMA PUBLIC USE

## Legislative references

| | |
|---|---|
| CSDR | Regulation (EU) No 909/2014 of the European Parliament and of the Council of 23 July 2014 on improving securities settlement in the European Union and on central securities depositories and amending Directives 98/26/EC and 2014/65/EU and Regulation (EU) No 236/2012 |
| ESMA Regulation | Regulation (EU) No 1095/2010 of the European Parliament and of the Council of 24 November 2010 establishing a European Supervisory Authority (European Securities and Markets Authority), amending Decision No 716/2009/EC and repealing Commission Decision 2009/77/EC |
| Settlement Finality Directive | Directive 98/26/EC of the European Parliament and of the Council of 19 May 1998 on settlement finality in payment and securities settlement systems |
| Directive 2014/65/EU | Directive 2014/65/EU of the European Parliament and of the Council of 15 May 2014 on markets in financial instruments and amending Directive 2002/92/EC and Directive 2011/61/EU |
| Directive 2013/36/EU | Directive 2013/36/EU of the European Parliament and of the Council of 26 June 2013 on access to the activity of credit institutions and the prudential supervision of credit institutions and investment firms, amending Directive 2002/87/EC and repealing Directives 2006/48/EC and 2006/49/EC |
| Directive 2009/65/EC | Directive 2009/65/EC of the European Parliament and of the Council of 13 July 2009 on the coordination of laws, regulations and administrative provisions relating to undertakings for collective investment in transferable securities (UCITS) |
| RTS on internalised settlement | Commission Delegated Regulation (EU) 2017/391 of 11 November 2016 supplementing Regulation (EU) No 909/2014 of the European Parliament and of the Council with regard to regulatory technical standards further specifying the content of the reporting on internalised settlements |
| ITS on internalised settlement | Commission Implementing Regulation (EU) 2017/393 of 11 November 2016 laying down implementing technical standards with regard to the templates and procedures for the reporting and transmission of information on internalised settlements in accordance with Regulation (EU) No 909/2014 of the European Parliament and of the Council |
| RTS on settlement discipline | Commission Delegated Regulation (EU) 2018/1229 of 25 May 2018 supplementing Regulation (EU) No 909/2014 of the European Parliament and of the Council with regard to regulatory technical standards on settlement discipline |



ESMA PUBLIC USE

## Acronyms

| | |
|---|---|
| CSD | Central securities depository |
| EC | European Commission |
| ESMA | European Securities and Markets Authority |
| EEA | European Economic Area |
| EU | European Union |
| NCA | CSD National Competent Authority |
| SetIn | Settlement internaliser |
| SSS | Securities settlement system |



ESMA PUBLIC USE

# 1. Background

1. According to Article 74 of CSDR, ESMA shall, in cooperation with EBA and the competent authorities and the relevant authorities, submit annual reports to the European Commission providing assessments of trends, potential risks and vulnerabilities, and, where necessary, recommendations of preventative or remedial action in the markets for services covered by CSDR.

2. One of the topics which has to be covered in accordance with Article 74(1)(c) is internalised settlement: "*measuring settlement which does not take place in the securities settlement systems operated by CSDs based on the number and volume of transactions based on the information received under Article 9 and any other relevant criteria*".

# 2. Scope

3. The scope of this Report focuses on the internalised settlement reporting regime and data, taking into account the input received from NCAs and trade associations regarding the implementation of the reporting regime, as well as an analysis of the internalised settlement data submitted to the EEA[1] NCAs and ESMA covering the period **1 April 2019[2] to 30 September 2020,** with a cut-off date for the reports submitted to ESMA by 20 October 2020.

# 3. Sources of information

4. This ESMA Report takes into account: a) the input received from CSD National Competent Authorities (NCAs), AFME and EBF in response to an ESMA survey on internalised settlement conducted in June-July 2020, and b) the internalised settlement reports received by NCAs and submitted to ESMA in accordance with Article 9 of CSDR. When responding to the ESMA survey, the CSD NCAs were encouraged to liaise with the authorities supervising settlement internalisers (e.g. banking supervisors), in case they are different from the CSD NCA.

# 4. Findings – internalised settlement (general analysis)

5. This Section covers the findings related to internalised settlement taking into account the responses to the ESMA survey on internalised settlement, and the input from NCAs based on their ongoing supervision activities. ESMA has received responses to the survey on internalised settlement and input for this Report from 26 NCAs and 2 trade associations (please see the list in Annex II).

---

[1] The references to 'EEA' should be read as references to 'EEA30', without the UK, given the Brexit context.
[2] Beginning of the application of the internalised settlement reporting requirements: first internalised settlement reports sent in July 2019, covering Q2 2019 (April-June 2019).



ESMA PUBLIC USE

### 4.1 Introduction

6. According to Article 9(1) of CSDR, settlement internalisers shall report to the NCAs of their place of establishment on a quarterly basis the aggregated volume and value of all securities transactions that they settle outside securities settlement systems. NCAs shall, without delay, transmit the information received to ESMA and shall inform ESMA of any potential risk resulting from that settlement activity.

7. A settlement internaliser is defined in Article 2(1)(11) of CSDR as any institution, including one authorised in accordance with Directive 2013/36/EU or with Directive 2014/65/EU, which executes transfer orders on behalf of clients or on its own account other than through a securities settlement system.

8. Internalised settlement can happen at different levels of a securities holding chain (global custodians, sub-custodians, etc.), and it should be reported at the level where it takes place. Each settlement internaliser should be responsible for reporting the settlement that has been internalised in its books only.

9. A settlement internaliser should send the following reports to the NCA in the EEA State where it is established:
   a) one report for its activity in the EEA State where it is established (including the activity of its branches in that EEA State);
   b) separate reports for the activity of its branches per EEA State (if applicable);
   c) one report for the activity of its branches in third countries (if applicable).

10. The scope of Article 9 of CSDR covers all financial instruments eligible for settlement in a securities settlement system operated by an EEA CSD and/or designated under the law of an EEA State under the Settlement Finality Directive, including financial instruments which may have been initially recorded or centrally maintained with an entity that may not necessarily be a CSD, such as a registrar or a transfer agent.

11. The Commission Delegated Regulation (EU) 2017/391 (RTS on internalised settlement) further specifies the content of the internalised settlement reporting, while the Commission Implementing Regulation (EU) 2017/393 (ITS on internalised settlement) specifies the templates and procedures for the reporting and transmission of information on internalised settlement.

12. In order to ensure the common, uniform and consistent application of Article 9 of CSDR, ESMA has published Guidelines on internalised settlement reporting and on the exchange of information between the competent authorities and ESMA regarding internalised settlement[3], as well as Q&As on internalised settlement[4].

---

[3] Please see the following link: https://www.esma.europa.eu/document/guidelines-internalised-settlement-reporting-under-article-9-csdr-0
[4] Please see the following link: https://www.esma.europa.eu/sites/default/files/library/esma70-708036281-2_csdr_qas.pdf



ESMA PUBLIC USE

13. Settlement internalisers have to submit the reports in an XML format, according to the ISO 20022 compliant XSD message[5] published by ESMA.

## 4.2 Risks related to internalised settlement

14. No major risks related to internalised settlement have been identified during the period covered by the report (i.e. risks with a very high or high impact, and with a very high or high probability to materialise). Nevertheless, NCAs have identified some risks related to this activity, the most common being operational risk and custody risk. In terms of measures to mitigate those risks, ESMA would like to highlight the adequate identification of the clients' accounts involved, and the improvement of the operational processes.

15. As an example, it was noticed that some settlement internalisers had erroneous internalised settlement instructions pending for a very long time in their books (which became apparent in the context of high rates of settlement fails reported). The respective instructions were subsequently corrected.

16. One trade association mentioned the need to carefully monitor the management of positions within omnibus accounts at the level of settlement internalisers, as a measure to address operational risk.

17. Other risks that are monitored are the risk that the volume and/or value of internalised settlement instructions increase over time, as well as the concentration risk.

18. One trade association also referred to the legal risk of settlement internalisers misinterpreting the internalised settlement reporting requirements, and the need to liaise with the NCAs in this respect. ESMA would like to highlight the importance of supervisory convergence measures published in this context, such as the Guidelines on internalised settlement reporting and the Q&As on internalised settlement.

19. Data quality was also mentioned as an important element to ensure adequate procedures at the level of settlement internalisers and communication with the NCAs and ESMA.

20. Based on the NCAs' input, the likelihood of settlement moving away from CSDs to settlement internalisers following the entry into force of the CSDR settlement discipline regime ranges from: very low (4 responses), to low (6 responses) and medium (3 responses). According to the trade associations, the likelihood is very low (1 response) or low (1 response).

21. It should be mentioned that internalised settlement can only take place if both parties to a transaction are clients of the same entity (i.e. the settlement internaliser). An important question is if market participants have developed/ are developing a business model based on internalised settlement. According to information gathered by some NCAs within the

---

[5] Please see the following link: https://www.iso20022.org/message-set/741/download



ESMA PUBLIC USE

course of supervision, internalised settlement seems to be an accidental phenomenon in some jurisdictions. It happens when the settlement instruction is not forwarded to the CSD due to the set-up of the securities accounts. At the same time, ESMA notes the very high levels of internalised settlement (both in terms of value and in terms of volume of instructions) in several jurisdictions and also overall in the EEA, as well as the high level of concentration with some settlement internalisers accounting for a significant part of the internalised settlement activity. This should be further investigated by NCAs as part of the ongoing supervision.

