**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

No. 18-md-02865-LAK

**NOTICE OF MOTION**

This document relates to:    The cases listed in
Appendix A to
Pretrial Order No.
35 (ECF No. 977)

---

PLEASE TAKE NOTICE that, on the accompanying memorandum of law; declaration of Thomas E.L. Dewey dated June 21, 2024, and exhibits thereto; and all prior proceedings in this action, Defendants move under *Daubert v. Merrell Dow Pharms., Inc.,* 509 U.S. 579 (1993), Fed. R. Evid. 702, and other applicable law for an order prohibiting Marcia S. Wagner from testifying at trial and granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
         June 21, 2024

Respectfully submitted,

DEWEY PEGNO & KRAMARSKY LLP

By:    /s/ Thomas E.L. Dewey
       Thomas E.L. Dewey
       777 Third Avenue – 29th Floor
       New York, New York 10017
       Tel.: (212) 943-9000
       Fax: (212) 943-4325
       tdewey@dpklaw.com


KEKER, VAN NEST & PETERS LLP

By:    /s/ Elliot R. Peters
       Elliot R. Peters
       Julia L. Allen
       633 Battery Street
       San Francisco, CA 94111
       Tel.: (415) 962-7188
       epeters@keker.com


*Attorneys for Defendant Michael Ben-Jacob*

KOSTELANETZ LLP

By:    /s/ Sharon L. McCarthy
       Sharon L. McCarthy
       7 World Trade Center, 34th Floor
       New York, New York 10007
       Tel:    (212) 808-8100
       Fax:    (212) 808-8108
       smccarthy@kflaw.com


*Attorneys for Defendants John van Merkensteijn,III, Elizabeth van Merkensteijn, Azalea Pension Plan, Basalt Ventures LLC Roth 401(K) Plan, Bernina Pension Plan, Bernina Pension Plan Trust, Michelle Investments Pension Plan, Omineca Pension Plan, Omineca Trust, Remece Investments LLC Pension Plan, Starfish Capital Management LLC Roth 401(K) Plan,*

*Tarvos Pension Plan, Voojo Productions LLC Roth 401(K) Plan, Xiphias LLC Pension Plan*

WILMER CUTLER PICKERING HALE AND DORR LLP

By:  /s/ Alan E. Schoenfeld
Alan E. Schoenfeld
7 World Trade Center250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
alan.schoenfeld@wilmerhale.com

*Attorneys for Defendants Richard Markowitz, Jocelyn Markowitz, Avanix Management LLC Roth 401(K) Plan, Batavia Capital Pension Plan, Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries LLC Roth 401(K) Plan, RJM CapitalPension Plan, RJM Capital Pension Plan Trust, Routt Capital Pension Plan, Routt Capital Trust*

KATTEN MUCHIN ROSENMAN LLP

By:  /s/ David L. Goldberg
David L. Goldberg
Michael M. Rosensaft
50 Rockefeller Plaza
New York, NY 10020
Tel.: (212) 940-8800
Fax: (212) 940-8776
david.goldberg@katten.com

*Attorneys for Defendants Robert Klugman, RAK Investment Trust, Aerovane Logistics LLC Roth 401K Plan, Edgepoint Capital LLC Roth 401K Plan, Headsail Manufacturing LLC Roth 401K Plan, The Random Holdings 401K Plan, The Stor Capital Consulting LLC 401K Plan*