# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to all cases listed in Appendix A. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## EXPERT REPORT OF MARCIA S. WAGNER

## CONFIDENTIAL PURSUANT TO RULE 26(C) PROTECTIVE ORDER

## TABLE OF CONTENTS

**Page**

PURPOSE OF THE EXPERT ENGAGEMENT ..................................................1

QUALIFICATIONS ...........................................................................................1

PREPARATION OF REPORT ...........................................................................3

SUMMARY OF OPINIONS ..............................................................................4

I.     The Plans Were Not Qualified as Tax-Exempt Under the Internal Revenue Code and Thus Were Not Entitled to the Dividend Withholding Tax Refunds. ...........................................................4

     A.     The Plans Were Not Qualified under the Code. ...........................4

     B.     The Plans Failed to Comply with other U.S. Legal Obligations. .......................................................................6

     C.     The Creation and Operation of the Plans was Not in Accord with Retirement Industry Standards. ..............................8

II.     Ben-Jacob Departed from Professional Standards. ................................9

FACTUAL BACKGROUND ...........................................................................10

I.     Plaintiff SKAT ..........................................................................10

II.     Background on the Treaty and the Scheme. ...........................................10

III.     The Bellwether Plans ..................................................................12

IV.     The Argre and Kaye Scholer Groups. ..................................................13

     A.     Individual Argre and Kaye Scholer Defendants ...........................14
           1.     Richard Markowitz ....................................................14
           2.     John H. van Merkensteijn III .....................................15
           3.     Robert Klugman ........................................................15
           4.     Michael Ben-Jacob ...................................................16

     B.     The Thirty Argre Plans ..................................................17
           1.     The RJM Capital Pension Plan ..................................18
           2.     The Delvian LLC Pension Plan .................................20

     C.     The 39 Kaye Scholer Plans ..............................................22
           1.     The Basalt Ventures Roth 401(k) Plan .......................24
           2.     The Roadcraft Technologies LLC Roth 401(k) Plan ...................26

# TABLE OF CONTENTS

**Page**

V.      Lehman Group ......................................................................................28

    A.      Individual Lehman Group Defendants.......................................30
        1.      Roger Lehman.................................................................30
        2.      Doston Bradley ..............................................................31
        3.      Matthew Tucci ...............................................................32
        4.      Gavin Crescenzo .............................................................34

    B.      The Lehman Plans........................................................................35
        1.      The FWC Capital LLC Pension Plan.............................35
        2.      The Valerius LLC Pension Plan ....................................36
        3.      The Proper Pacific Pension Plan....................................36

VI.     Sanjay Shah and The Solo Group ........................................................38

VII.    The ED&F Plans ...................................................................................38

THE PLANS WERE NOT ESTABLISHED OR
ADMINISTERED AS QUALIFIED PLANS ...................................................40

I.      Overview of 401(k) plans ....................................................................41

II.     Code Requirements for 401(k) Plans to Qualify for Tax Exemption ..................42

    A.      Exclusive Benefit Rule ...............................................................42

    B.      401(k) Funding.............................................................................43

    C.      Plan Permanence .........................................................................45

    D.      Segregation of Plan Assets..........................................................46

    E.      Other Conditions for Tax Qualification......................................47

III.    Operational Standards for Tax-Qualified 401(k) Plans .......................47

    A.      Indicia of Plan Asset Ownership and Domestic Trust
        Requirement.................................................................................48

    B.      Prohibited Transactions and The Service Provider
        Exemption ....................................................................................49
        1.      Necessary Services.........................................................49
        2.      Reasonable Contract or Arrangement............................49
        3.      Reasonable Compensation. ............................................50

    C.      Stock Lending Exemption............................................................50

# TABLE OF CONTENTS

**Page**

D.     Records Requirement .................................................................51

E.     Regulatory Reporting ..............................................................52

IV.   Using Standard Forms to Establish a Pension Plan does not make a Pension Plan Qualified...........................................................................53

V.   The Argre and Kaye Scholer Plans Did Not Meet the Requirements to Be Tax-Exempt ............................................................................................55

A.     The Argre and Kaye Scholer Plans Were Not Established or Operated for The Exclusive Benefit of Their Participants and Plan Beneficiaries................................................................55

B.     The Argre and Kaye Scholer Plans Were Not Funded in Accordance with the Code. ........................................................56

C.     The Argre and Kaye Scholer Plans Were Not Established or Operated as Permanent Programs......................................58

D.     The Assets in the Argre and Kaye Scholer Plans' Custodian Accounts Were Not Properly Segregated from the Assets of Other Entities. ...............................................................59

VI.   The Kaye Scholer and Argre Plans Were Not Operated in Accordance with The Applicable Standards, Rules, and Regulations for Qualified Plans. ........................................................................60

A.     Indicia of Ownership and Domestic Trust Requirement ...........................60

B.     Prohibited Transactions ............................................................61
      1.     Service Provider Exemption ...........................................61
      2.     Stock Lending Exemption ..............................................62

VII.   The Lehman Plans Did Not Meet the Code Requirements to Be Tax-Exempt.....................................................................................................63

A.     The Lehman Plans Were Not Established or Operated for The Exclusive Benefit of Their Participants and Plan Beneficiaries. ...............................................................63

B.     The Lehman Plans Were Not Funded in Accordance with the Code. .............................................................................64

C.     The Lehman Plans Were Not Established or Operated as Permanent Programs. .........................................................65

# TABLE OF CONTENTS

**Page**

D. The Assets in the Lehman Plans' Custodial Accounts Were Not Properly Segregated from the Assets of Other Entities. ..................66

VIII. The Lehman Plans Were Not Operated in Accordance with The Applicable, Standards, Rules and Regulations for Qualified Plans......................67

A. Domestic Trust Requirement ......................................................67

B. Prohibited Transactions ..............................................................67
1. Service Provider Exemption .............................................67
2. Stock Lending Exemption.................................................68
3. The Lehman Plans Failed to Comply with the Records Requirement.......................................................................68

IX. Neither the Argre and Kaye Scholer Plans Nor the Lehman Plans Were Operated in A Manner Consistent with Accepted Practice or The Purpose of 401(k) Plans..................................................................68

X. The ED&F Plans Did Not Meet the Requirements to Be Tax-Exempt Qualified Plans .......................................................................69

XI. Ben-Jacob's Conduct Departed from Professional Standards ..............................72

A. Applicable Standards of Professional Conduct for Practitioners .............................................................................72
1. A Lawyer's Duty to Provide Competent Representation .............72
2. A Lawyer's Duty to Avoid Knowingly Assisting Fraudulent Conduct.........................................................73
3. A Lawyer's Duties When Asked to Assist in A Suspicious Transaction.......................................................73

B. Ben-Jacob Disregarded Requirements for The Plans to Be Tax-Qualified 401(k) Plans.........................................................79
1. Ben-Jacob Disregarded the Exclusive Benefit Rule .....................79
2. Ben-Jacob Disregarded The Funding Rule ....................79
3. Ben-Jacob Disregarded The Permanence Rule............................80

C. Ben-Jacob Disregarded Standards of Plan Administration........................81
1. No Segregation of Plan Assets.......................................81
2. Prohibited Transactions .................................................82

D. Ben-Jacob Failed to Investigate The Economic Viability of the Transactions .........................................................................85
1. Ben-Jacob Failed to Investigate How Newly Created Unfunded Plans Could Buy Massive Amounts of Securities with No Risk and No Money ......................................85
2. Ben-Jacob Failed to Investigate Additional Matters......................90

## TABLE OF CONTENTS

**Page**

CONCLUSION............................................................................................................94

    A.    The Totality of Professional Deficiencies in this Case is
Unusual ...........................................................................................94

I, Marcia S. Wagner, hereby submit the following Expert Report in connection with the above-captioned matter.

## PURPOSE OF THE EXPERT ENGAGEMENT

1.      Counsel for Skatteforvaltningen ("SKAT"),[1] which is the Customs and Tax Administration of the Kingdom of Denmark, has requested my expert opinion on the standards applicable to the qualification and administration of 401(k) retirement plans, and on whether the 193 plans at issue in this report (the "Plans") met those standards.[2]  Counsel has also requested my opinion on the professional standards that applied to the defendant Michael Ben-Jacob ("Ben-Jacob"), a New York lawyer and partner at Kaye Scholer LLP ("Kaye Scholer"), in connection with certain of the Plans, and on whether Ben-Jacob departed from applicable professional standards.

## QUALIFICATIONS

2.      I am the principal of The Wagner Law Group, A Professional Corporation, which I founded approximately twenty-five years ago, and an attorney working exclusively in the area of pension and employee benefits law.  I am also a *summa cum laude* and *Phi Beta Kappa* graduate of Cornell University and a graduate of Harvard Law School.  I have practiced law in Boston for approximately thirty-five years and have been a partner in two major law firms.

3.      As an employee benefits attorney, I have had numerous engagements representing plan sponsors, fiduciaries and providers of services and investments to plans in their dealings with the Internal Revenue Service ("IRS") on such matters as fiduciary responsibility and prohibited transactions.  I have been involved in all phases of plan design, plan document

---

1.  I was informed by counsel for Plaintiff that at the time of the events alleged in the complaint, Plaintiff was known as "SKAT." Pursuant to Danish Legal Order 804, entered on June 6, 2018, Plaintiff changed its legal name to Skatteforvaltningen, effective July 1, 2018.

2.  These 193 plans are listed in Appendix A.

preparation, formation and monitoring of investment transactions, and due diligence with respect to plan investments and service providers.

4.      I have had the opportunity to serve as an Independent Fiduciary for numerous employee benefit plans.  In this capacity, I have advised benefit plans with respect to restructuring investment opportunities that might otherwise violate the prohibited transaction provisions contained in the Internal Revenue Code of 1986, as amended (the "Code" or the "IRC") and Employee Retirement Income Security Act of 1974, as amended ("ERISA"), in order to qualify for an applicable exemption.

5.      My services rendered to plan fiduciaries with respect to advising or consulting regarding investments have included: (i) advising on the design and structure of plan investments; (ii) counseling such bodies on the due diligence process relating to the engagement of investment advisors and managers, along with the information to be considered, decision-making processes, and documentation recommended before making a final decision; and (iii) recommending the processes that fiduciaries use for the selection, monitoring and retention of plan investments.

6.      I have been recognized as a national expert in a variety of employee benefits matters, including ERISA's fiduciary requirements.  I was appointed by the Secretary of the Treasury to serve on the IRS's Advisory Committee on Tax-Exempt and Government Entities ("ACT"), and I served as the former Project Chair of its Employee Plans subcommittee.  As part of this appointment, I was as a member of the ACT Advisory Panel that advised the IRS on certain operational policies and procedures, and in 2009 I prepared and presented a project entitled "International Pension Issues in a Global Economy:  A Survey and Assessment of IRS' Role in Breaking Down the Barriers."

7.      I am the recipient of the IRS Commissioner's Award (that agency's highest honor) relating to my service on behalf of the IRS Tax Exempt & Government Entities Division. I have also been inducted as a Fellow of the American College of Employee Benefits Counsel.

8.      I am a frequent lecturer and author in the employee benefits area, and I have authored Bureau of National Affairs ("BNA") Tax Management Portfolios, entitled "EPCRS – Plan Correction and Disqualification" and "Plan Disqualification and ERISA Litigation," for which I received the BNA Distinguished Author Commendation.  I have also authored, among other books and articles, the BNA Tax Management Portfolio: "ERISA Litigation, Procedure, Preemption and Other Title I Issues."

9.      I have been listed as a "Massachusetts Super Lawyer" by Boston Magazine, and have an AV peer review rating by LexisNexis Martindale-Hubbell indicating a very high to preeminent legal ability and integrity.  I have also been named one of the 100 Most Influential Persons in the Pension Industry by 401(k) Wire for eight years.

10.      My current resume is attached as Appendix B to this Report.  A current list of my publications appears in Appendix C, and the cases listed in Appendix D represent all the cases in which I have testified or submitted an Expert Report.  A list of the information considered for purposes of this Report is contained in Appendix E.

## PREPARATION OF REPORT

11.      I am being paid an hourly fee of $995 for my services in this engagement.  My fee is not contingent on the outcome of this action or the conclusions expressed in this Report.  In preparing this Report, I have received assistance from staff employed by The Wagner Law Group.

## SUMMARY OF OPINIONS

I.    **THE PLANS WERE NOT QUALIFIED AS TAX-EXEMPT UNDER THE INTERNAL REVENUE CODE AND THUS WERE NOT ENTITLED TO THE DIVIDEND WITHHOLDING TAX REFUNDS.**

12.    The treaty on double taxation between the United States and Denmark (the "Treaty")[3] permits a refund of Danish dividend withholding tax ("DWT") to certain tax-exempt U.S. entities, including qualified 401(k) pension plans.  DWT is paid by large Danish companies directly to Plaintiff SKAT, and under the Treaty, qualified U.S. entities may submit DWT refund applications to SKAT.  As part of their applications, over 270 U.S. pension plans, including the 193 Plans which are the subject of this report, represented to SKAT that they owned the relevant shares on the relevant record date and that they were tax-exempt under section 401(a) of the Code.  It is my opinion that the Plans were not qualified as tax-exempt under section 401(a) of the Code and therefore did not qualify for the DWT refunds they received from SKAT.[4]

A.    *The Plans Were Not Qualified under the Code.*

13.    The Code and/or the IRS require that tax-qualified pension plans be: (1) created and administered for the exclusive benefit of plan participant(s); (2) funded in accordance with the IRC; (3) permanent as opposed to temporary programs; and (4) funded through a domestic trust subject to the jurisdiction of U.S. courts.  The Plans did not meet these requirements and therefore were not tax-exempt under section 401(a) and were not entitled to the refunds paid by SKAT.

---

3.    Protocol Amending Tax Convention with Denmark, U.S.-Den., art. 10, ¶ 3(c), May 2, 2006, S. Treaty Doc. No. 109-19 (amending Convention and Protocol Between the United States and Denmark for the Avoidance of Double Taxation and the Prevention of Fiscal Evasion with Respect to Taxes on Income, U.S.-Den., Aug. 19, 1999, S. Treaty Doc. No. 106-12).

4.    I reserve the right to supplement my opinions in this report and to respond to any opinions offered by Defendants' experts.

14.    <u>First</u>, the Code's exclusive benefit rule requires that a qualified 401(k) plan's assets cannot "be used for or diverted to purposes other than the exclusive benefit of plan participants or their beneficiaries."[5]  The Plans failed to meet this requirement because many were created and operated in order to participate in a scheme to submit DWT applications to SKAT, and as part of this scheme, between 66.7% and 100% of the funds the Plans received from SKAT were paid over to others in the scheme, including entities controlled by Sanjay Shah ("<u>Shah</u>"), who designed the refund scheme, and other defendants in this multidistrict litigation, who themselves formed or enlisted others to form the Plans.

15.    <u>Second</u>, the IRC limits the source of funds that can be contributed to a qualified 401(k) plan to (i) plan sponsor contributions derived from the sponsor's trade or business, or (ii) participant contributions in the form of pre-tax or after-tax compensation from the sponsor. Most of the Plans failed to meet this requirement.  To the extent that the contributions were made to a Plan, the source of the contribution was typically unrelated to the sponsor's trade or business.  Indeed, for most of the Plans, the sponsor was generally a shell company that had no income-generating trade or business, as required by the Code. If and when Plans were actually funded, the source of the funds appears to have been from the personal assets of individual Defendants who established the Plans.  Moreover, the "funds" that the Plans purported to use to purchase Danish shares were purportedly obtained through stock loan financing arrangements made under problematic circumstances.

16.    <u>Third</u>, relevant Treasury regulations require that a 401(k) plan be established with the intent to be permanent rather than a temporary program.  Most of the Plans failed to meet this requirement, because they were established for the primary (if not sole) purpose of making

---

5.   Treasury Regulation §1.401-2(a)(1).

fraudulent DWT reclaims and were only intended to exist for the period when such reclaims were being made.  Unlike permanent or at least long-term retirement plans, the Plans generally did not engage in any activity other than the purported Danish stock trading that was a component of Sanjay Shah's scheme to obtain DWT refunds from SKAT or similar schemes to obtain money from Denmark and Belgium.[6]  The vast majority of the Plans' primary (or sole) purpose was to be available to Sanjay Shah's Solo Capital Partners LLP ("Solo Capital" or "Solo") to participate as directed in its purported transactions.  After Denmark announced it had discovered a fraud and suspended paying plan reclaim applications, many of the Plans and/or the associated LLC plan sponsors were terminated, ceased operating, or were effectively abandoned.

17.    Fourth, the IRS requires that plan assets may not be comingled with the assets of other investors, unless the plan's assets are pooled in a group trust restricted to tax-advantaged retirement vehicles and qualifying as a domestic trust.  The group trust must include and follow specific provisions and procedures protecting each plan's separate interest in the group trust's assets.  Many of the Plans' assets were subject to potential pooling with non-U.S. pension plan assets at overseas broker-custodians but without the safeguards required by the IRS.  The Plans therefore violated the IRC's provision against co-mingling of assets.

**B.    _The Plans Failed to Comply with other U.S. Legal Obligations._**

18.    U.S. law imposes a wide variety of other legal obligations on qualified pension plans, including regulatory reporting and operational requirements.  Failure to comply with these requirements may lead to financial or other penalties imposed on a plan.  Legitimate retirement plans operate in accordance with these legal obligations in order to avoid incurring unnecessary

---

6.    _See, e.g._, Markowitz Tr. at 116:2-24.

costs and raising questions about their qualified status.  The Plans did not abide by one or more of the following legal obligations.

19.      Under, a 401(k) plan should generally custody its assets in the United States, within the jurisdiction or protection of the United States district courts.  Most Plans ignored this standard by maintaining their trading accounts at Solo Capital in the United Kingdom or with one of Solo Capital's three affiliated broker-custodians, also in the United Kingdom and outside the jurisdiction and protection of United States district courts.  Custody agreements between the Plans and Solo Capital or its three affiliates I have reviewed purported to allow commingling plan assets with assets of any other clients raising further concerns about the security of Plan assets.

20.      Second, the Code and ERISA include provisions mirroring one another that prohibit retirement plans from engaging in specified transactions with certain disqualified persons.  These restrictions include a prohibition on the furnishing of services between a plan and a service provider unless the provider's compensation is no more than reasonable.[7] Employees of Solo and/or Ganymede Cayman Ltd. ("Ganymede"), a Shah-controlled entity,[8] instructed the Plans on which shares to trade, in what volumes, and with whom.  Thus, Solo and/or Ganymede were such service providers subject to prohibited transaction limitations, and the percentage of gross proceeds from the Danish stock transactions those entities received for their services — between approximately 66% and 85% of the DWT refunds — were, based on

---

7.   *See* Code Section 4975(c)(1)(C) and (e)(2)(B) and Department of Labor ("DOL") Regulation Section 2550-408b-2(a).

8.   Sanjay Shah was the shareholder of Ganymede from September 2011 until he transferred the share to Elysium Global Limited, another entity he controlled, in July 2014 (CN012_318_001-00000042; ELYSIUM-05295222). Shah also acted as a director of Ganymede (CN012_322_001-00000001 at 76).

my experience, unreasonable.  As a result, the Plans' payments to Solo/Ganymede likely constituted prohibited transactions under the Code and ERISA.

21.    <u>Third</u>, a retirement plan sponsor is required to keep books and records available for review by the IRS.  Many of the Plans failed to maintain even the most basic records, including plan formation documents and account statements.  These Plans likely violated the Code's records requirements.

### C.    *<u>The Creation and Operation of the Plans was Not in Accord with Retirement Industry Standards.</u>*

22.    A 401(k) plan is supposed to provide the opportunity for a person to invest tax-deferred compensation in a diverse portfolio of assets that will gradually build over the course of a career to provide savings sufficient along with Social Security benefits and personal savings to support retirement needs.  Assets of these plans must be held in trust and are subject to various safeguards to protect the retirement savings and ensure they are used for the exclusive benefit of the beneficiaries—not to benefit outside parties.  The Plans, however, were generally set up to participate in Shah's ex-dividend strategy involving the Plans' putative acquisition of massive amounts of Danish stocks, using resources supposedly arranged by Shah, Solo Capital, and Ganymede through counterparties arranged by Solo Capital or related entities.  The Plans did not invest any money of their own to acquire any Danish shares and generally did not make any other investments, except purportedly engaging in similar trading in Belgian securities.  The tax refunds paid by SKAT constituted the entire proceeds of these transactions and were overwhelmingly applied for the benefit of Shah and the entities he controlled in the form of fees for services.  In addition, in some instances, the individual plan participants, rather than the Plans themselves, received the proceeds from the refund applications, thereby defeating the purpose of investing through a pension plan to obtain tax deferred benefits at the point of retirement.

## II.    BEN-JACOB DEPARTED FROM PROFESSIONAL STANDARDS.

23.    An attorney licensed in New York has duties to: (1) provide competent representation and (2) avoid participating in fraudulent conduct.  In my opinion, Ben-Jacob violated both of these duties of professional conduct.

24.    Ben-Jacob oversaw the formation of numerous limited liability companies ("LLC"s), apparently to sponsor 401(k) Plans that could participate in the Solo Capital strategy. Ben-Jacob helped his clients (first the Argre group, and later John van Merkensteijn, Richard Markowitz, and Robert Klugman) establish Plans that participated in a partnership structure calculated to minimize the benefit from DWT refunds to the Plans and to maximize the benefit to Ben-Jacob's clients.  The partnership structure enabled Ben-Jacob's clients to conduct the Solo Capital transactions through trading accounts that were nominally owned by the Plans.  The Plans acted as mere agents or nominees for the partnerships, which were overwhelmingly owned by Ben-Jacob's clients.  Ben-Jacob failed to investigate suspicious aspects of the transactions, which included the following:

- The Argre and Kaye Scholer Plans would make money for allowing the Danish stock transactions to run through their accounts but would not invest any funds to acquire these stocks.  Virtually all of the purported funds to buy the shares they allegedly acquired would be arranged by Solo; and the supposed intent of the parties was that the Argre and Kaye Scholer Plans would effectively be in partnership with Solo Capital, trading in the name of the Argre and Kaye Scholer Plans, but paying the lion's share of the proceeds to Solo.  In effect, the Argre and Kaye Scholer Plans were acting as undisclosed agents or intermediaries for Solo Capital, allowing Solo to submit reclaim applications to SKAT in the name of the Argre and Kaye Scholer Plans, while keeping most of the benefits for Solo Capital itself in the guise of service fees.  The fact that a plan would use little or none of its own money to buy anything—that there was very little or no actual investment—raised the obvious question of what the Argre and Kaye Scholer Plans were contributing to the scheme other than its name as a front for Solo Capital.  The sheer number of Argre and Kaye Scholer Plans, and the use of multiple Plans per participant raised the obvious question whether Solo Capital and Ben-Jacob's clients (with Ben-Jacob's assistance) were using the Argre and Kaye Scholer

Plans to conceal the fact that Solo Capital was behind all the purported transactions and reclaims.

- No one else was offering a similar "too good to be true" strategy or charging a similar fee;

- The strategy involved massive purchases of stock with no support of any known financial institution; the financing was supposedly provided by Solo through an unknown and unproven affiliate in the Cayman Islands  Similarly, the Argre and Kaye Scholer Plans paid Solo Capital's fee, not to Solo, but to an obscure and unregulated Solo affiliate in the Cayman Islands.

- In order to submit reclaim applications to SKAT, the Plans had to represent that they were the beneficial owners of Danish shares. Ben-Jacob had a Danish legal opinion indicating that a pension plan could not be the beneficial owner if it was under a legal obligation to pay any portion of a dividend on Danish shares to any other person.  The Argre and Kaye Scholer Plans, however, had expressly agreed to pay two thirds or more of the tax reclaims to Solo Capital's affiliate, Ganymede, in the Cayman Islands.  In addition, many of the Argre and Kaye Scholer Plans agreed to pay 90% to 95% of the remaining portion to entities controlled by Markowitz, van Merkensteijn, and Klugman.

- The Argre and Kaye Scholer Plans represented in their reclaim applications that they were tax-qualified pension plans.  This representation was inconsistent with the Argre and Kaye Scholer Plans' evident departures from the basic standards for being a qualified plan.

## FACTUAL BACKGROUND

### I.    PLAINTIFF SKAT

25.    Plaintiff SKAT is the agency of the government of Denmark charged with the assessment and collection of Danish taxes, and the party to whom the Plans' claims for DWT refunds under the Treaty were submitted.

### II.    BACKGROUND ON THE TREATY AND THE SCHEME.

26.    Under the Danish Withholding Tax Act section 65, Danish companies are required to withhold 27% of dividends distributed as to their shares.[9]  The Treaty allows for a

---

9.    *See* Amended Complaint, *Skatteforvaltningen v. Avanix Management LLC Roth 401K Plan*, No. 19-cv-01867 (LAK) (S.D.N.Y. Apr. 20, 2020), ECF No. 60 ¶ 21.

full refund of Danish DWT to U.S. pension plans which are tax-exempt under section 401(a) of the Code.

27.     Between 2012 and 2015, over 270 U.S. pension plans, including the 193 Plans that are the subject of this report, submitted reclaims to SKAT in which they represented that they were qualified pension plans, had shareholdings in Danish companies, and had received dividends on those shareholdings net of the tax.[10]  Claims by the Plans resulted in SKAT paying DWT refund claims of over $1 billion USD to the Plans.[11]

28.     The Plans that submitted reclaims to SKAT can largely be broken into three groups:  The first group, consisting of 69 plans, is associated with Defendants Richard Markowitz, John van Merkensteijn, Robert Klugman, and/or Ben-Jacob (the "Argre and Kaye Scholer Plans").[12]  The second group, consisting of 100 Plans, is associated with Defendants Roger Lehman, Doston Bradley, Matthew Tucci and/or Gavin Crescenzo (the "Lehman Plans").[13] Both these groups used Solo or other brokers controlled by Shah.  The third group, consisting of 20 Plans, used ED&F Man Capital Markets ("ED&F") as its custodian (the "ED&F Plans").[14]

---

10.  *See generally* Amended Complaint, *Skatteforvaltningen v. Avanix Management LLC Roth 401K Plan*, No. 19-cv-01867 (LAK) (S.D.N.Y. Apr. 20, 2020), ECF No. 60 ¶¶ 1-12.

11.  *See* Appendices F, H, J, L, and M. (listing payments made by SKAT to the Plans).  Unless otherwise noted, all DKK to USD exchanges rates relied on in this report are those used in SKAT's amended complaints, the docket numbers of which are listed in Appendices.

12.  The 30 "Argre Plans" are listed in Appendix F to this report, and the 39 "Kaye Scholer Plans" are listed in Appendix H.

13.  The Lehman Plans are listed in Appendix J.

14.  The ED&F Plans are listed in Appendix K.  Two of the Plans that used ED&F also used Solo as a custodian: the Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan & Trust and the Sterling Alpha LLC 401(K) Profit Sharing Plan.  *See* Exhibit K (ED&F Plans Summary Chart).

### III.    THE BELLWETHER PLANS

29.    SKAT's counsel has informed me that the parties in this multidistrict litigation intend to select bellwether cases representing various classes of Plans, seven of which will be discussed in this report.  the first bellwether case will represent the trading pattern used by the Plans that were active in the DWT reclaim scheme in 2012 and/or 2013.  Counsel has informed me that the 2012-13 bellwether case is currently The RJM Capital Pension Plan (the "RJM Plan") (an "Argre Plan," as defined below).  One of the backups for this bellwether selection is the Delvian LLC Pension Plan (the "Delvian Plan") (an Argre Plan), which I will also address as it is representative of the Argre Plans that entered into partnerships.

30.    Counsel for SKAT has informed me that there will be four bellwether cases that represent trading in 2014-15, and that the parties have agreed the first of these will be The Basalt Ventures Roth 401(k) Plan (the "Basalt Plan") (a "Kaye Scholer Plan," as defined below) and the second will be the Roadcraft Technologies LLC Roth 401(k) Plan (the "Roadcraft Plan") (a Kaye Scholer Plan).

31.    SKAT's counsel has informed me that the parties have not come to agreement on the third bellwether Plan representing trading in 2014-2015, with SKAT proposing The FWC Capital LLC Pension Plan (the "FWC Plan") and the defendants proposing The Valerius LLC Solo 401(k) Plan (the "Valerius Plan") (both of which are "Lehman Plans," as defined below).  In light of this disagreement among the parties, this report will address both of these Plans.  SKAT's counsel has informed me that the parties have agreed that the fourth 2014-2015

---

Two other Plans – the Acord Capital Corporation Employee Profit Sharing Plan and the Sander Gerber Pension Plan – used both Solo and ED&F as custodians. Finally, two plans – the Blue Ocean Equity LLC Retirement Plan & Trust and the Cole Enterprises USA Retirement Plan & Trust – used a Comoros based entity called Salgado Capital as their custodian.

bellwether will be The Proper Pacific LLC 401(k) Plan (the "Proper Pacific Plan") (a Lehman Plan).

32.    This report will take these seven Plans as examples, and the term the "Bellwether Plans" will refer to these seven Plans collectively.

## IV.    THE ARGRE AND KAYE SCHOLER GROUPS.

33.    Argre Management LLC ("Argre") was a New York based investment firm, controlled in part by Defendants Richard Markowitz ("Markowitz") and John van Merkensteijn ("van Merkensteijn").[15]  Beginning in 2012, Argre and its principals worked with Sanjay Shah and Solo Capital, to implement a scheme seeking to derive profits by using U.S. 401(k) plans to submit DWT reclaim applications to SKAT with respect to purportedly withheld dividends.[16] Between 2012 and 2014, 30 Plans connected to Argre submitted refund applications to SKAT (the "Argre Plans").[17]  SKAT paid withholding tax refund claims of at least DKK 1,594,985,311.31 (approximately $241,125,129.93 USD) to the Argre Plans.[18]

34.    In the second half of 2014, Defendants Markowitz and van Merkensteijn, along with Defendant Robert Klugman ("Klugman"), began using an additional 39 (mostly newly created) Plans to submit DWT reclaims to SKAT (the "Kaye Scholer Plans").[19]  These Plans submitted their reclaims to SKAT from August 2014 through the summer of 2015.[20]  Throughout

---

15.  R. Markowitz Dep. Tr. at 20:10-22; MBJ_0035797 (Ex. 2272).

16.  R. Markowitz Dep. Tr. at 137:19 – 139:17.

17.  The 30 Argre Plans are listed in Appendix F.

18.  *See* Appendix F (Argre Plans Summary Chart).

19.  The 39 Kaye Scholer Plans are listed in Appendix H.

20.  *See* Appendix H (Kaye Scholer Plans Summary Chart).

this period, Markowitz, van Merkensteijn, and Klugman engaged Defendant Ben-Jacob and other Kaye Scholer lawyers to assist them in implementing the scheme.[21]  SKAT paid DWT refund claims of at least DKK 1,692,569,495.74 (approximately $257,614,000.00 USD) to the Kaye Scholer Plans.[22]

### A.    *Individual Argre and Kaye Scholer Defendants*

#### 1.    *Richard Markowitz*

35.    Defendant Markowitz had been an investment banker and partner at Goldman Sachs before joining Argre.[23]  Sanjay Shah invited the Argre principals, including Markowitz, to provide Plans to participate in the Solo ex-dividend strategy.[24]  Markowitz himself was the participant in nine Plans formed by different LLCs he had established.[25]  Markowitz also arranged for the formation of an LLC and plan on behalf of his wife, Defendant Jocelyn Markowitz, as well three LLCs and Plans for his sister, Defendant Robin Jones, and three more LLCs and Plans for his brother-in-law, Defendant Joseph Herman.[26]  Entities controlled in whole or part by Markowitz received a percentage of the DWT refunds paid by SKAT to another 28 Plans, the participants of which were Markowitz himself, his family or friends Markowitz enlisted to participate in the scheme.[27]

---

21.  Klugman Dep. Tr. at 62:23 – 63:18.

22.  *See* Appendix H (Kaye Scholer Plans Summary Chart).

23.  WH_MDL_00227810 (Ex. 2107).

24.  R. Markowitz Dep. Tr. at 137:19 – 139:17.

25.  *See* Appendix G (Argre Plans Summary Chart) & Appendix H (Kaye Scholer Plan Summary Chart). Markowitz was the only participant in six of these plans; he was one of four participants in the other three.

26.  J. Markowitz Dep. Tr. r at 19:21-23, 46:20-23, 48:8-15; R. Markowitz Dep. Tr. at 368:14 – 369:16.

27.  *See* Appendix G (Argre Plans Partnerships Summary Charts); Appendix J (Kaye Scholer Plans Partnership Summary Chart).

### 2. *John H. van Merkensteijn III*

36.    Defendant van Merkensteijn is an attorney who has worked as an investor for multiple decades.[28] Van Merkensteijn was another Argre principal solicited by Shah to provide 401(k) plans to participate in the scheme.[29]  Van Merkensteijn himself was the sole participant in nine Plans.[30]  He also arranged for an LLC and Plan to be established for his wife, Defendant Elizabeth van Merkensteijn, and, in 2014, facilitated the formation of five LLCs and Plans for each of four of his friends: Defendants Ronald Altbach, Perry Lerner, Edwin Miller, and David Zelman.[31]  As with Markowitz, entities controlled in whole or part by van Merkensteijn received a percentage of the DWT refunds paid by SKAT to another 28 Plans, the participants of which were van Merkensteijn himself, his family and friends van Merkensteijn recruited to participate in the scheme.[32]

### 3. *Robert Klugman*

37.    Defendant Klugman has worked in the financial industry from the mid-1980s.[33] In 2009 or 2010, Klugman introduced the Argre principals to Sanjay Shah and Solo Capital's predecessor.[34]  In 2014 and 2015, Klugman worked with Markowitz, van Merkensteijn, and Ben-

---

28.  MBJ_0035797 (Ex. 2272); van Merkensteijn Dep. Tr. at 16:1-21.

29.  Van Merkensteijn Dep. Tr. 23:5-12.

30.  *See* Appendix G (Argre Plans Summary Chart) and Appendix H (Kaye Scholer Plan Summary Chart).  As with Markowitz, van Merkensteijn was the only participant in six of these plans; he was one of four participants in the other three.

31.  KLUGMAN00007264; van Merkensteijn Dep. Tr. at 175:10 – 178:7.

32.  *See* Appendix H (Argre Plans Partnerships Summary Charts; Appendix J (Kaye Scholer Plans Partnership Summary Chart).

33.  KLUGMAN00008986.

34.  Markowitz Dep. Tr. at 28:8-21.

Jacob to form and/or use five Plans to submit DWT refund applications to SKAT.[35]  Klugman explained that his reason for establishing multiple plans was a per Plan allocation or size limit for the transactions Shah made available to him.[36]  Although he claimed to have contributed no more than one or two thousand dollars to each of his Plans, in order to set up their bank accounts, he estimated that they made a profit of $19–$20 million from the scheme.[37]  In addition, Klugman's RAK Investment Trust received a percentage of the DWT refunds paid by SKAT to 26 Kaye Scholer Plans as compensation for his purported services.[38]

   4.    *Michael Ben-Jacob*

38.    Ben-Jacob, a Kaye Scholer partner, provided legal counsel to Argre, its principals, and Klugman from before 2012 through at least 2015.  Beginning in the spring of 2014, at Ben-Jacob's direction, Kaye Scholer attorneys and employees began to assist Markowitz, van Merkensteijn, Klugman, and their friends and family, in implementing numerous aspects of the scheme.[39]  As the self-described relationship manager for the ex-dividend engagement, Ben-Jacob coordinated the legal analysis and opinions of Kaye Scholer's subject matter experts on various aspects of the proposed Danish scheme.[40]  These subject matter experts raised a number of serious legal issues that were never resolved and for which Ben-Jacob has never offered an explanation.  In addition to his role of relationship manager, Ben-Jacob counseled his clients on

---

35.  Klugman Dep. Tr. 15:5 – 20:10.

36.  Klugman Dep. Tr. at 23:6-11.  *See also* van Merkensteijn Dep. Tr. 399:1-13.

37.  Klugman Dep. Tr. at 184:3-7.

38.  *See* Appendix H (Kaye Scholer Plans Partnership Summary Chart).

39.  MBJ_0052776 at -777.

40.  Ben-Jacob Dep. Tr. 98:19 – 98:11.

the design of certain partnerships in which Plans would be minority partners and serve as agents and nominees of undisclosed non-Plan majority partners (*e.g.*, Markowitz and van Merkensteijn) participating indirectly in the reclaim scheme.[41]  Ben-Jacob also took active steps to implement the scheme, *e.g.*, by signing Power of Attorney and other documents declaring the Plans' beneficial ownership of Danish stocks and authorizing payment agents for the Plans to submit refund applications to SKAT.[42]

**B.    *The Thirty Argre Plans***

39.    Of the 30 Argre Plans, 27 were single participant plans, and three had four participants (each of the four being an Argre Principal).[43]  The participants in these 30 Plans included the four Argre Principals, their family members, and/or their friends.[44]  Each of the Argre Plans was created within 12 months of the date it purported to begin purchasing hundreds of millions of dollars of Danish stocks.[45]  Many of the LLCs that sponsored the Plans were formed only a few months before the LLC established the Plan.[46]  Under the Argre Plans' agreements with Ganymede, each Plan paid approximately 66% of the DWT refunds it received to Ganymede.[47]

---

41.  Ben-Jacob Dep. Tr. at 126:2-12

42.  *See, e.g.*, MBJ_0046252; MBJ_0046256; SKAT_MDL_001_00053805 at -813; SKAT_MDL_001_00050317 at -322.

43.  *See* Appendix F (Argre Plans Summary Chart); Appendix G (Argre Plans Partnership Summary Chart).

44.  *See* Appendix F (Argre Plans Summary Chart); Appendix G (Argre Plans Partnership Summary Chart).

45.  *See* Appendix F (Argre Plans Summary Chart); Appendix G (Argre Plans Partnership Summary Chart).

46.  *See* Appendix F (Argre Plans Summary Chart); Appendix G (Argre Plans Partnership Summary Chart).

47.  *See, e.g.*, Markowitz Dep. Tr. at 290:19-22, 540:14-17, 541:10-17.

40.     Of the 27 single participant Plans, 15 entered into partnership agreements with entities controlled by the four Principals of Argre.[48]  Under these partnership agreements, 90% or 95% of the DWT refund proceeds left after paying Ganymede, brokers, and other service providers, was transferred to the majority partners consisting of the four Argre Principals who then proceeded to divide this sum evenly among themselves.[49]  After payments to Shah, the Argre Principals, and others, these 15 Plans were often left with less than 2% of the DWT refund paid by SKAT.  Although they were minority partners, these Plans presented themselves to SKAT as the owners of Danish stocks with respect to which they made DWT reclaims but did not disclose to SKAT their position as nominees and agents of the partnerships or their minority position in the partnerships.[50]

    1.     *The RJM Capital Pension Plan*

41.     The RJM Capital Pension Plan (the "RJM Plan") was a prototype 401(k) plan in which Defendant Richard Markowitz was the sole participant.[51]  The RJM Plan was sponsored by RJM Capital LLC, which had been formed in 2007, and in which Markowitz was the sole member.[52]  For the first six years of its existence, RJM Capital LLC did not sponsor a pension plan; then, in February 2013, it established the RJM Plan,[53] and just one month later, on March 7,

---

48.  *See* Appendix G (Argre Plans Partnership Summary Chart).

49.  *See, e.g.* MPSKAT00023949 & MPSKAT00056658 (partnership agreements for the Delvian Plan); Appendix G (Argre Plans Partnership Summary Chart).

50.  JHVM_0010589 (Ex. 2245) at -10610; *see also, e.g.*, SKAT_MDL_001_00079683 at 9757-9762 (Delvian LLC Pension Plan May 8, 2013 DWT refund application to SKAT).

51.  WH_MDL_00331778; ELYSIUM-05822425; WH_MDL_00356182 at -193; Markowitz Dep. Tr. at 221:7-20.

52.  WH_MDL_00331778; WH_MDL_00358608; Markowitz Dep. Tr. at 221:7-20.

53.  WH_MDL_00331778.

2013, the RJM Plan purported to purchase over 149,000,000 DKK (approximately $26,149,297 USD as of March 7, 2013)[54] of TDC A/S stock.[55]

42.     The RJM Plan was funded with $100 deposited at a First Republic Bank branch in February 2013.[56]  There is no indication in the record that these funds came from business activity by the RJM Plan's sponsor, RJM Capital LLC.[57]  Solo Capital's records show that prior to its first purported purchase of Danish securities, the RJM Plan did not deposit any funds into its trading account at Solo Capital.[58]  In total, SKAT paid the RJM Plan 59,487,345.00 DKK (approximately $9,001,000.00 USD) attributable to DWT refunds.[59]  The RJM Plan paid over 66% of the DWT refunds to Ganymede.[60]

43.     The RJM Plan's IRS Forms 5500-EZs and its response to a 2018 IRS audit letter show that $8,795 was contributed to the Plan in 2013, but that nothing was contributed in 2014, 2015, and 2016.[61]

---

54.  This is based on an exchange rate of 1 Danish Kroner to $0.15 USD.

55.  MPSKAT00078902.

56.  Republic Checking Account Statements for RJM Plan, February – December, 2013. MPSKAT00003967; *see also* MPSKAT00003969; MPSKAT00003971; MPSKAT00003975; MPSKAT00003979; MPSKAT00003983; MPSKAT00003985; MPSKAT00003987; MPSKAT00003989; MPSKAT00003991; MPSKAT00003995.

57.  *Id.* at MPSKAT00003967.

58.  MPSKAT00078902.

59.  *See* Appendix F (Argre Plans Summary Chart).

60.  Markowitz Dep. Tr. at 540:14-17, 541:10-17

61.  WH_MDL_00358600; WH_MDL_00356182 at -6195.

2.    *The Delvian LLC Pension Plan*

44.    The Delvian Plan was a prototype 401(k) plan in which non-party Alicia Colodner ("Colodner"), an Argre employee, was the sole participant.[62]  The Delvian Plan was sponsored by Delvian LLC, which was formed in January 2011[63] by Colodner,  who was its sole member.[64] The Delvian Plan was formed in May 2012,[65] and on August 8, 2012, less than three months later, it purported to purchase over 273,000,000 DKK (approximately $45,322,487 USD as of August 8, 2012) of TDC A/S stock.[66]

45.    The Delvian Plan was initially funded with $100 in October 2012, which was deposited in its U.S. bank account in October 2012, five months after the Plan's formation, but only after it purportedly purchased the TDC A/S stock described above.[67]  This $100 appears to be the only contribution made to the Delvian Plan' checking account in 2012.[68]  According to the IRS Forms 5500 produced in this action, the Delvian Plan's participant, Colodner, contributed $2,007 to the Plan in 2013, but nothing in 2014.[69]  Solo Capital's records show that the Delvian Plan did not deposit any funds into its trading account at Solo Capital before purporting to

---

62.  WH_MDL_00051374; GUNDERSON 00010029 at -10034.

63.  MPSKAT00274815.

64.  GUNDERSON 00010029 at -10034.

65.  WH_MDL_00051374.

66.  MPSKAT00082600.

67.  MPSKAT00024171.

68.  MPSKAT00024171; MPSKAT00024173; MPSKAT00024174.

69.  MPSKAT00024667; WH_MDL_00051374.

purchase tens of millions of dollars of Danish securities.[70]  In total, SKAT paid the Delvian Plan 67,197,056.32 DKK (approximately $ 9,883,954.97 USD) in DWT refunds.[71]

46.    In April 2012, the Delvian Plan entered into a partnership with Quartet Investment Partners LLC ("Quartet"), which was owned and controlled by the four members of Argre.[72]  When the Delvian Plan received a refund from SKAT, it first paid 66% to Ganymede, and also fees to the payment agents and other service providers.[73]  After these payments, Quartet received 95% and the Plan 5% of the remaining DWT refunds pursuant to the partnership agreement.[74]  Thus, at most, the Delvian Plan could receive no more than 1.7% of the DWT refunds received from SKAT (66% x 5% = 1.7%).  Despite this fact, the Delvian Plan represented to SKAT that it was the beneficial owner of all the dividends it purported to own.[75]

47.    In February, 2013, the Delvian Plan entered a new partnership, this time with four pension plan trusts, each pension plan being controlled by one of the four Argre principals.[76] These four pension plan trusts were: the AOI Pension Plan Trust (controlled by Matthew Stein); the Ganesha Industries Pension Plan Trust (controlled by Jerome Lhote); the Bernina Pension Plan Trust (controlled by van Merkensteijn); and the RJM Capital Pension Plan Trust (controlled

---

70.  MPSKAT00082600.

71.  SKAT_MDL_001_00079683; Appendix F (Argre Plans Summary Chart).

72.  MPSKAT00023949; MPSKAT00057018 at 7022; Markowitz. Tr. at 240:5-19.  *see also generally* GUNDERSON 00010029 at -10034-38.  Quartet was formed in April 2012.  MPSKAT00057016.

73.  Markowitz Dep. Tr. at 290:19-22, 540:14-17, 541:10-17.

74.  MPSKAT00023949

75.  *See, e.g.*, SKAT_MDL_001_00079683 at 9757-9762; JHVM_0010589 (Ex. 2245) at -610-611.

76.  MPSKAT00056658; *see also generally* GUNDERSON 00010029 at -10034-38; MPSKAT00025932; JHVM_0017739; MPSKAT00020864

by Markowitz).[77]  As with the partnership with Quartet, the Delvian Plan retained only 5% of the DWT refunds after payments to Ganymede and other service providers.[78]

48.    The Delvian Plan ceased trading with Solo Capital in 2014.[79]  In 2014 and 2015, Colodner formed two more LLCs and pension plans (which are not defendants in this MDL) that submitted reclaims to SKAT in 2014 and/or 2015.[80]

49.    As discussed in Section IV.B, supra, the other Argre Plans followed patterns similar to the RJM Plan and Delvian Plan in terms of their formation, funding, operation, scope of alleged investment activity, duration, and payments to Ganymede, except that, unlike the RJM Plan, the majority of the LLCs sponsoring the Argre Plans were formed within months of when the Plans began their purported purchases of Danish securities.[81]  The partnerships joined by other Argre Plans were structured in virtually the same way as one of the two partnerships in which the Delvian Plan participated, except that a few Plans received 10% of the remaining DWT refunds instead of 5%.[82]

C.    *The 39 Kaye Scholer Plans*

50.    In August 2014, Markowitz, Klugman, and van Merkensteijn began to use the Kaye Scholer Plans to submit DWT refund claims to SKAT.[83]  Nearly all these plans were

---

77.  *See* Appendix G (Argre Plans Partnership Summary Chart).  The trusts associated with these four Plans would be considered the same entity as the Plans themselves.

78 MPSKAT00056658.

79.  SKAT_MDL_001_00079683.

80.  MPSKAT00251781; MPSKAT00256699; MPSKAT00256678; MPSKAT00148667; MPSKAT00269096; MPSKAT00269098; MPSKAT00045527; WH_MDL_00213231.

81.  *See* Appendix F (Argre Plans Summary Chart).

82.  *See* Appendix G (Argre Plans Partnership Summary Chart).

83.  *See* Appendix H (Kaye Scholer Plans Summary Chart).

created in July 2014 or later.[84]  Many of the LLCs that sponsored these plans were created a

month or so before the Plans were formed.[85]  The vast majority of the sponsoring LLCs and

Plans appear to have been created solely in order to submit DWT refund applications to SKAT.[86]

Many of the Kaye Scholer Plans were formed a few weeks before they purported to purchase

tens of millions of dollars of Danish securities.[87]  All of the Kaye Scholer Plans paid 75% of the

DWT refunds received from SKAT to Ganymede.[88]  All of the participants in the Kaye Scholer

Plans were participants in at least three of the Plans.[89]  Klugman explained that his reason for

establishing multiple Plans was to take up the allocation that Shah offered him.[90]

51.    Markowitz and van Merkensteijn instructed Kaye Scholer personnel supervised

by Ben-Jacob to create dissimilar names to be assigned to the newly formed LLCs and Plans.[91]

The names chosen were unrelated to any actual business activity or enterprise of the LLCs.[92]

Van Merkensteijn instructed Kaye Scholer to "only name one [Plan] from rocks one from fish.

Etc.", because "[w]e want to make them sound dissimilar." [93]  In 2015, van Merkensteijn worked

---

84. *See* Appendix H (Kaye Scholer Plans Summary Chart).

85. *See* Appendix H (Kaye Scholer Plans Summary Chart).

86.  Van Merkensteijn Dep. Tr. at 174:6-10.

87.  *See* Appendix H (Kaye Scholer Plans Summary Chart).

88.  Klugman Dep. Tr. at 65:16-21.

89.  *See* Appendix H (Kaye Scholer Plans Summary Chart).

90.  Klugman Dep. Tr. at 23:6-13.  Shah reputedly explained that Klugman could expect to make about $1 million per Plan for his allocation of Plans, if all the trading worked.  *Id.* at 24:12-25:25.

91.  KLUGMAN00007264 (Ex. 2188); WH_MDL_00297405 (Ex. 2265); Markowitz Dep. Tr. at 352:8 – 361:1; van Merkensteijn Dep. Tr. at 167:22 – 174:16.

92.  Van Merkensteijn Dep. Tr. at 173:21 – 174:5.

93.  WH_MDL_00297405 (Ex. 2265).

with Ben-Jacob and others to eliminate all references to DWT "reclaims" in the Plans' accounts, ledgers and books and to recharacterize them with generic terms, such as "investment income" or "trading income."[94]

52.    Of the 39 Kaye Scholer Plans that submitted DWT refund claims to SKAT, 26 of them entered into partnership arrangements with entities controlled by Markowitz, van Merkensteijn, and/or Klugman.[95]  Under these agreements, the Plans would receive 5% of the funds remaining after payments to Ganymede, the brokers, and others in the scheme.[96]  Entities controlled by Markowitz, van Merkensteijn, and/Klugman received 95% of the amount remaining after the payments to Ganymede, brokers and other service providers.[97]

1.    *The Basalt Ventures Roth 401(k) Plan*

53.    The Basalt Plan was a prototype 401(k) plan in which Defendant John van Merkensteijn was the sole participant.[98]  The Plan was among 28 plans and associated LLCs formed by Ben-Jacob on behalf of Markowitz, van Merkensteijn, Klugman, and their friends and family in July 2014.[99]  On August 7, 2014, the Basalt Plan purported to purchase over 147,000,000 DKK (approximately $24,662,361 USD as of August 7, 2014)  of TDC A/S stock.[100]  The Basalt Plan was sponsored by Basalt Ventures LLC, which had been formed in

---

94.  GUNDERSON_00009847.

95.  *See* Appendix I (Kaye Scholer Plans Partnership Chart).

96.  *See* Appendix I (Kaye Scholer Plans Partnership Chart).

97.  *See* Appendix I (Kaye Scholer Plans Partnership Chart).

98.  WH_MDL_00339896.

99.  WH_MDL_00339896; *see also* Appendix H (Kaye Scholer Plans Summary Chart).

100. WH_MDL_00035630.

June 2014.[101]  Van Merkensteijn claims that the LLC generated approximately $20,000 USD in revenue in 2014 and $27,500 USD in 2015.[102]  During those years, the Basalt Plan purported to purchase hundreds of millions of dollars of Danish equities.[103]

54.     The Basalt Plan was initially funded with a $1,000 deposit in July 2014, but there is no indication in the record that these funds were attributable to assets of the Basalt Plan's sponsor, Basalt Ventures LLC.[104]  Old Park Lane Capital PLC's ("Old Park Lane") (another broker-custodian controlled by Sanjay Shah) records show that approximately $40,000 was deposited in the Plan's Old Park Lane account, [105] which funds were used to pay purported trading fees but not to purchase securities. These funds appear to have come from the Omineca Pension Plan, another of Mr. van Merkensteijn's Plans.[106]  In total, SKAT paid DWT refunds to the Basalt Plan in the amount of 27,853,521.00DKK (approximately $4,214,000.00 USD).[107] The Basalt Plan paid 75% of these refunds to Ganymede.[108]

55.     Van Merkensteijn testified that he formed the Basalt Plan, its sponsoring LLC, and some other of his Plans and sponsoring LLCs to participate in the scheme, but with no

---

101. JHVM_0001927.

102. WH_MDL_00035630; WH_MDL_00037273; GUNDERSON_00009434.

103. Van Merkensteijn Plan Defendants' Responses and Objections to Plaintiff Skatteforvaltningen's First Set of Interrogatories, Response to Interrogatory No. 8.

104. JHVM_0001821 at -1855.

105. GUNDERSON 00009337.

106. JHVM_0002167; van Merkensteijn Dep. Tr. at 227:25 – 279:9.

107. *See* Appendix H (Kaye Scholer Plans Summary Chart).

108. Klugman Dep. Tr. at 65:16-21.

specific business purpose for the LLCs.[109]  The Basalt Ventures LLC – like other van Merkensteijn LLCs – did not receive income directly, but when van Merkensteijn received consulting income in his personal capacity, he would allocate it among some of his LLCs, including the Basalt Ventures LLC.[110]

### 2.    *The Roadcraft Technologies LLC Roth 401(k) Plan*

56.    The Roadcraft Plan was a prototype 401(k) plan in which Defendant Ronald Altbach ("Altbach"), a friend of van Merkensteijn, was the sole participant.[111]  The Plan was formed in July 2014.[112]  On August 7, 2014, less than a month later, the Roadcraft Plan purported to purchase over 143,000,000 DKK (approximately $23,991,276 USD as of August 7, 2014) of TDC A/S stock.[113]

57.    The Roadcraft Plan was sponsored by Roadcraft Technologies LLC, which was formed in June 2014.[114]  Altbach was the sole member of the LLC, and the LLC purportedly generated approximately $7,000 USD in revenue in 2014 and in 2015.[115] During those same years, the Roadcraft Plan purported to purchase hundreds of millions of dollars of Danish equities.[116]

---

109. van Merkensteijn Dep. Tr. at 90:6 – 94:2 (discussing Ex. 2273), 188:23 – 190:24.

110. van Merkensteijn Dep. Tr. at 90:6 – 94:2 (discussing Ex. 2273), 188:23 – 190:24.

111. WH_MDL_00024858.

112. WH_MDL_00024858.

113. WH_MDL_00020362.

114. WH_MDL_00029159.

115. MBJ_STOR-0002719 at 2725-26.

116. WH_MDL_00020362; WH_MDL_00020558; MPSKAT00008759.

58.     The Roadcraft Plan was funded with a $100 deposit in late August 2014, and there is no indication in the record that these funds were attributable to assets generated by business activity of the Roadcraft Plan's sponsor, Roadcraft Technologies LLC.[117]  Old Park Lane's records show that approximately $40,000 was deposited in the Plan's Old Park Lane account, but not by the Roadcraft Plan itself, and that the deposit was used to pay purported trading fees but not to purchase securities.[118]  This deposit was apparently a loan from Markowitz or van Merkensteijn who agreed to loan each of these new Plans this amount, and who were repaid the $40,000 from each Plan after the Plan received payments from SKAT. Altbach contributed another $175 to the Plan in 2015.[119]  In total, SKAT paid the Roadcraft Plan over 67,971,029.00 DKK (approximately $ 10,285,000.00 USD) in DWT refunds.[120]

59.     At his deposition, Altbach testified that he was unsure if the Roadcraft Plan—or his other four Plans—were still in existence.[121]  The LLCs that sponsored Altbach's five Plans have not conducted any business activity since 2015.[122]

60.     The Roadcraft Plan entered into a partnership with Routt Capital Trust (the "Routt Trust"), an entity controlled by Richard Markowitz, and the RAK Investment Trust (the "RAK Trust"), an entity controlled by Robert Klugman.[123]  Under this agreement, the Routt Trust received 70%, the RAK Trust received 25%, and the Roadcraft Plan received 5% of the DWT

---

117. RC00000059.

118. MPSKAT00007347; Markowitz Dep. Tr. at 401:12-20.

119. MBJ_STOR-0002719 at 2725-26.

120. *See* Appendix H (Kaye Scholer Plans Summary Chart).

121. Altbach Dep. Tr. at 203:15-18.

122. *Id.* at 232:10-17.

123. WH_MDL_00029401.

refund proceeds remaining after fees were paid to Ganymede, the brokers, and others in the scheme.[124]  Thus, the most the Roadcraft Plan could retain was less than 2% of the DWT refunds paid by SKAT.  Despite this fact, the Roadcraft Plan represented to SKAT that it was the beneficial owner of the dividends it purported to own so as to qualify for the DWT refunds.[125] The partnership was terminated in December 2016.[126]

61.    As discussed in Section IV.C, *supra*, many of the other Kaye Scholer Plans followed patterns similar to those of the Roadcraft Plan and Basalt Plans in terms of their formation, funding, operation, scope of activity, duration, and payments to Ganymede.[127]  The cumulative 75% and 95% payments to Ganymede and the Plans' partners, meant that the maximum portion of DWT refunds any Kaye Scholer Plan in a partnership could retain was 1.25%.[128]

## V.    LEHMAN GROUP

62.    In the summer of 2013, Sanjay Shah and his agent Roger Lehman ("Lehman") began seeking individuals in addition to those in the Argre group to create LLCs and pension plans to submit DWT refund applications to SKAT.[129]  At that time, Shah and Lehman enlisted individuals who worked at a brokerage desk at New York brokerage firm Tradition Securities,

---

124. WH_MDL_00029401.

125. *See* Roadcraft Claim Submissions to SKAT by Goal TaxBack Ltd. (April 28, 2015, Nov. 27, 2014 and May 15, 2015) (SKAT_MDL_001_00056852).

126. KLUGMAN00048773.

127. *See* Appendix H (Kaye Scholer Plans Summary Chart); Appendix I (Kaye Scholer Plans Partnership Summary Chart).

128. *See* Appendix I (Kaye Scholer Partnership Summary Chart).

129. Lehman Dep. Tr. at 314:2 – 315:7.

the ED&F Plans were transferred to third-party service providers, including, but not limited to, the Plans' investment advisors and ED&F.[217]

## THE PLANS WERE NOT ESTABLISHED OR ADMINISTERED AS QUALIFIED PLANS

88.     In the refund claims submitted to SKAT, the Plans relied on Article 10(3)(c) of the Treaty to claim complete exemption from paying any Danish tax on the dividends arising from the Danish shares they purportedly owned which, if applicable, would have entitled them to a refund of 27% of dividends withheld and paid over to SKAT.   In order to qualify for this exemption, the Treaty required, among other things, that Plans meet the criteria of a "pension fund" described in Article 22(2)(e) of the Tax Treaty. The United States Treasury Department's technical explanation of the Treaty clarifies the purpose of Section 22(e) and states that U.S. retirement plans must be "tax-exempt" in order to be entitled to Tax Treaty benefits pursuant to this provision.[218] Accordingly, in order to have qualified for the exemption under the Treaty and a full tax refund, the Plans needed to satisfy the requirements for tax-exempt status which, as set forth in section 401(a) of the Code, concentrate on preserving plan assets for retirement purposes and safeguarding the interests of plan participants.  For the reasons detailed below, the Plans did not satisfy these fiduciary standards generally accepted in the retirement industry and therefore were not entitled to a refund under the Treaty.

---

217 See, e.g., Kaminer Dep. Tr. at 327:22-329:13

218. See Dep't of Treasury Technical Explanation of the Convention between the Gov't of the U.S. and the Gov't of the Kingdom of Den. for the Avoidance of Double Taxation and the Prevention of Fiscal Evasion with respect to Taxes on Income Signed at D.C. on Aug. 19, 1999, art. 22, subpara. 2(e). Subparagraph 2(e) provides that a legal person, whether or not exempt from tax, organized under the laws of a Contracting State to provide a pension or other similar benefits to employees, including self-employed individuals, pursuant to a plan, will be entitled to all the benefits of the Convention, provided that more than 50 percent of the person's beneficiaries, members or participants are individuals resident in either Contracting State. In the United States, these are the tax-exempt organizations described in subparagraph 1(b)(ii) of Article 4 (Residence). However, Denmark now taxes some pension funds, so the U.S. Model language was modified.

# I.    OVERVIEW OF 401(K) PLANS

89.    Over the last 40 years, tax-qualified 401(k) plans, such as the Plans utilized in the challenged Danish withheld DWT reclaims, have become the primary vehicle for accumulating retirement benefits for United States workers. Under these plans, an individual account is established for each participant, and benefits payable at retirement are based on the amounts contributed to the account as well as investment income, expenses or other gains and losses allocated to the account.  The objective is to gradually grow the account by adding contributions and investment earnings over the course of the participant's working life.  Seeking outsized investment returns is discouraged, because of the high level of risk entailed by the investments typically needed to achieve such returns.

90.    All 401(k) plans are subject to numerous rules set forth in the Code and/or ERISA.  Unlike nonqualified plans, a tax-qualified plan must meet certain requirements contained in the Code in order to receive tax-favored treatment, such as exemption of its earnings from Federal income tax until they are distributed as benefits.[219]

91.    Virtually all the retirement plans used to make dividend refund claims from SKAT were so-called "solo" 401(k) plans.[220] These are plans established for the benefit of a self-employed individual (or an individual who is the single member of an LLC) who is the plan's sole participant.  While these solo plans are not expressly subject to ERISA's requirements, it is not uncommon for solo 401(k) plan documents to incorporate ERISA's now ubiquitous fiduciary provisions by reference, including ERISA's requirement that plan fiduciaries, including plan

---

219. *See* Code Section 402).  In addition, Code Section 404 provides a tax deduction to a plan's sponsoring employer
     for employer contributions to the plan's trust.

220. These are also referred to as Keogh or HR 10 plans.

sponsors, perform their duties solely in the interests of the plan and its participants[221] and act prudently when making plan investment decisions.  For document providers as well as investment and service providers dealing with non-ERISA plans, this facilitates a single standard for providing investment advice and administrative services.

## II.    CODE REQUIREMENTS FOR 401(K) PLANS TO QUALIFY FOR TAX EXEMPTION

92.    In order to qualify as tax-exempt under the Code, a pension plan (including a solo 401(k) plan) must meet a number of requirements, including that they be: (1) created and administered for the exclusive benefit of the plan participant(s); (2) funded in accordance with the Code; (3) permanent as opposed to temporary programs; and (4) funded by a "domestic" trust.

### A.    *Exclusive Benefit Rule*

93.    The most fundamental requirement for a tax-qualified plan is the Exclusive Benefit Rule, as reflected in the Code and ERISA, which elevates loyalty to the interests of the plan and its participants to the highest plane.  To meet this standard, it must be impossible under the plan/trust instrument for any part of the trust's corpus or income to be used for, or diverted to, purposes other than the exclusive benefit of the employees or their beneficiaries.

94.    The Code's qualified plan rules (which applied to all the Plans that made DWT refund claims) require that it must be impossible, prior to the satisfaction of all liabilities to employees, "for any part of the corpus or income [of the trust that funds the plan] to be used for or diverted to purposes other than for the exclusive benefit of employees or their

---

221.ERISA's Exclusive Benefit Rule derives from this duty of loyalty.  *See* ERISA Section 404(a)(1)(A).

beneficiaries."[222]  This provision requires plan investments to be in the best interest of growing the plan's assets and meeting the retirement benefit needs of participants.  Plan investments may not provide current financial advantages to plan beneficiaries (other than increasing plan assets) or to persons who are not plan participants.[223]

95.    Qualified plan sponsors are permitted to outsource many plan functions through delegation.  For example, a qualified plan sponsor is allowed to engage an expert to manage a plan's assets or administration.  However, no matter how broad the authority granted to service or investment providers by the plan sponsor (whether by means of powers of attorney, contracts, formal or informal delegations of authority or otherwise), a plan sponsor is never relieved of the fiduciary responsibility, under the Code and ERISA, to monitor the plan's providers and determine whether their services are being conducted in the best interests of the plan.

96.    Plan sponsors and investment managers, guided by their advisers, must act prudently for the exclusive purpose of providing benefits and defraying reasonable plan expenses.  Under the Code and ERISA, a key fiduciary issue is whether investment and service provider fees are unreasonable and/or excessive relative to the services rendered.  If fees are unwarranted, they will violate the exclusive benefit rule by diverting plan assets to parties other than plan participants and their beneficiaries.

**B.**    *401(k) Funding*

97.    The Code limits the sources of funds that can be contributed to a plan for that plan to remain tax-exempt. Salary reduction contributions to 401(k) plans can be made by participants

---

222. Treasury Regulation §1.401-2(a)(1).

223. Code Section 401(a)(2). Section 1.401-2(a)(3) of the regulations explains that, as used in Code Section 401(a)(2), the phrase "purposes other than for the exclusive benefit of his employees or their beneficiaries includes all objects or aims not solely designed for the proper satisfaction of all liabilities to employees or their beneficiaries covered by the plan."

on a pre-tax basis, and participants may also make after-tax contributions. In my experience, enabling such contributions is the typical motivation for establishing a 401(k) plan. Plan sponsor employers can also make contributions to a 401(k) plan on behalf of participants. Further, self-employed individuals can make contributions to their plans from net earnings from self-employment. Funding a plan with other sources may lead to the Plan losing its tax-exempt status.[224]

98.　　The Code imposes limits on the "annual additions" which may be made to a plan on behalf of an employee.[225] Annual additions consist of employer contributions, employee contributions (whether pre-tax or after-tax), and forfeiture allocations made to an employee's account. For 2012 through 2015, annual additions were limited to the lesser of 100% of a plan participant's compensation or the following dollar amounts:

| 2012 | 2013 | 2014 | 2015 |
|------|------|------|------|
| $50,000 | $51,000 | $52,000 | $53,000 |

99.　　For employees age 50 and older, these amounts could have been increased by $5,500 in 2012 – 2014 and by $6,000 in 2015. While there is no formal limit on an employer's establishment of more than one qualified plan, contributions to multiple plans are aggregated for purposes of determining the Code's limits on annual contributions. Similarly, Code ceilings on benefits payable to an employee are applied by aggregating all of an employer's qualified plans

---

224.　　In many instances, Plan contributions made by the Plan Defendants were minimal and consisted of a few hundred dollars made on a one-time basis. Accordingly, Plan assets were generally limited to such contributions which, in my experience, was an extremely unusual circumstance. Generally speaking, only plan participants or the plan sponsor may contribute to a tax-qualified plan, and the IRS will view such advances as a loan or other extension of credit. However, in the circumstances of the Plans, it is unclear whether a regulator, such as the IRS, would view such amounts as plan assets, a loan or an illegal contribution given that only plan participants or the plan sponsor may contribute to a tax-qualified plan.

225.　Code §415(c).

in which the employee participates.  Accordingly, contributions exceeding these limits cannot be achieved by establishing multiple plans.  In addition, the establishment of multiple plans is generally constrained by administrative and recordkeeping costs.

**C.**     _**Plan Permanence**_

100.    A condition that all retirement plans seeking tax qualification, including 401(k) plans, must satisfy is that the plan will be a permanent rather than temporary program.[226]  While an employer may reserve the right to terminate its qualified retirement plan, abandonment of the plan within a few years after it has taken effect for any reason other than business necessity will be evidence that the plan, from its inception, was not a bona fide program for the exclusive benefit of employees.  In such an instance, the IRS would likely treat the plan as having never been tax-qualified and revoke its tax-favored status.  A plan established to pursue a single investment strategy and thereafter effectively abandoned as a result of the employer's failure to make further plan contributions would generally be treated as violating the permanence requirement.[227]

101.    Treasury regulations further state that in the event a plan is abandoned, the employer should promptly notify the IRS and disclose the circumstances leading to the discontinuance of the plan.  In order to meet this requirement, a plan sponsor's decision and reasons for terminating or abandoning a qualified plan should be documented and retained.

---

226. 26 CFR 1.401-1(b)(2).  Although the IRS does not require a plan sponsor to maintain its qualified plan for a specific number of years, relevant Treasury regulations provide that "[T]he term 'plan' implies a permanent, as distinguished from a temporary, program."

227. In addition, since plan contributions must be made for the purpose of distributing the corpus and income of a plan to employees or their beneficiaries, a plan will fail to be tax-qualified if its primary purpose is diverted to an investment opportunity.

102.    In my experience, the IRS will judge a plan as permanent based on the facts and circumstances of the applicable case, including the likelihood of the employer's ability to continue making contributions. To support plan permanence, there must generally be recurring and substantial contributions by the employer.  If the plan sponsor is floundering, it may be required to look ahead to see if the company is likely to go out of business..[228]  Unless there have been unforeseen business developments not within the employer's control that would preclude continuance of a plan, abandonment of the plan reverses an initial presumption of permanence and leads to a presumption of impermanence so that the plan may be disqualified retroactively.[229]

### D.    *Segregation of Plan Assets*

103.    Qualified plan trusts generally may not commingle plan assets with the assets of other investors, since this would violate the Exclusive Benefit Rule under the Code as well as ERISA.  The IRS has relaxed the general rule by permitting plans to pool their assets with the assets of other tax-advantaged plans but only if certain safeguards protecting the separate interests of the plans are met.[230]  These conditions include:

- The pooling of assets is made through a group trust created or organized in the United States and maintained at all times as a domestic trust in the United States;[231]

- The group trust instrument expressly limits group trust participation to pension, profit-sharing, and stock bonus trusts, individual retirement accounts, certain plan-related custodial accounts and retirement income accounts;

- The group trust instrument expressly prohibits any part of its corpus or income that equitably belongs to any constituent plan adopting the group trust from

---

228. *Sutherland v. Comm'r*, 78 T.C. 395, 407 (1982).

229. IRS Revenue Ruling Rev. Rul. 69-25, 1969-1 C.B. 113

230. IRS Revenue Ruling 2014-24.  See also IRS Revenue Rulings 81-100 and 2011-11.

231. *Id.*

being used for, or diverted to, any purpose other than for the exclusive benefit of the participants and the beneficiaries of that particular adopting plan;

- The group trust instrument expressly provides for separate accounts (and appropriate records) to be maintained to reflect the interest which each adopting group trust retiree benefit plan has in the group trust, including separate accounting for contributions, disbursements and investment experience; and

- The group trust instrument expressly prohibits an assignment by an adopting plan trust of any part of its equity or interest in the group trust.

### E.    *Other Conditions for Tax Qualification*

104.    In order to qualify for the tax advantages of plan sponsorship and participation, the sponsor of a solo 401(k) plan, whether an individual or the individual's LLC, is required to show that it is carrying on a trade or business by engaging in an income-generating activity for profit on a regular and continuous basis.  Investment activity by the plan itself, such as the purported Plan investments in Danish stocks, is not taken into account for this purpose.

## III.    OPERATIONAL STANDARDS FOR TAX-QUALIFIED 401(K) PLANS

105.    U.S. law imposes a wide variety of other legal obligations on qualified pension plans, including regulatory reporting, disclosure and operational requirements.  Failure to comply with these requirements may lead to the imposition of financial or other penalties on a plan or sponsor.  Even where the ERISA statute does not apply, by its terms, its protections are nevertheless generally accepted as a uniform national standard for service providers and fiduciaries to follow.  Legitimate pension plans are created in order to assist their participants in saving for retirement and enable both participants and their employers to enjoy certain tax advantages in doing so.  Plan sponsors and vendors in the retirement industry make a point of operating and administering their plans in accordance with applicable legal obligations and the generally accepted standards enshrined in ERISA so as not to compromise or diminish these objectives.  However, the Plans did not abide by one or more of the following legal obligations.

A.      *Indicia of Plan Asset Ownership and Domestic Trust Requirement*

106.    In the case of a plan subject to ERISA, the plan trustee may not maintain the indicia of ownership of plan assets outside the jurisdiction of the district courts of the United States.  Generally speaking, this requires the trustee to have a U.S. presence.[232]  Plan assets which are foreign securities may be placed under the management and control of a fiduciary which is a corporation or partnership organized under the laws of the United States or a State, which fiduciary has its principal place of business within the United States and is a bank, insurance company, or investment adviser meeting certain financial criteria and subject to U.S. regulatory agencies.[233]  The assets of a plan not otherwise subject to ERISA, such as a solo 401(k) plan, could be subject to these management and control restrictions depending on the breadth of the prototype plan language relating to fiduciary matters.

107.    In addition to ERISA's indicia of ownership rules, Treasury regulations issued pursuant to the Code contain an additional requirement: not only must the trust be created or organized in the United States, but also "it must be maintained at all times as a domestic trust in the United States."[234]  In order for a trust to be considered domestic, "[o]ne or more United States persons must have the authority to control all substantial decisions of the trust."[235]  In addition, as noted above, IRS group trust rulings impose a domestic trust requirement, if plan assets are to be pooled with the assets of other plans.

---

232. ERISA §404(b)

233. ERISA Reg. §2550.404b-1(a).  Alternatively, the U.S. entity must have physical possession of the indicia of ownership or, subject to certain restrictions protective of the plan, the indicia of ownership of the foreign securities may be held by a foreign entity as agent for a U.S. broker, dealer or bank. See ERISA Reg. §2550.404b-1(a)(2).

234. Treasury Regulation ("Treas. Reg.") § 1.401-1(a)(3(i).

235. Treas. Reg. § 301.7701–7(a)(i).

**B.**    ***Prohibited Transactions and The Service Provider Exemption***

108.    The Code and ERISA include provisions mirroring one another that prohibit retirement plans from engaging in certain transactions with certain disqualified persons including the furnishing of services between a plan and a service provider.[236]  However, ERISA and Code Section 4975 provide certain exceptions.

109.    Under DOL regulations governing both Code and ERISA prohibitions, exemptive relief is provided subject to the service arrangement's meeting certain conditions.  To qualify for the exemption, any payments by a plan for any service must satisfy three basic requirements: (1) the service must be necessary for the establishment or operation of the plan; (2) such service must be furnished under a contract or arrangement that is reasonable; and (3) no more than reasonable compensation may be paid for such service.[237]

1.    *Necessary Services*

110.    A service is necessary for the establishment or operation of a plan if it is appropriate and helpful to the plan in carrying out the purposes for which the plan was established or maintained.[238]

2.    *Reasonable Contract or Arrangement*

111.    In order for the contract or other arrangement under which a service provider renders services to be "reasonable," the plan must be capable of terminating it (1) without penalty, and (2) on reasonably short notice under the circumstances.[239] The purpose of this

---

236. *See* Code Section 4975(c)(1)(C).

237. DOL Regulation §2550.408b-2(a).

238. DOL Regulation §2550.408b-2(b).

239. DOL Regulation §2550.408b-2(c).

requirement is to prevent a plan from becoming locked into a situation that becomes disadvantageous. In addition, a services arrangement will only be treated as reasonable if the service provider makes certain disclosures to the plan regarding its direct and indirect compensation and whether its services will be performed in a fiduciary capacity.

### 3.    *Reasonable Compensation.*

112.    As to what constitutes reasonable compensation for the provision of services, the most important factor is whether the compensation is comparable to compensation paid to others performing similar services. Typically, fees in excess of 20% of profits may be considered unreasonable by the IRS and/or the DOL.

113.    If the parties to a plan services arrangement fail to meet these conditions, the Code imposes an excise tax on a party participating in the resulting prohibited transaction equal to 15% of the "amount involved" in the transaction. A second tier-tax equal to 100% of the amount involved is imposed if the transaction is not corrected within a specified period.

### C.    **Stock Lending Exemption**

114.    Both the Code and ERISA prohibit certain other transactions between a plan and a disqualified person, such as a fiduciary or plan service provider, such as the lending of money or shares or other extension of credit.[240] In order to permit certain loans relating to plan assets consisting of securities that may be beneficial to plans and involve a bank or broker-dealer, the DOL issued a class exemption from Code and ERISA prohibited transaction rules conditioned on detailed safeguards protecting plan interests.[241]

---

240. Code Section 4975(c)(1)(B).

241. DOL Prohibited Transaction Exemption 2006-16.

115.     Conditions applying to all securities lending include: for loans to a foreign bank or a foreign broker-dealer, the bank or broker must be from an eligible jurisdiction, such as the U.K. and certain other jurisdictions, which do not, however, include the Cayman Islands and the British Virgin Islands.  If a U.K. bank or U.K. broker subject to the authority of the FCA is the borrower, the exemption requires that either (i) the bank or broker agrees to submit to the jurisdiction of the United States, agrees to appoint an agent for service of process in the United States, and agrees that the plan may elect to enforce the securities lending agreement exclusively in United States courts, or (ii) the lending agent is a U.S. bank or U.S. broker-dealer that agrees to provide the plan with an indemnity in the event of a borrower default.  Further, the collateral for the loan must be brought up to the full value of the securities at least daily, and the borrower must furnish the lending agent with certain information regarding the borrower's financial condition, which in the case of an eligible foreign bank or broker includes a minimum equity of $200 million. The plan must also be able to terminate the loan at will on no more than five days' notice. The borrower must also furnish the plan with the most recent audited statement of its financial condition and a written representation that at the time the loan is negotiated, there has been no material adverse change  in its financial condition since the date of the most recent financial statement.  The written documentation for plan loans to foreign borrowers must be maintained at a site within the jurisdiction of U.S. courts.

### D.     _Records Requirement_

116.     An employer sponsoring a retirement plan is required to keep books and records available for review by the IRS.  Unless they have delegated the responsibility to a third party, sponsors of solo 401(k) plans should retain copies of plan documents, including the plan's adoption agreement in the case of a prototype plan, and all plan amendments.  Since the trust holding plan assets is part of the plan, trust records, such as investment statements, balance

sheets, and income statements also need to be accurately maintained.  Participant records such as account balances, contributions and earnings, compensation data and participant statements should also be retained.  In addition, in a solo 401(k) plan, the individual business owner will also be responsible for keeping track of the plan's income and expenditures.

117.    Plan distributions need to be reported on a properly coded IRS Form 1099R indicating whether the distribution is an (i) early distribution, (ii) regular distribution after employment termination or attainment of age 59½ or (iii) a "required minimum distribution" mandated after attaining age 72.[242]

118.    If total plan assets are $250,000 or more at the end of a calendar year, the plan will be required to file an informational tax return with the IRS on Form 5500-EZ by the end of the seventh month following the end of the plan calendar year (usually by July 31st).

**E.**    ***Regulatory Reporting***

119.    Pension plans, like other entities, are required to report certain holdings or transactions of cash or securities to the United States Government. This includes Treasury International System (TIC) Forms to the Federal Reserve Bank, and Reports of Foreign Bank and Financial Accounts (FBAR) to the Financial Crimes Enforcement Network (FinCEN).  In my experience, qualified pension plans seek to comply with these reporting requirements in order not to pay the fines associated with non-compliance.  If any of the Plans did not comply with these reporting requirements, it would suggest to me that the Plan might not be operating as a bona fide pension plan.

---

242. Currently, individuals must take their first required minimum distribution by April 1 of the year following the year in which they turn age 72.  However, for Plan participants who turned 70½ before January 1, 2020, the age triggering such a distribution was age 70½.

## IV.    USING STANDARD FORMS TO ESTABLISH A PENSION PLAN DOES NOT MAKE A PENSION PLAN QUALIFIED.

120.    Over the past few decades, it has become common for companies to provide prototype pension plan formation documents to sell to individuals or entities who wish to form pension plans, including solo 401(k) plans (*i.e.*, plans whose sole participant is self-employed).[243]  These providers seek and receive approval from the IRS that their protype or volume submitter plan formation documents meet the requirements of the Code.  This approval is provided in opinion letters from the IRS.  The providers can then use the prototype plan as a template to assist customers in forming their own solo 401(k) or other pension plans.  The plan providers will often provide the relevant IRS opinion letters to their customers along with the plan formation documents.  These letters state that the plan sponsors may rely on such documents as to their form but routinely include a caveat as to the plan's operation.

121.    Thus, merely because an individual forms a pension plan using an IRS-approved prototype plan template does not necessarily mean that that pension plan is tax-qualified under the Code, since the IRS's approval is limited to the form of the plan document.[244]  In order to be qualified under the Code, a pension plan must be operated in accordance with its formation document and the relevant provisions of the Code, ERISA, and other applicable law.[245]

122.    Here, the vast majority of the Plans were formed as prototype plans, using templates provided by Broad Financial and/or Elite Pension Consultants.  Some of these providers received opinion letters from the IRS  stating that the Plan's prototype plan formation

---

243. These companies are sometimes referred to by the IRS as "volume submitter practitioners."

244. *See*, *e.g*. IRS Revenue Procedure 2017-41, section 7.01.

245. *See, e.g.*, JHVM_0028887 at -8911; WH_MDL_00274933 at -4938.

document was "acceptable under section 401 of the [IRC]."[246]  These IRS opinion letters, however, also explicitly state that the IRS's "opinion on the acceptability of the form of the plan is not a ruling or determination as to whether an employer's plan qualifies under Code section 401(a)" and that "[t]he terms of the plan must be followed in operation."[247]  Thus, a pension plan cannot assert its validity based solely on these letters:  If a pension violates its formation document, the Code, or other applicable law, then the Plan loses its tax-qualified status.

123.    I add that, the Plans were required by SKAT to include IRS Form 6166 in their refund applications, as evidence that the Plans were residents of the United States for the purposes of the Treaty.[248]  A plan's receipt of this form is also not per se evidence that a pension plan is qualified under the Code, since Form 6166 letters explicitly state that the IRS certifies "*to the best of our knowledge* the above-name entity is … qualified under section 401(a)" of the Code.[249]

124.    In short, that a pension plan is formed using a plan formation document accompanied by an applicable IRS pre-approval letter does not mean the plan is qualified under Code section 401(a); the plan must also be operated in accordance with its formation document, the Code, and other applicable law.  Nor is a Form 6166 per se proof that a pension plan that obtains one is tax-exempt under the Code.

---

246. *See, e.g.*, JHVM_0028887 at -8911.

247. *See, e.g.*, JHVM_0028887 at -8911.

248. *See, e.g.*, JHVM_0003506.

249. *See, e.g.*, JHVM_0003506 (emphasis added).

## V.    THE ARGRE AND KAYE SCHOLER PLANS DID NOT MEET THE REQUIREMENTS TO BE TAX-EXEMPT

### A.    *The Argre and Kaye Scholer Plans Were Not Established or Operated for The Exclusive Benefit of Their Participants and Plan Beneficiaries*

125.    As discussed in paragraphs __ - __, *supra*, a valid pension plan must be created and operated for the exclusive benefit of the plan and its participants and beneficiaries.  As part of the DWT scheme, the Argre Plans paid 66% of the DWT refunds received from SKAT to Ganymede.[250]  The Kaye Scholer Plans paid Ganymede 75% of the DWT refunds.[251]  Further, the Argre and Kaye Scholer Plans that were in partnerships paid either 90% or 95% of the funds remaining after payments to Ganymede, the brokers, and others over to the other entities in the partnerships.[252]  Thus, these plans received between 1% and 4% of the DWT refunds paid by SKAT.

126.    With one exception, all the Argre and Kaye Scholer Plans were created less than a year before they began to trade in Danish securities and submit DWT refund applications to SKAT.[253]  Van Merkensteijn admitted at his deposition that the Basalt Plan and the other Kaye Scholer Plans formed in the summer 2014 were created to participate in the scheme.[254]  Klugman testified that he was told by Sanjay Shah that to participate in the scheme he was required to establish multiple pension plans.[255]

---

250. *See, e.g.*, Markowitz Dep. Tr. at 290:19-22, 540:14-17, 541:10-17.

251. Klugman Dep. Tr. 158:19-159:1.

252. *See* Appendix G (Argre Plans Partnership Summary Chart); Appendix I (Kaye Scholer Plans Partnership Summary Chart).

253. *See* Appendix F (Argre Plans Summary Chart); Appendix I (Kaye Scholer Plans Summary Chart).

254. Van Merkensteijn Dep. Tr at 174:6-10.

255. Klugman Dep. Tr. at 23:4-13.

127.     It is clear from these facts, that the Plans were created to participate in the scheme and that they were created mostly for the benefit of Solo, Ganymede, Shah, Markowitz, van Merkensteijn, and Klugman.  Thus, the Plans that were in partnerships were created for the benefit of Ganymede, Shah, and the entities with which they were in partnership, including entities controlled by Markowitz, van Merkensteijn and/or Klugman.

128.     In my experience evaluating retirement plan investments and the compensation of service providers and investment managers, I have never seen such egregiously one-sided compensation arrangements as those between the Plans and Ganymede/Solo.  Further, if Ganymede did not provide the Plans any real or legitimate services, the compensation to Ganymede would be considered even more improper. The further diversion of Plan assets to Klugman, Markowitz, van Merkensteijn, and/or the other Argre principals left the Plans with almost nothing from the gross proceeds of the refunds and exacerbated the violation of the Exclusive Benefit Rule.

### B.     *The Argre and Kaye Scholer Plans Were Not Funded in Accordance with the Code.*

129.     The 401(k) plans established pursuant to Solo Capital's dividend trading scheme were, as a general matter, not funded with assets derived from the plan sponsors' trade or business income and were improperly funded through putative stock loans.

130.     Generally speaking, qualified plan sponsors must be actively engaged in a profit-making trade or business.  Self-employed individuals must have earned income,[256] which generally[257] means net earnings from self-employment including, the gross income derived from

---

256. Code Section 401(c)(2)(A).

257. Code Section 401(c)(2)(B) provides that earned income includes gains and net earnings from the sale or other disposition of property by an individual whose personal efforts created such property, but that component of earned income did not apply to any of the plans established in the litigation.

the trade or business[258] less any applicable deductions. The Bellwether Plans likely did not meet this requirement.

131.    For instance, prior to the trading, the Delvian Plan was funded with $100.[259] The RJM Plan was also initially funded with $100, and these funds appear attributable to sources other than the Plan's sponsor.[260] The Basalt Plan was funded with $1,000, and again it is uncertain that those funds came from the earnings of the Basalt Plan's sponsoring LLC.[261] Altbach funded the Roadcraft Plan with $100 of his personal assets.[262] It is my opinion that these issues were sufficient to disqualify these bellwether Plans under the Code.

132.    These facts raise two issues: first, to the extent that the Plans were funded from sources other than their LLC sponsors or their participants, acting as participants in deferring compensation from the Plan sponsor, the funding would be improper, and the Plans disqualified; second, to the extent that the LLCs sponsoring the Plans conducted no trade or business from which the Plans could be funded, that failure would be disqualifying.

133.    The assets of these Plans were never transferred to their custodial accounts at Solo Capital or the other Shah-controlled broker-custodians prior to the Plans' purchases of millions of dollars of Danish securities.[263] The economic unreality of this arrangement indicates that the

---

258. Code Section 1402(c).

259. MPSKAT00024171.

260. MPSKAT00003967.

261. *See* JHVM_0001821 at -1855.

262. Wells Fargo Account Statement for Roadcraft Technologies LLC Roth 401K Plan (August 26, 2014 - September 24, 2014) (RC00000059); Altbach Dep. Tr. at 148:23 – 149:4.

263. MPSKAT00082600; MPSKAT00078902; WH_MDL_00035630; WH_MDL_00020362.

Plans were acting as conduits for third-party interests and not intended to be funded in any meaningful way from legitimate sources, such as Plan sponsors or participants.

134.    Similar issues with the lack of funding, improper source of funding, and failure to deposit Plan assets in the custodial accounts apply to nearly all the Argre and Kaye Scholer Plans.

C.    **_The Argre and Kaye Scholer Plans Were Not Established or Operated as Permanent Programs._**

135.    A pension plan must be a permanent as opposed to temporary program and plan sponsors must be aware of circumstances leading to plan termination or abandonment before deciding to establish one.   Nearly all the Argre and Kaye Scholer Plans were established within a year of when they purportedly began trading in Danish securities.[264]  Many were created specifically to participate in the DWT scheme,[265] and many of the Plans were terminated or left dormant after SKAT announced it would stop paying refunds on their DWT refund applications.[266]  For instance, Altbach testified that he was unsure whether his five Plans—including the Roadcraft Plan—were still in existence. [267]  Klugman terminated all of his Plans in 2016.[268]  With one exception, in their responses to SKAT's interrogatories, the LLC owner-participants in the 26 Kaye Scholer Plans that were in partnerships could not state whether the Plans or their sponsoring LLCs had been terminated. [269]  In my experience, this would be a factor

---

264. *See* Appendix F (Argre Plans Summary Chart); Appendix H (Kaye Scholer Plans Summary Chart).

265. Van Merkensteijn Dep. Tr at 174:6-10; Klugman Tr. at 23:4-13.

266. *See* Appendix F (Argre Plans Summary Chart); Appendix H (Kaye Scholer Plans Summary Chart).

267. Altbach Dep. Tr. at 203:15-18.

268. *See* Appendix I (Kaye Scholer Plans Summary Chart).

269. The Plan Defendants Responses and Objections to Plaintiff SKAT's First Set of Interrogatories, Response to Interrogatory Nos. 11 & 12.

considered in whether the Plans were abandoned and thus effectively terminated.  The RJM Plan was funded in its first year (2013) but funding ceased in 2014, 2015, and 2016.[270]

136.    To the extent the Plan participants and sponsoring LLCs ceased making Plan contributions, the likelihood of abandonment is reinforced.  That the applicable Argre and Kaye Scholer Plans were actively operated for such a short period of time is strong evidence that the applicable Argre and Kaye Scholer Plans, from their inception, were not established as permanent bona fide retirement benefit programs.

137.    In addition, the only permissible basis for Plan termination shortly after its formation is a business reason by the sponsoring LLC, and the failure of the Argre and Kaye Scholer Plans to receive profits from DWT refunds, would not be a sufficient reason to terminate the Plans which might otherwise be expected to continue in existence for an indefinite period of time, during which it would be expected to invest Plan assets derived from participant and plan sponsor contributions as well as the proceeds of prior investments.

**D.    _The Assets in the Argre and Kaye Scholer Plans' Custodian Accounts Were Not Properly Segregated from the Assets of Other Entities._**

138.    The Solo Capital and other custody agreements I have reviewed in connection with the scheme all permitted, in one form or another, the pooling of the Plans' assets with the assets of the custodian's other clients.[271]  Under IRS rules, plan trusts generally may not commingle plan assets with the assets of other investors unless the other investors are tax-advantaged retirement arrangements and the pooling of assets is made through a group trust created or organized in the United States and maintained at all times as a domestic trust in the

---

270. WH_MDL_00358600; WH_MDL_00356182 at -6195.

271. _See, e.g._, MPSKAT00003776 § 5.3.

United States.[272]  If the assets of the Argre and Kaye Scholer Plans were in fact pooled with the assets of other plans, as their custodial agreements indicated, there is no indication that a group trust meeting IRS conditions was ever created for purposes of holding their pooled assets.  If the Plans participating in the scheme had at any time been pooled with non-plan assets of Solo Capital or another custodian or trustee, that fact alone would likely have led to their disqualification for U.S. tax purposes.  In this event the pooling would have caused the Plans to lose their tax-qualified status which would, in turn, have made them ineligible for beneficial treatment under the Treaty.

## VI.    THE KAYE SCHOLER AND ARGRE PLANS WERE NOT OPERATED IN ACCORDANCE WITH THE APPLICABLE STANDARDS, RULES, AND REGULATIONS FOR QUALIFIED PLANS.

### A.    *Indicia of Ownership and Domestic Trust Requirement*

139.    As discussed above, assets of the Argre and Kaye Scholer Plans were custodied overseas by Solo Capital and other foreign custodians.  This violated the previously discussed ERISA mandate that a plan trustee may not maintain the indicia of ownership of plan assets outside the jurisdiction of the district courts of the United States.  While these one-participant plans were exempt from ERISA, many of the Kaye Scholer Plans' formation documents included the following language:

> The Trustee shall not hold the indicia of ownership of any assets of the Trust Fund outside the jurisdiction of the District Courts of the United States unless in compliance with Section 404(b) of ERISA and regulations thereunder.[273]

These Plans and others with similar terms would have been subject to and violated the foreign trust prohibition by virtue of having their assets held by foreign custodians.

---

272. IRS Revenue Ruling 2014-24.

273. Roadcraft Plan Section 10.02(g) of individual plans established in July 2014.  *See also* Basalt Plan formation document.

140.    Moreover, it does not appear that Solo met the domestic trust requirements imposed by the IRS and so must be treated as a foreign custodian.[274]  In order for a trust to be considered domestic, "[o]ne or more United States persons have the authority to control all substantial decisions of the trust."[275]  Here Solo Capital and/or Ganymede provided the Kaye Scholer and Argre Plans with instructions on which shares of Danish securities were to be traded, the volume of shares to trade, and the counterparties or brokers with whom to trade.[276]  Even though the Kaye Scholer and Argre Plans could theoretically decline to engage in the trades, in practice, the Plans assented to nearly every trade proposed by Solo Capital and/or Ganymede.[277] The Kaye Scholer and Argre Plans therefore failed the Code's domestic trust requirement.

### B.    *Prohibited Transactions*

#### 1.    *Service Provider Exemption*

141.    Solo Capital, Ganymede, and other Shah-controlled entities not only provided the Argre and Kaye Scholer Plans with custody and clearing services, but also directed which shares of Danish securities to trade, the volumes of shares to trade, and the counterparties and brokers with whom to trade.[278]  This made Solo Capital, Ganymede, and other Shah-controlled entities fiduciary service providers rendering investment advice.  Solo Capital, Ganymede, and the related Shah-controlled entities therefore constitute disqualified persons under section 4975 of the IRC.  Accordingly, the purported Danish trading constitutes prohibited transactions.

---

274. Treas. Reg. § 1.401-1(a)(3)(i).

275. Treas. Reg. § 301.7701–7(a)(i).

276. *See, e.g.*, Klugman Dep. Tr. at 110:6-23.

277. Markowitz Dep. Tr. at 538:2-24.

278. *See, e.g.*, Klugman Dep. Tr. at 110:6-23.

142.     For the avoidance of doubt, it is also my opinion that Solo Capital, Ganymede and the affiliated Shah-controlled entities did not meet any of the prohibited transaction exemptions listed in Code Section 4975 or applicable DOL regulations.  Specifically, the Shah-controlled entities did not meet the conditions for the service provider exemption contained in Code Section 4975(d)(2), as interpreted by applicable DOL regulations.  In order to qualify for this exemption, the fees paid by the Plans to Ganymede would have had to be no more than a reasonable amount, and Solo and the Plans would have borne the burden of proving that the fees were reasonable. The Argre Plans paid Ganymede 66% of the refunds they received, and the Kaye Scholer Plans paid Ganymede 75% of the refunds.[279]  Kaye Scholer and Ben-Jacob's clients were unable to identify any service providers with a comparable fee structure or any fair market relationships by hedge funds or other investment advisors that charged fees in that range.[280]  In my opinion, these percentages and the dollar amounts they represented were well above what the IRS or DOL would have considered reasonable, and therefore the transactions and related fees were prohibited under the Code and ERISA.

2.     *Stock Lending Exemption*

143.     Securities lending was an element of all the Danish stock transactions designed by Solo Capital.[281]  The Plans' stock lending arrangements I have seen did not meet the conditions required for exemption from Code and ERISA prohibited transaction rules.[282]  The stock loan counterparties were typically Cayman Island and British Virgin Island entities.  I have seen no

---

279. Klugman Dep. Tr. 158:19-159:1; Markowitz Dep. Tr. at 290:19-22, 540:14-17, 541:10-17.

280 *See, e.g.*, JHVM_0010590 at -602-03.

281 *See, e.g.*, MPSKAT00008759.

282. *See, e.g.*, MPSKAT00068862.

documentation that these entities had a banking or brokerage license in the United Kingdom or any other jurisdiction or that these borrowers purported to have equity of $200 million or more or provided the Plans any financial statements to support any such assertion.  Moreover, Solo Capital's financial statements never reflected an equity value meeting that amount.  None of the stock lending arrangements I have seen involved a U.S. financial institution to indemnify the Plan against a default and none of Solo Capital or any of its affiliates or stock lending counterparties agreed to submit to the jurisdiction of U.S. courts.[283]  And the terms of the General Master Securities Lending Agreement required 15 days' notice of termination—far more than the required five days.[284]

## VII.    THE LEHMAN PLANS DID NOT MEET THE CODE REQUIREMENTS TO BE TAX-EXEMPT.

### A.    *The Lehman Plans Were Not Established or Operated for The Exclusive Benefit of Their Participants and Plan Beneficiaries.*

144.    The FWC Plan received no money, although Lehman himself received over $10 million from the scheme in 2015 as compensation for his recruiting efforts.[285]  Likewise, the Proper Pacific Plan itself received no money, but Bradley was paid over $5 million for helping establish Plans to participate in the scheme.[286]  Both Bradley and Lehman admitted at their depositions that the Plans were formed (at least in part) to participate in the scheme.[287]  That these two Plans were created to participate in the DWT scheme and that the Plans received no

---

283 *See, e.g.*, MPSKAT00068862.

284 *See, e.g.*, MPSKAT00068862.

285 Lehman Dep. Tr. at 453:24 – 454:10; Lehman Dep. Tr. at 464:23 – 472:16.

286 Bradley Dep. Tr. 276:19-277:10; 306:14-20; 307:14-309:4

287.Bradley Dep. Tr. 84:16 – 85:13; Lehman Dep. Tr. at 393:16 – 394:8.

# APPENDIX A

| No. | Plan | SDNY Docket No. |
|---|---|---|
| 1 | 2321 Capital Pension Plan | 19-cv-10713-LAK |
| 2 | Ackview Solo 401(K) Plan | 18-cv-04900-LAK |
| 3 | Acorn Capital Corporation Employee Profit Sharing Plan | 18-cv-10088-LAK |
| 4 | Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan & Trust | 18-cv-10088-LAK |
| 5 | Aerovane Logistics LLC Roth 401(K) Plan | 18-cv-07828-LAK |
| 6 | Albedo Management LLC Roth 401(K) Plan | 19-cv-01785-LAK |
| 7 | Alden Investments Pension Plan | 21-cv-05339-LAK |
| 8 | American Investment Group Of New York, L.P. Pension Plan | 18-cv-09841-LAK |
| 9 | AOI Pension Plan | 21-cv-05339-LAK |
| 10 | Avanix Management LLC Roth 401(K) Plan | 19-cv-01867-LAK |
| 11 | Azalea Pension Plan | 19-cv-01893-LAK |
| 12 | Ballast Ventures LLC Roth 401(K) Plan | 19-cv-01781-LAK |
| 13 | Bareroot Capital Investments LLC Roth 401(K) Plan | 19-cv-01783-LAK |
| 14 | Basalt Ventures LLC Roth 401(K) Plan | 19-cv-01866-LAK |
| 15 | Batavia Capital Pension Plan | 19-cv-01895-LAK |
| 16 | Battu Holdings LLC Roth 401(K) Plan | 19-cv-01794-LAK |
| 17 | Bernina Pension Plan | 19-cv-01865-LAK |
| 18 | Blackrain Pegasus LLC Solo 401(K) Plan | 18-cv-10119-LAK |
| 19 | Blue Ocean Equity LLC Retirement Plan & Trust | 18-cv-10137-LAK |
| 20 | Bowline Management Pension Plan | 19-cv-10713-LAK |
| 21 | California Catalog Company Pension Plan | 19-cv-10713-LAK |
| 22 | Calypso Investments Pension Plan | 19-cv-01904-LAK |
| 23 | Cambridge Way LLC 401(K) Profit Sharing Plan | 18-cv-10090-LAK |
| 24 | Cantata Industries LLC Roth 401(K) Plan | 19-cv-01798-LAK |
| 25 | **Carrick Holdings Pension Plan** | 21-cv-05339-LAK |
| 26 | Cavus Systems LLC Roth 401(K) Plan | 19-cv-01869-LAK |
| 27 | Cedar Hill Capital Investments LLC Roth 401(K) Plan | 19-cv-01922-LAK |
| 28 | Clove Pension Plan | 19-cv-10713-LAK |
| 29 | Cole Enterprises USA Retirement Plan & Trust | 18-cv-10118-LAK |
| 30 | Crucible Ventures LLC Roth 401(K) Plan | 19-cv-01800-LAK |
| 31 | CSCC Capital Pension Plan | 18-cv-09669-LAK |
| 32 | Davin Investments Pension Plan | 19-cv-10713-LAK |
| 33 | Del Mar Asset Management Saving & Retirement Plan | 18-cv-05374-LAK |
| 34 | Delgado Fox LLC Solo 401(K) Plan | 18-cv-10125-LAK |
| 35 | Delvian Llc Pension Plan | 19-cv-10713-LAK |
| 36 | DFL Investments Pension Plan | 19-cv-10713-LAK |
| 37 | Dicot Technologies LLC Roth 401(K) Plan | 19-cv-01788-LAK |
| 38 | DW Construction, Inc. Retirement Plan | 18-cv-09797-LAK |
| 39 | Eclouge Industry LLC Roth 401(K) Plan | 19-cv-01870-LAK |
| 40 | Edgepoint Capital LLC Roth 401(K) Plan | 18-cv-07827-LAK |
| 41 | Fairlie Investments LLC Roth 401(K) Plan | 19-cv-01791-LAK |
| 42 | Federated Logistics LLC 401(K) Plan | 18-cv-08655-LAK |
| 43 | FiftyEightSixty LLC Solo 401(K) Plan | 18-cv-10073-LAK |

| No. | Plan | SDNY Docket No. |
|---|---|---|
| 44 | First Ascent Worldwide LLC Roth 401(K) Plan | 19-cv-01792-LAK |
| 45 | Fulcrum Productions LLC Roth 401(K) Plan | 19-cv-01928-LAK |
| 46 | Ganesha Industries Pension Plan | 21-cv-05339-LAK |
| 47 | Green Scale Management LLC Roth 401(K) Plan | 19-cv-01926-LAK |
| 48 | Gyos 23 LLC Solo 401(K) Plan | 18-cv-10122-LAK |
| 49 | Hadron Industries LLC Roth 401(K) Plan | 19-cv-01868-LAK |
| 50 | Headsail Manufacturing LLC Roth 401(K) Plan | 18-cv-07824-LAK |
| 51 | JML Capital LLC 401(K) Plan | 18-cv-10092-LAK |
| 52 | JSH Farms LLC 401(K) Plan | 18-cv-09489-LAK |
| 53 | Kamco Investments, Inc. Pension Plan | 18-cv-09836-LAK |
| 54 | Kamco LP Profit Sharing Pension Plan | 18-cv-09837-LAK |
| 55 | Keystone Technologies LLC Roth 401(K) Plan | 19-cv-01929-LAK |
| 56 | KK Law Firm Retirement Plan Trust | 18-cv-10127-LAK |
| 57 | KRH Farms LLC 401(K) Plan | 18-cv-09491-LAK |
| 58 | Laegeler Asset Management Pension Plan | 19-cv-10713-LAK |
| 59 | Limelight Global Productions LLC Roth 401(K) Plan | 19-cv-01803-LAK |
| 60 | Linden Associates Defined Benefit Plan | 18-cv-09838-LAK |
| 61 | Lion Advisory Inc. Pension Plan | 19-cv-10713-LAK |
| 62 | Loggerhead Services LLC Roth 401(K) Plan | 19-cv-01806-LAK |
| 63 | Mazagran Pension Plan | 21-cv-05339-LAK |
| 64 | MGH Farms LLC 401(K) Plan | 18-cv-09439-LAK |
| 65 | Michelle Investments Pension Plan | 19-cv-01906-LAK |
| 66 | Mill River Capital Management Pension Plan | 19-cv-10713-LAK |
| 67 | Moira Associates LLC 401(K) Plan | 18-cv-09839-LAK |
| 68 | Monomer Industries LLC Roth 401(K) Plan | 19-cv-01801-LAK |
| 69 | Natoli Management Pension Plan | 18-cv-10093-LAK |
| 70 | Newsong Fellowship Church 401(K) Plan | 18-cv-10100-LAK |
| 71 | Next Level Pension Plan | 19-cv-10713-LAK |
| 72 | Nova Fonta Trading LLC 401(K) Plan | 18-cv-10094-LAK |
| 73 | NYCATX LLC Solo 401(K) Plan | 18-cv-04898-LAK |
| 74 | Omineca Pension Plan | 19-cv-01894-LAK |
| 75 | OneZeroFive LLC Solo 401(K) Plan | 18-cv-10080-LAK |
| 76 | PAB Facilities Global LLC Roth 401(K) Plan | 19-cv-01808-LAK |
| 77 | Pegasus Fox 23 LLC Solo 401(K) Plan | 18-cv-10126-LAK |
| 78 | Pinax Holdings LLC Roth 401(K) Plan | 19-cv-01810-LAK |
| 79 | Pleasant Lake Productions Pension Plan | 21-cv-05339-LAK |
| 80 | Plumrose Industries LLC Roth 401(K) Plan | 19-cv-01809-LAK |
| 81 | Rajan Investments Llc Pension Plan | 19-cv-10713-LAK |
| 82 | Raubritter LLC Pension Plan | 18-cv-04833-LAK |
| 83 | Remece Investments LLC Pension Plan | 19-cv-01911-LAK |
| 84 | Riverside Associates Defined Benefit Plan | 18-cv-09840-LAK |
| 85 | RJM Capital Pension Plan | 19-cv-01898-LAK |

| No. | Plan | SDNY Docket No. |
|-----|------|-----------------|
| 86 | Roadcraft Technologies LLC Roth 401(K) Plan | 19-cv-01812-LAK |
| 87 | Routt Capital Pension Plan | 19-cv-01896-LAK |
| 88 | Sander Gerber Pension Plan | 18-cv-04899-LAK |
| 89 | Sanford Villa Pension Plan | 18-cv-04767-LAK |
| 90 | Spirit On The Water Pension Plan | 19-cv-10713-LAK |
| 91 | SRH Farms LLC 401(K) Plan | 18-cv-09434-LAK |
| 92 | Starfish Capital Management LLC Roth 401(K) Plan | 19-cv-01871-LAK |
| 93 | Sterling Alpha LLC 401(K) Profit Sharing Plan | 18-cv-04894-LAK |
| 94 | Sternway Logistics LLC Roth 401(K) Plan | 19-cv-01813-LAK |
| 95 | Tarvos Pension Plan | 19-cv-01930-LAK |
| 96 | The 78 Yorktown Pension Plan | 18-cv-09565-LAK |
| 97 | The Aria Pension Plan | 18-cv-05147-LAK |
| 98 | The Aston Advisors LLC 401(K) Plan | 18-cv-04770-LAK |
| 99 | The Atlantic DHR 401(K) Plan | 18-cv-04430-LAK |
| 100 | The Balmoral Management LLC 401(K) Pension Plan | 18-cv-10067-LAK |
| 101 | The Beech Tree Partners 401(K) Plan | 18-cv-10069-LAK |
| 102 | The Belforte Pension Plan | 18-cv-05150-LAK |
| 103 | The Bella Consultants Pension Plan | 18-cv-10136-LAK |
| 104 | The Blackbird 401(K) Plan | 18-cv-10070-LAK |
| 105 | The Bradley London Pension Plan | 18-cv-04047-LAK |
| 106 | The Bravos Advisors 401(K) Plan | 18-cv-05151-LAK |
| 107 | The Busby Black 401(K) Plan | 18-cv-04522-LAK |
| 108 | The Cambridge Town Line Pension Plan | 18-cv-09570-LAK |
| 109 | The Canada Rock LLC 401(K) Plan | 18-cv-04531-LAK |
| 110 | The Cardinal Consulting Pension Plan | 18-cv-10028-LAK |
| 111 | The Chambers Property Management LLC 401(K) Plan | 18-cv-10071-LAK |
| 112 | The Costello Advisors Pension Plan | 18-cv-05158-LAK |
| 113 | The Crow Associates Pension Plan | 18-cv-10031-LAK |
| 114 | The Diamond Scott Capital Pension Plan | 18-cv-09587-LAK |
| 115 | The Dink 14 LLC 401(K) Plan | 18-cv-10091-LAK |
| 116 | The DMR Pension Plan | 18-cv-04049-LAK |
| 117 | The Dosmon BLY Pension Plan | 18-cv-05045-LAK |
| 118 | The Egret Associates LLC 401(K) Plan | 18-cv-10030-LAK |
| 119 | The Eskin Pension Plan | 18-cv-05164-LAK |
| 120 | The Everything Clean LLC 401(K) Plan | 18-cv-10063-LAK |
| 121 | The Fieldcrest Pension Plan | 18-cv-05180-LAK |
| 122 | The FWC Capital LLC Pension Plan | 18-cv-10098-LAK |
| 123 | The Goldstein Law Group PC 401(K) Profit Sharing Plan | 18-cv-05053-LAK |
| 124 | The Green Group Site Pension Plan | 18-cv-10134-LAK |
| 125 | The Hawk Group Pension Plan | 18-cv-10074-LAK |
| 126 | The Heron Advisors Pension Plan | 18-cv-10032-LAK |
| 127 | The Hibiscus Partners LLC 401(K) Plan | 18-cv-10076-LAK |

| No. | Plan | SDNY Docket No. |
|-----|------|-----------------|
| 128 | The Hoboken Advisors LLC 401(K) Plan | 18-cv-10035-LAK |
| 129 | The Hotel Fromance Pension Plan | 18-cv-09588-LAK |
| 130 | The Houston Rocco LLC 401(K) Plan | 18-cv-04050-LAK |
| 131 | The India Bombay LLC 401(K) Pension Plan | 18-cv-05057-LAK |
| 132 | The ISDB Pension Plan | 18-cv-04536-LAK |
| 133 | The Jayfran Blue Pension Plan | 18-cv-10036-LAK |
| 134 | The Joanne E. Bradley Solo 401(K) Plan | 18-cv-10124-LAK |
| 135 | The JT Health Consulting LLC 401(K) Plan | 18-cv-10039-LAK |
| 136 | The Jump Group LLC 401(K) Plan | 18-cv-10064-LAK |
| 137 | The KASV Group Pension Plan | 18-cv-05309-LAK |
| 138 | The Kodiak Capital Pension Plan | 18-cv-05185-LAK |
| 139 | The Krabi Holdings LLC 401(K) Plan | 18-cv-05307-LAK |
| 140 | The Kyber Pension Plan | 18-cv-05186-LAK |
| 141 | The Lakeview Advisors 401(K) Plan | 18-cv-10049-LAK |
| 142 | The LBR Capital Pension Plan | 18-cv-04052-LAK |
| 143 | The Lerici Capital Pension Plan | 18-cv-05188-LAK |
| 144 | The Ludlow Holdings 401(K) Plan | 18-cv-05189-LAK |
| 145 | The M2F Wellness LLC 401(K) Plan | 18-cv-04890-LAK |
| 146 | The Maple Advisors LLC 401(K) Plan | 18-cv-10077-LAK |
| 147 | The Monin Amper Pension Plan | 18-cv-04538-LAK |
| 148 | The Mountain Air LLC 401(K) Plan | 18-cv-09589-LAK |
| 149 | The MPQ Holdings LLC 401(K) Plan | 18-cv-04892-LAK |
| 150 | The Mueller Investments Pension Plan | 18-cv-10135-LAK |
| 151 | The NYC Stanismore Pension Plan | 18-cv-04541-LAK |
| 152 | The Oak Tree One 401(K) Plan | 18-cv-10123-LAK |
| 153 | The Oaks Group Pension Plan | 18-cv-10065-LAK |
| 154 | The Osprey Associates LLC 401(K) Plan | 18-cv-10060-LAK |
| 155 | The Patrick Partners Conglomerate Pension Plan | 18-cv-09668-LAK |
| 156 | The Petkov Management LLC 401(K) Plan | 18-cv-05300-LAK |
| 157 | The Petkov Partners Pension Plan | 18-cv-05299-LAK |
| 158 | The Proper Pacific LLC 401(K) Plan | 18-cv-04051-LAK |
| 159 | The Random Holdings 401(K) Plan | 18-cv-07829-LAK |
| 160 | The RDL Consulting Group LLC Pension Plan | 18-cv-10099-LAK |
| 161 | The Regoleth Pension Plan | 18-cv-05190-LAK |
| 162 | The Robin Daniel Pension Plan | 18-cv-10096-LAK |
| 163 | The Saba Capital LLC 401(K) Plan | 18-cv-05192-LAK |
| 164 | The Sandpiper Pension Plan | 18-cv-10061-LAK |
| 165 | The Sea Bright Advisors LLC 401(K) Plan | 18-cv-10082-LAK |
| 166 | The Sector 230 LLC 401(K) Plan | 18-cv-04771-LAK |
| 167 | The Shapiro Blue Management LLC 401(K) Plan | 18-cv-09666-LAK |
| 168 | The Sinclair Pension Plan | 18-cv-10133-LAK |
| 169 | The SKSL LLC Pension Plan | 18-cv-09590-LAK |

| No. | Plan | SDNY Docket No. |
|---|---|---|
| 170 | The Skybax LLC 401(K) Plan | 18-cv-10095-LAK |
| 171 | The Snow Hill Pension Plan | 18-cv-09650-LAK |
| 172 | The SPKK LLC 401(K) Plan | 18-cv-05308-LAK |
| 173 | The Stark Pension Plan | 18-cv-05194-LAK |
| 174 | The Stor Capital Consulting LLC 401(K) Plan | 18-cv-04434-LAK |
| 175 | The SVP 401(K) Plan | 18-cv-05305-LAK |
| 176 | The Tag Realty Advisors LLC 401(K) Plan | 18-cv-10083-LAK |
| 177 | The Texas Rocco LLC 401(K) Plan | 18-cv-04543-LAK |
| 178 | The Throckmorton Advisors 401(K) Plan | 18-cv-10086-LAK |
| 179 | The TKKJ LLC 401(K) Plan | 18-cv-04896-LAK |
| 180 | The Valerius LLC Solo 401(K) Plan | 18-cv-10129-LAK |
| 181 | The Wave Maven LLC 401(K) Plan | 18-cv-10066-LAK |
| 182 | The West River Pension Plan | 18-cv-05193-LAK |
| 183 | The Westport Advisors LLC 401(K) Plan | 18-cv-05183-LAK |
| 184 | The Westridge Ave LLC 401(K) Plan | 18-cv-09665-LAK |
| 185 | The Zen Training LLC 401(K) Plan | 18-cv-10062-LAK |
| 186 | Traden Investments Pension Plan | 19-cv-10713-LAK |
| 187 | Trailing Edge Productions LLC Roth 401(K) Plan | 19-cv-01815-LAK |
| 188 | Triton Farms LLC 401(K) Plan | 18-cv-09490-LAK |
| 189 | True Wind Investments LLC Roth 401(K) Plan | 19-cv-01818-LAK |
| 190 | Tumba Systems LLC Roth 401(K) Plan | 19-cv-01931-LAK |
| 191 | Vanderlee Technologies Pension Plan | 19-cv-01918-LAK |
| 192 | Voojo Productions LLC Roth 401(K) Plan | 19-cv-01873-LAK |
| 193 | Xiphias LLC Pension Plan | 19-cv-01924-LAK |

# APPENDIX B

**MARCIA S. WAGNER, ESQ.**

_____

## *PROFESSIONAL EXPERIENCE*

**The Wagner Law Group, A Professional Corporation, formerly known as**
**Marcia S. Wagner, Esq. & Associates, P.C.,** Managing Director, Specializing in ERISA/Employee Benefits Law (August 1996 – Present)

**K&L Gates,** formerly known as Warner & Stackpole, Partner, Specializing in ERISA/Employee Benefits Law; Head of ERISA/Employee Benefits Practice Group (July 1995 – August 1996)

**Powers & Hall,** Of Counsel, Specializing in ERISA/Employee Benefits Law; Head of ERISA/Employee Benefits Practice Group (July 1993 – July 1995)

**Choate, Hall & Stewart,** Associate, ERISA/Employee Benefits (January 1989 - June 1993)

**Bingham, Dana & Gould,** Associate, Corporate Taxation/ERISA/Employee Benefits (September 1987 - January 1989)

**Harvard Law School,** Teaching Assistant, Legal Writing Course (December 1986 - February 1987)

**Harvard College,** Economics Teaching Fellow (August 1985 - June 1986)

**Cornell University,** Teaching Assistant, Government Course (graduate level) (August 1983 - June 1984)

## *EDUCATION*

**Harvard Law School,** Juris Doctorate, 1987

Honors:          John M. Olin Law and Economics Research Fellowship, Who's Who Among American Law Students, Economics Teaching Fellowship at Harvard College

**Cornell University,** Bachelor of Arts, 1984

Courses:          Double major in Economics and Government
Honors:          Summa cum laude, dean's list every semester, distinction in all subjects, honor societies: Phi Beta Kappa, Phi Kappa Phi, Alpha Lambda Delta

**London School of Economics and Political Science,** General Course Degree, 1983

<u>Courses</u>:     Graduate level Economics
<u>Honors</u>:     Class One Distinction, top 5% of all foreign students

*PROFESSIONAL ACTIVITIES*

**Bar Admissions**     Massachusetts, November 1987
District of Columbia, December 1987

**Appointments
and Committee
Memberships**     IRS Advisory Committee on Tax Exempt and Government Entities (June 2007 – June 2010; 2010 Employee Benefits Subcommittee Chair) – Advice and consultation to the IRS on pension matters:

2010 – Analysis and Recommendations Regarding the IRS's Determination Letter Program

2009 – International Pension Issues in a Global Economy: A Survey and Assessment of IRS' Role in Breaking Down the Barriers

2008 – Improving the Employee Plans Compliance Resolution System: A Roadmap for Greater Compliance

Legg Mason Retirement Advisory Council (March 2010 -    )

Fellow, American College of Employee Benefits Counsel, September 2008

Harvard Law School, 10th, 15th, 20th, 25th and 30th Reunion Committee

Membership to the National Association of Professional Women (2007 -    )

Advisory Board on Compensation Planning for Tax Management, Inc. (1993 -    )

Advisory Council for Foundation for Fiduciary Studies, Joseph M. Katz School of Business, University of Pittsburgh (2004-    )

Advisory Board for Pension Assistance Project of Gerontology Institute of UMass Boston (1993 - 1997)

American Arbitration Association, Council of Arbitrators (Focus areas: ERISA/employee benefits law) (1993 - 1995)

Commonwealth Institute – Million Dollar Circle Member (2005 -    )

Editorial Advisory Committee for Profit Sharing/401(k) Council of America (2005 -    )

Editorial Board for Law Firm Partnership & Benefits Report (1999 -   )

Employee Benefits Committee, American Bar Association Tax Section (1990 -   )

ERISA/Employee Benefits Law Committee, Boston Bar Association (1990 -   )

Pension Liaison Committee, IRS Key District Office, Brooklyn, NY (1992 -   )

Tax Section Council, Massachusetts Bar Association (1992 -    )

**Books Published**

Mandated Benefits 2020 Compliance Guide – Co-authors Katherine A. Brustowicz, Dannae L. Delano, David G. Gabor, Barry L. Salkin, and Roberta Casper Watson, Wolters Kluwer, December 2019

Exploring Advice: What You Need to Know About Good Financial Advice, a Quality Financial Plan and the Role of a Fiduciary, Kevin Knull, CFP (Marcia S. Wagner, contributing author)

Quick Reference to HIPAA Compliance, Aspen Publishers, 2016-2017 edition

The Advisor's Guide to the DOL Fiduciary Rule - The National Underwriter Company, a division of ALM Media, LLC, 2016

Financial Aspects of Divorce in Massachusetts, MCLE New England, 2016

Quick Reference to HIPAA Compliance, Aspen Publishers, 2015-2016 edition

Quick Reference to HIPAA Compliance, Aspen Publishers, 2014-2015 edition

BNA Tax Management Portfolio: "EPCRS - Plan Correction and Disqualification", 2014

Advising Small Businesses: "Qualified Retirement Plans", West Services, Inc. 2007-2014 editions

BNA Tax Management Portfolio: "ERISA-Litigation, Procedure, Preemption and Other Title I Issues", 2013

Quick Reference to HIPAA Compliance, Aspen Publishers, 2013-2014 edition

Quick Reference to HIPAA Compliance, Aspen Publishers, 2012-2013 edition

Health Care Reform Tool Kit, editor, WorldatWork.org, 2012

The ERISA Fiduciary Compliance Guide, The National Underwriter Company, 2012

BNA Tax Management Portfolio: "ERISA-Litigation, Procedure, Preemption and Other Title I Issues", 2005 and 2012 editions

Quick Reference to HIPAA Compliance, Aspen Publishers, 2011-2012 edition

Quick Reference to HIPAA Compliance, Aspen Publishers, 2010-2011 edition

BNA Tax Management Portfolio: "EPCRS - Plan Correction and Disqualification", 2010

Quick Reference to HIPAA Compliance, Aspen Publishers, 2004-2010 editions

Bender's Federal Income Taxation of Retirement Plans, (Chapter 1: Introduction to Retirement Legislation and Guide to Application: From ERISA to Pension Protection Act) and (Chapter 11: Controlled Groups and Affiliated Service Groups) 2008 edition

BNA Tax Management Portfolio: "EPCRS – Plan Correction and Disqualification", 2004 and 2009 editions

BNA Tax Management Portfolio: "Plan Disqualification and ERISA Litigation" (1993); update 1999

Labor and Employment Law: Compliance and Litigation, Contributor for ERISA/employee benefits chapters, Clark, Boardman, Callaghan, 1997

**Courses Taught**   "Controlled Group, Affiliated Service Group, Leased Employee and Independent Contractor Issues," Continuing Professional Education for Internal Revenue Service Employee Plans Audit Agents, Northeast Division of Internal Revenue Service (2005)

"Federal Employment Rights," Guest Lecturer for ERISA Portion of Course, Massachusetts School of Law, Fall 2001

"Pension Law," Bentley College, fall 1999 and Fall 2000

**Commendation/ Honors**   Fellow, Litigation Counsel of America, The Trial Lawyer Honorary Society 2021

"2021 Best Lawyers "Women in Law" for Employee Benefits (ERISA) Law", Best Lawyers Business Edition, Spring 2021

New England's Top Rated Lawyers, The National Law Journal, July/August 2021

Top Women Attorneys in Massachusetts, <u>Boston Magazine</u>, April 2021

<u>American Lawyer & National Law Journal Magazines</u> 2021 Woman Leader in the Law

Best Lawyers in New England 2021

Top Attorneys in Massachusetts, <u>Boston Magazine</u>, 2020

Best Lawyers in America for Employee Benefits (ERISA) Law 1999-2022

Super Lawyers 2005-2021 (Massachusetts, New England)

Inducted by Massachusetts Lawyers Weekly in Top Women of Law Circle of Excellence 2019

Top 50:  Women Massachusetts Super Lawyers List:  2019, 2015, 2014, 2010, 2009, 2008, 2007, 2006

Top 100:  Massachusetts Super Lawyers List:  2008

Top 100:  New England Super Lawyers List:  2008

Top 50:  Women New England Super Lawyers List:  2019, 2009, 2008, 2007

Top Rated Lawyer by <u>New England's Legal Leaders Magazine,</u> 2013 – 2016

100 Most Influential People in The 401(k) Industry for 2015, 2014, 2013, 2012, 2011, 2010, 2009 <u>401(k) Wire</u> (Ms. Wagner is No. 15, 21, 21, 27, 40, 76, and 73, respectively)

Top Women of Law, <u>Massachusetts Lawyers Weekly,</u> 2011

"Top ERISA Attorney", <u>Fiduciary News</u>, June 2011

Top 25 attorneys in the inaugural issue of <u>Boston Business Journal's</u> Who's Who of Attorneys in New England, 2011

Commissioner's Award, IRS Tax Exempt & Government Entities Division, 2010

Boston's Best Lawyers, <u>The Boston Globe and Boston.com</u>, 2010

Top 50 Female Attorneys in Massachusetts and New England, <u>Law and Politics Magazine,</u> 2009 and 2010

Top 10 Corporate Lawyers, <u>Boston Women's Business Journal</u> and <u>The Boston Herald,</u> January 2009

Who's Who Among Executive and Professional Women – Honors Edition, Representing Boston, MA, <u>Biltmore Who's Who</u>, January 2007

International Biographical Centre Lifetime Achievement Award, International Biographical Centre, Cambridge, England January 2007

A Great Mind of the 21st Century:  ERISA/Employee Benefits, American Biographical Institute, October 2006

Best Lawyers:  Employee Benefits, <u>Corporate Counsel</u>, October 2006

Who's Who Among Executive and Professional Women – Honors Edition, Representing Boston, MA, <u>Empire Who's Who</u>, July 2005

Who's Who Among Executive and Professional Women – Honors Edition, <u>Manchester's Who's Who</u>, July 2005

AV Peer Review Rating, Very High to Preeminent Legal Ability and Integrity, LexisNexis Martindale-Hubbell, June 2005 – present

Delegate, Harvard Law School, 2003 – present

New England Employee Benefits Council Best Practices Award, 2002

Distinguished Author, presented by Bureau of National Affairs, Tax Management, Inc., 1994

Life Member of the National Registry of Who's Who, 1999

**Articles Published**

"Pooled Employer Plans", <u>401(k) Advisor</u>, October 2021

"IRS Updates Guidance Regarding Correction of Tax-Qualified Plan Errors Under the Employee Plans Compliance Resolution System (EPCRS)", <u>401(k) Advisor,</u> September 2021

"Pooled Employer Plans", <u>NSCP Currents</u>, August 2021

"Do You Have Questions About How to Comply with the New DOL Fiduciary 'Investment Advice' Prohibited Transaction Exemption?", (Part 2) <u>401(k) Advisor,</u> August 2021

"Do You Have Questions About How to Comply with the New DOL Fiduciary 'Investment Advice' Prohibited Transaction Exemption?", (Part 1) <u>401(k) Advisor,</u> July 2021

"Liability-Driven Investing and Other De-risking Strategies for Pension Plans", Co-author, Barry L. Salkin, <u>Lexis Practical Guidance,</u> June 2021

"Important Benefit Plan Provisions of the American Rescue Plan Act of 2021", <u>401(k) Advisor,</u> June 2021

"Liability-Driven Investing and Other De-risking Strategies for Pension Plans", Co-author, Barry L. Salkin, <u>Lexis Practical Guidance,</u> June 2021

"Does the Recently Amended Investment Duties Regulation Change How Fiduciaries Are Expected to Make Investment Decisions for Employee Benefit Plans?", <u>401(k) Advisor,</u> March/April 2021

"Disclosure to Welfare Plan Participants:  A Fiduciary Duty", <u>Tax Management Compensation Planning Journal</u>, March 5, 2021

"Withdrawals and Loans from Defined Contribution Retirement Plans", <u>rethinking65.com</u>, March 3, 2021

"IRS New Guidance on State Unclaimed Property Laws and IRS Helpful Reminders on Missing Participants", <u>401(k) Advisor</u>, February 2021

"PEPs Will be Up and Running by January 2021", <u>401(k) Advisor</u>, January 2021

"ERISA Fiduciary Responsibility and Economic Efficiency", <u>Bloomberg Tax Management Compensation Journal</u>, December 31, 2020

"IRS and PBGC Provide Guidance on CARES Act Relief for Funding of Single Employer Defined Benefit Plans", <u>401(k) Advisor</u>, November, 2020

"Proposed Changes to DOL Fiduciary Investment Regulation:  What You Should Know and How The Wagner Law Group Responded", <u>401(k) Advisor</u>, October, 2020

"The DOL's Final Regulations on E-Disclosure of Retirement Plan Documents Become Effective Soon – Are You Ready?", <u>401(k) Advisor</u>, September, 2020

"DOL Offers Guidance to Fiduciaries Considering Private Equity Investments in Defined Contribution Plans", <u>401(k) Advisor</u>, August, 2020

"Cybersecurity and Retirement Plans: What Plan Sponsors Should Do", <u>401(k) Advisor</u>, July, 2020

"Withdrawals and Loans from Defined Contribution Retirement Plans", <u>401(k) Advisor</u>, June, 2020

"Let's Finish What We Started… ERISA and Fiduciary Process Have Evolved…Have You?", <u>401(k) Advisor</u>, May, 2020

"Application of Dudenhoeffer in Private Company Setting", 401(k) Advisor, April, 2020

"A Brave New Fiduciary World", planadviser.com, April 7, 2020

"ERISA's Fiduciary Standard for Investment Portfolios", Plan Consultant magazine, (an official publication of ASPPA), Spring 2020

"Massachusetts Advances Regulations Imposing Fiduciary Duty on Broker-Dealers", 401(k) Advisor, February, 2020

"Investment Manager Obligations", 401(k) Advisor, January, 2020

"Duty to Monitor", 401(k) Advisor, December, 2019

"The Extent of Obligation", Planadviser, November-December, 2019

"Fiduciary Obligations of a New Committee Member", 401(k) Advisor, November, 2019

"A Standing Issue in Class Action Lawsuits", 401(k) Advisor, October, 2019

"Class Certification Lite", 401(k) Advisor, September, 2019

"ERISA Bonds", 401(k) Advisor, August, 2019

"Major Ruling in 'Plan Sponsor as Fiduciary' Lawsuit", 401kspecialistmag.com, August 8, 2019

"Forum Selection Clauses", 401(k) Advisor, July, 2019

"Substantial Compliance", 401(k) Advisor, June, 2019

"Concerned About Reg BI? Here's Marcia Wagner's Breakdown for Broker-Dealers", 401kspecialistmag.com, June 7, 2019

"Denial of Benefits – How the DOL Views Disability Claims", Planadviser, May-June, 2019

"Importance of Process", 401(k) Advisor, May, 2019

"Investment Policy Statement", 401(k) Advisor, April, 2019

"An IPS Is Not Required – But There's No Good Reason For A Plan Not to Have One", Planadviser, March-April, 2019

"Respondeat Superior in ERISA Context", 401(k) Advisor, March, 2019

"The Need to Investigate Collective Trusts", <u>401(k) Advisor</u>, February, 2019

"7 Situations When HSA Contributions Can Be Returned: IRS", <u>401kspecialistmag.com</u>, February 13, 2019

"How the Government Shutdown is Affecting Retirement and Benefit Plans", <u>401(k)specialistmag.com</u>, January 24, 2019

"Open Question Regarding "Eye Single" Duty of Loyalty, <u>401(k) Advisor</u>, January, 2019

"ERISA Section 409(b)", <u>401(k) Advisor</u>, December, 2018

"ERISA Section 409(b)", <u>Planadviser</u>, November-December, 2018

"Everything to Know About Retirement Plan Provisions in Latest Tax Bill", <u>401(k)specialistmag.com</u>, November 29, 2018

"Actual Knowledge Requirement", <u>401(k) Advisor</u>, November, 2018

"Aggressive Enforcement of Five-Factor Test", <u>401(k) Advisor</u>, October, 2018

"Appropriate Benchmarking", <u>PlanAdviser</u>, September-October, 2018

"Duty of Loyalty", <u>401(k) Advisor</u>, September, 2018

"Alternative Ways of Becoming a Fiduciary" , <u>401(k) Advisor</u>, August, 2018

"Statute of Limitations", <u>Planadviser</u>, July-August, 2018

"Nexus Requirement for Fiduciary Breach", <u>401(k) Advisor</u>, July, 2018

"Robo-Advisors", <u>401(k) Advisor</u>, June, 2018

"Limited Liability of a Trustee", <u>Planadviser</u>, May-June, 2018

"IRAs and Prohibited Transactions", <u>401(k) Advisor</u>, May, 2018

"Share Class Selection Disclosure Initiative", <u>401(k) Advisor</u>, April, 2018

"Views SEC Proposes 'Best Interest' Guidance Under Dodd-Frank", <u>employeebenefitadviser.com</u>, April 26, 2018

"What a Court Decision Teaches 401(k) Advisers About Choosing Stable-Value Funds", <u>investmentnews.com</u>, April 19, 2018

"Duty to Investigate", <u>401(k) Advisor</u>, March 2018

"Tax Reform Will Have Limited Effect on 401(k) Plans", <u>401(k) Advisor</u>, February 2018

"The Duty to Monitor", <u>401(k) Advisor</u>, January, 2018

"Modern Portfolio Theory and Efficient Markets", <u>401(k) Advisor</u>, December, 2017

"Recent Cases and IRS Guidance with Respect to Loan Administration Under 401(k) Plans", <u>401(k) Advisor</u>, November, 2017

"Excessive-Fee Litigation in Retirement Plan Market Moving Downstream", <u>investmentnews.com</u>, November 22, 2017

"BICE and Related Exemptions: Limiting Liability Before Implementation", <u>Pension Plan Fix It Handbook Volume 25, No. 4</u>, November 2017

"The Courts Differ on Vicarious Liability", <u>planadviser.com</u>, September/October 2017

"Fiduciary Liability Defenses under ERISA", <u>401(k) Advisor</u>, October, 2017

"Burden of Proof in A Fiduciary Breach Claim", <u>401(k) Advisor</u>, September, 2017

"Back to Basics: Who is A Fiduciary under ERISA?", <u>401(k) Advisor</u>, August, 2017

"Proprietary Funds", <u>planadviser.com</u>, July/August 2017

"Appointing and Monitoring a 401(k) Investment Manager Under ERISA", <u>investmentnews.com</u>, July 13, 2017

"Plan Assets and Prohibited Transactions; Determining What are Plan Assets is Not as Easy as it Seems", <u>planadviser.com</u>, May/June 2017

"Trump Order and Employee Benefits", <u>planadviser.com</u>, March/April 2017

"Advisers Should Heed Fiduciary Principles in Ongoing Tibble 401(k) Suit", <u>investmentnews.com</u>, April 11, 2017

"Constitutional Standing; A Plaintiff Must Establish a Traceable Injury in Order to Bring Legal Action", <u>PlanSponsor</u>, March 2017

"Don't Get Burned:  Marcia Wagner's Top 401k Regulatory Risks", <u>401kspecialistmag.com</u>, February 26, 2017

"DOL Issues Final Regulations Regarding Claims Procedures for Disability Benefits", 401(k) Advisor, February, 2017

"DOL's Final Rule on Disability Benefits", PlanAdviser, January/February 2017

"Trump Executive Order May Prevent Guidance on Employee Benefits Issues", investmentnews.com, February 7, 2017

"2017 Plan Litigation", 401(k) Advisor, January 2017

"Process Remains Critical Factor in ERISA 401(k) Plan Litigation" 401(k) Advisor, December 2016

"Burden of Proof", PlanAdviser, November/December 2016

"Why it Would be a Mistake For Advisers to Stop Implementing the DOL Fiduciary Rule", investmentnews.com, December 1, 2016

"Plan Reflection: Satisfying Nondiscrimination Testing at Closed DC Plans", PlanSponsor, November, 2016

"Managed Accounts and the Conflicts of Interest Rule", 401(k) Advisor, November, 2016

"What The DOL's Final Fiduciary Rule Means for Plan Committees", 401(k) Advisor, October, 2016

"IRS Restricts Salary Deferrals for NQDC Plans", PlanAdviser, September-October, 2016

"IRS Proposal to Modify Rules for Deferred Compensation Plans of Governmental and Tax-Exempt Plans", 401(k) Advisor, September, 2016

"Governmental Plans Will Receive Face-Lift", PlanSponsor, July-August, 2016

"Level Fee Fiduciaries and the BICE", 401(k) Advisor, August, 2016

"Impact of New Fiduciary Rules on an Excess Fee Lawsuit", 401(k) Advisor July, 2016

"What the DOL's Final Fiduciary Rule Means for 401(k) Plans", 401(k) Advisor June, 2016

"The Fiduciary Status of Investment Platform Providers", 401(k) Advisor, May 2016

"Ethical Considerations - Understanding The Limitations With Which Advisers Operate", <u>PlanSponsor</u>, May 2016

"Mid-Year Amendments to Safe Harbor 401(k) Plans Made Easier", <u>401(k) Advisor</u>, April 2016

"Fiduciary Fitness:  Expanding Coverage", <u>PlanAdviser,</u> March-April 2016

"The Evolution of ERISA Fiduciary Best Practices", <u>IMCA Investments & Wealth Monitor</u>, March/April 2016

"Supreme Court's <u>Amgen</u> Decision Clarifies Treatment of Inside Information in Stock Drop Cases", <u>401(k) Advisor</u>, March 2016

"They Are Back:  New Theories from the Plaintiffs' Bar in 401(k) Litigation", <u>401(k) Advisor</u>, February 2016

"De-Risking Strategies", <u>PlanSponsor</u>, February 2016

"Raising the Plaintiffs' Bar", <u>PlanAdviser</u>, January-February 2016

"Intel Class Action Opens New Frontier in 401(k) Litigation", <u>401(k) Advisor</u>, January 2016

"Politics and Economically Targeted Investments", <u>401(k) Advisor,</u> December 2015

"Fiduciary Standards for ESG Funds", <u>PlanAdviser</u>, November/December 2015

"DOL Amicus Brief Preserves Sinking Float Guidance", <u>401(k) Advisor</u>, November 2015

"The New Fiduciary Rule and Annuities", <u>PlanAdviser</u>, September-October 2015

"New Fiduciary Rule Affects IRA Rollovers", <u>401(k) Advisor</u>, October 2015

"Impact of Platform Provider Carve-Out on 401(k) Plans Remains Unclear", <u>401(k) Advisor</u>, September 2015

"The Great Divide:  The Different Effect of the DOL's Fiduciary Proposal on Large and Small Plans", <u>401(k) Advisor</u>, August 2015

"Same-Sex Marriage Ruling", <u>PlanAdviser</u>, July/August 2015

"Supreme Court Issues <u>Tibble</u> Decision, but the Case Drags On", <u>401(k) Advisor</u>, July 2015

"Proposed New Fiduciary Rule for 401(k) Advisers", <u>401(k) Advisor</u>, June 2015

"EPCRS's Makeover", <u>PlanAdviser</u>, May/June 2015

"Whither Float?", <u>401(k) Advisor</u>, May 2015

"ERISA Reins in PBGC", <u>PlanAdviser</u>, March-April, 2015

"Promoting Lifetime Plan Participation", <u>401(k) Advisor</u>, March 2015

"DOL Issues New Guidance on Locating Missing Participants", <u>Confero</u> (quarterly publication of Westminster Consulting), Winter Issue 2015

"Continuing Violation", <u>PlanAdviser</u>, January-February 2015

"Nationwide Settlement: One for the Books?", <u>401(k) Advisor</u>, February 2015

"Mortality Table Updates", <u>PlanSponsor</u>, January 2015

"Tussey v. ABB, Inc.: What's Next?", <u>401(k) Advisor</u>, January 2015

"Clouds on the Horizon as ERISA Turns 40", <u>Tax Management Compensation Planning Journal</u>, January 2015

"Using Target Date Funds to Provide Lifetime Income", <u>401(k) Advisor</u>, December 2014

"When ERISA Applies to HSAs", <u>PlanAdviser</u>, November-December, 2014

"Impending Changes to Private Retirement Plans", <u>The Politics of Retirement</u>, November/December 2014

"A Road Less Travelled: Including Alternative Investments in a 401(k) Plan", <u>401(k) Advisor</u>, November 2014

"Offering Longevity Annuities in 401(k) Plans", <u>401(k) Advisor</u>, October 2014

"Fiduciary Considerations – The Post-Dudenhoeffer Era", <u>PlanAdviser</u>, September/October 2014

"Will ERISA Be Balkanized?", <u>401(k) Advisor</u>, September 2014

"Fund Revenue Equalization", <u>PlanAdviser</u>, July-August 2014

"ERISA Accounts and Fiduciary Duties", <u>401(k) Advisor</u>, August 2014

"Fiduciary Status for Service Providers", <u>401(k) Advisor</u>, July 2014

"Please Respond to This RFP", <u>PlanAdviser</u>, May-June 2014

"Expert Q&A on the Effects of Health Care Reform on Retirement Plans", <u>Practical Law The Journal</u>, June 2014

"How Tax for Retirement Plans Can Affect Risk and Compliance", <u>Practical Compliance & Risk Management for the Securities Industry</u>, May-June 2014

"ABB: Affirmed, Reversed, and Vacated", <u>401(k) Advisor</u>, June 2014

"Compliance Refresher:  Fee Disclosures and Comparative Charts", <u>401(k) Advisor</u>, May 2014

"How Tax Reform for Retirement Plans Can Affect Risk and Compliance", <u>Practical Compliance & Risk Management for the Securities Industry</u>, May-June 2014

"Supreme Court to Hear Stock-Drop Case", <u>401(k) Advisor</u>, April 2014

"The Tax Reform Act of 2014", <u>PlanAdviser</u>, March-April 2014

"Expert Q&A on the Effects of Health Care Reform on Retirement Plans", <u>uspracticallaw.com</u>, April 2014

"ERISA Fee Disclosures:  Best Practices for Fiduciaries", <u>Journal of Pension Benefits</u>, April 2014

"Another Regulator Heard from on Capturing Rollovers", <u>401(k) Advisor</u>, March 2014

"Regulation of CIFs - The Advantages of Collective Investment Funds", <u>PlanAdvisor</u>, January-February 2014

"Another Regulator Heard from on Capturing Rollovers", <u>401(k) Advisor</u>, February 2014

"IRS Creates Level Playing Field for Suspensions of 401(k) Safe Harbor Contributions", <u>401(k) Advisor</u>, January 2014

"Back to a Classic - Revisiting Collective Investment Funds", <u>PlanAdviser</u>, November-December 2013

"ERISA Compliance Policies and Procedures:  Where Are Yours?", <u>401(k) Advisor</u>, December 2013

"Administrators Come In Many Flavors", <u>401(k) Advisor</u>, November 2013

"IRS Comes Out with Same-Sex Guidance", <u>401(k) Advisor</u>, October 2013

"Revenue-Sharing Tasks – Meeting DOL Fiduciary Requirements", <u>PlanAdvisor</u>, September-October, 2013

"ERISA Accounts Meet Plan Asset Rules in New DOL Guidance", <u>401(k) Advisor,</u> September 2013

"DOL Offers Tips on TDFs", <u>PlanAdviser</u>, July-August 2013

"Lifetime Income Illustrations Come of Age", <u>401(k) Advisor</u>, July 2013

"Buyer Beware:  Choosing A 3(16) Fiduciary", <u>Plan Consultant</u> magazine, Summer 2013

"How to Be a Functional Fiduciary without Doing Anything – The Seventh Circuit Rejects DOL Theory", <u>401(k) Advisor</u>, June 2013

"Tibble v. Edison Affirmed, But Plaintiffs May Not Be Celebrating", <u>401(k) Advisor</u>, May 2013

"DOL Offers Tips on TDFs", <u>401(k) Advisor</u>, April 2013

"In-Roth Conversions Expanded Under Fiscal Cliff Tax Law", <u>401(k) Advisor</u>, March 2013

"Fixing 403(b) Plans", <u>PlanAdviser</u>, March-April 2013

"More on Moench", <u>401(k) Advisor</u>, February 2013

"Class Action Litigation Settlements and ERISA:  What Does PTE 2003-39 Really Require?", <u>Tax Management Compensation Planning Journal,</u> February 1, 2013

"Fee Information Has Been Delivered – Now What", <u>PlanAdviser</u>, January-February 2013

"Standing and Statute of Limitations Issues in New Proprietary Funds Case", <u>401(k) Advisor</u>, January 2013

"Giveth and Taketh", <u>PlanAdviser</u>, November-December 2012

"Implications of 408(b)(2) Regulations for Plan Sponsors", <u>401(k) Advisor</u>, December 2012

"The Fiduciary Duty to Recover Securities Class Action Settlement Awards Under ERISA", Tax Management Compensation Planning Journal, December 7, 2012

"Explaining the USI Settlement", 401(k) Advisor, November 2012

"Bidwell Confirms That QDIA Safe Harbor Applies to Re-Enrollments", 401(k) Advisor, October 2012

"Disclosure Obligations Could Be Broader Than DOL Regulations", Plan Consultant Magazine, (an official publication of ASPPA), Fall 2012

"My Experience Starting a Business in the Retirement Plan Industry", Women In Pension Network the WiPN Newsletter/Fall 2012

"Giveth and Taketh", PlanAdviser, September-October 2012

"DOL Shifts Stance on Brokerage Windows but Questions Remain", 401(k) Advisor, September 2012

"Update on DOL Guidance Regarding Disclosure Rules", 401(k) Advisor, August 2012

"DOL Advisory Opinions Only A Speed Bump for Open MEPs?", 401(k) Advisor, July 2012

"ABB Blockbuster", 401(k) Advisor, June 2012

"Attention to Details Government Debuts Lifetime Income Initiatives", PlanAdviser, May-June 2012

"Encouraging Annuitization", PlanAdviser, March-April 2012

"Tax Guidance on Lifetime Income Options", 401(k) Advisor, March 2012

"Understanding the Rules for Electronic Disclosure of Fee Information", PlanAdviser, January-February 2012

"The Fiduciary Duty to Investigate Plan Investments", 401(k) Advisor, February 2012

"Capitalizing on Fee Disclosure Rules", DC Edge Magazine, Quarter 1, 2012

"DOL Issues Final Regulations on ERISA 408(b)(2)", Market Watch, February 6, 2012

"SEC Gives Participant-Level Disclosure a Pass", <u>401(k) Advisor</u>, January 2012

"The Savings Crisis of Working Americans:  The Retirement Industry Call to Action", <u>Legg Mason Retirement Advisory Council</u>, January 3, 2012

"Class Certification Requirements in 401(k) Fee Litigation", <u>401(k) Advisor</u>, December 2011

"Consequences of Tax Reform Proposals Relating to 401(k) Plan Contributions", <u>PlanAdviser</u>, November-December 2011

"Future Investment Advice Regulation", <u>401(k) Advisor</u>, November 2011

"Asserting the Attorney-Client Privilege in ERISA Cases", <u>Law Firm Partnership & Benefits Report</u>, October 2011

"Pyrrhic Victory for Plaintiffs in Tibble v. Edison", <u>401(k) Advisor</u>, September 2011

"Investing with Confidence", <u>PlanAdviser</u>, September-October 2011

"Review of DOL Amicus Filings", <u>401(k) Advisor</u>, August 2011

"Cause and Effect the Influence of 401(k) Fee Litigation", <u>PlanAdviser</u>, July-August 2011

"Case Suggests that RFPs May be Necessary to Fulfill Fiduciary Duties", <u>401(k) Advisor</u>, July 2011

"New Puerto Rico Tax Code Requires Big Changes to Retirement Plans for Puerto Rico Employees", <u>401(k) Advisor</u>, June 2011

"Public Pension Plans and the Retirement Gap:  Understanding the Crisis and Possible Solutions", <u>Pension & Benefits Daily</u>, June 7, 2011

" 'In Plan' Roth Conversions and New Electronic Deposit Rules for Payment of Retirement Plan Withholding Taxes", <u>401(k) Advisor</u>, May 2011

"Education Nation", <u>PlanAdviser</u>, March-April 2011

"Tools Help Fiduciaries Evaluate Plan Fees", <u>401(k) Advisor</u>, February 2011

"DOL Issues Final Regulations on Mandatory Fee Disclosures", <u>Law Firm Partnership & Benefits Report</u>, February 2011

"Brace for Impact", <u>PlanAdviser</u>, January-February 2011

"Partial Plan Terminations of Qualified Plans", <u>The ASPPA Journal</u>, Winter 2011

"Constitutional Challenges to the Patient Protection and Affordable Care Act", <u>New York University Review of Employee Benefits and Executive Compensation</u>, 2010

"Re-Defining Moment DOL Proposes Broadening the Definition of Fiduciary", <u>Planadviser</u>, December 2010

"Voluntary Correction Program for Nonqualified Deferred Compensation Document Failures", <u>401(k) Advisor</u>, December 2010

"Health Care Reform Overview" <u>healthcarereformmagazine.com</u>, December 6, 2010

"Court Ruling on Mutual Fund Fees to 401(k) Plans", <u>401(k) Advisor</u>, November 2010

"Exercising Fiduciary Authority and Control Over the Investment Menu in §403(b) Plans Subject to ERISA", <u>Tax Management Compensation Planning Journal</u>, November 5, 2010

"FBAR Rules for Employee Benefit Plans", <u>Law Firm Partnership & Benefits Report</u>, October 2010

"Selecting Benchmarking Services to Help Meet Fiduciary Requirements", <u>Compensation & Benefits Review</u>, October 2010

"IRS Determination Letter Program for Tax-Qualified Retirement Plans", <u>401(k) Advisor</u>, October 2010

"Conflict of Interest", <u>Planadviser.com</u>, October 2010

"Plan Sponsor's Duty to Avoid Conflicts of Interest", <u>Journal of Pension Benefits</u>, October 2010

"Partial Plan Liability", <u>401(k) Advisor</u>, September 2010

"Lifetime Income Options", <u>401(k) Advisor</u>, August 2010

"Exercising Fiduciary Authority and Control over the Investment Menu in ERISA 403(b) Plans", <u>PlanSponsor.com</u>, August 3, 2010

"Benchmarking Services: A Potential Solution to Every 401(k) Plan Fiduciary's Problem", BNA <u>Tax Management Memorandum</u>, Vol. 51, No. 16, August 2, 2010

"How to Deal With the DOL's Campaign Against Cross-Selling", Plan adviser.com, August 2010

"Best Practices Evolving from 401(k) Fee Litigation", Planadviser.com, August 2010

"Taxation of Deferred Compensation: Overview of 409A and 457", Compensation and Benefits Review, July/August 2010

"Avoiding Conflicts of Interest as Your Business Grows", 401(k) Advisor, July 2010

"Health Care Reform: An Overview of Health Care Reform with Recommended Action Steps to Take", BNA Insights, July 29, 2010

"Tactical Asset Allocation Under ERISA," 401(k) Advisor, June 28, 2010

"Investment Advice Regulations Update," 401(k) Advisor, May 2010

"DOL Proposes New Regulations for Investment Advice," 401(k) Advisor, April 2010

"A Plan Sponsor's Fiduciary Duties Under ERISA: With Great Responsibility Comes Great Potential Liability," 401(k) Advisor, March 2010

"Best Practices Evolving From 401(k) Fee Litigation," 401(k) Advisor, February 2010

"Is It Now Time for Managed Accounts?" New York University Review of Employee Benefits and Executive Compensation, 2009

"Partial Plan Terminations," Law Firm Partnership & Benefits Report, Vol. 15, No. 5, July 2009

"A Meditation on the Definition of Plan Assets," The ASPPA Journal, Vol. 39, No. 1, Winter 2009

"Proposed DOL Rules On 401(k) Fee Disclosures," Law Firm Partnership & Benefits Report, June, 2008

"Criminal Issues Regarding Title I Investment Breaches," Tax Management Compensation Planning Journal, March, 2008

"The Senate Tax Patent Bill, Even Worse that the House Provision," Tax Management Compensation Planning Journal, February, 2008

"Where Fiduciary & Preemption Issues are Headed in 2008," ERISA Litigation Update for CFDD, February 21, 2008

"Commentary on the Patent Reform Act of 2007 Issued Patents and Patent Applications," Tax Management Compensation Planning Journal, November, 2007

"Fiduciary Issues Associated with Default Investment Alternatives Under Participant Directed Individual Account Plans," NYU Employee Benefits and Executive Compensation Review, August 2007

"Will ERISA Preemption Derail Massachusetts Health Care Reform?" NYU Employee Benefits and Executive Compensation Review, August 2007

"MA Health Care Reform Law," Law Firm Partnership & Benefits Report, July 2007

"Will ERISA Preemption Derail Massachusetts Health Care Reform?" Compensation Planning Journal, June 2007

"Preserve ERISA Plans with Proactive, Voluntary Changes," Business Insurance, February 2007

"Learn to Uncover Hidden 401(k) Fees," Boston Women's Business Journal, February 2007

"Fiduciary Issues Associated with Default Investment Alternatives Under Participant-Directed Individual Account Plans," Compensation Planning Journal, January 2007

"Is Medical Tourism the Right Option?" Boston Women's Business Journal, November 2006

"ERISA Plan Corrections:  An Attractive Alternative to Hefty Penalties," New England In-House, October 2006

"Medical Tourism:  What are Your Options?" Employee Benefits News, October 2006

"Medical Tourism and Group Health Plans," Journal of Compensation and Benefits, September/October 2006

"Employee Benefits Bankruptcy Issues That Law Firms Need to Know," Law Firm Partnership & Benefits Report, May 2006

"What Is the Uniformed Services Employment and Reemployment Rights Act of 1994?" Law Firm Partnership & Benefits Report, July 2005

"Fiduciary Issues Associated with Life Cycle Funds in Individual Account Plans," Tax Management Compensation Planning Journal, May 2005

"An Update on USERRA as it Affects Plans," 401(k) Advisor, March 2005

"The Mutual Fund Scandals:  What's A Plan Sponsor To Do?" Law Firm Partnership and Benefits Report, October 2004

"Same Sex Spouses in Massachusetts: The Affect on Employee Benefits," Law Firm Partnership and Benefits Report, February 2004

"Managed Accounts:  Still the Best, Least Risky Solution Yet Developed," Tax Management Compensation Planning Journal, November 2003

"Paying Expenses from Plan Assets," 401(k) Advisor, October 2003

"Managed Accounts:  Are They the Answer?," Tax Management Compensation Planning Journal, August 2003

"HIPAA Health Data Privacy Rules:  Final Regs. Issued," Law Firm Partnership & Benefits Report, February 2003

"Understanding Split-Dollar Arrangement Rules," Law Firm Partnership & Benefits Report, May 2002

"Qualified State Tuition Programs: Differentiating Among the Two Types," Law Firm Partnership & Benefits Report, August 2001

"Department of Labor Establishes New Fiduciary Self-Correction Program," Law Firm Partnership & Benefits Report, January 2001

"Friend or Foe?  The Pros and Cons of the New Department of Labor Voluntary Fiduciary Correction Program," University of Denver College of Law, Preventive Law Reporter, Summer 2000

"Friend or Foe? The Pros and Cons of the New Department of Labor Voluntary Fiduciary Correction Program," BNA Tax Management Memorandum, June 2000

"Participant Self Direction of Account Balances:  Investment Advice or Investment Education", Villanova Journal of Law and Investment Management, Vol. 1, Issue 1, Winter 1999

"Correcting Plan Defects," Massachusetts Bar Association Taxation Section Newsletter, October 1999

"IRS Consolidates Employer Options for Correcting Pension Plan Defects," Law Firm Partnership and Benefits Report, June 1999

"ERISA, Employee Benefits and Employment Update", <u>Massachusetts Society of Certified Public Accountants On-Line</u>, March 1999

"Changes to IRS Correction Programs", <u>Massachusetts Bar Association Section Review</u>, December 1998

"Law Firm Tax-Qualified Pension Plans: A Case Study," <u>Law Firm Partnership and Benefits Report</u>, December 1998

"Eliminating Preretirement Distributions to Employees", <u>Massachusetts Bar Association Section Review</u>, December 1998

"The Provision of Investment Advice Under PTE 97-60", <u>Trust & Investments</u>, September/October 1998

"The Provision of Investment Advice Under Prohibited Transaction Exemption 97-60," <u>American Bankers Association</u>, September 1998

"The Provision of Investment Advice Under Prohibited Transaction Exemption 97-60," <u>American Bar Association</u>, Taxation Section Employee Benefits Committee meeting materials, January 1998

"The Provision of Investment Advice Under Prohibited Transaction Exemption 97-60," <u>Tax Management Compensation Planning Journal</u>, January 1998

"Tax-Qualified Retirement and Annuity Plans May Self-Correct Operational Violations," <u>MBA Section of Taxation Newsletter</u>, February 1997

"Pension Simplification Highlights," <u>MBA Section of Taxation Newsletter</u>, November 1996

"Alternatives to Plan Disqualification, Including Discussion of 403(b) Plans," <u>New York University Fifty-Third Institute on Federal Taxation (Matthew Bender)</u>, October 1995

"The Department of Labor Delinquent Filer Voluntary Compliance Program," <u>MBA Section of Taxation Newsletter</u>, October 1995

"Crime and Punishment - The Theory, Evolution and Future of Alternatives to Plan Disqualification," <u>Tax Management Compensation Planning Journal</u> (Special ERISA 20th Anniversary Issue), December 1994

"A General Introduction to Employee Benefit Plans," <u>The Best of MCLE Journal</u>, February 1994

"Qualified Plans With Disqualifying Defects:  The Changing Face of Enforcement," <u>MBA Section of Taxation Newsletter</u>, September 1993; reprinted in Massachusetts Bar Association's <u>Best of the Sections 1993-1994</u>

"New Direct Transfer and Tax Withholding Rules for Benefit Plan Distributions," <u>MBA Section of Taxation Newsletter</u>, October 1992; reprinted in Massachusetts Bar Association's <u>Best of the Sections 1992-1993</u>

**Television Appearances**

"How COVID-19 is Affecting Pensions and Benefits Plans", Marcia Wagner interviewed on <u>Radio Entrepreneurs</u>, April 2020

Marcia Wagner interviewed on <u>Radio Entrepreneurs</u>, April 2018

"How the Fiduciary Rule Could Change Your Relationship With Your Adviser", <u>MarketWatch</u>, December 10, 2016

"A Conversation with Marcia Wagner at IMCA 2014", <u>WealthManagement.com</u>, May 6, 2014

"Changes May be on the Horizon for 401(k) Plan Advisors - What You Need to Know", <u>IMCA.org</u>, May 5, 2014

Al Jazeera TV, <u>401(k) Plan Fees,</u> September 1, 2013

Fox Business News, <u>Pension Problems</u>, May 17, 2011

News Room, CNN <u>Last-Minute Tax Tips</u>, April 9, 2011

Squawk on the Street, CNBC, <u>Managing Problems With Your 401(k)</u>, March 17, 2011

9News.com, NBC News, <u>Flexible Spending Account: Use it or Lose it</u>, December 28, 2010

The Strategy Room with Tracy Byrnes, Fox News, <u>New 401(k) Rules: What You Need to Know</u>, November 19, 2010

The Strategy Room with Tracy Byrnes, Fox News, State Pensions, October 22, 2010

The Strategy Room with Tracy Byrnes, Fox News, Pension Plan Liabilities to PBGC, October 11, 2010

KRON 4 - San Francisco, Auto IRA Act and How this Affects Retirement Plans, October 9, 2010

The Willis Report, Fox Business Network, <u>U.S. Wants to Help You Save For Retirement</u>, September 13, 2010

NECN, <u>Poor Man's Pension</u>, August 4, 2010

The Street, <u>Pension Plans: Not Dead Yet?</u>, June 30, 2010

Washington Journal, C-SPAN, <u>Economy and Retirement Security</u>, June 5, 2010

Bloomberg Today with Kathleen Hays, Bloomberg Television, State Street Subprime Damages May Reach 12 Times Reserve Amount, May 2008

Nite Beat with Barry Nolan, CN8, Pension Legislative Proposals, October 2004

Nite Beat with Barry Nolan, CN8, The Crisis with Pension Plans, September 2004

**Governmental Testimony**

"Analysis and Recommendations Regarding the IRS's Determination Letter Program", Internal Revenue Service, June 5, 2010

"Proposed Investment Advice Exemption", Department of Labor, October 21, 2008

"Proposed Regulations on Tax Treatment of Payments for Medical or Accidental Insurance", Internal Revenue Service, December 4, 2007

**Journals and Periodicals Quoting Ms. Wagner**

"EBSA will Continue to Prioritize Finding Missing Participants", <u>Pensions & Investments</u>, December 13, 2021

"Opinion: Hoping to Use Your IRA to Start Your Own Business? Think Again, Says New Bill", <u>marketwatch.com</u>, September 23, 2021

"Small Companies' Options for Offering a Retirement Plan Are Growing", <u>plansponsor.com</u>, August 24, 2021

"Target Date Funds: A 'Time Bomb' in a Retirement Tool for the Masses?", <u>thinkadvisor.com</u>, June 8, 2021

"The CAA: A Fiduciary Guiding Light for 401k and Benefits Advisors", <u>401kspecialistmag.com</u>, May 28, 2021

"MetLife Says Labor Department is Overstepping Authority in Probe", <u>lifeannuityspecialist.com</u>, May 10, 2021

"The Rules for Flexible Spending Accounts are More Generous (for now). Here's What to Know", <u>cnbc.com</u>, March 12, 2021

"The IRS Is Coming for Federal Tax on DFS Entries, Just Like Sports Betting", <u>Sportshandle.com</u>, October 28, 2020

"PSNC 2020:  Retirement Plan Cybersecurity", plansponsor.com, September 28, 2020

"DOL Scrutinizing RIAs' Use of ESG Investments in Retirement Plans", benefitspro.com, August 18, 2020

"DOL Scrutinizing RIAs' Use of ESG Investments in Retirement Plans", thinkadvisor.com, August 13, 2020

"DOL's ESG Proposal Blasted in Public Comments", thinkadvisor.com, August 7, 2020

"401(k) Arbitration Agreements Still Not Mandatory", investmentnews.com, July 14, 2020

"A Big Wince as Trump's DOL Presses Efforts to Erase Obama-Era ESG Guidance, with Tough New Rule to Curb Do-Good Funds in ERISA Accounts; Critics Cry 'Politics' ", riabiz.com, July 1, 2020

"Here's What Happens to Your 401(k) loan if You Are Laid Off", cnbc.com, June 4, 2020

"New 'anti-regulatory' DOL Fiduciary Rule Figures to Keep $10-trillion IRA Market Under the IRS, Allow Some Conflicted Advice; Does Rule's Revival From Dead Presage Joe Biden Presidency?", riabiz.com, June 4, 2020

"Plan Sponsor Due Diligence in a Demanding Time for Recordkeepers", plansponsor.com, April 30, 2020

"What to do With a 401(k) Leaving a Job", wsj.com, April 19, 2020

"Employers May Drop 401(K) Matches as Companies Look to Cut Expenses", Newsmax, April 5, 2020

"Employers Could Drop 401(k) Matches as Companies Look to Save Money", blackenterprise.com, April 3, 2020

"Tenet Halts 401(k) Matches as it Navigates COVID-19 Crisis", beckershospitalreview.com, April 1, 2020

"Employers May Drop 401(k) Matches as Companies Look to Cut Expenses", CNBC.com, March 31, 2020

"401(k) Lawsuits Keep Coming, Despite COVID-19", investmentnews.com, March 19, 2020

"FAs and Clients Rush to Prepare Wills, Trusts, Estate Plans", financialadvisoriq.com, March 17, 2020

"401(k) 'Kickback' Suit Against Fidelity Booted from Court", investmentnews.com, February 21, 2020

"Regulators Crack Down on Teacher Pension Plans Rife with Conflicts", investmentnews.com, January 16, 2020

"DOL Advances Its Proxy Voting Rule for Retirement Plans", ThinkAdvisor, December 3, 2019

"What is a 401(k) Investment Policy Statement (IPS)?", fiduciarynews.com, November 26, 2019

"Are 401(k) Plans in Danger of Not Being Green Enough?", investmentnews.com, November 15, 2019

"Full Court Press?", National Association of Plan Advisors (NAPA), October 28, 2019

"Plan Members Can Sue for Benefits Before Exhausting Appeals, Judge Says", Life Annuity Specialist, October 25, 2019

"Ken Fisher Fallout:  Which Pension Plans Have Pulled Out and Which Have Stayed", cnbc.com, October 18, 2019

"SEC Probing Compensation, Sales Practices in 403(b) Plans for School Districts", investmentnews.com, October 8, 2019

"Faith in a 'Hidden Paycheck' That Could Vanish for Good"; nytimes.com, September 12, 2019

"Cross-Selling Gaining Prominence in Retirement-Plan Lawsuits", investmentnews.com, August 12, 2019

"Marcia Wagner is Not Tom Clark, Judge Rules", National Association of Plan Advisors (NAPA), July 26, 2019

"Northrop Grumman Expert May Testify in 401(k) Fee Class Action", Bloomberg, July 25, 2019

"Relief For Multiple Employer Plans May Not Spur Their Growth", Law360, July 25, 2019

"Northrop Grumman Workers Can't DQ Expert In ERISA Suit", Law360 July 25, 2019

"Fidelity at Center of New Strategy for ERISA Breach Lawsuits", pionline.com, July 22, 2019

"How to Manage Your Roth 401(k) at Work", TheStreet, July 16, 2019

"Acosta's Resignation Over Jeffrey Epstein Threatens Timing of New DOL Fiduciary Rule", financialadvisoriq.com, July 15, 2019

"The Long, Uncertain Road to Implement Reg BI", thinkadvisor.com, July 9, 2019

"Waving the Flag of 'Capital Formation,' SEC Promises to Let the Genie Out of the Bottle, Allowing Private Funds in 401(k) Plans; DOL Silent", riabiz.com, July 3, 2019

"Renowned ERISA Law Firm Now Offers Legislative, Regulatory and Policy Services", uspolitics.einnews.com, July 1, 2019

"Supreme Court Takes on Intel Case About 'Actual Knowledge' ", plansponsor.com, June 13, 2019

"Will the SEC's Reg BI Be Challenged in Court?", napa-net.org, June 10, 2019

"Concerned About Reg BI? Here's Marcia Wagner's Breakdown for Broker-Dealers", 401kspecialistmag.com, June 7, 2019

"Did Northrup Grumman Squander ERISA Pension Money?", LawyersandSettlements.com, June 5, 2019

"Supreme Court to Hear 401(k) Stock-Drop Case", investmentnews.com, June 3, 2019

"Supreme Court Denies Chevron Stable Value ERISA Litigation Review", plansponsor.com, May 29, 2019

"Supreme Court Sees Four Appeals of ERISA Cases", plansponsor.com, May 24, 2019

"Schlichter Seeks to Disqualify Wagner as Expert Witness - Marcia Wagner, Tom Clark", National Association of Plan Advisors, May 21, 2019

"Northrop Grumman Fights To Keep Expert In ERISA Fee Suit - Marcia Wagner, Law360, May 21, 2019

"Northrop Grumman Defends Expert in 401(k) Fee Class Action - Marcia Wagner," Bloomberg Law, May 21, 2019

"More Turning to Supreme Court for ERISA Relief", pionline.com, April 29, 2019

"Fidelity Sales Tactics Called Out In Settlement Of Retirement Plan Lawsuit", investmentnews.com, April 23, 2019

"Ask Bob: Changes to Employer's 401(k) Match", <u>Retirement Daily</u>, March 29, 2019

"You're Invited:  Will You Have Enough Money to Retire", <u>TheStreet, Inc</u>., March 21, 2019

"Fidelity's 2016 'Hidden' Fee Fix For 'Broken' 401(k) Business Model May Spark Fresh State and Federal 401(k) Crackdown on Heels of Investor Civil Suit", <u>riabiz.com</u>, March 18, 2019

"Maryland Introduces Fiduciary Rule as Part of Broader Consumer Bill", <u>ThinkAdvisor</u>, February 8, 2019

"DB Suits Claim Companies Use Faulty Data to Figure Benefits", <u>pionline.com</u>, February 4, 2019

"Retirement Industry People Moves", <u>plansponsor.com</u>, January 25, 2019

"More States Advance Their Own Fiduciary Rules", <u>thinkadvisor.com</u>, January 23, 2019

"Aon Hewitt Says SEC Looking at Marketing Materials", <u>pionline.com</u>, December 10, 2018

"Experts Optimistic Over Auto-Portability Proposal", <u>pionline.com</u>, December 10, 2018

"DOL Proposes Rule to Reduce Leakage in 401(k) Plans", <u>investmentnews.com</u>, November 8, 2018

"New Jersey Solicits Comments on Its Preliminary Fiduciary Rule", <u>thinkadvisor.com</u>, October 25, 2018

"As SEC's 'Zero Tolerance' ERA for IRAs Commences Post-DOL, a Regulatory Law Firm Makes Anticipatory-Hires", <u>riabiz.com</u>, October 16, 2018

"IRS Saves Trees, Goes Paperless for 401k Filing Correction Program", <u>401kspecialistmag.com</u>, October 4, 2018

"New Jersey Plans Fiduciary Rule for Broker-Dealers", <u>thinkadvisor.com</u>, September 27, 2018

"What Rise and Fall of the Fiduciary Rule Means for US Advisers", <u>ft.com</u>, September 27, 2018

"Wagner Law Group Launches Adviser Search Support Service", <u>plansponsor.com</u>, September 10, 2018

"KPAs, an ERISA Legal Eagle Is Searching For You", 401kwire.com, September 5, 2018

"New Service Will Aid in 401k Fiduciary Advisor Search", 401kspecialistmag.com, September 5, 2018

"Trump Executive Order Could Hurt Rollover Efforts But Gives Rias Way to Scale 401(k) Servicing and Dodge Bad Apples", riabiz.com, August 31, 2018

"DOL Fiduciary Rule Death Leaves 401(k) Advisers in Legal 'Grey Area' with Rollovers", investmentnews.com, August 9, 2018

"NYU Defeats Employees in Retirement Plan Lawsuit", nyunews.com, August 6, 2018

"Another University Prevails in 401k Fiduciary Lawsuit", 401(k)specialistmag.com, August 1, 2018

"Leading Attorney Marcia Wagner's Testimony Cited by Court as Crucial in Dismissal of ERISA Case Against New York University", August 1, 2018

- Street Insider
- Markets Insider
- AP News
- Investors Place
- Street Insider
- Townhall Finance
- MarketPlace
- Fat Pitch Financials
- Great American Advisors
- Value Investing News
- EuroInvestor
- Stock News Feed
- CompuServe
- Silicon Investor
- West
- BenefitsLink
- USA Breaking News

- <u>Bakersfield</u>
- <u>Owler</u>
- <u>Benzinga</u>

"The DOL Rule Is Dead: What's That Mean For Annuities?", <u>fa-mag.com</u>, July 5, 2018

"Top Ten Retirement Plan Administration Mistakes?", Podcast, <u>401(k) Fridays</u>, June 7, 2018

"California Created a Savings Program For Workers Without Retirement Benefits. a Group is Suing to Kill It", <u>latimes.com</u>, May 31, 2018

"Northwestern University Beats Jerry Schlichter 403(b) Lawsuit", <u>investmentnews.com</u>, May 29, 2018

"Supreme Court Decision Likely to Prevent Brokers from Filing Class-Action Lawsuits"; <u>investmentnews.com</u>, May 22, 2018

"SEC Finds 'Lots of Problems' With Rollover Advice", <u>thomson.com/financial</u>, May 14, 2018

"6 Big Questions About the SEC Advice Rule", <u>investmentnews.com</u>, May 6, 2018

"Next Hot ETF Theme & How Fee Wars Can End", <u>etf.com</u>, May 3, 2018

"SEC's Clayton:  One Rule to Rule Them All", <u>barrons.com</u>, May 3, 2018

"Legal Experts See Long Road Ahead for SEC Proposals", <u>asppa-net.org</u>, April 29, 2018

"Legal Experts See Long Road Ahead for SEC Proposals", <u>napa-net.org</u>, April 24, 2018

"Here's What Labor Dept. Might Do Next With the Fiduciary Rule", <u>Bloomberg BNA</u>, March 27, 2018

"Marcia Wagner:  How To Avoid 401k 'Share-Class Chaos' ", <u>401(k) Specialist</u>, March 22, 2018

"Caught in the Crosshairs of TCJA and Conflict of Interest:  Meals and Entertainment", <u>NAPA Net</u>, March 21, 2018

"Court Ruling Means Retirement Savers Could Lose an Obama-Era Protection", <u>cnbc.com</u>, March 16, 2018

"Wells Fargo Advisors Now Under Investigation by Galvin", investmentnews.com, March 8, 2018

"What's the Right Number of Funds in a 401(k) plan?", investmentnews.com, February 16, 2018

"The Rule That Protects Your Retirement Savings May Be On The Ropes", CNBC, January 29, 2018

"Retirement Industry People Moves", Plan Sponsor, January 5, 2018

"Settlement Agreement May Conclude Allianz Self-Dealing Challenge", Plan Sponsor, December 29, 2017

"Tax Reform Leaves 401(k) Battles Unfinished", 401(k) Wire, December 20, 2017

"You Protected the 401(k) Piggy Bank From the Robbers!", 401(k) Wire, December 20, 2017

"Tax Reform Still Mostly Leaves 401(k)s Alone", 401(k) Wire, December 4, 2017

"Despite Delays, DOL Rule Becoming Law Of The Land, Expert Argues", Financial Advisor Magazine, December 1, 2017

"DOL Fiduciary Rule's Debut is Officially Postponed by 18 Months", Prospect News - Structured Products Daily, November 29, 2017

"Pro-DOL Rule Forces Sharpen Knives Now That DOL Rules 18-Month Delay is Carved in Stone", RIA Biz, November 28, 2017

"Excessive-Fee Litigation in Retirement Plan Market Moving Downstream," Investment News, November 22, 2017

"Tax Revamp Helps Fund Managers But Leaves Their Investors to Pay", Bloomberg, November 20, 2017

"Experts To Tackle Reg Ridiculousness In 401k Space: New England Wealth & Retirement Conference", 401(k) Specialist, November 8, 2017

"Marcia Wagner's 10-Minute Take on Trump Tax Plan", 401kspecialistmag.com, November 7, 2017

"Experts to Tackle Reg Ridiculousness in 401k Space:  New England Wealth & Retirement Conference", 401kspecialistmag.com, November 1, 2017

"ERISA Lawyer's Gamble in Starting Firm Paid Off", Bloomberg BNA, October 30, 2017

"401(k) lawsuit attacks excessive advisory fees paid to UBS", investmentnews.com, September 26, 2017

"Jerry Schlichter's Fee Lawsuits have Left an Indelible Mark on the 401(k) Industry", investmentnews.com, September 23, 2017

"SEC Is 'Where Fiduciary Ideas Go to Die' ", financialadvisoriq.com, September 12, 2017

"Trump Administration Targets Class-Action Right in DOL Fiduciary Rule, But Other Legal Avenues Could Remain for Investors", investmentnews.com, August 31, 2017

"Tibble v. Edison 401(k) Fee-Case Decision Offers 3 Lessons", investmentnews.com, August 22, 2017

"DOL to Postpone Fiduciary Rule Until July 2019; Lawyer Expects 'Major Surgery' With Time", The Prospect News, Structured Products Daily, August 11, 2017

"Scotiabank's Capped Notes Tied to EAFE Show "Tiny" Geared Buffer, Double-Digit Potential Gain", The Prospect News, August 11, 2017

"B-Ds Mum On DOL Rule Delay", fa-mag.com, August 10, 2017

"DOL Fiduciary Rule Comments Unearth Deep Unease", financialadvisoriq.com, August 7, 2017

"DOL Fiduciary Rule Causing DC-Plan Record Keepers to Change Business With Insurance Agents", investmentnews.com, July 24, 2017

"Why High 401(k) Fees are Likely to Stick Around", cnbc.com, July 17, 2017

"DOL Rule Assault Comes From All Quarters", financialadvisoriq.com, July 14, 2017

"PBGC's Early Warning Program - Marcia Wagner, Founder of The Wagner Law Group, Discusses How the Early Warning Program Works and What Will Trigger It", Plansponsor.com, June 28, 2017

"SEC, DOL Team Up on Fiduciary Rule As States Ponder Their Own", FinancialAdvisoriq.com, June 28, 2017

"Are More State Fiduciary Laws on the Way?", Barrons.com, June 27, 2017

"Other States Considering Their Own 'Fiduciary Rules' After Nevada's Becomes Law", <u>WealthManagement.com</u>, June 26, 2017

"Is The Department Of Labor Fiduciary Rule Staying?", <u>Legal Broadcast Network</u>, June 24, 2017

"3 Reasons DOL Fiduciary Rule Will Stay Intact:  ERISA Attorney Wagner", <u>Think Advisor</u>, June 21, 2017

"Redhawk Brings ERISA Fiduciary Services to IRA Space", <u>Plan Adviser,</u> June 21, 2017

"Redhawk Introduces FiduciaryShield™ for Advisors to Acquire More Clients", <u>PR Web</u>, June 21, 2017

"This New Rule Will Upend Your 401(k), IRA and Your Relationship With Your Advisor", <u>CNB C.com</u>, June 9, 2017

"This New Rule Makes It Harder for Your Broker to Take Advantage of You. Here's What You Should Know", <u>Time.com</u>, June 7, 2017

"This Map Shows the Real Cost of Conflicted Financial Advice", <u>Time.com</u>, May 31, 2017

"Wells Fargo, in 'Atypical' Outcome, Wins 401(k) Lawsuit", <u>investmentnews.com</u>, May 30, 2017

"In Music City, Fiduciary Takes Center Stage", <u>401(k) Specialist</u>, May 22, 2017

"The GOP is Trying to Kill California's New Private-Sector Retirement Plan. State Officials Vow to Push Ahead", <u>Los Angeles Times</u>, May 10, 2017

"Morgan Stanley Dumped Vanguard Due to DOL Rule?", <u>Financial Advisor IQ</u>, May 10, 2017

"Morgan Stanley's Decision to Cut Vanguard Funds Likely Due to DOL Fiduciary Rule", <u>Investment News</u>, May 8, 2017

"Bill Aimed at Repealing DOL Fiduciary Rule passes House Panel, Leaving Lawyers Skeptical", <u>The Prospect News</u>, May 8, 2017

"Despite Fiduciary Rule's Delay, DOL's Measure Has Spurred Changes", <u>The National Law Journal</u>, May 1, 2017

"Despite Fiduciary Rule's Delay, DOL's Measure Has Spurred Changes", <u>BenefitsPro</u>, May 1, 2017

"Investors Can Go After 'Fiduciary' Advisers Even if DOL Doesn't", <u>bna.com</u>, April 13, 2017

"DOL Extends Applicability of Fiduciary Rule to June 9 Bringing Relief to Firms, Sellsiders", The Prospect News, April 7, 2017

"At Trump's Direction, Investor Protection Rule is Delayed", CNBC, April 6, 2017

"Merrill Lynch and Morgan Stanley:  A Tale of Two Fiduciary 401(k) Business Models", Investment News, March 24, 2017

"Merrill Lynch and Morgan Stanley:  A Tale of Two Fiduciary 401(k) Business Models", Pensions & Investments, March 24, 2017

"Legal Q&A: What to Consider When Fiduciary Rule Hits San Antonio", Business Journal, March 20, 2017

"Despite Uncertainty, Department of Labor Fiduciary Rule Upends 401(k) Biz", Investment News, March 19, 2017

"Forget About 60 Days, Firms Push for Six-Month Delay in DOL Rule", advisorhub.com, March 15, 2017

"Wagner Law Group on the Hill", 401(k) Wire, March 14, 2017

"IRS Can't Do It Anymore, So Law Firms Will", Bloomberg BNA, March 10, 2017

"How to Put The Brakes On 401k Ambulance Chasers", 401(k) Specialist, March 2, 2017

"IRS Guidance on 401(k) Hardship Withdrawals Clarifies Uncertain Terrain", Investment News, March 1, 2017

"Empower Telling 401(k) Clients it Won't be a Fiduciary When DOL Rule Kicks in", Investment News, February 28, 2017

"Don't Get Burned: Marcia Wagner's Top 401k Regulatory Risks", 401(k) Specialist, February 26, 2017

"Dodd-Frank Repeal Battle Parallels Fiduciary Fight", Plan Adviser, February 22, 2017

"DOL Rule-Killers Now on Defense as Legal Failures Add Up, Reinforcements Don't Make it to Washington and the Clock Ticks Down", RIA Biz, February 15, 2017

"Donald Trump's Complicated Relationship With Wall Street, in One Photo", YAHOO! Finance, February 10, 2017

"Congressmen Push to Block State-Run Retirement Accounts", <u>CNBC</u>, February 9, 2017

"Wall Street's Efforts to Stay the DOL Rule in Court Get Stayed After Forum-Shopped Texas Judge Refuses to Play Along", <u>RIA Biz</u>, February 9, 2017

"Dallas Judge Upholds DOL Fiduciary Rule", <u>Investment News</u>, February 8, 2017

"Minus DOL Rule, Fiduciary Momentum Still Hard to Stop", <u>Financial Advisor IQ (A Financial Times service)</u>, February 8, 2017

"Fiduciary Rule Double-Take Leaves Retirement Industry Perplexed", <u>Plan Adviser</u>, February 6, 2017

"Trump Team Bungles Fiduciary Duty Rule Edict", <u>Market Muse</u>, February 6, 2017

"ActiveAllocator Receives Legal Opinion Confirming Fiduciary Standard Compliance", <u>YAHOO! Finance</u>, February 6, 2017

"Trump's Directives Could Undo Fiduciary Rule and Dodd Frank Regulations", <u>SHRM</u>, February 6, 2017

"What's Next For You and the Investor Protection Rule", <u>CNBC,</u> February 6, 2017

"Trump Pulls Back on Delay for Investor Protection Rule, Raising New Questions About Regulation", <u>CNBC</u>, February 6, 2017

"DOL Rule, Not Actually Delayed, Could Survive in Some Form", <u>IGNITES</u>, February 6, 2017

"Trump's Lightning-Quick Backtrack on Executive Order Relating to DOL Rule Sows Chaos in Financial Advice Industry", <u>RIA Biz</u>, February 3, 2017

"Trump Issues Fiduciary Rule 'Executive Memorandum,' Sparking Confusion", <u>401(k) Specialist</u>, February 3, 2017

"Trump Delaying Rule Giving Savers Greater Protections", <u>CNBC</u>, February 3, 2017

"Benefits Industry Snapshot, End of January 2017", <u>BenefitsPro</u>, January 30, 2017

"Colorado's 'Strong Arm' Muscling Into 401(k)-Fee Litigation", <u>IGNITES</u>, January 25, 2017

"Wall Street Women Pile into Buses and Cars, Head South on I-95 to Protest Trump", <u>RIA Biz</u>, January 20, 2017

"Who's Afraid of Virginia Foxx and Friends?  Maybe pro-DOL Forces Should Be But No Panic Yet - Peeling off Democrats", <u>RIA Biz</u>, January 12, 2017

"People Are Worried That Trump Will Roll Back a Rule Meant to Protect Americans' retirement money from Wall Street", <u>Business Insider</u>, January 6, 2017

"J.C. Penney Agrees to Pay $4.5 million to Settle Stock-Drop Suit", <u>Pensions & Investments</u>, January 6, 2017

"Morningstar Announces Agenda for Annual Institutional Conference March 9-10 in San Antonio", <u>PR Newswire</u>, January 5, 2017

"Obama Administration Shows More Support for Annuities in 401(k) Plans", <u>investmentnews.com</u>, January 3, 2017

"Wagner Law Group to Open Washington Office", <u>Think Advisor</u>, December 21, 2016

"2016 HR Trends: The 3 Rs", <u>benefitspro.com</u>, December 20, 2016

"Mum on DOL Rule, Labor Chief Appointee Andy Puzder's 'Check-the-Box' 401(k) Plan at CKE Restaurants Speaks Volumes", <u>RIA Biz</u>, December 13, 2016

"How the Fiduciary Rule Could Change Your Relationship with Your Adviser", <u>MarketWatch</u>, December 10, 2016

"Wealth Adviser Daily Briefing Practice Management Tip, Fiduciary Chat (With Continuing-Ed Credit for CFPs)", <u>Wall Street Journal</u>, December 9, 2016

"Commonwealth Financial Will Reverse Course on Commissions if DOL Gets Reversed", <u>RIA Biz</u>, November 18, 2016

"DOL Fiduciary Rule Prompts Chase to Stop Charging IRA Commissions", <u>Ground Report</u>, November 18, 2016

"Under Trump, Retirement Benefits to Be Tweaked, Not Transformed", <u>SHRM</u>, November 15, 2016

"The DOL Rule is DOA -- and That's Just the Beginning, Says RIA Champion Brian Hamburger, Law School Chum of Reince Priebus", <u>RIA Biz</u>, November 11, 2016

"A President Trump Likely Won't Mess With the Fiduciary Rule", <u>MarketWatch</u>, November 9, 2016

"Fiduciary Rule for Advisors Up in the Air After Trump's Victory", <u>CNBC</u>, November 9, 2016

"Biz Groups Gear up for Court Fight Over Financial Adviser Rule", <u>The Hill</u>, November 8, 2016

"Administration Wins First Battle Over Financial Adviser Rule", <u>The Hill</u>, November 7, 2016

"Axing Commissions 'No Panacea' DOL FAQs Show", <u>IGNITES/Financial Times</u>, October 28, 2016

"What Happens When There's a Mistake in Your 401(k)", <u>The Wall Street Journal</u>, October 23, 2016

"DOL Fiduciary Rule Won't Help Some 403(b) Retirement Plans", <u>Investment News</u>, October 21, 2016

"Think Your Retirement Plan Is Bad?  Talk to a Teacher", <u>The New York Times</u>, October 21, 2016

"How the New 'fiduciary' Rule Will Actually Affect You", <u>CNBC</u>, October 13, 2016

"Game Over for Broker Commissions", <u>The Wall Street Journal</u>, October 7, 2016

"Merrill's Move to End Commission IRAs a 'Tectonic Shift' for Brokerage Industry", <u>Investment News</u>, October 7, 2016

"Report:  DOL Rule Could Freeze IRA Rollovers", <u>InsuranceNewsNet</u>, October 3, 2016

"DOL and Discretion - Case Restated", <u>Nancy Lininger's CompliancE-News</u>, September 29, 2016

"What the New Fiduciary Rule Means for Plan Committees", <u>NAPA Net</u>, September 6, 2016

"In New Wrinkle, ERISA Complaint of Edward Jones Employees Centers on Failure to Offer Yield-Chasing Money Market Alternative", <u>RIA Biz</u>, September 6, 2016

"Chevron 401(k) Suit Dismissal Seen as 'big loss' for Plaintiffs' Bar", <u>Investment News</u>, September 2, 2016

"Expert Opinions on the DOL Fiduciary Regulation – Part 4," <u>NAPA Net</u>, September 2, 2016

"Expert Opinions on the DOL Fiduciary Regulation – Part 3", <u>NAPA Net</u>, September 1, 2016

"Expert Opinions on the DOL Fiduciary Regulation – Part 2", <u>NAPA Net</u>, August 31, 2016

"Expert Opinions on the DOL Fiduciary Regulation – Part 1", <u>NAPA Net</u>, August 30, 2016

"Where Are They Now?  The DOL Fiduciary Rule's Stakeholders", <u>Business 2 Community</u>, August 30, 2016

"Feds Ease Rules on State-Run Retirement Accounts", <u>CNBC</u>, August 26, 2016

"What Advisors May Not Know About the DOL Fiduciary Rule", August 26, 2016

"Edward Jones Faces Proposed Class Action Lawsuit Over Excessive 401(k) Fees", <u>InvestmentNews.com</u>, August 22, 2016

"Why This Brokerage Won't Let Investors Buy Funds and ETFs in Their IRAs", <u>Time Magazine</u>, August 22, 2016

"PPA:  A Real Boon for Defined Contribution", <u>Pensions & Investments</u>, August 8, 2016

"Alternative Forms of the DOL Fiduciary Rule's BIC Exemption that Apply to Advisory, Brokerage, and Insurance Firms", <u>BenefitsPro.com</u>, August 1, 2016

"Government Plans Will Receive Face-Lift", <u>planadviser.com</u>, July/August 2016

"DOL Fiduciary Rule's 'Grandfathering' Exemption May be Lost by Changing Firms", <u>Investment News</u>, July 26, 2016

"Big Firms May Miss DOL's 2017 Fiduciary Rule Deadline", <u>Financial Advisor IQ</u>, July 25, 2016

"PIEtech℠, Inc. Releases Best Interest Scout™ – the First Tool Available to Help Firms Meet the DOL/Best Interest Standard Requirements", pressreleaserocket.net, July 21, 2016

"Money Managers With In-House 401(k) Plan Options at Risk of Employee Lawsuits:  Lawyers", Investment News, July 20, 2016

"DOL Tweaks Fiduciary Rule; Plan Sponsors Struggle to Comply", BNA Pension and Benefits Blog, July 15, 2016

"Call It A Trend: Lawyers Go After 401(k) Fees", Pension360, July 11, 2016

"Lawyers Target 401(k) Fees", Yahoo! Finance, July 11, 2016

"Your 401(k) Fees are Attracting More Attention – From Lawyers", St. Louis Post-Dispatch, July 9, 2016

"401(k) Fees are Attracting More Attention – From Lawyers", Employee Benefit Adviser, July 8, 2016

"Your 401(k) Fees Are Attracting More Attention – From Lawyers", Bloomberg Financial, July 8, 2016

"Dismissal of Small 401(k) Plan Excessive-Fee Lawsuit 'Highly Atypical' ", Investment News, July 1, 2016

"PIEtech℠, Inc., Creators of MoneyGuidePro®, Share DOL Opinion Letter from Expert Law Firm to Help Advisors", PR Web, June 29, 2016

"DOL Fiduciary Rule Will Nudge 401(k) Advisers to Zero-Revenue-Share Fund Lineups", Investment News, June 28, 2016

"Fidelity 401(k) Lawsuit Could up Ante for Plan Advisers", investmentnews.com, June 6, 2016

"Lawsuit Against DOL Fiduciary Rule Seen as "Weak" by Some Observers", investmentnews.com, June 2, 2016

"The New Fiduciary Rule", planadviser.com, May/June 2016

"Marcia Wagner Explains the DOL Rule", Retirement Income Journal, May 26, 2016

"401(k) Plan Sponsors Are Focused on Fees", shrm.org, May 25, 2016

"Fiduciary Rule's Grandfather Provision:  Friend or Foe?", financialadvisoriq.com, May 24, 2016

"Retirement Won't be Comfortable for Many Retirees", marketplace.org, May 23, 2016

"Excessive-Fee Suit Targeting $9 million 401(k) Plan Could be 'Harbinger' for Industry", investmentnews.com, May 23, 2016

"Don't Let the DOL Fiduciary Rule's Grandfathering Provision Trip You Up", Investment News, May 20, 2016

"Planning Ahead", Financial Advisor, May 2016

"How the DOL Brought the IRS Wolf to the RIA Door with its 'Rule' - Think IRAs, RIABiz, May 13, 2016

"Ethical Considerations; Understanding the Limitations With Which Advisers Operate", PlanSponsor, May 2016

"Understanding The Fiduciary Rule's Best Interest Contract Exemption", fa-mag.com, May 6, 2016

"Lousy 401(k) Plans May Spark More Lawsuits", Cnbc.com, April 2016

"Cooley:  Fiduciary Rule Better Protects Investor Interests", Morningstar, April 26, 2016

"Final DOL Fiduciary Rule is More Workable but Still Burdensome, Lawyers Say", Structured Products Daily (The Prospect News), April 11, 2016

"Department of Labor Retirement 'Fiduciary' Rule", Waltonian, April 10, 2016

"KPAs and the Fiduciary Reg:  Three Warnings and Three Wins", The 401k Wire, April 8, 2016

"The Final Fiduciary Rule: What do Plan Sponsors Need to Know", Bloomberg BNA Pension and Benefits Blog, April 8, 2016

"Don't be an April 401(k) Fool", The 401k Wire, April 8, 2016

"How 401(k) Plan Advisers Win Under the Final DOL Fiduciary Rule", Investment News, April 7, 2016

"DOL Rule Gets (Initially) Warm Reception", Ignites.com, April 7, 2016

"Don't Be an April 401(k) Fool", 401kwire.com, March 31, 2016

"RIAs: The DOL Is Coming for You, Too", <u>WealthManagement.com</u>, March 29, 2016

"Deutsche Bank May Lose Key Power to Run Pension Assets", <u>Barron's</u>, March 5, 2016

"How to Pay School Loans and Save for Retirement at the Same Time", <u>Bloomberg Business</u>, March 2, 2016

"Grandfathering of Assets Under DOL Fiduciary Proposal, Explained", <u>wealthmanagement.com</u>, February 24, 2016

"Words of Advice:  The Various Roles of an Adviser", <u>PlanSponsor</u>, February 2016

"Saving for Retirement? What to watch out for in 2016", <u>Yahoo! Finance</u> (Canada*)*, January 19, 2016

"Saving for Retirement? What to Watch Out for in 2016", <u>Market Watch</u>, January 18, 2016

"Washington Update:  New DOL and Governmental Initiatives - Financial Advisor IQ", <u>Financial Times</u>, January 12, 2016

"Lawsuit Alleges Anthem 401(k) Plan Exposed Participants to Higher Fees", <u>The Wall Street Journal</u>, January 8, 2016

"New 401(k) Suit Targets Vanguard Fund Fees", <u>Investment News</u>, January 5, 2016

"Does the Intel Retirement Plans Case Have Merit?", <u>plansponsor.com</u>, November 6, 2015

"Boeing Settles 401(k) Suit for Near-Record $57 Million", <u>Investment News</u>, November 5, 2015

"A New Lawsuit Over Fund Fees - Will this one work?", <u>Morningstar.com</u>, October 20, 2015

"Stealing the FPA Show 'Rock Star' Marcia Wagner Sounds Four-Alarm Fire Drill on DOL's Onrushing Fiduciary Rule", <u>RIA Biz Magazine</u>, October 2, 2015

"PANC 2015:  Participant Advice", <u>planadviser.com</u>, October 2, 2015

"Boeing Settlement Underscores Advisers' 401(k) Responsibility", <u>Investment News</u>, August 27, 2015

"Addressing Retirement Plan Data Security", <u>plansponsor.com</u>, June 25, 2015

"Is Your Advisor a Fiduciary? Chances Are, You Have No Idea", <u>CNBC</u>, June 17, 2015

"IRS Clarifies ACA Reporting Requirements for Large Employers", <u>benefitnews.com</u>, June 9, 2015

"U.S. Solicitor General's Recommendation Doesn't Spell End to RJR Suit", <u>Pensions & Investments</u>, June 9, 2015

"Are Automatic 401(k) Plan Features Violating Patents?", <u>The Wall Street Journal</u>, June 9, 2015

"PSNC 2015: The Regulatory Environment", <u>plansponsor.com</u>, June 2, 2015

"403(b) Lawsuit Shows Opportunity for Recordkeepers", <u>Ignites</u>, June 1, 2015

"Reported Wells Fargo-Financial Engines Deal May Ease Rollover Harvest - For Now, Say Experts", <u>Investment News</u>, May 28, 2015

"ERISA Experts Weigh in on Tibble Victory", <u>BenefitsPro</u>, May 22, 2015

"Lessons for Advisers from Supreme Court's Decision on 401(k) Excessive Fees Lawsuit", <u>Investment News</u>, May 20, 2015

"Supreme Court Focusing on Retirement Responsibility", <u>Insurance News Net</u>, May 19, 2015

"Supreme Court: Employers Must Monitor 401(k) Plans", <u>marketplace.org</u>, May 19, 2015

"Supreme Court Hands 401(k) Investors a Victory", <u>forbes.com</u>, May 19, 2015

"Court Makes it Easier to Sue Over 401(k) Retirement Plans", <u>USA Today</u>, May 18, 2015

"Supreme Court Hands Down Decision in Key 401(k) Lawsuit", <u>Investment News</u>, May 18, 2015

"ERISA Lawyers Mull Same-Sex Marriage Case; Plan Sponsors Hoping for Uniformity, Clarity", <u>Bloomberg BNA Pension and Benefits Blog</u>, May 1, 2015

"New Fiduciary Rule Could Cover Insurance Agents", <u>insurancenewsnet.com</u>, April 21, 2015

"Here's How the DOL's New Fiduciary Rule Could Impact Insurance Agents", <u>ibamag.com</u>, April 20, 2015

"Face Squeezed Margins, More Litigation From DOL Fiduciary Rule", fundaction.com, April 20, 2015

"Expect Tumult for Broker-Dealers if DOL Fiduciary Plan Goes Through", Investment News, April 15, 2015

"Preparing for Changes", Investment News, March 23, 2015

"Excessive-fee Lawsuit to Result in Major Changes", Investment News, March 2, 2015

"Flood of 401(k) suits expected if Tibble Prevails", BenefitsPro, February 23, 2015

"We're Living Longer — Get Ready to Pay for It", ThinkAdvisor.com, February 9, 2015

"What Should You Be Afraid Of In Obama's Budget?", 401kWire.com, February 6, 2015

"Financial Planning Issues Wrapped into Government Spending Bill?", Investment News, December 8, 2014

"Rollovers of 401(k)s into Pension Plans Gets Government Agency Backing", Investment News,  November 26, 2014

"A Multitude of Threats to Retirement System", BenefitsPro, October 16, 2014

"Supreme Court Decision on Landmark 401(k) Fee Case Could Have Domino Effect", Investment News, October 6, 2014

"Berkshire Hathaway Sued Over Cuts to 401(k) Match", Ignites.com, September 9, 2014

"Patent Troll Sues Financial Engines", 401(k) Wire, August 11, 2014

"Lawsuit against Financial Engines a Red Flag for Plan Sponsors", Investment News, August 11, 2014

"Retained Asset Accounts Under ERISA Allowed", Massachusetts Lawyers Weekly, July 16, 2014

"How Tax Reform Could Affect Retirement Plans", PlanAdviser.com, July 15, 2014

"How Tax Reform Could Affect Retirement Plans", PlanSponsor.com, July 15, 2014

"Retained Asset Accounts Under ERISA Allowed", <u>Massachusetts Lawyers Weekly</u>, July 24, 2014

"End of Prudence Presumption Raising Employer Stock Questions", <u>Pensions &</u> <u>Investments</u>, July 7, 2014

"The Supreme Court Just Saved Investors from Themselves", <u>time.com</u>, June 25, 2014

"Advisors Vexed On Annuities' Fiduciary Risk", <u>Financial Advisor</u>, June 2, 2014

"Old, Fired at IBM:  Trendsetter Offers Workers Arbitration", <u>Bloomberg.com</u>, May 12, 2014

"Time is On Your Side.  Yes it Is", <u>Plansponsor</u> magazine, Year in Review 2013 edition

"Open Letter to DOL:  Fix Fee Disclosure Faux Pas Now", <u>benefitspro.com</u>, December 18, 2013

"Exclusive Interview:  Omnipresent Marcia Wagner on All Things ERISA", <u>fiduciarynews.com</u>, December 17, 2013

"DOL:  Aggressive as ever under Perez", <u>benefitsPro.com</u>, November 5, 2013

"Wagner Warns of a 401(k) Inflection Point", <u>401(k)Wire.com</u>, October 7, 2013

"1st Circuit:  ERISA Case Subject to De Novo Review", <u>Massachusetts Lawyers Weekly</u>, September 2, 2013

"Hutcheson's Tumble Offers Lessons", <u>Investment News</u>, August 11, 2013

"Letter to 6,000 401(k) Sponsors Has Advisers Doing Damage Control", <u>Investment News</u>, July 18, 2013

"Health Care Reform:  Procrastinate No More", <u>Entrepreneur.com</u>, July 17, 2013

"Wagner Law Names Welfare Benefits Head", <u>Planadviser.com</u>, July 9, 2013

"Marcia Wagner Welcomes Nationally Recognized Roberta Casper Watson to The Wagner Law Group", <u>The Wall Street Journal</u>, July 1, 2013

"Fiduciary Matters", <u>Financial Advisor</u>, May 2013

"Wagner Law Group Welcomes Senior Counsel Guy B. Maxfield", The Wall Street Journal, April 23, 2013

"DOL Smacks 401k Adviser for 12b-1 Fiduciary Breach. Plan Sponsors Next?", FiduciaryNews, March 26, 2013

"Regulatory and Legal DC Issues for 2013", NewsDash, March 7, 2013

"Footnote Offers Toehold in to Rollover Business, But Snares Abound", InvestmentNews, March 5, 2013

"Legal Eagle Wagner Predicts an Auto-IRA Push if Obama Wins", The 401(k) Wire, October 26, 2012

"DOL Does Turnaround, Backs off Controversial Borkerage Window Provisions", InvestmentNews, July 30, 2012

"Labor Department Drops Brokerage Window Provisions", Pension&Investments, July 30, 2012

"The Next Opponent for Wall Street Banks? Their Own Employees", InvestNews.com, July 10, 2012

"New Deadline Looms for Retirement Plan Fee Disclosure", InvestNews.com, July 2, 2012

"DC Industry Frets Over Brokerage Issue, Claims It's a Rule in Disguise", Pension & Investments, June 11, 2012

"The DOL Speaks and MEPsters Hope For More", The401kwire, May 31, 2012

"Hutcheson Case Highlights Risks for Advisers", InvestmentNews.com, April 22, 2012

"In an Apparent First, a Public Pension Plan Files for Bankruptcy", InvestmentNews.com, April 19, 2012

"Retirement Fund Fees Squeezed By Disclosure Rules", Bloomberg.com, January 5, 2012

"Retirement Plan Brokers Outsource Fiduciary Duties", InvestmentNews.com, January 3, 2012

"State Struggle to Meet Demand of Public Pensions", TexasInsider.org, December 21, 2011

"Probe of High-Profile 401(k) Fiduciary Advocate Could Cost Advisers Business", InvestmentNews.com, November 10, 2011

"Déjà vu:  The Advice Regs Are Here, Now What?", The 401kWire, October 25, 2011

"Government:  401k Fee Disclosures May be Electronic", BismarckTribune.com, September 13, 2011

"Great-west, Lincoln Trust Jump on Plan and Participant Fee Disclosures", InvestmentNews.com, August 15, 2011

"Phyllis Borzi:  Protecting the Everyman's Benefits", InvestmentNews.com, June 12, 2011

"More Workers Borrowing Against Their Future, Threatening Retirement Security With 401(k) Loans", therepublic.com, June 7, 2011

"How Do I Pay Thee?  Let Me Count the Ways", porticowealth.com, May 17, 2011

"3 Myths About 401(k) Plans; Fidelity Reports All-Time High", foxbusiness.com, May 12, 2011

"The State of Pensions", cnbc.com, May 5, 2011

"States Increasingly Turn to 401(k)s to Replace Pension Plans", FoxNews.com, April 5, 2011

"Higher Taxes Loom for 401(k) Savers", The Wall Street Journal, March 28, 2011

"Nuns Take O'Malley to Court Over Pensions", The Boston Globe, March 21, 2011

"New Jersey Asks IRS for a Look at Pension Funds", nj.com, March 20, 2011

"Wish You Had a Pension", Forbes.com, March 8, 2011

"State Street Sec-Lending Revenue Drops, Lawsuits Percolate", ignites.com, March 1, 2011

"Retirement Advice:  What You Get for Free", smartmoney.com, February 16, 2011

"Hotel Health Care Compliance, One Step at a Time", hotelnewsnow.com, February 11, 2011

"DOL Pension Proposal Could Rock Fund Firms", InvestmentNews.com, February 7, 2011

"The Mixed Riches of Retirement Plans", <u>Reuters Wealth Management</u>, February 2, 2011

"The Economy in 2010:  Stories You May Have Missed", <u>pbs.org/newshour</u>, December 30, 2010

"Industry Execs Laud Latest Target-Date Proposal", <u>Pension & Investments</u>, December 8, 2010

"Labor Department Proposes Target Date 401(k) Rules", <u>cnbc.com and abcnews.com</u>, November 29, 2010

"PlanAdviser National Conference 2010:  Keeping Up With D.C.", <u>PlanAdviser.com</u>, October 4, 2010

"I'll Work Till I Die:  Older Workers Say No to Retirement", <u>CNNMoney.com</u>, September 28, 2010

"Worker Contributions to U.S. Health Premiums Jump 14%, Kaiser Survey Says", <u>Bloomberg.com</u>, September 2, 2010

"Target Date Turnover Troubles Big Firms", <u>InvestmentNews.com</u>, August 29, 2010

"Legislation Could Limit Use of Swaps", <u>Employee Benefit News</u>, August 1, 2010

"Employee Suits Alleging Excessive 401(k) Fees Gain Ground", <u>Los Angeles Times</u>, July 28, 2010

"Overall Response to Fee Rule Positive, Unbundling Requirement Biggest Challenge", BNA <u>Pension and Benefits Reporter</u>, July 21, 2010

"Lawsuits Over 401(k) Fees Driving Costs Down", <u>Associated Press</u>, July 20, 2010

"Retirement Plan Providers to Disclose Compensation", <u>Dow Jones Newswires</u>, July 14, 2010

"IRS Advisory Committee Recommends Changes to Determination Letter Process", <u>CCH Pension</u>, July 9, 2010

"Avoid Big 401(k) Changes as Stocks Swing", <u>TheStreet.com</u>, June 28, 2010

"Target Fund Rules May Mean 401(k) Changes", <u>InvestmentNews</u>, June 27, 2010

"States Struggle to Meet Demand of Public Pensions", <u>The Fiscal Times</u>, June 22, 2010

"Target Date Fund Disclosure Plan Falls Short of the Mark, Say Critics", InvestmentNews, June 17, 2010

"Advisory Panel Recommends Retirement Plan Changes", Tax Notes, June 14, 2010

"Expert:  New FedEx Policy on Benefits for Same-Sex Partners Passes Legal Tests", The Commercial Appeal, May 25, 2010

"401(k) Providers Brace for New Fee Disclosure Regs", InvestmentNews, May 19, 2010

"Labor Department Takes First Step in Regulation of Target Date Funds", InvestmentNews, May 7, 2010

"Health Care Reform Will Impact Most Employers", IAPP, May 3, 2010

"Labor Department Inches Closer to Providing Target Date Guidance", InvestmentNews, April 28, 2010

"Health Reform Changes for Employees Could Start Immediately", IFAwebnews.com, April 13, 2010

"Judge Boots Sec Lending Case Against State Street", Ignites, March 29, 2010
"Rep or Fiduciary?  Labor Department Says, 'Choose'", InvestmentNews, March 15, 2010

"Practice Management:  New Rules Likely To Shake Up IRA Advice", DowJones Newswires, March 3, 2010

"Industry Eyes Lawsuits Over Pension Investment", FT.com, January 12, 2010

"ERISA Litigation Affects Plan Administration:  An Interview With Marcia S. Wagner, Esq.", 401(k) Advisor, December 2009

"He Gets Riled About Risk", InvestmentNews, December 14, 2009

"U.S. Labor Department Further Extends Effective Date of Rules on Investment Advice", U.S. Department of Labor News Release, November 23, 2009

"Senate to Address Conflicts in Proprietary Target Funds", Investmentnews.com, October 27, 2009

"No Changes Needed to ERISA", Fundaction.com, October 12, 2009

"Practice Management:  Retirement Plan Rules Help Independents", Dow Jones Newswires, September 16, 2009

"Labor Department Drops Bush Administration Proposed Retirement Advice Rule", <u>Dow Jones Newswires</u>, September 14, 2009

"Practice Management:  Bills Could Shake Up Retirement Industry", <u>Dow Jones Newswires</u>, June 16, 2009

"Compliance Watch:  Watch What You Say About Retirement", <u>Dow Jones Newswires</u>, April 21, 2009

"Target-Date Funds Could Fall Under ERISA", <u>Pension & Investments</u>, April 20, 2009

"Fiduciary Responsibility:  DOL's Advice Rule Would Devastate 401(k) Plan Savings", <u>Pension & Benefits Daily</u>, March 12, 2009

"Seen and Heard:  Rollovers and Reptiles Take Center Stage at CFDD", <u>The401kWire.com</u>, October 20, 2008

"Crucial Court Case May Spur 401(k) Lawsuits", <u>InvestmentNews</u>, October 14, 2008

"Putnam Event Draws Golden DC Advisors, Thought Leaders", <u>The401kWire.com</u>, June 17, 2008

"State Street Subprime Damages May Reach 12 Times Reserve Amount", <u>Bloomberg.com</u>, May 8, 2008

"Fiduciary Principles Should Apply In Selecting and Monitoring Target Funds", <u>Pension & Benefits Daily</u>, March 17, 2008

"Speakers Oppose Proposed Changes to Treatment of Insurance in Deferred Compensation", <u>Tax Analysts</u>, December 7, 2007

"Proposal Undercuts Retirement Savings of the Disabled, Speakers Tell IRS Panel", <u>Pension & Benefits Daily</u>, December 7, 2007

"Practitioners to Tell IRS Proposed Rule is Adverse to Retirement Income of Disabled", <u>Pension & Benefits Daily</u>, December 5, 2007

"Providers Said to Weigh QDIA-Only Platform", <u>Defined Contribution & Savings Plan Alert</u>, November 12, 2007

"Understanding Exposure Changing Roles, Lawsuits May Point to Increase in Liability for Advisers", <u>InvestmentNews</u>, November 12, 2007

"Going the Distance for Health Savings", <u>HR Magazine</u>, March 2007

"Morgan Execs Back Off Plan to Switch Out of Own Fund", <u>Pensions and Investments</u>, April 5, 2004

"The Shame of Mutual Funds", <u>Newsweek</u>, September 29, 2003

"Institutions Ready to Pull the Plug if Claims are True", <u>Pensions and Investments</u>, September 15, 2003

"Attorney Claims Combs Changed Mind on Fiduciary Restrictions", <u>Pensions and Investments</u>, September 1, 2003

"Advice and Dissent", <u>Institutional Investor</u>, March 2002

"Attorneys Can Put More Money Tax-Free into Retirement Plans", <u>Lawyers Weekly USA</u>, July 2001

"Law Firms, Other Businesses Must Revise Retirement Plans", <u>Lawyers Weekly USA</u>, May 2001

"Counsel Fees in ERISA Case Denied by Judge", <u>Massachusetts Lawyers Weekly</u>, October 25, 1999

"Keogh Panic", <u>Forbes</u>, August 10, 1998

"TCW Wins Approval to Advise 401(k) Clients", <u>The New York Times</u>, November 2, 1997

"TCW Gets Permission from Labor Department to Give 401(k) Advice", <u>Bloomberg, L.P.</u>, October 1997

**Seminars and Presented Papers**

"Cybersecurity Guidance from DOL" (Marcia presented virtually) Webinar for HUB International, October 20, 2021

"Tidbits for Employment Lawyers", (Marcia presented virtually) NELA/NY Fall Virtual Conference on Representing Employees, October 1, 2021

"Institutional Investor's Retirement Plan Advisors Summit", (Marcia presented virtually) September 23, 2021

"2021 Fiduciary Excellence Forum", (Marcia participated virtually and was on a panel with other individuals) March 24, 2021

"Qualified Domestic Relations Orders", Massachusetts Continuing Legal Education (MCLE) Seminar: Pensions & QDROs, December 9, 2020 (Boston, MA)

"COBRA Notice Litigation", ACI's 18th Annual ERISA Litigation Conference, November 19, 2020 (New York, New York)

"Anti-Assignment", American Conference Institute (ACI) ERISA Litigation Conference, November 22, 2019 (New York, NY)

"ERISA Litigation Affecting Defined Benefit Plans", 2019 Annual Enrolled Actuaries Meeting, April 7 - 10, 2019 (Washington, D.C.)

"Legislative and Regulatory Update – Find Out What You Don't Know?", Pensions & Investments Conference, April 4, 2019 (Dallas, Texas)

"Do You Know What You Don't Know?", Pension & Investments DC Investment Lineup, April 4, 2019 (Dallas, Texas)

"IRS Audits of Employee Benefit Plans: Audit CAP", Strafford CLE Webinar, November 14, 2018

"The Future of the Retirement Industry", Webinar, September 7, 2018

"Common Audit Issues and What Do Benefits Professionals Need to Know About Tax Reform?", ASPPA Benefits Council (ABC) of New England, September 6, 2018 (Waltham, MA)

"Benefits Legislation – Existing and Proposed", Millennium Partners Client Appreciation Event, August 23, 2018 (Newport, Rhode Island)

"Top Ten Retirement Plan Administration Mistakes? What They Are, Why They Happen & How To Fix Them!", Podcast for 401(k)fridays.com, June 2018

"What Do Benefits Professionals Need to Know About Tax Reform?", 2018 BPAS Partner Conference, June 13, 2018 (Philadelphia, Pennsylvania)

"Common Audit Issues", Society of Financial Services Professionals of New York City Chapter Lunch & Learn Event, May 23, 2018 (New York, NY)

Raymond James Retirement Plan Advisory Council Meeting, January 19, 2018 (St. Petersburg, Florida)

"ERISA Considerations for Employment Attorneys", MCLE: 20th Annual Employment Law Conference 2017, December 8, 2018 (Boston, MA)

"Legal Issues and Improvement Opportunities in Retirement Plans", Webinar for SNL Knowledge Center, a Division of S&P Global Market Intelligence, October 31, 2017

"Washington Update", Co-Speaker at the 2017 PLANADVISER National Conference, October 11-13, 2017 (Orlando, Florida)

"DOL Fiduciary Rule: Impact on Retirement Plan Sponsors, Plan Advisers and Service Providers", Webinar for Strafford, September 28, 2017

"IA Watch's "Commitment to Compliance" Conference", September 18, 2017 (Boston, MA)

"The Impact of the New Fiduciary Rule", Webinar for Retirement Experts Network, August 08, 2017

"ERISA Revenue Sharing Arrangements:  Avoiding Plan Asset Status, Complying With Due Diligence Requirements," Webinar for Stafford Live CLE Webinars, July 18, 2017

"Boston Business Women's 2017 BE BOLD Conference", <u>The Wagner Law Group, sponsor</u>, and <u>Marcia S. Wagner, speaker</u>, May 17, 2017, (Boston, MA)

"The New Fiduciary Rule:  What Do You Need to Know and Do Know?", Morningstar Institutional Conference, March 9, 2017 (San Antonio, Texas)

"The New Fiduciary Rules:  What Do You Need to Know and Do Know?", Webinar for IMCA International, January 31, 2017

"DOL Fiduciary Rule – "Real Life Impacts to Your Practice", GRP Advisor Alliance National Conference, January 28, 2017 (Phoenix, AZ)

"Regulation, Legislation and Litigation Concerning the Retirement Plan Industry:  The Legal and Political Arena for 2017", The DCIO Leadership Summit, January 24, 2017 (Boston, Massachusetts)

"The New DOL Fiduciary Rules: What Do You Need to Know and Do Now?", Webinar for AI Insight, January 12, 2017

"DOL Fiduciary Rule Presentation – 2016 BDC Closed-End Fund and Private Equity Due Diligence Meeting", sponsored by Snyder Kearney LLC, December 13, 2016, (Miami Beach, FL)

<u>Fiduciary Facebook Live</u> – Marcia Wagner interviewed live on Facebook along with Department of Labor Assistant Secretary Timothy Hauser, sponsored by MarketWatch, December 8, 2016

"CSC SNL 401(k) Webinar", Webinar for Commerce Street Capital, October 13, 2016

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", 2016 Envestnet Alliance Executive Summit, September 29, 2016 (Charleston, South Carolina)

"IRA Rollovers:  Aggregate, Segregate, Document, Communicate, and Education", Envestnet Retirement Symposium, September 28, 2016 (Chicago, Illinois)

"DOL Landscape:  Challenges and Opportunities", Envestnet Retirement Symposium, September 27, 2016 (Chicago, Illinois)

"The New Fiduciary Rule:  What Do You Need to Know and Do Now?", ADISA 2016 Annual Conference & Trade Show, September 26, 2016 (Las Vegas, Nevada)

"Fiduciary Developments Affecting 403(b) Plans – What Do You Need to Know?", Webinar for Heffernan Retirement Services, September 23, 2016

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", Vestmark Client Summit, September 23, 2016 (Boston, MA)

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", New Orleans Estate Planning Council Meeting, September 19, 2016 (New Orleans, Louisiana)

"The New DOL Fiduciary Rule and Government Initiatives", 2016 FPA Fall Annual Conference, September 16, 2016 (Baltimore, Maryland)

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", Think Advisor/The National Underwriter Company Webinar, August 24, 2016

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", Strafford New DOL Fiduciary Rule Webinar, August 23, 2016

"The Household Balance Sheet$^{SM}$ View and the New DOL Fiduciary Rule", RIIA Summer Conference, July 19, 2016 (Salem, MA)

"The Department of Labor's New Fiduciary Duty Rule:  How Your Business Must Change – Beyond the BICE", July 18, 2016 (New York, NY)

"So You Think You Know the Fiduciary Rule?" LIMRA Virtual Town Hall Webinar, July 12, 2016

"Survival – With Marcia Wagner of The Wagner Law Group", Podcast for LeftFoot, June 23, 2016

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", Webinar for BayState Financial, May 31, 2016

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", Webinar for MoneyGuidePro, May 25, 2016

"The New Fiduciary Rules:  What Do You Need To Know?", Webinar for Association of Corporate Counsel, May 25, 2016

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", 2016 PIE Symposium, May 12, 2016 (Charleston, South Carolina)

"The New Fiduciary Rules:  What Do TPAs Need to Know and Do Now?", Webinar for National Institute of Pension Administrators (NIPA), May 10, 2016

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", Webinar for Principal, May 4, 2016

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", 2016 LIMRA LOMA Secure Retirement Institute DOL Fiduciary Rule Symposium, May 3, 2016 (Boston, MA)

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", Webinar, April 20, 2016

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", Webinar with Kevin Knull, CFP, MoneyGuide Pro, April 19, 2016

Spoke at Conference of Consulting Actuaries, April 12, 2016 (Washington, DC)

"The Fiduciary Rule:  What Are the Practical Implications, What Should You Have Done Yesterday and What Should You Do Now?", Webinar with Kevin Knull, CFP, MoneyGuide Pro, March 24, 2016

"Your ERISA Attorney Isn't Going Anywhere Anytime Soon", Pensions & Investments 2016 East Coast Defined Contribution Conference, March 8, 2016 (Miami, Florida)

"Washington Update:  New DOL and Governmental Initiatives", AXA 401(k) Producer Summit, March 7, 2016 (Santa Monica, California)

"Avoiding A Fiduciary Trap in Your Call Center", Webinar, February 25, 2016

"Washington Update:  New DOL and Governmental Initiatives", DCIO Best Practices Summit (Financial Research Associates), January 28, 2016 (Boston, Massachusetts)

"How Will Washington DC Affect Your Plans? A Regulatory Update From the Hill", Northern Trust - Boston DC Investor Event, January 27, 2016 (Boston, Massachusetts)

"Washington Update:  New DOL and Governmental Initiatives", 2016 AXA Western Pension Conference, January 26, 2016 (Las Vegas, Nevada)

"Washington Update:  New DOL and Governmental Initiatives", Financial Planning Association of Central Florida Symposium, January 25, 2016 (Lake Mary, Florida)

"401(k) Plan Nondiscrimination Testing:  Guidance for Employee Benefits Counsel", ERISA Webinar for Strafford Publications, Inc., January 13, 2016

"Washington Update: New DOL and Governmental Initiatives" WisdomTree Asset Management Meeting, January 5, 2016 (Miami, Florida)

"Washington Update: New DOL and Governmental Initiatives", The MarketCounsel Summit 2015, December 9, 2015 (Miami, Florida)

"Pension Benefits Considerations for Multinational Companies: Cross-Border Issues in the Global Economy", 2015 HLB North American Tax Conference and U.S Audit Group Meeting, December 4, 2015 (Coral Gables, Florida)

"Washington Update: New DOL and Governmental Initiatives", 401(k) Coach Big Idea Focus Group, December 3, 2015 (New Orleans, Louisiana)

"Thinking Outside The Box:  Is It Dangerous For You & Your Plan?", Defined Contribution Summit, November 17, 2015 (New York, New York)

"(Almost) Everything You Need to Know About PEOs", 2015 ASPPA Annual Conference, October 20, 2015 (National Harbor, Maryland)

"DOL's Fiduciary Rule & Rollovers", 2015 PlanAdviser National Conference, September 29, 2015 (Orlando, Florida)

"Washington Update:  New DOL and Governmental Initiatives", National Association for Financial Planners Conference, September 28, 2015 (Boston, Massachusetts)

"Newly Proposed DOL Fiduciary Rule:  Moving to a Universal Fiduciary Standard", Webinar for 401(k) Coach, August 25, 2015

"Newly Proposed DOL Fiduciary Rule:  Moving to a Universal Fiduciary Standard", Center for Retirement Research at Boston College, July 27, 2015 (Boston, Massachusetts)

"Newly Proposed DOL Fiduciary Rule:  Moving to a Universal Fiduciary Standard", LPL Financial Focus 2015 Conference, July, 26, 2015 (Boston, Massachusetts)

"Real Success – In Business and Life", "My Experience Starting A Business in the Retirement Plan Industry" and "Presentation to ASPPA Women

Business Leaders Forum", ASPPA Women Business Leaders Forum, June 8, 2015 (Charleston, South Carolina)

"Talking Points", Plan Sponsor National Conference, June 2, 2015 (Chicago, Illinois)

"Customized Models for 3(16) Fiduciaries", 2015 TPA Partners Conference, May 13, 2015 (Tucson, Arizona)

"Newly Proposed DOL Fiduciary Rule: Webinar for Moving to a Universal Fiduciary Standard", ERISA & Investment Management Law, April 29, 2015

"ERISA Revenue Sharing Arrangements: Avoiding Plan Asset Status, Complying With Due Diligence Requirements", Webinar for Stafford Publications, Inc., March 11, 2015

"Clouds on the Horizon as ERISA Turns 40", BNA/Bloomberg Tax Advisory Meeting, November 20, 2014 (Washington, DC)

"Important Pension Changes – Washington & Regulatory Update", Charles Schwab Impact 2014 Conference, November 5, 2014 (Denver, Colorado)

"ERISA Compliance & Errors: Top Ten Mistakes from an Auditor/CPA Perspective", 2014 CFDD Conference, October 17, 2014 (San Antonio, Texas)

"Transformation of Active Management in DC Plans New Active Investment Solutions", 2014 CFDD Conference, October 16, 2014 (San Antonio, Texas)

"Participant Advice & The Brokerage Window", 2014 CFDD Conference, October 16, 2014 (San Antonio, Texas)

"State & Federal Threats to the Private Retirement System", 2014 CFDD Conference, October 16, 2014 (San Antonio, Texas)

"HSAs & Retirement Plan Advisors: A Legal, Fiduciary & Best Practices Perspective", 2014 CFDD Conference, October 14, 2014 (San Antonio, Texas)

"ERISA Landscape - Plan Sponsor Issues Caring for Participants", Envestnet Retirement Symposium, September 24, 2014 (Chicago, IL)

"Recent ERISA Litigation and Related Title I Issues", Webinar for Bloomberg BNA, August 26, 2014

"Enhanced Service Opportunities Related to ERISA Plans", HA&W Wealth Management LLC, August 5, 2014 (Atlanta, Georgia)

"Critical Pension Changes from D.C. – What Do You Need to Know?",

Retirement Alliance Annual Summit, July 16, 2014 (Meredith, New Hampshire)

"Critical Pension Changes from D.C. – What Do You Need to Know?", Janney Montgomery Retirement Meeting, June 26, 2014 (Baltimore, Maryland)

"Critical Pension Changes from D.C. – What Do You Need to Know", Presentations for John Hancock Financial Services, June 16, 2014 (Salt Lake City, Utah)

"Retirement Plan Game Changers:  What Advisors Need To Know", Commonwealth Retirement Symposium, June 3, 2014 (Boston, MA)

"ERISA Compliance and Errors – Top Ten Mistakes", CTCPA Employee Benefit Plans Conference, May 20, 2014 (Rocky Hill, Connecticut)

"Critical Pension Changes from D.C. – What Do You Need to Know?", Strategic Pension Services, LLC Advanced Advisor Symposium, May 8, 2014 (Poughkeepsie, New York)

"What the Next Few Years Hold for 401(k) Plans and Retirement Savings and What It Means for Advisors and Their Clients", ICMAs 2014 Annual Conference, May 5, 2014 (Boston, MA)

Workshop 1:  "Longevity Planning in Retirement Plans";
"General Session 2: Legal Panel" (panel discussion), 2014 NAPA 401(k) SummitNew, March 23, 2014, (New Orleans, Louisiana)

"The Do's, Don'ts and Best Practices for 3(16), 3(21) and 3(38) Fiduciaries", Webinar - Part 2-3(16), 3(21) and 3(38) for TransAmerica Retirement Solutions, March 18, 2014

"ERISA Revenue-Sharing Arrangements: Due Diligence Process and Alternative Pricing Models", Webinar for Strafford Publications, Inc., March 11, 2014

"ERISA Compliance and Errors – Top Ten Mistakes", 2013 AICPA Employee Benefit Plans Accounting, December 12, 2013 (Washington DC)

"Advantages of Micro Defined Benefit Plans", Webinar for Dedicated Defined Benefit Services, November 15, 2013

"Important Pension Changes from D.C. – Regulatory Update", Presentation for Retirement Plan Administrators, LLC, November 14, 2013 (Atlanta, Georgia)

"Legislative Update:  Year-End Review of Legal Changes Affecting Benefits Plans", Presentation for Legislative Update for Worldwide Employee Benefits, November 14, 2013(Atlanta, Georgia)

"Delivering Value in a Target-Date Dominated World", Webinar for PLANADVISER/Blackrock, November 13, 2013

"Important Pension Changes from D.C. – What Do You Need To Know?", Speaking Engagements for John Hancock Retirement Services (Sponsored by Legg Mason), November 13, 2013 (Boston, MA, Providence, RI and Newton, MA)

"Important Pension Changes from D.C. – What Do You Need To Know?", Speaking event for John Hancock Financial Services, October 15, 2013 (Charlotte, North Carolina)

"The Politics of Retirement – A Washington Update", Speaking event for Eaton Vance, October 10, 2013 (San Diego and Irvine, California)

"How Washington's Policy Initiatives Could Impact The Retirement Plans Industry" and "Custom Solutions: Legal, Compliance and Disclosure", 2013 CFDD Conference, October 7, 2013 (San Antonio, Texas)

"What Trustees In Bankruptcy Need To Know About Pension Plans", Webinar for PenChecks 2013 Expert Series, September 18, 2013

"Tax and Benefit Reform Proposals", PlanAdviser National Conference 2013, September 9, 2013 (Orlando, Florida)

"The Politics of Retirement – A Washington Update", Sii Investments National Sales Conference Friday, August 16, 2013 (Las Vegas, Nevada)

"ERISA Law Update", Retirement Alliance, Inc. 2013 Advisor Summit, July 22, 2013 (Meredith, NH)

"Complying With PPACA",Webinar, June 25, 2013

The New England Broker Dealer/Investment Adviser Association, Inc. (NEBDIAA) Panel Discussion, June 20, 2013 (Boston, MA)

"The Different Roles and Responsibilities of 3(16), 3(21) and 3(38) Fiduciaries", Webinar for Transamerica Speakers Bureau, June 18, 2013

"The Changing DC Landscape:  How Regulation Is Changing The Face Of The DC Plan", Inside Indexing Second Annual Conference 2013, June 17, 2013 (Boston, MA)

"A Plan Sponsor's Fiduciary Calling:  Improving the Retirement Readiness of Plan Participants", Webinar for LPL Financial, June 4, 2013

"Promoting and Evaluating The Success of Your Plan", Webinar for Legg Mason, May 30, 2013

"Important Pension Changes from D.C. – What Do You Need To Know?", Speaking Event for The Robertson Group, May 29, 2013 (Columbus and Dublin, Ohio)

"Important Pension Changes from D.C. – What Do You Need To Know?", Power Speaking Events for John Hancock Financial Network, May 28, 2013 (Troy & Bloomfield Hills, Michigan)

"Complying with PPACA", Webinar for SourceMedia, May 22, 2013

Black Rock DC Leaders Circle, May 20, 2013 (New York, New York)

"Target Date Funds and Plan Sponsor Responsibilities", Webinar for ByAllAccounts, May 16, 2013

Black Rock DC Leaders Circle, May 9, 2013 (San Francisco, California)

"The Politics of Retirement – A Washington Update", Precept Advisory Group, LLC, May 8, 2013 (Santa Clara, California)

"Target Date Funds and Plan Sponsor Responsibilities", Seminar for New England Employee Benefits Council, April 26, 2013 (Waltham, MA)

"Lifetime Income – Prudent Production Selection and Monitoring for Strong Outcomes", TIAA-CREF Client Forum 2013, April 24, 2013 (Marco Island, Florida)

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock Financial Network, April 18, 2013 (Indianapolis, Indiana and Cincinnati, Ohio)

"Transferring the Margins on Retirement Plan Investments", Webinar for BPAS, April 9, 2013

"What do Corporate Counsel Need to Know about ERISA/Employee Benefits Matters?", Harvard Law School Association of Massachusetts and In-House Counsel Network, Harvard Law School, April 5, 2013 (Cambridge, MA)

"Best Practices for Producing and Managing Rollover Business – The Fiduciary Advisor's Rollover Toolkit", Webinar for 401(k) Coach Program, March 27, 2013

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock Financial Network, March 20-21, 2013 (Chicago, Illinois)

"How Can You Accept Rollover Business From A 401(k) Plan" and "Legal Eagles", NAPA/ASPPA 401(k) Summit, March 4, 2013 (Las Vegas, Nevada)

"The Evolving ERISA Fiduciary Standard – What Do You Need To Know?", Webinar for ByAllAccounts, February 28, 2013

"Default Investments – Target Date Funds", Financial Research Associates, LLC 7th Annual Target-Date Funds Forum, February 26, 2013 (Boston, MA)

"Getting Ready for Fee Disclosures, DOL Audits and Other ERISA Issues", Workplace Benefits Renaissance Conference, February 12, 2013 (Atlantic City, New Jersey)

"Practitioner Viewpoint:  Turning the Tables – Practitioner Issues for DOL Consideration", Joint Meeting of the IRS TE/GE Councils, February 7, 2013 (Baltimore, Maryland)

"Important Pension Changes from D.C. – What Do You Need To Know?" and "The Politics of Retirement – A Washington Update", Two Presentations at UBS Fiduciary Forum, February 1, 2013 (Atlanta, GA)

"The Politics of Retirement – A Washington Update", Webinar for Eaton Vance, January 31, 2013

"Overview of ERISA" A Perspective on 401(k) Issues and Pitfalls for 2013", Webinar for One Capital Management, January 30, 2013

"The Politics of Retirement – A Washington Update", Financial Research Associates 6th Annual Profit-Driven Strategies in the DCIO Market, January 28, 2013 (Boston, MA)

"Retirement Plans – Current Developments & Common Myths", ASPPA Benefits Council New England, November 15, 2012 (Nashua, NH)

"Qualified Domestic Relations Orders", MCLE Program - Employment Compensation in Divorce Cases, November 12, 2012

"The Politics of Retirement – A Washington Update", Presentation for Eaton Vance, November 6, 2012 (Westlake, TX)

"The Politics of Retirement – A Washington Update", CFDD 2012 Advisor Conference, October 24, 2012 (Chicago, IL)

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock Mixer Meetings, October 11, 2012 (Denver, CO)

"Round Table Discussion with Q&A", BlackRock DC Masters Circle, October 10, 2012 (New York, NY)

"The Fiduciary Adviser's Rollover Toolkit", Webinar for 401(k) Coach, October 9, 2012

"The Politics of Retirement – A Washington Update", Presentations for Eaton Vance, October 4, 2012 (San Jose and San Francisco, CA)

"The Politics of Retirement – A Washington Update", Presentations for Eaton Vance, October 3, 2012 (Denver, CO)

"Important Pension Changes from D.C. – What Do You Need To Know?", National Pension Consultants Study Group, September 28, 2012 (Charlestown, MA)

"Important Pension Changes from DC – What Do You Need To Know?", EANE Compensation & Benefits Conference, September 12, 2012 (Sturbridge, MA)

"The Politics of Retirement – A Washington Update", 2012 PLANADVISER National Conference, September 10, 2012 (Orlando, FL)

"The Politics of Retirement – A Washington Update", Presentations for Eaton Vance, August 28 and 29, 2012 (Atlanta, Georgia)

"The Politics of Retirement – A Washington Update", 2012 Raymond James Advanced Retirement Plan Symposium, August 16, 2012 (Boston, MA)

"The Politics of Retirement – A Washington Update", 2012 Retirement Alliance Advisor Summit, July 25, 2012 (Meredith, NH)

"Analyzing Emerging Fiduciary Law and Anticipating Its Impact on Investment Strategy", 2012 U.S. Pensions Summit, July 24, 2012 (Chicago, IL)

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock Mixer Meetings, July 17, 2012 (Columbus, OH and Dayton, OH)

"Fee Disclosure", Webinar for Employers Association of the NorthEast, July 13, 2012

"The Politics of Retirement – A Washington Update", The Politics of Retirement, June 19, 2012 (Boston, MA)

"Guidance on Deferred Compensation:  IRC 409A and IRC 457", Massachusetts Continuing Legal Education (MCLE) Seminar ~ Executive Compensation Law, June 19, 2012 (Boston, MA)

"The Politics of Retirement – A Washington Update", UBS Defined Contribution Advisor Forum, June 15, 2012 (Boston, MA)

"Important Pension Changes from D.C. – What Do You Need To Know?", Janney Montgomery Scott, LLP:  Advanced 401(k) Seminar, June 7, 2012 (Baltimore, MD)

"408(b)(2) Disclosures – What Do You Need To Know?", Webinar for Williams Financial Advisor Group, May 30 and 31, 2012

"Important Pension Changes from D.C. – What Do You Need To Know?", Annual Planning Meeting of The Retirement Advisor Council, May 24, 2012 (Hartford, CT)

"Pension Plans:  Everything You Need To Know, But Were Afraid To Ask", CEBS Boston Chapter, Retirement Plan Fundamentals Session, May 23, 2012 (Norwood, MA)

"The Politics of Retirement – A Washington Update", 2012 Chicago Fiduciary Summit, May 16, 2012 (Rosemont, IL)

"Important Pension Changes from D.C. – What Do You Need To Know?", BlackRock DC Leaders Circle Conference, May 15, 2012 (New York, NY)

"Important Pension Changes from D.C. – What Do You Need To Know?", BlackRock DC Leaders Circle Conference, May 8, 2012 (San Francisco, CA)

"Integrating ERISA Into Your Compliance Systems", 2012 NSCP Regional Meeting, May 7, 2012 (New York, NY)

"Important Pension Changes from D.C. – What Do You Need To Know?", ProEquities National Business Builder's Conference, May 2, 2012 (Hollywood, FL)

"Moving Beyond 401(k):  Developing a Defined Benefit Advisory Practice", 2012 fi360 Conference, April 26, 2012 (Chicago, IL)

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock 2012 Spring Masters Meeting, April 25, 2012 (Chicago, IL)

"Integrating ERISA Into Your Compliance Systems", 2012 NSCP Regional Meeting, April 2, 2012 (Boston, MA)

"The Politics of Retirement – A Washington Update", Presented for MassMutual, Sponsored by Eaton Vance, March 28, 2012 (New York, NY, Short Hills, NJ and Wayne, PA)

"The Year of Disclosure:  New Retirement Plan Regulations Impacting 401(k) and 403(b) Plans", New England Employee Benefits Council Seminar, March 9, 2012 (Waltham, MA)

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock Mixer Meetings, February 8, 2012 (Pittsburgh, PA)

"Important Pension Changes from D.C. – What Do You Need To Know?", TD AmeriTrade Institutional/2012 National Conference, February 3, 2012 (Orlando, FL)

"New Opportunities in the DCIO Market", Financial Research Associates, LLC 5th Annual New Opportunities in the DCIO Market, January 23, 2012 (Boston, MA)

"Tackling The DOL's New Rules in 2012 – What You Need to Know to Stay Ahead", Webinar for BlackRock and PlanAdviser, December 1, 2011

"Important Pension Changes from D.C. – What Do You Need To Know?", Broadridge 2011 Annual Regional Meeting Series, November 30, 2011 (Boston, MA)

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock Mixer Meeting, November 15, 2011 (Memphis, TN)

"Plan Fees and Fiduciary Responsibilities – Preparing for the New Rules", 1st Global's National Conference 2011, November 14, 2011 (Salt Lake City, UT)

"Navigating the New Realities of 401(k) Participant Education", Webinar for Legg Mason, October 20, 2011

"Techniques To Help Advisors Consult To The Fastest Growing DC Plan Market"; "Prospecting The 403(b) Market For Companion DB Plan Business", CFDD 2011 Advisor Conference, October 18, 2011 (Chicago, IL)

"Basics of ERISA", 2011 NSCP National Meeting, October 17, 2011 (Baltimore, MD)

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock Mixer Meeting, October 13, 2011 (Walnut Creek, CA)

"Important Pension Changes from D.C.  – What Do You Need To Know?", John Hancock Mixer Meeting, October 12, 2011 (San Mateo, CA)

"Guidance on Deferred Compensation:  IRC 409A and IRC 457", Toscano & Ardito, CPA, October 11, 2011 (North Andover, MA)

"Important Pension Changes from D.C. – What Do You Need To Know?",
John Hancock 2011 Retirement Plan Networking Mixer, September 22, 2011
(West Conshohocken, PA and King of Prussia, PA)

"Washington Update:  Fiduciary Definition and Retirement Income",
2011 PlanAdviser National Conference, September 14, 2011 (Orlando, FL)

"How Women and Diversity Add Value to Your Practice", Broadridge
Women's Leadership Forum 2011 Matrix "Get Connected" Conference,
August 22, 2011 (Keystone, CO)

"Important Pension Changes from D.C. – What Do You Need To Know?",
2011 Matrix "Get Connected" Conference, August 21, 2011 (Keystone, CO)

"Important Pension Changes from D.C. – What Do You Need To Know?",
John Hancock Mixer Meeting, August 11, 2011 (Beachwood, OH)

"Important Pension Changes from D.C. – What Do You Need To Know?",
Navigator 401(k) Symposium, on behalf of Clark Capital Management
Group, Inc., August 4, 2011 (Philadelphia, PA)

"Overview of ERISA Fiduciary Responsibility and Liability and Best
Practices", Retirement Alliance 2011 Advisor Summit, July 27, 2011
(Meredith, NH)

"Plotting the Points and Staying the Course:  Analyzing Emerging Financial
Regulations and Anticipating its Impact on Investment Strategy", U.S.
Pensions Summit 2011, July 20, 2011 (Chicago, IL)

"BlackRock 2011 Defined Contribution Survey Results Shifting Focus:
From Retirement Savings to Retirement Income", Webinar for BlackRock,
Inc., June 28, 2011

"Washington Update: The Changing Face of 401(k) Plan Regulation",
Webinar for Women in Pensions Network, June 23, 2011

"Guidance on Deferred Compensation:  IRC 409A and IRC 457", Webinar
for The 401k Coach Program Year One, Session 3, June 22, 2011

"Important Pension Changes from D.C. – What Do You Need To Know?",
Commonwealth Financial Network Symposium, June 21, 2011 (Boston, MA)

"Important Pension Changes:  What Do You Need To Know?", Janney
Montgomery Scott, LLP:  Advanced 401(k) Seminar, June 16, 2011
(Baltimore, Maryland)

"Evolving Best Practices for 403(b) Plan Fiduciaries", Fiduciary Investment
Advisors - 2011 Client Conference, June 15, 2011 (Westbrook, Connecticut)

"Overview of ERISA Fiduciary Responsibility and Liability and Best Practices", Seminar for TD AmeriTrade Trust Company, June 9, 2011 (San Francisco, CA)

"Washington Update:  What Do You Need To Know?", Washington Legal Update for MassMutual, sponsored by Eaton Vance, June 7 and June 8, 2011 (Stamford, CT, New York City, Wayne, Pennsylvania and West Orange, New Jersey)

"Best Practices:  Compliance with Retirement Issues", 2011 NSCP East Coast Regional Meeting, June 6, 2011 (New York, New York)

"Overview of ERISA Fiduciary Responsibility and Liability and Best Practices", Seminar for TD AmeriTrade Trust Company, June 1, 2011 (Philadelphia, Pennsylvania)

"Guidance on Deferred Compensation:  IRC 409A and IRC 457", 2011 FICPA Employee Benefit Plans Conference, May 26, 2011 (Orlando, Florida)

"Lifetime Income Options", DC Plan Participants Attitudes and Behavior Panel Discussion for BlackRock, May 18, 2011 (New York, New York)

"Fiduciary Liability Insurance, Bonding, Service Agreements and Warranties", 2011 fi360 Conference, May 5, 2011 (San Antonio, Texas)

"Important Pension Changes from D.C. - What Do You Need To Know?", Allianz Retirement Summit, May 3, 2011 (Dallas, Texas)

"Important Pension Changes from D.C. - What Do You Need To Know?", John Hancock 2011 Retirement Plan Networking Mixer, April 28, 2011 (Cleveland, Ohio)

"Important Pension Changes from D.C. - What Do You Need To Know?", John Hancock 2011 Retirement Plan Networking Mixer, April 27, 2011 (Indianapolis, Indiana)

"Washington Update:  The Changing Face of 401(k) Plan Regulation", Webinar for Legg Mason, April 26, 2011

"Important Pension Changes from D.C. - What Do You Need To Know?", Wilmington Trust Partners for Success Conference, April 14, 2011 (Scottsdale, Arizona)

"Important Pension Changes from D.C. - What Do You Need To Know?", John Hancock Financial Network - 401(k) Masters Program, April 13, 2011 (Boston, MA)

"Significant Department of Labor Regulatory Changes", Lockton Financial Advisors/Investment Advisors Conference, April 12, 2011 (Dallas, Texas)

"Important Pension Changes from D.C. - What Do You Need To Know?", LPL April Symposium, April 11, 2011 (Scottsdale, Arizona)

"Important Pension Changes from D.C. - What Do You Need To Know?", Bank of America Merrill Lynch's Inaugural Defined Contribution Designated Financial Advisor Event, April 5, 2011 (Orlando, FL)

"Overview of Fiduciary Responsibilities and Best Practices", Conference for UBS Institutional Consulting, presented by The Vierra Group, March 30, 2011 (Quincy, MA)

"Important Pension Changes from D.C. - What Do You Need To Know?", 2011 Newport Advisor Conference, March 24, 2011 (Naples, FL)

"ERISA Litigation and Trends Update", UBS Retirement Roundtable Meeting Western Division, March 22, 2011 (Coronado, CA)

"ERISA Litigation and Trends Update", UBS Retirement Roundtable Meeting Eastern Division, March 15, 2011 (Naples, Florida)

"Retirement - Laws as They Pertain to the Employer & Worker", SHRM Employment Law and Legislative Conference, March 14, 2011 (Washington, DC)

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock Retirement Plan Services Networking Mixer, February 22 and 23, 2011 (Kansas City, Missouri and Omaha, Nebraska)

"ERISA for Employment Lawyers", MCLE Seminar, February 15, 2011 (Boston, Massachusetts)

"What You Need To Know About Healthcare Reform Compliance", Hospitality Law Conference, February 10, 2011 (Houston, Texas)

"Important Pension Changes from D.C. – What Do You Need To Know?", Webinar for PIMCO Corporate Executive Board's Retirement Services, January 31, 2011

"Fee Transparency and Best Practices for Plan Sponsors", Webinar for Legg Mason, December 14, 2010

"What is New in DC:  The Most Critical Items to the Obama Administration", Webinar for John Hancock Retirement Services' "Ask the Expert", December 7, 2010

"What is New in DC:  The Most Critical Items to the Obama Administration", 1st Global Conference, November 15, 2010 (San Antonio, Texas)

"What is New in DC:  The Most Critical Items to the Obama Administration", NRP 2010 Annual Conference, November 6, 2010 (Palm Springs, California)

"Congressional and Regulatory Changes to Target Date Funds", Webinar for BNA, October 27, 2010

"Pension Plans:  Everything You Need To Know, But Were Afraid To Ask", Greater Boston Chapter of International CEBS Society, October 21, 2010 (Norwood, MA)

"What is New in DC:  The Most Critical Items to the Obama Administration", Webinar for ByAllAccounts, October 19, 2010

"What to Do to Protect Yourself as an Advisor or Plan Sponsor"; "401(k) Industry Update", iShares 401(k) Experience, October 14 and 15, 2010 (San Francisco, California)

"What is New in DC:  The Most Critical Items to the Obama Administration", John Hancock Mixer Meeting, October 12, 2010 (Houston, Texas)

"What is New in DC:  The Most Critical Items to the Obama Administration", iShares 401(k) Experience, October 8, 2010 (San Francisco, California)

"ERISA Litigation and Trends Update"; "Protection of Plan Fiduciaries Through Insurance, Contractually and With Warranties"; "The March to Socialism:  What it Means for the Pension Industry", CFDD 2010 Advisor Conference, October 6 and 7, 2010 (Chicago, Illinois)

"A Fiduciary Guide for Target Date Funds", Webinar for Legg Mason, September 28, 2010

"Pension Plans:  Everything You Need to Know, But Were Afraid to Ask", The AAO-HNSF 2010 Annual Meeting and OTO Expo, September 27, 2010 (Boston, Massachusetts)

"What You Need to Know About Health Care Reform Compliance", National Health Care Reform Conference, September 22, 2010 (Los Angeles, California)

"Keeping Up With DC", PlanAdviser National Conference", September 21, 2010 (Orlando, Florida)

"What You Need to Know About Health Care Reform Compliance", Webinar for HighRoads, September 16, 2010

"What is New in DC:  The Most Critical Items to the Obama Administration", Seminar Sponsored by Putnam Investments for National Retirement Partners, July 29, 2010 (Boston, Massachusetts)

"Interim Final 408(b)(2) Regulations", Webinar for Putnam Investments, July 28, 2010

"Health Care Reform Overview", Webinar for HighRoads, July 21, 2010

"What is New in DC:  The Most Critical Items to the Obama Administration", 401(k) Coach Program Year 1 Session 3 Webinar, July 14, 2010

"Advisory Committee on Tax Exempt and Government Entities (ACT)", ASPPA 2010 Northeast Area Benefits Conference, July 13, 2010 (New York, New York)

"Advisory Committee on Tax Exempt and Government Entities (ACT)", ASPPA 2010 Northeast Area Benefits Conference, July 12, 2010 (Boston, Massachusetts)

"The Top 5 'Hot Fiduciary Topics' Every Financial Advisor Needs to Know", Webinar Sponsored by iShares in 401(k), June 22, 2010

"What's Up in Washington, Effects on You and Your Clients", Webinar for the Women in Pensions Network, June 17, 2010

"Presentation Regarding Report of Employee Benefits Subcommittee of Advisory Committee on Tax Exempt and Government Entities", 23rd Annual Cincinnati Employee Benefits Conference, June 11, 2010 (Cincinnati, Ohio)

"Analysis and Recommendations Regarding the IRS's Determination Letter Program", IRS Advisory Committee on Tax Exempt and Government Entities, June 9, 2010 (IRS National Office, Washington, DC)

"Benchmarking Services:  A Potential Solution to Every 401(k) Plan Fiduciary's Problem", May 20, 2010, Tax Management Compensation Planning Advisory Board Meeting (New York, New York)

"What's Up in Washington, Effects on You and Your Clients", May 19, 2010, John Hancock Sales Acceleration Meeting (Boston, Massachusetts)

"Advisory Committee on Tax Exempt and Government Entities (ACT) - Analysis and Recommendations of the Employee Benefits Subcommittee Regarding the IRS's Determination Letter Program", May 18, 2010, Marcia

made this presentation on behalf of the Internal Revenue Service at the Employee Plans Rulings and Agreements Continuing Professional Education Conference (Indianapolis, Indiana)

"What's Up in Washington, Effects on You and Your Clients", May 6, 2010, John Hancock Educational and Networking Mixer (Seattle, Washington)

"What's Up in Washington, Effects on You and Your Clients", May 5, 2010, John Hancock Educational and Networking Mixer (Portland, Oregon)

"What's Up in Washington, Effects on You and Your Clients", April 29, 2010, John Hancock Scaling New Heights Meeting (Chicago, Illinois)

"Benchmarking Services - A Potential Solutions to Every 401(k) Plan Fiduciary's Problem", April 29, 2010, National Retirement Partners (NRP) 401(k) Plan Benchmarking Webinar

"Best Practices Evolving From ERISA Litigation", April 26, 2010, Oppenheimer Funds, Inc. Retirement Plan Strategic Partner Conference (New York, New York)

"New Form 5500 Requirements, and Benchmarking Your Retirement Plan- What Every Plan Sponsor Needs to Know", April 21, 2010, ING Mid- Market Due Diligence Symposium (Tucson, Arizona)

"Recent Development for 401(k) Plans and Plan Participants:  Target Date Funds, DC Plan Annuitization and Financial Literacy", April 16, 2010, New England Employee Benefit's Council Strategic Connection Series "Helping Retirement Plan Participants Reach Their Goals" (Waltham, Massachusetts)

"New 5500 Form Requirements What Every Plan Sponsor Needs to Know", April 9, 2010, Cafaro Greenleaf Webinar (Boston, Massachusetts)

"Avoiding Conflicts of Interest as You Grow Your Business:  Cross-Selling Practices and Conflicts Under ERISA", April 6, 2010, ASPPA Benefits Council of New England (Waltham, Massachusetts)

"Taxation of Deferred Compensation:  Overview of 409A, 457(b) and 457(f)", February 3, 2010, MCLE Seminar:  Executive Compensation Law, (Boston, Massachusetts)

"ERISA Litigation Matters and Evolving Best Practices", January 21, 2010, Raymond James Financial, Inc. – 2010 Retirement Plan Advisory Council (St. Petersburg, Florida)

"ERISA Litigation Matters and Evolving Best Practices", January 15, 2010, LPL Financial Symposium (San Diego, California)

"Talking Points Podcast Regarding Caterpillar Litigation:  Interview with Marcia Wagner", December 11, 2009, PlanSponsor.com

"Retirement Plans:  Legislative, Regulatory, Judicial Developments", December 4, 2009, Financial Telesis, Inc. Webinar

"Podcast:  A Primer on Fiduciary Liability Insurance and Bonding", November 23, 2009, The 401(k) Coach

"ERISA Litigation Matters and Evolving Best Practices", October 29, 2009, LPL/Legg Mason Retirement Summit (New York, New York)

"ERISA Litigation Matters and Evolving Best Practices", October 21, 2009, The 401(k) Coach Program Webcast

"ERISA Litigation Matters and Evolving Best Practices", John Hancock Retirement Services Event at the New York Stock Exchange, October 20, 2009 (New York, New York)

"Standard Terminations:  Process and Timelines"; "ERISA Litigation Matters and Evolving Best Practices", October 5, 2009, CFDD Advisor Conference (Scottsdale, Arizona)

"ERISA Litigation Matters and Evolving Best Practices", October 2, 2009, IMCA 2009 Fall Professional Development Conference (Atlanta, Georgia)

"Keeping Up With the DOL 401(k) Fee Disclosure, Litigation, Evolving Best Practices", September 25, 2009, Planadviser National Conference (Orlando, Florida)

"ERISA Litigation Matters and Evolving Best Practices", August 17, 2009, The 401(k) Coach Master Program (Tabernash, Colorado)

"ERISA Litigation Matters and Evolving Best Practices", July 24, 2009, 1st Global 2009 Qualified Retirement Plan Summit (Dallas, TX)

"ERISA Litigation Matters and Evolving Best Practices", May 27, 2009, The 401(k) Coach Program Webcast

"Final Regulations Under Section 403(b) of the Internal Revenue Code", May 19, 2009, 403(b) Plan Seminar Presented by SageView Advisory Group, The Wagner Law Group and McGladrey & Pullen, LLP (Burlington, MA)

"ERISA Litigation Matters and Evolving Best Practices", May 18, 2009, ING Advisor/401(k) Coach Bootcamp (Foxboro, MA)

"Ramifications of the Current Economic and Market Turmoil on Asset Allocation:  Is it Now Time for Managed Accounts?"; "ERISA Litigation Matters and Evolving Best Practices"; Participant Level Advice:  Current

Legal and Regulatory Environment", May 6-8, 2009, fi360 National Conference (Scottsdale, AZ)

"ERISA Litigation Matters and Evolving Best Practices", March 26, 2009, Newport Advisor Conference (Orlando, Florida)

"ERISA Fiduciaries and 401(k) Fee Litigation", March 23, 2009, The ASPPA 401(k) Summit (San Diego, California)

"ERISA Litigation Matters and Evolving Best Practices", March 12, 2009, John Hancock Retirement Plan Services (King of Prussia, Pennsylvania)

"ERISA Litigation Matters and Evolving Best Practices", March 11, 2009, John Hancock Retirement Plan Services (Pittsburgh, Pennsylvania)

"ERISA Litigation Matters and Evolving Best Practices", March 10, 2009, John Hancock Retirement Plan Services (Downers Grove, Illinois)

"ERISA Fiduciaries, 401(k) Fee Litigation, Rollover Matters and Other Litigation", January 16, 2009, 2009 Raymond James Institute of Finance Advanced Retirement Institute Retirement Plan Advisory Council (St. Petersburg, Florida)

"Best Practices for Operation and Oversight of Pensions and Employee Benefit Plans", January 15, 2009, Annual Massachusetts Society of Certified Public Accountants Nonprofit Conference (Framingham, MA)

"ERISA Section 408(b)(2) Fee Disclosures:  Impact on Broker-Dealers", December 19, 2008, John Hancock Financial Services (Boston, MA)

"ERISA Fiduciaries, 401(k) Fee Litigation and Other Significant ERISA Cases", October 30, 2008, MA CPA Forum Meeting (Braintree, MA)

"DB Investment Summit Washington Update Panel Discussion", October 29, 2008, PlanSponsors 3rd Annual DB Investment Summit (Ryebrook, NY)

"IRS Getting Involved with Governmental Plans", October 14, 2008, NPCERS 2008 Public Safety Employees Pension & Benefits Conference (Palm Springs, CA)

"ERISA Section 408(b)(2) Fee Disclosures:  Impact on Broker Dealers"; "ERISA Fiduciaries:  401(k) Fee Litigation, Rollover Matters and Other Litigation", October 13, 2008, CFDD 2008 Advisor Conference (Scottsdale, AZ)

"ERISA Fiduciaries, 401(k) Fee Litigation, Rollover Matters and Other Litigation", October 7, 2008, Presentation for MassMutual (Springfield, MA)

"The Entrepreneurial Leader:  Launching Your Own Law Firm", September 20, 2008, The Women's Leadership Summit, Harvard Law School Alumni Relations (Cambridge, MA)

"ERISA Fiduciaries, 401(k) Fee Litigation, and Other Significant ERISA Cases", September 17, 2008, Planadvisers Second Annual National Conference (Orlando, FL)

"ERISA Section 408(b)(2) Fee Disclosures:  Impact on Broker-Dealers", August 14, 2008, The 6th Annual Retirement Alliance Sales Summit (Meredith, NH)

"ERISA Litigation:  The Evolving Landscape and the Fiduciary Quagmire", July 23, 2008, MCLE Conference Center (Boston, MA)

"The Top 5 ERISA Issues For 2008", June 16 and 17, 2008, Putnam Conference 401(k) Golden Scale Council (Boston, MA)

"Current Issues Under Title I of ERISA", June 12 and 13, 2008, 2008 Northeast Area Benefits Conference (Boston, MA and New York, NY)

"Retirement Planning Programs:  The Essential Elements", June 6, 2008, New England Employee Benefits Council (Waltham, MA)

"ERISA Section 408(b)(2) Fee Disclosures:  Impact on Broker-Dealers", May 13, 2008, John Hancock Retirement Plan Services Broker Dealer Executive Roundtable (Boston, MA)

"Who is a Fiduciary", February 24-27, 2008, The Trust Advisors Forum (Pinehurst, North Carolina)

"Fiduciary Issues in a Changing Legal Landscape", February 4, 2008, 2008 IMCA New York Consultants Conference (New York, NY)

"Final Regulations Under Section 403(b) of the Internal Revenue Code", December 14, 2007, National Webcast Seminar

"Criminal Issues Regarding Title I Investment Breaches", November 15, 2007, BNA Tax Management Portfolio Meeting (Boston, MA)

"Fiduciary Issues in an Evolving Landscape:  401(k) Fees and Best Practices, and a Discussion of Section 409A", October 24, 2007, Wachovia Retirement Services' Advisory Council Meeting (Miami, Florida)

"Fiduciary Liability Insurance, Bonding, and Service Agreements for Sponsors"; "Evaluation of Plan Advisors by Plan Sponsors"; "Fiduciary Issues & Status in Ever Changing Legal Landscape:  Things You Need to Know", September 30 – October 3, 2007, CFDD Advisor Conference (Scottsdale, Arizona)

"Final Regulations Under Section 403(b) of the Internal Revenue Code", September 20, 2007, SageView Advisory Group (Boston, MA)

"401(k) Fees-Litigation and Best Practices; Disclosure to Plan Participants", September 11, 2007, Pension Group East (New York, NY)

"Staying Ahead of the Curve:  Fiduciary Issues, 401(k) Fees and Practices, and New 403(b) Regulations", September 6, 2007, Advantage 2007 Schwab Plan Administrator Services National Conference (San Francisco, CA)

"Nonqualified Deferred Compensation:  IRS Requires Action in 2007", July 2007, Benefits Group Worldwide Associates Teleconference

"Things Your Consultant Might be Reluctant to Discuss", June 2007, Putnam Investments (Boston, MA)

"Massachusetts Health Care Reform Act", June 2007, Yozell Associates (Cambridge, MA)

"Default Investments and Investment Advice Under PPA", June 2007, IOMA Audio Conference

"Significant Recent Changes in Title I of ERISA and Overview of Massachusetts Health Care Law", June 2007, IRS/ASPPA Northeast Benefits Conference (Boston, MA and New York, NY)

"Hidden 401(k) Plan Fees and Expenses and Massachusetts Health Care Law", May 2007, MA CPA South Shore Breakfast Forum Meeting (Braintree, MA)

"Recent ERISA Litigation and Related Matters", May 2007, ASPPA Litigation and Retirement Programs Session (Tampa, Florida)

"Things Your Consultant Might be Reluctant to Discuss", May 2007, National Retirement Partners (White Plains, NY)

"Properly Documenting Welfare Plans", March 30, 2007, North Shore Human Resources Support Group Meeting (North Andover, MA)

"Putting the Pension Protection Act to Work for Your Organization", February 2007, New England Employee Benefits Council (John Hancock Center, Boston, MA)

"Select Issues Under ERISA:  Fiduciary Responsibility, Hidden 401(k) Plan Fees and Highlights of Pension Protection Act of 2006", October 2006, CMEA, The Employers' Association (Worcester, MA)

"Highlights of Changes in ERISA Law and Best Practices", September 2006, Council of Engineering and Scientific Society Executives, Finance & Administration Committee (Woods Hole, MA)

"Health Reimbursement Arrangements, Health Savings Accounts, Section 125 Cafeteria Plans and COBRA", Lorman Seminar, July 2006, Topics:  Overview of HSAs and Health FSAs and HIPAA Privacy and Security (Boston, MA)

"ALI-ABA – Current Pension and Employee Benefits Law and Practice", July 2006 Topic:  What Type of Plan is Preferable for Your Client? (Boston, MA)

"DOL Issues and Initiatives:  What You Don't Know Can Hurt You", June 2006, Joint Conference Sponsored by Northeast Key District Office of the Internal Revenue Service and American Society of Pension Actuaries (Boston, MA and Tarrytown, NY)

"Select Issues In ERISA and Employee Benefits", April 2006, MA CPA South Shore Breakfast Forum Meeting (Braintree, MA)

"Employee Benefit Plan Hidden Traps and How to Avoid Them", January 2006, Teleconference Lorman Seminar (Moderator and Speaker)

"33rd Annual Robert Fuchs Labor Law Conference", October 2005, DOL Panel on ERISA (Suffolk Law School, Boston, MA)

"ALI-ABA – Understanding Current Pension and Employee Benefits Law and Practice", August 2005 Topics:  Health Savings Account Alternatives, Cafeteria Plans; Rollover and Rollbacks (Boston, MA)

"DOL Issues and Initiatives", June 2005, Joint Conference Sponsored by Northeast Key District Office of the Internal Revenue Service and American Society of Pension Actuaries (Boston, MA and White Plains, NY)

"Annual Labor Law Update", May 2005, The Merrimack Valley Chamber of Commerce, Wyndham Hotel (Andover, MA)

"Update:  ERISA Recent Changes Affecting Federal Benefits Plans and Executive Compensation Arrangements", April 2005, Fourth Annual Labor and Employment Law Update, NH Bar (Manchester, NH)

"How to Uncover and Evaluate 401(k) Fees, Expenses and Revenue Sharing Arrangements", February 2005, New England Employee Benefits Council (Boston, MA)

"How to Be Prepared For and Survive a Department of Labor ERISA Audit" December 2004, Foundation for Fiduciary Studies, Joseph M. Katz School of Business, University of Pittsburgh (Burlington, MA)

"Health Savings Accounts and Health Reimbursement Accounts – Client Seminar", November 2004, Fred C. Church Insurance Agency (Chelmsford, MA)

"Prudent Practices for Fiduciaries", October 2004, Wachovia Retirement Services (Boston, MA and New York, New York)

"Roundtable of Current ERISA Issues", September 2004, Profit Sharing Council of America (New Orleans, LA)

"Fiduciary Updates", September 2004, Eastern Massachusetts Conference of IMA Chapters

"ALI-ABA – Advanced Law of Pensions, Welfare Plans, and Deferred Compensation", July 2004 Topics:  Selected Issues in Plan Terminations; Selected Issues regarding Contingent Workers (Boston, MA)

"Title I of ERISA – Fiduciary Concerns", June 2004, Joint Conference Sponsored by Northeast Key District Office of the Internal Revenue Service and American Society of Pension Actuaries (Boston, MA and White Plains, NY)

"Overcoming 401(k) Inertia with Managed Accounts", March 2004, IOMA (a Division of the Bureau of National Affairs) Audio Conference

"Insider Trading and Market Timing in the Mutual Fund Industry – What is a Fiduciary to Do?", December 2003, Pension Group East (NY, NY)

"ALI-ABA – Basic Law of Pensions, Welfare Plans and Deferred Compensation", July 2003, Topics: Participants' Rights for Administrative Claims Procedures and Implementing the Rollover Rules (Boston, MA)

"DOL and Title I Issues", June 2003, Joint Conference Sponsored by Northeast Key District Office of the Internal Revenue Service and American Society of Pension Actuaries (Boston, MA and White Plains, NY)

"Fiduciary Responsibilities and Liabilities", March 2003, Society of Enrolled Actuaries (Washington, D.C.)

"ERISA Issues in Mergers and Acquisitions", February 2003, William Gallagher Associates (Waltham, MA)

"HIPAA Privacy Rules", January 2003, Medical Claims Services (Newton, MA)

"ERISA:  Pension Plan Development and Administration in Massachusetts", November 2002, Lorman Education Services (Peabody, MA) (Chairperson)

"Flash Points, Red Flags and Interesting Issues in Maintaining ERISA Plans", October 2002, Presentation to Biotechnology Industry Organization (Seattle, WA)

"Advising Your Clients Regarding Small Business Retirement Plans", October 2002, Massachusetts Bar Association (Boston, MA)

"Nuts and Bolts of 401(k) Plans", July 2002, Lorman Business Center (Melville, NY)

"ALI-ABA – Advanced Law of Pensions, Welfare Plans, and Deferred Compensation", July 2002 Topics:  Statutes of Limitations:  Plans and IRAs; Cutbacks (Good and Bad); Who is an Employee?  For What Purposes? (Boston, MA)

"Issues Facing Plan Fiduciaries", June 2002, Joint Conference Sponsored by Northeast Key District Office of the Internal Revenue Service and American Society of Pension Actuaries (Natick, MA and White Plains, NY)

"Legal Perspectives – Advice, Communications and Education", June 2002, Pension Group East (New York, NY)

"Protecting Employees' 401(k) Investments – Handling Investment Advice and Blackout Periods", May 2002, National Institute of Pension Administrators, Inc. (Newton, MA)

"ERISA Issues to be Aware of Pre-IPO", November 2001, Massachusetts Biotechnology Council (Boston, MA)

"ALI-ABA - Basic Law of Pensions, Welfare Plans and Deferred Compensation", July 2001 Topics:  Participants' Rights for Administrative Claims Procedures and Implementing the Rollover Rules (Boston, MA)

"IRS and DOL Voluntary Compliance Programs", June 2001, Joint Conference sponsored by Northeast Key District Office of the Internal Revenue Service and American Society of Pension Actuaries, (Natick, MA and White Plains, NY)

"Fiduciary Responsibility and Liability in the Age of Web Based Technology", May 2001, Institute for International Research, (New York, NY)

"Employee Discharge and Documentation", March 2001, Lorman Business Center (Bedford, NH)

"ALI-ABA - Basic Law of Pensions, Welfare Plans and Deferred Compensation", August 2000 Topics:  Participants' Rights for Administrative Claims Procedures and Implementing the Rollover Rules (San Francisco, CA)

"Investment Advice vs. Investment Education: Legal Risks, Opportunities & Dilemmas – How the Law is Evolving", June 2000, Pension Group East (New York, NY)

"Friend or Foe? The Pros and Cons of the New Department of Labor Voluntary Fiduciary Correction Program", May 2000, Tax Management Memorandum Presentation (New York, NY)

"Employee Discharge and Documentation", March 2000, Lorman Business Center (Bedford, NH)

"Investment Advice v. Investment Education", November 1999, 29th Annual Pension Trust and Employee Benefits Seminar at University of South Carolina, (Columbia, SC)

"The Next Generation of Client Retention – Enhancing Retention Through Partnership Management", Institute for International Research, (New York, NY) November 1999

"Cash Balance Pension Plans: New Directions?  New Dangers?", November 1999, Jewish Labor Committee

"Recordkeeping and Reporting under ERISA", October 1999, Lorman Business Center, Inc. (Bedford, NH)

"ALI-ABA - Basic Law of Pensions, Welfare Plans and Deferred Compensation", July 1999 (Boston, MA).  Topics:  Participants' Rights for Administrative Claims Procedures and Implementing the Rollover Rules

"Investment Advice vs. Investment Education:  Legal Risks, Opportunities & Dilemmas – How the Law is Evolving", May 1999 and June 1999, Investment Management Institute & Institute of Management & Administration, Inc. (Pasadena, California and New York, New York)

"Retirement Plan Basics", May 1999 and June 1999, International Foundation of Employee Benefit Plans-Certificate Series; (Towers Perrin, Voorhees, N.J. and Employee Benefits Certificate Credit Course, New York, NY)

"Client Symposium: Education vs. Advice for Retirement Plans", May 1999, Wachovia Investment Bank Institutional Trust and Retirement Services Client Conference (Williamsburg, Virginia)

"Employee Discharge and Documentation", March 1999, Lorman Business Center, Inc. (Manchester, NH)

"The 1999 Congress on Defined Contribution Plans", March 1999, Institute for International Research, Institutional Retirement and Savings Plan Series, (New Orleans, LA)

"What Constitutes 'Education'?…  What Constitutes 'Advice'? - The Final Word", December 1998, International Business Communications (New York, NY)

"Fiduciary Issues for Plan Sponsors and Providers", November 1998, Institute for International Research (Atlanta, Georgia)

"Changes in Required Minimum Distribution Rules", October 1998, (Boston, MA).  Conference of Consulting Actuaries Annual Meeting

"ALI-ABA - Basic Law of Pensions, Welfare Plans and Deferred Compensation", July 1998 (Palo Alto, CA).  Topics:  Participants' Rights for Administrative Claims Procedures and Implementing the Rollover Rules

"Recordkeeping and Reporting Under ERISA", June 1998, Lorman Business Center, Inc. (Lexington, MA)

"Advising Small Businesses", June 1998, Massachusetts Continuing Legal Education, Inc.

"Benefits Upon Termination", March 1998, Lorman Business Centers, Inc. (Nashua, NH)

"The Provision of Investment Advice Under Prohibited Transaction Exemption 97-60", February 1998, the Association of the Bar of the City of New York - Committee on Employee Benefits (New York, NY)

"Effects of Plan Disqualification", January 1998, National CLE Conference by Law Education Institute, Inc. (Vail, Colorado)

"Investment Advice Under New Prohibited Transaction Exemption", November 1997, Advisory Board of Tax Management, Inc. (New York, NY)

"Recordkeeping and Reporting Under ERISA", August 1997, Lorman Business Center, Inc. (Manchester, NH)

"ALI-ABA - Basic Law of Pensions, Welfare Plans and Deferred Compensation", July 1997 (Boston, MA).  Topics:  Participants' Rights for Administrative Claims Procedures and Implementing the Rollover Rules

"Employee Benefits Conference - Plan Corrections Programs", May 1997, Joint Conference sponsored by Northeast Key District Office of Internal Revenue Service and American Society of Pension Actuaries (White Plains, NY)

"Advising Small Businesses", May 1997, Massachusetts Continuing Legal Education, Inc.

"Employee Discharge and Documentation", March 1997, Lorman Business Centers, Inc. (Nashua, NH)

"ERISA Update", March 1997, Boston Bar Association

"Flash Points and Red Flags in ERISA That Can Make - or Lose - Money for Your Company", December 1996, New England Corporate Counsel Association

"Pension Law: What's New, What's Not", November 1996, Massachusetts Bar Association (Chairperson)

"ERISA and Employee Benefits Law After the Recent Legislation", November 1996, CPA and Business EXPO, Massachusetts Society of Certified Public Accountants

"Federal Tax Legislative Update", November 1996, Massachusetts Bar Association

"Seminar on 1996 Tax Legislation", October 1996, Massachusetts Bar Association

"Advising Small Businesses", June 1996, Massachusetts Continuing Legal Education, Inc.

"Plan Terminations: How to File a Determination Letter Request", May 1996, American Institute of Certified Public Accountants, 1996 Employee Benefits Conference (Baltimore, Maryland)

"Plan Disqualification Issues", September 1995, 1995 Midwest Pension Conference (Kansas City, Missouri)

"Advising Small Businesses", June 1995, Massachusetts Continuing Legal Education, Inc.

"Developing a 401(k) Investment Education Program", May 1995, The Philadelphia Institute

"Correcting Plan Defects: From VCR to CAP", May 1995, New York University Institute on Federal Taxation

"Fiduciary Responsibility Under ERISA and the Role of ERISA Section 404(c)", March 1995, Guest Speaker at Harvard Kennedy School Symposium for Prudential Securities

"Common ERISA Problems for Employment Lawyers", March 1995, Massachusetts Bar Association (Co-Panelist with Department of Labor Representatives)

"Update Regarding Brooklyn IRS Key District Office Pension Liaison Issues", February 1995, Open Meeting of Massachusetts Bar Association Section of Taxation

"Section 403(b) Compliance:  What are the Issues and Alternatives?", November 1994, Guest Speaker at Estate and Business Planning Council of Worcester County

"Plan Disqualification Issues", September 1994, Guest Speaker at Annual Meeting of the Boston Society of Actuaries

"Advising Small Businesses", May 1994, Massachusetts Continuing Legal Education, Inc.

Lecturer at Employee Plans Practitioner Series, sponsored by Brooklyn Key District and District's Pension Liaison Group, March 1994

"Plan Disqualification and Correction", Lecture and Workshop, February 1994, Tax Management Educational Institute Compensation Planning '94 (Scottsdale, Arizona)

"Employee Benefits for the Nonspecialist", October 1993, Massachusetts Continuing Legal Education, Inc.

"The Clinton Deficit Reduction Tax Legislation", September 1993, Massachusetts Bar Association

"ERISA Basics:  Part II", May 1993, Massachusetts Bar Association (Chairperson)

"Advising Small Businesses", January 1993, Massachusetts Continuing Legal Education, Inc.

"ERISA Basics:  Part I", December 1992, Massachusetts Bar Association (Chairperson)

"Employee Benefits:  Form 5500 Workshop", November 1992, The Foundation for Continuing Education, Inc.

"Disqualification:  Questions, Answers and Solutions", November 1992, Boston Bar Association

"Employee Benefits Update '92", February 1992, Massachusetts Continuing Legal Education, Inc.

"Understanding Pension Plans", June 1991, The American Tax Planning Center

"How the New Nondiscrimination Rules Affect the Structure and Operation of Qualified Plans", October 1990, Massachusetts Continuing Legal Education, Inc.

"New Section 401(a)(4) Regulations Package", October 1990, Boston Bar Association

**Select Whitepapers**

"The Impact of Next Generation' IRAs: myRA Accounts, EZ IRA and State-Mandated IRAs", <u>Legg Mason</u>, April 2016

"What Bankruptcy Trustees Need to Know About Pension Plans", <u>Penchecks Trust Expert Series</u>, 2013

"Minimizing an Employer's Fiduciary Risk Through the Retirement Plan Exchange", <u>Transamerica Retirement Solutions</u>, September 2013

"Tactical Asset Allocation & ERISA Plans:  Best Practices for Finding the Right Strategy for Plan Participants", <u>The Center For Due Diligence</u>, August 19, 2013

"Overcoming Fiduciary Fears:  Understanding the Real Risks of Liability for Small Plan Sponsors", June 2013

"Promoting and Evaluating the Success of Your Plan", <u>Legg Mason</u>, May 2013

"Separating Fact from Fiction: The Potential Risks and Rewards of Hiring 3(16) Fiduciaries", <u>Sentinel Benefits & Financial Group</u>, April 29, 2013

"Broader "Fiduciary" Definition": Legal Update", <u>byallaccounts</u>, February 2013

"Fiduciary Guidebook for Target Date Funds", <u>Legg Mason</u>, February 2013

"A Plan Sponsor's Fiduciary Calling to Improve the Retirement Readiness of Plan Participants", <u>LPL Financial</u>, February 2013

"Through the ERISA Lens:  Principles of DC Fund Selection", <u>Legg Mason</u>, December 2012

"404a-5 Disclosures to Participants: Best Practices for Plan Sponsors", <u>Legg Mason</u>, August 2012

"Fee Disclosures Under ERISA Section 408(b)(2)", <u>Eaton Vance</u>, June 2012

"Putting 408(b)(2) Disclosure Rules Into Practice: A Guide for PlanSponsors", <u>Legg Mason</u>, June 2012

"The Savings Crisis of Working Americans: The Retirement Industry Call to Action", <u>Legg Mason Retirement Advisory Council</u>, January 2012

"Navigating the New Realities of 401(k) Participant Education", <u>Legg Mason</u>, June 2012

"Washington Update: The Changing Face of 401(k) Plan Regulations", <u>Legg Mason</u>, June 2012

"Are Investment Providers Finally Stepping Up to The Plate as Plan Fiduciaries?", <u>Thornburg Investments</u>, September 2011

"Navigating the New Realities of 401(k) Participant Education", <u>Legg Mason</u>, August 2011

"Washington Update: The Changing Face of 401(k) Plan Regulations", <u>Legg Mason</u>, February 2011

"Fee Transparency and Best Practices for Plan Sponsors", <u>Legg Mason</u>, October 2010

"Fiduciary Guidebook for Target Date Funds", <u>Legg Mason</u>, August 2010

"Are Your 401(k) Plan Assets Safe?", <u>Thornburg Investments</u>, March 2009

**Directorships**     Boston University Hillel (August 2020 -    )

Global Tracheostomy Collaborative Board (January 2019 -    )

Legg Mason Retirement Advisory Council (2010 -    )

Jewish National Fund (2005 -    )

Standard & Poor's Retirement Planning Services Advisory Board (1999-2000)

Board of Directors - Boston Modern Orchestra Project (1998-2000)

# APPENDIX C

**Books Published**

Mandated Benefits 2020 Compliance Guide – Co-authors Katherine A. Brustowicz, Dannae L. Delano, David G. Gabor, Barry L. Salkin, and Roberta Casper Watson, Wolters Kluwer, December 2019

Exploring Advice: What You Need to Know About Good Financial Advice, a Quality Financial Plan and the Role of a Fiduciary, Kevin Knull, CFP (Marcia S. Wagner, contributing author)

Quick Reference to HIPAA Compliance, Aspen Publishers, 2016-2017 edition

The Advisor's Guide to the DOL Fiduciary Rule - The National Underwriter Company, a division of ALM Media, LLC, 2016

Financial Aspects of Divorce in Massachusetts, MCLE New England, 2016

Quick Reference to HIPAA Compliance, Aspen Publishers, 2015-2016 edition

Quick Reference to HIPAA Compliance, Aspen Publishers, 2014-2015 edition

BNA Tax Management Portfolio:  "EPCRS - Plan Correction and Disqualification", 2014

Advising Small Businesses:  "Qualified Retirement Plans", West Services, Inc. 2007-2014 editions

BNA Tax Management Portfolio:  "ERISA-Litigation, Procedure, Preemption and Other Title I Issues", 2013

Quick Reference to HIPAA Compliance, Aspen Publishers, 2013-2014 edition

Quick Reference to HIPAA Compliance, Aspen Publishers, 2012-2013 edition

Health Care Reform Tool Kit, editor, WorldatWork.org, 2012

The ERISA Fiduciary Compliance Guide, The National Underwriter Company, 2012

BNA Tax Management Portfolio:  "ERISA-Litigation, Procedure, Preemption and Other Title I Issues", 2005 and 2012 editions

Quick Reference to HIPAA Compliance, Aspen Publishers, 2011-2012 edition

Quick Reference to HIPAA Compliance, Aspen Publishers, 2010-2011 edition

{14353/A0668025.1}

BNA <u>Tax Management Portfolio</u>:  "EPCRS - Plan Correction and Disqualification", 2010

Quick Reference to HIPAA Compliance, Aspen Publishers, 2004-2010 editions

<u>Bender's Federal Income Taxation of Retirement Plans,</u> (Chapter 1: Introduction to Retirement Legislation and Guide to Application:  From ERISA to Pension Protection Act) and (Chapter 11:  Controlled Groups and Affiliated Service Groups) 2008 edition

BNA <u>Tax Management Portfolio</u>:  "EPCRS – Plan Correction and Disqualification", 2004 and 2009 editions

BNA <u>Tax Management Portfolio</u>:  "Plan Disqualification and ERISA Litigation" (1993); update 1999

<u>Labor and Employment Law:  Compliance and Litigation</u>, Contributor for ERISA/employee benefits chapters, Clark, Boardman, Callaghan, 1997

**Articles Published**

"Pooled Employer Plans", <u>401(k) Advisor</u>, October 2021

"IRS Updates Guidance Regarding Correction of Tax-Qualified Plan Errors Under the Employee Plans Compliance Resolution System (EPCRS)", <u>401(k) Advisor,</u> September 2021

"Pooled Employer Plans", <u>NSCP Currents</u>, August 2021

"Do You Have Questions About How to Comply with the New DOL Fiduciary 'Investment Advice' Prohibited Transaction Exemption?", (Part 2) <u>401(k) Advisor,</u> August 2021

"Do You Have Questions About How to Comply with the New DOL Fiduciary 'Investment Advice' Prohibited Transaction Exemption?", (Part 1) <u>401(k) Advisor,</u> July 2021

"Liability-Driven Investing and Other De-risking Strategies for Pension Plans", Co-author, Barry L. Salkin, <u>Lexis Practical Guidance,</u> June 2021

"Important Benefit Plan Provisions of the American Rescue Plan Act of 2021", <u>401(k) Advisor,</u> June 2021

"Liability-Driven Investing and Other De-risking Strategies for Pension Plans", Co-author, Barry L. Salkin, <u>Lexis Practical Guidance,</u> June 2021

"Does the Recently Amended Investment Duties Regulation Change How Fiduciaries Are Expected to Make Investment Decisions for Employee Benefit Plans?", 401(k) Advisor, March/April 2021

"Disclosure to Welfare Plan Participants:  A Fiduciary Duty", Tax Management Compensation Planning Journal, March 5, 2021

"Withdrawals and Loans from Defined Contribution Retirement Plans", rethinking65.com, March 3, 2021

"IRS New Guidance on State Unclaimed Property Laws and IRS Helpful Reminders on Missing Participants", 401(k) Advisor, February 2021

"PEPs Will be Up and Running by January 2021", 401(k) Advisor, January 2021

"ERISA Fiduciary Responsibility and Economic Efficiency", Bloomberg Tax Management Compensation Journal, December 31, 2020

"IRS and PBGC Provide Guidance on CARES Act Relief for Funding of Single Employer Defined Benefit Plans", 401(k) Advisor, November, 2020

"Proposed Changes to DOL Fiduciary Investment Regulation:  What You Should Know and How The Wagner Law Group Responded", 401(k) Advisor, October, 2020

"The DOL's Final Regulations on E-Disclosure of Retirement Plan Documents Become Effective Soon – Are You Ready?", 401(k) Advisor, September, 2020

"DOL Offers Guidance to Fiduciaries Considering Private Equity Investments in Defined Contribution Plans", 401(k) Advisor, August, 2020

"Cybersecurity and Retirement Plans: What Plan Sponsors Should Do", 401(k) Advisor, July, 2020

"Withdrawals and Loans from Defined Contribution Retirement Plans", 401(k) Advisor, June, 2020

"Let's Finish What We Started… ERISA and Fiduciary Process Have Evolved…Have You?", 401(k) Advisor, May, 2020

"Application of Dudenhoeffer in Private Company Setting", 401(k) Advisor, April, 2020

"A Brave New Fiduciary World", planadviser.com, April 7, 2020

"ERISA's Fiduciary Standard for Investment Portfolios", <u>Plan Consultant</u> magazine, (an official publication of ASPPA), Spring 2020

"Massachusetts Advances Regulations Imposing Fiduciary Duty on Broker-Dealers", <u>401(k) Advisor</u>, February, 2020

"Investment Manager Obligations", <u>401(k) Advisor</u>, January, 2020

"Duty to Monitor", <u>401(k) Advisor</u>, December, 2019

"The Extent of Obligation", <u>Planadviser</u>, November-December, 2019

"Fiduciary Obligations of a New Committee Member", <u>401(k) Advisor</u>, November, 2019

"A Standing Issue in Class Action Lawsuits", <u>401(k) Advisor</u>, October, 2019

"Class Certification Lite", <u>401(k) Advisor</u>, September, 2019

"ERISA Bonds", <u>401(k) Advisor</u>, August, 2019

"Major Ruling in 'Plan Sponsor as Fiduciary' Lawsuit", <u>401kspecialistmag.com</u>, August 8, 2019

"Forum Selection Clauses", <u>401(k) Advisor</u>, July, 2019

"Substantial Compliance", <u>401(k) Advisor</u>, June, 2019

"Concerned About Reg BI? Here's Marcia Wagner's Breakdown for Broker-Dealers", <u>401kspecialistmag.com</u>, June 7, 2019

"Denial of Benefits – How the DOL Views Disability Claims", <u>Planadviser</u>, May-June, 2019

"Importance of Process", <u>401(k) Advisor</u>, May, 2019

"Investment Policy Statement", <u>401(k) Advisor</u>, April, 2019

"An IPS Is Not Required – But There's No Good Reason For A Plan Not to Have One", <u>Planadviser</u>, March-April, 2019

"Respondeat Superior in ERISA Context", <u>401(k) Advisor</u>, March, 2019

"The Need to Investigate Collective Trusts", <u>401(k) Advisor</u>, February, 2019

"7 Situations When HSA Contributions Can Be Returned: IRS", <u>401kspecialistmag.com</u>, February 13, 2019

"How the Government Shutdown is Affecting Retirement and Benefit Plans", <u>401(k)specialistmag.com</u>, January 24, 2019

"Open Question Regarding "Eye Single" Duty of Loyalty, <u>401(k) Advisor</u>, January, 2019

"ERISA Section 409(b)", <u>401(k) Advisor</u>, December, 2018

"ERISA Section 409(b)", <u>Planadviser</u>, November-December, 2018

"Everything to Know About Retirement Plan Provisions in Latest Tax Bill", <u>401(k)specialistmag.com</u>, November 29, 2018

"Actual Knowledge Requirement", <u>401(k) Advisor</u>, November, 2018

"Aggressive Enforcement of Five-Factor Test", <u>401(k) Advisor</u>, October, 2018

"Appropriate Benchmarking", <u>PlanAdviser</u>, September-October, 2018

"Duty of Loyalty", <u>401(k) Advisor</u>, September, 2018

"Alternative Ways of Becoming a Fiduciary" , <u>401(k) Advisor</u>, August, 2018

"Statute of Limitations", <u>Planadviser</u>, July-August, 2018

"Nexus Requirement for Fiduciary Breach", <u>401(k) Advisor</u>, July, 2018

"Robo-Advisors", <u>401(k) Advisor</u>, June, 2018

"Limited Liability of a Trustee", <u>Planadviser</u>, May-June, 2018

"IRAs and Prohibited Transactions", <u>401(k) Advisor</u>, May, 2018

"Share Class Selection Disclosure Initiative", <u>401(k) Advisor</u>, April, 2018

"Views SEC Proposes 'Best Interest' Guidance Under Dodd-Frank", <u>employeebenefitadviser.com</u>, April 26, 2018

"What a Court Decision Teaches 401(k) Advisers About Choosing Stable-Value Funds", <u>investmentnews.com</u>, April 19, 2018

"Duty to Investigate", <u>401(k) Advisor</u>, March 2018

"Tax Reform Will Have Limited Effect on 401(k) Plans", <u>401(k) Advisor</u>, February 2018

"The Duty to Monitor", <u>401(k) Advisor</u>, January, 2018

"Modern Portfolio Theory and Efficient Markets", <u>401(k) Advisor</u>, December, 2017

"Recent Cases and IRS Guidance with Respect to Loan Administration Under 401(k) Plans", <u>401(k) Advisor</u>, November, 2017

"Excessive-Fee Litigation in Retirement Plan Market Moving Downstream", <u>investmentnews.com</u>, November 22, 2017

"BICE and Related Exemptions: Limiting Liability Before Implementation", Pension Plan Fix It Handbook Volume 25, No. 4, November 2017

"The Courts Differ on Vicarious Liability", <u>planadviser.com</u>, September/October 2017

"Fiduciary Liability Defenses under ERISA", <u>401(k) Advisor</u>, October, 2017

"Burden of Proof in A Fiduciary Breach Claim", <u>401(k) Advisor</u>, September, 2017

"Back to Basics: Who is A Fiduciary under ERISA?", <u>401(k) Advisor</u>, August, 2017

"Proprietary Funds", planadviser.com, July/August 2017

"Appointing and Monitoring a 401(k) Investment Manager Under ERISA", <u>investmentnews.com</u>, July 13, 2017

"Plan Assets and Prohibited Transactions; Determining What are Plan Assets is Not as Easy as it Seems", <u>planadviser.com</u>, May/June 2017

"Trump Order and Employee Benefits", <u>planadviser.com</u>, March/April 2017

"Advisers Should Heed Fiduciary Principles in Ongoing Tibble 401(k) Suit", <u>investmentnews.com</u>, April 11, 2017

"Constitutional Standing; A Plaintiff Must Establish a Traceable Injury in Order to Bring Legal Action", PlanSponsor, March 2017

"Don't Get Burned:  Marcia Wagner's Top 401k Regulatory Risks", 401kspecialistmag.com, February 26, 2017

"DOL Issues Final Regulations Regarding Claims Procedures for Disability Benefits", 401(k) Advisor, February, 2017

"DOL's Final Rule on Disability Benefits", PlanAdviser, January/February 2017

"Trump Executive Order May Prevent Guidance on Employee Benefits Issues", investmentnews.com, February 7, 2017

"2017 Plan Litigation", 401(k) Advisor, January 2017

"Process Remains Critical Factor in ERISA 401(k) Plan Litigation" 401(k) Advisor, December 2016

"Burden of Proof", PlanAdviser, November/December 2016

"Why it Would be a Mistake For Advisers to Stop Implementing the DOL Fiduciary Rule", investmentnews.com, December 1, 2016

"Plan Reflection: Satisfying Nondiscrimination Testing at Closed DC Plans", PlanSponsor, November, 2016

"Managed Accounts and the Conflicts of Interest Rule", 401(k) Advisor, November, 2016

"What The DOL's Final Fiduciary Rule Means for Plan Committees", 401(k) Advisor, October, 2016

"IRS Restricts Salary Deferrals for NQDC Plans", PlanAdviser, September-October, 2016

"IRS Proposal to Modify Rules for Deferred Compensation Plans of Governmental and Tax-Exempt Plans", 401(k) Advisor, September, 2016

"Governmental Plans Will Receive Face-Lift", PlanSponsor, July-August, 2016

"Level Fee Fiduciaries and the BICE", 401(k) Advisor, August, 2016

"Impact of New Fiduciary Rules on an Excess Fee Lawsuit", 401(k) Advisor July, 2016

"What the DOL's Final Fiduciary Rule Means for 401(k) Plans", 401(k) Advisor June, 2016

"The Fiduciary Status of Investment Platform Providers", 401(k) Advisor, May 2016

"Ethical Considerations - Understanding The Limitations With Which Advisers Operate", PlanSponsor, May 2016

"Mid-Year Amendments to Safe Harbor 401(k) Plans Made Easier", 401(k) Advisor, April 2016

"Fiduciary Fitness:  Expanding Coverage", PlanAdviser, March-April 2016

"The Evolution of ERISA Fiduciary Best Practices", IMCA Investments & Wealth Monitor, March/April 2016

"Supreme Court's Amgen Decision Clarifies Treatment of Inside Information in Stock Drop Cases", 401(k) Advisor, March 2016

"They Are Back:  New Theories from the Plaintiffs' Bar in 401(k) Litigation", 401(k) Advisor, February 2016

"De-Risking Strategies", PlanSponsor, February 2016

"Raising the Plaintiffs' Bar", PlanAdviser, January-February 2016

"Intel Class Action Opens New Frontier in 401(k) Litigation", 401(k) Advisor, January 2016

"Politics and Economically Targeted Investments", 401(k) Advisor, December 2015

"Fiduciary Standards for ESG Funds", PlanAdviser, November/December 2015

"DOL Amicus Brief Preserves Sinking Float Guidance", 401(k) Advisor, November 2015

"The New Fiduciary Rule and Annuities", PlanAdviser, September-October 2015

"New Fiduciary Rule Affects IRA Rollovers", <u>401(k) Advisor</u>, October 2015

"Impact of Platform Provider Carve-Out on 401(k) Plans Remains Unclear", <u>401(k) Advisor</u>, September 2015

"The Great Divide:  The Different Effect of the DOL's Fiduciary Proposal on Large and Small Plans", <u>401(k) Advisor</u>, August 2015

"Same-Sex Marriage Ruling", PlanAdvise<u>r</u>, July/August 2015

"Supreme Court Issues <u>Tibble</u> Decision, but the Case Drags On", <u>401(k) Advisor</u>, July 2015

"Proposed New Fiduciary Rule for 401(k) Advisers", <u>401(k) Advisor</u>, June 2015

"EPCRS's Makeover", PlanAdviser, May/June 2015

"Whither Float?", <u>401(k) Advisor</u>, May 2015

"ERISA Reins in PBGC", <u>PlanAdviser</u>, March-April, 2015

"Promoting Lifetime Plan Participation", <u>401(k) Advisor</u>, March 2015

"DOL Issues New Guidance on Locating Missing Participants", <u>Confero</u> (quarterly publication of Westminster Consulting), Winter Issue 2015

"Continuing Violation", <u>PlanAdviser</u>, January-February 2015

"Nationwide Settlement: One for the Books?", <u>401(k) Advisor</u>, February 2015

"Mortality Table Updates", <u>PlanSponsor</u>, January 2015

"Tussey v. ABB, Inc.: What's Next?", <u>401(k) Advisor</u>, January 2015

"Clouds on the Horizon as ERISA Turns 40", <u>Tax Management Compensation Planning Journal</u>, January 2015

"Using Target Date Funds to Provide Lifetime Income", <u>401(k) Advisor</u>, December 2014

"When ERISA Applies to HSAs", <u>PlanAdviser</u>, November-December, 2014

"Impending Changes to Private Retirement Plans", The Politics of Retirement, November/December 2014

"A Road Less Travelled: Including Alternative Investments in a 401(k) Plan", 401(k) Advisor, November 2014

"Offering Longevity Annuities in 401(k) Plans", 401(k) Advisor, October 2014

"Fiduciary Considerations – The Post-Dudenhoeffer Era", PlanAdviser, September/October 2014

"Will ERISA Be Balkanized?", 401(k) Advisor, September 2014

"Fund Revenue Equalization", PlanAdviser, July-August 2014

"ERISA Accounts and Fiduciary Duties", 401(k) Advisor, August 2014

"Fiduciary Status for Service Providers", 401(k) Advisor, July 2014

"Please Respond to This RFP", PlanAdviser, May-June 2014

"Expert Q&A on the Effects of Health Care Reform on Retirement Plans", Practical Law The Journal, June 2014

"How Tax for Retirement Plans Can Affect Risk and Compliance", Practical Compliance & Risk Management for the Securities Industry, May-June 2014

"ABB: Affirmed, Reversed, and Vacated", 401(k) Advisor, June 2014

"Compliance Refresher:  Fee Disclosures and Comparative Charts", 401(k) Advisor, May 2014

"How Tax Reform for Retirement Plans Can Affect Risk and Compliance", Practical Compliance & Risk Management for the Securities Industry, May-June 2014

"Supreme Court to Hear Stock-Drop Case", 401(k) Advisor, April 2014

"The Tax Reform Act of 2014", PlanAdviser, March-April 2014

"Expert Q&A on the Effects of Health Care Reform on Retirement Plans", uspracticallaw.com, April 2014

"ERISA Fee Disclosures:  Best Practices for Fiduciaries", <u>Journal of Pension Benefits</u>, April 2014

"Another Regulator Heard from on Capturing Rollovers", <u>401(k) Advisor</u>, March 2014

"Regulation of CIFs - The Advantages of Collective Investment Funds", <u>PlanAdvisor</u>, January-February 2014

"Another Regulator Heard from on Capturing Rollovers", <u>401(k) Advisor</u>, February 2014

"IRS Creates Level Playing Field for Suspensions of 401(k) Safe Harbor Contributions", <u>401(k) Advisor</u>, January 2014

"Back to a Classic - Revisiting Collective Investment Funds", <u>PlanAdviser</u>, November-December 2013

"ERISA Compliance Policies and Procedures:  Where Are Yours?", <u>401(k) Advisor</u>, December 2013

"Administrators Come In Many Flavors", <u>401(k) Advisor</u>, November 2013

"IRS Comes Out with Same-Sex Guidance", <u>401(k) Advisor</u>, October 2013

"Revenue-Sharing Tasks – Meeting DOL Fiduciary Requirements", <u>PlanAdvisor</u>, September-October, 2013

"ERISA Accounts Meet Plan Asset Rules in New DOL Guidance", <u>401(k) Advisor</u>, September 2013

"DOL Offers Tips on TDFs", <u>PlanAdviser</u>, July-August 2013

"Lifetime Income Illustrations Come of Age", <u>401(k) Advisor</u>, July 2013

"Buyer Beware:  Choosing A 3(16) Fiduciary", <u>Plan Consultant</u> magazine, Summer 2013

"How to Be a Functional Fiduciary without Doing Anything – The Seventh Circuit Rejects DOL Theory", <u>401(k) Advisor</u>, June 2013

"Tibble v. Edison Affirmed, But Plaintiffs May Not Be Celebrating", <u>401(k) Advisor</u>, May 2013

"DOL Offers Tips on TDFs", <u>401(k) Advisor</u>, April 2013

"In-Roth Conversions Expanded Under Fiscal Cliff Tax Law", <u>401(k) Advisor</u>, March 2013

"Fixing 403(b) Plans", <u>PlanAdviser</u>, March-April 2013

"More on Moench", <u>401(k) Advisor</u>, February 2013

"Class Action Litigation Settlements and ERISA:  What Does PTE 2003-39 Really Require?", <u>Tax Management Compensation Planning Journal,</u> February 1, 2013

"Fee Information Has Been Delivered – Now What", <u>PlanAdviser</u>, January-February 2013

"Standing and Statute of Limitations Issues in New Proprietary Funds Case", <u>401(k) Advisor</u>, January 2013

"Giveth and Taketh", <u>PlanAdviser</u>, November-December 2012

"Implications of 408(b)(2) Regulations for Plan Sponsors", <u>401(k) Advisor</u>, December 2012

"The Fiduciary Duty to Recover Securities Class Action Settlement Awards Under ERISA", <u>Tax Management Compensation Planning Journal,</u> December 7, 2012

"Explaining the USI Settlement", <u>401(k) Advisor</u>, November 2012

"Bidwell Confirms That QDIA Safe Harbor Applies to Re-Enrollments", <u>401(k) Advisor</u>, October 2012

"Disclosure Obligations Could Be Broader Than DOL Regulations", Plan Consultant Magazine, (an official publication of ASPPA), Fall 2012

"My Experience Starting a Business in the Retirement Plan Industry", Women In Pension Network the <u>WiPN Newsletter</u>/Fall 2012

"Giveth and Taketh", <u>PlanAdviser</u>, September-October 2012

"DOL Shifts Stance on Brokerage Windows but Questions Remain", <u>401(k) Advisor</u>, September 2012

"Update on DOL Guidance Regarding Disclosure Rules", <u>401(k) Advisor</u>, August 2012

"DOL Advisory Opinions Only A Speed Bump for Open MEPs?", <u>401(k) Advisor</u>, July 2012

"ABB Blockbuster", <u>401(k) Advisor</u>, June 2012

"Attention to Details Government Debuts Lifetime Income Initiatives", <u>PlanAdviser</u>, May-June 2012

"Encouraging Annuitization", <u>PlanAdviser</u>, March-April 2012

"Tax Guidance on Lifetime Income Options", <u>401(k) Advisor</u>, March 2012

"Understanding the Rules for Electronic Disclosure of Fee Information", <u>PlanAdviser</u>, January-February 2012

"The Fiduciary Duty to Investigate Plan Investments", <u>401(k) Advisor</u>, February 2012

"Capitalizing on Fee Disclosure Rules", <u>DC Edge Magazine</u>, Quarter 1, 2012

"DOL Issues Final Regulations on ERISA 408(b)(2)", <u>Market Watch</u>, February 6, 2012

"SEC Gives Participant-Level Disclosure a Pass", <u>401(k) Advisor</u>, January 2012

"The Savings Crisis of Working Americans:  The Retirement Industry Call to Action", <u>Legg Mason Retirement Advisory Council</u>, January 3, 2012

"Class Certification Requirements in 401(k) Fee Litigation", <u>401(k) Advisor</u>, December 2011

"Consequences of Tax Reform Proposals Relating to 401(k) Plan Contributions", <u>PlanAdviser</u>, November-December 2011

"Future Investment Advice Regulation", <u>401(k) Advisor</u>, November 2011

"Asserting the Attorney-Client Privilege in ERISA Cases", <u>Law Firm Partnership & Benefits Report</u>, October 2011

"Pyrrhic Victory for Plaintiffs in Tibble v. Edison", <u>401(k) Advisor</u>, September 2011

"Investing with Confidence", <u>PlanAdviser</u>, September-October 2011

"Review of DOL Amicus Filings", <u>401(k) Advisor</u>, August 2011

"Cause and Effect the Influence of 401(k) Fee Litigation", <u>PlanAdviser</u>, July-August 2011

"Case Suggests that RFPs May be Necessary to Fulfill Fiduciary Duties", <u>401(k) Advisor</u>, July 2011

"New Puerto Rico Tax Code Requires Big Changes to Retirement Plans for Puerto Rico Employees", <u>401(k) Advisor</u>, June 2011

"Public Pension Plans and the Retirement Gap:  Understanding the Crisis and Possible Solutions", <u>Pension & Benefits Daily</u>, June 7, 2011

" 'In Plan' Roth Conversions and New Electronic Deposit Rules for Payment of Retirement Plan Withholding Taxes", <u>401(k) Advisor</u>, May 2011

"Education Nation", <u>PlanAdviser</u>, March-April 2011

"Tools Help Fiduciaries Evaluate Plan Fees", <u>401(k) Advisor</u>, February 2011

"DOL Issues Final Regulations on Mandatory Fee Disclosures", <u>Law Firm Partnership & Benefits Report</u>, February 2011

"Brace for Impact", <u>PlanAdviser</u>, January-February 2011

"Partial Plan Terminations of Qualified Plans", <u>The ASPPA Journal</u>, Winter 2011

"Constitutional Challenges to the Patient Protection and Affordable Care Act", <u>New York University Review of Employee Benefits and Executive Compensation</u>, 2010

"Re-Defining Moment DOL Proposes Broadening the Definition of Fiduciary", <u>Planadviser</u>, December 2010

"Voluntary Correction Program for Nonqualified Deferred Compensation Document Failures", <u>401(k) Advisor</u>, December 2010

"Health Care Reform Overview" <u>healthcarereformmagazine.com</u>, December 6, 2010

"Court Ruling on Mutual Fund Fees to 401(k) Plans", <u>401(k) Advisor</u>, November 2010

"Exercising Fiduciary Authority and Control Over the Investment Menu in §403(b) Plans Subject to ERISA", <u>Tax Management Compensation Planning Journal</u>, November 5, 2010

"FBAR Rules for Employee Benefit Plans", <u>Law Firm Partnership & Benefits Report</u>, October 2010

"Selecting Benchmarking Services to Help Meet Fiduciary Requirements", <u>Compensation & Benefits Review</u>, October 2010

"IRS Determination Letter Program for Tax-Qualified Retirement Plans", <u>401(k) Advisor</u>, October 2010

"Conflict of Interest", <u>Planadviser.com</u>, October 2010

"Plan Sponsor's Duty to Avoid Conflicts of Interest", <u>Journal of Pension Benefits</u>, October 2010

"Partial Plan Liability", <u>401(k) Advisor</u>, September 2010

"Lifetime Income Options", <u>401(k) Advisor</u>, August 2010

"Exercising Fiduciary Authority and Control over the Investment Menu in ERISA 403(b) Plans", <u>PlanSponsor.com</u>, August 3, 2010

"Benchmarking Services:  A Potential Solution to Every 401(k) Plan Fiduciary's Problem", BNA <u>Tax Management Memorandum</u>, Vol. 51, No. 16, August 2, 2010

"How to Deal With the DOL's Campaign Against Cross-Selling", <u>Plan adviser.com</u>, August 2010

**"Best Practices Evolving from 401(k) Fee Litigation", <u>Planadviser.com</u>, August 2010**

"Taxation of Deferred Compensation:  Overview of 409A and 457", <u>Compensation and Benefits Review</u>, July/August 2010

"Avoiding Conflicts of Interest as Your Business Grows", <u>401(k) Advisor</u>, July 2010

"Health Care Reform:  An Overview of Health Care Reform with Recommended Action Steps to Take", <u>BNA Insights</u>, July 29, 2010

"Tactical Asset Allocation Under ERISA," <u>401(k) Advisor</u>, June 28, 2010

"Investment Advice Regulations Update," <u>401(k) Advisor</u>, May 2010

"DOL Proposes New Regulations for Investment Advice," <u>401(k) Advisor</u>, April 2010

"A Plan Sponsor's Fiduciary Duties Under ERISA:  With Great Responsibility Comes Great Potential Liability," <u>401(k) Advisor</u>, March 2010

"Best Practices Evolving From 401(k) Fee Litigation," <u>401(k) Advisor</u>, February 2010

"Is It Now Time for Managed Accounts?" <u>New York University Review of Employee Benefits and Executive Compensation</u>, 2009

"Partial Plan Terminations," <u>Law Firm Partnership & Benefits Report</u>, Vol. 15, No. 5, July 2009

"A Meditation on the Definition of Plan Assets," <u>The ASPPA Journal</u>, Vol. 39, No. 1, Winter 2009

"Proposed DOL Rules On 401(k) Fee Disclosures," <u>Law Firm Partnership & Benefits Report</u>, June, 2008

"Criminal Issues Regarding Title I Investment Breaches," <u>Tax Management Compensation Planning Journal</u>, March, 2008

"The Senate Tax Patent Bill, Even Worse that the House Provision," <u>Tax Management Compensation Planning Journal</u>, February, 2008

"Where Fiduciary & Preemption Issues are Headed in 2008," <u>ERISA Litigation Update for CFDD</u>, February 21, 2008

"Commentary on the Patent Reform Act of 2007 Issued Patents and Patent Applications," <u>Tax Management Compensation Planning Journal</u>, November, 2007

"Fiduciary Issues Associated with Default Investment Alternatives Under Participant Directed Individual Account Plans," <u>NYU Employee Benefits and Executive Compensation Review</u>, August 2007

"Will ERISA Preemption Derail Massachusetts Health Care Reform?" <u>NYU Employee Benefits and Executive Compensation Review</u>, August 2007

"MA Health Care Reform Law," <u>Law Firm Partnership & Benefits Report</u>, July 2007

"Will ERISA Preemption Derail Massachusetts Health Care Reform?" <u>Compensation Planning Journal</u>, June 2007

"Preserve ERISA Plans with Proactive, Voluntary Changes," <u>Business Insurance</u>, February 2007

"Learn to Uncover Hidden 401(k) Fees," <u>Boston Women's Business Journal</u>, February 2007

"Fiduciary Issues Associated with Default Investment Alternatives Under Participant-Directed Individual Account Plans," <u>Compensation Planning Journal</u>, January 2007

"Is Medical Tourism the Right Option?" <u>Boston Women's Business Journal</u>, November 2006

"ERISA Plan Corrections: An Attractive Alternative to Hefty Penalties," <u>New England In-House</u>, October 2006

"Medical Tourism: What are Your Options?" <u>Employee Benefits News</u>, October 2006

"Medical Tourism and Group Health Plans," <u>Journal of Compensation and Benefits</u>, September/October 2006

"Employee Benefits Bankruptcy Issues That Law Firms Need to Know," <u>Law Firm Partnership & Benefits Report</u>, May 2006

"What Is the Uniformed Services Employment and Reemployment Rights Act of 1994?" <u>Law Firm Partnership & Benefits Report</u>, July 2005

"Fiduciary Issues Associated with Life Cycle Funds in Individual Account Plans," <u>Tax Management Compensation Planning Journal</u>, May 2005

"An Update on USERRA as it Affects Plans," <u>401(k) Advisor</u>, March 2005

"The Mutual Fund Scandals: What's A Plan Sponsor To Do?" <u>Law Firm Partnership and Benefits Report</u>, October 2004

"Same Sex Spouses in Massachusetts: The Affect on Employee Benefits," <u>Law Firm Partnership and Benefits Report</u>, February 2004

"Managed Accounts:  Still the Best, Least Risky Solution Yet Developed," Tax Management Compensation Planning Journal, November 2003

"Paying Expenses from Plan Assets," 401(k) Advisor, October 2003

"Managed Accounts:  Are They the Answer?," Tax Management Compensation Planning Journal, August 2003

"HIPAA Health Data Privacy Rules:  Final Regs. Issued," Law Firm Partnership & Benefits Report, February 2003

"Understanding Split-Dollar Arrangement Rules," Law Firm Partnership & Benefits Report, May 2002

"Qualified State Tuition Programs: Differentiating Among the Two Types," Law Firm Partnership & Benefits Report, August 2001

"Department of Labor Establishes New Fiduciary Self-Correction Program," Law Firm Partnership & Benefits Report, January 2001

"Friend or Foe?  The Pros and Cons of the New Department of Labor Voluntary Fiduciary Correction Program," University of Denver College of Law, Preventive Law Reporter, Summer 2000

"Friend or Foe? The Pros and Cons of the New Department of Labor Voluntary Fiduciary Correction Program," BNA Tax Management Memorandum, June 2000

"Participant Self Direction of Account Balances:  Investment Advice or Investment Education", Villanova Journal of Law and Investment Management, Vol. 1, Issue 1, Winter 1999

"Correcting Plan Defects," Massachusetts Bar Association Taxation Section Newsletter, October 1999

"IRS Consolidates Employer Options for Correcting Pension Plan Defects," Law Firm Partnership and Benefits Report, June 1999

"ERISA, Employee Benefits and Employment Update", Massachusetts Society of Certified Public Accountants On-Line, March 1999

"Changes to IRS Correction Programs", Massachusetts Bar Association Section Review, December 1998

"Law Firm Tax-Qualified Pension Plans: A Case Study," Law Firm Partnership and Benefits Report, December 1998

"Eliminating Preretirement Distributions to Employees", <u>Massachusetts Bar Association Section Review</u>, December 1998

"The Provision of Investment Advice Under PTE 97-60", <u>Trust & Investments</u>, September/October 1998

"The Provision of Investment Advice Under Prohibited Transaction Exemption 97-60," <u>American Bankers Association</u>, September 1998

"The Provision of Investment Advice Under Prohibited Transaction Exemption 97-60," <u>American Bar Association</u>, Taxation Section Employee Benefits Committee meeting materials, January 1998

"The Provision of Investment Advice Under Prohibited Transaction Exemption 97-60," <u>Tax Management Compensation Planning Journal</u>, January 1998

"Tax-Qualified Retirement and Annuity Plans May Self-Correct Operational Violations," <u>MBA Section of Taxation Newsletter</u>, February 1997

"Pension Simplification Highlights," <u>MBA Section of Taxation Newsletter</u>, November 1996

"Alternatives to Plan Disqualification, Including Discussion of 403(b) Plans," <u>New York University Fifty-Third Institute on Federal Taxation (Matthew Bender)</u>, October 1995

"The Department of Labor Delinquent Filer Voluntary Compliance Program," <u>MBA Section of Taxation Newsletter</u>, October 1995

"Crime and Punishment - The Theory, Evolution and Future of Alternatives to Plan Disqualification," <u>Tax Management Compensation Planning Journal</u> (Special ERISA 20th Anniversary Issue), December 1994

"A General Introduction to Employee Benefit Plans," <u>The Best of MCLE Journal</u>, February 1994

"Qualified Plans With Disqualifying Defects: The Changing Face of Enforcement," <u>MBA Section of Taxation Newsletter</u>, September 1993; reprinted in Massachusetts Bar Association's <u>Best of the Sections 1993-1994</u>

"New Direct Transfer and Tax Withholding Rules for Benefit Plan Distributions," <u>MBA Section of Taxation Newsletter</u>, October 1992; reprinted in Massachusetts Bar Association's <u>Best of the Sections 1992-1993</u>

# APPENDIX D

**Cases in which Marcia S. Wagner, Esq. has Previously Testified
or Submitted an Expert Report**

<u>Falberg et al. v. The Goldman Sachs Group, Inc., et al.</u>
**(Served as Expert Witness for the Plaintiffs)**
**United States District Court for the Southern District of New York**
**2021**

Ms. Wagner was retained by counsel (Nichols Kaster, PLLP) for the Plaintiffs, as an expert on the standards of conduct and practices for fiduciaries that manage retirement plan assets, to evaluate whether Defendants' processes for managing a 401(k) plan (the "Plan") was consistent with the prevailing standard of care that a prudent fiduciary acting solely in the interest of the Plan's participants and beneficiaries would use. In particular, counsel for the Plaintiffs requested that Ms. Wagner determine: (i) whether the Defendants' process for selecting and monitoring the Plan's investment options was consistent with the applicable standard of care; and (ii) to assess the Defendants' conduct in retaining and monitoring certain proprietary investments as investment options for the Plan. Further, Ms. Wagner evaluated whether the fiduciaries with responsibility for overseeing the Defendants adequately monitored the Defendants' management of the Plan's investment lineup.

<u>Travel Nurse Across America, LLC v. Floyd Edwards Holdings, Inc., et. al.</u>
**(Served at Expert Witness for the Defendants)**
**Supreme Court of the State of New York**
**2021**

Ms. Wagner was retained by counsel (Koley Jessen P.C., L.L.O.) for the Defendants, as an expert on evaluating whether Trinity Healthcare Staffing Group, LLC's policies for reimbursing its temporary healthcare professionals on away-from-home assignments were sufficient to satisfy the *per diem* tax rules. In particular, Counsel have asked Ms. Wagner to opine on whether during the time period from January 2015 through January 11, 2017, Trinity's policies for reimbursing its TOAs for their *per diem* expenses while on temporary away-from-home assignments were compliant with prevailing industry standards. Counsel have further asked Ms. Wagner to opine on the correction methodology required to correct any *per diem* payments that Trinity may have paid to its TOAs during the relevant period, that did not comply with its internal tax policies concerning *per diem* payments.

<u>Albert et al. v. The Retirement Board of The Denver Employees' Retirement Plan, et. al.</u>
**(Served as Expert Witness for the Plaintiffs)**
**District Court, City and County of Denver, State of Colorado**
**2021**

Ms. Wagner was retained by counsel (McNamara & Schechter LLP) for the Plaintiffs, as an expert on the fiduciaries that manage the administration of tax-qualified retirement plans, to evaluate whether the Defendants' process for managing a defined benefit pension plan (i.e., the DERP Plan) was consistent with the prevailing standards of care a prudent fiduciary acting in the best interest of the DERP Plan's participants and beneficiaries would use. In particular, counsel

for Plaintiffs have asked me to determine whether it was consistent with the applicable standard of care for the Defendants to disregard the terms of the DERP Plan in administering the Plaintiffs' retirement benefits, and to assess the Defendants' conduct in: (i) calculating the amount of retirement benefits to which the Plaintiffs were entitled to receive under the terms of the DERP Plan; (ii) effectuating the payment of the Plaintiffs' retirement benefits from the DERP Plan; (iii) communicating with the Plaintiffs about their retirement benefits; and (iv) monitoring the amount of retirement benefits paid to the Plaintiffs from the DERP Plan to ensure compliance with applicable laws.

**Mass and Graf et al. v. Board of Regents of the University of California et al.**
**(Served as Expert Witness for the Plaintiffs)**
**Superior Court of the State of California, County of Alameda**
**2021**

Ms. Wagner was retained by counsel (Nichols Kaster, PLLP) for the Plaintiffs, as an expert on the standards of conduct and practices of fiduciaries charged with responsibility for the administration of a retirement plan, to: (i) offer analysis regarding the Defendants' administration and disclosures for the defined benefit pension plan; and (ii) evaluate whether Defendants' processes for disclosing the material terms of the plan were consistent with the prevailing standard of care that a fiduciary acting solely in the interest of the plan's participants and beneficiaries would use. In particular, counsel for the Plaintiffs requested that Ms. Wagner evaluate whether the Defendants met the applicable standard of care for disclosing to plan members the consequences of delaying making a claim for retirement benefits past age 60.

**Pizarro et al. v. The Home Depot, Inc. et al.**
**(Served as Expert Witness for the Defendants)**
**United States District Court for the Northern District Georgia, Atlanta Division**
**2021**

Ms. Wagner was retained by counsel (King & Spalding LLP) for the Defendant employer and its plan committees to produce an expert report and to testify as an expert with respect whether the Defendants followed a prudent process as to: (i) monitoring, reviewing and retaining the 401(k) plan's investment advisory service providers, including the fees charged by those providers; and (ii) selecting, monitoring and management of certain investments made available as options on the 401(k) plan's investment menu.

**Reetz et al. v. Lowe's Companies, Inc. et al.**
**(Served as Expert Witness for the Plaintiffs)**
**United States District Court for the Western District North Carolina**
**2020**

Ms. Wagner was retained by counsel (Nichols Kaster, PLLP) for the Plaintiffs, as an expert on the standards of conduct and practices for fiduciaries that manage retirement plan assets, to evaluate whether Defendants' processes for managing a 401(k) plan (the "Plan") was consistent with the prevailing standard of care that a prudent fiduciary acting solely in the interest of the Plan's participants and beneficiaries would use. In particular, counsel for the

Plaintiffs requested that Ms. Wagner: (i) evaluate whether the Plan's fiduciaries met the applicable standard of care with respect to their process for restructuring the Plan's investment lineup, which included removing certain investment options and replacing them with a Growth Fund established and maintained by the Plan's 3(38) investment manager; and (ii) to assess the Defendants' conduct in retaining and monitoring the Growth Fund in the Plan's lineup. In addition, Ms. Wagner evaluated whether the fiduciaries with responsibility for overseeing the Defendants adequately monitored the Defendants' management of the Plan.

**Nelsen et al. v. Principal Global Investors Trust Company et al.**
**(Served as Expert Witness for the Plaintiffs)**
**United States District Court for the Southern District of Iowa, Central Division**
**2020**

Ms. Wagner was retained by counsel (Nichols Kaster, PLLP) for the Plaintiffs, as an expert on the standards of conduct and practices for fiduciaries that manage retirement plan assets, to evaluate whether Defendants' processes for managing a target date collective investment trust ("CIT") was consistent with the prevailing standard of care that a prudent fiduciary acting solely in the interest of the CIT's retirement plan investors would use. In particular, counsel for Plaintiffs asked Ms. Wagner to: (i) determine whether the Defendants' process for selecting and monitoring the CIT's underlying investments was consistent with the applicable standard of care; and (ii) to assess the Defendants' conduct in retaining and monitoring certain proprietary investments as underlying investments for the CIT. Further, Ms. Wagner evaluated whether the fiduciaries with responsibility for overseeing the Defendants adequately monitored the Defendants' management of the CIT's underlying investments.

**Baird et al. v. BlackRock Institutional Trust Company, N.A.**
**(Served as Expert Witness for the Plaintiffs)**
**United States District Court for the Northern District of California, Oakland Division**
**2020**

Ms. Wagner was retained by counsel (Cohen Milstein Sellers & Toll PLLC) for the Plaintiffs, as an expert on the standards of conduct and practices for fiduciaries that manage retirement plan assets, to evaluate whether Defendants' processes for managing a 401(k) plan (the "Plan") was consistent with the prevailing standard of care that a prudent fiduciary acting solely in the interest of the Plan's participants and beneficiaries would use. In particular, counsel for the Plaintiffs requested that Ms. Wagner evaluate whether the Defendants met the applicable standards of care with respect to their processes for: (i) selecting and monitoring the Plan's investment options; (ii) evaluating the fees and risks attributable to certain proprietary Plan investment options that engaged in the practice of securities lending; (iii) selecting and monitoring the Plan's securities lending agent; (v) disclosing the securities lending fees charged to Plan participants in view of the prevailing standards for fee disclosures made by ERISA plan fiduciaries. In addition, Ms. Wagner reviewed whether the Plan fiduciaries with oversight responsibility for Defendants sufficiently monitored the Defendants' management the Plan.

**Payne v. DST Systems, Inc., et al.**
**(Served as Expert Witness for the Claimant)**
**American Arbitration Association**
**2020**

Ms. Wagner was retained by counsel (Humphrey, Farrington & McClain, P.C.) for the Plaintiff, as an expert on the standards of conduct and practices of fiduciaries that manage retirement plan assets, to evaluate whether Defendants' process for managing the profit sharing component of a 401(k) plan (the "Plan") was consistent with the prevailing standard of care that a prudent fiduciary acting in the best interest of the Plan's participants and beneficiaries would use. In particular, counsel for the Plaintiff requested that Ms. Wagner review and determine: (i) whether the Defendants prudently and effectively monitored the Plan's 3(38) investment manager and its compliance with the Duty of Diversification under the Employee Retirement Income Security Act of 1974 ("ERISA"), and (ii) whether the Defendants took timely and effective remedial action once it became clear that the securities for a single business enterprise had increased in value to become more than 25% of the assets comprising the Plan's profit sharing component.

**New York State Nurses Association Pension Plan v. White Oaks Global Advisors, LLC**
**(Served as Expert for the Plaintiffs)**
**American Arbitration Association – New York Regional Office (New York)**
**2019**

Ms. Wagner was retained by counsel (Covington & Burling LLP) for the Plaintiff, i.e., the trustees for a union-sponsored pension plan, as an expert in connection with matters relating to the standard of conduct and practices of 3(38) fiduciaries that manage retirement plan assets. In particular, Ms. Wagner has been engaged to evaluate whether the Defendant registered investment adviser violated the Employee Retirement Income Security Act of 1974 and breached a related Investment Management Agreement.

**Turner et al. v. Northern Montana Hospital, et al.**
**(Served as Expert for the Defendants)**
**United States District Court for the District of Montana, Great Falls Division**
**2019**

Ms. Wagner was retained by counsel (Strong & Hanni, PC) for one of the defendant-hospitals to produce an expert report to evaluate whether the actions taken by the defendant in connection with its health insurance plan were consistent with the requirements of Title I of ERISA. In particular, counsel for the defendant requested that Ms. Wagner review and determine whether the defendant's implementation of its agreement with an insurer satisfied the requirements of Title I of ERISA. Specifically, Ms. Wagner's report included a review of the plan's compliance with ERISA's trust requirements, whether certain amounts were in fact plan assets under ERISA and whether the allocation of payments between plan participants and the defendant complied with ERISA.

**Gopher et al. v. Wells Fargo Bank, N.A., et al.**
**(Served as Expert for the Plaintiffs)**
**Circuit Court for Broward County, Florida**
**2019**

       Ms. Wagner was retained by counsel (Conrad & Scherer LLP) for the plaintiffs to produce an expert report and to testify as an expert in rebuttal to a claim that the criteria to establish a rabbi trust under the Internal Revenue Code of 1986 applied to the terms and conditions of the Seminole Tribe of Florida Minors' Per Capita Trust Agreement and that such trust operated as a rabbi trust.

**Jacobs et al. v. Verizon Communications Inc., et al.**
**(Served as Expert for the Defendants)**
**United States District Court for the Southern District of New York**
**2019**

       Ms. Wagner was retained by counsel (DLA Piper LLP) on behalf of the defendant-plan sponsor to produce an expert report and to testify with respect to the standards of conduct imposed on plan fiduciaries under the ERISA.  In particular, the report provided an evaluation of the plan sponsor's adherence to these fiduciary standards with respect to its selection and monitoring of an alternative investment option as an investment option in its 401(k) plan investment lineup.

**Beach et al. v. JPMorgan Chase Bank, et al.**
**(Served as Expert for the Plaintiffs)**
**United States District Court for the Southern District of New York**
**2019**

       Ms. Wagner was retained by counsel (Kessler, Topaz, Meltzer & Check, LLP) for the Plaintiffs as an expert on the standards of conduct and practices of fiduciaries that manage retirement plan assets, to evaluate whether Defendants' process for managing a 401(k) plan (the "Plan") was consistent with the prevailing standard of care that a prudent fiduciary acting in the best interest of the Plan's participants and beneficiaries would use.  In particular, counsel for the Plaintiffs requested that Ms. Wagner review and determine whether the Defendants: (i) met the applicable standards of care with respect to their process for selecting and monitoring the Plan's investment options; and (ii) adequately monitored the Plan fiduciaries appointed to manage the Plan's investment options.

**Great-West Life & Annuity Insurance Company and FASCore LLC v. Perry Christie and Voya Financial, Inc.**
**(Served as Expert for the Plaintiffs)**
**District Court, Arapahoe County, Colorado**
**2019**

       Ms. Wagner was retained by counsel (Davis, Graham & Stubbs LLP) for the Plaintiffs (Great-West) as an expert on the standards of conduct and practices for administrative service

providers, including recordkeeping service providers such as the Plaintiffs and Defendants in the matter.  In particular, counsel for the Plaintiffs requested that Ms. Wagner review and determine whether the Defendants' conduct was consistent with the standards of conduct and ethics established within the retirement plan industry.

**Moitoso et al. v. FMR LLC, et al.**
**(Served as Expert for the Plaintiffs)**
**United States District Court for the District of Massachusetts**
**2019**

Ms. Wagner was retained by counsel (Nichols Kaster, PLLP) for the Plaintiffs as an expert with respect to whether Defendants' process for managing a 401(k) plan (the "Plan") was consistent with the prevailing standard of care that a prudent fiduciary acting in the best interest of the Plan's participants and beneficiaries would use.  In particular, counsel for Plaintiffs asked Ms. Wagner to determine whether it was consistent with the applicable standard of care for the Defendants to disregard all fiduciary norms in selecting and monitoring all but two of the Plan's hundreds of investment options, and to assess the Defendant committees' conduct in: (i) retaining certain proprietary investments as Plan investment options, and (ii) monitoring the performance and expenses attributable to these Plan investments.

**Charles Dennis, M.D., v. Deborah Heart and Lung Center**
**(Served as Expert for the Defendant)**
**Superior Court of New Jersey – Chancery Division**
**2019**

Ms. Wagner was retained by counsel (Epstein, Becker & Green, P.C.) for the Defendant, as an expert in matters arising under Title I of ERISA, including evaluating whether an arrangement qualifies as an employee benefit plan under Section 3(3) of ERISA, and whether a certain variable life insurance policy purchased by the Plaintiff pursuant to a salary reduction agreement with Defendant was a plan covered by ERISA.

**Ology Bioservices, Inc. v. Goodwin Procter, LLP**
**(Served as Expert for the Claimant)**
**American Arbitration Association – Southeast Case Management Center (Atlanta)**
**2019**

Ms. Wagner was retained by counsel (Chandler Law LLC) for the claimant corporation to produce an expert report with respect whether the Defendants committed legal malpractice and breached their fiduciary duties owed to the corporation by providing negligent legal advice in connection with the claimant's issuance of stock option awards. Among other things, the Defendants were accused of rendering incorrect legal advice concerning the underlying stock valuations and related tax issues under Internal Revenue Code Section 409A.

**Culinary Academy of Las Vegas v. Fava et al.**
**(Served as Expert for the Plaintiff)**
**United States District Court, District of Nevada**
**2019**

Ms. Wagner was retained by counsel (Brownstein Hyatt Farber Schreck LLP) and produced an expert report on behalf of the board of trustees for an  Apprenticeship and Training Plan ("ATP") evaluating whether the Defendants had breached their fiduciary duties owed to the ATP under ERISA by failing to act prudently and solely in the interest of the ATP's participants and beneficiaries, and to exercise the skill, care, prudence and diligence in administering the ATP and its assets.  Among other things, the Defendants were accused of causing the ATP to engage in costly operations that were beyond the scope of its stated non-profit purpose (i.e., to provide education and training opportunities in the Las Vegas hospitality industry).

**Marshall, et. al. v. Northrop Grumman Corporation, et. al.**
**(Served as Expert for Defendant)**
**United States District Court, Central District of California**
**2018**

Ms. Wagner was retained by counsel (Mayer Brown LLP) for the Defendant employer and its plan committees to produce an expert report and to testify as an expert with respect whether the Defendants followed a prudent process in overseeing reimbursements made from a 401(k) plan to the employer for expenses the employer incurred (e.g., salaries and fringe benefits) in providing certain administrative and investment-related services to the 401(k) plan.

**Marilyn Johnson, et. al v. City of Memphis**
**(Served as Expert for Plaintiff)**
**United States District Court, Western District of Tennessee, Western Division**
**2018**

Ms. Wagner was retained by counsel (Attorney David M. Sullivan) and provided an expert opinion on behalf of the Plaintiff with respect to the application of Internal Revenue Code Section 415 to governmental plans and long service police officers, and the relationship of the Code Section 415 limitations to a plan's benefit formula.

**Quatrone, et. al. v. Gannett Co., Inc. et. al.**
**(Served as Expert for Plaintiff)**
**United States District Court, Eastern District of Virginia Alexandria Division**
**2018**

Ms. Wagner was retained by counsel (Izard, Kindall & Raabe LLP) and provided an expert report on behalf of participants in a 401(k) plan.  The report evaluated whether the plan sponsor followed a prudent process in monitoring and continuing to offer the former plan sponsor's common stock as a plan investment option following its spinoff from the current plan sponsor in 2015.

**TI Group Automotive Systems, LLC v. Vollmar, et. al.**
**(Served as Expert for Defendant)**
**Delaware Superior Court**
**2018**

Ms. Wagner was retained by counsel (Clark Hill PLC) and delivered an expert report in a case involving a dispute over certain representations and warranties made under a stock purchase agreement concerning the administration of the company's ERISA-governed defined contribution retirement plan. In particular, Ms. Wagner's report included a review of the plan's compliance with the Internal Revenue Code's nondiscrimination requirements in order to maintain its tax-qualified status thereunder.

**Barrett, et. al. v. Pioneer Natural Resources USA, Inc., et. al.**
**(Served as Expert for Plaintiff)**
**District of Colorado**
**2018**

Ms. Wagner was retained by counsel (Franklin D. Azar & Associates, P.C.) and prepared an expert report on behalf of participants in a 401(k) plan. The report evaluated the plan sponsor's adherence to the standards of conduct imposed on plan fiduciaries under the Internal Revenue Code and ERISA with respect to the selection, monitoring and retention of the plan's recordkeeper and certain investment options appearing on the plan's platform.

**Spires et al. v. Schools et al**
**(Served as Expert for the Plaintiff)**
**United States District Court, District of South Carolina Charleston Division**
**2018**

Ms. Wagner was retained by counsel (Wyche, P.A.) and prepared an expert report on behalf of participants in an employee stock ownership plan ("ESOP") that evaluated whether the Defendants breached their fiduciary duties owed to the Plaintiffs under ERISA by failing to act prudently and solely in the interest of the Plan's participants and beneficiaries, and to exercise the skill, care, prudence and diligence in administering the Plan and its assets during the Class Period.

**Novant Health, Inc. v. Federal Insurance Company, Inc. and Travelers Casualty and Surety Company of America**
**(Serve as Expert for Defendant)**
**United States District Court, District of South Carolina Charleston Division**
**2018**

Ms. Wagner was retained by counsel (Cozen O'Connor P.C.) and prepared an expert report on behalf of two insurance companies that had issued primary and excess fiduciary liability insurance policies to Novant. Ms. Wagner's report evaluated whether $32 million was a reasonable amount for Novant to settle a matter involving certain breach of fiduciary claims brought against the fiduciaries for several of its defined contribution plans. Ms. Wagner's report

included an analysis of whether the investment management fees, recordkeeping fees, and investment consulting fees paid by Novant's defined contribution plans were reasonable.

**Sacerdote et al. v. New York University**
**(Served as Expert for Defendant)**
**United States District Court, Southern District of New York**
**2017**

Ms. Wagner was retained by counsel (DLA Piper LLP) and prepared an expert report on behalf of a plan sponsor for two defined contribution retirement plans relating to the standards of conduct imposed on plan fiduciaries under the Internal Revenue Code and ERISA.   In particular, the report provided an evaluation of the plan sponsor's adherence to these fiduciary standards with respect its: (i) retention of the plans' recordkeepers; and (ii) selection and monitoring of the plans' investment options.

**Moreno et al. v. Deutsche Bank Matched Savings Plan Investment Committee, et al.**
**(Served as Expert for Plaintiff)**
**United States District Court, Southern District of New York**
**2017**

Ms. Wagner was retained by counsel (Nichols Kaster PLLP) and provided an expert report on behalf of participants in a 401(k) plan concluding that the Defendants had failed to adhere to a prudent process regarding the selection and monitoring of investment options for the plan's investment menu by favoring proprietary investments issued by the plan sponsor and disregarding the plan's investment policy statement in the selection and monitoring process.

**Urakhchin et al. v. Allianz Asset Mgmt. of America, L.P. et al.**
**(Served as Expert for Plaintiff)**
**United States District Court, Central District of California**
**2017**

Ms. Wagner was retained by counsel (Nichols Kaster PLLP) and produced an expert report on behalf of participants in a 401(k) plan relating to the duties owed to them by Allianz Asset Management of America, L.P. ("Allianz") with respect to its role as the plan's sponsor and fiduciary for the plan.  In particular, the report provided an evaluation of: (i) whether it was consistent with the applicable standard of care and the best interests of participants and beneficiaries to maintain a plan investment menu consisting  entirely of investments affiliated with Allianz; (ii) whether Allianz prudently and objectively evaluated and monitored the investments in the plan's investment menu; (iii) whether Allianz' conduct in approving the addition of certain proprietary funds and a new default investment option to the plan's investment menu was consistent with fiduciary standards and the best interests of participants and beneficiaries; and (iv) whether Allianz adequately addressed potential conflicts-of-interest.

**Austin v. Union Bond & Trust Company**
**(Served as Expert for Plaintiff)**
**United States District Court, District of Oregon, Portland Division**
**2017**

     Ms. Wagner was retained by counsel (Schneider Wallace Cottrell Konecky LLP) and produced an expert report on behalf of participants in an employee stock ownership plan ("ESOP") relating to the duties owed by Union Bond & Trust Company ("Union") and Morley Capital Management, Inc. ("Morley") with respect to their roles as fiduciaries for a collective investment trust that was an investment option under the ESOP. The report discussed the duties of prudence and loyalty and whether Union and Morley had breached these duties by imprudently managing the fund, thereby resulting in significantly lower investment returns than those of its peers.

**Bentley et al. v. Equity Trust Company**
**(Served as Expert for Defendant)**
**Court of Common Pleas, Lorain County Ohio**
**2017**

     Ms. Wagner was retained by counsel (Ulmer Law Firm, which is now known as Ulmer & Berne LLP) and produced an expert report on behalf of a custodian for certain self-directed individual retirement accounts ("IRA"s), relating to the standards of conduct imposed on custodians under the Internal Revenue Code and ERISA and how such standards relate to custodians holding IRA assets. In addition, the report discussed what level of monitoring can be expected from providers of custodial services, particularly in the context of fraudulent activity by third parties rendering investment advice to IRA owners and providing plan investments to their IRAs.

**Main et al. v. American Airlines, Inc. et al.**
**(Served as Expert for Plaintiff)**
**Texas Northern District Court**
**2017**

     Ms. Wagner was retained by counsel (Nichols Kaster PLLP) and produced an expert report on behalf of participants in an employer-sponsored defined contribution plan relating to the duties owed to them by American Airlines, Inc. ("American") with respect to its role as the plan's sponsor and fiduciary for the plan. The report discussed the duties of prudence and loyalty and whether American violated these duties with its decision to continue to offer mutual funds issued by a controlled-group member investment advisory firm as designated investment alternatives for plan participants. In addition, the report evaluated an independent fiduciary's process for determining whether it was prudent and in the interest of the plan to retain the controlled-group member as the plan's investment manager responsible for selecting and monitoring the plan's designated investment alternatives. Finally, the report appraised the process used by American's benefit plan committees for addressing potential conflicts of interest and whether those processes were adequate.

**Sgroi v. Edward D. Jones and Company, L.P.**
**(Served as Expert for the Plaintiff)**
**2015**

Ms. Wagner was retained by counsel (Mark D. Sullivan, P.C.) and produced an expert report on behalf of a participant in a simplified employee pension plan ("SEP"), as defined under Section 408(k) of the Internal Revenue Code, relating to the duties owed by Edward D. Jones and Company in recommending the establishment of the SEP to the participant's Wyoming governmental employer where adoption of such a plan by a Wyoming governmental entity was prohibited by state law. The report discussed an adviser's duty of prudence with respect to recommendations relating to the selection of a viable retirement benefits plan.

**DeLollis et al. v. Investment Performance Services, LLC**
**(Served as Expert for the Defendant)**
**United States District Court, Eastern District of New York**
**2014**

Ms. Wagner was retained by counsel (Sichenzia Ross Friedman Ference LLP) and prepared an expert report and on behalf of a national investment consulting firm on investment allocation practices by Taft-Hartley plans seeking recovery of funds lost as a result of investment in Madoff feeder funds. The case entails issues of adherence to investment policy guidelines with respect to alternative investments and following appropriate steps to comply with ERISA standards of procedural prudence.

**Dunkin' Brands, Inc. v. Pernod Ricard USA, LLC**
**(Served as Expert for the Defendant)**
**2013**

Ms. Wagner was retained by counsel (Casner & Edwards, LLP) and delivered an expert report in a case involving a dispute over the allocation of plan expenses between formerly affiliated plan sponsors under an administrative cost sharing agreement. The report included a review of plan expenses, discussion of those expenses properly paid from plan assets and an explanation of required procedures for reimbursement of expenses paid by an employer.

**Tax Deferred Services Group v. Cetera Advisors Network, LLC**
**(Served as Expert for the Defendant)**
**Arbitration Matter**
**2013**

Ms. Wagner furnished an expert report and was engaged as an expert witness in arbitration proceedings contesting a third party administrator's putative authority to exercise signature authority on behalf of a plan sponsor and, pursuant to such purported authority, to transfer 457(b) plan accounts to investment providers selected by the administrator. Ms. Wagner concluded that such an assumption of fiduciary authority would violate the exclusive benefit and prudence standards of ERISA and California law. Moreover, based on Ms. Wagner's experience, it would

have exceeded the authority of the typical administrator so that a specific delegation of fiduciary authority (not mere signatory authority) would have been required to move funds.

**Spaz Beverage Co. Defined Benefit Pension Plan v. 1st Global Advisors**
**(Served as Expert for the Defendant)**
**Arbitration Matter**
**2012**

Ms. Wagner was retained by counsel for the Defendants (Sichenzia Ross Friedman Ference LLP) to provide an expert report and to testify in arbitration proceedings as an expert in rebuttal to a claim that ERISA fiduciary standards require liquidation of defined benefit pension plan assets within a precise period of time following notice of the plan's impending termination. The plan in question suffered severe losses in the financial downturn of 2008 - 2009 as a result of its equity investments which were liquidated by the plan without the concurrence of the Defendant investment advisor.

**Harris et al. v. Koenig et al.**
**(Served as Expert for the Plaintiff)**
**United States District Court, District of Columbia**
**2011**

Ms. Wagner was retained by counsel (Stember Feinstein Doyle Payne & Cordes, LLC) and was asked by Plaintiffs to evaluate the conduct of State Street Bank and Trust Company, as plan trustee, in settling securities law claims held by the Waste Management Retirement Savings Plan against the plan sponsor.  Ms. Wagner concluded that State Street's actions and omissions in responding to the offer of settlement violated the standard of care applicable to fiduciaries settling and releasing claims, as prescribed by statute as well administrative guidance, such as Prohibited Transaction Exemption 2003-39.  These duties are premised on the assumption that a claim for fiduciary breach is an asset of the plan and that a fiduciary's decision whether to opt out of a class action settlement must include an evaluation of the dollar value of the claim to be relinquished and whether the terms of the release are too broad and might be modified to preserve ERISA claims.

**Shirk v. Fifth Third Bancorp**
**(Served as Expert for the Plaintiff)**
**United States District Court for the Southern District of Ohio, Western Division**
**2008**

Shirk was a stock drop-case in which participants in a 401(k) plan that also qualified as an ESOP incurred losses due to the decline in value of the plan's investment in employer stock. Ms. Wagner was retained by counsel (Scott & Scott, LLP) and requested by Plaintiffs to render an opinion on the fiduciary standards that applied to the plan fiduciary's decision to continue the plan's investment in employer stock in light of the employer's deteriorating financial condition. Ms. Wagner concluded that, given the plan's structure and the facts applicable to the employer, the plan fiduciaries could and should have exercised their fiduciary duty to terminate the investment in employer stock.

**Walker et al. v. Monsanto Company Pension Plan and Monsanto Company**
**(Served as Expert for the Plaintiff)**
**United States District Court for the Southern District of Illinois**
**2008**

Monsanto involved a cash balance plan where the plan sponsor had discontinued making interest credits on behalf of participants after the attainment of age 55.  Ms. Wagner was retained by counsel (Schlichter, Bogard & Denton, LLP) and rendered an expert opinion on behalf of the Plaintiffs that this practice failed to meet statutory requirements prohibiting age discrimination.

**Abbott et al. v. Lockheed Martin Corporation**
**(Served as Expert for the Plaintiff)**
**United States District Court for the Southern District of Illinois**
**2008**

Ms. Wagner was retained by counsel (Schlichter, Bogard & Denton, LLP) for the Plaintiffs to render an expert opinion as to the operational procedures employed by Lockheed Martin with respect to its 401(k) plans for the purpose of meeting the requirements of section 404(c) of ERISA.  That provision relieves ERISA fiduciaries of liability where investment losses result from a plan participant's exercise of discretion and control with respect to the investment of his or her plan account, provided the plan sponsor furnishes participants with sufficient investment information and discloses certain material facts about the plan and its administration.   Ms. Wagner concluded that Lockheed Martin's actions during a specified period consistently fell short of what was required to obtain this relief from fiduciary responsibility.

# APPENDIX E

**I.**    **Deposition Transcripts and Associated Exhibits**

- Deposition Transcript and Associated Exhibits of John van Merkensteijn, dated April 19, 2021.

- Deposition Transcript and Associated Exhibits of John van Merkensteijn, dated April 20, 2021.

- Deposition Transcript and Associated Exhibits of Elizabeth van Merkensteijn, dated January 20, 2021.

- Deposition Transcript and Associated Exhibits of Shreepal Shah, dated January 25, 2021.

- Deposition Transcript and Associated Exhibits of Robert Klugman, dated January 28, 2021.

- Deposition Transcript and Associated Exhibits of Robert Crema, dated February 9, 2021.

- Deposition Transcript Associated Exhibits of Jocelyn Markowitz, dated February 3, 2021.

- Deposition Transcript and Associated Exhibits of Ronald Altbach, dated October 30, 2020.

- Deposition Transcript and Associated Exhibits of David Zelman, dated December 11, 2020.

- Deposition Transcript and Associated Exhibits of Robin Jones, dated November 4, 2020.

- Deposition Transcript and Associated Exhibits of Perry Lerner, dated September 16, 2020.

- Deposition Transcript and Associated Exhibits of Joseph Herman, dated July 9, 2020.

- Deposition Transcript and Associated Exhibits of Michael Ben Jacob, dated October 11, 2021.

- Deposition Transcript and Associated Exhibits of Michael Ben Jacob, dated October 12, 2021.

- Deposition Transcript and Associated Exhibits of Louise Kaminer, dated October 27, 2020.

- Deposition Transcript and Associated Exhibits of Gavin Crescenzo, dated November 24, 2020.

- Deposition Transcript and Associated Exhibits of Doston Bradley, dated October 14, 2020.

- Deposition Transcript and Associated Exhibits of Matthew Tucci, dated November 10, 2020.

- Deposition Transcript and Associated Exhibits of George Hofmeister, dated June 16, 2021.

- Deposition Transcript and Associated Exhibits of John LaChance, dated June 11, 2020.

- Deposition Transcript and Associated Exhibits of Thomas Kertelits, dated June 4, 2020.

- Deposition Transcript and Associated Exhibits of Stacey Kaminer, dated April 19, 2021.

- Deposition Transcript and Associated Exhibits of Stacey Kaminer, dated April 20, 2021.

- Deposition Transcript and Associated Exhibits of Kathleen Wechter, dated November 22, 2021.

- Deposition Transcript and Associated Exhibits of Arthur Woodard, dated November 18, 2021.

- Deposition Transcript and Associated Exhibits of Peter Wells, dated May 27, 2021.
- Deposition Transcript and Associated Exhibits of Jerome Lhote, dated December 2, 2021.
- Deposition Transcript and Associated Exhibits of Todd Bergeron, dated September 15, 2020.
- Deposition Transcript and Associated Exhibits of Gregory Summers, dated September 9, 2021.
- Deposition Transcript and Associated Exhibits of Gregory Summers, dated September 15, 2021.
- Deposition Transcript and Associated Exhibits of John Doscas, dated January 12, 2021.
- Deposition Transcript and Associated Exhibits of Darren Wittwer, dated April 20, 2021.
- Deposition Transcript and Associated Exhibits of Vincent Tew, dated August 20, 2020.
- Deposition Transcript and Associated Exhibits of Stephanie Tew, dated August 25, 2020.
- Deposition Transcript and Associated Exhibits of Bernard Tew, dated December 2, 2021.
- Deposition Transcript and Associated Exhibits of David Schulman, dated October 21, 2020.
- Deposition Transcript and Associated Exhibits of Joan Schulman, dated October 22, 2020.
- Deposition Transcript and Associated Exhibits of Alexander Jamie Mitchel III, dated May 14, 2020.
- Deposition Transcript and Associated Exhibits of Shahab Hashemi, dated October 7, 2021.
- Deposition Transcript and Associated Exhibits of Shahab Hashemi, dated October 8, 2021.
- Deposition Transcript and Associated Exhibits of Sheldon Goldstein, dated November 9, 2020.
- Deposition Transcript and Associated Exhibits of Scott Goldstein, dated November 11, 2020.
- Deposition Transcript and Associated Exhibits of David Freelove, dated June 17, 2021.
- Deposition Transcript and Associated Exhibits of Carl Andrew Vergari, dated February 12, 2020.
- Deposition Transcript and Associated Exhibits of Mitchell Protass, dated July 1, 2020.
- Deposition Transcript and Associated Exhibits of Svetlin Petkov, dated February 5, 2020.
- Deposition Transcript and Associated Exhibits of Richard Markowitz, dated April 8, 2021.
- Deposition Transcript and Associated Exhibits of Richard Markowitz, dated April 9, 2021.
- Deposition Transcript and Associated Exhibits of Roger Lehman, dated August 9, 2021.
- Deposition Transcript and Associated Exhibits of Roger Lehman, dated August 10, 2021.
- Deposition Transcript and Associated Exhibits of Sean Driscoll, dated April 13, 2020.

## II.     **Legal Documents**

- Plaintiff Skatteforvaltningen's ("SKAT's") Responses and Objections to Defendant Michael Ben-Jacob's Requests for Admission, dated October 7, 2021. Related to docket number18-md-2865 (LAK) and case number 21-cv-05339.

- SKAT's Responses and Objections to Defendant Michael Ben-Jacob's First Set of Interrogatories, dated October 22, 2021. Related to docket number18-md-2865 (LAK) and case number 21-cv-05339.

- SKAT's Memorandum of Law in Support of Its Motion for Issuance of a Request for International Judicial Assistance to Obtain Evidence (Letters Rogatory), dated April 27, 2020. Related to all cases for docket number 18-md-2865 (LAK).

- SKAT's Complaint Against Michael Ben-Jacob, dated June 16, 2021. Related to docket number18-md-2865 (LAK).

- SKAT's Amended Complaint, *Skatteforvaltningen v. American Investment Group of New York, L.P. Pension Plan, Robert Crema, Stacey Kaminer, and Acer Investment Group, LLC.* Related to docket number 18-md-2865 (LAK) and case number 18-cv-09841.

- Defendant Doston Bradley's Objections & Answers to Plaintiff Skatteforvaltningen's First Set of Interrogatories to Certain Plan Defendants. Related to docket number 18-md-2865 (LAK) and case number

- SKAT's Amended Complaint, *Skatteforvaltningen v. Avanix Management LLC Roth 401K Plan*. Related to docket number 18-md-2865 (LAK) and case number 19-cv-01867 (LAK).

- Defendant Roger Lehman's Responses and Objections to Plaintiff Skatteforvaltningen's First Set of Interrogatories.

- Defendant Michael Ben-Jacob's Objections and Response to Plaintiff's First Set of Interrogatories dated December 15, 2021.

## III.    <u>Ethics Opinions</u>

- New York City Bar Association Formal Ethics Opinion 2018-4 entitled "Duties When an Attorney Is Asked to Assist in a Suspicious Transaction".

- April 29, 2020 American Bar Association Formal Opinion 491 entitled "Obligations Under Rule 1.2(d) to Avoid Counseling or Assisting in a Crime or Fraud in Non-Litigation Settings".

- May 23, 2013 American Bar Association Formal Opinion 463 entitled "Client Due Diligence, Money Laundering, and Terrorist Financing".

- July 16, 1981 American Bar Association Informal Opinion 1470 entitled "DUTY OF LAWYER TO INQUIRE INTO FRAUDULENT OR CRIMINAL CONDUCT AND DISCLOSE PAST ACTIVITIES OF A PROSPECTIVE CLIENT".

- August 26, 2019 New York State Bar Association Ethics Opinion 1171 entitled "Deceptive Conduct — Assisting foreign clients to make investments that are subject to foreign currency

controls".

## IV.   **Bates Stamped Documents**[1]

- 78YORK00000060
- 78YORK00000506
- 78YORK00000510
- ACER_00000026
- ACER_00000236
- ACER_00000327
- ACER_00000328
- ACER_00000329
- ACER_00000330
- ACER_00000421
- ACER_00001703
- ACER_00001893
- ACER_00001894
- ACER_00007272
- ACER_00007335
- ACER_00009293
- ACER_00009302
- ACER_00009314
- ACER_00009322
- ACER_00009326
- ACER_00009421
- ACER_00009656
- ACER_00009895
- ACER_00010111
- ACER_00010188
- ACER_00010348
- ACER_00010585
- ACER_00010662
- ACER_00011097
- ACER_00011422
- ACER_00011447
- ACER_00013284
- ACER_00013923
- ACER_00013984
- ACER_00014013
- ACER_00015181
- ACER_00015292
- ACER_00015321
- ACER_00015388
- ACER_00015414
- ACER_00015440
- ACER_00015471

---

1.   All references to Bates-stamped documents are inclusive of the documents' family.

5

- ACER_00015543
- ACER_00015548
- ACER_00015551
- ACER_00015555
- ACER_00015559
- ACER_00015573
- ACER_00015864
- ACER_00016728
- ACER_00016807
- ACER_00016827
- ACER_00016987
- ACER_00017091
- ACER_00025097
- ACER_00025379
- ACER_00025715
- ACER_00025735
- ACKVIEW00000082
- ACKVIEW00000208
- Acorn_Production4
- AIG_00000017
- AIG_00000368
- AIG_00000435
- AIG_00000509
- AIG_00000577
- AIG_00000599
- AIG_00000601
- AIG_00000605
- AIG_00000669
- AIG_00001320
- AIGKAMCO_00001032
- AIGKAMCO_00001035
- AIGKAMCO_00001040
- AM_IRA00000664
- ARIA00000089
- ARIA00000323
- ARIA00000328
- ASTON00000150
- ASTON00000175
- ASTON00000440
- ASTON00000466
- ATLDHR00000109
- ATLDHR00000311
- ATLDHR00000315
- ATLDHR00000316
- ATLDHR00000363
- BALMORAL00000057
- BALMORAL00000203
- BALMORAL00000380

- BEECHTREE00000088
- BEECHTREE00000107
- BEECHTREE00000356
- BEECHTREE00000357
- BEECHTREE00000411
- BEECHTREE00000459
- BEECHTREE00000494
- BELFORTE00000076
- BELFORTE00000282
- BELFORTE00000304
- BELLA00000073
- BELLA00000302
- BELLA00000356
- BLACKBIRD00000089
- BLACKBIRD00000280
- BLACKBIRD00000304
- BLACKBIRD00000323
- BLACKBIRD00000369
- BLACKBIRD00000425
- BLACKRAIN00000323
- BLACKRAIN00000325
- BLACKRAIN00000326
- BLACKRAIN00000349
- BLUEOCEAN00000001
- BLUEOCEAN00000067
- BLUEOCEAN00000201
- BLUEOCEAN00000202
- BLUEOCEAN00000213
- BRADLOND00000137
- BRADLOND00000394
- BRADLOND00000425
- BRADLOND00000426
- BRADLOND00001131
- BRAVOS00000083
- BRAVOS00000286
- BRAVOS00000309
- broad_0024_S20526
- BUSBLK00000104
- BUSBLK00000328
- BUSBLK00000329
- BUSBLK00000330
- BUSBLK00000568
- CAMBTOWN00000109
- CAMBTOWN00000329
- CAMBTOWN00000388
- CANROCK00000089
- CANROCK00000285
- CANROCK00000286

- CANROCK00000304
- CARDINAL00000067
- CARDINAL00000287
- CARDINAL00000333
- CARDINAL00000389
- CARDINAL00000424
- CARDINAL00000452
- CAYMAN_00002806
- CHAMBPROP00000100
- CHAMBPROP00000308
- CHAMBPROP00000354
- CHAMBPROP00000402
- CHAMBPROP00000445
- CHAMBPROP00000446
- CHAMBPROP00000810
- COLE00000169
- COLE00000184
- COLE00000185
- COLE00000197
- COLE00000205
- COLE00000207
- COLE00000208
- COLE00000210
- COLE00000213
- COSTELLO00000092
- COSTELLO00000318
- COSTELLO00000338
- CRESCENZO00000506
- CROW00000036
- CROW00000248
- CROW00000264
- CROW00000282
- CSCCCAP00000183
- CSCCCAP00000202
- CSCCCAP00000534
- CSCCCAP00000544
- DELGADO00000254
- DELGADO00000275
- DELGADO00000277
- DELM000001
- DELM000001_01133
- DIAMSCOTT00000184
- DIAMSCOTT00000551
- DIAMSCOTT00000594
- DIAMSCOTT00000967
- DINK14LLC00000207
- DINK14LLC00000228
- DMR00000116

- DMR00000349
- DMR00000350
- DMR00000369
- DMR00000506
- DMR00001153
- DOSMBLY00000085
- DOSMBLY00000304
- DOSMBLY00000305
- DOSMBLY00000323
- DWC_00000156
- DWC_00000236
- DWC_00000411
- DZ000000761
- ED&F Man00000372
- ED&F Man00000551
- ED&F Man00000563
- ED&F Man00000673
- ED&F Man00000872
- ED&F Man00000967
- ED&F Man00002295
- ED&F-00001296
- ED&F-00001353
- ED&F-00001360
- ED&F-00001418
- ED&F-00001527
- ED&F-00001856
- ED&F-00002889
- ED&F-00003149
- ED&F-00003712
- ED&F-00004232
- ED&F-00004338
- ED&F-00004341
- ED&F-00004361
- ED&F-00004412
- ED&F-00004551
- ED&F-00004904
- ED&F-00005597
- ED&F-00006045
- ED&F-00006106
- ED&F-00006113
- ED&F-00006128
- ED&F-00006159
- ED&F-00006892
- ED&F-00006973
- ED&F-00007717
- ED&F-00008691
- ED&F-00008752
- ED&F-00009165

- ED&F-00009194
- ED&F-00010620
- ED&F-00010732
- ED&F-00010845
- ED&F-00011047
- ED&F-00017042
- ED&F-00017464
- ED&F-00017749
- ED&F-00018228
- ED&F-00019008
- ED&F-00019332
- ED&F-00020356
- ED&F-00020889
- ED&F-00021096
- ED&F-00021545
- ED&F-00021642
- ED&F-00022753
- ED&F-00022946
- ED&F-00023254
- ED&F-00023381
- ED&F-00023511
- ED&F-00023638
- ED&F-00023914
- ED&F-00024417
- ED&F-00024735
- ED&F-00025160
- ED&F-00025499
- ED&F-00025669
- ED&F-00027331
- ED&F-00027591
- ED&F-00027603
- ED&F-00027801
- ED&F-00027945
- ED&F-00028086
- ED&F-00029092
- ED&F-00029495
- ED&F-00033388
- ED&F-00034376
- ED&F-00038716
- ED&F-00050166
- ED&F-00068567
- ED&F-00068647
- ED&F-00068838
- ED&F-00068934
- ED&F-00076230
- ED&F-00109417
- ED&F-00109735
- ED&F-00110247

- ED&F-00111772
- ED&F-00111773
- ED&F-00111801
- ED&F-00111973
- ED&F-00113936
- ED&F-00150685
- ED&F-00152165
- ED&F-00152179
- ED&F-00152192
- ED&F-00152218
- ED&F-00159265
- ED&F-00162312
- ED&F-00166800
- ED&F-00170346
- ED&F-00184076
- ED&F-00186452
- ED&F-00240512
- ED&F-00274290
- ED&F-00274401
- ED&F-00274668
- ED&F-00274986
- ED&F-00275120
- ED&F-00312461
- ED&F-00332465
- ED&F-00332600
- ED&F-00355492
- ED&F-00441352
- EDGEPNT00000720
- EDGEPNT00000721
- EGRET00000049
- EGRET00000281
- EGRET00000295
- EGRET00000314
- EGRET00000361
- EGRET00000417
- ELYSIUM-02508339
- ELYSIUM-02508357
- ELYSIUM-02508521
- ELYSIUM-02508738
- ELYSIUM-02508758
- ELYSIUM-02508786
- ELYSIUM-02509338
- ELYSIUM-02510357
- ELYSIUM-02510412
- ELYSIUM-02510431
- ELYSIUM-02510544
- ELYSIUM-02510549
- ELYSIUM-02510573

- ELYSIUM-02510583
- ELYSIUM-02789501
- ELYSIUM-02789540
- ELYSIUM-03294222
- ELYSIUM-03471982
- ELYSIUM-03472058
- ELYSIUM-03472067
- ELYSIUM-03539103
- ELYSIUM-03539105
- ELYSIUM-03539123
- ELYSIUM-03539130
- ELYSIUM-03539166
- ELYSIUM-03539232
- ELYSIUM-03539308
- ELYSIUM-03853872
- ELYSIUM-03854237
- ELYSIUM-03897382
- ELYSIUM-03897386
- ELYSIUM-03897387
- ELYSIUM-03897596
- ELYSIUM-04129024
- ELYSIUM-04129026
- ELYSIUM-04129061
- ELYSIUM-05094189
- ELYSIUM-05295222
- ELYSIUM-05822425
- ELYSIUM-06020028
- ELYSIUM-07430562
- ELYSIUM-07430625
- ELYSIUM-07430649
- ELYSIUM-07430697
- ELYSIUM-08378245
- ELYSIUM-09371106
- ELYSIUM-00976403
- ESKIN00000098
- ESKIN00000285
- ESKIN00000349
- EVRYCLEAN00000096
- EVRYCLEAN00000115
- EVRYCLEAN00000353
- EVRYCLEAN00000354
- EVRYCLEAN00000409
- EVRYCLEAN00000452
- EVRYCLEAN00000491
- FEDL000000
- FEDL000001
- FIDELITY_0000001
- FIDELITY_0000141

- FIDELITY_0000299
- FIELDCREST00000086
- FIELDCREST00000295
- FIELDCREST00000358
- FIFTYEIGHTSIXTY00000061
- FWCCAP00000079
- FWCCAP00000194
- FWCCAP00000536
- FWCCAP00000564
- FWCCAP00001033
- GOLD_0001023
- GOLD_0001026
- GOLD_0001029
- GREENGS00000103
- GREENGS00000329
- GREENGS00000334
- GUNDERSON 00000056
- GUNDERSON 00000199
- GUNDERSON 00001174
- GUNDERSON 00001183
- GUNDERSON 00003480
- GUNDERSON 00009337
- GUNDERSON 00009781
- GUNDERSON 00009809
- GUNDERSON 00009815
- GUNDERSON 00010014
- GUNDERSON 00010029
- GUNDERSON_00009434
- GUNDERSON00002155
- GUNDERSON00010021
- GYOS00000248
- GYOS00000250
- GYOS00000251
- GYOS00000286
- HAWK00000073
- HAWK00000276
- HAWK00000310
- HAWK00000311
- HERON00000067
- HERON00000261
- HERON00000284
- HERON00000303
- HERON00000349
- HERON00000405
- HIBISCUS00000089
- HIBISCUS00000108
- HIBISCUS00000307
- HIBISCUS00000325

- HIBISCUS00000382
- HIBISCUS00000424
- HIBISCUS00000426
- HOBOKEN00000122
- HOBOKEN00000191
- HOBOKEN00000240
- HOBOKEN00000283
- HOBOKEN00000324
- HOBOKEN00000326
- HOBOKEN00000905
- HOTFROM00000119
- HOTFROM00000330
- HOTFROM00000465
- HOUSTROC00000130
- HOUSTROC00000396
- HOUSTROC00000425
- HOUSTROC00000426
- HOUSTROC00000427
- HOUSTROC00001114
- INDBOMB00000109
- INDBOMB00000314
- INDBOMB00000335
- INDBOMB00000547
- ISDB00000123
- ISDB00000352
- ISDB00000355
- ISDB00000590
- JAYFRAN00000039
- JAYFRAN00000274
- JAYFRAN00000288
- JAYFRAN00000307
- JAYFRAN00000353
- JAYFRAN00000409
- JEBRADLEY00000071
- JEBRADLEY00000183
- JEBRADLEY00000335
- JEBRADLEY00000359
- JEBRADLEY00000361
- JEBRADLEY00000362
- JHVM_0001821
- JHVM_0001927
- JHVM_0002167
- JHVM_0003506
- JHVM_0003696
- JHVM_0005297
- JHVM_0005408
- JHVM_0005618
- JHVM_0005642

- JHVM_0005764
- JHVM_0008757
- JHVM_0009829
- JHVM_0012972
- JHVM_0014908
- JHVM_0020353
- JHVM_0020443
- JHVM_0028887
- JHVM_0033255
- JMLCAP00000041
- JMLCAP00000091
- JMLCAP00000131
- JTHEALTH00000079
- JTHEALTH00000278
- JTHEALTH00000321
- JTHEALTH00000357
- JTHEALTH00000415
- JTHEALTH00000416
- JTHEALTH00000969
- JUMP00000080
- JUMP00000099
- JUMP00000314
- JUMP00000315
- JUMP00000363
- JUMP00000404
- JUMP00000453
- JVHM_0001935
- JVHM_0010571
- JVHM_0010589
- JVHM_0017740
- KAMINV_00000001
- KAMINV_00000193
- KAMINV_00000260
- KAMINV_00000265
- KAMINV_00000338
- KAMINV_00000428
- KAMINV_00000431
- KAMINV_00000433
- KAMINV_00000495
- KAMINV_00000506
- KAMINV_00001713
- KAMINV_00001717
- KAMLP_00000001
- KAMLP_00000230
- KAMLP_00000255
- KAMLP_00000260
- KAMLP_00000310
- KAMLP_00000312

- KAMLP_00000326
- KAMLP_00000398
- KAMLP_00000413
- KAMLP_00000481
- KAMLP_00000503
- KAMLP_00000571
- KAMLP_00000578
- KASV00000095
- KASV00000301
- KASV00000419
- KENNING00000049
- KENNING00000145
- KENNING00000147
- KENNING00000148
- KENNING00000223
- KENNING00000240
- KENNING00000246
- KENNING00000254
- KENNING00000262
- KENNING00000268
- KENNING00000285
- KENNING00000299
- KENNING00000311
- KENNING00000372
- KENNING00000376
- KENNING00000455
- KENNING00000536
- KENNING00000544
- KENNING00000548
- KENNING00000571
- KENNING00000592
- KENNING00000702
- KENNING00000703
- KENNING00000713
- KENNING00000725
- KENNING00000729
- KENNING00000733
- KENNING00000735
- KENNING00000742
- KENNING00000745
- KENNING00000748
- KENNING00000751
- KENNING00000757
- KENNING00000758
- KENNING00000814
- KENNING00001052
- KENNING00001292
- KENNING00001364

- KENNING00001419
- KENNING00001421
- KENNING00001423
- KENNING00001425
- KENNING00001687
- KENNING00001952
- KF_MDL_00954
- KF_MDL_00964
- KF_MDL_11480
- KF_MDL_11490
- KF_MDL_12113
- KF_MDL_12619
- KF_MDL_12720
- KF_MDL_12821
- KF_MDL_12922
- KF_MDL_13023
- KF_MDL_13124
- KF_MDL_13225
- KF_MDL_13326
- KF_MDL_13662
- KF_MDL_13674
- KF_MDL_13685
- KF_MDL_13696
- KF_MDL_13708
- KF_MDL_13718
- KF_MDL_13728
- KLUGMAN00001327
- KLUGMAN00003104
- KLUGMAN00003932
- KLUGMAN00003945
- KLUGMAN00004479
- KLUGMAN00004655
- KLUGMAN00005343
- KLUGMAN00006305
- KLUGMAN00006326
- KLUGMAN00007264
- KLUGMAN00007326
- KLUGMAN00008108
- KLUGMAN00008986
- KLUGMAN00011626
- KLUGMAN00018046
- KLUGMAN00026201
- KLUGMAN00040661
- KLUGMAN00041003
- KLUGMAN00041104
- KLUGMAN00048773
- KLUGMAN00058170
- KLUGMAN00060004

- KLUGMAN00060014
- KLUGMAN00067809
- KODIAK00000097
- KODIAK00000294
- KODIAK00000297
- KRABI00000379
- KRABI00000381
- KYBER00000095
- KYBER00000283
- KYBER00000304
- LAKEVIEW00000072
- LAKEVIEW00000091
- LAKEVIEW00000308
- LAKEVIEW00000339
- LAKEVIEW00000391
- LAKEVIEW00000393
- LAKEVIEW00000411
- LBR00000126
- LBR00000391
- LBR00000410
- LBR00000547
- LBR00004112
- LEHMAN00022454
- LEHMAN00027003
- LEIRICI00000087
- LEIRICI00000298
- LEIRICI00000322
- LIND_00001156
- LIND_00001894
- LIND_00001906
- LUDLOW00000085
- LUDLOW00000300
- LUDLOW00000364
- M2F00000008
- M2F00000146
- M2F00000349
- MAPLE00000112
- MAPLE00000120
- MAPLE00000360
- MAPLE00000405
- MAPLE00000448
- MAPLE00000450
- MAPLE00000468
- MBJ_0000005
- MBJ_0000106
- MBJ_0000208
- MBJ_0000309
- MBJ_0002081

- MBJ_0007880
- MBJ_0007982
- MBJ_0008131
- MBJ_0010630
- MBJ_0010780
- MBJ_0010976
- MBJ_0020786
- MBJ_0022447
- MBJ_0023457
- MBJ_0027529
- MBJ_0035797
- MBJ_0037511
- MBJ_0046228
- MBJ_0046232
- MBJ_0046236
- MBJ_0046240
- MBJ_0046244
- MBJ_0046248
- MBJ_0046252
- MBJ_0046256
- MBJ_0048595
- MBJ_0048603
- MBJ_0048607
- MBJ_0048611
- MBJ_0051795
- MBJ_0051807
- MBJ_0051813
- MBJ_0051819
- MBJ_0051825
- MBJ_0051831
- MBJ_0051837
- MBJ_0065409
- MBJ_0067036
- MBJ_STOR-00002775
- MBJ_STOR-00004230
- MBJ_STOR-00004236
- MBJ_STOR-00004298
- MBJ_STOR-00004921
- MBJ_STOR-00004927
- MBJ_STOR-0001314
- MBJ_STOR-0002502
- MBJ_STOR-0002719
- MBJ_STOR-0002756
- MBJ_STOR-0002765
- MBJ_STOR-0002851
- MBJ_STOR-0004699
- MBJ_STOR-0005220
- MBJ0052777

- MNTAIR00000178
- MNTAIR00000380
- MNTAIR00000390
- MNTAIR00000423
- MNTAIR00000460
- MNTAIR00000502
- MNTAIR00000526
- MNTAIR00000986
- MOIR_00000172
- MOIR_00000250
- MOIR_00000273
- MOIR_00000289
- MOIR_00000461
- MOIR_00001163
- MONAMP00000105
- MONAMP00000329
- MONAMP00000330
- MONAMP00000560
- MPQ00000008
- MPQ00000124
- MPQ00000129
- MPQ00000151
- MPQ00000480
- MPSKAT00000030
- MPSKAT00000049
- MPSKAT00000104
- MPSKAT00000271
- MPSKAT00000380
- MPSKAT00000495
- MPSKAT00001255
- MPSKAT00002314
- MPSKAT00002816
- MPSKAT00003776
- MPSKAT00003967
- MPSKAT00007347
- MPSKAT00008126
- MPSKAT00008166
- MPSKAT00008246
- MPSKAT00008272
- MPSKAT00008292
- MPSKAT00008339
- MPSKAT00008359
- MPSKAT00008386
- MPSKAT00008433
- MPSKAT00008487
- MPSKAT00008540
- MPSKAT00008594
- MPSKAT00008614

- MPSKAT00008687
- MPSKAT00008759
- MPSKAT00008812
- MPSKAT00008839
- MPSKAT00008866
- MPSKAT00008893
- MPSKAT00008920
- MPSKAT00008967
- MPSKAT00009048
- MPSKAT00009074
- MPSKAT00020358
- MPSKAT00020387
- MPSKAT00021018
- MPSKAT00021819
- MPSKAT00022809
- MPSKAT00023949
- MPSKAT00024171
- MPSKAT00024173
- MPSKAT00024174
- MPSKAT00024667
- MPSKAT00025707
- MPSKAT00026442
- MPSKAT00026540
- MPSKAT00027571
- MPSKAT00029282
- MPSKAT00029558
- MPSKAT00045527
- MPSKAT00049874
- MPSKAT00056535
- MPSKAT00056585
- MPSKAT00056658
- MPSKAT00056698
- MPSKAT00056736
- MPSKAT00056805
- MPSKAT00056835
- MPSKAT00056875
- MPSKAT00056945
- MPSKAT00057016
- MPSKAT00057018
- MPSKAT00061415
- MPSKAT00061425
- MPSKAT00063281
- MPSKAT00063541
- MPSKAT00077924
- MPSKAT00078063
- MPSKAT00078073
- MPSKAT00078882
- MPSKAT00078902

- MPSKAT00080801
- MPSKAT00080959
- MPSKAT00082600
- MPSKAT00098584
- MPSKAT00135071
- MPSKAT00135175
- MPSKAT00135185
- MPSKAT00135195
- MPSKAT00135205
- MPSKAT00135722
- MPSKAT00146096
- MPSKAT00158693
- MPSKAT00158722
- MPSKAT00158769
- MPSKAT00158808
- MPSKAT00158846
- MPSKAT00158856
- MPSKAT00158913
- MPSKAT00158941
- MPSKAT00164496
- MPSKAT00166475
- MPSKAT00166540
- MPSKAT00167959
- MPSKAT00168013
- MPSKAT00168076
- MPSKAT00168085
- MPSKAT00168112
- MPSKAT00168121
- MPSKAT00168184
- MPSKAT00168220
- MPSKAT00168229
- MPSKAT00200771
- MPSKAT00200781
- MPSKAT00200791
- MPSKAT00210240
- MPSKAT00210289
- MPSKAT00234853
- MPSKAT00234855
- MPSKAT00234859
- MPSKAT00234891
- MPSKAT00234917
- MPSKAT00241525
- MPSKAT00246613
- MPSKAT00251781
- MPSKAT00256678
- MPSKAT00256699
- MPSKAT00269096
- MPSKAT00269098

- MPSKAT00274815
- MPSKAT00275535
- MUELLER00000108
- MUELLER00000349
- MUELLER00000356
- MUELLER00000379
- NATOLIMNG00000181
- NEW_00000094
- NEW_00000134
- NEW_00000142
- NEW_00000429
- NEW_00000446
- NEW_00000832
- NEW_00000904
- NOVAFONTA0000047
- NYCATAX00000107
- NYCATX00000282
- NYCSTAN00000100
- NYCSTAN00000313
- NYCSTAN00000339
- NYCSTAN00000441
- OAKS00000066
- OAKS00000085
- OAKS00000312
- OAKS00000330
- OAKS00000401
- OAKS00000403
- OAKTREEONE00000111
- OAKTREEONE00000341
- OAKTREEONE00000359
- OAKTREEONE00000501
- ONEZEROFIVE00000319
- ONEZEROFIVE00000333
- ONEZEROFIVE00000470
- ONEZEROFIVE00000488
- ONEZEROFIVE00002592
- OSPREY00000054
- OSPREY00000277
- OSPREY00000487
- OSPREY00000506
- OSPREY00000608
- PATPART00000102
- PATPART00000314
- PATPART00000363
- PATPART00000368
- PEGFOX00000159
- PEGFOX00000261
- PEGFOX00000264

- PEGFOX00000295
- PETKMAN00000030
- PETKMAN00000191
- PETKMAN00000196
- PETKMAN00000217
- PETKMAN00000745
- PETKPART00000103
- PETKPART00000343
- PETKPART00000360
- PETKPART00000364
- PETKPART00000374
- PETKPART00000407
- PETKPART00000444
- PETKPART00000486
- PROPPACIF00000113
- PROPPACIF00000346
- PROPPACIF00000375
- PROPPACIF00000376
- PROPPACIF00000955
- PROPPACIF00003619
- PROPPACIF00003628
- PROPPACIF00003696
- PROTASS00000041
- RC00000059
- RDLCON00000187
- RDLCON00000408
- RDLCON00000415
- RDLCON00000425
- RDLCON00000495
- RDLCON00000537
- RDLCON00000628
- RDLCON00001138
- REGOLETH00000096
- REGOLETH00000317
- REGOLETH00000448
- RIVER_00000221
- RIVER_00001953
- RIVER_00001966
- RIVER_00001976
- ROBINDAN00000088
- ROBINDAN00000331
- ROBINDAN00000375
- ROBINDAN00000477
- SABA00000072
- SABA00000284
- SABA00000297
- SABA00000303
- SANDPIPER00000071

- SANDPIPER00000312
- SANDPIPER00000333
- SANDPIPER00000355
- SANDPIPER00000457
- SANFVIL00000199
- SANFVIL00000458
- SANFVIL00000622
- SEABRIGHT00000097
- SEABRIGHT00000516
- SEABRIGHT00000551
- SEABRIGHT00000552
- SEABRIGHT00000571
- SEABRIGHT00001042
- SEC230_00000028
- SEC230_00000140
- SEC230_00000146
- SEC230_00000168
- SEC230_00000520
- Shah, Shreepal0
- Shah, Shreepal121
- SHAPBLUM00000155
- SHAPBLUM00000364
- SHAPBLUM00000374
- SHAPBLUM00000407
- SHAPBLUM00000444
- SHAPBLUM00000486
- SHAPBLUM00000518
- SHAPBLUM00001029
- SINCLAIRE00000104
- SINCLAIRE00000332
- SKAT_MDL_001_00056852
- SKAT_MDL_001_00079683
- SKAT_MDL_001_00223348
- SKSLLLC00000185
- SKSLLLC00000391
- SKSLLLC00000401
- SKSLLLC00000434
- SKSLLLC00000471
- SKSLLLC00000513
- SKSLLLC00000565
- SKSLLLC00000982
- SKYBAX00000032
- SKYBAX00000036
- SKYBAX00000140
- SKYBAX00000146
- SKYBAX00000168
- SNOWHILL00000162
- SNOWHILL00000422

- SNOWHILL00000432
- SNOWHILL00000465
- SNOWHILL00000502
- SNOWHILL00000544
- SNOWHILL00000600
- SNOWHILL00001015
- SPKK00000065
- SPKK00000090
- SPKK00000112
- SPKK00000140
- SPKK00000174
- SPKK00000211
- SPKK00000244
- STARK00000079
- STARK00000305
- STARK00000313
- STEA000000_00002
- STEA000000_00003
- STEA000001
- STEA000025
- STEA001235
- Summers000327
- SVP00000086
- SVP00000316
- SVP00000338
- SVP00000342
- SVP00000352
- SVP00000385
- SVP00000422
- SVP00000464
- TAGRLTY00000135
- TAGRLTY00000155
- TAGRLTY00000415
- TAGRLTY00000434
- TAGRLTY00000483
- TAGRLTY00000536
- TAGRLTY00000571
- TEWD_0011932
- TEWD_0012700
- TEWD_0012746
- TEWD_0012792
- TEWD_0052249
- TEWD_0083034
- TEWD_0083084
- TEWD_0083131
- TEWD_0083134
- TEWD_0083185
- TEWD_0083283

- TEWD_0083334
- TEWD_0083625
- TEWD_0083677
- TEWD_0083729
- TEWD_0083829
- TEWD_0083880
- TEWD_0084101
- TEWD_0084151
- TEWD_0086150
- TEXROC00000089
- TEXROC00000621
- TEXROC00000685
- TEXROC00000687
- THRCKMRTON00000113
- THRCKMRTON00000132
- THRCKMRTON00000363
- TKKJ00000087
- TKKJ00000202
- TKKJ00000209
- TKKJ00000231
- VALER00000098
- VALER00000242
- VALER00000273
- VERGARI00000023
- WAVEMVN00000075
- WAVEMVN00000320
- WAVEMVN00000409
- WAVEMVN00000457
- WAVEMVN00000460
- WAVEMVN00000985
- WESTPORT00000057
- WESTPORT00000293
- WESTPORT00000318
- WESTRIDGE00000061
- WESTRIDGE00000283
- WESTRIDGE00000314
- WESTRIDGE00000343
- WESTRIV00000064
- WESTRIV00000298
- WESTRIV00000323
- WH_MDL_00000001
- WH_MDL_00000144
- WH_MDL_00000247
- WH_MDL_00000420
- WH_MDL_00000732
- WH_MDL_0000367357
- WH_MDL_00007793
- WH_MDL_00007817

- WH_MDL_00007841
- WH_MDL_00008217
- WH_MDL_00008227
- WH_MDL_00008237
- WH_MDL_00008656
- WH_MDL_00008987
- WH_MDL_00008991
- WH_MDL_00008995
- WH_MDL_00008999
- WH_MDL_00009003
- WH_MDL_00009007
- WH_MDL_00011852
- WH_MDL_00012125
- WH_MDL_00012226
- WH_MDL_00012328
- WH_MDL_00012429
- WH_MDL_00012540
- WH_MDL_00012555
- WH_MDL_00012567
- WH_MDL_00012587
- WH_MDL_00012603
- WH_MDL_00020346
- WH_MDL_00020350
- WH_MDL_00020354
- WH_MDL_00020358
- WH_MDL_00020362
- WH_MDL_00020366
- WH_MDL_00024089
- WH_MDL_00024858
- WH_MDL_00028478
- WH_MDL_00028507
- WH_MDL_00028841
- WH_MDL_00029041
- WH_MDL_00029045
- WH_MDL_00029100
- WH_MDL_00029156
- WH_MDL_00029159
- WH_MDL_00029214
- WH_MDL_00029366
- WH_MDL_00029377
- WH_MDL_00029389
- WH_MDL_00029401
- WH_MDL_00029420
- WH_MDL_00030270
- WH_MDL_00032664
- WH_MDL_00032684
- WH_MDL_00035610
- WH_MDL_00035614

- WH_MDL_00035618
- WH_MDL_00035622
- WH_MDL_00035626
- WH_MDL_00035630
- WH_MDL_00035634
- WH_MDL_00035638
- WH_MDL_00035642
- WH_MDL_00035646
- WH_MDL_00035650
- WH_MDL_00035654
- WH_MDL_00035658
- WH_MDL_00035662
- WH_MDL_00035666
- WH_MDL_00035670
- WH_MDL_00035674
- WH_MDL_00035678
- WH_MDL_00035686
- WH_MDL_00035698
- WH_MDL_00035702
- WH_MDL_00039112
- WH_MDL_00039433
- WH_MDL_00051272
- WH_MDL_00051274
- WH_MDL_00051276
- WH_MDL_00051300
- WH_MDL_00051302
- WH_MDL_00051304
- WH_MDL_00051306
- WH_MDL_00051308
- WH_MDL_00051310
- WH_MDL_00051312
- WH_MDL_00051366
- WH_MDL_00051372
- WH_MDL_00051374
- WH_MDL_00051379
- WH_MDL_00051478
- WH_MDL_00055217
- WH_MDL_00055934
- WH_MDL_00115030
- WH_MDL_00115036
- WH_MDL_00127000
- WH_MDL_00140537
- WH_MDL_00140555
- WH_MDL_00140565
- WH_MDL_00140619
- WH_MDL_00143271
- WH_MDL_00143272
- WH_MDL_00143275

- WH_MDL_00143276
- WH_MDL_00143277
- WH_MDL_00143278
- WH_MDL_00143279
- WH_MDL_00143280
- WH_MDL_00143282
- WH_MDL_00143283
- WH_MDL_00143366
- WH_MDL_00144094
- WH_MDL_00162425
- WH_MDL_00208005
- WH_MDL_00208969
- WH_MDL_00212188
- WH_MDL_00212578
- WH_MDL_00213231
- WH_MDL_00217374
- WH_MDL_00217701
- WH_MDL_00218947
- WH_MDL_00219760
- WH_MDL_00219798
- WH_MDL_00225968
- WH_MDL_00225982
- WH_MDL_00225983
- WH_MDL_00225984
- WH_MDL_00225985
- WH_MDL_00226288
- WH_MDL_00226291
- WH_MDL_00226294
- WH_MDL_00227810
- WH_MDL_00227861
- WH_MDL_00240152
- WH_MDL_00241717
- WH_MDL_00252262
- WH_MDL_00252474
- WH_MDL_00252923
- WH_MDL_00253093
- WH_MDL_00255254
- WH_MDL_00274933
- WH_MDL_00276168
- WH_MDL_00283320
- WH_MDL_00283679
- WH_MDL_00283884
- WH_MDL_00297405
- WH_MDL_00297511
- WH_MDL_00312769
- WH_MDL_00323452
- WH_MDL_00324709
- WH_MDL_00324712

- WH_MDL_00324715
- WH_MDL_00324718
- WH_MDL_00324721
- WH_MDL_00324724
- WH_MDL_00324727
- WH_MDL_00327237
- WH_MDL_00331778
- WH_MDL_00335411
- WH_MDL_00339761
- WH_MDL_00339896
- WH_MDL_00340071
- WH_MDL_00340989
- WH_MDL_00354989
- WH_MDL_00356182
- WH_MDL_00358600
- WH_MDL_00358608
- WH_MDL_00360718
- WH_MDL_00363113
- WH_MDL_00366325
- WH_MDL_00367421
- WH_MDL_00368403
- WH_MDL_00369092
- WH_MDL_00369197
- WH_MDL_00369233
- WH_MDL_00369263
- WH_MDL_00369487
- WH_MDL_00369533
- WH_MDL_00369625
- WH_MDL_00369824
- WH_MDL_00370118
- WH_MDL_00374719
- WH_MDL_00383174
- WH_MDL_00384220
- WH_MDL_00387370
- WH_MDL_00387594
- WH_MDL_00394199
- WH_MDL_00406094
- WH_MDL_00451738
- WH_MDL_368853
- ZENTRNG00000075
- ZENTRNG00000350
- ZENTRNG00000442
- ZENTRNG00000487
- ZENTRNG00000488
- ZENTRNG00000851

# APPENDIX F

| Plan | Case No. | Damages (DKK) | Damages (USD) | Submissions to SKAT | Participant | Relationship | Citation | LLC Name | LLC Formation Date | Citation | Plan Formation Date | Citation | First Equity Purchase Date | Citation | Final Equity Purchase Date | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2321 Capital Pension Plan | 19-cv-10713-LAK | 59,259,33 8.98 | 9,651,385. 14 | SKAT_MDL_001_00 079311 | Luke McGee | M. Stein's Associate | Public Records | 2321 Capital LLC | 2013-02-08 | MPSKAT00275 535 | 2013-02-06 | WH_MDL_000 51310 | 2013-03-07 | MPSKAT00077 924 | 2014-08-07 | WH_MDL_000 39112 |
| Alden Investments Pension Plan | 21-cv-05339-LAK | 33,428,64 9.01 | 5,444,405. 38 | Pending Production | Jerome Lhote | Argre Principal | R. Markowitz Tr. at 24:7-10 | Alden Investments LLC | 2004-12-14 | MPSKAT00246 613 | 2013-02-04 | MPSKAT00021 018 | 2013-03-07 | MPSKAT00098 071 | 2014-08-07 | WH_MDL_00146 096 |
| AOI Pension Plan | 19-cv-05339-LAK | 62,043,57 0.34 | 10,104,81 6.02 | Pending Production | Matthew Stein | Argre Principal | R. Markowitz Tr. at 24:7-10 | AOI LLC | 2012-06-13 | MPSKAT00246 613 | 2013-02-04 | MPSKAT00021 018 | 2013-03-07 | MPSKAT00135 071 | 2014-08-07 | MPSKAT00158 693 |
| Azalea Pension Plan | 19-cv-01893-LAK | 34,272,95 8.65 | 5,186,000. 00 | SKAT_MDL_001_00 060171 | Elizabeth van Merkensteijn | J. van Merkensteijn's Wife | E. van Merkensteijn Tr. at 22:20-23 | Azalea LLC | 2013-06-11 | JHVM_001297 2 | 2013-06-20 | WH_MDL_000 12578 | 2013-11-26 | MPSKAT00135 175 | 2014-08-07 | GUNDERSON 00001174 |
| Batavia Capital Pension Plan | 19-cv-01895-LAK | 32,525,02 1.28 | 4,921,000. 00 | SKAT_MDL_001_00 059916 | Richard Markowitz | M. Stein's Associate | R. Markowitz Tr. at 24:7-10 | Batavia Capital LLC | 2013-06-11 | MPSKAT00001 255 | 2013-06-17 | WH_MDL_000 00420 | 2013-11-26 | MPSKAT00135 185 | 2014-08-07 | MPSKAT00200 030 |
| Bernina Pension Plan | 19-cv-01865-LAK | 57,878,01 3.06 | 8,757,000. 00 | SKAT_MDL_001_00 059498 | John van Merkensteijn | Argre Principal | R. Markowitz Tr. at 24:7-10 | Bernina LLC | 2012-03-15 | JHVM_002035 3 | 2013-02-07 | WH_MDL_000 52474 | 2013-03-07 | MPSKAT00000 049 | 2014-08-07 | GUNDERSON 00001183 |
| Bowline Management Pension Plan | 19-cv-10713-LAK | 32,623,80 7.40 | 5,313,323. 68 | SKAT_MDL_001_00 079434 | Luke McGee | M. Stein's Associate | Public Records | Bowline Management LLC | 2012-07-31 | MPSKAT00021 819 | 2013-06-10 | WH_MDL_000 51302 | 2013-11-26 | MPSKAT00135 195 | 2014-08-07 | MPSKAT00158 856 |
| California Catalog Company Pension Plan | 19-cv-10713-LAK | 68,239,88 4.94 | 11,113,98 7.78 | SKAT_MDL_001_00 077851 | Daniel Stein | M. Stein's Brother | Public Records | California Catalog Company LLC | 2001-09-25 | Public Records | 2012-05-18 | WH_MDL_000 51366 | 2012-08-08 | MPSKAT00164 496 | 2014-08-07 | MPSKAT00168 076 |
| Calypso Investments Pension Plan | 19-cv-01904-LAK | 33,379,51 3.00 | 5,050,000. 00 | SKAT_MDL_001_00 060023 | Jocelyn Markowitz | R. Markowitz's Wife | J. Markowitz Tr. at 18:11-13 | Calypso Investments LLC | 2012-06-10 | MPSKAT00234 853 | 2013-06-19 | WH_MDL_000 00732 | 2013-11-26 | MPSKAT00200 771 | 2014-08-07 | MPSKAT00200 104 |
| Carrick Holdings Pension Plan | 21-cv-05339-LAK | 35,837,05 0.21 | 5,836,653. 13 | Pending Production | Matthew Stein | Argre Principal | R. Markowitz Tr. at 24:7-10 | Carrick Holdings LLC | 2012-07-31 | MPSKAT00234 855 | 2013-06-10 | WH_MDL_000 809 | 2013-11-26 | MPSKAT00135 205 | 2014-08-07 | MPSKAT00158 846 |
| Clove Pension Plan | 19-cv-10713-LAK | 36,671,82 3.15 | 5,972,609. 63 | SKAT_MDL_001_00 079539 | Adam LaRosa | Argre Employee | R. Markowitz Tr. at 229:1-9 | Clove Hitch LLC | 2012-07-31 | MPSKAT00234 891 | 2013-06-10 | WH_MDL_000 51312 | 2013-11-26 | MPSKAT00200 781 | 2014-08-07 | MPSKAT00168 211 |
| Davin Investments Pension Plan | 19-cv-10713-LAK | 62,335,42 6.34 | 10,944,14 5.98 | SKAT_MDL_001_00 078367 | David Vinyon | M. Stein's Brother-In-Law | Public Records | Davin Investments LLC | 2012-08-13 | Public Records | 2012-08-21 | WH_MDL_000 51372 | 2013-02-28 | MPSKAT00200 791 | 2014-08-07 | MPSKAT00210 289 |
| Delvian LLC Pension Plan | 19-cv-10713-LAK | 67,197,05 6.32 | 10,944,14 5.98 | SKAT_MDL_001_00 079683 | Alicia Colodner | Argre Employee | Public Records | Delvian LLC | 2011-01-13 | MPSKAT00274 815 | 2012-05-22 | WH_MDL_000 51374 | 2013-08-08 | MPSKAT00000 281 | 2014-08-07 | MPSKAT00168 085 |
| DFL Investments Pension Plan | 19-cv-10713-LAK | 58,539,51 1.97 | 9,534,122. 47 | SKAT_MDL_001_00 078487 | David Colodner | A. Colodner's Husband | Public Records | DFL Investments LLC | 2013-01-25 | Public Records | 2013-01-29 | WH_MDL_000 51304 | 2013-03-07 | JHVM_000529 7 | 2014-08-07 | MPSKAT00158 722 |
| Ganesha Industries Pension Plan | 21-cv-05339-LAK | 60,013,22 4.29 | 9,774,140. 76 | Pending Production | Jerome Lhote | Argre Principal | R. Markowitz Tr. at 24:7-10 | Ganesha Industries LLC | 2013-01-30 | MPSKAT00234 917 | 2013-02-06 | MPSKAT00025 707 | 2013-03-07 | MPSKAT00078 063 | 2014-08-07 | MPSKAT00168 220 |
| Laegeler Asset Management Pension Plan | 19-cv-10713-LAK | 58,152,48 0.95 | 9,471,088. 10 | SKAT_MDL_001_00 079182 | Brian & Cindy Laegeler | R. Markowitz's Former Colleague | Public Records | Laegeler Asset Management LLC | 2008-04-29 | Public Records | 2013-02-06 | WH_MDL_000 51300 | 2013-03-07 | MPSKAT00000 073 | 2014-08-07 | MPSKAT00168 013 |
| Lion Advisory Inc. Pension Plan | 19-cv-10713-LAK | 71,184,84 5.65 | 11,593,62 3.07 | SKAT_MDL_001_00 077254 | Luke McGee | M. Stein's Associate | Public Records | Lion Advisory Inc. | 2012-04-03 | Public Records | 2012-05-23 | WH_MDL_000 540 | 2013-08-08 | MPSKAT00080 959 | 2014-08-07 | WH_MDL_000 39433 |
| Mazagran Pension Plan | 21-cv-05339-LAK | 33,824,31 1.17 | 5,508,845. 47 | Pending Production | Martha Flores Longoria | J. Lhote's Wife | Public Records | Mazagran LLC | 2013-06-11 | MPSKAT00241 525 | 2013-06-13 | MPSKAT00027 571 | 2013-11-26 | MPSKAT00166 475 | 2014-08-07 | MPSKAT00158 913 |
| Michelle Investments Pension Plan | 19-cv-01906-LAK | 73,769,10 8.87 | 11,166,00 0.00 | SKAT_MDL_001_00 058318 | Lhote, Markowitz, Stein & van Merkensteijn | Argre Principals | R. Markowitz Tr. at 24:7-10 | Michelle Investments LLC | 2007-11-15 | WH_MDL_003 60718 | 2012-05-10 | WH_MDL_000 51272 | 2012-08-08 | MPSKAT00561 8 | 2014-08-07 | MPSKAT00000 271 |
| Mill River Capital Management Pension Plan | 19-cv-10713-LAK | 68,724,18 1.76 | 11,192,86 3.48 | SKAT_MDL_001_00 077994 | Adam LaRosa | Argre Employee | R. Markowitz Tr. at 229:1-9 | Mill River Capital Management LLC | 2006-05-24 | Public Records | 2012-05-21 | WH_MDL_000 51308 | 2012-08-08 | JHVM_000564 2 | 2014-08-07 | MPSKAT00168 184 |
| Next Level Pension Plan | 19-cv-10713-LAK | 60,406,33 4.19 | 9,838,165. 18 | SKAT_MDL_001_00 078994 | Edwin Miller | J. van Merkensteijn's Friend | D. Zelman Tr. at 122:1-5 | Next Level, LLC | 2005-12-06 | GUNDERSON 00009809 | 2013-02-08 | WH_MDL_000 52262 | 2013-03-07 | JHVM_000540 8 | 2014-08-07 | MPSKAT00158 769 |
| Pleasant Lake Productions Pension Plan | 21-cv-05339-LAK | 33,566,45 5.35 | 5,466,849. 41 | Pending Production | Kristen Anne Vinyon Stein | M. Stein's Wife | Public Records | Pleasant Lake Productions LLC | 2013-06-11 | MPSKAT00029 859 | 2013-06-17 | MPSKAT00029 282 | 2013-11-26 | MPSKAT00166 540 | 2014-08-07 | MPSKAT00167 959 |
| Rajan Investments LLC Pension Plan | 19-cv-10713-LAK | 59,742,67 7.42 | 9,730,077. 76 | SKAT_MDL_001_00 078233 | W.C. Thomas Bergerson | M. Stein's Friend | Public Records | Rajan Investments LLC | 2012-07-30 | WH_MDL_002 18947 | 2012-08-14 | WH_MDL_000 51478 | 2012-11-27 | MPSKAT00063 541 | 2014-08-07 | MPSKAT00168 112 |
| Raubritter LLC Pension Plan | 18-cv-04833-LAK | 59,825,38 0.94 | 9,308,000. 00 | SKAT_MDL_001_00 03 8942 | Alexander Burns | Unknown | N/A | Raubritter, LLC | 2012-10-09 | Public Records | 2012-08-23 | WH_MDL_000 51379 | 2013-11-27 | MPSKAT00080 801 | 2014-08-07 | MPSKAT00000 121 |
| Remece Investments LLC Pension Plan | 19-cv-01911-LAK | 57,825,44 2.00 | 8,750,000. 00 | SKAT_MDL_001_00 058595 | Lhote, Markowitz, Stein & van Merkensteijn | Argre Principals | R. Markowitz Tr. at 24:7-10 | Remece Investments LLC | 2009-11-24 | JHVM_003325 5 | 2012-05-21 | WH_MDL_000 51274 | 2013-03-07 | WH_MDL_000 32684 | 2014-08-07 | MPSKAT00158 779 |
| RJM Capital Pension Plan | 19-cv-01898-LAK | 59,487,34 1.00 | 9,001,000. 00 | SKAT_MDL_001_00 059293 | Richard Markowitz | Argre Principal | R. Markowitz Tr. at 24:7-10 | RJM Capital LLC | 2007-07-17 | WH_MDL_003 58608 | 2013-02-01 | WH_MDL_003 31778 | 2013-03-07 | MPSKAT00078 902 | 2014-08-07 | MPSKAT00158 808 |
| Spirit On The Water Pension Plan | 19-cv-10713-LAK | 60,248,12 7.87 | 9,812,398. 68 | SKAT_MDL_001_00 078808 | Edwin Miller | J. van Merkensteijn's Friend | D. Zelman Tr. at 122:1-5 | Spirit on the Water LLC | 2011-10-12 | Public Records | 2013-02-08 | WH_MDL_000 52923 | 2013-03-07 | WH_MDL_000 32664 | 2014-08-07 | MPSKAT00210 240 |
| Tarvos Pension Plan | 19-cv-01930-LAK | 36,038,25 2.00 | 5,453,000. 00 | SKAT_MDL_001_00 059760 | John van Merkensteijn | Argre Principal | R. Markowitz Tr. at 24:7-10 | Tarvos LLC | 2013-06-10 | JHVM_002044 3 | 2012-06-19 | WH_MDL_000 53093 | 2013-11-26 | MPSKAT00135 722 | 2014-08-07 | MPSKAT00168 944 |
| Traden Investments Pension Plan | 19-cv-10713-LAK | 56,690,49 2.00 | 9,232,979. 78 | SKAT_MDL_001_00 078610 | Adam LaRosa | Argre Employee | R. Markowitz Tr. at 229:1-9 | Traden Investments LLC | 2013-01-30 | WH_MDL_000 51306 | 2013-02-05 | WH_MDL_000 51306 | 2013-03-07 | MPSKAT00078 882 | 2014-08-07 | MPSKAT00168 945 |
| Xiphias LLC Pension Plan | 19-cv-01924-LAK | 71,255,02 3.38 | 10,782,00 0.00 | SKAT_MDL_001_00 058167 | Lhote, Markowitz, Stein & van Merkensteijn | Argre Principals | R. Markowitz Tr. at 24:7-10 | Xiphias LLC | 2007-04-11 | WH_MDL_002 55254 | 2012-05-03 | WH_MDL_000 51276 | 2012-08-08 | MPSKAT00000 380 | 2014-08-07 | MPSKAT00000 495 |

# APPENDIX G

| Plan | Case No. | Participant(s) | Partnership Name | Plan Percentage | Other Partners / Percentage | Partnership Agreement |
|---|---|---|---|---|---|---|
| 2321 Capital Pension Plan | 19-cv-10713-LAK | Luke McGee | 2321 Capital General Partnership | 5.00% | AOI (23.75%); Bernina (23.75%); Ganesha (23.75%); RJM (23.75%) | MPSKAT00056535 |
| Bowline Management Pension Plan | 19-cv-10713-LAK | Luke McGee | Bowline Management General Partnership | 5.00% | AOI (23.75%); Bernina (23.75%); Ganesha (23.75%); RJM (23.75%) | MPSKAT00061415 |
| California Catalog Company Pension Plan | 19-cv-10713-LAK | Daniel Stein | California Catalog General Partnership I | 10.00% | Quartet (90%) | MPSKAT00056585 |
| California Catalog Company Pension Plan | 19-cv-10713-LAK | Daniel Stein | California Catalog General Partnership II | 10.00% | AOI (22.5%); Bernina (22.5%); Ganesha (22.5%); RJM (22.5%) | WH_MDL_00140555 |
| Clove Pension Plan | 19-cv-10713-LAK | Adam LaRosa | Clove General Partnership | 5.00% | AOI (23.75%); Bernina (23.75%); Ganesha (23.75%); RJM (23.75%) | MPSKAT00061425 |
| Davin Investments Pension Plan | 19-cv-10713-LAK | David Vinyon | Davin Investments General Partnership | 10.00% | AOI (22.5%); Bernina (22.5%); Ganesha (22.5%); RJM (22.5%) | WH_MDL_00140565 |
| Delvian LLC Pension Plan | 19-cv-10713-LAK | Alicia Colodner | Delvian General Partnership I | 5.00% | Quartet (95%) | MPSKAT00023949 |
| Delvian LLC Pension Plan | 19-cv-10713-LAK | Alicia Colodner | Delvian General Partnership II | 5.00% | AOI (23.75%); Bernina (23.75%); Ganesha (23.75%); RJM (23.75%) | MPSKAT00056658 |
| DFL Investments Pension Plan | 19-cv-10713-LAK | David Colodner | DFL Investments General Partnership | 5.00% | AOI (23.75%); Bernina (23.75%); Ganesha (23.75%); RJM (23.75%) | WH_MDL_00140537 |
| Laegeler Asset Management Pension Plan | 19-cv-10713-LAK | Brian & Cindy Laegeler | LAM General Partnership | 10.00% | Quartet (90%) | MPSKAT00056698 |
| Lion Advisory Inc. Pension Plan | 19-cv-10713-LAK | Luke McGee | Lion Advisory General Partnership I | 5.00% | Quartet (95%) | MPSKAT00026442 |
| Lion Advisory Inc. Pension Plan | 19-cv-10713-LAK | Luke McGee | Lion Advisory General Partnership II | 5.00% | AOI (23.75%); Bernina (23.75%); Ganesha (23.75%); RJM (23.75%) | MPSKAT00056736 |
| Mill River Capital Management Pension Plan | 19-cv-10713-LAK | Adam LaRosa | Mill River Capital Management General Partnership | 5.00% | Quartet (95%) | GUNDERSON 00003480 |
| Next Level Pension Plan | 19-cv-10713-LAK | Edwin Miller | Next Level General Partnership | 5.00% | AOI (23.75%); Bernina (23.75%); Ganesha (23.75%); RJM (23.75%) | MPSKAT00056805 |
| Rajan Investments LLC Pension Plan | 19-cv-10713-LAK | Thomas Bergerson | Rajan Investments General Partnership I | 5.00% | Quartet (95%) | MPSKAT00029558 |
| Rajan Investments LLC Pension Plan | 19-cv-10713-LAK | Thomas Bergerson | Rajan Investments General Partnership II | 5.00% | AOI (23.75%); Bernina (23.75%); Ganesha (23.75%); RJM (23.75%) | MPSKAT00056835 |
| Raubritter LLC Pension Plan | 18-cv-04833-LAK | Alexander Burns | Raubritter General Partnership I | 10.00% | Quartet (95%) | MPSKAT00002816 |
| Raubritter LLC Pension Plan | 18-cv-04833-LAK | Alexander Burns | Raubritter General Partnership II | 10.00% | AOI (22.5%); Bernina (22.5%); Ganesha (22.5%); RJM (22.5%) | MPSKAT00056875 |
| Spirit On The Water Pension Plan | 19-cv-10713-LAK | Edwin Miller | Spirit on the Water General Partnership | 5.00% | AOI (23.75%); Bernina (23.75%); Ganesha (23.75%); RJM (23.75%) | MPSKAT00056945 |
| Traden Investments Pension Plan | 19-cv-10713-LAK | Adam LaRosa | Traden Investments General Partnership | 5.00% | AOI (23.75%); Bernina (23.75%); Ganesha (23.75%); RJM (23.75%) | WH_MDL_00140619 |

# APPENDIX H

| Plan | Case No. | Damages (DKK) | Damages (USD) | Participant | Relationship | Citation | LLC Name | LLC Formation Date | Citation | Plan Formation Date | Citation | First Solo Custodian Equity Purchase | Citation | Final Equity Purchase | Citation |
|------|----------|---------------|---------------|-------------|--------------|----------|----------|--------------------|----------|---------------------|----------|--------------------------------------|----------|-----------------------|----------|
| Aerovane Logistics LLC Roth 401(k) Plan | 18-cv-07828 -LAK | 49,783,00 0.10 | 7,988,000.00 | Robert Klugman | Recruiter | N/A | Aerovane Logistics LLC | 16-Jun-14 | KLUGMAN0001 8046 | 16-Jul-14 | KLUGMAN0 0040661 | 7-Aug-14 | WH_MDL_00 035610 | 7-Aug-15 | KLUGMAN 00003104 |
| Albedo Management LLC Roth 401(k) Plan | 19-cv-01785 -LAK | 68,907,13 8.00 | 10,426,000.00 | Joseph Herman | R. Markowitz's Brother-In-Law | J. Markowitz Tr. at 46:20-23 | Albedo Management LLC | 25-Aug-14 | WH_MDL_0002 8478 | 2-Oct-14 | MBJ_00107 80 | 4-Dec-14 | WH_MDL_00 008987 | 7-Aug-15 | MPSKAT0 0008166 |
| Avanix Management LLC Roth 401(k) Plan | 19-cv-01867 -LAK | 68,945,86 3.00 | 10,432,000.00 | Richard Markowitz | Recruiter | R. Markowitz Tr. at 368:14 - 369:13 | Avanix Management LLC | 16-Jun-14 | WH_MDL_0014 3280 | 16-Jul-14 | WH_MDL_0 0000001 | 7-Aug-14 | WH_MDL_00 030270 | 7-Aug-15 | KLUGMAN 00007326 |
| Ballast Ventures LLC Roth 401(k) Plan | 19-cv-01781 -LAK | 28,283,53 7.00 | 4,279,000.00 | Joseph Herman | R. Markowitz's Brother-In-Law | J. Markowitz Tr. at 46:20-23 | Ballast Ventures LLC | 25-Aug-14 | WH_MDL_0002 8507 | 2-Oct-14 | MBJ_00079 82 | 4-Dec-14 | WH_MDL_00 008991 | 7-Aug-15 | WH_MDL_ 00011852 |
| Bareroot Capital Investments LLC Roth 401(k) Plan | 19-cv-01783 -LAK | 28,899,42 9.00 | 4,373,000.00 | David Zelman | J. van Merkensteijn's Friend | D. Zelman Tr. at 20:19-22 | Bareroot Capital Investments LLC | 16-Jun-14 | WH_MDL_0022 5982 | 17-Jul-14 | MBJ_00000 05 | 7-Aug-14 | WH_MDL_00 024089 | 7-Aug-15 | MPSKAT0 0008967 |
| Basalt Ventures LLC Roth 401(k) Plan | 19-cv-01866 -LAK | 27,853,52 1.00 | 4,214,000.00 | John van Merkensteijn | Recruiter | J. van Merkensteij n Tr. at 176:3-16, 177:21-23 | Basalt Ventures LLC | 16-Jun-14 | JHVM_0001927 | 22-Jul-14 | WH_MDL_0 0339896 | 7-Aug-14 | WH_MDL_00 035630 | 7-Aug-15 | GUNDERS ON 00009434 |
| Battu Holdings LLC Roth 401(k) Plan | 19-cv-01794 -LAK | 69,306,60 3.00 | 10,487,000.00 | David Zelman | J. van Merkensteijn's Friend | D. Zelman Tr. at 20:19-22 | Battu Holdings LLC | 19-Jun-14 | WH_MDL_0022 6291 | 17-Jul-14 | MBJ_00001 06 | 7-Aug-14 | WH_MDL_00 035646 | 7-Aug-15 | MPSKAT0 0008246 |
| Cantata Industries LLC Roth 401(k) Plan | 19-cv-01798 -LAK | 48,613,20 9.00 | 7,356,000.00 | David Zelman | J. van Merkensteijn's Friend | D. Zelman Tr. at 20:19-22 | Cantata Industries LLC | 19-Jun-14 | WH_MDL_0022 6288 | 17-Jul-14 | MBJ_00002 08 | 7-Aug-14 | WH_MDL_00 035642 | 7-Aug-15 | MPSKAT0 0008272 |
| Cavus Systems LLC Roth 401(k) Plan | 19-cv-01869 -LAK | 30,340,94 9.00 | 4,591,000.00 | Richard Markowitz | Recruiter | R. Markowitz Tr. at 368:14 - 369:13 | Cavus Systems LLC | 16-Jun-14 | WH_MDL_0022 5968 | 16-Jul-14 | WH_MDL_0 0000144 | 7-Aug-14 | WH_MDL_00 035638 | 7-Aug-15 | MPSKAT0 0008292 |

1

| Plan | Case No. | Damages (DKK) | Damages (USD) | Participant | Relationship | Citation | LLC Name | LLC Formation Date | Citation | Plan Formation Date | Citation | First Solo Custodian Equity Purchase | Citation | Final Equity Purchase | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cedar Hill Capital Investments LLC Roth 401(k) Plan | 19-cv-01922-LAK | 48,926,930.00 | 7,403,000.00 | Edwin Miller | J. van Merkensteijn's Friend | D. Zelman Tr. at 122:1-4 | Cedar Hill Capital Investments LLC | 16-Jun-14 | WH_MDL_00143278 | 18-Jul-14 | KF_MDL_13023 | 7-Aug-14 | WH_MDL_00035626 | 7-Aug-15 | WH_MDL_00055217 |
| Crucible Ventures LLC Roth 401(k) Plan | 19-cv-01800-LAK | 47,579,533.00 | 7,199,000.00 | Ronald Altbach | J. van Merkensteijn's Friend | R. Altbach Tr. at 27:19-22 | Crucible Ventures LLC | 16-Jun-14 | WH_MDL_00225984 | 21-Jul-14 | KF_MDL_12720 | 7-Aug-14 | WH_MDL_00035634 | 7-Aug-15 | MPSKAT00008339 |
| Dicot Technologies LLC Roth 401(k) Plan | 19-cv-01788-LAK | 28,027,173.00 | 4,241,000.00 | David Zelman | J. van Merkensteijn's Friend | D. Zelman Tr. at 20:19-22 | Dicot Technologies LLC | 19-Jun-14 | WH_MDL_00226294 | 17-Jul-14 | MBJ_0000309 | 7-Aug-14 | WH_MDL_00035658 | 7-Aug-15 | MPSKAT00008359 |
| Eclouge Industry LLC Roth 401(k) Plan | 19-cv-01870-LAK | 48,315,325.00 | 7,310,000.00 | Perry Lerner | J. van Merkensteijn's Friend | P. Lerner Tr. at 40:20-23 | Eclouge Industry LLC | 16-Jun-14 | WH_MDL_00143271 | 18-Jul-14 | WH_MDL_0240152 at 171 | 7-Aug-14 | WH_MDL_00020346 | 7-Aug-15 | MPSKAT00008386 |
| Edgepoint Capital LLC Roth 401(k) Plan | 18-cv-07827-LAK | 31,328,375.69 | 4,922,000.00 | Robert Klugman | Recruiter | N/A | Edgepoint Capital LLC | 16-Jun-14 | KLUGMAN00004479 | 16-Jul-14 | KLUGMAN00041104 | 7-Aug-14 | WH_MDL_00035614 | 7-Aug-15 | KLUGMAN00003945 |
| Fairlie Investments LLC Roth 401(k) Plan | 19-cv-01791-LAK | 29,051,405.00 | 4,395,000.00 | Joseph Herman | R. Markowitz's Brother-In-Law | J. Markowitz Tr. at 46:20-23 | Fairlie Investments LLC | 25-Aug-14 | WH_MDL_00028841 | 2-Oct-14 | MBJ_0007880 | 4-Dec-14 | WH_MDL_00008995 | 7-Aug-15 | ELYSIUM-05094189 |
| First Ascent Worldwide LLC Roth 401(k) Plan | 19-cv-01792-LAK | 26,816,385.00 | 4,057,000.00 | Perry Lerner | J. van Merkensteijn's Friend | P. Lerner Tr. at 40:20-23 | First Ascent Worldwide LLC | 16-Jun-14 | WH_MDL_00225983 | 18-Jul-14 | WH_MDL_0012125 | 7-Aug-14 | WH_MDL_00020350 | 7-Aug-15 | MPSKAT00008433 |
| Fulcrum Productions LLC Roth 401(k) Plan | 19-cv-01928-LAK | 26,910,520.00 | 4,072,000.00 | Edwin Miller | J. van Merkensteijn's Friend | D. Zelman Tr. at 122:1-4 | Fulcrum Productions LLC | 16-Jun-14 | WH_MDL_00162425 | 18-Jul-14 | KF_MDL_13124 | 7-Aug-14 | WH_MDL_00035662 | 7-Aug-15 | KF_MDL_12113 |
| Green Scale Management LLC Roth 401(k) Plan | 19-cv-01926-LAK | 69,067,941.00 | 10,451,000.00 | Edwin Miller | J. van Merkensteijn's Friend | D. Zelman Tr. at 122:1-4 | Green Scale Management LLC | 16-Jun-14 | WH_MDL_00225985 | 18-Jul-14 | KF_MDL_12922 | 7-Aug-14 | WH_MDL_00035650 | 7-Aug-15 | MPSKAT00008487 |
| Hadron Industries LLC Roth 401(k) Plan | 19-cv-01868-LAK | 30,520,158.00 | 4,618,000.00 | Richard Markowitz | Recruiter | R. Markowitz Tr. at | Hadron Industries LLC | 16-Jun-14 | WH_MDL_00115036 | 16-Jul-14 | WH_MDL_0000247 | 7-Aug-14 | WH_MDL_00035654 | 7-Aug-15 | WH_MDL_00055934 |

| Plan | Case No. | Damages (DKK) | Damages (USD) | Participant | Relationship | Citation | LLC Name | LLC Formation Date | Citation | Plan Formation Date | Citation | First Solo Custodian Equity Purchase | Citation | Final Equity Purchase | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 368:14 - 369:13 | | | | | | | | | |
| Headsail Manufacturing LLC Roth 401(k) Plan | 18-cv-07824-LAK | 70,639,565.72 | 11,061,000.00 | Robert Klugman | Recruiter | N/A | Headsail Manufacturing LLC | 16-Jul-14 | WH_MDL_00340989 | 16-Jul-14 | KLUGMAN00041003 | 7-Aug-14 | WH_MDL_00035618 | 7-Aug-15 | KLUGMAN00005343 |
| Keystone Technologies LLC Roth 401(k) Plan | 19-cv-01929-LAK | 47,936,417.00 | 7,253,000.00 | Edwin Miller | J. van Merkensteijn's Friend | D. Zelman Tr. at 122:1-4 | Keystone Technologies LLC | 16-Jul-14 | WH_MDL_00143279 | 18-Jul-14 | KF_MDL_13225 | 7-Aug-14 | WH_MDL_00035666 | 7-Aug-15 | MPSKAT00008594 |
| Limelight Global Productions LLC Roth 401(k) Plan | 19-cv-01803-LAK | 27,901,401.00 | 4,221,000.00 | Ronald Altbach | J. van Merkensteijn's Friend | R. Altbach Tr. at 27:19-22 | Limelight Global Productions LLC | 16-Jun-14 | WH_MDL_00143277 | 21-Jul-14 | KF_MDL_12619 | 7-Aug-14 | WH_MDL_00035702 | 7-Aug-15 | MPSKAT00008540 |
| Loggerhead Services LLC Roth 401(k) Plan | 19-cv-01806-LAK | 68,808,367.00 | 10,411,000.00 | Perry Lerner | J. van Merkensteijn's Friend | P. Lerner Tr. at 40:20-23 | Loggerhead Services LLC | 16-Jun-14 | WH_MDL_00029041 | 18-Jul-14 | WH_MDL_00012226 | 7-Aug-14 | WH_MDL_00020366 | 7-Aug-15 | MPSKAT00008614 |
| Monomer Industries LLC Roth 401(k) Plan | 19-cv-01801-LAK | 49,738,020.00 | 7,526,000.00 | Robin Jones | R. Markowitz's Sister | J. Markowitz Tr. at 48:13-15 | Monomer Industries LLC | 25-Aug-14 | WH_MDL_00029045 | 2-Oct-14 | MBJ_0010630 | 4-Dec-14 | WH_MDL_00008999 | 7-Aug-15 | MBJ_0027529 |
| Omineca Pension Plan | 19-cv-01894-LAK | 90,528,784.00 | 13,698,000.00 | John van Merkensteijn | Recruiter | J. van Merkensteijn Tr. at 176:3-16, 177:21-23 | Omineca LLC | 7-Feb-14 | WH_MDL_00143366 | 7-Feb-14 | WH_MDL_00208969 at 9053; JHVM_0026064 | 7-Aug-14 | JHVM_0003685 | 7-Aug-15 | JHVM_0005764 |
| PAB Facilities Global LLC Roth 401(k) Plan | 19-cv-01808-LAK | 1,486,300.00 | 224,000.00 | Perry Lerner | J. van Merkensteijn's Friend | P. Lerner Tr. at 40:20-23 | PAB Facilities Global LLC | 16-Jun-14 | WH_MDL_00029100 | 18-Jul-14 | WH_MDL_00012328 | 7-Aug-14 | WH_MDL_00020358 | 7-Aug-15 | MPSKAT00009048 |
| Pinax Holdings LLC Roth 401(k) Plan | 19-cv-01810-LAK | 29,131,518.00 | 4,408,000.00 | Robin Jones | R. Markowitz's Sister | J. Markowitz Tr. at 48:13-15 | Pinax Holdings LLC | 25-Aug-14 | WH_MDL_00029156 | 2-Oct-14 | MBJ_0008131 | 4-Dec-14 | WH_MDL_00009003 | 7-Aug-15 | MPSKAT00009074 |
| Plumrose Industries LLC Roth 401(k) Plan | 19-cv-01809-LAK | 48,047,199.00 | 7,270,000.00 | Ronald Altbach | J. van Merkensteijn's Friend | R. Altbach Tr. at 27:19-22 | Plumrose Industries LLC | 16-Jun-14 | WH_MDL_00143276 | 21-Jul-14 | KF_MDL_12821 | 7-Aug-14 | WH_MDL_00035670 | 7-Aug-15 | MPSKAT00008687 |

| Plan | Case No. | Damages (DKK) | Damages (USD) | Participant | Relationship | Citation | LLC Name | LLC Formation Date | Citation | Plan Formation Date | Citation | First Solo Custodian Equity Purchase | Citation | Final Equity Purchase | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Roadcraft Technologies LLC Roth 401(k) Plan | 19-cv-01812-LAK | 67,971,029.00 | 10,285,000.00 | Ronald Altbach | J. van Merkensteijn's Friend | R. Altbach Tr. at 27:19-22 | Roadcraft Technologies LLC | 16-Jun-14 | WH_MDL_00029159 | 21-Jul-14 | WH_MDL_00024858 | 7-Aug-14 | WH_MDL_00020362 | 7-Aug-15 | MPSKAT00008759 |
| Routt Capital Pension Plan | 19-cv-01896-LAK | 65,585,864.00 | 9,924,000.00 | Richard Markowitz | Recruiter | R. Markowitz Tr. at 368:14 - 369:13 | Routt Capital LLC | 10-Feb-14 | WH_MDL_00115030 | 19-Feb-14 | WH_MDL_00208005 | 7-Aug-14 | WH_MDL_00035694 | 7-Aug-15 | MPSKAT00008126 |
| Starfish Capital Management LLC Roth 401(k) Plan | 19-cv-01871-LAK | 1,436,630.00 | 217,000.00 | John van Merkensteijn | Recruiter | J. van Merkensteijn Tr. at 176:3-16, 177:21-23 | Starfish Capital Management LLC | 16-Jun-14 | WH_MDL_00143282 | 22-Jul-14 | WH_MDL_00339761 | 7-Aug-14 | WH_MDL_00035678 | 7-Aug-14 | WH_MDL_00035678 |
| Sternway Logistics LLC Roth 401(k) Plan | 19-cv-01813-LAK | 28,790,461.00 | 4,356,000.00 | Robin Jones | R. Markowitz's Sister | J. Markowitz Tr. at 48:13-15 | Sternway Logistics LLC (NY) | 25-Aug-14 | WH_MDL_00029214 | 2-Oct-14 | WH_MDL_00008656 | 4-Dec-14 | WH_MDL_00009007 | 7-Aug-15 | MPSKAT00008812 |
| The Random Holdings 401(k) Plan | 18-cv-07829-LAK | 29,484,406.78 | 4,728,000.00 | Robert Klugman | Recruiter | N/A | N/A - sponsored by R. Klugman in his individual capacity | N/A | N/A | 14-May-14 | KLUGMAN00004655 | 7-Aug-14 | WH_MDL_00035622 | 7-Aug-15 | KLUGMAN00001327 |
| The Stor Capital Consulting LLC 401(k) Plan | 18-cv-04434-LAK | 26,951,956.45 | 4,319,000.00 | Robert Klugman | Recruiter | N/A | Stor Capital Consulting LLC | 17-Dec-08 | KLUGMAN00011626; KLUGMAN00026201 | 14-May-14 | MBJ_STOR-0004699 | 7-Aug-14 | WH_MDL_00312769 | 7-Aug-15 | MBJ_STOR-0002502 |
| Trailing Edge Productions LLC Roth 401(k) Plan | 19-cv-01815-LAK | 28,206,357.00 | 4,268,000.00 | Perry Lerner | J. van Merkensteijn's Friend | P. Lerner Tr. at 40:20-23 | Trailing Edge Productions LLC | 16-Jun-14 | WH_MDL_00143272 | 18-Jul-14 | WH_MDL_00012429 | 7-Aug-14 | WH_MDL_00020354 | 7-Aug-15 | MPSKAT00008839 |
| True Wind Investments LLC Roth 401(k) Plan | 19-cv-01818-LAK | 29,333,040.00 | 4,438,000.00 | Ronald Altbach | J. van Merkensteijn's Friend | R. Altbach Tr. at 27:19-22 | True Wind Investments LLC | 16-Jun-14 | WH_MDL_00143275 | 21-Jul-14 | MBJ_0010976 | 7-Aug-14 | WH_MDL_00035686 | 7-Aug-15 | MPSKAT00008866 |
| Tumba Systems LLC Roth 401(k) Plan | 19-cv-01931-LAK | 28,217,450.00 | 4,269,000.00 | Edwin Miller | J. van Merkensteijn's Friend | D. Zelman Tr. at 122:1-4 | Tumba Systems LLC | 16-Jun-14 | WH_MDL_00127000 | 18-Jul-14 | KF_MDL_13326 | 7-Aug-14 | WH_MDL_00035698 | 7-Aug-15 | MPSKAT00008893 |

| Plan | Case No. | Damages (DKK) | Damages (USD) | Participant | Relationship | Citation | LLC Name | LLC Formation Date | Citation | Plan Formation Date | Citation | First Solo Custodian Equity Purchase | Citation | Final Equity Purchase | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vanderlee Technologies Pension Plan | 19-cv-01918-LAK | 96,371,922.00 | 14,582,000.00 | David Zelman | J. van Merkensteijn's Friend | D. Zelman Tr. at 20:19-22 | Vanderlee Technologies LLC | 13-Feb-13 | WH_MDL_00144094 | Unknown | JHVM_0008757 | 7-Aug-14 | WH_MDL_00035682 | 7-Aug-15 | MPSKAT00008920 |
| Voojo Productions LLC Roth 401(k) Plan | 19-cv-01873-LAK | 48,525,813.00 | 7,342,000.00 | John van Merkensteijn | Recruiter | J. van Merkensteijn Tr. at 176:3-16, 177:21-23 | Voojo Productions LLC | 16-Jun-14 | WH_MDL_00143283 | 22-Jul-14 | WH_MDL_00340071 | 7-Aug-14 | WH_MDL_00035674 | 7-Aug-15 | JHVM_0003696 |

# APPENDIX I

| Plan | Case No. | Participant | Partnership Name | Plan Partner 1 | Partner 1 Percentage | Plan Partner 2 | Partner 2 Percentage | Plan Percentage | Partnership Agreement(s) |
|---|---|---|---|---|---|---|---|---|---|
| Albedo Management LLC Roth 401 (K) Plan | 19-cv-01785 | Joseph Herman | Albedo Management General Partnership | Routt Capital Trust (Richard Markowitz) changed to Avanix Management LLC (Richard Markowitz) | 63.33% | RAK Investment Trust (Robert Klugman) | 31.67% | 5.00% | WH_MDL_00008217; KLUGMAN00060004 |
| Ballast Ventures LLC Roth 401(K) Plan | 19-cv-01781 | Joseph Herman | Ballast Ventures General Partnership | Routt Capital Trust (Richard Markowitz) changed to Cavus Systems LLC (Richard Markowitz) | 63.33% | RAK Investment Trust (Robert Klugman) | 31.67% | 5.00% | WH_MDL_00008227; KLUGMAN00060014 |
| Bareroot Capital Investments LLC Roth 401(K) Plan | 19-cv-01783 | David Zelman | Bareroot Capital Investments General Partnership | Routt Capital Trust (Richard Markowitz) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | WH_MDL_00009366 |
| Battu Holdings LLC Roth 401K Plan | 19-cv-01794 | David Zelman | Battu Holdings General Partnership | Omineca Trust (John van Merkensteijn) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | MBJ_STOR-0002765 |
| Cantata Industries LLC Roth 401(K) Plan | 19-cv-01798 | David Zelman | Cantata Industries General Partnership | Omineca Trust (John van Merkensteijn) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | KF_MDL_13708 |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan | 19-cv-01922 | Edwin Miller | Cedar Hill Capital Investments General Partnership | Routt Capital Trust (Richard Markowitz) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | KF_MDL_11480 |
| Crucible Ventures LLC Roth 401(K) Plan | 19-cv-01800 | Ronald Altbach | Crucible Ventures General Partnership | Omineca Trust (John van Merkensteijn) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | KF_MDL_13662 |
| Dicot Technologies LLC Roth 401(K) Plan | 19-cv-01788 | David Zelman | Dicot Technologies General Partnership | Omineca Trust (John van Merkensteijn) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | KF_MDL_13718 |
| Eclouge Industry LLC Roth 401(K) Plan | 19-cv-01870 | Perry Lerner | Eclouge Industry General Partnership | Routt Capital Trust (Richard Markowitz) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | WH_MDL_00012540 |
| Fairlie Investments LLC Roth 401(K) Plan | 19-cv-01791 | Joseph Herman | Fairlie Investments General Partnership | Routt Capital Trust (Richard Markowitz) changed to Hadron Industries LLC (Richard Markowitz) | 63.33% | RAK Investment Trust (Robert Klugman) | 31.67% | 5.00% | WH_MDL_00008237; KLUGMAN00058170 |
| First Ascent Worldwide LLC Roth 401 (K) Plan | 19-cv-01792 | Perry Lerner | First Ascent Worldwide General Partnership | Routt Capital Trust (Richard Markowitz) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | WH_MDL_00012555 |
| Fulcrum Productions LLC Roth 401 (K) Plan | 19-cv-01928 | Edwin Miller | Fulcrum Productions General Partnership | Omineca Trust (John van Merkensteijn) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | KF_MDL_11490 |
| Green Scale Management LLC Roth 401 (K) Plan | 19-cv-01926 | Edwin Miller | Green Scale Management General Partnership | Routt Capital Trust (Richard Markowitz) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | KF_MDL_00964 |
| Keystone Technologies LLC Roth 401(K) Plan | 19-cv-01929 | Edwin Miller | Keystone Technologies General Partnership | Routt Capital Trust (Richard Markowitz) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | MBJ_0037511 |
| Limelight Global Productions LLC Roth 401 (K) Plan | 19-cv-01803 | Ronald Altbach | Limelight Global Productions General Partnership | Omineca Trust (John van Merkensteijn) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | KF_MDL_13674 |
| Loggerhead Services LLC Roth 401K Plan | 19-cv-01806 | Perry Lerner | Loggerhead Services General Partnership | Routt Capital Trust (Richard Markowitz) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | WH_MDL_00012567 |
| Monomer Industries LLC Roth 401 (K) Plan | 19-cv-01801 | Robin Jones | Monomer Industries General Partnership | Omineca Trust (John van Merkensteijn) | 63.33% | RAK Investment Trust (Robert Klugman) | 31.67% | 5.00% | WH_MDL_00029377 |
| PAB Facilities Global LLC Roth 401 (K) Plan | 19-cv-01808 | Perry Lerner | PAB Facilities Global General Partnership | Routt Capital Trust (Richard Markowitz) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | WH_MDL_00012587 |
| Pinax Holdings LLC Roth 401(K) Plan | 19-cv-01810 | Robin Jones | Pinax Holdings General Partnership | Omineca Trust (John van Merkensteijn) | 63.33% | RAK Investment Trust (Robert Klugman) | 31.67% | 5.00% | WH_MDL_00029389 |
| Plumrose Industries LLC Roth 401K Plan | 19-cv-01809 | Ronald Altbach | Plumrose Industries General Partnership | Omineca Trust (John van Merkensteijn) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | KF_MDL_13685 |
| Roadcraft Technologies LLC Roth 401(K) Plan | 19-cv-01812 | Ronald Altbach | Roadcraft Technologies General Partnership | Routt Capital Trust (Richard Markowitz) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | WH_MDL_00029401 |
| Sternway Logistics LLC Roth 401(K) Plan | 19-cv-01813 | Robin Jones | Sternway Logistics General Partnership | Omineca Trust (John van Merkensteijn) | 63.33% | RAK Investment Trust (Robert Klugman) | 31.67% | 5.00% | WH_MDL_00029420 |
| Trailing Edge Productions LLC Roth 401(K) Plan | 19-cv-01815 | Perry Lerner | Trailing Edge Productions General Partnership | Routt Capital Trust (Richard Markowitz) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | WH_MDL_00012603 |
| True Wind Investments LLC Roth 401(K) Plan | 19-cv-01818 | Ronald Altbach | True Wind Investments General Parrtnership | Omineca Trust (John van Merkensteijn) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | KF_MDL_13696 |
| Tumba Systems LLC Roth 401(K) Plan | 19-cv-01931 | Edwin Miller | Tumba Systems General Partnership | Omineca Trust (John van Merkensteijn) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | KF_MDL_00954 |
| Vanderlee Technologies Pension Plan | 19-cv-01918 | David Zelman | Vanderlee Technologies General Partnership | Omineca Trust (John van Merkensteijn) | 70.00% | RAK Investment Trust (Robert Klugman) | 25.00% | 5.00% | KF_MDL_13728 |

# APPENDIX J

| Plan | Docket No. | Damages (DKK) | Damages (USD) | Submissions to SKAT | Participant | Relationship | Citation | LLC Name | LLC Formation Date | Citation | Plan or (if noted) Trust Formation Date | Citation | First Equity Purchase Date | Citation | Last Equity Purchase Date | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ackview Solo 401(k) Plan | 18-cv-04900-LAK | 36,780,544.11 | 5,722,000.00 | SKAT_MDL_001_0068592; SKAT_MDL_001_040058; SKAT_MDL_001_040086 | Sean Patrick Driscoll | Tradition Securities Employee | S. Driscoll Tr. 17:5-13 | Ackview, LLC | 2013-08-16 | Public Records | 2013-09-17 (Trust) | ACKVIEW00000208 | 2013-11-26 | ELYSIUM-02508339; ELYSIUM-02510573 | 2014-08-07 | ACKVIEW00000082 |
| Blackrain Pegasus LLC Solo 401(k) Plan | 18-cv-10119-LAK | 35,495,780.09 | 5,558,000.00 | SKAT_MDL_001_039809; SKAT_MDL_001_039838 | Monica Bradley | Doston Bradley's Sister | D. Bradley Tr. 89:17-90:6, 123:8-124:7 | Blackrain Pegasus LLC | 2013-08-14 | BLACKRAIN00000323; BLACKRAIN00000325 | 2013-09-30 | BLACKRAIN00000349 | 2013-11-26 | ELYSIUM-02508521; ELYSIUM-02510431 | 2014-11-18 | ELYSIUM-03539105 |
| CSCC Capital Pension Plan | 18-cv-09669-LAK | 48,988,410.99 | 7,850,000.00 | SKAT_MDL_001_036318 | Scott Shapiro | Roger Lehman's Brother's Friend | R. Lehman Tr. 413:23-414:24 | CSCC Capital LLC | 2014-10-14 | CSCCCAP00000544 | 2014-10-28 | CSCCCAP00000534 | 2014-11-27 | CSCCCAP00000183 | 2015-08-07 | CSCCCAP00000202 |
| Delgado Fox LLC Solo 401(k) Plan | 18-cv-10125-LAK | 35,876,907.28 | 5,617,000.00 | SKAT_MDL_001_039666; SKAT_MDL_001_039694 | Bobbie Shelton Bradley | Doston Bradley's Mother | D. Bradley Tr. 89:17-90:6, 123:8-124:7 | Degado Fox LLC | 2013-08-14 | DELGADO00000275; DELGADO00000277 | 2013-09-30 (Trust) | DELGADO00000254 | 2013-11-26 | ELYSIUM-02509338; ELYSIUM-02510583 | 2014-11-18 | ELYSIUM-03539103 |
| FiftyEightSixty LLC Solo 401(k) Plan | 18-cv-10073-LAK | 34,797,977.88 | 5,467,000.00 | SKAT_MDL_001_040151; SKAT_MDL_001_040179 | Danielle Taglianetti | Matthew Tucci's Ex-Wife | M. Tucci Tr. 114:16-19 | FiftyEightSixty LLC | 2013-08-22 | Public Records | 2013-10-25 | FIFTYEIGHTSIXTY0000006 1 | 2013-11-26 | ELYSIUM-02508788; ELYSIUM-02510412 | 2014-11-18 | ELYSIUM-03539130 |
| Gyos 23 LLC Solo 401(k) Plan | 18-cv-10122-LAK | 34,785,245.28 | 5,447,000.00 | SKAT_MDL_001_039523; SKAT_MDL_001_039532 | Doston Bradley, Sr. | Doston Bradley's Father | D. Bradley Tr. 89:17-90:6, 123:8-124:7 | Gyos 23 LLC | 2013-08-14 | GYOS00000248; GYOS00000250 | 2013-09-30 | GYOS00000286 | 2013-11-26 | ELYSIUM-02508786; ELYSIUM-02510357 | 2014-11-18 | ELYSIUM-03539166 |
| JML Capital LLC 401(k) Plan | 18-cv-10092-LAK | 1,236,152.74 | 193,000.00 | SKAT_MDL_001_037757 | John LaChance | Joined Through Jonathan Godson | J. LaChance Tr. 33:1-24 | JML Capital LLC | 2014-07-17 | JMLCAP00000091 | 2014-07-25 | JMLCAP00000131 | 2014-08-07 | JMLCAP00000041 | 2014-08-07 | JMLCAP00000041 |
| Natoli Management Pension Plan | 18-cv-10093-LAK | 1,254,148.11 | 196,000.00 | SKAT_MDL_001_037913 | Vincent James Natoli | Joined through Jonathan Godson | R. Lehman Tr. 335:20-25 | Natoli Management LLC | Missing | Missing | Missing | Missing | 2014-08-07 | NATOLIMNG000001 81 | 2014-08-07 | NATOLIMNG00000181 |
| Nova Fonta Trading LLC 401(k) Plan | 18-cv-10094-LAK | 1,276,053.34 | 199,000.00 | SKAT_MDL_001_038013 | Vincent James Natoli | Joined through Jonathan Godson | R. Lehman Tr. 335:20-25 | Nova Fonta Trading LLC | Missing | Missing | Missing | Missing | 2014-07-28 | NOVAFONTA0000047 | 2014-08-07 | ELYSIUM-03294222 | 2014-08-07 | ELYSIUM-03294222 |
| NYCATX LLC Solo 401(k) Plan | 18-cv-04898-LAK | 35,486,310.77 | 5,521,000.00 | SKAT_MDL_001_039953; SKAT_MDL_001_039962 | Carl Andrew Vergari | Tradition Securities Employee | C. Vergari Tr. 18:9-19:23 | NYCATX LLC | 2013-08-21 | VERGARI00000023 (date refers to when operating agreement was entered into) | 2013-09-26 | NYCATX00000282 | 2013-11-26 | ELYSIUM-02508758; ELYSIUM-02510549 | 2014-08-07 | NYCATX00000107 |
| OneZeroFive LLC Solo 401(k) Plan | 18-cv-10080-LAK | 34,832,122.96 | 5,676,000.00 | SKAT_MDL_001_039236; SKAT_MDL_001_039264 | Matthew Tucci | Recruiter | M. Tucci Tr. 114:20-118:17 | OneZeroFive LLC | 2013-08-13 | ONEZEROFIVE00000319 | 2013-10-25 | ONEZEROFIVE00000333; ONEZEROFIVE00000488 | 2013-11-26 | ELYSIUM-02508357; ELYSIUM-02510544 | 2014-08-07 | ONEZEROFIVE00002592 |
| Pegasus Fox 23 LLC Solo | 18-cv-10126-LAK | 37,329,941.02 | 5,845,000.00 | SKAT_MDL_001_039379 | Doston Bradley | Recruiter | D. Bradley Tr. 89:17-90:6, 123:8-124:7 | Pegasus Fox 23 LLC | 2013-08-14 | PEGFOX00000261 | 2013-08-26 | PEGFOX00000295 | 2013-11-26 | PEGFOX00000159 | 2014-11-18 | ELYSIUM-03539123 |
| Sanford Villa Pension Plan | 18-cv-04767-LAK | 4,186,315.96 | 657,000.00 | SKAT_MDL_001_035423 | Roger Lehman | Recruiter | R. Lehman Tr. 413:23-414:24 | Sanford Villa Capital LLC | 7/17/2014 | SANFVIL00000458 | 2014-07-23 | SANFVIL00000493 | 2014-07-23 | SANFVIL00000499 | 2014-12-04 | SANFVIL00000199 |
| The 78 Yorktown Pension Plan | 18-cv-09565-LAK | 26,084,705.55 | 4,183,000.00 | SKAT_MDL_001_00086471 | Matthew D Patrick | Roger Lehman's Brother's Friend | R. Lehman Tr. 413:23-414:24 | 78 Yorktown Street LLC | 2014-11-20 | 78YORK00000506 | 12/4/2014 (Trust) | 78YORK00000510 | 2015-02-25 | 78YORK00000060 | 2015-08-07 | 78YORK00000060 |
| The Aria Pension Plan | 18-cv-05147-LAK | 27,489,386.20 | 4,304,000.00 | SKAT_MDL_001_014786 | Gavin Crescenzo | Recruiter | G. Crescenzo Tr. 41:21-24 | Aria Capital LLC | 2014-12-09 | ARIA00000323 | 2014-12-19 | ARIA00000328 | 2015-02-25 | ARIA00000089 | 2015-08-07 | ARIA00000089 |
| The Aston Advisors LLC 401(k) Plan | 18-cv-04770-LAK | 31,360,752.78 | 4,909,000.00 | SKAT_MDL_001_0008736 | Roger Lehman | Recruiter | R. Lehman Tr. 413:23-414:24 | Aston Advisors LLC | 2014-07-17 | ASTON00000440 | 7/23/2014 (Trust) | ASTON00000466 | 2014-08-07 | ASTON00000150 | 2015-08-07 | ASTON00000175 |
| The Atlantic DHR 401(k) Plan | 18-cv-04430-LAK | 45,960,066.43 | 7,365,000.00 | SKAT_MDL_001_036576 | Joanne Bradley | Doston Bradley's Wife | D. Bradley Tr. 89:17-90:6, 123:8-124:7 | India Atlantic LLC | 2014-11-24 | ATLDHR00000315 | 2014-12-10 | ATLDHR00000363 | 2015-02-25 | ATLDHR00000109 | 2015-08-07 | ATLDHR00000109 |
| The Balmoral Management LLC 401(k) Pension Plan | 18-cv-10067-LAK | 33,170,063.29 | 5,192,000.00 | SKAT_MDL_001_036910 | John LaChance | Joined Through Jonathan Godson & Robert Toffel | J. LaChance Tr. 33:1-24 | Balmoral Management LLC | 2014-01-14 | BALMORAL00000203 | 2014-02-06 (Trust) | BALMORAL00000380 | 2014-02-26 | BALMORAL00000057 | 2014-08-07 | BALMORAL00000057 |
| The Beech Tree Partners 401(k) Plan | 18-cv-10069-LAK | 71,134,822.84 | 11,176,000.00 | SKAT_MDL_001_00088212 | Danielle Tucci | Matthew Tucci's Ex-Wife | M. Tucci Tr. 114:16-19 | Beech Tree Partners LLC | 2014-08-29 | BEECHTREE00000356 | | BEECHTREE00000357; BEECHTREE00000411; BEECHTREE00000455 | 2014-11-27 | BEECHTREE00000008 8 | 2015-08-07 | BEECHTREE00000107 |
| The Belforte Pension Plan | 18-cv-05150-LAK | 67,515,881.97 | 10,572,000.00 | SKAT_MDL_001_00086366 | Gavin Crescenzo | Recruiter | G. Crescenzo Tr. 41:21-24 | Belforte Capital LLC | 2014-11-10 | BELFORTE00000282 | 2014-12-03 | BELFORTE00000304 | 2015-02-25 | BELFORTE00000076 | 2015-08-07 | BELFORTE00000076 |
| The Bella Consultants Pension Plan | 18-cv-10136-LAK | 26,710,966.86 | 4,286,000.00 | SKAT_MDL_001_00085332 | Anthony Miles Sinclair | Roger Lehman's Brother's Friend | R. Lehman Tr. 413:23-414:24 | Bella Consultants LLC | 2014-11-06 | BELLA00000302 | 2014-11-25 | BELLA00000356 | 2015-02-25 | BELLA00000073 | 2015-08-07 | BELLA00000073 |
| The Blackbird 401(k) Plan | 18-cv-10070-LAK | 46,318,154.74 | 7,277,000.00 | SKAT_MDL_001_00086807 | Danielle Tucci | Matthew Tucci's Ex-Wife | M. Tucci Tr. 114:16-19 | Blackbird Associates LLC | 2014-11-21 | BLACKBIRD00000280 | 2014-12-03 | BLACKBIRD00000357; BLACKBIRD00000369; BLACKBIRD00000425 | 2015-02-25 | BLACKBIRD00000089 | 2015-08-07 | BLACKBIRD00000089 |
| The Bradley London Pension Plan | 18-cv-04047-LAK | 69,217,447.21 | 11,135,000.00 | SKAT_MDL_001_00090961 | Doston Bradley | Recruiter | D. Bradley Tr. 89:17-90:6, 123:8-124:7 | London Rocco LLC | 2014-09-03 | BRADLOND00000425 | 2014-09-26 | BRADLOND00000394 | 2014-11-27 | BRADLOND00001131 | 2015-08-07 | BRADLOND00000109 |
| The Bravos Advisors 401(k) Plan | 18-cv-05151-LAK | 26,780,669.97 | 4,193,000.00 | SKAT_MDL_001_00084414 | Bradley Crescenzo | Gavin Crescenzo's Brother | G. Crescenzo Tr. 41:21-24 | Bravos Advisors LLC | 2014-12-09 | BRAVOS00000286 | 2014-12-19 | BRAVOS00000309 | 2015-02-25 | BRAVOS00000083 | 2015-08-07 | BRAVOS00000083 |
| The Busby Black 401(k) Plan | 18-cv-04522-LAK | 26,502,408.17 | 4,191,000.00 | SKAT_MDL_001_00084127 | Monica Bradley | Doston Bradley's Sister | D. Bradley Tr. 89:17-90:6, 123:8-124:7 | India Black LLC | 2014-11-24 | BUSBLK00000328 | 2014-12-10 | BUSBLK00000568 | 2015-02-25 | BUSBLK00000104 | 2015-08-07 | BUSBLK00000104 |

| Plan | Docket No. | Damages (DKK) | Damages (USD) | Submissions to SKAT | Participant | Relationship | Citation | LLC Name | LLC Formation Date | Citation | Plan or (if noted) Trust Formation Date | Citation | First Equity Purchase Date | Citation | Last Equity Purchase Date | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Cambridge Town Line Pension Plan | 18-cv-09570-LAK | 67,731,272.20 | 10,902,000.00 | SKAT_MDL_001_00084520 | Matthew D Patrick | Roger Lehman's Brother's Friend | R. Lehman Tr. 413:23-414:24 | Cambridge Town Line LLC | 2014-11-20 | CAMBTOWN00000329 | 2014-12-04 | CAMBTOWN00000388 | 2015-02-25 | CAMBTOWN0000109 | 2015-08-07 | CAMBTOWN00000109 |
| The Canada Rock LLC 401(k) Plan | 18-cv-04531-LAK | 46,713,437.97 | 7,387,000.00 | SKAT_MDL_001_00085671 | Monica Bradley | Doston Bradley's Sister | D. Bradley Tr. 89:17-90:6, 123:8 124:7 | Canada Rock LLC | 2014-11-24 | CANROCK00000285 | 2014-12-10 | CANROCK00000304 | 2015-02-25 | CANROCK00000089 | 2015-08-07 | CANROCK00000089 |
| The Cardinal Consulting Pension Plan | 18-cv-10028-LAK | 25,810,868.69 | 4,088,000.00 | SKAT_MDL_001_00088753 | Francine Taglianetti | Matthew Tucci's Mother-In-Law | M. Tucci Tr. 117:1 | Cardinal Consulting LLC | 2014-11-21 | CARDINAL00000424 | 2014-12-03 | CARDINAL00000389 | 2015-02-25 | CARDINAL00000067 | 2015-08-07 | CARDINAL00000067 |
| The Chambers Property Management 401(k) Plan | 18-cv-10071-LAK | 28,408,022.94 | 4,463,000.00 | SKAT_MDL_001_035911 | Jeffrey C Chambers | Matthew Tucci's Brother-In-Law | M. Tucci Tr. 117:23-24 | Chambers Property Management LLC | 2014-08-29 | CHAMBPROP00000308; CHAMBPROP00000354; CHAMBPROP00000402 | 2014-10-03 | CHAMBPROP00000445 | 2014-11-27 | CHAMBPROP00000008 10 | 2015-08-07 | CHAMBPROP00000100 |
| The Costello Advisors Pension Plan | 18-cv-05158-LAK | 27,167,553.49 | 4,254,000.00 | SKAT_MDL_001_00085151 | Gavin Crescenzo | Recruiter | G. Crescenzo Tr. 41:21-24 | Costello Advisors LLC | 2014-11-07 | COSTELLO00000318 | 2014-12-03 | COSTELLO00000338 | 2015-02-25 | COSTELLO00000092 | 2015-08-07 | COSTELLO00000092 |
| The Crow Associates Pension Plan | 18-cv-10031-LAK | 66,346,883.19 | 10,673,000.00 | SKAT_MDL_001_012682 | Matthew Tucci | | M. Tucci Tr. 114:20-118:17 | Crow Associates LLC | 2014-11-21 | CROW00000248 | 2014-12-03 | CROW00000282 | 2015-02-25 | CROW00000036 | 2015-08-07 | CROW00000036 |
| The Diamond Scott Capital Pension Plan | 18-cv-09587-LAK | 28,561,193.57 | 4,595,000.00 | SKAT_MDL_001_013218 | Scott Shapiro | Roger Lehman's Brother's Friend | R. Lehman Tr. 413:23-414:24 | Diamond Scott Capital LLC | 2014-10-14 | DIAMSCOTT00000594 | 10/28/2014 (Trust) | DIAMSCOTT00000551 | 2014-11-27 | DIAMSCOTT0000096 7 | 2015-08-07 | DIAMSCOTT00000184 |
| The Dink 14 LLC 401(k) Plan | 18-cv-10091-LAK | 33,437,230.30 | 5,449,000.00 | SKAT_MDL_001_036964 | Vincent James Natoli | Joined through Jonathan Godson | R. Lehman Tr. 285 | Dink14 LLC | 2014-01-15 | DINK14LLC00000228 | 2014-01-15 (Trust) | DINK14LLC00000228 | 2014-02-26 | ELYSIUM-02789554 | 2014-11-18 | ELYSIUM-03539308 |
| The DMR Pension Plan | 18-cv-04049-LAK | 49,974,567.55 | 8,039,000.00 | SKAT_MDL_001_00087013 | Doston Bradley | Recruiter | D. Bradley Tr. 89:17-90:6, 123:8 124:7 | Miami Rocco LLC | 2014-09-03 | DMR00000349 | 2014-09-26 | DMR00000349; DMR00000506 | 2014-11-27 | DMR00001153 | 2015-08-07 | DMR00000116 |
| The Dosmon BLY Pension Plan | 18-cv-05045-LAK | 26,337,572.02 | 4,124,000.00 | SKAT_MDL_001_00088646 | Joanne Bradley | Doston Bradley's Wife | D. Bradley Tr. 89:17-90:6, 123:8 124:7 | Texas India LLC | 2014-11-24 | DOSMBLY00000323 | 2014-12-10 | DOSMBLY00000323 | 2015-02-25 | DOSMBLY00000085 | 2015-08-07 | DOSMBLY00000085 |
| The Egret Associates LLC 401(k) Plan | 18-cv-10030-LAK | 25,530,887.55 | 4,108,000.00 | SKAT_MDL_001_021770 | Hayden Guli | Matthew Tucci's Stepson | M. Tucci Tr. 117:9 | Egret Associates LLC | 2014-11-21 | EGRET00000281 | 2014-12-03 | EGRET00000314; EGRET00000361; EGRET00000417 | 2015-02-25 | EGRET00000049 | 2015-08-07 | EGRET00000049 |
| The Eskin Pension Plan | 18-cv-05164-LAK | 46,857,263.32 | 7,337,000.00 | SKAT_MDL_001_00085776 | Cynthia Crescenzo | Gavin Crescenzo's Mother | G. Crescenzo Tr. 41:21-24 | Eskin Management LLC | 2014-12-17 | ESKIN00000285 | 2014-12-31 | ESKIN00000358 | 2015-02-25 | ESKIN00000098 | 2015-08-07 | ESKIN00000098 |
| The Everything Clean LLC 401(k) Plan | 18-cv-10063-LAK | 29,070,165.58 | 4,658,000.00 | SKAT_MDL_001_035780 | Jodie Rockafellow | Danielle Tucci's friend | M. Tucci Tr. 117:25-118:2 | Everything Clean LLC | 2014-08-29 | EVRYCLEAN00000353 | 2014-10-03 | EVRYCLEAN00000354; EVRYCLEAN00000495; EVRYCLEAN00000452 | 2014-11-27 | EVRYCLEAN0000009 6 | 2015-08-07 | EVRYCLEAN00000115 |
| The Fieldcrest Pension Plan | 18-cv-05180-LAK | 26,014,756.04 | 4,073,000.00 | SKAT_MDL_001_00083690 | Cynthia Crescenzo | Gavin Crescenzo's Mother | G. Crescenzo Tr. 41:21-24 | Fieldcrest Advisors LLC | 2014-12-18 | FIELDCREST00000295 | 2014-12-31 | FIELDCREST00000358 | 2015-02-25 | FIELDCREST00000008 6 | 2015-08-07 | FIELDCREST00000086 |
| The FWC Capital LLC Pension Plan | 18-cv-10098-LAK | 70,930,261.03 | 11,411,000.00 | SKAT_MDL_001_00082801 | Roger Lehman | Recruiter | R. Lehman Tr. 413:23-414:24 | The FWC Capital LLC | 2014-10-13 | FWCCAP00000564 | 2014-10-22 | FWCCAP00000536 | 2014-11-27 | FWCCAP00001033 | 2015-08-07 | FWCCAP00000194 |
| The Green Group Site Pension Plan | 18-cv-10134-LAK | 67,297,749.10 | 10,832,000.00 | SKAT_MDL_001_00083905 | Anthony Miles Sinclair | Roger Lehman's Brother's Friend | R. Lehman Tr. 285 | The Green Group Site LLC | 2014-11-05 | GREENGS00000324 | 2014-11-18 | GREENGS00000329 | 2015-02-25 | GREENGS00000103 | 2015-08-07 | GREENGS00000103 |
| The Hawk Group Pension Plan | 18-cv-10074-LAK | 26,039,273.63 | 4,091,000.00 | SKAT_MDL_001_036459 | Matthew Tucci | | M. Tucci Tr. 114:20-118:17 | Hawk Associates LLC | Nov. 2014 | HAWK00000276; HAWK00000310 | 2014-12-03 | HAWK00000311 | 2015-03-09 | HAWK00000073 | 2015-08-07 | HAWK00000073 |
| The Heron Advisors Pension Plan | 18-cv-10032-LAK | 46,535,616.03 | 7,488,500.00 | SKAT_MDL_001_013024 | Hayden Guli | Matthew Tucci's Stepson | M. Tucci Tr. 117:9 | Heron Advisors LLC | 2014-11-21 | HERON00000261 | 2014-12-03 | HERON00000269; HERON00000349; HERON00000405; HERON00000497 | 2015-02-25 | HERON00000067 | 2015-08-07 | HERON00000067 |
| The Hibiscus Partners LLC 401(k) Plan | 18-cv-10076-LAK | 48,432,716.63 | 7,609,000.00 | SKAT_MDL_001_00089740 | Danielle Tucci | Matthew Tucci's Ex Wife | M. Tucci Tr. 114:16-19 | Hibiscus Partners LLC | 2014-08-29 | HIBISCUS00000424 | 2014-09-26 | HIBISCUS00000303; HIBISCUS00000382; HIBISCUS00000426 | 2014-11-27 | HIBISCUS00000089 | 2015-08-07 | HIBISCUS00000108 |
| The Hoboken Advisors LLC 401(k) Plan | 18-cv-10035-LAK | 49,570,384.17 | 7,974,000.00 | SKAT_MDL_001_00089617 | Stacey Lopis | Matthew Tucci's Brother's Girlfriend | M. Tucci Tr. 118:4 | Hoboken Advisors LLC | 2014-08-29 | HOBOKEN00000324 | 2014-10-03 | HOBOKEN00000206; HOBOKEN00000240; HOBOKEN00000283 | 2014-11-27 | HOBOKEN00000905 | 2015-08-07 | HOBOKEN00000122 |
| The Hotel Fromance Pension Plan | 18-cv-09588-LAK | 48,073,959.43 | 7,734,000.00 | SKAT_MDL_001_00086580 | Matthew D Patrick | Roger Lehman's Brother's Friend | R. Lehman Tr. 413:23-414:24 | Hotel Fromance LLC | 2014-11-20 | HOTFROM00000465 | 2014-12-04 | HOTFROM00000330 | 2015-02-25 | HOTFROM00000119 | 2015-08-07 | HOTFROM00000119 |
| The Houston Rocco LLC 401(k) Plan | 18-cv-04050-LAK | 71,875,085.27 | 11,561,000.00 | SKAT_MDL_001_00085881 | Doston Bradley | Recruiter | D. Bradley Tr. 89:17-90:6, 123:8 124:7 | Houston Rocco LLC | 2014-09-03 | HOUSTROC00000425 | 2014-09-26 | HOUSTROC00000396 | 2014-11-27 | HOUSTROC00001114 | 2015-08-07 | HOUSTROC00000130 |
| The India Bombay LLC 401(k) Pension Plan | 18-cv-05057-LAK | 26,421,152.86 | 4,137,000.00 | SKAT_MDL_001_000891; SKAT_MDL_001_00083560 | Joanne Bradley | Doston Bradley's Wife | D. Bradley Tr. 89:17-90:6, 123:8 124:7 | India Bombay LLC | 2014-11-24 | INDBOMB00000314 | 2014-12-10 | INDBOMB00000547 | 2015-02-25 | INDBOMB00000109 | 2015-08-07 | INDBOMB00000109 |
| The ISDB Pension Plan | 18-cv-04536-LAK | 27,085,142.50 | 4,283,000.00 | SKAT_MDL_001_000735; SKAT_MDL_001_013127; SKAT_MDL_001_019662 | Monica Bradley | Doston Bradley's Sister | D. Bradley Tr. 89:17-90:6, 123:8 124:7 | India Shanghai LLC | 2014-11-24 | ISDB00000352 | 2014-12-10 | ISDB00000590 | 2015-02-25 | ISDB00000123 | 2015-08-07 | ISDB00000123 |
| The Jayfran Blue Pension Plan | 18-cv-10036-LAK | 26,013,436.82 | 4,186,000.00 | SKAT_MDL_001_00087140 | Francine Taglianetti | Matthew Tucci's Mother-In-Law | M. Tucci Tr. 117:1 | Blue Jay Associates LLC | 2014-11-21 | JAYFRAN00000274 | 2014-12-03 | JAYFRAN00000285; JAYFRAN00000353; JAYFRAN00000409 | 2015-02-25 | JAYFRAN00000039 | 2015-08-07 | JAYFRAN00000039 |

| Plan | Docket No. | Damages (DKK) | Damages (USD) | Submissions to SKAT | Participant | Relationship | Citation | LLC Name | LLC Formation Date | Citation | Plan or (if noted) Trust Formation Date | Citation | First Equity Purchase Date | Citation | Last Equity Purchase Date | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Joanne E. Bradley Solo 401(k) Plan | 18-cv-10124-LAK | 32,660,029.07 | 5,114,000.00 | SKAT_MDL_001_040352 | Joanne Bradley | Doston Bradley's Wife | D. Bradley Tr. 89:17-90:6, 123:8 124:7 | Rocco India One LLC | 2013-11-07 | JEBRADLEY00000359; JEBRADLEY00000361 | 2013-12-20 | JEBRADLEY00000181 | 2014-02-26 | JEBRADLEY00000071 | 2014-08-07 | JEBRADLEY00000071 |
| The JT Health Consulting LLC 401(k) Plan | 18-cv-10039-LAK | 49,902,633.96 | 8,032,000.00 | SKAT_MDL_001_00084232 | Jana Taglianetti | Danielle Tucci's Cousin | M. Tucci Tr. 117:19-22 | JT Health Consulting LLC | 2014-08-29 | JTHEALTH00000415 | 2014-10-03 | JTHEALTH00000278; JTHEALTH00000321; JTHEALTH00000357 | 2014-11-27 | JTHEALTH00000969 | 2015-08-07 | JTHEALTH00000079 |
| The Jump Group LLC 401(k) Plan | 18-cv-10064-LAK | 70,955,238.43 | 11,371,000.00 | SKAT_MDL_001_036031 | Joseph Whalen | Matthew Tucci's Uncle | M. Tucci Tr. 118:2-3 | Jump Group LLC | 2014-08-29 | JUMP00000314 | 2014-10-03 | JUMP00000315; JUMP00000363; JUMP00000404 | 2014-11-27 | JUMP00000080 | 2015-08-07 | JUMP00000099 |
| The KASV Group Pension Plan | 18-cv-05309-LAK | 46,791,552.78 | 7,327,000.00 | SKAT_MDL_001_00089510 | Svetlin Petrov Petkov | Joined Through Jonathan Godson & Robert Toffel | S. Petkov Tr. 26:19-25 | KASV Consulting LLC | 2015-01-13 | KASV00000301 | 2015-01-26 | KASV00000419 | 2015-02-25 | KASV00000095 | 2015-08-07 | KASV00000095 |
| The Kodiak Capital Pension Plan | 18-cv-05185-LAK | 45,492,502.23 | 7,327,000.00 | SKAT_MDL_001_00087839 | Bradley Crescenzo | Gavin Crescenzo's Brother | G. Crescenzo Tr. 41:21-24 | Kodiak Capital LLC | 2014-12-11 | KODIAK00000294 | 2014-12-19 | KODIAK00000297 | 2015-02-25 | KODIAK00000097 | 2015-08-07 | KODIAK00000097 |
| The Krabi Holdings LLC 401(k) Plan | 18-cv-05307-LAK | 33,956,415.24 | 5,317,000.00 | SKAT_MDL_001_037562 | Gavin Crescenzo | Recruiter | G. Crescenzo Tr. 41:21-24 | Krabi Holdings LLC | 2014-01-30 | KRABI00000359 | 2/9/2014 (Trust) | KRABI00000172 | 41696 | ELYSIUM-02789560 | 2014-08-07 | ELYSIUM-03293452 |
| The Kyber Pension Plan | 18-cv-05186-LAK | 46,282,964.17 | 7,247,000.00 | SKAT_MDL_001_036696 | Bradley Crescenzo | Gavin Crescenzo's Brother | G. Crescenzo Tr. 41:21-24 | Kyber Capital LLC | 2014-12-11 | KYBER00000283 | 2014-12-19 | KYBER00000095 | 2015-02-25 | KYBER00000095 | 2015-08-07 | KYBER00000095 |
| The Lakeview Advisors 401(k) Plan | 18-cv-10049-LAK | 50,876,633.78 | 8,187,000.00 | SKAT_MDL_001_00082685 | Matthew Tucci | Recruiter | M. Tucci Tr. 114:20-118:17 | Lakeview Advisors LLC | 2014-08-29 | LAKEVIEW00000391 | 2014-09-30 | LAKEVIEW00000308; LAKEVIEW00000339; LAKEVIEW00000411 | 2014-11-27 | LAKEVIEW00000072 | 2015-08-07 | LAKEVIEW00000091 |
| The LBR Capital Pension Plan | 18-cv-04052-LAK | 28,571,488.97 | 4,597,700.00 | SKAT_MDL_001_00089378 | Doston Bradley | Recruiter | D. Bradley Tr. 89:17-90:6, 123:8 124:7 | London India LLC | 2014-09-03 | LBR00000391 | 2014-09-26 | LBR00000410; LBR00000547 | 2014-11-27 | LBR00004112 | 2015-08-07 | LBR00000126 |
| The Lerici Capital Pension Plan | 18-cv-05188-LAK | 47,661,301.94 | 7,463,000.00 | SKAT_MDL_001_00084765 | Gavin Crescenzo | Recruiter | G. Crescenzo Tr. 41:21-24 | Lerici Capital LLC | 2014-11-07 | LEIRICI00000298 | 2014-12-03 | LEIRICI00000322 | 2015-02-25 | LEIRICI00000087 | 2015-08-07 | LEIRICI00000087 |
| The Ludlow Holdings 401(k) Plan | 18-cv-05189-LAK | 67,610,606.38 | 10,587,000.00 | SKAT_MDL_001_00086691 | Cynthia Crescenzo | Gavin Crescenzo's Mother | G. Crescenzo Tr. 41:21-24 | Ludlow Holdings LLC | 2014-12-18 | LUDLOW00000300 | 2014-12-31 | LUDLOW00000364 | 2015-02-25 | LUDLOW00000085 | 2015-08-07 | LUDLOW00000085 |
| The M2F Wellness LLC 401(k) Plan | 18-cv-04890-LAK | 32,077,219.95 | 4,990,000.00 | SKAT_MDL_001_037185 | Maryann Protass | Mitchell Protass's Wife | Mitchell Protass Tr. 169:5-12 | M2F Wellness LLC | 2014-01-16 | PROTASS00000041 | 2014-02-16 (Trust) | M2F00000146 | 2014-02-26 | M2F00000349 | 2014-05-08 | M2F00000008 |
| The Maple Advisors LLC 401(k) Plan | 18-cv-10077-LAK | 29,310,356.78 | 4,605,000.00 | SKAT_MDL_001_00083029 | Danielle Tucci | Matthew Tucci's Ex Wife | M. Tucci Tr. 114:16-19 | Maple Advisors LLC | 2014-08-29 | MAPLE00000448 | 2014-09-26 | MAPLE00000360; MAPLE00000365; MAPLE00000468 | 2014-11-27 | MAPLE00001112 | 2015-08-07 | MAPLE00000120 |
| The Monin Amper Pension Plan | 18-cv-04538-LAK | 68,085,289.01 | 10,767,000.00 | SKAT_MDL_001_00086261 | Monica Bradley | Doston Bradley's Sister | D. Bradley Tr. 89:17-90:6, 123:8 124:7 | Dutch India LLC | 2014-11-24 | MONAMP00000329 | 2014-12-10 | MONAMP00000560 | 2015-02-25 | MONAMP00000105 | 2015-08-07 | MONAMP00000105 |
| The Mountain Air LLC 401(k) Plan | 18-cv-09589-LAK | 70,290,716.36 | 11,309,000.00 | SKAT_MDL_001_012283 | Scott Shapiro | Roger Lehman's Brother's Friend | R. Lehman Tr. 413:23-414:24 | Mountain Air LLC | 2014-10-14 | MNTAIR00000526 | 2014-10-28 | MNTAIR00000380; MNTAIR00000390; MNTAIR00000423; MNTAIR00000460; MNTAIR00000502 | 2014-11-27 | MNTAIR00000986 | 2015-08-07 | MNTAIR00000178 |
| The MPQ Holdings 401(k) Plan | 18-cv-04892-LAK | 30,802,465.97 | 4,792,000.00 | SKAT_MDL_001_037147 | Mitchell Owen Protass | Joined Through Jonathan Godson & Robert Toffel | Mitchell Protass Tr. 38:4-38:18 | MPQ Holdings LLC | 2014-01-17 | MPQ00000124; MPQ00000151 | 2014-01-30 (Trust) | MPQ00000129 | 2014-02-26 | MPQ00000480 | 2014-05-08 | MPQ00000008 |
| The Mueller Investments Pension Plan | 18-cv-10135-LAK | 67,700,692.19 | 10,897,000.00 | SKAT_MDL_001_018601 | Anthony Miles Sinclair | Roger Lehman's Brother's Friend | R. Lehman Tr. 413:23-414:24 | Mueller Investments LLC | 2014-11-05 | MUELLER00000356 | 2014-11-18 | MUELLER00000349; MUELLER00000379 | 2015-08-07 | MUELLER00000108 | 2015-08-07 | MUELLER00000108 |
| The NYC Stanismore Pension Plan | 18-cv-04541-LAK | 25,592,310.32 | 4,047,000.00 | SKAT_MDL_001_00084022 | Joanne Bradley | Doston Bradley's Wife | D. Bradley Tr. 89:17-90:6, 123:8 124:7 | Roccy NYC LLC | 2014-11-24 | NYCSTAN00000313 | 2014-12-10 | NYCSTAN00000339 | 2015-02-25 | NYCSTAN00000100 | 2015-08-07 | NYCSTAN00000100 |
| The Oak Tree One 401(k) Plan | 18-cv-01123-LAK | 26,413,101.33 | 4,136,000.00 | SKAT_MDL_001_016654 | Monica Bradley | Doston Bradley's Sister | D. Bradley Tr. 89:17-90:6, 123:8 124:7 | Oak Tree One LLC | 2014-11-21 | OAKTREEONE00000501 | 2014-12-10 | OAKTREEONE00000359 | 2015-03-09 | OAKTREEONE00000111 | 2015-08-07 | OAKTREEONE00000111 |
| The Oaks Group 401(k) Plan | 18-cv-10065-LAK | 69,805,929.68 | 11,179,000.00 | SKAT_MDL_001_035653 | Matthew Tucci | Recruiter | M. Tucci Tr. 114:20-118:17 | The Oaks Group LLC | 2014-08-29 | OAKS00000401 | 2014-09-30 | OAKS00000349; OAKS00000330 | 2014-11-27 | OAKS00000066 | 2015-08-07 | OAKS00000085 |
| The Osprey Assocs. LLC 401(k) Plan | 18-cv-10060-LAK | 66,905,951.27 | 10,763,000.00 | SKAT_MDL_001_00086004 | Hayden Guli | Matthew Tucci's Stepson | M. Tucci Tr. 117:9 11 | Osprey Associates LLC | 2014-11-21 | OSPREY00000277 | 2014-12-03 | OSPREY00000506; OSPREY00000608 | 2015-02-25 | OSPREY00000054 | 2015-08-07 | OSPREY00000054 |
| The Patrick Partners Conglomerate Pension Plan | 18-cv-09668-LAK | 66,201,488.01 | 10,609,000.00 | SKAT_MDL_001_00082929 | Matthew D Patrick | Roger Lehman's Brother's Friend | R. Lehman Tr. 413:23-414:24 | Patrick Partners Conglomerate LLC | 2014-11-20 | PATPART00000363 | 2014-12-04 | PATPART00000368 | 2015-02-25 | PATPART00000102 | 2015-08-07 | PATPART00000102 |
| The Petkov Management LLC 401(k) Plan | 18-cv-05300-LAK | 35,480,448.55 | 5,555,000.00 | SKAT_MDL_001_037349 | Svetlin Petrov Petkov | Joined Through Jonathan Godson & Robert Toffel | S. Petkov Tr. 26:19-25 | Petkov Management LLC | 2014-01-22 | PETKMAN00000191; PETKMAN00000217 | 2014-02-04 (Trust) | PETKMAN00000196 | 2014-02-26 | PETKMAN00000745 | 2014-08-07 | PETKMAN00000030 |
| The Petkov Partners Pension Plan | 18-cv-05299-LAK | 26,956,372.92 | 4,221,000.00 | SKAT_MDL_001_00084895 | Svetlin Petrov Petkov | Joined Through Jonathan Godson & Robert Toffel | S. Petkov Tr. 26:19-25 | Petkov Partners LLC | 2015-01-13 | PETKPART00000360 | 2015-01-27 | PETKPART00000343; PETKPART00000364; PETKPART00000373; PETKPART00000407; PETKPART00000486 | 2015-02-25 | PETKPART00000103 | 2015-08-07 | PETKPART00000103 |

| Plan | Docket No. | Damages (DKK) | Damages (USD) | Submissions to SKAT | Participant | Relationship | Citation | LLC Name | LLC Formation Date | Citation | Plan or (if noted) Trust Formation Date | Citation | First Equity Purchase Date | Citation | Last Equity Purchase Date | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Proper Pacific LLC 401(k) Plan | 18-cv-04051-LAK | 29,035,894.47 | 4,671,000.00 | SKAT_MDL_001_00088872 | Doston Bradley | Recruiter | D. Bradley Tr. 89:17-90:6, 123:8-124:7 | Pacific India LLC | 2014-09-03 | PROPPACIF00000375 | 2014-09-26 | PROPPACIF00000346 | 2014-11-27 | PROPPACIF00000095 | 2015-08-07 | PROPPACIF00000113 |
| The RDL Consulting Group LLC Pension Plan | 18-cv-10099-LAK | 48,813,989.34 | 7,669,000.00 | SKAT_MDL_001_00085453 | Roger Lehman | Recruiter | R. Lehman Tr. 413:23-414:24 | The RDL Consulting Group LLC | 2014-10-13 | RDLCON00000628 | 2014-10-22 | RDLCON00000415; RDLCON00000425; RDLCON00000458; RDLCON00000495; RDLCON00000537 | 2014-11-27 | RDLCON00001138 | 2015-08-07 | RDLCON00000187 |
| The Regoleth Pension Plan | 18-cv-05190-LAK | 26,672,152.66 | 4,176,000.00 | SKAT_MDL_001_00087613 | Bradley Crescenzo | Gavin Crescenzo's Brother | G. Crescenzo Tr. 41:21-24 | Regoleth Management LLC | 2014-12-09 | REGOLETH00000448 | 2014-12-19 | REGOLETH00000317 | 2015-02-25 | REGOLETH00000096 | 2015-08-07 | REGOLETH00000096 |
| The Robin Daniel Pension Plan | 18-cv-10096-LAK | 27,519,764.40 | 4,323,000.00 | SKAT_MDL_001_00089269 | Danielle Tucci | Matthew Tucci's Ex-Wife | M. Tucci Tr. 114:16-19 | Robin Associates LLC | 2014-11-21 | ROBINDAN00000331 | 2014-12-03 | ROBINDAN00000375; ROBINDAN00000477 | 2015-02-25 | ROBINDAN0000008 8 | 2015-08-07 | ROBINDAN00000088 |
| The Saba Capital LLC 401(k) Plan | 18-cv-05192-LAK | 25,390,906.75 | 3,975,000.00 | SKAT_MDL_001_00087257 | Gavin Crescenzo | Recruiter | G. Crescenzo Tr. 41:21-24 | Saba Capital LLC | 11/13/2009 (NYC); 12/9/2014 (MO) | SABA00000284; SABA00000297 | 2014-12-20 | SABA00000303 | 2015-02-25 | SABA00000072 | 2015-08-07 | SABA00000072 |
| The Sandpiper Pension Plan | 18-cv-10061-LAK | 26,524,306.95 | 4,269,000.00 | SKAT_MDL_001_00083795 | Hayden Guli | Matthew Tucci's Stepson | M. Tucci Tr. 117:9-11 | Sandpiper Associates LLC | 2014-11-21 | SANDPIPER00000312 | 2014-12-03 | SANDPIPER00000355; SANDPIPER00000516 | 2015-03-09 | SANDPIPER00000071 | 2015-08-07 | SANDPIPER00000071 |
| The Sea Bright Advisors LLC 401(k) Plan | 18-cv-10082-LAK | 29,570,665.64 | 4,646,000.00 | SKAT_MDL_001_00089153 | William Bahrs | Matthew Tucci's Friend | M. Tucci Tr. 118:8-9 | Sea Bright Advisors LLC | 2014-08-29 | SEABRIGHT00000551 | 2014-10-03 | SEABRIGHT00000516 | 2014-11-27 | SEABRIGHT00001042 | 2015-08-07 | SEABRIGHT00000097 |
| The Sector 230 LLC 401(k) Plan | 18-cv-04771-LAK | 31,913,412.37 | 4,965,000.00 | SKAT_MDL_001_037445 | Paul Jepsen | Joined through Jonathan Godson | R. Lehman Tr. 357:1-4 | Sector 230, LLC | 2014-02-06 | SEC230_00000140; SEC230_00000168 | 2014-02-10 (Trust) | SEC230_00000146 | 2014-02-26 | SEC230_00000520 | 2014-08-07 | SEC230_00000028 |
| The Shapiro Blue Management LLC 401(k) Plan | 18-cv-09666-LAK | 49,549,843.55 | 7,940,000.00 | SKAT_MDL_001_036162 | Scott Shapiro | Roger Lehman's Brother's Friend | R. Lehman Tr. 413:23-414:24 | Shapiro Blue Management LLC | 2014-10-15 | SHAPBLUM00000518 | 2014-10-28 | SHAPBLUM00000364; SHAPBLUM00000374; SHAPBLUM00000407; SHAPBLUM00000444; SHAPBLUM00000486 | 2014-11-27 | SHAPBLUM00001029 | 2015-08-07 | SHAPBLUM00000155 |
| The Sinclair Pension Plan | 18-cv-10133-LAK | 26,434,971.03 | 4,180,000.00 | SKAT_MDL_001_00087504 | Anthony Miles Sinclair | Roger Lehman's Brother's Friend | R. Lehman Tr. 413:23-414:24 | Sinclair Consultants LLC | 2014-11-05 | LEHMAN00027003 | 2014-11-18 | SINCLAIRE00000332 | 2015-02-25 | SINCLAIRE00000104 | 2015-08-07 | SINCLAIRE00000104 |
| The SKSL LLC Pension Plan | 18-cv-09590-LAK | 28,644,884.21 | 4,608,000.00 | SKAT_MDL_001_00088466 | Scott Shapiro | Roger Lehman's Brother's Friend | R. Lehman Tr. 413:23-414:24 | SKSL LLC | 2014-10-14 | SKSLLLC00000565 | 2014-10-28 | SKSLLLC00000391; SKSLLLC00000434; SKSLLLC00000434; SKSLLLC00000471; SKSLLLC00000513 | 2014-11-27 | SKSLLLC00000982 | 2015-08-07 | SKSLLLC00000185 |
| The Skybax LLC 401(k) Plan | 18-cv-10095-LAK | 33,416,955.41 | 5,232,000.00 | SKAT_MDL_001_037224 | Bradley Crescenzo | Gavin Crescenzo's Brother | G. Crescenzo Tr. 41:21-24 | Skybax LLC | 2014-01-30 | SKYBAX00000140; SKYBAX00000168 | Feb. 2014 | SKYBAX00000146 | 2014-02-26 | SKYBAX00000032 | 2014-08-07 | SKYBAX00000036 |
| The Snow Hill Pension Plan | 18-cv-09650-LAK | 29,281,805.97 | 4,711,000.00 | SKAT_MDL_001_00089022 | Scott Shapiro | Roger Lehman's Brother's Friend | R. Lehman Tr. 413:23-414:24 | Snowhill Investments LLC | 2014-10-14 | SNOWHILL00000600 | 2014-10-28 | SNOWHILL00000422; SNOWHILL00000432; SNOWHILL00000465; SNOWHILL00000502; SNOWHILL00000544 | 2014-11-27 | SNOWHILL00001015 | 2015-08-07 | SNOWHILL00000162 |
| The SPKK LLC 401(k) Plan | 18-cv-05308-LAK | 1,478,160.09 | 231,000.00 | SKAT_MDL_001_037835 | Svetlin Petkov | Joined Through Jonathan Godson & Robert Toffel | S. Petkov Tr. 26:19-25 | Stark Holdings LLC | 2014-07-17 | SPKK00000090 | 2014-07-23 | SPKK00000244; SPKK00000112; SPKK00000140; SPKK00000174; SPKK00000211 | 2014-08-07 | SPKK00000065 | 2014-08-07 | SPKK00000065 |
| The Stark Pension Plan | 18-cv-05194-LAK | 68,842,490.55 | 10,780,000.00 | SKAT_MDL_001_012792 | Bradley Crescenzo | Gavin Crescenzo's Brother | G. Crescenzo Tr. 41:21-24 | Stark Holdings LLC | 2014-12-09 | STARK00000305 | 2014-12-19 | STARK00000313 | 2015-02-25 | STARK00000079 | 2015-08-07 | STARK00000079 |
| The SVP 401(k) Plan | 18-cv-05305-LAK | 25,752,508.26 | 4,032,000.00 | SKAT_MDL_001_027929 | Svetlin Petkov | Joined Through Jonathan Godson & Robert Toffel | S. Petkov Tr. 26:19-25 | SVP Advisors LLC | 2015-01-13 | SVP00000338 | SVP00000316; SVP00000352; SVP00000385; SVP00000422; SVP00000464 | | 2015-01-26 | SVP00000086 | 2015-08-07 | SVP00000086 |
| The Tag Realty Advisors LLC 401(k) Plan | 18-cv-10083-LAK | 69,962,352.81 | 10,992,000.00 | SKAT_MDL_001_00083255 | Francine Taglianetti | Matthew Tucci's Mother-in-Law | M. Tucci Tr. 117:1 | Tag Realty Advisors LLC | 2014-08-29 | TAGRLTY00000571 | 2014-10-03 | TAGRLTY00000483; TAGRLTY00000536 | 2014-11-27 | TAGRLTY00000135 | 2015-08-07 | TAGRLTY00000155 |
| The Texas Rocco LLC 401(k) Plan | 18-cv-04543-LAK | 67,518,405.79 | 10,677,000.00 | SKAT_MDL_001_00086111 | Joanne Bradley | Doston Bradley's Wife | D. Bradley Tr. 89:17-90:6, 123:8-124:7 | Texas Rocco LLC | 2014-11-24 | TEXROC00000685 | 2014-12-10 | TEXROC00000313 | 2015-02-25 | TEXROC00000089 | 2015-08-07 | TEXROC00000089 |
| The Throckmorton Advisors 401(k) Plan | 18-cv-1086-LAK | 30,644,208.23 | 4,818,000.00 | SKAT_MDL_001_035533 | Matthew Tucci | Recruiter | M. Tucci Tr. 114:20-118:17 | Throckmorton Advisors LLC | 2014-08-29 | THRCKMRTON00000363 (at 384) | 2014-09-30 | THRCKMRTON00000363 | 2014-11-27 | THRCKMRTON00000113 | 2015-08-07 | THRCKMRTON00000132 |
| The TKKJ LLC 401(k) Plan | 18-cv-04896-LAK | 33,001,565.57 | 5,134,000.00 | SKAT_MDL_001_036813 | Thomas Kertelits | Joined Through T. Kertelits Tr. 29:6-16 | TKKJ LLC | 2013-12-27 | TKKJ00000202; TKKJ00000231 | 2014-01-17 (Trust) | TKKJ00000209 | 2014-02-26 | TKKJ00000087 | 2014-08-07 | TKKJ00000087 |
| The Valerius LLC Solo 401(k) Plan | 18-cv-10129-LAK | 35,970,976.27 | 5,632,000.00 | SKAT_MDL_001_039115 | Roger Lehman | Recruiter | R. Lehman Tr. 413:23-414:24 | Valerius LLC | 2013-06-25 | VALER00000242 | 2013-07-09 (Trust) | VALER00000273 | 2014-03-06 | VALER00000098 | 2014-12-04 | VALER00000098 |
| The Wave Maven LLC 401(k) Plan | 18-cv-10066-LAK | 49,943,454.02 | 8,003,000.00 | SKAT_MDL_001_00088098 | Hayden Guli | Matthew Tucci's Stepson | M. Tucci Tr. 117:9-11 | Wave Maven LLC | 2014-08-29 | WAVEMVN00000457 | 2014-10-03 | WAVEMVN00000320; WAVEMVN00000409 | 2014-11-27 | WAVEMVN00000985 | 2015-08-07 | WAVEMVN00000075 |

| Plan | Docket No. | Damages (DKK) | Damages (USD) | Submissions to SKAT | Participant | Relationship | Citation | LLC Name | LLC Formation Date | Citation | Plan or (if noted) Trust Formation Date | Citation | First Equity Purchase Date | Citation | Last Equity Purchase Date | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The West River Pension Plan | 18-cv-05193-LAK | 26,409,509.94 | 4,135,000.00 | SKAT_MDL_001_00085047 | Cynthia Crescenzo | Gavin Crescenzo's Mother | G. Crescenzo Tr. 41:21-24 | West River Capital LLC | 2014-12-18 | WESTRIV00000298 | 2014-12-31 | WESTRIV00000323 | 2015-02-25 | WESTRIV00000064 | 2015-08-07 | WESTRIV00000064 |
| The Westport Advisors LLC 401(k) Plan | 18-cv-05183-LAK | 27,865,992.14 | 4,363,000.00 | SKAT_MDL_001_00087945 | Cynthia Crescenzo | Gavin Crescenzo's Mother | G. Crescenzo Tr. 41:21-24 | Westport Advisors LLC | 2014-12-17 | WESTPORT00000293 | 2014-12-31 | WESTPORT00000318 | 2015-02-25 | WESTPORT00000057 | 2015-08-07 | WESTPORT00000057 |
| The Westridge Ave LLC 401(k) Plan | 18-cv-09665-LAK | 26,715,478.60 | 4,298,000.00 | SKAT_MDL_001_013881 | Matthew D Patrick | Roger Lehman's Brother's Friend | R. Lehman Tr. 413:23-414:24 | Westridge Ave LLC | 2014-11-20 | WESTRIDGE00000283; WESTRIDGE00000314 | 2014-12-04 | WESTRIDGE00000343 | 2015-02-25 | WESTRIDGE00000061 | 2015-08-07 | WESTRIDGE00000061 |
| The Zen Training LLC 401(k) Plan | 18-cv-10062-LAK | 28,369,696.82 | 4,565,200.00 | SKAT_MDL_001_00088323 | Thomas Reilly | Matthew Tucci's Cousin | M. Tucci Tr. 118:6-7 | Zen Training LLC | 2014-08-29 | ZENTRNG00000487 | 2014-10-03 | ZENTRNG00000350; ZENTRNG00000442 | 2014-11-27 | ZENTRNG00000851 | 2015-08-07 | ZENTRNG00000075 |

# APPENDIX K

| Plan | Case No. | Damages (DKK) | Damages (USD) | Participant(s) | Sponsoring Entity Name | Sponsoring Entity Formation Date | Citation | Plan Formation Date | Citation | First Trade Date | Citation | Final Trade Date | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan & Trust | 18-cv-10088-LAK | 29,408,337.90 | 4,605,000.00 | Gregory Summers | Acorn Capital Strategies, LLC | N/A | N/A | January 2, 2006 | ED&F-00006973 | N/A | Summers000327 | March 31, 2014 | Acorn_Production4 |
| American Investment Group of New York, L.P. Pension Plan | 18-cv-09841-LAK | 21,060,000.00 | 3,388,000.00 | Robert Crema | American Investment Group of New York, L.P. | June 17, 1984 | AIG_00000368 | January 1, 2002 | ACER_00009302 | December 5, 2013 | AIG_00000017 | March 30, 2015 | ACER_00009421 |
| Cambridge Way LLC 401K Profit Sharing Plan | 18-cv-10090-LAK | 36,912,580.20 | 5,780,000.00 | Shreepal Shah | Cambridge Way, LLC | January 1, 2013 | ED&F-00027591 | January 1, 2013 | ED&F-00027603 | November 26, 2013 | ED&F-00184076 | May 8, 2014 | ED&F-00240512 |
| Del Mar Asset Management Saving & Retirement Plan | 18-cv-05374-LAK | 55,486,998.00 | 8,688,000.00 | David Freelove | Del Mar Asset, Management L.P. | N/A | N/A | March 30, 2010 | DELM000001_01133 | April 11, 2013 | DELM000001 | May 8, 2014 | DELM000001 |
| DW Construction, Inc. Retirement Plan | 18-cv-09797-LAK | 13,603,950.00 | 2,130,000.00 | Darren Wittwer | D.W. Construction, Inc. | November 15, 2006 | DWC_00000411 | February 23, 2011 | ACER_00015181 | March 18, 2014 | ACER_00009656 | December 4, 2014 | DWC_00000156 |
| Federated Logistics LLC 401(K) Plan | 18-cv-08655-LAK | 32,265,000.00 | 5,052,000.00 | David Freelove | Federated Logistics, LLC | N/A | N/A | February 24, 2014 | FEDL000001 | March 18, 2014 | FEDL000000 (pages 470, 471) | August 7, 2014 | FEDL000000 (pages 481, 482) |
| JSH Farms LLC 401(K) Plan | 18-cv-09489-LAK | 2,342,582.32 | 366,000.00 | Jaime Hofmeister | JSH Farms, LLC | March 1, 2012 | TEWD_0083034 | March 1, 2012 | TEWD_0012700 | February 28, 2013 | TEWD_0052249 | March 21, 2014 | ED&F-00152165 |
| Kamco Investments, Inc. Pension Plan | 18-cv-09836-LAK | 10,496,991.15 | 1,643,000.00 | Louise Kaminer | Kamco Investments, Inc. | December 11, 1987 | KAMINV_00000495 | October 29, 2002 | KAMINV_00000193 | March 6, 2014 | KAMINV_00000001 | March 30, 2015 | ACER_00007335; ACER_00007272 |
| Kamco LP Profit Sharing Pension Plan | 18-cv-09837-LAK | 15,313,356.72 | 2,397,000.00 | Stacey Kaminer | Kamco, L.P. | December 23, 1987 | KAMLP_00000503 | January 1, 1999 | AIGKAMCO_00001032 | March 6, 2014 | ACER_00009895 | August 7, 2014 | KAMLP_00000001 |
| KK Law Firm Retirement Plan Trust | 18-cv-10127-LAK | 3,929,349.53 | 615,000.00 | Kevin Kenning | Kevin Kenning (sole proprietor) | N/A | N/A | February 23, 2011 | KENNING00000536 | November 27, 2012 | KENNING00001687 | April 1, 2014 | KENNING00001687 |
| KRH Farms LLC 401(K) Plan | 18-cv-09491-LAK | 2,261,343.10 | 354,000.00 | George Hofmeister | KRH Farms, LLC | March 1, 2012 | TEWD_0012746 | March 1, 2012 | TEWD_0012746 | February 28, 2013 | ED&F-00152179 | March 21, 2013 | ED&F-00152179 |
| Linden Associates Defined Benefit Plan | 18-cv-09838-LAK | 13,168,507.50 | 2,062,000.00 | Joan Schulman | Joan Schulman (sole proprietor) | N/A | N/A | January 1, 1995 | LIND_00001894 | March 6, 2014 | ACER_00010111 | March 19, 2015 | ACER_00010188 |
| MGH Farms LLC 401(K) Plan | 18-cv-09439-LAK | 2,325,282.15 | 364,000.00 | Megan Hofmeister | MGH Farms, LLC | March 1, 2012 | TEWD_0012792 | March 1, 2012 | TEWD_0012792 | February 28, 2013 | ED&F-00152192 | March 21, 2013 | ED&F-00152192 |
| Moira Associates LLC 401(K) Plan | 18-cv-09839-LAK | 16,989,750.00 | 2,660,000.00 | Stacey Kaminer | Moira Associates, LLC | June 20, 2003 | MOIR_00000289 | March 18, 2011 | ED&F Man00002295 | February 26, 2014 | ED&F-00186452 | December 4, 2014 | ACER_00010348; MOIR_00000172 |
| Newsong Fellowship Church 401(K) Plan | 18-cv-10100-LAK | 4,245,750.00 | 664,000.00 | Alexander Jamie Mitchell III | Newsong Fellowship Church | N/A | N/A | January 21, 2003 | ED&F Man00000872 | March 6, 2014 | NEW_00000832; NEW_0000832-903 | September 24, 2014 | NEW_00000094 |

| Plan | Case No. | Damages (DKK) | Damages (USD) | Participant(s) | Sponsoring Entity Name | Sponsoring Entity Formation Date | Citation | Plan Formation Date | Citation | First Trade Date | Citation | Final Trade Date | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Riverside Associates Defined Benefit Plan | 18-cv-09840-LAK | 12,724,425.00 | 1,992,000.00 | David Schulman | David Schulman (sole proprietor) | N/A | RIVER_00001953 | November 1, 2009 | ACER_00000330 | March 6, 2014 | ACER_00010585 | March 19, 2015 | ACER_00010662 |
| SRH Farms LLC 401(K) Plan | 18-cv-09434-LAK | 2,376,732.41 | 372,000.00 | Scott Hofmeister | SRH Farms, LLC | March 1, 2012 | TEWD_0011932 | March 1, 2012 | TEWD_0011932 | February 28, 2013 | ED&F-00152218 | March 21, 2013 | ED&F-00152218 |
| Sterling Alpha LLC 401(K) Profit Sharing Plan | 18-cv-04894-LAK | 12,683,520.00 | 1,973,000.00 | John Doscas | Sterling Alpha, LLC | N/A | N/A | January 1, 2007 | STEA000000_00002 | August 8, 2012 | Summers000327 | N/A | N/A |
| The Goldstein Law Group PC 401(K) Profit Sharing Plan | 18-cv-05053-LAK | 9,521,280.00 | 1,490,000.00 | Sheldon Goldstein, Scott Goldstein | The Goldstein Law Group, P.C. | N/A | N/A | January 1, 1999 | GOLD_0001023 | March 6, 2014 | ACER_00011447 | March 19, 2015 | ACER_00011422 |
| Triton Farms LLC 401(K) Plan | 18-cv-09490-LAK | 2,338,133.28 | 366,000.00 | Scott Hofmeister | Triton Farms LLC | March 6, 2007 | Public Records | March 1, 2012 | ED&F-00010732 | February 27, 2013 | ED&F-00076230-ED&F-00076302 | March 21, 2013 | ED&F-00038716-ED&F-00038743 |