# EXHIBIT C

| | |
|---|---|
| **From:** | Weinstein, Marc A. <marc.weinstein@hugheshubbard.com> |
| **Sent:** | Wednesday, May 15, 2024 7:15 PM |
| **To:** | Dulberg, Andrew S.; Johnson, Boyd; Schoenfeld, Alan E; Neiman, Peter; Hamilton, Chris L.; smccarthy@kostelanetz.com; Daniel Davidson; tdewey; Sean K. Mullen; Julia L. Allen; epeters@keker.com; Rosensaft, Michael M.; Goldberg, David L. |
| **Cc:** | Oxford, Neil; Maguire, Bill; McGoey, John; Farrell, Gregory |
| **Subject:** | SKAT's expert witness disclosure pursuant to Pretrial Order No. 36 |

*EXTERNAL EMAIL – EXERCISE CAUTION*

Counsel:

Pursuant to paragraph 3 of Pretrial Order No. 36, SKAT identifies Graham Wade and Bruce G. Dubinsky as experts that it intends to call at trial in its case-in-chief.  SKAT expects each to testify on the topics of their respective reports with the exception of the portions of Graham Wade's report that related exclusively to dividend refund applications for which the dividend credit advices were generated by ED&F Man.  As previously noted in our correspondence, SKAT also intends to call one or more summary witnesses to testify about exhibits offered pursuant to Federal Rule of Evidence 1006, and Mr. Wade and/or Mr. Dubinsky might serve in such a summary witness role.

Regards,
Marc

**Marc A. Weinstein** | Partner
Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor |  New York | NY 10004-1482
Office +1 (212) 837-6460 | Cell +1 (646) 537-5750 | Fax +1 (212) 299-6460

marc.weinstein@hugheshubbard.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.