UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND           18-md-2865 (LAK)
LITIGATION

This paper applies to:   19-cv-10713 (LAK)
------------------------------------x

**PRETRIAL ORDER NO. 38**
(Summary Judgment Motion of
Defendants Van Merkensteijn et al.)

LEWIS A. KAPLAN, *District Judge.*

      Defendants John van Merkensteijn, Richard Markowitz, Bernina Pension Plan Trust, and RJM Capital Pension Plan Trust, four of the seventeen defendants in this action, move for summary judgment dismissing the complaint as against them on the ground that plaintioff's claims against them are barred by a provision of a tolling agreement into which they and others entered with SKAT in 2018.

      The movant's reading of the tolling agreement is no stronger than extremely strained. The best that conceivably might be argued for these defendants is that the tolling agreement is ambiguous, in which case there would be a genuine issue of material fact that would foreclose the entry of summary judgment in their favor in light of well established principle that the Court on a motion for summary judgment must "draw all factual inferences and resolve all ambiguities in favor the" the non-moving party,[1] here the plaintiff. But the Court need not now decide whether the tolling agreement is even ambiguous on this point, as SKAT has not sought summary judgment on the ground that the agreement unambiguously requires rejection of the movants' argument.

      Accordingly, the motion of these defendants for summary judgment dismissing the complaint (18-md-2865 Dkt 1028) is denied in all respects.

      SO ORDERED.

Dated:      June 24, 2024

                                                  Lewis A. Kaplan
                                           United States District Judge

---

[1] *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986).