# Exhibit 1

**MADS BRYDE ANDERSEN**
PROFESSOR, DR.JUR.

UNIVERSITY OF COPENHAGEN
FACULTY OF LAW
KAREN BLIXENS PLADS 16 (6A-3-26)
2300 COPENHAGEN S
DENMARK

HOME ADDRESS:
GARDES ALLÉ 25
2900 HELLERUP
DENMARK

Office Phone +45 3532 3133
Mobile Phone +45 4058 0925

E-mail mads@jur.ku.dk

June 2024

### CV for Mads Bryde Andersen, professor of law

Professor Mads Bryde Andersen (b. 1958) **graduated** from the University of Copenhagen in 1981with a *candidatus juris* degree (LL.M.). After military service he worked for a mid-size Copenhagen law firm from 1981 to 1986 and was admitted as a High Court advocate in 1984. He joined the University of Copenhagen Law Faculty in 1987 from where he took the **doctor juris** degree in 1989 with a dissertation on contract and tort liability for computer malfunctions. In 1991 he became professor of private law at the University of Copenhagen.

Mads Bryde Andersen is the author, or editor, of several books and articles in his field of expertise which is the law of contracts and obligations, intellectual property law and computer and high technology law. His **authorship** includes "Lærebog i Obligationsret I" (*The law of Obligations, I*, 5th edition, 2020), "Dansk Pensionsret" (*Danish Pension Law*, 2nd edition, 2017, with Jesper Mark), "Grundlæggende aftaleret" (*Basic Contract Law*, 5th edition, 2021), "Enkelte transaktioner" (*Commercial Transactions,* 5th edition 2022), "Praktisk aftaleret" (*Contract Law in Practice*, 5th edition 2019), "Advokatretten" (*The law of Advocates*, 2nd edition, 2022, with Lars Lindencrone Petersen), "IT-retten" (*The law of IT,* 2nd edition, 2005) "Ret og metode" (*Legal Method,* 2002), "Lærebog i edb-ret" (*Computer Law Textbook*, 1991), "Bioteknologi og patentret" (*Biotechnology and Patent Law*, with M. Koktvedgaard, 1990), "Edb og ansvar" (*Computer Systems and Liability Law* – doctoral dissertation, 1989), and "Arbejdsmarkedspension" (*Labor Market Pension Law*, with Jens Kristiansen, 2009). He has published numerous academic articles and anthologies. Since 2003 he has been the editor-in-chief of the most prestigious Danish legal periodical Ugeskrift for Retsvæsen, section B (*The Weekly Law Report*).

Among other positions of trust, Professor Andersen is the **chairman** the Copenhagen Law Society (Juridisk Forening i København, established in 1881).

He is also a **board member** of Statistics Denmark (*Danmarks Statistik*) and co-chair of The Alfred Benzon Foundation.

Professor Andersen has previously served as chairman of the board of the Danish Financial Supervisory Authority (*Finanstilsynet*, 2014-2016), the Danish Radio and Television Council (*Radio- og tv-nævnet*, 2011-2016) and of the Danish Government IT Security Council (*IT-sikkerhedsrådet*, 1995-2002). He has also served as a member of the Danish Government Commercial Complaints Board (*Erhvervsankenævnet*, 1995-2014).

For a number of years since 1992, Professor Andersen was the Danish **delegation** to *UNCITRAL*, the United Nations Commission on International Trade Law. From 1997 to 1998 he **chaired** the UNCITRAL working group on Electronic Commerce. He has been involved in a number of working groups within the *OECD* dealing with security and consumer issues of the information society and was the head of the Danish delegation during the OECD talks on encryption policy (1995-1996). From 2003 to 2012 he was co-chairman and later chairman of the Danish Guarantee Fund for Depositors and Investors. In 2022 the International Institute for the Unification of Private Law (UNIDROIT) appointed him as Correspondent for Denmark for three years (June 2022 to May 2025).

Professor Andersen is a frequently used arbitrator in domestic and international **arbitration** matters and has been involved in more than 150 arbitration cases, either as chairman or co-arbitrator. He has represented Denmark in the *ICC Commission of Arbitration* and has given several courses on international arbitration. He has an extended network within domestic and international arbitration. In the years 2006-2008 he was the president of the Danish Arbitration Institute (*Voldgiftsinstituttet*, [www.denarbitra.dk](http://www.denarbitra.dk)) and in the years 2004-2008 he was on the board of the Danish Arbitration Society (*Dansk Forening for Voldgift*), the last year as vice-chairman.

Professor Mads Bryde Andersen has received various **marks of honour** and awards for his work. He holds *doctor juris honoris causae* degrees from the universites of Oslo (2005), Helsinki (2023) and Bergen (2024). In 2017 he received *Knut och Alice Wallenbergs Stiftelses pris för rättsvetenskapliga insatser* (the Wallenberg Award for Jurisprudential Contributions) – a 1 million Swedish Kronor prize awarded every three years to an outstanding legal scholar from one of the five Nordic countries. In 2011 he was appointed honorary member of *the Finnish Law Society*. In 2018, on the occasion of his 60 years birthday, 39 colleagues published a 797 pages long "Festskrift for Mads Bryde Andersen" in his honor on Djoef Publishing.