# Exhibit 7

# property rights

+ Land law and property law

Property right, the right to dispose of one's own property in all respects, to the extent that no special restrictions have been made by private declaration of intent or by legislation. Restrictions by declaration of intent may result from, for example, a mortgage or lease agreement, and restrictions by law may result from provisions in, for example, environmental or urban planning legislation. Property rights are also referred to as *direct property rights* because they are not derived from another higher right.

In contrast to full ownership are partial or limited property rights, which give access to a property in a specific respect, such as mortgage, easement or tenancy rights.

Contracting parties can face a number of problems in relation to third parties when transferring assets; this issue is referred to as the *transfer of ownership. For* example, it may be a question of when the buyer obtains protection against double sales or protection against the seller's creditors seizing the property sold. Or it may be a question of whether a seller can retain the right to rescind a purchase or to claim invalidity against a buyer's creditors and assignees. Title does not necessarily pass at a specific point in time during the performance of a contract. There will usually be different points in time depending on the nature of the problem and the nature of the transferred goods, e.g. real estate, movable property or claims.

## The inviolability of property rights

The inviolability of property rights is guaranteed by the Constitution §73. The protection consists of the fact that the public authorities can only demand that an owner surrender their property under certain conditions: Surrender can only take place against full compensation, surrender can only take place where the public interest requires it, and the interference must be authorized by law. Such compulsory surrender is known as expropriation.

Protection includes not only full ownership of a thing or real estate, but also limited rights such as tenancy rights and liens, as well as intangible rights such as copyrights. Publicly created rights can also be protected, such as rights under a granted patent or the right to a due pension benefit.

The Danish Constitution §73 thus sets limits to the legislature's freedom to regulate, and the legislator must of course be aware of these limits when drafting laws, for example planning, nature conservation and business regulation. The private citizen who believes that a 'year beyond what the Basic Law §73 allows can bring the issue before the courts.

If the Folketing has adopted a bill on expropriation, a minority of one third of its members may demand that the bill not be ratified until new elections to the Folketing have been held and the bill has been adopted again.

## History of our products

The concept of property rights first became known in Danish law in the 18th century; the notion of a right over real or personal property was probably originally linked to the use or exploitation of an asset and was not based on an abstract concept of property rights. The concept of property rights gained ground in Denmark under the influence of natural law, which considered property rights to be an absolute right that could not be restricted by the state. In the early 1800s, Anders Sandøe Ørsted argued against this view. Influenced by foreign theory, Anders Sandøe Ørsted argued that property rights had to be subject to the restrictions necessary for the sake of society, "the interests of legal cohabitation", as he put it.

## Read more in Den Store Danske

- capitalism
- liberalism

**WRITTEN BY:** Henrik Zahle; Jens Ulf Jørgensen and Lene Pagter Kristensen
**LAST CHANGED:** February 2, 2023, see all changes
**LIMITED USE.** Quote or use?

# ejendomsret

← Tingsret og ejendomsret

Ejendomsret, *fuldstændig ejendomsret*, ret til i enhver henseende at råde over eget formuegode, i det omfang der ikke er gjort særlige begrænsninger ved privat viljeserklæring eller ved lovgivning. Begrænsninger ved viljeserklæring kan følge af fx en pantsætnings- eller lejeaftale, og begrænsninger ifølge lovgivningen kan følge af bestemmelser i bl.a. miljø- eller byplanlovgivningen. Ejendomsretten betegnes også *umiddelbar ejendomsret*, fordi retten ikke er afledt af en anden videregående ret.

I modsætning til fuldstændig ejendomsret står delvise eller begrænsede ejendomsrettigheder, som giver adgang til en råden over et formuegode i en speciel henseende, fx pante-, servitut- eller lejerettigheder.

Aftaleparter kan få en række problemer i forhold til tredjemand ved formuegoders overdragelse; denne problematik benævnes *ejendomsrettens overgang*. Det kan fx være et spørgsmål om, hvornår køber opnår beskyttelse mod dobbeltsalg eller beskyttelse mod, at sælgers kreditorer foretager udlæg i det solgte. Eller det kan være et spørgsmål om, hvorvidt en sælger kan bevare en adgang til at ophæve et køb eller til at gøre indsigelse om ugyldighed gældende over for en købers kreditorer og aftaleerhververe. Ejendomsretten overgår ikke nødvendigvis på et bestemt tidspunkt i løbet af en aftales gennemførelse. Der vil som oftest være tale om forskellige tidspunkter, afhængigt af dels problemets art, dels arten af det overdragne gods, fx fast ejendom, løsøre eller fordringer.

## Ejendomsrettens ukrænkelighed

Ejendomsrettens ukrænkelighed er sikret ved Grundloven § 73. Beskyttelsen består i, at det offentlige kun under bestemte betingelser kan forlange, at en ejer afstår sin ejendom: Afståelse kan kun ske mod fuldstændig erstatning, afståelse kan kun ske, hvor almenvellet kræver det, og indgrebet skal have hjemmel i lov. En sådan tilpligtet afståelse betegnes ekspropriation.

Beskyttelsen omfatter ikke blot den fulde ejendomsret til en ting eller en fast ejendom, men også begrænsede rettigheder som lejeret og panteret samt immaterielle rettigheder, fx ophavsret. Også offentligt skabte rettigheder kan være beskyttede, fx rettigheder ifølge et meddelt patent eller ret til en forfalden pensionsydelse.

Grundloven § 73 sætter således grænser for lovgivningsmagtens frihed til at regulere, og disse grænser skal lovgiver naturligvis være opmærksom på ved udformningen af love, fx om arealplanlægning, naturfredning og erhvervsregulering. Den private borger, der mener, at en ... går ud over, hvad Grundloven § 73 tillader, kan indbringe spørgsmålet for domstolene.

Har Folketinget vedtaget et lovforslag om ekspropriation, kan et mindretal på en tredjedel af dets medlemmer kræve, at lovforslaget ikke stadfæstes, før der har været afholdt nyvalg til Folketinget, og forslaget på ny er vedtaget.

## Historie

Ejendomsretsbegrebet blev først kendt i dansk ret i 1700-t.; forestillingen om en ret over fast ejendom eller løsøre var formentlig oprindelig knyttet til brugen eller udnyttelsen af et formuegode og byggede ikke på et abstrakt ejendomsretsbegreb. Det ejendomsretlige begreb vandt indpas i Danmark under indflydelse af naturretten, som anså ejendomsretten for en absolut ret, der som udgangspunkt ikke kunne indskrænkes af statsmagten. Over for denne opfattelse hævdede Anders Sandøe Ørsted i begyndelsen af 1800-t. under påvirkning af udenlandsk teori, at ejendomsretten måtte være underkastet de begrænsninger, der var nødvendige af hensyn til samfundet, "det retlige Samlivs Tarv", som han udtrykte det.

## Læs mere i Den Store Danske

- kapitalisme
- liberalisme

**SKREVET AF:** Henrik Zahle; Jens Ulf Jørgensen og Lene Pagter Kristensen
**SENEST ÆNDRET:** 2. februar 2023, se alle ændringer
**BEGRÆNSET ANVENDELSE.** Citere eller anvende?