# Exhibit 15

# Act 1953-06-05 no. 169
# Constitution of the Kingdom of Denmark

## Chap. I

§ This Constitution applies to all parts of the Kingdom of Denmark.

§ 2. The form of government is limited-monarchical. The royal power is inherited by men and women according to the rules laid down in the Succession Act of March 27, 1953.

§ 3. The legislative power is vested in the King and the Folketing in union. The executive power is vested in the King. Judicial power is vested in the courts.

§ 4. The Evangelical Lutheran Church is the Danish national church and as such is supported by the state.

## Chap. II

§ The King cannot be regent in other countries without the consent of the Folketing.

§ The King shall belong to the Evangelical Lutheran Church.

§ The King is of age when he has reached his 18th birthday. The same applies to the successor to the throne.

§ Before the King assumes the Government, he makes a solemn assurance in writing in the Council of State that he will unwaveringly uphold the Constitution. Two identical originals of the act of assurance are issued, one of which is handed over to the Folketing to be kept in its archives, the other is deposited in the National Archives. If the King, due to absence or for other reasons, cannot give this assurance immediately at the change of throne, the Government shall, until this happens, be conducted by the Council of State, unless otherwise provided by law. If the King has already given this assurance as successor to the throne, he shall assume the Government immediately upon accession.

§ Provisions regarding the conduct of government in the event of the King's incapacity, illness or absence are laid down by law. If there is no successor to the throne at the time of vacancy, the Folketing elects a king and determines the future succession.

§ 10. The state's grant to the king is determined for his reign by law. This law also determines which castles and other state properties shall be left to the King for use.

*Subsection 2.* The state benefit cannot be encumbered with debt.

§ Section 11. For members of the Royal House, annual allowances may be determined by law. Annual allowances cannot be enjoyed outside the realm without the consent of the Folketing.

## Chap. III

§ The King, subject to the limitations laid down in this Constitution, has the supreme authority over all the affairs of the Realm and exercises it through the ministers.

§ The King is free from responsibility; his person is sacrosanct. Ministers are responsible for the conduct of the Government; their accountability is determined by law.

§ The King appoints and dismisses the Prime Minister and the other ministers. He determines their number and the distribution of business among them. The King's signature on decisions concerning legislation and government is valid when accompanied by the signature of one or more ministers. Any minister who has signed is responsible for the decision.

§ No minister may remain in office after the Folketing has expressed its vote of no confidence in him.

*Subsection 2.* If the Folketing expresses its no-confidence in the Prime Minister, he must resign from the ministry, unless new elections are called. A ministry that has received a vote of no confidence or that has resigned shall function until a new ministry is appointed. Ministers in office may only do what is necessary for the undisturbed conduct of the business of their office.

§ Ministers may be indicted by the King or the Folketing for their performance of their duties. The Danish Parliament shall approve the cases brought against ministers for their performance of their duties.

§ Section 17. The ministers together constitute the Council of State, in which the successor to the throne, when he is of age, takes a seat. The King presides, except in the case mentioned in section 8 and in cases where the legislature, in accordance with the provision in section 9, has conferred on the Council of State the authority to lead the Government.

*Stk. 2.* All laws and important government measures are negotiated in the Council of State.

§ If the King is prevented from holding a Council of State, he may have the matter discussed in a Council of Ministers. This consists of all ministers chaired by the Prime Minister. Each minister must then cast his or her vote for the minutes, and decisions are made by majority vote. The Prime Minister submits the minutes of the negotiations, signed by the ministers present, to the King, who decides whether he will immediately approve the recommendation of the Council of Ministers or have the matter heard by the Council of State.

§ The King acts on behalf of the Realm in international affairs. Without the consent of the Folketing, however, he may not take any action that increases or reduces the territory of the Realm, or enter into any obligation for the fulfillment of which the participation of the Folketing is necessary, or which is otherwise of major importance. Nor may the King, without the consent of the Folketing, terminate any international agreement concluded with the consent of the Folketing.

*Stk. 2.* Except for defense against armed attack on the Realm or Danish forces, the King may not use military force against any foreign state without the consent of the Folketing. Measures that the King may take pursuant to this provision must immediately be submitted to the Folketing. If the Folketing is not assembled, it shall be summoned to meet without delay.

*Stk. 3.* The Folketing shall elect a foreign policy committee from among its members, with which the Government shall consult prior to any decision of major foreign policy significance. Further rules on the foreign policy committee shall be laid down by law.

§ Powers which under this Constitution are vested in the authorities of the Realm may by law to a specified extent be transferred to international authorities established by mutual agreement with other states for the promotion of international legal order and cooperation.

*Stk. 2.* A majority of five-sixths of the members of the Folketing is required to pass a bill to this effect. If such a majority is not achieved, but the majority required for the adoption of ordinary bills is achieved, and if the Government upholds the bill, it shall be submitted to the electorate for approval or rejection in accordance with the rules laid down for referendums in section 42.

§ The King may submit proposals for laws and other decisions to the Folketing.

§ A bill passed by Parliament becomes law when it is ratified by the King within 30 days of its final adoption.

The King orders the promulgation of the law and ensures its enforcement.

§ In cases **of** extreme urgency**,** the King may, when the Folketing cannot convene, issue provisional laws, which must not, however, be contrary to the Constitution and must always be submitted to the Folketing for approval or rejection immediately after it has convened.

§ The King may pardon and grant amnesty**.** He may pardon ministers only with the consent of Parliament for the sentences imposed on them by the impeachment court.

§ The King grants directly or through the relevant government authorities such licenses and exemptions from the laws that are either in use according to the rules applicable before June 5, 1849, or for which authority is contained in a law issued since that time.

§ The King has the right to have coins struck in accordance with the law**.**

§ Rules on the employment of civil servants are laid down by law**.** No one may be employed as a civil servant without having citizenship. Officials appointed by the King shall give a solemn assurance that they will uphold the Constitution.

*Stk. 2*. Rules on the dismissal, transfer and retirement of civil servants shall be laid down by law, cf. section 64.

*Stk. 3*. Without their consent, officials appointed by the King may only be transferred if they do not thereby suffer a loss in the income associated with the official position, and they are given the choice between such transfer and dismissal with pension according to the general rules.

## Chap. IV

§ The Danish Parliament is an assembly consisting of a maximum of 179 members, of which 2 members are elected in the Faroe Islands and 2 in Greenland**.**

§ Anyone who has Danish citizenship, permanent residence in the realm and has reached the voting age referred to in subsection 2 has the right to vote for the Folketing, unless the person is incapacitated**.** It shall be determined by law to what extent punishment and benefits that are regarded as poor relief in the legislation entail loss of the right to vote.

*Stk. 2*. The electoral age is that which has obtained a majority by referendum in accordance with the Act of March 25, 1953. Changes to the electoral age applicable at any time may be made by law. A bill adopted by the Folketing for such an act can only be ratified by the King when the provision amending the voting age in accordance with section 42(5) has been subject to a referendum which has not resulted in the provision lapsing.

§ **Section 30.** Anyone who has the right to be elected to the Folketing is eligible for election to the Folketing, unless he has been punished for an act that in general reputation makes him unworthy to be a member of the Folketing. *Subsection 2*. Officials who are elected as members of Parliament do not need the Government's permission to receive the election.

