# Exhibit 18

The Prime Minister's perception about Appointment of a new ministry

After it has pleased Your Majesty on November 2, 2022 to receive the resignation submitted by me on behalf of the Ministry as a whole, I take the liberty, in accordance with what I have had the honor to explain to Your Majesty, to recommend:

that it may please Your Majesty to

decide
that the undersigned Prime Minister Mette Frederiksen continues to hold the position as Prime Minister,

To dismiss in grace
Foreign Minister Jeppe Sebastian Kofod,
Minister for Social Affairs and Senior Citizens Astrid Krag Kristensen,
Minister for Food, Agriculture and Fisheries Rasmus Prehn, Minister of Transport and Minister for Gender Equality Trine Bram- sen,
Minister of Business Simon Monrad Kollerup,
Minister of Environment Lea Wermelin,
Minister for Development Cooperation and Minister for Nordic Cooperation Flemming Møller Mortensen, Knight of the Order of Denmark,
Minister of Education and Research Jesper Petersen,
Minister of the Interior and Housing Christian Rabjerg Madsen, from the ministerial positions previously entrusted to them,

To determine
that Minister of Finance Nicolai Halby Wammen,
Minister for Immigration and Integration Kaare Dybvad Bek,
Minister for Taxation Jeppe Bruus Christensen,
continue to hold the positions previously entrusted to them,

To determine
that a Ministry of Economic Affairs be established so that the following matters are transferred to this ministry:

from the Ministry of Finance: cases concerning the preparation of business cycle monitoring and assessment, cases concerning the publication of the Economic Report, statistics, cases concerning the legislative model and the publication of the Inequality Report, the Economic Council, participation in economic policy cooperation in the EU (ECOFIN) and international economics, except for the following areas: EU budget and financial perspectives, relations with the International Monetary

**Amalienborg,
December 15, 2022**

Fund (IMF) and the Organization for Economic Cooperation and Development (OECD),

To determine
that a Ministry of Digitization and Gender Equality is established so that the following areas are transferred to this ministry:

from the Ministry of Finance: cases concerning digitalization and IT, including IT modernization and the Danish Digitalization Agency, except for the National IT Council,

from the Ministry of Transport: responsibility for the gender equality department and related areas,

From the Ministry of the Interior and Housing: Statistics Denmark,

from the Ministry of Business and Industry: cases concerning digitalization in business and tasks related to companies' digital boost, digital growth, digital security and data protection and digital transformation in business, including SME:Digital, cases concerning EU related to data and digitalization in business,

To determine
that the former Ministry of the Interior and Housing is abolished and that the business belonging to this ministry is transferred to the Ministry of Health, however, so that the responsibility for cases concerning housing for the elderly, public housing, student and youth housing, free care housing, private rental and urban renewal, cases concerning the Act on Cooperative Housing Associations and other housing communities, cases concerning the Act on condominiums, cases concerning the pool for village renewal, cases concerning construction, etc, including the Building Act and Building Regulations, including the institutions etc. belonging to the areas, cases concerning the efforts against parallel communities, including ghetto representatives and parallel community report, as well as cases concerning Christiania are transferred to the Ministry of Social Affairs and Elderly Affairs, and that the responsibility for cases concerning the framework for an area's physical development, including the Act on Holiday Homes and Camping etc, the Allotment Gardens Act and the Planning Act (the Planning Act), as well as cases concerning rural areas, including the LAG scheme (local action groups), regional and rural policy reports and the coordinating responsibility for rural policy, are transferred to the Ministry of Church Affairs,

To determine
that the name of the Ministry of Social Affairs and Health is changed to Ministry of Social Affairs, Housing and the Elderly,

To determine
that the name of the Ministry of Health is changed to the Ministry of the Interior and Health,

to appoint
former minister, member of the Danish Parliament Jakob Ellemann-Jensen, Knight of the Order of Dannebrog, to Deputy Prime Minister and Minister of Defense,

to appoint
former Prime Minister, Member of the Danish Parliament Lars Løkke Rasmussen, Commander 1st Class of the Dannebrogor- dem, to Foreign Minister,

to appoint
former minister, member of the Danish Parliament Troels Lund Poulsen, Commander of the Order of the Dannebrog, to Minister of the Interior,

to appoint
former Minister, Member of the Danish Parliament Sophie Løhde Jacobsen, Commander of the Order of Dannebrog, to Minister of the Interior and Health,

To exempt
Minister of Employment Peter Hummelgaard Thomsen from the position of Minister of Employment and appoint him as Minister of Justice,

to appoint
Member of the Danish Parliament Jakob Engel-Schmidt as Minister of Culture,

