# Exhibit 19

The Prime Minister's

perception about appointment

of a new ministry

After it has pleased Your Majesty on June 6, 2019 to receive the resignation submitted by Prime Minister Lars Løkke Rasmussen on behalf of the entire ministry, I take the liberty, in accordance with what I have had the honor to explain to Your Majesty, to recommend

that it may please Your Majesty

To appoint the undersigned former minister, member of the Danish Parliament Mette Frederiksen as Prime Minister,

To dismiss in grace
Prime Minister Lars Løkke Rasmussen, Commander 1st Class of the Order of Dannebrog,

Foreign MinisterAnders Samuelsen, of the Order of Commander the Dannebrog,

Minister of Justice        Søren  Pape  Poulsen, Commander of the Order of the Dannebrog

Finance minister  Kristian    Jensen,    Commander
                ofthe Order of Dannebrog,
Minister of Defense Claus Hjort Frederiksen,
Simon Emil Ammitzbøll-Bille, Minister of Economy and the Interior, Knight of the Order of the Dannebrog,
Minister for Children and Social Affairs Mai Mercado,
Minister    for    Development Cooperation,    Ulla
                Tørnæs, Commander of the Order of the Dannebrog 1st degree, Minister of Employment Troels Lund Poulsen, Commander of the Order of the Dannebrog,
Minister for Fisheries and Gender Equality and Minister for Nordic Cooperation Eva Kjer Hansen, Commander of the Order of Dannebrog,
Minister for Immigration and Integration Inger Støjberg, Commander of the Order of Dannebrog,
Energy,  utilities       and Climate Minister     Lars
            Christian Lilleholt, Commander of the Order of Dannebro, Minister of Health Ellen
            Nørby, Commander of    the Order of Dannebro,
Minister for Public Innovation Sophie Løhde Jacobsen, Commander of the Order of Dannebrog
Minister of Taxation Karsten Styrbæk Lauritzen, Commander of the Order of Dannebrog,
Minister of Education Merete Riisager Andersen, Minister of Culture and Church Minister Mette Bock,
Minister of Transport, Building and Housing Ole Birk Olesen, Minister for the Elderly Thyra Frank, Knight of the Order of Dannebrog,

Amalienborg,
June 27, 2019

Minister of Environment and Food Jakob
Ellemann-Jensen, Minister of Education and
Research Tommy Ahlers and Minister of Business
Rasmus Jarlov
from the ministerial positions entrusted to them so far,

To determine
that the responsibility for matters relating to efforts
against parallel societies, including ghetto
representatives and the parallel society report, is
transferred from the Ministry of Economic Affairs and
the Interior to the Ministry of Transport, Building and
Housing,

To determine
that the responsibility for the Gender Equality Department
with associated case areas, including the coordinating
function in the LGBTI area, except for cases concerning
Denmark's candidacy for the UN Human Rights Council
in 2019-2021, and the responsibility for cases concerning
fisheries is transferred from the Ministry of Foreign
Affairs to the Ministry of Environment and Food,

I decide
that the responsibility for matters relating to day care and
private childcare for children until school start is
transferred from the Ministry of Children and Social
Affairs to the Ministry of Education,

I decide
that the Ministry of Economic Affairs and the Interior
and the Ministry of Children and Social Affairs be
merged into a Ministry of Social Affairs and the Interior,
however, so that the responsibility for matters relating to
the preparation of economic monitoring and assessment,
statistics, except for Statistics Denmark, the Economic
Council and the Danish National Reform Program, matters
relating to the publication of the Economic Report,
convergence programs and the publication Distribution
and Incentives as well as cases concerning the legislative
model are transferred from the former Ministry of
Economic Affairs and the Interior to the Ministry of
Finance, that the responsibility for the Russian cemetery
on Bornholm is transferred from the former Ministry of
Economic Affairs and the Interior to the Ministry of
Church Affairs, and that the responsibility for
Kommunekredit is transferred from the former Ministry
of Economic Affairs and the Interior to the Ministry of
Business,

