# Exhibit 23

# Consolidated Act 2024-03-04 no. 250 Code of Judicial Procedure

as amended by L 2024-06-11 no. 661

Future legislative changes: L 2006-06-08 no. 538, L 2009-06-12 no. 505, L 2013-12-26 no. 1621, L 2022-02-15 no. 227, L 2024-05-22 no. 481 and L 2024-06-11 no. 658

**First book. Judiciary etc.**

**FIRST SECTION. THE COURTS SCHEME**

**Chapter 1. Rescuers**

§ The ordinary courts are the Supreme Court, the High Courts and the District Courts as well as the Maritime and Commercial Court and the Land Registration Court**.**

*Section 2. The* rules of this Act apply only to the administration of justice in the ordinary courts, unless otherwise provided in this or any other Act.

*Paragraph 3.* Military criminal cases shall be dealt with in accordance with the Military Administration of Justice Act.

**§ Section 1 a.** The Special Court of Appeal hears and decides

1) applications for the reopening of criminal proceedings, see Chapter 86,
2) appeals concerning the exclusion of a defense counsel, cf. section 737,
3) complaints referred under section 48,
4) complaints about warnings issued under section 48,
5) cases of suspension, disciplinary action and dismissal due to illness in the cases mentioned in sections 49, 49a, 50 and 55,
6) cases under section 51 f for dismissal before the end of the notice period,
7) cases under section 54a on dismissal and change of place of employment and
8) cases concerning the removal of members of the Board of Directors of the Danish Courts Administration, cf. section 6(3) of the Act on the Danish Courts Administration.

*Stk. 2.* The Court of Appeal consists of 5 members who are appointed by the King for a period of 10 years after recommendation by the Minister of Justice. The members of the court can only be removed by judgment. A member resigns when the conditions for the member's appointment cease to apply. The appointment ends no later than the end of the month in which the member concerned reaches the age of 70. Re-appointment cannot take place.

*Stk. 3.* The members of the Complaints Tribunal shall be a Supreme Court judge (the chairman of the Complaints Tribunal), a county court judge and a district court judge appointed on recommendation to the Minister of Justice by the Supreme Court, the High Courts and the Danish Association of Judges, respectively, as well as a lawyer appointed on recommendation to the Minister of Justice by the Bar Council, and a university lecturer in jurisprudence or other lawyer with special scientific training.

*Stk. 4.* For each member of the court, the King appoints a first and a second deputy in accordance with the same rules as for the member concerned. If necessary, the alternates shall join the court so that the first alternate takes precedence over the second alternate.

*Stk. 5.* The secretariat tasks of the Complaints Tribunal are performed by the Supreme Court by agreement between the President of the Supreme Court and the President of the Complaints Tribunal.

**§ 2.** The Supreme Court is the highest court for the entire kingdom. It has its seat in Copenhagen and consists of a president and 17 other Supreme Court judges.

*Stk. 2.* The president is responsible for handling the authorization and administrative matters assigned to the office. The President must also ensure a sound and appropriate operation of the office and must take the necessary initiatives to ensure this. *Stk. 3.* If necessary, the oldest of the judges present at the court shall replace the president.

**§ 2 a.** (Repealed).

**§ 2 b.** (Repealed).

**§ Section 3.** Unless otherwise stipulated, at least five judges participate in the decision of cases at the Supreme Court. The President shall, after consultation with the members of the court, decide on the allocation of cases among the judges and on the administrative handling of cases. If the required number of Supreme Court judges is not available in a case, the President may summon one or more regional judges to participate in the case.

*Paragraph 2.* When the President does not take part in the hearing of a case, the chair shall be occupied by the judge designated by the President after consultation with the members of the Court.

*Paragraph 3.* As determined by the Court, the following decisions may be taken by committees consisting of at least three judges, appointed by the President after consultation with the members of the Court:

1) Decisions and orders that are not made during the main proceedings in court cases,
2) in civil proceedings, judgments dismissing appeals, judgments in cases where the defendant enters an appearance without raising any objection and judgments ruling only on costs; and
3) Judgments in love cases.

*Paragraph 4.* To the extent that the court deems it appropriate, a single member may act on behalf of the committee. However, in the adoption of judgments and orders, with the exception of orders dismissing actions, all members of the Committee shall participate.

§ Proxies at the Supreme Court may record evidence to the extent that the Supreme Court so decides, see section 340(3)**.**

*Subsection 2.* In order to appear on behalf of others during the taking of evidence under subsection (1), a lawyer must be entitled to appear before the Supreme Court, see section 134.

