# Exhibit 41

**CERTIFIED TRANSLATION**

TRANSLATION

**Consolidated Act no 1238 of 9 November 2015**
**The Danish Limitation Act**

1.
Claims for money or other payments become barred by limitation in compliance with the rules of this Act unless otherwise stipulated in special provisions on limitation of actions in other acts.

**LBKG 2015-11-09 nr 1238**

**Forældelsesloven**

### § 1

Fordringer på penge eller andre ydelser forældes efter reglerne i denne lov, medmindre andet følger af særlige bestemmelser om forældelse i anden lov.

I, the undersigned, Jeanette Riis, certify that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of section 1 of the Danish Limitation Act (Consolidated Act no 1238 of 9 November 2015) in the Danish language.

Witness my hand and official seal.
Copenhagen, 9 May 2022

*Jeanette Riis*

MA in Translation and Interpretation (English)
