# Exhibit 42

**CERTIFIED TRANSLATION**

**Consolidated Act no 1238 of 9 November 2015**
**The Danish Limitation Act**

2.
(1) The periods of limitation shall be calculated from the earliest date when the creditor could demand payment of the claim unless otherwise stipulated in other provisions.

(2) If the debtor has been given days of grace or a deadline within which payment is deemed to be punctual, the period of limitation shall only be calculated from the expiry of the time allowed for payment.

(3) In case of claims arising out of breach of contract, the period of limitation shall be calculated from the date of the breach.

(4) In case of claims for damages or compensation for suffered non-contractual loss, the period of limitation shall be calculated from the date when the loss was suffered.

(5) Even though the creditor could demand payment before an agreed due date for payment because of the debtor's breach or pursuant to a special right of termination, the period of limitation shall be calculated from the agreed due date for payment if the creditor does not exercise this option. If the creditor exercises this option, the period of limitation shall be calculated from the date when payment may then be demanded.

**LBKG 2015-11-09 nr 1238**

**Forældelsesloven**

### § 2

Forældelsesfristerne regnes fra det tidligste tidspunkt, til hvilket fordringshaveren kunne kræve at få fordringen opfyldt, medmindre andet følger af andre bestemmelser.

*Stk. 2.* Er der indrømmet skyldneren løbedage eller i øvrigt en frist, inden for hvilken betaling anses for rettidig, regnes forældelsesfristen først fra betalingsfristens udløb.

*Stk. 3.* For fordringer, som opstår ved misligholdelse af kontrakt, regnes forældelsesfristen fra tidspunktet for misligholdelsen.

*Stk. 4.* For fordringer på erstatning eller godtgørelse for skade forvoldt uden for kontraktforhold regnes forældelsesfristen fra tidspunktet for skadens indtræden.

*Stk. 5.* Selv om fordringshaveren på grund af skyldnerens misligholdelse eller i medfør af en særlig opsigelsesadgang kunne kræve opfyldelse før et aftalt forfaldstidspunkt, regnes forældelsesfristen fra det aftalte forfaldstidspunkt, hvis fordringshaveren ikke udnytter denne mulighed. Udnytter fordringshaveren muligheden, regnes forældelsesfristen fra det tidspunkt, til hvilket opfyldelse herefter kan kræves.

I, the undersigned, Jeanette Riis, certify that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of section 2 of the Danish Limitation Act (Consolidated Act no 1238 of 9 November 2015) in the Danish language.

Witness my hand and official seal.
Copenhagen, 11 May 2022

*Jeanette Riis*
MA in Translation and Interpretation (English)
