# Exhibit 53

CERTIFIED TRANSLATION

UfR ONLINE
U.1981.72/1H

**TRANSLATION**

**U.1981.72/1H**

**By the ruling of the Appeals Committee of the Danish Supreme Court 16 December 1980 in case no 374/1980**

*Vaskemik A/S*
v
*Electronic Control Systems af 11/10 1975 ApS*

*Bankruptcy and other insolvency law 2.1*
***Bankruptcy petition rejected.***

♦ A petition for bankruptcy was rejected as it was found that the balance between the parties was so unclear that it could not be deemed that the conditions for declaring the defendant bankrupt had been fulfilled.[1]

---

1  See U.1973.923 H and U.1973.924 H and the ruling previously given in case U.1980.1035 H.

**U.1981.72/1H**

**Ved H. K. K. 16. december 1980 i sag nr. 374/1980**

*Vaskemik A/S*
mod
*Electronic Control Systems af 11/10 1975 ApS*

*Konkurs- og anden insolvensret 2.1*
***Konkursbegæring afvist.***

♦ En begæring om konkurs afvistes, idet der fandtes at foreligge
en sådan uklarhed om parternes mellemværende, at
betingelserne for at erklære indkærede konkurs ikke kunne
anses for opfyldt. [1]

1  Jfr. U.1973.923 H og U.1973.924 H og den tidligere afsagte kendelse i sagen i U.1980.1035 H.

I, the undersigned, Jeanette Riis, certify that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of the attached Danish judgment referred to as U.1981.72/1H in the Danish language.

Witness my hand and official seal.

Copenhagen, 25 May 2022



Jeanette Riis

MA in Translation and Interpretation (English)