UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTERFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:<br>18-cv-07824; 18-cv-07827; 18-cv-07828; 18-cv-07829; 19-cv-01781; 19-cv-01783; 19-cv-01785; 19-cv-01788; 19-cv-01791; 19-cv-01792; 19-cv-01794; 19-cv-01798; 19-cv-01800; 19-cv-01801; 19-cv-01803; 19-cv-01806; 19-cv-01808; 19-cv-01809; 19-cv-01810; 19-cv-01812; 19-cv-01813; 19-cv-01815; 19-cv-01818; 19-cv-01866; 19-cv-01867; 19-cv-01868; 19-cv-01869; 19-cv-01870; 19-cv-01871; 19-cv-01873; 19-cv-01894; 19-cv-01896; 19-cv-01918; 19-cv-01922; 19-cv-01926; 19-cv-01928; 19-cv-01929; 19-cv-01931; 19-cv-10713; 21-cv-05339. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**DECLARATION OF PETER G. NEIMAN**

I, Peter G. Neiman, declare as follows:

1.  I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Richard Markowitz and RJM Capital Pension Plan Trust in the above-captioned litigation. I am licensed to practice law in New York, and I am admitted to practice before this Court. I am familiar with the facts set forth herein, and if called as a witness, I could and would testify competently to those facts under oath.

2.  I make this declaration in support of Defendants' concurrently filed Memorandum In Opposition To SKAT's Motion To Exclude The Testimony Of Dr. Emre Carr.

1

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of Helen Sorenson ("Sorensen Vol. 2"), taken remotely on December 7, 2021.

5. Attached hereto as **Exhibit 2** is a true and correct file-stamped copy of the July 27, 2022 Declaration of Kasper Bech Pilgaard, who has been retained by certain Defendants as an expert on Danish law in this litigation.

I declare under penalty of perjury, as provided in 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 3rd day of July 2024, in New York, New York.

/s/ *Peter G. Neiman*
Peter G. Neiman