# Exhibit 1

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.  18-MD-2865 (LAK)

 3   _____
                                              )
 4   IN RE:                                   )
                                              )
 5   CUSTOMS AND TAX ADMINISTRATION OF        )
     THE KINGDOM OF DENMARK                   )
 6   (SKATTEFORVALTNINGEN) TAX REFUND         )
     SCHEME LITIGATION                        )
 7                                            )
     This document relates to:                )
 8   All cases                                )
     _____)
 9

10

11

12              C O N F I D E N T I A L

13

14

15      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                    EXAMINATION OF

17                    HELEN SORENSEN

18                       VOLUME II

19                 DATE: December 7, 2021

20

21

22

23

24

25      REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 2

```
 1
 2
 3
 4
 5
 6              TRANSCRIPT of the videotaped deposition of
 7     the witness, called for Oral Examination in the
 8     above-captioned matter, said deposition being taken by
 9     and before CHARLENE FRIEDMAN, a Notary Public and
10     Certified Court Reporter of the State of New Jersey, a
11     Registered Professional Reporter, and a Certified
12     Realtime Reporter, via WEBEX, ALL PARTIES REMOTE, on
13     December 7, 2021, commencing at approximately 7:09 in
14     the morning, EST.
15
16
17
18
19
20
21
22
23
24
25
```

1          MR. SMITH:  Objection to form, and
2     also objection along the lines of -- of my
3     prior objection as to this being outside the
4     scope of my direct.
5          A     You're asking me if investor A is
6     the beneficial owner of this example, and I
7     will not -- that has not been presented to
8     me.
9          Q     It is possible that investor A
10    would not yet be registered or never be
11    registered with VP Securities, correct?
12         MR. SMITH:  Objection.
13         Q     As an example?
14         MR. SMITH:  Objection to form,
15    calls for speculation.
16         A     Investor A -- if investor A is a
17    customer in a bank that is not a direct
18    participant in VP Securities, then
19    VP Securities would never know any
20    information about the trades, whether it's an
21    old holding or a borrowed holding.
22         Q     And if the company issued a
23    dividend, investor A would be entitled to the
24    dividend, correct?
25         MR. SMITH:  Objection to form.

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 60

```
1        A    That is incorrect because the
2   entitlement of dividend is registered at the
3   settlement date.
4        Q    Okay.  Let's go to Mr. Smith's
5   hypothetical of customers A and B who are --
6   who have accounts within the same custodial
7   bank in a single omnibus account.
8             And Mr. Smith asked you if A buys
9   and B sells one hundred shares and at the
10  start of the day there are no shares at the
11  custodial bank, at the end of the day you
12  would agree that there would be no shares at
13  the custodial bank.
14            Do I have that right?
15            MR. SMITH:  Objection to form,
16  misstates the prior questioning.
17       A    I agree that the sum at the end of
18  the day would be zero.
19       Q    And the analysis wouldn't be any
20  different if, at the start of the day, the
21  custodian held ten million shares of Novo
22  Nordisk.
23            At the end of the day, the
24  custodian would still own ten million shares
25  of Novo Nordisk, right?
```

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 61

```
1            MR. SMITH:  Objection to form.
2       A    There is ten million shares on the
3    securities account on record date, and at 5
4    o'clock -- at 5:59:59:59 in VP Securities,
5    then the amount of shares would calculate a
6    certain amount of dividend to be distributed
7    to that securities account.
8       Q    Sure.
9            And my -- my question was just
10   about the netting or what's called
11   internalizing.
12           And so, if at the start of the day
13   the custodian has ten million shares of Novo
14   Nordisk, and during the course of the day
15   customers A and B exchange 20 million shares
16   buying and selling, but the buys equal the
17   sales, at the end of the day the custodian
18   still has ten million shares in its account,
19   correct?
20           MR. SMITH:  Objection to form.
21      A    At the end of the day, there is ten
22   million shares registered on the securities
23   account, and that is the basis for
24   distribution calculation.
25      Q    Understood.
```

```
 1            And -- and I'm not even asking a
 2    distribution of dividends, but to go back to
 3    Mr. Smith's numbers where the custodian
 4    started with zero shares, do you have that in
 5    mind?
 6            MR. SMITH:  Objection to form.
 7        A   Umm-hmm.
 8        Q   And client A bought one hundred
 9    shares and client B sold one hundred shares,
10    do you have that in mind?
11        A   Yes.
12            MR. SMITH:  Objection to form.
13        Q   At the end of the day, the
14    custodian would have, assuming it started the
15    day with no shares, it would end the day with
16    no shares, correct?
17            MR. SMITH:  Objection to form.
18        A   Correct.
19        Q   It would have nothing to report to
20    VP Securities, correct?
21            MR. SMITH:  Objection to form.
22        A   That is correct.
23        Q   Now, if we increase all of these
24    numbers so that the custodian starts the
25    morning with one million shares of Novo
```

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 63

```
1    Nordisk and then throughout the day,
2    customers A and B buy and sell, respectively,
3    ten million shares of Novo Nordisk, at the
4    end of the day the custodian still only has
5    one million shares in its account, correct?
6              MR. SMITH:  Objection to form.
7         Q    Assuming no other activity?
8              MR. SMITH:  Objection to form.
9         A    At the end of the day, there would
10   still be one million shares at the -- at the
11   account at the end of the day, yes.
12        Q    Okay.  And your answers to Mr.
13   Smith don't change if the custodian starts
14   the day with a million shares or starts the
15   day with zero shares, right?
16             MR. SMITH:  Objection to form.
17        A    That is correct.
18        Q    Now, you talked a bit about these
19   four alternative models of dividend --
20   administering dividend withholding tax.
21             Do you recall that?
22             MR. SMITH:  Objection to form.
23        A    Yes.
24        Q    Have there been any political
25   obstacles you've seen to implementing any of
```

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 64

```
 1    these?
 2            MR. SMITH:  Objection to form.
 3        A   I think you need to be a little bit
 4    more specific.
 5        Q   Has it been challenging, based on
 6    the sort of on text in Denmark, to implement
 7    any one of these four strategies?
 8            MR. SMITH:  Objection to the form.
 9        A   I still don't think it's specific
10    enough.
11            And when you say "challenging," in
12    regards to who and what and why?
13        Q   Sure.
14            Has there been any pushback from
15    any officer or minister or other actual
16    representative of the Kingdom of Denmark that
17    has made it difficult to implement an
18    alternative dividend withholding tax system?
19            MR. SMITH:  Objection to form.
20        A   I don't know.  I have only
21    participated in the working group, so the
22    entire political perspective has not reached
23    me.
24        Q   And what is the status of the
25    working group's work today?
```