# Exhibit 3

| | |
|---|---|
| **From:** | Weinstein, Marc A. |
| **To:** | Dulberg, Andrew S.; Oxford, Neil; Maguire, Bill; McGoey, John |
| **Cc:** | Neiman, Peter; Maldonado, Sara A; smccarthy@kostelanetz.com; Nicholas Bahnsen; Daniel Davidson; epeters@keker.com; Julia L. Allen; Sean K. Mullen; tdewey; Goldberg, David L.; michael.rosensaft@katten.com |
| **Subject:** | RE: SKAT - Pretrial Disclosures |

Drew, thanks for this note. I can confirm that we agree with the scope of expert testimony as described in your note.

Regards,
Marc

**From:** Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>
**Sent:** Friday, May 10, 2024 3:14 PM
**To:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Oxford, Neil <neil.oxford@hugheshubbard.com>; Maguire, Bill <bill.maguire@hugheshubbard.com>; McGoey, John <john.mcgoey@hugheshubbard.com>
**Cc:** Neiman, Peter <Peter.Neiman@wilmerhale.com>; Maldonado, Sara A <Sara.Maldonado@wilmerhale.com>; smccarthy@kostelanetz.com; Nicholas Bahnsen <nbahnsen@Kostelanetz.com>; Daniel Davidson <ddavidson@Kostelanetz.com>; epeters@keker.com; Julia L. Allen <JAllen@keker.com>; Sean K. Mullen <smullen@dpklaw.com>; tdewey <tdewey@dpklaw.com>; Goldberg, David L. <david.goldberg@katten.com>; michael.rosensaft@katten.com
**Subject:** SKAT - Pretrial Disclosures

**CAUTION: This email was sent by someone outside of the Firm.**

Marc,

Thank you for speaking earlier today. I can confirm the parties' agreement that in response to the Court's pretrial order, on May 15 and May 24, we will exchange the names of expert witnesses who the parties expect to call at trial and the subject matter of their testimony. As I said, certain defendants may also serve amended initial disclosures on May 15. At present, we have not identified any additional fact or expert witnesses who we intend to call at trial who have not previously been disclosed or deposed in this case, although we reserve our rights to do so.

With respect to expert testimony, as we discussed, both sides agree with the concept that expert witnesses who addressed specific trades may provide at trial certain testimony that encompasses the full set of trades now at issue in this trial even if those trades were not the explored in detail in their reports. It will be important to memorialize this agreement in a stipulation so that the parties are clear about the limits to which an expert may provide what would otherwise be undisclosed expert testimony at trial. Please confirm your agreement,

and we can work out the language of the stipulation in the weeks ahead.

Separately, you agreed to respond to our letter seeking information related to other litigation involving SKAT outside of the US early next week.  We look forward to continuing that conversation, but in the meantime, request that SKAT promptly produce all witness statements, transcripts, and trial exhibits from the trial currently pending in the UK.

Regards,

Drew

**Andrew S. Dulberg | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6352 (t)
+1 617 526 5000 (f)
andrew.dulberg@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.