# Exhibit 3, Part 28

**Exhibit 4**

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Custodian | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002A6A01 | Stephania Paun | First Search Order - Premises | Floor | | Desktop | E1YPC05 | Dell | Optiplex 7040 | 1B75D82 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| 002A6A02 | Natalia Vereniluna | First Search Order - Premises | Floor | | Desktop | E1YPC04 | Dell | Optiplex 7040 | 6C75D82 | Sandisk | SSD | 154779401317 | 240.00 | 2018/06/28 |
| 002A6A03 | Unknown | First Search Order - Premises | Floor | | Desktop | E1YPC06 | Dell | Optiplex 7040 | B975D82 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| 002A6A04 | Utkal Tagova | First Search Order - Premises | Floor | | Desktop | E1YPC09 | Dell | Optiplex 7040 | GH75D82 | Sandisk | SSD | 154934402295 | 240.00 | 2018/06/28 |
| 002A6A05 | Sandesh Dhomne | First Search Order - Premises | Floor | | Desktop | E1YPC09 | Dell | Optiplex 7040 | 5H75D82 | Sandisk | SSD | 154711400405 | 240.00 | 2018/06/28 |
| 002A6A06 | Sandesh Dhomne | First Search Order - Premises | Floor | | Pen Drive | N/A | Dell | N/A | N/A | Teka | ProductCode | 9207133502493137547 | 8.00 | 2018/06/28 |
| 002A6A07 | Rashmi Raju | First Search Order - Premises | Floor | | Desktop | E1YPC01 | Dell | Optiplex 7040 | 6875D82 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| 002A6A08 | Claudia | First Search Order - Premises | Laptop | | Laptop | E1YLPT03 | Asus | UX305L | EAN0C07714441H 12M | Seagate | ST500LM000-1EJ1 | W790IT76 | 500.00 | 2018/06/28 |
| 002A6A09 | Raghu | First Search Order - Premises | Floor | | Desktop | EQU-MA02 | Apple | iMAC All in one | C02V18V6G7N | Apple | SSD | SPRNHV6G64480 | 2000.00 | 2018/06/28 |
| 002A6A10 | Nicola Monteath | First Search Order - Premises | Floor | | Laptop | EQU-MA06 | Apple | Macbook Pro | C02T129JGTFA | Apple | SSD | C02701302NAHKG618 | 1000.00 | 2018/06/28 |
| 002A6A11 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | | External HDD | N/A | N/A | N/A | N/A | Seagate | HDD - Backup Plus | NA758CNP | 1000.00 | 2018/06/28 |
| 002A6A12 | Gibbon Majorale | First Search Order - Premises | Floor | | Desktop | EQU-MA04 | Apple | iMAC All in one | C02DWROC26G7N | Sandisk | SSD | SPRNHV6365G35 | 2000.00 | 2018/06/28 |
| 002A6A13 | Maria Lis | First Search Order - Premises | Floor | | Desktop | E1YPC12 | Apple | Optiplex 7040 | HB75D82 | Sandisk | SSD | 254607406101 | 240.00 | 2018/06/28 |
| 002A6A14 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | | Desktop | E1YPC08 | Dell | Optiplex 7040 | 2H75D82 | Sandisk | SSD | 154979403145 | 240.00 | 2018/06/28 |
| 002A6A15 | Marit Fernandes | First Search Order - Premises | Center office | | Desktop | E1YPC03 | Dell | Optiplex 7040 | BC75D82 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| 002A6A16 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | | Laptop | EU1Y883 | Dell | XPS 13 | C02VG243E8753H 12M | HGST | N/A | SXX005DNGG72PF | 1000.00 | 2018/06/28 |
| 002A6A17 | Sanjay Shah | First Search Order - Premises | Floor | | Mobile | N/A | Apple | iPhone 7 Plus | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 002A6A18 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 002A6A19 | Vidya Mansoorzba | First Search Order - Premises | Mr. Shah's | | Mobile | EQU-010 | Apple | Optiplex 7040 | 7075D82 | Sandisk | N/A | 154608404269 | 240.00 | 2018/06/28 |
| 002A6A20 | Natalia Vereniluna | First Search Order - Premises | Floor | | Pen Drive | N/A | N/A | N/A | N/A | Kingston | DT58 G2 | 98AF0AE18E09 | 16.00 | 2018/06/28 |
| 002A6A21 | Puja Tiwari | First Search Order - Premises | Floor | | Desktop | EQU-MA03 | Apple | iMAC All in one | C02DC9CZ6G7N | Apple | SSD | SPRNHV6G83731D | 2000.00 | 2018/07/01 |
| 002A6A22 | Ulica Shah | First Search Order - Premises | HR Room | | Desktop | E1YPC07 | Dell | Optiplex 7040 | 4875D82 | Sandisk | SSD | 154979402403 | 240.00 | 2018/07/01 |
| 002A6A23 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | | Desktop | E1YPC11 | Dell | Optiplex 7040 | N/A | Imation | N/A | N/A | 4.70 | 2018/07/01 |
| 002A6A24 | Wali Anwar | First Search Order - Premises | Floor | | DVD | N/A | Dell | Optiplex 7040 | 8G75D82 | Imation | DVD-R | N/A | 240.00 | 2018/07/01 |
| 002A6A25 | Natalia Vereniluna | First Search Order - Premises | Floor | | Laptop | E1YLPT15 | Sony | VAIO / SVP132A1CM | 5462603B-0003361 / Service | Sandisk | SSD | 531YW7A0N23861 | 120.00 | 2018/06/28 |
| 002A6A26 | Sanjay Shah | First Search Order - Premises | Floor | | Dropbox | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 002A6A27 | Unknown | First Search Order - Premises | Floor | | Desktop | EQU-MAC1 | Apple | iMAC All in one | C02QW2U8E6G7N | Apple | SSD | SPRNHV6GB73008 | 2000.00 | 2018/07/01, 2018/07/03 |
