UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:   The cases listed in Appendix A to Pretrial Order No. 35 (ECF No. 977) | No. 18-md-02865-LAK |

**DECLARATION OF THOMAS E.L. DEWEY**

I, Thomas E.L. Dewey, an attorney duly admitted to practice law before the courts of the State of New York, hereby declare under penalty of perjury:

1. I am a member of the law firm Dewey Pegno & Kramarsky LLP, counsel for Michael Ben-Jacob. I am fully familiar with the matters set forth in this declaration.

2. I submit this declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Exclude the Proposed Testimony of Defense Experts Michael S. Ross, C. Frederick Reish, and Kasper B. Pilgaard.

3. Attached hereto as Exhibit 1 are excerpts from the deposition transcript of C. Frederick Reish.

I, Thomas E.L. Dewey, declare under penalty of perjury that the foregoing is true and correct.

Dated: July 5, 2024
      New York, NY

                                                /s/Thomas E.L. Dewey
                                                Thomas E.L. Dewey