# EXHIBIT 1

CONFIDENTIAL
C. Frederick Reish - March 25, 2022

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 18-MD-2865 (LAK)

_____
                                    )
IN RE:                              )
                                    )
CUSTOMS AND TAX ADMINISTRATION OF   )
THE KINGDOM OF DENMARK              )
(SKATTEFORVALTNINGEN) TAX REFUND    )
SCHEME LITIGATION                   )
_____)




C O N F I D E N T I A L




REMOTE VTC VIDEOTAPED EXPERT DEPOSITION UNDER ORAL
EXAMINATION OF
C. FREDERICK REISH


DATE: March 25, 2022



REPORTED BY: MICHAEL FRIEDMAN, CCR

Page 194

1     record.
2     Q     Sir, from your review of the facts
3  in this matter, what is the closest fact
4  pattern that you recall addressing personally
5  over the course of your career, the closest
6  to what you've reviewed in connection with
7  this engagement?
8          MR. MULLEN:  Objection.
9     A     I've worked with -- I've worked
10 with many one-person plans.  I've seen a
11 whole variety of investment strategies; hedge
12 funds, real estate, on and on, handled all
13 kinds of IRS audits of -- that involved plan
14 assets among other things.
15         I mean, those are the first
16 thoughts that come to mind.
17    Q     So of all of that experience, all
18 of those one-person plans, investment
19 strategies, audits, what would you pick as
20 the one for the facts that are closest to
21 what we have here?
22         MR. MULLEN:  Objection.
23         MR. DILLMAN:  Objection.
24    A     I don't think I can pick one.  I
25 mean, in -- some of the issues I've handled

Page 195

1  for some plans that are similar, like some of
2  the permanence issues.  Some, I've handled
3  for other plans that are similar, like the
4  exclusive benefit prohibited transaction
5  issues.
6          But I can't think of a plan that
7  had this particular -- of another plan that
8  had this particular set of facts, the
9  plan -- plans that had this particular set of
10 facts and exactly or substantially similar
11 circumstances.
12    Q     So I won't hold you to -- to any
13 identical facts, or even substantially
14 similar facts.
15         But if you had to pull from your
16 memory the closest factual scenario you've
17 dealt with to the facts you've reviewed in
18 this case, which -- which recollection, which
19 fact pattern, comes to mind?
20         MR. MULLEN:  Objection, asked and
21    answered twice already.
22         MR. DILLMAN:  Objection.  Objection
23    as to form.
24    A     As I said a minute ago, with
25 different issues, I've dealt -- I've handled

Page 196

1  analogous situations on different issues.  I
2  mentioned permanence as one example.  I
3  mentioned exclusive benefits and prohibited
4  transactions as another issue.
5          These come up in -- often either in
6  an IRS audit or with a plan sponsor client
7  who thinks they made a mistake and they want
8  me to review it and see if they did.  So
9  it's -- it's -- so that the
10 circumstances -- my circumstances are defined
11 by -- per the IRS audits and disqualifies
12 plans -- or proposes to disqualify plans, or
13 just audits for that matter, where the IRS
14 audits plans, unless they get self-discovered
15 or a possible mistake is self-discovered.
16         So there's nothing -- there are
17 cases that have come to me with these legal
18 issues, but there's no single case that's
19 come to me with this particular set of facts
20 and circumstances, or that I can think of
21 that would be close enough to these facts and
22 circumstances in totality to be able to say
23 that it was similar.
24    Q     Well, if we just take
25 qualification, for instance, what's the --

Page 197

1  the case that has come to you that is closest
2  to these facts and circumstances?
3          MR. MULLEN:  Objection, asked and
4     answered.
5          MR. DILLMAN:  Objection.
6     A     From my perspective, all of the
7  issues in this case are qualification.  And
8  what I said a minute ago was that I
9  don't -- I mean, I've had each of these
10 issues come to me multiple times because the
11 IRS focuses on that issue, and therefore,
12 they can result in an audit, or they come to
13 me because the IRS has focused on an issue
14 and a person is -- and the plan sponsor is
15 concerned that they may have, you know,
16 inadvertently violated a qualification
17 standard.
18         But -- so depending on the issue,
19 the legal issue, I've got a ton of experience
20 with the legal issues here.  But to describe
21 them, a client with an analogous set of
22 circumstances viewed in totality, I can't
23 think of one.
24    Q     You've dealt with a great number of
25 IRS audits.

