UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND                    18-md-2865 (LAK)
LITIGATION

This paper applies to cases listed in Appendix A
to Pretrial Order No. 35 (DI 977)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PRETRIAL ORDER NO. 38
(Rectification of Recent Filing and Docketing Errors)

LEWIS A. KAPLAN, *District Judge.*

       It has come to the Court's attention that some attorney filings docketed in the master docket – 18-md-2865 – and spread to individual docket sheets in other cases seriously misdescribe the nature of the papers filed. In order to rectify this situation, the follow actions shall be taken:

       1.    The Clerk shall entirely remove docket items 1074, 1075, 1076 and 1077 and their associated PDF images from (a) 18-md-2865, and (b) each individual case docket to which those docket items were spread.

       2.    The attorneys who made the filings referred to in paragraph 1 shall refile each of those items with a correct docket entry that accurately describes the "paper" filed on the master docket, 18-md-2865, and spread each of those items properly to each individual case docket to which each applies.

       The Court will appreciate all counsel henceforth taking appropriate care in formulating document descriptions and ensuring that filings are made properly in order to avoid confusion.

       SO ORDERED.

Dated:    July 2, 2024

                                                              /s/ Lewis A. Kaplan
                                                                Lewis A. Kaplan
                                                              United States District Judge