# Exhibit 1

# Lovbekendtgørelse 2015-11-09 nr. 1238 om forældelse af fordringer

*(forældelsesloven)*

som ændret ved L 2018-02-28 nr. 140 og L 2023-12-12 nr. 1553

## Kapitel 1

### Lovens område

**§ 1.** Fordringer på penge eller andre ydelser forældes efter reglerne i denne lov, medmindre andet følger af særlige bestemmelser om forældelse i anden lov.

## Kapitel 2

### Forældelsesfristernes begyndelsestidspunkt

**§ 2.** Forældelsesfristerne regnes fra det tidligste tidspunkt, til hvilket fordringshaveren kunne kræve at få fordringen opfyldt, medmindre andet følger af andre bestemmelser.

*Stk. 2.* Er der indrømmet skyldneren løbedage eller i øvrigt en frist, inden for hvilken betaling anses for rettidig, regnes forældelsesfristen først fra betalingsfristens udløb.

*Stk. 3.* For fordringer, som opstår ved misligholdelse af kontrakt, regnes forældelsesfristen fra tidspunktet for misligholdelsen.

*Stk. 4.* For fordringer på erstatning eller godtgørelse for skade forvoldt uden for kontraktforhold regnes forældelsesfristen fra tidspunktet for skadens indtræden.

*Stk. 5.* Selv om fordringshaveren på grund af skyldnerens misligholdelse eller i medfør af en særlig opsigelsesadgang kunne kræve opfyldelse før et aftalt forfaldstidspunkt, regnes forældelsesfristen fra det aftalte forfaldstidspunkt, hvis fordringshaveren ikke udnytter denne mulighed. Udnytter fordringshaveren muligheden, regnes forældelsesfristen fra det tidspunkt, til hvilket opfyldelse herefter kan kræves.

**§ 2 a.** For fordringer, som støttes på skriftlig aftale om indskud i et selskab, regnes forældelsesfristen tidligst fra det tidspunkt, hvor selskabet beslutter at indkalde indskuddet. Uanset 1. pkt. regnes forældelsesfristen dog senest fra 10 år efter begyndelsestidspunktet i henhold til § 2.

## Kapitel 3

### De almindelige forældelsesfrister

**§ 3.** Forældelsesfristen er 3 år, medmindre andet følger af andre bestemmelser.

*Stk. 2.* Var fordringshaveren ubekendt med fordringen eller skyldneren, regnes forældelsesfristen i stk. 1 først fra den dag, da fordringshaveren fik eller burde have fået kendskab hertil.

*Stk. 3.* Forældelse indtræder senest

1) 30 år efter den skadevoldende handlings ophør for fordringer på erstatning eller godtgørelse i anledning af personskade, jf. dog stk. 4, og for fordringer på erstatning for skade forvoldt ved forurening af luft, vand, jord eller undergrund eller ved forstyrrelser ved støj, rystelser el.lign.,
2) 10 år efter den skadevoldende handlings ophør for fordringer på erstatning for skade forvoldt uden for kontraktforhold, som ikke er omfattet af nr. 1,
3) 10 år efter begyndelsestidspunktet i henhold til § 2 a for fordringer, som støttes på skriftlig aftale om indskud i et selskab, og
4) 10 år efter begyndelsestidspunktet i henhold til § 2 for andre fordringer.

*Stk. 4.* Stk. 3, nr. 1, finder ikke anvendelse på fordringer på erstatning eller godtgørelse i anledning af en erhvervssygdom, jf. § 7 i lov om arbejdsskadesikring.

*Stk. 5.* Fordringer på erstatning eller godtgørelse, som udspringer af, at en forvaltningsmyndighed, jf. forvaltningslovens § 1, stk. 1 og 2, har tilsidesat lovbestemte forpligtelser over for en person under 18 år i forbindelse med overgreb begået over for denne, forældes ikke.

## Kapitel 4

### Særlige forældelsesfrister og tillægsfrister

**§ 4.** Forældelsesfristen er 5 år ved fordringer, som støttes på aftale om udførelse af arbejde som led i et ansættelsesforhold.

*Stk. 2.* § 3, stk. 2 og stk. 3, nr. 4, gælder ved fordringer omfattet af stk. 1.

