# Exhibit 5

**VL1988.B 44-1987**
**TfS 1988, 581**

**Vestre Landsrets dom af 12. september 1988, j nr. B 44-1987**
*Rente spørgsmål – Lånearrangement – Vekselererfirma – Forældelse*

- Vestre Landsret tiltrådte en skatteyders påstand om, at nogle skattekrav vedr. indkomstårene 1978 og 1979 som følge af, at skatteyderen var nægtet ret til at fradrage renteudgifter vedr. et lånearrangement hos et vekselerfirma til køb af statsgældsbeviser, var forældet. Landsretten lagde til grund, at ligningsmyndighederne på baggrund af SD's cirkulære af 29. oktober 1979 om lånearrangementer havde haft anledning til straks at rejse de omhandlede skattekrav, i stedet for at afvente resultatet af en undersøgelse vedr. det pågældende vekselerfirma.

## Vestre Landsret
Dissens

I en af en skatteyder mod Skatteministeriet ved Vestre Landsret anlagt sag har Vestre Landsret omstødt Statsskattedirektoratets og ligningsrådets afgørelse truffet i 1986, og hvorefter skatteyderen med virkning for indkomstårene 1978 og 1979 var nægtet ret til at fradrage renteudgiften vedrørende et lånearrangement med et vekselerfirma. Lånet var optaget til finansiering af købet af statsgældsbeviser. Sagsøgeren nedlagde påstand om, at det som følge af de ændrede skatteansættelser rejste krav på restskatten for de omhandlede år var forældet efter forældelsesloven af 1908 § 1, nr. 4.

Vestre Landsrets dommerflertal fandt, at det af Statsskattedirektoratet den 29. oktober 1979 udfærdigede cirkulære om lånearrangementer af den her omhandlede karakter havde givet ligningsmyndighederne anledning til straks at rejse de omhandlede skattekrav over for sagsøgeren i stedet for at afvente resultaterne af de undersøgelser vedrørende det pågældende vekselerfirma, som først blev påbegyndt i 1983. Vestre Landsret gav derfor sagsøgeren medhold.

Skatteministeriet blev pålagt 13.500 kr. i sagsomkostninger.

En dommer afgav dissens.

Denne dommer mente ikke, at der var grundlag for at antage, at skattemyndighederne havde udvist forsømmelighed ved iværksættelsen og gennemførelsen af undersøgelsen hos vekselerfirmaet.

Copyright © 2021 Karnov Group Denmark A/S