# Exhibit 2

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2               CASE NO.  18-MD-2865 (LAK)

 3    _____
                                             )
 4    IN RE:                                 )
                                             )
 5    CUSTOMS AND TAX ADMINISTRATION OF      )
      THE KINGDOM OF DENMARK                 )
 6    (SKATTEFORVALTNINGEN) TAX REFUND       )
      SCHEME LITIGATION                      )
 7                                           )
      This document relates to:             )
 8    All cases                             )
      _____)
 9

10

11

12             C O N F I D E N T I A L

13

14

15    REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                  EXAMINATION OF

17                  HELEN SORENSEN

18                    VOLUME II

19             DATE: December 7, 2021

20

21

22

23

24

25      REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

CONFIDENTIAL
Helen Sorensen — December 7, 2021

```
 1              VIDEO OPERATOR:  We are now on

 2    record.

 3              This is the continued remote video

 4    recorded deposition of Helen Sorensen.

 5              Today is Tuesday, December 7th,

 6    2021.  The time is now 7:09 a.m. New York

 7    time.

 8              We are here in the matter of In Re:

 9    Customs and Tax Administration of the Kingdom

10    of Denmark, et al.

11              All counsel have been noted on

12    record.

13              My name is Jose Rivera, remote

14    video technician on behalf of Gregory

15    Edwards, LLC.

16              At this time, will the reporter,

17    Charlene Friedman, on behalf of Gregory

18    Edwards, LLC, please re-swear in the witness.

19

20

21    H E L E N   S O R E N S E N,

22              called as a witness, having been first duly

23    sworn according to law, testifies as follows:

24

25
```

```
 1              MR. DULBERG:  Objection.

 2       A    I -- I understand that this is a

 3   little bit out of my expertise area because

 4   that relates to the trading.

 5              If there are no shares registered

 6   for that particular owner, then -- I mean,

 7   that's -- that's -- that must be some sort of

 8   contract between customer B and his bank, his

 9   or her bank.

10       Q    And in the scenario where customer

11   B has no shares and they didn't go out to the

12   market, VP Securities would not make a

13   dividend distribution by having this

14   transaction unless there are actual shares

15   registered at the custodian?

16              MR. DULBERG:  Objection.

17       A    That is correct.  VP Securities

18   only pay out dividend based on holdings

19   registered in a securities account registered

20   in VP Securities.

21       Q    Now, in our last session of your

22   deposition, Mr. Schoenfeld also asked if, on

23   a given day, the custodian's customers had

24   bought and sold the same amount of security,

25   whether the custodian needs to go to the
```

```
 1    market to settle each trade.  And you said

 2    the custodian doesn't need to because it

 3    could trade with itself.

 4            Do you recall that?

 5       A    Yes.

 6       Q    And was your response premised on

 7    the custodian holding enough shares to fill

 8    all of its customers buy orders?

 9            MR. DULBERG:  Objection.

10       A    Yes, that was based on that fact.

11       Q    And if the custodian's customers

12    who wanted to sell stock that day didn't have

13    the stock in their accounts, can the

14    custodian fill its customers' buy orders that

15    same day without obtaining shares from the

16    market?

17            MR. DULBERG:  Objection, asked and

18    answered.

19       A    If you're meaning -- if your

20    question is would it be possible to -- to

21    settle this in -- in VP Securities, then no,

22    that would be lack of papers.

23       Q    And when you say "papers," what

24    does that refer to?

25       A    Securities.
```