# EXHIBIT C

CONFIDENTIAL
Graham Wade - March 16, 2022

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.  18-MD-2865 (LAK)

 3

 4       _____
                                              )
 5       IN RE:                               )
                                              )
 6       CUSTOMS AND TAX ADMINISTRATION OF )
         THE KINGDOM OF DENMARK               )
 7       (SKATTEFORVALTNINGEN) TAX REFUND   )
         SCHEME LITIGATION                    )
 8       _____)

 9

10

11

12

13              C O N F I D E N T I A L

14

15

16

17     REMOTE VTC VIDEOTAPED EXPERT DEPOSITION UNDER ORAL

18                     EXAMINATION OF

19                     GRAHAM WADE

20

21              DATE: March 16,  2022

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Graham Wade - March 16, 2022

Page 209

```
 1      options at Barclays for Renaissance

 2      Technologies known as "Cult"?

 3              MR. OXFORD:  Object to the form.

 4         A    Yes.

 5         Q    And what do you understand Cult to

 6      be?

 7         A    Well, I have to be careful here

 8      because, you know, I -- under my contractual

 9      position with Barclays, I have to be careful

10      about talking about the specifics of a given

11      transaction.

12              And this was a transaction that

13      Barclays executed for one of its clients, so.

14         Q    Okay.  Let's do it this way.  I'll

15      ask you questions and you tell me if you

16      agree or not.

17              Were Cult options designed to be

18      written for a period of longer than 12 months

19      so that Renaissance could realize long-term

20      capital gains even on short-term trading that

21      they did within the options basket?

22              MR. OXFORD:  Object to the form.

23         A    The -- the transactions as I

24      understand them were originally designed by

25      Renaissance Technologies, so I am unable
```

CONFIDENTIAL
Graham Wade - March 16, 2022

```
 1    law.

 2         Q    Okay.  Have you ever taken a view

 3    of U.S. tax law in your work at Barclays that

 4    was contrary to the view that was taken by

 5    the IRS?

 6              MR. OXFORD:  Object to form.

 7         A    That's a -- that's a very -- that's

 8    a very wide-open question and, you know, I

 9    wouldn't -- I wouldn't like to be able to be

10    specific on that.

11              In this particular case, the -- and

12    as the memo explains, it was not Barclays

13    that was taking a -- the relevant U.S. tax

14    position.  It was our client.

15         Q    Yeah.  And that was one of the

16    reasons why Barclays continued to write the

17    options for RenTech after this memo came out.

18         Right?

19              MR. OXFORD:  Object to the form.

20         A    I have to be -- for the reasons I

21    gave earlier, I have to be very careful here

22    because I know, obviously, there has been a

23    significant hearing in the U.S.  And I also

24    know -- I'm sure it's a matter of public

25    record that Nason Square and Flowana may
```

CONFIDENTIAL
Graham Wade - March 16, 2022

1    throughout the transaction, it was -- it's

2    clearly their tax filings and there was very

3    clear contractual arrangements around that.

4         That -- so each individual option

5    was not really a separate transaction.  It

6    was part of an overall synthetic prime

7    brokerage arrangement between Barclays and

8    one of its important clients.

9         Q    And do you recall at the time

10   whether Barclays itself disagreed with the

11   IRS' reading of the revenue laws that

12   prohibit the Cult transactions?

13        MR. OXFORD:  Objection to form.

14        A    I'm not sure that's what I just

15   said.  I think our client -- my recollection,

16   and I have to be getting close to -- I mean,

17   I have to think about what my duty of

18   confidentiality to the client is -- but my

19   recollection is that the clients have made us

20   aware that the IRS was investigating, through

21   the normal IRS audit process, the

22   transactions and that they opened a

23   transparent dialogue between us, Renaissance,

24   and the IRS had already existed before the

25   IRS issued the notice that's in this pact.