# EXHIBIT A

CONFIDENTIAL
Bruce Dubinsky - March 29, 2022

Page 1

1        UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK
2        CASE NO.  18-MD-2865 (LAK)

3

4    _____
                                            )
5    IN RE:                                 )
                                            )
6    CUSTOMS AND TAX ADMINISTRATION OF      )
     THE KINGDOM OF DENMARK                 )
7    (SKATTEFORVALTNINGEN) TAX REFUND       )
     SCHEME LITIGATION                      )
8                                           )
     _____)
9

10

11

12              C O N F I D E N T I A L

13

14

15   REMOTE VTC VIDEOTAPED EXPERT DEPOSITION UNDER ORAL

16                     EXAMINATION OF

17                     BRUCE DUBINSKY

18

19              DATE: March 29, 2022

20

21

22

23

24

25       REPORTED BY:  MICHAEL FRIEDMAN, CCR

CONFIDENTIAL
Bruce Dubinsky - March 29, 2022

Page 29

```
1    this case, are you?
2         A    No, I'm not.
3         Q    And you're also not offering an
4    opinion about whether SKAT reasonably relied
5    on the reclaim applications at issue in the
6    case.
7              Right?
8         A    That is correct.  I am not.
9         Q    Okay.  Mr. Dubinsky, have you ever
10   worked as a trader?
11        A    I have not worked as a trader, no.
12        Q    So you don't have any experience in
13   trading Danish securities.
14             Is that a fair statement?
15        A    I would agree with you, yes.
16        Q    Have you ever engaged in dividend
17   arbitrage trading?
18        A    I have not.
19        Q    Do you have any experience in
20   arranging structured transactions?
21             MR. WEINSTEIN:  Objection to form.
22        A    I have not.  I'm just trying to
23   think.
24             I have not been involved in
25   arranging structured transactions.
```

CONFIDENTIAL
Bruce Dubinsky - March 29, 2022

Page 67

```
 1              But you recall that, I take it?
 2       A      Yes.
 3       Q      Okay.  Those trades involved shares
 4   in Danish companies.
 5              Right?
 6       A      They were -- I classified those as
 7   purported transactions and purported shares
 8   of Danish companies.  That would be the way
 9   that I would classify them.
10       Q      Okay.  In your report, you reviewed
11   such trades in shares of Carlsberg.
12              Right?
13       A      Correct.
14       Q      And also such trades in Novo
15   Nordisk.
16              Correct?
17       A      Yes.
18       Q      And also you reviewed such trades
19   in AP Moeller-Maersk.
20              Right?
21       A      Correct.
22       Q      Okay.  And those are real
23   companies.
24              Right?
25       A      That is correct, yes.
```