# Exhibit 53

CERTIFIED TRANSLATION

**Section 1(1) of the Danish Sale of Goods Act (*købeloven*) (Enacted before 2012)**

The provisions of this Act only apply unless otherwise agreed, expressly or by implication, in a contract or required by trade usage or other custom.

**Section 19 of the Sale of Goods Act (Enacted before 2012)**

A contract for the acquisition of a share includes any dividend that has not fallen due for payment at the time of the conclusion of the contract.

(2) If a right to subscribe for new shares is or will become attached to the share, this right will flow to the purchaser.

**Section 59 of the Sale of Goods Act (Enacted before 2012)**

If it is disclosed that, at the time of the conclusion of the contract, the goods were the property of a person other than the seller, the purchaser may claim damages from the seller even if the seller was innocently mistaken as to his title. However, this does not apply if, at the time of the conclusion of the contract, the purchaser was not in good faith.



T:  (+45) 33 12 13 18
Sværtegade 3                      www.ad-astra.dk
DK-1118 København K         info@ad-astra.dk

I, the undersigned Benjamin Holst Kjeldsen, Danish certified translator and
interpreter of the English language, hereby certify the preceding text to be a true and
faithful translation of the attached Extract of the Danish Sale of Goods Act
in the Danish language.

In Witness Whereof I have hereunto set my hand and affixed my
Seal this 8th day of July 2022

**Benjamin Holst Kjeldsen**
**Certified Translator and Interpreter**

*Registration no. 76 with the Danish Association of Certified Translators and Interpreters*

### Købelovens § 1, stk. 1 (Ikrafttrådt før 2012)

Denne lovs bestemmelser kommer kun til anvendelse, for så vidt ikke andet er udtrykkelig aftalt, eller må anses for indeholdt i aftalen eller følger af handelsbrug eller anden sædvane.

### Købelovens § 19 (Ikrafttrådt før 2012)

Køb af aktie omfatter det udbytte, som ikke var forfalden på den tid, da købet sluttedes.

Stk. 2. Er eller bliver der til aktien knyttet ret til at tegne ny aktie, nyder køberen godt heraf.

### Købelovens § 59 (Ikrafttrådt før 2012)

Oplyses det at salgsgenstanden ved købets afslutning tilhørte en anden end sælgeren, kan køberen, selv om sælgeren var i en undskyldelig vildfarelse om sin adkomst, kræve skadeserstatning hos denne. Dette gælder dog ikke, hvis køberen ved købets afslutning ikke var i god tro.