# Exhibit 54

CERTIFIED TRANSLATION

**Section 27 of the Danish Debt Instrument Act (gældsbrevsloven) (Enacted on 1 July 1938)**

If a simple instrument of debt is transferred for ownership or mortgage purposes, the transferee does not obtain a better right than that of the transferor, unless otherwise provided by special rules of law.



T: (+45) 33 12 13 18
Sværtegade 3
DK-1118 København K
www.ad-astra.dk
info@ad-astra.dk

I, the undersigned Benjamin Holst Kjeldsen, Danish certified translator and interpreter of the English language, hereby certify the preceding text to be a true and faithful translation of the attached Extract of the Danish Debt Instrument Act in the Danish language.

In Witness Whereof I have hereunto set my hand and affixed my Seal this 8th day of July 2022

**Benjamin Holst Kjeldsen**
**Certified Translator and Interpreter**

*Registration no. 76 with the Danish Association of Certified Translators and Interpreters*

**Gældsbrevslovens § 27 (Ikrafttrådt den 1. juli 1938)**

Overdrages et simpelt gældsbrev til eje eller pant, får erhververen ikke bedre ret end overdrageren, medmindre andet følger af særlige retsregler