# Exhibit 63

Retsinformation

Print date: July 23, 2024

Computer translation - Only the Danish document has legal validity

BEK nr 86 of 30/01/2013 (Historical)

# Executive Order on penal provisions for infringements of Regulation (EC) No 236/2012 of the European Parliament and of the Council of 14 March 2012 on short selling and certain aspects of credit default swaps

| Ministry: Ministry of Business and Industry | Journal number: Ministry of Business and Growth, Danish Financial Supervisory Authority, j.nr. 1320014 |
|---|---|

**Subsequent changes to the regulation**

BEK nr 1179 of 02/11/2017

# Executive Order on penal provisions for infringements of Regulation (EC) No 236/2012 of the European Parliament and of the Council of 14 March 2012 on short selling and certain aspects of credit default swaps[1)]

Pursuant to section 93(5) of the Danish Securities Trading etc. Act, cf. Consolidated Act no. 855 of August 17, 2012, the following is laid down:

§ **1.** Unless a higher penalty is prescribed under other legislation, any person who infringes the following provisions of Regulation (EC) No 236/2012 of the European Parliament and of the Council of 14 March 2012 on short selling and certain aspects of credit default swaps shall be liable to a fine
1) Article 5, paragraph 1,
2) Article 6, paragraph 1,
3) Article 7, paragraph 1,
4) Article 8,
5) Article 9, paragraphs 1-3,
6) Article 12, paragraph 1,
7) Article 13(1),
8) Article 14, paragraph 1,
9) Article 15(1) and (2), or
10) Article 17, paragraphs 9-11,

*Stk. 2.* Unless a higher penalty is prescribed by other legislation, a fine shall be imposed on anyone who fails to comply with requirements imposed by the Danish FSA pursuant to Article 19(2) of Regulation (EC) No 236/2012 of the European Parliament and of the Council of 14 March 2012 on short selling and certain aspects of credit default swaps.

*Stk. 3.* Unless a higher penalty is prescribed by other legislation, any person who violates prohibitions or conditions laid down by the Danish FSA pursuant to Article 20(2) of Regulation (EC) No 236/2012 of the European Parliament and of the Council of 14 March 2012 on short selling and certain aspects of credit default swaps shall be liable to a fine.

*Stk. 4.* Unless a higher penalty is prescribed by other legislation, a fine shall be imposed on anyone who violates restrictions laid down by the Danish FSA pursuant to Article 21 of Regulation (EC) No 236/2012 of the European Parliament and of the Council of 14 March 2012 on short selling and certain aspects of credit default swaps.

§ **2.** Companies etc. (legal persons) may be held criminally liable in accordance with the rules in Chapter 5 of the Danish Criminal Code.

§ **3.** The Executive Order enters into force on February 1, 2013.

*Danish Financial Supervisory Authority, January 30, 2013*

Ulrik Nødgaard

/ Hanne Råe Larsen

Computer translation - Only the Danish document has legal validity

[1] The Executive Order contains penal provisions necessary to enforce certain provisions of Regulation (EC) No 326/2012 of the European Parliament and of the Council of 14 March 2012 on short selling and certain aspects of credit default swaps, Official Journal of the European Union 2012, No L 86, p. 1.

Retsinformation

Udskriftsdato: 23. juli 2024

ORIGINAL

BEK nr 86 af 30/01/2013 (Historisk)

# Bekendtgørelse om straffebestemmelser for overtrædelse af Europa-Parlamentets og Rådets forordning (EF) nr. 236/2012 af 14. marts 2012 om short selling og visse aspekter af credit default swaps

Ministerium: Erhvervsministeriet

Journalnummer: Erhvervs- og Vækstmin., Finanstilsynet, j.nr. 132-0014

### Senere ændringer til forskriften

BEK nr 1179 af 02/11/2017

# Bekendtgørelse om straffebestemmelser for overtrædelse af Europa-Parlamentets og Rådets forordning (EF) nr. 236/2012 af 14. marts 2012 om short selling og visse aspekter af credit default swaps[1)]

I medfør af § 93, stk. 5, i lov om værdipapirhandel m.v., jf. lovbekendtgørelse nr. 855 af 17. august 2012, fastsættes:

**§ 1.** Medmindre højere straf er forskyldt efter den øvrige lovgivning, straffes med bøde den, der overtræder følgende bestemmelser i Europa-Parlamentets og Rådets forordning (EF) nr. 236/2012 af 14. marts 2012 om short selling og visse aspekter af credit default swaps
1) artikel 5, stk. 1,
2) artikel 6, stk. 1,
3) artikel 7, stk. 1,
4) artikel 8,
5) artikel 9, stk. 1-3,
6) artikel 12, stk. 1,
7) artikel 13, stk. 1,
8) artikel 14, stk. 1,
9) artikel 15, stk. 1-2, eller
10) artikel 17, stk. 9-11,

*Stk. 2.* Medmindre højere straf er forskyldt efter den øvrige lovgivning, straffes med bøde den, der ikke efterkommer krav indført af Finanstilsynet efter artikel 19, stk. 2, i Europa-Parlamentets og Rådets forordning (EF) nr. 236/2012 af 14. marts 2012 om short selling og visse aspekter af credit default swaps.

*Stk. 3.* Medmindre højere straf er forskyldt efter den øvrige lovgivning, straffes med bøde den, der overtræder forbud eller betingelser fastsat af Finanstilsynet efter artikel 20, stk. 2, i Europa-Parlamentets og Rådets forordning (EF) nr. 236/2012 af 14. marts 2012 om short selling og visse aspekter af credit default swaps.

*Stk. 4.* Medmindre højere straf er forskyldt efter den øvrige lovgivning, straffes med bøde den, der overtræder begrænsninger fastsat af Finanstilsynet efter artikel 21, i Europa-Parlamentets og Rådets forordning (EF) nr. 236/2012 af 14. marts 2012 om short selling og visse aspekter af credit default swaps.

**§ 2.** Der kan pålægges selskaber m.v. (juridiske personer) strafansvar efter reglerne i straffelovens 5. kapitel.

**§ 3.** Bekendtgørelsen træder i kraft den 1. februar 2013.

*Finanstilsynet, den 30. januar 2013*

ULRIK NØDGAARD

/ Hanne Råe Larsen

1) Bekendtgørelsen indeholder straffebestemmelser, som er nødvendige for at kunne håndhæve visse bestemmelser i Europa-Parlamentets og Rådets forordning (EF) nr. 326/2012 af 14. marts 2012 om short selling og visse aspekter af credit default swaps, EU-Tidende 2012, nr. L 86, s. 1.