**Hughes Hubbard & Reed**

**MEMO ENDORSED**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/14/24__

Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

August 13, 2024

BY ECF

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
KaplanNYSDChambers@nysd.uscourts.gov

Re:    *In re Customs and Tax Administration of the Kingdom of Denmark
(Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)

Dear Judge Kaplan:

This letter motion relates to the cases consolidated for Trial One.  We write on behalf of plaintiff Skatteforvaltningen ("SKAT") and the Trial One Defendants to request an extension of the deadline for the parties to submit a joint proposed special verdict form from August 15, 2024 to September 10, 2024.  In preparation for the submission, the parties have exchanged draft verdict forms relating to the claims asserted against the Trial One Defendants and the Defendants' affirmative defenses.  An extension of the deadline will allow the parties to continue to work towards resolving disagreements regarding proposed language and discuss potential opportunities to shorten and consolidate the form.

This is the parties' first request to modify the schedule for the submission of the proposed special verdict form.

Respectfully submitted,

/s/ Marc A. Weinstein
Marc A. Weinstein

Granted.

SO ORDERED

LEWIS A. KAPLAN, USDJ    8/14/24