# Exhibit 3

CONFIDENTIAL
Michael Ben-Jacob - October 11, 2021

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              MASTER DOCKET 18-MD-2865(LAK)
                   CASE NO. 18-CV-09797
 3
     _____
 4                                          )
     IN RE:                                 )
 5                                          )
     CUSTOMS AND TAX ADMINISTRATION OF      )
 6   THE KINGDOM OF DENMARK                 )
     (SKATTEFORVALTNINGEN) TAX REFUND       )
 7   SCHEME LITIGATION                      )
                                            )
 8   _____)

 9

10

11

12              C O N F I D E N T I A L

13

14

15     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                    EXAMINATION OF

17                  MICHAEL BEN-JACOB

18                DATE: October 11, 2021

19

20

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

```
 1                  P R O C E E D I N G S
 2
 3       M I C H A E L   B E N - J A C O B,
 4             called as a witness, having been first
 5       duly affirmed according to law, testifies as
 6       follows:
 7                          * * * * * *
 8       EXAMINATION BY MR. MAGUIRE:
 9            Q    Good morning, Mr. Ben-Jacob?
10            A    Good morning.
11            Q    My name is Bill Maguire.  I'm going
12       to be asking you some questions.
13                 If there's any question that you
14       don't understand, please don't answer it.
15       Please just let me know you don't understand
16       the question and give me an opportunity to
17       clarify the question so you do understand it.
18                 Is that okay?
19            A    Sure.  Thank you.
20            Q    That way we'll have a clear record.
21       And we will know that when you have answered
22       a question, you understood the question.
23                 Is that fair?
24            A    Yes.
25            Q    Now, sir, we're going to be talking
```

1    partnership structure."
2            Do you see that?
3       A    I do.
4       Q    And what was the answer to that
5    question?
6       A    (Witness reviewing.)
7            Well, again, I don't -- I don't
8    recall what the context was surrounding this
9    e-mail, and if it seems to derive from a
10   conversation that begins with, "As we
11   discussed," I have no recollection of that
12   conversation, so I can't place the context of
13   that comment.
14      Q    Do you recall you or anyone at your
15   firm addressing the issue of whether a
16   pension plan could represent to Denmark that
17   it is the beneficial owner of tax reclaims
18   when that plan was a partner in a
19   partnership?
20           MR. DEWEY:  Objection.
21      A    Yes, I do recall that there were
22   internal discussions related to that general
23   question.
24      Q    And who participated in those
25   general discussions?

1      A    To the best of my recollection, I
2    don't have an exclusive list, but to the best
3    that I can recall, it would have been Peter
4    Wells, Kathleen Wechter, Arthur Woodard.
5           There may have been others, but I
6    can't recall specifically other names.
7      Q    And what was the upshot of those
8    discussions?
9           MR. DEWEY:  This is discussions on
10       the representation to Denmark, Bill,
11       right?
12          MR. MAGUIRE:  Yes.
13          MR. DEWEY:  Okay.
14     A    The general conclusion we reached
15   was that we were -- we are not Danish lawyers
16   and can't advise on Danish law matters.  And
17   we turned back to the clients, in particular
18   in this instance, Jerome Lhote, as I seem to
19   recall, to ask if that was an issue that he
20   had vetted with Danish counsel.
21          And he indicated that he had and
22   that a -- and that that representation could
23   be made.
24     Q    And did he tell you who was the
25   Danish counsel that he had vetted that with?

CONFIDENTIAL
Michael Ben-Jacob - October 11, 2021

Page 167

1           I don't have any more than my
2    general recollection at this time.
3       Q    Did you see any problem with the
4    plans making a representation to Denmark that
5    they were the beneficial owners of shares
6    when they were legally obligated to pay
7    two-thirds of the reclaims to Solo?
8           MR. DEWEY:  Objection.
9       A    As I mentioned earlier, in
10   discussions with Jerome Lhote, he indicated
11   that he had taken advice from Danish counsel
12   and reported back to us, to me, that it was
13   appropriate to treat the pensions as the
14   beneficial owner for Danish law purposes.
15      Q    You understand that this Exhibit
16   4500 is a Danish law opinion?
17      A    I do understand that, yes.
18      Q    Given by a Danish law firm?
19      A    Yes, I understand that.
20      Q    And you understand that in this
21   opinion on Page 5, that Danish firm is saying
22   that a United States pension fund should be
23   regarded as the beneficial owner of the
24   Danish dividend if it is not legally
25   obligated to pay any portion of the dividend