# Exhibit 4

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.   18-MD-2865 (LAK)

 3     _____
                                          )
 4     IN RE:                             )
                                          )
 5     CUSTOMS AND TAX ADMINISTRATION OF  )
       THE KINGDOM OF DENMARK             )
 6     (SKATTEFORVALTNINGEN) TAX REFUND   )
       SCHEME LITIGATION                  )
 7                                        )
       This document relates to case nos. )
 8     19-cv-01783; 19-cv-01788; 19-cv-01794; )
       19-cv-01798; 19-cv-01918           )
 9     _____)

10

11

12                  C O N F I D E N T I A L

13              SUBJECT TO THE PROTECTIVE ORDER

14

15     CONTINUED REMOTE VTC VIDEOTAPED DEPOSITION UNDER

16                     ORAL EXAMINATION OF

17                    JOHN VAN MERKENSTEIJN

18                          VOLUME II

19                    DATE: April 20, 2021

20

21

22

23

24

25           REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Confidential - Subject to The Protective Order
John Van Merkensteijn - April 20, 2021

Page 262

```
 1     JOHN VAN MERKENSTEIJN,
 2           called as a witness, having been first
 3     duly sworn according to law, testifies as follows:
 4
 5           MS. MCCARTHY:  Marc, before we
 6      start, can I just add something to the
 7      record.  I failed yesterday to designate
 8      the transcript from yesterday as
 9      Confidential pursuant to the protective
10      order, and ask that it be so designated
11      now.
12           MR. WEINSTEIN:  Okay.
13           MS. MCCARTHY:  Thank you.
14
15     CONTINUED EXAMINATION BY MR. WEINSTEIN:
16          Q    Good morning, Mr. Van Merkensteijn?
17          A    Good morning.
18          Q    Can we start by having you look at
19     Exhibit 2307?
20           MR. WEINSTEIN:  Mark this as 2307.
21           (Whereupon the above mentioned was
22      marked for Identification.)
23          A    Okay.
24          Q    Exhibit 2307 is an invoice from
25     Ganymede Cayman, Limited to you and it names
```

1  them.
2       Q    Did they actually provide you with
3  legal advice regarding the issues on whether
4  they were qualified under the Internal
5  Revenue code?
6       A    I don't recall specific advice.  We
7  asked them to organize the plans, they
8  organized the plans.
9            If they weren't qualified, then I
10 would have heard about it somehow.
11      Q    Did Kaye Scholer provide you legal
12 advice regarding the requirements under the
13 Danish U.S. double taxation treaty?
14      A    Well, the underlying principal of
15 the transaction was to have pension plans
16 that qualified under the treaty, and they
17 formed them.
18           So did we get written advice that
19 said that they qualified?  I don't know.
20           But we asked them to form entities
21 that qualified, and they did.
22      Q    Did Kaye Scholer provide legal
23 advice regarding whether the pension plans
24 were the beneficial owners of the securities
25 at issue in the Danish trading?

Confidential - Subject to The Protective Order
John Van Merkensteijn - April 20, 2021

Page 373

1         A    Again, I don't have specific
2    concrete building blocks of what advice they
3    gave us.  We gave them everything we did.  We
4    gave them all the information about
5    everything as we went along.
6              And if they had seen any red flags,
7    which occasionally on some issue or another
8    they did, we would discuss it, figure out how
9    to resolve it, or if we saw a red flag, they
10   would help us resolve it.
11             So I don't recall.
12        Q    Do you recall any red flags that
13   you or the group brought to Kaye Scholer's
14   attention?
15        A    I don't know who originated some of
16   the issues about the Commodity Trading
17   Securities Law aspects.
18             I don't know who raised those
19   issues.
20        Q    Do you recall any other red flags
21   that you or the Argre group brought to
22   Kaye Scholer's attention?
23        A    I can't recall.
24        Q    Do you recall any red flags that
25   Kaye Scholer raised after getting the