# Exhibit 1

CONFIDENTIAL
Helen Sorensen - September 21, 2021

Page 1

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
 2                MASTER DOCKET 18-MD-2865(LAK)

 3
     _____
 4                                      )
     IN RE:                             )
 5                                      )
     CUSTOMS AND TAX ADMINISTRATION OF  )
 6   THE KINGDOM OF DENMARK             )
     (SKATTEFORVALTNINGEN) TAX REFUND   )
 7   SCHEME LITIGATION                  )
                                        )
 8   _____)

 9

10

11

12           *************************************
             *                                   *
13           *           CONFIDENTIAL            *
             *                                   *
14           *************************************

15

16

17      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

18                     EXAMINATION OF

19                     HELEN SORENSEN

20              DATE: September 21, 2021

21

22

23

24

25      REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

CONFIDENTIAL
Helen Sorensen - September 21, 2021

Page 12

```
 1    H E L E N  S O R E N S E N,
 2              called as a witness, having been first duly
 3    sworn according to law, testifies as follows:
 4
 5
 6    EXAMINATION BY MR. SCHOENFELD:
 7         Q    Good morning, Ms. Sorensen.
 8              My name is Alan Schoenfeld, and
 9    I'll be asking you some questions today.
10              Could you state your full name, for
11    the record, please?
12         A    My full name is Helen Sorensen.
13         Q    All right.  My next question was,
14    do you understand English --
15         A    I do, yes.
16         Q    Okay.  Do you consider yourself
17    fluent in English?
18         A    Yes, I do, yes.
19         Q    Okay.  And are you willing to
20    answer questions today in English without a
21    translator?
22         A    Yes.  I will -- I would like to use
23    a translator if there is a legal term or
24    something that I need to get defined
25    accurately.
```

```
 1         A    Yes, you can -- there's holding at
 2    the end of the day, then it would be zero.
 3         Q    And so that trade might never end
 4    up being reported to anyone because it's
 5    netted out to zero over the course of the
 6    day, right?
 7              MR. SMITH:  Object to the form.
 8         A    Depends on who your broker ought to
 9    report to.
10              If your broker ought to report to
11    the tax authorities, then they would have
12    reported that to the tax authorities.  Or
13    the --
14         Q    Do you know -- I apologize.
15         A    Or other financial entities, like
16    the FSA and someone.
17         Q    What brokers are required to report
18    directly to SKAT?
19              MR. SMITH:  Object to the form.
20         A    In -- in Denmark, there would be an
21    agreement with SKAT.
22         Q    Do Danish brokers have accounts
23    with VP Securities?
24         A    I can't answer fully all Danish
25    brokers, but on a market, a general amount of
```

1    practice would be that they either have or
2    that they have made agreements with a
3    participant so that they have securities
4    accounts in VP, say on the basis that they
5    use another account controller.
6        Q    Okay. And brokers generally have
7    lots of customers, right?
8            MR. SMITH: Object to the form.
9        A    That's quite an organ (sic). I
10   wouldn't know. It depends on the broker.
11       Q    Okay. So suppose the broker has
12   two customers. We're going to do another
13   hypothetical here, but the broker I'm talking
14   about has two customers.
15           One of those customers buys 100
16   shares of Novo and the other sells 100 shares
17   of Novo.
18           At the end of the day, does the
19   broker need to go into the market to purchase
20   shares for one client while selling shares
21   for the other?
22           MR. SMITH: Object to the form.
23       A    No, they would not need to do that.
24   They would need to do book entry.
25           To my knowledge, they would need to

1    do a book entry in their own system.
2         Q    And would the broker have any
3    obligation to report those trades either to
4    the financial counter-party or to
5    VP Securities?
6              MR. SMITH:  Object to the form.
7         A    As far as my knowledge, not to
8    VP Securities.  I don't know about the other
9    entities.
10        Q    Well, the broker could net those
11   transactions, right?
12             MR. SMITH:  Object to the form.
13        A    Let me try and answer this.
14             The broker have -- the broker that
15   you're talking about really has two
16   customers.  Does -- does the broker have one
17   securities account or two securities
18   accounts?
19        Q    So the broker is using one
20   securities account for multiple investors,
21   and two of those investors are the ones who
22   buy and sell the same number of shares of
23   Novo on the same day.
24             MR. SMITH:  Object to the form.
25        A    And that securities account is

CONFIDENTIAL
Helen Sorensen - September 21, 2021

Page 75

1     registered with VP Securities?
2          Q    Correct.
3          A    Then the proper would not need to
4     send in settlement instructions.
5          Q    Can you explain what it means to
6     net transactions?
7          A    Yeah.  Let me try.
8               During the day, a lot of purchase
9     and selling can happen in one ISIN code for
10    different investors.
11              And if all of the holdings are
12    registered in the same securities account,
13    then it's possible to the participant to net
14    all of the settlement instructions into one
15    settlement instruction, which is the sum
16    of the -- of -- of all of these.
17              So both the amount of securities
18    that needs to exchange hands, but also the
19    amount of liquidity that is needed is as low
20    as possible, but -- meaning that the
21    settlement instruction is based on the -- the
22    minimal amount of securities and cash needed.
23         Q    Are you done?
24         A    Yes.
25         Q    Okay.  And is that why financial