# Exhibit 2

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 1

1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
2                 CASE NO.  18-MD-2865 (LAK)

3    _____
                                             )
4    IN RE:                                  )
                                             )
5    CUSTOMS AND TAX ADMINISTRATION OF       )
     THE KINGDOM OF DENMARK                  )
6    (SKATTEFORVALTNINGEN) TAX REFUND        )
     SCHEME LITIGATION                       )
7                                            )
     This document relates to:               )
8    All cases                               )
     _____)
9

10

11

12              C O N F I D E N T I A L

13

14

15     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                   EXAMINATION OF

17                   HELEN SORENSEN

18                      VOLUME II

19               DATE: December 7, 2021

20

21

22

23

24

25     REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 9

1            VIDEO OPERATOR:  We are now on
2    record.
3            This is the continued remote video
4    recorded deposition of Helen Sorensen.
5            Today is Tuesday, December 7th,
6    2021.  The time is now 7:09 a.m. New York
7    time.
8            We are here in the matter of In Re:
9    Customs and Tax Administration of the Kingdom
10   of Denmark, et al.
11           All counsel have been noted on
12   record.
13           My name is Jose Rivera, remote
14   video technician on behalf of Gregory
15   Edwards, LLC.
16           At this time, will the reporter,
17   Charlene Friedman, on behalf of Gregory
18   Edwards, LLC, please re-swear in the witness.
19
20
21   H E L E N  S O R E N S E N,
22           called as a witness, having been first duly
23   sworn according to law, testifies as follows:
24
25

1      Q    Is that because the custodian can
2   fill customer A's one-hundred-share buy order
3   with the one hundred shares that customer B
4   wants to sell?
5           MR. DULBERG:  Objection.
6      A    The bank already in the securities
7   account has the possession of the holding for
8   both the seller and then also would keep the
9   holding for the buyer.  Then there would be
10  no registration in VP Securities.  The bank
11  would just do book entry in their own
12  systems.
13     Q    So your response was premised on
14  the assumption that there were shares within
15  the custodian that would be used to complete
16  those transactions?
17          MR. DULBERG:  Objection.
18     A    Yes, yes.
19     Q    What if customer B, who was doing
20  the selling, has no shares of Novo Nordisk in
21  its account.
22          In that scenario, would the
23  custodian have to go to the market to obtain
24  the one hundred shares of Novo to fill
25  customer A's buy order?

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 27

```
1              MR. DULBERG:  Objection.
2       A     I -- I understand that this is a
3    little bit out of my expertise area because
4    that relates to the trading.
5              If there are no shares registered
6    for that particular owner, then -- I mean,
7    that's -- that's -- that must be some sort of
8    contract between customer B and his bank, his
9    or her bank.
10      Q     And in the scenario where customer
11   B has no shares and they didn't go out to the
12   market, VP Securities would not make a
13   dividend distribution by having this
14   transaction unless there are actual shares
15   registered at the custodian?
16             MR. DULBERG:  Objection.
17      A     That is correct.  VP Securities
18   only pay out dividend based on holdings
19   registered in a securities account registered
20   in VP Securities.
21      Q     Now, in our last session of your
22   deposition, Mr. Schoenfeld also asked if, on
23   a given day, the custodian's customers had
24   bought and sold the same amount of security,
25   whether the custodian needs to go to the
```

1    market to settle each trade.  And you said
2    the custodian doesn't need to because it
3    could trade with itself.
4         Do you recall that?
5    A    Yes.
6    Q    And was your response premised on
7    the custodian holding enough shares to fill
8    all of its customers buy orders?
9         MR. DULBERG:  Objection.
10   A    Yes, that was based on that fact.
11   Q    And if the custodian's customers
12   who wanted to sell stock that day didn't have
13   the stock in their accounts, can the
14   custodian fill its customers' buy orders that
15   same day without obtaining shares from the
16   market?
17        MR. DULBERG:  Objection, asked and
18   answered.
19   A    If you're meaning -- if your
20   question is would it be possible to -- to
21   settle this in -- in VP Securities, then no,
22   that would be lack of papers.
23   Q    And when you say "papers," what
24   does that refer to?
25   A    Securities.

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 60

1      A    That is incorrect because the
2   entitlement of dividend is registered at the
3   settlement date.
4      Q    Okay. Let's go to Mr. Smith's
5   hypothetical of customers A and B who are --
6   who have accounts within the same custodial
7   bank in a single omnibus account.
8           And Mr. Smith asked you if A buys
9   and B sells one hundred shares and at the
10  start of the day there are no shares at the
11  custodial bank, at the end of the day you
12  would agree that there would be no shares at
13  the custodial bank.
14          Do I have that right?
15          MR. SMITH:  Objection to form,
16  misstates the prior questioning.
17     A    I agree that the sum at the end of
18  the day would be zero.
19     Q    And the analysis wouldn't be any
20  different if, at the start of the day, the
21  custodian held ten million shares of Novo
22  Nordisk.
23          At the end of the day, the
24  custodian would still own ten million shares
25  of Novo Nordisk, right?

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 61

```
1            MR. SMITH:  Objection to form.
2       A    There is ten million shares on the
3    securities account on record date, and at 5
4    o'clock -- at 5:59:59:59 in VP Securities,
5    then the amount of shares would calculate a
6    certain amount of dividend to be distributed
7    to that securities account.
8       Q    Sure.
9            And my -- my question was just
10   about the netting or what's called
11   internalizing.
12           And so, if at the start of the day
13   the custodian has ten million shares of Novo
14   Nordisk, and during the course of the day
15   customers A and B exchange 20 million shares
16   buying and selling, but the buys equal the
17   sales, at the end of the day the custodian
18   still has ten million shares in its account,
19   correct?
20           MR. SMITH:  Objection to form.
21      A    At the end of the day, there is ten
22   million shares registered on the securities
23   account, and that is the basis for
24   distribution calculation.
25      Q    Understood.
```

1              And -- and I'm not even asking a
2     distribution of dividends, but to go back to
3     Mr. Smith's numbers where the custodian
4     started with zero shares, do you have that in
5     mind?
6              MR. SMITH:  Objection to form.
7         A    Umm-hmm.
8         Q    And client A bought one hundred
9     shares and client B sold one hundred shares,
10    do you have that in mind?
11        A    Yes.
12             MR. SMITH:  Objection to form.
13        Q    At the end of the day, the
14    custodian would have, assuming it started the
15    day with no shares, it would end the day with
16    no shares, correct?
17             MR. SMITH:  Objection to form.
18        A    Correct.
19        Q    It would have nothing to report to
20    VP Securities, correct?
21             MR. SMITH:  Objection to form.
22        A    That is correct.
23        Q    Now, if we increase all of these
24    numbers so that the custodian starts the
25    morning with one million shares of Novo