# Exhibit 10

| | |
|---|---|
| **Internal Revenue Service** | **Department of the Treasury** |
| **Tax Exempt and Government Entities Division** | |
| TE/GE Employee Plans | |
| 850 Trafalgar Court; TE/GE: EP 7654 | |
| Maitland, FL 32751 | |

Date: **FEBRUARY 03, 2020**

Richard J. Markowitz
RJM Capital, LLC
/ **Redacted - PII** /

Taxpayer Identification Number:
  26-0566132
Form Number:
  5500:-EZ
Name of Plan:
  RJM Capital Pension Plan
Plan Number:
  001
Plan Year(s) Ended:
  December 31, 2016

Person to Contact/ID Number:
  Sharon Petshaft / 06-03467
Contact Telephone Number:
  (203) 492-8622

Dear Mr. Markowitz:

Our recent examination of your return(s) for the above year(s) shows no change is necessary in the information reported. We are pleased to inform you that we have accepted the return(s) as filed.

If you have any questions, please contact the person whose name and telephone number are shown above.

Thank you for your cooperation.

                                                            Sincerely,

                                                            Catherine L. Jones
                                                            Director, EP Examinations

cc  Amy A. Null

Letter 992-A (Rev. 06-2004)
Catalog Number 38680Q