# Exhibit 13

CONFIDENTIAL
C. Frederick Reish - March 25, 2022

Page 1

```
UNITED STATES DISTRICT COURT
  SOUTHERN DISTRICT OF NEW YORK
     CASE NO.  18-MD-2865 (LAK)

_____
                                 )
IN RE:                           )
                                 )
CUSTOMS AND TAX ADMINISTRATION OF)
THE KINGDOM OF DENMARK           )
(SKATTEFORVALTNINGEN) TAX REFUND )
SCHEME LITIGATION                )
_____)
```

C O N F I D E N T I A L

REMOTE VTC VIDEOTAPED EXPERT DEPOSITION UNDER ORAL

EXAMINATION OF

C. FREDERICK REISH

DATE: March 25, 2022

REPORTED BY:  MICHAEL FRIEDMAN, CCR

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

```
 1   C. FREDERICK REISH,
 2         called as a witness, having been first
 3   duly sworn according to law, testifies as follows:
 4
 5
 6
 7   EXAMINATION BY MR. MAGUIRE:
 8         Q    Good morning, Mr. Reish?
 9         A    Good morning.  Actually, it's
10   Reish.
11         Q    Reish.  I'm sorry.
12         A    No problem.
13         Q    So, Mr. Reish, my name is Bill
14   Maguire.  I'm going to be asking you
15   questions today.
16              If any question that I ask you is
17   unclear, will you please let me know before
18   you answer the question?
19         A    Yes.
20         Q    That way you'll give me an
21   opportunity to clear up the question and
22   we'll all know, when you answer the question,
23   you understood the question.
24              Is that agreeable?
25         A    Yes.
```

1              I didn't really focus on whether
2     securities lending had been part of that
3     because it wasn't a qualification issue, and
4     my role in doing this was to evaluate the
5     plan from a qualification perspective.
6              But they very well could have been.
7        Q    Now, where there is securities
8     lending, that's -- that gives rise -- where a
9     plan has investment earnings from
10    debt-financed activities, that gives rise to
11    unrelated business taxable income.
12             Isn't that right?
13             MR. MULLEN:  Objection.
14       A    I have thoughts on that.  First,
15    it's called "debt-financed income," which is
16    a subset of unrelated business taxable
17    income.  But it's in its own category.
18             Secondly, I didn't really look at
19    the transactions.  I didn't -- I didn't look
20    to see if the plan was lending or if the plan
21    was borrowing.  And so I didn't make a
22    determination on that.
23             You have to borrow money to make
24    money in order to have financed income, and I
25    didn't really study the transactions that

1  way.
2      Q    Did you focus on whether, in fact,
3  the RJM plan was borrowing money?
4      A    No.
5      Q    Did you go -- did you focus on
6  whether the RJM plan had debt-financed
7  income?
8      A    No.  That wasn't -- that was
9  outside my focus on the plan's qualification.
10     Q    Where a plan had very substantial
11 borrowings and very substantial debt-financed
12 income, would you expect that to be something
13 that would be the subject of an inquiry in
14 the course of an IRS audit?
15         MR. MULLEN:  Objection.
16         MR. DILLMAN:  Objection as to form.
17     A    A plan borrowed money to make
18 investments and made a profit on that
19 investment.  The IRS agent would likely say
20 that the plan should file an income tax
21 return and pay income taxes on that part of
22 the -- of the -- you know, on those
23 investment -- related to those investments,
24 to the DFI related to those investments.
25         That's -- yes, I would think that

CONFIDENTIAL
C. Frederick Reish - March 25, 2022

Page 245

```
 1    an IRS agent would raise that issue.
 2        Q    And did you see any evidence of the
 3    IRS agent here raising that?
 4        A    No.  I -- like I said earlier, I
 5    just don't know what information was given to
 6    the agent on that.  I don't fully understand
 7    whether it's lending or borrowing, so I'm
 8    not -- I don't have the background to
 9    determine whether or not it is DFI.  That's
10    debt-financed income, DFI.
11            MR. MULLEN:  Bill, when you hit a
12        good spot, I think we've been at it for
13        about an hour and 15 minutes.
14            MR. MAGUIRE:  Yeah, just in a
15        couple of minutes, we'll find a good
16        spot, Sean.
17        Q    Sir, do you have any understanding
18    as to why the IRS agent did not raise this
19    issue of debt-financed income in the course
20    of the audit of the RJM plan?
21            MR. BAHNSON:  Objection to form, no
22        foundation.
23        A    I don't know that the IRS agent
24    didn't raise it.  I mean, all I have is what
25    I have.
```