# Exhibit 2

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

```
 1                    UNITED STATES DISTRICT COURT

 2                    SOUTHERN DISTRICT OF NEW YORK

 3          _____
                                           )
 4                                         )
            In re                          )
 5                                         )
            CUSTOMS AND TAX ADMINISTRATION )   MASTER DOCKET
 6          OF THE KINGDOM OF DENMARK      )   18-MD-2865 (LAK)
            (SKATTEFORVALTNINGEN) TAX      )
 7          REFUND SCHEME LITIGATION       )
                                           )
 8          This document relates         )
            To:  All cases                 )
 9          _____)

10

11

12                    C O N F I D E N T I A L

13

14

15                    VIDEO DEPOSITION OF
                          LISBETH ROMER
16                    Copenhagen, Denmark
                      Thursday, June 3, 2021
17                      10:00 a.m.   (CEST)

18

19                         Taken at:
                      Offices of Poul Schmith
20           Kammeradvokaten, Kalvebod Brygge 32,
                      1560 Copenhagen V, Denmark
21                    And WebEx via New York

22

23

24

25          Reported by:  FREDERICK WEISS, CSR, CM
```

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 14

| | | |
|---|---|---|
| 10:09:18 | 1 | of DC. |
| 10:09:18 | 2 | At this time, will the reporter, |
| 10:09:20 | 3 | Frederick Weiss, on behalf of Gregory Edwards LLC, |
| 10:09:24 | 4 | please swear in the interpreter and the witness. |
| | 5 | WHEREUPON -- |
| | 6 | KIRSTEN FOLLIN, INTERPRETER |
| | 7 | Affirmed that she would translate, to the best of |
| | 8 | her knowledge and ability from the English |
| | 9 | language to the Danish language and from the |
| | 10 | Danish language to the English language. |
| | 11 | |
| 10:08:50 | 12 | LISBETH ROMER, |
| 10:08:50 | 13 | Called as a Witness herein by counsel for |
| 10:08:50 | 14 | Defendant Azalea, et al., having been first duly |
| 10:08:50 | 15 | sworn, was examined and testified as follows: |
| 10:10:11 | 16 | EXAMINATION |
| 10:10:11 | 17 | BY MS. MCCARTHY: |
| 10:10:12 | 18 | Q.    Good morning, Ms. Romer. |
| 10:10:14 | 19 | A.    Good morning. |
| 10:10:14 | 20 | Q.    My name is Sharon McCarthy and I |
| 10:10:17 | 21 | will be asking you questions on behalf of the |
| 10:10:19 | 22 | defendants in this litigation today. |
| 10:10:29 | 23 | You understand English, correct? |
| 10:10:32 | 24 | A.    Yes. |
| 10:10:32 | 25 | Q.    Are you comfortable answering my |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 30

| | | |
|---|---|---|
| 10:28:45 | 1 | Q. Do you know why that was happening? |
| 10:28:47 | 2 | A. That was an increase all over the |
| 10:28:49 | 3 | world that people got more money and more interest |
| 10:28:53 | 4 | in investing and things like that, I presume. |
| 10:28:57 | 5 | Q. And it was interest in owning |
| 10:28:59 | 6 | shares of Danish companies, correct? |
| 10:29:01 | 7 | A. Yes. |
| 10:29:02 | 8 | Q. Okay. And so you moved there in |
| 10:29:13 | 9 | 2002? |
| 10:29:14 | 10 | A. Yes. |
| 10:29:14 | 11 | Q. What were your responsibilities -- |
| 10:29:17 | 12 | it's my understanding that you became the head of |
| 10:29:20 | 13 | accounting, too, in January 2009, correct? |
| 10:29:24 | 14 | A. Yes. |
| 10:29:24 | 15 | Q. Between 2002 and January -- |
| 10:29:26 | 16 | A. Same job, new name. |
| 10:29:29 | 17 | Q. Same job, new name? |
| 10:29:30 | 18 | A. Yes. |
| 10:29:30 | 19 | MR. WEINSTEIN: Just let her finish |
| 10:29:32 | 20 | her question. |
| 10:29:34 | 21 | THE WITNESS: Sorry. |
| 10:29:35 | 22 | MR. WEINSTEIN: Because it makes |
| 10:29:36 | 23 | his job harder. |
| 10:29:37 | 24 | BY MS. MCCARTHY: |
| 10:29:37 | 25 | Q. All right. So your |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 32

