# Exhibit 4

CONFIDENTIAL
Jens Brochner - April 29, 2021

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              MASTER DOCKET 18-MD-2865(LAK)
                   CASE NO. 18-CV-09797
 3
     _____
 4                                          )
     IN RE:                                 )
 5                                          )
     CUSTOMS AND TAX ADMINISTRATION OF      )
 6   THE KINGDOM OF DENMARK                 )
     (SKATTEFORVALTNINGEN) TAX REFUND       )
 7   SCHEME LITIGATION                      )
                                            )
 8   _____)

 9

10

11

12          **************************************
            *                                    *
13          *            CONFIDENTIAL            *
            *                                    *
14          **************************************

15

16

17      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

18                      EXAMINATION OF

19                       JENS BROCHNER

20                   DATE: April 29, 2021

21

22

23

24

25    REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Jens Brochner - April 29, 2021

Page 12

```
1    I N G E R  G R E G E R S E N,
2           Called as the official interpreter in
3    this action, was duly sworn to faithfully translate
4    the questions to the witness from English to Danish
5    and the answers from Danish to English.
6
7
8    J E N S  B R O C H N E R,,
9           called as a witness, having been first
10   duly sworn according to law, testifies as follows:
11
12
13   EXAMINATION BY MR. SCHOENFELD:
14        Q    Good morning, Mr. Brochner.
15             Can you hear me okay?
16        A    Yes.
17        Q    Okay.  Could you please state your
18   full name for the record?
19        A    Jens.  So the two middle names is
20   C-H-I-S-T-I-A-N, and the next name is
21   V-E-D-I-G-E, Brochner.
22        Q    Mr. Brochner, are you currently
23   employed?
24        A    Yes.  I'm employed as a secretary
25   of the Danish Ministry of Taxation.
```

CONFIDENTIAL
Jens Brochner - April 29, 2021

Page 35

```
1        Q    Okay.  And so what is or was SIR?
2             THE INTERPRETER:  Excuse me?  Could
3        you repeat?
4        Q    Sure.  What is or was SIR?
5        A    SIR was a department tax --
6    Ministry of Taxation's internal audits
7    department.
8        Q    And did it exist when you took over
9    as permanent secretary in 2012?
10       A    Yes, it did.
11       Q    What were its functions at that
12   point in time?
13       A    SIR was to audit the Ministry of
14   Taxation on behalf of the National Audit
15   Office.  So SIR was an independent entity,
16   but under an agreement with the National
17   Audit Office, it was to carry out audits on
18   behalf of the National Audit Office.
19       Q    Did SIR need to be told to perform
20   particular audits or did it have a general
21   auditing function?
22            MR. OXFORD:  Objection to form.
23       A    SIR was to audit the Ministry of
24   Taxation on behalf of the National Audit
25   Office.
```