## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | |
| CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTERFORVALTNINGEN) TAX REFUND SCHEME LITIGATION | MASTER DOCKET<br><br>18-md-2865 (LAK) |
| This document relates to:<br>18-cv-07824; 18-cv-07827; 18-cv-07828; 18-cv-07829; 19-cv-01781; 19-cv-01783; 19-cv-01785; 19-cv-01788; 19-cv-01791; 19-cv-01792; 19-cv-01794; 19-cv-01798; 19-cv-01800; 19-cv-01801; 19-cv-01803; 19-cv-01806; 19-cv-01808; 19-cv-01809; 19-cv-01810; 19-cv-01812; 19-cv-01813; 19-cv-01815; 19-cv-01818; 19-cv-01866; 19-cv-01867; 19-cv-01868; 19-cv-01869; 19-cv-01870; 19-cv-01871; 19-cv-01873; 19-cv-01894; 19-cv-01896; 19-cv-01918; 19-cv-01922; 19-cv-01926; 19-cv-01928; 19-cv-01929; 19-cv-01931; 19-cv-10713; 21-cv-05339. | |

**DECLARATION OF SHARON L. MCCARTHY IN SUPPORT OF MOTION IN LIMINE**

I, Sharon L. McCarthy, an attorney duly admitted to practice law before the courts of the State of New York, hereby declare under penalty of perjury:

1.      I am a partner at Kostelanetz LLP, counsel for Azalea Pension Plan, Basalt Ventures LLC Roth 401(K) Plan, Bernina Pension Plan, Bernina Pension Plan Trust, Michelle Investments Pension Plan, Omineca Pension Plan, Omineca Trust, Remece Investments LLC Pension Plan, Starfish Capital Management LLC Roth 401(K)

1

Plan, Tarvos Pension Plan, Voojo Productions LLC Roth 401(K) Plan, Xiphias LLC

Pension Plan, John van Merkensteijn, III, and Elizabeth van Merkensteijn in these

actions.  I am fully familiar with the matters set forth in this declaration.

2.      I submit this declaration in support of Defendants' Motion *in Limine* to

Exclude Unauthenticated Hearsay Documents.

3.      Attached hereto as Exhibit 1 is a copy of an October 22, 2020, letter from

Marc Weinstein, Esq. to Mark Allison, Esq. regarding SKAT's productions in response

to Defendants' Second Requests for Production of Documents.

4.      Attached hereto as Exhibit 2 is a copy of an October 1, 2020, letter from

Mark Allison, Esq., who at the time was lead counsel in this multidistrict litigation, to

Marc Weinstein, Esq. regarding SKAT's productions to Defendants' Second Requests

for Production of Documents.

I, Sharon L. McCarthy, declare under penalty of perjury that the foregoing is true

and correct.

Dated:  New York, New York

August 15, 2024

By:     _____
        Sharon L. McCarthy