# MEMO ENDORSED

**Katten**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/24

50 Rock...
New Yor...
+1.212.9...
www.ka...

**MICHAEL M. ROSENSAFT**
michael.rosensaft@katten.com
+1.212.940.6631 direct

<u>**VIA ECF**</u>

August 22, 2024

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
KaplanNYSDChambers@nysd.uscourts.gov

**Re:** *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)

Dear Judge Kaplan:

This letter motion relates to the cases consolidated for Trial One. We write on behalf of Defendants to request an extension of the deadline for both Plaintiff Skatteforvaltningen ("SKAT") and Defendants to submit any oppositions to motions *in limine* from August 26, 2024, to September 3, 2024. Such an extension would not otherwise affect any other deadlines in the case. Plaintiff does not object to our request.

This is the parties' first request to modify the schedule for the submission of any oppositions to motions *in limine*.

Respectfully submitted,

  /s/ Michael M. Rosensaft
Michael M. Rosensaft

Cc: All counsel of record (via ECF)

Granted.

SO ORDERED                8/23/24
/s/ Lewis A. Kaplan, USDJ

---

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP