# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **BRITTANY REID WARREN** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **BRITTANY REID WARREN** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 12, 2012**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued August 30, 2024

DaVida M. Davis
Director of Regulatory Compliance