**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION | MASTER DOCKET<br><br>18-md-02865-LAK |
| This document relates to: | The cases identified in Appendix A |

### DECLARATION OF DAVID L. GOLDBERG IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE "EVIDENCE REGARDING NET SETTLEMENT"

I, David L. Goldberg, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner in the law firm of Katten Muchin Rosenman LLP. I am one of the attorneys representing Robert Klugman in the above-captioned action. I submit this declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiff's Motion *in Limine* to Preclude "Evidence Regarding Net Settlement." The facts stated in this declaration are based on my personal knowledge, and if called upon as a witness, I would and could testify competently to them.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the Deposition of Robert Klugman, dated January 28, 2021.

3. Attached as **Exhibit 2** is a true and correct copy of an excerpt from Graham Wade's Expert Report, dated December 31, 2021.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the Deposition of Helen Sorensen, dated September 21, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on September 3, 2024 in New York, New York.

Dated: New York, New York
September 3, 2024

/s/ *David L. Goldberg*
David L. Goldberg