# Exhibit 1

```
1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
2            CASE NO.  18-MD-2865 (LAK)

3    _____
                                              )
4    IN RE:                                   )
                                              )
5    CUSTOMS AND TAX ADMINISTRATION OF        )
     THE KINGDOM OF DENMARK                   )
6    (SKATTEFORVALTNINGEN) TAX REFUND         )
     SCHEME LITIGATION                        )
7                                             )
     This document relates to case nos.       )
8    19-cv-01783; 19-cv-01788; 19-cv-01794;   )
     19-cv-01798; 19-cv-01918                 )
9    _____)

10

11

12

13

14       REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                      EXAMINATION OF

16                      ROBERT KLUGMAN

17                   DATE: January 28, 2021

18

19

20

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

```
1        Q    It could or it would?
2        A    Well, it depends on how the records
3    are prepared.  I don't know what -- you know.
4        Q    Well, any records that show cash
5    payments received, then the dividend should
6    show up.
7             Right?
8        A    It should show up, yes, unless
9    there's a netting arrangement where they
10   don't actually receive the cash.
11       Q    And what kind of netting
12   arrangement would that be?
13       A    Any netting arrangement.  If one
14   party owes the other money, and the other
15   party owes money back, you can just say,
16   "okay, no flows."  I'm using a simplified
17   example.
18            But yeah, it doesn't necessarily
19   have to have cash flow to be entitled to a
20   cash payment.  There's netting in financial
21   markets.
22       Q    Right.  But we're talking about
23   plans now.
24            What offsetting payment was due
25   from any plan that would cause the net
```

```
1     dividend to be zeroed out?
2         A    I don't know.  It could be a
3     mark-to-market payment.  I don't know.
4             I don't know the answer.
5         Q    It could be a mark-to-market
6     payment?
7         A    Yeah.
8         Q    A mark-to-market payment is an
9     adjustment in value based on a fluctuation in
10    market price.
11            Right?
12        A    That's right.
13        Q    So it would be an extraordinary
14    coincidence if that adjustment of market
15    price happened to equal and exactly offset
16    3,869,527 kroner and 42 cents?
17        A    Not necessarily.
18            THE VIDEOGRAPHER:  The time is
19        4:57 p.m. and we're going off the
20        record.
21            (Whereupon a discussion was held
22        off the record.)
23            THE VIDEOGRAPHER:  Stand by.  The
24        time is 4:59 p.m. and we're back on
25        record.
```

1  Q   So, sir, we were just discussing
2  what circumstances would cause the net amount
3  of the dividend to be zeroed out on the
4  plan's records so that the entire and exact
5  amount of the dividend would not show up.
6      And I think you had mentioned --
7  was it mark-to-market?
8  A   Yeah.  Well, basically, you have a
9  transaction that's perfectly hedged.
10     So, in a perfectly hedged
11 transaction, you shouldn't be receiving free
12 cash flow of a dividend.  It has to go
13 somewhere else.
14     If not, then you're just -- the
15 arbitrage is even bigger.  You can't just --
16 you know, there has to be an offset in value
17 to the dividend.
18 Q   So can you explain where is that
19 "somewhere else?"  What is that offset?
20 A   Well, I'm -- I'm having trouble,
21 but if you look at the three legs of the
22 transaction, you have a stock purchase, a
23 forward, and a forward sale.  And the forward
24 sale price, ignoring -- this is just, in
25 general, how forwards are priced when you

Robert Klugman - January 28, 2021

Page 234

1    ignore -- just ignoring interest rates and
2    fees for a second -- the forward price will
3    reflect the price on the date of the forward,
4    less expected dividends.
5         So there's -- between the forward
6    and the purchase, there's a loss.  And that
7    loss is offset equally and exactly by that
8    dividend amount, ignoring the bits of fees
9    and interest rate.  But yeah.
10       Q    So if that's a perfect match,
11   ignoring all of the transactional costs and
12   the interest, then you're saying the dividend
13   simply disappears?
14            MR. ALLISON:  Object to form.
15       A    I'm not saying the dividend
16   disappears, no.  I'm saying that, overall,
17   the dividend is -- is netted out from net
18   cash flows.
19       Q    Netted to zero?
20       A    Along with all the other
21   transactions, yes.  In the same way that when
22   you -- you know, if you buy the shares, and
23   then you receive money to pay for them, that
24   all nets out to zero.
25       Q    And that's because, what, the price