# Exhibit 3

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              MASTER DOCKET 18-MD-2865(LAK)

 3
        _____
 4                                              )
        IN RE:                                  )
 5                                              )
        CUSTOMS AND TAX ADMINISTRATION OF       )
 6      THE KINGDOM OF DENMARK                  )
        (SKATTEFORVALTNINGEN) TAX REFUND        )
 7      SCHEME LITIGATION                       )
                                                )
 8      _____ )

 9

10

11

12           ************************************
             *                                  *
13           *            CONFIDENTIAL          *
             *                                  *
14           ************************************

15

16

17       REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

18                      EXAMINATION OF

19                      HELEN SORENSEN

20                  DATE: September 21, 2021

21

22

23

24

25      REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

```
 1    would give to the questions that were asked?
 2         A    No.  Just how I should answer, the
 3    manner I should answer them in.
 4         Q    What does that mean?
 5         A    Briefly, correctly, yeah, with the
 6    details needed.
 7              I might have covered a little bit
 8    of the actual answers, but not in full
 9    details.
10         Q    What substance did you cover?
11              What -- what substance about the
12    issues in this case did you cover with
13    Kammeradvokaten and Hughes Hubbard?
14         A    A settlement and -- what else,
15    information on inter-reporting with the tax
16    authorities, with that process in Denmark.
17         Q    What did you discuss with them
18    about net settlement?
19         A    How -- how it works in Denmark.
20              Do you need the details answered?
21         Q    Sure.  Any detail you can provide
22    would be great.
23         A    Okay.  Well, net settlement is used
24    in Denmark and also in the rest of the market
25    and specifically around Europe, as far as I
```

CONFIDENTIAL
Helen Sorensen - September 21, 2021

Page 16

```
1    know.  In order to save cost on settlement,
2    it is used so that all of the participants in
3    the settlement process can net all of the
4    base settlement instructions into one large
5    bulk settlement instruction, in each ISIN
6    code representing civil underlying settlement
7    instructions and -- and on that basis,
8    settlement will occur once it has been
9    matched and settled.
10          Q    Is net settlement required in
11   Denmark?
12          A    No, not at all.
13          Q    Is it encouraged?
14          A    Not per se.
15          Q    What do you mean "not per se"?
16          A    VP Securities does not encourage
17   it.
18          Q    Anything else you discussed with
19   Kammeradvokaten or Hughes Hubbard?
20          A    Not as far as I remember.
21          Q    I know you said you just returned
22   from maternity leave.
23               Are you currently employed?
24          A    Yes.
25          Q    And by whom are you employed?
```