# Exhibit 4

UKS Side 3672

Nedenfor har jeg renskrevet notatet om mine personlige optegnelser og overvejelser i forbindelse med medarbejderligningssagen omkring Sven Nielsen. Afskriften er ordret, og da de enkelte notater er skrevet i al hast, halter grammatikken flere steder. Notatet dækker perioden 10. feb. 2011 til 10. feb. 2012. Jeg har af forståelsesmæssige grunde indsat navne og forklarende bemærkninger med rød skrift.

10/2 – 11

Per Jakobsen (skattedirektør med ansvar for medarbejderligningen i Holbæk) orienterede mig om SN (Sven Nielsen) sagen. Der var tale om en overførsel til SN på i alt ca. 500.000. Personen i USA som sendte pengene var dansker, som var udvandret til USA. I DK havde pågældende været bistandsklient. Ville vende tilbage når de vidste mere om sagen.
FHJ (Frank Høj Jensen viceskattedirektør i Regnskab) og JS (Jens Sørensen regionsdirektør i Midtjylland) orienteret i uge 7.

26/5 – 11

Jeg spurgte PJ (Per Jakobsen) til sagen. SN var indkaldt til møde. Økokrim (Skats afdeling for økonomisk kriminalitet) var med på sidelinjen.
FHJ og JS orienteret.

16/6 – 11

PJ oplyste, at der var fundet yderligere 1,5 mio. i overførsler. SN skulle til møde d. 17.6. med enheden i Holbæk. Havde forud for dette indsendt forskellige dokumenter, som så lidt konstruerede ud – lånedokumenter m.v. Økokrim med på sidelinjen.
JS og Frank orienteret.

22/6 – 11

Sagen igen drøftet med PJ. Oplyste at SN var blevet noget overrasket over de nye oplysninger og havde bemærket, at alt ikke var skattepligtigt. Havde i øvrigt selvangivet et beløb for 2010. Havde nævnt, at han behøvede juridisk hjælp. Mødet sluttet. Det blev aftalt at MLE (medarbejderligningsenheden i Holbæk) indkaldte bankoplysninger fra Nordea, og at nyt møde skulle holdes indenfor 10 dage. Jura og Personale (centralt kontor i SKAT) var orienteret om sagen med henblik på suspension. Lok (log) indkaldt fra IT (log som skulle vise SN brug af systemerne).
JS og FHJ orienteret.

Talt med PJ d. 5/7 – 11

SN havde meldt afbud til mødet i uge 26, da han endnu ikke havde talt med sin advokat. Møde berammet til d. 13.7. Personalejura mente ikke der var nok til at suspendere SN.

UKS Side 3673

8/7 – 11

Talt med PJ. Gert Ensted (GE var kontorchef i MLE) overtager sagen i PJ's ferie – møde i næste uge.

12/7 – 11

Talt med GE. SN havde meldt afbud da han først kunne få et møde med sin advokat Torben Bagge d. 13/7 – 11. Skulle derefter på ferie til d. 8/8. Oplyste indholdet af mails fra SØK/Økokrim fra den amerikanske forbindelse til SN. Tilsyneladende noget om at skaffe oplysninger fra danske virksomheder til et amerikansk konsortium. Fra hvilke systemer vidste man ikke.

Mulige strafbare forhold efter straffeloven (mine overvejelser):

1) Overtrædelse af tavshedspligt.

2) Bedrageri ved ulovlig overførsel p.g.a. forfalskede refusionsansøgninger.

3) Overtrædelse af § 289.

Personalejura var kontaktet – ikke grundlag for at suspendere.
JS orienteret (+ Frank).

15/7 – 11

GE kontaktet – intet nyt. Loggen fra IT var tilsyneladende ikke kommet. Følte ikke (GE) at der var fornyet grundlag for at kontakte Personalejura. JS og GE orienteret om de personlige forhold jeg er bekendt med om SN i forbindelse med LUS (lederudviklingssamtale) med LR (Lisbet Rømer var afdelingsleder for Sven Nielsen) d. 29/6 – 11 – ægteskabelige forhold.

8/8 (- 11)

Jeg blev kontaktet pr. telefon af PJ medens jeg kørte i Nordmandiet. PJ ville inddrage LR (Lisbeth Rømer) i udsøgningerne fra IT. Jeg henviste til FHJ.

23/8 – 11

Sagen drøftet med FHJ. Medarbejdere fra MLE havde været på besøg i HT (Regnskab 2 i Høje Taastrup). Udsøgningerne fra IT havde ikke afsløret misbrug af systemerne/udbetalinger.

20/9 – 11

Skattedirektørmøde på Sluseholmen. PJ oplyste at der havde været møde i sagen, og at Torben Bagge + SN gjorde gældende, at der var fortrinsvis tale om lån. Havde tilsyneladende også drevet uregistreret virksomhed (selvangivet et beløb for 2010). PJ var knap så sikker på, at der var en "sag". Ville vende tilbage i løbet af ca. 14 dage. JS orienteret (Frank deltog i samtalen med PJ).

18/10 – 11

Sagen drøftet på møde med JS i Horsens. Jens ønsker en fornyet henvendelse til PJ. PJ kontaktet tlf. d. 25/10 – 11. Vendt tilbage ved mail d.26/10 – 11.  JS og FHJ orienteret om PJ mail (MLE holder møde d.d. hvorefter agter vil blive fremsendt. Kopi til mig).

3/11 – 11

Der er endnu ikke kommet noget fra PJ. Jens S orienteret om sagen på Bygholm (direktionsseminar). Jens ønskede at PJ sendte agterskrivelsen til ham, således at proceduren i notat af 23. dec. 2010 fra medarbejderligningsenheden blev fulgt.

4/11 - 11

Per Jacobsen kontaktet telefonisk. Agterskrivelse endnu ikke afsendt til SN. Ville blive sendt om kort tid. PJ ville sende kopi til JS.

10/11 – 11

Spurgte JS til sagen i forbindelse med RSU-møde (regionalt samarbejdsudvalgsmøde). Intet nyt. JS ville rykke PJ i løbet af et par dage.

24/11 – 11

Talt med JS på skattedirektørmødet. JS viste mig en mail fra PJ han havde modtaget den 14. nov. med agteren som bilag. Jeg så kun mailen, hvoraf den videre proces fremgik. Det næste skridt var afsigelse af kendelse. Derefter oversendes den til ansvarsbehandling, før personalejura ville forholde sig til sagen.

10/2 12

Lisbeth Rømer orienterede mig om, at Jens Erik Jørgensen – sagscenter person -  (skattedirektør for sagscentret) havde kontaktet Lisbeth for at høre til processen omkring sagen. Sagen var netop sendt til ansvarsvurdering. Lisbeth oplyste, at vi ikke havde haft noget med sagen at gøre, bortset fra at vi havde haft et møde med medarbejdere fra Holbæk omkring nogle EDB-udsøgninger. Jens Erik havde givet udtryk for, at han ikke var tilfreds med forløbet fra Holbæks side. Jens Sørensen samme dag orienteret om henvendelsen fra Jens Erik.

Efter denne dato orienteres jeg ikke længere om sagen.

6. februar 2019

Lars Nørding