# Exhibit 4 (T)

Below, I have rewritten the note about my personal records and considerations in connection with the employee compensation case surrounding Sven Nielsen. The transcript is verbatim, and since the individual notes were written in haste, the grammar is lacking in several places. The memorandum covers the period 10 February. 2011 to 10 Feb. 2012. For reasons of understanding, I have inserted names and explanatory notes in red.

10/2 – 11

Per Jakobsen (tax director responsible for the employee equation in Holbæk) briefed me on
The SN (Sven Nielsen) case. It was a transfer to SN of a total of approx. 500,000. The person in the US who sent the money was a Dane who had emigrated to the US. In DK, the person in question had been an aid client. Would return when they knew more about the matter.
FHJ (Frank Høj Jensen deputy tax director in Accounting) and JS (Jens Sørensen regional director in Midtjylland) oriented in week 7.

26/5 – 11

I asked PJ (Per Jakobsen) about the matter. SN was called to a meeting. Ecocrime (Treasury's department for economic crime) was on the sidelines.
FHJ and JS oriented.

16/6 – 11

PJ stated that a further 1.5 million had been found. in transfers. SN had to attend a meeting on 17.6. with the unit in Holbæk. Prior to this, I had submitted various documents which looked a bit contrived – loan documents etc. with Økokrim on the sidelines.
JS and Frank briefed.

22/6 – 11

The matter again discussed with PJ. Stated that SN had been somewhat surprised by the new information and had noticed that everything was not taxable. Had also declared an amount for 2010. Had mentioned that he needed legal help. The meeting ended. It was agreed that the MLE (employee equalization unit in Holbæk) called in bank details from Nordea and that a new meeting should be held within 10 days. Law and Personnel (central office of SKAT) were informed of the case with a view to suspension. Lok (log) called from IT (log which was supposed to show SN use of the systems).
JS and FHJ informed.

Spoke with PJ on 5/7 – 11

SN had canceled the meeting in week 26, as he had not yet spoken to his lawyer. Meeting scheduled for 13.7. Personnel law did not think there was enough to suspend SN.

Machine Translated by Google

8/7 – 11

Spoke to PJ. Gert Ensted (GE was office manager in MLE) takes over the case during PJ's vacation - meeting next week.

12/7 – 11

Spoke with GE. SN had canceled as he could only have a meeting with his lawyer Torben Bagge on 13/7 – 11. He was then going on holiday until 8/8. Stated the content of emails from SØK/Økokrim from the American connection to SN. Apparently something about obtaining information from Danish companies for an American consortium. From which systems it was not known.

Possible criminal offenses under the Criminal Code (my considerations):

1) Breach of confidentiality.

2) Fraud by illegal transfer due to falsified refund applications.

3) Violation of section 289.

Personnel law was contacted – not grounds for suspension.
JS oriented (+ Frank).

15/7 – 11

GE contacted – nothing new. The log from IT had apparently not arrived. Did not feel (GE) that there was a renewed basis for contacting Personalejura. JS and GE informed about the personal relationships I am aware of about SN in connection with LUS (leadership development interview) with LR (Lisbet Rømer was head of department for Sven Nielsen) on 29/6 – 11 – marital relations.

8/8 (- 11)

I was contacted by phone from PJ while I was driving in Nordmandiet. PJ wanted to involve LR (Lisbeth Rømer) in the searches from IT. I referred to FHJ.

23/8 – 11

The matter discussed with FHJ. Employees from MLE had visited HT (Accounting 2 in Høje Taastrup). The searches from IT had not revealed abuse of the systems/payments.

20/9 – 11

Tax director meeting at Sluseholmen. PJ stated that there had been a meeting in the case and that Torben Bagge + SN argued that it was primarily a question of loans. Apparently had also run an unregistered business (self-declared an amount for 2010). PJ was not so sure that there was a "case". Would return in approx. 14 days. JS briefed (Frank attended the conversation with PJ).

18/10 – 11

The case was discussed at a meeting with JS in Horsens. Jens wants a renewed inquiry to PJ. PJ contacted by phone on 25/10 – 11. Returned by email on 26/10 – 11. JS and FHJ informed about PJ's email <span style="color:red">(MLE will hold a meeting on the date after which the order will be forwarded. Copy to me).</span>

3/11 – 11

Nothing has come from PJ yet. Jens S informed about the case at Bygholm (management
seminar). Jens wanted PJ to send the letter of intent to him, so that the procedure in the memo of 23 Dec. 2010 from the employee equalization unit was followed.

4/11 - 11

Per Jacobsen contacted by telephone. Affirmation not yet sent to SN. Would be shipped shortly. PJ would send copy to JS.

10/11 – 11

Asked JS about the case in connection with the RSU meeting <span style="color:red">(regional cooperation committee meeting).</span> Nothing new. JS would move PJ in a few days.

24/11 – 11

Spoke to JS at the tax director meeting. JS showed me an email from PJ he had received on 14 Nov. with the stern attached. I only saw the email from which the further process appeared. The next step was the issuing of a ruling. It is then forwarded for liability processing before personnel law would deal with the matter.

10/2 12

Lisbeth Rømer informed me that Jens Erik Jørgensen - case center person - <span style="color:red">- (tax director
for the case centre)</span> had contacted Lisbeth to hear about the process surrounding the case. The case had just been sent for liability assessment. Lisbeth stated that we had had nothing to do with the matter, except that we had had a meeting with employees from Holbæk regarding some EDB searches. Jens Erik had expressed that he was not satisfied with the process from Holbæk's side. Jens Sørensen informed about the inquiry from Jens Erik on the same day.

<span style="color:red">After this date, I will no longer be informed about the case.</span>

6 February 2019

Lars Noerding