UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:<br>18-cv-07824; 18-cv-07827; 18-cv-07828; 18-cv-07829; 19-cv-01781; 19-cv-01783; 19-cv-01785; 19-cv-01788; 19-cv-01791; 19-cv-01792; 19-cv-01794; 19-cv-01798; 19-cv-01800; 19-cv-01801; 19-cv-01803; 19-cv-01806; 19-cv-01808; 19-cv-01809; 19-cv-01810; 19-cv-01812; 19-cv-01813; 19-cv-01815; 19-cv-01818; 19-cv-01866; 19-cv-01867; 19-cv-01868; 19-cv-01869; 19-cv-01870; 19-cv-01871; 19-cv-01873; 19-cv-01894; 19-cv-01896; 19-cv-01918; 19-cv-01922; 19-cv-01926; 19-cv-01928; 19-cv-01929; 19-cv-01931; 19-cv-10713; 21-cv-05339. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**DECLARATION OF ANDREW S. DULBERG**

I, Andrew S. Dulberg, an attorney duly admitted to practice law before this Court, hereby declare under penalty of perjury:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Avanix Management LLC Roth 401K Plan, Batavia Capital Pension Plan, Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries LLC Roth 401(K) Plan, Jocelyn Markowitz, Richard Markowitz, RJM Capital Pension Plan, and Routt Capital Pension Plan. I am fully familiar with the matters set forth in this declaration.

2. I submit this declaration in support of Defendants' Opposition to SKAT's Motion

In Limine to Preclude the IRS Examination of the RJM Capital Pension Plan.

3. Attached hereto as Exhibit 1 is a true and correct copy of an IRS Form 1066 regarding RJM Capital Pension Plan, dated March 3, 2014, Bates-stamped SKAT_MDL_001_00414003.

4. Attached hereto as Exhibit 2 is a true and correct copy of a letter from the Internal Revenue Service to Richard Markowitz dated March 21, 2018, Bates-stamped WH_MDL_00356183-WH_MDL_00356188.

5. Attached hereto as Exhibit 3 is a true and correct copy of a Solo Capital Partners LLP Open Positions Statement for RJM Capital Pension Plan, dated March 31, 2013, Bates-stamped WH_MDL_00524130-WH_MDL_00524140, which the RJM Capital Pension Plan provided to the IRS on February 25, 2019.

6. Attached hereto as Exhibit 4 is a true and correct copy of a Solo Capital Partners LLP Open Positions Statement for RJM Capital Pension Plan, dated April 30, 2013, Bates-stamped WH_MDL_00524112-WH_MDL_00524129, which the RJM Capital Pension Plan provided to the IRS on February 25, 2019.

7. Attached hereto as Exhibit 5 is a true and correct copy of a Solo Capital Partners LLP Open Positions Statement for RJM Capital Pension Plan, dated March 16, 2015, Bates-stamped WH_MDL_00524103-WH_MDL_00524111, which the RJM Capital Pension Plan provided to the IRS on February 25, 2019.

8. Attached hereto as Exhibit 6 is a true and correct copy of a tax reclaim application submitted on behalf of the Michelle Investments Pension Plan Bates-stamped document SKSK00000830-0001-SKSK00000830-0005.

9. Attached hereto as Exhibit 7 is a true and correct copy of IRS Form 5500-EZ for 2016 regarding RJM Capital Pension Plan, Bates-stamped WH_MDL_00356986-WH_MDL_00356987.

I, Andrew S. Dulberg, declare under penalty of perjury that the foregoing is true and correct.

Dated: September 3, 2024
Boston, Massachusetts

/s/ *Andrew S. Dulberg*
Andrew S. Dulberg
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6352
Andrew.Dulberg@wilmerhale.com