# Exhibit 3

Common Interest

OPEN POSITION STATEMENT




RJM Capital Pension Plan
1010 Fifth Avenue
Apt 1D, New York
NY 100028
United States of America

Date 31 March 2013

SOLO CAPITALPARTNERS LLP
4 - 6 THROGMORTON AVENUE
LONDON EC2N 2DL
TEL (44 ) 20 7382 4940

Account Number: Redacted - PII

Open Positions

| Date | Open Position | | | Trade Price | Current Price | Position Value | CCY | Market Revaluation |
|---|---|---|---|---|---|---|---|---|
| 31 March 2013 | S | -32,500.00 | TDC A/S TDC Cash Flex 21/06/13 | 44.1000 | 44.7200 | -145,340,000.00 | DKK | -2,015,000.00 |
| 31 March 2013 | B | 3,250,000.00 | TDC A/S | 45.7393 | 44.6900 | 145,242,500.00 | DKK | -3,410,225.00 |
| 31 March 2013 | SL | -3,250,000.00 | TDC A/S | 45.7393 | 44.6900 | -145,242,500.00 | DKK | 3,410,225.00 |
| 31 March 2013 | S | -24,000.00 | Novo Nordisk A/S - B NOVOB Cash Flex 21/06/2013 | 954.1100 | 945.6400 | -2,269,536,000.00 | DKK | 20,328,000.00 |
| 31 March 2013 | B | 2,400,000.00 | NOVO NORDISK A/S-B | 966.5860 | 945.0000 | 2,268,000,000.00 | DKK | -51,806,400.00 |
| 31 March 2013 | SL | -2,400,000.00 | NOVO NORDISK A/S-B | 966.5860 | 945.0000 | -2,268,000,000.00 | DKK | 51,806,400.00 |
| 31 March 2013 | S | -12,000.00 | DSV A/S DSV 21/06/2013 | 143.9700 | 140.6000 | -168,720,000.00 | DKK | 4,044,000.00 |
| 31 March 2013 | B | 1,200,000.00 | DSV A/S | 144.7836 | 140.5000 | 168,600,000.00 | DKK | -5,140,320.00 |
| 31 March 2013 | SL | -1,200,000.00 | DSV A/S | 144.7836 | 140.5000 | -168,600,000.00 | DKK | 5,140,320.00 |
| 31 March 2013 | S | -10,600.00 | H Lundbeck A/S LUN 20/12/2013 | 102.3000 | 107.6300 | -114,087,800.00 | DKK | -5,649,800.00 |
| 31 March 2013 | B | 1,060,000.00 | H LUNDBECK A/S | 103.2481 | 107.1000 | 113,526,000.00 | DKK | 4,083,014.00 |
| 31 March 2013 | SL | -1,060,000.00 | H LUNDBECK A/S | 103.2481 | 107.1000 | -113,526,000.00 | DKK | -4,083,014.00 |
| 31 March 2013 | S | -6,400.00 | Carlsberg A/S CARLB 20/12/2013 | 585.0900 | 568.7900 | -364,025,600.00 | DKK | 10,432,000.00 |
| 31 March 2013 | B | 640,000.00 | CARLSBERG AS-B | 586.5422 | 566.0000 | 362,240,000.00 | DKK | -13,147,008.00 |
| 31 March 2013 | SL | -640,000.00 | CARLSBERG AS-B | 586.5422 | 566.0000 | -362,240,000.00 | DKK | 13,147,008.00 |

