# Exhibit 5

OPEN POSITION STATEMENT

**Solo Capital**

| | | |
|---|---|---|
| RJM Capital Pension Plan<br>1010 Fifth Avenue<br>Apt 1D, New York<br>NY 100028<br>United States of America<br>Account Number: Redacted - PII | Date   16 March 2015 | SOLO CAPITALPARTNERS LLP<br>10 EXCHANGE SQUARE, PRIMROSE STREET<br>LONDON, EC2A 2EN<br>TEL (44) 20 7382 4940 |

**Open Positions**

| Date | Open Position | Trade Price | Current Price | Position Value | CCY | Market Revaluation |
|---|---|---|---|---|---|---|
| | | | | | | |

### ACCOUNT FINANCIAL SUMMARY

| | EUR | DKK | USD | EUR Eq. |
|---|---:|---:|---:|---:|
| Open Cash Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Equity Settlement (exc comm) | 12,230,557.56 | 226,117,938.30 | 0.00 | 42,541,273.15 |
| Brokerage On Execution | 0.00 | 0.00 | 0.00 | 0.00 |
| Clearing Charge | 0.00 | 0.00 | 0.00 | 0.00 |
| Exchange Fees on Futures | 0.00 | 0.00 | 0.00 | 0.00 |
| Custody & Equity Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Stock Loan Settlement | -12,230,557.56 | -226,117,938.30 | 0.00 | -42,541,273.15 |
| Total daily MTM on Stock Loan | 12,230,557.56 | 226,117,938.30 | 0.00 | 42,541,273.15 |
| Interest on Stock Loan Cash Pool | -348,436.42 | -12,659,581.30 | 0.00 | -2,046,771.72 |
| Stock Lending Fees | 186,483.71 | 5,763,900.39 | 0.00 | 959,124.51 |
| Realised Futures Profit & Loss | -15,164,611.18 | -307,408,478.77 | 0.00 | -56,372,182.06 |
| Initial Margin | 0.00 | 0.00 | 0.00 | 0.00 |
| Variation Margins | 0.00 | 0.00 | 0.00 | 0.00 |
| Dividend - NOVOZYMES A/S-B | 0.00 | 2,095,585.45 | 0.00 | 280,909.58 |
| Dividend - TDC A/S | 0.00 | 6,390,503.66 | 0.00 | 856,635.88 |
| Dividend - Danske Bank A/S | 0.00 | 5,790,748.36 | 0.00 | 776,239.73 |
| Dividend - PANDORA A/S | 0.00 | 2,232,090.71 | 0.00 | 299,207.87 |
| Dividend - CARLSBERG AS-B | 0.00 | 3,036,321.12 | 0.00 | 407,013.55 |
| Dividend - NOVO NORDISK A/S-B | 0.00 | 40,605,908.00 | 0.00 | 5,443,151.21 |
| Dividend - AP MOELLER-MAERSK A/S-A | 0.00 | 9,097,844.00 | 0.00 | 1,219,550.13 |
| Dividend - AP MOELLER-MAERSK A/S-B | 0.00 | 11,050,886.00 | 0.00 | 1,481,352.01 |
| Dividend - TRYG A/S | 0.00 | 2,122,904.97 | 0.00 | 284,571.71 |
| Dividend - BELGACOM SA | 419,184.75 | 0.00 | 0.00 | 419,184.75 |
| Dividend - GROUPE BRUXELLES LAMBERT SA | 344,694.20 | 0.00 | 0.00 | 344,694.20 |
| Dividend - AGEAS | 599,014.64 | 0.00 | 0.00 | 599,014.64 |
| Dividend - ANHEUSER-BUSCH INBEV NV | 1,733,112.75 | 0.00 | 0.00 | 1,733,112.75 |
| Dividend - COLOPLAST-B | 0.00 | 1,764,859.68 | 0.00 | 236,576.36 |
| Dividend - TDC A/S | 0.00 | 4,008,569.43 | 0.00 | 537,341.75 |
| Dividends | 3,096,006.34 | 88,196,221.37 | 0.00 | 14,918,556.12 |
| Cash Payment/Receipts | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cash Balance** | **0.00** | **-0.00** | **0.00** | **0.00** |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

# Solo Capital

**Equity Transaction Statement**

Cash Equity
Account Number: [Redacted - PII]
Account Name: RJM Capital Pension Plan
Currency: EUR
From: 01 January 2014
to: 16 March 2015

