

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

September 6, 2024

BY ECF

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
KaplanNYSDChambers@nysd.uscourts.gov

Re: *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)

Dear Judge Kaplan:

  This letter motion relates to the cases consolidated for Trial One. We write on behalf of plaintiff Skatteforvaltningen ("SKAT") and the Trial One Defendants to request that the Court further extend the deadline for the parties to submit a proposed special verdict form from September 10, 2024 to September 20, 2024. The Court previously granted the parties' request to extend the deadline to submit a proposed special verdict form from August 15, 2024. ECF No. 1122.

  The parties have exchanged a number of drafts and have conducted several meet and confers, a result of which the parties have made considerable progress. The parties continue to work towards resolving disagreements regarding proposed language and opportunities to shorten and consolidate the form.

Respectfully submitted,

/s/ Marc A. Weinstein
Marc A. Weinstein