**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:<br>18-cv-07824; 18-cv-07827; 18-cv-07828;<br>18-cv-07829; 19-cv-01781; 19-cv-01783;<br>19-cv-01785; 19-cv-01788; 19-cv-01791;<br>19-cv-01792; 19-cv-01794; 19-cv-01798;<br>19-cv-01800; 19-cv-01801; 19-cv-01803;<br>19-cv-01806; 19-cv-01808; 19-cv-01809;<br>19-cv-01810; 19-cv-01812; 19-cv-01813;<br>19-cv-01815; 19-cv-01818; 19-cv-01866;<br>19-cv-01867; 19-cv-01868; 19-cv-01869;<br>19-cv-01870; 19-cv-01871; 19-cv-01873;<br>19-cv-01894; 19-cv-01896; 19-cv-01918;<br>19-cv-01922; 19-cv-01926; 19-cv-01928;<br>19-cv-01929; 19-cv-01931; 19-cv-10713;<br>21-cv-05339. | MASTER DOCKET<br><br>18-md-2865 (LAK)<br><br><br>**MOTION TO APPEAR PRO HAC VICE** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Brittany R. Warren, hereby move this Court for

an Order for admission to practice pro hac vice to appear as counsel for Defendants Richard

Markowitz, Jocelyn Markowitz, Avanix Management LLC Roth 401(K) Plan, Batavia Capital

Pension Plan, Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(K) Plan,

Hadron Industries LLC Roth 401(K) Plan, RJM Capital Pension Plan, and the Routt Capital

Pension Plan in the above-captioned matters.

I am in good standing with the bars of the District of Columbia and the Commonwealth

of Virginia and there are no disciplinary proceedings against me in any state or federal court. I

2

have never been convicted of a felony. I have never been censured, suspended, disbarred, or

denied admission or readmission by any court. I have attached a declaration attesting to the

foregoing pursuant to Local Rule 1.3.


Dated: September 9, 2024                    Respectfully submitted,

                                           / s/ *Brittany R. Warren*
                                           Brittany R. Warren
                                           WILMER CUTLER PICKERING
                                               HALE AND DORR LLP
                                           2100 Pennsylvania Avenue, N.W.
                                           Washington D.C., 20037
                                           (202) 663-6772
                                           Brittany.Warren@wilmerhale.com