IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:<br>18-cv-07824; 18-cv-07827; 18-cv-07828; 18-cv-07829; 19-cv-01781; 19-cv-01783; 19-cv-01785; 19-cv-01788; 19-cv-01791; 19-cv-01792; 19-cv-01794; 19-cv-01798; 19-cv-01800; 19-cv-01801; 19-cv-01803; 19-cv-01806; 19-cv-01808; 19-cv-01809; 19-cv-01810; 19-cv-01812; 19-cv-01813; 19-cv-01815; 19-cv-01818; 19-cv-01866; 19-cv-01867; 19-cv-01868; 19-cv-01869; 19-cv-01870; 19-cv-01871; 19-cv-01873; 19-cv-01894; 19-cv-01896; 19-cv-01918; 19-cv-01922; 19-cv-01926; 19-cv-01928; 19-cv-01929; 19-cv-01931; 19-cv-10713; 21-cv-05339. | MASTER DOCKET<br><br>18-md-2865 (LAK)<br><br>**DECLARATION OF BRITTANY R. WARREN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Brittany R. Warren, declare under the penalty of perjury that the following is true and correct:

1. I am a Senior Associate with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.

2. I am eligible to practice and a member in good standing of the bar of the Commonwealth of Virginia. A Certificate of Good Standing from the Commonwealth of Virginia is appended hereto.

1

3. I am also eligible to practice and a member in good standing of the bar of the District of Columbia. A Certificate of Good Standing from the District of Columbia is appended hereto.

4. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. There are no pending disciplinary proceedings against me in any state or federal court.

Wherefore your declarant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in the above-captioned case.

Dated: September 9, 2024

Respectfully submitted,

/s/ *Brittany R. Warren*
Brittany R. Warren
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, N.W.
Washington D.C., 20037
(202) 663-6772
Brittany.Warren@wilmerhale.com