# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Brittany Reid Warren

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2012.

I further certify that so far as the records of this office are concerned, Brittany Reid Warren is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 6th day of September
A.D. 2024

By: *Helin Layman*
Deputy Clerk