UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-09669. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND ORDER OF PARTIAL VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Skatteforvaltningen ("SKAT") and the undersigned defendants and their counsel that the action captioned *SKAT v. CSCC Capital Pension Plan & Roger Lehman*, No. 1:18-cv-09669, is dismissed as against Defendant CSCC Capital Pension Plan with prejudice and without costs or attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. SKAT's dismissal is not intended to and does not affect any of the claims asserted against Roger Lehman in the action captioned *SKAT v. CSCC Capital Pension Plan & Roger Lehman*, No. 1:18-cv-09669. This stipulation is signed by counsel for all parties who have appeared.

Dated: New York, New York
       September 12, 2024

By: /s/ Marc A. Weinstein  
    Marc A. Weinstein  
HUGHES HUBBARD & REED LLP  
One Battery Park Plaza  
New York, New York 10004-1482  
Telephone: (212) 837-6000  
Fax: (212) 422-4726  
marc.weinstein@hugheshubbard.com  

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo  
    Joseph LoPiccolo  
POULOS LOPICCOLO PC  
311 West 43rd St., 11th Fl., Ste. 124  
New York, NY 10036  
Telephone : (646) 931-0011  
Fax : (732) 358-0180  
lopiccolo@pllawfirm.com  

*Counsel for Defendants CSCC Capital Pension Plan and Roger Lehman*

SO ORDERED:

_____
      Lewis A. Kaplan  
   United States District Judge