**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-09589. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND ORDER OF PARTIAL VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Skatteforvaltningen ("SKAT") and the undersigned defendants and their counsel that the action captioned *SKAT v. The Mountain Air LLC 401K Plan & Roger Lehman*, No. 1:18-cv-09589, is dismissed as against Defendant The Mountain Air LLC 401K Plan with prejudice and without costs or attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. SKAT's dismissal is not intended to and does not affect any of the claims asserted against Roger Lehman in the action captioned *SKAT v. The Mountain Air LLC 401K Plan & Roger Lehman*, No. 1:18-cv-09589. This stipulation is signed by counsel for all parties who have appeared.

Dated: New York, New York
      September 12, 2024

By: /s/ Marc A. Weinstein               By: /s/ Joseph LoPiccolo
   Marc A. Weinstein                           Joseph LoPiccolo
HUGHES HUBBARD & REED LLP        POULOS LOPICCOLO PC
One Battery Park Plaza                 311 West 43rd St., 11th Fl., Ste. 124
New York, New York 10004-1482       New York, NY 10036
Telephone: (212) 837-6000             Telephone : (646) 931-0011
Fax: (212) 422-4726                  Fax : (732) 358-0180
marc.weinstein@hugheshubbard.com    lopiccolo@pllawfirm.com

*Counsel for Plaintiff Skatteforvaltningen*    *Counsel for Defendants The Mountain Air*
*(Customs and Tax Administration of the*     *LLC 401K Plan and Roger Lehman*
*Kingdom of Denmark)*

SO ORDERED:

_____
       Lewis A. Kaplan
     United States District Judge