**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-09587. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### STIPULATION AND ORDER OF PARTIAL VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Skatteforvaltningen ("SKAT") and the undersigned defendants and their counsel that the action captioned *SKAT v. The Diamond Scott Capital Pension Plan & Roger Lehman*, No. 1:18-cv-09587, is dismissed as against Defendant The Diamond Scott Capital Pension Plan with prejudice and without costs or attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. SKAT's dismissal is not intended to and does not affect any of the claims asserted against Roger Lehman in the action captioned *SKAT v. The Diamond Scott Capital Pension Plan & Roger Lehman*, No. 1:18-cv-09587. This stipulation is signed by counsel for all parties who have appeared.

Case 1:18-md-02865-LAK    Document 1183    Filed 09/12/24    Page 2 of 2
Case 1:18-md-02865-LAK    Document 1178    Filed 09/12/24    Page 2 of 2

2

Dated: New York, New York
       September 12, 2024

By: /s/ Marc A. Weinstein                        By: /s/ Joseph LoPiccolo
    Marc A. Weinstein                                Joseph LoPiccolo
    HUGHES HUBBARD & REED LLP                        POULOS LOPICCOLO PC
    One Battery Park Plaza                           311 West 43rd St., 11th Fl., Ste. 124
    New York, New York 10004-1482                    New York, NY 10036
    Telephone: (212) 837-6000                        Telephone : (646) 931-0011
    Fax: (212) 422-4726                              Fax : (732) 358-0180
    marc.weinstein@hugheshubbard.com                 lopiccolo@pllawfirm.com

*Counsel for Plaintiff Skatteforvaltningen*          *Counsel for Defendants The Diamond Scott*
*(Customs and Tax Administration of the*             *Capital Pension Plan and Roger Lehman*
*Kingdom of Denmark)*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

9/12/24