**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION

This document relates to: 1:18-cv-09669.

MASTER DOCKET

18-md-2865 (LAK)

### STIPULATION AND ORDER OF PARTIAL VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Skatteforvaltningen ("SKAT") and the undersigned defendants and their counsel that the action captioned *SKAT v. CSCC Capital Pension Plan & Roger Lehman*, No. 1:18-cv-09669, is dismissed as against Defendant CSCC Capital Pension Plan with prejudice and without costs or attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. SKAT's dismissal is not intended to and does not affect any of the claims asserted against Roger Lehman in the action captioned *SKAT v. CSCC Capital Pension Plan & Roger Lehman*, No. 1:18-cv-09669. This stipulation is signed by counsel for all parties who have appeared.

Case 1:18-md-02865-LAK   Document 1184   Filed 09/12/24   Page 2 of 2
Case 1:18-md-02865-LAK   Document 1177   Filed 09/12/24   Page 2 of 2

2

Dated: New York, New York
September 12, 2024

By: /s/ Marc A. Weinstein
   Marc A. Weinstein
   HUGHES HUBBARD & REED LLP
   One Battery Park Plaza
   New York, New York 10004-1482
   Telephone: (212) 837-6000
   Fax: (212) 422-4726
   marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo
   Joseph LoPiccolo
   POULOS LOPICCOLO PC
   311 West 43rd St., 11th Fl., Ste. 124
   New York, NY 10036
   Telephone : (646) 931-0011
   Fax : (732) 358-0180
   lopiccolo@pllawfirm.com

*Counsel for Defendants CSCC Capital
Pension Plan and Roger Lehman*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

9/12/24