**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-09650. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### STIPULATION AND ORDER OF PARTIAL VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Skatteforvaltningen ("SKAT") and the undersigned defendants and their counsel that the action captioned *SKAT v. The Snow Hill Pension Plan & Roger Lehman*, No. 1:18-cv-09650, is dismissed as against Defendant The Snow Hill Pension Plan with prejudice and without costs or attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. SKAT's dismissal is not intended to and does not affect any of the claims asserted against Roger Lehman in the action captioned *SKAT v. The Snow Hill Pension Plan & Roger Lehman*, No. 1:18-cv-09650. This stipulation is signed by counsel for all parties who have appeared.

Case 1:18-md-02865-LAK   Document 1188   Filed 09/12/24   Page 2 of 2
Case 1:18-md-02865-LAK   Document 1182   Filed 09/12/24   Page 2 of 2

2

Dated: New York, New York
September 12, 2024

By: /s/ Marc A. Weinstein
   Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo
   Joseph LoPiccolo
POULOS LOPICCOLO PC
311 West 43rd St., 11th Fl., Ste. 124
New York, NY 10036
Telephone : (646) 931-0011
Fax : (732) 358-0180
lopiccolo@pllawfirm.com

*Counsel for Defendants The Snow Hill*
*Pension Plan and Roger Lehman*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

9/12/24