UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND                    18-md-2865 (LAK)
LITIGATION

This paper applies to:    19-cv-10713
------------------------------------x

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

LEWIS A. KAPLAN, *District Judge.*

      The defendants' motion for summary judgment dismissing this case (Dkt 218) – which erroneously was docketed only in 19-cv-10713 and not, in addition, in 18-md-2865 as required by prior orders of the Court – is denied. Defendants' argument previously was made and rejected in the opinion filed in 18-md-2865 on August 26, 2024 (Dkt 1148).

      SO ORDERED.

Dated:    September 17, 2024

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge