# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:<br><br>18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01781; 19-cv-01783; 19-cv-01866; 19-cv-01794;  19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800; 19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-01792; 19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929; 19-cv-01803; 19-cv-01806; 19-cv-01801; 19-cv-01894; 19-cv-01808; 19-cv-01810; 19-cv-01809; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818; 19-cv-01931; 19-cv-01918; 19-cv-01873; 21-cv-05339. | MASTER DOCKET<br>1:18-md-02865-LAK |

**DECLARATION OF ELLIOT R. PETERS IN SUPPORT OF DEFENDANT MICHAEL BEN-JACOB'S RESPONSE TO THE COURT'S PRETRIAL ORDER NO. 42**

I, Elliot R. Peters, declare as follows:

1. I am duly licensed to practice law in the State of New York and am a partner with the law firm of Keker, Van Nest & Peters LLP. I serve as counsel for Defendant Michael Ben-Jacob in the above-captioned proceedings.

2. I submit this declaration in support of Defendant Michael Ben-Jacob's Response to the Court's Pretrial Order No. 42. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. Attached as Exhibit 1 is a true and correct copy of Bates-stamped document WH_MDL_00276099.

4. Attached as Exhibit 2 is a true and correct copy of Bates-stamped document WH_MDL_00288664.

5. Attached as Exhibit 3 is a true and correct copy of Bates-stamped document WH_MDL_00218604.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on September 24, 2024, in San Francisco, California.

/s/ Elliot R. Peters
ELLIOT R. PETERS