*Exhibit 2*

Confidential - Subject to The Protective Order
John Van Merkensteijn - April 20, 2021

Page 250

```
1                 UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
2                  CASE NO.  18-MD-2865 (LAK)

3     _____
                                              )
4     IN RE:                                  )
                                              )
5     CUSTOMS AND TAX ADMINISTRATION OF       )
      THE KINGDOM OF DENMARK                  )
6     (SKATTEFORVALTNINGEN) TAX REFUND        )
      SCHEME LITIGATION                       )
7                                             )
      This document relates to case nos.      )
8     19-cv-01783; 19-cv-01788; 19-cv-01794;  )
      19-cv-01798; 19-cv-01918                )
9     _____)

10

11

12              C O N F I D E N T I A L

13           SUBJECT TO THE PROTECTIVE ORDER

14

15    CONTINUED REMOTE VTC VIDEOTAPED DEPOSITION UNDER

16                  ORAL EXAMINATION OF

17                 JOHN VAN MERKENSTEIJN

18                      VOLUME II

19                 DATE: April 20, 2021

20

21

22

23

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Confidential - Subject to The Protective Order
John Van Merkensteijn - April 20, 2021

Page 367

```
 1    as a defense in this -- in these actions?
 2         A    Early on, we had another law firm
 3    involved.  I'm bad on names, so I am trying
 4    to remember the name, and I'll think of it in
 5    a minute.
 6              Crowell & Moring.
 7         Q    When you say "early on" --
 8         A    I'm trying to --
 9         Q    I'm sorry.  If I can stop you on
10    that one.
11              You mentioned early on you used
12    Crowell & Moring.
13              During what period of time?
14         A    They were involved at the time we
15    first started working with Solo.
16         Q    Did you receive advice from Crowell
17    & Moring that you were relying on as a
18    defense in these actions?
19         A    I can't -- I can't -- I'm just
20    telling you what law firms we used.  I don't
21    know what we're relying on in this action.
22              MS. MCCARTHY:  Marc, I'm going to
23         object.  We've done a broad waiver of
24         attorney/client privilege and we've
25         asserted a reliance defense.  So I
```