*Exhibit 6*

| | |
|---|---|
| **From:** | Rosenberg, Todd <TRosenberg@crowell.com> |
| **To:** | 'Sanjay Shah'; 'raj.shah@solo-capital.com'; 'rklugman@storcapital.com' |
| **CC:** | 'Richard Markowitz' |
| **Sent:** | 9/15/2010 9:07:39 AM |
| **Subject:** | Equity Arbitrage Transaction Agreement.DOC |
| **Attachments:** | 13188245_Equity Arbitrage Transaction Agreement.DOC |

Sanjay/Raj/Rob,

I hope all are well.  Attached is a version of the agreement which Rich circulated last night.  The only changes are updates to the formatting on section numbers to correct a bit of a glitch we ran into last night.

**Todd D. Rosenberg, Esq.**
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: 202-624-2689
Fax: 202-628-5116
Email: trosenberg@crowell.com

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated recipient is unauthorized. If you are not an intended recipient, please contact the sender at 202/624-2500 and delete this e-mail.

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service.

**CONFIDENTIAL**                                                                 **WH_MDL_00454256**