*Exhibit 9*

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.  18-MD-2865 (LAK)

 3   _____
                                             )
 4   IN RE:                                  )
                                             )
 5   CUSTOMS AND TAX ADMINISTRATION OF       )
     THE KINGDOM OF DENMARK                  )
 6   (SKATTEFORVALTNINGEN) TAX REFUND        )
     SCHEME LITIGATION                       )
 7                                           )
     This document relates to case nos.      )
 8   19-cv-01783; 19-cv-01788; 19-cv-01794;  )
     19-cv-01798; 19-cv-01918                )
 9   _____)

10

11

12

13

14      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                    EXAMINATION OF

16                    ROBERT KLUGMAN

17               DATE: January 28, 2021

18

19

20

21

22

23

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

Robert Klugman - January 28, 2021

Page 32

```
 1              I mean, this was 11 years ago, so
 2   not really.  It...
 3        Q    Let me try to help you.
 4              If you turn to the third-to-last
 5   page?
 6        A    Uh-huh.
 7        Q    Is that your signature?
 8        A    Well, that's my name -- hold on,
 9   signature.  Yes, that's my -- that looks like
10   my signature, yes.
11        Q    Okay.  And do you have any
12   recollection of signing a letter agreement
13   with Solo Capital in 2010 in relation to an
14   investment in Broadgate Fund?
15        A    I definitely remember an investment
16   with Solo Capital managing that investment in
17   2010.  These exact specifics and the exact
18   documents I signed, my memory's much more
19   fuzzy.
20        Q    What was the general nature of the
21   investment?  What do you remember about that
22   investment in 2010?
23        A    It was a structured investment in
24   German shares through an Irish partnership.
25        Q    And how much did you invest?
```

Robert Klugman - January 28, 2021

Page 63

```
 1     attorney-in-fact?
 2         A    There's a lot of those technical
 3     terms.  I'm not sure, but I know that I did
 4     give Michael Ben-Jacob power of attorney.
 5         Q    And why did you give him power of
 6     attorney?
 7         A    To help set up the transaction, all
 8     the elements in the transaction.
 9         Q    And do you recall what elements of
10     the transaction he was helping you with?
11         A    All of it, every element.
12         Q    And that's from setting up the LLCs
13     and the plans and onboarding with the
14     different counterparties and custodians?
15         A    Yes, yes.  And when I say "him," I
16     mean also his firm, so there were -- it
17     wasn't just him.
18              But yes.
19         Q    And then, once the plans were set
20     up, what kind of services -- how involved was
21     he in terms of helping you with the actual
22     administration or monitoring of the trading,
23     the account statements, or any of the actual
24     transactions that you were doing?
25         A    Well, Kaye Scholer was involved in
```

```
 1    every part of the transaction.  The intensity
 2    was more in the setting up.
 3             But then there were also plenty of
 4    other issues, plenty of other U.S. issues
 5    involved in reporting and U.S. tax, et
 6    cetera.
 7        Q    And that was all in connection with
 8    the Danish trading transaction?
 9        A    And Belgium trading.
10        Q    Do you recall, right before the
11    first trades, the August 2014 trades, you
12    reached out to Sanjay Shah to catch up with
13    him?
14        A    I don't recall that.  It's quite
15    possible.
16        Q    Do you recall at the end of August
17    meeting him for dinner at the Nomad Hotel?
18        A    Yeah, I recall a dinner, I believe,
19    with -- Rich Markowitz and John Van
20    Merkensteijn were there and maybe -- I don't
21    recall who, but other members of Sanjay's
22    team.
23        Q    And what do you recall being
24    discussed at that dinner?
25        A    I think just about the transaction
```

```
 1     June 11th of 2015?
 2         A    It looks to be, yes.
 3         Q    So you'll see Mr. Markowitz is
 4     writing to Peter Wells at Kaye Scholer?
 5         A    Yes.
 6         Q    Did you know Mr. Wells?
 7         A    Yes.
 8         Q    And how did you know him?
 9         A    He was one of the senior lawyers on
10     the team from Kaye Scholer.
11         Q    And how involved was Mr. Wells in
12     the Danish trading or services that you and
13     your colleagues had needed with respect to
14     the Danish trading?
15         A    He was very involved.
16         Q    Okay.  And what was his role,
17     generally?
18         A    Well, from what I remember, he was
19     the second most senior attorney actively
20     involved in the transaction.  So he was
21     really involved in, broadly speaking, in all
22     parts of the transaction.
23         Q    In this e-mail, Mr. Markowitz
24     provides data for securities bought and sold
25     during May.  He notes, "Also, some of the
```

