*Exhibit 22*

Case 1:18-md-02865-LAK   Document 1202-22   Filed 09/26/24   Page 1 of 2

| | |
|---|---|
| **Message** | |
| **From**: | Richard Markowitz [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RMARKOWITZ@ARGREC37] |
| **Sent**: | 3/6/2013 4:49:00 PM |
| **To**: | Jonathan Sander [jsander@duetgroup.net]; Aneil Anand [aanand@duetgroup.net]; globalequity [globalequity@duetgroup.net] |
| **CC**: | Robert Klugman [rklugman@storcapital.com]; Jérôme LHOTE [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jlhote@Argre810]; John H. van Merkensteijn, III [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jhvm@Argrec96]; Matthew Stein [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mstein@Argre3a2]; Adam Larosa [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Alarosa@Argre6ed] |
| **Subject**: | Conversation with Freshfields |

Thanks for arranging the call. The issue has been clarified for us and our questions have been answered.

We are comfortable with the Annex 26 and the pension plan is sending a scanned version (via email) and the originals to Vijaya this evening. (The W-9 form will also be sent.)

Please forward to BNP Paribas.

Richard

Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:     (212) 247-2600
Fax:     (212) 247-2753
Mobile:  (917) 848-5675

RMarkowitz@Argremgt.com

KLUGMAN00061534