*Exhibit 27*



```
250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623
```

TO:  Attn: Robert Klugman  
      75 Tresser Boulevard, #411  
      rklugman@storcapital.com  
      Stamford, Connecticut 06901

June 19, 2015

**RE:** Ex-Dividend Trades  
**Our File Number:** 63393/0009

**Invoice#:** 801647  
**PAGE:** 21

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2015

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 04/01/2015 | Wells, Peter B | 2.10 |
| | Work on reclaim mattes and issues related to Forms 6166. Correspondence with brokers. Work on federal reserve reporting matters. | |
| 04/01/2015 | Veillette, Rebecca | 1.30 |
| | Attention to documentation and administration matters. | |
| 04/01/2015 | Veillette, Rebecca | 1.25 |
| | Attention to documentation and administration matters. Attention to plan management spreadsheets, attention to Form 6166 matters. | |
| 04/02/2015 | Wells, Peter B | 1.50 |
| | Work on reclaim matters and related issues. Correspondence re the same. | |
| 04/02/2015 | Veillette, Rebecca | 2.35 |
| | Attention to documentation and administration matters. | |
| 04/02/2015 | Veillette, Rebecca | 3.50 |
| | Attention to work allocation, file management. | |
| 04/03/2015 | Wells, Peter B | 1.00 |
| | Attention to matters re Form 6166 matters and related reclaim matters. | |
| 04/03/2015 | Veillette, Rebecca | 0.35 |
| | Attention to administration matters, documentation issues. | |
| 04/06/2015 | Wells, Peter B | 1.50 |
| | Attention to Form 6166 matters. Calls with IRS re the same. Attention to reclaim matters. | |
| 04/06/2015 | Veillette, Rebecca | 0.45 |
| | Attention to work allocation, file management, administration matters. | |
| 04/07/2015 | Wells, Peter B | 0.85 |
| | Attention to Form 6166 matters. | |
| 04/08/2015 | Wells, Peter B | 1.00 |
| | Attention to issues related to reclaim matters. Call with Solo Capital re the same. | |

CONFIDENTIAL

WH_MDL_00355584