*Exhibit 29*



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

| | |
|---|---|
| TO:   Attn: Robert Klugman<br>75 Tresser Boulevard, #411<br>rklugman@storcapital.com<br>Stamford, Connecticut 06901 | March 20, 2015 |

| | |
|---|---|
| **RE:** Ex-Dividend Trades | **Invoice#:** 794116 |
| **Our File Number:** 63393/0009 | **PAGE:** 25 |

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 12/31/2014

| Date | Name | Hours |
|---|---|---|
| 10/17/2014 | Gregory, Amy<br>Scanned and up loaded New Entity documents to iManage and KS Share Filing System. | 1.00 |
| 10/20/2014 | Gregory, Amy<br>Up loaded 6 New Entity Forms to Old Park Lane for On-Boarding process. | 2.50 |
| 11/03/2014 | Wells, Peter B<br>Work on issues related to new plans. | 2.50 |
| 11/03/2014 | Gregory, Amy<br>Updated executed documents to iManage and to Old Park Lane On-boarding system. | 1.50 |
| 11/03/2014 | Veillette, Rebecca<br>Attention to administration matters. | 1.75 |
| 11/04/2014 | Wells, Peter B<br>Work on issues related to new plan and related trading matters. | 2.00 |
| 11/04/2014 | Gregory, Amy<br>Scanned and up loaded executed Notice of Classification forms to iManage. Sent Originals to Solo Capital Partners via Fed-Express. | 0.33 |
| 11/04/2014 | Veillette, Rebecca<br>Attention to administrative matters.  Interoffice conferences regarding same. | 0.83 |

CONFIDENTIAL