*Exhibit 30*

**KAYE SCHOLER** LLP

| | | |
|---|---|---|
| TO: | Attn: Robert Klugman | July 31, 2015 |
| | RE: Ex-Dividend Trades | Invoice#: 805240 |
| | Our File Number: 63393/0009 | PAGE: 27 |

| Date | Timekeeper | Hours |
|---|---|---|
| 06/11/2015 | Wells, Peter B | 1.00 |
| | Attention to Form 6166 matters. | |
| 06/11/2015 | Wells, Peter B | 0.75 |
| | Attention to Federal Reserve matters. | |
| 06/11/2015 | Wells, Peter B | 1.00 |
| | Attention to partnership return matters. | |
| 06/11/2015 | Weinkam, Gus | 1.67 |
| | Prepare OAL Forms; Prepare TIC S Forms; discussions with Wells regarding same; email to Donaldson regarding same. | |
| 06/11/2015 | Golub, Elizabeth | 1.50 |
| | Attention to obtaining EIN numbers for multiple general partnerships; update electronic case files re: EIN confirmation letters obtained from IRS website. | |
| 06/11/2015 | Veillette, Rebecca | 1.15 |
| | Attention to documentation and administration matters. | |
| 06/12/2015 | Ben-Jacob, Michael | 0.33 |
| | Call with Rich re: distribution of funds from custodian. | |
| 06/12/2015 | Wells, Peter B | 4.00 |
| | Attention to plan and partnership matters. Review and revise partnership resolutions and plan payment instructions. | |
| 06/12/2015 | Golub, Elizabeth | 1.50 |
| | Attention to obtaining EIN numbers for multiple general partnerships; update electronic case files re: EIN confirmation letters obtained from IRS website. | |
| 06/12/2015 | Veillette, Rebecca | 2.35 |
| | Attention to documentation and administration matters. | |
| 06/13/2015 | Wells, Peter B | 2.00 |
| | Work on partnership documents and payment letters. | |
| 06/13/2015 | Golub, Elizabeth | 0.25 |
| | Attention to obtaining EIN numbers for multiple general partnerships; update electronic case files re: EIN confirmation letters obtained from IRS website. | |

CONFIDENTIAL