*Exhibit 36*

**KAYE SCHOLER** LLP

TO: John H. van Merkensteijn, III                              September 30, 2015

RE: Ex-Dividend Trades                                          **Invoice#:** 809599
**Our File Number:** 63393/0009                                 **PAGE:** 15

| Date | Name | Hours |
|---|---|---|
| 08/18/2015 | Pollak, Brooke<br>Attention to transfer request letters; attention to TIC filing questions. | 1.33 |
| 08/18/2015 | Weinkam, Gus<br>Revise TIC S forms; correspondence with Pollak regarding same. | 0.25 |
| 08/19/2015 | Ben-Jacob, Michael<br>Attention to distribution Letters. | 0.17 |
| 08/19/2015 | Pollak, Brooke<br>Respond to call from the Federal Reserve; finalize and send transfer request letters. | 0.92 |
| 08/19/2015 | Weinkam, Gus<br>Revise TIC S forms; correspondence with Pollak regarding same. | 0.50 |
| 08/20/2015 | Pollak, Brooke<br>Attention to transfer request letter; correspondence with custodians regarding updates; telephone conference with R. Klugman. | 0.75 |
| 08/21/2015 | Pollak, Brooke<br>Attention to emails with custodians; telephone correspondence and follow-up with J. Lovell at the Federal Reserve regarding TIC S filings. | 0.58 |
| 08/24/2015 | Pollak, Brooke<br>TIC filing meeting and follow-up. | 0.50 |
| 08/24/2015 | Weinkam, Gus<br>Prepare and file Forms TIC SLT; discussion with Pollak regarding same. | 1.17 |
| 08/26/2015 | Pollak, Brooke<br>Reach out to reclaim agents for summaries; meeting with R. Klugman; review information regarding Danish reclaims; attention to file regarding updates for custodians. | 2.33 |
| 08/27/2015 | Pollak, Brooke<br>Correspondence with reclaim agents regarding summaries; review of files regarding updates for custodians. | 1.27 |

CONFIDENTIAL                                                    WH_MDL_00355663