*Exhibit 37*



CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

Our Ref: BOPLDK000001
Tax Ref: 47-1346900

27 November 2014

Dear Sir or Madam,

RE: A/C Aerovane Logistics LLC Roth 401(K) Plan AER01

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BOPLDK000001**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Melissa-Anne Rodrigues
Senior Operations Analyst

GOAL TAXBACK LIMITED   7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG   Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130   f +44 (0)208 681 2854   Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com   Registered for VAT under number: 744 1757 24

SKSK00000041-0001

34-14-1062-3286


SKAT

## Claim to Relief from Danish Dividend Tax

[ ] In my capacity as beneficial owner     [X] On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: **1431195.08**

**Beneficial Owner**

Full name
Aerovane Logistics LLC Roth 401(K) Plan

Full address
State of Delaware, 1811 Silverside Road
Wilmington, DE 19810
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*Rodrigues*  goal

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:   **1**

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street Branch Croydon

| Reg. no | Account no |
|---|---|
|  | 34015159 |

| SWIFT | BLZ | IBAN |
|---|---|---|
| NWBKGB2L |  | IBAN GB88NWBK60730134015159 |

On reclaim please quote:-OPL DK 1

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and         U.S.A.

Date         Official stamp and signature

When signed to be forwarded to:     **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

06.003 ENG

# OLD PARK LANE CAPITAL PLC

Date: 13-08-2014
Ref: 2848

# INCOME ADVICE

Aerovane Logistics LLC Roth 401(K) Plan, 425 Park Avenue, New York, NY 10022, United States of America,

| TDC A/S | | | | |
|---|---|---|---|---|
| Ticker<br>TDC DC | | ISIN<br>DK0060228559 | | |
| **Dividend** | | | | |
| Ex-dividend Date<br>08-08-2014 | | Record Date<br>12-08-2014 | Payment Date<br>13-08-2014 | |
| **Payment details** | | | | |
| Dividend Per Share | No. of shares | Gross | Tax | Net |
| DKK 1.50 | 3,533,815 | DKK 5,300,722.50 | DKK 1,431,195.08 | DKK 3,869,527.42 |



Name: Michael Parnes
Old Park Lane Capital PLC

OLD PARK LANE CAPITAL PLC 42 BERKELEY SQ W1J 5AZ LONDON W1J 5AZ
T +44 (0)20 7493 5140 F +44 (0)20 7493 5170 W: WWW.OLDPLC.COM

SKSK00000041-0003

Aerovane Logistics LLC Roth 401(K) Plan
425 Park Avenue
New York, NY 10022-3598

*Power of Attorney*

THIS POWER OF ATTORNEY, made this _November_ day of _12th_ 2014 by Aerovane Logistics LLC Roth 401(K) Plan ("the Company") WITNESSETH AS FOLLOWS:-

1. The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2. The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

34-14-1062-3289

Execution of a deed by a company incorporated outside Great Britain

Executed as a deed by -

Name of company: <u>Aerovane Logistics LLC Roth 401(K) Plan</u>

Acting by name(s) of: Robert Klugman

Duly authorised signatory(ies): By: MB, attorney-in-fact

54-14-1062-3290



CERTIFICATION
PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: October 14, 2014



000097

Taxpayer: AEROVANE LOGISTICS LLC ROTH 401K PLAN
TIN: 47-1346900
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev. 8-2008)
Catalog Number 43134V