*Exhibit 38*

Message

---

**From:**     Richard Markowitz [rmarkowitz@argremgt.com]

**Sent:**     7/8/2015 11:25:06 AM

**To:**       Ben-Jacob, Michael [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Ben_m]

**CC:**       Wells, Peter [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Wells_p]; Robert Klugman [rklugman@storcapital.com]; John H. van
              Merkensteijn, III [jhvm@argremgt.com]

**Subject:**  Re: Letters to Custodians for Payments

---

```
Friday will be fine.

Thanks,

Richard Markowitz
1345 Avenue of the Americas
27th Floor
New York, NY 10105

Rmarkowitz@Argremgt.com
Mobile:  (917) 848-5675
Office:   (212) 231-3923

> On Jul 7, 2015, at 7:48 PM, Ben-Jacob, Michael <Michael.Ben-Jacob@kayescholer.com> wrote:
>
> I can sign on Friday.  If it needs to be earlier I can figure out a way to sign to tomorrow.  Thursday
is impossible as am in transit all day.
>
> MBJ
>
> Sent from my iPhone
>
>> On Jul 7, 2015, at 4:46 PM, Richard Markowitz <rmarkowitz@argremgt.com> wrote:
>>
>> Each plan needs to send letters to its custodian authorizing payment of brokers fees (to third party
brokers).  This will be consistent. With the procedures we just used for the partnership payments.
>>
>> The amounts are between $100 and $10,000 and vary plan by plan.
>>
>> I will prepare the necessary pdf's (since I have spreadsheets with the amounts) and send them to you
for signature.  Please confirm that MBJ will be available to sign (and if there are any of our individual
plans that we need to sign for ourselves).
>>
>> Thanks,
>>
>> Richard Markowitz
>> Mobile:  (917) 848-5675
>> Office:   (212) 231-3923
```

KLUGMAN00006171