*Exhibit 39*

**KAYE SCHOLER** LLP

| | |
|---|---|
| TO:   Attn: Robert Klugman | March 20, 2015 |
| RE: Ex-Dividend Trades | Invoice#: 794116 |
| Our File Number: 63393/0009 | PAGE:   33 |

Fees through 12/31/2014……………………………….   $63,570.35

\*----------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Abramowitz, L. | $945.00 | 0.33 | $311.85 |
| Ben-Jacob, Michael | 785.00 | 6.92 | 5,432.20 |
| London, Jeffrey L | 810.00 | 0.75 | 607.50 |
| Unger, S | 930.00 | 0.50 | 465.00 |
| Wechter, Kathleen A | 795.00 | 4.50 | 3,577.50 |
| Wells, Peter B | 695.00 | 51.10 | 35,514.50 |
| Zwick, Mary L | 675.00 | 2.50 | 1,687.50 |
| Witkowski, Brian | 635.00 | 2.75 | 1,746.25 |
| Gregory, Amy | 155.00 | 32.33 | 5,011.15 |
| Veillette, Rebecca | 315.00 | 29.26 | 9,216.90 |
| Fees through 12/31/2014……………… | | 130.94 | $63,570.35 |

\*-------------------------COSTS ADVANCED THROUGH 12/31/2014-----------------------\*

| | |
|---|---|
| Corp. Filings & Searches | $5,512.11 |
| Messengers/Courier | 3,504.08 |
| Filing Fees/Court Fees | 510.00 |
| Consultants/Experts | 2,860.00 |
| Total Costs through 12/31/2014…………………… | $12,386.19 |

**For Payor:** Markowitz, Richard (40559)

| | |
|---|---|
| Fees this Invoice……………………………………………. | $20,978.22 |
| Costs this Invoice…………………………………………… | $4,087.44 |

CONFIDENTIAL                                                                                                   WH_MDL_00355497