*Exhibit 40*

| | |
|---|---|
| **Message** | |
| **From**: | Richard Markowitz [rmarkowitz@argremgt.com] |
| **Sent**: | 9/10/2014 3:50:08 AM |
| **To**: | ~LH lf 08-07-2015 Wells, Peter [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Wells_p]; Ben-Jacob, Michael [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Ben_m] |
| **CC**: | John H. van Merkensteijn, III [jhvm@argremgt.com]; Robert Klugman [rklugman@storcapital.com] |
| **Subject**: | Form 6166s |

Michael and Peter:

Any follow up to the call I had with Peter on Friday, regarding the IRS taking inquiries on the status of the Plans' requests for Forms?

Thanks,

Richard

Richard Markowitz
Rmarkowitz@Argremgt.com
Mobile: (917) 848-5675

KLUGMAN00006429