*Exhibit 41*

| | |
|---|---|
| **Message** | |
| **From**: | Richard Markowitz [rmarkowitz@argremgt.com] |
| **Sent**: | 9/3/2014 3:58:21 PM |
| **To**: | Veillette, Rebecca [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Veillette_r]; Gregory, Amy [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Gregory_a] |
| **CC**: | ~LH lf 08-07-2015 Wells, Peter [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Wells_p]; Ben-Jacob, Michael [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Ben_m]; John H. van Merkensteijn, III [jhvm@argremgt.com]; Robert Klugman [rklugman@storcapital.com] |
| **Subject**: | IRS Calls and Filings |

Can you please update us on an contact you have had with the IRS on the new plans and their 6166s?

Also, have we followed up with OPL (regarding them sending Dividend Credit Advices for all plans to their respective reclaim agents) and then having the agents file reclaims for those 3 plans that already have their 6166?

Thanks,

Richard

Richard Markowitz
Rmarkowitz@Argremgt.com
Mobile:  (917) 848-5675