*Exhibit 42*

| | |
|---|---|
| **Message** | |
| **From**: | Richard Markowitz [rmarkowitz@argremgt.com] |
| **Sent**: | 9/15/2014 9:37:38 PM |
| **To**: | ~LH lf 08-07-2015 Wells, Peter [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Wells_p] |
| **CC**: | Ben-Jacob, Michael [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Ben_m]; John H. van Merkensteijn, III [jhvm@argremgt.com]; Robert Klugman [rklugman@storcapital.com] |
| **Subject**: | Re: Form 6166s |

Thank you.  Let's hope they have no issues, once the applications have
been assigned for review.

_____

Richard Markowitz
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:         (212) 247-2600
Fax:         (212) 247-2753
Mobile:(917) 848-5675


On 9/15/14 5:35 PM, "Wells, Peter" <Peter.Wells@kayescholer.com> wrote:

>Richard,
>
>As mentioned below, we have been continuing to call and have started to
>get our first confirmation that the applications have been inputted.  In
>each case, the applications have been uploaded and are waiting to be
>assigned to an agent for review - which should happen in approximately
>one week to ten days. Upon review they anticipate sending the Forms 6166
>around the first or second week in October, assuming no issues.
>
>We will continue to call to confirm uploading and general status.
>
>Regards,
>Peter
>
>Peter Wells
>Kaye Scholer LLP
>425 Park Avenue | New York, New York 10022
>T: +1 212.836.8662 | F: +1 212.836.6447
>peter.wells@kayescholer.com | www.kayescholer.com
>
>
>
> Any U.S. federal tax advice contained in this message (including any
>attachments) may not be able to be used for purposes of avoiding
>tax-related penalties imposed under U.S. federal tax laws. This message
>may contain confidential and/or legally privileged information from the
>law firm Kaye Scholer LLP. If delivered to anyone other than the intended
>recipient, please notify the sender immediately by return email or by
>telephone (212.836.8000) and delete the message, along with any
>attachments, from your computer. Thank you.
>-----Original Message-----
>From: Richard Markowitz [mailto:rmarkowitz@argremgt.com]
>Sent: Wednesday, September 10, 2014 9:04 AM

```
>To: Wells, Peter
>Cc: Ben-Jacob, Michael; John H. van Merkensteijn, III; Robert Klugman
>Subject: Re: Form 6166s
>
>And is the IRS limit these calls to asking about only 3 plans at a time?
>
>Richard Markowitz
>Argre Management LLC
>
>> On Sep 10, 2014, at 8:58 AM, "Wells, Peter"
>><Peter.Wells@kayescholer.com> wrote:
>>
>> Richard,
>>
>> We have been calling the IRS to check on the status of the various
>>applications for Forms 6166 for the new plans. Each agent we have spoken
>>to has indicated that applications submitted during that time period
>>(i.e., the first part of August) have not yet been loaded onto the
>>system for review and processing. The agents have generally indicated
>>that their best estimate is that such applications submitted during this
>>time are likely to be uploaded sometime next week (though, obviously
>>they make no guarantees as to anything). So, we anticipate having more
>>to report sometime next week. We will, however, continue to call in the
>>interim to see if we get any different answers or any of the
>>aforementioned changes.
>>
>> Regards,
>> Peter
>>
>> Peter Wells
>> Kaye Scholer LLP
>> 425 Park Avenue | New York, New York 10022
>> T: +1 212.836.8662 | F: +1 212.836.6447 peter.wells@kayescholer.com |
>> www.kayescholer.com
>>
>>
>>
>> Any U.S. federal tax advice contained in this message (including any
>>attachments) may not be able to be used for purposes of avoiding
>>tax-related penalties imposed under U.S. federal tax laws. This message
>>may contain confidential and/or legally privileged information from the
>>law firm Kaye Scholer LLP. If delivered to anyone other than the
>>intended recipient, please notify the sender immediately by return email
>>or by telephone (212.836.8000) and delete the message, along with any
>>attachments, from your computer. Thank you.
>> -----Original Message-----
>> From: Richard Markowitz [mailto:rmarkowitz@argremgt.com]
>> Sent: Tuesday, September 09, 2014 11:50 PM
>> To: Wells, Peter; Ben-Jacob, Michael
>> Cc: John H. van Merkensteijn, III; Robert Klugman
>> Subject: Form 6166s
>>
>> Michael and Peter:
>>
>> Any follow up to the call I had with Peter on Friday, regarding the IRS
>>taking inquiries on the status of the Plans' requests for Forms?
>>
>> Thanks,
>>
>> Richard
>>
>> Richard Markowitz
>> Rmarkowitz@Argremgt.com
>> Mobile:  (917) 848-5675
```

KLUGMAN00006421