*Exhibit 43*

Message
---

| | |
|---|---|
| **From:** | Robert Klugman [rklugman@storcapital.com] |
| **Sent:** | 10/17/2014 8:42:34 PM |
| **To:** | ~LH lf 08-07-2015 Wells, Peter [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Wells_p] |
| **CC:** | Richard Markowitz [rmarkowitz@argremgt.com]; Veillette, Rebecca [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Veillette_r]; Gregory, Amy [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Gregory_a]; Ben-Jacob, Michael [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Ben_m]; John H. van Merkensteijn III [jhvm@argremgt.com] |
| **Subject:** | Re: New Plans to Be On-Boarded and 6166s for Existing Plans |

That's great Peter. Thanks for the update.
On Oct 17, 2014, at 4:36 PM, Wells, Peter <Peter.Wells@kayescholer.com> wrote:


All,

As Richard and I discussed today, the Forms 6166 are starting to come in. Today we have received the Forms for the following plans:

- Plumrose Industries LLC Roth 401K Plan
- Green Scale Management LLC Roth 401K Plan
- RAK2 Investment Trust
- Aerovane Logistics LLC Roth 401K Plan
- True Wind Investments LLC Roth 401K Plan
- Loggerhead Services LLC Roth 401K Plan
- Basalt Ventures LLC Roth 401K Plan

We will reach out to the reclaim agents and coordinate sending of the Forms to them so they can move on the reclaims.

Regards,
Peter


Peter Wells
Kaye Scholer LLP
250 West 55th Street | New York, New York 10019-9710
T: (212) 836-8662 | F: (212) 836-6447
peter.wells@kayescholer.com | www.kayescholer.com
PLEASE NOTE OUR NEW ADDRESS: Kaye Scholer's New York office is now located at 250 West 55th Street, New York, NY 10019-9710. Our phone and fax numbers remain the same.

Any U.S. federal tax advice contained in this message (including any attachments) may not be able to be used for purposes of avoiding tax-related penalties imposed under U.S. federal tax laws. This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone ((212) 836-8662) and delete the message, along with any attachments, from your computer. Thank you.

**From:** Richard Markowitz [mailto:rmarkowitz@argremgt.com]
**Sent:** Tuesday, October 07, 2014 7:25 PM
**To:** Wells, Peter
**Cc:** Veillette, Rebecca; Gregory, Amy; Ben-Jacob, Michael; Robert Klugman; John H. van Merkensteijn, III
**Subject:** Re: New Plans to Be On-Boarded and 6166s for Existing Plans

That's great news. Once they start arriving, we should communicate with Goal, Acupay and SynTax to let them know. They will need a number of originals and then they should start filing the reclaim requests for the August TDC trade.

Richard Markowitz
Managing Director
Argre Management LLC
1345 Avenue of the Americas
27th Floor
New York, NY 10105

Rmarkowitz@Argremgt.com
Mobile: (917) 848-5675
Office: (212) 231-3923

On Oct 7, 2014, at 6:38 PM, "Wells, Peter" <Peter.Wells@kayescholer.com> wrote:

> Richard,
>
> An update on the Forms 6166s: We have started to get responses that the applications are being approved. In those cases, the Agents have indicated that the Forms should be mailed out early next week.
>
> Regards,
> Peter
>
>
> Peter Wells
> Kaye Scholer LLP
> 250 West 55th Street | New York, New York 10019-9710
> T: (212) 836-8662 | F: (212) 836-6447
> peter.wells@kayescholer.com | www.kayescholer.com
> PLEASE NOTE OUR NEW ADDRESS: Kaye Scholer's New York office is now located at 250 West 55th Street, New York, NY 10019-9710. Our phone and fax numbers remain the same.
>
> Any U.S. federal tax advice contained in this message (including any attachments) may not be able to be used for purposes of avoiding tax-related penalties imposed under U.S. federal tax laws. This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone ((212) 836-8662) and delete the message, along with any attachments, from your computer. Thank you.
>
> **From:** Richard Markowitz [mailto:rmarkowitz@argremgt.com]
> **Sent:** Monday, October 06, 2014 10:46 AM
> **To:** Wells, Peter; Veillette, Rebecca; Gregory, Amy
> **Cc:** Ben-Jacob, Michael; Robert Klugman; John H. van Merkensteijn, III
> **Subject:** New Plans to Be On-Boarded and 6166s for Existing Plans
>
> I hope the move to the new offices has gone smoothly and you are all enjoying the new space.
>
> Jessica and Claudia from Old Park Lane called me this morning to ask when we might be able to start the on-boarding process for the 6 new plans. I think you told me last week that the plan documents were starting to come in??

KLUGMAN00006408

I asked Jess if any thing had changed with regard to the process and the only thing they mentioned was some slightly different language for the certification that accompanies many of the documents. They will send it to you via email. If we are close on having the plans established, maybe we can get on a call with them Wednesday and discuss the on-baording process.

Also, what updates do you have from the IRS on the 6166s?

Thanks,

Richard

Richard Markowitz
Managing Director
Argre Management LLC
1345 Avenue of the Americas
27th Floor
New York, NY 10105

Office:
(212) 231-3923
Main:
(212) 247-2600
Fax:
(212) 247-2753
Mobile:
(917) 848-5675

RMarkowitz@Argremgt.com