*Exhibit 46*



```
                                            250 West 55th Street
                                            New York, NY  10019-9710
                                            212.836.8000
                                            www.kayescholer.com
                                            Fed. Identification No. 13-1672623
```

TO:   Attn: Robert Klugman                                          June 30, 2015
      75 Tresser Boulevard, #411
      rklugman@storcapital.com
      Stamford, Connecticut  06901


RE: Ex-Dividend Trades                              Invoice#: 802767
Our File Number: 63393/0009                         PAGE:   21

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2015

---

|            |                     |                                                                                                         | Hours |
|------------|---------------------|---------------------------------------------------------------------------------------------------------|-------|
| 05/01/2015 | Wells, Peter B      |                                                                                                         | 1.30  |
|            |                     | Attention to Form 6166 matters. Calls with IRS re the same.                                             |       |
| 05/01/2015 | Wells, Peter B      |                                                                                                         | 1.50  |
|            |                     | Attention to Federal Reserve CQ-1 Reporting matters.                                                    |       |
| 05/01/2015 | Weinkam, Gus        |                                                                                                         | 2.67  |
|            |                     | Prepare Forms CQ-1; discussions with Wells regarding same.                                              |       |
| 05/01/2015 | Veillette, Rebecca  |                                                                                                         | 0.35  |
|            |                     | Attention to tax matters.                                                                               |       |
| 05/04/2015 | Ben-Jacob, Michael  |                                                                                                         | 0.83  |
|            |                     | Call with Federal Reserve re: TIC filings.  Follow-up call with group.                                  |       |
| 05/04/2015 | Wells, Peter B      |                                                                                                         | 0.75  |
|            |                     | Work on Form 6166 matters and reclaim issues.                                                           |       |
| 05/04/2015 | Wells, Peter B      |                                                                                                         | 1.30  |
|            |                     | Prepare for and participate in call with Federal Reserve and follow-up re the same.                     |       |
| 05/04/2015 | Weinkam, Gus        |                                                                                                         | 0.67  |
|            |                     | Review Forms CQ-1; discussions with Wells and Qosja regarding federal reserve reporting.                |       |
| 05/04/2015 | Golub, Elizabeth    |                                                                                                         | 1.00  |
|            |                     | Attention to review of queries regarding payment of Delaware franchise taxes for various LLCs and preparation of response. |       |

CONFIDENTIAL                                                                              WH_MDL_00355609

**KAYE SCHOLER LLP**

| | | |
|---|---|---|
| TO: | Attn: Robert Klugman | June 30, 2015 |
| RE: | Ex-Dividend Trades | Invoice#: 802767 |
| | Our File Number: 63393/0009 | PAGE: 22 |

| Date | Name | Hours |
|---|---|---|
| 05/04/2015 | Veillette, Rebecca | 1.25 |
| | Attention to documentation and administration matters. Interoffice conferences regarding same. | |
| 05/05/2015 | Ben-Jacob, Michael | 0.50 |
| | Attention to requests from Federal Reserve. | |
| 05/05/2015 | Wells, Peter B | 1.00 |
| | Work on issues related to Federal Reserve matters. | |
| 05/06/2015 | Wells, Peter B | 1.50 |
| | Attention to issues related to Federal Reserve matters. | |
| 05/06/2015 | Weinkam, Gus | 1.25 |
| | Prepare Forms TIC S. | |
| 05/07/2015 | Golub, Elizabeth | 0.50 |
| | Attention to update of electronic case files re: receipts for filing 2015 Delaware franchise tax for 20+ entities. | |
| 05/08/2015 | Wells, Peter B | 1.75 |
| | Attention to Federal Reserve reporting matters. | |
| 05/08/2015 | Weinkam, Gus | 2.25 |
| | Prepare and file Forms TIC S; discussions with Wells regarding same; emails with Donaldson regarding same. | |
| 05/08/2015 | Golub, Elizabeth | 1.00 |
| | Attention to review of queries regarding payment of Delaware franchise taxes for various LLCs and preparation of response. | |
| 05/10/2015 | Weinkam, Gus | 0.50 |
| | Review, prepare, and file Forms TIC S. | |
| 05/11/2015 | Wells, Peter B | 1.50 |
| | Attention to Form 6166 matters. Call with the IRS re the same. | |
| 05/11/2015 | Wells, Peter B | 1.70 |
| | Attention to Federal Reserve matters. | |
| 05/11/2015 | Weinkam, Gus | 1.25 |

CONFIDENTIAL

WH_MDL_00355610