*Exhibit 48*

**KAYE SCHOLER LLP**

| | | |
|---|---|---|
| TO: | Attn: Robert Klugman | March 20, 2015 |
| RE: | Ex-Dividend Trades | Invoice#: 794116 |
| | Our File Number: 63393/0009 | PAGE: 28 |

---

| Date | Name | Hours |
|---|---|---|
| 11/21/2014 | Veillette, Rebecca | 0.67 |
| | Attention to pension plan administration matters. Conference with Peter Wells. | |
| 11/24/2014 | Wells, Peter B | 1.50 |
| | Work on issues related to Forms 6166s and reclaim matters. | |
| 11/24/2014 | Veillette, Rebecca | 1.25 |
| | Attention to documentation regarding filing of Forms 8802 for 2015. Conferences with Peter regarding outstanding issues and additional filings of Forms 8802 for 2014. | |
| 11/25/2014 | Wells, Peter B | 1.50 |
| | Attention to issues related to reclaim matters and Form 6166 issues. | |
| 11/25/2014 | Veillette, Rebecca | 0.58 |
| | Attention to administration matters. | |
| 11/26/2014 | Wells, Peter B | 1.00 |
| | Attention to reclaim matters. Call with OPL re on-boarding matters. | |
| 11/26/2014 | Veillette, Rebecca | 0.50 |
| | Attention to documentation regarding pension plans. | |
| 12/01/2014 | Wells, Peter B | 1.25 |
| | Attention to issues related to new plans. Attention to reclaim matters. | |
| 12/01/2014 | Gregory, Amy | 2.00 |
| | ▇▇▇▇▇▇▇▇ Begin Processing Form 8802 Package for IRS. Mailed via Fed-ex. | |
| 12/01/2014 | Veillette, Rebecca | 1.08 |
| | Attention to administration and tax matters. | |
| 12/02/2014 | Ben-Jacob, Michael | 1.00 |
| | Telephone call with Danish securities counsel and email to group with summary. | |
| 12/02/2014 | Wells, Peter B | 1.50 |
| | Attention to issues related to Denmark. Work on issues related to new accounts. | |
| 12/02/2014 | Gregory, Amy | 2.00 |

CONFIDENTIAL                                                    WH_MDL_00355492



| | | |
|---|---|---|
| TO: | Attn: Robert Klugman | March 20, 2015 |
| RE: | Ex-Dividend Trades | Invoice#: 794116 |
| Our File Number: 63393/0009 | | PAGE: 29 |

---

| Date | Timekeeper / Description | Hours |
|---|---|---|
| | ▮▮▮▮▮ Begin Processing Form 8802 Package for IRS. Mailed via Fed-ex. | |
| 12/03/2014 | Ben-Jacob, Michael | 0.50 |
| | Telephone call with John, Rich and Rob re Danish law issues. | |
| 12/03/2014 | Wells, Peter B | 1.00 |
| | Work on issues related to reclaims and new plans. | |
| 12/03/2014 | Gregory, Amy | 2.00 |
| | Attention Estate Planning: Begin Processing Form 8802 Package for IRS. Mailed via Fed-ex. | |
| 12/03/2014 | Veillette, Rebecca | 0.83 |
| | Attention to administration matters. | |
| 12/04/2014 | Wechter, Kathleen A | 0.17 |
| | Conf P Wells re plan issues. | |
| 12/04/2014 | Wells, Peter B | 1.45 |
| | Work on issues related to plans. ▮▮▮▮▮ | |
| 12/04/2014 | Gregory, Amy | 2.00 |
| | Attention Estate Planning: Begin Processing Form 8802 Package for IRS. Mailed via Fed-ex. | |
| 12/05/2014 | Wells, Peter B | 1.50 |
| | ▮▮▮▮▮ Attention to issues related new plans. | |
| 12/05/2014 | Gregory, Amy | 2.00 |
| | Attention Estate Planning: Begin Processing Form 8802 Package for IRS. Mailed via Fed-ex. | |
| 12/06/2014 | Ben-Jacob, Michael | 0.58 |
| | Email to Danish counsel re follow up questions. | |
| 12/08/2014 | Veillette, Rebecca | 0.67 |
| | Attention to administration matters. | |
| 12/09/2014 | Wechter, Kathleen A | 1.25 |
| | Conf M Ben Jacob and conf with Mr. Van Merkensteijn; ▮▮▮▮▮ | |

CONFIDENTIAL                                                                                                     WH_MDL_00355493