*Exhibit 52*



| | | |
|---|---|---|
| TO: | Attn: Robert Klugman | March 20, 2015 |
| RE: | Ex-Dividend Trades | Invoice#: 794116 |
| | Our File Number: 63393/0009 | PAGE: 30 |

| Date | Timekeeper | Hours |
|---|---|---|
| 12/10/2014 | Ben-Jacob, Michael<br>Emails with Danish counsel. | 0.17 |
| 12/10/2014 | Wechter, Kathleen A<br>■■■■■■■■■■■■■■■■■ | 0.17 |
| 12/10/2014 | Wells, Peter B<br>Attention to issues related to new plans and reclaim matters. | 1.25 |
| 12/10/2014 | Veillette, Rebecca<br>Attention to administrative matters. | 1.67 |
| 12/11/2014 | Wells, Peter B<br>Attention to issues related to new plans and reclaim matters. | 0.75 |
| 12/12/2014 | Ben-Jacob, Michael<br>Call with Danish Counsel and related email to group. | 2.00 |
| 12/12/2014 | Wells, Peter B<br>Attention to issues related to new plans and reclaim matters. | 1.25 |
| 12/12/2014 | Gregory, Amy<br>Attention to estate planning: draft correspondence transmittal letters to IRS for Roth 401k Plans Form 8802 Submissals. Organize Package to send to via Fed-ex. | 1.50 |
| 12/15/2014 | Wells, Peter B<br>Attention to reclaim matters. Work on issues related to Forms 6166. | 2.20 |
| 12/15/2014 | Gregory, Amy<br>■■■■■■■■■■■■ draft correspondence transmittal letters to IRS for Roth 401k Plans Form 8802 Submissals. Organize Package to send to via Fed-ex. | 2.00 |
| 12/15/2014 | Veillette, Rebecca<br>Attention to administration matters. | 2.25 |
| 12/16/2014 | Wells, Peter B<br>Attention to plan matters and Forms 6166. | 1.50 |
| 12/16/2014 | Gregory, Amy | 1.50 |