# *Exhibit 54*



288 Bishopsgate | London | EC2M 4QP | United Kingdom

24 August 2015

SKAT
Betaling og Regnskab
Helgeshøj Alle 9
2630 Taastrup
Denmark

**Attention:** Sven Nielsen, Danish Dividends Tax Department

**Re: Danish Dividend Tax Reclaim for:**
**The Random Holdings 401k Plan (TIN: 46-5628612)**
**200 Henry Street, Apartment 1501, Stamford, CT, 06902, USA**

Dear Sven,

In connection with the Convention for the Avoidance of Double Taxation between Denmark and the United States of America, please find enclosed a reclaim application from a qualifying US pension fund for a complete refund of Danish Dividend Tax that was previously withheld in relation to their investments.

Please find enclosed the following forms to assist with the claim:

- A completed 06.003 ENG Form - Claim to Relief from Danish Dividend Tax;
- Two original Dividend Credit Advice slips;
- A copy Certificate of Residence – Form 6166 - for tax year 2015 (Original previously provided to SKAT);
- The Power of Attorney granted by The Random Holdings 401k Plan to Syntax GIS Ltd.

Please contact us should you have any questions or require any further information.

Yours sincerely,

[signature]

Camilo Vargas, Director | +44 20 3709 4186 | cv@syntax-gis.com

*The name Syntax GIS is a registered trade mark of Syntax GIS Ltd. Syntax GIS Ltd is a limited liability company registered in England and Wales; company registration number: 08956766, VAT registration number: 185119890, and has its registered office at 145-157 St John Street, London, EC1V 4PW, United Kingdom.*

SKAT

# Claim to Relief from Danish Dividend Tax

[ ] In my capacity as beneficial owner [X] On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: 2,632,324.77

**Beneficial Owner**

Full name
The Random Holdings 401k Plan

Full address
200 Henry Street, Apartment 1501, Stamford, CT, 06902, USA

E-mail
taxreclaims@syntax-gis.com - attention: Camilo Vargas - (+44 020 37094186)

Signature
Beneficial owner/applicant

Camilo Vargas

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number: 2

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Barclays Bank Plc,
Building 315, Heathrow Airport, Hatton Cross, TW6 2JJ, United Kingdom
Name of the Account holder: Syntax GIS Ltd

| Reg. no | Account no | |
|---|---|---|
| | 46065800 | |
| **SWIFT** | **BLZ** | **IBAN** |
| BARCGB22 | | GB76 BARC 203883 4606 5800 |

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and ..........................................

Date Official stamp and signature

When signed to be forwarded to:

**Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gl.nr. U 20x)

06.003 ENG



CERTIFICATION PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: January 12, 2015



000040

Taxpayer: THE RANDOM HOLDINGS 401K PLAN
TIN: 46-5628612
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is a trust forming part of a pension, profit sharing, or stock bonus plan qualified under section 401(a) of the U.S. Internal Revenue Code, which is exempt from U.S. taxation under section 501(a), and is a resident of the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

COPY

VOID



71-75 Shelton Street
Covent Garden
London
WC2H 9JQ
Tel +44 (0)207 382 4953

DIVIDEND CREDIT ADVICE

**12-08-2015**

**Tran Ref: 6,574**

**The Random Holdings 401k Plan**
200 Henry Street, Apartment 1501
Stamford
CT 06902
United States of America

**TDC A/S**

**ISIN**

DK0060228559

| Ex Date: | Record Date: | Pay Date: |
|---|---|---|
| 10-08-2015 | 11-08-2015 | 12-08-2015 |

| Dividend Per Share: | No of Shares: |
|---|---|
| DKK 1.00 | 1,096,827 |

**Payment Details**

| Gross Dividend: | Withholding tax deducted: | Net Dividend: |
|---|---|---|
| DKK 1,096,827.00 | DKK 296,143.29 | DKK 800,683.71 |

