*Exhibit 55*

# OLD PARK LANE CAPITAL PLC⁺

Date: 12-08-2015
Ref: 6,495

## INCOME ADVICE

Aerovane Logistics LLC Roth 401(K) Plan, 425 Park Avenue, New York, NY 10022, United States of America,

---

**TDC A/S**

| Ticker | ISIN |
|---|---|
| TDC DC | DK0060228559 |

**Dividend**

| Ex-dividend Date | Record Date | Payment Date |
|---|---|---|
| 10-08-2015 | 11-08-2015 | 12-08-2015 |

**Payment details**

| Dividend Per Share | No. of shares | Gross | Tax | Net |
|---|---|---|---|---|
| DKK 1.00 | 3,276,411 | DKK 3,276,411.00 | DKK 884,630.97 | DKK 2,391,780.03 |

---

**Old Park Lane Capital plc**
49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44(0)20 7493 8188 F: +44(0)20 7493 3576
W: www.oldplc.com
Old Park Lane Capital Plc is a member of the London Stock Exchange
and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870).
Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ

KLUGMAN00059888

# OLD PARK LANE CAPITAL PLC⁺

Date: 18-06-2015
Ref: 6.317

## INCOME ADVICE

Aerovane Logistics LLC Roth 401(K) Plan, 425 Park Avenue, New York, NY 10022, United States of America,

---

**Auriga Industries A/S**

| Ticker | ISIN |
|---|---|
| AURIB DC | DK0010233816 |

**Dividend**

| Ex-dividend Date | Record Date | Payment Date |
|---|---|---|
| 12-06-2015 | 15-06-2015 | 16-06-2015 |

**Payment details**

| Dividend Per Share | No. of shares | Gross | Tax | Net |
|---|---|---|---|---|
| DKK 323.00 | 81,471 | DKK 26,315,133.00 | DKK 7,105,085.91 | DKK 19,210,047.09 |

---

**Old Park Lane Capital plc**
49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44(0)20 7493 8188 F: +44(0)20 7493 3576
W: www.oldplc.com
Old Park Lane Capital Plc is a member of the London Stock Exchange
and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870).
Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ

KLUGMAN00059889



Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner    ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: **7,989,716.88**

**Beneficial Owner**

Full name
Aerovane Logistics LLC Roth 401(K) Plan

Full address
425 Park Avenue, New York
NY 10022
USA

E-mail
GTB@goalgroup.com

Signature
Beneficial owner/applicant

...........goal...........

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number: **2**

*(This documentation is obligatory)*

**Financial Institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street Branch Croydon

| Reg. no | Account no |
|---|---|
|  | 34015159 |

| SWIFT | BLZ | IBAN |
|---|---|---|
| NWBKGB2L |  | IBAN GB88NWBK60730134015159 |

On reclaim please quote: OPL DK 102

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and    U.S.A.

......................................................
Date    Official stamp and signature

When signed to be forwarded to:    **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gl.nr. U.20x)
06.003 ENG

KLUGMAN00059890



**SKAT**

Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner    ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: **7,989,716.88**

**Beneficial Owner**
Full name
Aerovane Logistics LLC Roth 401(K) Plan
Full address
425 Park Avenue, New York
NY 10022
USA

E-mail
GTB@goalgroup.com

Signature
Beneficial owner/applicant

goal

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number: **2**

*(This documentation is obligatory)*

**Financial Institution**
The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street Branch Croydon

|  | 34015159 |  |
|---|---|---|
| Reg. no | Account no |  |
| NWBKGB2L |  | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote: OPL DK 102

**Certification of the competent authority**   It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and                      U.S.A.

Date        Official stamp and signature

When signed to be forwarded to:   **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gl.nr. U 20x)
06.003 ENG

# Power of Attorney

**Purpose of Document:** Goal TaxBack Limited must be granted a Power of Attorney to enable it to perform all functions required to provide relevant tax services.

**Comment:** This document allows Goal TaxBack Limited to request tax certifications (including certificates of tax residence) and to complete and sign tax reclamation forms on behalf of the beneficial owner. On completion of this document Goal TaxBack Limited are able to provide a full tax reclaim service based on the profile of the beneficial owner.

Note: If the beneficial owner is investing in Italy then **two** further originals of the power of attorney are required for the Italian tax authorities (i.e. three originals in total).

KLUGMAN00059892

**Aerovane Logistics LLC Roth 401(K) Plan**
425 Park Avenue
New York, NY 10022-3598

*Power of Attorney*

THIS POWER OF ATTORNEY, made this _November_ day of _12th_ 2014 by Aerovane Logistics LLC Roth 401(K) Plan ("the Company") WITNESSETH AS FOLLOWS:-

1. The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2. The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

**Execution of a deed by a company incorporated outside Great Britain**

*Executed as a deed by -*

| | |
|---|---|
| *Name of company:* | Aerovane Logistics LLC Roth 401(K) Plan |
| *Acting by name(s) of:* | Robert Klugman |
| *Duly authorised signatory(ies):* | By: MB, attorney-in-fact |



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION PROGRAM



000038

Date: February 23, 2015

Taxpayer: AEROVANE LOGISTICS LLC ROTH 401K PLAN
TIN: 47-1346900
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is a trust forming part of a pension, profit sharing, or stock bonus plan qualified under section 401(a) of the U.S. Internal Revenue Code, which is exempt from U.S. taxation under section 501(a), and is a resident of the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

KLUGMAN00059895