*Exhibit 56*



27 Old Gloucester Street
London
WC1N 3AX

# CREDIT ADVICE

**Date: 16-06-2015 ID: 6,313**

**The Stor Capital Consulting LLC 401k Plan,**
200 Henry Street, Apartment 1501,
Stamford,
CT 06902,,
United States of America ,

**Security:** Auriga Industries A/S   **ISIN:** DK0010233816

**Ex Date:** 12-06-2015   **Record Date:** 15-06-2015   **Pay Date:** 16-06-2015

**Dividend Per Share:** DKK 323.00

**No of Shares:** 27,155

**Gross Dividend:** DKK 8,771,065.00

**Withholding tax deducted:** DKK 2,368,187.55

**Net Dividend:** DKK 6,402,877.45

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)



# TELESTO

27 Old Gloucester Street<br>London<br>WC1N 3AX

## CREDIT ADVICE

### Date: 12-08-2015 ID: 6,487

**The Stor Capital Consulting LLC 401k Plan,**
200 Henry Street, Apartment 1501,
Stamford,
CT 06902,,
United States of America ,

**Security:** TDC A/S            **ISIN:** DK0060228559

**Ex Date:** 10-08-2015        **Record Date:** 11-08-2015        **Pay Date:** 12-08-2015

**Dividend Per Share:** DKK 1.00

**No of Shares:** 1,084,559

**Gross Dividend:** DKK 1,084,559.00

**Withholding tax deducted:** DKK 292,830.93

**Net Dividend:** DKK 791,728.07

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

KLUGMAN00039308

# SKAT

## Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner   ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: **2,661,018.48**

**Beneficial Owner**

Full name
THE STOR CAPITAL CONSULTING LLC 401K PLAN

Full address
200 Henry Street, Apartment 1501
Stamford
CT 06902
USA

E-mail
GTB@goalgroup.com

Signature
Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number: **2**

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street Branch Croydon

| Reg. no | Account no | |
|---|---|---|
| | 34015159 | |
| SWIFT | BLZ | IBAN |
| NWBKGB2L | | IBAN GB88NWBK60730134015159 |

On reclaim please quote:-TM1 DK 47

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and                U.S.A.

Date            Official stamp and signature

When signed to be forwarded to:   **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gl.nr. U 20x)
06.003 ENG

KLUGMAN00039309

## PART D

## FORM OF POWER OF ATTORNEY

| Power of Attorney |
|---|

**Purpose of Document:** Goal TaxBack Limited must be granted a Power of Attorney to enable it to perform all functions required to provide relevant tax services.

**Comment:** This document allows Goal TaxBack Limited to request tax certifications (including certificates of tax residence) and to complete and sign tax reclamation forms on behalf of the beneficial owner. On completion of this document Goal TaxBack Limited are able to provide a full tax reclaim service based on the profile of the beneficial owner.

GA: 3729426_8

KLUGMAN00039310

**STOR Capital Consulting LLC 401k Plan**
**c/o Kaye Scholer LLP**
**250 W. 55th Street**
**New York, NY 10019**

*Power of Attorney*

THIS POWER OF ATTORNEY, made this 10th day of April, 2015 by STOR Capital Consulting LLC 401k Plan ("the Company") WITNESSETH AS FOLLOWS:-

1. The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2. The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

SIGNED and delivered as a Deed
by   *MRS, attorney-in-fact*
on behalf of **STOR Capital Consulting LLC 401k Plan**

in the presence of:-
Witness Signature: *I.W.*
Witness Name: Peter Wells
Address: Kaye Scholer LLP
250 W. 55th St.
NY, NY 10019
Occupation: Attorney

GA: 3729426_8                   27 U:\GTB Agreement\GTB Standard SLA.doc

KLUGMAN00039312



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION PROGRAM

Date: January 12, 2015



000039

Taxpayer: THE STOR CAPITAL CONSULTING LLC 401K PLAN
TIN: 46-5627768
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is a trust forming part of a pension, profit sharing, or stock bonus plan qualified under section 401(a) of the U.S. Internal Revenue Code, which is exempt from U.S. taxation under section 501(a), and is a resident of the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*
Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

KLUGMAN00039313