# Exhibit 45

| | |
|---|---|
| **From:** | Adam Larosa <alarosa@argremgt.com> |
| **Sent:** | Saturday, May 11, 2013 6:03 PM |
| **To:** | Wells, Peter |
| **Cc:** | Jérôme  LHOTE; Ben-Jacob, Michael; Matthew Stein; Richard Markowitz; John H. van Merkensteijn, III |
| **Subject:** | RE: FBAR Reporting |
| **Attachments:** | Mill River Capital Management  Pension Plan 18-12-12.pdf |
| | |
| **Categories:** | RETAIN |

Peter – in addition to the other email I sent just now here is an example of an account that actually did have cash in it but still have a negative cash balance in the statement and most of the statements do look like this for all the accounts except for the IRA accounts.

Best,

**Adam La Rosa**
Director
Argre Management LLC
40 West 57th Street
New York, New York 10019
Tel: 212-247-2600
Mobile: 732-272-4445
Fax: 212-247-2753
e-mail: alarosa@argremgt.com

---

**From:** Wells, Peter [mailto:Peter.Wells@kayescholer.com]
**Sent:** Friday, May 10, 2013 1:28 PM
**To:** Adam Larosa
**Cc:** Jérôme LHOTE; Ben-Jacob, Michael; Matthew Stein; Richard Markowitz; John H. van Merkensteijn, III
**Subject:** RE: FBAR Reporting

All,

Following-up on the call this morning, we will look a bit more into the question of calculating value in the accounts with respect to the reporting threshold. Michael and I have discussed the point a bit more and are giving it some additional analysis.

Adam, in that regard it would be most helpful to have a copy of an account statement so we could see how the figures are represented. Once we have had a chance to review that and the relevant Regulations and related authority on the matter we should set time for a follow-up call.

Regards,
Peter

***

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER            **WH_MDL_00222915**

Peter Wells
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

**From:** Adam Larosa [mailto:alarosa@argremgt.com]
**Sent:** Thursday, May 09, 2013 6:49 PM
**To:** Wells, Peter
**Cc:** Jérôme LHOTE; Ben-Jacob, Michael; Matthew Stein; Richard Markowitz; John H. van Merkensteijn, III
**Subject:** Re: FBAR Reporting

Great I had circulated a callin number so let's use that as its on everyone's calendar.  Let me know if you need again

Sent from my iPhone

On May 9, 2013, at 6:47 PM, "Wells, Peter" <Peter.Wells@kayescholer.com> wrote:

I am happy to run the call from our end without Michael.

I don't believe there was call in circulated.

We can use ours:

Number: 1-877-789-5293

Code: 2128368662

\*\*\*
IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells
<image001.png>
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER                    **WH_MDL_00222916**

**From:** Adam Larosa [mailto:alarosa@argremgt.com]
**Sent:** Thursday, May 09, 2013 6:41 PM
**To:** Jérôme LHOTE
**Cc:** Wells, Peter; Ben-Jacob, Michael; Matthew Stein; Richard Markowitz; John H. van Merkensteijn, III
**Subject:** Re: FBAR Reporting

Peter. Your call. Let us know

Sent from my iPhone

On May 9, 2013, at 6:28 PM, "Jérôme LHOTE" <jlhote@argremgt.com> wrote:

> From my perspective as long as Peter understand the rules in details I am fine doing the call without Michael.
>
> Jerome LHOTE
> Argre Management LLC
> Tel: +1 212 247 2600
> Cell: +1 917 640 9365

On May 9, 2013, at 6:24 PM, "Wells, Peter" <Peter.Wells@kayescholer.com> wrote:

> Adam,
>
> Something urgent has come up for Michael in the time slot of our scheduled call tomorrow. If you would like Michael to participate we can move the call to sometime later in the day. Otherwise it will just be me from our side.
>
> Let us know what is preferential for you and whoever else was planning on calling in on the Argre side.
>
> Regards,
> Peter
>
>
> ***
>
> IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
>
> Peter Wells
> <image001.png>
> 425 Park Avenue | New York, New York 10022
> T: +1 212.836.8662 | F: +1 212.836.6447
> peter.wells@kayescholer.com | www.kayescholer.com

3

WH_MDL_00222917

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

**From:** Jérôme LHOTE [mailto:jlhote@argremgt.com]
**Sent:** Monday, May 06, 2013 6:28 PM
**To:** Adam Larosa
**Cc:** Ben-Jacob, Michael; Wells, Peter; Matthew Stein; Richard Markowitz; John H. van Merkensteijn, III
**Subject:** Re: FBAR Reporting

Sent a dial in regardless

Jerome LHOTE
Argre Management LLC
Tel: +1 212 247 2600
Cell: +1 917 640 9365

On May 6, 2013, at 6:12 PM, "Adam Larosa" <alarosa@argremgt.com> wrote:

> Yes that works for me.
>
> Not everyone cc'd here need attend but if you are available let me know and if there are a few of us I'll send around a dial-in number.
>
> Best,
>
> **Adam La Rosa**
> Director
> Argre Management LLC
> 40 West 57th Street
> New York, New York 10019
> Tel: 212-247-2600
> Mobile: 732-272-4445
> Fax: 212-247-2753
> e-mail: alarosa@argremgt.com

**From:** Ben-Jacob, Michael [mailto:Michael.Ben-Jacob@kayescholer.com]
**Sent:** Monday, May 06, 2013 5:58 PM
**To:** Adam Larosa; Wells, Peter
**Cc:** Matthew Stein; Jérôme LHOTE; Richard Markowitz; John H. van Merkensteijn, III
**Subject:** RE: FBAR Reporting

Adam,

Your timing is perfect. We just had a meeting on FBAR reporting for these entities last Thursday.

4

I am traveling the next day or two. Can we do a call on Friday at 10:30am?

Best,

mbj

**From:** Adam Larosa [mailto:alarosa@argremgt.com]
**Sent:** Monday, May 06, 2013 5:06 PM
**To:** Wells, Peter; Ben-Jacob, Michael
**Cc:** Matthew Stein; Jérôme LHOTE; Richard Markowitz; John H. van Merkensteijn, III
**Subject:** FBAR Reporting

Mike/Peter,

Hope all is well.

Can we schedule a call this week to discuss all the FBAR reporting (if any) with respect to the Pension Plans and the dividend trading in 2012?

