

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

October 22, 2024

**VIA ECF & HAND-DELIVERY**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:  *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)[1]

Dear Judge Kaplan:

      We write on behalf of Plaintiff Skatteforvaltningen ("SKAT") to respectfully request the use of a room at 500 Pearl Street for trial preparation throughout the duration of Trial One. In addition to the individuals that will be at Plaintiff's counsel table, SKAT will have in attendance other U.S. attorneys, Danish co-counsel, its experts, and several client representatives. We respectfully request access to a room in which the remainder of SKAT's team can work throughout trial, and where SKAT can store hardcopies of the voluminous trial exhibits and witness binders prepared for each witness and the Court. We additionally ask the Court's permission to use a printer in this room.

---

1. This document relates to case nos.: 19-cv-01785; 19-cv-01867; 19-cv-01893; 19-cv-01781; 19-cv-01783; 19-cv-01895; 19-cv-01904; 19-cv-01869; 19-cv-01922; 19-cv-01870; 19-cv-01791; 19-cv-01792; 19-cv-01926; 19-cv-01868; 19-cv-01929; 19-cv-01806; 19-cv-01906; 19-cv-01808; 18-cv-04833; 19-cv-01898; 19-cv-01898; 19-cv-01812; 19-cv-01896; 19-cv-01815; 19-cv-01924; 19-cv-10713; 19-cv-01866; 19-cv-01794; 19-cv-01865; 19-cv-01798; 19-cv-01800; 19-cv-01788; 19-cv-01928; 19-cv-01803; 19-cv-01801; 19-cv-01894; 19-cv-01810; 19-cv-01809; 19-cv-01871; 19-cv-01813; 19-cv-01930; 19-cv-01818; 19-cv-01931; 19-cv-01918; 19-cv-01873; 18-cv-07828; 18-cv-07827; 18-cv-07824; 18-cv-07829; 18-cv-04434; 21-cv-05339

        Respectfully submitted,

        /s/ Marc Weinstein
        Marc Weinstein

cc:    All counsel of record (via ECF)