# KOSTELANETZ LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NY 10007
———
TEL: (212) 808-8100
FAX: (212) 808-8108

www.kflaw.com

WASHINGTON, D.C. OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 260
WASHINGTON, D.C. 20001
———
TEL: (202) 875-8000
FAX: (202) 844-3500

October 30, 2024

**VIA ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, No. 18-md-02865-LAK
> This document relates to the following Trial 1 Cases:
> 18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01893; 19-cv-01781;
> 19-cv-01783; 19-cv-01866; 19-cv-01895; 19-cv-01794; 19-cv-01865;
> 19-cv-01904; 19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800;
> 19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-01792;
> 19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929;
> 19-cv-01803; 19-cv-01806; 19-cv-01906; 19-cv-01801; 19-cv-01894;
> 19-cv-01808; 19-cv-01810; 19-cv-01809; 18-cv-04833; 19-cv-01911;
> 19-cv-01898; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813;
> 19-cv-01930; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818;
> 19-cv-01931; 19-cv-01918; 19-cv-01873; 19-cv-01924; 19-cv-10713;
> 21-cv-05339

Dear Judge Kaplan:

     I write on behalf of all Trial One Defendants ("Defendants") in the above-referenced cases to respectfully request the use of a room at the Thurgood Marshall United States Courthouse, 500 Pearl Street, for trial preparation during Trial One. First, Defendants anticipate needing a place to safely store copies of voluminous trial exhibits and multiple copies of each witness exhibit binder. Second, in addition to the individuals that will be seated at Defendants' counsel tables, multiple attorneys from each of the law firms that represent Defendants, along with Defendants' expert witness and a courtroom logistics specialist, will be in attendance. Defendants respectfully request access to a room to accommodate the needs of their full teams to work for the duration of the trial. Defendants additionally ask the Court's permission to use a printer in this room.

**Hon. Lewis A. Kaplan**
**United States District Judge**
**October 30, 2024**
**Page 2 of 2**

                                                    Respectfully submitted,

                                                    */s/ Sharon L. McCarthy*

                                                    Sharon L. McCarthy

Cc:      All counsel of record (Via ECF)