UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
IN RE                                        :
CUSTOMS AND TAX ADMINISTRATION               :   Master Docket 18-md-02865-
OF THE KINGDOM OF DENMARK                    :   LAK
(SKATTEFORVALTNINGEN) TAX                    :
REFUND SCHEME LITIGATION                     :   **NOTICE OF APPEARANCE**
                                             :
This document relates to:                    :
18-CV-07824; 18-CV-07827; 18-CV-07828;       :
18-CV-07829; 19-CV-01781; 19-CV-01783;       :
19-CV-01785; 19-CV-01788; 19-CV-01791;       :
19-CV-01792; 19-CV-01794; 19-CV-01798;       :
19-CV-01800; 19-CV-01801; 19-CV-01803;       :
19-CV-01806; 19-CV-01808; 19-CV-01809;       :
19-CV-01810; 19-CV-01812; 19-CV-01813;       :
19-CV-01815; 19-CV-01818; 19-CV-01866;       :
19-CV-01867; 19-CV-01868; 19-CV-01869;       :
19-CV-01870; 19-CV-01871; 19-CV-01873;       :
19-CV-01894; 19-CV-01896; 19-CV-01918;       :
19-CV-01922; 19-CV-01926; 19-CV-01928;       :
19-CV-01929; 19-CV-01931; 19-CV-10713;       :
21-CV-05339.                                 :
                                             :
------------------------------------------- x

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Robert Klugman, Aerovane Logistics LLC Roth 401(K) Plan, Edgepoint Capital LLC Roth 401(K) Plan, Headsail Manufacturing LLC Roth 401(K) Plan, RAK Investment Trust, Random Holdings 401(K) Plan, and The Stor Capital Consulting LLC 401(K) Plan in the above-captioned case.  I certify that I am admitted to practice before this Court.

1

Dated: New York, New York
November 25, 2024

Respectfully submitted,

By: /s/ Sofia R. La Bella
Sofia R. La Bella
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Phone: 212-940-8608
Fax: 212-940-8776
sofia.labella@katten.com

*Attorney for Defendants Robert Klugman, Aerovane Logistics LLC Roth 401(K) Plan, Edgepoint Capital LLC Roth 401(K) Plan, Headsail Manufacturing LLC Roth 401K Plan, RAK Investment Trust, Random Holdings 401(K) Plan, The Stor Capital Consulting LLC 401(K) Plan*