UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x

| | |
|---|---|
| IN RE<br>CUSTOMS AND TAX ADMINISTRATION<br>OF THE KINGDOM OF DENMARK<br>(SKATTEFORVALTNINGEN) TAX<br>REFUND SCHEME LITIGATION<br><br>This document relates to:<br>18-CV-07824; 18-CV-07827; 18-CV-07828;<br>18-CV-07829; 19-CV-01781; 19-CV-01783;<br>19-CV-01785; 19-CV-01788; 19-CV-01791;<br>19-CV-01792; 19-CV-01794; 19-CV-01798;<br>19-CV-01800; 19-CV-01801; 19-CV-01803;<br>19-CV-01806; 19-CV-01808; 19-CV-01809;<br>19-CV-01810; 19-CV-01812; 19-CV-01813;<br>19-CV-01815; 19-CV-01818; 19-CV-01866;<br>19-CV-01867; 19-CV-01868; 19-CV-01869;<br>19-CV-01870; 19-CV-01871; 19-CV-01873;<br>19-CV-01894; 19-CV-01896; 19-CV-01918;<br>19-CV-01922; 19-CV-01926; 19-CV-01928;<br>19-CV-01929; 19-CV-01931; 19-CV-10713;<br>21-CV-05339. | Master Docket 18-md-02865-LAK<br><br>**NOTICE OF APPEARANCE** |

------------------------------------------- x

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Robert Klugman, Aerovane Logistics LLC Roth 401(K) Plan, Edgepoint Capital LLC Roth 401(K) Plan, Headsail Manufacturing LLC Roth 401(K) Plan, RAK Investment Trust, Random Holdings 401(K) Plan, and The Stor Capital Consulting LLC 401(K) Plan in the above-captioned case. I certify that I am admitted to practice before this Court.

1

Dated: New York, New York
November 25, 2024

                                  Respectfully submitted,

                                  By: _/s/ Sofia R. La Bella_
                                      Sofia R. La Bella
                                      Katten Muchin Rosenman LLP
                                      50 Rockefeller Plaza
                                      New York, NY 10020-1605
                                      Phone: 212-940-8608
                                      Fax: 212-940-8776
                                      sofia.labella@katten.com

                                  *Attorney for Defendants Robert Klugman,*
                                  *Aerovane Logistics LLC Roth 401(K) Plan,*
                                  *Edgepoint Capital LLC Roth 401(K) Plan, Headsail*
                                  *Manufacturing LLC Roth 401K Plan, RAK*
                                  *Investment Trust, Random Holdings 401(K) Plan,*
                                  *The Stor Capital Consulting LLC 401(K) Plan*