

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

December 13, 2024

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)

Dear Judge Kaplan:

  We write on behalf of plaintiff Skatteforvaltningen ("SKAT") to provide the Court with the Parties' suggested approach to the handling of electronic exhibits.

  At least one week before trial, each side will provide the Courtroom Deputy with their respective exhibits from the Joint Exhibit List in electronic form.

  During trial, SKAT will provide a clean, dedicated laptop that will be the official depository of all admitted exhibits. The hard drive of this laptop will have two folders: (i) a folder for SKAT's Admitted Exhibits, and (ii) a folder for Defendants' Admitted Exhibits.

  At the end of each trial day, one representative from SKAT and one representative for Defendants will meet with the Courtroom Deputy and confirm the exhibits the Court admitted from each side's exhibit list that trial day. SKAT will also provide the Courtroom Deputy with a clean thumb drive that will contain nothing other than admitted exhibits.

  Once the Courtroom Deputy marks the admitted exhibits, the exhibits will be copied from the Courtroom Deputy's laptop onto the thumb drive into corresponding folders for SKAT's Admitted Exhibits and Defendants' Admitted Exhibits. The Parties' representatives will then ensure that the exhibits from the thumb drive are placed onto the laptop in the appropriate folders.

Respectfully submitted,

/s/ Marc A. Weinstein
Marc A. Weinstein