UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:19-cv-01869. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)**

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendant Michael Ben-Jacob ("Ben-Jacob") in the action titled *SKAT v. Cavus Systems LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01869;

WHEREAS SKAT and Ben-Jacob have now entered into a settlement agreement resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Ben-Jacob from *SKAT v. Cavus Systems LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01869, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against Defendants Cavus Systems LLC Roth 401(K) Plan or Richard Markowitz in the action captioned *SKAT v. Cavus Systems LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01869, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Ben-Jacob is dismissed with prejudice from the action *SKAT v. Cavus Systems LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01869, with each party to bear its own costs; and

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants Cavus Systems LLC Roth 401(K) Plan and Richard Markowitz remain active in the action captioned *SKAT v. Cavus Systems LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01869.

Dated: New York, New York
      December 15, 2024

| | |
|---|---|
| By: /s/ *Marc A. Weinstein* <br>    Marc A. Weinstein <br> HUGHES HUBBARD & REED LLP <br> One Battery Park Plaza <br> New York, New York 10004-1482 <br> Telephone: (212) 837-6000 <br> Fax: (212) 422-4726 <br> marc.weinstein@hugheshubbard.com <br><br> *Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)* | By: /s/ *Thomas E.L. Dewey* <br>    Thomas E.L. Dewey <br> DEWEY, PEGNO & KRAMARSKY, LLP <br> 777 Third Avenue <br> New York, NY 10017 <br> Telephone : (212) 943-4325 <br> Fax : (212) 943-4325 <br> tdewey@dpklaw.com <br><br> *Counsel for Defendant Michael Ben-Jacob* |

SO ORDERED:

_____
     Lewis A. Kaplan
   United States District Judge