UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-07829. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendant Michael Ben-Jacob ("Ben-Jacob") in the action titled *SKAT v. The Random Holdings 401K Plan et al.*, No. 1:18-cv-07829;

WHEREAS SKAT and Ben-Jacob have now entered into a settlement agreement resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Ben-Jacob from *SKAT v. The Random Holdings 401K Plan et al.*, No. 1:18-cv-07829, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against Defendants The Random Holdings 401K Plan or Robert Klugman in the action captioned *SKAT v. The Random Holdings 401K Plan et al.*, No. 1:18-cv-07829, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Ben-Jacob is dismissed with prejudice from the action *SKAT v. The Random Holdings 401K Plan et al.*, No. 1:18-cv-07829, with each party to bear its own costs; and

2

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants The Random Holdings 401K Plan and Robert Klugman remain active in the action captioned *SKAT v. The Random Holdings 401K Plan et al.*, No. 1:18-cv-07829.

Dated: New York, New York
      December 15, 2024

By: /s/ *Marc A. Weinstein*       By: /s/ *Thomas E.L. Dewey*
    Marc A. Weinstein                            Thomas E.L. Dewey
HUGHES HUBBARD & REED LLP        DEWEY, PEGNO & KRAMARSKY, LLP
One Battery Park Plaza                        777 Third Avenue
New York, New York 10004-1482       New York, NY 10017
Telephone: (212) 837-6000                Telephone : (212) 943-4325
Fax: (212) 422-4726                         Fax : (212) 943-4325
marc.weinstein@hugheshubbard.com    tdewey@dpklaw.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*        *Counsel for Defendant Michael Ben-Jacob*

SO ORDERED:

_____
      Lewis A. Kaplan
   United States District Judge