UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:19-cv-01798. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)**

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendant Michael Ben-Jacob ("Ben-Jacob") in the action titled *SKAT v. Cantata Industries LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01798;

WHEREAS SKAT and Ben-Jacob have now entered into a settlement agreement resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Ben-Jacob from *SKAT v. Cantata Industries LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01798, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against Defendants Cantata Industries LLC Roth 401(K) Plan, David Zelman, Robert Klugman, John van Merkensteijn, RAK Investment Trust, or Omineca Trust in the action captioned *SKAT v. Cantata Industries LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01798, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Ben-Jacob is dismissed with prejudice from the action *SKAT v.*

*Cantata Industries LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01798, with each party to bear its own costs; and

      IT is further STIPULATED AND AGREED that SKAT's claims against Defendants Cantata Industries LLC Roth 401(K) Plan, David Zelman, Robert Klugman, John van Merkensteijn, RAK Investment Trust, and Omineca Trust remain active in the action captioned *SKAT v. Cantata Industries LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01798.

Dated: New York, New York
       December 15, 2024

By: /s/ *Marc A. Weinstein*  
    Marc A. Weinstein  
HUGHES HUBBARD & REED LLP  
One Battery Park Plaza  
New York, New York 10004-1482  
Telephone: (212) 837-6000  
Fax: (212) 422-4726  
marc.weinstein@hugheshubbard.com  

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ *Thomas E.L. Dewey*  
    Thomas E.L. Dewey  
DEWEY, PEGNO & KRAMARSKY, LLP  
777 Third Avenue  
New York, NY 10017  
Telephone : (212) 943-4325  
Fax : (212) 943-4325  
tdewey@dpklaw.com  

*Counsel for Defendant Michael Ben-Jacob*

SO ORDERED:

_____
    Lewis A. Kaplan
    United States District Judge