**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 1:21-cv-05339.

MASTER DOCKET

18-md-2865 (LAK)

### STIPULATION AND [~~PROPOSED~~] ORDER OF ~~PARTIAL~~ VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendant Michael Ben-Jacob ("Ben-Jacob") in the action titled *SKAT v. Michael Ben-Jacob*, 1:21-cv-05339;

WHEREAS SKAT and Ben-Jacob have now entered into a settlement agreement resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice the action titled *SKAT v. Michael Ben-Jacob*, 1:21-cv-05339, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the action *SKAT v. Michael Ben-Jacob*, 1:21-cv-05339, is dismissed with prejudice, with each party to bear its own costs.

*The Clerk shall close 21-cv-5339 and terminate any motions pending therein.*

Dated: New York, New York
December 15, 2024

By: /s/ *Marc A. Weinstein*
    Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ *Thomas E.L. Dewey*
    Thomas E.L. Dewey
DEWEY, PEGNO & KRAMARSKY, LLP
777 Third Avenue
New York, NY 10017
Telephone : (212) 943-4325
Fax : (212) 943-4325
tdewey@dpklaw.com

*Counsel for Defendant Michael Ben-Jacob*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

12/19/24