```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 1:19-cv-01867.

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND [~~PROPOSED~~] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendant Michael Ben-Jacob ("Ben-Jacob") in the action titled *SKAT v. Avanix Management LLC Roth 401K Plan et al.*, No. 1:19-cv-01867;

WHEREAS SKAT and Ben-Jacob have now entered into a settlement agreement resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Ben-Jacob from *SKAT v. Avanix Management LLC Roth 401K Plan et al.*, No. 1:19-cv-01867, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against Defendants Avanix Management LLC Roth 401K Plan or Richard Markowitz in the action captioned *SKAT v. Avanix Management LLC Roth 401K Plan et al.*, No. 1:19-cv-01867, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Ben-Jacob is dismissed with prejudice from the action *SKAT v.*

Case 1:18-md-02865-LAK     Document 1298     Filed 12/18/24     Page 2 of 2
Case 1:18-md-02865-LAK     Document 1255     Filed 12/15/24     Page 2 of 2

2

*Avanix Management LLC Roth 401K Plan et al.*, No. 1:19-cv-01867, with each party to bear its own costs; and

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants Avanix Management LLC Roth 401K Plan and Richard Markowitz remain active in the action captioned *SKAT v. Avanix Management LLC Roth 401K Plan et al.*, No. 1:19-cv-01867.

Dated: New York, New York
       December 15, 2024

By: /s/ *Marc A. Weinstein*
    Marc A. Weinstein
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004-1482
    Telephone: (212) 837-6000
    Fax: (212) 422-4726
    marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ *Thomas E.L. Dewey*
    Thomas E.L. Dewey
    DEWEY, PEGNO & KRAMARSKY, LLP
    777 Third Avenue
    New York, NY 10017
    Telephone : (212) 943-4325
    Fax : (212) 943-4325
    tdewey@dpklaw.com

*Counsel for Defendant Michael Ben-Jacob*


SO ORDERED:

_____ 12/18/24
Lewis A. Kaplan
United States District Judge