UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/24
```

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 1:19-cv-01781.

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND [~~PROPOSED~~] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendant Michael Ben-Jacob ("Ben-Jacob") in the action titled *SKAT v. Ballast Ventures LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01781;

WHEREAS SKAT and Ben-Jacob have now entered into a settlement agreement resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Ben-Jacob from *SKAT v. Ballast Ventures LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01781, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against Defendants Ballast Ventures LLC Roth 401(K) Plan, Joseph Herman, Richard Markowitz, Robert Klugman, RAK Investment Trust, or Cavus Systems LLC in the action captioned *SKAT v. Ballast Ventures LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01781, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Ben-Jacob is dismissed with prejudice from the action *SKAT v.*

2

*Ballast Ventures LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01781, with each party to bear its own costs; and

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants Ballast Ventures LLC Roth 401(K) Plan, Joseph Herman, Richard Markowitz, Robert Klugman, RAK Investment Trust, and Cavus Systems LLC remain active in the action captioned *SKAT v. Ballast Ventures LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01781.

Dated: New York, New York
December 15, 2024

By: /s/ *Marc A. Weinstein*
   Marc A. Weinstein
   HUGHES HUBBARD & REED LLP
   One Battery Park Plaza
   New York, New York 10004-1482
   Telephone: (212) 837-6000
   Fax: (212) 422-4726
   marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ *Thomas E.L. Dewey*
   Thomas E.L. Dewey
   DEWEY, PEGNO & KRAMARSKY, LLP
   777 Third Avenue
   New York, NY 10017
   Telephone : (212) 943-4325
   Fax : (212) 943-4325
   tdewey@dpklaw.com

*Counsel for Defendant Michael Ben-Jacob*

SO ORDERED: 12/18/24

_____
Lewis A. Kaplan
United States District Judge