UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/24
```

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 1:19-cv-01869.

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendant Michael Ben-Jacob ("Ben-Jacob") in the action titled *SKAT v. Cavus Systems LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01869;

WHEREAS SKAT and Ben-Jacob have now entered into a settlement agreement resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Ben-Jacob from *SKAT v. Cavus Systems LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01869, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against Defendants Cavus Systems LLC Roth 401(K) Plan or Richard Markowitz in the action captioned *SKAT v. Cavus Systems LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01869, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Ben-Jacob is dismissed with prejudice from the action *SKAT v. Cavus Systems LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01869, with each party to bear its own costs; and

Case 1:18-md-02865-LAK   Document 1301   Filed 12/18/24   Page 2 of 2
Case 1:18-md-02865-LAK   Document 1261   Filed 12/15/24   Page 2 of 2

2

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants Cavus Systems LLC Roth 401(K) Plan and Richard Markowitz remain active in the action captioned *SKAT v. Cavus Systems LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01869.

Dated: New York, New York
December 15, 2024

By: /s/ *Marc A. Weinstein*
Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ *Thomas E.L. Dewey*
Thomas E.L. Dewey
DEWEY, PEGNO & KRAMARSKY, LLP
777 Third Avenue
New York, NY 10017
Telephone : (212) 943-4325
Fax : (212) 943-4325
tdewey@dpklaw.com

*Counsel for Defendant Michael Ben-Jacob*

SO ORDERED:

_____  12/18/24
Lewis A. Kaplan
United States District Judge