**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/24
```

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 1:19-cv-01800.

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND ~~[PROPOSED]~~ ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against

Defendant Michael Ben-Jacob ("Ben-Jacob") in the action titled *SKAT v. Crucible Ventures LLC*

*Roth 401(K) Plan et al.*, No. 1:19-cv-01800;

WHEREAS SKAT and Ben-Jacob have now entered into a settlement agreement

resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Ben-Jacob from *SKAT v.*

*Crucible Ventures LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01800, pursuant to Rule 41(a)(2) of

the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against

Defendants Crucible Ventures LLC Roth 401(K) Plan, Ronald Altbach, Robert Klugman, John

van Merkensteijn, RAK Investment Trust, or Omineca Trust in the action captioned *SKAT v.*

*Crucible Ventures LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01800, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the

Federal Rules of Civil Procedure, Ben-Jacob is dismissed with prejudice from the action *SKAT v.*

Case 1:18-md-02865-LAK    Document 1304    Filed 12/18/24    Page 2 of 2
Case 1:18-md-02865-LAK    Document 1263    Filed 12/15/24    Page 2 of 2

2

*Crucible Ventures LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01800, with each party to bear its own costs; and

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants Crucible Ventures LLC Roth 401(K) Plan, Ronald Altbach, Robert Klugman, John van Merkensteijn, RAK Investment Trust, and Omineca Trust remain active in the action captioned *SKAT v. Crucible Ventures LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01800.

Dated: New York, New York
      December 15, 2024

By: /s/ *Marc A. Weinstein*
    Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: /s/ *Thomas E.L. Dewey*
    Thomas E.L. Dewey
DEWEY, PEGNO & KRAMARSKY, LLP
777 Third Avenue
New York, NY 10017
Telephone : (212) 943-4325
Fax : (212) 943-4325
tdewey@dpklaw.com

*Counsel for Defendant Michael Ben-Jacob*

SO ORDERED:

12/18/24

_____
    Lewis A. Kaplan
    United States District Judge