USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 1:19-cv-01922.

MASTER DOCKET

18-md-2865 (LAK)

---

## STIPULATION AND ~~[PROPOSED]~~ ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against

Defendant Michael Ben-Jacob ("Ben-Jacob") in the action titled *SKAT v. Cedar Hill Capital*

*Investments LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01922;

WHEREAS SKAT and Ben-Jacob have now entered into a settlement agreement

resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Ben-Jacob from *SKAT v.*

*Cedar Hill Capital Investments LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01922, pursuant to

Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against

Defendants Cedar Hill Capital Investments LLC Roth 401(K) Plan, Edwin Miller, Richard

Markowitz, Robert Klugman, RAK Investment Trust, or Routt Capital Trust in the action

captioned *SKAT v. Cedar Hill Capital Investments LLC Roth 401(K) Plan et al.*, No. 1:19-cv-

01922, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the

Federal Rules of Civil Procedure, Ben-Jacob is dismissed with prejudice from the action *SKAT v.*

Case 1:18-md-02865-LAK    Document 1307    Filed 12/18/24    Page 2 of 2
Case 1:18-md-02865-LAK    Document 1262    Filed 12/15/24    Page 2 of 2

2

*Cedar Hill Capital Investments LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01922, with each party to bear its own costs; and

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants Cedar Hill Capital Investments LLC Roth 401(K) Plan, Edwin Miller, Richard Markowitz, Robert Klugman, RAK Investment Trust, and Routt Capital Trust remain active in the action captioned *SKAT v. Cedar Hill Capital Investments LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01922.

Dated: New York, New York
　　　　December 15, 2024

By: /s/ Marc A. Weinstein
　　Marc A. Weinstein
　　HUGHES HUBBARD & REED LLP
　　One Battery Park Plaza
　　New York, New York 10004-1482
　　Telephone: (212) 837-6000
　　Fax: (212) 422-4726
　　marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: /s/ Thomas E.L. Dewey
　　Thomas E.L. Dewey
　　DEWEY, PEGNO & KRAMARSKY, LLP
　　777 Third Avenue
　　New York, NY 10017
　　Telephone : (212) 943-4325
　　Fax : (212) 943-4325
　　tdewey@dpklaw.com

*Counsel for Defendant Michael Ben-Jacob*

SO ORDERED:

_____　　12/18/24
　　Lewis A. Kaplan
　　United States District Judge