

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

December 19, 2024

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)

Dear Judge Kaplan:

    This letter relates to the cases consolidated for Trial One.  We write on behalf of plaintiff Skatteforvaltningen ("SKAT") and the Trial One Defendants.  Pursuant to the Court's request during the Pretrial Conference held on December 16, 2024, the parties enclose a proposed joint stipulation regarding the handling of electronic exhibits at trial.

                          Respectfully submitted,

                          /s/ Marc A. Weinstein
                          Marc A. Weinstein

Enclosure

cc:  All Trial One counsel of record (via ECF)