UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/24
```

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION

This document relates to: 1:19-cv-01929.

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendant Michael Ben-Jacob ("Ben-Jacob") in the action titled *SKAT v. Keystone Technologies LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01929;

WHEREAS SKAT and Ben-Jacob have now entered into a settlement agreement resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Ben-Jacob from *SKAT v. Keystone Technologies LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01929, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against Defendants Keystone Technologies LLC Roth 401(K) Plan, Edwin Miller, Richard Markowitz, Robert Klugman, RAK Investment Trust, or Routt Capital Trust in the action captioned *SKAT v. Keystone Technologies LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01929, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Ben-Jacob is dismissed with prejudice from the action *SKAT v.*

Case 1:18-md-02865-LAK   Document 1326   Filed 12/18/24   Page 2 of 2
Case 1:18-md-02865-LAK   Document 1273   Filed 12/15/24   Page 2 of 2

2

*Keystone Technologies LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01929, with each party to bear its own costs; and

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants Keystone Technologies LLC Roth 401(K) Plan, Edwin Miller, Richard Markowitz, Robert Klugman, RAK Investment Trust, and Routt Capital Trust remain active in the action captioned *SKAT v. Keystone Technologies LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01929.

Dated: New York, New York
       December 15, 2024

By: /s/ *Marc A. Weinstein*
    Marc A. Weinstein
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004-1482
    Telephone: (212) 837-6000
    Fax: (212) 422-4726
    marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ *Thomas E.L. Dewey*
    Thomas E.L. Dewey
    DEWEY, PEGNO & KRAMARSKY, LLP
    777 Third Avenue
    New York, NY 10017
    Telephone : (212) 943-4325
    Fax : (212) 943-4325
    tdewey@dpklaw.com

*Counsel for Defendant Michael Ben-Jacob*

SO ORDERED

Lewis A. Kaplan
United States District Judge

12/18/24