```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 1:19-cv-01803.

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendant Michael Ben-Jacob ("Ben-Jacob") in the action titled *SKAT v. Limelight Global Productions LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01803;

WHEREAS SKAT and Ben-Jacob have now entered into a settlement agreement resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Ben-Jacob from *SKAT v. Limelight Global Productions LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01803, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against Defendants Limelight Global Productions LLC Roth 401(K) Plan, Ronald Altbach, Robert Klugman, John van Merkensteijn, RAK Investment Trust, or Omineca Trust in the action captioned *SKAT v. Limelight Global Productions LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01803, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Ben-Jacob is dismissed with prejudice from the action *SKAT v.*

2

*Limelight Global Productions LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01803, with each party to bear its own costs; and

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants Limelight Global Productions LLC Roth 401(K) Plan, Ronald Altbach, Robert Klugman, John van Merkensteijn, RAK Investment Trust, and Omineca Trust remain active in the action captioned *SKAT v. Limelight Global Productions LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01803.

Dated: New York, New York
December 15, 2024

By: /s/ *Marc A. Weinstein*
    Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ *Thomas E.L. Dewey*
    Thomas E.L. Dewey
DEWEY, PEGNO & KRAMARSKY, LLP
777 Third Avenue
New York, NY 10017
Telephone : (212) 943-4325
Fax : (212) 943-4325
tdewey@dpklaw.com

*Counsel for Defendant Michael Ben-Jacob*

SO ORDERED.

_____
Lewis A. Kaplan
United States District Judge

12/18/24