**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| In re |
| CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION |
| This document relates to: 1:19-cv-01801. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/24

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against

Defendant Michael Ben-Jacob ("Ben-Jacob") in the action titled *SKAT v. Monomer Industries*

*LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01801;

WHEREAS SKAT and Ben-Jacob have now entered into a settlement agreement

resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Ben-Jacob from *SKAT v.*

*Monomer Industries LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01801, pursuant to Rule 41(a)(2)

of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against

Defendants Monomer Industries LLC Roth 401(K) Plan, Robin Jones, Robert Klugman, John

van Merkensteijn, RAK Investment Trust, or Omineca Trust in the action captioned *SKAT v.*

*Monomer Industries LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01801, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the

Federal Rules of Civil Procedure, Ben-Jacob is dismissed with prejudice from the action *SKAT v.*

Case 1:18-md-02865-LAK    Document 1331    Filed 12/18/24    Page 2 of 2
Case 1:18-md-02865-LAK    Document 1276    Filed 12/15/24    Page 2 of 2

2

*Monomer Industries LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01801, with each party to bear its own costs; and

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants Monomer Industries LLC Roth 401(K) Plan, Robin Jones, Robert Klugman, John van Merkensteijn, RAK Investment Trust, and Omineca Trust remain active in the action captioned *SKAT v. Monomer Industries LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01801.

Dated: New York, New York
      December 15, 2024

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*

By: /s/ Thomas E.L. Dewey
    Thomas E.L. Dewey
DEWEY, PEGNO & KRAMARSKY, LLP
777 Third Avenue
New York, NY 10017
Telephone : (212) 943-4325
Fax : (212) 943-4325
tdewey@dpklaw.com

*Counsel for Defendant Michael Ben-Jacob*

SO ORDERED:

_____    12/18/24
    Lewis A. Kaplan
    United States District Judge