# KOSTELANETZ LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

| WASHINGTON, DC OFFICE | | ATLANTA, GA OFFICE |
|---|---|---|
| 601 NEW JERSEY AVENUE, NW, SUITE 260 | TEL: (212) 808-8100 | 4279 ROSWELL ROAD, NE, SUITE 208, # 352 |
| WASHINGTON, DC 20001 | FAX: (212) 808-8108 | ATLANTA, GA 30342 |
| TEL: (202) 875-8000 | www.kostelanetz.com | TEL: (404) 301-4791 |
| FAX: (202) 844-3500 | | FAX: (678) 680-7901 |

December 23, 2024

**VIA ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, No. 18-md-02865-LAK
This document relates to the following Trial 1 Cases:
18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01893; 19-cv-01781;
19-cv-01783; 19-cv-01866; 19-cv-01895; 19-cv-01794; 19-cv-01865;
19-cv-01904; 19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800;
19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-01792;
19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929;
19-cv-01803; 19-cv-01806; 19-cv-01906; 19-cv-01801; 19-cv-01894;
19-cv-01808; 19-cv-01810; 19-cv-01809; 18-cv-04833; 19-cv-01911;
19-cv-01898; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813;
19-cv-01930; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818;
19-cv-01931; 19-cv-01918; 19-cv-01873; 19-cv-01924; 19-cv-10713

Dear Judge Kaplan:

     As discussed during the final pre-trial conference in this matter, the parties have agreed upon language for a preliminary instruction to the jury about the absence of parties and counsel from the courtroom.  That proposed instruction is attached.

Hon. Lewis A. Kaplan
United States District Judge
December 23, 2024
Page 2 of 2

    We thank the Court in advance for considering the parties' request to deliver this instruction to the jury before opening statements.

                            Respectfully submitted,

                            */s/ Sharon L. McCarthy*

                            Sharon L. McCarthy

cc: All counsel of record (Via ECF)