**JOINT PROPOSAL FOR PRELIMINARY JURY INSTRUCTION**

*Parties and Counsel's Absence from Courtroom*

The parties in this trial are not required to be present in the courtroom every day. In addition, counsel for the parties at times will not be in the courtroom because of other obligations or tasks to which they need to attend.

The reasons why a party or counsel is not present in the courtroom should not concern you. Do not speculate why or draw any inference or conclusion from the fact that any of them are absent from the courtroom.