# EXHIBIT A

| | |
|---|---|
| **From:** | Neiman, Peter |
| **To:** | Weinstein, Marc A.; Oxford, Neil; Maguire, Bill; Smith, Dustin; McGoey, John; Farrell, Gregory |
| **Cc:** | michael.rosensaft@katten.com; Dulberg, Andrew S.; Warren, Brittany R.; smccarthy@kostelanetz.com; Nicholas Bahnsen; Daniel Davidson; Goldberg, David L.; Castano, Nelson S.; La Bella, Sofia R |
| **Subject:** | RE: SKAT"s allegations of plans as qualified plans under IRC 401(a) |
| **Date:** | Monday, December 23, 2024 9:22:01 AM |

Marc,

Thank you for advising of SKAT's position. Please let us know as soon as possible if you intend to make corresponding adjustments to SKAT's designated trial evidence.

Thanks,

Peter

**From:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>
**Sent:** Sunday, December 22, 2024 4:19 PM
**To:** Neiman, Peter <Peter.Neiman@wilmerhale.com>; Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; smccarthy@kostelanetz.com; Nicholas Bahnsen <nbahnsen@Kostelanetz.com>; Daniel Davidson <ddavidson@Kostelanetz.com>; Goldberg, David L. <david.goldberg@katten.com>; michael.rosensaft@katten.com
**Cc:** Oxford, Neil <neil.oxford@hugheshubbard.com>; Maguire, Bill <bill.maguire@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; McGoey, John <john.mcgoey@hugheshubbard.com>; Farrell, Gregory <gregory.farrell@hugheshubbard.com>
**Subject:** SKAT's allegations of plans as qualified plans under IRC 401(a)

**EXTERNAL SENDER**

All,

We write to inform you that SKAT has decided not to pursue the allegations in the relevant complaints for Trial One that the pension plans falsely stated that the plans were qualified plans under Section 401(a) of the Internal Revenue Code. We intend to inform the Court in writing tomorrow.

Regards,
Marc

**Marc A. Weinstein** | Partner
Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor | New York | NY 10004-1482
Office +1 (212) 837-6460 | Cell +1 (646) 537-5750 | Fax +1 (212) 299-6460

marc.weinstein@hugheshubbard.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.