UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND                18-md-2865 (LAK)
LITIGATION

This paper applies to:   Trial 1 Cases
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The parties shall notify the Court, on or before January 3, 2025, of the estimated duration of the trial in light of SKAT's recent change of position regarding the accuracy of representations as to qualification of pension plans.

        SO ORDERED.

Dated:   December 26, 2024

                                            /s/   Lewis A. Kaplan
                                        _____
                                                  Lewis A. Kaplan
                                          United States District Judge