**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to case nos.:<br><br>18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01893; 19-cv-01781; 19-cv-01783; 19-cv-01866; 19-cv-01895; 19-cv-01794; 19-cv-01865; 19-cv-01904; 19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800; 19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-01792; 19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929; 19-cv-01803; 19-cv-01806; 19-cv-01906; 19-cv-01801; 19-cv-01894; 19-cv-01808; 19-cv-01810; 19-cv-01809; 18-cv-04833; 19-cv-01911; 19-cv-01898; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813; 19-cv-01930; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818; 19-cv-01931; 19-cv-01918; 19-cv-01873; 19-cv-01924; 19-cv-10713. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**DECLARATION OF MARC A. WEINSTEIN IN SUPPORT OF PLAINTIFF SKATTEFORVALTNINGEN'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE REGARDING SVEN NIELSEN'S UNRELATED CRIMINAL CONVICTION**

I, Marc A. Weinstein, an attorney duly admitted to practice law before the courts of the State of New York, hereby declare under penalty of perjury:

1. I am a partner at Hughes Hubbard & Reed LLP, counsel for Plaintiff Skatteforvaltningen ("SKAT") in these actions. I am fully familiar with the matters set forth in this declaration.

2

2. I submit this declaration in support of SKAT's Motion *in Limine* to Preclude Evidence Regarding Sven Nielsen's Unrelated Criminal Conviction.

3. Attached hereto as Exhibit 1 is a true and correct copy of the machine translation of the Glostrup Court Judgment in case number 15-8058/2017, dated December 7, 2017, which is included on defendants' exhibit list.

4. Attached hereto as Exhibit 2 is a true and correct copy of pages of notes of Lars Noerding, dated February 6, 2019, which is included on defendants' exhibit list.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Google machine translation of pages of notes of Lars Noerding, dated February 6, 2019, which is included on defendants' exhibit list.

6. Attached hereto as Exhibit 4 is a true and correct copy of the translated transcript of a Danish language broadcast "Milliardkuppet", which is included on defendants' exhibit list.


I, MARC A. WEINSTEIN, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
December 30, 2024

    /s/ Marc A. Weinstein
    Marc A. Weinstein