# Exhibit 4



Absolute Translations Ltd
25 Wilton Road
Victoria
London
SW1V 1LW

Manchester Office:
Peter House
Oxford Street
Manchester
M1 5AN

Birmingham Office:
Grosvenor House
11 St Pauls Square
Birmingham
B3 1RB

Tel: +44 (0)333 577 0767
Email: main@absolutetranslations.com
Website: www.absolutetranslations.com

# Statement of truth

I, Marco Hecht

on behalf of Absolute Translations Ltd, 25 Wilton Road, Victoria, London SW1V 1LW, confirm that I am competent to transcribe from

Danish to English

in accordance with the following qualifications:

Translator 11+ years

I hereby confirm that I have personally carried out this transcription and it is, to the best of my knowledge and belief, a faithful rendering of the following video file(s):

Milliardkuppet - DR1 Dokumentar 20-12-2016

Signed: *Marco Hecht*

Date: 03/05/2024



        

Registered Office: 25 Wilton Road, Victoria, London SW1V 1LW   Company No. 05078111   VAT Registration No. 775 9220 00

MTK/143/1



# Transcription Services

Tel: 0845 130 1640
+44 (0)20 8846 3290

www.absolutetranslations.com

| Client Name: | Meaby&Co Solicitors LLP |
|---|---|
| Quote number: | 11549703614 |
| Language combination: | Danish-English |
| File names: | Milliardkuppet - DR1 Dokumentar 20-12-2016 |

INSTRUCTIONS:

-Please note that any parts of the audio that are not clear to the translator have been marked as <inaudible> in the transcript.

Confidential                                                    SKAT_MDL_001_00852679

| Time-codes | Speaker | Translation |
|---|---|---|
| 00:00:00 | Sven: | We go in somewhere where we can have some breakfast and some beer. |
|  | Sven: | We took a walk up the street and along several pit stops |
|  | Thomas: | Why do you think he wanted to meet with you? |
| 00:00:30 | Sven: | That's a good question. |
|  | Thomas R: | The first thing I thought, to be honest, was that the whole thing was a lie. It could not have happened. It could not be the case that he had swindled the Danish government for that many billions. |
| 00:01:00 | Speaker 2: | The scale of what seems to be at stake is enormous. |
|  | Lisbeth: | I have always been worried about that when we pay out these billions, without being able to know if it's correct. That I find uncomfortable. |
| 00:01:30 |  | [music] |
| 00:02:00 | Thomas: | We know so many that don't want to say what we're about to say now. |
|  | Narrator: | The journalists Thomas Svaneborg and Niels Fastrup are on their way to DR after a meeting with a colleague from SKAT that is charged in one of Denmark's biggest fraud cases. |
|  | Niels: | Maybe we have it… fulfilled. All information. |
|  | Thomas: | And then we should hope- |
| 00:02:30 | Thomas: | hope for that he calls back tomorrow. Or if he want to say something |
|  | Niels: | Yeah. It would be bad to give up on the story now. |
|  | Thomas: | We have a story now. |
|  | Niels: | Yeah, we do. It would be really bad if we come there now and- |
|  | Thomas: | That expression I've actually never heard of. It would be cool if someone used it. |
|  | Niels: | They say it's about time. |
|  | Thomas: | They do? |
|  | Niels: | Yeah. |
|  | Thomas: | No. |
|  | Reporter: | Denmark's history biggest |
|  | Reporter: | SKAT scandal |
|  | Reporter: | involved multiple billions more than first assumed |
|  | Reporter: | Staggering over 12.3 billion kroner is disappeared under SKAT. |
| 00:03:00 | Reporter: | Stolen from SKAT. |
|  | Reporter: | And what about the money? |
|  | Reporter: | The money is outside of Denmark's boarders. |
|  | Niels: | A relatively simple manoeuvre. |
|  | Reporter: | SKAT has paid out a refund. A dividend tax to people who have a legal right to the money. |
|  | Speaker 3: | It is our responsibility that our calculations are correct. |
|  | Niels: | And then they come from England and says it is for NG. |
|  | Narrator: | For over a year DR journalists Thomas Svaneborg and Niels Fastrup has dug into the biggest fraud case in newer time of Denmark. In a story about fraud and system failure. |
| 00:03:30 | Thomas: | I can start by saying that the police do not want to comment on this. |
|  | Narrator: | And meanwhile in Dubai. |

