**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION

This document relates to all cases.

MASTER DOCKET

18-md-2865 (LAK)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that J. Scott Sanders II of the law firm Hughes Hubbard & Reed LLP hereby appears on behalf of plaintiff Skatteforvaltningen, the Customs and Tax Administration of the Kingdom of Denmark.  The undersigned hereby certifies that he is admitted to practice in this Court.

Dated: New York, New York
       January 6, 2025

HUGHES HUBBARD & REED LLP

By: /s/ J. Scott Sanders II
    J. Scott Sanders II
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6153
scott.sanders@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*