# Exhibit 1

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 1

1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF NEW YORK

3        _____
                                        )
4                                       )
          In re                         )
5                                       )
          CUSTOMS AND TAX ADMINISTRATION )   MASTER DOCKET
6         OF THE KINGDOM OF DENMARK     )   18-MD-2865 (LAK)
          (SKATTEFORVALTNINGEN) TAX     )
7         REFUND SCHEME LITIGATION      )
                                        )
8         This document relates         )
          To:   All cases               )
9        _____)

10

11

12                    C O N F I D E N T I A L

13

14

15                    VIDEO DEPOSITION OF
                         LISBETH ROMER
16                    Copenhagen, Denmark
                    Thursday, June 3, 2021
17                    10:00 a.m.   (CEST)

18

19                        Taken at:
                    Offices of Poul Schmith
20         Kammeradvokaten, Kalvebod Brygge 32,
                  1560 Copenhagen V, Denmark
21                And WebEx via New York

22

23

24

25    Reported by:  FREDERICK WEISS, CSR, CM

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 14

| | | |
|---|---|---|
| 10:09:18 | 1 | of DC. |
| 10:09:18 | 2 | At this time, will the reporter, |
| 10:09:20 | 3 | Frederick Weiss, on behalf of Gregory Edwards LLC, |
| 10:09:24 | 4 | please swear in the interpreter and the witness. |
| | 5 | WHEREUPON -- |
| | 6 | KIRSTEN FOLLIN, INTERPRETER |
| | 7 | Affirmed that she would translate, to the best of |
| | 8 | her knowledge and ability from the English |
| | 9 | language to the Danish language and from the |
| | 10 | Danish language to the English language. |
| | 11 | |
| 10:08:50 | 12 | LISBETH ROMER, |
| 10:08:50 | 13 | Called as a Witness herein by counsel for |
| 10:08:50 | 14 | Defendant Azalea, et al., having been first duly |
| 10:08:50 | 15 | sworn, was examined and testified as follows: |
| 10:10:11 | 16 | EXAMINATION |
| 10:10:11 | 17 | BY MS. MCCARTHY: |
| 10:10:12 | 18 | Q.   Good morning, Ms. Romer. |
| 10:10:14 | 19 | A.   Good morning. |
| 10:10:14 | 20 | Q.   My name is Sharon McCarthy and I |
| 10:10:17 | 21 | will be asking you questions on behalf of the |
| 10:10:19 | 22 | defendants in this litigation today. |
| 10:10:29 | 23 | You understand English, correct? |
| 10:10:32 | 24 | A.   Yes. |
| 10:10:32 | 25 | Q.   Are you comfortable answering my |

CONFIDENTIAL
Lisbeth Romer - June 3, 2021

Page 221

| | | |
|---|---|---|
| 04:57:58 | 1 | Q. In your view, was the Accounts II |
| 04:58:04 | 2 | team a hard-working team? |
| 04:58:05 | 3 | A. Yes. |
| 04:58:06 | 4 | Q. Okay. Did you believe that the |
| 04:58:07 | 5 | team that you had working in Accounts II was |
| 04:58:12 | 6 | competent at their jobs? |
| 04:58:13 | 7 | A. Yeah, at what they did. But maybe |
| 04:58:19 | 8 | limited to do what they did. |
| 04:58:21 | 9 | Q. Okay. Was Sven Nielsen a hard |
| 04:58:28 | 10 | working employee? |
| 04:58:29 | 11 | A. Yes. |
| 04:58:29 | 12 | Q. And did you believe him to be a |
| 04:58:32 | 13 | competent employee? |
| 04:58:33 | 14 | A. Very competent. |
| 04:58:34 | 15 | Q. Okay. As the leader of that team, |
| 04:58:37 | 16 | if you had believed that a reclaim application |
| 04:58:40 | 17 | that was received was fraudulent, would you have |
| 04:58:42 | 18 | looked the other way and allowed the claim to be |
| 04:58:45 | 19 | processed? |
| 04:58:46 | 20 | A. Never. |
| 04:58:47 | 21 | Q. As the leader of that team over the |
| 04:58:49 | 22 | years, do you believe that any of the employees on |
| 04:58:52 | 23 | the team would have processed reclaims that he or |
| 04:58:56 | 24 | she believed were fraudulent? |
| 04:58:58 | 25 | A. Until the opposite was proven, I |