# Exhibit 3

CONFIDENTIAL
Dorthe Pannerup Madsen - September 30, 2021

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
 2                MASTER DOCKET 18-MD-2865(LAK)

 3

    _____
 4                                          )
    IN RE:                                  )
 5                                          )
    CUSTOMS AND TAX ADMINISTRATION OF       )
 6  THE KINGDOM OF DENMARK                  )
    (SKATTEFORVALTNINGEN) TAX REFUND        )
 7  SCHEME LITIGATION                       )
                                            )
 8  _____)

 9

10

11

12              C O N F I D E N T I A L

13

14

15              VIDEO DEPOSITION OF

16              DORTHE PANNERUP MADSEN

17              Copenhagen, Denmark

18           Thursday, September 30, 2021

19

20

21

22

23

24

25       Reported by: CHRISTINE MYERLY
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

```
 1              THE VIDEOGRAPHER:  We are now on record.
 2   This is the remote video recorded deposition of
 3   Dorthe Pannerup Madsen.  Today is Thursday,
 4   September 30th, 2021.  The time is 5:59 a.m. New
 5   York time.  We are here in the matter of in re
 6   Customs and Tax Administration of the Kingdom of
 7   Denmark, et al.  All counsel have been noted on
 8   record.
 9              My name is Jose Rivera, remote video
10   technician on behalf of Gregory Edwards, LLC.  At
11   this time will the court reporter, Christine Myerly,
12   also on behalf of Gregory Edwards, LLC, please swear
13   in the witness and the interpreter.
14                   (Witness was sworn.)
15                   (Interpreter was sworn.)
16                   EXAMINATION
17   BY MR. DULBERG:
18         Q      Good afternoon.  My name is Andrew
19   Dulberg, and I represent some United States pension
20   plans and their trustees and beneficiaries in
21   litigation brought by SKAT in the United States.
22              THE INTERPRETER:  One second, Andrew.
23         Q      Can you please state your name for
24   the record?
25              THE WITNESS:  Dorthe Pannerup Madsen.
```

CONFIDENTIAL
Dorthe Pannerup Madsen — September 30, 2021

Page 148

```
 1              Q       You testified earlier today that

 2      your unit did not always have as many personnel as

 3      it wanted?

 4              A       Yes.

 5              Q       Did Mr. Nielsen ever tell you that

 6      as a result of lack of personnel or resources he was

 7      unable to perform the required controls when he was

 8      reviewing dividend withholding tax refund

 9      applications?

10              MR. DULBERG:  Objection to form.

11              A       He never made those kinds of

12      statements.

13      BY MR. OXFORD:

14              Q       Okay.  You mentioned a few times

15      that there were some budget cuts in SKAT.  Did those

16      SKAT budget cuts have any effect on Mr. Nielsen's

17      diligence?

18              MR. DULBERG:  Objection.

19              A       No.

20      BY MR. OXFORD:

21              Q       Did Mr. Nielsen and his team ever

22      reject applications because they failed SKAT's

23      controls; for example, the applicant didn't provide

24      the required documentation?

25              MR. DULBERG:  Objection.
```