# Exhibit 4

CONFIDENTIAL
Christian Ekstrand - May 7, 2021

Page 183

```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF NEW YORK
2                    MASTER DOCKET 18-MD-2865(LAK)
                        CASE NO. 18-CV-09797
3
   _____
4                                         )
   IN RE:                                 )
5                                         )
   CUSTOMS AND TAX ADMINISTRATION OF      )
6  THE KINGDOM OF DENMARK                 )
   (SKATTEFORVALTNINGEN) TAX REFUND       )
7  SCHEME LITIGATION                      )
                                          )
8  _____)
9
10
11
12      ************************************
        *                                  *
13      *            CONFIDENTIAL          *
        *                                  *
14      ************************************
15
16
17      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
18                    EXAMINATION OF
19            CHRISTIAN EKSTRAND - VOLUME II
20                 DATE: May 7, 2021
21
22
23
24
25     REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

CONFIDENTIAL
Christian Ekstrand - May 7, 2021

Page 194

| | |
|---|---|
| 1 | VIDEO OPERATOR:  We are now on |
| 2 | record.  This is the continued remote video |
| 3 | deposition of Christian Ekstrand. |
| 4 | Today is Friday, May 7, 2020.  The |
| 5 | time is now 6:01 a.m. New York time. |
| 6 | We are here in the matter of In Re |
| 7 | Custom and Tax Administration Kingdom of |
| 8 | Denmark et al.  All counsel have been noted |
| 9 | on record. |
| 10 | My name is Jose Rivera, remote |
| 11 | video technician on behalf of Gregory Edwards |
| 12 | LLC.  At this time, will the reporter, |
| 13 | Charlene Friedman, on behalf of Gregory |
| 14 | Edwards LLC, please re-swear in the |
| 15 | interpreter and the witness. |
| 16 | |
| 17 | I N G D R   G R E G E R S E N, |
| 18 | Called as the official interpreter in |
| 19 | this action, was duly sworn to faithfully translate |
| 20 | the questions to the witness from English to |
| 21 | Danish, and the answers from Danish to English. |
| 22 | |
| 23 | C H R I S T I A N  E K S T R A N D, |
| 24 | called as a witness, having been first duly |
| 25 | sworn according to law, testifies as follows: |

CONFIDENTIAL
Christian Ekstrand - May 7, 2021

Page 204

```
1    case altogether, starting up a case.
2         Q    Do you -- at this point in time, do
3    you have any understanding of where within
4    SKAT the dividend withholding tax processing
5    unit lies?
6              MR. WEINSTEIN:  Objection to form.
7         A    No, at the time, I didn't know
8    precisely which department holds dividend
9    withholding tax reclaims.
10        Q    And at some point did you learn it
11   was Accounting 2?
12        A    Yes.  In connection with my
13   investigation, I found out how this is
14   processed.  And we have a list of tasks for
15   that purpose where you can look at the tasks,
16   the handle in the Tax Administration, all
17   together.
18             I do that and I find a person's
19   name, Sven Neilsen.  So I sent him an e-mail
20   and tell him that I need some information.
21        Q    Do you recall when you e-mailed
22   Sven Neilsen?
23        A    I'm not quite certain, but I think
24   it's the 24th June.
25        Q    Okay.  What steps do you take, if
```

CONFIDENTIAL
Christian Ekstrand - May 7, 2021

Page 213

```
1     you to Sven Neilsen at the bottom.
2              Do you see that?
3         A    Yes.
4         Q    And so, on June 24, 2015, you asked
5     him for information about procedure for
6     payment, document requirements, and so on.
7              Do you see that?
8         A    Yes.
9         Q    What did you learn between June
10    17th and June 24th that led you to make the
11    specific request for procedures for payment
12    and documentation requirements?
13        A    Well, I find out nothing -- I
14    couldn't find any documents or records, so we
15    reached out to the department involved or the
16    unit involved.
17        Q    Had you asked anyone between the
18    17th and the 24th for information about the
19    specific companies mentioned in Mr. Amstrup's
20    e-mail?
21        A    No, I didn't ask anybody, but I was
22    doing my own investigations to verify the
23    information.
24        Q    And they turned up no information,
25    correct?
```

