# Exhibit 5



London

This is to certify that the attached document is, to the best of my knowledge and belief a true, accurate and complete translation from Danish into English of the attached emails with Bates No. SKAT_MDL_001_00680746 et seq.

Yours sincerely,

Andrzej Orville

Senior Project Manager

Saturday, December 28, 2024

Consortra Translations Ltd
Rex House,
4-12 Regent Street
London
SW1Y 4RG
UK

# Christian Baden Ekstrand

| | |
|---|---|
| **From:** | Birgitte Grevy |
| **Sent:** | June 30, 2015, 09:49 am |
| **To:** | Nielsen |
| **Cc:** | Christian Baden Ekstrand |
| **Subject:** | FW: Recovery dividend tax |

Hello Sven

Please contact Christian Ekstrand.

  Best regards

  Birgitte Grevy



[illegible]


**From**: Christian Baden Ekstrand
**Sent**: June 30, 2015, 08:50 am
**To**: Birgitte Normann Grevy
**Subject**: Recovery of dividend tax

Hi Birgitte

I have tried to contact Sven Nielsen without success and Jette Knudsen has referred me to you.

I have received a case regarding the recovery of dividend tax. In this context, I need some information about our payment procedure, documentation requirements, etc.

Do you have the opportunity to devote half an hour to a talk about this? - If not, do you know who I can talk to?
  Best regards

  Christian Baden Ekstrand



**Special Control**
Special Control 3

1

## Christian Baden Ekstrand

| | |
|---|---|
| **Fra:** | Birgitte Normann Grevy |
| **Sendt:** | 30. juni 2015 09:49 |
| **Til:** | Sven Nielsen |
| **Cc:** | Christian Baden Ekstrand |
| **Emne:** | VS: Tilbagesøgning udbytteskat |

Hej Sven

Vil du venligst tage kontakt til Christian Ekstrand.

Med venlig hilsen

Birgitte Normann Grevy



Betaling og Regnskab
SAP 38
Helgeshøj Allé 49-55, 2630 Taastrup

E-mail: Birgitte.Grevy@skat.dk
Telefon: (+45) 72 37 09 85

---

**Fra:** Christian Baden Ekstrand
**Sendt:** 30. juni 2015 08:50
**Til:** Birgitte Normann Grevy
**Emne:** Tilbagesøgning udbytteskat

Hej Birgitte

Jeg har forsøgt at kontakte Sven Nielsen uden held og Jette Knudsen henviser til dig

Jeg har modtaget en sag vedr. tilbagesøgning af udbytte skat. I den forbindelse har jeg brug for lidt oplysninger om vores procedure for udbetaling, dokumentationskrav m.m

Har du mulighed for at afsætte en halv times tid til en snak om dette? – Hvis ikke ved du måske hvem jeg skal tale med?

Med venlig hilsen

Christian Baden Ekstrand



Særlige Kontrol
Særlig Kontrol 3

1

Highly Confidential Pursuant to Protective Order