

# WilmerHale

January 6, 2025

**Andrew Scott Dulberg**

+1 617 526 6352 (t)
+1 617 526 5000 (f)
andrew.dulberg@wilmerhale.com

**VIA ECF AND COURIER**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation, No. 18-md-02865-LAK (S.D.N.Y.)

Dear Judge Kaplan,

Defendant Jocelyn Markowitz respectfully requests leave from this Court to permit that she bring her cellphone into the courthouse and leave it with a team member outside of the courtroom. Mrs. Markowitz is the sole caretaker for her 96-year old mother, and would like to have someone available to check her cellphone and alert her in case of emergencies.

We are confident that with Your Honor's approval, Mrs. Markowitz can achieve her goal of remaining directly reachable by her mother while complying with the rule that no cell phones be permitted in the courtroom. If allowed, Mrs. Markowitz would maintain the phone muted and in the possession of a team member outside of the courtroom, with no disruption to the proceedings.

We thank the Court for its attention to this matter.

Respectfully submitted,

Andrew S. Dulberg

Cc: All counsel of record (via ECF)

*Granted*
SO ORDERED
LEWIS A. KAPLAN, USDJ
1/7/25

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington