UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION

This document relates to all cases.

MASTER DOCKET

18-md-2865 (LAK)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Debbie Placid of the law firm Hughes Hubbard & Reed LLP hereby appears on behalf of plaintiff Skatteforvaltningen, the Customs and Tax Administration of the Kingdom of Denmark. The undersigned hereby certifies that she is admitted to practice in this Court.

Dated: New York, New York
       January 6, 2025

HUGHES HUBBARD & REED LLP

By: /s/ Debbie Placid
    Debbie Placid
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004-1482
    Telephone: (212) 837-6256
    debbie.placid@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*