**D CUUNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to case nos.:<br><br>19-cv-01785; 19-cv-01867; 19-cv-01893; 19-cv-01781; 19-cv-01783; 19-cv-01866; 19-cv-01895; 19-cv-01794; 19-cv-01865; 19-cv-01904; 19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800; 19-cv-01788; 19-cv-01870; 19-cv-01791; 19-cv-01792; 19-cv-01928; 19-cv-01926; 19-cv-01868; 19-cv-01929; 19-cv-01803; 19-cv-01806; 19-cv-01906; 19-cv-01801; 19-cv-01894; 19-cv-01808; 19-cv-01810; 19-cv-01809; 18-cv-04833; 19-cv-01911; 19-cv-01898; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813; 19-cv-01930; 19-cv-01815; 19-cv-01818; 19-cv-01931; 19-cv-01918; 19-cv-01873; 19-cv-01924; 19-cv-10713. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**DECLARATION OF MARC A. WEINSTEIN IN**
**SUPPORT OF PLAINTIFF SKATTEFORVALTNINGEN'S**
**OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EVIDENCE AND**
**ARGUMENT CONCERNING ALLEGED PENSION PLAN MISREPRESENTATIONS**

I, Marc A. Weinstein, an attorney duly admitted to practice law before the courts of the State of New York, hereby declare under penalty of perjury:

1. I am a partner at Hughes Hubbard & Reed LLP, counsel for Plaintiff Skatteforvaltningen ("SKAT") in these actions. I am fully familiar with the matters set forth in this declaration.

2

2. I submit this declaration in support of SKAT's Opposition to Defendants' Motion to Exclude Evidence and Argument Concerning Alleged Pension Plan Misrepresentations.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the transcript of the trial in this action, dated January 7, 2025.

4. Attached hereto as Exhibit 2 is a true and correct copy of Bates-stamped document WH_MDL_00297405 (marked as trial exhibit PX2).

I, MARC A. WEINSTEIN, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 9, 2025

/s/ Marc A. Weinstein
Marc A. Weinstein