# Exhibit 2





# About Rigsrevisionen

We support the Danish parliament in holding government to account by examining whether laws and policies made by the parliament are implemented. We are particularly concerned with areas where public money is not spent wisely, or politically agreed measures or services are not provided as intended.

Rigsrevisionen holds a unique position in the Danish society. Our mandate gives us unrestricted access to all the information and data we need across the public sector.

Rigsrevisionen's approx. 300 employees are dedicated to ensuring that public funds are administered efficiently, effectively and with economy.

Rigsrevisionen is headed by an Auditor General whose responsibilities and tasks are governed by the [Auditor General Act](#).



DEFENDANTS'
EXHIBIT
DX6005
Case No:18-MD-2865 (LAK)

## Organisation

The Auditor General heads Rigsrevisionen assisted by a Board of Directors. The organisation is divided into 3 divisions and 18 units.

## Advisory board

The members of Rigsrevisionen's advisory board serve as a sounding board to the Auditor General.

## Annual report and accounts

The report includes our financial statements and a brief description of our activities, production, performance and expectations for the coming year.

## International activities

Participating in various forums with colleagues from all over the world is an important source of learning and inspiration for us.

## History and background

Rigsrevisionen was established in its current form on 1 January 1976, but the task of the Public Accounts Committee was first described in Denmark's Constitution of 1849.

## Peer review of Rigsrevisionen

An international team of colleagues has assessed specific areas of Rigsrevisionen.

# Strategy 2023-2027

The strategy will guide our work and reflects our priorities over a five-year period.

**More about our strategy**