# Exhibit 8



London

This is to certify that the attached document is, to the best of my knowledge and belief a true, accurate and complete translation from Danish into English of the attached Note with Bates Nos. SKAT_MDL_001_00432034-SKAT_MDL_001_00432037.

Yours sincerely,

Andrzej Orville

Senior Project Manager

Friday, January 03, 2025

Consortra Translations Ltd
Rex House,
4-12 Regent Street
London
SW1Y 4RG
UK

DEFENDANTS'
EXHIBIT
DX5466-T
Case No:18-MD-2865 (LAK)

London, UK | New York, NY | Washington DC | Houston, TX | San Francisco, CA | Hong Kong



**Notat**

SK-3

Kratbjerg 236
3480 Fredensborg

Telefon 72 22 18 18
E-mail via www.skat.dk/kontakt
www.skat.dk

8. januar 2016

SØIK

### Operation Reclaim - bemærkninger til refusion af udbytteskat på A.P. Møller aktier

SKAT har på foranledning af SØIK lavet en undersøgelse vedrørende A.P. Møller aktier, af hvor stor en del af tilbagesøgningsbeløbet for 2014 (vedrører regnskabsåret 2013) der kan henføres til disse aktier antalsmæssigt og beløbsmæssigt. Der skal henvises til **Bilag 1** – *Analyse af udbyttedata - AP Møller Mærsk 2014*.

Til brug for analysen er der taget udgangspunkt i følgende materiale:

- Oplysninger fra VP Securities vedrørende depotbeholdningen pr. 31/3 2014 for A.P. Møller Aktier, på baggrund af oplysninger udarbejdet af VP den 22/12 2015 (regneark fra VP). Der henvises til **Bilag 2** – *Afstemninger og databehandling af VP Securities oplysninger*, samt **Bilag 7 og 8** – *Data fra VP Secirities APM Afkast - 201404 A og APM Afkast - 201404 B*.
- AP Møller Mærsk egne udbytteangivelser indberettet til SKATs selskabs – og Fondsbeskatningssystem (3S), jævnfør **Bilag 3** - *Udbytteangivelser APM Mærsk*.
- Udtræk fra System 3S vedrørende tilbagesøgt og refunderet udbytte for indkomstårene 2012-2014 (2013-2015) for selskaber omfattet af Operation Reclaim, jævnfør **Bilag 4** – *Datagrundlag APM 2014* og **Bilag 5** – *APM 2011-2014 Refunderet udbytteskat 3S*.
- **Bilag 6**, *Regnearksordningen AP Møller 2014*, indeholder ansøgninger om refusion af udbytteskatter via Regnearksordningen fra Nordea, Danske Bank og SEB. Beløbsmæssigt er disse af underordnet betydning, hvorfor der ikke er taget højde for dem i opgørelserne.

Analysen vedrører udelukkende refunderet udbytteskat efter sats 1 - 27 % tilbageholdt udbytteskat og er udarbejdet på det foreliggende grundlag.

Bemærkninger til data fra VP Securities.

SØIK har modtaget oplysninger fra VP Securities (rådata) pr. 22/12 2015 vedrørende fordelingen af udbytte deklareret 31. marts 2014 for A.P. Møller Mærsk (A-aktier og B-aktier). Der er modtaget regneark vedrørende fordelingen af udbytte på henholdsvis danske og udenlandske aktionærer, med fordeling af aktiebeholdninger og udbytteklasser.

