UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to case nos.:<br><br>19-cv-01785; 19-cv-01867; 19-cv-01893;<br>19-cv-01781; 19-cv-01783; 19-cv-01866;<br>19-cv-01895; 19-cv-01794; 19-cv-01865;<br>19-cv-01904; 19-cv-01798; 19-cv-01869;<br>19-cv-01922; 19-cv-01800; 19-cv-01788;<br>19-cv-01870; 19-cv-01791; 19-cv-01792;<br>19-cv-01928; 19-cv-01926; 19-cv-01868;<br>19-cv-01929; 19-cv-01803; 19-cv-01806;<br>19-cv-01906; 19-cv-01801; 19-cv-01894;<br>19-cv-01808; 19-cv-01810; 19-cv-01809;<br>18-cv-04833; 19-cv-01911; 19-cv-01898;<br>19-cv-01812; 19-cv-01896; 19-cv-01871;<br>19-cv-01813; 19-cv-01930; 19-cv-01815;<br>19-cv-01818; 19-cv-01931; 19-cv-01918;<br>19-cv-01873; 19-cv-01924; 19-cv-10713. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**DECLARATION OF MARC A. WEINSTEIN IN SUPPORT OF
PLAINTIFF SKATTEFORVALTNINGEN'S OPPOSITION TO DEFENDANTS'
<u>MOTION ON FURTHER QUESTIONING OF CHRISTIAN EKSTRAND</u>**

I, Marc A. Weinstein, an attorney duly admitted to practice law before the courts of the State of New York, hereby declare under penalty of perjury:

1.      I am a partner at Hughes Hubbard & Reed LLP, counsel for Plaintiff Skatteforvaltningen ("SKAT") in these actions.  I am fully familiar with the matters set forth in this declaration.

2

2. I submit this declaration in support of SKAT's Opposition to Defendants' Motion on Further Questioning of Christian Ekstrand.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the transcript of the trial in this action, dated January 10, 2025.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of the deposition of Christian Baden Ekstrand, dated May 7, 2021.

5. Attached hereto as Exhibit 3 is a true and correct copy of the certified translation of the Danish Supreme Court's Judgment in Case No. BS-26376/2021-HJR, dated September 1, 2022.

6. Attached hereto as Exhibit 4 is a true and correct copy of the translation of the Danish Supreme Court's Judgment in Case No. BS-20331/2022-HJR, dated November 20, 2023.

I, MARC A. WEINSTEIN, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       January 12, 2025

                                        /s/ Marc A. Weinstein
                                        Marc A. Weinstein

282365013