# Exhibit 2

CONFIDENTIAL
Christian Ekstrand - May 7, 2021

Page 183

```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2              MASTER DOCKET 18-MD-2865(LAK)
                  CASE NO. 18-CV-09797
3
   _____
4                                           )
   IN RE:                                   )
5                                           )
   CUSTOMS AND TAX ADMINISTRATION OF        )
6  THE KINGDOM OF DENMARK                   )
   (SKATTEFORVALTNINGEN) TAX REFUND         )
7  SCHEME LITIGATION                        )
                                            )
8  _____)

9

10

11
            *************************************
12          *                                   *
            *           CONFIDENTIAL            *
13          *                                   *
            *************************************
14

15

16

17     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

18                     EXAMINATION OF

19            CHRISTIAN EKSTRAND - VOLUME II

20                  DATE: May 7, 2021

21

22

23

24

25     REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

```
 1       A    No.  I have referred to what the
 2   report says.
 3       Q    In the bullet above that, it says,
 4   "SIR finds that there are no checks in
 5   connections with refund requests as to
 6   whether the investor is actually a
 7   shareholder and whether the investor is, in
 8   fact, liable for tax in Denmark or not."
 9            Was that accurate as of 2010?
10       A    I wouldn't say so, no.
11       Q    Why not?
12       A    So there was a process in place and
13   we've discussed that several times.  When we
14   submit an application, or when we receive an
15   application, first we review whether it's in
16   compliance with the conditions.
17            That is already when mail is
18   opened, where their applications are divided
19   into two parts.  Subsequently, we go through
20   whether the application complies with the
21   criterias for being awarded a refund.
22            I -- whether the form has been
23   printed and signed, whether a certificate
24   from the domicile is included, and whether a
25   dividend credit advice has been included from
```

CONFIDENTIAL
Christian Ekstrand - May 7, 2021

Page 254

```
1    a third party, and whether this matches the
2    application submitted before this is inputted
3    into the system.
4            So there are checks in place.
5       Q    The purpose of that process was to
6    confirm that a shareholder was
7    the then -- sorry.
8            The purpose of that process was to
9    confirm that a dividend withholding tax
10   applicant was the beneficial owner of the
11   dividend, correct?
12      A    Yes.
13      Q    And SIR is observing here that
14   there -- that in its view, there are
15   deficiencies in that process, correct?
16           MR. WEINSTEIN:  Objection to form.
17   Asked and answered.
18      A    No, I do not think that's what
19   they're doing.  Maybe they're referring to
20   the spreadsheet scheme where we do not
21   perform this control.
22      Q    Do you know whether, in response to
23   the findings in this audit report, SIR spoke
24   with anyone in Accounting 2 and shared its
25   observations about the process for dividend
```