IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION,<br>OF THE KINGDOM OF DENMARK<br>(SKATTEFORVALTNINGEN) TAX REFUND<br>SCHEME LITIGATION<br><br>This document relates to Case No: 18-cv-10090 | MASTER DOCKET<br><br>18-md-02865-LAK |

## NOTICE OF DEFENDANTS CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN AND SHREEPAL SHAH'S MOTION TO REMAND TO THE TRANSFEROR COURT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of John M. Hanamirian, Esquire, with all exhibits thereto, Defendants Cambridge Way LLC 401K Profit Sharing Plan and Shreepal Shah (together, the "Cambridge Defendants"), by their undersigned attorney, will move the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the Court, for an order pursuant to Rule 10.3 of the Panel Rules for Multidistrict Litigation under 28 U.S.C. § 1407 remanding the Cambridge Defendants cases back to the transferor court, United States District Court for the District of New Jersey, pending the disposition of the ongoing Trial One and any further proceedings that may be heard before the Court, and for such other and further relief as the Court deems just and proper.

Dated: __January 16__, 2025

                                                                                              __/s/ John M. Hanamirian__
John M. Hanamirian
HANAMIRIAN LAW FIRM, P.C.
40 E. Main Street
Moorestown, New Jersey 08057
(856) 793-9092 – o
(856) 793-9121 – f
jmh@hanamirian.com
*Counsel for Defendants Cambridge Way LLC 401K Profit Sharing Plan and Shreepal Shah*

## CERTIFICATE OF SERVICE

I, John M. Hanamirian, Esq., hereby certify that on this, the 16th day of January 2025, copies of (a) the Notice of Defendants Cambridge Way LLC 401K Profit Sharing Plan and Shreepal Shah's Motion To Remand To The Transferor Court; (b) Memorandum of Law in Support of the Motion To Remand To The Transferor Court; (c) Declaration of John M. Hanamirian with accompanying Exhibits; and (f) this Certificate of Service, were electronically served upon all parties of record through the Court's CM/ECF filing system.

John M. Hanamirian

Dated: January 16, 2025