# Exhibit 14

| | |
|---|---|
| **Message** | |
| **From**: | RICHARD MARKOWITZ [rmarkowitz@argremgt.com] |
| **Sent**: | 4/15/2012 3:35:43 PM |
| **To**: | Ben-Jacob, Michael [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Ben_m] |
| **Subject**: | US Partnerships and Solo |

We probably want to know what the additional reporting requirements of the US Treasury may be for Solo. (Perhaps we should have mentioned these to Duet, as well.)

I am referring to all of the memo's we have received from various law firms (towards the end of 2011) regarding Treasury International Capital (TIC) Form SLT. Monthly reporting requirements began in 2012.


--

Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
New York, NY 10019

Email:    Rmarkowitz@Argremgt.com
Tel:      (212) 247-2600
Fax:      (212) 247-2753
Mobile:   (917) 848-5675

DEFENDANTS'
EXHIBIT
**DX3242**
Case No:18-MD-2865 (LAK)

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER          WH_MDL_00281301

DX3242, page 1 of 1