# Exhibit 18

| | |
|---|---|
| **From:** | Ben-Jacob, Michael |
| **Sent:** | Wednesday, September 4, 2013 8:54 AM |
| **To:** | 'rmarkowitz@argremgt.com'; Wells, Peter |
| **Subject:** | Re: Opinion |

As I mentioned to Adam (sorry, I thought he passed along the message to the group), and while we still think the transactions work, we don't think we can issue an opinion that would be of real value. We wanted to have the call to explain our thinking.

Mbj

----- Original Message -----
From: Richard Markowitz [mailto:rmarkowitz@argremgt.com]
Sent: Wednesday, September 04, 2013 08:47 AM Eastern Standard Time
To: Ben-Jacob, Michael; Wells, Peter
Subject: Re: Opinion

OK. What do we want to accomplish on this call?
_____


Richard Markowitz
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:       (212) 247-2600
Fax:       (212) 247-2753
Mobile: (917) 848-5675



On 9/4/13 8:45 AM, "Ben-Jacob, Michael" <Michael.Ben-Jacob@kayescholer.com> wrote:

>Nothing further was circulated.
>
>----- Original Message -----
>From: Richard Markowitz [mailto:rmarkowitz@argremgt.com]
>Sent: Wednesday, September 04, 2013 08:37 AM Eastern Standard Time
>To: Ben-Jacob, Michael; Wells, Peter
>Subject: Opinion
>
>If you circulated a draft when you scheduled the call for today, can
>you please resend to me? All I have as an email attachment is the
>updated outline of topics that we discussed with Peter about 2 - 3 weeks ago.

1



CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER          WH_MDL_00296096

```
>
>Thank you
>
>Richard Markowitz
>Argre Management LLC
>                    * * * *
>
>IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury
>Department regulations, we inform you that any U.S. federal tax advice
>contained in this correspondence (including any attachments) is not
>intended or written to be used, and cannot be used for the purpose of
>(i) avoiding penalties that may be imposed under the U.S. Internal
>Revenue Code or (ii) promoting, marketing or recommending to another
>party any transaction or matter addressed herein.
>
```

2

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

WH_MDL_00296097