# Exhibit 1

| | |
|---|---|
| From: | Matthew Stein [mstein@maplept.com] |
| on behalf of | Matthew Stein [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A0D664184FC94B93B1617484ABE0A4AC-MATTH] |
| Sent: | 6/26/2014 12:31:23 PM |
| To: | Richard Markowitz [rmarkowitz@argremgt.com] |
| CC: | Adam Larosa [alarosa@argremgt.com]; Wells, Peter [Peter.Wells@kayescholer.com]; John H. van Merkensteijn, III [jhvm@argremgt.com]; Jérôme LHOTE [jlhote@maplept.com]; Matthew Stein [mstein@maplept.com]; Ben-Jacob, Michael [Michael.Ben-Jacob@kayescholer.com] |
| Subject: | Re: Federal Reserve Inquiry |

Me too

On Jun 26, 2014, at 12:29 PM, "Richard Markowitz" <rmarkowitz@argremgt.com> wrote:

Ok with me.

Sent from my iPad

On Jun 26, 2014, at 6:58 PM, "Adam Larosa" <alarosa@argremgt.com> wrote:

Taking care of this now – already spoke to Peter – they asked for a sample but Peter and I agree just to send all names we've traded which is 16 different names – anyone object?

**Adam La Rosa**
Director
Argre Management LLC
40 West 57th Street
New York, New York 10019
Tel: 212-247-2600
Mobile: 732-272-4445
Fax: 212-247-2753
e-mail: alarosa@argremgt.com

---

**From:** Richard Markowitz
**Sent:** Thursday, June 26, 2014 11:48 AM
**To:** Wells, Peter
**Cc:** Adam Larosa; John H. van Merkensteijn, III; Jérôme LHOTE; Matthew Stein; Ben-Jacob, Michael
**Subject:** Re: Federal Reserve Inquiry

DEFENDANTS' EXHIBIT
DX3961
Case No:18-MD-2865 (LAK)

Adam would gave the CUSIP equivalent identifiers


Sent from my iPad


On Jun 26, 2014, at 6:47 PM, "Wells, Peter" <Peter.Wells@kayescholer.com> wrote:

All,

Further to our recent TIC filings the Federal Reserve has asked that we provide them with some CUSIP samples of the securities purchased (or if they do not have CUSIPs since the purchases are of non-U.S. securities they would like the identification equivalent).

Let me know if you have any questions.


Regards,
Peter
Peter Wells
Kaye Scholer LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

**From:** Richard Markowitz [mailto:rmarkowitz@argremgt.com]
**Sent:** Monday, June 02, 2014 4:56 PM
**To:** Wells, Peter
**Cc:** Adam Larosa; John H. van Merkensteijn, III; Jérôme LHOTE; Matthew Stein; Ben-Jacob, Michael
**Subject:** Re: Federal Reserve Inquiry


 For the shares/assets listed in these reports, no US resident custodians. Some plans do have US custodians for other investments/assets.



Richard Markowitz
Argre Management LLC

On Jun 2, 2014, at 4:44 PM, "Wells, Peter" <Peter.Wells@kayescholer.com> wrote:

All,

We have gotten a follow-up question from the Federal Reserve based upon our previous responses:

- Please confirm if the Plans have any U.S. resident Custodians or sub-custodians in addition to the foreign custodians listed.

Let me know the answer to the above.

Regards,

Peter

\*\*\*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells

Kaye Scholer LLP

425 Park Avenue | New York, New York 10022

T: +1 212.836.8662 | F: +1 212.836.6447

peter.wells@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

**From:** Wells, Peter

**Sent:** Wednesday, May 28, 2014 8:41 PM

**To:** Adam Larosa; John H. van Merkensteijn, III

**Cc:** Richard Markowitz; Jérôme LHOTE; Matthew Stein; Ben-Jacob, Michael

**Subject:** RE: Federal Reserve Inquiry

Thank you. We can just provide that the custodians are the companies listed below, without specifically identifying which custodians are acting for which plans.

