# Exhibit 4

# MONTHLY REPORT TO FEDERAL RESERVE BANKS

## FORM SLT

**Please type or print:**

**Name of Reporting Entity:**
Xiphias LLC Pension Plan

**ID Number:**
0004414771

**As-of Date:**
May 31, 2013

**Name of Contact if We Have Questions:**

Michael Ben-Jacob

**Contact's Phone Number:**

(212) 836-8310

**Name and Title of Officer Authorized to Sign Report:**

Adam LaRosa, Authorized Person

**Please read carefully and sign below:**

I,
(Signature of Officer Authorized to Sign Report)
of the reporting institution do hereby declare that the Treasury International Capital SLT Report for this report date has been prepared in conformance with the instructions and is true to the best of my knowledge and belief.

## AGGREGATE HOLDINGS OF LONG-TERM SECURITIES BY U.S. AND FOREIGN RESIDENTS (TIC SLT)

**PART A - To be completed by U.S. RESIDENT- CUSTODIANS**
**PART B - To be completed by U.S. RESIDENT- ISSUERS AND/OR END-INVESTORS**

**Legal basis and confidentiality statement:**

This report is required by law (22 U.S.C. 286f; 22 U.S.C. 3103; E.O. 11961; E.O. 10033; 31 C.F.R. 128.1 (a)). Failure to report can result in a civil penalty of not less than $2,500 and not more than $25,000. Willful failure to report can result in criminal prosecution and upon conviction a fine of not more than $10,000; and, if an individual, imprisonment for not more than one year, or both. Any officer, director, employee, or agent of any corporation who knowingly participates in such violation may, upon conviction, be punished by a like fine, imprisonment, or both (22 U.S.C. 3105 (a), (b), and (c); 31 C.F.R. 128.4 (a) and (b)).

Data reported on these forms will be held in confidence by the Department of the Treasury, the Board of Governors of the Federal Reserve System, and the Federal Reserve Banks acting as fiscal agents for the Treasury. The data reported by individual respondents will not be published or otherwise publicly disclosed; information may be given to other Federal agencies, insofar as authorized by applicable law (44 U.S.C. 3501 et seq.; 22 U.S.C. 3101 et seq.). Aggregate data derived from reports on these forms may be published or otherwise disclosed only in a manner that will not reveal the amounts reported by any individual respondent.

Note: No person is required to respond to any U.S. Government collection of information unless the form displays a currently valid control number assigned by the Office of Management and Budget (OMB).

### DEPARTMENT OF THE TREASURY

Office of the Assistant Secretary for International Affairs

June 2011
Form Approved
OMB Control 1505-0235

**Important Notes:**

1. Before preparing this report, please read the General and Specific Instructions carefully.

2. Additional copies of this form, the instructions can be obtained at our web site:
http://www.treasury.gov/resource-center/data-chart-center/tic/Pages/forms.aspx

3. The TIC SLT report should be filed no later than the 23rd calendar day of the month following the report as-of-date.

4. Amounts should be reported in millions of U.S.dollars as of the close of the last business day of the month.

PLAINTIFF'S TRIAL EXHIBIT
PX-1621
Case No.18-MD-2865(LAK)


# AGGREGATE HOLDINGS OF LONG-TERM SECURITIES BY U.S. AND FOREIGN RESIDENTS (TIC SLT)

TIC Form SLT Page 2 of 13

**PART A (To be completed by Custodians Only)**   Not Applicable __X__   As of Date:
Name of Reporting Entity:   ID Number:

| Foreign Economies, Organizations, and Issuers | | U.S. Securities Owned by Foreign Residents | | | | | | | | Foreign Securities Owned by U.S. Residents | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES | | BONDS OF U.S. GOVERNMENT CORPORATIONS AND FEDERALLY SPONSORED AGENCIES | | U.S. CORPORATE AND OTHER BONDS | | U.S. EQUITIES | | GRAND TOTAL (SUM OF COLUMNS 1 - 8) | FOREIGN GOVERNMENT BONDS | FOREIGN CORPORATE AND OTHER BONDS | FOREIGN EQUITIES | GRAND TOTAL (SUM OF COLUMNS 10 - 12) |
| | | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | | | | | |
| CODE | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| | | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions |
| **Europe** | | | | | | | | | | | | | | |
| Albania | 1510-5 | | | | | | | | | | | | | |
| Andorra | 1010-3 | | | | | | | | | | | | | |
| Armenia | 1651-9 | | | | | | | | | | | | | |
| Austria | 1018-9 | | | | | | | | | | | | | |
| Azerbaijan | 1652-7 | | | | | | | | | | | | | |
| Bank for International Settlements | 1330-7 | | �stipple | | ▒ | | ▒ | | ▒ | | | | | |
| Belarus | 1620-9 | | | | | | | | | | | | | |
| Belgium | 1025-1 | | | | | | | | | | | | | |
| Bosnia and Herzegovina | 1410-9 | | | | | | | | | | | | | |
| Bulgaria | 1520-2 | | | | | | | | | | | | | |
| Croatia | 1421-4 | | | | | | | | | | | | | |
| Cyprus | 1040-5 | | | | | | | | | | | | | |
| Czech Republic | 1528-8 | | | | | | | | | | | | | |
| Denmark | 1050-2 | | | | | | | | | | | | | |
| Estonia | 1340-7 | | | | | | | | | | | | | |
| European Central Bank | 1350-1 | | ▒ | | ▒ | | ▒ | | ▒ | | | | | |
| Faroe Islands | 1061-8 | | | | | | | | | | | | | |
| Finland | 1070-7 | | | | | | | | | | | | | |
| France | 1080-4 | | | | | | | | | | | | | |
| Georgia | 1653-5 | | | | | | | | | | | | | |
| Germany | 1100-2 | | | | | | | | | | | | | |
| Gibraltar | 1108-8 | | | | | | | | | | | | | |
| Greece | 1120-7 | | | | | | | | | | | | | |
| Greenland | 1054-5 | | | | | | | | | | | | | |
| Guernsey | 1300-6 | | | | | | | | | | | | | |
| Holy See | 1310-2 | | | | | | | | | | | | | |
| Hungary | 1550-4 | | | | | | | | | | | | | |
| Iceland | 1130-4 | | | | | | | | | | | | | |
| Ireland | 1140-1 | | | | | | | | | | | | | |
| Isle of Man | 1300-8 | | | | | | | | | | | | | |
| Italy | 1150-9 | | | | | | | | | | | | | |
| Jersey | 1300-7 | | | | | | | | | | | | | |
| Kazakhstan | 1654-5 | | | | | | | | | | | | | |
| Kyrgyzstan | 1655-1 | | | | | | | | | | | | | |
| Latvia | 1560-1 | | | | | | | | | | | | | |
| Liechtenstein | 1160-6 | | | | | | | | | | | | | |
| Lithuania | 1570-9 | | | | | | | | | | | | | |
| Luxembourg | 1170-3 | | | | | | | | | | | | | |
| Macedonia | 1441-9 | | | | | | | | | | | | | |
| Malta | 1181-9 | | | | | | | | | | | | | |
| Moldova | 1630-6 | | | | | | | | | | | | | |
| Monaco | 1200-9 | | | | | | | | | | | | | |
| Netherlands | 1210-6 | | | | | | | | | | | | | |
| Norway | 1220-3 | | | | | | | | | | | | | |
| Poland | 1576-8 | | | | | | | | | | | | | |
| Portugal | 1231-9 | | | | | | | | | | | | | |
| Romania | 1580-6 | | | | | | | | | | | | | |

