# Exhibit 5

# KAYE SCHOLER LLP

Michael Ben-Jacob
212.836.8310
michael.ben-jacob@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212.836.8000
Fax 212.836.6310
www.kayescholer.com

**CERTIFIED MAIL -
RETURN RECEIPT REQUESTED
7010 0290 0000 4214 6060**

June 24, 2013

Internal Revenue Service
P.O. Box 32621
Detroit, MI 48232-0621

Re:   **RICHARD MARKOWITZ**

Dear Sir or Madam:

I enclose a 2012 Report of Foreign Bank and Financial Accounts, Form TD F 90-22.1, for the above-referenced taxpayer.

Please contact me at 212.836.8310 with any questions.

Sincerely,

Michael Ben-Jacob

MBJ/rav
Enclosure

DEFENDANTS'
EXHIBIT
DX3571
Case No:18-MD-2865 (LAK)

61345215_1.docx

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL                                                                                                          WH_MDL_00143168

| TD F 90-22.1 (Rev. January 2012) Department of the Treasury  Do not use previous editions of this form | REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS  Do NOT file with your Federal Tax Return | OMB No. 1545-2038  **1** This Report is for Calendar Year Ended 12/31  **2012**  Amended ☐ |
|---|---|---|

### Part I   Filer Information

**2** Type of Filer
a ☒ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other—Enter type _____

**3** U.S. Taxpayer Identification Number: ███
If filer has no U.S. Identification Number complete Item 4.

**4** Foreign identification (Complete only if Item 3 is not applicable.)
a Type: ☐ Passport   ☐ Other _____
b Number _____   c Country of Issue _____

**5** Individual's Date of Birth MM/DD/YYYY: ███

**6** Last Name or Organization Name: MARKOWITZ
**7** First Name: RICHARD
**8** Middle Initial:

**9** Address (Number, Street, and Apt. or Suite No.): C/O ARGRE MANAGEMENT LLC, 40 WEST 57TH STREET

**10** City: NEW YORK   **11** State: NY   **12** Zip/Postal Code: 10019   **13** Country: USA

**14** Does the filer have a financial interest in 25 or more financial accounts?
☐ Yes   If "Yes" enter total number of accounts _____
(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
☒ No

### Part II   Information on Financial Account(s) Owned Separately

**15** Maximum value of account during calendar year reported
**16** Type of account   a ☐ Bank   b ☐ Securities   c ☐ Other—Enter type below

**17** Name of Financial Institution in which account is held

**18** Account number or other designation
**19** Mailing Address (Number, Street, Suite Number) of financial institution in which account is held

**20** City   **21** State, if known   **22** Zip/Postal Code, if known   **23** Country

### Signature

**44** Filer Signature: [signed]
**45** Filer Title, if not reporting a personal account: AUTHORIZED SIGNATORY
**46** Date (MM/DD/YYYY):

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. **See Instructions For Definitions.**

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Form TD F 90-22.1 (Rev. 1-2012)

ISA

CONFIDENTIAL   WH_MDL_00143169

| **Part IV** | Information on Financial Account(s) Where Filer has Signature Authority but No Financial Interest in the Account(s) | Form TD F 90-22.1 Page Number |
|---|---|---|
| **Complete a Separate Block for Each Account** | | 2 of 2 |

This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| 2012 | [X] Taxpayer Identification Number<br>[ ] Foreign Identification Number<br>Enter identification number here:<br>179501994 | MARKOWITZ |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank   b [X] Securities   c [ ] Other—Enter type below |
|---|---|
| 515,318.02 (SEE ATTACHED) | |

| 17 Name of Financial Institution in which account is held |
|---|
| SOLO CAPITAL |

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| IXP01 | 4-6 THROGMORTON AVENUE |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| LONDON | | EC2N 2DL | UNITED KINGDOM |

| 34 Last Name or Organization Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|
| XIPHIAS LLC TRUST | 45-5217073 |

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|
| | | C/O ARGRE MANAGEMENT LLC, 40 W 57TH ST |

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|
| NEW YORK | NY | 10019 | USA |

| 43 Filer's Title with this Owner |
|---|
| TRUSTEE |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank   b [X] Securities   c [ ] Other—Enter type below |
|---|---|
| 639,338.61 (SEE ATTACHED) | |

| 17 Name of Financial Institution in which account is held |
|---|
| SOLO CAPITAL |

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| MIC01 | 4-6 THROGMORTON AVENUE |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| LONDON | | EC2N 2DL | UNITED KINGDOM |

| 34 Last Name or Organization Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|
| MICHELLE INVESTMENT PENSION PLAN TRUST | 45-5252601 |

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|
| | | C/O ARGRE MANAGEMENT LLC, 40 W 57TH ST |

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|
| NEW YORK | NY | 10019 | USA |

| 43 Filer's Title with this Owner |
|---|
| TRUSTEE |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank   b [ ] Securities   c [ ] Other—Enter type below |
|---|---|
| | |

| 17 Name of Financial Institution in which account is held |
|---|
| |

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| | |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| | | | |

| 34 Last Name or Organization Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|
| | |

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|
| | | |

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|
| | | | |

| 43 Filer's Title with this Owner |
|---|
| |

Form TD F 90-22.1 (Rev. 1-2012)

CONFIDENTIAL

WH_MDL_00143170

Form TD F 90-22.1
Calendar Year: 2012

Taxpayer ID: 

**Statement**
Part IV, Line 15

The values reported herein are for securities trading accounts which included certain margin positions fully offsetting the value of those securities and are reported consistently with the definition of the term "maximum value" provided in the instructions.

CONFIDENTIAL

WH_MDL_00143171