# Exhibit 7

4

651113

| Schedule K-1 (Form 1065) | **2013** | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0099 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2013, or tax year beginning FEBRUARY 1, 2013 ending DECEMBER 31, 2013 | **Part III** Partner's Share of Current Year Income, Deductions, Credits, and Other Items | |

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

| | | | |
|---|---|---|---|
| **Part I** Information About the Partnership | | 1 Ordinary business income (loss) **312,997.** | 15 Credits |
| A Partnership's employer identification number **45-5145105** | | 2 Net rental real estate income (loss) | |
| B Partnership's name, address, city, state, and ZIP code **CALIFORNIA CATALOG GENERAL PARTNER. II C/O MAPLE POINT, LLC 40 WEST 57TH STREET, SUITE 1610 NEW YORK, NY 10019** | | 3 Other net rental income (loss) | 16 Foreign transactions |
| | | 4 Guaranteed payments | |
| | | 5 Interest income | |
| | | 6a Ordinary dividends | |
| C IRS Center where partnership filed return **E-FILE** | | 6b Qualified dividends | 17 Alternative min tax (AMT) items |
| D ☐ Check if this is a publicly traded partnership (PTP) | | 7 Royalties | |
| | | 8 Net short-term capital gain (loss) | 18 Tax-exempt income and nondeductible expenses |
| **Part II** Information About the Partner | | 9a Net long-term capital gain (loss) | |
| E Partner's identifying number **46-1910855** | | 9b Collectibles (28%) gain (loss) | 19 Distributions A **303,647.** |
| F Partner's name, address, city, state, and ZIP code **RJM CAPITAL PENSION PLAN TRUST C/O MAPLE POINT, LLC 40 WEST 57TH STREET, 16TH FL NEW YORK, NY 10019** | | 9c Unrecaptured sec 1250 gain | 20 Other information |
| | | 10 Net section 1231 gain (loss) | |
| | | 11 Other income (loss) | |
| G ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member | | | |
| H ☒ Domestic partner   ☐ Foreign partner | | | |
| I1 What type of entity is this partner? **PENSION PLAN** | | 12 Section 179 deduction | |
| I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐ | | 13 Other deductions | |
| J Partner's share of profit, loss, and capital: | | | |

| | Beginning | Ending |
|---|---|---|
| Profit | 22.5000000% | 22.5000000% |
| Loss | 22.5000000% | 22.5000000% |
| Capital | 22.5000000% | 22.5000000% |

K Partner's share of liabilities at year end:
- Nonrecourse $ _____
- Qualified nonrecourse financing $ _____
- Recourse $ 0.

14 Self-employment earnings (loss)

*See attached statement for additional information.

L Partner's capital account analysis:
- Beginning capital account $ _____
- Capital contributed during the year $ _____
- Current year increase (decrease) $ 308,250.
- Withdrawals & distributions $( 303,647.)
- Ending capital account $ 4,603.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book   ☐ Other (explain)

M Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes", attach statement (see instructions)

For IRS Use Only

311261 12-03-13  LHA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.   IRS.gov/form1065   Schedule K-1 (Form 1065) 2013

4

DEFENDANTS' EXHIBIT
DX3376
Case No:18-MD-2865 (LAK)

CONFIDENTIAL                                          WH_MDL_00524144

DX3376, page 1 of 1