# Exhibit 1

CERTIFIED TRANSLATION

# Consolidated Act 2024-11-05 no. 1160 Danish Administration of Justice Act

as amended by L 2024-12-10 no. 1464, L 2024-12-10 no. 1465, L 2024-12-30 no. 1666, L 2024-12-30 no. 1674 and L 2024-12-30 no. 1687

Future legislative changes: L 2006-06-08 no. 538, L 2009-06-12 no. 505, L 2013-12-26 no. 1621 and L 2024-12-10 no. 1446

**First book. Judiciary etc.**

### SECTION ONE. THE SYSTEM OF THE COURTS

#### Chapter 1. The courts

**§ 1.** The ordinary courts are the Supreme Court, the High Courts and the District Courts as well as the Maritime and Commercial Court and the Land Registration Court.
*Subsection 2.* The rules of this Act apply only to the administration of justice in the ordinary courts, unless otherwise provided in this or any other Act.
*Subsection 3.* Military criminal cases shall be dealt with in accordance with the Military Administration of Justice Act.

**§ 1a.** The Special Court of Appeal hears and decides

1) applications for the reopening of criminal proceedings, see Chapter 86,
2) appeals concerning the exclusion of a defense counsel, cf. section 737,
3) complaints referred under section 48,
4) complaints about warnings issued under section 48,
5) cases of suspension, disciplinary action and dismissal due to illness in the cases mentioned in sections 49, 49a, 50 and 55,
6) cases under section 51 f for dismissal before the end of the notice period,
7) cases under section 54a on dismissal and change of place of employment and
8) cases concerning the removal of members of the Board of Directors of the Danish Courts Administration, cf. section 6(3) of the Act on the Danish Courts Administration.

*Subsection 2.* The Court of Appeal consists of 5 members who are appointed by the King for a period of 10 on the recommendation of the Minister of Justice. The members of the court can only be removed by judgment. A member resigns when the conditions for the member's appointment cease to apply. The appointment ends no later than the end of the month in which the member concerned reaches the age of 70. Re-appointment cannot take place.
*Subsection. 3.* The members of the Complaints Tribunal shall be a Supreme Court judge (the chairman of the Complaints Tribunal), a regional court judge and a district court judge appointed on recommendation to the Minister of Justice by the Supreme Court, the regional courts and the Danish Association of Judges, respectively, as well as a lawyer appointed on recommendation to the Minister of Justice by the Bar Council and a university lecturer in law or other lawyer with special scientific training.
*Subsection. 4.* For each member of the court, the King appoints a first and a second deputy in accordance with the same rules as for the member concerned. If necessary, the alternates shall join the court so that the first alternate takes precedence over the second alternate.
*Subsection. 5.* The secretariat tasks of the Complaints Tribunal are performed by the Supreme Court by agreement between the President of the Supreme Court and the President of the Complaints Tribunal.

**§ 2.** The Supreme Court is the highest court for the entire kingdom. It has its seat in Copenhagen and consists of a president and 17 other Supreme Court judges.
*Subsection. 2.* The president is responsible for handling the authorization and administrative matters assigned to the office. The President must also ensure a sound and appropriate operation of the office and must take the necessary initiatives to ensure this.

*Subsection. 3.* If necessary, the oldest of the judges present at the court shall replace the president.

**§ 2 a.** (Repealed).

**§ 2 b.** (Repealed).

**§ 3.** Unless otherwise stipulated, at least five judges participate in the decision of cases at the Supreme Court. The President shall, after consultation with the members of the court, decide on the allocation of cases among the judges and on the administrative handling of cases. If the required number of Supreme Court judges is not available in a , the President may summon one or more regional judges to participate in the handling of the case.

*Subsection 2.* When the President does not take part in the hearing of a case, the chair shall be filled by the judge designated by the President after consultation with the members of the Court.

*Subsection 3.* As determined by the Court, the following decisions may be taken by committees consisting of at least three judges, appointed by the President after consultation with the members of the Court:

1) Decisions and orders that are not made during the main proceedings in court cases,
2) in civil proceedings, judgments dismissing appeals, judgments in cases where the defendant enters an appearance without raising any objection and judgments which deal only with costs; and
3) Judgments in love cases.

*Subsection 4.* To the extent that the court deems it appropriate, a single member may act on behalf of the committee. However, in the adoption of judgments and orders, with the exception of orders dismissing actions, all members of the Committee shall participate.

**§ 4.** Proxies at the Supreme Court may record evidence to the extent that the Supreme Court so decides, see section 340(3).

