# Exhibit 1



London

This is to certify that the attached document is, to the best of my knowledge and belief a true, accurate and complete translation from Danish into English of the attached extract from Section 344 of the Danish Code of Judicial Procedure.

Yours sincerely,

Andrzej Orville

Senior Project Manager

Wednesday, January 22, 2025

Consortra Translations Ltd
Rex House,
4-12 Regent Street
London
SW1Y 4RG
UK

## Section 344 of the Danish Code of Judicial Procedure

The Danish Administration of Justice Act

Act No. 90 of April 11, 1916,

cf. Consolidated Act no. 1160 of November 5, 2024,

as amended by Act No. 538 of June 8, 2006, Act No. 1621 of December 26, 2013, Act No 481 of May 22, 2024, Act No. 1464 of December 10, 2024, Act No. 1465 of December 10, 2024, Act No. 1666 of December 30, 2024, Act No. 1674 of December 30, 2024 and Act No. 1687 of December 30, 2024

Section 344

On the basis of what has transpired during the proceedings and the evidence, the court decides which facts will form the basis for deciding the case.

(2) If a party's statements concerning the actual facts of the case are unclear or incomplete, or if he fails to comment on the other party's statements on these matters or to comply with the other party's requests, then the court may, when assessing the evidence, give effect to this in favor of the other party. The same applies if a party fails to appear after having been summoned to a personal meeting, cf. Section 302, if he fails to answer questions asked under Sections 302 and 303, or if his answers are unclear or incomplete.

(3) If a party fails to comply with the court's invitation to give evidence, cf. Section 339(3), then the court may, when assessing the evidence, give effect to this in favor of the other party.

Retsplejeloven § 344

Lov om rettens pleje

Lov nr. 90 af 11. april 1916,

jf. lovbekendtgørelse nr. 1160 af 5. november 2024,

som ændret ved lov nr. 538 af 8. juni 2006, lov nr. 1621 af 26. december 2013, lov nr. 481 af 22. maj 2024, lov nr. 1464 af 10. december 2024, lov nr. 1465 af 10. december 2024, lov nr. 1666 af 30. december 2024, lov nr. 1674 af 30. december 2024 og lov nr. 1687 af 30. december 2024

§ 344

På grundlag af det, der er passeret under forhandlingerne og bevisførelsen, afgør retten, hvilke faktiske omstændigheder der skal lægges til grund for sagens pådømmelse.

Stk. 2 Er en parts erklæringer vedrørende sagens faktiske omstændigheder uklare eller ufuldstændige, eller undlader han at udtale sig om modpartens erklæringer om disse spørgsmål eller at efterkomme modpartens opfordringer, kan retten ved bevisbedømmelsen tillægge dette virkning til fordel for modparten. Det samme gælder, hvis en part udebliver efter at være indkaldt til personligt møde, jf. § 302, hvis han undlader at besvare spørgsmål, der stilles i henhold til §§ 302 og 303, eller hvis hans svar er uklare eller ufuldstændige.

Stk. 3 Undlader en part at efterkomme rettens opfordringer til at føre bevis, jf. § 339, stk. 3, kan retten ved bevisbedømmelsen tillægge dette virkning til fordel for modparten.