# Exhibit 2

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.  18-MD-2865 (LAK)

 3   _____
                                      )
 4   IN RE:                           )
                                      )
 5   CUSTOMS AND TAX ADMINISTRATION OF)
     THE KINGDOM OF DENMARK           )
 6   (SKATTEFORVALTNINGEN) TAX REFUND )
     SCHEME LITIGATION                )
 7                                    )
     This document relates to case nos.)
 8   19-cv-01783; 19-cv-01788; 19-cv-01794; )
     19-cv-01798; 19-cv-01918         )
 9   _____)

10

11

12            C O N F I D E N T I A L

13         SUBJECT TO THE PROTECTIVE ORDER

14

15

16   CONTINUED REMOTE VTC VIDEOTAPED DEPOSITION UNDER

17               ORAL EXAMINATION OF

18                RICHARD MARKOWITZ

19                    VOLUME II

20               DATE: April 9, 2021

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 489

```
 1    see have an initial contribution of five
 2    dollars out of a hundred dollars.
 3         Q    Okay.  Do you know what regulatory
 4    purposes are being asked about here?
 5         A    No.
 6         Q    Okay.  Was the question being put
 7    to Kaye Scholer, "How little can we get the
 8    pension plan's interest to be in these
 9    partnerships, but still have it be fine for
10    regulatory purposes?"
11         A    I think it was related to the
12    lowest that the pension plan can contribute.
13         Q    Okay.
14         A    So initial capital contributions.
15         Q    And does that -- did you understand
16    that to mean on a dollar basis or a
17    percentage of the partnership's capital
18    basis?
19              MR. BONGIORNO:  Objection.
20         A    As I read it today, it states
21    "percentage."
22         Q    Okay.  And so the percentage in the
23    partnership agreements was going to match the
24    initial capital contribution that each
25    partner put in, right?
```

```
 1    hundred percent, can it make that
 2    representation.
 3         Q    And did you ultimately get an
 4    answer to that question?
 5         A    Again, the answer would have been
 6    through e-mail, telephone, memorandum, or
 7    most importantly, the structure of the
 8    partnerships that were created by
 9    Kaye Scholer and them never saying, "Don't do
10    this because the pension plan will not be
11    able to make the representation."
12              And we certainly never received
13    that information from Kaye Scholer.
14         Q    Would you agree with me that it's
15    an important question when a pension plan is
16    submitting a reclaim saying it's the
17    beneficial owner, whether, in fact, it can
18    make that representation?
19              Would you agree that's an important
20    question?
21              MR. BONGIORNO:  Objection.
22         A    It is one of the representations it
23    is required to make, yes.
24         Q    It's a critical representation,
25    isn't it?
```