# Exhibit 1

P1LVSKA1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

IN RE CUSTOMS AND TAX
ADMINISTRATION OF THE KINGDOM
OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION

                                         18 MD 2865 (LAK)

------------------------------x
                                         Trial

                                         New York, N.Y.
                                         January 21, 2025
                                         9:35 a.m.
Before:

                    HON. LEWIS A. KAPLAN,

                                         District Judge
                                          -and a Jury-

                         APPEARANCES

HUGHES HUBBARD & REED LLP
     Attorneys for Plaintiff SKAT
BY:  MARC A. WEINSTEIN
     WILLIAM MAGUIRE
     NEIL OXFORD
     JOHN McGOEY

KOSTELANETZ LLP
     Attorneys for Defendants Azalea Pension Plan, et al
BY:  SHARON McCARTHY
     DANIEL C. DAVIDSON

WILMER CUTLER PICKERING HALE AND DORR LLP
     Attorneys for Defendants Avanix Management LLC, et al
BY:  PETER NEIMAN
     ANDREW S. DULBERG
     BRITTANY R. WARREN

Also Present:  Camilla Laursen
               Kelby Ballena - tech
               John Christopher - tech

P1LVSKA3                          R. Markowitz - Cross

1    Q.  Mr. Markowitz, what kind of disclosures did you have to

2    make to U.S. authorities related to the level of trading and

3    the existence of foreign accounts?

4    A.  We had to make significant disclosures to the U.S.

5    government for both the amount of trading we did on a monthly

6    basis, the holdings we had, and we also had to do certain tax

7    filings for the balances in our accounts in a foreign country

8    like the UK.

9    Q.  And before you ever started trading in Denmark at all, what

10   did you know about the existence of those disclosure

11   requirements?

12   A.  Either in late 2011, perhaps early 2012, I had received

13   from a number of law firms just courtesy memos that they would

14   send out, you know, people I knew, that highlighted and

15   summarized a new set of reporting requirements that arose out

16   of the great financial crisis of 2008 and 9.

17          They were generally referred to as TIC, T-I-C,

18   filings, which I think refer to treasury information, and I

19   can't recall what the C stands for.  But we knew in 2011/2012

20   that if you were purchasing securities with or through foreign

21   custodians, you would -- it didn't have to be just foreign

22   securities, any securities.  The treasury department and the

23   U.S. government wanted to have a record of that and knowledge

24   of that.

25   Q.  Did that give you any pause about whether to pursue this

P1LVSKA3                    R. Markowitz - Cross

1  trading strategy?

2  A.  Absolutely not.

3  Q.  Let's take a look at Defendants' Exhibit 3289, please.

4  A.  I'm there.

5  Q.  Do you recognize this document, sir?

6  A.  I do recognize it.

7  Q.  What is it?

8           THE COURT:  Hold up.  Hold up.  What's the --

9           MR. WEINSTEIN:  I'm going to have an objection, your

10  Honor.

11           THE COURT:  What's the relevance?

12           I guess I better see you at sidebar.

13           MR. NEIMAN:  Yeah, I'm happy to explain.

14           (Continued on next page)

15

16

17

18

19

20

21

22

23

24

25