# Exhibit 1

Perry Lerner - September 16, 2020

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2           Master docket No. 18-MD-2865(LAK)
                   Case Nos. 18-cv-09505
 3    _____
                                             )
 4    IN RE:                                 )
                                             )
 5    CUSTOMS AND TAX ADMINISTRATION OF      )
      THE KINGDOM OF DENMARK (SKATTEFOR      )
 6    VALTNINGEN) TAX REFUND SCHEME          )
      LITIGATION,                            )
 7                                           )
      _____)
 8

 9

10

11

12

13

14        REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                       EXAMINATION OF

16                         PERRY LERNER

17                  DATE: September 16, 2020

18

19

20

21

22

23

24

25            REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

Perry Lerner - September 16, 2020

Page 127

```
 1        Q    All right.  And do you recall --
 2             MS. RICE:  On page 9?  Oh, there's
 3        more than one page 9, Marc.
 4             MR. WEINSTEIN:  Okay.  Let's do it
 5        this way.
 6        Q    Do you have in front of you the
 7   page where your signature appears, and on the
 8   top of the page, it says "In witness
 9   whereof?"
10        A    There are -- I have two of those
11   that are exactly the same except one of them
12   doesn't have my signature.
13        Q    Right.  I think there's probably
14   multiple copies because different people
15   signed.
16             But do you have the one that has
17   your signature?
18        A    I do.
19        Q    Okay.  And so it appears that
20   you've signed this partnership agreement on
21   behalf of the Loggerhead Services plan as one
22   of the general partners?
23        A    Yes, I see that.  It's a separate
24   signature page, yeah.
25        Q    Do you recall having signed a
```

Perry Lerner - September 16, 2020

Page 128

```
1     Loggerhead plan partnership agreement such as
2     this?
3          A    No, I don't.
4          Q    As you sit here today, do you
5     believe that this is an instance where you
6     got a signature page without either receiving
7     or reviewing the body of the document itself?
8          A    Yes.
9          Q    Okay.  On the first page of the
10    agreement, it's an agreement entered into
11    between Loggerhead -- so can you turn to the
12    first page?
13              And once you're there, I will ask
14    you a question.
15         A    Okay.
16         Q    Do you see in the first paragraph,
17    it says, "This is a general partnership
18    agreement between the Loggerhead Plan,
19    RAK Investment Trust, and Routt Capital
20    Trust?"
21         A    Yes.
22         Q    And I think it said on the
23    signature page -- you don't have to look
24    now -- but that it was effective around
25    August of 2014.
```

```
 1              At any time around that time frame
 2     were you aware that this partnership was
 3     formed?
 4          A    No.  It's undated on the first
 5     page, so I don't know when it was formed.
 6          Q    Okay.  Did there come a time where
 7     you became aware that it was formed prior to
 8     the lawsuits?
 9          A    No.
10          Q    And do you know anything about a
11     split of interests in this plan amongst those
12     three entities where Loggerhead gets five
13     percent, RAK Investment Trust gets
14     25 percent, and Routt Capital gets
15     70 percent?
16          A    No.
17          Q    All right.
18               Do you know who Robert Klugman is?
19          A    No, I don't.
20          Q    Did anyone ever identify him to you
21     as someone involved with this trading
22     strategy?
23          A    No, I don't remember that.
24          Q    So if the Loggerhead plan had
25     formed a partnership with an entity
```

```
 1    associated with Mr. Klugman, would you have
 2    any understanding as to why that was?
 3         A    No, I didn't.
 4         Q    Okay.  And do you have any
 5    knowledge of Routt Capital Trust being
 6    associated with Mr. Markowitz?
 7         A    No.
 8         Q    Do you have any understanding as to
 9    why the Loggerhead plan entered into a
10    partnership in which Routt Capital received
11    70 percent of the interest?
12         A    No.
13         Q    Do you know whether the -- well, I
14    take it you didn't know there was such a
15    partnership.
16              So if I asked you things about the
17    partnership as they appear in the agreement,
18    you're not going to have knowledge of that.
19              Is that fair?
20         A    No, I won't.
21         Q    But were you aware the other four
22    plans -- the Eclouge plan, the First Ascent
23    plan, the PAB Facilities plan and the
24    Trailing Edge plan -- entered into similar
25    partnership agreements with the same two
```