# Exhibit 4

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 306

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.  18-MD-2865 (LAK)

 3     _____
                                            )
 4     IN RE:                               )
                                            )
 5     CUSTOMS AND TAX ADMINISTRATION OF    )
       THE KINGDOM OF DENMARK               )
 6     (SKATTEFORVALTNINGEN) TAX REFUND     )
       SCHEME LITIGATION                    )
 7                                          )
       This document relates to case nos.   )
 8     19-cv-01783; 19-cv-01788; 19-cv-01794; )
       19-cv-01798; 19-cv-01918             )
 9     _____)

10

11

12              C O N F I D E N T I A L

13            SUBJECT TO THE PROTECTIVE ORDER

14

15

16     CONTINUED REMOTE VTC VIDEOTAPED DEPOSITION UNDER

17                   ORAL EXAMINATION OF

18                    RICHARD MARKOWITZ

19                       VOLUME II

20                   DATE: April 9, 2021

21

22

23

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 493

1    meant less money for you, for Mr. Klugman,
2    and Mr. Van Merkensteijn.
3          Correct?
4       A    For the other partners in the plan,
5    yes.
6       Q    Which were plans or trusts owned by
7    you, Mr. Van Merkensteijn, and Mr. Klugman?
8       A    I don't own any plans.
9       Q    Okay.  Item Number 3 says, "Similar
10   to the issue noted above, whether the pension
11   plan can represent that it is the beneficial
12   owner of the tax reclaims, given the general
13   partnership structure."
14           So the question there is, given
15   that the pension plan is going to have a
16   5 percent interest or 10 percent in the
17   partnership, whether or not the pension plan,
18   which is purchasing the shares, can still be
19   considered the beneficial owner for the tax
20   reclaims?
21           Is that the question?
22      A    Whether the pension plan can make
23   the representation that it is the beneficial
24   owner.  Whether it has 5 percent or
25   99.9 percent, if it has anything less than a

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 494

```
1    hundred percent, can it make that
2    representation.
3         Q    And did you ultimately get an
4    answer to that question?
5         A    Again, the answer would have been
6    through e-mail, telephone, memorandum, or
7    most importantly, the structure of the
8    partnerships that were created by
9    Kaye Scholer and them never saying, "Don't do
10   this because the pension plan will not be
11   able to make the representation."
12             And we certainly never received
13   that information from Kaye Scholer.
14        Q    Would you agree with me that it's
15   an important question when a pension plan is
16   submitting a reclaim saying it's the
17   beneficial owner, whether, in fact, it can
18   make that representation?
19             Would you agree that's an important
20   question?
21             MR. BONGIORNO:  Objection.
22        A    It is one of the representations it
23   is required to make, yes.
24        Q    It's a critical representation,
25   isn't it?
```