# Exhibit 5

```
1                 UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
2                 MASTER DOCKET 18-MD-2865(LAK)
                      CASE NO. 18-CV-09797
3

   _____
4                                       )
   IN RE:                               )
5                                       )
   CUSTOMS AND TAX ADMINISTRATION OF    )
6  THE KINGDOM OF DENMARK               )
   (SKATTEFORVALTNINGEN) TAX REFUND     )
7  SCHEME LITIGATION                    )
                                        )
8  _____)

9

10

11

12

13

14       REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                      EXAMINATION OF

16                       PETER WELLS

17                    DATE: May 27, 2021

18

19

20

21

22

23

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Peter Wells - May 27, 2021

Page 30

```
1     to.
2          Q    Do you recall an issue being raised
3     and discussed as to whether the pension plan
4     in the Danish transactions could correctly
5     represent that it was the beneficial owner,
6     if, in fact, it was holding its trading
7     account on behalf of a partnership?
8          MR. DEWEY:  Objection.
9          A    I recall that there were
10    discussions about beneficial ownership and
11    making a claim of beneficial ownership, but I
12    don't recall the specifics of the discussions
13    or where some of those came out.
14         Q    Do you recall anything generally
15    about those discussions?
16         A    Not more than what I said.
17         Q    And do you recall generally who was
18    a participant in those discussions?
19         A    Can you be more specific?  As it
20    pertains to Kaye Scholer or others?
21         Q    Well, let's start with
22    Kaye Scholer.
23         A    I don't recall specifically who
24    would have been in those discussions.
25         Q    Do you recall generally?
```

1          A     I recall that Michael Ben-Jacob was
2     the partner in charge of the project, and
3     that he had -- and that there had been
4     discussions that I do recall him being
5     involved in about beneficial ownership.
6          Q     And what do you recall generally
7     about the discussions with Mr. Ben-Jacob as
8     to whether the plan could accurately
9     represent that it was the beneficial owner?
10         A     I recall that it was an issue that
11    was being actively discussed.
12         Q     And do you recall the conclusion to
13    that discussion?
14         A     I don't recall specifically the
15    conclusion to that discussion.
16         Q     Do you recall generally what the
17    conclusion of that discussion was?
18         A     My recollection is generally the
19    conclusion was that -- that there was comfort
20    making that -- making that representation.
21         Q     Do you recall what the basis for
22    that conclusion was?
23         A     I do not recall.
24         Q     And do you recall what the comfort
25    was for the basis for making that