# Exhibit 3

**From:** Nicholas Bahnsen
**To:** Weinstein, Marc A.; Oxford, Neil; Maguire, Bill; McGoey, John; Smith, Dustin; Farrell, Gregory; Sanders II, J. Scott; jessica.lagnado@hugheshubbard.com
**Cc:** smccarthy@kostelanetz.com; Daniel Davidson; Maxwell Brown; Neiman, Peter; Dulberg, Andrew S.; Warren, Brittany R.; Castano, Nelson S.
**Subject:** SKAT - Defense Disclosures
**Date:** Saturday, January 25, 2025 11:22:00 AM
**Attachments:** A. Munksgaard - Deposition Designations.xlsx
B. Daugaard - Deposition Designations.xlsx
D. Madsen - Deposition Designations.xlsx
J. Brochner - Deposition Deisgnations.xlsx
L. Romer - Deposition Designations.xlsx
S. Shah - Designations.xlsx
Zester Deposition Designations Spreadsheet 1.20.2025.xlsx
DX3141-T.pdf

**EXTERNAL SENDER**

Counsel:

Please see attached for Defendants' significantly pared back designations of deposition testimony (and, in the case of Sanjay Shah, UK trial testimony) that we intend to offer during our case.

Related to each of these witnesses, Defendants may use the exhibits identified below. A certified translation of DX-3141 is attached; otherwise, certified translations were previously provided.

Lisbeth Rømer:
- DX-5879
- DX-3133
- DX-3098
- DX-3101
- DX-3200

Bo Daugaard:
- DX-3098
- DX-3099
- DX-3100
- DX-3101
- DX-3102
- DX-3053
- DX-3133
- DX-3141 (attached)
- DX-3200
- DX-5477
- DX-5701

Dorthe Pannerup Madsen:
- DX-3689

- DX-3836
- DX-3993
- DX-4050
- DX-5261
- DX-5294
- DX-5300
- DX-5328

Jens Brochner:
- DX-3133
- DX-5477

Anne Munksgaard:
- DX-4974
- DX-5258
- DX-5265
- DX-5295
- DX-5296
- DX-5322
- DX-5323
- DX-5477

**Nicholas S. Bahnsen**
Kostelanetz LLP
(d) 202-790-6990
nbahnsen@kostelanetz.com
Pronouns: He/Him/His
Bio | Firm | Legal Rankings | vCard

DC Office
601 New Jersey Avenue, NW, Suite 260, Washington, DC 20001
(o) 202-875-8000, (f) 212-808-8108



Attention: As of Monday, October 2, 2023, the Kostelanetz LLP primary domain has been changed. New Kostelanetz email addresses may be accessed by downloading the vCard, linked above, or by visiting the firm's website.

PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION AND/OR ATTORNEY WORK-PRODUCT

Confidentiality Notice:

This electronic transmission and any documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please immediately notify us by email or telephone and permanently delete this message and any attachments.