# Exhibit 4

| | |
|---|---|
| **From:** | Placid, Debbie |
| **To:** | Nicholas Bahnsen; smccarthy@kostelanetz.com; Daniel Davidson; mbrown@kostelanetz.com; Neiman, Peter; Dulberg, Andrew S.; Warren, Brittany R.; Castano, Nelson S. |
| **Cc:** | Weinstein, Marc A.; Oxford, Neil; Maguire, Bill; McGoey, John; Smith, Dustin; Farrell, Gregory; Sanders II, J. Scott; Lagnado, Jessica |
| **Subject:** | Lisbeth Romer - Deposition Designations |
| **Date:** | Sunday, January 26, 2025 2:37:38 PM |
| **Attachments:** | L. Romer - Deposition Designations 01_26_2025..xlsx |

**EXTERNAL SENDER**

Counsel:

Please find attached SKAT's counter-designations of deposition for Lisbeth Romer. We have dropped our objections to defendants' current designations. With respect to defendants' exhibit DX3101 can you please provide us with a redacted version of this exhibit redacting statements that are inadmissible under the Court's *in limine* rulings (e.g., statements about unlisted companies, the bank and VP schemes, the time difference between the declaration and reporting).

Thank you,
Debbie

**Debbie Placid** | Associate

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor | New York | NY 10004-1482
Office +1 (212) 837-6256 | Cell +1 (917) 226-7007 | Fax +1 (212) 422-4726
Debbie.Placid@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.