# Exhibit 5

| | |
|---|---|
| **From:** | Placid, Debbie |
| **To:** | Nicholas Bahnsen; smccarthy@kostelanetz.com; Daniel Davidson; mbrown@kostelanetz.com; Neiman, Peter; Dulberg, Andrew S.; Warren, Brittany R.; Castano, Nelson S. |
| **Cc:** | Weinstein, Marc A.; Oxford, Neil; Maguire, Bill; McGoey, John; Smith, Dustin; Farrell, Gregory; Sanders II, J. Scott; Lagnado, Jessica |
| **Subject:** | SKAT"s Counter Designations of Depositions |
| **Date:** | Monday, January 27, 2025 12:16:48 AM |
| **Attachments:** | J. Brochner - Deposition Designations.xlsx<br>Zester Deposition Designations Spreadsheet 1.20.2025.xlsx<br>D. Madsen - Deposition Designations.xlsx<br>A. Munksgaard - Deposition Designations.xlsx |

**EXTERNAL SENDER**

Counsel:

Please find SKAT's counter designations of depositions for:

**Jens Brochner**

**Jette Zester**

**Dorthe Madsen**

- DX-5328 - please provide a redacted copy of DX-5328, redacting statements that are inadmissible per the Court's *in limine* ruling (e.g., reference to the spreadsheet scheme).

**Anne Munksgaard**

- DX-5265 - We object to DX-5265 on authenticity grounds (no certified translation provided).

- DX-5295 - please provide a redacted copy of DX-5295 redacting statements that are inadmissible per Court's *in limine* ruling (e.g., reference to the spreadsheet scheme).

- DX-5296 - please provide a redacted copy of DX-5296 redacting statements that are inadmissible per Court's *in limine* ruling (e.g., reference to the SIR 2013 audit report).

Thank you,
Debbie

**Debbie Placid** | Associate

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor | New York | NY 10004-1482
Office +1 (212) 837-6256 | Cell +1 (917) 226-7007 | Fax +1 (212) 422-4726
Debbie.Placid@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.