# Exhibit 6

| | |
|---|---|
| **From:** | Placid, Debbie |
| **To:** | Nicholas Bahnsen; smccarthy@kostelanetz.com; Daniel Davidson; mbrown@kostelanetz.com; Neiman, Peter; Dulberg, Andrew S.; Warren, Brittany R.; Castano, Nelson S. |
| **Cc:** | Weinstein, Marc A.; Oxford, Neil; Maguire, Bill; McGoey, John; Smith, Dustin; Farrell, Gregory; Sanders II, J. Scott; Lagnado, Jessica |
| **Subject:** | RE: SKAT"s Counter Designations and Objections |
| **Date:** | Monday, January 27, 2025 6:29:39 PM |
| **Attachments:** | B. Daugaard - Deposition Designations (Corrected).xlsx |

**EXTERNAL SENDER**

Counsel:

Please find attached a corrected excel sheet for Bo Daugaard (the yellow highlights reflect the corrected pin cites).

Thank you,
Debbie


**Debbie Placid** | Associate

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor | New York | NY 10004-1482
Office +1 (212) 837-6256 | Cell +1 (917) 226-7007 | Fax +1 (212) 422-4726

Debbie.Placid@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Placid, Debbie
**Sent:** Monday, January 27, 2025 12:16 PM
**To:** Nicholas Bahnsen <nbahnsen@Kostelanetz.com>; smccarthy@kostelanetz.com; Daniel Davidson <ddavidson@Kostelanetz.com>; mbrown@kostelanetz.com; Neiman, Peter <Peter.Neiman@wilmerhale.com>; Andrew.dulberg@wilmerhale.com; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Castano, Nelson S. <Nelson.Castano@WilmerHale.com>
**Cc:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Oxford, Neil <neil.oxford@hugheshubbard.com>; Maguire, Bill <bill.maguire@hugheshubbard.com>; McGoey, John <john.mcgoey@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; Farrell, Gregory <gregory.farrell@hugheshubbard.com>; Sanders II, J. Scott <Scott.Sanders@hugheshubbard.com>; Lagnado, Jessica <Jessica.Lagnado@hugheshubbard.com>
**Subject:** SKAT's Counter Designations and Objections

Counsel:

Please find SKAT's counter designations and objections to deposition of Bo Daugaard.

- DX-3100 - please provide a redacted copy of DX-3100 redacting statements that are inadmissible per the Court's *in limine* ruling (e.g., reference to the VP scheme, the time difference between declaration and reporting, mandatory use of TastSelv).

- DX3101 - please provide a redacted copy of DX-3101 redacting statements that are inadmissible per the Court's *in limine* ruling (e.g., statements about unlisted companies, the bank and VP schemes, the time difference between declaration and reporting).

- DX3102 - please provide a redacted copy of DX-3102 redacting statements that are inadmissible per the Court's *in limine* ruling (e.g., statements about the time difference between declaration and reporting, the VP scheme ).

- DX-3053 - SKAT objects to DX3053 as inadmissible per the Court's *in limine* ruling.