# Exhibit 7

| | |
|---|---|
| **From:** | Warren, Brittany R. |
| **To:** | McGoey, John; Weinstein, Marc A.; Oxford, Neil; Maguire, Bill; Smith, Dustin; Farrell, Gregory; Lagnado, Jessica; Harbus, Carolyn |
| **Cc:** | Nicholas Bahnsen; smccarthy@kostelanetz.com; Daniel Davidson; Goldberg, David L.; La Bella, Sofia R; Rosensaft, Michael M.; Dulberg, Andrew S.; Neiman, Peter; Castano, Nelson S. |
| **Subject:** | RE: SKAT Litigation - Defendants" PTO Materials |
| **Date:** | Wednesday, December 4, 2024 4:18:11 PM |
| **Attachments:** | 2024.12.04 - REDLINE - Draft Pretrial Order with Defense Revisions.pdf |
| | 2024.12.04 - Defendants Trial Exhibit List w SKAT Objections.XLSX |
| | 2024.12.04 - SKAT"s Exhibit List with Defendants" Objections.xlsx |
| | 2024.12.04 - Draft Pretrial Order with Defense Revisions (Clean).docx |
| | 2024.12.04 - Defendants Markup of SKAT further Deposition Designations.xlsx |

Counsel—

We attach here the following documents:

- Revisions to the PTO in both clean and redline.
- Deposition Designations
  - Based on your edits to your affirmative designations, we have made some changes to our objections and counters.  Those are highlighted.
  - For our affirmatives designations, we have provided our objections to your counter-designations.
  - We have also made some small changes to our affirmative designations, which are highlighted in green.
  - We have also deleted some affirmative designations, which render the objections moot.  Those rows are highlighted in orange.
  - For your Horn counters, we had two issues.  First, we don't think Horn is an appropriate counter to the affirmative testimony we designated, given that we did not designate any testimony from Horn.  Second, the citations you provided do not go to Horn's testimony.  We wanted to confirm that the citations are correct.
  - For your Shah counters, several of the citations go to testimony that is irrelevant or incomplete.  We have objected on those (and other) grounds but wanted to confirm that the citations are correct.
- SKAT's Exhibit List with Defense Objections
  - We have added our objections to the newly added exhibits and noted where we were unable to locate the cited exhibit.
- Defendants' Trial Exhibits List with SKAT objections
  - We have added some exhibits, which are highlighted in blue at the end of this spreadsheet.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** McGoey, John <john.mcgoey@hugheshubbard.com>
**Sent:** Wednesday, November 27, 2024 12:17 AM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Oxford, Neil <neil.oxford@hugheshubbard.com>; Maguire, Bill <bill.maguire@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; Farrell, Gregory <gregory.farrell@hugheshubbard.com>; Lagnado, Jessica <Jessica.Lagnado@hugheshubbard.com>; Harbus, Carolyn <Carolyn.harbus@hugheshubbard.com>
**Cc:** Nicholas Bahnsen <nbahnsen@Kostelanetz.com>; smccarthy@kostelanetz.com; Daniel Davidson <ddavidson@Kostelanetz.com>; Goldberg, David L. <david.goldberg@katten.com>; La Bella, Sofia R <sofia.labella@katten.com>; Rosensaft, Michael M. <michael.rosensaft@katten.com>; Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; Neiman, Peter <Peter.Neiman@wilmerhale.com>; Castano, Nelson S. <Nelson.Castano@WilmerHale.com>
**Subject:** RE: SKAT Litigation - Defendants' PTO Materials

**EXTERNAL SENDER**

Counsel,

Attached, please find: (1) SKAT's proposed revisions to the Pretrial Order in clean and redline versions, (2) an Excel listing deposition designations, (3) an updated version of SKAT's Exhibit List with Defendants' Objections, (4) Defendants' Exhibit List with SKAT's Objections, (5) SKAT's Objections to Documents relating to the RJM Capital Plan's Trading, and (6) an updated Objection Key.

Please note:

1. Documents on SKAT's exhibit list that have been edited (*i.e.*, fixing a date, typo, or altering the Bates range) are highlighted where the edit was made.

2. Additions to SKAT's exhibit list are at the bottom of the list and highlighted in blue.

3. SKAT's edited and additional affirmative deposition designations are highlighted in green.

4. If SKAT removed an affirmative deposition designation, we have highlighted defendants' counter-designation in orange. Unless you disagree, we will plan to remove those counter designations for the version filed with the Court, as they are now moot.

5. SKAT has removed all affirmative designations for the depositions of Woodard, Wechter, and Madsen.

   SKAT has added an objection to defendants' exhibits: "TR" for any Danish document to the extent that an

6.

   agreed upon certified translation has not been produced and identified on defendants' exhibit list. Additionally, SKAT reserves its objection as to the authenticity/accuracy of translation to all Danish language documents the defendants propose to use.

7. SKAT has currently objected to the documents produced on November 25th as NP.  We will update those objections by the end of next week.

Best,
John

**John McGoey** | Counsel

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor | New York | NY  10004-1482
Office +1 (212) 837-6776 | Cell +1 (917) 714-4796 | Fax +1 (212) 422-4726
john.mcgoey@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Tuesday, November 12, 2024 11:20 PM
**To:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Oxford, Neil <neil.oxford@hugheshubbard.com>; Maguire, Bill <bill.maguire@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; Farrell, Gregory <gregory.farrell@hugheshubbard.com>; Lagnado, Jessica <Jessica.Lagnado@hugheshubbard.com>; McGoey, John <john.mcgoey@hugheshubbard.com>; Harbus, Carolyn <Carolyn.harbus@hugheshubbard.com>
**Cc:** Nicholas Bahnsen <nbahnsen@Kostelanetz.com>; smccarthy@kostelanetz.com; Daniel Davidson <ddavidson@Kostelanetz.com>; Goldberg, David L. <david.goldberg@katten.com>; La Bella, Sofia R <sofia.labella@katten.com>; Rosensaft, Michael M. <michael.rosensaft@katten.com>; Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; Neiman, Peter <Peter.Neiman@wilmerhale.com>; Castano, Nelson S. <Nelson.Castano@WilmerHale.com>
**Subject:** SKAT Litigation - Defendants' PTO Materials

> **CAUTION: This email was sent by someone outside of the Firm.**

Counsel:

Attached please find a clean and a redline reflecting our edits to the PTO.

You will shortly receive an FTP that has the following files:

- Defendants' R1006 Summary Exhibits
- Defendants' objections to SKAT's exhibits (Appendix B)
- Defendants' affirmative exhibit list
- A consolidated spreadsheet of Defendants' deposition designations, and objections and counter-designations to SKAT's designations
- An excel spreadsheet reflecting an index to one of our exhibits – "All Documents Related to RJM Capital Pension Plan Trading"

Please note that much of the information in our summary exhibits is taken directly from SKAT's summary exhibits, as to which we've asserted several objections, including that certain information is not accurate.  We reserve all rights to update our summary exhibits including based on subsequent updates SKAT makes to its summary exhibits.  We also reserve all rights to revise all of these submissions, including in response to SKAT's next round of disclosures.

The FTP should not need a password.  Please let me know if you have any trouble accessing.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

 **One Firm. One Legacy.**
WilmerHale celebrates the twentieth anniversary since the merger.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.