UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to case no.:<br>18-cv-10088; 18-cv-10090 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### DECLARATION OF MARC A. WEINSTEIN IN SUPPORT OF PLAINTIFF SKATTEFORVALTNINGEN'S OPPOSITION TO DEFENDANTS' MOTIONS TO REMAND TO THE TRANSFEROR COURT

I, Marc A. Weinstein, an attorney duly admitted to practice law before the courts of the State of New York, hereby declare under penalty of perjury:

1. I am a partner at Hughes Hubbard & Reed LLP, counsel for Plaintiff Skatteforvaltningen ("SKAT") in these actions. I am fully familiar with the matters set forth in this declaration.

2. I submit this declaration in support of SKAT's Opposition to Defendants' Motions to Remand to the Transferor Court.

3. Attached hereto as Exhibit 1 is a true and correct copy of Bates-stamped document SKAT_MDL_001_038054.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of the deposition of Gregory Summers, dated September 9, 2021.

5. Attached hereto as Exhibit 3 is a true and correct copy of Bates-stamped document SGPP-MDL-000193.

6. Attached hereto as Exhibit 4 is a true and correct copy of Bates-stamped document ELYSIUM-00585191.

7. Attached hereto as Exhibit 5 is a true and correct copy of Bates-stamped document Summers000030.

I, MARC A. WEINSTEIN, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 30, 2025

                                               /s/ Marc A. Weinstein
                                               Marc A. Weinstein