# Exhibit 2

CONFIDENTIAL
Gregory Summers - September 9, 2021

Page 1

1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
2                  CASE NO.  18-MD-2865 (LAK)

3
    _____
4                                       )
    IN RE:                              )
5                                       )
    CUSTOMS AND TAX ADMINISTRATION OF   )
6   THE KINGDOM OF DENMARK              )
    (SKATTEFORVALTNINGEN) TAX REFUND    )
7   SCHEME LITIGATION                   )
                                        )
8   This document relates to            )
    case no. 1:18-cv-10088              )
9   _____)

10

11

12            C O N F I D E N T I A L

13

14

15     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                    EXAMINATION OF

17                   GREGORY SUMMERS

18                      VOLUME I

19              DATE: September 9, 2021

20

21

22

23

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR

CONFIDENTIAL
Gregory Summers - September 9, 2021

Page 45

```
1     off the record.)
2         Q    So after Mr. Gerber was introduced
3     to Zeta Financial Partners, the next thing
4     that happened chronologically is that Zeta
5     flew to New York to have a meeting.
6              Who was at that meeting?
7         A    The two principals of Zeta, which
8     was Darren Thorpe and Grenville Solomon.  And
9     I believe it was the three of us, so Sander,
10    John, and I.
11        Q    So Mr. Gerber and --
12        A    That's the best that I can recall.
13    It's a little vague.  But like I said, it was
14    a while.
15             But I'm pretty sure that's the way
16    it happened.
17        Q    Okay.  Do you remember where this
18    meeting took place?
19        A    I believe it happened up in
20    the -- I don't know.  I believe -- it was in
21    a conference room.
22             I think -- I believe it was in a
23    conference room at 14 Wall, but it could be
24    at Hudson Bays or it could have been at their
25    lawyers.  I really -- I don't -- I don't
```

1      A    Yes.
2      Q    And when you say "yes," what was
3  Mr. Gerber's interest in that foundation?
4      A    He had -- he was just -- I believe
5  him and John were -- made up the board of
6  trustees.
7      Q    Okay.
8      A    But like I said, that was not
9  a -- it was not a profit-making entity,
10 any -- we invested the money, and if we made
11 money, it was all given away to charity.
12 None of it was kept by any person whatsoever.
13         And not only that.  The -- Sander
14 paid all the expenses so that a hundred
15 percent of the money was given to charities.
16     Q    Okay.
17     A    IRS-recognized charities.
18     Q    Okay.  So moving on to what you
19 described earlier as a second meeting with
20 Zeta where the prospect of Danish dividend
21 arbitrage trading was raised, what could you
22 tell us about that meeting?
23     A    Well, at that meeting, it was just
24 John Doscas, Grenville, and Darren and
25 myself.  Sander, at that point, was much more

CONFIDENTIAL
Gregory Summers - September 9, 2021

Page 61

```
1    heavily involved in Hudson Bay Capital, and
2    he -- and so he had nothing.  He just signed
3    the power of attorney to John.
4           And as far as I know, he had very
5    little to do with it after that, you know,
6    initial introduction.  That's all.
7         Q   And the initial introduction, was
8    that the meeting in 2010 that you told us
9    about?
10        A   Correct.
11        Q   Okay.  So the meeting with the four
12   of you in 2011, can you be more precise about
13   when in 2011 that took place?
14        A   It was at the end of the -- I would
15   say it was -- the best I could do is tell you
16   it was in the fourth quarter.
17        Q   Okay.  Where did that meeting take
18   place?
19        A   I'm pretty sure it took place at
20   our offices at 14 Wall.  But I'm really not a
21   hundred percent sure.
22           But I am pretty sure.
23        Q   When you say "our office, our
24   offices at 14 Wall" --
25        A   Me and John.
```