# Exhibit 4

Message

**From**: Raj Shah [Raj.Shah@solo.com]
**Sent**: 25/07/2012 16:10:44
**To**: Graham Horn [Graham.Horn@solo.com]
**Subject**: Re: US Pension Plans- Denmark

Yes Acupay.

Leave clients to allocate the 24m between entities.

Solo Capital (Dubai) Limited is a company incorporated in the Dubai International Financial Centre.

IMPORTANT - PLEASE NOTE
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this email in error please contact the sender and destroy this email.


----- Original Message -----
From: Graham Horn
Sent: Wednesday, July 25, 2012 05:07 PM
To: Raj Shah
Subject: RE: US Pension Plans- Denmark

Wouldn't clients vary numbers a bit between funds? For Globetax, should change to Acupay?

Graham Horn
Managing Partner
Solo Capital Partners LLP
4 Throgmorton Avenue, London, EC2N 2DL.
T: +44 (0)207 382 4942 | M: +44 (0)750 668 0196
F: +44 (0)207 628 0143
graham.horn@solo.com

www.solo.com

Solo Capital Partners LLP is a limited liability partnership registered under the Laws of England and Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom.
IMPORTANT - PLEASE NOTE
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this email in error please contact the sender and destroy this email.


-----Original Message-----
From: Raj Shah
Sent: 25 July 2012 15:33
To: Graham Horn
Subject: Re: US Pension Plans- Denmark

Have a look at Danish sheet for proposed numbers (24 million shares in total between 4 USPF).


On 25/07/2012 17:18, "Graham Horn" <Graham.Horn@solo.com> wrote:

>Thank you Grenville. We will revert shortly. Regards, GRAHAM
>
>Graham Horn
>Managing Partner
>Solo Capital Partners LLP
>4 Throgmorton Avenue, London, EC2N 2DL.

```
>T: +44 (0)207 382 4942 | M: +44 (0)750 668 0196
>F: +44 (0)207 628 0143
>graham.horn@solo.com
>
>www.solo.com
>
>Solo Capital Partners LLP is a limited liability partnership registered
>under the Laws of England and Wales and is authorised and regulated by
>the Financial Services Authority of the United Kingdom.
>IMPORTANT - PLEASE NOTE
>The information transmitted is intended only for the person or entity
>to which it is addressed and may contain confidential and/or privileged
>material. Any review, retransmission, dissemination or other use of or
>taking of any action in reliance upon this information by persons or
>entities other than the intended recipient is prohibited. If you
>received this email in error please contact the sender and destroy this email.
>
>
>-----Original Message-----
>From: Grenville Solomon [mailto:Grenville.Solomon@zetafp.com]
>Sent: 25 July 2012 14:05
>To: Custody
>Subject: US Pension Plans- Denmark
>
>Dear All.
>
>The following Pension Plans would like to start trading Denmark. They
>would like to apply for a Frikort which we understand Solo can help
>through Acupay.
>
>Can you please process one for them. Please let us know if you need
>anything else from us.
>
>Sterling Alpha,
>Sander Gerber Pension Plan
>ACorn Capital Corporation
>ACorn Capital Strategies.
>
>thanks
>Grenville
>
>
```

ELYSIUM-00585191