# Exhibit 5

.yan

**\_nt:** Grenville Solomon <Grenville.Solomon@zetafp.com>
　　　　Thursday, September 13, 2012 11:27 AM
**To:** gsummers@chartwelltrading.com
**Cc:** jdoscas@chartwelltrading.com
**Subject:** ACS -EDF Man
**Attachments:** ACS - Authorised Signatory and trader List.docx

Hi Greg, we need the following to get the ACS account up and running at ED & F Man. If you can get this done when you are back on Monday that would be great.

1. Can you please sign and send me a scanned pdf of the authorised signatory list.
2. Also please send me a scan of your recent utility bill (ie not more than 3 months old).
3. Do you have any statement to show the size of assets in the Plan. A snap shot will do.
4. Can you please explain how National Life Insurance Company is linked to Acorn.
5. Can you refer us to where Greg Summers is the sole beneficiary of the Plan.

thanks

Summers000030

Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan & Trust,
6 Noble Lane Green Brook
New Jersey 08812-2074.
United States of America

## Authorised Signatory and trader List Effective As Of 9th August 2012

TheTrust can be legally represented by the following for execution of contracts/documents with ED&F Man Capital Markets Limited and interdealer brokers:

| Name | Authority | Signature |
|---|---|---|
| Gregory Summers | Member and Trustee | |
| Grenville Solomon | Director of Zeta Financial Partners Limited –Holder of POA | |
| Darren Thorpe | Director of Zeta Financial Partners Limited –Holder of POA | |

TheTrust can be legally represented by the following for execution of trades with ED&F Man Capital Markets Limited and interdealer brokers:

| Name | Authority | Signature |
|---|---|---|
| Gregory Summers | Member and Trustee | |
| Grenville Solomon | Director of Zeta Financial Partners Limited –Holder of POA | |
| Darren Thorpe | Director of Zeta Financial Partners Limited –Holder of POA | |

The following emails will be used to send emails to ED&F Man Capital Markets Limited
gsummers@chartwelltrading.com
gsummersacorn@gmail.com
grenville.solomon@zetafp.com
darren.thorpe@zetafp.com


_____
**Gregory Summers**
**Trustee**

1
Summers000031