# EXHIBIT "A"

CONFIDENTIAL
Gregory Summers - September 9, 2021

Page 43

1    your two Acorn plans?
2         A    Yeah.  I mean, the plans did the
3    trades, except for in Denmark.  It happened
4    in this period when people were refusing to
5    deal with American funds, and so we -- I
6    don't know how exactly it happened, but we
7    got approached by this group called Zeta
8    Financial Partners.
9              And so they agreed, at first, to do
10   some trades from Solo.  They had a -- well,
11   since they had -- you know, they knew the
12   people that are -- it seemed like a
13   reasonable way to approach it.
14             But after doing only several trades
15   through Solo, it became obvious to me that
16   they were not following within our framework,
17   the framework being that we had to have risk
18   and they had to be on swing trades.
19             So I pulled the business from Solo.
20   And I'm sure, very soon thereafter, John and
21   Sander did the same thing.
22        Q    Okay.  So just filling in some of
23   the details there, you said, "we were
24   approached by Zeta Financial Partners."
25             Who is "we?"  Is that you and