# Exhibit 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:<br>19-cv-01867; 19-cv-01866; 19-cv-01895;<br>19-cv-01865; 19-cv-01869; 19-cv-01868;<br>19-cv-01906; 19-cv-01894; 19-cv-01911;<br>19-cv-01898; 19-cv-01896; 19-cv-01871;<br>19-cv-01930; 19-cv-01873; 19-cv-01924. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## JUDGMENT

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against the defendants, jointly and severally, as set forth in Annex A,

on SKAT's tort claims in the amounts listed in the column titled Tort Claims, less the amounts

credited against the judgment as listed in the column titled Credits Against Judgment, for a total

judgment on each of those claims, as listed in the column titled Tort Claims Judgment Totals;

and it is further

**ORDERED, ADJUDGED, AND DECREED** that SKAT has judgment against the

defendants on SKAT's restitution claims in the amounts set forth in Annex B; and it is further

**ORDERED, ADJUDGED, AND DECREED** that because SKAT's judgment for its

tort claims exceeds and includes SKAT's judgment for its restitution claims, the Clerk of Court

is directed to enter judgment in favor of SKAT in the amounts set forth in the column titled

Total Judgment Amount of the below table, plus interest to accrue thereon at the rate prescribed

by 28 U.S.C § 1961;

| Defendant | Total Judgment Amount |
|---|---|
| Richard Markowitz | |
| John van Merkensteijn | |
| Avanix Management LLC Roth 401K Plan | |
| Basalt Ventures LLC Roth 401 (K) Plan | |
| Batavia Capital Pension Plan | |
| Bernina Pension Plan | |
| Cavus Systems LLC Roth 401(K) Plan | |
| Hadron Industries LLC Roth 401 (K) Plan | |
| Michelle Investments Pension Plan | |
| Omineca Pension Plan | |
| Remece Investments LLC Pension Plan | |
| RJM Capital Pension Plan | |
| Routt Capital Pension Plan | |
| Starfish Capital Management LLC Roth 401(K) Plan | |
| Tarvos Pension Plan | |
| Voojo Productions LLC Roth 401(K) Plan | |
| Xiphias LLC Pension Plan | |

and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final order in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment; and it is further

2

**ORDERED, ADJUDGED, AND DECREED** that, upon the entry of this final order, the

above-captioned cases are closed.

DATED:      New York, New York

                February      , 2025

**SO ORDERED:**                                                   **TAMMI M. HELLWIG**

_____                                    _____
      **Lewis A. Kaplan**                                                **Clerk of Court**
**United States District Judge**
                                                                        **BY:**

                                                                        _____
                                                                              **Deputy Clerk**

**ANNEX A**

| Case Name & Number | Defendants | Tort Claims (USD) | Credits Against Judgment (USD) | Tort Claims Judgment Totals (USD) |
|---|---|---|---|---|
| *Skatteforvaltningen v. Avanix Management LLC Roth 401K Plan and Richard Markowitz*, Case No. 19-cv-01867-LAK (S.D.N.Y.) | Richard Markowitz and Avanix Management LLC Roth 401K Plan | $9,604,159.79 | | |
| *Skatteforvaltningen v. Basalt Ventures LLC Roth 401(K) Plan and John van Merkensteijn,* Case No. 19-cv-01866-LAK (S.D.N.Y.) | John van Merkensteijn and Basalt Ventures LLC Roth 401(K) Plan | $3,879,996.58 | | |
| *Skatteforvaltningen v. Batavia Capital Pension Plan and Richard Markowitz,* Case No. 19-cv-01895-LAK (S.D.N.Y.) | Richard Markowitz and Batavia Capital Pension Plan | $4,530,735.46 | | |
| *Skatteforvaltningen v. Bernina Pension Plan and John van Merkensteijn,* Case No. 19-cv-01865-LAK (S.D.N.Y.) | John van Merkensteijn and Bernina Pension Plan | $8,062,407.22 | | |
| *Skatteforvaltningen v. Cavus Systems LLC Roth 401(K) Plan and Richard Markowitz*, Case No. 19-cv-01869-LAK (S.D.N.Y.) | Richard Markowitz and Cavus Systems LLC Roth 401(K) Plan | $4,226,495.32 | | |

