UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 19-cv-01812. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)**

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendants Robert Klugman ("Klugman") and RAK Investment Trust ("RAK") in the action titled *SKAT v. Roadcraft Technologies LLC Roth 401(K) Plan, et al.*, No. 19-cv-01812 (the "Action");

WHEREAS SKAT, Klugman and RAK have now entered into a settlement agreement (the "Agreement") resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss Klugman and RAK from the Action, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against Defendants Roadcraft Technologies LLC Roth 401(K) Plan, Ronald Altbach, Richard Markowitz, or Routt Capital Trust in the Action, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Klugman and RAK are dismissed with prejudice from the Action, with each party to bear its own costs;

IT is further STIPULATED AND AGREED that if an Uncured Event of Default under the Agreement occurs (or if Event of Default under the January 9, 2025 Pledge Agreement occurs), SKAT shall have the right to reopen the Action and file any Consent Judgment that it was not required to destroy pursuant to Paragraph 2 of the Agreement, regardless of the Action being previously dismissed;

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants Roadcraft Technologies LLC Roth 401(K) Plan, Ronald Altbach, Richard Markowitz, and Routt Capital Trust in the Action are not affected by this dismissal; and

IT is further STIPULATED AND AGREED that the Court shall retain jurisdiction for the purpose of enforcing the settlement agreement amongst SKAT, Klugman and RAK.

Dated: New York, New York
       February 24, 2025

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
 HUGHES HUBBARD & REED LLP
 One Battery Park Plaza
 New York, New York 10004-1482
 Telephone: (212) 837-6000
 Fax: (212) 422-4726
 marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ David L. Goldberg
    David L. Goldberg
 KATTEN MUCHIN ROSENMAN LLP
 50 Rockefeller Plaza
 New York, NY 10020
 Telephone: (212) 940-6787
 Fax: (212) 940-8776
 david.goldberg@kattenlaw.com

*Counsel for Defendants Robert Klugman and RAK Investment Trust*

SO ORDERED:

_____
       Lewis A. Kaplan
    United States District Judge