THE LAW OFFICE
OF
**SHELDON S. TOLL**
A PROFESSIONAL LIMITED LIABILITY COMPANY

29580 NORTHWESTERN HIGHWAY
SUITE 1000
SOUTHFIELD, MICHIGAN 48034 USA

TELEPHONE (248) 797-9111
FAX (248) 479-0604
EMAIL sst@lawtoll.com

SHELDON S. TOLL
Admitted in Illinois
       Michigan
       Pennsylvania
       Texas

February 21, 2025

<u>VIA UPS EXPRESS DELIVERY</u>

Honorable Lewis A. Kaplan
United States District Judge, S.D.N.Y.
500 Pearl Street
New York, NY 10007

Re: In re Skatteforvaltningen Tax Refund Scheme Litigation, 1:18-cv-04047-LAK

Dear Judge Kaplan:

    I represent Defendants, George S. Hofmeister and his related entities, JSH FARMS LLC 401(K) PLAN, KRH FARMS LLC 401(K) PLAN, MGH FARMS LLC 401(K) PLAN, MSJJ RETIREMENT GROUP TRUST, SRH FARMS LLC 401(K) PLAN, AND TRITON FARMS LLC 401(K) PLAN.

    Regarding the Status Conference set for 3/5/2025 at 2.15 pm, I request to appear by telephone, Zoom, Microsoft Teams, or similar means, because appearing in person would work a hardship on my clients due to their limited means.

Respectfully submitted,

Sheldon S. Toll

SO ORDERED *Granted*

LEWIS A. KAPLAN, USDJ
2/25/2025