UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 18-cv-07828.

MASTER DOCKET

18-md-2865 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-25

**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)**

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendants Robert Klugman ("Klugman") and Aerovane Logistics LLC Roth 401(K) Plan ("Aerovane Plan") in the action titled *Skatteforvaltningen v. Aerovane Logistics LLC Roth 401(K) Plan*, 18-cv-07828 (the "Action");

WHEREAS SKAT, Klugman and Aerovane Plan have now entered into a settlement agreement ("Agreement") resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss the Action, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the action *Skatteforvaltningen v. Aerovane Logistics LLC Roth 401(K) Plan*, 18-cv-07828, is dismissed with prejudice, with each party to bear its own costs;

IT is further STIPULATED AND AGREED that if an Uncured Event of Default under the Agreement occurs (or if Event of Default under the January 9, 2025 Pledge Agreement occurs), SKAT shall have the right to reopen the Action and file any Consent Judgment that it

Case 1:18-md-02865-LAK     Document 1462     Filed 02/26/25     Page 2 of 2
Case 1:18-md-02865-LAK     Document 1430     Filed 02/24/25     Page 2 of 2

2

was not required to destroy pursuant to Paragraph 2 of the Agreement, regardless of the Action being previously dismissed; and

IT is further STIPULATED AND AGREED that the Court shall retain jurisdiction for the purpose of enforcing the settlement agreement amongst SKAT, Klugman, and Aerovane Plan.

Dated: New York, New York
February 24, 2025

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004-1482
    Telephone: (212) 837-6000
    Fax: (212) 422-4726
    marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ David L. Goldberg
    David L. Goldberg
    KATTEN MUCHIN ROSENMAN LLP
    50 Rockefeller Plaza
    New York, NY 10020
    Telephone: (212) 940-6787
    Fax: (212) 940-8776
    david.goldberg@kattenlaw.com

*Counsel for Defendants Robert Klugman and Aerovane Logistics LLC Roth 401(K) Plan*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

2/26/25