Case 1:18-md-02865-LAK     Document 1434     Filed 02/24/25     Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2·26·25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-07824. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against

Defendants Robert Klugman ("Klugman") and Headsail Manufacturing LLC Roth 401K Plan

("Headsail Plan") in the action titled *Skatteforvaltningen v. Headsail Manufacturing LLC Roth*

*401K Plan*, 18-cv-07824 (the "Action");

WHEREAS SKAT, Klugman and Headsail Plan have now entered into a settlement

agreement ("Agreement") resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss the Action, pursuant to Rule 41(a)(2) of

the Federal Rules of Civil Procedure, with each party to bear its own costs;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the

Federal Rules of Civil Procedure, the action *Skatteforvaltningen v. Headsail Manufacturing LLC*

*Roth 401K Plan*, 18-cv-07824, is dismissed with prejudice, with each party to bear its own costs;

IT is further STIPULATED AND AGREED that if an Uncured Event of Default under

the Agreement occurs (or if Event of Default under the January 9, 2025 Pledge Agreement

occurs), SKAT shall have the right to reopen the Action and file any Consent Judgment that it

Case 1:18-md-02865-LAK    Document 1466    Filed 02/26/25    Page 2 of 2
Case 1:18-md-02865-LAK    Document 1434    Filed 02/24/25    Page 2 of 2

2

was not required to destroy pursuant to Paragraph 2 of the Agreement, regardless of the Action

being previously dismissed; and

IT is further STIPULATED AND AGREED that the Court shall retain jurisdiction for the

purpose of enforcing the settlement agreement amongst SKAT, Klugman, and Headsail Plan.

Dated: New York, New York
       February 24, 2025

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004-1482
    Telephone: (212) 837-6000
    Fax: (212) 422-4726
    marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: /s/ David L. Goldberg
    David L. Goldberg
    KATTEN MUCHIN ROSENMAN LLP
    50 Rockefeller Plaza
    New York, NY 10020
    Telephone: (212) 940-6787
    Fax: (212) 940-8776
    david.goldberg@kattenlaw.com

*Counsel for Defendants Robert Klugman and
Headsail Manufacturing LLC Roth 401K
Plan*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge