UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND          18-md-2865 (LAK)(RWL)
LITIGATION

This paper applies to:
18cv05374, 18cv04894, 18cv05053, 18cv08655, 18cv04899.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2025

**PRETRIAL ORDER NO. 54**
(Amended Referral Order of Trial 3 Cases for Settlement Purposes)

LEWIS A. KAPLAN, *District Judge.*

      The cases listed above are referred to Honorable Robert W. Lehrburger for settlement purposes.

      SO ORDERED.

Dated:      March 6, 2025

_____
Lewis A. Kaplan
United States District Judge