# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01867.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants Richard Markowitz and Avanix Management LLC

Roth 401K Plan, jointly and severally, on its fraud claims in the amount of $9,611,054.37, plus

pre-judgment interest in the amount of $8,514,760.22, less the amount of $5,682,042.55 credited

against the judgment, for a total judgment of $12,443,772.04, plus interest to accrue thereon at

the rate prescribed by 28 U.S.C § 1961.  The Clerk of Court is directed to enter judgment in

favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, upon the entry of this final

judgment, the above-captioned case is closed.

DATED: New York, New York

March 15, 2025


**SO ORDERED:**                                    **TAMMI M. HELLWIG**

_____                    _____
**Lewis A. Kaplan**                                    **Clerk of Court**
**United States District Judge**

                                                   **BY:**

                                                   _____
                                                   **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01893.

MASTER DOCKET

18-md-2865 (LAK)

## <u>JUDGMENT</u>

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants Elizabeth van Merkensteijn and Azalea Pension

Plan, jointly and severally, on its fraud claims in the amount of $4,777,650.44, plus pre-judgment

interest in the amount of $4,656,955.73, less the amount of $2,954,255.44 credited against the

judgment, for a total judgment of $6,480,350.74, plus interest to accrue thereon at the rate

prescribed by 28 U.S.C § 1961.  The Clerk of Court is directed to enter judgment in favor of

SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, upon the entry of this final

judgment, the above-captioned case is closed.

DATED: New York, New York

     March 15, 2025

**SO ORDERED:**                                              **TAMMI M. HELLWIG**

_____                      _____
**Lewis A. Kaplan**                                                **Clerk of Court**
**United States District Judge**

                                         **BY:**

                                        _____
                                         **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01866.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants John van Merkensteijn and Basalt Ventures LLC

Roth 401K Plan, jointly and severally, on its fraud claims in the amount of $3,882,781.93, plus

pre-judgment interest in the amount of $3,446,918.34, less the amount of $2,318,332.65 credited

against the judgment, for a total judgment of $5,011,367.62, plus interest to accrue thereon at the

rate prescribed by 28 U.S.C § 1961. The Clerk of Court is directed to enter judgment in favor of

SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, upon the entry of this final

judgment, the above-captioned case is closed.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**                      **TAMMI M. HELLWIG**

_____         _____
      **Lewis A. Kaplan**              **Clerk of Court**
**United States District Judge**

                                             **BY:**

                                           _____
                                          **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01895.

MASTER DOCKET

18-md-2865 (LAK)

## <u>JUDGMENT</u>

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants Richard Markowitz and Batavia Capital Pension

Plan, jointly and severally, on its fraud claims in the amount of $4,533,987.97, plus pre-judgment

interest in the amount of $4,418,123.63, less the amount of $2,803,179.48 credited against the

judgment, for a total judgment of $6,148,932.12, plus interest to accrue thereon at the rate

prescribed by 28 U.S.C § 1961. The Clerk of Court is directed to enter judgment in favor of

SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, upon the entry of this final

judgment, the above-captioned case is closed.

DATED: New York, New York

      March 15, 2025


**SO ORDERED:**                                    **TAMMI M. HELLWIG**

_____               _____
     **Lewis A. Kaplan**                       **Clerk of Court**
 **United States District Judge**

                                                  **BY:**

                                                _____
                                             **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01865.

MASTER DOCKET

18-md-2865 (LAK)

## <u>JUDGMENT</u>

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants John van Merkensteijn and Bernina Pension Plan,

jointly and severally, on its fraud claims in the amount of $8,068,195.02, plus pre-judgment

interest in the amount of $8,152,700.98, less the amount of $5,076,782.16 credited against the

judgment, for a total judgment of $11,144,113.85, plus interest to accrue thereon at the rate

prescribed by 28 U.S.C § 1961.  The Clerk of Court is directed to enter judgment in favor of

SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, upon the entry of this final

judgment, the above-captioned case is closed.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**                              **TAMMI M. HELLWIG**

