# Exhibit B

# ANNEX 1

**Markowitz and van Merkensteijn Joint and Several Liability Amount**

| Case Name & Number | Defendants | Fraud Damages (USD) | Prejudgment Interest (USD) | Credits Against Judgment (USD) | Fraud Judgment Totals (USD) |
|---|---|---|---|---|---|
| *Skatteforvaltningen v. Michelle Investments Pension Plan, John van Merkensteijn, and Richard Markowitz*, Case No. 19-cv-01906-LAK (S.D.N.Y.) | Richard Markowitz, John van Merkensteijn and Michelle Investments Pension Plan | $10,287,177.58 | $10,564,828.28 | $7,521,078.08 | $13,330,927.78 |
| *Skatteforvaltningen v. Raubritter LLC Pension Plan, Richard Markowitz, and John van Merkensteijn,* Case No. 18-cv-04833-LAK (S.D.N.Y.) | Richard Markowitz, John van Merkensteijn | $8,339,658.10 | $8,445,982.40 | $5,971,102.03 | $10,814,538.47 |
| *Skatteforvaltningen v. Remece Investments LLC Pension Plan, John van Merkensteijn, and Richard Markowitz*, Case No. 19-cv-01911-LAK (S.D.N.Y.) | Richard Markowitz, John van Merkensteijn and Remece Investments LLC Pension Plan | $8,060,867.23 | $8,184,730.51 | $5,919,124.34 | $10,326,473.40 |

| | | | | | |
|---|---|---|---|---|---|
| *Skatteforvaltningen v. Xiphias LLC Pension Plan, John van Merkensteijn, and Richard Markowitz*, Case No. 19-cv-01924-LAK (S.D.N.Y.) | Richard Markowitz, John van Merkensteijn and Xiphias LLC Pension Plan | $9,932,950.26 | $10,183,324.19 | $7,255,673.40 | $12,860,601.05 |
| *Skatteforvaltningen v. John van Merkensteijn, Richard Markowitz, Bernina Pension Plan Trust, RJM Capital Pension Plan Trust, 2321 Capital Pension Plan, Bowline Management Pension Plan, Clove Pension Plan, Davin Investments Pension Plan, Delvian LLC Pension Plan, DFL Investments Pension Plan, Laegeler Asset Management Pension Plan, Lion Advisory Inc. Pension Plan, Mill River Capital Management Pension Plan, Next Level Pension Plan, Rajan Investments LLC Pension Plan, Spirit on the Water Pension Plan, and Traden Investments Pension Plan*, Case No. 19-cv-10713-LAK (S.D.N.Y.) | Richard Markowitz, John van Merkensteijn | $114,309,721.30 | $115,536,253.45 | $84,198,095.85 | $145,647,878.89 |
| **Markowitz and van Merkensteijn Joint and Several Liability Amount Total** | | | | | **$192,980,419.59** |

## ANNEX 2

**Markowitz Additional Liability Amount**

| Case Name & Number | Defendants | Fraud Damages (USD) | Prejudgment Interest (USD) | Credits Against Judgment (USD) | Fraud Judgment Totals (USD) |
|---|---|---|---|---|---|
| *Skatteforvaltningen v. Albedo Management LLC Roth 401(K) Plan, Joseph Herman, Avanix Management LLC, and Richard Markowitz*, Case No. 19-cv-01785-LAK (S.D.N.Y.) | Richard Markowitz | $9,605,656.10 | $8,384,553.51 | $7,309,009.48 | $10,681,200.13 |
| *Skatteforvaltningen v. Avanix Management LLC Roth 401K Plan and Richard Markowitz*, Case No. 19-cv-01867-LAK (S.D.N.Y.) | Richard Markowitz and Avanix Management LLC Roth 401K Plan | $9,611,054.37 | $8,514,760.22 | $5,682,042.55 | $12,443,772.04 |
| *Skatteforvaltningen v. Ballast Ventures LLC Roth 401(K) Plan, Joseph Herman, Cavus Systems LLC, and Richard Markowitz*, Case No. 19-cv-01781-LAK (S.D.N.Y.) | Richard Markowitz | $3,942,726.01 | $3,441,513.72 | $3,000,047.21 | $4,384,192.52 |

