# Exhibit C

| Case Name & Number |
|---|
| *Skatteforvaltningen v. Albedo Management LLC Roth 401(K) Plan, Joseph Herman, Avanix Management LLC, and Richard Markowitz*, Case No. 19-cv-01785-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Ballast Ventures LLC Roth 401(K) Plan, Joseph Herman, Cavus Systems LLC, and Richard Markowitz*, Case No. 19-cv-01781-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Bareroot Capital Investments LLC Roth 401(K) Plan, David Zelman, Routt Capital Trust, and Richard Markowitz*, Case No. 19-cv-01783-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Battu Holdings LLC Roth 401K Plan, David Zelman, Omineca Trust, and John van Merkensteijn*, Case No. 19-cv-01794-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Cantata Industries LLC Roth 401(K) Plan, David Zelman, and Omineca Trust, John van Merkensteijn*, Case No. 19-cv-01798-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Cedar Hill Capital Investments LLC Roth 401(K) Plan, Edwin Miller, Routt Capital Trust, and Richard Markowitz*, Case No. 19-cv-01922-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Crucible Ventures LLC Roth 401(K) Plan, Ronald Altbach, John van Merkensteijn, and Omineca Trust*, Case No. 19-cv-01800-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Dicot Technologies LLC Roth 401(K) Plan, David Zelman, John van Merkensteijn, and Omineca Trust*, Case No. 19-cv-01788-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Eclouge Industry LLC Roth 401(K) Plan, Perry Lerner, Routt Capital Trust, and Richard Markowitz*, Case No. 19-cv-01870-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Fairlie Investments LLC Roth 401(K) Plan, Joseph Herman, Hadron Industries LLC, and Richard Markowitz*, Case No. 19-cv-01791-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. First Ascent Worldwide LLC Roth 401(K) Plan, Perry Lerner, Routt Capital Trust, and Richard Markowitz*, Case No. 19-cv-01792-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Fulcrum Productions LLC Roth 401(K)Plan, Edwin Miller, John van Merkensteijn, and Omineca Trust*, Case No. 19-cv-01928-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Green Scale Management LLC Roth 401(K) Plan, Edwin Miller, Routt Capital Trust, and Richard Markowitz*, Case No. 19-cv-01926-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Keystone Technologies LLC Roth 401(K) Plan, Edwin Miller, Routt Capital Trust, and Richard Markowitz*, Case No. 19-cv-01929-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Limelight Global Productions LLC Roth 401(K) Plan, Ronald Altbach, Omineca Trust, and John van Merkensteijn*, Case No. 19-cv-01803-LAK (S.D.N.Y.) |

*Skatteforvaltningen v. Loggerhead Services LLC Roth 401(K) Plan, Perry Lerner, Richard Markowitz, and Routt Capital Trust*, Case No. 19-cv-01806-LAK (S.D.N.Y.)

*Skatteforvaltningen v. Monomer Industries LLC Roth 401(K) Plan, Robin Jones, John van Merkensteijn, and Omineca Trust*, Case No. 19-cv-01801-LAK (S.D.N.Y.)

*Skatteforvaltningen v. PAB Facilities Global LLC Roth 401(K) Plan, Perry Lerner, Richard Markowitz, and Routt Capital Trust*, Case No. 19-cv-01808-LAK (S.D.N.Y.)

*Skatteforvaltningen v. Pinax Holdings LLC Roth 401(K) Plan, Robin Jones, John van Merkensteijn, and Omineca Trust*, Case No. 19-cv-01810-LAK (S.D.N.Y.)

*Skatteforvaltningen v. Plumrose Industries LLC Roth 401K Plan, Ronald Altbach, John van Merkensteijn, and Omineca Trust*, Case No. 19-cv-01809-LAK (S.D.N.Y.)

*Skatteforvaltningen v. Raubritter LLC Pension Plan, Richard Markowitz, and John van Merkensteijn,* Case No. 18-cv-04833-LAK (S.D.N.Y.)

*Skatteforvaltningen v. Roadcraft Technologies LLC Roth 401(K) Plan, Ronald Altbach, Richard Markowitz, and Routt Capital Trust*, Case No. 19-cv-01812-LAK (S.D.N.Y.)

*Skatteforvaltningen v. Sternway Logistics LLC Roth 401(K) Plan, Robin Jones, John van Merkensteijn, and Omineca Trust*, Case No. 19-cv-01813-LAK (S.D.N.Y.)

*Skatteforvaltningen v. Trailing Edge Productions LLC Roth 401(K) Plan, Perry Lerner, Richard Markowitz, and Routt Capital Trust*, Case No. 19-cv-01815-LAK (S.D.N.Y.)

*Skatteforvaltningen v. True Wind Investments LLC Roth 401(K) Plan, Ronald Altbach, John van Merkensteijn, and Omineca Trust*, Case No. 19-cv-01818-LAK (S.D.N.Y.)

*Skatteforvaltningen v. Tumba Systems LLC Roth 401(K) Plan, Edwin Miller, John van Merkensteijn, and Omineca Trust*, Case No. 19-cv-01931-LAK (S.D.N.Y.)

*Skatteforvaltningen v. Vanderlee Technologies Pension Plan, David Zelman, John van Merkensteijn, Omineca Trust, and Vanderlee Technologies Pension Plan Trust*, Case No. 19-cv-01918-LAK (S.D.N.Y.)

*Skatteforvaltningen v. John van Merkensteijn, Richard Markowitz, Bernina Pension Plan Trust, RJM Capital Pension Plan Trust, 2321 Capital Pension Plan, Bowline Management Pension Plan, Clove Pension Plan, Davin Investments Pension Plan, Delvian LLC Pension Plan, DFL Investments Pension Plan, Laegeler Asset Management Pension Plan, Lion Advisory Inc. Pension Plan, Mill River Capital Management Pension Plan, Next Level Pension Plan, Rajan Investments LLC Pension Plan, Spirit on the Water Pension Plan, and Traden Investments Pension Plan*, Case No. 19-cv-10713-LAK (S.D.N.Y.)