# Exhibit D

| Case Name & Number |
|---|
| *Skatteforvaltningen v. Avanix Management LLC Roth 401K Plan and Richard Markowitz*, Case No. 19-cv-01867-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Azalea Pension Plan and Elizabeth van Merkensteijn*, Case No. 19-cv01893-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Basalt Ventures LLC Roth 401(K) Plan and John van Merkensteijn*, Case No. 19-cv-01866-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Batavia Capital Pension Plan and Richard Markowitz*, Case No. 19-cv-01895-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Bernina Pension Plan and John van Merkensteijn*, Case No. 19-cv-01865-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Calypso Investments Pension Plan, and Jocelyn Markowitz*, Case No. 19cv-01904-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Cavus Systems LLC Roth 401(K) Plan and Richard Markowitz*, Case No. 19-cv-01869-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Hadron Industries LLC Roth 401(K) Plan and Richard Markowitz*, Case No. 19-cv-01868-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Michelle Investments Pension Plan, John van Merkensteijn, and Richard Markowitz*, Case No. 19-cv-01906-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Omineca Pension Plan and John van Merkensteijn*, Case No. 19-cv-01894-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Remece Investments LLC Pension Plan, John van Merkensteijn, and Richard Markowitz*, Case No. 19-cv-01911-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. RJM Capital Pension Plan and Richard Markowitz*, Case No. 19-cv-01898-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Routt Capital Pension Plan and Richard Markowitz*, Case No. 19-cv-01896-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Starfish Capital Management LLC Roth 401(K) Plan and John van Merkensteijn*, Case No. 19-cv-01871-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Tarvos Pension Plan and John van Merkensteijn*, Case No. 19-cv-01930-LAK (S.D.N.Y.) |

| |
|---|
| *Skatteforvaltningen v. Voojo Productions LLC Roth 401(K) Plan and John van Merkensteijn*, Case No. 19-cv-01873-LAK (S.D.N.Y.) |
| *Skatteforvaltningen v. Xiphias LLC Pension Plan, John van Merkensteijn, and Richard Markowitz*, Case No. 19-cv-01924-LAK (S.D.N.Y.) |