UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
Plaintiff,   In re SKAT
:
-v-
:
 18cv05151, 18cv05185, 18cv05186, 18cv05190, 18cv05194, 18cv05164, 18cv05180, 18cv05189,
 18cv05193, 18cv05183, 18cv05147, 18cv05150, 18cv05158, 18cv05188, 18cv05192, 18cv04767,
Defendant.  18cv04770, 18cv05309, 18cv05299, 18cv05308, 18cv05305, 18cv05307, 19cv01785, 19cv01781,
 19cv01783, 19cv01794, 19cv01798, 19cv01922, 19cv01800, 19cv01788, 19cv01870, 19cv01791,
 19cv01792, 19cv01928, 19cv01926, 19cv01929, 19cv01803, 19cv01806, 19cv01801, 19cv01808,
---------------------------x 19cv01810, 19cv01809, 18cv04833, 19cv01812, 19cv01813, 19cv01815, 19cv01818, 19cv01931,
 19cv01918, 19cv10713.

AMENDED Referral Order
Trial 2 Cases for Settlement
Purposes

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE
(Corresponds to PTO 53)
18-MD-2865  (LAK ) (RWL) and

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

_____

All such motions:_____

*Do not check if already referred for general pretrial.

Dated   3/6/2025

SO ORDERED:

/s/ Lewis A. Kaplan

United States District Judge
Hon. Lewis A. Kaplan