

18-MD-2865

Lewis Kaplan

| | |
|---|---|
| **From:** | Andrew Mohan |
| **Sent:** | Thursday, March 13, 2025 2:22 PM |
| **To:** | Lewis Kaplan; Amy Winograd |
| **Cc:** | Nicholas Abbott |
| **Subject:** | Fw: Defense Submissions re Judgments? RE: SKAT 18-MD-2865(LAK) |

Please see below. No defense submissions.
Andy

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/25
```

**From:** Sharon McCarthy <smccarthy@Kostelanetz.com>
**Sent:** Thursday, March 13, 2025 2:10:39 PM
**To:** Andrew Mohan <Andrew_Mohan@nysd.uscourts.gov>; Neiman, Peter <Peter.Neiman@wilmerhale.com>
**Cc:** Castano, Nelson S. <Nelson.Castano@WilmerHale.com>; Oxford, Neil <neil.oxford@hugheshubbard.com>; Maguire, Bill <bill.maguire@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; McGoey, John <john.mcgoey@hugheshubbard.com>; Lagnado, Jessica <Jessica.Lagnado@hugheshubbard.com>; Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Nicholas Bahnsen <nbahnsen@Kostelanetz.com>; Daniel Davidson <ddavidson@Kostelanetz.com>; Maxwell Brown <mbrown@Kostelanetz.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Amy Winograd <Amy_Winograd@nysd.uscourts.gov>
**Subject:** RE: Defense Submissions re Judgments? RE: SKAT 18-MD-2865(LAK)

**CAUTION - EXTERNAL:**

Dear Mr. Mohan,

On behalf of all defendants, I write to inform the Court that the defense does not plan to submit anything related to the judgments proposed by SKAT.

Thank you.

Sharon L. McCarthy
Kostelanetz LLP
7 World Trade Center, 34th Floor
New York, New York 10007
(d) 212-840-6866
(m) 347-613-0829
(f) 212-808-8108
smccarthy@kostelanetz.com
Pronouns: She/Her/Hers
Bio | Firm | Legal Rankings



PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION AND/OR ATTORNEY WORK-PRODUCT

Confidentiality Notice:
This electronic transmission and any documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please immediately notify us by email or telephone and permanently delete this message and any attachments.

**From:** Andrew Mohan <Andrew_Mohan@nysd.uscourts.gov>
**Sent:** Thursday, March 13, 2025 12:10 PM
**To:** Sharon McCarthy <smccarthy@Kostelanetz.com>; Neiman, Peter <Peter.Neiman@wilmerhale.com>
**Cc:** Castano, Nelson S. <Nelson.Castano@WilmerHale.com>; Oxford, Neil <neil.oxford@hugheshubbard.com>; Maguire, Bill <bill.maguire@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>; McGoey, John <john.mcgoey@hugheshubbard.com>; Lagnado, Jessica <Jessica.Lagnado@hugheshubbard.com>; Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Nicholas Bahnsen <nbahnsen@Kostelanetz.com>; Daniel Davidson <ddavidson@Kostelanetz.com>; Maxwell Brown <mbrown@Kostelanetz.com>; Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Amy Winograd <Amy_Winograd@nysd.uscourts.gov>
**Subject:** Defense Submissions re Judgments? RE: SKAT 18-MD-2865(LAK)

Dear Counsel, Judge Kaplan asked me to remind you that any defense responses regarding the Judgments are overdue. Are you planning on making any submissions?

Andrew Mohan
Courtroom Deputy to Judge Kaplan
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.