MEMO ENDORSED

**K&L GATES**

March 20, 2025

John C. Blessington
john.blessington@klgates.com

*Application denied,
possibly subject to
reconsideration when
trial 3 is ready for trial.*

T +1 617 261 3100
F +1 617 261 3175

**By ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED

LEWIS A. KAPLAN, USDJ   3/31/25

Re:     *In re Customs and Tax Administration of the Kingdom of Denmark
        (Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK);
        Related Action: *Skatteforvaltningen v. The Goldstein Law Group PC 401(k) Profit
        Sharing Plan*, et al., 1:18-cv-05053

Dear Judge Kaplan:

We write on behalf of defendants/third-party plaintiffs, The Goldstein Law Group PC
401(K) Profit Sharing Plan (the "Goldstein Plan"), Sheldon Goldstein, Scott Goldstein, and Acer
Investment Group, LLC ("Acer") (collectively, the "Goldstein Defendants"). In Pretrial Order No.
44, the Court proposed to have "two more trials, one dealing with the remaining Solo Capital-
related cases and the other with ED&F-related cases." Pretrial Order No. 44 (ECF 1419). As a
consequence of Pretrial Order No. 51[1], however, the Court has consolidated the case involving the
Goldstein Plan, which traded exclusively through ED&F Man Capital Markets, Ltd. ("ED&F") for
all eight of its trades and had zero communications or interactions with Solo Capital, with two
cases involving Sterling Alpha LLC 401k Profit Sharing Plan and Sander Gerber Pension Plan,
which traded almost exclusively through Solo Capital (six out of seven trades at issue in those
cases involved Solo Capital and only one involved ED&F).

---

[1] Pursuant to Pretrial Order No. 51, the Court consolidated the following cases as the "Trial 3
Cases": *Skatteforvaltningen v. The Goldstein Law Group PC 401(k) Profit Sharing Plan, et al.*,
1:18-cv-05053, (the "*Goldstein Action*"), *Skatteforvaltningen v. Del Mar Asset Management
Saving & Retirement Plan, et al.*, 1:18-cv-5374 and *Skatteforvaltningen v. Federated Logistics
LLC 401k, et al.*, 1:18-cv-8655 (together, the *Freelove Actions*), and *Skatteforvaltningen v. Sterling
Alpha LLC 401k Profit Sharing Plan, et al.*, 1:18-cv-4894 and *Skatteforvaltningen v. Sander
Gerber Pension Plan, et al.*, 1:18-cv-4899 (together, the "*Doscas Actions*").