```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/27/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND          18-md-2865 (LAK)
LITIGATION

This paper applies to: Trial 2 Cases[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# PRETRIAL ORDER NO. 55
(Trial Consolidations)

LEWIS A. KAPLAN, *District Judge.*

      Counsel are advised that the Trial 2 Cases will proceed to trial as previously scheduled as against all defendants who or which have not filed appropriate stipulations of dismissal with prejudice of all remaining claims to which the relevant defendant or defendants is a party prior to the start of the trial. All pretrial schedules shall apply to such defendants until such stipulations are filed.

      SO ORDERED.

Dated:     August 27, 2025

                                                /s/ Lewis A. Kaplan
                                                   Lewis A. Kaplan
                                                United States District Judge

---

[1] Title 2 Cases are 18-cv-05151, 18-cv-05185, 18-cv-05186, 18-cv-05190, 18,cv-05194, 18-cv-05164, 18-cv-05180, 18-cv-05189, 18-cv-05193, 18-cv-05183, 18-cv-05147, 18-cv-05150, 18-cv-05158, 18-cv-05188, 18-cv-05192, 18-cv-04767, 18-cv-04770, 18-cv-05309, 18-cv-05299, 18-cv-05308, 18-cv-05305, 18-cv-05307 and, with respect only to defendants who were excluded from Trial 1 and not previously terminated, 19-cv-01785, 19-cv-01781, 19-cv-01783, 19-cv-01794, 19-cv-01798, 19-cv-01922, 19-cv-01800, 19-cv-01788, 19-cv-01870, 19-cv-01791, 19-cv-01792, 19-cv-01928, 19-cv-01926, 19-cv-01929, 19-cv-01803, 19-cv-01806, 19-cv-01801, 19-cv-01808, 19-cv-01810, 19-cv-01809, 18-cv-04833, 19-cv-01812, 19-cv-01813, 19-cv-01815, 19-cv-01818, 19-cv-01931, 19-cv-01918, 19-cv-10713.