

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

September 8, 2025

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)

Dear Judge Kaplan:

      We write on behalf of Plaintiff Skatteforvaltningen ("SKAT") regarding Trial Two in the above-referenced litigation, which is the subject of the Court's August 27, 2025 Pretrial Order No. 55 (ECF No. 1639) and March 6, 2025 Pretrial Order No. 52 (ECF No. 1514). Based on the status of settlement efforts for the Trial Two cases as set forth below, SKAT respectfully requests relief from the various pretrial and trial deadlines in these Orders. SKAT has conferred with defense counsel who consent to this request.

      Trial Two was scheduled to include nine individual defendants (as well as the pension plans with which they were associated). Six of those defendants are the "Friends & Family Defendants" associated with the Trial One Defendants. The remaining three Trial Two individual defendants are Bradley Crescenzo, Gavin Crescenzo, and Roger Lehman. As set forth below, SKAT has either executed settlement agreements with or agreed on the monetary terms of a settlement with seven of the nine defendants and their pension plans, the two exceptions being the extraordinary circumstances previously reported to the Court concerning Ronald Altbach and Edwin Miller. The finalization of the paperwork for many of these settlements has taken longer than expected, due in part to the need for financial affidavits from the defendants, various consent judgments depending on payment schedules agreed upon for some, and the sale of a house to fund one settlement.

      For each settlement agreement, the defendant has a short period of time (from five to twenty days) to make the initial (or sole) payment under the agreement. SKAT will file

stipulations of dismissal in each case upon the receipt of that initial (or sole) payment. As a result, SKAT expects to file stipulations of dismissal for the seven settling defendants starting as early as tomorrow and over the course of the next few weeks.

Separately, SKAT can report that it has been in settlement negotiations with certain of the remaining defendants beyond Trial Two and this afternoon has filed stipulations of dismissal in five cases involving claims against Anthony Sinclair and his pension plans.

### *Friends & Family Defendants*

Each of the Friends & Family Defendants is represented by Michelle Rice. SKAT has agreed on settlement terms with Robin Jones, Joseph Herman, Perry Lerner, and David Zelman and their pension plans. On September 5, 2025, SKAT and Robin Jones finalized the paperwork for their settlement agreement, and on September 8, 2025, the parties executed the agreement. We expect the settlement agreements for Mr. Herman, Mr. Lerner and Mr. Zelman to be finalized and executed this week as well.

As previously reported, the Friends & Family Defendants also include Ronald Altbach and Edwin Miller. Mr. Altbach is deceased,[1] and Mr. Miller is severely cognitively impaired (and has been since the commencement of this litigation). SKAT is attempting to resolve Mr. Altbach's cases through his estate proceeding, and Mr. Miller's cases through a representative for him. Given these circumstances, SKAT does not anticipate a trial with respect to the claims against these defendants.

### *Bradley & Gavin Crescenzo*

SKAT has executed a settlement agreement with Bradley Crescenzo and his five pension plans. We anticipate an initial payment to be made this week, upon which SKAT will file the stipulations of dismissal. SKAT has also agreed on the monetary terms of a settlement with Gavin Crescenzo and his pension plans. The parties are working to finalize the paperwork for that settlement. As a reminder, each of the Crescenzos are acting *pro se* at this stage.

### *Roger Lehman*

SKAT has agreed on the monetary terms of a settlement with Roger Lehman and his pension plans. The parties are working on the paperwork for that settlement agreement.

---

[1] SKAT has submitted a claim to Mr. Altbach's estate in connection with its claims against him.

        Respectfully submitted,

        /s/ Marc Weinstein
        Marc Weinstein

cc:  All Counsel of Record (via ECF)