USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-10134. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(2)**

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") asserted claims against Defendant The Green Group Site Pension Plan ("Green Group") in the action titled *SKAT v. The Green Group Site Pension Plan & Roger Lehman*, No. 18-cv-10134 (the "Action");

WHEREAS SKAT and Green Group have now entered into a settlement agreement ("Agreement") resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Green Group from the Action, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against Defendant Roger Lehman in the Action, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Green Group is dismissed with prejudice from the Action, with each party to bear its own costs;

IT is further STIPULATED AND AGREED that if an Event of Default under the Agreement occurs, SKAT shall have the right to reopen the Action and file any Consent

283689797_1

Case 1:18-md-02865-LAK   Document 1653   Filed 09/09/25   Page 2 of 2
Case 1:18-md-02865-LAK   Document 1649   Filed 09/08/25   Page 2 of 2

2

Judgment that it was not required to destroy pursuant to the Agreement, regardless of the Action being previously dismissed;

IT is further STIPULATED AND AGREED that SKAT's claims against Defendant Roger Lehman in the Action are not affected by this dismissal; and

IT is further STIPULATED AND AGREED that the Court shall retain jurisdiction for the purpose of enforcing the Agreement among SKAT and Green Group.

Dated: New York, New York
September 8, 2025

By: /s/Marc A. Weinstein
    Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ Sarah T. Laren
    Sarah T. Laren
DENTON BINGHAM GREENEBAUM LLP
312 Walnut Street, Suite 2450
Cincinnati, OH 45202
Tel: (859) 288-4635
Sarah.Laren@dentons.com

*Counsel for Defendants*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

9/9/25

283689797_1