**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:19-cv-01813. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendants Sternway Logistics LLC Roth 401(K) Plan ("Sternway") and Robin Jones ("Jones") in the action titled *Skatteforvaltningen v. Sternway Logistics LLC Roth 401(K) Plan, Robin Jones, Michael Ben-Jacob, Robert Klugman, John van Merkensteijn, RAK Investment Trust, and Omineca Trust,* 19-cv-01813 (the "Action");

WHEREAS SKAT, Sternway, and Jones have now entered into a settlement agreement ("Agreement") resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Sternway and Jones from the Action, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against Defendants Michael Ben-Jacob, Robert Klugman, John van Merkensteijn, RAK Investment Trust, or Omineca Trust in the Action, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Sternway and Jones are dismissed with prejudice from the Action, with each party to bear its own costs;

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants Michael Ben-Jacob, Robert Klugman, John van Merkensteijn, RAK Investment Trust, and Omineca Trust in the Action are not affected by this dismissal; and

IT is further STIPULATED AND AGREED that the Court shall retain jurisdiction for the purpose of enforcing the Agreement among SKAT, Sternway, and Jones.

Dated: New York, New York
       September 25, 2025

By: /s/ Marc A. Weinstein
Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/Michelle A. Rice
Michelle A. Rice
KAPLAN RICE LLP
142 W 57th Street, Suite 4A
New York, NY 10019
Telephone : (917) 715-1818
mrice@kaplanrice.com

*Counsel for Defendants Robin Jones and the Sternway Logistics LLC Roth 401(K) Plan*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge