UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:19-cv-01791. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendants Fairlie Investments LLC Roth 401(K) Plan ("Fairlie") and Joseph Herman ("Herman") in the action titled *Skatteforvaltningen v. Fairlie Investments LLC Roth 401(K) Plan, Joseph Herman, Michael Ben-Jacob, Robert Klugman, Richard Markowitz, RAK Investment Trust, and Hadron Industries LLC,* 19-cv-01791 (the "Action");

WHEREAS SKAT's claims against the other Defendants in the Action, aside from Fairlie and Herman, have all either proceeded to judgment or been voluntarily dismissed;

WHEREAS SKAT, Fairlie, and Herman have now entered into a settlement agreement ("Agreement");

WHEREAS SKAT wishes to voluntarily dismiss its claims in the Action against Fairlie and Herman, pursuant to the Agreement and Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, SKAT's claims against Fairlie and Herman in the action *Skatteforvaltningen v. Fairlie Investments LLC Roth 401(K) Plan, Joseph Herman, Michael Ben-*

*Jacob, Robert Klugman, Richard Markowitz, RAK Investment Trust, and Hadron Industries LLC,*

19-cv-01791, are dismissed with prejudice, with each party to bear its own costs;

    IT is further STIPULATED AND AGREED that the Court shall retain jurisdiction for the purpose of enforcing the Agreement among SKAT, Fairlie, and Herman; and

    IT is further STIPULATED AND AGREED that, upon the Court's entry of this Stipulation and Order, the above-captioned case is closed.

Dated: New York, New York
       October 3, 2025

| | |
|---|---|
| By: /s/Marc A. Weinstein<br>   Marc A. Weinstein<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, New York 10004-1482<br>Telephone: (212) 837-6000<br>marc.weinstein@hugheshubbard.com | By: /s/Michelle A. Rice<br>   Michelle A. Rice<br>KAPLAN RICE LLP<br>142 W 57th Street, Suite 4A<br>New York, NY 10019<br>Telephone: (917) 715-1818<br>mrice@kaplanrice.com |
| *Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)* | *Counsel for Defendants Joseph Herman and the Fairlie Investments LLC Roth 401(K) Plan* |

SO ORDERED:

_____
    Lewis A. Kaplan
    United States District Judge