UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION

This document relates to: 19-cv-01815.

MASTER DOCKET

18-md-2865 (LAK)

---

### STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendants Trailing Edge Productions LLC Roth 401(K) Plan ("Trailing Edge") and Perry Lerner ("Lerner") in the action titled *Skatteforvaltningen v. Trailing Edge Productions LLC Roth 401(K) Plan, Perry Lerner, Michael Ben-Jacob, Robert Klugman, Richard Markowitz, RAK Investment Trust, and Routt Capital Trust*, 19-cv-01815 (the "Action");

WHEREAS SKAT's claims against the other Defendants in the Action, aside from Trailing Edge and Lerner, have all either proceeded to judgment or been voluntarily dismissed;

WHEREAS SKAT, Trailing Edge, and Lerner have now entered into a settlement agreement ("Agreement");

WHEREAS SKAT wishes to voluntarily dismiss its claims in the Action against Trailing Edge and Lerner, pursuant to the Agreement and Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, SKAT's claims against Trailing Edge and Lerner in the action *Skatteforvaltningen v. Trailing Edge Productions LLC Roth 401(K) Plan, Perry Lerner, Michael*

*Ben-Jacob, Robert Klugman, Richard Markowitz, RAK Investment Trust, and Routt Capital Trust*, 19-cv-01815, are dismissed with prejudice, with each party to bear its own costs;

IT is further STIPULATED AND AGREED that if an Event of Default under the Agreement occurs, SKAT shall have the right to reopen the Action and file any Consent Judgment that it was not required to destroy pursuant to the Agreement, regardless of the Action being previously dismissed;

IT is further STIPULATED AND AGREED that the Court shall retain jurisdiction for the purpose of enforcing the Agreement among Trailing Edge, SKAT, and Lerner; and

IT is further STIPULATED AND AGREED that, upon the Court's entry of this Stipulation and Order, the above-captioned case is closed.

Dated: New York, New York
October 3, 2025

By: /s/Marc A. Weinstein
Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/Michelle A. Rice
Michelle A. Rice
KAPLAN RICE LLP
142 W 57th Street, Suite 4A
New York, NY 10019
Telephone: (917) 715-1818
mrice@kaplanrice.com

*Counsel for Defendants Perry Lerner and the Trailing Edge Productions LLC Roth 401(K) Plan*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge