UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to case nos: 19-cv-01800;
19-cv-01803; 19-cv-01809; 19-cv-01812; 19-cv-01818

MASTER DOCKET

18-md-2865 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-14-25

MEMO ENDORSED

### NOTICE OF PLAINTIFF SKATTEFORVALTNINGEN'S
### MOTION TO SUBSTITUTE

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of Dustin P. Smith dated October 10, 2025 and exhibits annexed thereto, Plaintiff Skatteforvaltningen, by and through its undersigned attorneys, will move the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the Court, for an order pursuant to Rule 25(a) of the Federal Rules of Civil Procedure granting the substitution of Elka Altbach, as Executor of the Estate of Ronald Altbach, for the deceased Defendant Ronald Altbach in the cases captioned *Skatteforvaltningen v. Crucible Ventures LLC Roth 401(K), et al.*, No. 19-cv-01800; *Skatteforvaltningen v. Limelight Global Productions LLC Roth 401(K), et al.*, No. 19-cv-01803; *Skatteforvaltningen v. Plumrose Industries LLC Roth 401K, et al.*, No. 19-cv-01809; *Skatteforvaltningen v. Roadcraft Technologies LLC Roth 401(K), et al.*, No. 19-cv-01812; *Skatteforvaltningen v. True Wind Investments LLC Roth 401(K), et al.*, No. 19-cv-01818; and for such other and further relief as the Court deems just and proper.

Granted
SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

10/14/25