

Jones, Hogan & Brooks, LLP
October 29, 2025.

Lewis A. Kaplan, USDJ
500 Pearl St.
New York, NY 10007-1312.

Re: Customs and Tax Administration of the Kingdom of Denmark v. Ronald Altbach, et al., Master Docket No.: 18-md-2865 (LAK)

Dear Honorable Lewis A. Kaplan:

Undersigned represents the Estate of Ronald Altbach, filed in New York County Surrogate's Court (Docket No.: 2023-1346). I have been attempting to file three motions. Specifically, a *pro hac vice* motion, a motion to dismiss based on SKAT's failure to move to substitute the estate for over twenty-one (21) months after being served with a statement of death, and a motion to vacate the Court's October 14, 2025, order for substitution because the Estate was not properly served.

I have been unable to file these motions because my PACER registration for the Southern District of New York is still pending. Contemporaneously with this letter, I have e-mailed Plaintiff's counsel copies of the above motions.

Due to the pending registration, I have asked Kaplan Rice, LLP, to file this letter on my behalf.

Very truly yours,

NICHOLAS J. NARCHUS, ESQ.

6688 Lincoln Ave.                                            Nick@narchuslaw.com
Lockport, NY 14094                                           (716) 433-5907