Copies of this order were mailed on 11/3/2025 to Nicholas J. Narchus, Esq., Jones, Hogan & Brooks, LLP, 6688 Lincon Ave., Lockport, NY 14094 by both First Class Mail and by Certified Mail No. 9589 0710 5270 2167 6425 95
AM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

18-md-2865 (LAK)

This paper applies to:    19-cv-1800, 19-cv-1803,
                          19-cv-1809, 19-cv-1812,
                          19-cv-1818

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/25

**PRETRIAL ORDER NO. 58**
(Conference in Altbach
Related Cases)

LEWIS A. KAPLAN, *District Judge.*

      1.     The cases to which this order applies are severed for trial from any remaining Trial 2 Cases/

      2.     The Court will hold a conference in these cases on November 13, 2025 at 2 p.m. Plaintiff's counsel, Ms. Rice who has represented Mr. Altbach and his associated plans, and Mr. Narchus, who claims to represent the estate of Mr. Altbach but has not filed a notice of appearance in any of these cases, all are directed to be present for the conference.

      3.     Mr. Narchus is directed to communicate promptly with the Clerk's Office in order to learn how he might qualify to use the CM/ECF system, file notices of appearance and any necessary *pro hac vice* application if he so desires, and otherwise participate in this litigation if that is his intention. He is advised also that the United States Postal Service and various private services still carry letters and parcels between Lockport, NY and the Court.

      4.     Ms. Rice shall cease transmitting materials from Mr. Narchus to the Court via the CM/ECF system. He has ample means available to communicate with the Court himself.

      5.     The Clerk is directed to send a copy of this order to Mr. Narchus at 6688 Lincoln Avenue, Lockport, NY 14094 by certified mail, return receipt requested, and by email at Nick@narchuslaw.com.

      SO ORDERED.

Dated:    November 3, 2025

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge