

RECEIVED NOV 2 0 2025 JUDGE KAPLAN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-20-25

November 20, 2025

John C Blessington
john.blessington@klgates.com

T +1 617 261 3108
F +1 617 261 3175

**By ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   In re Customs and Tax Administration of the Kingdom of Denmark
       (Skatteforvaltningen) Tax Refund Scheme Litigation, 18-md-2865 (LAK)

Dear Judge Kaplan:

Pursuant to Pretrial Order No. 56, Plaintiff Skatteforvaltningen, Defendants Sheldon Goldstein, Scott Goldstein, and The Goldstein Law Group PC 401(K) Profit Sharing Plan, Acer Investment Group LLC, David Freelove, Federated Logistics LLC 401K, Del Mar Asset Management Saving & Retirement Plan, John Doscas, the Sterling Alpha LLC 401(k) Profit Sharing Plan, and Third-party Defendant MCML Limited *f/k/a* ED&F Man Capital Limited (collectively, the "Parties") are due to submit a joint report and proposed schedule for pre-trial proceedings in the Group Three Cases today, November 20, 2025.

Since entry of Pretrial Order No. 56, the conference to discuss that submission has been moved from Tuesday, November 25, 2025 to Wednesday, December 3, 2025. The Parties have worked diligently to confer and reach agreement on as many issues as possible for the joint report and proposed schedule, but a number of issues remain to be addressed. In light of the later conference date than originally contemplated by Pretrial Order No. 56, and the outstanding issues that counsel believes can be addressed with additional time, the Parties respectfully request an extension to Monday, November 24, 2025 to submit the joint report and proposed schedule for pre-trial proceedings contemplated by Pretrial Order No. 56.

Respectfully submitted,

*/s/ John C. Blessington*
John C Blessington
*Counsel for Acer Investment Group LLC*

cc:    All counsel of record via ECF

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
11/20/25

K&L GATES LLP
1 CONGRESS STREET  SUITE 2900  BOSTON  MA 02114-2023
T +1 617 261 3100  F +1 617 261 3175  klgates.com