UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 19-cv-10713.

MASTER DOCKET

18-md-2865 (LAK)

---

### [~~PROPOSED~~] JUDGMENT AS TO DEFENDANTS 2321 CAPITAL PENSION PLAN, BOWLINE MANAGEMENT PENSION PLAN, CLOVE PENSION PLAN, DAVIN INVESTMENTS PENSION PLAN, DELVIAN LLC PENSION PLAN, DFL INVESTMENTS PENSION PLAN, LAEGELER ASSET MANAGEMENT PENSION PLAN, LION ADVISORY INC. PENSION PLAN, MILL RIVER CAPITAL MANAGEMENT PENSION PLAN, NEXT LEVEL PENSION PLAN, RAJAN INVESTMENTS LLC PENSION PLAN, SPIRIT ON THE WATER PENSION PLAN, AND TRADEN INVESTMENTS PENSION PLAN

**WHEREAS**, pursuant to the terms of the Court's January 7, 2021 Stipulation and Order Staying Action as to Certain Defendants, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen ("SKAT") has judgment against defendants 2321 Capital Pension Plan, Bowline Management Pension Plan, Clove Pension Plan, Davin Investments Pension Plan, Delvian LLC Pension Plan, DFL Investments Pension Plan, Laegeler Asset Management Pension Plan, Lion Advisory Inc. Pension Plan, Mill River Capital Management Pension Plan, Next Level Pension Plan, Rajan Investments LLC Pension Plan, Spirit on the Water Pension Plan, and Traden Investments Pension Plan, on its fraud claims in the amounts indicated below which include pre-judgment interest and were reduced to account for amounts recovered by SKAT:

- 2321 Capital Pension Plan: $10,566,256.49;

- Bowline Management Pension Plan: $5,447,541.76;

2

- Clove Pension Plan: $6,402,367.61;

- Davin Investments Pension Plan: $11,071,448.67;

- Delvian LLC Pension Plan: $12,066,985.69;

- DFL Investments Pension Plan: $10,425,499.78;

- Laegeler Asset Management Pension Plan: $10,321,353.15;

- Lion Advisory Inc. Pension Plan: $12,781,415.46;

- Mill River Capital Management Pension Plan: $12,323,707.61;

- Next Level Pension Plan: $10,767,708.32;

- Rajan Investments LLC Pension Plan: $10,696,736.62;

- Spirit on the Water Pension Plan: $10,723,821.85;

- Traden Investments Pension Plan: $10,089,790.15;

and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may properly come before the Court, including enforcement of the judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, upon entry of this final judgment, the above-captioned case is closed.

DATED: New York, New York
November 5, 2025

SO ORDERED:

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge

12/1/25

TAMMI M. HELLWIG

_____
Clerk of Court

BY:

_____
Deputy Clerk