

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

December 15, 2025

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)

Dear Judge Kaplan:

      We write on behalf of Plaintiff Skatteforvaltningen ("SKAT"), to request an adjournment of the status conference currently scheduled for December 17, 2025 at 3:00pm.

      Following the November 17, 2025 status conference, SKAT and the counsel for Elka Altbach, as executrix of the estate of Ronald Altbach (the "Altbach Estate"), engaged in substantive discussions and have reached an agreement on settlement terms. The parties are working to finalize a settlement agreement, which will provide for the dismissal of the claims brought against the Altbach Estate and the entry of consent judgments against the pension plan defendants related to the Altbach Estate. The parties therefore expect that the settlement will fully resolve all of the actions related to the Altbach Estate in the MDL.[1] The requested adjournment will allow the parties to finalize the settlement agreement and prepare related filings. The Altbach Estate has consented to the adjournment.

      As the Court is aware on November 6, 2025, a voluntary Chapter 7 petition for bankruptcy was filed on behalf of Edwin Miller in the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), under case number 25-12485 (MEW). Mr. Miller's representatives have also taken the position that the actions in the MDL against the pension plan defendants related

---

[1] These actions include: 19-cv-1800, 19-cv-1803, 19-1809, 19-cv-1812, 19-cv-1818.

to Miller (the "Miller Pension Plans")[2] are subject to the automatic stay in his bankruptcy case. The section 341 meeting for creditors of Mr. Miller's bankruptcy estate, where the debtor provides additional disclosure on the assets of its estate and related issues, began on December 11, 2025, but was continued to January 15, 2026. The disclosures from the meeting of creditors, as well as additional information requests made by SKAT to Mr. Miller's representatives, will inform whether it is appropriate to request confirmation from the Bankruptcy Court as to whether the automatic stay applies to the Miller Pension Plan actions or to take other actions in Mr. Miller's bankruptcy proceeding. Additionally, SKAT and counsel for Mr. Miller are engaged in separate discussions to determine the possibility of reaching a global settlement to resolve the claims between the parties, and by extension, to resolve the actions in the MDL related to Mr. Miller and the Miller Pension Plans. As such, SKAT requests an adjournment of the status conference until late January to allow for additional information exchanges and discussions.

This is the parties' first request for an adjournment of the status conference.

Respectfully submitted,

/s/ Marc Weinstein
Marc Weinstein

cc:   All Counsel of Record (via ECF)

---

[2] The Miller Pension Plans are Keystone Technologies LLC Roth 401(K) Plan, Green Scale Management LLC Roth 401(K) Plan, Cedar Hill Capital Investments LLC Roth 401(K) Plan, Tumba Systems LLC Roth 401(K) Plan, and Fulcrum Productions LLC Roth 401(K).