**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to case nos.: 18-cv-10073; 18-cv-10080; 18-cv-10069; 18-cv-10070; 18-cv-10028; 18-cv-10071; 18-cv-10031; 18-cv-10030; 18-cv-10063; 18-cv-10074; 18-cv-10032; 18-cv-10076; 18-cv-10035; 18-cv-10036; 18-cv-10039; 18-cv-10064; 18-cv-10049-LAK; 18-cv-10077; 18-cv-10065; 18-cv-10060; 18-cv-10096; 18-cv-10061-LAK; 18-cv-10082; 18-cv-10083; 18-cv-10086; 18-cv-10066; 18-cv-10062. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**(PROPOSED) CONSENT JUDGMENT**

WHEREAS, plaintiff Skatteforvaltningen ("SKAT") commenced the above-captioned actions (collectively, the "Actions") against defendants Matthew Tucci ("Tucci"), FiftyEightSixty LLC Solo 401K Plan, OneZeroFive LLC Solo 401K Plan, The Beech Tree Partners 401K Plan, The Blackbird 401K Plan, The Cardinal Consulting Pension Plan, The Chambers Property Management LLC 401K Plan, The Crow Associates Pension Plan, The Egret Associates LLC 401K Plan, The Everything Clean LLC 401K Plan, The Hawk Group Pension Plan, The Heron Advisors Pension Plan, The Hibiscus Partners LLC 401K Plan, The Hoboken Advisors LLC 401K Plan, The Jayfran Blue Pension Plan, The JT Health Consulting LLC 401K Plan, The Jump Group LLC 401K Plan, The Lakeview Advisors 401K Plan, The Maple Advisors LLC 401K Plan, The Oaks Group Pension Plan, The Osprey Assocs. LLC 401K Plan, The Robin Daniel Pension Plan, The Sandpiper Pension Plan, The Sea Bright Advisors LLC

401K Plan, The Tag Realty Advisors LLC 401K Plan, The Throckmorton Advisors 401K Plan, The Wave Maven LLC 401K Plan, and The Zen Training LLC 401(K) Plan (collectively, the "Tucci Plans," and with Tucci, "Defendants") or amended its complaints in these Actions to assert claims against Defendants;

WHEREAS, SKAT and Defendants now wish to resolve all claims SKAT asserted in the Actions against Defendants;

NOW THEREFORE, without trial or adjudication of issue of fact or law, and upon Defendants' consent, the Court finds that there is good and sufficient cause to enter this Consent Judgment, and that IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

1.   A Stipulation between SKAT and Tucci was entered into on January 27, 2026, that resolved all claims SKAT asserted in the Actions against Defendants.  In consideration of the releases and other agreements between SKAT and Defendants in the Stipulation, Defendants knowingly, voluntarily and intelligently executed this Consent Judgment.

2.   This Consent Judgment is hereby entered in favor of plaintiff SKAT against Defendants, each in their individual capacity, in the amount of nine million, four hundred and thirty-five thousand, thirty dollars and ten cents ($9,435,030.10).

3.   Defendants expressly waive any and all defenses, claims, counterclaims, and exemptions which might otherwise form the basis of objection to entry and enforcement of this Consent Judgment.

4.   This Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of the Consent Judgment, and to adjudicate any and all claims and disputes thereunder.

Dated: New York, New York
        January 27, 2026

By:___/s/ Marc A. Weinstein_____                By:_____
     Marc A. Weinstein                                  Matthew Tucci, on behalf of himself and
 HUGHES HUBBARD & REED LLP              the Tucci Plans
 One Battery Park Plaza
 New York, New York 10004-1482
 Telephone: (212) 837-6000
 Fax: (212) 422-4726
 marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

SO ORDERED:

_____
        Lewis A. Kaplan
     United States District Judge

3

4.  This Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of the Consent Judgment, and to adjudicate any and all claims and disputes thereunder.

Dated: New York, New York
        January ___, 2026

By:_____

    Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*

By:_____

    Matthew Tucci, on behalf of himself and
the Tucci Plans

SO ORDERED:

_____
    Lewis A. Kaplan
    United States District Judge