UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

This paper applies to:    19-cv-1800, 19-cv-1803,
                          19-cv-1809, 19-cv-1812,
                          19-cv-1818

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2026

18-md-2865 (LAK)

**PRETRIAL ORDER NO. 63**
(Status of Defendants Routt Capital Trust
and Omineca Trust)

LEWIS A. KAPLAN, *District Judge.*

     1.     The claims against defendants Omineca Trust and Routt Capital Trust in Nos. 19-cv-1800, 19-cv-1803, 19-cv-1809, 19-cv-1812, and 19-cv-1818 were consolidated with other cases and tried together in Trial One.[1]

     2.     The docket sheets in Nos. 19-cv-1800, 19-cv-1803, 19-cv-1809, and 19-cv-1818 do not reflect any judgment or other disposition of plaintiff's claims against defendant Omineca Trust. The docket sheet in No. 19-cv-1812 does not reflect any judgment or other disposition of plaintiff's claims against defendant Routt Capital Trust.

     3.     The verdict form in Trial One appears to have referred to those two defendants as Omineca Pension Plan and Routt Capital Pension Plan.

     4.     It appears to the Court that the use of the term "Pension Plan" rather than the word "Trust" in the names of the Omineca and Routt Capital entities likely was an inadvertence, perhaps introduced by the parties' joint proposed special verdict form,[2] and then carried through the verdict form submitted to the jury. In any case, it appears that the judgments entered in the cases listed in paragraph 1 should have reflected resolution of the claims against Omineca Trust and Routt Capital Trust. Alternatively, further proceedings may be required to resolve what, on the record, are unresolved claims.

     5.     The parties shall confer with a view to reaching a mutually agreeable resolution that would result in closing the cases listed in paragraph 1, of course subject to the pending appeal. The parties shall report jointly to the Court no later than February 17, 2026.

     SO ORDERED.

Dated:     February 3, 2026

_____
Lewis A. Kaplan
United States District Judge

---

[1]     Pretrial Order No. 35, originally (Dkt 977) and as amended (Dkt 1509).

[2]     *See* Sept. 20, 2024 J. Letter, Ex. A (Dkt 1197-1).