# Hughes Hubbard & Reed

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-10-26

February 9, 2026

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *In re Customs and Tax Administration of the Kingdom of Denmark
(Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)

Dear Judge Kaplan:

Plaintiff Skatteforvaltningen ("SKAT") respectfully requests to withdraw its previously filed letter motion seeking leave to file certain exhibits under seal (ECF 1919).

The letter motion was submitted before defendants and third-party defendants confirmed that they would de-designate the documents at issue. Following that confirmation, the confidentiality designations were removed, and the exhibits were filed publicly. In light of these developments, the relief sought in SKAT's letter motion is no longer necessary.

Accordingly, SKAT respectfully requests that the Court deem the letter motion withdrawn.

Respectfully submitted,

/s/ Marc Weinstein
Marc Weinstein

cc:    All Counsel of Record (via ECF)

*Dkt 1919 is withdrawn
+ terminated SO ORDERED*

LEWIS A. KAPLAN  2/10/26