EXECUTION VERSION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 19-cv-01926.

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against

Defendants Green Scale Management LLC Roth 401(K) Plan ("Green Scale") and Edwin Miller

("Miller") in the action titled *Skatteforvaltningen v. Green Scale Management LLC Roth 401(K)*

*Plan, Edwin Miller, Michael Ben-Jacob, Robert Klugman, Richard Markowitz, RAK Investment*

*Trust, and Routt Capital Trust*, 19-cv-01926 (the "Action");

WHEREAS SKAT's claims against the other Defendants in the Action, aside from Green

Scale and Miller, have all either proceeded to judgment or been voluntarily dismissed;

WHEREAS SKAT, Green Scale, and Miller have now entered into a settlement

agreement ("Agreement");

WHEREAS SKAT wishes to voluntarily dismiss its claims in the Action against Green

Scale and Miller, pursuant to the Agreement and Rule 41(a)(2) of the Federal Rules of Civil

Procedure, with each party to bear its own costs;

IT IS THEREFORE STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of

the Federal Rules of Civil Procedure, SKATs claims against Green Scale and Miller in the

Action are dismissed with prejudice, with each party to bear its own costs;

Case 1:18-md-02865-LAK    Document 2048    Filed 04/03/26    Page 2 of 3

IT IS FURTHER STIPULATED AND AGREED that if an Event of Default under the Agreement occurs, SKAT shall have the right to reopen the Action, regardless of the Action being previously dismissed;

IT IS FURTHER STIPULATED AND AGREED that the Court shall retain jurisdiction for the purpose of enforcing the Agreement among SKAT, Green Scale, and Miller;

IT IS FURTHER STIPULATED AND AGREED that, upon the Court's entry of this Stipulation and Order, the above-captioned case is closed.

Dated: New York, New York
      April 3, 2026

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004-1482
    Telephone: (212) 837-6000
    marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*

By: /s/
    June Miller, as attorney-in-fact for Edwin
    Miller, on behalf of Edwin Miller and the
    Green Scale Management LLC Roth
    401(K) Plan

SO ORDERED:

Lewis A. Kaplan
United States District Judge

4/7/26

IT IS FURTHER STIPULATED AND AGREED that if an Event of Default under the

Agreement occurs, SKAT shall have the right to reopen the Action, regardless of the Action

being previously dismissed;

IT IS FURTHER STIPULATED AND AGREED that the Court shall retain jurisdiction

for the purpose of enforcing the Agreement among SKAT, Green Scale, and Miller;

IT IS FURTHER STIPULATED AND AGREED that, upon the Court's entry of this

Stipulation and Order, the above-captioned case is closed.


Dated: New York, New York
      February __, 2026


By: /s/
    Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*


By: /s/
June Miller, as attorney-in-fact for Edwin
Miller, on behalf of Edwin Miller and the
Green Scale Management LLC Roth
401(K) Plan


SO ORDERED:


_____
    Lewis A. Kaplan
    United States District Judge

2