Case 1:18-md-02865-LAK    Document 2050    Filed 04/03/26    Page 1 of 3

EXECUTION VERSION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

MASTER DOCKET

18-md-2865 (LAK)

This document relates to: 19-cv-01922.

## STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against

Defendants Cedar Hill Capital Investments LLC Roth 401(K) Plan ("Cedar Hill") and Edwin

Miller ("Miller") in the action titled *Skatteforvaltningen v. Cedar Hill Capital Investments LLC*

*Roth 401(K) Plan, Edwin Miller, Michael Ben-Jacob, Robert Klugman, Richard Markowitz, RAK*

*Investment Trust, and Routt Capital Trust*, 19-cv-01922 (the "Action");

WHEREAS SKAT's claims against the other Defendants in the Action, aside from Cedar

Hill and Miller, have all either proceeded to judgment or been voluntarily dismissed;

WHEREAS SKAT, Cedar Hill, and Miller have now entered into a settlement agreement

("Agreement");

WHEREAS SKAT wishes to voluntarily dismiss its claims in the Action against Cedar

Hill and Miller, pursuant to the Agreement and Rule 41(a)(2) of the Federal Rules of Civil

Procedure, with each party to bear its own costs;

IT IS THEREFORE STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of

the Federal Rules of Civil Procedure, SKATs claims against Cedar Hill and Miller in the Action

are dismissed with prejudice, with each party to bear its own costs;

IT IS FURTHER STIPULATED AND AGREED that if an Event of Default under the

Agreement occurs, SKAT shall have the right to reopen the Action, regardless of the Action

being previously dismissed;

IT IS FURTHER STIPULATED AND AGREED that the Court shall retain jurisdiction

for the purpose of enforcing the Agreement among SKAT, Cedar Hill, and Miller;

IT IS FURTHER STIPULATED AND AGREED that, upon the Court's entry of this

Stipulation and Order, the above-captioned case is closed.

Dated: New York, New York
      April 3, 2026

By: /s/ Marc A. Weinstein                     By: /s/
   Marc A. Weinstein                      June Miller, as attorney-in-fact for Edwin
   HUGHES HUBBARD & REED LLP           Miller, on behalf of Edwin Miller and the
   One Battery Park Plaza                   Cedar Hill Capital Investments LLC Roth
   New York, New York 10004-1482         401(K) Plan
   Telephone: (212) 837-6000
   marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

4/7/26

Case 1:18-md-02865-LAK    Document 2056    Filed 04/07/26    Page 3 of 3
Case 1:18-md-02865-LAK    Document 2050    Filed 04/03/26    Page 3 of 3
25-12485-mew    Doc 20    Filed 03/25/26    Entered 03/25/26 08:57:46    Main Document
Pg 11 of 19

IT IS FURTHER STIPULATED AND AGREED that if an Event of Default under the Agreement occurs, SKAT shall have the right to reopen the Action, regardless of the Action being previously dismissed;

IT IS FURTHER STIPULATED AND AGREED that the Court shall retain jurisdiction for the purpose of enforcing the Agreement among SKAT, Cedar Hill, and Miller;

IT IS FURTHER STIPULATED AND AGREED that, upon the Court's entry of this Stipulation and Order, the above-captioned case is closed.

Dated: New York, New York
February __, 2026

By: /s/_____
    Marc A. Weinstein
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004-1482
    Telephone: (212) 837-6000
    marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: /s/_____
    June Miller, as attorney-in-fact for Edwin
    Miller, on behalf of Edwin Miller and the
    Cedar Hill Capital Investments LLC Roth
    401(K) Plan

SO ORDERED:

_____
    Lewis A. Kaplan
    United States District Judge

2