KOSTELANETZ LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007
—
TEL: (212) 808-8100
FAX: (212) 808-8108
www.kostelanetz.com

OTHER OFFICES

WASHINGTON, DC
ATLANTA, GA
HACKENSACK, NJ

April 24, 2026

**Via ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
KaplanNYSDChambers@nysd.uscourts.gov

>       **Re:**    *In re Customs and Tax Administration of the Kingdom of Denmark
>               (Skatteforvaltningen) Tax Refund Scheme Litigation,* 18-md-2865 (LAK)
>               19-cv-01785; 19-cv-01791; 19-cv-01781; 19-cv-01783; 19-cv-01922; 19-cv-
>               01870; 19-cv-01792; 19-cv-01926; 19-cv-01929; 19-cv-01806; 19-cv-01808; 19-
>               cv-01812; 19-cv-01815; 19-cv-10713.

Dear Judge Kaplan,

        We write in connection with our attempts to comply with the Court's Order of February 17, 2026 (ECF No. 1938), directing the parties to file stipulations of dismissal as to seven entities against which SKAT did not seek a judgment in connection with Trial One.  As to two of those entities, Omineca Trust and Bernina Pension Plan Trust, this Firm is counsel of record.   As to the remaining five entities, Avanix Management LLC, Hadron Industries LLC, Cavus Systems LLC, Routt Capital Trust, and RJM Capital Plan Trust, WilmerHale was counsel of record.

        In order to comply with the Court's order, this Firm wishes to file a notice of limited-scope appearance for the five entities previously represented by WilmerHale, for the sole purpose of entering the stipulations of dismissal.

        Since the Court's Order was entered, we have made numerous attempts, including through the ECF HelpDesk, to file the notice of appearance.  For reasons neither we nor the ECF HelpDesk can identify, none of these filing attempts has been successful.  The HelpDesk's recommendation is that we attempt to resolve the filing problem directly with Your Honor's Chambers.

Accordingly, we seek the Court's assistance in manually filing with the Clerk of the Court the attached Notice of Limited-Scope Appearance.   Once docketed, the parties promptly will file electronically the stipulations of dismissal in compliance with ECF No. 1938.

Respectfully submitted,

 */s/ Sharon L. McCarthy*
Sharon L. McCarthy

Attachment
Cc: all counsel of record