## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 19-cv-01785, 19-cv-01791, 19-cv-01781, 19-cv-01783, 19-cv-01922, 19-cv-01870, 19-cv-01792, 19-cv-01926, 19-cv-01929, 19-cv-01806, 19-cv-01808, 19-cv-01812, 19-cv-01815, 19-cv-10713. | Master Docket 18-md-02865 (LAK)<br>ECF Case |

## NOTICE OF LIMITED-SCOPE APPEARANCE

Pursuant to Local Civ. Rule 1.4(c), please enter my appearance, expressly limited as described further below, for Defendants Avanix Management LLC, Hadron Industries LLC, Cavus Systems LLC, Routt Capital Trust, and RJM Capital Plan Trust in the following cases:

| Defendant | Member Case(s) |
|---|---|
| Avanix Management LLC | 19-cv-01785 |
| Hadron Industries LLC | 19-cv-01791 |
| Cavus Systems LLC | 19-cv-01781 |
| Routt Capital Trust | 19-cv-01783; 19-cv-01922; 19-cv-01870; 19-cv-01792; 19-cv-01926; 19-cv-01929; 19-cv-01806; 19-cv-01808; 19-cv-01812; 19-cv-01815 |
| RJM Capital Plan Trust | 19-cv-10713 |

My representation of the above-identified parties is limited to signing stipulations of dismissal on behalf of the above-named parties. I certify that I am admitted to practice before this Court and request that copies of all future papers in these actions be served upon me at the address below.

Dated: April 24, 2026
New York, New York

/s/ _Sharon L. McCarthy_
Sharon L. McCarthy
KOSTELANETZ LLP
7 World Trade Center, 34th Fl.
New York, NY 10007
(212) 808-8100
smccarthy@kostelanetz.com
*Attorney for Defendants Avanix Management LLC, Hadron Industries LLC, Cavus Systems LLC, Routt Capital Trust, and RJM Capital Trust*

2