UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND LITIGATION

This paper applies to: All Remaining Open Cases
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2026

18-md-2865 (LAK)

**PRETRIAL ORDER NO. 75**
(Request for Status Update)

LEWIS A. KAPLAN, *District Judge.*

On April 29, 2026, the parties jointly requested that the Court "defer[] from remanding any of the transferred cases" save the seven cases transferred from the District of Utah and potentially the one case transferred from the Eastern District of Pennsylvania "for a period of three months to permit the Parties time to resolve some or all of the cases without further litigation."[1]

On or before August 25, 2026, the parties shall provide to the Court a status update with respect to (a) the settlement negotiations in those transferred cases for which the Court has not suggested remanding already, (b) any additional reasons favoring or disfavoring remand at this time, and (c) the settlement negotiations in the Sector 230 case.

SO ORDERED.

Dated: August 11, 2026

Lewis A. Kaplan
United States District Judge

---

1 Joint Apr. 29, 2026 Letter (Dkt 2103) at 1.