## 4.3. Internalised settlement trends

22. ESMA acknowledges that data covering a longer period of time would be needed in order to have a clearer picture regarding internalised settlement trends. At the same time, it is important to use the existing data to set a benchmark for future assessments, with the caveat that there are still data quality checks ongoing and new submissions and corrections expected, given that this is a new reporting regime. Therefore, the trends and related data included in this first Report on this topic have to be considered with a degree of caution.

23. ESMA refers to Section 5 of this Report for more details regarding the internalised settlement data analysis and the preliminary assessment of possible trends.

## 4.4. Settlement internalisers typology

24. Settlement internalisers are usually credit institutions authorised in accordance with Directive 2013/36/EU, and investment firms authorised in accordance with Directive 2014/65/EU and, in some cases, management companies authorised in accordance with Directive 2009/65/EC.

25. It should be further investigated by NCAs as part of their ongoing supervision if there are entities that act as settlement internalisers and that are not financial institutions.

## 4.5 Encountered challenges regarding the implementation of the internalised settlement reporting requirements

26. This section reflects the encountered challenges regarding the implementation of the internalised settlement reporting requirements, according to the responses to the ESMA survey on internalised settlement.

27. Many NCAs have not identified any challenges regarding the reporting requirements, while several NCAs have mentioned that they were faced with some challenges as part of the implementation of this new reporting regime.

28. In the beginning of the reporting it was necessary to answer a number of general and technical questions from industry, such as clarifying the reporting scope, the type of instruments and operations subject to the reporting obligation.



ESMA PUBLIC USE

29. In one jurisdiction, due to the broad definition of internalised settlement and the absence of a minimum threshold triggering the reporting obligation (risk-based approach), about 1,200 entities had to comply with the reporting requirements.

30. Reaching out to the market participants to inform them and identify if some of their activity might be classified as internalised settlement also proved challenging for some NCAs. Another related challenge that was mentioned by one NCA was ensuring that branch activity was reported correctly.

31. Most challenges seemed to be in connection to the technical implementation of the reporting regime, which required significant IT changes at the level of settlement internalisers as well as at the level of the NCAs and ESMA. Some of these challenges were: onboarding settlement internalisers to the NCAs' reporting systems, and uploading the reports onto the ESMA IT system, the correct implementation of the ISO 20022 XSD/XML format by settlement internalisers and the implementation of the numerous validation rules.

32. Last but not least, some NCAs mentioned the challenges to obtain a high quality of the reported data and the need to correct reporting mistakes made by small firms in particular.

33. Trade associations mentioned that, despite the development of a single reporting schema by ESMA, the method according to which settlement internalisers were asked to report to some NCAs differed; this lack of a harmonised approach created significant development complexities for firms required to report to multiple NCAs. There were differences in the timing and clarity of the information provided by NCAs, which created additional cost and complexities in firms' development projects.

34. Trade associations also referred to challenges related to determining the perimeter of instruments and operations to take into consideration for reporting. Another identified challenge was in relation to netting: due to sometimes numerous splits, it was found difficult to establish the connection from the original settlements to what was actually settled at the CSD and when, and what was left to be reported under the internalised settlement reporting regime.

35. Trade associations also mentioned difficulties related to obtaining information on the Issuer CSD identifier – since the Issuer CSD data are missing from the data providers. However they acknowledged that there is a work-a-round foreseen by the regulatory framework with use of the first two characters of the ISIN.

36. Trade associations also added that, when preparing for the go-live of reporting, the ESMA validation procedure (testing phase) was challenging, and they also noticed some differences between the User Acceptance Testing (UAT) environment used for testing the IT system, and the Production (PROD) environment, used once the IT system went live.

37. Another challenge mentioned by a trade association was in relation to the correction of reports following data quality checks.



ESMA PUBLIC USE

38. As a general comment, ESMA would like to highlight that the encountered challenges seem normal for the implementation of any new reporting requirement (e.g. clarifying the scope, identifying the relevant population, developing and implementing the necessary IT tools and systems, ensuring data quality). To support the implementation process, ESMA has provided additional clarifications through supervisory convergence measures, including the ESMA Guidelines on internalised settlement reporting, as well as Q&As.

## 4.6 Suggestions for improving the process and regulatory recommendations

39. This section covers the suggestions for improving the internalised settlement reporting process received in response to the ESMA survey on internalised settlement. The majority of the respondents did not identify the need to improve the internalised settlement reporting process and/or the sharing of data amongst NCAs. The suggestions mentioned by some NCAs and trade associations are reflected below.

### 4.6.1 Suggestions potentially requiring a Level 1 or Level 2 change:

**a)  Proportionality approach**

40. On the one hand, some NCAs called for a change of the Article 9 CSDR requirements by implementing a minimum level of internalised settlement value and/or volume regarding the reporting obligation. On the other hand, other NCAs pointed out that introducing a threshold might not necessarily alleviate the burden for small settlement internalisers given that settlement internalisers that are under the threshold would face the usual difficulties related to constant monitoring and uncertainty regarding whether to report if the threshold is crossed on a punctual basis.

41. One NCA suggested adopting a lower frequency for the reporting (e.g. each 4 months); and/or clarifying the scope of entities subject to reporting (credit institutions, investment firms and other entities (except CCPs) which have established a business model based on internalised settlement).

42. Regarding the proposal to implement a minimum level of internalised settlement value and/or volume regarding the reporting obligation, ESMA believes that the implications in terms of calibrating the thresholds, monitoring the thresholds both by the market participants and NCAs, as well as the already made investments by market participants to comply with the current regime should be carefully balanced.

43. As far as the proposal to lower the frequency, ESMA supports the current quarterly frequency for internalised settlement reporting. With this ESMA also considers the fact that, in terms of comparison, CSDs will be required to report settlement fails data on a monthly basis under the RTS on settlement discipline, with the possibility for NCAs to ask them to send more frequent reports and that CSDs are currently sending reports on a voluntary basis to NCAs which in turn send them to ESMA on a weekly basis.



ESMA PUBLIC USE

44. ESMA does not support the proposal to limit the definition of settlement internalisers, as ESMA considers that one of the objectives of this reporting regime is to identify the population and typology of market participants that engage in this type of activity, in order to also assess if any identified risks are properly mitigated.

**b) Risk assessment frequency**

45. One NCA mentioned that a risk assessment every quarter does not provide much added value, given that figures are quite stable from one quarter to the other. They suggested amending Article 4(1) of the ITS on internalised settlement, so that the NCAs only submit the risk assessment to ESMA if the risk assessment shows any evolution of the risks resulting from the internalised settlement activity.

46. ESMA believes that the risk assessment should take place on a quarterly basis, given the very high volumes and values of internalised settlement reported, as well as the high rates of settlement fails. Moreover, it is important that the risk assessment is correlated with the frequency of the data received. In addition, considering that this is a new reporting regime, NCAs should also be incentivised to duly monitor this activity.

47. It should also be highlighted that, in terms of the practical communication of the risk assessment results by NCAs to ESMA, the ESMA dedicated IT system facilitates a simple process: NCAs can tick a box 'No risks identified', in case they have not identified any risks, and fill in an online form if risks have been identified; if there are no changes compared to the previous quarter, this can be reflected in the online form.

**c) Scope**

48. A few NCAs made suggestions regarding the scope of the internalised settlement reporting regime, which are mentioned below:
1) clarifying that transfers between same client accounts in the same entity should not be considered as being in scope;
2) clarifying if free of payment internalised settlement instructions related to inheritance should be in scope of the reporting regime;
3) the scope of entities subject to reporting should be limited to credit institutions, investment firms and other entities (except CCPs) which have established a business model based on internalised settlement).

49. Regarding the first proposal, ESMA would like to highlight that transfers between same participant accounts are not exempted in the case of settlement in the securities settlement systems operated by CSDs. Therefore, ESMA considers that they should not be exempted in the case of internalised settlement either.

50. As far as the second proposal is concerned, ESMA's view is that, according to the current regulatory regime, settlement instructions related to inheritance seem to be in scope. This could potentially be clarified through a Q&A by the European Commission, and also



ESMA PUBLIC USE

something that could be considered once a revision of the ITS on internalised settlement will take place.

51.  Regarding the third proposal, ESMA does not support the proposal to limit the definition of settlement internalisers, as ESMA considers that one of the objectives of this reporting regime is to identify the population and typology of market participants that engage in this type of activity, in order to also assess if any identified risks are properly mitigated.

### d) Volume/number of instructions

52. One NCA suggested adding 'number of transactions' in 'volume' cells in Annex I to the ITS on internalised settlement, given that ESMA data quality checks have revealed that too many settlement internalisers misunderstood the notion of "volume" to report.

53. ESMA's view is that this is something to be considered once a revision of the ITS on internalised settlement will take place. It should also be highlighted that this is already clarified in para. 21 of the ESMA Guidelines on internalised settlement reporting, according to which "volumes should be expressed in the number of internalised settlement instructions".

### e) Issuer CSD LEI

54. One trade association asked for the requirement to report data based on the Issuer CSD LEI  to be removed from the ITS on internalised settlement, since the information on which CSD is the Issuer CSD is not available and is not likely to become available in the near future. According to this trade association, they have contacted several data providers on this topic, and no one has so far been able to provide this data and  it is not likely that they will be able to do so in the future because the data service would be very expensive as this data is currently only used for internalised settlement reporting.

55. ESMA understands that the problem is for settlement internalisers to identify who the Issuer CSD is for specific financial instruments. ESMA's view is that this should be further assessed. This would also have an impact on the related requirement in the RTS on internalised settlement. ESMA considers that this is not a significant change, since this Regulation already foresees the possibility for settlement internalisers to use the first two characters of the ISIN, in case the information about the Issuer CSD is not available.