§ Members of the Danish Parliament are elected by ordinary, direct and secret ballot**.**

*Stk. 2*. The detailed rules for the exercise of the right to vote are laid down by the Electoral Act, which, in order to ensure equal representation of the different views among the voters, determines the method of election, including whether the proportional representation method shall be implemented in or without connection with elections in single-member constituencies.

*Stk. 3*. The local distribution of seats shall take into account population, voter numbers and population density.

*Stk. 4*. The Electoral Act shall lay down detailed rules concerning the election of deputies and their entry into Parliament and concerning the procedure in cases where re-election may be necessary.

*Stk. 5.* Special rules on Greenland's representation in the Folketing may be laid down by law.

**§ 32.** Members of the Danish Parliament are elected for four years.

*Stk. 2.* The King may at any time call new elections with the effect that the existing parliamentary mandates lapse when new elections have taken place. However, after the appointment of a new ministry, elections cannot be called before the Prime Minister has presented himself to the Folketing. *Stk. 3.* It is the responsibility of the Prime Minister to arrange for new elections to be held before the end of the election period.

*Stk. 4.* The mandates shall in no case lapse before new elections have taken place.

*Stk. 5.* Special rules on the commencement and termination of Faroese and Greenlandic parliamentary mandates may be laid down by law.

*Subsection 6.* If a member of the Folketing loses his eligibility, his mandate lapses.

*Section 7.* Every new member shall, when his election has been approved, give a solemn undertaking to observe the Constitution.

**§ 33.** The Folketing itself determines the validity of its members' elections and whether a member has lost the right to stand for election.

**§ 34.** The Folketing is inviolable. Anyone who attacks its security or freedom, anyone who issues or obeys any order to that effect, is guilty of high treason.

## Chap. V

**§ 35.** **The** newly elected Parliament convenes at noon on the twelfth weekday after the election day if the King has not convened it beforehand.

*Stk. 2.* Immediately after the verification of the mandates, the Folketing shall be seated by electing a chairman and deputy chairmen.

**§ 36.** The parliamentary year begins on the first Tuesday in October and lasts until the same Tuesday the following year.

*Stk. 2.* On the first day of the parliamentary year at 12 noon, the members shall convene for a meeting where the parliament is resumed.

**§ 37.** The Folketing convenes at the place where the Government has its seat. In extraordinary cases, however, the Folketing may convene elsewhere in the Realm.

**§ 38.** At the first meeting of the parliamentary year, the Prime Minister shall give an account of the general position of the Realm and the measures envisaged by the Government.

*Stk. 2.* A general debate shall take place on the basis of the statement.

**§ 39.** The President of the Folketing shall convene a meeting of the Folketing and state the agenda. It is the President's duty to convene a meeting when at least two-fifths of the members of the Folketing or the Prime Minister submits a written request to this effect, stating the agenda.

**§ 40.** Ministers have access to the Folketing in their official capacity and are entitled to request the floor as often as they wish during debates, provided that they otherwise comply with the rules of procedure. They only have the right to vote when they are also members of the Folketing.

**§ 41.** Any member of the Folketing is entitled to submit proposals for laws and other resolutions.

*Stk. 2.* A bill cannot be finally adopted before it has been considered three times in the Folketing.

*Subsection 3.* Two-fifths of the members of the Folketing may petition the President for the third reading to take place no earlier than twelve days after the adoption of the bill at the second reading. The request must be in writing and signed by the participating members. However, postponement cannot take place in respect of proposals for finance acts, supplementary appropriation acts, temporary appropriation acts, state loan acts, acts on the granting of citizenship, acts on expropriation of property, etc.

ation, laws on indirect taxes and, in urgent cases, proposals for laws whose entry into force cannot be postponed for the purpose of the law.

*Stk. 4.* Upon new elections and at the end of the parliamentary year, all proposals for laws and other decisions that have not previously been finally adopted lapse.

**§ 42.** When a bill has been adopted by the Folketing, one-third of the members of the Folketing may, within a period of three working days from the final adoption of the bill, petition the President for a referendum on the bill. The request must be in writing and signed by the participating members.

*Stk. 2.* A bill that can be subject to a referendum, cf. subsection (6), can only in the case referred to in subsection (7) be ratified by the King before the expiry of the deadline mentioned in subsection (1) or before the requested referendum has taken place.

*Stk. 3. When a* referendum has been requested on a bill, the Folketing may, within a period of five working days from the final adoption of the bill, decide that the bill shall lapse.

*Subsection 4. If* the Folketing does not make a decision pursuant to subsection (3), notice that the bill is to be tested by referendum must be sent as soon as possible to the Prime Minister, who then announces the bill with notice that a referendum will take place. The referendum shall be initiated at the Prime Minister's discretion no earlier than twelve and no later than eighteen working days after the announcement.

*Stk. 5.* The referendum is voted for and against the bill. For the bill to lapse, a majority of the parliamentary voters participating in the vote, but at least 30 percent of all eligible voters, must have voted against the bill.

*Paragraph 6.* Proposals for finance acts, supplementary appropriation acts, temporary appropriation acts, state loan acts, standardization acts, wage and pension acts, acts on the granting of citizenship, acts on expropriation, acts on direct and indirect taxes and acts to implement existing treaty obligations cannot be subject to referendum. The same applies to proposals for the laws referred to in sections 8, 9, 10 and 11 as well as the decisions mentioned in section 19 that may be in the form of a law, unless it is determined by special law that such a vote must take place. The rules in section 88 apply to constitutional amendments.

*Stk. 7.* In particularly urgent cases, a bill that can be subject to referendum may be ratified by the King immediately after its adoption if the bill so provides. If one-third of the members of the Folketing request a referendum on the bill or the confirmed Act in accordance with the rules referred to in subsection (1), such referendum shall be held in accordance with the above rules. If the Act is rejected in the referendum, this shall be announced by the Prime Minister without undue delay and no later than fourteen days after the referendum is held. From the day of the announcement, the Act lapses. *Section 8.* Further rules on referendums, including the extent to which referendums must take place in the Faroe Islands and Greenland, shall be laid down by law.

**§ 43.** No tax can be imposed, altered or repealed except by law; nor can any manpower be discharged or any government loan taken out except by law.

**§ 44.** No foreigner can be granted citizenship except by law.

*Stk. 2.* Rules on foreigners' access to become owners of real property shall be laid down by law.

**§ 45.** Proposals for a Finance Act for the coming financial year must be presented to Parliament no later than four months before the beginning of the financial year. *Stk. 2.* If the consideration of the Finance Bill for the coming financial year cannot be expected to be completed before the beginning of the financial year, a proposal for a temporary appropriation act must be presented to Parliament.

**§ 46.** Until the Finance Act or a temporary appropriation act has been passed by Parliament, taxes may not be levied.

*Subsection 2.* No expenditure may be incurred without a legal basis in the Finance Act adopted by the Folketing or in a supplementary appropriation act or temporary appropriation act adopted by the Folketing.

**§ 47.** The central government accounts must be presented to Parliament no later than six months after the end of the financial year.