To exempt
Minister of Defense Morten Badskov from the position of Minister of Defense and appoint him as Minister of Business,

To exempt
Minister for Climate, Energy and Utilities Dan Jannik Jargen- sen from the position of Minister for Climate, Energy and Utilities and appoint him as Minister for Development Cooperation and Global Climate Policy,

To determine
that the following areas be assigned to the Minister for Development Cooperation and Global Climate Policy: matters relating to global climate cooperation and negotiations as well as matters relating to both multilateral and bilateral development cooperation, except for the Neighbourhood Programme targeting the EU's neighbouring countries to the east and southeast, the Danish-Arab Partnership Initiative and the Peace and Stabilization Fund,

To determine
that the departmental handling of cases concerning

These business areas, with the exception of matters relating to global climate cooperation and negotiations, are carried out in the Ministry for Foreign Affairs under the leadership and responsibility of the Minister for Development Cooperation and Global Climate Policy,

To determine

that the other areas under the Ministry of Foreign Affairs, with the exception of the areas under the Minister for Nordic Cooperation, fall under the direction and responsibility of the Minister for Foreign Affairs,

To determine

that the departmental handling of matters relating to global climate cooperation and negotiations takes place in the Ministry of Climate, Energy and Utilities under the leadership and responsibility of the Minister for Development Cooperation and Global Climate Policy,

To determine

that the other areas under the Ministry of Climate, Energy and Utilities fall under the management and responsibility of the Minister of Climate, Energy and Utilities,

To exempt

Minister of Health Magnus Johannes Heunicke from the position of Minister of Health and appoint him as Minister of Environment,

To exempt

Minister for Children and Education Pernille Rosenkrantz-Theil from the position of Minister for Children and Education and appoint her as Minister for Social Affairs and Housing,

To exempt

Minister of Culture and Church Affairs Ane Halsboe-JØrgensen from the position of Minister of Culture and Minister of Church Affairs and appoint her as Minister of Employment,

To exempt

Minister of Justice Mattias Tesfaye from the position of Minister of Justice and appoint him as Minister of Children and Education,

to appoint

Member of the Danish Parliament Jacob Stenholm Jensen, Knight of the Order of Dannebro, to Minister of Food, Agriculture and Fisheries,

to appoint

Member of the Danish Parliament Louise Schack Elholm, Knight of the Order of Dannebro, Minister for Church Affairs, Minister for Agriculture and Minister for Nordic Cooperation,

to appoint

Member of the Danish Parliament Thomas Nolsøe

Danielsen, Knight of the Order of Dannebro, to Minister of Transport,

to appoint
former member of the Danish Parliament Christina Egelund as Minister of Education and Research,

to appoint
Member of the Danish Parliament Marie Bjerre Holst as Minister for Digitalization and Gender Equality,

to appoint
member of the Danish Parliament Mette Kierkgaard as Minister for the Elderly, to decide
that the following areas are assigned to the Minister for the Elderly: the responsibility for matters relating to the elderly, including offers of personal care and practical help, prevention, rehabilitation and rehabilitation, etc. as well as the responsibility for matters relating to nursing homes and sheltered housing,
To determine
that the departmental handling of matters relating to these business areas takes place in the Ministry of Social Affairs, Housing and Senior Citizens under the leadership and responsibility of the Minister for Senior Citizens,
To determine
that the other areas under the Ministry of Social Affairs, Housing and Elderly Affairs fall under the management and responsibility of the Minister of Social Affairs and Housing,

to appoint
Lars Aagaard Møller to Minister for Climate, Energy and Utilities,

To determine
that the responsibility for cases concerning veterans' work-related injuries is transferred from the Ministry of Employment to the Ministry of Defense,

To determine
that the responsibility for collective bargaining, Ian, pension, management and personnel is transferred from the Ministry of Taxation to the Ministry of Finance.

In the expectation that this recommendation may meet with Your Majesty's approval, I take the liberty of submitting the necessary expedition for Your Majesty's signature.

The Prime Minister's Office, December

15, 2022 Yours sincerely

Statsministeriets forestilling
om
udnævnelse af et nyt ministerium

*Indstillingen bifaldes*

*[signature]*

Amalienborg,
den 15. december 2022

Efter at det den 2. november 2022 har behaget Deres Majestæt at modtage den af min på det samlede ministeriums vegne indgivne afskedsbegæring, tillader jeg mig, i henhold til hvad jeg har haft den ære at redegøre for over for Deres Majestæt, at indstille:

at det må behage Deres Majestæt

at bestemme
at undertegnede statsminister Mette Frederiksen fortsat beklæder stillingen som statsminister,