To determine
that the name of the Ministry of Transport, Building and
Housing is changed to the Ministry of Transport and
Housing,

give decide
that the name of the Ministry of Education is changed to
Ministry of Children and Education,

give decide

that the name of the Ministry of Energy, Utilities and Climate is changed to the Ministry of Climate, Energy and Utilities,

gt appoint
former minister, member of the Danish Parliament Nicolai Halby Wammen as Minister of Finance,
Member of the European Parliament Jeppe Sebastian Kofod as Minister of Foreign Affairs,
former        minister,              Member of Parliament        Nick Hækkerup as Minister of Justice,
former minister  , member of the Danish Parliament Astrid Krag Kristensen to Minister of Social Affairs and the Interior, former minister, member of the Danish Parliament Morten Bødskov to Minister of Taxation,
former minister, member of the Danish Parliament Dan Jannik Jørgensen to Minister for Climate, Energy and Utilities, former minister, member of the Danish Parliament Mogens Jensen to Minister for Food, Fisheries and Equality and Minister for Nordic Cooperation,
To determine
that the following areas be assigned to the Minister for Food, Fisheries and Equality: matters relating to agriculture, including ecology, food safety, food health and food supply, animal welfare, including the institutions belonging to the areas, etc,
To determine
that the departmental handling of matters relating to these business areas takes place in the Ministry of Environment and Food under the direction and responsibility of the Minister for Food, Fisheries and Equality,
To determine
that the other areas under the Ministry of Environment and Food are under the management and responsibility of the Minister of Environment,
to appoint
former minister, member of the Danish Parliament Magnus Johannes Heunicke to Minister of Health and Senior Citizens, former minister, member of the Danish Parliament Benny Sørensen Engelbrecht to Minister of Transport,
Member of the Danish Parliament Rasmus Prehn to Minister for Development Cooperation,
gt determine
that the following        areas        be assigned        to        the Minister        for development cooperation: matters relating to both multilateral and bilateral development cooperation, including assistance to Palestine,      the Neighborhood Program  targeted    EU's neighboring countries   to the        eastern        and        southeast, the        Danish-Arab Partnership Initiative and the Peace and Stabilization Fund, to determine
that the departmental handling of cases concerning these business areas takes place in the Ministry of Foreign Affairs under

led by the Minister for Development Cooperation and on its responsibility,

To determine

that the other areas under the Ministry of Foreign Affairs fall under the direction and responsibility of the Minister for Foreign Affairs,

to appoint

member of the          Member of the Folketing Pernille          Rosenkrantz-Theil

      as Minister for Children and Education,

Member of the Danish Parliament Trine Bramsen to Minister of Defense, Member of    of the the Danish Parliament   Ane Halsboe-Jørgensen      as Minister of Education and Research,

member of the          of the Danish Parliament Simon          Monrad Kollerup as Minister of Business and Industry,

Member of the Danish Parliament Mattias Tesfaye appointed Minister for Immigration and Integration,

Member of the Danish Parliament Peter Hummelgaard Thomsen as Minister of Employment,

Member of the Danish Parliament Kaare Dybvad Bek appointed Minister of Housing,

To determine

that the following areas be assigned to the Minister for Housing: cases concerning housing for the elderly, social housing, student and youth housing, independent care housing, private rental and urban renewal, cases concerning the pool for village renewal, cases concerning construction etc. including the Building Act and building regulations, including the institutions etc. belonging to the areas, and cases concerning efforts against parallel societies, including ghetto representatives and parallel society report,

@ decide

that the departmental handling of matters relating to these business areas takes place in the Ministry of Transport and Housing under the direction and responsibility of the Minister of Housing,

give decide

that the other areas under the Ministry of Transport and Housing are under the direction and responsibility of the Minister of Transport,

to appoint

Member of Parliament Lea Wermelin to Environment Minister and Mayor Joy          Mogensen          to Minister of Culture and Minister of Church Affairs,

gt determine

that the areas under the former Minister of Public Innovation be transferred to the Minister of Finance,

To determine

that the areas under the previous Minister for the Elderly are transferred to the Minister for Health and the Elderly,

@ decide
that the responsibility for        collective bargaining, wages,

pension, management and staff are transferred from Ministry of Finance to Ministry of Taxation and

gt determine
that cases regarding coordination of the implementation of business-orientedEU legislation        are      transferred fromthe Ministry of Employment to the Ministry of Business and Industry.

In the expectation that this recommendation may meet with Your Majesty's approval, I take the liberty of submitting the necessary expedients for Your Majesty's signature.