*Subsection 3.* Appeals against decisions made during the taking of evidence under subsection (1) shall be submitted to the Supreme Court. The deadline for appeal is two weeks after the decision has been made. The appeal is decided by order.

§ There shall be two High Courts: the Eastern High Court and the Western High Court**. The** Eastern High Court covers the islands, and the Western High Court covers Jutland.

*Stk. 2. The* Eastern High Court, which has its seat in Copenhagen, consists of a president and at least 56 other regional judges. The Western High Court, which has its seat in Viborg, consists of a president and at least 36 other regional judges.

*Paragraph 3. In order to make it possible for* regional court judges to transfer to part-time employment, cf. section 51a, up to four additional regional court judges may be appointed. In the event of a vacancy in a judicial position at a High Court where one or more additional judges have been appointed in accordance with the first sentence, the National Courts Administration will decide whether the position is to be filled and, i f s o , at which High Court the position is to be placed.

*Stk. 4.* If the office of chairman of an investigation committee or review commission is held by a regional judge, an additional regional judge may be appointed in the relevant High Court.

Copyright © 2024 Karnov Group Denmark A/S

the case if the question of jurisdiction is only decided during the course of the proceedings.

*Paragraph 3.* A decision on referral shall be made by order. If the court does not have jurisdiction and a transfer cannot be made, the court shall dismiss the case by judgment.

**§ 233** (repealed)**.**

**§ 234** (repealed)**.**

**Chapter 22. Local jurisdiction**

**§ 235.** Legal proceedings shall be brought at the defendant's home court, unless otherwise provided by law.
*Paragraph 2.* The home court is in the court district where the defendant is domiciled. If the defendant is domiciled in several judicial districts, the domicile is in any of them. *Subsection 3.* If the defendant is not domiciled, the domicile is in the judicial district in which he resides.
*Paragraph 4.* If the defendant has neither domicile nor a known place of residence, the district court shall be the district in which he last had his domicile or place of residence.

**§ 236.** Danish citizens who reside abroad without also being domiciled in Denmark and who are not subject to the jurisdiction of the country of residence have their home court in Copenhagen.

**§ 237.** Proceedings against persons engaged in a business activity may, where the case concerns the activity, be brought before the court at the place where the activity is carried on.

**§ 238.** Companies, associations, private institutions and other organizations that may be parties to legal proceedings shall have their registered office in the judicial district in which their head office is located or, if such cannot be stated, in the judicial district in which one of the members of the board of directors or executive board is domiciled.
*Subsection 2.* Actions against the associations mentioned in subsection (1) which carry on business outside the home territory may, when the action concerns the business, be brought before the court at the place where the business is carried on.
*Stk. 3.* Cases concerning the association that are brought by the association against the individual members or arise between them may be brought before the association's home court.
*Stk. 4.* Actions for damages against founders, board members and directors of the associations mentioned in subsection (1) may be brought before the association's home court.

**§ 239.** Regions and municipalities are domiciled in the jurisdiction where the head office is located.

**§ 240.** The State shall have its domicile in the judicial district where the authority sued on behalf of the State has its office.
*Subsection 2.* Proceedings for review of decisions made by a central government authority shall be brought at the plaintiff's home court if the plaintiff has a home court in Denmark, but see section 245.

**§ 241.** Proceedings concerning rights over immovable property may be brought before the court at the place where the property is situated.

**§ 242.** Proceedings in matters relating to a contract may be brought in the courts for the place where the obligation giving rise to the proceedings has been or is to be performed.
*Subsection 2.* The provision in subsection (1) does not apply to monetary claims unless the claim arose during a stay in the jurisdiction under such circumstances that it had to be fulfilled before leaving the jurisdiction.

**§ 243.** Proceedings in which punishment, damages or redress are claimed in connection with legal offenses may be brought before the court at the place where the legal offense took place.

§ In cases concerning consumer contracts which have not been concluded in person at the trader's permanent place of business, the consumer may bring an action against the trader at his own home court**.**

**§ 245.** The parties may agree which of several courts of the same type shall be seised.

*Paragraph 2.* In consumer contract cases, a prior agreement on jurisdiction is not binding on the consumer.