| 002A6A28 | Unknown | First Search Order - Premises | Storage Cpt | | Desktop | N/A | Hitachi | MAC one | C0TH71A8D0D1 | Hitachi / Apple | HDD | 1226005-1HHCFP1C | 500.00 | 2018/07/01 |
| 002A6A29 | Unknown | First Search Order - Premises | Storage Cpt | | Laptop | N/A | Toshiba | MAC Mini | T3136AJ0T | Toshiba | HDD | 12186Y0S4RT | 1000.00 | 2018/07/01 |
| 002A6A30 | Unknown | First Search Order - Premises | Storage Cpt | | Desktop | N/A | Apple | MAC Mini | N/A | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| 002A6A31 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | | DVD | N/A | Dell | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 002A6A32 | Unknown | First Search Order - Premises | Storage Cpt | | Laptop | E1YLPT02 | Asus | UX305L | EAN0C07720349 12M | Seagate | ST500LM000-1EJ1 | W790GWDC | 500.00 | 2018/07/01 |
| 002A6A33 | Unknown | First Search Order - Premises | Storage Cpt | | Storage Cpt Laptop | E1YLPT08 | Asus | UX305L | EDXC0148B0ZD1E 12M | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 002A6A34 | Unknown | First Search Order - Premises | Storage Cpt | | Storage Cpt Laptop | E1YLPT09 | Apple | Macbook Pro - A1707 | C02CT5C12CTFM | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 002A6A35 | Natalia Vereniluna | First / Mid-Search Order - Premises | | | Office 365 | admin@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| 002A6A36 | Unknown | First Search Order - Premises | | | Office 365 | asset@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 002A6A37 | Unknown | First Search Order - Premises | | | Office 365 | catchall@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 002A6A38 | Sanjay Shah | First Search Order - Premises | | | Office 365 | ceo@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| 002A6A39 | Unknown | First Search Order - Premises | | | Office 365 | cfo@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| 002A6A40 | Sandesh Dhomne | First Search Order - Premises | | | Office 365 | consultant@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.20 | 2018/07/02 |
| 002A6A41 | Ulica Shah | First Search Order - Premises | | | Office 365 | director@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| 002A6A42 | Sandesh Dhomne | First Search Order - Premises | | | Office 365 | fd@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| 002A6A43 | Rashmi / Yofti / Mel | First Search Order - Premises | | | Office 365 | finance@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 3.30 | 2018/07/02 |
| 002A6A44 | Sanjay Shah | First Search Order - Premises | | | Office 365 | IT@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| 002A6A45 | Unknown | First Search Order - Premises | | | Office 365 | HR@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| 002A6A46 | Stephania Paun / UN | First Search Order - Premises | | | Office 365 | Legal@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/02 |
| 002A6A47 | Unknown | First Search Order - Premises | Floor | | Office 365 | oo@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| 002A6A48 | Wali Anwar | First Search Order - Premises | Floor | | Laptop | E1YLTP06 | Asus | UX305L | F1X0CJ1550050SA 12M | HGST | N/A | 50A0005SG9NT8K | 1000.00 | 2018/07/02 |
| 002A6A49 | Multiple | First Search Order - Premises | | | Network Share | | N/A | N/A | N/A | N/A | N/A | N/A | 0.45 | 2018/07/02 |
| 002A6A50 | Multiple | First Search Order - Premises | | | Network Share | | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/02 |
| 002A6A51 | Multiple | First Search Order - Premises | | | Network Share | | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 002A6A52 | Multiple | First Search Order - Premises | | | Network Share | | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| 002A6A53 | Multiple | First Search Order - Premises | | | Network Share | | N/A | N/A | N/A | N/A | N/A | N/A | 0.23 | 2018/07/12 |
| 002A6A54 | Multiple | First Search Order - Premises | | | Network Share | | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/02 |
| 002A6A55 | Multiple | First Search Order - Premises | | | Network Share | | N/A | N/A | N/A | N/A | N/A | N/A | 0.10 | 2018/07/03 |
| 002A6A56 | Multiple | First Search Order - Premises | | | Network Share | | N/A | N/A | N/A | N/A | N/A | N/A | 156.00 | 2018/07/02 |
| 002A6A57 | Multiple | First Search Order - Premises | | | Network Share | | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/02 |
| 002A6A58 | Multiple | First Search Order - Premises | | | Network Share | | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 002A6A59 | Multiple | First Search Order - Premises | | | Network Share | | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 002A6A60 | Multiple | First Search Order - Premises | | | Network Share | | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/02 |