Page 238

```
 1      materials that he cites in his report
 2      are the materials that the -- that the
 3      plan provided to the IRS.  I mean, these
 4      are all produced materials.  You're
 5      asking him a memory question about stuff
 6      that's all determinable based on
 7      produced documents.
 8   Q  Sir, you can answer the question.
 9   A  I remember looking at one or two of
10   the partnership agreements, but I can't
11   remember if that was because they were
12   produced to the IRS, or if I saw them
13   somewhere else, but -- in the discovery
14   materials.
15         But -- so I can't give you a
16   yes-or-no answer.
17   Q  Now, sir, if you turn to Page 30 of
18   your reply report?
19   A  Okay.
20   Q  And in the first full paragraph at
21   the top of the page, do you see there you
22   say, "The audit lasted for almost two years?"
23   A  Uh-huh, yes.
24   Q  And you say you're "very confident
25   that it would not take two years to simply
```

Page 239

```
 1   reconcile the figures reported on the RJM
 2   plans, Form 5500 EZ series filings, with
 3   subsequent tax returns concerning
 4   distributions."
 5         Do you see that?
 6   A  Yes.
 7   Q  Now, what's your expectation as to
 8   how long it would take to do that
 9   reconciliation?
10   A  I make that statement because in
11   Marcia Wagner's report, she said that the IRS
12   audits just reconciled numbers on the
13   Form 5500.  That is pure nonsense.  That's
14   just absolute nonsense.
15         IRS audits primarily focus on plan
16   qualification.  And so the reason I stated it
17   that way was in response to a statement in
18   Marcia Wagner's report.
19         This -- in my experience, this was
20   an exhausting one.  It was -- in fact, in the
21   letter, in the initial letter, it says -- the
22   whole -- this is the whole series of plan
23   qualification requirements that they're
24   gathering information for.
25         And I -- honestly, I don't know why
```

Page 240

```
 1   that appeared in the Wagner report.  She
 2   knows better than that.
 3         The -- so I phrased it this way
 4   because -- in order to respond to it.  It's
 5   really just paraphrasing what the Wagner
 6   report said, and then saying that's not true.
 7         The -- if you look at the
 8   correspondence back and forth and over this
 9   two-year period, the volume of information
10   requested is a multiple of what you
11   ordinarily see.  It -- if I -- if there were
12   100 IRS audits, this would be in the top ten
13   in terms of the volume of information
14   requested relative to a plan of this size.
15         And my point there is that the
16   agent took a deep dive into this, requested
17   additional information that was pretty
18   standard, and then, in subsequent follow-up
19   letters, requested volumes of information
20   about, for example, other LLCs that were a
21   member of a controlled group, and requested
22   information about the investments, got a
23   description of the investment strategy, got
24   the K-1.
25         I mean, you know, it's hard for me
```

Page 241

```
 1   to explain to somebody that doesn't do IRS
 2   audits as a part of their living, as a part
 3   of their work, it's hard to explain, without
 4   sounding like I'm overstating it, that this
 5   was an exhausting audit.
 6         This was not just an everyday, you
 7   know, "come in, get some basic information,
 8   review it, everything looks okay," you close
 9   the audit.  Here, the agent did take a deep
10   dive.
11         And most of the issues raised in
12   the Wagner reports actually got looked at
13   here, and then a "no change" letter was
14   issued at the end, meaning after all of that
15   review, the IRS had no change, no changes
16   were being requested.  I mean, the most
17   obvious is "no change in the qualified status
18   of the plan," but also meaning they didn't
19   discover any prohibited transactions.
20         I don't know how to -- I mean, I
21   don't know how to make it clearer that this
22   was not just reconciling some numbers.  I
23   just don't know any way to make it clearer
24   than what I just said.
25   Q  And the information that was
```