**§ 5.** Forældelsesfristen er 10 år,

1) når der er udstedt gældsbrev for fordringen,
2) når fordringen er registreret i en værdipapircentral, eller
3) når fordringens eksistens og størrelse er anerkendt skriftligt eller fastslået ved forlig, dom, betalingspåkrav påtegnet af fogedretten eller anden bindende afgørelse.

*Stk. 2.* Fordring på senere forfaldne renter, gebyrer og lignende forældes dog efter § 3.

**§ 6.** Forældelsesfristen er 10 år for fordringer i henhold til pengelån eller ubevilgede overtræk på konti i pengeinstitutter, jf. dog stk. 3.

*Stk. 2.* Er der ikke fastsat noget tidspunkt for indfrielse af gælden i henhold til en kassekredit eller et andet lån med variabelt lånebeløb, regnes forældelsesfristen fra den seneste indsættelse eller hævning på kontoen, der er foretaget af andre end fordringshaveren, dog senest fra det tidspunkt, til hvilket gælden måtte være opsagt til indfrielse.

*Stk. 3.* Fordring på renter, gebyrer og lignende forældes efter § 3. Dog er sådanne fordringer omfattet af stk. 1 og 2, i det omfang de tilskrives inden for maksimum på en kredit.

**§ 7.** For fordringer i henhold til indlån i pengeinstitutter el.lign., herunder på tilskrevne renter, er forældelsesfristen 20 år regnet fra den seneste indsættelse, hævning, rentetilskrivning eller postering i øvrigt på kontoen.

**§ 8.** En fordring på pension, livrente, aftægtsydelse, underholdsbidrag eller anden lignende ydelse, der forfalder med bestemte mellemrum og ikke er afdrag på en skyldig hovedstol, og som støttes på aftale eller afgørelse, forældes i sin helhed efter 10 år regnet fra den dag, da den sidste ydelse blev betalt, eller, hvis ingen betaling har fundet sted, fra den dag, da den første ydelse kunne kræves

betalt, jf. dog § 25, stk. 5. Fordringerne på de enkelte ydelser forældes desuden efter §§ 2 og 3.

**§ 9.** For fordringer mod værgen, som tilkommer en person under værgemål, og som udspringer af værgens tilsidesættelse af sine forpligtelser som værge, regnes forældelsesfristerne i § 3, stk. 1 og 3, fra værgemålets ophør.

**§ 10.** For fordringer, som tilkommer en fuldmagtsgiver mod fuldmægtigen, eller som tilkommer et selskab, en forening, en fond eller lignende mod et bestyrelsesmedlem eller en direktør i selskabet m.v., og som udspringer af den pågældendes tilsidesættelse af sine forpligtelser ved hvervets udførelse, indtræder forældelse tidligst, når der er forløbet 3 år efter hvervets ophør eller efter det tidligere tidspunkt, da fordringshaveren eller den, der i øvrigt kan gøre fordringen gældende på dennes vegne, er eller burde være blevet bekendt med de omstændigheder, hvorpå kravet støttes.

**§ 11.** Når en fordring er sikret ved kaution, bestemmes forældelsesfristen over for kautionisten efter de regler, der gælder for forældelse af fordringen mod hovedskyldneren.

**§ 12.** Hæfter flere skyldnere solidarisk, og har én af dem opfyldt fordringen, indtræder den pågældende i henseende til forældelse af krav mod medskyldnere i fordringshaverens retsstilling.

*Stk. 2.* Er forældelsen afbrudt over for én af skyldnerne, eller har én af skyldnerne på et tidspunkt, hvor fordringen mod denne skyldner ikke var forældet, opfyldt fordringen eller indrømmet fordringshaveren fristforlængelse, forældes et regreskrav mod en medskyldner tidligst 1 år efter afbrydelsen, opfyldelsen eller afgivelsen af tilsagnet om fristforlængelse. Foreligger flere af de nævnte begivenheder, regnes tillægsfristen på 1 år fra den begivenhed, som først indtræder.

**§ 13.** Udløb af forældelsesfristen er ikke til hinder for, at det under en straffesag, hvor tiltalte findes skyldig, kan pålægges tiltalte at betale erstatning eller godtgørelse til forurettede i anledning af det strafbare forhold. En sådan fordring kan også gøres gældende under et særskilt søgsmål, der anlægges inden 1 år efter endelig afgørelse i en straffesag, hvor tiltalte er fundet skyldig, eller inden 1 år efter skyldnerens vedtagelse af bøde eller anden strafferetlig sanktion.