| | | |
|---|---|---|
| 10:30:47 | 1 | you saw in the dividend tax unit, correct? |
| 10:30:50 | 2 | A. Yes. |
| 10:30:50 | 3 | Q. Okay. And at some point, that |
| 10:30:52 | 4 | became called Accounting II. And we are going to |
| 10:31:02 | 5 | come back to that and talk about that in more |
| 10:31:05 | 6 | detail. |
| 10:31:07 | 7 | But in just finishing your career, |
| 10:31:09 | 8 | it's correct that you retired from SKAT in |
| 10:31:13 | 9 | December of 2013, correct? |
| 10:31:14 | 10 | A. Yes. |
| 10:31:15 | 11 | Q. And was that because you had hit |
| 10:31:17 | 12 | retirement age -- |
| 10:31:18 | 13 | A. No. |
| 10:31:18 | 14 | Q. -- or did you want to retire? |
| 10:31:20 | 15 | A. I wanted to retire because it was |
| 10:31:23 | 16 | five years after the retirement date. |
| 10:31:26 | 17 | Q. Sixty-five is the age in Denmark? |
| 10:31:28 | 18 | A. Yes. Yes. |
| 10:31:30 | 19 | Q. That seems quite young as I get |
| 10:31:33 | 20 | closer to it. |
| 10:31:34 | 21 | So you stayed an extra five years? |
| 10:31:36 | 22 | A. Yes. |
| 10:31:37 | 23 | Q. Are you happy that you did that? |
| 10:31:38 | 24 | A. Yeah, I love my job. |
| 10:31:41 | 25 | Q. Okay. As you just went over, you |

| | | |
|---|---|---|
| 12:11:41 | 1 | Danish companies. |
| 12:11:41 | 2 | Q. And can you just describe what the |
| 12:11:45 | 3 | responsibilities were as to dividend tax within |
| 12:11:48 | 4 | Accounting II? |
| 12:11:49 | 5 | A. That was to receive the |
| 12:11:51 | 6 | declarations from the companies and to receive the |
| 12:11:57 | 7 | report of the people who received dividend tax. |
| 12:12:05 | 8 | It was two different -- in time two different |
| 12:12:11 | 9 | things. |
| 12:12:15 | 10 | But at the end when I left, it was |
| 12:12:17 | 11 | all merged into one, one step. |
| 12:12:22 | 12 | Q. Explain that to me, please. |
| 12:12:26 | 13 | A. The dividend tax, the company is |
| 12:12:29 | 14 | telling tax how much they are to pay when they |
| 12:12:34 | 15 | have decided that they have a sample to give out, |
| 12:12:41 | 16 | dividend. And that tax is liable just after the |
| 12:12:44 | 17 | general assemblies point of dividend tax. |
| 12:12:49 | 18 | So they had to pay a month after, |
| 12:12:54 | 19 | or the next month. |
| 12:12:55 | 20 | But the information of the |
| 12:12:57 | 21 | recipients only had to be given in January the |
| 12:13:00 | 22 | following year. |
| 12:13:02 | 23 | Q. So there was a lag between -- |
| 12:13:04 | 24 | A. There was a -- |
| 12:13:05 | 25 | Q. -- the dividend being issued and |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 105

| | | |
|---|---|---|
| 12:52:15 | 1 | BY MS. MCCARTHY: |
| 12:52:16 | 2 | Q.    Okay.  So if we can just look at |
| 12:52:18 | 3 | the first paragraph, it says:  "At the meeting of |
| 12:52:23 | 4 | the customs and tax agency, it was agreed on |
| 12:52:27 | 5 | October 2004 that the dividend tax administration |
| 12:52:30 | 6 | should drop a summary catalog of the problems that |
| 12:52:33 | 7 | have not been resolved over time." |
| 12:52:34 | 8 | Is that sort of an okay |
| 12:52:37 | 9 | translation? |
| 12:52:37 | 10 | A.    Yes.  Very okay. |
| 12:52:39 | 11 | Q.    All right.  So can you tell us |
| 12:52:41 | 12 | about that, what was going on back in October of |
| 12:52:44 | 13 | 2004? |
| 12:52:51 | 14 | A.    I had been now a little over two |
| 12:52:54 | 15 | years with dividend tax.  And we were having some |
| 12:52:58 | 16 | new systems, and all the problems that were in the |
| 12:53:06 | 17 | administration of dividend tax was getting clearer |
| 12:53:10 | 18 | and clearer and clearer as we were dealing with |
| 12:53:15 | 19 | them.  So we tried to make a small list of what |
| 12:53:21 | 20 | was happening. |
| 12:53:25 | 21 | Q.    Okay.  And was one of the concerns |
| 12:53:34 | 22 | or problems that SKAT may have been refunding |
| 12:53:40 | 23 | dividend tax without knowing whether the Claimant |
| 12:53:45 | 24 | was entitled to the refund? |
| 12:53:46 | 25 | A.    I think we always has -- have |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