ACCOUNT FINANCIAL SUMMARY

| | EUR | DKK | USD | |
|---|---|---|---|---|
| Open Cash Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Equity Settlement (exc comm) | 0.00 | -3,127,029,439.00 | 0.00 | -420,096,383.34 |
| Brokerage On Execution | 0.00 | 0.00 | 0.00 | 0.00 |
| Clearing Charge | 0.00 | 0.00 | -22,099.28 | -16,856.81 |
| Exchange Fees on Futures | 0.00 | 0.00 | 0.00 | 0.00 |
| Custody & Equity Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Stock Loan Settlement | 0.00 | 3,127,029,439.00 | 0.00 | 419,004,346.64 |
| Total daily MTM on Stock Loan | 0.00 | -69,420,939.00 | 0.00 | -9,302,015.14 |
| Interest on Stock Loan Cash Pool | 0.00 | -373,575.64 | 0.00 | -50,057.03 |
| Stock Lending Fees | 0.00 | 199,608.73 | 0.00 | 26,746.45 |
| Realised Futures Profit & Loss | 0.00 | 0.00 | 0.00 | 0.00 |
| Initial Margin | 0.00 | -308,884,860.00 | 0.00 | -41,388,832.91 |
| Variation Margins | 0.00 | 23,728,975.00 | 0.00 | 3,179,549.11 |
| Dividend TDC DC | 0.00 | 5,456,750.00 | 0.00 | 731,173.79 |
| Dividend NOVOB | 0.00 | 31,536,000.00 | 0.00 | 4,225,646.52 |
| Dividend LUN | 0.00 | 1,547,600.00 | 0.00 | 207,369.69 |
| Dividend DSV | 0.00 | 1,095,000.00 | 0.00 | 146,723.84 |
| Dividend CARLB | 0.00 | 2,803,200.00 | 0.00 | 375,613.02 |
| Dividends | 0.00 | 42,438,550.00 | 0.00 | 5,686,526.87 |
| Cash Payment/Receipts | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Cash Balance | **0.00** | -312,312,240.91 | -22,099.28 | -42,956,976.17 |

*SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)*

*We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.*

Common Interest

Solo Capital

Equity Transaction Statement

Cash | From 07 March 2013 to 31 March 2013

Account Number: Redacted - PII

Account Name: RJM Capital Pension Plan

Currency EUR

Trades for Current Month

| Trade Date | Settlement Date | Currency | Transaction type | Description | Identifier | Nominal | Trade Price | Commission | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 07-Mar-13 | 13-Mar-13 | DKK | Buy | TDC A/S | TDC DC | 3,250,000.00 | 45.7393 | | -148,652,725.00 | -148,652,725.00 |
| | | | | | | 3,250,000.00 | 45.7393 | | -148,652,725.00 | |
| 20/03/2013 | 26/03/2013 | DKK | Buy | NOVO NORDISK A/S-B | NOVOB DC | 2,400,000.00 | 966.5860 | | -2,319,806,400.00 | -2,319,806,400.00 |
| | | | | | | 2,400,000.00 | 966.5860 | | -2,319,806,400.00 | |
| 21/03/2013 | 27/03/2013 | DKK | Buy | H LUNDBECK A/S | LUN DC | 1,060,000.00 | 103.2481 | | -109,442,986.00 | -109,442,986.00 |
| | | | | | | 1,060,000.00 | 103.2481 | | -109,442,986.00 | |
| 21/03/2013 | 27/03/2013 | DKK | Buy | DSV A/S | DSV DC | 1,200,000.00 | 144.7836 | | -173,740,320.00 | -173,740,320.00 |
| | | | | | | 1,200,000.00 | 144.7836 | | -173,740,320.00 | |
| 21/03/2013 | 27/03/2013 | DKK | Buy | CARLSBERG AS-B | CARLB DC | 640,000.00 | 586.5422 | | -375,387,008.00 | -375,387,008.00 |
| | | | | | | 640,000.00 | 586.5422 | | -375,387,008.00 | |

Open Position Statement

| Trade Date | Settlement Date | Currency | Transaction type | Description | Identifier | Nominal | av tr PX | Curr Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| TDC A/S | | | | | | | | | | |
| 07-Mar-13 | 13-Mar-13 | DKK | Buy | TDC A/S | TDC DC | 3,250,000.00 | 45.7393 | 44.690 | -145,242,500.00 | -3,410,225.00 |
| | | | | | Open Position | 3,250,000.00 | | | -145,242,500.00 | |
| NOVO NORDISK A/S-B | | | | | | | | | | |
| 20/03/2013 | 26/03/2013 | DKK | Buy | NOVO NORDISK A/S-B | NOVOB DC | 2,400,000.00 | 966.5860 | 945.000 | -2,268,000,000.00 | -51,806,400.00 |
| | | | | | Open Position | 2,400,000.00 | | | -2,268,000,000.00 | |

Common Interest

H LUNDBECK A/S

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 21/03/2013 | 27/03/2013 | DKK | Buy | H LUNDBECK A/S | LUN DC | 1,060,000.00 | 103.2481 | 107.100 | -113,526,000.00 | 4,083,014.00 |
| | | | | | Open Position | 1,060,000.00 | | | -113,526,000.00 | |

DSV A/S

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 21/03/2013 | 27/03/2013 | DKK | Buy | DSV A/S | DSV DC | 1,200,000.00 | 144.7836 | 140.500 | -168,600,000.00 | -5,140,320.00 |
| | | | | | Open Position | 1,200,000.00 | | | -168,600,000.00 | |