| Trade Date | Settlement Date | Currency | Transaction type | Description | Identifier | Nominal | Trade Price | Commission | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 26/02/2014 | 04/03/2014 | DKK | Buy | NOVOZYMES A/S-B | NZYMB | 1,148,266.00 | 254.0000 | 0.00 | -291,659,564.00 | -291,659,564.00 |
| 06/03/2014 | 12/03/2014 | DKK | Buy | TDC A/S | TDC | 3,979,143.00 | 52.6500 | 0.00 | -209,501,878.95 | -501,161,442.95 |
| 18/03/2014 | 24/03/2014 | DKK | Buy | Danske Bank A/S | DANSKE | 3,966,266.00 | 145.7000 | 0.00 | -577,884,956.20 | -1,079,046,399.15 |
| 19/03/2014 | 25/03/2014 | DKK | Buy | PANDORA A/S | PNDORA | 470,409.00 | 356.0000 | 0.00 | -167,465,604.00 | -1,246,512,003.15 |
| 20/03/2014 | 26/03/2014 | DKK | Buy | CARLSBERG AS-B | CARLB | 519,918.00 | 522.0000 | 0.00 | -271,397,196.00 | -1,517,909,199.15 |
| 20/03/2014 | 26/03/2014 | DKK | Buy | NOVO NORDISK A/S-B | NOVOB | 12,361,007.00 | 245.8000 | 0.00 | -3,038,335,520.60 | -4,556,244,719.75 |
| 31/03/2014 | 04/04/2014 | DKK | Buy | AP MOELLER-MAERSK A/S-A | MAERSKA | 8,902.00 | 62,500.0000 | 0.00 | -556,375,000.00 | -5,112,619,719.75 |
| 31/03/2014 | 04/04/2014 | DKK | Buy | AP MOELLER-MAERSK A/S-B | MAERSKB | 10,813.00 | 65,000.0000 | 0.00 | -702,845,000.00 | -5,815,464,719.75 |
| 03/04/2014 | 09/04/2014 | DKK | Buy | TRYG A/S | TRYG | 107,707.00 | 551.5000 | 0.00 | -59,400,410.50 | -5,874,865,130.25 |
| 04/04/2014 | 04/04/2014 | DKK | Buy | AP MOELLER-MAERSK A/S-A- 400% STOCK DIVIDEND | MAERSKA | 35,608.00 | 0.0000 | 0.00 | 0.00 | -5,874,865,130.25 |
| 04/04/2014 | 04/04/2014 | DKK | Buy | AP MOELLER-MAERSK A/S-B - 400% STOCK DIVIDEND | MAERSKB | 43,252.00 | 0.0000 | 0.00 | 0.00 | -5,874,865,130.25 |
| 08/05/2014 | 14/05/2014 | DKK | Buy | COLOPLAST-B | COLOB | 604,404.00 | 468.1000 | 0.00 | -282,921,512.40 | -6,157,786,642.65 |
| 03/06/2014 | 10/06/2014 | DKK | Sell | NOVOZYMES A/S-B | NZYMB | -1,148,266.00 | 267.4000 | 0.00 | 307,046,328.40 | -5,850,740,314.25 |
| 04/06/2014 | 11/06/2014 | DKK | Sell | Danske Bank A/S | DANSKE DC | -3,966,266.00 | 154.4000 | 0.00 | 612,391,470.40 | -5,238,348,843.85 |
| 04/06/2014 | 11/06/2014 | DKK | Sell | TDC A/S | TDC | -3,979,143.00 | 52.7500 | 0.00 | 209,899,793.25 | -5,028,449,050.60 |
| 10/06/2014 | 13/06/2014 | DKK | Sell | CARLSBERG AS-B | CARLB | -519,918.00 | 582.5000 | 0.00 | 302,852,235.00 | -4,725,596,815.60 |
| 10/06/2014 | 13/06/2014 | DKK | Sell | PANDORA A/S | PNDORA | -470,409.00 | 410.8000 | 0.00 | 193,244,017.20 | -4,532,352,798.40 |
| 11/06/2014 | 16/06/2014 | DKK | Sell | NOVO NORDISK A/S-B | NOVOB DC | -12,361,007.00 | 245.0000 | 0.00 | 3,028,445,715.00 | -1,503,906,083.40 |
| 07/08/2014 | 13/08/2014 | DKK | Buy | TDC A/S | TDC | 3,660,794.00 | 51.3500 | 0.00 | -187,981,771.90 | -1,691,887,855.30 |
| 28/08/2014 | 02/09/2014 | DKK | Sell | AP MOELLER-MAERSK A/S-A | MAERSKA | -44,510.00 | 13,830.0000 | 0.00 | 615,573,300.00 | -1,076,314,555.30 |
| 03/09/2014 | 08/09/2014 | DKK | Sell | AP MOELLER-MAERSK A/S-B | MAERSKB | -54,065.00 | 14,490.0000 | 0.00 | 783,401,850.00 | -292,912,705.30 |
| 08/09/2014 | 11/09/2014 | DKK | Sell | COLOPLAST-B | COLOB | -604,404.00 | 483.9000 | 0.00 | 292,471,095.60 | -441,609.70 |
| 08/09/2014 | 11/09/2014 | DKK | Sell | TRYG A/S | TRYG | -107,707.00 | 574.0000 | 0.00 | 61,823,818.00 | 61,382,208.30 |
| 05/11/2014 | 07/11/2014 | DKK | Sell | TDC A/S | TDC | -3,660,794.00 | 45.0000 | 0.00 | 164,735,730.00 | 226,117,938.30 |
|  |  |  |  |  |  |  |  | 0.00 |  | 226,117,938.30 |
| 17/04/2014 | 25/04/2014 | EUR | Buy | BELGACOM SA | BELG | 341,801.00 | 22.5000 | 0.00 | -7,690,522.50 | -7,690,522.50 |
| 28/04/2014 | 05/05/2014 | EUR | Buy | GROUPE BRUXELLES LAMBERT SA | GBLB | 173,597.00 | 74.4500 | 0.00 | -12,924,296.65 | -20,614,819.15 |
| 02/05/2014 | 08/05/2014 | EUR | Buy | AGEAS | AGS | 586,120.00 | 31.1300 | 0.00 | -18,245,915.60 | -38,860,734.75 |
| 02/05/2014 | 08/05/2014 | EUR | Buy | ANHEUSER-BUSCH INBEV NV | ABI | 1,637,329.00 | 77.7200 | 0.00 | -127,253,209.88 | -166,113,944.63 |
| 09/09/2014 | 12/09/2014 | EUR | Sell | BELGACOM SA | BELG | -341,801.00 | 27.2000 | 0.00 | 9,296,987.20 | -156,816,957.43 |
| 09/09/2014 | 12/09/2014 | EUR | Sell | GROUPE BRUXELLES LAMBERT SA | GBLB | -173,597.00 | 73.5800 | 0.00 | 12,773,267.26 | -144,043,690.17 |
| 10/09/2014 | 15/09/2014 | EUR | Sell | AGEAS | AGS | -586,120.00 | 25.3500 | 0.00 | 14,858,142.00 | -129,185,548.17 |
| 10/09/2014 | 15/09/2014 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI | -1,637,329.00 | 86.3700 | 0.00 | 141,416,105.73 | 12,230,557.56 |
|  |  |  |  |  |  |  |  | 0.00 |  | 12,230,557.56 |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