1        Q    And what is it?
2        A    This is sort of a statement summary
3   prepared by Telesto of, you know, activity
4   between January 1st and December 31st of
5   2015.
6        Q    Did you provide statements of this
7   kind to Mr. Ben-Jacob?
8        A    Did I?  Is that the question?
9        Q    Yes.
10       A    I don't remember if he -- I don't
11  remember or know if he saw these.
12       Q    Did you use his address for your
13  plans?
14       A    For a lot of the plans, yes.
15       Q    What -- was mail for the plans sent
16  to his address?
17       A    Yes.
18       Q    How do you know that?
19       A    You're right.  I didn't receive any
20  of that mail, so I don't know that the mail
21  was actually there.
22            But I know we -- for just ease of
23  use and administrative use, we had
24  centralized mailing to Kaye Scholer's office.
25       Q    Was there any process for that mail

1    know some of them were located there.
2         But I'm not sure how the number was
3    calculated.
4         Q    If you turn to the next exhibit,
5    1837?
6         MR. MAGUIRE:   Mark this as 1837.
7         (Whereupon the above mentioned was
8    marked for Identification.)
9         A    Yes.
10        Q    Do you recognize this e-mail dated
11   November 9, 2015?
12        A    Yes.
13        Q    And can you tell us who sent this
14   e-mail?
15        A    I'm not sure exactly who sent this
16   e-mail.
17        Q    Who were the people who would have
18   been privy to this e-mail?
19        A    Well, it could have been myself,
20   Richard Markowitz, possibly someone at
21   Kaye Scholer.
22        Q    And when you say "possibly someone
23   at Kaye Scholer," did Kaye Scholer have
24   access to the e-mail trading accounts of the
25   plans?

```
1       A    I think they had access to the
2    e-mails.  I believe so.
3            I can't be a hundred percent
4    certain.
5       Q    And you'll see, this is copied to
6    GSS Solo -- GSS@Solo.com?
7       A    Yes.
8       Q    And who's that?
9       A    I don't know.
10      Q    Did you see "GSS" used for
11   Ganymede?
12      A    I saw "GSS," I think, used in the
13   account statements earlier to pay the
14   invoice.  I believe we discussed that.
15           But now, I'm kind of -- I could
16   look back, but I'm not a hundred percent
17   certain.
18      Q    Okay.  Now, this says, "Due to the
19   recent extreme volatility in global equity
20   markets, we would like to suspend trading
21   activity."
22           What is the "extreme volatility in
23   global equity markets" that's referred to
24   here?
25           MR. ALLISON:  Object to form.
```

1      Q    Do you have any recollection of
2   speaking with Mr. Shah on July 16 of 2017?
3      A    I don't.
4      Q    If you turn, sir, to Exhibit 1851?
5           MR. MAGUIRE:  Mark this as 1851.
6           (Whereupon the above mentioned was
7   marked for Identification.)
8      A    Yes.
9      Q    Do you recognize this document?
10     A    Yes, I do.
11     Q    And how do you recognize it?
12     A    It was a tax opinion that Solo had
13  gotten regarding the Danish transaction.
14     Q    And what did you do with this?
15     A    Well, I never actually -- I don't
16  believe I ever actually received this.
17     Q    So, forgive me, but how do you
18  recognize it if you never received it?
19     A    I thought it was given to the Argre
20  group, and they showed it to me.  Although I
21  guess it is possible that Sanjay would have
22  showed it to me since it was addressed to
23  him.
24     Q    Do you recall either way?
25     A    I don't.

```
 1          Q    Do you recall if you ever used this
 2     for any purpose?
 3          A    I recall, I believe, reading it.
 4          Q    Anything other than reading it?
 5          A    I mean, it gave me some level of
 6     comfort that the transaction worked.
 7          Q    If you look at Section 3, it talks
 8     about "Contemplated Transactions?"
 9          A    Yes.
10          Q    Do you see that?
11          A    Yes.
12          Q    If you look at Item 5?
13          A    (Witness reviewing.)
14               Yes.
15          Q    If we take the first sentence, did
16     that happen in the Danish trading model?
17          A    (Witness reviewing.)
18               I think the first -- the first part
19     on the ex-dividend date, that was true.  And
20     I don't know if these -- I don't know what he
21     means by "inter-dealer broker."
22          Q    The second sentence says, "The
23     settlement dates for the sale of the equities
24     will be the same date as the settlement date
25     of the purchase of the equities in 2 above."
```

```
 1    represent Michael Ben-Jacob.  I just have a
 2    few questions for you.
 3           First, was Kaye Scholer involved in
 4    structuring the Danish transactions that
 5    you've been discussing with Mr. Maguire?
 6       A   I can't -- I don't know exactly
 7    what their role was in the 2012 and 2013.
 8    I'm not sure how to answer the question.
 9           Can you clarify a little?
10       Q   I will ask you this way.
11           Was Kaye Scholer involved in
12    advising the set of transactions in Danish
13    securities that resulted in your plans
14    receiving a refund of a dividend tax
15    withholding from Denmark?
16       A   Did they?  I don't believe they
17    came up with the idea, no.
18       Q   Was it Solo that came up with the
19    idea?
20       A   I'm not sure.
21       Q   Was Kaye Scholer involved in
22    executing the transactions?
23       A   Can you tell me what you mean by
24    "executing?"
25       Q   Well.  So for each leg of the
```