West Point Derivatives Ltd is a limited company incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 71-75 Shelton Street, Covent Garden, London, WC2H 9JQ.
(FCA Registration Number 430967; Company Number 04990389)




71-75 Shelton Street
Covent Garden
London
WC2H 9JQ
Tel +44 (0)207 382 4953

DIVIDEND CREDIT ADVICE
**16-06-2015**
**Tran Ref: 6,371**

**The Random Holdings 401k Plan**
200 Henry Street, Apartment 1501
Stamford
CT 06902
United States of America

**Auriga Industries A/S**

**ISIN**

DK0010233816

| Ex Date: | Record Date: | Pay Date: |
|---|---|---|
| 12-06-2015 | 15-06-2015 | 16-06-2015 |

| Dividend Per Share: | No of Shares: |
|---|---|
| DKK 323.00 | 26,788 |

**Payment Details**

| Gross Dividend: | Withholding tax deducted: | Net Dividend: |
|---|---|---|
| DKK 8,652,524.00 | DKK 2,336,181.48 | DKK 6,316,342.52 |

West Point Derivatives Ltd is a limited company incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 71-75 Shelton Street, Covent Garden, London, WC2H 9JQ.
(FCA Registration Number 430967; Company Number 04990389)



# LIMITED POWER OF ATTORNEY

The Random Holdings 401k Plan, (the "Grantor") TAX ID: 46-5628612,

With an address at: 200 Henry Street, Apartment 1501, Stamford, CT, 06902, USA.

hereby makes, constitutes and appoints Syntax GIS Ltd, a UK corporation, having its principal place of business at Tower Bridge Business Centre, 46-48 East Smithfield, London, E1 1AW, United Kingdom as its true and lawful attorney-in-fact and agent, to

1. Sign and file with applicable authorities any and all applications, requests, or claims for refund, reduction, repayment, and credit of, or exemption or relief from, any withholding or similar taxes in any jurisdiction,
2. To request a refund of the excess tax withheld by submitting claims with foreign custodians, withholding agents, or issuers.
3. To obtain any documents or other information required for that purpose, including but not limited to requesting and obtaining tax residency certification in the name of the Grantor as may be necessary to carry out the above.
4. To represent the Grantor at all kinds of administrative appeals and present economic-administrative reclaims to the relevant authorities, tribunals, and courts.
5. To receive and distribute all repayments owed in above context from foreign tax authorities, custodians, withholding agents or issuers in the name of the Grantor and to acknowledge the receipt of such amounts.

This Limited Power of Attorney shall take effect upon execution of the document and remain in effect until the Limited Power of Attorney has been terminated by either party by providing ten days prior written notice of its intent to terminate to the other party, whichever is earliest.

IN WITNESS WHEREOF we have caused this Limited Power of Attorney to be executed by our duly authorized representative this 17th day of December, 2014.

For: The Random Holdings 401k Plan

With an address at: 200 Henry Street, Apartment 1501, Stamford, CT, 06902, USA

Signature: By: MBJ attorney-in-fact

Name: Robert Klugman

Title: Authorised Representative



Tower Bridge Business Centre | 46-48 East Smithfield | London | E1W 1AW | United Kingdom

STATE OF New York

COUNTY OF New York

I, Peter Wells, a notary public of the aforesaid state and county, do hereby certify that the foregoing was signed before me by the above named person who holds specified title.

Witness my hand and notarial seal this 17th day of December, 2014.

Notary Public

NOTARY SEAL

PETER WELLS
Notary Public, State of New York
No. 02WE6172850
Qualified in New York County
Commission Expires Oct. 21, 2015



The name Syntax GIS is a registered trade mark of Syntax GIS Ltd. Syntax GIS Ltd is a limited liability company registered in England and Wales; company registration number [illegible]. VAT registration number [illegible] and has its registered office at [illegible] St John Street, London, EC1V [illegible], United Kingdom