Let me know what works for you.

Best,

**Adam La Rosa**
Director
Argre Management LLC
40 West 57th Street
New York, New York 10019
Tel: 212-247-2600
Mobile: 732-272-4445
Fax: 212-247-2753
e-mail: alarosa@argremgt.com


\*    \*    \*    \*

IRS CIRCULAR 230 DISCLOSURE:  To
ensure compliance with Treasury
Department regulations, we inform
you that any U.S. federal tax
advice
contained in this correspondence
(including any attachments) is not
intended or written to be used,
and cannot be used for the purpose
of (i)
avoiding penalties that may be
imposed under the U.S. Internal
Revenue Code or (ii) promoting,
marketing or recommending to

5

WH_MDL_00222919

```
another
party any transaction or matter
addressed herein.
```

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

WH_MDL_00222920

OPEN POSITION STATEMENT

**Solo Capital**

| | | |
|---|---|---|
| Mill River Capital Management Pension Plan<br>40 West 57th Street<br>Floor 20<br>New York, NY 10019<br>United States of America<br>Account Number:   MIIL01 | Date          18 December 2012 | SOLO CAPITALPARTNERS LLP<br>4 - 6 THROGMORTON AVENUE<br>LONDON EC2N 2DL<br>TEL (44 ) 20 7382 4940 |

### Open Positions

| Date | Open Position | | | Trade Price | Current Price | Position Value | CCY | Market Revaluation |
|---|---|---|---|---|---|---|---|---|
| 18 December 2012 | S | -28,000.00 | Delhaize Group DHZF 15/03/13 | 32.2788 | 28.4455 | -79,647,400.00 | EUR | 10,733,240.00 |
| 18 December 2012 | B | 2,800,000.00 | Delhaize Group SA | 31.8000 | 30.3600 | 85,008,000.00 | EUR | -4,032,000.00 |
| 18 December 2012 | SL | -2,800,000.00 | Delhaize Group SA | 31.8000 | 30.3600 | -85,008,000.00 | EUR | 4,032,000.00 |
| 18 December 2012 | S | -60,000.00 | TDC A/S TDC Cash Flex 15/03/13 | 39.9400 | 36.9200 | -2,215,200.00 | DKK | 181,200.00 |
| 18 December 2012 | B | 6,000,000.00 | TDC A/S | 41.6300 | 39.9000 | 239,400,000.00 | DKK | -10,380,000.00 |
| 18 December 2012 | SL | -6,000,000.00 | TDC A/S | 41.6300 | 39.9000 | -239,400,000.00 | DKK | 10,380,000.00 |
| 18 December 2012 | S | -12,000.00 | Unicore NVIG 15/03/13 | 37.3582 | 39.9634 | -47,956,080.00 | EUR | -3,126,240.00 |
| 18 December 2012 | B | 1,200,000.00 | Unicore | 37.6200 | 41.8850 | 50,262,000.00 | EUR | 5,118,000.00 |
| 18 December 2012 | SL | -1,200,000.00 | Unicore | 37.6200 | 41.8850 | -50,262,000.00 | EUR | -5,118,000.00 |
| 18 December 2012 | S | -10,000.00 | CHR Hansen A/S CHR Cash Flex 15/03/13 | 185.6500 | 185.8900 | -1,858,900.00 | DKK | -2,400.00 |
| 18 December 2012 | B | 1,000,000.00 | CHR Hansen Holdings A/S | 187.5903 | 184.3000 | 184,300,000.00 | DKK | -3,290,300.00 |

### ACCOUNT FINANCIAL SUMMARY

| | EUR | DKK | EUR Base |
|---|---|---|---|
| Open Cash Balance | 0.00 | 0.00 | 0.00 |
| Cash Equity Settlement (exc comm) | -133,198,400.00 | -849,573,240.00 | -247,333,125.13 |
| Brokerage On Execution | 0.00 | 0.00 | 0.00 |
| Clearing Charge | 0.00 | 0.00 | 0.00 |
| Exchange Fees on Futures | -316.68 | 0.00 | -316.68 |
| Custody Fees | 0.00 | 0.00 | 0.00 |
| Other Fees | 0.00 | 0.00 | 0.00 |
| Stock Loan Cash Original | 134,184,000.00 | 849,573,240.00 | 248,318,725.13 |
| Stock Margin | 1,086,000.00 | -20,273,240.00 | 1,637,579.99 |
| Interest on Stock Loan Cash Pool | -504,097.48 | -590,957.60 | -583,405.75 |
| Stock Loan Fees | 73,531.39 | 482,324.59 | 138,760.78 |
| Realised Futures Profit & Loss | -5,596,360.00 | -9,261,600.00 | -6,838,660.68 |
| Initial Margin | -13,521,048.00 | -83,340,700.00 | -24,705,617.34 |
| Variation Margins | 8,693,000.00 | -2,393,240.00 | 8,371,820.09 |
| Dividend DELB BB | 3,696,000.00 | 0.00 | 3,696,000.00 |
| Dividend TDC DC | 0.00 | 10,074,000.00 | 1,353,522.87 |
| Dividend UMI BB | 450,000.00 | 0.00 | 450,000.00 |
| Dividend CHR DC | 0.00 | 2,117,000.00 | 283,780.16 |
| Dividend COLOB DC | 0.00 | 4,380,000.00 | 587,068.41 |
| Cash movements | 0.00 | 0.00 | 0.00 |
| Total Cash Balance | -4,207,124.68 | -98,697,780.00 | -17,454,383.16 |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Illiquid deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default if this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

**Solo Capital**

| Cash | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account Number: MIL01 | | Equity Transaction Statement - Value date | | | | | | | |
| | | From | 28 May 2012 | to | 18 December 2012 | | | | |
| | | Account Name: | Mill River Capital Management  Pension Plan | | | | | | |
| | | Currency | EUR | | | | | | |

Trades for Current Month

| Trade Date | Settlement Date | Currency | Transaction type | Description | Identifier | Nominal | Trade Price | Commission | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 27-Nov-12 | 3-Dec-12 | DKK | Buy | CHR Hansen Holdings A/S | CHR DC | 1,000,000.00 | 187.5903 | | -187,590,300.00 | -187,590,300.00 |
| | | | | | | 1,000,000.00 | 187.5903 | | -187,590,300.00 | |
| 11-Dec-12 | 17-Dec-12 | DKK | Buy | Coloplast A/S | COLOB DC | 300,000.00 | 1,374.0098 | | -412,202,940.00 | -412,202,940.00 |
| | | | | | | 300,000.00 | 1,374.0098 | | -412,202,940.00 | |