1

MTK/143/3

Confidential

SKAT_MDL_001_00852680

| | | |
|---|---|---|
| | Reporter: | Here is one of the central suspects. |
| | Reporter: | Sanjay Shah |
| | Reporter: | Sanjay Shah |
| | Reporter: | What man is this? |
| | Niels: | Since he lives in London, and he is a British citizen. |
| | Narrator: | Meanwhile in Denmark. |
| | Reporter: | In the music industry it is illegal what he has done. |
| | Thomas: | That's what he says it isn't. |
| | | ALL ALONE |
| 00:04:00 | Reporter: | The police have charged an employee of SKAT for complicity in fraud. |
| | Thomas Rønfeldt: | I remember very well the first time I heard that not only was it someone I worked with, but also how quietly it happened. I thought it was only natural that it would be noticed because of what an unbelievable amount of money that was taken out of the Danish treasury. But it happened without there ever being any sort of notification from the system. In that sense, it might as well have been me. |
| | Narrator: | The now charged Danish employee worked for SKAT in Høje Traastrup, a man's whom identity could not be revealed until the release of this documentary. Now he will tell his story. |
| 00:04:30 | Narrator: | Which will be partly kept anonymous for his own safety. |
| | Sven: | I was an office worker in the private sector and came to SKAT in the end of 1970. |
| | Thomas: | What did you do at SKAT? |
| | Sven: | I can't exactly define what I did at SKAT, I worked in many different departments, but I worked the longest with payments of dividends from tax for companies. |
| | Thomas: | And what did you work consist of? For you division. |
| | Sven: | I worked to processing applications that came… |
| 00:05:00 | Sven: | …in from foreign shareholders. |
| | | I processed these applications by controlling that they were filled out correctly according to the guidelines we had back then, and if they were accepted, we would transfer them their refund. |
| | Narrator: | Sven had then already for many years worked with paying out dividends from tax, but over the last few years he has found himself working alone because of budget cuts in the tax department. |
| | Sven: | By the time we got into the 2000s at least I was mostly all alone. |
| 00:05:30 | Narrator: | According to Sven he is now the only one left who works with accepting pay outs of refunded tax money. He has to control that the applications are filled out correctly and that they have the correct attachments with them. But according to him he has no way of checking that the foreign shareholders have paid the tax that they are applying to get refunded. |
| | Lisbeth: | The entire time I was worried about paying out these billions without being able to know- |

2

Confidential                                              SKAT_MDL_001_00852681

| | | |
|---|---|---|
| 00:06:00 | Lisbeth: | -if it is correct. That I found very uncomfortable. |
| | Thomas Rønfeldt: | This man is completely alone with evaluating these long rows of calculations where there are billions that are going to be paid out from the Danish treasury. |
| | Lisbeth: | There has been points in the system where I have contacted them to say that I think there is a big problem and that they really must do something. |
| | Thomas: | Did you ever think that SKAT could be a target for scam? |
| 00:06:30 | Sven: | They have spoken about that there was a possibility of it, yes. Whenever we got some applications that we could not approve we would just see them as incorrectly filled in, but not as an attempt of scam. |
| | Thomas: | Do you think enough was done to prevent fraud? |
| | Lisbeth: | I could go into the system and tell them that here is a hole, but when we can't know what exactly they apply for a refund for- |
| 00:07:00 | Lisbeth: | -then there is no way for us to know this. |
| | Narrator: | Lisbeth Rømer quit her position as manager of the department in 2013 and Sven's new manager sits now in Jylland. |
| | Lisbeth: | I thought it was a shame that it had to be like this because they had to sit there all alone. |
| | Narrator: | In July the following year SKAT in Denmark would receive a tip from the British government about a possible scam |
| 00:07:30 | Thomas Rødfeldt: | The swindlers have asked SKAT to refund some tax returns that they mean has been paid to the Danish government on their behalf. |
| | Narrator: | The swindlers have asked SKAT for their dividend tax. For each year the dividend tax would be paid out and their surplus would be paid out to their shareholders. As a foreign shareholder you should pay a bit over a fourth of the amount to SKAT in Denmark, but some have a private arrangement where the shareholders can apply to share the amount that is to be paid back into SKAT |
| 00:08:00 | Narrator: | or for example to American pension companies or companies based out of Malaysia to get the full amount refunded. |
| | Thomas Rødfeldt: | We should start with establishing who should we be to get a full pay out dividend refund. And what we have now is for example a pension fund and that should be from SKAT in Denmark. |
| | Morten: | I do not wish to comment in depth on the ongoing investigation, but what I can say is that it is very professional people we're dealing with here. |
| 00:08:30 | Narrator: | Far away from Denmark, in the desert state of Dubai, a party is about to start. The host of tonight is Sanjay Shah, a British finance man with Indian roots. A man often seen with celebrities, as seen here with the well know singer Lenny Kravitz, rapper Snoop Dogg and That That singer Gary Barlow. |
| 00:09:00 | Narrator: | He is so rich; he has given his wife a trip to space as a birthday gift. But he is also the man that the Danish police has been looking for over a year. Because he is the main suspect in the SKAT swindle for over 12,3 billion. |
| | Narrator: | Throughout the year there has been calls, emails and messages sent in hopes to get an interview with Sanjay Shah, but every time they have been declined. |
| | THE DANISH LAWYER | |