```
 1         A    Yeah, that's correct.  I couldn't
 2    find any.
 3         Q    It appears that Mr. Nielsen doesn't
 4    respond to your e-mail or hasn't responded to
 5    your e-mail by July 31st.
 6              Is that right?
 7         A    Yes, that's correct.
 8         Q    Does anything happen in the
 9    investigation between June 24th and
10    July 31st?
11         A    I tried to contact him a couple of
12    times on the phone, as far as I remember, and
13    leave messages for him asking him to call me
14    back, but he didn't.
15              And as far as I remember, it's
16    during the summer vacation period.
17         Q    So apart from repeatedly trying to
18    contact Sven Neilsen, do you do anything with
19    respect to this investigation between June
20    24th and July 31st?
21         A    Not as far as I remember.
22         Q    Are you aware of anything anyone
23    else did between June 24th and July 31st with
24    respect to this investigation?
25         A    No.
```

CONFIDENTIAL
Christian Ekstrand - May 7, 2021

Page 215

1     Q    If you turn to Exhibit 3066?
2          (Above-mentioned document marked
3     for Identification.)
4     Q    This looks like a calendar invite
5     from August 3, 2015 from Dorthe Pannerup
6     Madsen.
7          Do you see that?
8     A    Yes, that's correct.
9     Q    Prior to this communication from
10    Ms. Madsen, had you spoken with her about
11    this case?
12    A    Yes, I did talk to her before
13    the -- this calendar invitation.
14    Q    When did you talk to her?  Oh, I
15    apologize.  Please go ahead.
16    A    As I cannot get hold of Sven and I
17    cannot get any answers from the unit, the
18    next step is to contact or approach their
19    department manager.
20    Q    And so did you do that between
21    July 31st when we saw the last e-mail to Sven
22    and August 3rd?
23    A    At least that's what I remember,
24    yes.  But there are timelines in the case
25    where it can be looked up exactly what dates

CONFIDENTIAL
Christian Ekstrand - May 7, 2021

Page 216

1    were involved.
2        Q    Is there any reason you didn't
3    contact Ms. Madsen sooner?
4        A    Normally, the employees contact
5    people at their own level and don't
6    communicate that up to the superiors.  But
7    unless I can't get hold of the employee or
8    can't get information, my only solution is to
9    contact the superior.
10       Q    CC'd on this e-mail is a woman
11   named Jeanette Neilsen.
12            Who is she?
13       A    As far as I remember, Jeanette
14   Neilsen was, at the time, the process owner
15   at the time, and she was invited to the
16   meeting by Dorthe Pannerup.
17       Q    What process did she own?
18       A    Dividend tax.
19            MR. WEINSTEIN:  Alan, whenever it's
20   convenient, Madam Interpreter has asked for a
21   break.
22            MR. SCHOENFELD:  Sure.  Why don't
23   we take a break now?
24            VIDEO OPERATOR:  Stand by.  The
25   time is 7:00 a.m. New York time and we're

1    process.
2         Q    So we talked earlier this morning
3    about the series of events in the summer of
4    2015 where you learned about allegations that
5    a fraud was being perpetrated on SKAT.
6         A    Correct.
7         Q    And so, I think where we left
8    things was at the August 6, 2015 meeting that
9    Dorthe Pannerup convened.
10            Can you explain to me what happened
11    after that meeting with respect to the
12    decision to stop paying reclaims?
13        A    No, I can't explain because that
14    process was out of my hands.  This was solely
15    a process handled by Dorthe.
16            My focus was on the -- was on the
17    fraud perpetrated.
18        Q    So explain to me how you began to
19    investigate the fraud?
20        A    So, after the meeting, I went with
21    Sven Neilsen to his office.  I asked him to
22    show me system 3S.
23            I asked him to check -- make some
24    random pension plan names that I had brought
25    with me.  And we discovered hits for these

1    companies, that payments had been made to
2    these companies.
3            I asked him to find the relevant
4    applications.  And that way, we could work
5    our way to locating a substantial number of
6    applications that had been made in connection
7    with the company in question.
8            And then a more extensive
9    verification process began, because by that
10   time, we had a list of -- as far as I
11   remember, 180 names, and lists we had
12   received from the U.K. authorities.
13           And so we did various searches with
14   these -- on these names and found various
15   material pertaining to them, in order
16   to -- in order to calculate the amount that
17   we had paid out to these various pension
18   plans.
19      Q    Did you make any factual
20   determinations as to how these pension plans
21   had perpetrated the fraud on SKAT?
22      A    So, no.  What this was about was
23   establishing the amount in total that had
24   been paid out, and to collect the relevant
25   material supporting this, and send everything