Af de modtagne data fremgår følgende væsentlige oplysninger:

| KL | Bank |
|---|---|
| VP Kontonr | Depot |

Side [ PAGE ] / [ NUMPAGES ]

| ISIN | Aktie |
|---|---|
| BASIS | Antal aktier (stk.) |
| Brutto/netto | Udbyttebeløb |
| PCT | Tilbageholdelsesprocent 0, 15, 22 eller 27 % |
| ISOAPP | Landekode på udbyttetidspunktet |
| ID | Person eller Cvrnr. |
| Kontonavn | Investornavn |
| ISO | Landekode |

Af udtræk fra ovennævnte data kan fordelingen opgøres således:

A.P. Møller Mærsk aktier på udenlandske hænder, hvoraf der maksimalt kan tilbagesøges 27 % udbytteskat, samt aktier ejet af danske personer/selskaber, hvor der er tilbageholdt 27 % udbytteskat (201404 A og 201404 B fra VP Securities)

| Pr. ISIN DK0010244425 A-aktier | Antal aktier | Nominel beholdning |
|---|---:|---:|
| Andel ejet danske personer (udbytteskat 27%) | 227.820 | 227.820.000 |
| Andel ejet af udlændinge (udbytteskat 27%) | 216.864 | 216.864.000 |
|  |  |  |
| Pr. ISIN DK0010244508 B-aktier | Antal aktier | Nominel beholdning |
| Andel ejet danske personer (udbytteskat 27%) | 210.575 | 201.575.000 |
| Andel ejet af udlændinge (udbytteskat 27%) | 859.933 | 859.933.000 |
|  |  |  |

- Det bemærkes at der ifølge oplysninger fra VP kan henføres 23.943 stk. (27 %) A-aktier til antallet, som indgår i VP's opgørelse af "danske aktionærer" men med ISO kode forskellig fra DK (201404 A fra VP Securities). Disse er medtaget i opgørelsen af antal aktier ovenfor.
- Det bemærkes at der ifølge oplysninger fra VP kan henføres 57.637 stk. (27 %) B-aktier til antallet, som indgår i VP's opgørelse af "danske aktionærer" men med ISO kode forskellig fra DK (201404 B fra VP Securities). Disse er medtaget i opgørelsen af antal aktier ovenfor.

Bemærkninger til bilag 1.

Selskaberne har via deres indberetning af udbytte tilkendegivet hvilke udbyttesatser det samlede udbytte skal opdeles i og beskattes efter. SKAT har ved gennemgangen ikke fundet anledning til at anfægte dette.

Vedrørende opdeling af udbytte i og beskatning af de enkelte klasser henvises til notat fra SKAT HR og Stab Jura – " **Skattereglerne om udbytte, dobbeltbeskatning, refusion, udlån af aktier og cum/ex**" af 15. september 2015.

Den vedlagte oversigt "*Analyse udbyttedata A.P. Møller Mærsk 2014*" indeholder oplysninger om:

| Grøn markering | *Selskabets egne indtastninger, vedr. udbytte og udbytteskat samlet* |
| Orange Markering | *Selskabets egne indtastninger, fordeling af udbytte og udbytteskat stats 1 - 27 %* |
| Gul Markering | *Den samlede tilbagesøgte og refunderede udbytteskat ifølge udtræk fra SKATs system 3S* |
| Lyserød Markering | *For indkomstårene 2011-2012 er der anvendt samme procenter som oplyst fra VP pr. 31/3 2014, jævnfør data fra VP Securities* |
| Blå Markering | *Samlet tilbagesøgning og refusion til selskaber omfattet af Operation Reclaim* |

Side [ PAGE ] / [ NUMPAGES ]

Bemærkninger til Analysen A.P. Møller Mærsk 2014

Af oversigten fremgår det, at der i 2014, er der indeholdt i alt kr. 793.289.973 i udbytteskat (vedrørende 2013). På baggrund af de foreliggende oplysninger, kan der maksimalt tilbagesøges kr. 572.821.767 (svarende til den samlede indbetalte udbytteskat, med satsen 27 %).
Af oplysninger fra VP, kan andelen af udenlandske aktionærer opgøres til 71,07 % for Sats 1 – 27%.

Der kan herefter <u>alene</u> tilbagesøges er beløb svarende til <u>kr. 407.104.430</u>.