Regards,

Peter

\*\*\*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


Peter Wells

425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com


This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

**From:** Adam Larosa [mailto:alarosa@argremgt.com]
**Sent:** Wednesday, May 28, 2014 8:16 PM
**To:** Wells, Peter; John H. van Merkensteijn, III
**Cc:** Richard Markowitz; Jérôme LHOTE; Matthew Stein; Ben-Jacob, Michael
**Subject:** RE: Federal Reserve Inquiry


Peter – the other two custodians are:

Indigo Securities Ltd

North Channel Bank GmbH & Co. KG


Do you need to group which plans are with which or can we just answer Question 2 "The Plan's custodians are Solo Capital Partners LLP Indigo Securities Ltd and North Channel Bank GmbH & Co. KG"?


Thanks,


**Adam La Rosa**
Director
Argre Management LLC
40 West 57th Street
New York, New York 10019
Tel: 212-247-2600
Mobile: 732-272-4445
Fax: 212-247-2753

CONFIDENTIAL/PRIVILEGED - SUBJECT TO 502(d) ORDER                                              WH_MDL_00526657
DX3961, page 4 of 10

e-mail: alarosa@argremgt.com

---

**From:** Wells, Peter [mailto:Peter.Wells@kayescholer.com]
**Sent:** Wednesday, May 28, 2014 7:12 AM
**To:** Adam Larosa; John H. van Merkensteijn, III
**Cc:** Richard Markowitz; Jérôme LHOTE; Matthew Stein; Ben-Jacob, Michael
**Subject:** RE: Federal Reserve Inquiry

Adam,

The question was general (i.e., it is for each Form that we file). So if you want to provide the custodian by name we should group them by custodian and provide them all.

Regards,
Peter


\*\*\*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells

425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

---

**From:** Adam Larosa [mailto:alarosa@argremgt.com]
**Sent:** Wednesday, May 28, 2014 6:46 AM
**To:** John H. van Merkensteijn, III
**Cc:** Richard Markowitz; Wells, Peter; Jérôme LHOTE; Matthew Stein; Ben-Jacob, Michael
**Subject:** Re: Federal Reserve Inquiry

Peter. Are these questions for every single form s we submitted or for specific plans

Sent from my iPhone

On May 27, 2014, at 11:12 PM, "John H. van Merkensteijn, III" <jhvm@argremgt.com> wrote:

I think riches answers are good

John H. Van Merkensteijn lll

Managing Director

Argre Management LLC

40 West 57th Street

20th Floor

New York, NY. 10019

Phone (212) 247-2600

Fax (212) 247-2753

jhvm@argremgt.com


On May 28, 2014, at 2:17 AM, "Richard Markowitz" <rmarkowitz@argremgt.com> wrote:

I don't know what you have filed for the other custodians. I will leave it to you to sort it out with Kaye Scholer and answer with the names of the appropriate custodians.

Richard Markowitz

Managing Director

Argre Management LLC

40 West 57th Street

20th Floor

New York, NY 10019


Tel: (212) 247-2600

Fax: (212) 247-2753

Mobile: (917) 848-5675

RMarkowitz@Argremgt.com

---

**From:** Adam LaRosa <alarosa@argremgt.com>
**Date:** Tuesday, May 27, 2014 at 9:03 PM
**To:** Richard MARKOWITZ <rmarkowitz@argremgt.com>

CONFIDENTIAL/PRIVILEGED - SUBJECT TO 502(d) ORDER                         WH_MDL_00526659
DX3961, page 6 of 10

**Cc:** Peter Wells <peter.wells@kayescholer.com>, Jérôme LHOTE <jlhote@maplept.com>, "John Van Merkensteijn, III" <JHVM@Argremgt.com>, Matthew Stein <mstein@maplept.com>, Michael Ben-Jacob <michael.ben-jacob@kayescholer.com>