WH_MDL_00223275

# AGGREGATE HOLDINGS OF LONG-TERM SECURITIES BY U.S. AND FOREIGN RESIDENTS (TIC SLT)

TIC Form SLT Page 3 of 13

**PART A  (To be completed by Custodians Only)**          Not Applicable   X            As of Date:
Name of Reporting Entity:                                 ID Number:

| Foreign Economies, Organizations, and Issuers | | U.S. Securities Owned by Foreign Residents | | | | | | | | Foreign Securities Owned by U.S. Residents | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES | | BONDS OF U.S. GOVERNMENT CORPORATIONS AND FEDERALLY SPONSORED AGENCIES | | U.S. CORPORATE AND OTHER BONDS | | U.S. EQUITIES | | GRAND TOTAL (SUM OF COLUMNS 1 - 8) | FOREIGN GOVERNMENT BONDS | FOREIGN CORPORATE AND OTHER BONDS | FOREIGN EQUITIES | GRAND TOTAL (SUM OF COLUMNS 10 - 12) |
| | | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | | | | | |
| CODE | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| | | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions |
| **Europe (Cont.)** | | | | | | | | | | | | | | |
| Russia | 1610-1 | | | | | | | | | | | | | |
| San Marino | 1240-8 | | | | | | | | | | | | | |
| Serbia and Montenegro | 1321-8 | | | | | | | | | | | | | |
| Slovakia | 1531-8 | | | | | | | | | | | | | |
| Slovenia | 1433-8 | | | | | | | | | | | | | |
| Spain | 1250-5 | | | | | | | | | | | | | |
| Sweden | 1260-2 | | | | | | | | | | | | | |
| Switzerland | 1268-8 | | | | | | | | | | | | | |
| Tajikistan | 1657-8 | | | | | | | | | | | | | |
| Turkey | 1280-7 | | | | | | | | | | | | | |
| Turkmenistan | 1661-6 | | | | | | | | | | | | | |
| Ukraine | 1640-3 | | | | | | | | | | | | | |
| United Kingdom | 1300-5 | | | | | | | | | | | | | |
| Uzbekistan | 1670-5 | | | | | | | | | | | | | |
| **Total Europe** | **1999-2** | | | | | | | | | | | | | |
| **Canada** | **2999-8** | | | | | | | | | | | | | |
| **Latin America** | | | | | | | | | | | | | | |
| Argentina | 3010-4 | | | | | | | | | | | | | |
| Belize | 3571-8 | | | | | | | | | | | | | |
| Bolivia | 3020-1 | | | | | | | | | | | | | |
| Brazil | 3030-9 | | | | | | | | | | | | | |
| Chile | 3040-6 | | | | | | | | | | | | | |
| Colombia | 3050-3 | | | | | | | | | | | | | |
| Costa Rica | 3058-9 | | | | | | | | | | | | | |
| Ecuador | 3100-3 | | | | | | | | | | | | | |
| El Salvador | 3108-9 | | | | | | | | | | | | | |
| Falkland Islands | 3630-7 | | | | | | | | | | | | | |
| French Guiana | 3640-4 | | | | | | | | | | | | | |
| Guatemala | 3120-8 | | | | | | | | | | | | | |
| Guyana | 3130-5 | | | | | | | | | | | | | |
| Honduras | 3148-8 | | | | | | | | | | | | | |
| Mexico | 3170-4 | | | | | | | | | | | | | |
| Nicaragua | 3180-1 | | | | | | | | | | | | | |
| Panama | 3188-7 | | | | | | | | | | | | | |
| Paraguay | 3210-7 | | | | | | | | | | | | | |
| Peru | 3220-4 | | | | | | | | | | | | | |
| Suriname | 3770-2 | | | | | | | | | | | | | |
| Uruguay | 3260-3 | | | | | | | | | | | | | |
| Venezuela | 3271-9 | | | | | | | | | | | | | |
| **Total Latin America** | **3994-2** | | | | | | | | | | | | | |
| **Caribbean** | | | | | | | | | | | | | | |
| Anguilla | 3022-8 | | | | | | | | | | | | | |
| Antigua and Barbuda | 3520-3 | | | | | | | | | | | | | |
| Aruba | 3525-4 | | | | | | | | | | | | | |
| Bahamas | 3531-9 | | | | | | | | | | | | | |

# AGGREGATE HOLDINGS OF LONG-TERM SECURITIES BY U.S. AND FOREIGN RESIDENTS (TIC SLT)

TIC Form SLT Page 4 of 13

**PART A (To be completed by Custodians Only)**
Name of Reporting Entity:

Not Applicable   X
ID Number:

As of Date:

| Foreign Economies, Organizations, and Issuers | | U.S. Securities Owned by Foreign Residents | | | | | | | | Foreign Securities Owned by U.S. Residents | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES | | BONDS OF U.S. GOVERNMENT CORPORATIONS AND FEDERALLY SPONSORED AGENCIES | | U.S. CORPORATE AND OTHER BONDS | | U.S. EQUITIES | | GRAND TOTAL (SUM OF COLUMNS 1 - 8) | FOREIGN GOVERNMENT BONDS | FOREIGN CORPORATE AND OTHER BONDS | FOREIGN EQUITIES | GRAND TOTAL (SUM OF COLUMNS 10 - 12) |
| | | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | | | | | |
| CODE | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| | | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions |
| **Caribbean (Cont.)** | | | | | | | | | | | | | | |
| Barbados | 3015-5 | | | | | | | | | | | | | |
| Bermuda | 3560-2 | | | | | | | | | | | | | |
| Cayman Islands | 3613-7 | | | | | | | | | | | | | |
| Cuba | 3070-8 | | | | | | | | | | | | | |
| Dominica | 3621-8 | | | | | | | | | | | | | |
| Dominican Republic | 3080-5 | | | | | | | | | | | | | |
| Eastern Caribbean Central Bank | 3541-6 | | | | | | | | | | | | | |
| Grenada | 3670-6 | | | | | | | | | | | | | |
| Guadeloupe (and smaller French islands) | 3680-3 | | | | | | | | | | | | | |
| Haiti | 3140-2 | | | | | | | | | | | | | |
| Jamaica | 3160-7 | | | | | | | | | | | | | |
| Martinique | 3700-1 | | | | | | | | | | | | | |
| Montserrat | 3710-9 | | | | | | | | | | | | | |
| Netherlands Antilles | 3720-6 | | | | | | | | | | | | | |
| St. Kitts and Nevis | 3730-3 | | | | | | | | | | | | | |
| St. Lucia | 3750-8 | | | | | | | | | | | | | |
| St. Vincent & the Grenadines | 3760-5 | | | | | | | | | | | | | |
| Trinidad and Tobago | 3240-9 | | | | | | | | | | | | | |
| Turks and Caicos Islands | 3781-8 | | | | | | | | | | | | | |
| Virgin Islands, British | 3580-7 | | | | | | | | | | | | | |
| **Total Caribbean** | **3440-1** | | | | | | | | | | | | | |
| **Asia** | | | | | | | | | | | | | | |
| Afghanistan | 4040-1 | | | | | | | | | | | | | |
| Bahrain | 4070-3 | | | | | | | | | | | | | |
| Bangladesh | 4074-6 | | | | | | | | | | | | | |
| Bhutan | 4081-9 | | | | | | | | | | | | | |
| Brunei | 4100-9 | | | | | | | | | | | | | |
| Burma | 4110-6 | | | | | | | | | | | | | |
| Cambodia | 4120-3 | | | | | | | | | | | | | |
| China, Mainland | 4140-8 | | | | | | | | | | | | | |
| East Timor | 4500-4 | | | | | | | | | | | | | |
| Hong Kong | 4200-5 | | | | | | | | | | | | | |
| India | 4210-2 | | | | | | | | | | | | | |
| Indonesia | 4221-8 | | | | | | | | | | | | | |
| Iran | 4230-7 | | | | | | | | | | | | | |
| Iraq | 4240-4 | | | | | | | | | | | | | |
| Israel | 4250-1 | | | | | | | | | | | | | |
| Japan | 4260-9 | | | | | | | | | | | | | |
| Jordan | 4270-6 | | | | | | | | | | | | | |
| Korea, North | 4440-7 | | | | | | | | | | | | | |
| Korea, South | 4300-1 | | | | | | | | | | | | | |
| Kuwait | 4310-9 | | | | | | | | | | | | | |
| Laos | 4330-3 | | | | | | | | | | | | | |
| Lebanon | 4341-9 | | | | | | | | | | | | | |
| Macau | 4350-8 | | | | | | | | | | | | | |
| Malaysia | 4360-5 | | | | | | | | | | | | | |

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

WH_MDL_00223277

# AGGREGATE HOLDINGS OF LONG-TERM SECURITIES BY U.S. AND FOREIGN RESIDENTS (TIC SLT)

**PART A (To be completed by Custodians Only)**
Name of Reporting Entity:

Not Applicable __X__
ID Number:

As of Date:

| Foreign Economies, Organizations, and Issuers | | U.S. Securities Owned by Foreign Residents | | | | | | | | Foreign Securities Owned by U.S. Residents | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES | | BONDS OF U.S. GOVERNMENT CORPORATIONS AND FEDERALLY SPONSORED AGENCIES | | U.S. CORPORATE AND OTHER BONDS | | U.S. EQUITIES | | GRAND TOTAL (SUM OF COLUMNS 1 - 8) | FOREIGN GOVERNMENT BONDS | FOREIGN CORPORATE AND OTHER BONDS | FOREIGN EQUITIES | GRAND TOTAL (SUM OF COLUMNS 10 - 12) |
| | | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | | | | | |
| | CODE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| | | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions |
| **Asia (Cont.)** | | | | | | | | | | | | | | |
| Maldives | 4370-1 | | | | | | | | | | | | | |
| Mongolia | 4381-8 | | | | | | | | | | | | | |
| Nepal | 4420-2 | | | | | | | | | | | | | |
| Oman | 4410-5 | | | | | | | | | | | | | |
| Pakistan | 4470-9 | | | | | | | | | | | | | |
| Philippines | 4480-6 | | | | | | | | | | | | | |
| Qatar | 4510-1 | | | | | | | | | | | | | |
| Saudi Arabia | 4560-8 | | | | | | | | | | | | | |
| Singapore | 4601-9 | | | | | | | | | | | | | |
| Sri Lanka | 4131-9 | | | | | | | | | | | | | |
| Syria | 4620-5 | | | | | | | | | | | | | |
| Taiwan | 4630-2 | | | | | | | | | | | | | |
| Thailand | 4641-8 | | | | | | | | | | | | | |
| United Arab Emirates (Trucial States) | 4660-4 | | | | | | | | | | | | | |
| Vietnam | 4690-6 | | | | | | | | | | | | | |
| West Bank & Gaza | 4720-1 | | | | | | | | | | | | | |
| Yemen | 4710-4 | | | | | | | | | | | | | |
| **Total Asia** | 4999-9 | | | | | | | | | | | | | |
| **Africa** | | | | | | | | | | | | | | |
| Algeria | 5010-5 | | | | | | | | | | | | | |
| Angola | 5020-2 | | | | | | | | | | | | | |
| Bank of Central African States (BEAC) | 5031-8 | | ▓▓ | | ▓▓ | | ▓▓ | | ▓▓ | | | | | |
| Benin | 5180-2 | | | | | | | | | | | | | |
| Botswana | 5050-4 | | | | | | | | | | | | | |
| Burkina Faso | 5711-8 | | | | | | | | | | | | | |
| Burundi | 5080-6 | | | | | | | | | | | | | |
| Cameroon | 5100-4 | | | | | | | | | | | | | |
| Cape Verde | 5120-9 | | | | | | | | | | | | | |
| Central African Republic | 5130-6 | | | | | | | | | | | | | |
| Central Bank of West African States (BCEAO) | 5064-4 | | ▓▓ | | ▓▓ | | ▓▓ | | ▓▓ | | | | | |
| Chad | 5140-3 | | | | | | | | | | | | | |
| Comoros | 5151-9 | | | | | | | | | | | | | |
| Congo (Brazzaville) | 5160-8 | | | | | | | | | | | | | |
| Congo (Kinshasa) | 5170-5 | | | | | | | | | | | | | |
| Cote d'Ivoire (Ivory Coast) | 5300-7 | | | | | | | | | | | | | |
| Djibouti | 5230-2 | | | | | | | | | | | | | |
| Egypt | 5700-2 | | | | | | | | | | | | | |
| Equatorial Guinea | 5194-2 | | | | | | | | | | | | | |
| Eritrea | 5201-9 | | | | | | | | | | | | | |
| Ethiopia | 5210-8 | | | | | | | | | | | | | |
| Gabon | 5241-8 | | | | | | | | | | | | | |
| Gambia, The | 5250-7 | | | | | | | | | | | | | |
| Ghana | 5260-4 | | | | | | | | | | | | | |
| Guinea | 5270-1 | | | | | | | | | | | | | |
| Guinea-Bissau | 5440-2 | | | | | | | | | | | | | |