*Subsection 2.* In order to appear on behalf of others during the taking of evidence under subsection (1), a lawyer must be entitled to appear before the Supreme Court, see section 134.

*Subsection 3.* Appeals against decisions made during the taking of evidence under subsection (1) shall be submitted to the Supreme Court. The deadline for appeal is two weeks after the decision has been made. The appeal is decided by order.

**§ 5.** There shall be two High Courts: the Eastern High Court and the Western High Court. The Eastern High Court covers the islands, and the Western High Court covers Jutland.

*Subsection. 2.* The Eastern High Court, which has its seat in Copenhagen, consists of a president and at least 62 other regional judges. The Western High Court, which has its seat in Viborg, consists of a president and at least 38 other regional judges.

*Subsection 3.* In order to make it possible for regional court judges to transfer to part-time employment, cf. section 51a, up to four additional regional court judges may be appointed. In the event of a vacancy in a judicial position at a High Court where one or more additional judges have been appointed in accordance with the first sentence, the National Courts Administration will decide whether the position is to be filled and if so, at which High Court the position is to be placed.

*Subsection. 4.* If the office of chairman of an investigation committee or review committee is held by a regional judge, an additional regional judge may be appointed in the relevant High Court.

has not been incurred within the insurance maximum. The provisions of §§ 325-328 apply correspondingly.

*Subsection 2.* The costs of the case are covered under subsection (1) to the extent that, had legal aid been granted, the Treasury would have provided coverage under sections 331, 332 and 334.

*Subsection 3.* When the court has decided pursuant to section 327(6) that the conditions in subsection (1) for coverage of the part of the costs exceeding the insurance maximum are met, the court shall at the same time determine the amount to be covered, cf. subsection (2).

*Subsection 4.* When the Minister of Justice or the Appeals Board pursuant to section 328(6) has decided that the conditions in subsection (1) for coverage of that part of the costs that exceeds the insurance's maximum are met, the Minister of Justice may decide to pay the amount claimed, provided that this can be approved, cf. subsection (2). If the Minister for Justice cannot approve the amount claimed, the Minister for Justice shall refer the case to the court hearing the case or the court that last heard the case, whereupon the court shall determine the amount to be covered, cf. subsection 2.

## SECTION II. PROCEDURE.

### Chapter 32. General provisions

**§ 336 a.** The parties have a duty to advance the case with the necessary speed, to avoid unnecessary procedural steps and to investigate the possibility of a conciliatory solution also prior to the institution of proceedings.

**§ 336b.** (Repealed).

**§ 336c.** (Repealed).

**§ 336d.** (Repealed).

**§ 337.** The court may at any time during the proceedings invite the parties to state reasons which may lead the court, acting on its own motion, to dismiss or refer the case.

**§ 338.** The court or tribunal may not award a party more than he has claimed and may only take into account pleas in law which the party has put forward or which cannot be withdrawn.

**§ 339.** If a party's claim or his pleas or his statements about the case are otherwise unclear or incomplete, the court may seek to remedy this by questioning the party.

*Subsection 2.* The court or tribunal may invite a party to state its position on questions of fact as well as questions of law which appear to be of importance to the case.

*Subsection. 3.* The court may invite a party to produce documents, provide an expert opinion or otherwise provide evidence when the facts of the case would remain uncertain without such evidence.

*Subsection 4.* If a party in a case before the district court does not appear with a lawyer, the court shall advise the party on what he should do to inform himself about the case and otherwise to safeguard his interests in the case.

**§ 339 a.** Court hearings during the preparation where no evidence is taken for the main hearing shall be held in camera, unless the court decides otherwise.

*Subsection 2.* However, subsection (1) shall not apply to hearings under section 31c.

**§ 340.** Evidence in cases at first instance and in appeal cases at the High Court takes place during the main hearing. However, where circumstances so warrant, the court may decide that the presentation of evidence or part of it shall take place before the main hearing. The court may set a deadline by which such evidence must be completed. In urgent cases, the court before which the evidence is to be taken may order that the evidence be taken before the main hearing.

*Subsection 2.* The party concerned shall notify the other party of the taking of evidence before the main hearing with one week's notice. The court in which

However, the court may, in urgent cases, make an exception to this and may in that case appoint a lawyer to represent the interests of the opposing party. The fee the lawyer shall be fixed by the court and shall be borne provisionally by the party who has requested the taking of evidence. The court may require the party to provide security for the payment of the fee.