| | | | | |
|---|---|---|---|---|
| *Skatteforvaltningen v. Hadron Industries LLC Roth 401(K) Plan and Richard Markowitz*, Case No. 19-cv-01868-LAK (S.D.N.Y.) | Richard Markowitz and Hadron Industries LLC Roth 401(K) Plan | $4,251,459.16 | | |
| *Skatteforvaltningen v. Michelle Investments Pension Plan, John van Merkensteijn, and Richard Markowitz*, Case No. 19-cv-01906-LAK (S.D.N.Y.) | Richard Markowitz, John van Merkensteijn, and Michelle Investments Pension Plan | $10,279,797.97 | | |
| *Skatteforvaltningen v. Omineca Pension Plan and John van Merkensteijn,* Case No. 19-cv-01894-LAK (S.D.N.Y.) | John van Merkensteijn and Omineca Pension Plan | $12,610,660.73 | | |
| *Skatteforvaltningen v. Remece Investments LLC Pension Plan, John van Merkensteijn, and Richard Markowitz*, Case No. 19-cv-01911-LAK (S.D.N.Y.) | Richard Markowitz, John van Merkensteijn, and Remece Investments LLC Pension Plan | $8,055,084.68 | | |
| *Skatteforvaltningen v. RJM Capital Pension Plan and Richard Markowitz*, Case No. 19-cv-01898-LAK (S.D.N.Y.) | Richard Markowitz and RJM Capital Pension Plan | $8,286,588.08 | | |
| *Skatteforvaltningen v. Routt Capital Pension Plan and Richard Markowitz*, Case No. 19-cv-01898-LAK (S.D.N.Y.) | Richard Markowitz and Routt Capital Pension Plan | $9,136,112.04 | | |

2

| | | | | |
|---|---|---|---|---|
| *Skatteforvaltningen v. Starfish Capital Management LLC Roth 401(K) Plan and John van Merkensteijn,* Case No. 19-cv-01871-LAK (S.D.N.Y.) | John van Merkensteijn and Starfish Capital Management LLC Roth 401(K) Plan | $200,122.58 | | |
| *Skatteforvaltningen v. Tarvos Pension Plan and John van Merkensteijn,* Case No. 19-cv-01930-LAK (S.D.N.Y.) | John van Merkensteijn and Tarvos Pension Plan | $5,020,129.45 | | |
| *Skatteforvaltningen v. Voojo Productions LLC Roth 401(K) Plan and John van Merkensteijn,* Case No. 19-cv-01873-LAK (S.D.N.Y.) | John van Merkensteijn and Voojo Productions LLC Roth 401(K) Plan | $6,759,646.90 | | |
| *Skatteforvaltningen v. Xiphias LLC Pension Plan, John van Merkensteijn, and Richard Markowitz*, Case No. 19-cv-01924-LAK (S.D.N.Y.) | Richard Markowitz, John van Merkensteijn, and Xiphias LLC Pension Plan | $9,925,824.76 | | |

3

**ANNEX B**

| Case Name & Number | Defendants | Unjust Enrichment Judgment Totals (USD) |
|---|---|---|
| *Skatteforvaltningen v. Avanix Management LLC Roth 401K Plan and Richard Markowitz*, Case No. 19-cv-01867-LAK (S.D.N.Y.) | Richard Markowitz | $2,416,291.00 |
|  | Avanix Management LLC Roth 401K Plan | $2,416,291.00 |
| *Skatteforvaltningen v. Basalt Ventures LLC Roth 401(K) Plan and John van Merkensteijn,* Case No. 19-cv-01866-LAK (S.D.N.Y.) | John van Merkensteijn | $912,900.00 |
|  | Basalt Ventures LLC Roth 401(K) Plan | $912,900.00 |
| *Skatteforvaltningen v. Batavia Capital Pension Plan and Richard Markowitz,* Case No. 19-cv-01895-LAK (S.D.N.Y.) | Richard Markowitz | $1,761,351.00 |
|  | Batavia Capital Pension Plan | $1,761,351.00 |
| *Skatteforvaltningen v. Bernina Pension Plan and John van Merkensteijn,* Case No. 19-cv-01865-LAK (S.D.N.Y.) | John van Merkensteijn | $3,127,768.00 |
|  | Bernina Pension Plan | $3,127,768.00 |
| *Skatteforvaltningen v. Cavus Systems LLC Roth 401(K) Plan and Richard Markowitz*, Case No. 19-cv-01869-LAK (S.D.N.Y.) | Richard Markowitz | $986,510.00 |
|  | Cavus Systems LLC Roth 401(K) Plan | $986,510.00 |