_____         _____
        **Lewis A. Kaplan**                         **Clerk of Court**
   **United States District Judge**

                                         **BY:**

                                       _____
                                         **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01904.

MASTER DOCKET

18-md-2865 (LAK)

## <u>JUDGMENT</u>

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants Jocelyn Markowitz and Calypso Investments

Pension Plan, jointly and severally, on its fraud claims in the amount of $4,653,104.93, plus pre-

judgment interest in the amount of $4,564,237.51, less the amount of $2,910,802.80 credited

against the judgment, for a total judgment of $6,306,539.64, plus interest to accrue thereon at the

rate prescribed by 28 U.S.C § 1961.  The Clerk of Court is directed to enter judgment in favor of

SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, upon the entry of this final

judgment, the above-captioned case is closed.

DATED: New York, New York

March 15, 2025

**SO ORDERED:**                                      **TAMMI M. HELLWIG**

_____          _____
**Lewis A. Kaplan**                                      **Clerk of Court**
**United States District Judge**

                                                    **BY:**

                                                    _____
                                                    **Deputy Clerk**

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01869.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT

    **WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

    **ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants Richard Markowitz and Cavus Systems LLC Roth

401(K) Plan, jointly and severally, on its fraud claims in the amount of $4,229,529.42, plus pre-

judgment interest in the amount of $3,758,780.36, less the amount of $2,526,604.04 credited

against the judgment, for a total judgment of $5,461,705.73, plus interest to accrue thereon at the

rate prescribed by 28 U.S.C § 1961. The Clerk of Court is directed to enter judgment in favor of

SKAT accordingly; and it is further

    **ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment; and it is further

    **ORDERED, ADJUDGED, AND DECREED** that, upon the entry of this final

judgment, the above-captioned case is closed.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**                                        **TAMMI M. HELLWIG**

_____                    _____
     **Lewis A. Kaplan**                                **Clerk of Court**
 **United States District Judge**

                                            **BY:**

                                          _____
                                             **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01868.

MASTER DOCKET

18-md-2865 (LAK)

## <u>JUDGMENT</u>

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants Richard Markowitz and Hadron Industries LLC Roth

401(K) Plan, jointly and severally, on its fraud claims in the amount of $4,254,511.18, plus pre-

judgment interest in the amount of $3,778,692.71, less the amount of $2,518,159.76 credited

against the judgment, for a total judgment of $5,515,044.13, plus interest to accrue thereon at the

rate prescribed by 28 U.S.C § 1961.  The Clerk of Court is directed to enter judgment in favor of

SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, upon the entry of this final

judgment, the above-captioned case is closed.

DATED: New York, New York

     March 15, 2025

**SO ORDERED:**                                                   **TAMMI M. HELLWIG**

_____                          _____
**Lewis A. Kaplan**                                            **Clerk of Court**
**United States District Judge**

**BY:**

                                    _____
**Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01906.

MASTER DOCKET

18-md-2865 (LAK)

## <u>JUDGMENT</u>

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants Richard Markowitz, John van Merkensteijn, and

Michelle Investments Pension Plan, jointly and severally, on its fraud claims in the amount of

$10,287,177.58, plus pre-judgment interest in the amount of $10,564,828.28, less the amount of

$7,521,078.08 credited against the judgment, for a total judgment of $13,330,927.78, plus

interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  The Clerk of Court is

directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, upon the entry of this final

judgment, the above-captioned case is closed.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**                                    **TAMMI M. HELLWIG**

_____         _____
           **Lewis A. Kaplan**                        **Clerk of Court**
    **United States District Judge**

                                             **BY:**

                                       _____
                                         **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01894.

MASTER DOCKET

18-md-2865 (LAK)

## <u>JUDGMENT</u>

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants John van Merkensteijn and Omineca Pension Plan,

jointly and severally, on its fraud claims in the amount of $12,619,713.61, plus pre-judgment

interest in the amount of $11,389,363.48, less the amount of $8,331,085.66 credited against the

judgment, for a total judgment of $15,677,991.43, plus interest to accrue thereon at the rate

prescribed by 28 U.S.C § 1961.  The Clerk of Court is directed to enter judgment in favor of

SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, upon the entry of this final

judgment, the above-captioned case is closed.