| | | | | | |
|---|---|---|---|---|---|
| *Skatteforvaltningen v. Bareroot Capital Investments LLC Roth 401(K) Plan, David Zelman, Routt Capital Trust, and Richard Markowitz*, Case No. 19-cv-01783-LAK (S.D.N.Y.) | Richard Markowitz | $4,028,581.11 | $3,576,909.27 | $3,083,865.30 | $4,521,625.08 |
| *Skatteforvaltningen v. Batavia Capital Pension Plan and Richard Markowitz*, Case No. 19-cv-01895-LAK (S.D.N.Y.) | Richard Markowitz and Batavia Capital Pension Plan | $4,533,987.97 | $4,418,123.63 | $2,803,179.48 | $6,148,932.12 |
| *Skatteforvaltningen v. Cavus Systems LLC Roth 401(K) Plan and Richard Markowitz*, Case No. 19-cv-01869-LAK (S.D.N.Y.) | Richard Markowitz and Cavus Systems LLC Roth 401(K) Plan | $4,229,529.42 | $3,758,780.36 | $2,526,604.04 | $5,461,705.73 |
| *Skatteforvaltningen v. Cedar Hill Capital Investments LLC Roth 401(K) Plan, Edwin Miller, Routt Capital Trust, and Richard Markowitz*, Case No. 19-cv-01922-LAK (S.D.N.Y.) | Richard Markowitz | $6,820,415.10 | $6,053,327.62 | $5,256,608.06 | $7,617,134.66 |
| *Skatteforvaltningen v. Eclouge Industry LLC Roth 401(K) Plan, Perry Lerner, Routt Capital Trust, and Richard Markowitz*, Case No. 19-cv-01870-LAK (S.D.N.Y.) | Richard Markowitz | $6,735,157.14 | $5,970,744.09 | $5,188,783.50 | $7,517,117.73 |

| | | | | | |
|---|---|---|---|---|---|
| *Skatteforvaltningen v. Fairlie Investments LLC Roth 401(K) Plan, Joseph Herman, Hadron Industries LLC, and Richard Markowitz*, Case No. 19-cv-01791-LAK (S.D.N.Y.) | Richard Markowitz | $4,049,766.86 | $3,583,342.65 | $3,117,874.08 | $4,515,235.42 |
| *Skatteforvaltningen v. First Ascent Worldwide LLC Roth 401(K) Plan, Perry Lerner, Routt Capital Trust, and Richard Markowitz*, Case No. 19-cv-01792-LAK (S.D.N.Y.) | Richard Markowitz | $3,738,204.85 | $3,316,823.31 | $2,860,890.25 | $4,194,137.91 |
| *Skatteforvaltningen v. Green Scale Management LLC Roth 401(K) Plan, Edwin Miller, Routt Capital Trust, and Richard Markowitz*, Case No. 19-cv-01926-LAK (S.D.N.Y.) | Richard Markowitz | $9,628,072.03 | $8,522,433.31 | $7,362,252.68 | $10,788,252.65 |
| *Skatteforvaltningen v. Hadron Industries LLC Roth 401(K) Plan and Richard Markowitz*, Case No. 19-cv-01868-LAK (S.D.N.Y.) | Richard Markowitz and Hadron Industries LLC Roth 401(K) Plan | $4,254,511.18 | $3,778,692.71 | $2,518,159.76 | $5,515,044.13 |

| | | | | | |
|---|---|---|---|---|---|
| *Skatteforvaltningen v. Keystone Technologies LLC Roth 401(K) Plan, Edwin Miller, Routt Capital Trust, and Richard Markowitz*, Case No. 19-cv-01929-LAK (S.D.N.Y.) | Richard Markowitz | $6,682,337.34 | $5,884,828.83 | $5,136,135.02 | $7,431,031.16 |
| *Skatteforvaltningen v. Loggerhead Services LLC Roth 401(K) Plan, Perry Lerner, Richard Markowitz, and Routt Capital Trust*, Case No. 19-cv-01806-LAK (S.D.N.Y.) | Richard Markowitz | $9,591,887.45 | $8,492,314.24 | $7,335,167.85 | $10,749,033.84 |
| *Skatteforvaltningen v. PAB Facilities Global LLC Roth 401(K) Plan, Perry Lerner, Richard Markowitz, and Routt Capital Trust*, Case No. 19-cv-01808-LAK (S.D.N.Y.) | Richard Markowitz | $207,190.35 | $191,018.15 | $161,865.92 | $236,342.57 |
| *Skatteforvaltningen v. RJM Capital Pension Plan and Richard Markowitz*, Case No. 19-cv-01898-LAK (S.D.N.Y.) | Richard Markowitz and RJM Capital Pension Plan | $8,292,536.82 | $8,421,653.60 | $5,275,064.56 | $11,439,125.86 |