56. Moreover, through the ESMA Guidelines on internalised settlement (para. 19), it is clarified that competent authorities should ensure that settlement internalisers include the first two characters of the ISINs in the reports in all cases, not just as a fallback solution in case the Issuer CSD cannot be identified by the settlement internalisers. This could potentially be included in the RTS on internalised settlement. In the meantime, ESMA would like to encourage data vendors to make this information publicly available.

ESMA PUBLIC USE

### 4.6.2 Suggestions potentially requiring a change of the ESMA Guidelines on internalised settlement reporting:

**Approach for reporting failed internalised settlement instructions**

57. Some NCAs and trade associations have suggested reconsidering the approach specified in para. 22 of the ESMA Guidelines on internalised settlement reporting, according to which if an internalised settlement instruction fails to settle for several days after the intended settlement date (ISD), including in the case where the settlement instruction is cancelled, then it should be reported as "failed" by taking into account each day when it fails to settle. According to one NCA, this requirement to report a trade as failed per day pending client action, leads to a number of failed trades being reported from a single distinct trade. This inflates the overall level of failed trades reported and makes it more difficult for NCAs to isolate distinct failed trades and compare them to the settled trades. It may be more useful to report failed trades once and include a separate category of reporting indicating the settlement timeframe for each failed trade. The output from settlement fails reporting should be consistent and comparable with the standard reporting from CDSs. In turn, settlement internaliser metrics should be compared to similar CSD metrics to identify if settlement internaliser activity has an impact on real settlement through a CSD.

58. ESMA would like to highlight that, according to the approach foreseen in para. 22 of the ESMA Guidelines on internalised settlement reporting (included below), internalised settlement instructions should also be counted in the total instructions for each business day until they are settled. This approach is consistent with the approach foreseen for settlement fails reporting by CSDs under the RTS on settlement discipline (which includes the requirement for CSDs to report daily data). Further discussions on this topic can take place in the context of ESMA's current work on Guidelines on settlement fails reporting by CSDs.

*22. If during a quarter covered by a report, an internalised settlement instruction fails to settle for several days after the intended settlement date (ISD), including in the case where the settlement instruction is cancelled, then it should be reported as "failed" by taking into account each day when it fails to settle. It should be reported as "settled" if it is settled during the quarter covered by the report.*

*Please see the following example: If during the quarter covered by the report an internalised settlement instruction with a value of 100 euros fails to settle for 3 days, and then it is settled, it should be reported as follows (considering double side reporting):*

| Settled | | Failed | | Total | |
|---|---|---|---|---|---|
| Volume | Value (EUR) | Volume | Value (EUR) | Volume | Value (EUR) |
| 2 | 200 | 6 | 600 | 8 | 800 |



ESMA PUBLIC USE

### 4.6.3 Suggestions for improving the process (not requiring any changes to the current regulatory framework):

**a) NCAs' feedback for settlement internalisers**

59. One trade association mentioned that a response or evaluation from the NCAs to the reporting settlement internaliser would be welcome. A feedback or comments on the reports could also help enhance the reporting process and quality.

60. ESMA believes that this would be beneficial in terms of supervisory practices. Some NCAs mentioned that they already provide feedback when settlement internalisers ask questions or when reports are rejected after the official submission deadline. One NCA highlighted that an evaluation from the NCA could be provided upon a settlement internaliser's request.

**b) Data publication**

61. One trade association has mentioned that they would welcome having access to aggregated and anonymised data gathered by NCAs. This would be very insightful, not only for internal firm purposes, but also for benchmarking with the wider industry and for the development and refinement of market practices.

62. Currently there are no requirements for ESMA to publish specific data on internalised settlement. ESMA believes that the charts and data published in this Report should provide a good insight.

### 4.6.4 Should internalised settlement be regulated?

63. Regarding whether or not internalised settlement should be regulated, the majority of NCAs did not express an opinion or said that it should not be regulated as such regulation would put additional burden and costs on the market participants which may in turn increase costs of transactions.

64. According to a few NCAs, internalised settlement should be regulated. One NCA considered that, if regulation should come, a minimum threshold for the volume and value reported should be set up, in order to capture only the biggest custodian banks as they cover the majority of the internalised settlement activity.

65. According to one NCA, all settlement activities regulated in CSDR should be regulated if performed by other entities, based on the principle same activities, same rules (taking into consideration the scale of internalised settlement carried out by each particular entity). Another suggestion put forth by the same NCA refers to the settlement finality of internalised settlement (given that custodians' clients will not always know whether their instructions are going to be internalised or not, so they may be more or less covered depending on a decision they have not made).



66. One NCA believes that the internalised settlement activity should be monitored and, if an increasing trend in internalised settlement (a shift from CSD settlement) is detected, especially if it is accompanied by a rise in settlement fails, then a new regime should be considered.

67. ESMA agrees with the importance of continuing to monitor internalised settlement, in order to assess if this activity should be regulated, in particular considering the extremely high values and volumes of internalised settlement according to the reports submitted by settlement internalisers under Article 9 of CSDR. ESMA believes the argument regarding settlement finality is a valid one, and, as a minimum, custodians' clients should be informed of the risks and costs associated with the place of settlement (at the level of a securities settlement system operated by a CSD versus internalised settlement).

## 5. Findings - internalised settlement data analysis

68. Starting with Q2 2019, according to Article 9(1) of CSDR, settlement internalisers have to report to the NCAs of their place of establishment on a quarterly basis the aggregated volume and value of all securities transactions that they settle outside securities settlement systems. NCAs have to transmit the reports received to ESMA and have to inform ESMA of any potential risk resulting from that settlement activity.

69. The internalised settlement data based on the quarterly reports sent by settlement internalisers shows very high volumes and values, high concentration, as well as high settlement fail rates. This proves the importance of monitoring the internalised settlement activity.

70. ESMA refers to the internalised settlement data and charts based on the internalised settlement reports received by ESMA from NCAs as submitted by settlement internalisers under Article 9 of CSDR from EEA[6] States. The data covers the period: **Q2 2019 – Q3 2020**, with a cut-off date for the reports submitted to ESMA by **20 October 2020**.

71. It should also be mentioned that ESMA has not yet received any internalised settlement reports from settlement internalisers from Bulgaria and Greece. It is expected that, when settlement internalisers from Bulgaria and Greece start reporting, they should send the quarterly reports as of Q2 2019, in line with the official date of application of this reporting regime.

72. The CSDR Level 2 Regulations (including the RTS and ITS on internalised settlement) have not yet been incorporated into Icelandic law and, therefore, the internalised settlement reporting requirements are not yet applicable in Iceland.

73. As previously mentioned, we acknowledge that data covering a longer period of time would be needed in order to have a clearer picture regarding internalised settlement trends. At the same time, it is important to use the existing data to set a benchmark for future assessments, with the caveat that there are still data quality checks ongoing and new

---

[6] The references to 'EEA' should be read as references to 'EEA30', without the UK, given the Brexit context.

ESMA PUBLIC USE

submissions and corrections expected, given that this is a new reporting regime. Therefore, the trends and related data included in this first ESMA Report on this topic have to be considered with some caution.

## 5.1    Internalised settlement risk indicators

74. ESMA together with the NCAs has developed a set of risk indicators in order to support the monitoring of internalised settlement. Below ESMA provides a first overview of these risk indicators.

**1.    Number (millions) of internalised settlement instructions per reporting quarter (EEA)**

- ESMA notices an increase in the number of internalised settlement instructions at EEA level.

- The total internalised settlement volume per EEA State is very dispersed, ranging from several hundred instructions in some cases to tens of million instructions for the jurisdictions with more internalised settlement activity. However, it remains relatively stable over time as demonstrated by the evolution of the width and levels displayed in the dispersion chart below (i.e. Bottom 10%, Core 90%, Top 10% and Median).

- While ESMA acknowledges that not all settlement internalisers may have used this approach (given the ongoing data quality checks), it is expected that settlement internalisers have counted each separate internalised settlement instruction in the aggregate figures (i.e. double side reporting), and that they have reported the instructions by taking into account each business day until they are settled, according to the ESMA Guidelines on internalised settlement reporting. Please see Section 5.2 for more details.

- It's important to bear in mind that Q2 and Q3 2019 figures may be more impacted than 2020 figures by data quality issues such as entities not reporting data or misreporting, given that data quality has improved with the more recent reports.



Note: Total number of internalised settlement instructions per reporting quarter in the EEA, in millions.
Sources: ESMA.

Note: Dispersion of the total number of internalised settlement instructions per EEA State per reporting quarter. Displayed using a logarithmic scale.
Sources: ESMA.