*Stk. 2.* The Folketing elects a number of auditors. They review the annual state accounts and ensure that all state revenue is entered therein and that no expenditure has been incurred without a legal basis in the Finance Act or other appropriation act. They may demand that all necessary information and documents be provided. The detailed rules for the number and activities of the auditors shall be laid down by law.

*Stk. 3.* The state accounts with the auditors' comments are submitted to the Folketing for decision.

**§ 48.** The Folketing itself determines its rules of procedure, which contain the detailed provisions concerning the conduct of business and the maintenance of order.

**§ 49.** Meetings of the Folketing are public. However, the Speaker or the number of members specified in the rules of procedure or a minister may demand that all unauthorized persons be removed, whereupon it shall be decided without preliminary action whether the matter shall be debated in a public or closed meeting.

**§ 50.** The Folketing can only make a decision when more than half of the members are present and participate in the vote.

**§ 51.** Parliament may set up commissions of its members to investigate matters of general importance. The commissions are entitled to demand written or oral information from both private citizens and public authorities.

**§ 52.** The Folketing's election of members to commissions and offices is based on proportional representation.

**§ 53.** Any member of the Folketing may, with the consent of the Folketing, bring any public matter under debate and demand explanations from the ministers.

**§ 54.** Petitions may only be presented to the Folketing by one of its members.

**§ 55.** By law, the Folketing shall elect one or two persons who are not members of the Folketing to supervise the civil and military administration of the State.

**§ 56.** Members of Parliament are bound solely by their convictions and not by any regulation of their voters.

**§ 57.** No member of the Folketing may, without its consent, be charged or subjected to imprisonment of any kind, unless he is caught in the act. No member of the Folketing may, without the consent of the Folketing, be held liable for his utterances in the Folketing outside the Folketing.

**§ 58.** Members of the Folketing receive remuneration, the amount of which is determined by the Election Act.

## Chap. VI

**§ 59.** The Supreme Court consists of up to 15 of the oldest ordinary members of the highest court of the Realm and a corresponding number of members elected by the Folketing on a proportional basis for six years. One or more deputies are elected for each of the elected members. Members of the Folketing may not be elected to or act as members of the impeachment court. If, in a single case, some of the members of the Supreme Court cannot participate in the hearing and adjudication of the case, a corresponding number of the members of the impeachment court last elected by the Folketing shall resign.

*Stk. 2.* The General Court shall elect its President from among its members.

*Subsection 3*. If a case is brought before the impeachment court, the members elected by the Folketing shall retain their seats in the court for this case, even if the period for which they were elected expires.

*Stk. 4*. Further rules on the impeachment court shall be laid down by law.

**§ 60.** The Parliamentary Court shall approve the cases brought by the King or the Folketing against the ministers.

*Stk. 2. The* King may, with the consent of the Folketing, have other charges brought before the impeachment court for crimes which he considers particularly dangerous to the state.

**§ 61.** The exercise of judicial power can only be regulated by law. Special courts with judicial authority may not be established.

**§ 62.** The administration of justice shall always be kept separate from the administration. Rules to this effect shall be laid down by law.

**§ 63.** The courts are entitled to hear any question concerning the limits of official authority. However, a person who wishes to raise such a question may not, by bringing the matter before the courts, exempt himself from provisionally complying with the authority's command.

*Stk. 2*. Appeals on questions concerning the limits of the authority may by law be referred to one or more administrative courts, whose decisions shall, however, be subject to review by the supreme court of the Realm. The detailed rules in this regard shall be laid down by law.

**§ 64.** The judges, in their vocation, are bound only by the law. They may not be dismissed without a judgment, nor may they be transferred against their will, except in the event of a reorganization of the courts. However, a judge who has reached the age of 65 years may be dismissed, but without loss of income until the date on which he should have been dismissed on grounds of age.

**§ 65.** In the administration of justice, publicity and oral proceedings shall be implemented to the greatest possible extent.

*Paragraph 2*. Laymen shall participate in criminal proceedings. It shall be determined by law in which cases and under what forms this participation shall take place, including in which cases juries shall participate.

## Chap. VII

**§ 66. The** constitution of the National Church is regulated by law.

**§ 67.** Citizens have the right to unite in communities to worship God in a manner consistent with their convictions, provided that nothing is taught or done that is contrary to morality or public order.

**§ 68.** No one is obliged to make personal contributions to any worship other than his own.

**§ 69.** The conditions of religious communities deviating from the National Church shall be further regulated by law.

**§ 70.** No one may, on account of his creed or descent, be deprived of the full enjoyment of civil and political rights or evade the performance of any ordinary civic duty.

## Chap. VIII

**§ 71.** Personal freedom is inviolable. No Danish citizen may be subjected to any form of deprivation of liberty on account of his political or religious convictions or his descent.

*Paragraph 2*. Deprivation of liberty may only take place on the basis of the law. *Stk. 3*. Anyone who is arrested shall be brought before a judge within 24 hours. If the arrested person cannot be released immediately, the judge shall, by a reasoned order issued as soon as possible and within three days at the latest, decide whether he shall be imprisoned and, if he can be released on bail, determine the nature and amount thereof. This provision may, in the case of Greenland

may be derogated from by law insofar as this is deemed necessary under local conditions.

*Stk. 4.* The order made by the judge may immediately be appealed separately to a higher court.

*Subsection 5.* No one may be subjected to pre-trial detention for an offense that can only result in a fine or imprisonment.

*Paragraph 6.* Outside the criminal procedure, the legality of a deprivation of liberty which has not been decided by a judicial authority and which has no legal basis in legislation on aliens shall, at the request of the person deprived of his liberty or the person acting on his behalf, be submitted to the ordinary courts or other judicial authority for review. Further rules in this regard shall be laid down by law.

*Subsection 7.* The treatment of the persons mentioned in subsection (6) shall be subject to supervision elected by the Folketing, to which the persons concerned shall have the right of appeal.

**§ 72.** The home is inviolable. Search, seizure and examination of letters and other papers as well as breach of postal, telegraphic and telephone secrecy may, where no law provides for a special exception, only take place after a court order.

**§ 73.** Property rights are inviolable. No one may be compelled to give up his property except where the public interest so requires. This can only be done by law and against full compensation.

*Subsection 2.* When a bill concerning expropriation of property has been adopted, one-third of the members of the Folketing may, within a period of three working days from the final adoption of the bill, demand that it not be recommended for royal ratification until new elections to the Folketing have taken place and the bill has again been adopted by the Folketing then in session.

*Stk. 3.* Any question concerning the legality of the expropriation act and the amount of compensation may be brought before the courts. The review of the amount of compensation may by law be referred to courts established for this purpose.

**§ 74.** All restrictions on free and equal access to professions which are not justified by the general good shall be abolished by law.

**§ 75.** For the promotion of the common good, efforts should be made to ensure that every able-bodied citizen has the opportunity to work under conditions that provide him with a secure livelihood.

*Paragraph 2.* Anyone who is unable to support himself or herself or his or her dependants and whose maintenance is not the responsibility of any other person is entitled to public assistance, subject to submission to the obligations imposed by law.