at afskedige i nåde
udenrigsminister Jeppe Sebastian Kofod,
social- og ældreminister Astrid Krag Kristensen,
minister for fødevarer, landbrug og fiskeri Rasmus Prehn,
transportminister og minister for ligestilling Trine Bramsen,
erhvervsminister Simon Monrad Kollerup,
miljøminister Lea Wermelin,
minister for udviklingssamarbejde og minister for nordisk samarbejde Flemming Møller Mortensen, Ridder af Dannebrogordenen,
uddannelses- og forskningsminister Jesper Petersen,
indenrigs- og boligminister Christian Rabjerg Madsen,
fra de dem hidtil betroede ministerstillinger,

at bestemme
at finansminister Nicolai Halby Wammen,
udlændinge- og integrationsminister Kaare Dybvad Bek,
skatteminister Jeppe Bruus Christensen,
fortsat beklæder de dem hidtil betroede stillinger,

at bestemme
at der oprettes et Økonomiministerium, således at der til dette ministerium overføres følgende sagsområder:

fra Finansministeriet: sager vedrørende udarbejdelse af konjunkturovervågning og -vurdering, sager vedrørende udgivelse af Økonomisk Redegørelse, statistik, sager vedrørende lovmodellen og publikationen Ulighedsredegørelsen, De Økonomiske Råd, deltagelse i det økonomisk politiske samarbejde i EU (ECOFIN) samt international økonomi, bortset fra følgende områder: EU's budget og finansielle perspektiver, relationer til Den Internationale Valuta-

fond (IMF) og Organisationen for Økonomisk Samarbejde og Udvikling (OECD),

<u>at</u> bestemme
at der oprettes et Ministerium for Digitalisering og Ligestilling, således at der til dette ministerium overføres følgende sagsområder:

fra Finansministeriet: sager vedrørende digitaliseringsmæssige forhold og it, herunder it-modernisering og Digitaliseringsstyrelsen, bortset fra Statens It-råd,

fra Transportministeriet: ressortansvaret for ligestillingsafdelingen med tilhørende sagsområder,

fra Indenrigs- og Boligministeriet: Danmarks Statistik,

fra Erhvervsministeriet: sager vedrørende digitalisering i erhvervslivet og opgaver relateret til virksomhedernes digitale løft, digitale vækst, digitale sikkerhed og databeskyttelse samt digital omstilling i erhvervslivet, herunder SMV:Digital, sager vedrørende EU relateret til data og digitalisering i erhvervslivet,

<u>at</u> bestemme
at det hidtidige Indenrigs- og Boligministerium nedlægges, og at de til dette ministerium hørende forretninger overføres til Sundhedsministeriet, dog således at ressortansvaret for sager vedrørende ældreboliger, almene boliger, studie- og ungdomsboliger, friplejeboliger, privat udlejning og byfornyelse, sager vedrørende lov om andelsboligforeninger og andre boligfællesskaber, sager vedrørende lov om ejerlejligheder, sager vedrørende pulje til landsbyfornyelse, sager vedrørende byggeri m.v., herunder byggeloven og bygningsreglementet, inklusive de til områderne hørende institutioner m.v., sager vedrørende indsatsen mod parallelsamfund, herunder ghettorepræsentanter og parallelsamfundsredegørelse, samt sager vedrørende Christiania overføres til Social- og Ældreministeriet, og at ressortansvaret for sager vedrørende rammerne for et områdes fysiske udvikling, herunder lov om sommerhuse og campering m.v., lov om kolonihaver samt lov om planlægning (planloven), samt sager vedrørende landdistrikter, herunder LAG-ordningen (lokale aktionsgrupper), regional- og landdistriktspolitisk redegørelse samt det koordinerende ansvar for landdistriktspolitikken, overføres til Kirkeministeriet,

<u>at</u> bestemme
at betegnelsen for Social- og Ældreministeriet ændres til Social-, Bolig- og Ældreministeriet,

at bestemme
at betegnelsen for Sundhedsministeriet ændres til Indenrigs- og Sundhedsministeriet,

at udnævne
forhenværende minister, medlem af Folketinget Jakob Ellemann-Jensen, Ridder af Dannebrogordenen, til vicestatsminister og forsvarsminister,

at udnævne
forhenværende statsminister, medlem af Folketinget Lars Løkke Rasmussen, Kommandør af 1. grad af Dannebrogordenen, til udenrigsminister,

at udnævne
forhenværende minister, medlem af Folketinget Troels Lund Poulsen, Kommandør af Dannebrogordenen, til økonomiminister,

at udnævne
forhenværende minister, medlem af Folketinget Sophie Løhde Jacobsen, Kommandør af Dannebrogordenen, til indenrigs- og sundhedsminister,