The Prime Minister's Office, June

27, 2019 With reverence

Statsministeriets forestilling
om
udnævnelse af et nyt ministerium

Efter at det den 6. juni 2019 har behaget Deres Majestæt at modtage den af statsminister Lars Løkke Rasmussen på det samlede ministeriums vegne indgivne afskedsbegæring, tillader jeg mig, i henhold til hvad jeg har haft den ære at redegøre for over for Deres Majestæt, at indstille:

at det må behage Deres Majestæt

at udnævne undertegnede forhenværende minister, medlem af Folketinget Mette Frederiksen til statsminister,

at afskedige i nåde
statsminister Lars Løkke Rasmussen, Kommandør af 1. grad af Dannebrogordenen,
udenrigsminister Anders Samuelsen, Kommandør af Dannebrogordenen,
justitsminister Søren Pape Poulsen, Kommandør af Dannebrogordenen,
finansminister Kristian Jensen, Kommandør af Dannebrogordenen,
forsvarsminister Claus Hjort Frederiksen,
økonomi- og indenrigsminister Simon Emil Ammitzbøll-Bille, Ridder af Dannebrogordenen,
børne- og socialminister Mai Mercado,
minister for udviklingssamarbejde Ulla Tørnæs, Kommandør af 1. grad af Dannebrogordenen,
beskæftigelsesminister Troels Lund Poulsen, Kommandør af Dannebrogordenen,
minister for fiskeri og ligestilling og minister for nordisk samarbejde Eva Kjer Hansen, Kommandør af Dannebrogordenen,
udlændinge- og integrationsminister Inger Støjberg, Kommandør af Dannebrogordenen,
energi-, forsynings- og klimaminister Lars Christian Lilleholt, Kommandør af Dannebrogordenen,
sundhedsminister Ellen Trane Nørby, Kommandør af Dannebrogordenen,
minister for offentlig innovation Sophie Løhde Jacobsen, Kommandør af Dannebrogordenen,
skatteminister Karsten Styrbæk Lauritzen, Kommandør af Dannebrogordenen,
undervisningsminister Merete Riisager Andersen,
kulturminister og kirkeminister Mette Bock,
transport-, bygnings- og boligminister Ole Birk Olesen,
ældreminister Thyra Frank, Ridder af Dannebrogordenen,

Indstillingen & faldes

Amalienborg,
den 27. juni 2019

miljø- og fødevareminister Jakob Ellemann-Jensen,
uddannelses- og forskningsminister Tommy Ahlers og
erhvervsminister Rasmus Jarlov
fra de dem hidtil betroede ministerstillinger,

at bestemme
at ressortansvaret for sager vedrørende indsatsen mod
parallelsamfund, herunder ghettorepræsentanter og
parallelsamfundsredegørelse, overføres fra Økonomi- og
Indenrigsministeriet til Transport-, Bygnings- og
Boligministeriet,

at bestemme
at ressortansvaret for ligestillingsafdelingen med tilhørende
sagsområder, herunder den koordinerende funktion på
LGBTI-området, bortset fra sager vedrørende Danmarks
kandidatur til FN's Menneskerettighedsråd i 2019-2021,
samt ressortansvaret for sager vedrørende fiskeri overføres
fra Udenrigsministeriet til Miljø- og Fødevareministeriet,

at bestemme
at ressortansvaret for sager vedrørende dagtilbud og private
pasningsordninger til børn indtil skolestart overføres fra
Børne- og Socialministeriet til Undervisningsministeriet,

at bestemme
at Økonomi- og Indenrigsministeriet og Børne- og
Socialministeriet sammenlægges til et Social- og
Indenrigsministerium, dog således at ressortansvaret for
sager vedrørende udarbejdelse af konjunkturovervågning
og vurdering, statistik, bortset fra Danmarks Statistik, De
Økonomiske Råd og Danmarks Nationale Reformprogram,
sager vedrørende udgivelse af Økonomisk Redegørelse,
konvergensprogrammer og publikationen Fordeling og
Incitamenter samt sager vedrørende lovmodellen overføres
fra det hidtidige Økonomi- og Indenrigsministerium til
Finansministeriet, at ressortansvaret for den russiske
begravelsesplads på Bornholm overføres fra det hidtidige
Økonomi- og Indenrigsministerium til Kirkeministeriet, og
at ressortansvaret for Kommunekredit overføres fra det
hidtidige Økonomi- og Indenrigsministerium til
Erhvervsministeriet,

at bestemme
at betegnelsen for Tranport-, Bygnings- og Boligministeriet
ændres til Transport- og Boligministeriet,

at bestemme
at betegnelsen for Undervisningsministeriet ændres til
Børne- og Undervisningsministeriet,

at bestemme

at betegnelsen for Energi-, Forsynings- og Klimaministeriet ændres til Klima-, Energi- og Forsyningsministeriet,