**§ 245 a.** If the total number of cases pending before a district court and the case processing times at the district court so warrant, the district court that has jurisdiction under the rules of this Chapter may refer the case to a neighboring district court by agreement with the next presiding judge if a decision at this court can be expected to be significantly faster. Before the court decides on referral, the parties shall be given the opportunity to state their views on the matter.

**§ Section 245 b.** A party may request the court to refer the case to another district court by agreement with the presiding judge if a decision by that court can be expected significantly faster and the referral will not impose an unreasonable burden on the other party. Before the court decides on the referral, the other party must be given an opportunity to comment on the matter. No reference may be made in the cases referred to in Chapters 39-43b.

**§ 246.** Actions against persons, companies, associations, private institutions and other associations that do not have a registered office in Denmark may be brought in Denmark, provided that any court under the provisions of sections 237, 238(2), 241, 242, 243 and 245 can be considered as venue in the case. In cases concerning consumer contracts, the consumer may bring an action against the persons and associations mentioned in the first sentence at his own home court if the making of a special offer or advertisement in Denmark has preceded the conclusion of the contract and the consumer in Denmark has made the transactions necessary for the conclusion of the contract.

*Subsection 2.* If no court pursuant to subsection (1) can be deemed to have jurisdiction in the case, proceedings concerning property rights against the persons mentioned in subsection (1) may be brought before the court at the place where they are staying when the summons is served.

*Paragraph 3. If* there is no jurisdiction according to the rule in subsection (1), proceedings concerning property rights against the persons and associations mentioned in subsection (1) may also be brought before the court at the place where the person or association concerned has goods at the time the proceedings are instituted, or where the goods to which the claim relates are situated at the time the proceedings are instituted. Where attachment of goods is prevented by the provision of security, the security shall be deemed to be goods situated at the place where the application for attachment has been or, where appropriate, should have been lodged.

**§ Section 246 a.** Actions for the confirmation of an arrest in a ship and for the debt for which the arrest is made may be brought before the court at the place where the arrest was made or would have been made if it had not been prevented by security.

**§ 247.** In cases covered by an international agreement that has been implemented in Danish law by the European Judgments Convention Act
etc. or the Act on the Recognition and Enforcement of Certain Foreign Judgments etc. in Civil and Commercial Matters, including by order in pursuance of the said Acts, the jurisdiction rules of the Convention shall apply. However, this does not apply to cases brought in the jurisdiction referred to in section 246a and which are covered by the Convention of May 10, 1952 on Arrest of Seagoing Ships.

*Subsection 2.* Where Danish law does not otherwise provide jurisdiction for an action which, under an international agreement as mentioned in subsection (1), first sentence, must or may be brought in Denmark, the action shall be brought at the plaintiff's home court or, if the plaintiff has no home court in Denmark, in Copenhagen.

**§ 248.** The court shall determine of its own motion whether the case has been brought before the proper forum. If the defendant does not object to the court's jurisdiction in the statement of defence or at the hearing referred to in section 352(3), the court shall be deemed to have proper jurisdiction.

# Lovbekendtgørelse 2024-03-04 nr. 250
## Retsplejeloven

som ændret ved L 2024-06-11 nr. 661

Fremtidige lovændringer: L 2006-06-08 nr. 538, L 2009-06-12 nr. 505, L 2013-12-26 nr. 1621, L 2022-02-15 nr. 227, L 2024-05-22 nr. 481 og L 2024-06-11 nr. 658

**Første bog. Domsmagten m.m.**
**FØRSTE AFSNIT. DOMSTOLENES ORDNING**
**Kap. 1. Retterne**

**§ 1.** De almindelige domstole er Højesteret, landsretterne og byretterne samt Sø- og Handelsretten og Tinglysningsretten.
*Stk. 2.* Denne lovs regler finder alene anvendelse på rettens pleje ved de almindelige domstole, medmindre andet er bestemt i denne eller anden lov.
*Stk. 3.* Militære straffesager behandles efter militær retsplejelov.

**§ 1 a.** Den Særlige Klageret behandler og påkender
1) begæringer om genoptagelse af en straffesag, jf. kapitel 86,
2) kæremål vedrørende udelukkelse af en forsvarer, jf. § 737,
3) klager, der henvises efter § 48,
4) klager over advarsler meddelt efter § 48,
5) sager om suspension, disciplinærforfølgning og afsked på grund af sygdom i de i §§ 49, 49 a, 50 og 55 nævnte tilfælde,
6) sager efter § 51 f om afsked før tilkaldeperiodens udløb,
7) sager efter § 54 a om afsked og ændring af tjenestested og
8) sager om afsættelse af medlemmer af Domstolsstyrelsens bestyrelse, jf. § 6, stk. 3, i lov om Domstolsstyrelsen.