| 002A6A61 | Multiple | First Search Order - Premises | | | Network Share | | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| 002A6A62 | Multiple | First Search Order - Premises | | | Network Share | | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 002A6A63 | Multiple | First Search Order - Premises | | | Network Share | | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 002A6A64 | Multiple | First Search Order - Premises | | | Network Share | | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 002A6A65 | Multiple | First Search Order - Premises | | | Network Share | | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office area index reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D8246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| D8246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| D8246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| D8246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| D8246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| D8246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| D8246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D8246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| D8246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D8246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| D8246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| D8246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| D8246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| D8246A44 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| D8246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| D8246A44 | Unknown | | | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXE1E551C5U5 | 1000.00 | 2018/08/14 |
| D8246A45 | Unknown | | | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WX81A75EZXLI | 1000.00 | 2018/08/17 |
| D8246A46 | Unknown | | | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXE1E632K6J7 | 3000.00 | 2018/07/17 (Failed) |
| D8246A47 | Unknown | First Search Order - Premises | | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WX01E55OCP1E | 1000.00 | 2018/07/25 |
| D8246A48 | Sanjay Shah | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| D8246A48 | Mark Fernandes | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| D8246A48 | Usha Shah | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| D8246A48 | Sandesh Dhomne | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| D8246A48 | Wahl Anwar | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| D8246A48 | Unknown_Admin | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| D8246A48 | Unknown_Asset | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| D8246A48 | Unknown_Catchall | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| D8246A48 | Unknown_CFO | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| D8246A48 | Unknown_Finance | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| D8246A48 | Unknown_HR | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| D8246A48 | Unknown_Legal | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| D8246A48 | Unknown_OO | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| D8246A49 | Sanjay Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| D8246A49 | Mark Fernandes | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| D8246A49 | Usha Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| D8246A49 | Sandesh Dhomne | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.42 | 2018/09/25 |
| D8246A49 | Wahl Anwar | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| D8246A49 | Unknown_Admin | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| D8246A49 | Unknown_Asset | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.87 | 2018/09/25 |
| D8246A49 | Unknown_Catchall | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| D8246A49 | Unknown_CFO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| D8246A49 | Unknown_Finance | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| D8246A49 | Unknown_HR | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.37 | 2018/09/25 |
| D8246A49 | Unknown_Legal | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| D8246A49 | Unknown_OO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| D824602001 | Philip Purwar | Provided by Legal Counsel | | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| D824602002 | Multiple | First Search Order - Premises | | Backup and BIOS Cloud data & VM content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| D824602001 | Multiple | Remote Server Collection | | DociCofi DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| D824602001 | Multiple | Remote Server Collection | | VM Export (Elysium-DC-elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| D824602003 | Multiple | Remote Server Collection | | Sage Server (ely-sagesvr.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| D824602004 | Multiple | Remote Server Collection | | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**