**§ 14.** Hvis fordringshaveren har været afskåret fra at afbryde forældelse på grund af ukendskab til skyldnerens opholdssted eller på grund af en hindring, som ikke beror på fordringshaverens forhold, indtræder forældelse tidligst 1 år efter, at fordringshaveren fik eller burde have fået kendskab til skyldnerens opholdssted, henholdsvis 1 år efter hindringens ophør.

*Stk. 2.* Bestemmelsen i stk. 1 kan ikke medføre en forlængelse af fristerne efter § 3, stk. 3, og kan højst forlænge andre frister eller tillægsfrister med 10 år.

## Kapitel 5

### Afbrydelse af forældelse

**§ 15.** Forældelsen afbrydes, når skyldneren over for fordringshaveren udtrykkeligt eller ved sin handlemåde erkender sin forpligtelse.

**§ 16.** Forældelsen afbrydes, når fordringshaveren foretager retslige skridt mod skyldneren med henblik på at erhverve dom, betalingspåkrav påtegnet af fogedretten, voldgiftskendelse eller anden bindende afgørelse, der fastslår fordringens eksistens og størrelse, og forfølger disse skridt inden for rimelig tid.

*Stk. 2.* Gøres fordringen gældende ved domstol, sker afbrydelsen
1) ved indlevering af stævning eller betalingspåkrav til retten,
2) når påstand om fordringen nedlægges under retssagen, herunder som modkrav,
3) når fordringen under retssagen bliver gjort gældende til modregning, dog kun i det omfang fordringen dækkes af hovedfordringen, eller
4) ved skyldnerens indlevering af stævning til retten med påstand om, at fordringen ikke består.

*Stk. 3.* Er det aftalt, at tvist om en fordring skal afgøres ved voldgift, eller er anden særlig afgørelsesmåde hjemlet, sker afbrydelsen, når fordringshaveren iværksætter, hvad der fra dennes side skal gøres for at sætte sagen i gang. Stk. 2, nr. 2-4, gælder tilsvarende.

**§ 17.** Forældelsen afbrydes
1) ved indgivelse af en på fordringen støttet konkursbegæring eller begæring om rekonstruktionsbehandling,
2) ved anmeldelse af fordringen i et konkursbo,
3) ved anmeldelse af fordringen til rekonstruktøren i forbindelse med rekonstruktionsbehandling eller ved anmeldelse af fordringen i forbindelse med indledning af gældssaneringssag,
4) ved anmeldelse af fordringen i et dødsbo efter dettes udstedelse af proklama og
5) ved anmeldelse af fordringen, efter at skyldneren har udstedt proklama.

*Stk. 2.* Afbrydelse efter stk. 1, nr. 1 og 2, har også virkning i forhold til skyldneren personligt, og afbrydelse efter stk. 1, nr. 4, har også virkning i forhold til skyldnerens arvinger.

*Stk. 3.* Er der i de tilfælde, der er nævnt i stk. 1, nr. 2-5, inden forældelsesfristens udløb udstedt proklama eller indkaldt til det i konkurslovens § 13 omhandlede møde, indtræder forældelse ikke før udløbet af anmeldelsesfristen, henholdsvis afholdelse af det i konkurslovens § 13 omhandlede møde.

**§ 18.** Forældelsen afbrydes ved indgivelse af anmodning om udlæg, hvis fordringshaveren søger forretningen fremmet inden for rimelig tid.

*Stk. 2.* Foretages udlæg af en pantefoged, afbrydes forældelsen ved udlægsforretningens foretagelse.

*Stk. 3.* Bestemmelsen i stk. 1 finder tilsvarende anvendelse ved
1) indgivelse af anmodning til fogedretten om foretagelse af arrest,
2) fremsættelse af krav for fogedretten om andel i et auktionsprovenu og
3) indgivelse af anmodning til fogedretten om tilbagetagelse af en løsøregenstand, der er solgt med ejendomsforbehold.

*Stk. 4.* Forældelsen afbrydes ved restanceinddrivelsesmyndighedens underretning til skyldneren om afgørelse om indeholdelse i løn m.v. eller modregning.