| | | |
|---|---|---|
| 12:53:52 | 1 | talked about it as a hypothetical. |
| 12:53:56 | 2 | THE INTERPRETER:  Hypothetical. |
| 12:53:58 | 3 | THE WITNESS:  Hypothetical issue |
| 12:54:00 | 4 | that could be problems. |
| 12:54:09 | 5 | BY MS. MCCARTHY: |
| 12:54:09 | 6 | Q.    Okay.  And one of the issues |
| 12:54:10 | 7 | identified in this report was that there was no |
| 12:54:12 | 8 | check on whether a refund is made twice, right? |
| 12:54:17 | 9 | A.    Yeah. |
| 12:54:19 | 10 | Q.    And that could be because there is |
| 12:54:23 | 11 | a -- there was a scheme called the bank scheme or |
| 12:54:25 | 12 | the spreadsheet scheme, right? |
| 12:54:27 | 13 | A.    Yes. |
| 12:54:28 | 14 | Q.    And can you tell us what that is? |
| 12:54:31 | 15 | A.    That was established before my time |
| 12:54:36 | 16 | and because, as I said, that there was a large |
| 12:54:40 | 17 | increase in the interest of Danish shares, and |
| 12:54:45 | 18 | therefore, more claim for refund. |
| 12:54:50 | 19 | And so we made a deal with two |
| 12:54:56 | 20 | banks in 2001 where the banks would send us the |
| 12:55:03 | 21 | claim from their customers, not by the individual |
| 12:55:10 | 22 | customer but as per the Danish companies, how many |
| 12:55:17 | 23 | were to claim refund from that company as a lump |
| 12:55:20 | 24 | sum. |
| 12:55:21 | 25 | Q.    So individual shareholders were not |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 152

| | | |
|---|---|---|
| 02:14:01 | 1 | A.    And then the VP, that is a private |
| 02:14:05 | 2 | organization, they have to have at least half a |
| 02:14:08 | 3 | year to implement changes in their systems.  So... |
| 02:14:15 | 4 | Q.    Okay.  Do you remember which |
| 02:14:17 | 5 | portions of this document you personally drafted? |
| 02:14:21 | 6 | A.    I can tell you I have been involved |
| 02:14:26 | 7 | in all the subjects here. |
| 02:14:27 | 8 | Q.    You have been involved in drafting |
| 02:14:31 | 9 | of them? |
| 02:14:31 | 10 | A.    Yes.  Yes. |
| 02:14:31 | 11 | Q.    Okay.  And if could look at the |
| 02:14:37 | 12 | very first page under "Problem."  I believe that |
| 02:14:49 | 13 | this is describing the same problem we've been |
| 02:14:53 | 14 | discussing about the timing of the receipt, of the |
| 02:14:58 | 15 | reclaims versus the timing of the receipt of |
| 02:15:01 | 16 | information from the companies, correct? |
| 02:15:03 | 17 | A.    Yes. |
| 02:15:03 | 18 | Q.    And as you will see in the middle |
| 02:15:06 | 19 | of the bottom paragraph there, it says:  "That |
| 02:15:08 | 20 | means that today the dividend tax administration |
| 02:15:11 | 21 | today is to a large extent administered blindly. |
| 02:15:15 | 22 | As the information on the actual distribution is |
| 02:15:17 | 23 | not known at the time, the administration conducts |
| 02:15:20 | 24 | its business operations.  This is the case, for |
| 02:15:24 | 25 | example, with recovery of dividend tax under the |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 153

| | | |
|---|---|---|
| 02:15:27 | 1 | double-taxation agreements and with dividend tax |
| 02:15:31 | 2 | refunds, et cetera, just as a reconciliation of |
| 02:15:34 | 3 | the actual distributed amount with the |
| 02:15:38 | 4 | distributing company's declaration and tax return |
| 02:15:41 | 5 | is not possible until a much later point in time." |
| 02:15:46 | 6 | Do you remember that issue? |
| 02:15:47 | 7 | A.    Yes. |
| 02:15:48 | 8 | Q.    Okay.  And is it -- this is number |
| 02:15:50 | 9 | 1.1 of the problem catalog? |
| 02:15:53 | 10 | A.    Yes. |
| 02:15:53 | 11 | Q.    Is this a very important issue? |
| 02:15:57 | 12 | A.    It is the most important issue |
| 02:16:02 | 13 | within the Danish administration of the companies |
| 02:16:07 | 14 | for the Danish taxation purposes that we should |
| 02:16:11 | 15 | have the -- and it is unnecessary that it was not |
| 02:16:17 | 16 | given on the same time. |
| 02:16:21 | 17 | I have always said that paying out |
| 02:16:24 | 18 | dividend is the one thing to do.  But |
| 02:16:28 | 19 | unfortunately, when we started with dividend tax |
| 02:16:31 | 20 | in Denmark, we put the dividend tax in so the |
| 02:16:37 | 21 | interest system that runs throughout the year, so |
| 02:16:40 | 22 | you can only put in a result at the end of the |
| 02:16:46 | 23 | year, and that is why we had to have the |
| 02:16:49 | 24 | declaration with the money that we want that once |
| 02:16:53 | 25 | and the information about the receiver of dividend |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