CARLSBERG AS-B

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 21/03/2013 | 27/03/2013 | DKK | Buy | CARLSBERG AS-B | CARLB DC | 640,000.00 | 586.5422 | 566.000 | -362,240,000.00 | -13,147,008.00 |
| | | | | | Open Position | 640,000.00 | | | -362,240,000.00 | |

*SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)*
*We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.*

Common Interest

Solo Capital

Futures Transaction Statement

Futures

From 07 March 2013 to 31 March 2013

Account Number: Redacted - PII

Account Name: RJM Capital Pension Plan

Currency EUR

Current Open Trades

| Trade Date | Expiry Date | Currency | Transaction type | Description | Identifier | Units | Lot size | Trade Price | Brokerage | Clearing Comm | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-Mar-13 | 21-Jun-13 | DKK | Sell | TDC A/S TDC Cash Flex 21/06/13 | TDC=M3 | -32,500.00 | 100.00 | 44.1000 | 0.00 | 0.00 | 143,325,000.00 |
| | | | | | | -32,500.00 | | 44.1000 | 0.00 | 0.00 | 143,325,000.00 |
| 20/03/2013 | 21/06/2013 | DKK | Sell | Novo Nordisk A/S - B NOVOB Cash Flex 21/06/2013 | NOVOB=M3 | -24,000.00 | 100.00 | 954.1100 | 0.00 | 0.00 | 2,289,864,000.00 |
| | | | | | | -24,000.00 | | 954.1100 | 0.00 | 0.00 | 2,289,864,000.00 |
| 21/03/2013 | 21/06/2013 | DKK | Sell | DSV A/S DSV 21/06/2013 | DSV=M3 | -12,000.00 | 100.00 | 143.9700 | 0.00 | 0.00 | 172,764,000.00 |
| | | | | | | -12,000.00 | | 143.9700 | 0.00 | 0.00 | 172,764,000.00 |
| 21/03/2013 | 20/12/2013 | DKK | Sell | H Lundbeck A/S LUN 20/12/2013 | LUN=Z3 | -10,600.00 | 100.00 | 102.3000 | 0.00 | 0.00 | 108,438,000.00 |
| | | | | | | -10,600.00 | | 102.3000 | 0.00 | 0.00 | 108,438,000.00 |
| 21/03/2013 | 20/12/2013 | DKK | Sell | Carlsberg A/S CARLB 20/12/2013 | CARLB=Z3 | -6,400.00 | 100.00 | 585.0900 | 0.00 | 0.00 | 374,457,600.00 |
| | | | | | | -6,400.00 | | 585.0900 | 0.00 | 0.00 | 374,457,600.00 |

Open Position Statement

| Trade Date | Expiry Date | Currency | Transaction type | Description | Identifier | Units | Lot size | Av Tr Px | Curr Price | Value | Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TDC A/S TDC Cash Flex 21/06/13 | | | | | | | | | | | |
| 07-Mar-13 | 21-Jun-13 | DKK | Sell | TDC A/S TDC Cash Flex 21/06/13 | TDC=M3 | -32,500.00 | 100.00 | 44.1000 | 44.7200 | 145,340,000.00 | -2,015,000.00 |
| | | | | | | | | Current Value of Futures | | 145,340,000.00 | |
| Novo Nordisk A/S - B NOVOB Cash Flex 21/06/2013 | | | | | | | | | | | |
| 20/03/2013 | 21-Jun-13 | DKK | Sell | Novo Nordisk A/S - B NOVOB Cash Flex 21/06/2013 | NOVOB=M3 | -24,000.00 | 100.00 | 954.1100 | 945.6400 | 2,269,536,000.00 | 20,328,000.00 |
| | | | | | | | | Current Value of Futures | | 2,269,536,000.00 | |
| DSV A/S DSV 21/06/2013 | | | | | | | | | | | |
| 21/03/2013 | 21-Jun-13 | DKK | Sell | DSV A/S DSV 21/06/2013 | DSV=M3 | -12,000.00 | 100.00 | 143.9700 | 140.6000 | 168,720,000.00 | 4,044,000.00 |
| | | | | | | | | Current Value of Futures | | 168,720,000.00 | |

Common Interest

H Lundbeck A/S LUN 20/12/2013

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21/03/2013 | 20-Dec-13 | DKK | Sell | H Lundbeck A/S LUN 20/12/2013 | LUN=Z3 | -10,600.00 | 100.00 | 102.3000 | 107.6300 | 114,087,800.00 | -5,649,800.00 |
| | | | | | | | Current Value of Futures | | | 114,087,800.00 | |