CONFIDENTIAL                                                              WH_MDL_00524104

Forward Transaction Statement

Forward
From: 01 January 2014 to 16 March 2015

Account Number: [Redacted - P1]
Account Name: RJM Capital Pension Plan
Currency: EUR

**Solo Capital**

| Trade Date | Expiry Date | Currency | Transaction type | Description | Identifier | Units | Trade Price | Notional | Value |
|---|---|---|---|---|---|---|---|---|---|
| 26/02/2014 | 20/06/2014 | DKK | Sell | NOVOZYMES A/S-B | NZYMB | -1,148,266.00 | 252.43 | 289,856,786.38 | 289,856,786.38 |
| 06/03/2014 | 20/06/2014 | DKK | Sell | TDC A/S | TDC | -3,979,143.00 | 51.09 | 203,291,630.47 | 493,148,416.85 |
| 18/03/2014 | 20/06/2014 | DKK | Sell | Danske Bank A/S | DANSKE DC | -3,966,266.00 | 144.35 | 572,541,206.02 | 1,065,689,622.87 |
| 19/03/2014 | 20/06/2014 | DKK | Sell | PANDORA A/S | PNDORA | -470,409.00 | 351.52 | 165,358,171.68 | 1,231,047,794.55 |
| 20/03/2014 | 20/06/2014 | DKK | Sell | CARLSBERG AS-B | CARLB | -519,918.00 | 516.55 | 268,563,694.89 | 1,499,611,489.44 |
| 20/03/2014 | 20/06/2014 | DKK | Sell | NOVO NORDISK A/S-B | NOVOB | -12,361,007.00 | 242.70 | 2,999,995,385.19 | 4,499,606,874.63 |
| 31/03/2014 | 19/09/2014 | DKK | Sell | AP MOELLER-MAERSK A/S-A | MAERSKA | -8,902.00 | 61,620.00 | 548,541,240.00 | 5,048,148,114.63 |
| 31/03/2014 | 19/09/2014 | DKK | Sell | AP MOELLER-MAERSK A/S-B | MAERSKB | -10,813.00 | 64,126.00 | 693,394,438.00 | 5,741,542,552.63 |
| 03/04/2014 | 19/09/2014 | DKK | Sell | TRYG A/S | TRYG | -107,707.00 | 532.96 | 57,403,522.72 | 5,798,946,075.35 |
| 04/04/2014 | 19/09/2014 | DKK | Sell | AP MOELLER-MAERSK A/S-A - 400% STOCK DIVIDEND | MAERSKA | -35,608.00 | 0.00 | 0.00 | 5,798,946,075.35 |
| 04/04/2014 | 19/09/2014 | DKK | Sell | AP MOELLER-MAERSK A/S-B - 400% STOCK DIVIDEND | MAERSKB | -43,252.00 | 0.00 | 0.00 | 5,798,946,075.35 |
| 08/05/2014 | 19/09/2014 | DKK | Sell | COLOPLAST-B | COLOB | -604,404.00 | 465.94 | 281,615,999.76 | 6,080,562,075.11 |
| 03/06/2014 | 20/06/2014 | DKK | Buy | NOVOZYMES A/S-B | NZYMB | 1,148,266.00 | 267.42 | -307,069,293.72 | 5,773,492,781.39 |
| 04/06/2014 | 20/06/2014 | DKK | Buy | Danske Bank A/S | DANSKE DC | 3,966,266.00 | 154.41 | -612,431,133.06 | 5,161,061,648.33 |
| 04/06/2014 | 20/06/2014 | DKK | Buy | TDC A/S | TDC | 3,979,143.00 | 52.75 | -209,899,793.25 | 4,951,161,855.08 |
| 10/06/2014 | 20/06/2014 | DKK | Buy | CARLSBERG AS-B | CARLB | 519,918.00 | 582.53 | -302,867,832.54 | 4,648,294,022.54 |
| 10/06/2014 | 20/06/2014 | DKK | Buy | PANDORA A/S | PNDORA | 470,409.00 | 410.82 | -193,253,425.38 | 4,455,040,597.16 |
| 11/06/2014 | 20/06/2014 | DKK | Buy | NOVO NORDISK A/S-B | NOVOB DC | 12,361,007.00 | 245.01 | -3,028,570,325.07 | 1,426,470,272.09 |
| 07/08/2014 | 19/12/2014 | DKK | Sell | TDC A/S | TDC | -3,660,794.00 | 50.35 | 184,320,977.90 | 1,610,791,249.99 |
| 28/08/2014 | 19/09/2014 | DKK | Buy | AP MOELLER-MAERSK A/S-A | MAERSKA | 44,510.00 | 13,832.00 | -615,662,320.00 | 995,128,929.99 |
| 03/09/2014 | 19/09/2014 | DKK | Buy | AP MOELLER-MAERSK A/S-B | MAERSKB | 54,065.00 | 14,491.00 | -783,455,915.00 | 211,673,014.99 |
| 08/09/2014 | 19/09/2014 | DKK | Buy | COLOPLAST-B | COLOB | 604,404.00 | 483.92 | -292,483,183.68 | -80,810,168.69 |
| 08/09/2014 | 19/09/2014 | DKK | Buy | TRYG A/S | TRYG | 107,707.00 | 574.02 | -61,825,972.14 | -142,636,140.83 |
| 05/11/2014 | 19/12/2014 | DKK | Buy | TDC A/S | TDC | 3,660,794.00 | 45.01 | -164,772,337.94 | -307,408,478.77 |
| | | | | | | | | 0.00 | -307,408,478.77 |
| 17/04/2014 | 19/09/2014 | EUR | Sell | BELGACOM SA | BELG | -341,801.00 | 21.28 | 7,271,884.64 | 7,271,884.64 |
| 28/04/2014 | 19/09/2014 | EUR | Sell | GROUPE BRUXELLES LAMBERT SA | GBLB | -173,597.00 | 72.52 | 12,589,566.91 | 19,861,451.55 |
| 02/05/2014 | 19/09/2014 | EUR | Sell | AGEAS | AGS | -586,120.00 | 30.13 | 17,657,040.84 | 37,518,492.39 |
| 02/05/2014 | 19/09/2014 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI | -1,637,329.00 | 76.75 | 125,661,398.63 | 163,179,891.01 |
| 09/09/2014 | 19/09/2014 | EUR | Buy | BELGACOM SA | BELG | 341,801.00 | 27.20 | -9,296,987.20 | 153,882,903.81 |
| 09/09/2014 | 19/09/2014 | EUR | Buy | GROUPE BRUXELLES LAMBERT SA | GBLB | 173,597.00 | 73.58 | -12,773,267.26 | 141,109,636.55 |
| 10/09/2014 | 19/09/2014 | EUR | Buy | AGEAS | AGS | 586,120.00 | 25.35 | -14,858,142.00 | 126,251,494.55 |
| 10/09/2014 | 19/09/2014 | EUR | Buy | ANHEUSER-BUSCH INBEV NV | ABI | 1,637,329.00 | 86.37 | -141,416,105.73 | -15,164,611.18 |
| | | | | | | | | 0.00 | -15,164,611.18 |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND

| Futures | | | From | Futures Transaction Statement 01 January 2014 | | to | 16 March 2015 | | | | Solo Capital |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Number: | Redacted - PI | | Account Name: Currency | RJM Capital Pension Plan EUR | | | | | | | |

**Current Open Trades**

| Trade Date | Expiry Date | Currency | Transaction type | Description | Identifier | Units | Lot size | Trade Price | Brokerage | Clearing Comm | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|

No Open Positions

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

**Solo Capital**

| | | | Stock Loan Transaction Statement | | | | | |
|---|---|---|---|---|---|---|---|---|
| Stock Loan | | | From | 01 January 2014 | to | 16 March 2015 | | |
| Account Number: | Redacted - PII | | Account Name: | RJM Capital Pension Plan | | | | |
| | | | Currency | EUR | | | | |

**Current Open Trades**

| Trade Date | Settlement Date | Type | Counterparty | Description | ID | Nominal | Trade Price | Cash Balance |
|---|---|---|---|---|---|---|---|---|
| **DKK** | | | | | | | | |
| 03/03/2014 | 04/03/2014 | Lend | Colbrook Limited | NOVOZYMES A/S-B | NZYMB | -1,148,266.00 | 254.00 | 291,659,564.00 |
| 03/06/2014 | 10/06/2014 | Recall | Colbrook Limited | NOVOZYMES A/S-B | NZYMB | 1,148,266.00 | 267.4000 | -307,046,328.40 |
| | | | | | | 0.00 | | -15,386,764.40 |
| 11/03/2014 | 12/03/2014 | Lend | Colbrook Limited | TDC A/S | TDC | -3,979,143.00 | 52.6500 | 209,501,878.95 |
| 04/06/2014 | 11/06/2014 | Recall | Colbrook Limited | TDC A/S | TDC | 3,979,143.00 | 52.7500 | -209,899,793.25 |
| | | | | | | 0.00 | | -397,914.30 |
| 21/03/2014 | 24/03/2014 | Lend | Colbrook Limited | Danske Bank A/S | DANSKE DC | -3,966,266.00 | 145.7000 | 577,884,956.20 |
| 04/06/2014 | 11/06/2014 | Recall | Colbrook Limited | Danske Bank A/S | DANSKE DC | 3,966,266.00 | 154.4000 | -612,391,470.40 |
| | | | | | | 0.00 | | -34,506,514.20 |
| 24/03/2014 | 25/03/2014 | Lend | Colbrook Limited | PANDORA A/S | PNDORA | -470,409.00 | 356.0000 | 167,465,604.00 |
| 10/06/2014 | 13/06/2014 | Recall | Colbrook Limited | PANDORA A/S | PNDORA | 470,409.00 | 410.8000 | -193,244,017.20 |
| | | | | | | 0.00 | | -25,778,413.20 |
| 25/03/2014 | 26/03/2014 | Lend | Colbrook Limited | CARLSBERG AS-B | CARLB | -519,918.00 | 522.0000 | 271,397,196.00 |
| 10/06/2014 | 13/06/2014 | Recall | Colbrook Limited | CARLSBERG AS-B | CARLB | 519,918.00 | 582.5000 | -302,852,235.00 |
| | | | | | | 0.00 | | -31,455,039.00 |
| 25/03/2014 | 26/03/2014 | Lend | Colbrook Limited | NOVO NORDISK A/S-B | NOVOB | -12,361,007.00 | 245.8000 | 3,038,335,520.60 |
| 11/06/2014 | 16/06/2014 | Recall | Colbrook Limited | NOVO NORDISK A/S-B | NOVOB DC | 12,361,007.00 | 245.0000 | -3,028,446,715.00 |
| | | | | | | 0.00 | | 9,888,805.60 |
| 03/04/2014 | 04/04/2014 | Lend | Colbrook Limited | AP MOELLER-MAERSK A/S-A | MAERSKA | -8,902.00 | 62,500.0000 | 556,375,000.00 |