1    scheme?
2        A    I'm not sure how I would describe
3    it, but it wasn't -- it was in line with the
4    role of lawyers that I've worked with, you
5    know, throughout my entire career from big
6    law firms.
7             It was just, generally speaking,
8    making sure everything was done correctly.
9        Q    And how did Kaye Scholer know how
10   you were doing in the Danish trades?
11       A    Well, they were -- again, in
12   general, involved in every aspect.  And this
13   is before I got there, so I assume there was,
14   you know, two-plus years of learning because
15   I was -- I was definitely behind the curve.
16            But from what I saw, it was -- you
17   know, kind of from -- to use an overused
18   expression, "from womb to tomb," they helped
19   us in setting up the entities, they helped in
20   getting us to be approved clients of the
21   entities.  They knew what trades were going
22   on.
23            They helped us with tax issues,
24   securities law issues, reporting issues,
25   yeah, just in line with how I've worked with

Robert Klugman - January 28, 2021

```
1    other law firms my whole career.
2         Q    And how did Kaye Scholer know how
3    you were doing the Danish trades?
4         A    Well, I mean, they knew all the
5    agreements we were entering into.  They
6    obviously knew how the trade worked.  They
7    wrote it in their memorandum.
8              The trade wasn't that much
9    different, as we went through, i.e. -- I
10   mean, I -- they must have seen the confirms.
11   I don't know if they did or didn't, but they
12   knew the agreements under which the confirms
13   were being entered -- were -- you know, were
14   for, for the stock loan purchase and forward
15   contracts, you know.
16             And there was a lot of back and
17   forth on -- as I saw in this memo, about
18   securities limitations under securities law
19   in Denmark, which they helped us work
20   through.  I know there were a lot of issues
21   back and forth with Treasury on how to report
22   this.  There were obviously tax issues as we
23   saw from the memorandum.
24             So they couldn't have possibly
25   answered those questions without knowing
```

Robert Klugman - January 28, 2021

Page 304

```
 1     everything that be we were doing.
 2          Q    And were you open in disclosing
 3     what you were doing to Kaye Scholer?
 4          A    Absolutely.
 5          Q    Did you withhold any information
 6     from Kaye Scholer?
 7          A    No.
 8               MR. MAGUIRE:  That's all.  Thank
 9     you, sir.
10               THE WITNESS:  Thank you.
11               MR. MULLEN:  I do have a few
12          follow-up questions.
13
       CONTINUED EXAMINATION BY MR. MULLEN:
14
15          Q    I apologize, Mr. Klugman.  I bet
16     you thought you were getting out of here.
17          A    No, don't apologize.  I understand.
18               Are you Canadian?
19          Q    I'm not Canadian, no.
20          A    Okay.  I apologize for asking.  Go
21     ahead.  I like to know.
22          Q    Fine.  Just a few follow-up
23     questions.
24               First, is it correct you don't know
25     whether or not Kaye Scholer saw the trade
```