Open Position Statement

| Trade Date | Settlement Date | Currency | Transaction type | Description | Identifier | Nominal | av tr PX | Curr Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Delhaize Group SA** | | | | | | | | | | |
| 28-May-12 | 1-Jun-12 | EUR | Buy | Delhaize Group SA | DELB BB | 2,800,000.00 | 31.80000 | 30.3600 | -85,008,000.00 | -4,032,000.00 |
| | | | | | | 2,800,000.00 | | | -85,008,000.00 | |
| **TDC A/S** | | | | | | | | | | |
| 8-Aug-12 | 14-Aug-12 | DKK | Buy | TDC A/S | TDC DC | 6,000,000.00 | 41.63000 | 39.9000 | -239,400,000.00 | -10,380,000.00 |
| | | | | | | 6,000,000.00 | | | -239,400,000.00 | |
| **Umicore** | | | | | | | | | | |
| 31-Aug-12 | 6-Sep-12 | EUR | Buy | Umicore | UMI BB | 1,200,000.00 | 37.62000 | 41.8850 | -50,262,000.00 | 5,118,000.00 |
| | | | | | | 1,200,000.00 | | | -50,262,000.00 | |
| **CHR Hansen Holdings A/S** | | | | | | | | | | |
| 27-Nov-12 | 3-Dec-12 | DKK | Buy | CHR Hansen Holdings A/S | CHR DC | 1,000,000.00 | 187.59030 | 184.3000 | -184,300,000.00 | -3,290,300.00 |
| | | | | | | 1,000,000.00 | | | -184,300,000.00 | |
| **Coloplast A/S** | | | | | | | | | | |
| 11-Dec-12 | 17-Dec-12 | DKK | Buy | Coloplast A/S | COLOB DC | 300,000.00 | 1,374.00980 | 1,352.0000 | -405,600,000.00 | -6,602,940.00 |
| | | | | | | 300,000.00 | | | -405,600,000.00 | |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITAL PARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

**Solo Capital**

Futures Transaction Statement

| | From | 18 May 2012 | To | 18 December 2012 |

Partner

Account Number:    MI001

Account Name:    Mill River Capital Management  Pension Plan
Currency:    EUR

**Current Open Trades**

| Trade Date | Expiry Date | Currency | Transaction type | Description | Identifier | Units | Lot Size | Trade Price | Brokerage | Clearing Comm | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31-Aug-12 | 15-Mar-13 | EUR | Sell | Umicore NVJG 15/03/13 | NVJG=H3 | -12,000.00 | 100.00 | 37.3582 | 0.00 | 0.00 | 44,829,840.00 |
| | | | | | | -12,000.00 | | 37.3582 | 0.00 | 0.00 | 44,829,840.00 |
| 17-Sep-12 | 15-Mar-13 | EUR | Sell | Delhaize Group DHZF 15/03/13 | DHZF=H3 | -28,000.00 | 100.00 | 32.2788 | 0.00 | 0.00 | 90,380,640.00 |
| | | | | | | -28,000.00 | | 32.2788 | 0.00 | 0.00 | 90,380,640.00 |
| 17-Sep-12 | 15-Mar-13 | DKK | Sell | TDC A/S TDC Cash Flex 15/03/13 | TDC=H3 | -50,000.00 | 100.00 | 39.9400 | 0.00 | 0.00 | 199,700,000.00 |
| 17-Sep-12 | 15-Mar-13 | DKK | Sell | TDC A/S TDC Cash Flex 15/03/13 | TDC=H3 | -10,000.00 | 100.00 | 39.9400 | 0.00 | 0.00 | 39,940,000.00 |
| | | | | | | -60,000.00 | | 39.9400 | 0.00 | 0.00 | 239,640,000.00 |
| 27-Nov-12 | 15-Mar-13 | DKK | Sell | CHR Hansen A/S CHR Cash Flex 15/03/13 | CHR=H3 | -10,000.00 | 100.00 | 185.6500 | 0.00 | 0.00 | 185,650,000.00 |
| | | | | | | 10,000.00 | | 185.6500 | 0.00 | 0.00 | 185,650,000.00 |
| 11-Dec-12 | 17-Dec-12 | DKK | Sell | Coloplast A/S Colob Cash Flex 15/03/13 | DFD=H3 | -3,000.00 | 100.0000 | 1,360.39 | 300,000.00 | 300,000.00 | 408,117,000.00 |
| | | | | | | -3,000.00 | | 1,360.3900 | 300,000.00 | 300,000.00 | 408,117,000.00 |

Open Position Statement

| Trade Date | Expiry Date | Currency | Transaction type | Description | Identifier | Units | Lot Size | Av Tr Px | Curr Price | Value | Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Delhaize Group DHZF 15/03/13 | | | | | | | | | | | |
| 17-Sep-12 | 15-Mar-13 | EUR | Sell | Delhaize Group DHZF 15/03/13 | DHZF=H3 | -28,000.00 | 100.00 | 32.2788 | 28.4455 | 79,647,400.00 | 10,733,240.00 |
| | | | | | | | | | Current Value of Futures | 79,647,400.00 | |
| Umicore NVJG 15/03/13 | | | | | | | | | | | |
| 31-Aug-12 | 15-Mar-13 | EUR | Sell | Umicore NVJG 15/03/13 | NVJG=H3 | -12,000.00 | 100.00 | 37.3582 | 39.9634 | 47,956,080.00 | -3,126,240.00 |
| | | | | | | | | | Current Value of Futures | 47,956,080.00 | |
| | | | | | | | | | | Futures Variation Margin | 7,607,000.00 |
| TDC A/S TDC Cash Flex 15/03/13 | | | | | | | | | | | |
| 17-Sep-12 | 15-Mar-13 | DKK | Sell | TDC A/S TDC Cash Flex 15/03/13 | TDC=H3 | -60,000.00 | 100.00 | 39.9400 | 36.9200 | 221,520,000.00 | 18,120,000.00 |
| | | | | | | | | | Current Value of Futures | 221,520,000.00 | |
| CHR Hansen A/S CHR Cash Flex 15/03/13 | | | | | | | | | | | |
| 27-Nov-12 | 15-Mar-13 | DKK | Sell | CHR Hansen A/S CHR Cash Flex 15/03/13 | CHR=H3 | -10,000.00 | 100.00 | 185.6500 | 185.8900 | 185,890,000.00 | -240,000.00 |
| | | | | | | | | | Current Value of Futures | 185,890,000.00 | |
| Coloplast A/S Colob Cash Flex 15/03/13 | | | | | | | | | | | |
| 11-Dec-12 | 17-Dec-12 | DKK | Sell | Coloplast A/S Colob Cash Flex 15/03/13 | DFD=H3 | -3,000.00 | 100.00 | 1,360.3900 | 1,350.3900 | 408,117,000.00 | 0.00 |
| | | | | | | | | | Current Value of Futures | 408,117,000.00 | |
| | | | | | | | | | | Futures Variation Margin | 17,880,000.00 |