3

Confidential

SKAT_MDL_001_00852682

| | | |
|---|---|---|
| 00:09:30 | Narrator: | During the summer of 2012 there is a call from an employee of a British company called Solo Capital to a Danish lawyer. He asks for advice on how to get Danish dividend refund paid out. |
| | Thomas Rødfeldt: | He goes straight to one of the best in regards to tax returns and refunds of all of Denmark and if there is one person you want to help you with dividend tax, it is him. |
| 00:10:00 | Narrator: | The tax lawyer would in summer of 2012 receive a six-page long statement. CC of the email is Sanjay Shah |
| | | According to SKAT it is here, in 2012, is when the first step was taken of the swindle. |
| | Morten: | It is now up to the Danish police to see if it is possible to figure out who is accountable. It is a very large task, and it is a very special case. |
| 00:10:30 | Thomas R: | I have, as most possibly all Danish people, thought how the Danish government could pay out 12,3 billion kroner to people all around the world. |
| | THE MAN WITH THE BILLIONS - PART 1 | |
| 00:11:00 | Narrator: | Sanjay Shah grew up in England, in the Indian part of London. According to his father he had a future as a doctor, but he ended up instead in finance. |
| | Thomas: | This is the guy we're looking for. |
| | Driver: | This is the guy you're looking for? |
| | Thomas: | Yeah. |
| | Driver: | What is his name? |
| | Thomas: | His name is Sanjay Shah, and he used to live in Stanmore before he moved to Dubai. |
| | Driver: | OK, and did he flee to Dubai, or did he move to Dubai? |
| 00:11:30 | Thomas: | Flee, I think. |
| | Narrator: | In 2008, Sanjay Shah is fired from his job at International Bank in London. |
| | Nick: | When the financial crisis happened a lot of banks closed. Some of the more controversial divisions, and also just generally there were a cull of staff. And what happened was that a lot of people found their own boutique institutions and started trading. It looks potentially |
| 00:12:00 | Nick: | you know, Shah was very much fitting into that. |
| | Narrator: | Sanjay Shah built a new network of companies around the company Solo Capital. Here under are multiple companies that officially can prove that they could own stocks in specific companies, for example in Denmark. In the network is the company Syntax. They specialize in getting refunded the dividend tax that the clients have paid all around the world. |
| 00:12:30 | Thomas R: | It is always smart if you're going to create a swindle that you are hands on, as you say, in the transactions that are going to happen. It has been shown before in other swindle cases that if you are the owner or at least have some stakes in, then it is easier to hide the transaction trail, or any information about it from the government. It is hard to break the boundaries. |
| | Narrator: | Sanjay Shah's company has been suspected to be behind the false applications for dividend tax. |

4

Confidential                                                                                                          SKAT_MDL_001_00852683