Det bemærkes at de i "Operation Reclaim" omfattede selskaber har tilbagesøgt 644.407.974/871.456.326 svarende til 73,95 % af den samlede tilbagesøgte og refunderede udbytteskat (Orange fane).
Selskaberne i Operation Reclaim har tilbagesøgt 644.407.974/407.104.430, svarende til 158 % af beløbet der kan henføres til udenlandske aktionærer.

Det fremgår af ovenstående, at det maksimale antal aktier (danske og udenlandske) der ifølge VP kan tilbagesøges udbytteskat (27%) på, udgør <u>444.684 stk. A-aktier</u>, jf. **Bilag 1 -** – *Analyse af udbyttedata - AP Møller Mærsk 2014*. Heraf udgør andelen af udenlandske A-aktier i alt <u>216.864 stk.</u>

Af vedlagte regneark med tilhørende bilagshenvisninger fremgår det, at selskaberne fra Operation Reclaim har tilbagesøgt udbytteskat vedrørende i alt 829.385 stk. A-aktier eller 612.521 stk. mere end det samlede antal der skulle være på udenlandske hænder. **Bilag 4** – *Datagrundlag APM 2014*. Selskaber omfattet af Operation Reclaim har således tilbagesøg udbytteskatter på næsten 4 gange så mange A-aktier, end der kan henføres til udlandet jf. oplysninger fra VP Securites. Endvidere har selskaberne tilbagesøgt på 384.701 stk. A-aktier mere end der er på såvel danske som udenlandske hænder med satsen 27%.

Selskaberne omfatter de oprindelige selskaber fra SKATs anmeldelse til SØIK samt efteranmeldelse, hvor det ses at costodians omfattet af Operation Reclaim, Old Park, Telesto, Solo og West Point optræder i ansøgninger.

Selskaberne i Operation Reclaim har søgt udbytteskat tilbage på i alt 875.398 stk. B-aktier. Det samlede antal B-aktier på udenlandske hænder udgør ifølge VP Securities 859.933 stk. Der er således i alt tilbagesøgt udbytteskat vedrørende 102 % af alle B-aktier ejet af udlændinge, dvs. samtlige B-aktier som skulle være på udenlandske hænder.

Samlet skulle ovennævnte selskaber have fået udbytter fra AP Møller Mærsk for godt 2,86 mia. kr. i marts/april 2014. Der skal henvises til vedlagte **Bilag 1** – *Analyse af udbyttedata - AP Møller Mærsk 2014*. Ifølge oplysningerne fra VP Securities kan der i alt henføres 1.515.192 aktier til udlandet (sats 1 – 27 %), mens Operation Reclaim selskaberne ifølge deres refusionsanmodninger skulle have været i besiddelse af 1.704.783 stk. AP Møller aktier.

SKAT har endvidere konstateret, at der i indkomståret 2014 i alt er tilbagesøgt kr. 871.456.326.
Af beløbet kan kr. 772.386.930 mio. henføres til selskaber beliggende i USA eller Malaysia. For selskaber beliggende i Malaysia er der alene tilbagesøgt fra selskaber omfattet af "operation Reclaim".

*) det bemærkes at antallet af tilbagesøgte A/B-aktier stort set er identiske.


Christian Ekstrand/John Christiansen
Særlig Kontrol 3

Confidential Pursuant to Protective Order

SKAT_MDL_001_00432036

DX5466-T, page 4 of 9

Confidential Pursuant to Protective Order                          SKAT_MDL_001_00432037



|  |  |
|---|---|
| SØIK | **Note** |
|  | **SK-3** |
|  | Kratbjerg 236 |
|  | 3480 Fredensborg |
|  | **Telephone 72 22 18 18** |
|  | **Email via www.skat.dk/kontakt** |
|  | **www.skat.dk** |
|  | January 8, 2016 |

## Operation Reclaim - comments on the refund of dividend tax on A.P. Møller shares

At the request of SØIK, SKAT has carried out a study concerning A.P. Møller shares, of which a proportion of the recovery amount for 2014 (relates to the financial year 2013) can be attributed to these shares in terms of number and quantity. Please refer to *Annex 1 – Analysis of yield data – AP Møller Mærsk 2014*.