**Subject:** Re: Federal Reserve Inquiry

On question 2 you don't know which plans they are asking about. Could be the other custodians

Sent from my iPhone

On May 27, 2014, at 8:51 PM, "Richard Markowitz" <rmarkowitz@argremgt.com> wrote:

Subject to everyone else weighing in, here is how I would answer the questions:

Richard Markowitz

Managing Director

Argre Management LLC

40 West 57th Street

20th Floor

New York, NY 10019

Tel: (212) 247-2600

Fax: (212) 247-2753

Mobile: (917) 848-5675

RMarkowitz@Argremgt.com

**From:** , Peter Wells <peter.wells@kayescholer.com>

**Date:** Tuesday, May 27, 2014 at 5:42 PM

**To:** Richard MARKOWITZ <rmarkowitz@argremgt.com>

**Cc:** Adam LaRosa <alarosa@argremgt.com>, Jérôme LHOTE <jlhote@maplept.com>, "John Van Merkensteijn, III" <JHVM@Argremgt.com>, Matthew Stein <mstein@maplept.com>, Michael Ben-Jacob <michael.ben-jacob@kayescholer.com>

**Subject:** RE: Federal Reserve Inquiry

1)    Richard,

We received the following questions in response to the TIC Form S filings for May.

Please let me know your thoughts as to responses to the following questions:

a.      What are the positions/holdings of these pension funds? (i.e., Are the sales that were reported on the TIC S representative of their entire portfolio?)

b.      Who is holding the securities for the pension funds?

Regards,

Peter

\*\*\*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells

Kaye Scholer LLP

425 Park Avenue | New York, New York 10022

T: +1 212.836.8662 | F: +1 212.836.6447

peter.wells@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

**From:** Richard Markowitz [mailto:rmarkowitz@argremgt.com]
**Sent:** Thursday, May 08, 2014 12:05 PM
**To:** Wells, Peter
**Cc:** Adam Larosa; Jérôme LHOTE; John H. van Merkensteijn, III; Matthew Stein; Ben-Jacob, Michael
**Subject:** Re: Federal Reserve Inquiry

Question 1. Anticipated activity in the coming months.

The plans are likely to have smaller, aggregate purchases or securities in the coming months.

Question 2. How so the plans rebalance their portfolios.

The Plans enter into various hedging agreements that serve to limit each Plan's market risk. Prior to the maturity/termination of these hedging agreements, the Plans will likely sell their long, equity positions.

Richard Markowitz

Argre Management LLC

On May 7, 2014, at 5:35 PM, "Wells, Peter" <Peter.Wells@kayescholer.com> wrote:

Richard,

I wanted to follow-up with you on the questions below and see if you had any thoughts on responses to Federal Reserve as noted.

Regards,

Peter

\*\*\*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells

Kaye Scholer LLP

425 Park Avenue | New York, New York 10022

T: +1 212.836.8662 | F: +1 212.836.6447

peter.wells@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

**From:** Wells, Peter
**Sent:** Thursday, May 01, 2014 6:50 PM
**To:** 'Richard Markowitz'
**Cc:** Adam Larosa; Jérôme LHOTE; John H. van Merkensteijn, III; Matthew Stein; Ben-Jacob, Michael
**Subject:** Federal Reserve Inquiry

Richard,

We have received further inquiry from the Federal Reserve with respect to the most recently filed TIC Forms S.

The questions are as follows:

1.   Please provide an estimate of anticipated activity for the pension plans in the upcoming months (i.e., likely to be consistent with the levels in March; greater; lower etc.)

2.   Please explain if/how the pension funds rebalance their portfolio. (For instance, are the pension funds selling securities back to the broker to rebalance the portfolio?)

Let us know your thoughts on crafting an answer to the above.

Regards,

Peter

\*\*\*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells

425 Park Avenue | New York, New York 10022

T: +1 212.836.8662 | F: +1 212.836.6447

peter.wells@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.