# AGGREGATE HOLDINGS OF LONG-TERM SECURITIES BY U.S. AND FOREIGN RESIDENTS (TIC SLT)

TIC Form SLT Page 6 of 13

**PART A  (To be completed by Custodians Only)**      Not Applicable __X____      As of Date:
Name of Reporting Entity:      ID Number:

| Foreign Economies, Organizations, and Issuers | | U.S. Securities Owned by Foreign Residents | | | | | | | | Foreign Securities Owned by U.S. Residents | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES | | BONDS OF U.S. GOVERNMENT CORPORATIONS AND FEDERALLY SPONSORED AGENCIES | | U.S. CORPORATE AND OTHER BONDS | | U.S. EQUITIES | | GRAND TOTAL (SUM OF COLUMNS 1 - 8) | FOREIGN GOVERNMENT BONDS | FOREIGN CORPORATE AND OTHER BONDS | FOREIGN EQUITIES | GRAND TOTAL (SUM OF COLUMNS 10 - 12) |
| | CODE | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| | | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions |
| **Africa (Cont.)** | | | | | | | | | | | | | | |
| Kenya | 5310-4 | | | | | | | | | | | | | |
| Lesotho | 5315-5 | | | | | | | | | | | | | |
| Liberia | 5320-1 | | | | | | | | | | | | | |
| Libya | 5330-9 | | | | | | | | | | | | | |
| Madagascar | 5340-6 | | | | | | | | | | | | | |
| Malawi | 5350-3 | | | | | | | | | | | | | |
| Mali | 5358-9 | | | | | | | | | | | | | |
| Mauritania | 5370-8 | | | | | | | | | | | | | |
| Mauritius | 5380-5 | | | | | | | | | | | | | |
| Mayotte | 5451-8 | | | | | | | | | | | | | |
| Morocco | 5400-3 | | | | | | | | | | | | | |
| Mozambique | 5408-9 | | | | | | | | | | | | | |
| Namibia | 5412-7 | | | | | | | | | | | | | |
| Niger | 5420-8 | | | | | | | | | | | | | |
| Nigeria | 5430-5 | | | | | | | | | | | | | |
| Réunion | 5460-7 | | | | | | | | | | | | | |
| Rwanda | 5501-8 | | | | | | | | | | | | | |
| Saint Helena | 5510-7 | | | | | | | | | | | | | |
| Sao Tome & Principe | 5520-4 | | | | | | | | | | | | | |
| Senegal | 5530-1 | | | | | | | | | | | | | |
| Seychelles | 5540-9 | | | | | | | | | | | | | |
| Sierra Leone | 5550-6 | | | | | | | | | | | | | |
| Somalia | 5560-3 | | | | | | | | | | | | | |
| South Africa | 5571-9 | | | | | | | | | | | | | |
| Sudan | 5610-3 | | | | | | | | | | | | | |
| Swaziland | 5621-9 | | | | | | | | | | | | | |
| Tanzania | 5640-5 | | | | | | | | | | | | | |
| Togo | 5650-2 | | | | | | | | | | | | | |
| Tunisia | 5670-7 | | | | | | | | | | | | | |
| Uganda | 5680-4 | | | | | | | | | | | | | |
| Western Sahara | 5600-6 | | | | | | | | | | | | | |
| Zambia | 5720-7 | | | | | | | | | | | | | |
| Zimbabwe | 5470-4 | | | | | | | | | | | | | |
| **Total Africa** | **5999-4** | | | | | | | | | | | | | |
| **Other Countries** | | | | | | | | | | | | | | |
| Australia | 6008-9 | | | | | | | | | | | | | |
| British Indian Ocean Territory | 6020-8 | | | | | | | | | | | | | |
| Cook Islands | 6040-2 | | | | | | | | | | | | | |
| Fiji | 6060-7 | | | | | | | | | | | | | |
| French Polynesia | 6070-4 | | | | | | | | | | | | | |
| Kiribati | 6052-6 | | | | | | | | | | | | | |
| Marshall Islands | 6120-4 | | | | | | | | | | | | | |
| Micronesia, Federated States of | 6030-5 | | | | | | | | | | | | | |
| Nauru | 6130-1 | | | | | | | | | | | | | |
| New Caledonia | 6140-9 | | | | | | | | | | | | | |
| New Zealand | 6168-9 | | | | | | | | | | | | | |

WH_MDL_00223279

# AGGREGATE HOLDINGS OF LONG-TERM SECURITIES BY U.S. AND FOREIGN RESIDENTS (TIC SLT)

TIC Form SLT Page 7 of 13

**PART A  (To be completed by Custodians Only)**      Not Applicable __X____      As of Date:

Name of Reporting Entity:      ID Number:

| Foreign Economies, Organizations, and Issuers | | U.S. Securities Owned by Foreign Residents | | | | | | | | Foreign Securities Owned by U.S. Residents | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES | | BONDS OF U.S. GOVERNMENT CORPORATIONS AND FEDERALLY SPONSORED AGENCIES | | U.S. CORPORATE AND OTHER BONDS | | U.S. EQUITIES | | GRAND TOTAL (SUM OF COLUMNS 1 - 8) | FOREIGN GOVERNMENT BONDS | FOREIGN CORPORATE AND OTHER BONDS | FOREIGN EQUITIES | GRAND TOTAL (SUM OF COLUMNS 10 - 12) |
| | | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | | | | | |
| CODE | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| | | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions |
| Niue | 6180-8 | | | | | | | | | | | | | |
| Palau | 6250-2 | | | | | | | | | | | | | |
| Papua New Guinea | 6175-1 | | | | | | | | | | | | | |
| Pitcairn Islands | 6210-3 | | | | | | | | | | | | | |
| St. Pierre and Miquelon | 6221-9 | | | | | | | | | | | | | |
| Samoa | 6261-8 | | | | | | | | | | | | | |
| Solomon Islands | 6230-8 | | | | | | | | | | | | | |
| Tokelau Islands | 6240-5 | | | | | | | | | | | | | |
| Tonga | 6244-8 | | | | | | | | | | | | | |
| Tuvalu | 6051-8 | | | | | | | | | | | | | |
| Vanuatu | 6160-3 | | | | | | | | | | | | | |
| Wallis and Futuna | 6011-9 | | | | | | | | | | | | | |
| Total All Other Countries | 6990-6 | | | | | | | | | | | | | |
| **International & Regional Organizations** | | | | | | | | | | | | | | |
| International | 7290-7 | | | | | | | | | | | | | |
| European | 7390-3 | | | | | | | | | | | | | |
| Latin American | 7491-8 | | | | | | | | | | | | | |
| Caribbean | 7494-2 | | | | | | | | | | | | | |
| Asian | 7590-6 | | | | | | | | | | | | | |
| African | 7690-2 | | | | | | | | | | | | | |
| Middle Eastern | 7790-9 | | | | | | | | | | | | | |
| Total Int'l & Regional Orgs | 7999-5 | | | | | | | | | | | | | |
| **Country Unknown** | 8886-2 | | | | | | | | | | | | | |
| **Grand Total** | 9999-6 | | | | | | | | | | | | | |
| **Of Which: By Type of Security** | | | | | | | | | | | | | | |
| Asset-Backed Securities | 8599-1 | | | | | | | | | | | | | |
| Fund Shares | 8401-8 | | | | | | | | | | | | | |
| **Of Which: By Type of U.S. Issuer** | | | | | | | | | | | | | | |
| Depository Institutions | 8264-3 | | | | | | | | | | | | | |
| Other Financial Organizations | 8265-1 | | | | | | | | | | | | | |
| Non-Financial Organizations | 8267-8 | | | | | | | | | | | | | |
| State & Local General Government | 8268-6 | | | | | | | | | | | | | |
| **Of Which: By Type of U.S. Holder** | | | | | | | | | | | | | | |
| Depository Institutions | 8166-3 | | | | | | | | | | | | | |
| Other Financial Organizations | 8164-7 | | | | | | | | | | | | | |
| Non-Financial Organizations | 8165-5 | | | | | | | | | | | | | |