*Paragraph 3.* In the Supreme Court, the court shall decide where and when the evidence shall be given. The rules in subsections (1), (3) and (4) and (2) shall apply correspondingly.

**§ 341.** Evidence that is deemed to be irrelevant to the case cannot take place.

**§ Section 341 a.** Statements on specific matters of a technical, financial or similar nature which a party has obtained from experts prior to the institution of proceedings may be presented as evidence unless the content of the statement, the circumstances its preparation or other circumstances provide grounds for departing from the starting point. If a party has submitted such a statement, the opposing party may, under otherwise the same conditions, submit a similar statement, even if this statement could not be obtained until after the case was brought.

*Subsection 2.* Statements on the assessment of legal matters under Danish law, which a party has obtained from legal experts, may be included for use in the legal argumentation, but not during the case in general.

**§ 342.** If evidence is to be taken abroad, the court shall, on the basis of information from the party seeking the taking of evidence, issue a court request to the foreign authority concerned. The court may require the party to provide security for the costs that the taking of evidence will entail. The request shall be made in accordance with the applicable conventions on letters rogatory. *Subsection 2.* The Minister of Justice may lay down further rules on letters rogatory.

**§ 343.** The court may allow evidence to be taken, even if this is not for use in pending legal proceedings. An application for the taking of evidence shall be submitted to the court at the place where the witness lives or is staying or, in the case of an expert opinion, to the court at the place the object of the transaction is located. A request for the taking of evidence abroad shall be filed with the court at the place where the case is to be heard in this country.

*Subsection 2.* The costs of taking evidence under subsection (1) shall be borne provisionally by the party seeking the taking of evidence. The court may require security to be provided for the costs that the taking of evidence will entail.

*Subsection 3.* The court shall decide on the payment of the costs of the taking of evidence, unless the parties have agreed otherwise.

*Subsection 4.* The provisions section 340(2), first and second sentences, shall apply mutatis mutandis.

**§ 344.** On the basis of the proceedings during the trial and the presentation of evidence, the court shall decide which facts shall be used as the basis for deciding the case.

*Subsection 2.* If a party's statements concerning the facts the case are unclear or incomplete, or if he fails to comment on the other party's statements on these issues or to comply with the other party's invitations, the court can, when assessing the evidence, give effect to this in favor of the other party. The same applies if a party fails to appear after having been summoned to a personal meeting, cf. section 302, if he fails to answer questions asked in accordance with sections 302 and 303, or if his answers are unclear or incomplete.

*Subsection 3.* If a party fails to comply with the court's invitation to give evidence, cf. section 339(3), the court can, when assessing the evidence, give effect to this in favor of the other party.

**§ 345.** The court may postpone the hearing of a case when this is deemed necessary, including to await an administrative or judicial decision.

# Lovbekendtgørelse 2024-11-05 nr. 1160
# Retsplejeloven

som ændret ved L 2024-12-10 nr. 1464, L 2024-12-10 nr. 1465, L 2024-12-30 nr. 1666, L 2024-12-30 nr. 1674 og L 2024-12-30 nr. 1687

Fremtidige lovændringer: L 2006-06-08 nr. 538, L 2009-06-12 nr. 505, L 2013-12-26 nr. 1621 og L 2024-12-10 nr. 1446

## Første bog. Domsmagten m.m.
### FØRSTE AFSNIT. DOMSTOLENES ORDNING
### Kap. 1. Retterne

**§ 1.** De almindelige domstole er Højesteret, landsretterne og byretterne samt Sø- og Handelsretten og Tinglysningsretten.
*Stk. 2.* Denne lovs regler finder alene anvendelse på rettens pleje ved de almindelige domstole, medmindre andet er bestemt i denne eller anden lov.
*Stk. 3.* Militære straffesager behandles efter militær retsplejelov.

**§ 1 a.** Den Særlige Klageret behandler og påkender
1) begæringer om genoptagelse af en straffesag, jf. kapitel 86,
2) kæremål vedrørende udelukkelse af en forsvarer, jf. § 737,
3) klager, der henvises efter § 48,
4) klager over advarsler meddelt efter § 48,
5) sager om suspension, disciplinærforfølgning og afsked på grund af sygdom i de i §§ 49, 49 a, 50 og 55 nævnte tilfælde,
6) sager efter § 51 f om afsked før tilkaldeperiodens udløb,
7) sager efter § 54 a om afsked og ændring af tjenestested og
8) sager om afsættelse af medlemmer af Domstolsstyrelsens bestyrelse, jf. § 6, stk. 3, i lov om Domstolsstyrelsen.