4

| | | |
|---|---|---|
| *Skatteforvaltningen v. Hadron Industries LLC Roth 401(K) Plan and Richard Markowitz*, Case No. 19-cv-01868-LAK (S.D.N.Y.) | Richard Markowitz | $973,627.00 |
| | Hadron Industries LLC Roth 401(K) Plan | $973,627.00 |
| *Skatteforvaltningen v. Michelle Investments Pension Plan, John van Merkensteijn, and Richard Markowitz*, Case No. 19-cv-01906-LAK (S.D.N.Y.) | Richard Markowitz | $1,008,827.00 |
| | John van Merkensteijn | $1,008,827.00 |
| | Michelle Investments Pension Plan | $4,035,308.00 |
| *Skatteforvaltningen v. Omineca Pension Plan and John van Merkensteijn,* Case No. 19-cv-01894-LAK (S.D.N.Y.) | John van Merkensteijn | $3,503,280.00 |
| | Omineca Pension Plan | $3,503,280.00 |
| *Skatteforvaltningen v. Remece Investments LLC Pension Plan, John van Merkensteijn, and Richard Markowitz*, Case No. 19-cv-01911-LAK (S.D.N.Y.) | Richard Markowitz | $788,724.00 |
| | John van Merkensteijn | $788,724.00 |
| | Remece Investments LLC Pension Plan | $3,154,895.00 |
| *Skatteforvaltningen v. RJM Capital Pension Plan and Richard Markowitz*, Case No. 19-cv-01898-LAK (S.D.N.Y.) | Richard Markowitz | $3,249,981.00 |
| | RJM Capital Pension Plan | $3,249,981.00 |
| *Skatteforvaltningen v. Routt Capital Pension Plan and Richard Markowitz*, Case No. 19-cv-01898-LAK (S.D.N.Y.) | Richard Markowitz | $2,466,627.00 |
| | Routt Capital Pension Plan | $2,466,627.00 |

5

| | | |
|---|---|---|
| *Skatteforvaltningen v. Starfish Capital Management LLC Roth 401(K) Plan and John van Merkensteijn,* Case No. 19-cv-01871-LAK (S.D.N.Y.) | John van Merkensteijn | $30,376.00 |
| | Starfish Capital Management LLC Roth 401(K) Plan | $30,376.00 |
| *Skatteforvaltningen v. Tarvos Pension Plan and John van Merkensteijn,* Case No. 19-cv-01930-LAK (S.D.N.Y.) | John van Merkensteijn | $1,994,645.00 |
| | Tarvos Pension Plan | $1,994,645.00 |
| *Skatteforvaltningen v. Voojo Productions LLC Roth 401(K) Plan and John van Merkensteijn,* Case No. 19-cv-01873-LAK (S.D.N.Y.) | John van Merkensteijn | $1,648,805.00 |
| | Voojo Productions LLC Roth 401(K) Plan | $1,648,805.00 |
| *Skatteforvaltningen v. Xiphias LLC Pension Plan, John van Merkensteijn, and Richard Markowitz*, Case No. 19-cv-01924-LAK (S.D.N.Y.) | Richard Markowitz | $947,088.00 |
| | John van Merkensteijn | $947,088.00 |
| | Xiphias LLC Pension Plan | $3,788,351.00 |