DATED: New York, New York

     March 15, 2025

**SO ORDERED:**                                              **TAMMI M. HELLWIG**

_____                    _____
     **Lewis A. Kaplan**                                      **Clerk of Court**
 **United States District Judge**

                                         **BY:**

                                         _____
                                            **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01911.

MASTER DOCKET

18-md-2865 (LAK)

## <u>JUDGMENT</u>

    **WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

    **ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants Richard Markowitz, John van Merkensteijn, and

Remece Investments LLC Pension Plan, jointly and severally, on its fraud claims in the amount

of $8,060,867.23, plus pre-judgment interest in the amount of $8,184,730.51, less the amount of

$5,919,124.34 credited against the judgment, for a total judgment of $10,326,473.40, plus

interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961. The Clerk of Court is

directed to enter judgment in favor of SKAT accordingly; and it is further

    **ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment; and it is further

    **ORDERED, ADJUDGED, AND DECREED** that, upon the entry of this final

judgment, the above-captioned case is closed.

DATED: New York, New York

March 15, 2025

**SO ORDERED:**                                    **TAMMI M. HELLWIG**

_____                    _____
**Lewis A. Kaplan**                                        **Clerk of Court**
**United States District Judge**
                                                           **BY:**

                                                           _____
                                                           **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01898.

MASTER DOCKET

18-md-2865 (LAK)

## <u>JUDGMENT</u>

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants Richard Markowitz and RJM Capital Pension Plan,

jointly and severally, on its fraud claims in the amount of $8,292,536.82, plus pre-judgment

interest in the amount of $8,421,653.60, less the amount of $5,275,064.56 credited against the

judgment, for a total judgment of $11,439,125.86, plus interest to accrue thereon at the rate

prescribed by 28 U.S.C § 1961.  The Clerk of Court is directed to enter judgment in favor of

SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, upon the entry of this final

judgment, the above-captioned case is closed.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**                               **TAMMI M. HELLWIG**

_____      _____
      **Lewis A. Kaplan**                       **Clerk of Court**
 **United States District Judge**

                                       **BY:**

                                     _____
                                     **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01896.

MASTER DOCKET

18-md-2865 (LAK)

## <u>JUDGMENT</u>

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants Richard Markowitz and Routt Capital Pension Plan,

jointly and severally, on its fraud claims in the amount of $9,142,670.63, plus pre-judgment

interest in the amount of $8,306,560.29, less the amount of $5,435,440.68 credited against the

judgment, for a total judgment of $12,013,790.25, plus interest to accrue thereon at the rate

prescribed by 28 U.S.C § 1961. The Clerk of Court is directed to enter judgment in favor of

SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, upon the entry of this final

judgment, the above-captioned case is closed.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**                                    **TAMMI M. HELLWIG**

_____              _____
     **Lewis A. Kaplan**                              **Clerk of Court**
 **United States District Judge**

                                     **BY:**

                                   _____
                                     **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01871.

MASTER DOCKET

18-md-2865 (LAK)

## <u>JUDGMENT</u>

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants John van Merkensteijn and Starfish Capital

Management LLC Roth 401(K) Plan, jointly and severally, on its fraud claims in the amount of

$200,266.25, plus pre-judgment interest in the amount of $186,115.93, less the amount of

$121,056.01 credited against the judgment, for a total judgment of $265,326.16, plus interest to

accrue thereon at the rate prescribed by 28 U.S.C § 1961.  The Clerk of Court is directed to enter

judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, upon the entry of this final

judgment, the above-captioned case is closed.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**                           **TAMMI M. HELLWIG**

_____      _____
       **Lewis A. Kaplan**                    **Clerk of Court**
 **United States District Judge**

                                         **BY:**

                                       _____
                                         **Deputy Clerk**

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01930.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants John van Merkensteijn and Tarvos Pension Plan,

jointly and severally, on its fraud claims in the amount of $5,023,733.28, plus pre-judgment

interest in the amount of $4,929,770.86, less the amount of $3,143,266.93 credited against the

judgment, for a total judgment of $6,810,237.21, plus interest to accrue thereon at the rate

prescribed by 28 U.S.C § 1961. The Clerk of Court is directed to enter judgment in favor of

SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, upon the entry of this final

judgment, the above-captioned case is closed.