| | | | | | |
|---|---|---|---|---|---|
| *Skatteforvaltningen v. Roadcraft Technologies LLC Roth 401(K) Plan, Ronald Altbach, Richard Markowitz, and Routt Capital Trust*, Case No. 19-cv-01812-LAK (S.D.N.Y.) | Richard Markowitz | $9,475,162.66 | $8,290,331.21 | $7,266,218.82 | $10,499,275.05 |
| *Skatteforvaltningen v. Routt Capital Pension Plan and Richard Markowitz*, Case No. 19-cv-01896-LAK (S.D.N.Y.) | Richard Markowitz and Routt Capital Pension Plan | $9,142,670.63 | $8,306,560.29 | $5,435,440.68 | $12,013,790.25 |
| *Skatteforvaltningen v. Trailing Edge Productions LLC Roth 401(K) Plan, Perry Lerner, Richard Markowitz, and Routt Capital Trust*, Case No. 19-cv-01815-LAK (S.D.N.Y.) | Richard Markowitz | $3,931,967.27 | $3,488,833.87 | $3,009,206.22 | $4,411,594.92 |
| **Markowitz Additional Liability Amount Total** | | | | | **$140,568,543.76** |

# ANNEX 3

**van Merkensteijn Additional Liability Amount**

| Case Name & Number | Defendants | Fraud Damages (USD) | Prejudgment Interest (USD) | Credits Against Judgment (USD) | Fraud Judgment Totals (USD) |
|---|---|---|---|---|---|
| *Skatteforvaltningen v. Basalt Ventures LLC Roth 401(K) Plan and John van Merkensteijn*, Case No. 19-cv-01866-LAK (S.D.N.Y.) | John van Merkensteijn and Basalt Ventures LLC Roth 401(K) Plan | $3,882,781.93 | $3,446,918.34 | $2,318,332.65 | $5,011,367.62 |
| *Skatteforvaltningen v. Battu Holdings LLC Roth 401K Plan, David Zelman, Omineca Trust, and John van Merkensteijn*, Case No. 19-cv-01794-LAK (S.D.N.Y.) | John van Merkensteijn | $9,661,341.38 | $8,553,068.98 | $7,388,055.59 | $10,826,354.77 |
| *Skatteforvaltningen v. Bernina Pension Plan and John van Merkensteijn*, Case No. 19-cv-01865-LAK (S.D.N.Y.) | John van Merkensteijn and Bernina Pension Plan | $8,068,195.02 | $8,152,700.98 | $5,076,782.16 | $11,144,113.85 |
| *Skatteforvaltningen v. Cantata Industries LLC Roth 401(K) Plan, David Zelman, and Omineca Trust, John van Merkensteijn*, Case No. 19-cv-01798-LAK (S.D.N.Y.) | John van Merkensteijn | $6,776,682.16 | $6,012,316.96 | $5,222,230.59 | $7,566,768.53 |

| | | | | | |
|---|---|---|---|---|---|
| *Skatteforvaltningen v. Crucible Ventures LLC Roth 401(K) Plan, Ronald Altbach, John van Merkensteijn, and Omineca Trust*, Case No. 19-cv-01800-LAK (S.D.N.Y.) | John van Merkensteijn | $6,632,588.07 | $5,885,717.07 | $5,111,568.82 | $7,406,736.32 |
| *Skatteforvaltningen v. Dicot Technologies LLC Roth 401(K) Plan, David Zelman, John van Merkensteijn, and Omineca Trust*, Case No. 19-cv-01788-LAK (S.D.N.Y.) | John van Merkensteijn | $3,906,988.92 | $3,468,926.75 | $2,990,779.89 | $4,385,135.77 |
| *Skatteforvaltningen v. Fulcrum Productions LLC Roth 401(K)Plan, Edwin Miller, John van Merkensteijn, and Omineca Trust*, Case No. 19-cv-01928-LAK (S.D.N.Y.) | John van Merkensteijn | $3,751,328.05 | $3,337,758.51 | $2,873,775.37 | $4,215,311.19 |
| *Skatteforvaltningen v. Limelight Global Productions LLC Roth 401(K) Plan, Ronald Altbach, Omineca Trust, and John van Merkensteijn*, Case No. 19-cv-01803-LAK (S.D.N.Y.) | John van Merkensteijn | $3,889,456.22 | $3,452,265.29 | $2,977,023.92 | $4,364,697.58 |