17



ESMA PUBLIC USE

- The breakdown per EEA State in terms of the number of internalised settlement internalised settlement instructions per quarter is included below.

| EEA States[7] | Total number of internalised settlement instructions | | | | | |
|---|---|---|---|---|---|---|
| | 2019 | | | 2020 | | |
| NCA | 19Q2 | 19Q3 | 19Q4 | 20Q1 | 20Q2 | 20Q3 |
| AT | 202,521 | 535,463 | 490,740 | 348,474 | 298,471 | 326,425 |
| BE | 13,528,646 | 23,535,600 | 69,632,857 | 42,582,609 | 32,427,186 | 33,058,343 |
| CY | 174,502 | 237,405 | 195,906 | 209,087 | 144,488 | 135,079 |
| CZ | 17,437 | 16,931 | 16,981 | 36,511 | 29,100 | 11,308 |
| DE | 6,139,438 | 6,602,025 | 11,958,101 | 21,630,335 | 32,178,519 | 35,906,724 |
| DK | 55,568 | 52,813 | 41,112 | 107,520 | 90,197 | 49,161 |
| EE | 1,703 | 1,000 | 828 | 773 | 706 | 570 |
| ES | 43,547 | 40,954 | 44,843 | 46,890 | 32,529 | 35,030 |
| FI | 6,138 | 3,269 | 2,569 | 35,291 | 398,233 | 494,626 |
| FR | 4,953,726 | 4,824,629 | 5,374,628 | 6,583,435 | 6,145,572 | 6,039,590 |
| HR | 288 | 176 | 282 | 488 | 984 | 552 |
| HU | 25,327 | 40,157 | 70,179 | 56,959 | 46,508 | 19,671 |
| IE | 739,117 | 838,982 | 857,225 | 1,047,340 | 1,024,616 | 866,964 |
| IT | 17,630,917 | 17,924,403 | 15,777,275 | 17,451,631 | 13,293,504 | 11,062,232 |
| LI | | | | 19,252 | 16,117 | 14,503 |
| LT | 4,198 | 2,841 | 2,854 | 1,472 | 1,192 | 1,494 |
| LU | 9,373,865 | 8,911,106 | 6,711,991 | 7,118,733 | 6,461,612 | 7,046,337 |
| LV | 747 | 329 | 522 | 377 | 558 | 140 |
| MT | 1,440 | 829 | 877 | 677 | 831 | 281 |
| NL | 10,151,203 | 10,526,505 | 10,757,963 | 11,492,762 | 10,830,851 | 11,495,984 |
| NO | | | 28,796 | 40,075 | 39,923 | 33,316 |
| PL | | 6,010 | 6,192 | 4,709 | 3,393 | 5,519 |
| PT | 12,361 | 11,724 | 14,512 | 12,128 | 9,418 | 9,501 |
| RO | 7,099 | 3,080 | 2,698 | 4,445 | 3,336 | 2,380 |
| SE | 4,800,348 | 4,974,497 | 4,842,610 | 14,218,079 | 13,904,791 | 9,649,927 |
| SI | 539 | 204 | 808 | 952 | 10 | |
| SK | 11,236 | 11,762 | 12,588 | 11,043 | 10,986 | 11,365 |
| Total EEA | 67,881,911 | 79,102,694 | 126,845,937 | 123,062,047 | 117,393,631 | 116,277,022 |

---

[7] The NCAs from Bulgaria and Greece have not yet submitted internalised settlement reports from settlement internalisers in their jurisdiction to ESMA. The CSDR Level 2 Regulations have not yet been incorporated into Icelandic law and, therefore, the internalised settlement reporting requirements are not yet applicable in Iceland. UK data is not included, given the Brexit context.



2. **Top 5 EEA States in the total number of internalised settlement instructions per reporting quarter**

- It's important to bear in mind that Q2 and Q3 2019 figures may be more impacted than 2020 figures by data quality issues such as entities not reporting data or misreporting, given that data quality has improved with the more recent reports.



Note: Share of the top 5 EEA States and all others combined, out of the total number of internalised settlement instructions in the EEA as of 19Q2. Sources: ESMA.

Note: Share of the top 5 EEA States and all others combined, out of the total number of internalised settlement instructions in the EEA as of 19Q3. Sources: ESMA.



Note: Share of the top 5 EEA States and all others combined, out of the total number of internalised settlement instructions in the EEA as of 19Q4. Sources: ESMA.

Note: Share of the top 5 EEA States and all others combined, out of the total number of internalised settlement instructions in the EEA as of 20Q1. Sources: ESMA.

19

ESMA PUBLIC USE



Note: Share of the top 5 EEA States and all others combined, out of the total number of internalised settlement instructions in the EEA as of 20Q2.
Sources: ESMA.

Note: Share of the top 5 EEA States and all others combined, out of the total number of internalised settlement instructions in the EEA as of 20Q3.
Sources: ESMA.

### 3. Value (EUR, trillions) of internalised settlement instructions per reporting quarter (EEA)

- ESMA notices a decrease in the value of internalised settlement at EEA level in Q3 2019 compared to Q2 2019, followed by an increase in the following two quarters, and then a decrease in Q2 2020.

- The total internalised settlement value per EEA State is very dispersed, ranging from a few million Euros in some cases to several tens of trillion Euros for the jurisdictions with more internalised settlement activity. However, it remains relatively stable over time as demonstrated by the evolution of the width and levels displayed in the dispersion chart below (i.e. Bottom 10%, Core 90%, Top 10% and Median).

- While ESMA acknowledges that not all settlement internalisers may have used this approach (given the ongoing data quality checks), it is expected that settlement internalisers have included the value of each separate internalised settlement instruction in the aggregate figures (i.e. double side reporting), and that they have reported the value of instructions by taking into account each business day until they are settled, according to the ESMA Guidelines on internalised settlement reporting. Please see Section 5.2 for more details.



Note: Total internalised settlement value per reporting quarter in the EEA, in EUR tn. Sources: ESMA.

Note: Dispersion of the total internalised settlement value per EEA State, in EUR, per reporting quarter. Displayed using a logarithmic scale.
Sources: ESMA.

20



ESMA PUBLIC USE

- The breakdown per EEA State in terms of the value (in EUR) of internalised settlement per quarter is included below.

| EEA States[8] | Total internalised settlement value (in EUR) | | | | | |
|---|---|---|---|---|---|---|
| | 2019 | | | 2020 | | |
| NCA | 19Q2 | 19Q3 | 19Q4 | 20Q1 | 20Q2 | 20Q3 |
| AT | 56,506,996,694 | 32,750,412,777 | 65,993,835,587 | 90,866,322,170 | 152,792,772,277 | 129,358,781,945 |
| BE | 7,829,223,985,339 | 18,499,958,525,151 | 29,574,136,071,822 | 36,706,238,364,782 | 35,922,603,690,919 | 30,555,837,824,092 |
| CY | 310,572,925,872 | 250,533,015,389 | 282,674,275,103 | 269,356,243,728 | 25,706,915,135 | 236,544,708,432 |
| CZ | 2,343,226,826 | 3,092,095,571 | 12,691,336,140 | 9,783,072,270 | 8,676,220,088 | 1,847,821,666 |
| DE | 1,868,064,391,538 | 1,623,846,177,211 | 2,189,725,451,832 | 3,042,248,610,713 | 3,827,507,960,810 | 6,078,779,837,340 |
| DK | 4,180,725,852 | 5,943,523,584 | 11,175,348,306 | 7,945,933,857 | 5,962,873,451 | 5,120,289,879 |
| EE | 404,164,900 | 194,947,765 | 214,132,888 | 66,198,625 | 79,401,168 | 181,740,846 |
| ES | 13,397,196,617 | 14,807,888,610 | 4,583,726,261 | 10,069,124,141 | 3,117,777,417 | 4,629,592,788 |
| FI | 5,819,597,968 | 117,222,803 | 153,881,862 | 651,109,077 | 4,553,593,551 | 9,998,970,619 |
| FR | 59,157,347,142,424 | 36,716,033,215,680 | 37,661,376,948,923 | 35,636,564,764,481 | 22,462,144,576,129 | 16,912,174,091,723 |
| HR | 1,956,320,015 | 211,677,595 | 928,639,598 | 999,720,333 | 3,047,005,693 | 419,962,973 |
| HU | 3,160,712,399 | 3,080,015,853 | 3,325,143,770 | 2,537,354,221 | 2,195,389,631 | 2,024,676,757 |
| IE | 697,881,613,606 | 565,553,839,008 | 832,642,926,934 | 929,734,824,042 | 2,512,103,432,914 | 1,504,147,440,737 |
| IT | 3,648,973,194,968 | 2,477,036,274,020 | 1,907,291,797,621 | 2,458,733,373,273 | 2,321,783,643,343 | 1,286,641,108,636 |
| LI | | | | 9,155,455,471 | 7,652,388,912 | 5,047,963,363 |
| LT | 913,745,597 | 435,561,280 | 357,550,961 | 236,014,172 | 679,608,609 | 126,353,545 |
| LU | 6,071,852,728,131 | 5,591,836,499,550 | 5,054,046,690,973 | 5,593,033,562,833 | 5,365,496,659,883 | 4,964,895,733,225 |
| LV | 91,248,707 | 928,659,645 | 1,047,994,323 | 23,467,573 | 74,327,431 | 33,136,314 |
| MT | 26,256,000 | 12,451,647 | 182,947,905 | 27,700,939 | 11,441,129 | 4,144,940 |
| NL | 3,432,404,317,242 | 3,700,004,977,839 | 4,131,473,966,438 | 5,166,500,563,217 | 3,959,687,983,588 | 4,719,241,395,202 |
| NO | | | 7,359,473,972 | 16,182,205,024 | 2,743,616,365 | 9,014,955,348 |
| PL | | 203,591,450 | 282,116,989 | 111,904,022 | 175,229,067 | 204,849,806 |
| PT | 1,560,112,506 | 1,098,019,218 | 1,248,496,423 | 10,758,353,698 | 6,358,076,965 | 21,963,983,898 |
| RO | 469,512,638 | 815,889,309 | 1,195,364,859 | 888,145,360 | 585,640,849 | 381,812,279 |
| SE | 696,837,258,813 | 429,918,617,060 | 692,129,107,682 | 646,325,537,883 | 625,552,449,212 | 503,087,457,802 |
| SI | 4,113,314 | 20,863,620 | 16,492,426 | 74,732,852 | 1,004,855 | |
| SK | 91,006,589 | 95,136,711 | 109,614,796 | 110,472,854 | 127,271,087 | 285,021,992 |
| Total EEA | 83,804,082,494,613 | 69,918,529,098,346 | 82,436,363,334,394 | 90,609,223,131,611 | 77,221,420,950,478 | 66,951,993,656,147 |

---

[8] The NCAs from Bulgaria and Greece have not yet submitted internalised settlement reports from settlement internalisers in their jurisdiction to ESMA. The CSDR Level 2 Regulations have not yet been incorporated into Icelandic law and, therefore, the internalised settlement reporting requirements are not yet applicable in Iceland. UK data is not included, given the Brexit context.