**§ 76.** All children of compulsory school age have the right to free education in public schools. Parents or guardians who themselves ensure that the children receive an education that is commensurate with what is generally required in primary school are not obliged to have their children educated in primary school.

**§ 77.** Everyone is entitled to publish his thoughts in print, in writing and in speech, but under the responsibility of the courts. Censorship and other preventive measures may never again be introduced.

**§ 78.** Citizens have the right to form associations for any lawful purpose without prior authorization.

*Stk. 2.* Associations that work by or seek to achieve their goals through violence, incitement to violence or similar criminal influence on other people's thinking shall be dissolved by judgment.

*Stk. 3.* No association can be dissolved by a government measure. However, an association may be provisionally prohibited, but proceedings must then be brought against it immediately for its dissolution.

*Stk. 4.* Cases concerning the dissolution of political associations shall be brought before the supreme court of the realm without special permission.

*Stk. 5. The* legal effects of the dissolution shall be specified by law.

**§ 79.** Citizens have the right to assemble unarmed without prior permission. The police have the right to attend public assemblies. Assemblies in the open air may be prohibited when they are likely to endanger the public peace.

**§ 80.** In the event of a riot, the armed forces, when not attacked, may only intervene after the crowd has been urged three times in the name of the king and the law in vain to disperse.

**§ 81.** Every armed man is obliged to contribute with his person to the defense of his country in accordance with the provisions prescribed by law.

**§ 82.** The right of municipalities to manage their affairs independently under state supervision shall be regulated by law.

**§ 83.** Any preference in the legislation related to nobility, title and rank is abolished.

**§ 84.** No fief, ancestral home, fideikommis estate or other family fidei- kommis may be created in the future.

**§ 85.** For the armed forces, the provisions of sections 71, 78 and 79 are only applicable with the limitations that follow from the provisions of the military legislation.

## Chap. IX

**§ 86.** The voting age for municipal councils and parish councils is the age applicable at any time for elections to the Danish Parliament. For the Faroe Islands and Greenland, the voting age for municipal councils and parish councils is determined by law or pursuant to law.

**§ 87.** Icelandic citizens who enjoy equal rights with Danish citizens under the Act on the Repeal of the Danish-Icelandic Federal Act, etc. shall retain the rights of Danish citizenship under the Constitution.

## Cape X

**§ 88.** If the Folketing adopts a proposal for a new constitutional provision and the Government wishes to promote the matter, new elections to the Folketing are called. If the proposal is adopted unchanged by the Parliament following the election, it shall, within six months after the final adoption, be submitted to the voters of the Parliament for approval or rejection by direct vote. The detailed rules for this vote shall be laid down by law. If a majority of those participating in the vote and at least 40 percent of all eligible voters have cast their votes in favor of the decision of the Folketing, and if it is ratified by the King, it is constitutional.

## Chap. XI

**§ 89.** This Constitution shall enter into force immediately. However, the Parliament last elected under the Constitution of the Kingdom of Denmark of June 5, 1915, as amended on September 10, 1920, shall continue to exist until new elections have taken place in accordance with the rules in Chapter IV. Until new elections have taken place, the provisions laid down in the Constitution of the Kingdom of Denmark of June 5, 1915, as amended on September 10, 1920, shall remain in force for the Riksdag.

# Lov 1953-06-05 nr. 169
# Danmarks Riges Grundlov

## Kap. I

**§ 1.** Denne grundlov gælder for alle dele af Danmarks Rige.

**§ 2.** Regeringsformen er indskrænket-monarkisk. Kongemagten nedarves til mænd og kvinder efter de i tronfølgeloven af 27. marts 1953 fastsatte regler.

**§ 3.** Den lovgivende magt er hos kongen og folketinget i forening. Den udøvende magt er hos kongen. Den dømmende magt er hos domstolene.

**§ 4.** Den evangelisk-lutherske kirke er den danske folkekirke og understøttes som sådan af staten.

## Kap. II

**§ 5.** Kongen kan ikke uden folketingets samtykke være regent i andre lande.

**§ 6.** Kongen skal høre til den evangelisk-lutherske kirke.

**§ 7.** Kongen er myndig, når han har fyldt sit 18. år. Det samme gælder tronfølgeren.

**§ 8.** Forinden kongen tiltræder regeringen, afgiver han skriftligt i statsrådet en højtidelig forsikring om ubrødeligt at ville holde grundloven. Af forsikringsakten udstedes tvende ligelydende originaler, af hvilke den ene overgives folketinget for at opbevares i sammes arkiv, den anden nedlægges i rigsarkivet. Kan kongen som følge af fraværelse eller af andre grunde ikke umiddelbart ved tronskiftet afgive denne forsikring, føres regeringen, indtil dette sker, af statsrådet, medmindre anderledes ved lov bestemmes. Har kongen allerede som tronfølger afgivet denne forsikring, tiltræder han umiddelbart ved tronskiftet regeringen.

**§ 9.** Bestemmelser angående regeringens førelse i tilfælde af kongens umyndighed, sygdom eller fraværelse fastsættes ved lov. Er der ved tronledighed ingen tronfølger, vælger folketinget en konge og fastsætter den fremtidige arvefølge.

**§ 10.** Statens ydelse til kongen bestemmes for hans regeringstid ved lov. Ved denne fastsættes tillige, hvilke slotte og andre statsejendele der skal overlades kongen til brug.

*Stk. 2.* Statsydelsen kan ikke behæftes med gæld.

**§ 11.** For medlemmer af det kongelige hus kan der bestemmes årpenge ved lov. Årpenge kan ikke uden folketingets samtykke nydes udenfor riget.

## Kap. III

**§ 12.** Kongen har med de i denne grundlov fastsatte indskrænkninger den højeste myndighed over alle rigets anliggender og udøver den gennem ministrene.

**§ 13.** Kongen er ansvarsfri, hans person er fredhellig. Ministrene er ansvarlige for regeringens førelse; deres ansvarlighed bestemmes nærmere ved lov.

**§ 14.** Kongen udnævner og afskediger statsministeren og de øvrige ministre. Han bestemmer deres antal og forretningernes fordeling imellem dem. Kongens underskrift under de lovgivningen og regeringen vedkommende beslutninger giver disse gyldighed, når den er ledsaget af en eller flere ministres underskrift. Enhver minister, som har underskrevet, er ansvarlig for beslutningen.

**§ 15.** Ingen minister kan forblive i sit embede, efter at folketinget har udtalt sin mistillid til ham.

*Stk. 2.* Udtaler folketinget sin mistillid til statsministeren, skal denne begære ministeriets afsked, medmindre nyvalg udskrives. Et ministerium, som har fået et mistillidsvotum, eller som har begæret sin afsked, fungerer, indtil et nyt ministerium er udnævnt. Fungerende ministre kan i deres embede kun foretage sig, hvad der er fornødent til embedsforretningernes uforstyrrede førelse.

**§ 16.** Ministrene kan af kongen eller folketinget tiltales for deres embedsførelse. Rigsretten påkender de mod ministrene for deres embedsførelse anlagte sager.

**§ 17.** Ministrene i forening udgør statsrådet, hvori tronfølgeren, når han er myndig, tager sæde. Kongen fører forsædet undtagen i det i § 8 nævnte tilfælde og i de tilfælde, hvor lovgivningsmagten i henhold til bestemmelsen i § 9 måtte have tillagt statsrådet myndighed til at føre regeringen.