at fritage
beskæftigelsesminister Peter Hummelgaard Thomsen fra stillingen som beskæftigelsesminister og udnævne ham til justitsminister,

at udnævne
medlem af Folketinget Jakob Engel-Schmidt til kulturminister,

at fritage
forsvarsminister Morten Bødskov fra stillingen som forsvarsminister og udnævne ham til erhvervsminister,

at fritage
klima-, energi- og forsyningsminister Dan Jannik Jørgensen fra stillingen som klima-, energi- og forsyningsminister og udnævne ham til minister for udviklingssamarbejde og global klimapolitik,

at bestemme
at følgende områder henlægges til ministeren for udviklingssamarbejde og global klimapolitik: sager vedrørende globalt klimasamarbejde og forhandlinger samt sager vedrørende såvel multilateralt som bilateralt udviklingssamarbejde, bortset fra Naboskabsprogrammet målrettet EU's nabolande mod øst og sydøst, Det Dansk-Arabiske Partnerskabsinitiativ samt Freds- og Stabiliseringsfonden,

at bestemme
at den departementale ekspedition af sager vedrørende

disse forretningsområder, bortset fra sager vedrørende globalt klimasamarbejde og forhandlinger, sker i Udenrigsministeriet under ledelse af ministeren for udviklingssamarbejde og global klimapolitik og på dennes ansvar,

at bestemme

at de øvrige under Udenrigsministeriet hørende områder, bortset fra de under ministeren for nordisk samarbejde hørende områder, henhører under udenrigsministerens ledelse og ansvar,

at bestemme

at den departementale ekspedition af sager vedrørende globalt klimasamarbejde og forhandlinger sker i Klima-, Energi- og Forsyningsministeriet under ledelse af ministeren for udviklingssamarbejde og global klimapolitik og på dennes ansvar,

at bestemme

at de øvrige under Klima-, Energi- og Forsyningsministeriet hørende områder henhører under klima-, energi- og forsyningsministerens ledelse og ansvar,

at fritage

sundhedsminister Magnus Johannes Heunicke fra stillingen som sundhedsminister og udnævne ham til miljøminister,

at fritage

børne- og undervisningsminister Pernille Rosenkrantz-Theil fra stillingen som børne- og undervisningsminister og udnævne hende til social- og boligminister,

at fritage

kulturminister og kirkeminister Ane Halsboe-Jørgensen fra stillingen som kulturminister og kirkeminister og udnævne hende til beskæftigelsesminister,

at fritage

justitsminister Mattias Tesfaye fra stillingen som justitsminister og udnævne ham til børne- og undervisningsminister,

at udnævne

medlem af Folketinget Jacob Stenholm Jensen, Ridder af Dannebrogordenen, til minister for fødevarer, landbrug og fiskeri,

at udnævne

medlem af Folketinget Louise Schack Elholm, Ridder af Dannebrogordenen, til kirkeminister, minister for landdistrikter og minister for nordisk samarbejde,

at udnævne

medlem af Folketinget Thomas Nolsøe Danielsen, Ridder af Dannebrogordenen, til transportminister,

at udnævne

forhenværende medlem af Folketinget Christina Egelund til uddannelses- og forskningsminister,

at udnævne

medlem af Folketinget Marie Bjerre Holst til digitaliseringsminister og minister for ligestilling,

at udnævne

medlem af Folketinget Mette Kierkgaard til ældreminister,

at bestemme

at følgende områder henlægges til ældreministeren: ressortansvaret for sager vedrørende ældreområdet, herunder tilbud om personlig pleje og praktisk hjælp, forebyggelse, rehabilitering og genoptræning mv., samt ressortansvaret for sager vedrørende plejehjem og beskyttede boliger,

at bestemme

at den departementale ekspedition af sager vedrørende disse forretningsområder sker i Social-, Bolig- og Ældreministeriet under ledelse af ældreministeren og på dennes ansvar,

at bestemme

at de øvrige under Social-, Bolig- og Ældreministeriet hørende områder henhører under social- og boligministerens ledelse og ansvar,

at udnævne

Lars Aagaard Møller til klima-, energi- og forsyningsminister,

at bestemme

at ressortansvaret for sager vedrørende veteraners arbejdsskader overføres fra Beskæftigelsesministeriet til Forsvarsministeriet,

at bestemme

at ressortansvaret for overenskomstforhandlinger, løn, pension, ledelse og personale overføres fra Skatteministeriet til Finansministeriet.

I forventning om, at denne indstilling må vinde Deres Majestæts bifald, tillader jeg mig at forelægge de fornødne ekspeditioner til Deres Majestæts underskrift.

Statsministeriet, den 15. december 2022

I ærbødighed