<u>at</u> udnævne
forhenværende minister, medlem af Folketinget Nicolai Halby Wammen til finansminister,
medlem af Europa-Parlamentet Jeppe Sebastian Kofod til udenrigsminister,
forhenværende minister, medlem af Folketinget Nick Hækkerup til justitsminister,
forhenværende minister, medlem af Folketinget Astrid Krag Kristensen til social- og indenrigsminister,
forhenværende minister, medlem af Folketinget Morten Bødskov til skatteminister,
forhenværende minister, medlem af Folketinget Dan Jannik Jørgensen til klima-, energi- og forsyningsminister,
forhenværende minister, medlem af Folketinget Mogens Jensen til minister for fødevarer, fiskeri og ligestilling og minister for nordisk samarbejde,
<u>at</u> bestemme
at følgende områder henlægges til ministeren for fødevarer, fiskeri og ligestilling: sager vedrørende landbrug, herunder økologi, fødevaresikkerhed, fødevaresundhed og fødevareforsyning, dyrevelfærd, inklusive de til områderne hørende institutioner m.v., sager vedrørende ligestilling samt sager vedrørende fiskeri,
<u>at</u> bestemme
at den departementale ekspedition af sager vedrørende disse forretningsområder sker i Miljø- og Fødevareministeriet under ledelse af ministeren for fødevarer, fiskeri og ligestilling og på dennes ansvar,
<u>at</u> bestemme
at de øvrige under Miljø- og Fødevareministeriet hørende områder henhører under miljøministerens ledelse og ansvar,
<u>at</u> udnævne
forhenværende minister, medlem af Folketinget Magnus Johannes Heunicke til sundheds- og ældreminister,
forhenværende minister, medlem af Folketinget Benny Sørensen Engelbrecht til transportminister,
medlem af Folketinget Rasmus Prehn til minister for udviklingssamarbejde,
<u>at</u> bestemme
at følgende områder henlægges til ministeren for udviklingssamarbejde: sager vedrørende såvel multilateralt som bilateralt udviklingssamarbejde, herunder bistand til Palæstina, Naboskabsprogrammet målrettet EU's nabolande mod øst og sydøst, Det Dansk-Arabiske Partnerskabsinitiativ samt Freds- og Stabiliseringsfonden,
<u>at</u> bestemme
at den departementale ekspedition af sager vedrørende disse forretningsområder sker i Udenrigsministeriet under

ledelse af ministeren for udviklingssamarbejde og på
dennes ansvar,
at bestemme
at de øvrige under Udenrigsministeriet hørende områder
henhører under udenrigsministerens ledelse og ansvar,
at udnævne
medlem af Folketinget Pernille Rosenkrantz-Theil til
børne- og undervisningsminister,
medlem af Folketinget Trine Bramsen til forsvarsminister,
medlem af Folketinget Ane Halsboe-Jørgensen til
uddannelses- og forskningsminister,
medlem af Folketinget Simon Monrad Kollerup til
erhvervsminister,
medlem af Folketinget Mattias Tesfaye til udlændinge- og
integrationsminister,
medlem af Folketinget Peter Hummelgaard Thomsen til
beskæftigelsesminister,
medlem af Folketinget Kaare Dybvad Bek til boligminister,
at bestemme
at følgende områder henlægges til boligministeren: sager
vedrørende ældreboliger, almene boliger, studie- og
ungdomsboliger, friplejeboliger, privat udlejning og
byfornyelse, sager vedrørende pulje til landsbyfornyelse,
sager vedrørende byggeri m.v., herunder byggeloven og
bygningsreglementet, inklusive de til områderne hørende
institutioner m.v., samt sager vedrørende indsatsen mod
parallelsamfund, herunder ghettorepræsentanter og
parallelsamfundsredegørelse,
at bestemme
at den departementale ekspedition af sager vedrørende
disse forretningsområder sker i Transport- og
Boligministeriet under ledelse af boligministeren og på
dennes ansvar,
at bestemme
at de øvrige under Transport- og Boligministeriet hørende
områder henhører under transportministerens ledelse og
ansvar,
at udnævne
medlem af Folketinget Lea Wermelin til miljøminister og
borgmester Joy Mogensen til kulturminister og
kirkeminister,

at bestemme
at de under den hidtidige minister for offentlig innovation
hørende områder henlægges til finansministeren,

at bestemme
at de under den hidtidige ældreminister hørende områder
henlægges til sundheds- og ældreministeren,

at bestemme
at ressortansvaret for overenskomstforhandlinger, løn,

pension, ledelse og personale overføres fra Finansministeriet til Skatteministeriet og

<u>at</u> bestemme

at sager vedrørende koordinering af implementering af erhvervsrettet EU-lovgivning overføres fra Beskæftigelsesministeriet til Erhvervsministeriet.

I forventning om, at denne indstilling må vinde Deres Majestæts bifald, tillader jeg mig at forelægge de fornødne ekspeditioner til Deres Majestæts underskrift.

Statsministeriet, den 27. juni 2019

I ærbødighed