*Stk. 2.* Klageretten består af 5 medlemmer, der efter indstilling af justitsministeren beskikkes af kongen for en periode på 10 år. Rettens medlemmer kan kun afsættes ved dom. Et medlem udtræder, når betingelserne for medlemmets beskikkelse bortfalder. Beskikkelsen ophører senest ved udgangen af den måned, hvori den pågældende fylder 70 år. Genbeskikkelse kan ikke finde sted.
*Stk. 3.* Klagerettens medlemmer skal være en højesteretsdommer (Klagerettens formand), en landsdommer og en byretsdommer, der beskikkes efter indstilling til justitsministeren fra henholdsvis Højesteret, landsretterne og Den Danske Dommerforening, samt en advokat, der beskikkes efter indstilling til justitsministeren fra Advokatrådet, og en universitetslærer i retsvidenskab eller anden jurist med særlig videnskabelig uddannelse.
*Stk. 4.* For hvert af rettens medlemmer beskikker kongen efter tilsvarende regler som for vedkommende medlem en første- og andensuppleant. Suppleanterne tiltræder om nødvendigt retten, således at førstesuppleanten går forud for andensuppleanten.
*Stk. 5.* Klagerettens sekretariatsopgaver udføres af Højesteret efter aftale mellem Højesterets præsident og Klagerettens formand.

**§ 2.** Højesteret er øverste domstol for hele riget. Den har sit sæde i København og består af en præsident og 17 andre højesteretsdommere.
*Stk. 2.* Præsidenten er ansvarlig for varetagelsen af de bevillingsmæssige og administrative forhold, der er henlagt til embedet. Præsidenten skal herunder sørge for en forsvarlig og hensigtsmæssig drift af embedet og skal tage de fornødne initiativer til sikring heraf.
*Stk. 3.* I præsidentens sted træder i fornødent fald den efter embedsalder ældste af rettens tilstedeværende dommere.

**§ 2 a.** (Ophævet).
**§ 2 b.** (Ophævet).

**§ 3.** I afgørelsen af sager ved Højesteret deltager, medmindre andet er bestemt, mindst 5 dommere. Præsidenten træffer efter forhandling med rettens medlemmer bestemmelse om sagernes fordeling mellem dommerne og om sagernes administrative behandling. Er i en sag det nødvendige antal højesteretsdommere ikke til rådighed, kan præsidenten tilkalde en eller flere landsdommere til at deltage i sagens behandling.
*Stk. 2.* Når præsidenten ikke deltager i behandlingen af en sag, beklædes formandspladsen af den dommer, præsidenten efter forhandling med rettens medlemmer udpeger dertil.
*Stk. 3.* Efter rettens nærmere bestemmelse kan følgende afgørelser træffes af udvalg, der består af mindst 3 dommere, og som sammensættes af præsidenten efter forhandling med rettens medlemmer:
1) Beslutninger og kendelser, der ikke træffes under hovedforhandlingen i domssager,
2) i borgerlige sager domme, hvorved anke afvises, domme i sager, hvor indstævnte møder uden at rejse indsigelse, og domme, hvorved der alene tages stilling til spørgsmål om sagsomkostninger, og
3) domme i kæresager.

*Stk. 4.* I det omfang retten finder det formålstjenligt, kan et enkelt af medlemmerne handle på udvalgets vegne. I vedtagelsen af domme og kendelser bortset fra kendelser om afvisning af kæremål skal dog alle udvalgets medlemmer deltage.

**§ 4.** Fuldmægtige ved Højesteret kan optage bevis, i det omfang Højesteret bestemmer det, jf. § 340, stk. 3.
*Stk. 2.* For at kunne give møde for andre under bevisoptagelse efter stk. 1 skal en advokat have møderet for Højesteret, jf. § 134.
*Stk. 3.* Klage over afgørelser truffet under bevisoptagelse efter stk. 1 fremsættes over for Højesteret. Fristen for klage er 2 uger efter, at afgørelsen er truffet. Afgørelse af klagen sker ved kendelse.