**§ 19.** Når forældelsen afbrydes, løber fra det i stk. 2-6 fastsatte tidspunkt en ny forældelsesfrist, hvis længde bestemmes efter reglerne i denne lov.

*Stk. 2.* Sker afbrydelsen ved skyldnerens erkendelse af forpligtelsen, regnes den nye forældelsesfrist fra dagen for erkendelsen.

*Stk. 3.* Sker afbrydelsen ved foretagelse af retslige skridt som nævnt i § 16, regnes den nye frist fra den dag, da retsforlig indgås, dom afsiges, betalingspåkrav påtegnes af fogedretten, eller anden afgørelse træffes.

*Stk. 4.* Er fordringen anerkendt i et konkurs- eller dødsbo eller i vedtagen tvangsakkord eller afsagt gældssaneringskendelse, regnes den nye frist fra boets slutning, tvangsakkordens vedtagelse eller gældssaneringskendelsens afsigelse.

*Stk. 5.* Anerkendes fordringen efter anmeldelse som nævnt i § 17, stk. 1, nr. 5, regnes den nye forældelsesfrist fra dagen for anerkendelsen.

*Stk. 6.* Sker afbrydelsen ved indgivelse af anmodning om udlæg m.v., jf. § 18, stk. 1-3, regnes den nye forældelsesfrist fra fogedfor-

retningens eller auktionens afslutning eller, når arrest er forfulgt ved anlæggelse af justifikationssag, i overensstemmelse med reglen i stk. 3. Er forældelsen afbrudt ved underretning om afgørelse om lønindeholdelse, jf. § 18, stk. 4, regnes den nye forældelsesfrist fra det tidspunkt, da der træffes afgørelse om, at lønindeholdelsen ophører, eller senest fra det tidspunkt, da lønindeholdelsen har været stillet i bero i 1 år. Er forældelsen afbrudt ved underretning om afgørelse om modregning, jf. § 18, stk. 4, regnes den nye forældelsesfrist fra den dag, da afgørelsen om modregning træffes.

*Stk. 7.* Sker afbrydelsen ved indgivelse af anmodning om udlæg for en fordring som nævnt i § 5, løber en ny forældelsesfrist på 10 år også for de omkostninger og uforældede renter, der er opgjort under fogedforretningen.

## Kapitel 6

### Foreløbig afbrydelse af forældelse

**§ 20.** Har fordringshaveren inden forældelsesfristens udløb foretaget et retsligt skridt som nævnt i § 16, men fører dette ikke til forlig eller realitetsafgørelse, indtræder forældelse tidligst 1 år efter, at fordringshaveren har fået meddelelse om, at sagen er afsluttet. Har fordringshaveren ikke fået sådan meddelelse inden rimelig tid, regnes fristen fra det tidspunkt, da fordringshaveren fik kendskab til forholdet eller burde have søgt oplysning herom.

*Stk. 2.* Fordringshaveren kan ikke påberåbe sig stk. 1, hvis

1) det retslige skridt åbenbart ikke kunne føre til en realitetsafgørelse,
2) fordringshaveren hæver sagen, selv om en realitetsafgørelse kunne være opnået, eller
3) det beror på fordringshaverens valg ved indleveringen af et betalingspåkrav til fogedretten, at en realitetsafgørelse ikke træffes.

*Stk. 3.* Bestemmelserne i stk. 1 og 2 gælder tilsvarende, hvis fordringshaveren inden forældelsesfristens udløb har indgivet konkursbegæring, uden at konkursdekret er afsagt, har indgivet begæring om rekonstruktionsbehandling, uden at rekonstruktionsbehandling er indledt, eller har iværksat forfølgning som nævnt i § 18, uden at fogedforretning eller auktion er afholdt.

*Stk. 4.* Er fordringen inden forældelsesfristens udløb, jf. herved § 17, stk. 3, anmeldt i et konkurs- eller dødsbo, men bliver den ikke anerkendt, forældes fordringen mod skyldneren personligt eller dennes arvinger tidligst 1 år efter meddelelsen af afgørelsen om fordringens afvisning eller, hvis en sådan afgørelse ikke træffes, efter boets slutning. Tilsvarende gælder, når en fordring inden forældelsesfristens udløb er anmeldt i forbindelse med indledning af gældssaneringssag, anmeldt i forbindelse med indkaldelse som nævnt i § 17, stk. 1, nr. 5, eller anmeldt til rekonstruktøren i forbindelse med rekonstruktionsbehandling.