| | | |
|---|---|---|
| 02:16:58 | 1 | after the 1st of January. |
| 02:17:01 | 2 | Q. And that's what you wanted to |
| 02:17:02 | 3 | change? |
| 02:17:02 | 4 | A. That's what I wanted to change. I |
| 02:17:04 | 5 | wanted to be at the same time. |
| 02:17:09 | 6 | Q. And were you hearing from the banks |
| 02:17:11 | 7 | that that was too difficult to do? |
| 02:17:12 | 8 | A. Yes. They said they had to tally |
| 02:17:25 | 9 | things. They had to see -- |
| 02:17:25 | 10 | (Court reporter clarification.) |
| 02:17:25 | 11 | THE INTERPRETER: T-A-L-L-Y, tally. |
| 02:17:25 | 12 | THE WITNESS: |
| 02:17:28 | 13 | A. They said they had to secure that |
| 02:17:29 | 14 | everything was all right. |
| 02:17:31 | 15 | But they had already paid out the |
| 02:17:33 | 16 | dividend. So to me, that was not clear talk. |
| 02:17:37 | 17 | BY MS. MCCARTHY: |
| 02:17:37 | 18 | Q. Okay. And ultimately, were you |
| 02:17:42 | 19 | able to get that problem addressed? |
| 02:17:44 | 20 | A. In '12. |
| 02:17:48 | 21 | Q. 2012? |
| 02:17:49 | 22 | A. Yes. |
| 02:17:49 | 23 | Q. So it took six years -- more than |
| 02:17:54 | 24 | six years, because you were raising this issue |
| 02:17:57 | 25 | earlier, correct? |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 172

| | | |
|---|---|---|
| 03:03:18 | 1 | together, we would not have the foreign |
| 03:03:25 | 2 | shareholders. |
| 03:03:25 | 3 | Q.    So the proposed change -- |
| 03:03:26 | 4 | A.    Would not solve this problem. |
| 03:03:27 | 5 | Q.    So that identifies then these |
| 03:03:31 | 6 | foreign shareholders as being outside of this |
| 03:03:33 | 7 | proposed solution? |
| 03:03:35 | 8 | A.    It was not a solution for them.  It |
| 03:03:37 | 9 | was for the whole system. |
| 03:03:38 | 10 | Q.    Did you ever come up with a |
| 03:03:41 | 11 | solution that you proposed to address the lack of |
| 03:03:47 | 12 | information for foreign shareholders? |
| 03:03:49 | 13 | A.    Only through the net taxation -- |
| 03:03:52 | 14 | Q.    So again we are back to -- |
| 03:03:54 | 15 | A.    -- and Trace. |
| 03:03:55 | 16 | Q.    -- OECD? |
| 03:03:58 | 17 | A.    Yes. |
| 03:03:58 | 18 | Q.    Okay.  If we could go to Exhibit -- |
| 03:04:04 | 19 | I am sorry.  I don't have an exhibit. |
| 03:04:07 | 20 | Do you remember writing other memos |
| 03:04:13 | 21 | in 2009 about issues related to foreign |
| 03:04:21 | 22 | shareholders? |
| 03:04:21 | 23 | A.    I don't recall. |
| 03:04:22 | 24 | Q.    There are some references that if |
| 03:04:26 | 25 | you have read the Bech-Bruun report, you may have |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

| | | |
|---|---|---|
| 03:46:28 | 1 | management of investment funds. |
| 03:46:31 | 2 | Do you know what that issue has to |
| 03:46:33 | 3 | do with? |
| 03:46:33 | 4 | A.    Yes.   That has something to do with |
| 03:46:47 | 5 | the systems, because normally, you didn't in the |
| 03:46:55 | 6 | foreign investment funds tell who were the |
| 03:46:59 | 7 | investors but only the administrator of the |
| 03:47:02 | 8 | investment fund.  So that would not be enough in |
| 03:47:05 | 9 | this system to continue with the administrator, |
| 03:47:08 | 10 | since it was investors we wanted to know about, |
| 03:47:13 | 11 | those who were responsible for the tax. |
| 03:47:16 | 12 | Q.    Was there ever any attention paid |
| 03:47:19 | 13 | to that? |
| 03:47:20 | 14 | A.    I think it was solved, yes. |
| 03:47:21 | 15 | Q.    Do you recall when that was solved? |
| 03:47:23 | 16 | A.    No. |
| 03:47:24 | 17 | Q.    Do you recall how it was solved? |
| 03:47:25 | 18 | A.    I know its was solved through the |
| 03:47:28 | 19 | systems that we were implementing to have this |
| 03:47:32 | 20 | going, a new system should be developed.  So it |
| 03:47:35 | 21 | was good to notify problems that may arise if we |
| 03:47:42 | 22 | don't look into it right away. |
| 03:47:44 | 23 | Q.    Okay.  So between this period of |
| 03:47:48 | 24 | time in 2009 and 2013, you were very involved in |
| 03:47:53 | 25 | the OECD Trace Project, correct? |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 207