Carlsberg A/S CARLB 20/12/2013

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21/03/2013 | 20-Dec-13 | DKK | Sell | Carlsberg A/S CARLB 20/12/2013 | CARLB=Z3 | -6,400.00 | 100.00 | 585.0900 | 568.7900 | 364,025,600.00 | 10,432,000.00 |
| | | | | | | | Current Value of Futures | | | 364,025,600.00 | |
| | | | | | | | | | | Futures Variation Margin | 27,139,200.00 |

| Initial Margin | Initial Margin | |
|---|---|---|
| EUR | DKK | |
| | -14,332,500.00 | TDC A/S TDC Cash Flex 21/06/13 |
| | -228,986,400.00 | Novo Nordisk A/S - B NOVOB Cash Flex 21/06/2013 |
| | -17,276,400.00 | DSV A/S DSV 21/06/2013 |
| | -10,843,800.00 | H Lundbeck A/S LUN 20/12/2013 |
| | -37,445,760.00 | Carlsberg A/S CARLB 20/12/2013 |
| 0.00 | -308,884,860.00 | |

*SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)*

*We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.*

Common Interest

Stock Loan

Stock Loan Transaction Statement

From 07 March 2013 to 31 March 2013

Solo Capital

Account Number: Redacted - PII

Account Name: RJM Capital Pension Plan

Currency EUR

Current Open Trades

| Trade Date | Settlement Date | type | Counterparty | Description | ID | Nominal | TRADE PX | CASH ORIG |
|---|---|---|---|---|---|---|---|---|
| 12-Mar-13 | 13-Mar-13 | SL | Colbrook Limited | TDC A/S | TDC DC | -3,250,000.00 | 45.7393 | 148,652,725.00 |
| | | | | | | | | 148,652,725.00 |
| 25-Mar-13 | 26-Mar-13 | SL | Colbrook Limited | NOVO NORDISK A/S-B | NOVOB DC | -2,400,000.00 | 966.5860 | 2,319,806,400.00 |
| | | | | | | | | 2,319,806,400.00 |
| 26-Mar-13 | 27-Mar-13 | SL | Aquila Cayman | H LUNDBECK A/S | LUN DC | -1,060,000.00 | 103.2481 | 109,442,986.00 |
| | | | | | | | | 109,442,986.00 |
| 26-Mar-13 | 27-Mar-13 | SL | Amalthea Enterprises Ltd | DSV A/S | DSV DC | -1,200,000.00 | 144.7836 | 173,740,320.00 |
| | | | | | | | | 173,740,320.00 |
| 26-Mar-13 | 27-Mar-13 | SL | Amalthea Enterprises Ltd | CARLSBERG AS-B | CARLB DC | -640,000.00 | 586.5422 | 375,387,008.00 |
| | | | | | | | | 375,387,008.00 |

Collateral

| Trade Date | Settlement Date | type | Counterparty | Description | Identifier | Nominal | Mtm price cob | CURRENT VALUE |
|---|---|---|---|---|---|---|---|---|
| Open Stock loan / borrow | | | | | | | | |
| | | SL | Colbrook Limited | TDC A/S | TDC DC | -3,250,000.00 | 44.690 | -145,242,500.00 |
| Cash pool | | | | | | | | |
| | | | | COLLATERAL | CASH | 148,652,725.00 | | 148,652,725.00 |
| | | | | COLLATERAL | CASH | -3,410,225.00 | | -3,410,225.00 |
| | | | | | | | MTM Call | 0.00 |
| | | SL | Colbrook Limited | NOVO NORDISK A/S-B | NOVOB DC | -2,400,000.00 | 945.000 | -2,268,000,000.00 |
| Cash pool | | | | | | | | |
| | | | | COLLATERAL | CASH | 2,319,806,400.00 | | 2,319,806,400.00 |
| | | | | COLLATERAL | CASH | -51,806,400.00 | | -51,806,400.00 |
| | | | | | | | MTM Call | 0.00 |
| | | SL | Aquila Cayman | H LUNDBECK A/S | LUN DC | -1,060,000.00 | 107.100 | -113,526,000.00 |
| Cash pool | | | | | | | | |
| | | | | COLLATERAL | CASH | 109,442,986.00 | | 109,442,986.00 |
| | | | | COLLATERAL | CASH | 4,083,014.00 | | 4,083,014.00 |
| | | | | | | | MTM Call | 0.00 |
| | | SL | Amalthea Enterprises Ltd | DSV A/S | DSV DC | -1,200,000.00 | 140.500 | -168,600,000.00 |
| Cash pool | | | | | | | | |
| | | | | COLLATERAL | CASH | 173,740,320.00 | | 173,740,320.00 |
| | | | | COLLATERAL | CASH | -5,140,320.00 | | -5,140,320.00 |
| | | | | | | | MTM Call | 0.00 |