| 04/04/2014 | 04/04/2014 | Lend | Colbrook Limited | AP MOELLER-MAERSK A/S-A | MAERSKA | -35,608.00 | 0.0000 | 0.00 |
| 28/08/2014 | 02/09/2014 | Recall | Colbrook Limited | AP MOELLER-MAERSK A/S-A | MAERSKA | 44,510.00 | 13,830.0000 | -615,573,300.00 |
| | | | | | | 0.00 | | -59,198,300.00 |
| 03/04/2014 | 04/04/2014 | Lend | Colbrook Limited | AP MOELLER-MAERSK A/S-B | MAERSKB | -10,813.00 | 65,000.0000 | 702,845,000.00 |
| 04/04/2014 | 04/04/2014 | Lend | Colbrook Limited | AP MOELLER-MAERSK A/S-B | MAERSKB | -43,252.00 | 0.0000 | 0.00 |
| 03/09/2014 | 08/09/2014 | Recall | Colbrook Limited | AP MOELLER-MAERSK A/S-B | MAERSKB | 54,065.00 | 14,490.0000 | -783,401,850.00 |
| | | | | | | 0.00 | | -80,556,850.00 |
| 08/04/2014 | 09/04/2014 | Lend | Colbrook Limited | TRYG A/S | TRYG | -107,707.00 | 551.5000 | 59,400,410.50 |
| 08/09/2014 | 11/09/2014 | Recall | Colbrook Limited | TRYG A/S | TRYG | 107,707.00 | 574.0000 | -61,823,818.00 |
| | | | | | | 0.00 | | -2,423,407.50 |
| 13/05/2014 | 14/05/2014 | Lend | Colbrook Limited | COLOPLAST-B | COLOB | -604,404.00 | 468.1000 | 282,921,512.40 |
| 08/09/2014 | 11/09/2014 | Recall | Colbrook Limited | COLOPLAST-B | COLOB | 604,404.00 | 483.9000 | -292,471,095.60 |
| | | | | | | 0.00 | | -9,549,583.20 |
| 12/08/2014 | 13/08/2014 | Lend | Colbrook Limited | TDC A/S | TDC | -3,660,794.00 | 51.3500 | 187,981,771.90 |
| 05/11/2014 | 07/11/2014 | Recall | Colbrook Limited | TDC A/S | TDC | 3,660,794.00 | 45.0000 | -164,735,730.00 |
| | | | | | | 0.00 | | 23,246,041.90 |
| | | | | | | | **DKK Total** | **-226,117,938.30** |
| **EUR** | | | | | | | | |
| 24/04/2014 | 25/04/2014 | Lend | Colbrook Limited | BELGACOM SA | BELG | -341,801.00 | 22.5000 | 7,690,522.50 |
| 09/09/2014 | 12/09/2014 | Recall | Colbrook Limited | BELGACOM SA | BELG | 341,801.00 | 27.2000 | -9,296,987.20 |
| | | | | | | 0.00 | | -1,606,464.70 |
| 02/05/2014 | 05/05/2014 | Lend | Colbrook Limited | GROUPE BRUXELLES LAMBERT SA | GBLB | -173,597.00 | 74.4500 | 12,924,296.65 |
| 09/09/2014 | 12/09/2014 | Recall | Colbrook Limited | GROUPE BRUXELLES LAMBERT SA | GBLB | 173,597.00 | 73.5800 | -12,773,267.26 |
| | | | | | | 0.00 | | 151,029.39 |
| 07/05/2014 | 08/05/2014 | Lend | Colbrook Limited | AGEAS | AGS | -586,120.00 | 31.1300 | 18,245,915.60 |

| Settlement Date | Return Date | Type | Description | Nominal | Start Price | Start Cash | End Price | End Cash |
|---|---|---|---|---|---|---|---|---|
| 10/09/2014 | 15/09/2014 | Recall | Colbrook Limited | AGEAS | AGS | 586,120.00 | 25.3500 | -14,858,142.00 |
| | | | | | | 0.00 | | 3,387,773.60 |
| 07/05/2014 | 08/05/2014 | Lend | Colbrook Limited | ANHEUSER-BUSCH INBEV NV | ABI | -1,637,329.00 | 77.7200 | 127,253,209.88 |
| 10/09/2014 | 15/09/2014 | Recall | Colbrook Limited | ANHEUSER-BUSCH INBEV NV | ABI | 1,637,329.00 | 86.3700 | -141,416,105.73 |
| | | | | | | 0.00 | | -14,162,895.85 |
| | | | | | | | EUR Total | -12,230,557.56 |