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

WH_MDL_00222923

| Initial Margin | | |
|---|---|---|
| | | |
| -9,038,064.00 | Delhaize Group DHZF 15/03/13 | |
| -4,482,984.00 | Unicore NVJG 15/03/13 | |
| | | |
| -13,521,048.00 | | |

| Initial Margin | | |
|---|---|---|
| | | |
| -23,964,000.00 | TDC A/S TDC Cash Flex 15/03/13 | |
| -18,565,000.00 | CHR Hansen A/S CHR Cash Flex 15/03/13 | |
| -40,811,700.00 | Coloplast A/S Colob Cash Flex 15/03/13 | |
| | | |
| -83,340,700.00 | | |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

Solo Capital

| Stock Loan | | | | | | | | |
| Account Number: | MI01 | | | | | | | |

Stock Loan Transaction Statement
From     28 May 2012     to     18 December 2012

Account Name:   Mill River Capital Management  Pension Plan
Currency         EUR

Current Open Trades

| | Trade Date | Settlement Date | type | Counterparty | Description | ID | Nominal | TRADE PX | CASH OHG |
|---|---|---|---|---|---|---|---|---|---|
| **Open S/L** | | | | | | | | | |
| Delhaize Group SA | | | | | | | | | |
| | 1-Jun-12 | 1-Jun-12 | SL | Aquila Cayman | Delhaize Group SA | DELB BB | -2,800,000.00 | 31.80 | 89,040,000.00 |
| | | | | | | | -2,800,000.00 | | 89,040,000.00 |
| **Umicore** | | | | | | | | | |
| | 5-Sep-12 | 6-Sep-12 | SL | Aquila Cayman | Umicore | UMI BB | -1,200,000.00 | 37.62 | 45,144,000.00 |
| | | | | | | | -1,200,000.00 | | 45,144,000.00 |
| **TDC A/S** | | | | | | | | | |
| | 14-Aug-12 | 14-Aug-12 | SL | Aquila Cayman | TDC A/S | TDC DC | -6,000,000.00 | 41.63 | 249,780,000.00 |
| | | | | | | | -6,000,000.00 | | 249,780,000.00 |
| **CHR Hansen Holdings A/S** | | | | | | | | | |
| | 27-Nov-12 | 3-Dec-12 | SL | Aquila Cayman | CHR Hansen Holdings A/S | CHR DC | -1,000,000.00 | 187.5903 | 187,590,300.00 |
| | | | | | | | -1,000,000.00 | | 187,590,300.00 |
| **Coloplast A/S** | | | | | | | | | |
| | 11-Dec-12 | 17-Dec-12 | SL | Aquila Cayman | Coloplast A/S | COLOB DC | -300,000.00 | 1,374.0098 | 412,202,940.00 |
| | | | | | | | -300,000.60 | | 412,202,940.00 |

Collateral

| | Trade Date | Settlement Date | type | Counterparty | Description | Identifier | Nominal | Mtm price usd | CURRENT VALUE |
|---|---|---|---|---|---|---|---|---|---|
| **Open Stock loan / borrow** | | | | | | | | | |
| | | | SL | Aquila Cayman | Delhaize Group SA | DELB BB | -2,800,000.00 | 30.360 | -85,008,000.00 |
| Cash pool | | | CP | | COLLATERAL | CASH | 89,040,000.00 | | 89,040,000.00 |
| | | | CC | | COLLATERAL | CASH | -4,032,000.00 | | -4,032,000.00 |
| | | | | | | | | MTM Call | 0.00 |
| | | | SL | Aquila Cayman | Umicore | UMI BB | -1,200,000.00 | 41.885 | -50,262,000.00 |
| Cash pool | | | CP | | COLLATERAL | CASH | 45,144,000.00 | | 45,144,000.00 |
| | | | CC | | COLLATERAL | CASH | 5,118,000.00 | | 5,118,000.00 |
| | | | | | | | | MTM Call | 0.00 |
| | | | SL | Aquila Cayman | TDC A/S | TDC DC | -6,000,000.00 | 39.900 | -239,400,000.00 |
| Cash pool | | | CP | | COLLATERAL | CASH | 249,780,000.00 | | 249,780,000.00 |
| | | | CC | | COLLATERAL | CASH | -10,380,000.00 | | -10,380,000.00 |
| | | | | | | | | MTM Call | 0.00 |
| | | | SL | Aquila Cayman | CHR Hansen Holdings A/S | CHR DC | -1,000,000.00 | 184.300 | -184,300,000.00 |
| Cash pool | | | CP | | COLLATERAL | CASH | 187,590,300.00 | | 187,590,300.00 |
| | | | CC | | COLLATERAL | CASH | -3,290,300.00 | | -3,290,300.00 |

WH_MDL_00222925

| | | | | | | MTM Call | | 0.00 |
|---|---|---|---|---|---|---|---|---|
| Cash pool | SL | Aquila Cayman | Coloplast A/S | COLOB DC | -300,000.00 | | 1,352.000 | -405,600,000.00 |
| | CP | | COLLATERAL | CASH | 412,202,940.00 | | | 412,202,940.00 |
| | CC | | COLLATERAL | CASH | -6,602,940.00 | | | -6,602,940.00 |
| | | | | | | MTM Call | | 0.00 |

**Stock Margin**

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | Daily MTM |
|---|---|---|---|---|---|---|---|---|