| 00:13:00 | Nick: | The way that the investigators are looking into Solo and Shah suggest that there are some very uncomfortable questions that needs to be answered and the amount of money at stake is enormous. |
|---|---|---|
| | Thomas: | Thank you. |
| | Narrator: | Meanwhile Sanjay Shah is building his company empire, he lives in the suburbs of Stanmore on Snaresbrook Drive. |
| 00:13:30 | Narrator: | Today his property is rented out |
| | Thomas: | This man. Hello. Sanjay Shah. |
| | Speaker: | Oh yes yes, he lives next to Stacy. Yes. Rented house |
| | Thomas: | Yeah. |
| | Narrator: | Sanjay lives with his family here in number seven and five. Today both of them are seized by the British government based on the fraud case. |
| | Thomas: | Have you rented the house? |
| | Tenant: | I have rented the house, yes. |
| | Thomas: | Have you ever met him? |
| | Tenant: | I have never met him no. I think that when we moved in, he said that he has just moved to Dubai. |
| | Thomas: | That is correct yes. |
| 00:14:00 | Tenant: | He owns this one and number seven. |
| | Thomas: | The house next to it was confiscated and I think also this house this house will be as well. |
| | Tenant: | OK. |
| | Tenant: | So what does that mean for me? Will I have to move soon or? |
| | Narrator: | The confiscation does not mean anything for the tenant right away, but rather that Sanjay Shah himself can't live in or sell the houses. |
| | Thomas: | Actually, here come someone home on that side. |
| 00:14:30 | Thomas: | Sorry. This is number seven, isn't it? |
| | Tenant 2: | This is number seven. |
| | Thomas: | Ok. He owns your house; do you know that? |
| | Thomas: | Yes. I'm his tenant. |
| | Tenant 2: | I am a bit shocked. Sorry? |
| | Thomas: | We don't think it is going to mean anything. We don't know what is going to happen. OK thank you. |
| | Thomas: | Of course, it will come as a shock to them that their homes have been confiscated. |
| 00:15:00 | Narrator: | In 2009, Sanjay Shah and the whole family from Snaresbrook Drive moved to Dubai. |
| | Brooke: | When you're in Dubai, you're basically there for one reason, which is to make a big pile of money. It is a society where I think only a small percentage of the people who live there are actual citizens. Most of the people who actually habit Dubai are there temporarily |
| 00:15:30 | Brooke: | They are there on temporary visas. It is not like Denmark where you would meet a high portion of natives in daily life. You could really live like a king or a queen in a way that simply would not be possible in the west. |
| | A TOUGH BUSINESSMAN | |
| 00:16:00 | Niels: | Niels Fastrup from Danish television. Experience Sanjay Shah. |

5

Confidential                                                                    SKAT_MDL_001_00852684

| | | |
|---|---|---|
| 6 | Narrator: | Sanjay Shah has been in contact with a lot of people, but none dares to come forward. |
| | Niels: | It's been very hard to get through to anyone in London. |
| | Narrator: | Even though email, none of them wants to speak. |
| | | Even if the thought of Sanjay going to jail is tempting do, I not wish to comment on any of this. |
| | | For personal reasons I have moved on from Sanjay Shah, and I do not wish to relive any of my experiences or memories from my time with them. |
| 00:16:30 | Niels: | Bye. |
| | THE MEETING IN HØJE TAASTRUP | |
| 00:17:00 | Narrator: | In 2014, two people from Sanjay Shah's company Syntax come by SKAT in Høje Taastrup. |
| | Sven: | What they came for was to show up, before they started sending their applications, to make sure that they had fully understood it all correctly. They wanted me to take a look at it while they were there, and to comment on it. |
| | Thomas: | How did you experience them? |
| 00:17:30 | Sven: | As a couple of polite, young men. |
| | Thomas: | How was the atmosphere during the meeting? |
| | Sven: | It was a light hearted and good atmosphere. |
| | Thomas: | Was there anyone else there during this meeting, besides yourself? |
| | Sven: | Well, I was the only one left at the department, that could help them. |
| | Thomas: | And your manager, where was she? |
| | Sven: | She was in Jylland. |
| | Lisbeth: | So sweet and so very helpful. Always ready to make everything possible for everyone. |
| 00:18:00 | Lisbeth: | Which, unfortunately, is what made him fall right into the clutch of the wrong people. And that goes for both SKAT and the swindlers. Because SKAT should have had made the warning lights go off and to have an internal audit. Don't let a man sit against it all by himself and cope with it all. |
| | Narrator: | During 2012, 2013, 2014 and 2015 |
| 00:18:30 | Narrator: | SKAT pays out 12,3 billion to the supposed scammers. The swindle grows dramatically from 60 million in 2012 to 7,8 billion in just the first seven months of 2015. Money that SKAT should never have paid out in the first place. |
| | Thomas R: | If he legally should have had the right to refund 12,3 billion kroner, then he would allowed to move 35% of the Danish C20 index. |
| 00:19:00 | Thomas R: | And in the C20 index there are companies such as Maersk, Nord Nordisk, ISS, Carlsberg, Danske Bank, Tryg, Nordea and other extremely large companies. And it seems highly unlikely that those he represented should own such a large part of the C20 index. And thus, there is some presumption that there is something fraudulent here. |
| | THE MAN WITH THE BILLIONS – PART 2 | |