For the analysis, the following material has been used:

- Information from VP Securities regarding the custody as at March 31, 2014 for A.P. Møller shares, based on information prepared by VP on 12/22/2015 (spreadsheet from VP). Please refer to **Annex 2** - Reconciliation *and data processing of VP Securities information,* as well as **Annexes 7 and 8** *Data from VP Securities APM Yield - 201404 A and APM Yield - 201404 B.*
- AP Møller Mærsk's own dividend declarations reported to SKAT's corporate and fund taxation system (3S), cf. *Annex 3 - Dividend declarations APM Mærsk.*
- Withdrawals from System 3S concerning the recovery and reimbursed dividends for the income years 2012-2014 (2013-2015) for companies covered by Operation Reclaim, cf. Annex *4 Data Basis APM 2014* and **Annex** *5 APM 2011-2014. Reimbursed dividend tax 3S.*
- Annex 6, *Spreadsheet Scheme AP Møller 2014,* contains applications for reimbursement of dividend taxes via the Spreadsheet Scheme from Nordea, Danske Bank and SEB. In terms of amounts, these are of secondary importance and are therefore not taken into account in the statements.

The analysis concerns only withholding tax on dividends refunded at rates 1 - 27 % withheld and is based on the available data.

<u>Notes on data from VP Securities.</u>

SØIK has received information from VP Securities (raw data) as of December 22, 2015 concerning the distribution of dividends declared on March 31, 2014 for A.P. Møller Mærsk (A shares and B shares). Spreadsheets have been received concerning the distribution of dividends between Danish and foreign shareholders, with the distribution of shareholdings and dividend classes.

From the data received, the following essential information appears:

| KL | Bank |
|---|---|
| VP Account No. | Deposit |

Page [ PAGE ] / [ NUMPAGES ]

| | |
|---|---|
| ISIN | Stock |
| BASE | Number of shares (pieces) |
| Gross/net | Dividend amount |
| PCT | Withdrawal rate 0, 15, 22 or 27 % |
| ISOAPP | Country code at dividend time |
| ID | Person or CBR no. |
| Account Name | Investor Name |
| ISO | Country code |

From the abovementioned data, the distribution can be calculated as follows:

A.P. Møller Maersk shares in foreign hands, of which a maximum of 27% dividend tax can be recovered, as well as shares owned by Danish persons/companies, where a 27% dividend tax has been withheld (201404 A and 201404 B from VP Securities)

| Per ISIN DK0010244425 A shares | Number of shares | Nominal inventory |
|---|---|---|
| Share owned Danish persons (dividend tax 27%) | 227,820 | 227,820,000 |
| Share owned by foreigners (dividend tax 27%) | 216,864 | 216,864,000 |
| | | |
| Per ISIN DK0010244508 B shares | Number of shares | Nominal inventory |
| Share owned Danish persons (dividend tax 27%) | 210,575 | 201,575,000 |
| Share owned by foreigners (dividend tax 27%) | 859,933 | 859,933,000 |
| | | |

- It should be noted that, according to information provided by VP, 23,943 (27%) A shares can be attributed to the number included in VP's statement of "Danish shareholders" but with ISO codes that differ from DK (201404 A from VP Securities). These are included in the statement of number of shares above.
- It should be noted that, according to information provided by VP, 57,637 (27%) B shares can be attributed to the number included in VP's statement of "Danish shareholders" but with ISO code different from DK (201404 B from VP Securities). These are included in the statement of number of shares above.

Notes on Annex 1.

Through their dividend reporting, companies have indicated which dividend rates the total dividend should be broken down into and taxed according to. In the course of the review, SKAT did not find any reason to challenge this.