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

WH_MDL_00223280

# AGGREGATE HOLDINGS OF LONG-TERM SECURITIES BY U.S. AND FOREIGN RESIDENTS (TIC SLT)

TIC Form SLT Page 8 of 13

**PART B (To be completed by Issuers and/or End-Investors)**  Not Applicable _____   **As of Date:** May 31, 2013

Name of Reporting Entity: Xiphias LLC Pension Plan   ID Number: 0004414771

| Foreign Economies, Organizations, and Issuers | | U.S. Securities Owned by Foreign Residents | | | | | | | | Foreign Securities Owned by U.S. Residents | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES | | BONDS OF U.S. GOVERNMENT CORPORATIONS AND FEDERALLY SPONSORED AGENCIES | | U.S. CORPORATE AND OTHER BONDS | | U.S. EQUITIES | | GRAND TOTAL (SUM OF COLUMNS 1 - 8) | FOREIGN GOVERNMENT BONDS | FOREIGN CORPORATE AND OTHER BONDS | FOREIGN EQUITIES | GRAND TOTAL (SUM OF COLUMNS 10 - 12) |
| | | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | | | | | |
| | CODE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| | | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions |
| **Europe** | | | | | | | | | | | | | | |
| Albania | 1510-5 | | | | | | | | | | | | | |
| Andorra | 1010-1 | | | | | | | | | | | | | |
| Armenia | 1651-9 | | | | | | | | | | | | | |
| Austria | 1018-9 | | | | | | | | | | | | | |
| Azerbaijan | 1652-7 | | | | | | | | | | | | | |
| Bank for International Settlements | 1330-7 | | ▓ | | ▓ | | ▓ | | ▓ | | | | | |
| Belarus | 1620-9 | | | | | | | | | | | | | |
| Belgium | 1025-1 | | | | | | | | | | | | | |
| Bosnia and Herzegovina | 1410-9 | | | | | | | | | | | | | |
| Bulgaria | 1520-2 | | | | | | | | | | | | | |
| Croatia | 1421-4 | | | | | | | | | | | | | |
| Cyprus | 1040-5 | | | | | | | | | | | | | |
| Czech Republic | 1528-8 | | | | | | | | | | | | | |
| Denmark | 1050-2 | | | | | | | | | | | | | |
| Estonia | 1540-7 | | | | | | | | | | | | | |
| European Central Bank | 1350-1 | | ▓ | | ▓ | | ▓ | | ▓ | | | | | |
| Faroe Islands | 1061-8 | | | | | | | | | | | | | |
| Finland | 1070-7 | | | | | | | | | | | | | |
| France | 1080-4 | | | | | | | | | | | | | |
| Georgia | 1653-5 | | | | | | | | | | | | | |
| Germany | 1100-2 | | | | | | | | | | | | | |
| Gibraltar | 1108-8 | | | | | | | | | | | | | |
| Greece | 1120-7 | | | | | | | | | | | | | |
| Greenland | 1054-5 | | | | | | | | | | | | | |
| Guernsey | 1300-6 | | | | | | | | | | | | | |
| Holy See | 1510-2 | | | | | | | | | | | | | |
| Hungary | 1550-4 | | | | | | | | | | | | | |
| Iceland | 1130-4 | | | | | | | | | | | | | |
| Ireland | 1140-1 | | | | | | | | | | | | | |
| Isle of Man | 1300-8 | | | | | | | | | | | | | |
| Italy | 1150-9 | | | | | | | | | | | | | |
| Jersey | 1300-7 | | | | | | | | | | | | | |
| Kazakhstan | 1654-3 | | | | | | | | | | | | | |
| Kyrgyzstan | 1655-1 | | | | | | | | | | | | | |
| Latvia | 1560-1 | | | | | | | | | | | | | |
| Liechtenstein | 1160-6 | | | | | | | | | | | | | |
| Lithuania | 1570-9 | | | | | | | | | | | | | |
| Luxembourg | 1170-3 | | | | | | | | | | | | | |
| Macedonia | 1441-9 | | | | | | | | | | | | | |
| Malta | 1181-9 | | | | | | | | | | | | | |
| Moldova | 1630-6 | | | | | | | | | | | | | |
| Monaco | 1200-9 | | | | | | | | | | | | | |
| Netherlands | 1210-6 | | | | | | | | | | | | | |
| Norway | 1220-3 | | | | | | | | | | | | | |
| Poland | 1576-6 | | | | | | | | | | | | | |
| Portugal | 1231-9 | | | | | | | | | | | | | |
| Romania | 1580-6 | | | | | | | | | | | | | |

# AGGREGATE HOLDINGS OF LONG-TERM SECURITIES BY U.S. AND FOREIGN RESIDENTS (TIC SLT)

**PART B (To be completed by Issuers and/or End-Investors)**          Not Applicable _____          **As of Date:** May 31, 2013