*Stk. 2.* Klageretten består af 5 medlemmer, der efter indstilling af justitsministeren beskikkes af kongen for en periode på 10 år. Rettens medlemmer kan kun afsættes ved dom. Et medlem udtræder, når betingelserne for medlemmets beskikkelse bortfalder. Beskikkelsen ophører senest ved udgangen af den måned, hvori den pågældende fylder 70 år. Genbeskikkelse kan ikke finde sted.
*Stk. 3.* Klagerettens medlemmer skal være en højesteretsdommer (Klagerettens formand), en landsdommer og en byretsdommer, der beskikkes efter indstilling til justitsministeren fra henholdsvis Højesteret, landsretterne og Den Danske Dommerforening, samt en advokat, der beskikkes efter indstilling til justitsministeren fra Advokatrådet, og en universitetslærer i retsvidenskab eller anden jurist med særlig videnskabelig uddannelse.
*Stk. 4.* For hvert af rettens medlemmer beskikker kongen efter tilsvarende regler som for vedkommende medlem en første- og andensuppleant. Suppleanterne tiltræder om nødvendigt retten, således at førstesuppleanten går forud for andensuppleanten.
*Stk. 5.* Klagerettens sekretariatsopgaver udføres af Højesteret efter aftale mellem Højesterets præsident og Klagerettens formand.

**§ 2.** Højesteret er øverste domstol for hele riget. Den har sit sæde i København og består af en præsident og 17 andre højesteretsdommere.
*Stk. 2.* Præsidenten er ansvarlig for varetagelsen af de bevillingsmæssige og administrative forhold, der er henlagt til embedet. Præsidenten skal herunder sørge for en forsvarlig og hensigtsmæssig drift af embedet og skal tage de fornødne initiativer til sikring heraf.
*Stk. 3.* I præsidentens sted træder i fornødent fald den efter embedsalder ældste af rettens tilstedeværende dommere.

**§ 2 a.** (Ophævet).
**§ 2 b.** (Ophævet).
**§ 3.** I afgørelsen af sager ved Højesteret deltager, medmindre andet er bestemt, mindst 5 dommere. Præsidenten træffer efter forhandling med rettens medlemmer bestemmelse om sagernes fordeling mellem dommerne og om sagernes administrative behandling. Er i en sag det nødvendige antal højesteretsdommere ikke til rådighed, kan præsidenten tilkalde en eller flere landsdommere til at deltage i sagens behandling.
*Stk. 2.* Når præsidenten ikke deltager i behandlingen af en sag, beklædes formandspladsen af den dommer, præsidenten efter forhandling med rettens medlemmer udpeger dertil.
*Stk. 3.* Efter rettens nærmere bestemmelse kan følgende afgørelser træffes af udvalg, der består af mindst 3 dommere, og som sammensættes af præsidenten efter forhandling med rettens medlemmer:
1) Beslutninger og kendelser, der ikke træffes under hovedforhandlingen i domssager,
2) i borgerlige sager domme, hvorved anke afvises, domme i sager, hvor indstævnte møder uden at rejse indsigelse, og domme, hvorved der alene tages stilling til spørgsmål om sagsomkostninger, og
3) domme i kæresager.

*Stk. 4.* I det omfang retten finder det formålstjenligt, kan et enkelt af medlemmerne handle på udvalgets vegne. I vedtagelsen af domme og kendelser bortset fra kendelser om afvisning af kæremål skal dog alle udvalgets medlemmer deltage.

**§ 4.** Fuldmægtige ved Højesteret kan optage bevis, i det omfang Højesteret bestemmer det, jf. § 340, stk. 3.
*Stk. 2.* For at kunne give møde for andre under bevisoptagelse efter stk. 1 skal en advokat have møderet for Højesteret, jf. § 134.
*Stk. 3.* Klage over afgørelser truffet under bevisoptagelse efter stk. 1 fremsættes over for Højesteret. Fristen for klage er 2 uger efter, at afgørelsen er truffet. Afgørelse af klagen sker ved kendelse.