DATED: New York, New York

     March 15, 2025

**SO ORDERED:**                 **TAMMI M. HELLWIG**

_____

**Lewis A. Kaplan**
**United States District Judge**

                               _____

                                  **Clerk of Court**

**BY:**

                               _____

                                  **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01873.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants John van Merkensteijn and Voojo Productions LLC

Roth 401(K) Plan, jointly and severally, on its fraud claims in the amount of $6,764,499.49, plus

pre-judgment interest in the amount of $5,992,863.19, less the amount of $3,999,151.72 credited

against the judgment, for a total judgment of $8,758,210.95, plus interest to accrue thereon at the

rate prescribed by 28 U.S.C § 1961.  The Clerk of Court is directed to enter judgment in favor of

SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, upon the entry of this final

judgment, the above-captioned case is closed.

DATED: New York, New York

      March 15, 2025


**SO ORDERED:**

                    **TAMMI M. HELLWIG**

_____

    **Lewis A. Kaplan**                    **Clerk of Court**
  **United States District Judge**

                          **BY:**

                          **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01924.

MASTER DOCKET

18-md-2865 (LAK)

## <u>JUDGMENT</u>

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants Richard Markowitz, John van Merkensteijn, and

Xiphias LLC Pension Plan, jointly and severally, on its fraud claims in the amount of

$9,932,950.26, plus pre-judgment interest in the amount of $10,183,324.19, less the amount of

$7,255,673.40 credited against the judgment, for a total judgment of $12,860,601.05, plus

interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  The Clerk of Court is

directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, upon the entry of this final

judgment, the above-captioned case is closed.

DATED: New York, New York

     March 15, 2025

**SO ORDERED:**                  **TAMMI M. HELLWIG**

_____

     **Lewis A. Kaplan**                 _____

 **United States District Judge**          **Clerk of Court**

                                         **BY:**

                                         _____

                                       **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01785.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT RICHARD MARKOWITZ

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant Richard Markowitz on its fraud claim in the amount

of $9,605,656.10, plus pre-judgment interest in the amount of $8,384,553.51, less the amount of

$7,309,009.48 credited against the judgment, for a total judgment of $10,681,200.13, plus

interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just reason

for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is

directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

March 15, 2025


**SO ORDERED:**                                          **TAMMI M. HELLWIG**

_____                        _____
**Lewis A. Kaplan**                                        **Clerk of Court**
**United States District Judge**

                                                         **BY:**

                                                         _____
                                                         **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

MASTER DOCKET

18-md-2865 (LAK)

This document relates to:
19-cv-01781.

## JUDGMENT AS TO DEFENDANT RICHARD MARKOWITZ

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant Richard Markowitz on its fraud claim in the amount

of $3,942,726.01, plus pre-judgment interest in the amount of $3,441,513.72, less the amount of

$3,000,047.21 credited against the judgment, for a total judgment of $4,384,192.52, plus interest

to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just reason for

delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is

directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

March 15, 2025


**SO ORDERED:**                                              **TAMMI M. HELLWIG**

_____                          _____
**Lewis A. Kaplan**                                              **Clerk of Court**
**United States District Judge**

                                                             **BY:**

                                                             _____
                                                             **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01783.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT RICHARD MARKOWITZ

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant Richard Markowitz on its fraud claim in the amount

of $4,028,581.11, plus pre-judgment interest in the amount of $3,576,909.27, less the amount of