| | | | | | |
|---|---|---|---|---|---|
| *Skatteforvaltningen v. Monomer Industries LLC Roth 401(K) Plan, Robin Jones, John van Merkensteijn, and Omineca Trust*, Case No. 19-cv-01801-LAK (S.D.N.Y.) | John van Merkensteijn | $6,933,481.11 | $6,081,132.90 | $5,321,561.90 | $7,693,052.11 |
| *Skatteforvaltningen v. Omineca Pension Plan and John van Merkensteijn*, Case No. 19-cv-01894-LAK (S.D.N.Y.) | John van Merkensteijn and Omineca Pension Plan | $12,619,713.61 | $11,389,363.48 | $8,331,085.66 | $15,677,991.43 |
| *Skatteforvaltningen v. Pinax Holdings LLC Roth 401(K) Plan, Robin Jones, John van Merkensteijn, and Omineca Trust*, Case No. 19-cv-01810-LAK (S.D.N.Y.) | John van Merkensteijn | $4,060,934.42 | $3,544,695.09 | $3,089,992.80 | $4,515,636.71 |
| *Skatteforvaltningen v. Plumrose Industries LLC Roth 401K Plan, Ronald Altbach, John van Merkensteijn, and Omineca Trust*, Case No. 19-cv-01809-LAK (S.D.N.Y.) | John van Merkensteijn | $6,697,780.13 | $5,932,703.69 | $5,122,802.65 | $7,507,681.17 |
| *Skatteforvaltningen v. Starfish Capital Management LLC Roth 401(K) Plan and John van Merkensteijn*, Case No. 19-cv-01871-LAK (S.D.N.Y.) | John van Merkensteijn and Starfish Capital Management LLC Roth 401(K) Plan | $200,266.25 | $186,115.93 | $121,056.01 | $265,326.16 |

| | | | | | |
|---|---|---|---|---|---|
| *Skatteforvaltningen v. Sternway Logistics LLC Roth 401(K) Plan, Robin Jones, John van Merkensteijn, and Omineca Trust*, Case No. 19-cv-01813-LAK (S.D.N.Y.) | John van Merkensteijn | $4,013,391.23 | $3,521,949.37 | $3,059,552.75 | $4,475,787.85 |
| *Skatteforvaltningen v. Tarvos Pension Plan and John van Merkensteijn*, Case No. 19-cv-01930-LAK (S.D.N.Y.) | John van Merkensteijn and Tarvos Pension Plan | $5,023,733.28 | $4,929,770.86 | $3,143,266.93 | $6,810,237.21 |
| *Skatteforvaltningen v. True Wind Investments LLC Roth 401(K) Plan, Ronald Altbach, John van Merkensteijn, and Omineca Trust*, Case No. 19-cv-01818-LAK (S.D.N.Y.) | John van Merkensteijn | $4,089,026.74 | $3,626,864.51 | $3,129,000.46 | $4,586,890.79 |
| *Skatteforvaltningen v. Tumba Systems LLC Roth 401(K) Plan, Edwin Miller, John van Merkensteijn, and Omineca Trust*, Case No. 19-cv-01931-LAK (S.D.N.Y.) | John van Merkensteijn | $3,933,513.67 | $3,480,317.11 | $3,007,365.15 | $4,406,465.64 |

| | | | | | |
|---|---|---|---|---|---|
| *Skatteforvaltningen v. Vanderlee Technologies Pension Plan, David Zelman, John van Merkensteijn, Omineca Trust, and Vanderlee Technologies Pension Plan Trust*, Case No. 19-cv-01918-LAK (S.D.N.Y.) | John van Merkensteijn | $9,610,169.77 | $8,508,671.88 | $7,349,201.16 | $10,769,640.49 |
| *Skatteforvaltningen v. Voojo Productions LLC Roth 401(K) Plan and John van Merkensteijn*, Case No. 19-cv-01873-LAK (S.D.N.Y.) | John van Merkensteijn and Voojo Productions LLC Roth 401(K) Plan | $6,764,499.49 | $5,992,863.19 | $3,999,151.72 | $8,758,210.95 |
| **van Merkensteijn Additional Liability Amount Total** | | | | | **$130,387,406.15** |