ESMA PUBLIC USE

### 4. Top 5 EEA States in the total internalised settlement value per reporting quarter

- It's important to bear in mind that Q2 and Q3 2019 figures may be more impacted than 2020 figures by data quality issues such as entities not reporting data or misreporting, given that data quality has improved with the more recent reports.

- It is also noted that a few settlement internalisers account for a significant part of the internalised settlement activity in particular jurisdictions, due to the high level of concentration.



Note: Share of the top 5 EEA States and all others combined, out of the total internalised settlement value in the EEA as of 19Q2.
Sources: ESMA.

Note: Share of the top 5 EEA States and all others combined, out of the total internalised settlement value in the EEA as of 19Q3.
Sources: ESMA.



Note: Share of the top 5 EEA States and all others combined, out of the total internalised settlement value in the EEA as of 19Q4.
Sources: ESMA.

Note: Share of the top 5 EEA States and all others combined, out of the total internalised settlement value in the EEA as of 20Q1.
Sources: ESMA.



ESMA PUBLIC USE

Note: Share of the top 5 EEA States and all others combined, out of the total internalised settlement value in the EEA as of 20Q2.
Sources: ESMA.

Note: Share of the top 5 EEA States and all others combined, out of the total internalised settlement value in the EEA as of 20Q3.
Sources: ESMA.

**5.  Number of internalised settlement instructions per type of financial instruments per reporting quarter (EEA)**

-  The majority of internalised settlement instructions (based on their number) concerns equities, followed in this order by: sovereign debt, bonds, ETFs, other transferable securities, UCITS (other than ETFs), other financial instruments, money market instruments, and emission allowances.



Note: Total number of internalised settlement instructions per type of financial instrument and per reporting quarter in the EEA, in millions.

23



ESMA PUBLIC USE

| | Total number of internalised settlement instructions | | | | | |
|---|---|---|---|---|---|---|
| | **2019** | | | **2020** | | |
| **Instrument type** | **19Q2** | **19Q3** | **19Q4** | **20Q1** | **20Q2** | **20Q3** |
| Equity (Eqty) | 40,239,333 | 46,394,007 | 81,928,436 | 76,469,084 | 73,552,194 | 72,313,483 |
| Sovereign debt (SvrgnDebt) | 15,077,645 | 18,377,938 | 20,806,765 | 24,296,313 | 18,828,398 | 18,713,000 |
| Bonds (Bd) | 5,493,694 | 5,990,204 | 13,445,138 | 7,675,003 | 9,258,010 | 10,604,064 |
| Other transferable securities (OthrTrfblScties) | 1,089,181 | 1,493,542 | 1,660,473 | 4,705,762 | 5,290,996 | 4,819,448 |
| ETFs (XchgTradgFnds) | 3,858,627 | 4,452,913 | 5,837,497 | 6,939,514 | 7,284,731 | 6,864,708 |
| UCITS, other than ETFs (CllctvInvstmtUdrtkgs) | 1,652,656 | 1,932,023 | 2,527,129 | 2,235,181 | 2,195,660 | 2,088,225 |
| Money market instruments (MnyMktInstrm) | 95,969 | 109,990 | 140,134 | 121,368 | 177,336 | 329,564 |
| Emission allowances (EmssnAllwnc) | 46 | 86 | 106 | 138 | 605 | 138 |
| Other financial instruments (OthrFinInstrms) | 374,760 | 351,991 | 500,259 | 619,684 | 805,701 | 544,392 |
| **Total** | **67,881,911** | **79,102,694** | **126,845,937** | **123,062,047** | **117,393,631** | **116,277,022** |

6. **Value of internalised settlement instructions per type of financial instruments per reporting quarter (EEA)**

- The majority of internalised settlement instructions (based on their value in EUR) concerns equity, bonds and sovereign debt (in close proximity with the exception of Q2 2019 when bonds had a significantly higher proportion based on the reported data). By comparison, the following types of financial instruments have lower values reported: ETFs, money market instruments, UCITS (other than ETFs) and other financial instruments. Other transferable securities have even lower values, while emission allowances have the lowest proportion.

ESMA PUBLIC USE



Note: Total internalised settlement value per type of financial instrument and per reporting quarter in the EEA, in EUR tn.
Sources: ESMA.

| | Total internalised settlement value (in EUR) | | | | | |
|---|---|---|---|---|---|---|
| | **2019** | | | **2020** | | |
| **Instrument type** | **19Q2** | **19Q3** | **19Q4** | **20Q1** | **20Q2** | **20Q3** |
| Equity (Eqty) | 15,768,090,288,933 | 19,524,163,234,666 | 30,026,932,141,462 | 30,084,279,106,225 | 26,951,726,953,879 | 26,311,620,341,341 |
| Sovereign debt (SvrgnDebt) | 9,426,660,585,245 | 21,525,473,076,464 | 17,833,570,540,350 | 23,675,291,509,447 | 29,147,228,941,065 | 21,106,505,914,037 |
| Bonds (Bd) | 56,621,427,058,934 | 26,268,849,780,084 | 31,426,217,592,166 | 32,922,702,322,251 | 15,565,660,361,649 | 11,266,226,915,676 |
| Other transferable securities (OthrTrfblScties) | 63,412,916,834 | 47,855,721,345 | 69,771,506,439 | 51,864,415,053 | 35,611,156,694 | 39,043,034,238 |
| ETFs (XchgTradgFnds) | 1,017,526,019,590 | 1,106,524,018,512 | 1,295,626,260,168 | 1,863,208,691,605 | 1,573,944,050,720 | 1,600,250,951,709 |
| UCITS, other than ETFs (CllctvInvstmtUdrtkgs) | 241,770,219,064 | 827,383,467,143 | 864,297,825,286 | 846,657,836,087 | 2,064,811,931,416 | 801,134,503,467 |
| Money market instruments (MnyMktInstrm) | 494,264,877,903 | 469,091,608,373 | 661,717,447,695 | 589,874,811,896 | 903,098,440,759 | 680,271,190,085 |
| Emission allowances (EmssnAllwnc) | 81,843 | 15,438,306 | 473,336 | 921,623 | 1,385,125 | 582,920 |
| Other financial instruments (OthrFinInstrms) | 170,930,446,268 | 149,172,753,454 | 258,229,547,490 | 575,343,517,424 | 979,337,729,172 | 5,146,940,222,672 |
| **Total** | **83,804,082,494,614** | **69,918,529,098,347** | **82,436,363,334,392** | **90,609,223,131,611** | **77,221,420,950,479** | **66,951,993,656,145** |



ESMA PUBLIC USE

### 7. Number of internalised settlement instructions per type of transaction per reporting quarter (EEA)

- Collateral management operations, together with securities purchases and sales and securities lending or borrowing operations represent the highest proportion based on the number of internalised settlement instructions. The category 'other transactions' has a smaller share in the total, with the exception of Q4 2019 when it was the second most reported category. Repurchase transactions consistently represent only a very small portion of the internalised settlement activity.



Note: Total number of internalised settlement instructions per type of transaction and per reporting quarter in the EEA, in millions.
Sources: ESMA.

| | Total number of internalised settlement instructions - EEA | | | | | |
|---|---|---|---|---|---|---|
| | 2019 | | | 2020 | | |
| Transaction type | 19Q2 | 19Q3 | 19Q4 | 20Q1 | 20Q2 | 20Q3 |
| Securities purchase or sale (SctiesBuyOrSell) | 17,546,864 | 17,879,104 | 19,375,533 | 42,008,868 | 50,874,555 | 45,903,536 |
| Collateral management (CollMgmtOpr) | 22,787,575 | 32,705,134 | 51,191,410 | 53,404,369 | 44,079,906 | 48,495,701 |
| Securities lending or borrowing (SctiesLndgOrBrrwg) | 24,774,155 | 25,381,984 | 23,665,988 | 24,201,760 | 19,580,290 | 19,173,076 |
| Repurchase transactions (RpAgrmt) | 98,058 | 98,005 | 103,288 | 125,884 | 110,560 | 78,774 |



ESMA PUBLIC USE

| | | | | | | |
|---|---|---|---|---|---|---|
| Other transactions (OthrTxs) | 2,675,259 | 3,038,467 | 32,509,718 | 3,321,166 | 2,748,320 | 2,625,935 |
| **Total** | **67,881,911** | **79,102,694** | **126,845,937** | **123,062,047** | **117,393,631** | **116,277,022** |

8. **Value of internalised settlement instructions per type of transaction per reporting quarter (EEA)**

- Collateral management operations represent the highest proportion based on the value of internalised settlement instructions, with the exception of Q2 2019 and Q3 2019, when they were surpassed by securities purchases and sales in both those quarters, and also by securities lending or borrowing operations in Q2 2019. Securities purchases and sales and securities lending or borrowing operations also represent an important part of the internalised settlement activity based on the number of instructions. Repurchase transactions and other transactions represent only a very small portion of the internalised settlement activity.