*Stk. 2.* I statsrådet forhandles alle love og vigtige regeringsforanstaltninger.

**§ 18.** Er kongen forhindret i at holde statsråd, kan han lade sagen forhandle i et ministerråd. Dette består af samtlige ministre under forsæde af statsministeren. Enhver minister skal da afgive sit votum til protokollen, og beslutning tages efter stemmeflerhed. Statsministeren forelægger den over forhandlingerne førte, af de tilstedeværende ministre underskrevne, protokol for kongen, der bestemmer, om han umiddelbart vil bifalde ministerrådets indstilling eller lade sig sagen foredrage i statsrådet.

**§ 19.** Kongen handler på rigets vegne i mellemfolkelige anliggender. Uden folketingets samtykke kan han dog ikke foretage nogen handling, der forøger eller indskrænker rigets område, eller indgå nogen forpligtelse, til hvis opfyldelse folketingets medvirken er nødvendig, eller som iøvrigt er af større betydning. Ejheller kan kongen uden folketingets samtykke opsige nogen mellemfolkelig overenskomst, som er indgået med folketingets samtykke.

*Stk. 2.* Bortset fra forsvar mod væbnet angreb på riget eller danske styrker kan kongen ikke uden folketingets samtykke anvende militære magtmidler mod nogen fremmed stat. Foranstaltninger, som kongen måtte træffe i medfør af denne bestemmelse, skal straks forelægges folketinget. Er folketinget ikke samlet, skal det uopholdeligt sammenkaldes til møde.

*Stk. 3.* Folketinget vælger af sin midte et udenrigspolitisk nævn, med hvilket regeringen rådfører sig forud for enhver beslutning af større udenrigspolitisk rækkevidde. Nærmere regler om det udenrigspolitiske nævn fastsættes ved lov.

**§ 20.** Beføjelser, som efter denne grundlov tilkommer rigets myndigheder, kan ved lov i nærmere bestemt omfang overlades til mellemfolkelige myndigheder, der er oprettet ved gensidig overenskomst med andre stater til fremme af mellemfolkelig retsorden og samarbejde.

*Stk. 2.* Til vedtagelse af lovforslag herom kræves et flertal på fem sjettedele af folketingets medlemmer. Opnås et sådant flertal ikke, men dog det til vedtagelse af almindelige lovforslag nødvendige flertal, og opretholder regeringen forslaget, forelægges det folketingsvælgerne til godkendelse eller forkastelse efter de for folkeafstemninger i § 42 fastsatte regler.

**§ 21.** Kongen kan for folketinget lade fremsætte forslag til love og andre beslutninger.

**§ 22.** Et af folketinget vedtaget lovforslag får lovskraft, når det senest 30 dage efter den endelige vedtagelse stadfæstes af kongen.

Kongen befaler lovens kundgørelse og drager omsorg for dens fuldbyrdelse.

**§ 23.** I særdeles påtrængende tilfælde kan kongen, når folketinget ikke kan samles, udstede foreløbige love, der dog ikke må stride mod grundloven og altid straks efter folketingets sammentræden skal forelægges dette til godkendelse eller forkastelse.

**§ 24.** Kongen kan benåde og give amnesti. Ministrene kan han kun med folketingets samtykke benåde for de dem af rigsretten idømte straffe.

**§ 25.** Kongen meddeler dels umiddelbart, dels gennem vedkommende regeringsmyndigheder sådanne bevillinger og undtagelser fra lovene, som enten ifølge de før 5. juni 1849 gældende regler er i brug, eller hvortil hjemmel indeholdes i en siden den tid udgiven lov.

**§ 26.** Kongen har ret til at lade slå mønt i henhold til loven.

**§ 27.** Regler om ansættelse af tjenestemænd fastsættes ved lov. Ingen kan ansættes som tjenestemand uden at have indfødsret. Tjenestemænd, som udnævnes af kongen, afgiver en højtidelig forsikring om at ville holde grundloven.

*Stk. 2*. Om afskedigelse, forflyttelse og pensionering af tjenestemænd fastsættes regler ved lov, jf. dog herved § 64.

*Stk. 3*. Uden deres samtykke kan de af kongen udnævnte tjenestemænd kun forflyttes, når de ikke derved lider tab i de med tjenestemandsstillingen forbundne indtægter, og der gives dem valget mellem sådan forflyttelse og afsked med pension efter de almindelige regler.

## Kap. IV

**§ 28.** Folketinget udgør een forsamling bestående af højst 179 medlemmer, hvoraf 2 medlemmer vælges på Færøerne og 2 i Grønland.

**§ 29.** Valgret til folketinget har enhver, som har dansk indfødsret, fast bopæl i riget og har nået den i stk. 2 omhandlede valgretsalder, medmindre vedkommende er umyndiggjort. Det bestemmes ved lov, i hvilket omfang straf og understøttelse, der i lovgivningen betragtes som fattighjælp, medfører tab af valgret.

*Stk. 2*. Valgretsalderen er den, som har opnået flertal ved folkeafstemning i overensstemmelse med lov af 25. marts 1953. Ændring af den til enhver tid gældende valgretsalder kan ske ved lov. Et af folketinget vedtaget forslag til en sådan lov kan først stadfæstes af kongen, når bestemmelsen om ændring af valgretsalderen i overensstemmelse med § 42, stk. 5, har været undergivet en folkeafstemning, der ikke har medført bestemmelsens bortfald.

**§ 30.** Valgbar til folketinget er enhver, som har valgret til dette, medmindre vedkommende er straffet for en handling, der i almindeligt omdømme gør ham uværdig til at være medlem af folketinget.

*Stk. 2*. Tjenestemænd, som vælges til medlemmer af folketinget, behøver ikke regeringens tilladelse til at modtage valget.

**§ 31.** Folketingets medlemmer vælges ved almindelige, direkte og hemmelige valg.

*Stk. 2*. De nærmere regler for valgrettens udøvelse gives ved valgloven, der til sikring af en ligelig repræsentation af de forskellige anskuelser blandt vælgerne fastsætter valgmåden, herunder hvorvidt forholdstalsvalgmåden skal føres igennem i eller uden forbindelse med valg i enkeltmandskredse.

*Stk. 3*. Ved den stedlige mandatfordeling skal der tages hensyn til indbyggertal, vælgertal og befolkningstæthed.

*Stk. 4*. Ved valgloven gives nærmere regler vedrørende valg af stedfortrædere og disses indtræden i folketinget samt angående fremgangsmåden i tilfælde, hvor omvalg måtte blive nødvendigt.

*Stk. 5*. Særlige regler om Grønlands repræsentation i folketinget kan gives ved lov.

**§ 32.** Folketingets medlemmer vælges for fire år.

*Stk. 2*. Kongen kan til enhver tid udskrive nyvalg med den virkning, at de bestående folketingsmandater bortfalder, når nyvalg har fundet sted. Efter udnævnelse af et nyt ministerium kan valg dog ikke udskrives, forinden statsministeren har fremstillet sig for folketinget.