**§ 5.** Der skal være to landsretter: Østre Landsret og Vestre Landsret. Under Østre Landsret hører Øerne, og under Vestre Landsret hører Jylland.
*Stk. 2.* Østre Landsret, der har sit sæde i København, består af en præsident og mindst 56 andre landsdommere. Vestre Landsret, der har sit sæde i Viborg, består af en præsident og mindst 36 andre landsdommere.
*Stk. 3.* For at give mulighed for, at landsdommere kan overgå til ansættelse på deltid, jf. § 51 a, kan der udnævnes yderligere op til 4 landsdommere. Ved ledighed i en dommerstilling ved en landsret, hvor der er udnævnt en eller flere yderligere dommere efter 1. pkt., bestemmer Domstolsstyrelsen, om stillingen skal søges besat, og i givet fald ved hvilken landsret stillingen skal placeres.
*Stk. 4.* Varetages hvervet som formand for en undersøgelseskommission eller granskningskommission af en landsdommer, kan der udnævnes yderligere en landsdommer i den pågældende landsret.

sagen, såfremt kompetencespørgsmålet først kommer til afgørelse under sagens gang.

*Stk. 3.* Afgørelse om henvisning træffes ved kendelse. Er retten ikke kompetent og kan henvisning ikke ske, afviser retten sagen ved dom.

**§ 233.** (Ophævet).

**§ 234.** (Ophævet).

### Kap. 22. Stedlig kompetence

**§ 235.** Retssager anlægges ved sagsøgtes hjemting, medmindre andet er bestemt ved lov.

*Stk. 2.* Hjemtinget er i den retskreds, hvor sagsøgte har bopæl. Har sagsøgte bopæl i flere retskredse, er hjemtinget i enhver af dem.

*Stk. 3.* Har sagsøgte ingen bopæl, er hjemtinget i den retskreds, hvor han opholder sig.

*Stk. 4.* Har sagsøgte hverken bopæl eller kendt opholdssted, er hjemtinget i den retskreds, hvor han sidst har haft bopæl eller opholdssted.

**§ 236.** Danske statsborgere, der er bosat i udlandet uden tillige at have bopæl i Danmark, og som ikke er undergivet bopælslandets domsmyndighed, har hjemting i København.

**§ 237.** Sager mod personer, der driver erhvervsmæssig virksomhed, kan, når sagen vedrører virksomheden, anlægges ved retten på det sted, hvorfra virksomheden udøves.

**§ 238.** Selskaber, foreninger, private institutioner og andre sammenslutninger, der kan optræde som part i retssager, har hjemting i den retskreds, hvor hovedkontoret ligger, eller, hvis et sådant ikke kan oplyses, i den retskreds, hvor et af bestyrelsens eller direktionens medlemmer har bopæl.

*Stk. 2.* Sager mod de i stk. 1 nævnte sammenslutninger, der driver erhvervsvirksomhed uden for hjemtinget, kan, når sagen vedrører virksomheden, anlægges ved retten på det sted, hvorfra virksomheden udøves.

*Stk. 3.* Sager, der vedrører sammenslutningen, og som rejses af sammenslutningen mod de enkelte medlemmer eller opstår imellem disse, kan anlægges ved sammenslutningens hjemting.

*Stk. 4.* Sager om erstatning mod stiftere, bestyrelsesmedlemmer og direktører i de i stk. 1 nævnte sammenslutninger kan anlægges ved sammenslutningens hjemting.

**§ 239.** Regioner og kommuner har hjemting i den retskreds, hvor hovedkontoret ligger.

**§ 240.** Staten har hjemting i den retskreds, hvor den myndighed, som stævnes på statens vegne, har kontor.

*Stk. 2.* Sager om prøvelse af afgørelser truffet af en central statslig myndighed anlægges ved sagsøgerens hjemting, hvis sagsøgeren har hjemting i Danmark, jf. dog § 245.

**§ 241.** Sager vedrørende rettigheder over fast ejendom, kan anlægges ved retten på det sted, hvor ejendommen ligger.

**§ 242.** Sager om kontraktsforhold kan anlægges ved retten på det sted, hvor den forpligtelse, der ligger til grund for sagen, er opfyldt eller skal opfyldes.

*Stk. 2.* Bestemmelsen i stk. 1 finder ikke anvendelse på pengekrav, medmindre kravet er opstået under ophold i retskredsen under sådanne omstændigheder, at det skulle opfyldes, inden stedet forlades.

**§ 243.** Sager, hvorunder der påstås straf, erstatning eller oprejsning i anledning af retskrænkelser, kan anlægges ved retten på det sted, hvor retskrænkelsen er foregået.