**§ 21.** Er der inden forældelsesfristens udløb af eller mod fordringshaveren anlagt rets- eller voldgiftssag om grundlaget for fordringen, indtræder forældelse tidligst 1 år efter sagens endelige afgørelse.

*Stk. 2.* Er en sag om fordringens eksistens eller størrelse eller en sag, som er afgørende herfor, inden forældelsesfristens udløb indbragt for en administrativ myndighed, indtræder forældelse tidligst 1 år efter, at myndigheden har givet meddelelse om sin afgørelse. Dette gælder, uanset om fordringen gøres gældende af den, der har indbragt sagen, eller af den anden part, herunder det offentlige. Indbringes sagen inden for den i loven fastsatte frist eller i øvrigt inden for rimelig tid for en højere administrativ myndighed eller for Folketingets Ombudsmand, regnes fristen på 1 år fra meddelelsen om denne myndigheds afgørelse, henholdsvis Ombudsmandens afslutning af sagen.

*Stk. 3.* Indbringes en tvist inden forældelsesfristens udløb for et privat klagenævn, ankenævn eller lignende, gælder stk. 2, 1. og 2. pkt., tilsvarende.

*Stk. 4.* Er der inden forældelsesfristens udløb efter retsplejelovens regler herom eller med hjemmel i parternes forudgående aftale fremsat begæring om afholdelse af syn og skøn uden for rets- eller voldgiftssag vedrørende forhold af betydning for fordringens eksistens eller størrelse, eller har parterne inden forældelsesfristens udløb indgået aftale herom, indtræder forældelse tidligst 1 år efter skønsforretningens afslutning.

*Stk. 5.* Er der inden forældelsesfristens udløb indledt forhandlinger om fordringen mellem skyldneren og fordringshaveren, eventuelt under medvirken af en uafhængig tredjemand, indtræder forældelse tidligst 1 år efter det tidspunkt, hvor forhandlingerne må anses for at være afsluttet.

**§ 22.** Hæfter flere skyldnere solidarisk for fordringen, og har fordringshaveren inden forældelsesfristernes udløb indledt retsforfølgning som nævnt i § 16 eller § 21, stk. 1, mod én af skyldnerne og skriftligt underrettet de øvrige om forfølgningen og opfordret dem til at varetage deres interesser under sagen, forældes fordringen mod de øvrige skyldnere tidligst 1 år efter, at sagen er afsluttet ved forlig, dom eller på anden måde.

*Stk. 2.* Samme regler gælder, når fordringen afhænger af et retsforhold, hvorom der er rejst sag af eller mod fordringshaveren.

## Kapitel 7

### Virkningerne af forældelse

**§ 23.** Ved forældelse mister fordringshaveren sin ret til at kræve opfyldelse.

*Stk. 2.* Ved forældelse af hovedfordringen bortfalder også krav på rente og lignende ydelse.

**§ 24.** Uanset fordringens forældelse bevarer fordringshaveren aftalt modregningsret og ret til modregning over for krav, som udspringer af det samme retsforhold, og som er stiftet, inden forældelse indtrådte.

**§ 25.** Ved en fordrings forældelse bortfalder også retten til fyldestgørelse for fordringen i pant eller udlæg i skyldnerens ejendom, jf. dog stk. 2.

*Stk. 2.* Uanset fordringens forældelse bevares retten til fyldestgørelse i pant i skyldnerens ejendom, når der er tale om

1) pant for hovedstolen ifølge tinglyst pantebrev i fast ejendom for en bestemt angiven sum,
2) håndpant, bortset fra håndpant i ejerpantebrev, eller
3) underpant i fast ejendom, som panthaveren inden fordringens forældelse har overtaget til brug.

*Stk. 3.* Tilbageholdsret berøres ikke af fordringens forældelse.

*Stk. 4.* En sælgers ejendomsforbehold i leveret løsøre bortfalder ved forældelse af fordringen på købesummen.

*Stk. 5.* Når en rettighed hviler på fast ejendom som grundbyrde, er alene de enkelte forfaldne ydelser genstand for forældelse.