| | | |
|---|---|---|
| 03:47:59 | 1 | A.    Yes. |
| 03:48:00 | 2 | Q.    And that required you to take many |
| 03:48:02 | 3 | trips to Paris, right? |
| 03:48:08 | 4 | A.    Yes. |
| 03:48:08 | 5 | Q.    All right.  And did you find that |
| 03:48:09 | 6 | those meetings were productive? |
| 03:48:12 | 7 | A.    I found that the Danes that were |
| 03:48:15 | 8 | there really tried to make some suggestions of how |
| 03:48:23 | 9 | to get around having all this information from |
| 03:48:31 | 10 | different banks all over the world. |
| 03:48:34 | 11 | I recall that we had a suggestion |
| 03:48:39 | 12 | about a central information that all banks, when |
| 03:48:44 | 13 | they have received some dividend from different |
| 03:48:46 | 14 | countries and of course that was given to the |
| 03:48:50 | 15 | shareholder, should key it in. |
| 03:48:52 | 16 | And then it should be possible now |
| 03:48:55 | 17 | from Denmark to key in the company, and then all |
| 03:49:01 | 18 | the different taxpayers who had received money |
| 03:49:05 | 19 | should come out. |
| 03:49:07 | 20 | But it was too complicated.  And |
| 03:49:10 | 21 | the security you should have on the different IT |
| 03:49:15 | 22 | systems and all that, and different systems in |
| 03:49:19 | 23 | different countries. |
| 03:49:21 | 24 | So it didn't work out.  But the |
| 03:49:24 | 25 | idea was very good, that when you pay out the |

03:49:27  1    dividend, you key it into the system, and then

03:49:31  2    from Copenhagen, we could suck in and get all the

03:49:34  3    information of all taxpayers that got money from

03:49:43  4    Novo, Maersk.  I don't know, so...

03:49:43  5         Q.    And would that system, would the

03:49:45  6    Trace system have obviated the need for the paper

03:49:50  7    reclaim forms?

03:49:51  8         A.    No.  But it could give us a tool so

03:49:54  9    we would know how much people had had.

03:49:56  10         Q.    So you could check the information

03:49:58  11    on the reclaim forms?

03:50:00  12         A.    At last.

03:50:01  13         Q.    And the inability to check the

03:50:03  14    information --

03:50:04  15         A.    Yes.

03:50:04  16         Q.    -- on the reclaim forms was --

03:50:06  17         A.    You have to rely --

03:50:08  18         Q.    -- was a weakness, correct?

03:50:09  19         A.    You had to rely on the beneficial

03:50:12  20    owner, you had to rely on the bank, as that was

03:50:16  21    what we got, and of course of the stamp of the

03:50:21  22    country, the tax authorities in the country to

03:50:24  23    secure that this was a double-taxation treaty like

03:50:29  24    this should be handled with, yes.

03:50:31  25         Q.    Is it fair to say that Trace was

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 230

| | | |
|---|---|---|
| 05:08:46 | 1 | documentation that you requested, did you |
| 05:08:47 | 2 | recommend that SKAT make the payment? |
| 05:08:48 | 3 | A.    Yes. |
| 05:08:49 | 4 | Q.    Okay.  Did you ever request any |
| 05:08:53 | 5 | additional documentation from either Danske Bank |
| 05:08:58 | 6 | or Deutsche Bank with respect to BT Opera? |
| 05:09:01 | 7 | A.    At this point the case was sent to |
| 05:09:06 | 8 | headquarters who were dealing with the matters |
| 05:09:09 | 9 | now.  So I was sort of out of it. |
| 05:09:11 | 10 | Q.    Okay.  But you personally never |
| 05:09:12 | 11 | asked for anything beyond what they gave you? |
| 05:09:17 | 12 | A.    No. |
| 05:09:18 | 13 | Q.    Okay.  You have testified today |
| 05:09:32 | 14 | about a number of issues that you raised over time |
| 05:09:36 | 15 | that you thought -- where there could be |
| 05:09:40 | 16 | improvement in the administration of dividend tax, |
| 05:09:43 | 17 | correct? |
| 05:09:43 | 18 | A.    Yes. |
| 05:09:43 | 19 | Q.    And did SKAT implement changes over |
| 05:09:46 | 20 | time to address any of the issues that you raised? |
| 05:09:49 | 21 | A.    Fortunately, yes. |
| 05:09:49 | 22 | Q.    Okay.  So I want to just talk about |
| 05:09:52 | 23 | a number of them and you can -- we'll talk about |
| 05:09:56 | 24 | whether SKAT implemented the changes. |
| 05:09:59 | 25 | You mentioned that in the early |