Common Interest

| | | | | | | |
|---|---|---|---|---|---|---|
| SL | Amalthea Enterprises Ltd | CARLSBERG AS-B | CARLB DC | -640,000.00 | 566.000 | -362,240,000.00 |

Cash pool

| | | | |
|---|---|---|---|
| COLLATERAL | CASH | 375,387,008.00 | 375,387,008.00 |
| COLLATERAL | CASH | -13,147,008.00 | -13,147,008.00 |

MTM Call 0.00

Stock Margin

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|---|

TDC DC

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-Mar-13 | 44.70 | | 148,652,725.00 | 0.63000% | -2,505.93 | -2,505.93 | 148,652,725.00 | -145,275,000.00 | -3,377,725.00 | -0.0700% |
| 14-Mar-13 | 45.69 | 145,275,000.00 | | 0.69000% | -2,744.64 | -5,250.57 | 145,275,000.00 | -148,492,500.00 | 3,217,500.00 | -0.0100% |
| 15-Mar-13 | 45.73 | 148,492,500.00 | | 0.69000% | -2,744.69 | -7,995.26 | 148,492,500.00 | -148,622,500.00 | 130,000.00 | -0.0100% |
| 16-Mar-13 | | | | 0.69000% | -2,744.74 | -10,740.00 | | | | -0.0100% |
| 17-Mar-13 | | | | 0.69000% | -2,744.80 | -13,484.80 | | | | -0.0100% |
| 18-Mar-13 | 45.53 | 148,622,500.00 | | 0.69000% | -2,744.85 | -16,229.64 | 148,622,500.00 | -147,972,500.00 | -650,000.00 | -0.0100% |
| 19-Mar-13 | 45.75 | 147,972,500.00 | | 0.69000% | -2,744.90 | -18,974.54 | 147,972,500.00 | -148,687,500.00 | 715,000.00 | -0.0100% |
| 20-Mar-13 | 45.60 | 148,687,500.00 | | 0.66000% | -2,625.61 | -21,600.15 | 148,687,500.00 | -148,200,000.00 | -487,500.00 | -0.0400% |
| 21-Mar-13 | 45.95 | 148,200,000.00 | | 0.69000% | -2,745.00 | -24,345.15 | 148,200,000.00 | -149,337,500.00 | 1,137,500.00 | -0.0100% |
| 22-Mar-13 | 45.90 | 149,337,500.00 | | 0.69000% | -2,745.06 | -27,090.21 | 149,337,500.00 | -149,175,000.00 | -162,500.00 | -0.0100% |
| 23-Mar-13 | | | | 0.69000% | -2,745.11 | -29,835.32 | | | | -0.0100% |
| 24-Mar-13 | | | | 0.69000% | -2,745.16 | -32,580.48 | | | | -0.0100% |
| 25-Mar-13 | 45.98 | 149,175,000.00 | | 0.69000% | -2,745.21 | -35,325.70 | 149,175,000.00 | -149,435,000.00 | 260,000.00 | -0.0100% |
| 26-Mar-13 | 45.40 | 149,435,000.00 | | 0.68500% | -2,725.37 | -38,051.07 | 149,435,000.00 | -147,550,000.00 | -1,885,000.00 | -0.0150% |
| 27-Mar-13 | 44.69 | 147,550,000.00 | | 0.68750% | -2,735.37 | -40,786.44 | 147,550,000.00 | -145,242,500.00 | -2,307,500.00 | -0.0125% |
| 28-Mar-13 | | | | 0.68000% | -2,705.58 | -43,492.02 | | | | -0.0200% |
| 29-Mar-13 | | | | 0.68000% | -2,705.63 | -46,197.66 | | | | -0.0200% |
| 30-Mar-13 | | | | 0.68000% | -2,705.69 | -48,903.34 | | | | -0.0200% |
| 31-Mar-13 | | | | 0.68000% | -2,705.74 | -51,609.08 | | | | -0.0200% |
| | | | 263,683,035.00 | Interest Accrual | -51,609.08 | | | | -3,410,225.00 | |