**Cash Collateral MTM**

| Settlement Date | Return Date | Type | Description | Nominal | Start Price | Start Cash | End Price | End Cash |
|---|---|---|---|---|---|---|---|---|
| **DKK** | | | | | | | | |
| 04/03/2014 | 10/06/2014 | Lend | NOVOZYMES A/S-B | -1,148,266 | 254.0000 | -291,659,564.00 | 267.4000 | 307,046,328.40 |
| | | | | | | | Total MTM | 15,386,764.40 |
| 12/03/2014 | 11/06/2014 | Lend | TDC A/S | -3,979,143 | 52.6500 | -209,501,878.95 | 52.7500 | 209,899,793.25 |
| | | | | | | | Total MTM | 397,914.30 |
| 24/03/2014 | 11/06/2014 | Lend | Danske Bank A/S | -3,966,266 | 145.7000 | -577,884,956.20 | 154.4000 | 612,391,470.40 |
| | | | | | | | Total MTM | 34,506,514.20 |
| 25/03/2014 | 13/06/2014 | Lend | PANDORA A/S | -470,409 | 356.0000 | -167,465,604.00 | 410.8000 | 193,244,017.20 |
| | | | | | | | Total MTM | 25,778,413.20 |
| 26/03/2014 | 13/06/2014 | Lend | CARLSBERG AS-B | -519,918 | 522.0000 | -271,397,196.00 | 582.5000 | 302,852,235.00 |
| | | | | | | | Total MTM | 31,455,039.00 |
| 26/03/2014 | 16/06/2014 | Lend | NOVO NORDISK A/S-B | -12,361,007 | 245.8000 | -3,038,335,520.60 | 245.0000 | 3,028,446,715.00 |
| | | | | | | | Total MTM | -9,888,805.60 |
| 04/04/2014 | 02/09/2014 | Lend | AP MOELLER-MAERSK A/S-A | -8,902 | 62,500.0000 | -556,375,000.00 | 13,830.0000 | 615,573,300.00 |
| 04/04/2014 | 02/09/2014 | Lend | AP MOELLER-MAERSK A/S-A - 400% STOCK DIVIDEND | -35,608 | 0.0000 | 0.00 | 0.0000 | 0.00 |
| | | | | | | | Total MTM | 59,198,300.00 |
| 04/04/2014 | 08/09/2014 | Lend | AP MOELLER-MAERSK A/S-B | -10,813 | 65,000.0000 | -702,845,000.00 | 14,490.0000 | 783,401,850.00 |
| 04/04/2014 | 08/09/2014 | Lend | AP MOELLER-MAERSK A/S-B - 400% STOCK DIVIDEND | -43,252 | 0.0000 | 0.00 | 0.0000 | 0.00 |
| | | | | | | | Total MTM | 80,556,850.00 |
| 09/04/2014 | 11/09/2014 | Lend | TRYG A/S | -107,707 | 551.5000 | -59,400,410.50 | 574.0000 | 61,823,818.00 |
| | | | | | | | Total MTM | 2,423,407.50 |
| 14/05/2014 | 11/09/2014 | Lend | COLOPLAST-B | -604,404 | 468.1000 | -282,921,512.40 | 483.9000 | 292,471,095.60 |
| | | | | | | | Total MTM | 9,549,583.20 |
| 13/08/2014 | 07/11/2014 | Lend | TDC A/S | -3,660,794 | 51.3500 | -187,981,771.90 | 45.0000 | 164,735,730.00 |
| | | | | | | | Total MTM | -23,246,041.90 |
| | | | | | | Total Cash Collateral MTM | | 226,117,938.30 |
| **EUR** | | | | | | | | |
| 25/04/2014 | 12/09/2014 | Lend | BELGACOM SA | -341,801 | 22.5000 | -7,690,522.50 | 27.2000 | 9,296,987.20 |
| | | | | | | | Total MTM | 1,606,464.70 |
| 05/05/2014 | 12/09/2014 | Lend | GROUPE BRUXELLES LAMBERT SA | -173,597 | 74.4500 | -12,924,296.65 | 73.5800 | 12,773,267.26 |
| | | | | | | | Total MTM | -151,029.39 |
| 08/05/2014 | 15/09/2014 | Lend | AGEAS | -586,120 | 31.1300 | -18,245,915.60 | 25.3500 | 14,858,142.00 |
| | | | | | | | Total MTM | -3,387,773.60 |
| 08/05/2014 | 15/09/2014 | Lend | ANHEUSER-BUSCH INBEV NV | -1,637,329 | 77.7200 | -127,253,209.88 | 86.3700 | 141,416,105.73 |
| | | | | | | | Total MTM | 14,162,895.85 |
| | | | | | | Total Cash Collateral MTM | | 12,230,557.56 |

**Stock Loan Fees and Rebates**

| Settle Date | Nominal | Start Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate |
|---|---|---|---|---|---|---|---|---|
| **DKK** | | | | | | | | |