**Delhaize Group SA**
Balance B/F

| Date | | | | | Interest to date | | MTM to date |
|---|---|---|---|---|---|---|---|
| 1st June 12 to 30th November 12 | | | | | -369,395.83 | | 9,436,000.00 |

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | Daily MTM |
|---|---|---|---|---|---|---|---|---|
| 1-Dec-12 | | | | 0.77700% | -1,849.98 | -371,245.81 | | | 0.077% |
| 2-Dec-12 | | | | 0.77700% | -1,850.02 | -373,095.83 | | | 0.077% |
| 3-Dec-12 | 27.990 | 79,604,000.00 | | 0.77700% | -1,850.06 | -374,945.89 | 79,604,000.00 | -78,372,000.00 | -1,232,000.00 | 0.077% |
| 4-Dec-12 | 27.645 | 78,372,000.00 | | 0.77300% | -1,840.58 | -376,786.47 | 78,372,000.00 | -77,406,000.00 | -966,000.00 | 0.073% |
| 5-Dec-12 | 28.290 | 77,406,000.00 | | 0.76900% | -1,831.09 | -378,617.56 | 77,406,000.00 | -79,212,000.00 | 1,806,000.00 | 0.069% |
| 6-Dec-12 | 28.535 | 79,212,000.00 | | 0.77200% | -1,838.27 | -380,455.83 | 79,212,000.00 | -79,898,000.00 | 686,000.00 | 0.072% |
| 7-Dec-12 | 28.500 | 79,898,000.00 | | 0.77200% | -1,838.31 | -382,294.15 | 79,898,000.00 | -79,800,000.00 | -98,000.00 | 0.072% |
| 8-Dec-12 | | | | 0.77200% | -1,838.35 | -384,132.50 | | | 0.072% |
| 9-Dec-12 | | | | 0.77200% | -1,838.39 | -385,970.89 | | | 0.072% |
| 10-Dec-12 | 28.485 | 79,800,000.00 | | 0.76900% | -1,831.29 | -387,802.18 | 79,800,000.00 | -79,758,000.00 | -42,000.00 | 0.069% |
| 11-Dec-12 | 29.280 | 79,758,000.00 | | 0.76700% | -1,826.56 | -389,628.74 | 79,758,000.00 | -81,984,000.00 | 2,226,000.00 | 0.067% |
| 12-Dec-12 | 29.385 | 81,984,000.00 | | 0.76600% | -1,824.21 | -391,452.96 | 81,984,000.00 | -82,278,000.00 | 294,000.00 | 0.066% |
| 13-Dec-12 | 29.640 | 82,278,000.00 | | 0.77100% | -1,836.17 | -393,289.13 | 82,278,000.00 | -82,992,000.00 | 714,000.00 | 0.071% |
| 14-Dec-12 | 29.825 | 82,992,000.00 | | 0.77400% | -1,843.35 | -395,132.48 | 82,992,000.00 | -83,510,000.00 | 518,000.00 | 0.074% |
| 15-Dec-12 | | | | 0.77400% | -1,843.39 | -396,975.88 | | | 0.074% |
| 16-Dec-12 | | | | 0.77400% | -1,843.43 | -398,819.31 | | | 0.074% |
| 17-Dec-12 | 30.435 | 83,510,000.00 | | 0.77100% | -1,836.33 | -400,655.63 | 83,510,000.00 | -85,218,000.00 | 1,708,000.00 | 0.071% |
| 18-Dec-12 | 30.360 | 85,218,000.00 | | 0.77200% | -1,838.75 | -402,494.38 | 85,218,000.00 | -85,008,000.00 | -210,000.00 | 0.072% |
| | | | 89,040,000.00 | Interest Accrual | -402,494.38 | | | -4,032,000.00 |

Balance B/F

| Date | | | Stock Lending Fees to Date |
|---|---|---|---|
| 1st June 12 to 30th November 12 | | | 43,391.73 |

| Date | Cash Loan Amount | EONIA | EONIA +/- fee | Stock Lending Fee | |
|---|---|---|---|---|---|
| 1-Dec-12 | 89,040,000.00 | 0.077% | 0.02320% | 57.41 | 43,449.14 |
| 2-Dec-12 | 89,040,000.00 | 0.077% | 0.02320% | 57.41 | 43,506.55 |
| 3-Dec-12 | 89,040,000.00 | 0.077% | 0.02320% | 57.41 | 43,563.96 |
| 4-Dec-12 | 89,040,000.00 | 0.073% | 0.01920% | 47.51 | 43,611.47 |
| 5-Dec-12 | 89,040,000.00 | 0.069% | 0.01520% | 37.61 | 43,649.08 |
| 6-Dec-12 | 89,040,000.00 | 0.072% | 0.01820% | 45.04 | 43,694.12 |
| 7-Dec-12 | 89,040,000.00 | 0.072% | 0.01820% | 45.04 | 43,739.15 |
| 8-Dec-12 | 89,040,000.00 | 0.072% | 0.01820% | 45.04 | 43,784.19 |
| 9-Dec-12 | 89,040,000.00 | 0.072% | 0.01820% | 45.04 | 43,829.23 |
| 10-Dec-12 | 89,040,000.00 | 0.069% | 0.01520% | 37.61 | 43,866.84 |
| 11-Dec-12 | 89,040,000.00 | 0.067% | 0.01320% | 32.66 | 43,899.51 |
| 12-Dec-12 | 89,040,000.00 | 0.066% | 0.01220% | 30.19 | 43,929.69 |
| 13-Dec-12 | 89,040,000.00 | 0.071% | 0.01720% | 42.56 | 43,972.26 |
| 14-Dec-12 | 89,040,000.00 | 0.074% | 0.02020% | 49.99 | 44,022.24 |
| 15-Dec-12 | 89,040,000.00 | 0.074% | 0.02020% | 49.99 | 44,072.23 |
| 16-Dec-12 | 89,040,000.00 | 0.074% | 0.02020% | 49.99 | 44,122.22 |
| 17-Dec-12 | 89,040,000.00 | 0.071% | 0.01720% | 42.56 | 44,164.78 |
| 18-Dec-12 | 89,040,000.00 | 0.072% | 0.01820% | 45.04 | 44,209.81 |

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

| 44,209.81 |
|---|

**Umicore**
Balance B/F

| Date | | | | | | Interest to date | | | MTM to date |
|---|---|---|---|---|---|---|---|---|---|
| 06th September 12 to 30th November 12 | | | | | | -84,311.79 | | | 2,790.00 |