Confidential

MTK/143/8

SKAT_MDL_001_00852685

| 00:19:30 | Narrator: | Sanjay Shah now lives in Dubai, and he runs the London based company suspected of fraud from the desert state. He earns a ton of money and lives a jet-set life. |
|---|---|---|
| | Sanjay: | We have a really lovely yacht for our family, friends, our clients and a few invited guests as well. |
| | | Thank you so much everybody for coming tonight, my name is Sanjay. |
| | Brooke: | You might think that someone who knowingly committed fraud would want to keep a low profile and not stick their neck out. |
| 00:20:00 | Narrator: | Sanjay's seven-year-old son is autistic. In 2014 he created the association Autism Rocks. |
| | Sanjay: | Tomorrow is the international autism awareness day. Everybody around the world is going to be thinking about what it means to be autistic. |
| | Narrator: | Now Sanjay arranges pop concerts with big celebrities in the name of autism. |
| | Sanjay: | Thank you so much. |
| 00:20:30 | Brooke: | I don't know Sanjay Shah, maybe he has some pure motives here to do good works. His strategy might be to make it less attractive for the government of Dubai to give him up to European or North American law enforcement. |
| | Narrator: | Sanjay Shah has also his own YouTube channel. Here he talks about how he is a good businessman. |
| | Sanjay: | I learned quite early in my trading life |
| 00:21:00 | Sajay: | making friends with people you do business with is a good way to be. Because then you blur the lines between dealing with a customer and dealing with a friend. I then blur the line between my social life and then my work life as well. I ended up making some very good friends with people who ended up doing business with me. |
| | SVENS NEW FRIEND | |
| 00:21:30 | Narrator: | Sometime after the first meeting Sven gets, according to himself, a different approach from the director in Sanjay Shah's company Syntax that previously had been in a meeting with him. |
| | Sven: | I was contacted by someone I considered to be the head of Syntax. |
| | Thomas: | And what does he ask you? |
| | Sven: | If we can meet up. Preferably he wanted to go out and eat together and then to taste some Danish beer to put it that way. |
| 00:22:00 | Sven: | We meet at the central station and walk up the block and enter a place where we eat lunch and have some beer. |
| | Thomas: | Where do you go to eat breakfast? |
| | Sven: | It was a restaurant names Kronborg. It is typical Danish, with good Danish food. |
| | Thomas: | Is it cozy? |
| | Sven: | Yes, indeed it is. |
| | Thomas: | You get draft beer and some schnapps. |
| | Sven: | Not schnapps, draft beer only. |
| 00:22:30 | Sven: | We walked up the street with multiple pitstops. To say it how it was. |
| | Thomas: | So it was a mouth-watering evening? |
| | Sven: | Yes, it was. |
| | | It happened two or three times. |
| | Thomas: | And who pays when you go for these trips into the city? |
| | Sven: | We took turns doing so, but I think I only ever paid once. |

7

Confidential                                                                                                                SKAT_MDL_001_00852686