Concerning the division of dividends into and taxation of the individual classes, see the note from SKAT HR and Stab Law – "**Tax rules on dividends, double taxation, reimbursement, lending of shares and CumEx**" of September 15, 2015.

The attached overview *"Analyze dividend data A.P. Møller Mærsk 2014"* contains information on:

| | |
|---|---|
| Green Selection | *The company's own entries, concerning dividends and dividend tax combined* |
| Orange Selection | *The company's own entries, distribution of dividends and dividend tax state 1 - 27 %* |
| Yellow Selection | *The total dividend tax recovered and refunded according to withdrawals from SKAT's system 3.* |
| Pink Selection | *For the income years 2011-2012, the same percentages as reported by VP as at March 31, 2014; see data from VP Securities* |
| Blue Selection | *Total recovery and reimbursement to companies covered by Operation Reclaim* |

Page [ PAGE ] / [ NUMPAGES ]

Comments on the A.P. Møller Mærsk 2014 analysis

The overview shows that in 2014, a total of DKK 793,289,973 was included in dividend tax (concerning 2013). On the basis of the information available, a maximum of DKK 572,821,767 can be recovered (corresponding to the total dividend tax paid, at the rate of 27%).
From information provided by VP, the proportion of foreign shareholders can be estimated at 71.07% at Rate 1 - 27%.

The only amounts that can be recovered are DKK 407,104,430.

It should be noted that the companies covered by "Operation Reclaim" have recovered 644,407,974/871,456,326, representing 73.95% of the total dividend tax recovered and refunded (Orange tab).
The companies in Operation Reclaim have recovered 644,407,974/407,104,430, representing 158% of the amount attributable to foreign shareholders.

It follows from the above that the maximum number of shares (Danish and foreign) that VP claims can be recovered dividend tax (27%) on amounts to 44,684 A shares; cf. **Annex 1** - *Analysis of yield data - AP Møller Mærsk 2014.* Of this, the share of foreign A shares amounts to a total of 216,864.

The enclosed spreadsheets and appendix references show that the companies have from Operation Reclaim recovered dividend tax for a total of 829,385 items. A shares or 612,521 more than the total number that should be in foreign hands. **Annex 4 –** *Data basis APM 2014.* Companies covered by Operation Reclaim have thus recovered dividend taxes on almost 4 times as many A shares as can be attributed abroad, according to information from VP Securities. In addition, the companies have recovered 384,701 A shares more than there are in both Danish and foreign hands at the rate of 27%.

The companies include the original companies from SKAT's notification to SØIK and follow-up notification, where it is seen that custodians covered by Operation Reclaim, Old Park, Telesto, Solo and West Point appear in applications.

The companies in Operation Reclaim have applied for refunded dividend tax totaling 875,398 B shares. According to VP Securities, the total number of B shares held by foreign investors amounts to 859,933 units. Thus, the dividend tax has been recovered in total in respect of 102% of all B shares held by non-residents. That is to say, all B shares which should be held by non-residents.

In total, the above mentioned companies should have received dividends from AP Møller Mærsk for more than DKK 2.86 billion in March/April 2014. Please refer to the attached *Annex 1 – Analysis of yield data - AP Møller Mærsk 2014.* According to the information provided by VP Securities, a total of 1,515,192 shares can be allocated abroad (rate 1-27%), while Operation Reclaim companies should have held 1,704,783 AP Møller shares according to their refund requests.

SKAT has also found that in the 2014 income year, a total of DKK 871,456,326 has been recovered.
Of the amount, DKK. 772,386,930 million [sic] are allocated to companies located in the USA or Malaysia. For companies located in Malaysia, only companies subject to 'operation Reclaim' have been recovered.

*) it is noted that the number of A/B shares recovered is largely identical.


Christian Ekstrand/John Christiansen
Special Checks 3

Page [ PAGE ] / [ NUMPAGES ]

Confidential Pursuant to Protective Order

SKAT_MDL_001_00432037

DX5466-T, page 9 of 9