**Name of Reporting Entity:** Xiphias LLC Pension Plan          ID Number: 0004414771

| Foreign Economies, Organizations, and Issuers | | U.S. Securities Owned by Foreign Residents | | | | | | | | Foreign Securities Owned by U.S. Residents | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES | | BONDS OF U.S. GOVERNMENT CORPORATIONS AND FEDERALLY SPONSORED AGENCIES | | U.S. CORPORATE AND OTHER BONDS | | U.S. EQUITIES | | GRAND TOTAL (SUM OF COLUMNS 1 - 8) | FOREIGN GOVERNMENT BONDS | FOREIGN CORPORATE AND OTHER BONDS | FOREIGN EQUITIES | GRAND TOTAL (SUM OF COLUMNS 10 - 12) |
| | | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | | | | | |
| | CODE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| | | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions |
| **Europe (Cont.)** | | | | | | | | | | | | | | |
| Russia | 1610-1 | | | | | | | | | | | | | |
| San Marino | 1240-8 | | | | | | | | | | | | | |
| Serbia and Montenegro | 1321-8 | | | | | | | | | | | | | |
| Slovakia | 1531-8 | | | | | | | | | | | | | |
| Slovenia | 1433-8 | | | | | | | | | | | | | |
| Spain | 1250-5 | | | | | | | | | | | | | |
| Sweden | 1260-2 | | | | | | | | | | | | | |
| Switzerland | 1268-8 | | | | | | | | | | | | | |
| Tajikistan | 1657-8 | | | | | | | | | | | | | |
| Turkey | 1280-7 | | | | | | | | | | | | | |
| Turkmenistan | 1661-6 | | | | | | | | | | | | | |
| Ukraine | 1640-3 | | | | | | | | | | | | | |
| United Kingdom | 1300-5 | | | | | | | | | | | | | 1,521 | 1,521 |
| Uzbekistan | 1670-5 | | | | | | | | | | | | | |
| **Total Europe** | **1999-2** | | | | | | | | | | | | | 1,521 | 1,521 |
| **Canada** | 2999-8 | | | | | | | | | | | | | |
| **Latin America** | | | | | | | | | | | | | | |
| Argentina | 3010-4 | | | | | | | | | | | | | |
| Belize | 3571-8 | | | | | | | | | | | | | |
| Bolivia | 3020-1 | | | | | | | | | | | | | |
| Brazil | 3030-9 | | | | | | | | | | | | | |
| Chile | 3040-6 | | | | | | | | | | | | | |
| Colombia | 3050-3 | | | | | | | | | | | | | |
| Costa Rica | 3058-9 | | | | | | | | | | | | | |
| Ecuador | 3100-3 | | | | | | | | | | | | | |
| El Salvador | 3108-9 | | | | | | | | | | | | | |
| Falkland Islands | 3630-7 | | | | | | | | | | | | | |
| French Guiana | 3640-4 | | | | | | | | | | | | | |
| Guatemala | 3120-8 | | | | | | | | | | | | | |
| Guyana | 3130-5 | | | | | | | | | | | | | |
| Honduras | 3148-8 | | | | | | | | | | | | | |
| Mexico | 3170-4 | | | | | | | | | | | | | |
| Nicaragua | 3180-1 | | | | | | | | | | | | | |
| Panama | 3188-7 | | | | | | | | | | | | | |
| Paraguay | 3210-7 | | | | | | | | | | | | | |
| Peru | 3220-4 | | | | | | | | | | | | | |
| Suriname | 3770-2 | | | | | | | | | | | | | |
| Uruguay | 3260-3 | | | | | | | | | | | | | |
| Venezuela | 3271-9 | | | | | | | | | | | | | |
| **Total Latin America** | 3994-2 | | | | | | | | | | | | | |
| **Caribbean** | | | | | | | | | | | | | | |
| Anguilla | 3022-8 | | | | | | | | | | | | | |
| Antigua and Barbuda | 3520-3 | | | | | | | | | | | | | |
| Aruba | 3525-4 | | | | | | | | | | | | | |
| Bahamas | 3531-9 | | | | | | | | | | | | | |

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

# AGGREGATE HOLDINGS OF LONG-TERM SECURITIES BY U.S. AND FOREIGN RESIDENTS
## (TIC SLT)

**PART B  (To be completed by Issuers and/or End-Investors)**  Not Applicable    **As of Date:** May 31, 2013
**Name of Reporting Entity:**  Xiphias LLC Pension Plan    **ID Number:** 0004414771

| Foreign Economies, Organizations, and Issuers | | U.S. Securities Owned by Foreign Residents | | | | | | | | Foreign Securities Owned by U.S. Residents | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES | | BONDS OF U.S. GOVERNMENT CORPORATIONS AND FEDERALLY SPONSORED AGENCIES | | U.S. CORPORATE AND OTHER BONDS | | U.S. EQUITIES | | GRAND TOTAL (SUM OF COLUMNS 1 - 8) | FOREIGN GOVERNMENT BONDS | FOREIGN CORPORATE AND OTHER BONDS | FOREIGN EQUITIES | GRAND TOTAL (SUM OF COLUMNS 10 - 12) |
| | | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | | | | | |
| | CODE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| | | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions |
| **Carribean (Cont.)** | | | | | | | | | | | | | | |
| Barbados | 3015-5 | | | | | | | | | | | | | |
| Bermuda | 3560-2 | | | | | | | | | | | | | |
| Cayman Islands | 3613-7 | | | | | | | | | | | | | |
| Cuba | 3070-8 | | | | | | | | | | | | | |
| Dominica | 3621-8 | | | | | | | | | | | | | |
| Dominican Republic | 3080-5 | | | | | | | | | | | | | |
| Eastern Carribean Central Bank | 3541-6 | ░░░ | | ░░░ | | ░░░ | | ░░░ | | | | | | |
| Grenada | 3670-6 | | | | | | | | | | | | | |
| Guadeloupe (and smaller French islands) | 3680-3 | | | | | | | | | | | | | |
| Haiti | 3140-2 | | | | | | | | | | | | | |
| Jamaica | 3160-7 | | | | | | | | | | | | | |
| Martinique | 3700-1 | | | | | | | | | | | | | |
| Montserrat | 3710-9 | | | | | | | | | | | | | |
| Netherlands Antilles | 3720-6 | | | | | | | | | | | | | |
| St. Kitts and Nevis | 3730-3 | | | | | | | | | | | | | |
| St. Lucia | 3750-8 | | | | | | | | | | | | | |
| St. Vincent & the Grenadines | 3760-5 | | | | | | | | | | | | | |
| Trinidad and Tobago | 3240-9 | | | | | | | | | | | | | |
| Turks and Caicos Islands | 3781-8 | | | | | | | | | | | | | |
| Virgin Islands, British | 3580-7 | | | | | | | | | | | | | |
| **Total Caribbean** | **5440-1** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Asia** | | | | | | | | | | | | | | |
| Afghanistan | 4040-1 | | | | | | | | | | | | | |
| Bahrain | 4070-3 | | | | | | | | | | | | | |
| Bangladesh | 4074-6 | | | | | | | | | | | | | |
| Bhutan | 4081-9 | | | | | | | | | | | | | |
| Brunei | 4100-9 | | | | | | | | | | | | | |
| Burma | 4110-6 | | | | | | | | | | | | | |
| Cambodia | 4120-3 | | | | | | | | | | | | | |
| China, Mainland | 4140-8 | | | | | | | | | | | | | |
| East Timor | 4500-4 | | | | | | | | | | | | | |
| Hong Kong | 4200-5 | | | | | | | | | | | | | |
| India | 4210-2 | | | | | | | | | | | | | |
| Indonesia | 4221-8 | | | | | | | | | | | | | |
| Iran | 4230-7 | | | | | | | | | | | | | |
| Iraq | 4240-4 | | | | | | | | | | | | | |
| Israel | 4250-1 | | | | | | | | | | | | | |
| Japan | 4260-9 | | | | | | | | | | | | | |
| Jordan | 4270-6 | | | | | | | | | | | | | |
| Korea, North | 4440-7 | | | | | | | | | | | | | |
| Korea, South | 4300-1 | | | | | | | | | | | | | |
| Kuwait | 4310-9 | | | | | | | | | | | | | |
| Laos | 4330-3 | | | | | | | | | | | | | |
| Lebanon | 4341-9 | | | | | | | | | | | | | |
| Macau | 4350-8 | | | | | | | | | | | | | |
| Malaysia | 4360-5 | | | | | | | | | | | | | |