**§ 5.** Der skal være to landsretter: Østre Landsret og Vestre Landsret. Under Østre Landsret hører Øerne, og under Vestre Landsret hører Jylland.
*Stk. 2.* Østre Landsret, der har sit sæde i København, består af en præsident og mindst 62 andre landsdommere. Vestre Landsret, der har sit sæde i Viborg, består af en præsident og mindst 38 andre landsdommere.
*Stk. 3.* For at give mulighed for, at landsdommere kan overgå til ansættelse på deltid, jf. § 51 a, kan der udnævnes yderligere op til 4 landsdommere. Ved ledighed i en dommerstilling ved en landsret, hvor der er udnævnt en eller flere yderligere dommere efter 1. pkt., bestemmer Domstolsstyrelsen, om stillingen skal søges besat, og i givet fald ved hvilken landsret stillingen skal placeres.
*Stk. 4.* Varetages hvervet som formand for en undersøgelseskommission eller granskningskommission af en landsdommer, kan der udnævnes yderligere en landsdommer i den pågældende landsret.

ikke har kunnet afholdes inden for forsikringens maksimum. Bestemmelserne i §§ 325-328 finder tilsvarende anvendelse.

*Stk. 2.* Omkostninger ved sagen dækkes efter stk. 1, i det omfang statskassen, hvis der havde været meddelt fri proces, ville have ydet dækning efter §§ 331, 332 og 334.

*Stk. 3.* Når retten i medfør af § 327, stk. 6, har truffet afgørelse om, at betingelserne i stk. 1 for dækning af den del af omkostningerne, der overstiger forsikringens maksimum, er opfyldt, fastsætter retten samtidig, hvilket beløb der kan dækkes, jf. stk. 2.

*Stk. 4.* Når justitsministeren eller Procesbevillingsnævnet i medfør af § 328, stk. 6, har truffet afgørelse om, at betingelserne i stk. 1 for dækning af den del af omkostningerne, der overstiger forsikringens maksimum, er opfyldt, kan justitsministeren træffe afgørelse om udbetaling af det ansøgte beløb, såfremt dette kan godkendes, jf. stk. 2. Kan justitsministeren ikke godkende det ansøgte beløb, sender justitsministeren sagen til den ret, der behandler eller senest har behandlet sagen, hvorefter retten fastsætter, hvilket beløb der kan dækkes, jf. stk. 2.

## ANDET AFSNIT. RETTERGANGSMÅDEN

### Kap. 32. Almindelige bestemmelser

**§ 336 a.** Parterne har pligt til at fremme sagen med fornøden hurtighed, til at undgå unødige sagsskridt og til at undersøge muligheden for en forligsmæssig løsning også forud for sagens anlæg.

**§ 336 b.** (Ophævet).

**§ 336 c.** (Ophævet).

**§ 336 d.** (Ophævet).

**§ 337.** Retten kan når som helst under forhandlingerne opfordre parterne til at udtale sig om grunde, som vil kunne føre til, at retten på embeds vegne må afvise eller henvise sagen.

**§ 338.** Retten kan ikke tilkende en part mere, end han har påstået, og kan kun tage hensyn til anbringender, som parten har gjort gældende, eller som ikke kan frafaldes.

**§ 339.** Er en parts påstand eller hans anbringender eller hans udtalelser om sagen i øvrigt uklare eller ufuldstændige, kan retten søge dette afhjulpet ved spørgsmål til parten.

*Stk. 2.* Retten kan opfordre en part til at tilkendegive sin stilling såvel til faktiske som til retlige spørgsmål, som synes at være af betydning for sagen.

*Stk. 3.* Retten kan opfordre en part til at fremlægge dokumenter, tilvejebringe syn eller skøn eller i øvrigt føre bevis, når sagens faktiske omstændigheder uden sådan bevisførelse ville henstå som uvisse.

*Stk. 4.* Møder en part i en sag, der behandles ved byret, ikke ved advokat, vejleder retten parten om, hvad han bør foretage til oplysning af sagen og i øvrigt til varetagelse af sine interesser under denne.

**§ 339 a.** Retsmøder under forberedelsen, hvor der ikke sker bevisførelse til brug for hovedforhandlingen, holdes for lukkede døre, medmindre retten bestemmer andet.

*Stk. 2.* Stk. 1 finder dog ikke anvendelse på retsmøder efter § 31 c.

**§ 340.** Bevisførelse i sager i 1. instans og i ankesager ved landsretten finder sted under hovedforhandlingen. Når omstændighederne taler derfor, kan retten dog bestemme, at bevisførelsen eller en del af denne skal ske inden hovedforhandlingen. Retten kan fastsætte en frist, inden hvilken en sådan bevisførelse skal være afsluttet. Bestemmelsen om bevisførelse inden hovedforhandlingen kan i påtrængende tilfælde træffes af den ret, ved hvilken beviset agtes ført.