$3,083,865.30 credited against the judgment, for a total judgment of $4,521,625.08, plus interest

to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just reason for

delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is

directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

     March 15, 2025


**SO ORDERED:**                                         **TAMMI M. HELLWIG**

_____        _____
          **Lewis A. Kaplan**                          **Clerk of Court**
     **United States District Judge**

                                              **BY:**

                                         _____
                                          **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01794.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT JOHN VAN MERKENSTEIJN

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant John van Merkensteijn on its fraud claim in the

amount of $9,661,341.38, plus pre-judgment interest in the amount of $8,553,068.98, less the

amount of $7,388,055.59 credited against the judgment, for a total judgment of $10,826,354.77,

plus interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just

reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of

Court is directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

      March 15, 2025


**SO ORDERED:**                              **TAMMI M. HELLWIG**

_____          _____
     **Lewis A. Kaplan**                   **Clerk of Court**
 **United States District Judge**

                                         **BY:**

                                       _____
                                       **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01798.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT JOHN VAN MERKENSTEIJN

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant John van Merkensteijn on its fraud claim in the

amount of $6,776,682.16, plus pre-judgment interest in the amount of $6,012,316.96, less the

amount of $5,222,230.59 credited against the judgment, for a total judgment of $7,566,768.53,

plus interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just

reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of

Court is directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

     March 15, 2025

**SO ORDERED:**                                      **TAMMI M. HELLWIG**

_____                    _____
      **Lewis A. Kaplan**                              **Clerk of Court**
  **United States District Judge**
                                                                   **BY:**

                                                                   _____
                                                                        **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01922.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT RICHARD MARKOWITZ

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant Richard Markowitz on its fraud claim in the amount

of $6,820,415.10, plus pre-judgment interest in the amount of $6,053,327.62, less the amount of

$5,256,608.06 credited against the judgment, for a total judgment of $7,617,134.66, plus interest

to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just reason for

delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is

directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**                                                **TAMMI M. HELLWIG**

_____                    _____
     **Lewis A. Kaplan**                                   **Clerk of Court**
  **United States District Judge**

                                                                      **BY:**

                                                                             _____
                                                                         **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01800.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT JOHN VAN MERKENSTEIJN

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant John van Merkensteijn on its fraud claim in the

amount of $6,632,588.07, plus pre-judgment interest in the amount of $5,885,717.07, less the

amount of $5,111,568.82 credited against the judgment, for a total judgment of $7,406,736.32,

plus interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just

reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of

Court is directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

      March 15, 2025


**SO ORDERED:**                                            **TAMMI M. HELLWIG**

_____                    _____
    **Lewis A. Kaplan**                            **Clerk of Court**
**United States District Judge**

**BY:**

                                      _____
                                        **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01788.

MASTER DOCKET

18-md-2865 (LAK)

## <u>JUDGMENT AS TO DEFENDANT JOHN VAN MERKENSTEIJN</u>

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant John van Merkensteijn on its fraud claim in the

amount of $3,906,988.92, plus pre-judgment interest in the amount of $3,468,926.75, less the

amount of $2,990,779.89 credited against the judgment, for a total judgment of $4,385,135.77,

plus interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just

reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of

Court is directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**                                        **TAMMI M. HELLWIG**

_____                    _____
**Lewis A. Kaplan**                                      **Clerk of Court**
**United States District Judge**

**BY:**

                                   _____
                                     **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01870.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT RICHARD MARKOWITZ

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant Richard Markowitz on its fraud claim in the amount

of $6,735,157.14, plus pre-judgment interest in the amount of $5,970,744.09, less the amount of

$5,188,783.50 credited against the judgment, for a total judgment of $7,517,117.73, plus interest

to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just reason for

delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is

directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

March 15, 2025


**SO ORDERED:**                                        **TAMMI M. HELLWIG**

_____                    _____
**Lewis A. Kaplan**                                          **Clerk of Court**
**United States District Judge**

**BY:**

_____
**Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01791.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT RICHARD MARKOWITZ