Note: Total internalised settlement value per type of transaction and per reporting quarter in the EEA, in EUR tn.
Sources: ESMA.

| | Total internalised settlement value (in EUR) – EEA | | | | | |
|---|---|---|---|---|---|---|
| | **2019** | | | **2020** | | |
| **Transaction type** | **19Q2** | **19Q3** | **19Q4** | **20Q1** | **20Q2** | **20Q3** |
| Securities purchase or sale (SctiesBuyOrSell) | 52,392,008,926,044 | 27,600,837,327,404 | 23,871,733,200,568 | 23,912,502,883,376 | 13,327,822,081,358 | 4,825,423,705,723 |
| Collateral management (CollMgmtOpr) | 13,665,203,444,915 | 23,665,018,907,748 | 34,803,856,115,822 | 42,621,749,306,254 | 41,741,944,566,966 | 36,092,074,205,152 |



ESMA PUBLIC USE

| | | | | | | |
|---|---|---|---|---|---|---|
| Securities lending or borrowing (SctiesLndgOrBrrwg) | 14,950,942,193,153 | 15,635,551,394,751 | 20,332,150,481,991 | 20,542,367,601,503 | 19,878,666,397,136 | 20,079,243,081,127 |
| Repurchase transactions (RpAgrmt) | 1,717,244,803,034 | 1,352,069,810,108 | 1,364,825,005,870 | 1,723,160,557,935 | 1,415,376,750,675 | 807,743,461,972 |
| Other transactions (OthrTxs) | 1,078,683,127,469 | 1,665,051,658,338 | 2,063,798,530,143 | 1,809,442,782,544 | 857,611,154,343 | 5,147,509,202,173 |
| **Total** | **83,804,082,494,615** | **69,918,529,098,349** | **82,436,363,334,394** | **90,609,223,131,612** | **77,221,420,950,478** | **66,951,993,656,147** |

## 9. Number of internalised settlement instructions per type of clients per reporting quarter (EEA)

- The majority of internalised settlement instructions (based on the number of instructions) concerns professional clients, even though the proportion of retail clients is higher in this case compared to the proportion based on the value of internalised settlement instructions.



Note: Total number of internalised settlement instructions per type of client and per reporting quarter in the EEA, in millions.
Sources: ESMA.



ESMA PUBLIC USE

| | Total number of internalised settlement instructions – EEA | | | | | |
|---|---|---|---|---|---|---|
| | 2019 | | | 2020 | | |
| Client type | 19Q2 | 19Q3 | 19Q4 | 20Q1 | 20Q2 | 20Q3 |
| Professional clients (Prfssnl) | 54,024,719 | 63,785,577 | 85,348,945 | 98,359,895 | 90,611,001 | 93,574,706 |
| Retail clients (Rtl) | 13,857,192 | 15,317,117 | 41,496,992 | 24,702,152 | 26,782,630 | 22,702,316 |
| Total | 67,881,911 | 79,102,694 | 126,845,937 | 123,062,047 | 117,393,631 | 116,277,022 |

## 10. Value of internalised settlement instructions per type of clients per reporting quarter (EEA)

- The vast majority of internalised settlement instructions (based on value) concerns professional clients.



Note: Total internalised settlement value per type of client and per reporting quarter in the EEA, in EUR tn.
Sources: ESMA.

| | Total internalised settlement value (in EUR) – EEA | | | | | |
|---|---|---|---|---|---|---|
| | 2019 | | | 2020 | | |
| Client type | 19Q2 | 19Q3 | 19Q4 | 20Q1 | 20Q2 | 20Q3 |
| Professional clients (Prfssnl) | 82,965,851,627,778 | 68,568,547,379,334 | 81,330,666,401,382 | 89,748,772,069,178 | 76,541,259,933,282 | 64,134,874,477,163 |
| Retail clients (Rtl) | 838,230,866,834 | 1,349,981,719,015 | 1,105,696,933,011 | 860,451,062,433 | 680,161,017,196 | 2,817,119,178,983 |
| Total | 83,804,082,494,612 | 69,918,529,098,349 | 82,436,363,334,393 | 90,609,223,131,611 | 77,221,420,950,478 | 66,951,993,656,146 |

ESMA PUBLIC USE

### 11. Internalised settlement fails rates (by number of instructions) per reporting quarter (EEA)

- ESMA notices an increase in the internalised settlement fail rates at EEA level, based on the number of internalised settlement instructions. This could also be due to the fact that initially some settlement internalisers misinterpreted the 'volume' of internalised settlement as referring to 'number of securities' rather than 'number of instructions'. Following data quality checks, this has been corrected for the more recent reports.



Note: Fail rate by number of internalised settlement instructions per reporting quarter in the EEA, in %.
Sources: ESMA.

### 12. Internalised settlement fail rates (by value in EUR) per reporting quarter (EEA)

- We can notice a steady decrease trend in the internalised settlement fails rates at EEA level, based on the value of internalised settlement instructions.



Note: Fail rate by internalised settlement value per reporting quarter in the EEA, in %.
Sources: ESMA.

30



ESMA PUBLIC USE

### 13. Internalised settlement fail rates (by number of instructions) per type of financial instruments per reporting quarter (EEA)

- ESMA notices an increasing trend in the level of internalised settlement fails (based on the number of instructions) for UCITS and ETFs, with very high rates.

- A similar trend can be noticed regarding the level of internalised settlement fails (based on the number of instructions) for equities and other financial instruments.



Note: Fail rate by number of internalised settlement instructions per EEA State, per type of financial instrument and per reporting quarter.
Sources: ESMA.

| | Internalised settlement fail rates (by number of instructions) | | | | | |
|---|---|---|---|---|---|---|
| | 2019 | | | 2020 | | |
| Instrument type | 19Q2 | 19Q3 | 19Q4 | 20Q1 | 20Q2 | 20Q3 |
| Equity (Eqty) | 5.06% | 4.01% | 2.68% | 7.09% | 12.37% | 12.56% |
| Sovereign debt (SvrgnDebt) | 0.12% | 0.15% | 0.10% | 0.08% | 0.25% | 0.28% |
| Bonds (Bd) | 2.35% | 2.30% | 2.11% | 2.03% | 1.77% | 1.90% |
| Other transferable securities (OthrTrfblScties) | 4.37% | 4.67% | 5.93% | 2.84% | 1.71% | 1.33% |
| ETFs (XchgTradgFnds) | 5.68% | 5.49% | 8.68% | 16.22% | 18.86% | 17.51% |
| UCITS, other than ETFs (CllctvInvstmtUdrtkgs) | 12.91% | 17.69% | 20.80% | 17.40% | 30.56% | 25.32% |



ESMA PUBLIC USE

| Money market instruments (MnyMktInstrm) | 1.28% | 0.38% | 0.13% | 0.27% | 0.43% | 0.23% |
|---|---|---|---|---|---|---|
| Emission allowances (EmssnAllwnc) | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Other financial instruments (OthrFinInstrms) | 6.88% | 9.60% | 18.50% | 12.06% | 20.82% | 20.86% |

**14. Internalised settlement fail rates (by value in EUR) per type of financial instruments per reporting quarter (EEA)**

- ESMA notices an increasing trend in the level of internalised settlement fails (by value) for the category 'other financial instruments', with very high rates.

- ESMA also notices a decreasing trend in the level of internalised settlement fails (by value) for sovereign debt and bonds, starting from very high levels.

- High levels of internalised settlement fails (by value) can also be noticed for equities, ETFs and UCITS.



Note: Fail rate by internalised settlement value per EEA State, per type of financial instrument and per reporting quarter.
Sources: ESMA.



ESMA PUBLIC USE

| | Internalised settlement fail rates (by value of instructions in EUR) | | | | | |
|---|---|---|---|---|---|---|
| | **2019** | | | **2020** | | |
| **Instrument type** | **19Q2** | **19Q3** | **19Q4** | **20Q1** | **20Q2** | **20Q3** |
| Equity (Eqty) | 10.62% | 5.74% | 9.55% | 7.08% | 12.39% | 5.91% |
| Sovereign debt (SvrgnDebt) | 32.43% | 56.45% | 39.22% | 24.78% | 3.82% | 0.84% |
| Bonds (Bd) | 78.42% | 46.38% | 42.27% | 37.53% | 25.10% | 3.52% |
| Other transferable securities (OthrTrfblScties) | 10.67% | 6.84% | 18.36% | 3.63% | 22.79% | 26.08% |
| ETFs (XchgTradgFnds) | 5.20% | 7.14% | 5.08% | 10.59% | 9.64% | 6.39% |
| UCITS, other than ETFs (CllctvInvstmtUdrtkgs) | 10.78% | 4.16% | 2.24% | 6.83% | 0.99% | 4.05% |
| Money market instruments (MnyMktInstrm) | 0.65% | 0.25% | 0.17% | 0.40% | 1.38% | 1.88% |
| Emission allowances (EmssnAllwnc) | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Other financial instruments (OthrFinInstrms) | 31.48% | 38.49% | 22.55% | 21.18% | 23.73% | 82.19% |

### 15. Internalised settlement fail rates (number of instructions) per type of transaction per reporting quarter (EEA)

- ESMA notices an increasing trend in the level of internalised settlement fails for securities purchases or sales (based on the number of instructions), with high rates overall.



Note: Fail rate by number of internalised settlement instructions per EEA State, per type of transaction and per reporting quarter.
Sources: ESMA.

33



ESMA PUBLIC USE

| | Internalised settlement fail rates (by number of instructions) | | | | | |
|---|---|---|---|---|---|---|
| | 2019 | | | 2020 | | |
| Transaction type | 19Q2 | 19Q3 | 19Q4 | 20Q1 | 20Q2 | 20Q3 |
| Securities purchase or sale (SctiesBuyOrSell) | 13.60% | 13.29% | 15.43% | 16.20% | 21.93% | 23.45% |
| Collateral management (CollMgmtOpr) | 0.02% | 0.02% | 0.01% | 0.01% | 0.01% | 0.01% |
| Securities lending or borrowing (SctiesLndgOrBrrwg) | 0.55% | 0.52% | 1.01% | 0.71% | 0.88% | 1.32% |
| Repurchase transactions (RpAgrmt) | 2.72% | 1.28% | 2.11% | 1.79% | 1.48% | 0.93% |
| Other transactions (OthrTxs) | 5.96% | 6.62% | 1.50% | 10.11% | 10.13% | 8.40% |

## 16. Internalised settlement fail rates (by value in EUR) per type of transaction per reporting quarter (EEA)

- ESMA notices extremely high internalised settlement fails rates for securities purchases or sales, based on the value of transactions. However, it appears that they are on a decreasing trend.