*Stk. 3*. Det påhviler statsministeren at foranledige, at nyvalg afholdes inden valgperiodens udløb.

*Stk. 4*. Mandaterne bortfalder i intet tilfælde, før nyvalg har fundet sted.

*Stk. 5*. Der kan ved lov gives særlige regler om færøske og grønlandske folketingsmandaters ikrafttræden og ophør.

*Stk. 6*. Mister et medlem af folketinget sin valgbarhed, bortfalder hans mandat.

*Stk. 7*. Ethvert nyt medlem afgiver, når hans valg er godkendt, en højtidelig forsikring om at ville holde grundloven.

**§ 33.** Folketinget afgør selv gyldigheden af sine medlemmers valg samt spørgsmål om, hvorvidt et medlem har mistet sin valgbarhed.

**§ 34.** Folketinget er ukrænkeligt. Enhver, der antaster dets sikkerhed eller frihed, enhver, der udsteder eller adlyder nogen dertil sigtende befaling, gør sig skyldig i højforræderi.

## Kap. V

**§ 35.** Nyvalgt folketing træder sammen kl 12 den tolvte søgnedag efter valgdagen, dersom kongen ikke har indkaldt det til møde forinden.

*Stk. 2*. Straks efter prøvelsen af mandaterne sættes folketinget ved valg af formand og næstformænd.

**§ 36.** Folketingsåret begynder den første tirsdag i oktober og varer til samme tirsdag det følgende år.

*Stk. 2*. På folketingsårets første dag kl 12 sammentræder medlemmerne til møde, hvor folketinget sættes påny.

**§ 37.** Folketinget træder sammen på det sted, hvor regeringen har sit sæde. I overordentlige tilfælde kan folketinget dog samles andetsteds i riget.

**§ 38.** På det første møde i folketingsåret afgiver statsministeren en redegørelse for rigets almindelige stilling og de af regeringen påtænkte foranstaltninger.

*Stk. 2*. På grundlag af redegørelsen finder en almindelig forhandling sted.

**§ 39.** Folketingets formand indkalder folketinget til møde med angivelse af dagsorden. Det påhviler formanden at indkalde til møde, når mindst to femtedele af folketingets medlemmer eller statsministeren skriftligt fremsætter begæring herom med angivelse af dagsorden.

**§ 40.** Ministrene har i embeds medfør adgang til folketinget og er berettigede til under forhandlingerne at forlange ordet, så ofte de vil, idet de iøvrigt iagttager forretningsordenen. Stemmeret udøver de kun, når de tillige er medlemmer af folketinget.

**§ 41.** Ethvert medlem af folketinget er berettiget til at fremsætte forslag til love og andre beslutninger.

*Stk. 2*. Et lovforslag kan ikke endeligt vedtages, forinden det tre gange har været behandlet i folketinget.

*Stk. 3*. To femtedele af folketingets medlemmer kan overfor formanden begære, at tredie behandling tidligst finder sted tolv søgnedage efter forslagets vedtagelse ved anden behandling. Begæringen skal være skriftlig og underskrevet af de deltagende medlemmer. Udsættelse kan dog ikke finde sted, forsåvidt angår forslag til finanslove, tillægsbevillingslove, midlertidige bevillingslove, statslånslove, love om meddelelse af indfødsret, love om ekspropri-

ation, love om indirekte skatter samt i påtrængende tilfælde forslag til love, hvis ikrafttræden ikke kan udsættes af hensyn til lovens formål.

*Stk. 4.* Ved nyvalg og ved folketingsårets udgang bortfalder alle forslag til love og andre beslutninger, der ikke forinden er endeligt vedtaget.

**§ 42.** Når et lovforslag er vedtaget af folketinget, kan en trediedel af folketingets medlemmer indenfor en frist af tre søgnedage fra forslagets endelige vedtagelse overfor formanden begære folkeafstemning om lovforslaget. Begæringen skal være skriftlig og underskrevet af de deltagende medlemmer.

*Stk. 2.* Et lovforslag, som kan undergives folkeafstemning, jf. stk 6, kan kun i det i stk. 7 omhandlede tilfælde stadfæstes af kongen inden udløbet af den i stk. 1 nævnte frist, eller inden begæret folkeafstemning har fundet sted.

*Stk. 3.* Når der er begæret folkeafstemning om et lovforslag, kan folketinget indenfor en frist af fem søgnedage fra forslagets endelige vedtagelse beslutte, at forslaget skal bortfalde.

*Stk. 4.* Træffer folketinget ikke beslutning i henhold til stk. 3, skal meddelelse om, at lovforslaget skal prøves ved folkeafstemning, snarest tilstilles statsministeren, der derefter lader lovforslaget bekendtgøre med meddelelse om, at folkeafstemning vil finde sted. Folkeafstemningen iværksættes efter statsministerens nærmere bestemmelse tidligst tolv og senest atten søgnedage efter bekendtgørelsen.

*Stk. 5.* Ved folkeafstemningen stemmes for og mod lovforslaget. Til lovforslagets bortfald kræves, at et flertal af de i afstemningen deltagende folketingsvælgere, dog mindst 30 procent af samtlige stemmeberettigede, har stemt mod lovforslaget.

*Stk. 6.* Forslag til finanslove, tillægsbevillingslove, midlertidige bevillingslove, statslånslove, normeringslove, lønnings- og pensionslove, love om meddelelse af indfødsret, love om ekspropriation, love om direkte og indirekte skatter samt love til gennemførelse af bestående traktatmæssige forpligtelser kan ikke undergives folkeafstemning. Det samme gælder forslag til de i §§ 8, 9, 10 og 11 omhandlede love såvel som de i § 19 nævnte beslutninger, der måtte være i lovs form, medmindre det for disse sidste ved særlig lov bestemmes, at sådan afstemning skal finde sted. For grundlovsændringer gælder reglerne i § 88.

*Stk. 7.* I særdeles påtrængende tilfælde kan et lovforslag, som kan undergives folkeafstemning, stadfæstes af kongen straks efter dets vedtagelse, når forslaget indeholder bestemmelse herom. Såfremt en trediedel af folketingets medlemmer efter de i stk. 1 omhandlede regler begærer folkeafstemning om lovforslaget eller den stadfæstede lov, afholdes sådan folkeafstemning efter foranstående regler. Forkastes loven ved folkeafstemningen, kundgøres dette af statsministeren uden unødigt ophold og senest fjorten dage efter folkeafstemningens afholdelse. Fra kundgørelsesdagen er loven bortfaldet.

*Stk. 8.* Nærmere regler om folkeafstemning, herunder i hvilket omfang folkeafstemning skal finde sted på Færøerne og i Grønland, fastsættes ved lov.

**§ 43.** Ingen skat kan pålægges, forandres eller ophæves uden ved lov; ejheller kan noget mandskab udskrives eller noget statslån optages uden ifølge lov.

**§ 44.** Ingen udlænding kan få indfødsret uden ved lov.

*Stk. 2.* Om udlændinges adgang til at blive ejere af fast ejendom fastsættes regler ved lov.

**§ 45.** Forslag til finanslov for det kommende finansår skal fremsættes for folketinget senest fire måneder før finansårets begyndelse.