**§ 244.** I sager om forbrugeraftaler, som ikke er indgået ved personlig henvendelse på den erhvervsdrivendes faste forretningssted, kan forbrugeren anlægge sag mod den erhvervsdrivende ved sit eget hjemting.

**§ 245.** Parterne kan aftale, ved hvilken af flere ligeartede retter sagen skal anlægges.

*Stk. 2.* I sager om forbrugeraftaler er en forudgående aftale om værneting ikke bindende for forbrugeren.

**§ 245 a.** Hvis det samlede antal sager, der er til behandling ved en byret, og sagsbehandlingstiderne ved byretten taler for det, kan den byret, der efter reglerne i dette kapitel er rette værneting, henvise sagen til behandling ved en tilstødende byret efter aftale med vedkommende retspræsident, hvis en afgørelse ved denne ret kan forventes væsentlig hurtigere. Før retten træffer afgørelse om henvisning, skal parterne have adgang til at udtale sig om spørgsmålet.

**§ 245 b.** En part kan anmode retten om efter aftale med vedkommende retspræsident at henvise sagen til en anden byret, hvis en afgørelse ved denne ret kan forventes væsentlig hurtigere og henvisningen ikke vil påføre modparten en urimelig byrde. Før retten træffer afgørelse om henvisning, skal modparten have adgang til at udtale sig om spørgsmålet. Henvisning kan ikke ske i de i kapitel 39-43 b omhandlede sager.

**§ 246.** Sager mod personer, selskaber, foreninger, private institutioner og andre sammenslutninger, der ikke har hjemting i Danmark, kan anlægges her i landet, for så vidt nogen ret efter bestemmelserne i §§ 237, 238, stk. 2, 241, 242, 243 og 245 kan anses som værneting i sagen. I sager om forbrugeraftaler kan forbrugeren anlægge sag mod de i 1. pkt. nævnte personer og sammenslutninger ved sit eget hjemting, såfremt fremsættelsen af særligt tilbud eller reklamering i Danmark er gået forud for aftalens indgåelse og forbrugeren her i landet har foretaget de dispositioner, der er nødvendige til indgåelse af aftalen.

*Stk. 2.* Kan ingen ret efter stk. 1 anses som værneting i sagen, kan sager vedrørende formueretsforhold mod de i stk. 1 nævnte personer anlægges ved retten på det sted, hvor de ved stævningens forkyndelse opholder sig.

*Stk. 3.* Sager vedrørende formueretsforhold mod de i stk. 1 nævnte personer og sammenslutninger kan endvidere, hvis der ikke er værneting efter reglen i stk. 1, anlægges ved retten på det sted, hvor den pågældende person eller sammenslutning på tidspunktet for sagens anlæg har gods, eller hvor det gods, kravet angår, befinder sig på tidspunktet for sagens anlæg. Afværges arrest i gods gennem sikkerhedsstillelse, betragtes sikkerhedsstillelsen som gods, der befinder sig på det sted, hvor arrestbegæringen er eller i givet fald skulle være indgivet.

**§ 246 a.** Sager om stadfæstelse af arrest i et skib og om den fordring, for hvilken arresten er gjort, kan anlægges ved retten på det sted, hvor arresten er foretaget eller ville være foretaget, hvis den ikke var afværget ved sikkerhedsstillelse.

**§ 247.** I sager, der er omfattet af en international overenskomst, som er gennemført i dansk ret ved lov om EF-domskonventionen m.v. eller lov om anerkendelse og fuldbyrdelse af visse udenlandske retsafgørelser m.v. på det civil- og handelsretlige område, herunder ved bekendtgørelse i medfør af de nævnte love, anvendes overenskomstens værnetingsregler. Dette gælder dog ikke sager, der anlægges ved det i § 246 a nævnte værneting, og som er omfattet af konventionen af 10. maj 1952 om arrest i søgående skibe.

*Stk. 2.* Hvor der ikke efter dansk lovgivning i øvrigt er værneting for en sag, der efter en international overenskomst som nævnt i stk. 1, 1. pkt., skal eller kan anlægges her i landet, anlægges sagen ved sagsøgerens hjemting eller, såfremt sagsøgeren ikke har hjemting her i landet, i København.

**§ 248.** Retten påser af egen drift, om sagen er indbragt for rette værneting. Fremsætter sagsøgte ikke indsigelse mod rettens kompetence i svarskriftet eller i det i § 352, stk. 3, omhandlede retsmøde, anses retten for rette værneting.