## Kapitel 8

### Lovens fravigelighed m.v.

**§ 26.** Loven kan ikke ved forudgående aftale fraviges til skade for skyldneren.

*Stk. 2.* Loven kan heller ikke ved forudgående aftale fraviges til skade for en fordringshaver (forbruger), når denne hovedsagelig handler uden for sit erhverv og skyldneren er en erhvervsdrivende, der handler som led i sit erhverv.

*Stk. 3.* Den erhvervsdrivende har bevisbyrden for, at en aftale, den pågældende har indgået, ikke er omfattet af stk. 2.

*Stk. 4.* Bestemmelsen i stk. 2 finder ikke anvendelse, når der er udstedt et dokument for fordringen og skyldneren frigøres ved at erlægge ydelsen til den, der har dokumentet i hænde.

**§ 27.** Til frister efter denne lov medregnes den månedsdag, der svarer til den dag, hvorfra fristen regnes. I mangel af tilsvarende dag udløber fristen på den sidste dag i måneden.

*Stk. 2.* Udløber en frist i en weekend, på en helligdag, grundlovsdag, den 24. eller den 31. december, udstrækkes fristen til den førstkommende hverdag.

**§ 28.** Når der i anden lov er fastsat særlige forældelsesfrister eller andre særlige bestemmelser om forældelse, finder nærværende lovs bestemmelser anvendelse, i den udstrækning andet ikke følger af den anden lov eller af forholdets særlige beskaffenhed.

## Kapitel 9

### Ikrafttræden m.v.

**§ 29.** Loven træder i kraft den 1. januar 2008.

*Stk. 2.* Fra lovens ikrafttræden ophæves Danske Lov 5-14-4 og lov nr. 274 af 22. december 1908 om forældelse af visse fordringer, jf. dog § 30, stk. 1.

**§ 30.** Loven finder anvendelse også på tidligere stiftede fordringer, som ikke inden ikrafttrædelsesdagen er forældet efter de hidtil gældende regler, jf. dog stk. 2 og 4. Forældelse indtræder dog tidligst den 1. januar 2011, medmindre fordringen inden dette tidspunkt ville være forældet såvel efter denne lovs bestemmelser som efter de hidtil gældende bestemmelser. I det sidstnævnte tilfælde anvendes det seneste tidspunkt for forældelsens indtræden.

*Stk. 2.* Indtil den 31. december 2017 er fristen efter lovens § 3, stk. 3, nr. 4, dog 20 år efter tidspunktet for fordringens stiftelse for fordringer på forholdsmæssigt afslag i købesummen vedrørende fast ejendom på grund af forurening af jord.

*Stk. 3.* Afbrydelse af forældelse, der har fundet sted før lovens ikrafttræden, har virkning som afbrydelse efter denne lov, selv om den ikke er sket på den i loven foreskrevne måde.

*Stk. 4.* Lovens § 26, stk. 2, finder alene anvendelse på aftaler, der indgås eller forlænges efter lovens ikrafttræden.

**§ 31.** Loven gælder ikke for Færøerne og Grønland, men kan ved kongelig anordning sættes i kraft for disse landsdele med de afvigelser, som de særlige færøske og grønlandske forhold tilsiger.

Copyright © 2024 Karnov Group Denmark A/S                                                                                                                side 4

**(1)** Lov nr. 140 af 28. februar 2018 om ændring af straffeloven, lov om forældelse af fordringer, lov om erstatningsansvar og lov om erstatning fra staten til ofre for forbrydelser (Ophævelse af forældelsesfrister for gerningsmandens strafansvar i sager om seksuelt misbrug af børn og for erstatningskrav mod forvaltningsmyndigheder for svigt i sager om overgreb mod børn, forhøjelse af niveauet for tortgodtgørelse for seksuelle krænkelser samt ophævelse af 72-timersreglen i sager om voldtægt, incest og seksuelt misbrug af børn m.v.), hvis § 2 indsætter § 3, stk. 5, og ændrer i § 4, stk. 2 og § 30, stk. 2, indeholder følgende ikrafttrædelsesbestemmelser:

**§ 5.**

*Stk. 1.* Loven træder i kraft den 1. april 2018.

*Stk. 2.* ---.

*Stk. 3.* § 2, nr. 1, finder også anvendelse på fordringer, der er forældet før lovens ikrafttræden.

*Stk. 4-5.* ---.