| | | |
|---|---|---|
| 05:10:03 | 1 | 2000s, after SKAT had put the 3S system into |
| 05:10:09 | 2 | place, they then changed for the SAP system for |
| 05:10:13 | 3 | dividend tax, right? |
| 05:10:14 | 4 | A.    Yes. |
| 05:10:15 | 5 | Q.    And you did not think that that was |
| 05:10:17 | 6 | a good idea? |
| 05:10:19 | 7 | A.    That was not a good idea. |
| 05:10:20 | 8 | Q.    All right.  And did you recommend |
| 05:10:21 | 9 | that they go back? |
| 05:10:22 | 10 | A.    Yes. |
| 05:10:22 | 11 | Q.    Did SKAT go back and implement 3S |
| 05:10:27 | 12 | for dividend tax? |
| 05:10:28 | 13 | A.    Fortunately, we had two years of |
| 05:10:31 | 14 | hell from SAP and then from 2006, we got 3S back. |
| 05:10:37 | 15 | Q.    Okay.  That was a system that you |
| 05:10:38 | 16 | felt was good for dividend tax administration? |
| 05:10:41 | 17 | A.     It was developed for dividend tax. |
| 05:10:43 | 18 | It was part of the company tax system and the |
| 05:10:49 | 19 | special branch for dividend tax. |
| 05:10:52 | 20 | Q.    Okay.  You mentioned as well that |
| 05:10:57 | 21 | you had suggested a change to the reclaim form |
| 05:11:00 | 22 | that people put in to get a refund; is that right? |
| 05:11:04 | 23 | A.    Yes. |
| 05:11:04 | 24 | Q.    And did your requested change to |
| 05:11:07 | 25 | the form take place? |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 235

| | | |
|---|---|---|
| 05:14:51 | 1 | Q. Okay. So originally, a company |
| 05:14:54 | 2 | would report the dividend it declared sometimes |
| 05:14:58 | 3 | shortly after the general assembly date? |
| 05:15:00 | 4 | A. Should be the month -- the |
| 05:15:03 | 5 | following month, end of the following month, you |
| 05:15:06 | 6 | should put in the declaration, and you should pay. |
| 05:15:08 | 7 | Q. Okay. And then the separate report |
| 05:15:11 | 8 | where they report who the dividend recipients are, |
| 05:15:15 | 9 | that was done -- |
| 05:15:15 | 10 | A. In January. |
| 05:15:16 | 11 | Q. -- January the following year? |
| 05:15:17 | 12 | A. Yes. |
| 05:15:18 | 13 | Q. And input into a different system |
| 05:15:20 | 14 | at SKAT. |
| 05:15:21 | 15 | A. Yes. |
| 05:15:21 | 16 | Q. And you mentioned at some point |
| 05:15:23 | 17 | today that the systems didn't -- you didn't match, |
| 05:15:27 | 18 | they couldn't match. What did you mean by that? |
| 05:15:29 | 19 | A. That they were never talking |
| 05:15:30 | 20 | together. |
| 05:15:30 | 21 | Q. Okay. So you are talking about the |
| 05:15:32 | 22 | two systems within SKAT couldn't -- they were not |
| 05:15:34 | 23 | compatible? |
| 05:15:35 | 24 | A. We had so many systems -- |
| 05:15:37 | 25 | Q. Okay. |

| | | |
|---|---|---|
| 05:15:37 | 1 | A.      -- and they were not compatible. |
| 05:15:38 | 2 | Q.      So the dividend declaration form |
| 05:15:43 | 3 | and the later report on dividend recipients, the |
| 05:15:46 | 4 | two systems were not comparing? |
| 05:15:48 | 5 | A.      No. |
| 05:15:49 | 6 | Q.      So you couldn't reconcile the two |
| 05:15:52 | 7 | against the other.  The timing lag, that was |
| 05:15:53 | 8 | addressed, correct? |
| 05:15:53 | 9 | A.      Yes. |
| 05:15:54 | 10 | Q.      All right.  And did that require a |
| 05:15:55 | 11 | change in the actual law to get that passed? |
| 05:15:57 | 12 | A.      Yes. |
| 05:15:58 | 13 | Q.      And I think you mentioned that that |
| 05:16:04 | 14 | was implemented in two stages? |
| 05:16:05 | 15 | A.      Yeah.  The first stage was for |
| 05:16:08 | 16 | small companies, and the second was for the listed |
| 05:16:11 | 17 | companies because VP Securities was this private |
| 05:16:18 | 18 | company, and they should have at least half a |
| 05:16:21 | 19 | year, half a year's notice to settle their systems |
| 05:16:25 | 20 | to be according to the new rules. |
| 05:16:28 | 21 | Q.      Okay.  So the reason why the second |
| 05:16:31 | 22 | stage was later was just because VP Securities |
| 05:16:33 | 23 | needed to change their system? |
| 05:16:34 | 24 | A.      Yes. |
| 05:16:35 | 25 | Q.      All right.  And so as a result of |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 237