| Date | Cash Loan Amount | EONIA | EONIA +/- fee | Stock Lending Fee | |
|---|---|---|---|---|---|
| 13-Mar-13 | 148,652,725.00 | -0.070% | 0.321000% | 1,325.49 | 1,325.49 |
| 14-Mar-13 | 148,652,725.00 | -0.010% | 0.381000% | 1,573.26 | 2,898.74 |
| 15-Mar-13 | 148,652,725.00 | -0.010% | 0.381000% | 1,573.27 | 4,472.01 |
| 16-Mar-13 | 148,652,725.00 | -0.010% | 0.381000% | 1,573.29 | 6,045.30 |
| 17-Mar-13 | 148,652,725.00 | -0.010% | 0.381000% | 1,573.31 | 7,618.61 |
| 18-Mar-13 | 148,652,725.00 | -0.010% | 0.381000% | 1,573.32 | 9,191.93 |
| 19-Mar-13 | 148,652,725.00 | -0.010% | 0.381000% | 1,573.34 | 10,765.27 |
| 20-Mar-13 | 148,652,725.00 | -0.040% | 0.351000% | 1,449.47 | 12,214.74 |
| 21-Mar-13 | 148,652,725.00 | -0.010% | 0.381000% | 1,573.37 | 13,788.11 |
| 22-Mar-13 | 148,652,725.00 | -0.010% | 0.381000% | 1,573.39 | 15,361.50 |
| 23-Mar-13 | 148,652,725.00 | -0.010% | 0.381000% | 1,573.40 | 16,934.90 |
| 24-Mar-13 | 148,652,725.00 | -0.010% | 0.381000% | 1,573.42 | 18,508.32 |
| 25-Mar-13 | 148,652,725.00 | -0.010% | 0.381000% | 1,573.44 | 20,081.76 |
| 26-Mar-13 | 148,652,725.00 | -0.015% | 0.376000% | 1,552.80 | 21,634.56 |
| 27-Mar-13 | 148,652,725.00 | -0.013% | 0.378500% | 1,563.15 | 23,197.71 |
| 28-Mar-13 | 148,652,725.00 | -0.020% | 0.371000% | 1,532.19 | 24,729.90 |
| 29-Mar-13 | 148,652,725.00 | -0.020% | 0.371000% | 1,532.20 | 26,262.10 |
| 30-Mar-13 | 148,652,725.00 | -0.020% | 0.371000% | 1,532.22 | 27,794.32 |
| 31-Mar-13 | 148,652,725.00 | -0.020% | 0.371000% | 1,532.24 | 29,326.55 |
| | | | | 29,326.55 | |

NOVO NORDISK A/S-B

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|---|
| 26-Mar-13 | 949.00 | | 2,319,806,400.00 | 0.68500% | -43,540.70 | -43,540.70 | 2,319,806,400.00 | -2,277,600,000.00 | -42,206,400.00 | -0.0150% |
| 27-Mar-13 | 945.00 | 2,277,600,000.00 | | 0.68750% | -43,700.44 | -87,241.14 | 2,277,600,000.00 | 2,268,000,000.00 | -9,600,000.00 | -0.0125% |
| 28-Mar-13 | | | | 0.68000% | -43,224.53 | -130,465.67 | | | | -0.0200% |
| 29-Mar-13 | | | | 0.68000% | -43,225.35 | -173,691.02 | | | | -0.0200% |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30-Mar-13 | | | | 0.68000% | -43,226.17 | -216,917.39 | | | | -0.0200% |
| 31-Mar-13 | | | | 0.68000% | -43,226.98 | -260,144.17 | | | | -0.0200% |
| | | | 2,319,806,400.00 | Interest Accrual | -260,144.17 | | | | -51,806,400.00 | |

| Date | Cash Loan Amount | EONIA | EONIA +/- fee | Stock Lending Fee | |
|---|---|---|---|---|---|
| 26-Mar-13 | 2,319,806,400.00 | -0.015% | 0.412500% | 26,581.12 | 26,581.12 |
| 27-Mar-13 | 2,319,806,400.00 | -0.013% | 0.415000% | 26,742.52 | 53,323.63 |
| 28-Mar-13 | 2,319,806,400.00 | -0.020% | 0.407500% | 26,259.52 | 79,583.16 |
| 29-Mar-13 | 2,319,806,400.00 | -0.020% | 0.407500% | 26,259.82 | 105,842.98 |
| 30-Mar-13 | 2,319,806,400.00 | -0.020% | 0.407500% | 26,260.12 | 132,103.10 |
| 31-Mar-13 | 2,319,806,400.00 | -0.020% | 0.407500% | 26,260.42 | 158,363.51 |
| | | | | 158,363.51 | |