CONFIDENTIAL

WH_MDL_00524108

| Security / Date | Quantity | Amount | Settlement Date | Days | Rate | Stock Loan Fee | Rebate Rate | Interest Rebate |
|---|---|---|---|---|---|---|---|---|
| **NOVOZYMES A/S-B** | | | | | | | | |
| 04/03/2014 | -1,148,266 | 291,659,564.00 | 10/06/2014 | 98.00 | 0.37692% | 299,260.21 | 0.70000% | -555,773.50 |
| **TDC A/S** | | | | | | | | |
| 12/03/2014 | -3,979,143 | 209,501,878.95 | 11/06/2014 | 91.00 | 0.39539% | 209,388.34 | 0.70000% | -370,701.94 |
| **Danske Bank A/S** | | | | | | | | |
| 24/03/2014 | -3,966,266 | 577,884,956.20 | 11/06/2014 | 79.00 | 0.39767% | 504,299.81 | 0.70000% | -887,695.50 |
| **PANDORA A/S** | | | | | | | | |
| 25/03/2014 | -470,409 | 167,465,604.00 | 13/06/2014 | 80.00 | 0.40000% | 148,858.31 | 0.70000% | -260,502.05 |
| **CARLSBERG AS-B** | | | | | | | | |
| 26/03/2014 | -519,918 | 271,397,196.00 | 13/06/2014 | 79.00 | 0.40010% | 238,285.98 | 0.70000% | -416,896.25 |
| **NOVO NORDISK A/S-B** | | | | | | | | |
| 26/03/2014 | -12,361,007 | 3,038,335,520.60 | 16/06/2014 | 82.00 | 0.40010% | 2,768,953.32 | 0.75792% | -5,245,279.91 |
| **AP MOELLER-MAERSK A/S-A** | | | | | | | | |
| 04/04/2014 | -8,902 | 556,375,000.00 | 02/09/2014 | 151.00 | 0.22000% | 513,410.49 | 0.70000% | -1,633,578.82 |
| 04/04/2014 | -35,608 | | 02/09/2014 | 151.00 | 0.22000% | 0.00 | 0.70000% | 0.00 |
| **AP MOELLER-MAERSK A/S-B** | | | | | | | | |
| 04/04/2014 | -10,813 | 702,845,000.00 | 08/09/2014 | 157.00 | 0.22000% | 674,340.73 | 0.70000% | -2,145,629.60 |
| 04/04/2014 | -43,252 | | 08/09/2014 | 157.00 | 0.22000% | 0.00 | 0.70000% | 0.00 |
| **TRYG A/S** | | | | | | | | |
| 09/04/2014 | -107,707 | 59,400,410.50 | 11/09/2014 | 155.00 | 0.22875% | 58,503.22 | 0.70000% | -179,026.24 |
| **COLOPLAST-B** | | | | | | | | |
| 14/05/2014 | -604,404 | 282,921,512.40 | 11/09/2014 | 120.00 | 0.25778% | 243,105.02 | 0.70000% | -660,150.20 |
| **TDC A/S** | | | | | | | | |
| 13/08/2014 | -3,660,794 | 187,981,771.90 | 07/11/2014 | 86.00 | 0.23492% | 105,494.95 | 0.70000% | -314,347.30 |
| EUR | | | | | | **Stock Loan Fee Total** 5,763,900.39 | **Interest Rebate Total** | -12,669,581.30 |
| **BELGACOM SA** | | | | | | | | |
| 25/04/2014 | -341,801 | 7,690,522.50 | 12/09/2014 | 140.00 | 0.30074% | 8,994.53 | 0.70000% | -20,935.31 |
| **GROUPE BRUXELLES LAMBERT SA** | | | | | | | | |
| 05/05/2014 | -173,597 | 12,924,296.65 | 12/09/2014 | 130.00 | 0.30856% | 14,400.83 | 0.70000% | -32,669.75 |
| **AGEAS** | | | | | | | | |
| 08/05/2014 | -586,120 | 18,245,915.60 | 15/09/2014 | 130.00 | 0.31040% | 20,451.64 | 0.70000% | -46,121.62 |
| **ANHEUSER-BUSCH INBEV NV** | | | | | | | | |
| 08/05/2014 | -1,637,329 | 127,253,209.88 | 15/09/2014 | 130.00 | 0.31040% | 142,636.71 | 0.54123% | -248,709.74 |
| | | | | | | **Stock Loan Fee Total** 186,483.71 | **Interest Rebate Total** | -348,436.42 |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367879, VAT Registration Number 123 3462 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

# Solo Capital

**Cash Transaction Statement**
From: 01 January 2014  to  16 March 2015

Account Name: RJM Capital Pension Plan
Account Number: [Redacted PII]

## Cash — Currency EUR

| Date | Description | Credit | Debit | Balance |
|---|---|---|---|---|
| | Opening Balance | | | 0.00 |
| | Equity Settlements | | 12,230,557.56 | 12,230,557.56 |
| | Stock Loan Settlements | -12,230,557.56 | | -0.00 |
| | Dividends | | 3,096,006.34 | 3,096,006.34 |
| | Variation Margin | | 0.00 | 3,096,006.34 |
| | Stock Loan Interest & Fee | -161,952.71 | | 2,934,053.62 |
| | Initial Margin | | 0.00 | 2,934,053.62 |
| | Stock Margin | | 12,230,557.56 | 15,164,611.18 |
| | Realised Futures P&L | -15,164,611.18 | | 0.00 |
| | | | | 0.00 |

## Cash — Currency DKK

| Date | Description | Credit | Debit | Balance |
|---|---|---|---|---|
| | Opening Balance | | | 5,101.79 |
| 02/01/2014 | GOAL Tax Reclaim | 1,307,413.08 | | 1,312,514.87 |
| 02/01/2014 | GSS Invoice 106 | | -871,652.30 | 440,862.57 |
| 07/01/2014 | GOAL Tax Reclaim | 1,731,515.94 | | 2,172,378.51 |
| 07/01/2014 | GSS Invoice 132 | | -1,154,401.68 | 1,017,976.83 |
| 08/01/2014 | FX to USD @ 5.469243 | | -435,760.78 | 582,216.05 |
| 09/01/2014 | FX to USD @ 5.49253 | | -582,216.05 | 0.00 |
| | Equity Settlements | | 226,117,938.30 | 226,117,938.30 |
| | Stock Loan Settlements | -226,117,938.30 | | 0.00 |
| | Dividends | | 88,196,221.37 | 88,196,221.37 |
| | Variation Margin | | 0.00 | 88,196,221.37 |
| | Stock Loan Interest & Fee | -6,905,680.90 | | 81,290,540.47 |
| | Initial Margin | | 0.00 | 81,290,540.47 |
| | Stock Margin | | 226,117,938.30 | 307,408,478.77 |
| | Realised Futures P&L | -307,408,478.77 | | -0.00 |
| | | | | -0.00 |