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-Dec-12 | | | | 0.77700% | -966.47 | -85,278.26 | | | | 0.077% |
| 2-Dec-12 | | | | 0.77700% | -966.49 | -86,244.74 | | | | 0.077% |
| 3-Dec-12 | 39.53 | 47,934,000.00 | | 0.77700% | -966.51 | -87,211.25 | 47,934,000.00 | -47,436,000.00 | -498,000.00 | 0.077% |
| 4-Dec-12 | 39.075 | 47,436,000.00 | | 0.77300% | -961.95 | -88,173.20 | 47,436,000.00 | -46,890,000.00 | -546,000.00 | 0.073% |
| 5-Dec-12 | 39.415 | 46,890,000.00 | | 0.76900% | -956.60 | -89,129.40 | 46,890,000.00 | -47,298,000.00 | 408,000.00 | 0.069% |
| 6-Dec-12 | 39.185 | 47,298,000.00 | | 0.77200% | -960.35 | -90,089.75 | 47,298,000.00 | -47,022,000.00 | -276,000.00 | 0.072% |
| 7-Dec-12 | 39.295 | 47,022,000.00 | | 0.77200% | -960.39 | -91,050.12 | 47,022,000.00 | -47,154,000.00 | 132,000.00 | 0.072% |
| 8-Dec-12 | | | | 0.77200% | -960.39 | -92,010.51 | | | | 0.072% |
| 9-Dec-12 | | | | 0.77200% | -960.41 | -92,970.92 | | | | 0.072% |
| 10-Dec-12 | 39.485 | 47,154,000.00 | | 0.76900% | -956.70 | -93,927.62 | 47,154,000.00 | -47,382,000.00 | 228,000.00 | 0.069% |
| 11-Dec-12 | 40.345 | 47,382,000.00 | | 0.76700% | -954.23 | -94,881.85 | 47,382,000.00 | -48,414,000.00 | 1,032,000.00 | 0.067% |
| 12-Dec-12 | 40.205 | 48,414,000.00 | | 0.76600% | -953.01 | -95,834.86 | 48,414,000.00 | -48,246,000.00 | -168,000.00 | 0.066% |
| 13-Dec-12 | 40.31 | 48,246,000.00 | | 0.77100% | -959.25 | -96,794.11 | 48,246,000.00 | -48,372,000.00 | 126,000.00 | 0.071% |
| 14-Dec-12 | 41.075 | 48,372,000.00 | | 0.77400% | -963.00 | -97,757.11 | 48,372,000.00 | -49,290,000.00 | 918,000.00 | 0.074% |
| 15-Dec-12 | | | | 0.77400% | -963.02 | -98,720.13 | | | | 0.074% |
| 16-Dec-12 | | | | 0.77400% | -963.04 | -99,683.18 | | | | 0.074% |
| 17-Dec-12 | 41.7 | 49,290,000.00 | | 0.77100% | -959.33 | -100,642.51 | 49,290,000.00 | -50,040,000.00 | 750,000.00 | 0.071% |
| 18-Dec-12 | 41.885 | 50,040,000.00 | | 0.77200% | -960.60 | -101,603.11 | 50,040,000.00 | -50,262,000.00 | 222,000.00 | 0.072% |

| | 45,144,000.00 | | Interest Accrual | -101,603.11 | | | | 5,118,000.00 |
|---|---|---|---|---|---|---|---|---|

Balance B/F

| Date | | | Stock Lending Fees to Date |
|---|---|---|---|
| 06th September 12 to 30th November 12 | | | 24,558.39 |

| Date | Cash Loan Amount | EONIA | EONIA +/- fee | Stock Lending Fee | |
|---|---|---|---|---|---|
| 1-Dec-12 | 45,144,000.00 | 0.077% | 0.21573% | 270.67 | 24,829.06 |
| 2-Dec-12 | 45,144,000.00 | 0.077% | 0.21573% | 270.67 | 25,099.74 |
| 3-Dec-12 | 45,144,000.00 | 0.077% | 0.21573% | 270.68 | 25,370.41 |
| 4-Dec-12 | 45,144,000.00 | 0.073% | 0.21173% | 265.66 | 25,636.07 |
| 5-Dec-12 | 45,144,000.00 | 0.069% | 0.20773% | 260.64 | 25,896.71 |
| 6-Dec-12 | 45,144,000.00 | 0.072% | 0.21073% | 264.41 | 26,161.12 |
| 7-Dec-12 | 45,144,000.00 | 0.072% | 0.21073% | 264.41 | 26,425.53 |
| 8-Dec-12 | 45,144,000.00 | 0.072% | 0.21073% | 264.41 | 26,689.94 |
| 9-Dec-12 | 45,144,000.00 | 0.072% | 0.21073% | 264.41 | 26,954.35 |
| 10-Dec-12 | 45,144,000.00 | 0.069% | 0.20773% | 260.65 | 27,215.00 |
| 11-Dec-12 | 45,144,000.00 | 0.067% | 0.20573% | 258.14 | 27,473.14 |
| 12-Dec-12 | 45,144,000.00 | 0.066% | 0.20473% | 256.89 | 27,730.03 |
| 13-Dec-12 | 45,144,000.00 | 0.071% | 0.20973% | 263.16 | 27,993.19 |
| 14-Dec-12 | 45,144,000.00 | 0.074% | 0.21273% | 266.93 | 28,260.12 |
| 15-Dec-12 | 45,144,000.00 | 0.074% | 0.21273% | 266.93 | 28,527.05 |
| 16-Dec-12 | 45,144,000.00 | 0.074% | 0.21273% | 266.93 | 28,793.98 |
| 17-Dec-12 | 45,144,000.00 | 0.071% | 0.20973% | 263.17 | 29,057.15 |
| 18-Dec-12 | 45,144,000.00 | 0.072% | 0.21073% | 264.43 | 29,321.58 |

| 29,321.58 |
|---|

**TDC A/S**
Balance B/F

| Date | | | | | | Interest to date | | | MTM to date |
|---|---|---|---|---|---|---|---|---|---|
| 14th August 12 to 30th November 12 | | | | | | -479,236.83 | | | -15,120,000.00 |