| 00:23:00 | Thomas: | Did you ever consider that it was ethically irresponsible that you made such good friends with a man like him? Or was it because he was so financially interested that you treated him so well? |
|---|---|---|
| | Sven: | No, he did not receive any special treatment from our side. |
| | Thomas R: | With the explanation that has come from it, it looks like they have placed an agent in on the case in an attempt to infiltrate SKAT. |
| 00:23:30 | Thomas R: | Simply to get behind the lines of SKAT, create a relationship of trust with the people it concerns and to the person who can pay out the money so that they can be certain that they will be transferred. |
| | Narrator: | A researcher in London has tried to track down the CEO of Syntax, also on the previously known address, but they are no longer there. Even if they can see that the emails sent to them has been read through tracking, they received no reply. |
| | Thomas: | If you think back, why do you think he wanted to meet with you? |
| 00:24:00 | Sven: | That is a difficult question. |
| | | I don't know. |
| | | But at one point I did get the impression that he was trying to cheat me, or to cheat in some way. |
| 00:24:30 | Sven: | But of course, that is easy to say today, of course. |
| | Thomas: | If you, despite everything, turn out to be good friends with the one who turns out to be the CEO of Syntax. Then you can speculate if you actually did get some money from them. Is that the case? |
| | Sven: | No. That is not the case. |
| | Thomas: | You don't have any money in an offshore account somewhere outside of Denmark? |
| 00:25:00 | Sven: | No. |
| | Thomas: | Are you a well-mannered man? |
| | Sven: | No. |
| | WHITEWASHING | |
| 00:25:30 | Narrator: | In 2014 Sanjay Shah starts acquiring a row of former employees from Varengold Bank in Hamburg. It is now being investigated by German police. |
| | Carsten: | Yes, I can confirm that Mr. Shah is one of our suspects. |
| | Narrator: | 14 days after the fraud gets published in Denmark, in September 2015, |
| 00:26:00 | Narrator: | Sanjay Shah transfers 222 million euros from London to his newly purchased bank in Germany. |
| | Carsten: | This transfer is far from being normal, it is a very large amount of money. |
| | Thomas R: | After all, banks in Europe must report Comprehensive Directives, and if it is there is a suspicion of whitewashing. But if you own your own bank, you don't necessarily have to report this. |
| 00:26:30 | Carsten: | Those money has obviously been gained by a gigantic tax fraud in Denmark, and thus makes the money transfer that we are looking into an act of money laundering. |
| | Morten: | We've at ca 2,2 billion kroner that we have seized, and there is still a long way to go to find out how much we can get back into the Danish treasury. |
| | Thomas: | When will the Danes get their billions back? |
| | Morten: | I cannot set a specific date on that. |

8

MTK/143/10

Confidential                                                                                                       SKAT_MDL_001_00852687

| 00:27:00 | Morten: | But I can say that we're doing everything in our power to bring it home. |
|---|---|---|
| | MORE IN THE TRAP | |
| | Narrator: | Denmark is not the only country that refunds dividend tax. Several EU countries have similar arrangements. This also applies to Belgium. |
| | Niels: | I have gotten an email. |
| 00:27:30 | Niels: | Dear Niels, we have been a victim to the same fraud mechanism between 2012 and 2015. The same period as in Denmark. We have lost approximately 201 million euros. That mean a bit over 2 billion. This happened indirectly thanks to the fraud detection that has happened in Denmark. And then you start to warn and then you start to look at it, and then you find out that it has also happened in Belgium. |
| 00:28:00 | Niels: | And that just makes the story so much more significant. And that this story is so much bigger than we originally thought. |
| | Thomas: | Whatever we do, it will be breaking news. |
| | Reporter: | We start with the dividend tax scandal, where fraudsters have swindled SKAT out of more than 12 billion kroner. This case was discovered last year, and it is this man here, Sanjay Shah, that is suspected of being the main man behind it. Tonight, we can tell you that it is not just Denmark that has been affected by this. |
| 00:28:30 | Travel agent: | And I wish you a pleasant flight. |
| | Niels: | Thank you. |
| | Florence: | We discovered this in December 2015. I cannot enter into any details about how we discovered it, but |
| 00:29:00 | Florence: | it was also due to the fraud that happened in Denmark. The Belgium state has lost 201 million euros in that fraud. This is a huge amount. They are criminals. When you steal money from anybody, one person or the state, you're a criminal so that is how we see them. |
| 00:29:30 | Niels: | Hey. You're saying that in 2013 there was a trail where you let the money through, they managed to get money out. OK, it is believable that there is a connection. Maybe we can come to Norway as well and take a look at it. Thank you so much for your call. Bye. |
| 00:30:00 | Line: | When we got familiar with the swindle in Denmark, we immediately started our own investigation. What we learned after a thorough look through the cases was that we were affected by a case of fraud. It was a case from 2013 |
| 00:30:30 | Line: | In this case there was a pay out of 580 thousand Norwegian kroner. We also discovered that we have been attempted swindled, all in all 10 attempts, for a sum of 350 million Norwegian kroner |
| | EXPULSION | |
| 00:31:00 | Thomas: | You were still employed with SKAT the 31st of March. |
| | Sven: | Yes. |
| | Thomas: | What happens that day? |
| | Sven: | Yes, that is when I got a visit from the backyard police. They showed up with a warrant for my accommodation and took my computer and my phone. And then they took me in for questioning. They can't understand how I was alone about holding the meeting with them. But this I had explained to them before. |
| 00:31:30 | Sven: | That my manager was in Jylland and I was the only one left down in the basement there in the day division. While I am off, I get a letter from SKAT |