# AGGREGATE HOLDINGS OF LONG-TERM SECURITIES BY U.S. AND FOREIGN RESIDENTS (TIC SLT)

**PART B  (To be completed by Issuers and/or End-Investors)**   Not Applicable _____   **As of Date:** May 31, 2013

Name of Reporting Entity:   Xiphias LLC Pension Plan   ID Number:  0004414771

| Foreign Economies, Organizations, and Issuers | | U.S. Securities Owned by Foreign Residents | | | | | | | | Foreign Securities Owned by U.S. Residents | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES | | BONDS OF U.S. GOVERNMENT CORPORATIONS AND FEDERALLY SPONSORED AGENCIES | | U.S. CORPORATE AND OTHER BONDS | | U.S. EQUITIES | | GRAND TOTAL (SUM OF COLUMNS 1 - 8) | FOREIGN GOVERNMENT BONDS | FOREIGN CORPORATE AND OTHER BONDS | FOREIGN EQUITIES | GRAND TOTAL (SUM OF COLUMNS 10 - 12) |
| | | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | | | | | |
| | CODE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| | | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions |
| **Asia (Cont.)** | | | | | | | | | | | | | | |
| Maldives | 4370-2 | | | | | | | | | | | | | |
| Mongolia | 4381-8 | | | | | | | | | | | | | |
| Nepal | 4420-2 | | | | | | | | | | | | | |
| Oman | 4410-5 | | | | | | | | | | | | | |
| Pakistan | 4470-9 | | | | | | | | | | | | | |
| Philippines | 4480-6 | | | | | | | | | | | | | |
| Qatar | 4510-1 | | | | | | | | | | | | | |
| Saudi Arabia | 4560-8 | | | | | | | | | | | | | |
| Singapore | 4601-9 | | | | | | | | | | | | | |
| Sri Lanka | 4131-9 | | | | | | | | | | | | | |
| Syria | 4620-5 | | | | | | | | | | | | | |
| Taiwan | 4630-2 | | | | | | | | | | | | | |
| Thailand | 4641-8 | | | | | | | | | | | | | |
| United Arab Emirates (Trucial States) | 4660-4 | | | | | | | | | | | | | |
| Vietnam | 4690-6 | | | | | | | | | | | | | |
| West Bank & Gaza | 4720-1 | | | | | | | | | | | | | |
| Yemen | 4710-4 | | | | | | | | | | | | | |
| **Total Asia** | **4999-9** | | | | | | | | | | | | | |
| **Africa** | | | | | | | | | | | | | | |
| Algeria | 5010-5 | | | | | | | | | | | | | |
| Angola | 5020-2 | | | | | | | | | | | | | |
| Bank of Central African States (BEAC) | 5031-8 | ░░ | | ░░ | | ░░ | | ░░ | | | | | | |
| Benin | 5180-2 | | | | | | | | | | | | | |
| Botswana | 5050-4 | | | | | | | | | | | | | |
| Burkina Faso | 5711-8 | | | | | | | | | | | | | |
| Burundi | 5080-6 | | | | | | | | | | | | | |
| Cameroon | 5100-4 | | | | | | | | | | | | | |
| Cape Verde | 5120-9 | | | | | | | | | | | | | |
| Central African Republic | 5130-6 | | | | | | | | | | | | | |
| Central Bank of West African States (BCEAO) | 5064-4 | ░░ | | ░░ | | ░░ | | ░░ | | | | | | |
| Chad | 5140-3 | | | | | | | | | | | | | |
| Comoros | 5151-9 | | | | | | | | | | | | | |
| Congo (Brazzaville) | 5160-8 | | | | | | | | | | | | | |
| Congo (Kinshasa) | 5170-5 | | | | | | | | | | | | | |
| Cote d'Ivoire (Ivory Coast) | 5300-7 | | | | | | | | | | | | | |
| Djibouti | 5230-2 | | | | | | | | | | | | | |
| Egypt | 5700-2 | | | | | | | | | | | | | |
| Equatorial Guinea | 5194-2 | | | | | | | | | | | | | |
| Eritrea | 5201-9 | | | | | | | | | | | | | |
| Ethiopia | 5210-8 | | | | | | | | | | | | | |
| Gabon | 5241-8 | | | | | | | | | | | | | |
| Gambia, The | 5250-7 | | | | | | | | | | | | | |
| Ghana | 5260-4 | | | | | | | | | | | | | |
| Guinea | 5270-1 | | | | | | | | | | | | | |
| Guinea-Bissau | 5440-2 | | | | | | | | | | | | | |