*Stk. 2.* Vedkommende part skal underrette modparten om bevisførelse inden hovedforhandlingen med en uges varsel. Den ret, hvor bevisførelsen skal ske, kan dog i påtrængende tilfælde gøre undtagelse herfra og kan i så fald beskikke en advokat til at varetage modpartens interesser. Vederlaget til advokaten fastsættes af retten og afholdes foreløbigt af den part, der har ønsket bevisførelsen. Retten kan kræve, at parten stiller sikkerhed for betalingen af vederlaget.

*Stk. 3.* I Højesteret træffer retten bestemmelse om, hvor og hvornår bevisførelsen skal ske. Reglerne i stk. 1, 3. og 4. pkt., og stk. 2 finder tilsvarende anvendelse.

**§ 341.** Bevisførelse, der skønnes at være uden betydning for sagen, kan ikke finde sted.

**§ 341 a.** Erklæringer om konkrete forhold af teknisk, økonomisk eller lignende karakter, som en part inden sagsanlægget har indhentet hos sagkyndige, kan fremlægges som bevis, medmindre erklæringens indhold, omstændighederne ved dens tilblivelse eller andre forhold giver grundlag for at fravige udgangspunktet. Har en part fremlagt en sådan erklæring, kan modparten under i øvrigt samme betingelser fremlægge en tilsvarende erklæring, selv om denne erklæring først har kunnet indhentes efter sagens anlæg.

*Stk. 2.* Erklæringer om bedømmelsen af juridiske forhold efter dansk ret, som en part har indhentet fra retskyndige, kan inddrages til brug for den juridiske argumentation, men ikke under sagen i øvrigt.

**§ 342.** Skal der optages bevis i udlandet, udfærdiger retten på grundlag af oplysninger fra den part, der ønsker beviset optaget, en retsanmodning til vedkommende fremmede myndighed. Retten kan kræve, at parten stiller sikkerhed for de omkostninger, som bevisoptagelsen vil medføre. Anmodningen udfærdiges i overensstemmelse med de gældende konventioner om retsanmodninger.

*Stk. 2.* Justitsministeren kan fastsætte yderligere regler om retsanmodninger.

**§ 343.** Retten kan tillade, at der optages bevis, selv om dette ikke sker til brug for en verserende retssag. Anmodning om bevisførelse indgives til retten på det sted, hvor vidnet bor eller opholder sig, eller for så vidt angår syn og skøn til retten på det sted, hvor genstanden for forretningen findes. Anmodning om optagelse af bevis i udlandet indgives til retten på det sted, hvor sagen eventuelt skal anlægges her i landet.

*Stk. 2.* Udgifterne ved bevisoptagelse efter stk. 1 afholdes foreløbigt af den part, der ønsker beviset optaget. Retten kan kræve, at der stilles sikkerhed for de udgifter, som bevisoptagelsen vil medføre.

*Stk. 3.* Retten træffer bestemmelse om betaling af omkostningerne ved bevisoptagelsen, medmindre parterne har aftalt andet.

*Stk. 4.* Bestemmelserne i § 340, stk. 2, 1. og 2. pkt., finder tilsvarende anvendelse.

**§ 344.** På grundlag af det, der er passeret under forhandlingerne og bevisførelsen, afgør retten, hvilke faktiske omstændigheder der skal lægges til grund for sagens pådømmelse.

*Stk. 2.* Er en parts erklæringer vedrørende sagens faktiske omstændigheder uklare eller ufuldstændige, eller undlader han at udtale sig om modpartens erklæringer om disse spørgsmål eller at efterkomme modpartens opfordringer, kan retten ved bevisbedømmelsen tillægge dette virkning til fordel for modparten. Det samme gælder, hvis en part udebliver, efter at være indkaldt til personligt møde, jf. § 302, hvis han undlader at besvare spørgsmål, der stilles i henhold til §§ 302 og 303, eller hvis hans svar er uklare eller ufuldstændige.

*Stk. 3.* Undlader en part at efterkomme rettens opfordringer til at føre bevis, jf. § 339, stk. 3, kan retten ved bevisbedømmelsen tillægge dette virkning til fordel for modparten.

**§ 345.** Retten kan udsætte behandlingen af en sag, når dette findes påkrævet, herunder for at afvente en administrativ eller retlig afgø-

I, the undersigned, Hossam Farooq Khawaja, certify that I am fluent in both the English and Danish languages and that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of the Danish Administration of Justice Act in the Danish language.

Copenhagen, 23 January 2025

*Hossamfk*

Hossam Farooq Khawaja

Assistant Attorney