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant Richard Markowitz on its fraud claim in the amount

of $4,049,766.86, plus pre-judgment interest in the amount of $3,583,342.65, less the amount of

$3,117,874.08 credited against the judgment, for a total judgment of $4,515,235.42, plus interest

to accrue thereon at the rate prescribed by 28 U.S.C § 1961. There being no just reason for

delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is

directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

   March 15, 2025

**SO ORDERED:**                              **TAMMI M. HELLWIG**

_____            _____
   **Lewis A. Kaplan**                              **Clerk of Court**
**United States District Judge**

                                             **BY:**

                                             _____
                                                **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01792.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT RICHARD MARKOWITZ

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant Richard Markowitz on its fraud claim in the amount

of $3,738,204.85, plus pre-judgment interest in the amount of $3,316,823.31, less the amount of

$2,860,890.25 credited against the judgment, for a total judgment of $4,194,137.91, plus interest

to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just reason for

delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is

directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**                                   **TAMMI M. HELLWIG**

_____                    _____
**Lewis A. Kaplan**                               **Clerk of Court**
**United States District Judge**

                                                  **BY:**

                                                  _____
                                                  **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01928.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT JOHN VAN MERKENSTEIJN

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant John van Merkensteijn on its fraud claim in the

amount of $3,751,328.05, plus pre-judgment interest in the amount of $3,337,758.51, less the

amount of $2,873,775.37 credited against the judgment, for a total judgment of $4,215,311.19,

plus interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just

reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of

Court is directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**                            **TAMMI M. HELLWIG**

_____        _____
      **Lewis A. Kaplan**                 **Clerk of Court**
**United States District Judge**

                                           **BY:**

                                    _____
                                      **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01926.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT RICHARD MARKOWITZ

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant Richard Markowitz on its fraud claim in the amount

of $9,628,072.03, plus pre-judgment interest in the amount of $8,522,433.31, less the amount of

$7,362,252.68 credited against the judgment, for a total judgment of $10,788,252.65, plus

interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961. There being no just reason

for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is

directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

March 15, 2025


**SO ORDERED:**                                    **TAMMI M. HELLWIG**

_____                    _____
**Lewis A. Kaplan**                              **Clerk of Court**
**United States District Judge**

                                                   **BY:**

                                                   _____
                                                   **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01929.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT RICHARD MARKOWITZ

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant Richard Markowitz on its fraud claim in the amount

of $6,682,337.34, plus pre-judgment interest in the amount of $5,884,828.83, less the amount of

$5,136,135.02 credited against the judgment, for a total judgment of $7,431,031.16, plus interest

to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just reason for

delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is

directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

March 15, 2025


**SO ORDERED:**                                    **TAMMI M. HELLWIG**

_____          _____
**Lewis A. Kaplan**                              **Clerk of Court**
**United States District Judge**

**BY:**

                                                 _____
                                                 **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01803.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT JOHN VAN MERKENSTEIJN

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant John van Merkensteijn on its fraud claim in the

amount of $3,889,456.22, plus pre-judgment interest in the amount of $3,452,265.29, less the

amount of $2,977,023.92 credited against the judgment, for a total judgment of $4,364,697.58,

plus interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just

reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of

Court is directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

March 15, 2025

**SO ORDERED:**                                    **TAMMI M. HELLWIG**

_____          _____
**Lewis A. Kaplan**                                    **Clerk of Court**
**United States District Judge**

                                                         **BY:**

                                                         _____
                                                         **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01806.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT RICHARD MARKOWITZ

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant Richard Markowitz on its fraud claim in the amount

of $9,591,887.45, plus pre-judgment interest in the amount of $8,492,314.24, less the amount of

$7,335,167.85 credited against the judgment, for a total judgment of $10,749,033.84, plus

interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just reason

for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is

directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**                                      **TAMMI M. HELLWIG**

_____             _____
      **Lewis A. Kaplan**                      **Clerk of Court**
 **United States District Judge**

                                          **BY:**

                                          _____
                                          **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01801.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT JOHN VAN MERKENSTEIJN

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant John van Merkensteijn on its fraud claim in the

amount of $6,933,481.11, plus pre-judgment interest in the amount of $6,081,132.90, less the

amount of $5,321,561.90 credited against the judgment, for a total judgment of $7,693,052.11,

plus interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just

reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of

Court is directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**                              **TAMMI M. HELLWIG**

_____          _____
     **Lewis A. Kaplan**                   **Clerk of Court**
**United States District Judge**

                                       **BY:**

                                       _____
                                       **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01808.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT RICHARD MARKOWITZ

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant Richard Markowitz on its fraud claim in the amount

of $207,190.35, plus pre-judgment interest in the amount of $191,018.15, less the amount of

$161,865.92 credited against the judgment, for a total judgment of $236,342.57, plus interest to

accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just reason for delay,

pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is directed to

enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**                                                          **TAMMI M. HELLWIG**

_____                                  _____
      **Lewis A. Kaplan**                                                **Clerk of Court**
  **United States District Judge**
                                                                                    **BY:**

                                                                                    _____
                                                                                        **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01810.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT JOHN VAN MERKENSTEIJN

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant John van Merkensteijn on its fraud claim in the

amount of $4,060,934.42, plus pre-judgment interest in the amount of $3,544,695.09, less the

amount of $3,089,992.80 credited against the judgment, for a total judgment of $4,515,636.71,

plus interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just

reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of

Court is directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**                    **TAMMI M. HELLWIG**

_____            _____
    **Lewis A. Kaplan**                  **Clerk of Court**
**United States District Judge**

                              **BY:**

                              _____
                                **Deputy Clerk**

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01809.

MASTER DOCKET

18-md-2865 (LAK)

## <u>JUDGMENT AS TO DEFENDANT JOHN VAN MERKENSTEIJN</u>

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant John van Merkensteijn on its fraud claim in the

amount of $6,697,780.13, plus pre-judgment interest in the amount of $5,932,703.69, less the

amount of $5,122,802.65 credited against the judgment, for a total judgment of $7,507,681.17,

plus interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961. There being no just

reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of

Court is directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

     March 15, 2025

**SO ORDERED:**                                        **TAMMI M. HELLWIG**

_____                      _____
      **Lewis A. Kaplan**                            **Clerk of Court**
**United States District Judge**

**BY:**

                                             _____
                                          **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
18-cv-04833.

MASTER DOCKET

18-md-2865 (LAK)

### JUDGMENT AS TO DEFENDANTS
### <u>RICHARD MARKOWITZ AND JOHN VAN MERKENSTEIJN</u>

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants Richard Markowitz and John van Merkensteijn,

jointly and severally, on its fraud claims in the amount of $8,339,658.10, plus pre-judgment

interest in the amount of $8,445,982.40, less the amount of $5,971,102.03 credited against the

judgment, for a total judgment of $10,814,538.47, plus interest to accrue thereon at the rate

prescribed by 28 U.S.C § 1961.  There being no just reason for delay, pursuant to Rule 54(b) of

the Federal Rules of Civil Procedure, the Clerk of Court is directed to enter judgment in favor of

SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**                                        **TAMMI M. HELLWIG**

_____                    _____
**Lewis A. Kaplan**                                          **Clerk of Court**
**United States District Judge**

                                                     **BY:**

                                                     _____
                                                       **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01812.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT RICHARD MARKOWITZ

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant Richard Markowitz on its fraud claim in the amount

of $9,475,162.66, plus pre-judgment interest in the amount of $8,290,331.21, less the amount of

$7,266,218.82 credited against the judgment, for a total judgment of $10,499,275.05, plus

interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just reason

for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is

directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**                           **TAMMI M. HELLWIG**

_____          _____
    **Lewis A. Kaplan**                    **Clerk of Court**
**United States District Judge**

                                           **BY:**

                                       _____
                                       **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01813.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT JOHN VAN MERKENSTEIJN

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant John van Merkensteijn on its fraud claim in the

amount of $4,013,391.23, plus pre-judgment interest in the amount of $3,521,949.37, less the

amount of $3,059,552.75 credited against the judgment, for a total judgment of $4,475,787.85,

plus interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just

reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of

Court is directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

March 15, 2025


**SO ORDERED:**                                          **TAMMI M. HELLWIG**

_____                          _____
**Lewis A. Kaplan**                                         **Clerk of Court**
**United States District Judge**
                                                                 **BY:**

                                                                 _____
                                                                 **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01815.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT RICHARD MARKOWITZ

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant Richard Markowitz on its fraud claim in the amount

of $3,931,967.27, plus pre-judgment interest in the amount of $3,488,833.87, less the amount of

$3,009,206.22 credited against the judgment, for a total judgment of $4,411,594.92, plus interest

to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just reason for

delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is

directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**                  **TAMMI M. HELLWIG**

_____      _____
    **Lewis A. Kaplan**              **Clerk of Court**
**United States District Judge**

                                 **BY:**

                                 _____
                                   **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01818.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT JOHN VAN MERKENSTEIJN

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant John van Merkensteijn on its fraud claim in the

amount of $4,089,026.74, plus pre-judgment interest in the amount of $3,626,864.51, less the

amount of $3,129,000.46 credited against the judgment, for a total judgment of $4,586,890.79,

plus interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just

reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of

Court is directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

      March 15, 2025


**SO ORDERED:**                                                   **TAMMI M. HELLWIG**

_____                    _____
**Lewis A. Kaplan**                                                   **Clerk of Court**
**United States District Judge**

                                                  **BY:**

                                             _____
                                               **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01931.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT JOHN VAN MERKENSTEIJN

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant John van Merkensteijn on its fraud claim in the

amount of $3,933,513.67, plus pre-judgment interest in the amount of $3,480,317.11, less the

amount of $3,007,365.15 credited against the judgment, for a total judgment of $4,406,465.64,

plus interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just

reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of

Court is directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

      March 15, 2025

**SO ORDERED:**

                                       **TAMMI M. HELLWIG**

_____          _____

        **Lewis A. Kaplan**                        **Clerk of Court**

   **United States District Judge**

                                    **BY:**

                                         _____

                                            **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01918.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT JOHN VAN MERKENSTEIJN

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendant John van Merkensteijn on its fraud claim in the

amount of $9,610,169.77, plus pre-judgment interest in the amount of $8,508,671.88, less the

amount of $7,349,201.16 credited against the judgment, for a total judgment of $10,769,640.49,

plus interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961.  There being no just

reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of

Court is directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

March 15, 2025


**SO ORDERED:**                                    **TAMMI M. HELLWIG**

_____                   _____
**Lewis A. Kaplan**                                       **Clerk of Court**
**United States District Judge**
                                                              **BY:**

                                                              _____
                                                              **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-10713.

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANTS
## <u>RICHARD MARKOWITZ AND JOHN VAN MERKENSTEIJN</u>

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States

District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen

("SKAT") has judgment against defendants Richard Markowitz and John van Merkensteijn,

jointly and severally, on its fraud claims in the amount of $114,309,721.30, plus pre-judgment

interest in the amount of $115,536,253.45, less the amount of $84,198,095.85 credited against

the judgment, for a total judgment of $145,647,878.89, plus interest to accrue thereon at the rate

prescribed by 28 U.S.C § 1961.  There being no just reason for delay, pursuant to Rule 54(b) of

the Federal Rules of Civil Procedure, the Clerk of Court is directed to enter judgment in favor of

SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this

final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may

properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

     March 15, 2025

**SO ORDERED:**                       **TAMMI M. HELLWIG**

_____         _____
       **Lewis A. Kaplan**                   **Clerk of Court**
 **United States District Judge**

                                             **BY:**

                                         _____
                                             **Deputy Clerk**