- The level of internalised settlement fails rates for the category 'other transactions' based on the value of transactions appears to be on an increasing trend.



Note: Fail rate by internalised settlement value per EEA State, per type of financial instrument and per reporting quarter.
Sources: ESMA.

34

ESMA PUBLIC USE

| | Internalised settlement fail rates (by value of instructions in EUR) | | | | |
|---|---|---|---|---|---|
| | 2019 | | | 2020 | |
| Transaction Type | 19Q2 | 19Q3 | 19Q4 | 20Q1 | 20Q2 |
| Securities purchase or sale (SctiesBuyOrSell) | 89.99% | 88.46% | 82.70% | 80.94% | 59.47% |
| Collateral management (CollMgmtOpr) | 0.11% | 0.07% | 0.04% | 0.02% | 0.05% |
| Securities lending or borrowing (SctiesLndgOrBrrwg) | 13.14% | 2.98% | 12.86% | 4.21% | 3.09% |
| Repurchase transactions (RpAgrmt) | 0.22% | 0.52% | 1.09% | 0.60% | 0.80% |
| Other transactions (OthrTxs) | 13.86% | 10.05% | 44.36% | 27.36% | 24.85% |
| **Total** | **58.80%** | **41.57%** | **28.27%** | **22.88%** | **11.38%** |

### 17. Internalised settlement fail rates (by number of instructions) per type of clients per reporting quarter (EEA)

- ESMA notices an increasing trend in the internalised settlement fails rates (based on the number of instructions) both for retail and professional clients, with slightly higher fail rates for retail clients.



Note: Fail rate by number of internalised settlement instructions per EEA State, per type of client and per reporting quarter.
Sources: ESMA.



ESMA PUBLIC USE

| | Internalised settlement fail rates (by number of instructions) | | | | | |
|---|---|---|---|---|---|---|
| | 2019 | | | 2020 | | |
| Client type | 19Q2 | 19Q3 | 19Q4 | 20Q1 | 20Q2 | 20Q3 |
| Professional clients (Prfssnl) | 3.89% | 3.11% | 2.98% | 5.70% | 8.78% | 7.97% |
| Retail clients (Rtl) | 4.26% | 4.76% | 2.84% | 6.94% | 13.66% | 16.69% |

## 18. Internalised settlement fail rates (by value in EUR) per type of clients per reporting quarter (EEA)

- On the one hand, ESMA notices a decreasing trend in the internalised settlement fail rates (based on the value of instructions in EUR) for professional clients.

- On the other hand, ESMA notices an increasing trend in the internalised settlement fail rates (based on the value of instructions in EUR) for retail clients, with a particularly high rate in Q3 2020.



Note: Fail rate by internalised settlement value per EEA State, per type of client and per reporting quarter.
Sources: ESMA.

| | Total settlement value (in EUR) | | | | | |
|---|---|---|---|---|---|---|
| | 2019 | | | 2020 | | |
| Instrument type | 19Q2 | 19Q3 | 19Q4 | 20Q1 | 20Q2 | 20Q3 |
| Professional clients (Prfssnl) | 59.37% | 37.34% | 28.62% | 23.05% | 11.39% | 6.94% |
| Retail clients (Rtl) | 2.46% | 1.83% | 2.06% | 5.77% | 10.10% | 73.40% |

36



ESMA PUBLIC USE

**19. Normalised Herfindahl-Hirschman index by number of internalised settlement instructions, per reporting quarter in the EEA, in %.**

- ESMA notices an increasing trend in the level of concentration of the internalised settlement activity at EEA level, based on the number of internalised settlement instructions.



Note: Normalised Herfindahl-Hirschman index by number of internalised settlement instructions per reporting quarter in the EEA, in %.
Sources: ESMA.

**20. Normalised Herfindahl-Hirschman index by internalised settlement value, per reporting quarter in the EEA, in %.**

- ESMA notices that the level of concentration of the internalised settlement activity at EEA level based on the internalised settlement value is fairly constant.



Note: Normalised Herfindahl-Hirschman index by internalised settlement value per reporting quarter in the EEA, in %.
Sources: ESMA.

ESMA PUBLIC USE

### 21. Number of settlement internalisers, per reporting quarter in the EEA

- ESMA notices an increase in the number of settlement internalisers submitting reports under Article 9 of CSDR. ESMA believes that the Q2 2020 figures are more accurate than the 2019 figures due to the learning effect and progressive onboarding of settlement internalisers late in the implementation. It's important to bear in mind that Q2 and Q3 2019 figures may be more impacted than 2020 figures by data quality issues such as entities not reporting data or misreporting, given that data quality has improved with the more recent reports. It should also be mentioned that some settlement internalisers may not have submitted the reports for Q3 2020 at the time the data for this Report was compiled.



Note: Total number of settlement internalisers per reporting quarter in the EEA.
Sources: ESMA.

| EEA States[9] | Number of settlement internalisers[10] | | | | | |
|---|---|---|---|---|---|---|
| | 2019 | | | 2020 | | |
| NCA | 19Q2 | 19Q3 | 19Q4 | 20Q1 | 20Q2 | 20Q3 |
| AT | 284 | 268 | 302 | 305 | 278 | 316 |
| BE | 14 | 13 | 13 | 13 | 13 | 11 |
| CY | 19 | 20 | 20 | 20 | 17 | 11 |
| CZ | 15 | 15 | 14 | 14 | 14 | 9 |
| DE | 1,058 | 1,024 | 1,252 | 1,246 | 1,246 | 1,228 |
| DK | 26 | 25 | 24 | 26 | 26 | 30 |
| EE | 5 | 5 | 5 | 5 | 5 | 5 |
| ES | 11 | 12 | 13 | 12 | 12 | 10 |
| FI | 5 | 5 | 5 | 1 | 6 | 6 |
| FR | 131 | 132 | 133 | 133 | 133 | 129 |

---

[9] The NCAs from Bulgaria and Greece have not yet submitted internalised settlement reports from settlement internalisers in their jurisdiction to ESMA. The CSDR Level 2 Regulations have not yet been incorporated into Icelandic law and, therefore, the internalised settlement reporting requirements are not yet applicable in Iceland. UK data is not included, given the Brexit context.
[10] The cut-off date for the data included in this Report is **20 October 2020**. It should be mentioned that, by 23 October 2020, ESMA received additional reports for Q3 2020 from: 2 SetIns from BE, 6 SetIns from CY, 2 SetIns from the CZ, 2 SetIns from DE, 2 SetIns from FR, 2 SetIns from HR, 4 SetIns from IT, 4 SetIns from LU, 1 SetIn from PL, and 1 SetIn from PT.



ESMA PUBLIC USE

| | | | | | | |
|---|---|---|---|---|---|---|
| HR | 15 | 15 | 15 | 15 | 15 | 13 |
| HU | 2 | 3 | 4 | 5 | 5 | 3 |
| IE | 7 | 7 | 7 | 7 | 7 | 7 |
| IT | 315 | 338 | 365 | 361 | 361 | 354 |
| LI | | | | 7 | 8 | 8 |
| LT | 4 | 4 | 4 | 4 | 4 | 3 |
| LU | 86 | 84 | 82 | 82 | 82 | 71 |
| LV | 9 | 10 | 11 | 9 | 10 | 8 |
| MT | 3 | 4 | 5 | 8 | 10 | 6 |
| NL | 14 | 15 | 15 | 15 | 15 | 15 |
| NO | | | 1 | 1 | 1 | 1 |
| PL | | 12 | 11 | 11 | 11 | 11 |
| PT | 12 | 13 | 13 | 14 | 14 | 12 |
| RO | 4 | 4 | 4 | 4 | 4 | 4 |
| SE | 8 | 8 | 7 | 15 | 14 | 13 |
| SI | 8 | 8 | 8 | 8 | 2 | |
| SK | 10 | 8 | 12 | 13 | 31 | 32 |
| **Total EEA** | **2,065** | **2,052** | **2,345** | **2,354** | **2,344** | **2,316** |

### 22. Top 5 EEA States based on the number of settlement internalisers, per reporting quarter



Note: Share of the top 5 EEA States and all others combined, out of the total number of settlement internalisers in the EEA as of 19Q2.
Sources: ESMA.

Note: Share of the top 5 EEA States and all others combined, out of the total number of settlement internalisers in the EEA as of 19Q3.
Sources: ESMA.



ESMA PUBLIC USE

Note: Share of the top 5 EEA States and all others combined, out of the total number of settlement internalisers in the EEA as of 19Q4. Sources: ESMA.

Note: Share of the top 5 EEA States and all others combined, out of the total number of settlement internalisers in the EEA as of 20Q1. Sources: ESMA.

Note: Share of the top 5 EEA States and all others combined, out of the total number of settlement internalisers in the EEA as of 20Q2. Sources: ESMA.

Note: Share of the top 5 EEA States and all others combined, out of the total number of settlement internalisers in the EEA as of 20Q3. Sources: ESMA.

## 5.2    Data quality checks

75. ESMA would like to highlight that data quality checks are ongoing, and that there are still issues that need to be addressed by settlement internalisers. ESMA is coordinating with NCAs in order to follow up on the identified data quality issues.

76. The data presented in this Report excludes outliers. The rules applied to exclude outliers are the following (unless the accuracy of the data has been confirmed by the respective NCAs):

- if > 100,000,000 for the total number of internalised settlement instructions reported by a settlement internaliser for a quarter; or

- if > 100,000,000,000,000 EUR for the internalised settlement value reported by a settlement internaliser for a quarter; or

- an overall average internalised settlement value < 100 EUR or > 300,000,000 EUR reported by a settlement internaliser for a quarter.

77. The most common sources of errors identified so far are:

40



ESMA PUBLIC USE

a) Errors due to currency conversion;

b) Errors due to volumes being misinterpreted as number of securities instead of number of instructions;

c) Errors due to free of payment (FoP) instructions not being valued correctly (please see the provisions of Article 2(3) of the Commission Delegated Regulation (EU) 2017/391);

d) Errors due to not counting instructions for the number of days until they are settled (in the total of instructions), while counting settlement fails for the number of days until they are settled, leading to disproportionate fail rates.

e) Errors due to inverting figures related to failed instructions and figures related to settled instructions, leading to disproportionate fail rates.

78. Please see the relevant provisions of the ESMA Guidelines on internalised settlement reporting, which clarify some of the aspects mentioned above:

*20. Settlement internalisers should include each separate internalised settlement instruction in the aggregate figures (i.e. double side reporting).*

*21. Volumes should be expressed in the number of internalised settlement instructions.*

*22. If during a quarter covered by a report, an internalised settlement instruction fails to settle for several days after the intended settlement date (ISD), including in the case where the settlement instruction is cancelled, then it should be reported as "failed" by taking into account each day when it fails to settle. It should be reported as "settled" if it is settled during the quarter covered by the report.*

*Please see the following example: If during the quarter covered by the report an internalised settlement instruction with a value of 100 euros fails to settle for 3 days, and then it is settled, it should be reported as follows (considering double side reporting):*

| Settled | | Failed | | Total | |
|---|---|---|---|---|---|
| Volume | Value (EUR) | Volume | Value (EUR) | Volume | Value (EUR) |
| 2 | 200 | 6 | 600 | 8 | 800 |

# 6. Conclusions

79. In terms of the typology, settlement internalisers are usually credit institutions and investment firms. No major risks have been identified during the period covered by the report. NCAs have however identified some risks related to this activity, the most common being operational risk and custody risk. In terms of measures to mitigate those risks, ESMA would like to refer to the adequate identification of the clients' accounts involved, and the improvement of the operational processes.

80. The challenges encountered when implementing the internalised settlement reporting regime seem normal in terms of any new reporting requirements. To support the implementation process, ESMA has provided additional clarifications through supervisory



ESMA PUBLIC USE

convergence measures, including the ESMA Guidelines on internalised settlement reporting, as well as Q&As.

81. Given that this is a new reporting regime, and that data quality checks are still ongoing, it is acknowledged that data covering a longer period of time would be needed in order to have a clearer picture regarding internalised settlement trends. At the same time, it is useful to use the existing data to set a benchmark for future assessments.

82. ESMA would like to highlight the importance of continuing to monitor internalised settlement, in order to assess if this activity should be regulated in the future, in particular considering the extremely high values and volumes of internalised settlement according to the reports submitted by settlement internalisers under Article 9 of CSDR, as well as the high level of concentration with some settlement internalisers accounting for a significant part of the internalised settlement activity. ESMA believes that, as a minimum, custodians' clients should be informed of the risks and costs associated with the place of settlement (at the level of a securities settlement system operated by a CSD versus internalised settlement).

ESMA PUBLIC USE

# 7. Annexes

## 7.1 Annex I – ESMA survey on internalised settlement (ref. ESMA70-156-3003/ 11 June 2020)

## General information

| | | |
|---|---|---|
| 1. | Choose your jurisdiction: | [list of countries] |
| 2. | Please, provide the name of your institution/ organisation and your capacity: NCA[11]/ Trade Association | [blank space] |
| 3. | If applicable, please indicate: <br> - for NCAs, the name of other authorities which have contributed to your answers (e.g. authorities supervising the settlement internalisers[12]) <br> - for AFME and EBF, the names of the market participants which have contributed to your answers | [blank space] |
| 4. | Please, provide the contact details of the person answering this questionnaire (Name, position and email address) | [blank space] |
| 5. | If applicable, please, provide the name of the CSD(s) for which you are NCA | [blank space] |

## Survey

1. Have you identified any risks in relation to internalised settlement?
a) Yes
b) No

[Q dependent on 1(a)] If yes, please list the identified risks:

| Risks | Impact [very low, low, medium, high, very high] | Probability to materialise [very low, low, medium, high, very high] | Measures to prevent/address the materialisation of such risks | Other comments |
|---|---|---|---|---|
| | | | | |

---

[11] The competent authority designated under Article 11(1) of CSDR in each Member State.
[12] The CSD NCA is encouraged to liaise with the authorities supervising settlement internalisers (e.g. banking supervisors), if they are different than the CSD NCA. The CSD NCA may also liaise with the authorities in other Member States supervising settlement internalisers that have branches operating in the CSD NCA's Member State.

| | | | | |
|---|---|---|---|---|
| Operational risk | | | | |
| Systemic risk | | | | |
| Custody risk | | | | |
| Counterparty risk | | | | |
| Credit risk | | | | |
| Liquidity risk | | | | |
| Legal risk | | | | |
| Others (please specify)[13] | | | | |

2. Have you identified any trends in relation to internalised settlement?
a) Yes
b) No

[Q dependent on 2(a)] If yes, please provide details: *[insert text box]*

3. Please indicate the type of institutions which qualify as settlement internalisers:

| Type of institutions | Indicate number of settlement internalisers falling under each type of institution | Comments |
|---|---|---|
| Investment firms | | |
| Credit institutions | | |
| Others (please specify) | | |

4. Please indicate the requirements, whether procedural or substantive, which were the most challenging to implement. *[insert text box]*

5. Do you consider the internalised settlement reporting process and/or the sharing of data amongst NCAs could be improved?
a) Yes
b) No
c) No opinion

---

[13] Possibility to add more rows if needed.

esma

[Q dependent on Q5(a)] If yes, please indicate your suggestions for improving the process: *[insert text box]*

[Q dependent on Q5(a)] If yes, please provide suggestions for potential amendments to the existing requirements on internalised settlement reporting.

| Regulation | Suggested amendments[14] | Justification including evidence and data |
|---|---|---|
| Regulation (EU) No 909/2014 (CSDR)[15] | | |
| Commission Delegated Regulation (EU) 2017/391[16] | | |
| Commission Implementing Regulation (EU) 2017/393[17] | | |

6. Please rate (from 1-5) the likelihood of settlement moving away from CSDs to settlement internalisers following the entry into force of the CSDR settlement discipline regime:
   - 1 – very low
   - 2 – low
   - 3 – medium
   - 4 – high
   - 5 – very high
   - No opinion

7. In your view, should internalised settlement be regulated?
a) Yes
b) No
c) No opinion

[Q dependent on Q7(a)] If yes, please indicate your suggestions:

| Areas linked to the internalised activity that would need to regulated[18] | Justification | If relevant, concrete proposals |
|---|---|---|
| | | |

---

[14] Possibility to add separate rows for each suggested amendment and related justification.
[15] https://eur-lex.europa.eu/legal-content/EN/TXT/?uri=CELEX:32014R0909
[16] https://eur-lex.europa.eu/legal-content/EN/TXT/?uri=uriserv:OJ.L_.2017.065.01.0044.01.ENG&toc=OJ:L:2017:065:TOC
[17] https://eur-lex.europa.eu/legal-content/EN/TXT/?uri=uriserv:OJ.L_.2017.065.01.0116.01.ENG&toc=OJ:L:2017:065:TOC
[18] Possibility to add separate rows for each suggestion.

ESMA PUBLIC USE

## 7.3 Annex II – List of respondents to the ESMA survey on internalised settlement and contributors to this Report

### NCAs

1.  AT      Austrian Financial Market Authority (FMA)
2.  BE      National Bank of Belgium
3.  CZ      Czech National Bank
4.  DE      Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin, Federal Financial Supervisory Authority)
5.  DK      Finanstilsynet
6.  ES      Comisión Nacional del Mercado de Valores (CNMV)
7.  FI      Financial Supervisory Authority (FIN-FSA)
8.  FR      Autorité des Marchés Financiers (AMF)
9.  HR      Croatian Financial Services Supervisory Agency
10. HU      National Bank of Hungary (Magyar Nemzeti Bank)
11. IE      Central Bank of Ireland
12. IS      The Central Bank of Iceland
13. IT      Commissione Nazionale per le Società e la Borsa (CONSOB)
14. LI      FMA Liechtenstein
15. LT      Lietuvos bankas
16. LU      Commission de Surveillance du Secteur Financier (CSSF)
17. LV      Financial and Capital Market Commission
18. MT      Malta Financial Services Authority
19. NL      De Nederlandsche Bank (DNB, Netherlands Bank)
20. NO      Finanstilsynet (The Financial Supervisory Authority of Norway)
21. PL      Polish Financial Supervision Authority (KNF)
22. PT      Comissão do Mercado de Valores Mobiliários
23. RO      Autoritatea de Supraveghere Financiara
24. SE      Finansinspektionen
25. SI      Securities Market Agency (ATVP)
26. SK      National Bank of Slovakia

### Trade Associations

1.  Association for Financial Markets in Europe (AFME)
2.  European Banking Federation (EBF)