*Stk. 2.* Kan behandlingen af finanslovforslaget for det kommende finansår ikke ventes tilendebragt inden finansårets begyndelse, skal forslag til en midlertidig bevillingslov fremsættes for folketinget.

**§ 46.** Forinden finansloven eller en midlertidig bevillingslov er vedtaget af folketinget, må skatterne ikke opkræves.

*Stk. 2.* Ingen udgift må afholdes uden hjemmel i den af folketinget vedtagne finanslov eller i en af folketinget vedtaget tillægsbevillingslov eller midlertidig bevillingslov.

**§ 47.** Statsregnskabet skal fremlægges for folketinget senest seks måneder efter finansårets udløb.

*Stk. 2.* Folketinget vælger et antal revisorer. Disse gennemgår det årlige statsregnskab og påser, at samtlige statens indtægter er opført deri, og at ingen udgift er afholdt uden hjemmel i finansloven eller anden bevillingslov. De kan fordre sig alle fornødne oplysninger og aktstykker meddelt. De nærmere regler for revisorernes antal og virksomhed fastsættes ved lov.

*Stk. 3.* Statsregnskabet med revisorernes bemærkninger forelægges folketinget til beslutning.

**§ 48.** Folketinget fastsætter selv sin forretningsorden, der indeholder de nærmere bestemmelser vedrørende forretningsgang og ordens opretholdelse.

**§ 49.** Folketingets møder er offentlige. Formanden eller det i forretningsordenen bestemte antal medlemmer eller en minister kan dog forlange, at alle uvedkommende fjernes, hvorpå det uden forhandling afgøres, om sagen skal forhandles i et offentligt eller lukket møde.

**§ 50.** Folketinget kan kun tage beslutning, når over halvdelen af medlemmerne er tilstede og deltager i afstemningen.

**§ 51.** Folketinget kan nedsætte kommissioner af sine medlemmer til at undersøge almenvigtige sager. Kommissionerne er berettigede til at fordre skriftlige eller mundtlige oplysninger såvel af private borgere som af offentlige myndigheder.

**§ 52.** Folketingets valg af medlemmer til kommissioner og hverv sker efter forholdstal.

**§ 53.** Ethvert medlem af folketinget kan med dettes samtykke bringe ethvert offentligt anliggende under forhandling og derom æske ministrenes forklaring.

**§ 54.** Andragender kan kun overgives til folketinget ved et af dettes medlemmer.

**§ 55.** Ved lov bestemmes, at folketinget vælger en eller to personer, der ikke er medlemmer af folketinget, til at have indseende med statens civile og militære forvaltning.

**§ 56.** Folketingsmedlemmerne er ene bundet ved deres overbevisning og ikke ved nogen forskrift af deres vælgere.

**§ 57.** Intet medlem af folketinget kan uden dettes samtykke tiltales eller underkastes fængsling af nogen art, medmindre han er grebet på fersk gerning. For sine ytringer i folketinget kan intet af dets medlemmer uden folketingets samtykke drages til ansvar udenfor samme.

**§ 58.** Folketingets medlemmer oppebærer et vederlag, hvis størrelse fastsættes ved valgloven.

## Kap. VI

**§ 59.** Rigsretten består af indtil 15 af de efter embedsalder ældste ordentlige medlemmer af rigets øverste domstol og et tilsvarende antal af folketinget efter forholdstal for 6 år valgte medlemmer. For hver af de valgte vælges en eller flere stedfortrædere. Folketingets medlemmer kan ikke vælges til eller virke som medlemmer af rigsretten. Kan i et enkelt tilfælde nogle af den øverste domstols medlemmer ikke deltage i sagens behandling og påkendelse, fratræder et tilsvarende antal af de af folketinget sidst valgte rigsretsmedlemmer.

*Stk. 2.* Retten vælger selv sin formand af sin midte.

*Stk. 3*. Er sag rejst ved rigsretten, beholder de af folketinget valgte medlemmer deres sæde i retten for denne sags vedkommende, selvom det tidsrum, for hvilket de er valgt, udløber.

*Stk. 4*. Nærmere regler om rigsretten fastsættes ved lov.

**§ 60.** Rigsretten påkender de af kongen eller folketinget mod ministrene anlagte sager.

*Stk. 2*. For rigsretten kan kongen med folketingets samtykke lade også andre tiltale for forbrydelser, som han finder særdeles farlige for staten.

**§ 61.** Den dømmende magts udøvelse kan kun ordnes ved lov. Særdomstole med dømmende myndighed kan ikke nedsættes.

**§ 62.** Retsplejen skal stedse holdes adskilt fra forvaltningen. Regler herom fastsættes ved lov.

**§ 63.** Domstolene er berettigede til at påkende ethvert spørgsmål om øvrighedsmyndighedens grænser. Den, der vil rejse sådant spørgsmål, kan dog ikke ved at bringe sagen for domstolene unddrage sig fra foreløbig at efterkomme øvrighedens befaling.

*Stk. 2*. Påkendelse af spørgsmål om øvrighedsmyndighedens grænser kan ved lov henlægges til en eller flere forvaltningsdomstole, hvis afgørelser dog skal kunne prøves ved rigets øverste domstol. De nærmere regler herom fastsættes ved lov.

**§ 64.** Dommerne har i deres kald alene at rette sig efter loven. De kan ikke afsættes uden ved dom, ejheller forflyttes mod deres ønske, uden for de tilfælde, hvor en omordning af domstolene finder sted. Dog kan den dommer, der har fyldt sit 65. år, afskediges, men uden tab af indtægter indtil det tidspunkt, til hvilket han skulle være afskediget på grund af alder.

**§ 65.** I retsplejen gennemføres offentlighed og mundtlighed i videst muligt omfang.

*Stk. 2*. I strafferetsplejen skal lægmænd medvirke. Det fastsættes ved lov, i hvilke sager og under hvilke former denne medvirken skal finde sted, herunder i hvilke sager nævninger skal medvirke.

## Kap. VII

**§ 66.** Folkekirkens forfatning ordnes ved lov.

**§ 67.** Borgerne har ret til at forene sig i samfund for at dyrke Gud på den måde, der stemmer med deres overbevisning, dog at intet læres eller foretages, som strider mod sædeligheden eller den offentlige orden.

**§ 68.** Ingen er pligtig at yde personlige bidrag til nogen anden gudsdyrkelse end den, som er hans egen.

**§ 69.** De fra folkekirken afvigende trossamfunds forhold ordnes nærmere ved lov.

**§ 70.** Ingen kan på grund af sin trosbekendelse eller afstamning berøves adgang til den fulde nydelse af borgerlige og politiske rettigheder eller unddrage sig opfyldelsen af nogen almindelig borgerpligt.

## Kap. VIII

**§ 71.** Den personlige frihed er ukrænkelig. Ingen dansk borger kan på grund af sin politiske eller religiøse overbevisning eller sin afstamning underkastes nogen form for frihedsberøvelse.

*Stk. 2*. Frihedsberøvelse kan kun finde sted med hjemmel i loven.

*Stk. 3*. Enhver, der anholdes, skal inden 24 timer stilles for en dommer. Hvis den anholdte ikke straks kan sættes på fri fod, skal dommeren ved en af grunde ledsaget kendelse, der afsiges snarest muligt og senest inden tre dage, afgøre, om han skal fængsles, og, hvis han kan løslades mod sikkerhed, bestemme dennes art og størrelse. Denne bestemmelse kan for Grønlands vedkommende fraviges ved lov, forsåvidt dette efter de stedlige forhold må anses for påkrævet.

*Stk. 4*. Den kendelse, som dommeren afsiger, kan af vedkommende straks særskilt indbringes for højere ret.

*Stk. 5*. Ingen kan underkastes varetægtsfængsel for en forseelse, som kun kan medføre straf af bøde eller hæfte.

*Stk. 6*. Udenfor strafferetsplejen skal lovligheden af en frihedsberøvelse, der ikke er besluttet af en dømmende myndighed og som ikke har hjemmel i lovgivningen om udlændinge, på begæring af den, der er berøvet sin frihed, eller den, der handler på hans vegne, forelægges de almindelige domstole eller anden dømmende myndighed til prøvelse. Nærmere regler herom fastsættes ved lov.

*Stk. 7*. Behandlingen af de i stk. 6 nævnte personer undergives et af folketinget valgt tilsyn, hvortil de pågældende skal have adgang til at rette henvendelse.

**§ 72.** Boligen er ukrænkelig. Husundersøgelse, beslaglæggelse og undersøgelse af breve og andre papirer samt brud på post-, telegraf- og telefonhemmeligheden må, hvor ingen lov hjemler en særegen undtagelse, alene ske efter en retskendelse.

**§ 73.** Ejendomsretten er ukrænkelig. Ingen kan tilpligtes at afstå sin ejendom, uden hvor almenvellet kræver det. Det kan kun ske ifølge lov og mod fuldstændig erstatning.

*Stk. 2*. Når et lovforslag vedrørende ekspropriation af ejendom er vedtaget, kan en trediedel af folketingets medlemmer indenfor en frist af tre søgnedage fra forslagets endelige vedtagelse kræve, at det først indstilles til kongelig stadfæstelse, når nyvalg til folketinget har fundet sted, og forslaget påny er vedtaget af det derefter sammentrædende folketing.

*Stk. 3*. Ethvert spørgsmål om ekspropriationsaktens lovlighed og erstatningens størrelse kan indbringes for domstolene. Prøvelsen af erstatningens størrelse kan ved lov henlægges til domstole oprettet i dette øjemed.

**§ 74.** Alle indskrænkninger i den fri og lige adgang til erhverv, som ikke er begrundede i det almene vel, skal hæves ved lov.

**§ 75.** Til fremme af almenvellet bør det tilstræbes, at enhver arbejdsduelig borger har mulighed for arbejde på vilkår, der betrygger hans tilværelse.

*Stk. 2*. Den, der ikke selv kan ernære sig eller sine, og hvis forsørgelse ikke påhviler nogen anden, er berettiget til hjælp af det offentlige, dog mod at underkaste sig de forpligtelser, som loven herom påbyder.

**§ 76.** Alle børn i den undervisningspligtige alder har ret til fri undervisning i folkeskolen. Forældre eller værger, der selv sørger for, at børnene får en undervisning, der kan stå mål med, hvad der almindeligvis kræves i folkeskolen, er ikke pligtige at lade børnene undervise i folkeskolen.

**§ 77.** Enhver er berettiget til på tryk, i skrift og tale at offentliggøre sine tanker, dog under ansvar for domstolene. Censur og andre forebyggende forholdsregler kan ingensinde på ny indføres.

**§ 78.** Borgerne har ret til uden forudgående tilladelse at danne foreninger i ethvert lovligt øjemed.

*Stk. 2*. Foreninger, der virker ved eller søger at nå deres mål ved vold, anstiftelse af vold eller lignende strafbar påvirkning af anderledes tænkende, bliver at opløse ved dom.

*Stk. 3*. Ingen forening kan opløses ved en regeringsforanstaltning. Dog kan en forening foreløbig forbydes, men der skal da straks anlægges sag imod den til dens opløsning.

*Stk. 4*. Sager om opløsning af politiske foreninger skal uden særlig tilladelse kunne indbringes for rigets øverste domstol.

*Stk. 5*. Opløsningens retsvirkninger fastsættes nærmere ved lov.

**§ 79.** Borgerne har ret til uden forudgående tilladelse at samle sig ubevæbnede. Offentlige forsamlinger har politiet ret til at overvære. Forsamlinger under åben himmel kan forbydes, når der af dem kan befrygtes fare for den offentlige fred.

**§ 80.** Ved opløb må den væbnede magt, når den ikke angribes, kun skride ind, efter at mængden tre gange i kongens og lovens navn forgæves er opfordret til at skilles.

**§ 81.** Enhver våbenfør mand er forpligtet til med sin person at bidrage til fædrelandets forsvar efter de nærmere bestemmelser, som loven foreskriver.

**§ 82.** Kommunernes ret til under statens tilsyn selvstændigt at styre deres anliggender ordnes ved lov.

**§ 83.** Enhver i lovgivningen til adel, titel og rang knyttet forret er afskaffet.

**§ 84.** Intet len, stamhus, fideikommisgods eller andet familiefideikommis kan for fremtiden oprettes.

**§ 85.** For forsvarsmagten er de i §§ 71, 78 og 79 givne bestemmelser kun anvendelige med de indskrænkninger, der følger af de militære loves forskrifter.

## Kap. IX

**§ 86.** Valgretsalderen til de kommunale råd og menighedsrådene er den for valg til folketinget til enhver tid gældende. For Færøernes og Grønlands vedkommende fastsættes valgretsalderen til de kommunale råd og menighedsrådene ved lov eller i henhold til lov.

**§ 87.** Islandske statsborgere, der i medfør af loven om ophævelse af dansk-islandsk forbundslov m m nyder lige ret med danske statsborgere, bevarer de i grundloven hjemlede rettigheder, der er knyttede til dansk indfødsret.

## Kap X

**§ 88.** Vedtager folketinget et forslag til en ny grundlovsbestemmelse, og regeringen vil fremme sagen, udskrives nyvalg til folketinget. Vedtages forslaget i uændret skikkelse af det efter valget følgende folketing, bliver det inden et halvt år efter den endelige vedtagelse at forelægge folketingsvælgerne til godkendelse eller forkastelse ved direkte afstemning. De nærmere regler for denne afstemning fastsættes ved lov. Har et flertal af de i afstemningen deltagende og mindst 40 pct. af samtlige stemmeberettigede afgivet deres stemme for folketingets beslutning, og stadfæstes denne af kongen, er den grundlov.

## Kap. XI

**§ 89.** Denne grundlov træder i kraft straks. Dog vedbliver den i henhold til Danmarks Riges Grundlov af 5. juni 1915 med ændringer af 10. september 1920 senest valgte rigsdag at bestå, indtil nyvalg har fundet sted i overensstemmelse med reglerne i kapitel IV. Indtil nyvalg har fundet sted, forbliver de i Danmarks Riges Grundlov af 5. juni 1915 med ændringer af 10. september 1920 for rigsdagen fastsatte bestemmelser i kraft.