| | | |
|---|---|---|
| 05:16:37 | 1 | the change in the law and the use of TastSelv, was |
| 05:16:43 | 2 | reconciliation between those two reports a |
| 05:16:46 | 3 | problem? |
| 05:16:47 | 4 | A.    It was solved because there was no |
| 05:16:48 | 5 | problem. |
| 05:16:48 | 6 | Q.    Okay.  You mentioned that |
| 05:16:59 | 7 | originally when you started in this area, SKAT had |
| 05:17:02 | 8 | 30 days in which to process and pay under a refund |
| 05:17:06 | 9 | application? |
| 05:17:07 | 10 | A.    Yes. |
| 05:17:07 | 11 | Q.    I think you mentioned that that |
| 05:17:09 | 12 | changed as well? |
| 05:17:10 | 13 | A.    That changed as well to a half a |
| 05:17:11 | 14 | year. |
| 05:17:11 | 15 | Q.    And was that -- that original |
| 05:17:13 | 16 | deadline of 30 days, was that a problem that you |
| 05:17:16 | 17 | raised with people? |
| 05:17:16 | 18 | A.    Yes. |
| 05:17:16 | 19 | Q.    All right.  And it was changed to a |
| 05:17:18 | 20 | six-month deadline? |
| 05:17:19 | 21 | A.    Yes. |
| 05:17:19 | 22 | Q.    Did that require -- was that |
| 05:17:21 | 23 | something SKAT could just change in the systems or |
| 05:17:24 | 24 | did that require something bigger? |
| 05:17:26 | 25 | A.    I don't recall whether it was a law |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 238

| | | |
|---|---|---|
| 05:17:28 | 1 | or this executive -- |
| 05:17:31 | 2 | THE INTERPRETER:  Order. |
| 05:17:32 | 3 | THE WITNESS:  -- order. |
| 05:17:34 | 4 | BY MR. WEINSTEIN: |
| 05:17:34 | 5 | Q.    So that change required either an |
| 05:17:35 | 6 | executive order or a change in the actual law? |
| 05:17:37 | 7 | A.    Yes. |
| 05:17:38 | 8 | Q.    Okay.  I am going to get to the |
| 05:17:49 | 9 | issue of the foreign ownership of shares in a |
| 05:17:53 | 10 | moment.  But other than that issue, all the other |
| 05:17:56 | 11 | issues that you had raised that we discussed |
| 05:17:58 | 12 | today, were those the ones I just mentioned that |
| 05:18:01 | 13 | were addressed over time? |
| 05:18:02 | 14 | A.    Yes. |
| 05:18:03 | 15 | MS. MCCARTHY:  Objection. |
| 05:18:05 | 16 | BY MR. WEINSTEIN: |
| 05:18:07 | 17 | Q.    With respect to the foreign |
| 05:18:10 | 18 | ownership of shares, was there a source of |
| 05:18:18 | 19 | information that SKAT could go to to get a listing |
| 05:18:22 | 20 | of the foreign shareholders of the Danish |
| 05:18:25 | 21 | companies? |
| 05:18:25 | 22 | A.    No, not if they had their shares in |
| 05:18:31 | 23 | the omnibus or nominee depot. |
| 05:18:34 | 24 | Q.    Okay.  And was it your |
| 05:18:35 | 25 | understanding that it common practice around the |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 240

| | | |
|---|---|---|
| 05:19:30 | 1 | other than what VP Securities has? |
| 05:19:34 | 2 | A.    No. |
| 05:19:34 | 3 | Q.    So SKAT couldn't go to Maersk, for |
| 05:19:38 | 4 | example, and say, "Just give me your list of |
| 05:19:40 | 5 | foreign shareholders"? |
| 05:19:42 | 6 | A.    No. |
| 05:19:42 | 7 | Q.    Is there any central repository |
| 05:19:45 | 8 | anywhere in the world that you know of that has |
| 05:19:46 | 9 | that information that SKAT could have accessed? |
| 05:19:49 | 10 | A.    No.   I have never heard about it. |
| 05:19:50 | 11 | Q.    Was there some kind of IT system |
| 05:19:53 | 12 | that SKAT could have put into place that would |
| 05:19:55 | 13 | have had that information? |
| 05:19:56 | 14 | A.    Not that I know of. |
| 05:19:58 | 15 | Q.    Okay.  You talked about the Trace |
| 05:20:03 | 16 | Project with the OECD. |
| 05:20:06 | 17 | What is the OECD? |
| 05:20:08 | 18 | A.    The OECD is a worldwide economic |
| 05:20:15 | 19 | organization where they try to solve common |
| 05:20:19 | 20 | problems for the countries, mainly economic |
| 05:20:27 | 21 | problems of course.  And they are representing |
| 05:20:34 | 22 | more than 100 countries or something like that. |
| 05:20:37 | 23 | And in that organization, they try |
| 05:20:41 | 24 | to solve the problem of the unknown shareholder. |
| 05:20:49 | 25 | And with not so much success as |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 241

| | | |
|---|---|---|
| 05:20:54 | 1 | they had to give up the project that they had been |
| 05:21:00 | 2 | working on for almost 10 years. |
| 05:21:02 | 3 | Q.    You mentioned early earlier that |
| 05:21:05 | 4 | they gave up in 2016? |
| 05:21:07 | 5 | A.    I think it was, yeah. |
| 05:21:07 | 6 | Q.    Okay.  And who was it -- when you |
| 05:21:08 | 7 | say "they gave up," who gave up? |
| 05:21:11 | 8 | A.    OECD gave up trying to facilitate |
| 05:21:15 | 9 | the different countries and banks and all |
| 05:21:18 | 10 | interested in having this system because it was |
| 05:21:20 | 11 | getting too complicated.  And the risk of the IT |
| 05:21:29 | 12 | systems and things were being too difficult with |
| 05:21:35 | 13 | so many different countries having different ways |
| 05:21:38 | 14 | and different systems. |
| 05:21:41 | 15 | So unfortunately, they gave up. |
| 05:21:44 | 16 | Q.    Were there data privacy issues |
| 05:21:46 | 17 | raised, that each country had different data |
| 05:21:48 | 18 | privacy laws as well? |
| 05:21:49 | 19 | A.    We were not coming that far down, |
| 05:21:52 | 20 | but of course we were talking about it, the |
| 05:21:55 | 21 | difficulties like that.  So... |
| 05:21:56 | 22 | Q.    Was the OECD try to address this |
| 05:21:59 | 23 | problem because it was only a Denmark problem? |
| 05:22:02 | 24 | A.    No.  It was a worldwide problem. |
| 05:22:04 | 25 | Q.    All right.  You were a part of the |

CONFIDENTIAL
Lisbeth Romer – June 3, 2021

Page 242

| | | |
|---|---|---|
| 05:22:10 | 1 | Danish team that worked on this OECD project? |
| 05:22:13 | 2 | A.      There were two teams.  There was |
| 05:22:15 | 3 | the head team, I should say, trying to talk about |
| 05:22:19 | 4 | the frames for that work and trying to lay out a |
| 05:22:26 | 5 | system.  And then there was the more specific team |
| 05:22:31 | 6 | trying to solve the IT problems in order to |
| 05:22:35 | 7 | fulfill what the others had suggested.  And I was |
| 05:22:39 | 8 | at the latter. |
| 05:22:40 | 9 | Q.      And when you say "ET," because I |
| 05:22:43 | 10 | think there it's a difference in how we pronounce |
| 05:22:46 | 11 | the letters, do you mean in English IT? |
| 05:22:48 | 12 | A.      Yes.  Sorry.  Sorry. |
| 05:22:50 | 13 | Q.      Just so everyone is clear. |
| 05:22:52 | 14 | A.      Sorry.  Not ET. |
| 05:22:53 | 15 | Q.      That would have been a much bigger |
| 05:22:55 | 16 | problem to solve, okay? |
| 05:22:56 | 17 | A.      (Laughter.) |
| 05:22:58 | 18 | Q.      So how many people were part of the |
| 05:23:03 | 19 | Danish team that -- on the IT part that you were a |
| 05:23:07 | 20 | part of? |
| 05:23:07 | 21 | A.      We were very well represented.  I |
| 05:23:10 | 22 | think we were five. |
| 05:23:11 | 23 | Q.      In your view, was SKAT taking that |
| 05:23:16 | 24 | project seriously? |
| 05:23:17 | 25 | A.      Truly seriously, I think we were |

| Time | Line | Text |
|---|---|---|
| 05:23:20 | 1 | the largest group and we came with the most |
| 05:23:25 | 2 | recommendations whatsoever to solve the problems |
| 05:23:32 | 3 | and tried to really do our best.  As we feel we |
| 05:23:40 | 4 | normally have good systems here, we also wanted |
| 05:23:44 | 5 | this in place. |
| 05:23:44 | 6 | Q.    Did you meet with representatives |
| 05:23:46 | 7 | of other countries who were a part of this? |
| 05:23:49 | 8 | A.    Yes.  Oh, yes. |
| 05:23:49 | 9 | Q.    And during your work on the |
| 05:23:52 | 10 | project, were there other countries' |
| 05:23:54 | 11 | representatives who told you, "We don't need Trace |
| 05:23:57 | 12 | because our country has a system that fixes this |
| 05:24:01 | 13 | problem that Denmark can use"? |
| 05:24:01 | 14 | A.    Never. |
| 05:24:02 | 15 | Q.    Okay.  So you had informed people |
| 05:24:15 | 16 | within SKAT that if Trace was going to work, it |
| 05:24:18 | 17 | might take a number of years, right? |
| 05:24:19 | 18 | A.    Yes. |
| 05:24:20 | 19 | Q.    So it was your hope that Denmark |
| 05:24:23 | 20 | would do something in the meantime to try to |
| 05:24:26 | 21 | address this issue, right? |
| 05:24:27 | 22 | A.    Yes. |
| 05:24:27 | 23 | Q.    What -- you mentioned net |
| 05:24:29 | 24 | settlement? |
| 05:24:30 | 25 | A.    Yes. |