**H LUNDBECK A/S**

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|---|
| 27-Mar-13 | 107.10 | | 109,442,986.00 | 0.68750% | -2,060.50 | -2,060.50 | 109,442,986.00 | -113,526,000.00 | 4,083,014.00 | -0.0125% |
| 28-Mar-13 | | | | 0.68000% | -2,038.06 | -4,098.57 | | | | -0.0200% |
| 29-Mar-13 | | | | 0.68000% | -2,038.10 | -6,136.67 | | | | -0.0200% |
| 30-Mar-13 | | | | 0.68000% | -2,038.14 | -8,174.81 | | | | -0.0200% |
| 31-Mar-13 | | | | 0.68000% | -2,038.18 | -10,212.98 | | | | -0.0200% |
| | | | 109,442,986.00 | Interest Accrual | -10,212.98 | | | | 4,083,014.00 | |

| Date | Cash Loan Amount | EONIA | EONIA +/- fee | Stock Lending Fee | |
|---|---|---|---|---|---|
| 27-Mar-13 | 109,442,986.00 | -0.013% | 0.036250% | 110.20 | 110.20 |
| 28-Mar-13 | 109,442,986.00 | -0.020% | 0.028750% | 87.40 | 197.61 |
| 29-Mar-13 | 109,442,986.00 | -0.020% | 0.028750% | 87.40 | 285.01 |
| 30-Mar-13 | 109,442,986.00 | -0.020% | 0.028750% | 87.40 | 372.41 |
| 31-Mar-13 | 109,442,986.00 | -0.020% | 0.028750% | 87.40 | 459.81 |
| | | | | 459.81 | |

**DSV A/S**

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|---|
| 27-Mar-13 | 140.50 | | 173,740,320.00 | 0.68750% | -3,297.05 | -3,297.05 | 173,740,320.00 | -168,600,000.00 | -5,140,320.00 | -0.0125% |
| 28-Mar-13 | | | | 0.68000% | -3,261.14 | -6,558.19 | | | | -0.0200% |
| 29-Mar-13 | | | | 0.68000% | -3,261.20 | -9,819.39 | | | | -0.0200% |
| 30-Mar-13 | | | | 0.68000% | -3,261.26 | -13,080.65 | | | | -0.0200% |
| 31-Mar-13 | | | | 0.68000% | -3,261.33 | -16,341.98 | | | | -0.0200% |
| | | | 173,740,320.00 | Interest Accrual | -16,341.98 | | | | -5,140,320.00 | |

| Date | Cash Loan Amount | EONIA | EONIA +/- fee | Stock Lending Fee | |
|---|---|---|---|---|---|
| 27-Mar-13 | 173,740,320.00 | -0.013% | 0.415500% | 2,005.25 | 2,005.25 |
| 28-Mar-13 | 173,740,320.00 | -0.020% | 0.408000% | 1,969.08 | 3,974.33 |
| 29-Mar-13 | 173,740,320.00 | -0.020% | 0.408000% | 1,969.10 | 5,943.43 |
| 30-Mar-13 | 173,740,320.00 | -0.020% | 0.408000% | 1,969.12 | 7,912.56 |
| 31-Mar-13 | 173,740,320.00 | -0.020% | 0.408000% | 1,969.15 | 9,881.71 |
| | | | | 9,881.71 | |

**CARLSBERG AS-B**

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|---|
| 27-Mar-13 | 566.00 | | 375,387,008.00 | 0.68750% | -7,115.32 | -7,115.32 | 375,387,008.00 | -362,240,000.00 | -13,147,008.00 | -0.0125% |
| 28-Mar-13 | | | | 0.68000% | -7,037.83 | -14,153.14 | | | | -0.0200% |
| 29-Mar-13 | | | | 0.68000% | -7,037.96 | -21,191.11 | | | | -0.0200% |
| 30-Mar-13 | | | | 0.68000% | -7,038.09 | -28,229.20 | | | | -0.0200% |
| 31-Mar-13 | | | | 0.68000% | -7,038.23 | -35,267.43 | | | | -0.0200% |
| | | | 375,387,008.00 | Interest Accrual | -35,267.43 | | | | -13,147,008.00 | |

| Date | Cash Loan Amount | EONIA | EONIA +/- fee | Stock Lending Fee | |
|---|---|---|---|---|---|
| 27-Mar-13 | 375,387,008.00 | -0.013% | 0.036250% | 377.99 | 377.99 |
| 28-Mar-13 | 375,387,008.00 | -0.020% | 0.028750% | 299.79 | 677.78 |
| 29-Mar-13 | 375,387,008.00 | -0.020% | 0.028750% | 299.79 | 977.57 |

CONFIDENTIAL

Common Interest

| | | | | | |
|---|---|---|---|---|---|
| 30-Mar-13 | 375,387,008.00 | -0.020% | 0.028750% | 299.79 | 1,277.36 |
| 31-Mar-13 | 375,387,008.00 | -0.020% | 0.028750% | 299.79 | 1,577.15 |
| | | | | 1,577.15 | |

*SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)*

*We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. in the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.*

Common Interest

Solo Capital

Cash Transaction Statement

From 07 March 2013 to 31 March 2013

Account Name: RJM Capital Pension Plan

Cash Currency EUR

Account Numb Redacted - PII

| Value date | Description | Debit/Credit | Balance |
|---|---|---|---|
| 28/02/2013 | Opening Balance | 0.00 | 0.00 |
| | Variation Margin | 0.00 | 0.00 |
| | | | 0.00 |

Cash Currency DKK

| Value date | Description | Debit/Credit | Balance |
|---|---|---|---|
| 28/02/2013 | Opening Balance | 0.00 | 0.00 |
| 07/03/2013 | Initial Margin | -14,332,500.00 | -14,332,500.00 |
| 13/03/2013 | Equity Settlement | -148,652,725.00 | -162,985,225.00 |
| 13/03/2013 | Stock Loan Settlement | 148,652,725.00 | -14,332,500.00 |
| 13/03/2013 | Dividend TDC | 5,456,750.00 | -8,875,750.00 |
| 13/03/2013 | Stock Margin | -3,377,725.00 | -12,253,475.00 |
| 14/03/2013 | Stock Margin | 3,217,500.00 | -9,035,975.00 |
| 15/03/2013 | Stock Margin | 130,000.00 | -8,905,975.00 |
| 18/03/2013 | Stock Margin | -650,000.00 | -9,555,975.00 |
| 19/03/2013 | Stock Margin | 715,000.00 | -8,840,975.00 |
| 20/03/2013 | Stock Margin | -487,500.00 | -9,328,475.00 |
| 20/03/2013 | Initial Margin | -228,986,400.00 | -238,314,875.00 |
| 21/03/2013 | Initial Margin | -65,565,960.00 | -303,880,835.00 |
| 21/03/2013 | Stock Margin | 1,137,500.00 | -302,743,335.00 |
| 22/03/2013 | Stock Margin | -162,500.00 | -302,905,835.00 |
| 25/03/2013 | Stock Margin | 260,000.00 | -302,645,835.00 |
| 26/03/2013 | Stock Margin | -44,091,400.00 | -346,737,235.00 |
| 26/03/2013 | Equity Settlement | -2,319,806,400.00 | -2,666,543,635.00 |
| 26/03/2013 | Stock Loan Settlement | 2,319,806,400.00 | -346,737,235.00 |
| 26/03/2013 | Dividend NOVOB | 31,536,000.00 | -315,201,235.00 |
| 27/03/2013 | Equity Settlement | -658,570,314.00 | -973,771,549.00 |

Common Interest

| | | | | |
|---|---|---|---|---|
| 27/03/2013 | | Stock Loan Settlement | 658,570,314.00 | -315,201,235.00 |
| 27/03/2013 | | Dividend LUN | 1,547,600.00 | -313,653,635.00 |
| 27/03/2013 | | Dividend DSV | 1,095,000.00 | -312,558,635.00 |
| 27/03/2013 | | Dividend CARLB | 2,803,200.00 | -309,755,435.00 |
| 27/03/2013 | | Stock Margin | -26,111,814.00 | -335,867,249.00 |
| | | Variation Margin | 23,728,975.00 | -312,138,274.00 |
| | | Stock Loan Interest & Fee | -173,966.91 | -312,312,240.91 |
| | | | | -312,312,240.91 |

| Cash | Currency | USD | | |
|---|---|---|---|---|
| Value date | | Description | Debit/Credit | Balance |
| 28/02/2013 | GSS1045 | March 13 Invoice | -22,099.28 | -22,099.28 |
| | | Variation Margin | 0.00 | -22,099.28 |
| | | | | -22,099.28 |

*SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)*
*We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.*