## Cash — Currency USD

| Date | Description | Debit/Credit | Balance |
|---|---|---|---|
| | Opening Balance | | 15,470.83 |
| 08/01/2014 | FX from DKK @ 5.469243 | 79,674.79 | 95,145.62 |
| 09/01/2014 | FX from DKK @ 5.49253 | 106,001.43 | 201,147.05 |
| 15/01/2014 | Payment to [Redacted PII] | -151,147.05 | 50,000.00 |
| 15/01/2014 | Bank Charge | -32.07 | 49,967.93 |
| 31/01/2014 | Custody Fee January 14 @ 1.3486 | -1,685.75 | 48,282.18 |
| 26/02/2014 | Trading Fees @ 1.3672 | -4,122.11 | 44,160.07 |
| 28/02/2014 | Custody Fee February 14 @ 1.3802 | -2,070.30 | 42,089.77 |
| 06/03/2014 | Trading Fees @ 1.3859 | -4,178.49 | 37,911.28 |
| 18/03/2014 | Trading Fees @ 1.3922 | -4,218.37 | 33,692.91 |
| 19/03/2014 | Trading Fees @ 1.3916 | -4,195.67 | 29,497.24 |
| 20/03/2014 | Trading Fees @ 1.3776 | -8,410.25 | 21,086.99 |
| 26/03/2014 | Cash Receipt from [Redacted PII] | 39,965.09 | 61,052.08 |
| 31/03/2014 | Trading Fees @ 1.3772 | -8,345.83 | 52,706.25 |
| 31/03/2014 | TAS Platform Fee March 14 @ 1.3772 | -2,065.80 | 50,640.45 |
| 03/04/2014 | Trading Fees @ 1.3721 | -5,513.83 | 45,126.62 |
| 08/04/2014 | Trading Fees @ 1.3796 | -689.80 | 44,436.82 |
| 30/04/2014 | TAS Platform Fee April 14 @ 1.3866 | -2,079.90 | 42,356.92 |
| 08/05/2014 | Trading Fees @ 1.3861 | -4,179.09 | 38,177.83 |
| 08/05/2014 | Trading Fees @ 1.3861 (Charity Donation) | -4,179.09 | 33,998.74 |
| 13/05/2014 | Trading Fees @ 1.3699 | -684.95 | 33,313.79 |
| 30/05/2014 | TAS Platform Fee May 14 @ 1.3635 | -2,045.25 | 31,268.54 |
| 03/06/2014 | Trading Fees @ 1.3633 | -4,792.00 | 26,476.54 |
| 04/06/2014 | Trading Fees @ 1.3608 | -9,586.83 | 16,889.71 |
| 10/06/2014 | Trading Fees @ 1.3546 | -9,522.84 | 7,366.87 |
| 11/06/2014 | Trading Fees @ 1.3536 | -4,859.40 | 2,507.47 |
| 23/06/2014 | Cash Receipt from [Redacted PII] | 20,964.77 | 23,472.24 |
| 30/06/2014 | TAS Platform Fee June 14 @ 1.369 | -2,053.50 | 21,418.74 |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 31/07/2014 | TAS Platform Fee July 14 @ 1.3385 | | -2,007.75 | 19,410.99 |
| 04/08/2014 | Cash Receipt from [Redacted] | 38,964.90 | | 58,375.89 |
| 07/08/2014 | Trading Fees @ 1.3351 | | -4,025.33 | 54,350.56 |
| 28/08/2014 | Trading Fees @ 1.3175 | | -5,318.77 | 49,031.79 |
| 31/08/2014 | TAS Platform Fee August 14 @ 1.3132 | | -1,969.80 | 47,061.99 |
| 03/09/2014 | Trading Fees @ 1.3141 | | -4,638.77 | 42,423.22 |
| 08/09/2014 | Trading Fees @ 1.2934 | | -9,092.60 | 33,330.62 |
| 30/09/2014 | TAS Platform Fee September 14 @ 1.2629 | | -1,894.35 | 31,436.27 |
| 31/10/2014 | TAS Platform Fee October 14 @ 1.2525 | | -1,878.75 | 29,557.52 |
| 05/11/2014 | Trading Fees @ 1.2492 | | -4,390.94 | 25,166.58 |
| 30/11/2014 | TAS Platform Fee November 14 @ 1.2452 | | -1,867.80 | 23,298.78 |
| 31/12/2014 | TAS Platform Fee December 14 @ 1.2098 | | -1,814.70 | 21,484.08 |
| 10/03/2015 | Cash Payment to [Redacted] | | -21,484.08 | -0.00 |
| | Equity Settlements | | 0.00 | 0.00 |
| | Stock Loan Settlements | | 0.00 | 0.00 |
| | Dividends | | 0.00 | 0.00 |
| | Variation Margin | | 0.00 | 0.00 |
| | Stock Loan Interest & Fee | | 0.00 | 0.00 |
| | Initial Margin | | 0.00 | 0.00 |
| | Stock Margin | | 0.00 | 0.00 |
| | Realised Futures P&L | | 0.00 | 0.00 |
| | | | | 0.00 |

*SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)*

*We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.*

**CONFIDENTIAL**                                                                                                                                    **WH_MDL_00524111**