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-Dec-12 | | | | 0.66125% | -4,411.74 | -483,648.57 | | | | -0.039% |

| Date | Price | Amount | Rate | Fee | Cumulative | Amount | Amount | Amount | Rate |
|---|---|---|---|---|---|---|---|---|---|
| 2-Dec-12 | | 234,660,000.00 | 0.66125% | -4,411.82 | -488,060.39 | | | | -0.039% |
| 3-Dec-12 | 39.730 | 234,660,000.00 | 0.66125% | -4,411.90 | -492,472.28 | 234,660,000.00 | -238,380,000.00 | 3,720,000.00 | -0.039% |
| 4-Dec-12 | 39.220 | 238,380,000.00 | 0.66125% | -4,411.98 | -496,884.26 | 238,380,000.00 | -235,320,000.00 | -3,060,000.00 | -0.039% |
| 5-Dec-12 | 39.600 | 235,320,000.00 | 0.63625% | -4,245.25 | -501,129.51 | 235,320,000.00 | -237,600,000.00 | 2,280,000.00 | -0.064% |
| 6-Dec-12 | 40.350 | 237,600,000.00 | 0.66125% | -4,412.14 | -505,541.65 | 237,600,000.00 | -242,100,000.00 | 4,500,000.00 | -0.039% |
| 7-Dec-12 | 40.060 | 242,100,000.00 | 0.66125% | -4,412.22 | -509,953.87 | 242,100,000.00 | -240,360,000.00 | -1,740,000.00 | -0.039% |
| 8-Dec-12 | | | 0.66125% | -4,412.30 | -514,366.17 | | | | -0.039% |
| 9-Dec-12 | | | 0.66125% | -4,412.38 | -518,778.55 | | | | -0.039% |
| 10-Dec-12 | 40.190 | 240,360,000.00 | 0.66125% | -4,412.46 | -523,191.01 | 240,360,000.00 | -241,140,000.00 | 780,000.00 | -0.039% |
| 11-Dec-12 | 40.800 | 241,140,000.00 | 0.66125% | -4,412.54 | -527,603.56 | 241,140,000.00 | -244,800,000.00 | 3,660,000.00 | -0.039% |
| 12-Dec-12 | 40.360 | 244,800,000.00 | 0.58625% | -3,912.14 | -531,515.70 | 244,800,000.00 | -242,160,000.00 | -2,640,000.00 | -0.114% |
| 13-Dec-12 | 40.350 | 242,160,000.00 | 0.66125% | -4,412.70 | -535,928.39 | 242,160,000.00 | -240,900,000.00 | -1,260,000.00 | -0.039% |
| 14-Dec-12 | 40.320 | 240,900,000.00 | 0.66125% | -4,412.78 | -540,341.17 | 240,900,000.00 | -241,920,000.00 | 1,020,000.00 | -0.039% |
| 15-Dec-12 | | | 0.66125% | -4,412.86 | -544,754.03 | | | | -0.039% |
| 16-Dec-12 | | | 0.66125% | -4,412.94 | -549,166.97 | | | | -0.039% |
| 17-Dec-12 | 39.830 | 241,920,000.00 | 0.66125% | -4,413.02 | -553,579.99 | 241,920,000.00 | -238,980,000.00 | -2,940,000.00 | -0.039% |
| 18-Dec-12 | 39.900 | 238,980,000.00 | 0.66125% | -4,413.10 | -557,993.09 | 238,980,000.00 | -239,400,000.00 | 420,000.00 | -0.039% |
| | | | | | **-557,993.09** | | | **-10,380,000.00** | |

Balance B/F

| Date | | | | Stock Lending Fees to Date |
|---|---|---|---|---|
| 14th August 12 to 31st October 12 | | | | 414,142.00 |

| Date | Cash Loan Amount | EONIA | EONIA +/- fee | Stock Lending Fee | |
|---|---|---|---|---|---|
| 1-Dec-12 | 249,780,000.00 | -0.039% | 0.54875% | 3,813.72 | 417,955.73 |
| 2-Dec-12 | 249,780,000.00 | -0.039% | 0.54875% | 3,813.78 | 421,769.51 |
| 3-Dec-12 | 249,780,000.00 | -0.039% | 0.54875% | 3,813.84 | 425,583.35 |
| 4-Dec-12 | 249,780,000.00 | -0.039% | 0.54875% | 3,813.90 | 429,397.25 |
| 5-Dec-12 | 249,780,000.00 | -0.064% | 0.52375% | 3,640.20 | 433,037.45 |
| 6-Dec-12 | 249,780,000.00 | -0.039% | 0.54875% | 3,814.01 | 436,851.46 |
| 7-Dec-12 | 249,780,000.00 | -0.039% | 0.54875% | 3,814.07 | 440,665.53 |
| 8-Dec-12 | 249,780,000.00 | -0.039% | 0.54875% | 3,814.13 | 444,479.65 |
| 9-Dec-12 | 249,780,000.00 | -0.039% | 0.54875% | 3,814.19 | 448,293.84 |
| 10-Dec-12 | 249,780,000.00 | -0.039% | 0.54875% | 3,814.24 | 452,108.08 |
| 11-Dec-12 | 249,780,000.00 | -0.039% | 0.54875% | 3,814.30 | 455,922.38 |
| 12-Dec-12 | 249,780,000.00 | -0.114% | 0.47375% | 3,293.04 | 459,215.42 |
| 13-Dec-12 | 249,780,000.00 | -0.039% | 0.54875% | 3,814.41 | 463,029.83 |
| 14-Dec-12 | 249,780,000.00 | -0.039% | 0.54875% | 3,814.47 | 466,844.30 |
| 15-Dec-12 | 249,780,000.00 | -0.039% | 0.54875% | 3,814.53 | 470,658.83 |
| 16-Dec-12 | 249,780,000.00 | -0.039% | 0.54875% | 3,814.58 | 474,473.41 |
| 17-Dec-12 | 249,780,000.00 | -0.039% | 0.54875% | 3,814.64 | 478,288.05 |
| 18-Dec-12 | 249,780,000.00 | -0.039% | 0.54875% | 3,814.70 | 482,102.75 |
| | | | | | **482,102.75** |

**CHR Hansen Holdings A/S**

| Date | Price | Amount | Value | Rate | Fee | Cumulative | Amount | Amount | Amount | Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 3-Dec-12 | 187.50 | | 187,590,300.00 | 0.31250% | -1,610.01 | -1,610.01 | | -187,500,000.00 | -90,300.00 | -0.3875% |
| 4-Dec-12 | 185.50 | 187,500,000.00 | | 0.31250% | -1,610.03 | -3,220.04 | 187,500,000.00 | -185,500,000.00 | -2,000,000.00 | -0.3875% |
| 5-Dec-12 | 186.40 | 185,500,000.00 | | 0.06250% | -327.01 | -3,547.04 | 185,500,000.00 | -186,400,000.00 | 900,000.00 | -0.6375% |
| 6-Dec-12 | 191.20 | 186,400,000.00 | | 0.31250% | -1,610.04 | -5,152.09 | 186,400,000.00 | -191,200,000.00 | 4,800,000.00 | -0.3875% |
| 7-Dec-12 | 189.70 | 191,200,000.00 | | 0.31250% | -1,610.06 | -6,762.14 | 191,200,000.00 | -189,700,000.00 | -1,500,000.00 | -0.3875% |
| 8-Dec-12 | | | | 0.31250% | -1,610.07 | -8,372.21 | | | | -0.3875% |
| 9-Dec-12 | | | | 0.31250% | -1,610.08 | -9,982.30 | | | | -0.3875% |
| 10-Dec-12 | 190.00 | 189,700,000.00 | | 0.31250% | -1,610.10 | -11,592.39 | 189,700,000.00 | -190,000,000.00 | 300,000.00 | -0.3875% |
| 11-Dec-12 | 190.30 | 190,000,000.00 | | 0.31250% | -1,610.11 | -13,202.51 | 190,000,000.00 | -190,300,000.00 | 300,000.00 | -0.3875% |
| 12-Dec-12 | 190.30 | 190,300,000.00 | | 0.58625% | -3,021.60 | -16,223.10 | 190,300,000.00 | -190,300,000.00 | | -0.1138% |
| 13-Dec-12 | 189.00 | 190,300,000.00 | | 0.31250% | -1,610.15 | -17,833.25 | 190,300,000.00 | -189,000,000.00 | -1,300,000.00 | -0.3875% |
| 14-Dec-12 | 189.60 | 189,000,000.00 | | 0.31250% | -1,610.17 | -19,443.42 | 189,000,000.00 | -189,600,000.00 | 600,000.00 | -0.3875% |
| 15-Dec-12 | | | | 0.31250% | -1,610.18 | -21,053.60 | | | | -0.3875% |
| 16-Dec-12 | | | | 0.31250% | -1,610.19 | -22,663.79 | | | | -0.3875% |
| 17-Dec-12 | 186.10 | 189,600,000.00 | | 0.31250% | -1,610.21 | -24,274.00 | 189,600,000.00 | -186,100,000.00 | 3,500,000.00 | -0.3875% |
| 18-Dec-12 | 184.30 | 186,100,000.00 | | 0.31250% | -1,610.22 | -25,884.22 | 186,100,000.00 | -184,300,000.00 | -1,800,000.00 | -0.3875% |

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

|  |  |  | 187,590,300.00 | Interest Accrual | -25,884.22 |  | -3,290,300.00 |
|---|---|---|---|---|---|---|---|

| Date | Cash Loan Amount | EONIA | EONIA +/- fee | Stock Lending Fee |  |
|---|---|---|---|---|---|
| 3-Dec-12 | 187,590,300.00 | -0.388% | -0.007970% | -41.53 | -41.53 |
| 4-Dec-12 | 187,590,300.00 | -0.388% | -0.007970% | -41.53 | -83.06 |
| 5-Dec-12 | 187,590,300.00 | -0.638% | -0.257970% | -1,344.24 | -1,427.30 |
| 6-Dec-12 | 187,590,300.00 | -0.388% | -0.007970% | -41.53 | -1,468.83 |
| 7-Dec-12 | 187,590,300.00 | -0.388% | -0.007970% | -41.53 | -1,510.36 |
| 8-Dec-12 | 187,590,300.00 | -0.388% | -0.007970% | -41.53 | -1,551.89 |
| 9-Dec-12 | 187,590,300.00 | -0.388% | -0.007970% | -41.53 | -1,593.42 |
| 10-Dec-12 | 187,590,300.00 | -0.388% | -0.007970% | -41.53 | -1,634.95 |
| 11-Dec-12 | 187,590,300.00 | -0.388% | -0.007970% | -41.53 | -1,676.48 |
| 12-Dec-12 | 187,590,300.00 | -0.114% | 0.265780% | 1,384.93 | -291.56 |
| 13-Dec-12 | 187,590,300.00 | -0.388% | -0.007970% | -41.53 | -333.09 |
| 14-Dec-12 | 187,590,300.00 | -0.388% | -0.007970% | -41.53 | -374.62 |
| 15-Dec-12 | 187,590,300.00 | -0.388% | -0.007970% | -41.53 | -416.15 |
| 16-Dec-12 | 187,590,300.00 | -0.388% | -0.007970% | -41.53 | -457.68 |
| 17-Dec-12 | 187,590,300.00 | -0.388% | -0.007970% | -41.53 | -499.21 |
| 18-Dec-12 | 187,590,300.00 | -0.388% | -0.007970% | -41.53 | -540.74 |
|  |  |  | Stock Lending Fee | -540.74 |  |

**COLOB DC**

| Date | Cash Loan Amount |  |  | EONIA +/- fee | Stock Lending Fee |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| 17-Dec-12 | 1,323.00 |  | 412,202,940.00 | 0.31250% | -3,540.13 | -3,540.13 |  | -396,900,000.00 | -15,302,940.00 | -0.3875% |
| 18-Dec-12 | 1,352.00 | 396,900,000.00 |  | 0.31250% | -3,540.16 | -7,080.29 | 396,900,000.00 | -405,600,000.00 | 8,700,000.00 | -0.3875% |

|  |  |  | 412,202,940.00 | Interest Accrual | -7,080.29 |  | -6,602,940.00 |
|---|---|---|---|---|---|---|---|

| Date | Cash Loan Amount | EONIA | EONIA +/- fee | Stock Lending Fee |  |
|---|---|---|---|---|---|
| 17-Dec-12 | 412,202,940.00 | -0.388% | 0.033300% | 381.29 | 381.29 |
| 18-Dec-12 | 412,202,940.00 | -0.388% | 0.033300% | 381.29 | 762.58 |
|  |  |  | Stock Lending Fee | 762.58 |  |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