9

| | | |
|---|---|---|
| | | that I have been expelled. They simply write… They simply write that they have lost the trust in me and my work. This was not the end that I had wished for, that is 100% sure. |
| | Thomas: | Why do you think they have charged you? |
| 00:32:00 | Sven: | Maybe because they believe I have helped that guy, Shah, with making these refunds. |
| | Thomas: | Have you? |
| | Sven: | No. I don't even know him. |
| | Thomas: | Are you innocent? |
| | Sven: | Yes. Things tend to roll down. I don't know if I am allowed to say that shit rolls down, but that's the way it is. |
| | Thomas: | You have uncritically approved these refunds of 12,3 billion kroner. Do you bear any kind of responsibility? |
| 00:32:30 | Sven: | I do not think so. It sounds very drastic when you say 12,3 billion, but it happened over many years, and everything was according to the guidelines that SKAT had provided. |
| | Thomas: | The expelled employee tells us that shit rolls down, is that a fair image of his expulsion? |
| | Jim: | I cannot comment on the individual employees' condition, but it is the management that prioritizes what to prioritize. |
| 00:33:00 | Jim: | And this is a clear example of that there has been a period of which we in management has prioritized wrong. |
| | Thomas: | How did it go so wrong? |
| | Jim: | First of all, it is a scam. It is something that is done well outside of the boarders of the legislature. Well, we simply just haven't paid enough attention. We have not been hands on enough to be knowledgeable enough about this |
| | Thomas: | Why haven't you been hands on enough to get this knowledge? |
| | Jim: | Well, I think we all ask ourselves that now and this is just some of it which will of course be examined forward |
| 00:33:30 | Jim: | That over at least some of these years we didn't prioritize enough to this task and that is of course the managements responsibility that we haven't prioritized enough resources for this task. |
| | Thomas: | Why wasn't there even a simple monitoring of this area? |
| | Jim: | There is of course monitoring in all tax areas, but on this one there just wasn't enough monitoring, and it hasn't been detailed enough. |
| | Thomas: | We have spoken to the former head of department, Lisbeth Rømer, who says that she in fact have drawn attention to it several time. Why was it never intervened? |
| 00:34:00 | Jim: | Here it is obvious that until we came to 2013 that we had prioritized completely wrong. |
| | THE MAN IN THE GOLDEN CAGE | |
| | Narrator: | In over six years Sanjay Shah has now lived in Dubai. A place that make him unable, right now, to be extradited to Denmark. |
| | Henning: | What makes the case so difficult right now, is that he sits in Dubai, and we can't get to him. He is protected by Dubai. |
| 00:34:30 | Brooke: | In a place like Dubai, where there are no taxes, there is no such crime as tax fraud or tax evasion. So, if you can get yourself there, you can get your money there, you have obtained a sort of sanctuary. |
| | Niels: | We're going to the airport. Terminal 2. |
| | Narrator: | There is a new concert underway. That is why DR is going to Dubai. |
| 00:35:00 | Narrator: | To find and to ask Sanjay Shah how there can be no question of fraud. |

10

Confidential    SKAT_MDL_001_00852689

| | Thomas: | Here we go. |
|---|---|---|
| | Narrator: | It is tonight that Sanjay Shah will hold a concert in the name of autism. Stars like All Saints and Major Lazer will be performing in an area that is called Autism Rocks. |
| 00:35:30 | Narrator: | The theme of the concert is Halloween and the task of finding the right outfit is underway because no one can know that there are journalists and photographers from DR at this concert, whose only purpose is to get as close to Sanjay Shah as possible. |
| | Narrator: | They cannot bring any cameras or sound equipment. Therefor their equipment will only be ordinary mobile phones and hidden microphones that they hope nobody will discover. |
| 00:36:00 | Narrator: | People are flocking to the concert in the middle of the desert and the profits from the ticket sales will go to Sanjay Shah's charity, Autism Rocks. |
| | Narrator: | VIP tickets have been purchased to the concert, hoping to get VIP access to Sanjay Shah. But Sanjay Shah is not to be found. |
| 00:36:30 | Narrator: | When watching such video clips, where he hold concerts and throwing parties and so on, and apparently lives in luxury then you also have to be honest that seeing this is crazy offensive to the general sense of justice. After all, it unacceptable as citizens to sit and watch, as tax payers and to sit and watch.<br>Only after three hours is Sanjay discovered. He appears in an extra VIP gallery overlooking the whole arena. |
| 00:37:00 | Narrator: | A lodge also with extra security. The team splits. Sanjay Shah is no longer seen up in the gallery. Suddenly he is spotted on his way back from the toilet by the photographer. But by the time the journalists get there, he is again in the locked gallery. |
| | | Thomas Svaneborg tried his hand with the guard, but no luck. |
| 00:37:30 | Narrator: | And then, Sanjay Shah disappears. |
| | Thomas: | It was a hell of an experience. We were so close to get him, but then we just didn't get to him. I would not be disappointed if we hadn't been so close to him. And that was a damn shame. |
| | Henning: | Today of course you can do it for example he can say that he is at the golden cage. |
| 00:38:00 | Henning: | He lives a life that seems to be in luxury. He has plenty of money and he can easily cope. But he can't just go anywhere in the world. At that moment, when he starts to travel the Danish police will be notified that he has travelled. |
| 00:38:30 | Narrator: | The next day, the plan is to seek out Sanjay Shah at his luxury home. |
| | Thomas: | This is, of course, the Danish political enlightenment, and then Sanjay Shah lives on Palm C. |
| | Narrator: | Everywhere in Dubai there are guards at every gated community where only resident can enter, so the recordings are made in secret and without sound. But there is no way in. At every gate they are told that there is absolutely no entry allowed. |
| 00:39:00 | Narrator: | Now there is only one way in left. Through secret sources we have obtained Sanjay Shah's private phone number. |
| | Thomas: | Hello, my name is Thomas, is it Sanjay Shah? |
| | Sanjay: | Yes. |

11

| | | |
|---|---|---|
| | Thomas: | Hello, I am a journalist from Danish television. |
| 00:39:30 | Sanjay: | OK, hello. |
| | Thomas: | Hello hello. I have tried to get an interview with you, talking to Jack Irvine some weeks ago. |
| | Sanjay: | OK, so what I suggest you do, you speak to Jack Irvine, who is my PR-agent. |
| | Thomas: | Yeah. Sanjay, the matter is that I am in Dubai right now, so I would like to be able to meet with you. |
| | Sanjay: | Alright, well unfortunately that is not how it works. You need to speak to Jack Irvine. He is managing my public relations |
| 00:40:00 | Sanjay: | And it wouldn't be appropriate for you to be calling me on this number. |
| | Thomas: | But you know, it is very odd to talk to you through another man so I really would like to see you and talk. |
| | Sanjay: | OK well alright, I do understand your position, but I think you have to understand my position and as you could imagine, there are a lot of people that wants to speak to me. And this has to be managed through Jack Irvine. |
| 00:40:30 | Thomas: | But question, what is your relation with the Danish police? |
| | Sanjay: | Well, you know that I am not going to answer any of your questions, I'm sorry. So what I would urge you to do is call Jack Irvine. In the meantime I will send your number to him and see if he will take you in today even if it is the weekend. |
| | Thomas: | Yeah, so do you think there is a chance for… |
| | Sanjay: | Thank you, Thomas. You will have to speak with Jack. Thank you, bye. |
| | Thomas: | Bye. |
| 00:41:00 | Brooke: | In Dubai, there is no such crime as tax evasion. That means that if another country come to the Dubai government and says we have reasons to believe that one of your citizens or one of your residents is committing this criminal act of tax evasion in our country, the Dubai government can say, so? What do you want us to do about it? |
| | Henning: | I don't have the imagination to imagine that the suspect would be delivered to Denmark, based on how things are now. Since something has to happen, quite violently, |
| 00:41:30 | Henning: | that will make him fall out of favour in Dubai before we get to him. The prospect of getting the money back home to Denmark is after all equally inferior. |
| | Thomas: | Sanjay, he lives in Dubai. He holds concerts. He lives the sweet life. How do you feel about it? |
| | Sven: | This is the first time I am hearing of this. He lives the sweet life down there and holding concerts and stuff. |
| 00:42:00 | Sven: | I can only say that that annoys me. |
| | Thomas: | The amount of 12,3 billion kroner, what do you think of that? The swindle, the tax fraud for 12,3 billion kroner. |
| | Sven: | It's big. |
| | Thomas: | Isn't it more than that? |
| | Sven: | Well, what more can I say? |

12