# AGGREGATE HOLDINGS OF LONG-TERM SECURITIES BY U.S. AND FOREIGN RESIDENTS (TIC SLT)

**PART B (To be completed by Issuers and/or End-Investors)**  Not Applicable _____  **As of Date:** May 31, 2013

**Name of Reporting Entity:** Xiphias LLC pension Plan   **ID Number:** 0004414771

| Foreign Economies, Organizations, and Issuers | | U.S. Securities Owned by Foreign Residents | | | | | | | | Foreign Securities Owned by U.S. Residents | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES | | BONDS OF U.S. GOVERNMENT CORPORATIONS AND FEDERALLY SPONSORED AGENCIES | | U.S. CORPORATE AND OTHER BONDS | | U.S. EQUITIES | | GRAND TOTAL (SUM OF COLUMNS 1 - 8) | FOREIGN GOVERNMENT BONDS | FOREIGN CORPORATE AND OTHER BONDS | FOREIGN EQUITIES | GRAND TOTAL (SUM OF COLUMNS 10 - 12) |
| | | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | | | | | |
| | CODE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| | | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions |
| **Africa (Cont.)** | | | | | | | | | | | | | | |
| Kenya | 5310-4 | | | | | | | | | | | | | |
| Lesotho | 5315-5 | | | | | | | | | | | | | |
| Liberia | 5320-1 | | | | | | | | | | | | | |
| Libya | 5330-9 | | | | | | | | | | | | | |
| Madagascar | 5340-6 | | | | | | | | | | | | | |
| Malawi | 5350-3 | | | | | | | | | | | | | |
| Mali | 5358-9 | | | | | | | | | | | | | |
| Mauritania | 5370-8 | | | | | | | | | | | | | |
| Mauritius | 5380-5 | | | | | | | | | | | | | |
| Mayotte | 5451-8 | | | | | | | | | | | | | |
| Morocco | 5400-3 | | | | | | | | | | | | | |
| Mozambique | 5408-9 | | | | | | | | | | | | | |
| Namibia | 5412-7 | | | | | | | | | | | | | |
| Niger | 5420-8 | | | | | | | | | | | | | |
| Nigeria | 5430-5 | | | | | | | | | | | | | |
| Réunion | 5460-7 | | | | | | | | | | | | | |
| Rwanda | 5501-8 | | | | | | | | | | | | | |
| Saint Helena | 5510-7 | | | | | | | | | | | | | |
| Sao Tome & Príncipe | 5520-4 | | | | | | | | | | | | | |
| Senegal | 5530-1 | | | | | | | | | | | | | |
| Seychelles | 5540-9 | | | | | | | | | | | | | |
| Sierra Leone | 5550-6 | | | | | | | | | | | | | |
| Somalia | 5560-3 | | | | | | | | | | | | | |
| South Africa | 5571-9 | | | | | | | | | | | | | |
| Sudan | 5610-3 | | | | | | | | | | | | | |
| Swaziland | 5621-9 | | | | | | | | | | | | | |
| Tanzania | 5640-5 | | | | | | | | | | | | | |
| Togo | 5650-2 | | | | | | | | | | | | | |
| Tunisia | 5670-7 | | | | | | | | | | | | | |
| Uganda | 5680-4 | | | | | | | | | | | | | |
| Western Sahara | 5600-6 | | | | | | | | | | | | | |
| Zambia | 5720-7 | | | | | | | | | | | | | |
| Zimbabwe | 5470-4 | | | | | | | | | | | | | |
| **Total Africa** | **5999-4** | | | | | | | | | | | | | |
| **Other Countries** | | | | | | | | | | | | | | |
| Australia | 6008-9 | | | | | | | | | | | | | |
| British Indian Ocean Territory | 6020-8 | | | | | | | | | | | | | |
| Cook Islands | 6040-2 | | | | | | | | | | | | | |
| Fiji | 6060-7 | | | | | | | | | | | | | |
| French Polynesia | 6070-4 | | | | | | | | | | | | | |
| Kiribati | 6052-6 | | | | | | | | | | | | | |
| Marshall Islands | 6120-4 | | | | | | | | | | | | | |
| Micronesia, Federated States of | 6030-5 | | | | | | | | | | | | | |
| Nauru | 6130-1 | | | | | | | | | | | | | |
| New Caledonia | 6140-9 | | | | | | | | | | | | | |
| New Zealand | 6168-9 | | | | | | | | | | | | | |

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

WH_MDL_00223285

# AGGREGATE HOLDINGS OF LONG-TERM SECURITIES BY U.S. AND FOREIGN RESIDENTS (TIC SLT)

TIC Form SLT Page 13 of 13

**PART B (To be completed by Issuers and/or End-Investors)**     Not Applicable                    **As of Date:** May 31, 2013
**Name of Reporting Entity:** Xiphias LLC Pension Plan     **ID Number:** 0004414771

| Foreign Economies, Organizations, and Issuers | CODE | U.S. Securities Owned by Foreign Residents | | | | | | | | | Foreign Securities Owned by U.S. Residents | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. TREASURY AND FEDERAL FINANCING BANK BONDS AND NOTES | | BONDS OF U.S. GOVERNMENT CORPORATIONS AND FEDERALLY SPONSORED AGENCIES | | U.S. CORPORATE AND OTHER BONDS | | U.S. EQUITIES | | GRAND TOTAL (SUM OF COLUMNS 1 - 8) | FOREIGN GOVERNMENT BONDS | FOREIGN CORPORATE AND OTHER BONDS | FOREIGN EQUITIES | GRAND TOTAL (SUM OF COLUMNS 10 - 12) |
| | | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | Foreign Official Institutions | All Other Foreigners | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| | | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions |
| Niue | 6180-8 | | | | | | | | | | | | | |
| Palau | 6250-2 | | | | | | | | | | | | | |
| Papua New Guinea | 6175-1 | | | | | | | | | | | | | |
| Pitcairn Islands | 6210-3 | | | | | | | | | | | | | |
| St. Pierre and Miquelon | 6221-9 | | | | | | | | | | | | | |
| Samoa | 6261-8 | | | | | | | | | | | | | |
| Solomon Islands | 6230-8 | | | | | | | | | | | | | |
| Tokelau Islands | 6240-5 | | | | | | | | | | | | | |
| Tonga | 6244-8 | | | | | | | | | | | | | |
| Tuvalu | 6051-8 | | | | | | | | | | | | | |
| Vanuatu | 6160-3 | | | | | | | | | | | | | |
| Wallis and Futuna | 6011-9 | | | | | | | | | | | | | |
| Total All Other Countries | 6990-6 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| International & Regional Organizations | | | | | | | | | | | | | | |
| International | 7290-7 | | | | | | | | | | | | | |
| European | 7390-3 | | | | | | | | | | | | | |
| Latin American | 7491-8 | | | | | | | | | | | | | |
| Caribbean | 7494-2 | | | | | | | | | | | | | |
| Asian | 7590-6 | | | | | | | | | | | | | |
| African | 7690-2 | | | | | | | | | | | | | |
| Middle Eastern | 7790-9 | | | | | | | | | | | | | |
| Total Int'l & Regional Orgs | 7999-5 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Country Unknown | 8886-2 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Grand Total | 9999-6 | | | | | | | | | | | | 1,521 | 1,521 |
| Of Which: By Type of Security | | | | | | | | | | | | | | |
| Asset-Backed Securities | 8899-1 | | | | | | | | | | | | | |
| Fund Shares | 8401-8 | | | | | | | | | | | | | |
| Of Which: By Type of U.S. Issuer | | | | | | | | | | | | | | |
| Depository Institutions | 8264-3 | | | | | | | | | | | | | |
| Other Financial Organizations | 8265-1 | | | | | | | | | | | | | |
| Non-Financial Organizations | 8267-8 | | | | | | | | | | | | | |
| State & Local General Government | 8268-6 | | | | | | | | | | | | | |
| Of Which: By Type of U.S. Holder | | | | | | | | | | | | | | |
| Depository Institutions | 8166-3 | | | | | | | | | | | | | |
| Other Financial Organizations | 8164-7 | | | | | | | | | | | | | |
| Non-Financial Organizations | 8165-5 | | | | | | | | | | | | | |

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER